UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-595 |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| INDIANA MEDICAL LICENSING | ) |
| BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Notice of Appearance**

To:  The Clerk of the Court and all parties of record

I am admitted to practice in this Court, and I appear as counsel for the plaintiffs.

<u>April 5, 2023</u>

                                                                  Kenneth J. Falk
                                                                  ACLU of Indiana
                                                                  1031 E. Washington St.
                                                                  Indianapolis, IN 46202
                                                                  317-635-4059
                                                                  fax: 317/635-4105
                                                                  kfalk@aclu-in.org

                                                                  Attorney for the Plaintiff

## Certificate of Service

I certify that on this 5th day of April, 2023, a copy of the foregoing was filed electronically with the Clerk of this Court and was served on the below-named party by first class U.S. Postage, pre-paid.

The Individual Members of the Indiana Medical Licensing Board
402 W. Washington St.
#W072
Indianapolis, IN  46204

Executive Director
Indiana Professional Licensing Agency
402 W. Washington St.   W072
Indianapolis, IN 46204

The Attorney General of the State of Indiana
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204

Secretary
Indiana Family and Social Services Administration
402 W. Washington St.
MS 25 W461
IGCS
Indianapolis, IN 46207

                                                        Kenneth J. Falk
                                                        Attorney at Law