UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-595 |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| INDIANA MEDICAL LICENSING ) | |
| BOARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Corporate Disclosure Statement**

Plaintiff Mosaic Health and Healing Arts, Inc., by counsel, files its disclosure statement as required by Federal Rule of Civil Procedure 7.1 and states that it is a domestic nonprofit corporation and has no parent corporation and there is no corporation that owns 10% or more of its stock.

WHEREFORE, Mosaic Health and Healing Arts, Inc., files its corporate disclosure statement.

    Kenneth J. Falk
    Gavin M. Rose
    Stevie J. Pactor
    ACLU of Indiana
    1031 E. Washington St.
    Indianapolis, IN 46202
    317/635-4059
    fax: 317/635-4105
    kfalk@aclu-in.org

[1]

                                                grose@aclu-in.org
                                                spactor@aclu-in.org

                                                Attorneys for Plaintiffs

## Certificate of Service

I certify that on this 5th day of April, 2023, a copy of the foregoing was filed electronically with the Clerk of this Court and was served on the below-named party by first class U.S. Postage, pre-paid.

The Individual Members of the Indiana Medical Licensing Board
402 W. Washington St.
#W072
Indianapolis, IN  46204

Executive Director
Indiana Professional Licensing Agency
402 W. Washington St.    W072
Indianapolis, IN 46204

The Attorney General of the State of Indiana
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204

Secretary
Indiana Family and Social Services Administration
402 W. Washington St.
MS 25 W461
IGCS
Indianapolis, IN 46207

                                                     Kenneth J. Falk
                                                     Attorney at Law