UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, <br><br> Defendants. | No. 1:23-cv-00595-JPH-KMB |

## MOTION FOR PRELIMINARY INJUNCTION

**COME NOW** Plaintiffs and the putative classes and subclasses, by their counsel, and pursuant to Federal Rule 65(a) request that this Court issue a preliminary injunction prohibiting the enforcement of Senate Enrolled Act 480. In support of this Motion, the plaintiffs state as follows:

1. This action challenges the constitutionality and legality of Senate Enrolled Act 480 ("S.E.A. 480"), a recently enacted statute that bans the provision of so-called "gender transition procedures" to minors in Indiana and that, if allowed to take effect, would have a devastating effect on young Hoosiers who have been diagnosed with gender dysphoria. The plaintiffs consist of children, the parents of those children, and medical providers who will all be detrimentally affected by S.E.A. 480 if that statute is allowed to take effect.

2. If not enjoined by this Court, S.E.A. 480 will take effect on July 1, 2023, although Section 13(d) of that statute allows practitioners to continue prescribing hormone therapies through the end of 2023 to minors with gender dysphoria who were receiving those therapies as of June 30, 2023. This limited authorization does not apply to the puberty-blocking drugs that have been prescribed for plaintiffs K.C. and A.M., and certainly does not apply to patients of Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc.—or to numerous members of the putative classes and subclasses—who would begin receiving hormone therapies after June 30th. The plaintiffs are therefore requesting the issuance of a preliminary injunction against the enforcement of S.E.A. 480 before the statute takes effect on July 1st.

3. The plaintiffs are likely to prevail on their challenge to the constitutionality and legality of S.E.A. 480. In the absence of a preliminary injunction, they will suffer irreparable harm for which there is no adequate remedy at law. This harm outweighs any harm that an injunction would cause to the defendants, and the public interest would be served by the grant of a preliminary injunction.

4. A preliminary injunction should be issued without bond.

5. The plaintiffs intend to separately submit documentary or other evidence in support of this Motion prior to or at a preliminary-injunction hearing in this matter. Additionally, the plaintiffs will timely submit their memorandum of law in support of this Motion within the time period established by any briefing schedule set by this Court.

That to-be-filed memorandum is incorporated herein by reference.

6. The plaintiffs request that the Magistrate Judge conduct a conference for the purpose of establishing a briefing schedule for this Motion as well as the plaintiffs' Motion for Class Certification, which is also being filed on today's date.

**WHEREFORE,** pursuant to Federal Rule 65(a) the plaintiffs respectfully request that this Court issue a preliminary injunction prohibiting the enforcement of Senate Enrolled Act 480, and request all other proper relief.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 4602
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Chase Strangio*
Harper Seldin*
ACLU
125 Broad Street
New York, NY 10004
212/549-2500
cstrangio@aclu.org
hseldin@aclu.org

*Motions for admission pro hac vice forthcoming.

Attorneys for Plaintiffs and the<br>
Putative Classes and Subclasses

## Certificate of Service

I certify that on this 6th day of April, 2023, a copy of the foregoing was filed electronically with the Clerk of this Court and was served on the below-named party by first class U.S. Postage, pre-paid.

The Individual Members of the Indiana Medical Licensing Board
402 W. Washington St.
#W072
Indianapolis, IN  46204

Executive Director
Indiana Professional Licensing Agency
402 W. Washington St.   W072
Indianapolis, IN 46204

The Attorney General of the State of Indiana
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204

Secretary
Indiana Family and Social Services Administration
402 W. Washington St.
MS 25 W461
IGCS
Indianapolis, IN 46207

Kenneth J. Falk<br>
Attorney at Law