UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>THE INDIVIDUAL MEMBERS OF THE<br>MEDICAL LICENSING BOARD OF<br>INDIANA, in their official capacities, et al.,<br><br>                    Defendants. | No. 1:23-cv-00595-JPH-KMB |

## ORDER SETTING TELEPHONIC CONFERENCE

The plaintiffs having filed their Motion for Preliminary Injunction and their Motion for Class Certification in this cause, the Court hereby sets this matter for a telephonic conference before the Magistrate Judge on the _____ day of April, 2023, at _____.  The purpose of this conference is to establish a briefing schedule on the aforementioned motions.  Call-in information shall be separately provided to counsel of record in advance of the conference.

If no attorney has yet appeared for the defendants, counsel for the plaintiff is hereby ordered to promptly serve this order on the defendants and on the Office of the Indiana Attorney General.

        **SO ORDERED.**

_____     _____
Date                    Judge, United States District Court


Cc:    All ECF-registered counsel of record