UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K. C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD OF INDIANA | ) | |
| in their official capacities, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiffs have filed a Motion for Preliminary Injunction, requesting the issuance of a preliminary injunction against the enforcement of Senate Enrolled Act 480 before the statute takes effect on July 1, 2023.  [Dkt. 9.]  Plaintiffs ask that the Magistrate Judge schedule a status conference to establish a briefing schedule on that motion, as well as on Plaintiffs' Motion for Class Certification filed the same day.  [Dkt. 9 at 3; Dkt. 10.]

This case is set for a Telephonic Status Conference **on Thursday, April 13, 2023, at 10:30 a.m. (Eastern)**, before the Magistrate Judge.  Because counsel has not yet appeared for the Defendants in this action, Plaintiffs' counsel is **ORDERED** to promptly serve this Order on the Defendants and on the Office of the Indiana Attorney General.  If Plaintiffs' counsel is aware of counsel who will be representing the Defendants in this action, Plaintiffs' counsel is **ORDERED** to immediately serve a courtesy copy of this Order on counsel.  The Court will provide call-in information to be used to participate in the conference next week by separate notification.

At the status conference, the Parties shall be prepared to discuss the following topics: (1) the scope of any discovery necessary to resolve the pending motions, if any, and the proposed deadline for completing such discovery; (2) a proposed briefing schedule for Plaintiffs' Motion for Preliminary Injunction; (3) a proposed briefing schedule for Plaintiffs' Motion for Class Certification; (4) the effect, if any, that Plaintiffs' class certification request has on the timing of resolving Plaintiffs' preliminary injunction request; and (5) whether any Party intends to request a hearing on either motion and, if so, the preferred timing of that hearing and whether it would be evidentiary or limited to argument.  **To the extent possible, the Parties are directed to meet and confer on these topics in advance of the conference.**

      **So ORDERED.**

    Date: 4/7/2023

*Kellie M. Barr*
_____
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org