UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>THE INDIVIDUAL MEMBERS OF THE<br>MEDICAL LICENSING BOARD OF<br>INDIANA, in their official capacities, *et al.*,<br><br>                    Defendants. | No. 1:23-cv-00595-JPH-KMB |

**Motion to Appear *Pro Hac Vice* Filed on Behalf of Chase Strangio**

Comes now Kenneth J. Falk of the ACLU of Indiana and moves this Court pursuant to Local Rule 83-6(a) for an Order granting Chase Strangio of the American Civil Liberties Union leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the plaintiffs in this action only. In support of this motion, the undersigned states that:

1.      The Certification of Chase Strangio, as required by the Local Rule, is attached to this motion as Exhibit A.

2.      Electronic payment of $100 has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, Kenneth J. Falk requests that this Court enter its Order allowing Chase Strangio to appear *pro hac vice* for purposes of this action only.

[1]

        Kenneth J. Falk
        ACLU of Indiana
        1031 E. Washington St.
        Indianapolis, IN 46202
        317/635-4059
        fax: 317/635-4105
        kfalk@aclu-in.org

        Attorney for Plaintiffs

**Certificate of Service**

      I certify that on this 13th day of April, 2023, a copy of the foregoing was filed electronically with the Clerk of this Court and was served on the below-named party by first class U.S. Postage, pre-paid.

The Individual Members of the Indiana Medical Licensing Board
402 W. Washington St.
#W072
Indianapolis, IN  46204

Executive Director
Indiana Professional Licensing Agency
402 W. Washington St.   W072
Indianapolis, IN 46204

The Attorney General of the State of Indiana
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204

Secretary
Indiana Family and Social Services Administration
402 W. Washington St.
MS 25 W461
IGCS
Indianapolis, IN 46207

Courtesy copy via email only on April 13, 2023 on:

[2]

Thomas Fisher
Solicitor General
Tom.Fisher@atg.in.gov

James A. Barta
Deputy Solicitor General
James.Barta@atg.in.gov

Melinda R. Holmes
Melinda.Holmes@atg.in.gov

                                                                              Kenneth J. Falk
                                                                              Attorney at Law