**EXHIBIT A**

**CERTIFICATION OF CHASE STRANGIO
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Kenneth J. Falk of the American Civil Liberties Union of Indiana, and pursuant to S.D. Ind. Local Rule 83-6(b), the undersigned states:

1.      I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): New York (1/26/11); the U.S. District Court for the Southern District of New York (4/19/22); the U.S. Courts of Appeals for the Fourth (9/12/16), Sixth (4/4/14), Seventh (6/1/14), Eighth (9/14/21), and Ninth (10/28/20) Circuits; and the Supreme Court of the United States (2/23/15).

2.      I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.      I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: April 7, 2023

Respectfully submitted,

/s/ Chase Strangio
Chase Strangio
American Civil Liberties Union
125 Broad Street
New York, NY 10004

212/549-2500
cstrangio@aclu.org