UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, <br><br> Defendants. | No. 1:23-cv-00595-JPH-KMB |

**Order Granting Chase Strangio Leave to Appear *Pro Hac Vice***

Plaintiff's counsel having filed his motion seeking an Order granting Chase Strangio leave to appear in this action *pro hac vice* as an additional attorney for plaintiffs, and the Court having reviewed the motion and being duly advised, finds that there is good cause to grant it, and

IT IS THEREFORE ORDERED that Chase Strangio may appear in this cause only *pro hac vice.*

The applicant's contact information should be entered as follows:

Chase Strangio
American Civil Liberties Union
125 Broad Street
New York, NY 10004
212/549-2500
cstrangio@aclu.org

_____  _____
Date                                                                      United States Magistrate Judge

To:   All ECF-registered counsel of record

Dated: _____                  _____

                                                          Debra McVicker Lynch
                                                          United States District Court Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF To PHV applicant via U.S. Mail

       Jennifer Sandman
       Planned Parenthood Federation of America
       123 William Street
       New York, NY 10038