# EXHIBIT A

## CERTIFICATION OF HARPER SELDIN
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Kenneth J. Falk of the American Civil Liberties Union of Indiana, and pursuant to S.D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Pennsylvania (10/27/14); U.S. District Courts for the Eastern District of Pennsylvania (4/25/17) and Eastern District of Michigan (8/13/21); the U.S. Courts of Appeals for the Third (10/27/17) and Ninth (4/13/20) Circuits; and the Supreme Court of the United States (8/24/20).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: April 7, 2023

                                                 Respectfully submitted,

                                                /s/ Harper Seldin
                                                Harper Seldin
                                                American Civil Liberties Union
                                                125 Broad Street
                                                New York, NY 10004

212/549-2500
hseldin@aclu.org