UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*,<br><br>Defendants. | No. 1:23-cv-00595-JPH-KMB |

**Order Granting Harper Seldin Leave to Appear *Pro Hac Vice***

Plaintiff's counsel having filed his motion seeking an Order granting Harper Seldin leave to appear in this action *pro hac vice* as an additional attorney for plaintiffs, and the Court having reviewed the motion and being duly advised, finds that there is good cause to grant it, and

IT IS THEREFORE ORDERED that Harper Seldin may appear in this cause only *pro hac vice*.

The applicant's contact information should be entered as follows:

Harper Seldin
American Civil Liberties Union
125 Broad Street
New York, NY 10004
212/549-2500
hseldin@aclu.org

1

_____      _____
Date                                                          United States Magistrate Judge


To:   All ECF-registered counsel of record

Dated: _____

                               _____
Debra McVicker Lynch
United States District Court Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF To PHV applicant via U.S. Mail

    Jennifer Sandman
    Planned Parenthood Federation of America
    123 William Street
    New York, NY 10038