UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, | ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    The Individual Members of the Medical Licensing Board of Indiana, in their official capacities; Executive Director, Indiana Professional Licensing Agency, in her official capacity; Attorney General of the State of Indiana, in his official capacity; Secretary, Indiana Family and Social Services Administration, in her official capacity; Indiana Family and Social Services Administration.

                                             Respectfully submitted,

                                             THEODORE E. ROKITA
                                             Attorney General of Indiana

Date: April 13, 2023        By:    Melinda R. Holmes
                                          Deputy Attorney General
                                          Office of the Attorney General
                                          302 W. Washington St., IGCS 5th Floor
                                          Indianapolis, IN 46204-2770
                                          Phone:  (317) 232-6357
                                          Fax:  (317) 232-7979
                                          Email: melinda.holmes@atg.in.gov