UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

The Individual Members of the Medical Licensing Board of Indiana, in their official capacities; Executive Director, Indiana Professional Licensing Agency, in her official capacity; Attorney General of the State of Indiana, in his official capacity; Secretary, Indiana Family and Social Services Administration, in her official capacity; Indiana Family and Social Services Administration.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana

Date: April 13, 2023      By:   Corrine Youngs
Policy Director & Legislative Counsel
Office of the Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 234-0276
Fax: (317) 232-7979
Email: corrine.youngs@atg.in.gov