UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD OF INDIANA | ) |
| in their official capacities, et al. | ) |
| | ) |
| Defendants. | ) |

## MINUTE ENTRY

The Parties appeared, by counsel, for a Telephonic Status Conference on April 13, 2023, with the Magistrate Judge to discuss the items set forth in the Court's Scheduling Order. [Dkt. 11.] Counsel had met and conferred regarding those items in advance of the conference and reported their preferred briefing schedules and discovery needs to the Court. The Court **ORDERED** counsel to file a joint proposed case management schedule by **April 14, 2023, at 5:00 p.m.**, consistent with the discussion at the conference.

Date: 4/13/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Thomas M. Fisher
INDIANA ATTORNEY GENERAL
tom.fisher@atg.in.gov

Melinda Rebecca Holmes
INDIANA ATTORNEY GENERAL
melinda.holmes@atg.in.gov

Razi Lane
Office of IN Attorney General
razi.lane@atg.in.gov

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Corrine Lorraine Youngs
INDIANA ATTORNEY GENERAL
Corrine.youngs@atg.in.gov