UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., *et al.*,

    Plaintiffs,

v.

THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*,

    Defendants.

No. 1:23-cv-00595-JPH-KMB

## Order

The parties having filed their Proposed Joint Schedule, and the Court having read the filing, and being duly advised, finds that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that the schedule and plan set out in the Proposed Joint Schedule is APPROVED and made the ORDER of the Court.

IT IS FURTHER ORDERED that the page limits set out by Local Rule 7-1(d) are modified as follows. The plaintiffs' preliminary injunction memorandum and defendants' response may be up to 45 pages in length and plaintiffs' reply memorandum may be up to 30 pages in length. All briefing exceeding the regular page limits shall be consistent with Local Rule 7-1(e)(3).

[1]

_____                              _____
Date                                     Judge, United States District Court


To:     All ECF-registered counsel of record