UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*,<br><br>Defendants. | No. 1:23-cv-00595-JPH-KMB |

**Order Granting Chase Strangio Leave to Appear *Pro Hac Vice***

Plaintiff's counsel having filed his motion seeking an Order granting Chase Strangio leave to appear in this action *pro hac vice* as an additional attorney for plaintiffs, and the Court having reviewed the motion (dkt. 14) and being duly advised, finds that there is good cause to grant it, and

IT IS THEREFORE ORDERED that Chase Strangio may appear in this cause only *pro hac vice*.

The applicant's contact information should be entered as follows:

Chase Strangio
American Civil Liberties Union
125 Broad Street
New York, NY 10004
212/549-2500
cstrangio@aclu.org

1

Date: 4/14/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

To:   All ECF-registered counsel of record