UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C. a minor child by her parents and next friends Nathaniel and Beth Clawson,<br>NATHANIEL CLAWSON,<br>BETH CLAWSON,<br>M. W. a minor child by his parents and next friends Ryan and Lisa Welch,<br>RYAN WELCH,<br>LISA WELCH,<br>A. M. a minor child by her mother and next friend Emily Morris,<br>EMILY MORRIS,<br>M. R. a minor child by his parent and next friend, Maria Rivera,<br>MARIA RIVERA,<br>CATHERINE BAST M.D.,<br>MOSAIC HEALTH AND HEALING ARTS, INC. all plaintiffs on their own behalf and on behalf of classes and sub-classes similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA in their official capacities,<br>EXECUTIVE DIRECTOR, INDIANA PROFESSIONAL LICENSING AGENCY in her official capacity,<br>ATTORNEY GENERAL OF THE STATE OF INDIANA in his official capacity,<br>SECRETARY, INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION in her official capacity,<br>INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION,<br><br>　　　　　　Defendants. | No. 1:23-cv-00595-JPH-KMB |

**ORDER ADOPTING PARTIES' PROPOSED JOINT SCHEDULE**

The Parties have filed their Proposed Joint Schedule, [dkt. 22], related to discovery and briefing of Plaintiffs' pending Motion for Preliminary Injunction, [dkt. 9], and Motion to Certify Class, [dkt. 10].  The Magistrate Judge has reviewed the Parties' proposal and, being duly advised, finds that good cause exists to adopt it.

**IT IS THEREFORE ORDERED** that the Parties' Proposed Joint Schedule is **APPROVED**, such that the Parties' proposed schedule for discovery and briefing related to Plaintiffs' pending motions shall proceed as set forth therein.  [Dkt. 22.]  The Parties indicate their preference that an oral argument be held on Plaintiff's preliminary injunction request, and the District Judge will schedule such argument by separate scheduling order should he agree with the Parties' preference that oral argument be conducted.

**IT IS FURTHER ORDERED** that the page limits set out by Local Rule 7-1(d) are modified as follows for the preliminary injunction briefing:  Plaintiffs' preliminary injunction memorandum and Defendants' response may be **up to 45 pages** in length, and Plaintiffs' reply memorandum may be **up to 30 pages** in length.  All briefing exceeding the regular page limits shall be consistent with Local Rule 7-1(e)(3).

**SO ORDERED.**

Date: 4/17/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Electronic distribution to all counsel of record via CM/ECF