UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., *et al.*,

           Plaintiffs,

     v.

THE INDIVIDUAL MEMBERS OF THE
MEDICAL LICENSING BOARD OF
INDIANA, in their official capacities, *et al.*,

           Defendants.

No. 1:23-cv-00595-JPH-KMB

**Submission of Evidentiary Material**

Plaintiffs, by their counsel, submit the attached evidentiary material that they rely upon as noted in their memoranda in support of their motions for preliminary injunction and class certification.

| | |
|---|---|
| Exhibit 1 | Expert Declaration of Dan H. Karasic, M.D. |
| Exhibit 2 | Expert Declaration of Daniel Shumer, M.D. |
| Exhibit 3 | Expert Declaration of Jack Turban, M.D., MHS |
| Exhibit 4 | Declaration of Nathaniel Clawson and Beth Clawson |
| Exhibit 5 | Declaration of Lisa Welch and Ryan Welch |
| Exhibit 6 | Declaration of Emily Morris |
| Exhibit 7 | Declaration of Maria Rivera |
| Exhibit 8 | Declaration of Michelle (Mixhi) Marquis |
| Exhibit 9 | Declaration of Dr. Catherine Bast |
| Exhibit 10 | Declaration of LaRisha Hanks |
| Exhibit 11 | Declaration of Jamie Harris |
| Exhibit 12 | Declaration of Julia Kathary |

[1]

Exhibit 13              Declaration of Patrick Rhodes

Exhibit 14              Declaration of Michael Rabinowitch and Lindsey Rabinowitch

Exhibit 15              Declaration of Gender Expansive Kids & Co.

Exhibit 16              Declaration of Indiana Youth Group

Exhibit 17              Excerpts from Indiana's State Medicaid Plan

Exhibit 18              Declaration of Gender Nexus

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 4602
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Chase Strangio
*Pro Hac Vice*
Harper Seldin
*Pro Hac Vice*
American Civil Liberties Union
125 Broad Street
New York, NY 10004
212/549-2500
cstrangio@aclu.org
hseldin@aclu.org

*Attorneys for Plaintiffs and the Putative Classes and Subclasses*

[2]