UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., et al.,

    Plaintiffs,

v.

THE INDIVIDUAL MEMBERS OF THE
MEDICAL LICENSING BOARD OF
INDIANA, in their official capacities, et al.,

    Defendants.

No. 1:23-cv-00595-JPH-KMB

### Declaration of Maria Rivera

Comes now Maria Rivera, being duly sworn upon her oath, and says that:

1. I am an adult resident of Elkhart County, Indiana.

2. I am the mother of M.R. I am his legal custodian, along with his father. While his father is not serving as next friend, he fully supports M.R.'s participation in this litigation.

3. M.R. is 15.

4. M.R.'s birth-assigned sex was female.

5. However, he has experienced profound discomfort with his birth-assigned sex for quite some time.

6. He has suffered from serious depression and anxiety and became suicidal. He began cutting himself and was hospitalized because of his mental health issues.

[1]

7. These issue all arose from the fact that his gender identity of male did not match his birth-assigned gender.

8. Approximately eighteen months ago he began to transition as a boy and began receiving mental health treatment to deal with the symptoms of what I know now was his gender dysphoria.

9. Approximately three months ago he began to receive testosterone. His treatment providers are at Mosaic Health and Healing Arts in Goshen, Indiana.

10. I agreed to him receiving testosterone only after a medical professional explained to me and my son the benefits of hormone therapy and its potential risks.

11. As soon as he began to receive testosterone his emotional condition greatly improved. His depression and anxiety lessened substantially.

12. Before receiving the testosterone, my son did not want to leave the house. He had an enormous amount of anxiety over the fact that people would misgender him. This anxiety led directly to him harming himself.

13. He is able to go out now and people recognize that he is a boy. This is incredibly important to him.

14. He has become much more outgoing and comfortable with other persons his age.

15. I believe that the terrible symptoms of his gender dysphoria will continue to decrease as he continues receiving testosterone as part of his gender-affirming therapy.

[2]

16. If he is not allowed to continue receiving the hormone therapy, I am sure that his gender dysphoria will come roaring back as he stops developing male characteristics and develops female ones. This would literally threaten his life.

17. I do not understand why the State is attempting to prevent my son from getting this treatment that is clearly a medical necessity for him.

18. In deciding that M.R. should receive testosterone, after being fully informed about the hormone by M.R.'s medical provider, I exercised my right as a parent to determine that my son should receive this medically necessary treatment and the State should not interfere with my decision to provide care to my child. M.R.'s father also supports M.R.'s receipt and continued receipt of testosterone.

### Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 4-18 2023 @ 1203

_Maria Rivera_
Maria Rivera

Prepared by:

Kenneth J. Falk
ACLU of Indiana

[3]