UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, <br><br> Defendants. | No. 1:23-cv-00595-JPH-KMB |

### Declaration of LaRisha Hanks

LaRisha Hanks, being duly sworn upon her oath says that:

1. I am an adult resident of Madison County.

2. I have a child who is now 14.

3. Although my child's birth-assigned sex was female, he has identified as male for some time.

4. He is currently a patient at the Riley Gender Health Clinic and receives testosterone and progesterone.

5. He was diagnosed with gender dysphoria in counseling that he began 3 years ago.

6. The symptoms caused by his gender dysphoria caused depression, anxiety, and night terrors and at times he engaged in self-harm.

7. He has been prescribed anti-depressants.

[1]

8. He socially transitioned more than two years ago and presents to the world as a boy.

9. With his receipt of gender-affirming hormones he has improved an enormous amount. It has been like night and day. His anxiety and depression have decreased, and he is much more comfortable in public and with his peers.

10. He is clearly comfortable in presenting as a boy.

11. I agreed to my child receiving hormones only after we were given information about their benefits and potential negative side effects, and I was able to give informed consent.

12. I am certain that if the hormones were to stop and my child would have to resume female puberty that this would be absolutely devastating to him. The symptoms of his gender dysphoria would increase with disastrous consequences. This would cause him permanent and irreversible harm.

13. I should have the right to make decisions concerning my child's necessary medical treatment in consultation with his doctors without interference from the State.

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/14/23

_____
LaRisha Hanks

Prepared by:

Kenneth J. Falk
ACLU of Indiana