UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., *et al.*,

        Plaintiffs,

v.                                         No. 1:23-cv-00595-JPH-KMB

THE INDIVIDUAL MEMBERS OF THE
MEDICAL LICENSING BOARD OF
INDIANA, in their official capacities, *et al.*,

        Defendants.

### Declaration of Julia Kathary

Julia Kathary, being duly sworn upon her oath, says that:

1. I am an adult resident of the State of Indiana.

2. I am the mother of a transgender girl who is now 16½ years old.

3. For the last four months she has been prescribed and has been taking estradiol and a testosterone blocker. She receives this gender-affirming care at Riley Gender Health Clinic.

4. Before she was seen at Riley Gender Health Clinic, she was suffering a great deal of depression and anxiety and she was taking an antidepressant prescribed by her primary care provider.

5. She described herself as feeling that everything about her was wrong.

[1]

6. The estradiol and testosterone blocker was given to my daughter only after its effects were fully explained to my daughter and me.

7. With the gender-affirming hormones that she is receiving she is now getting comfortable in her own skin. She finally feels that her body is lining up with who she is. Her improvement is significant and obvious.

8. However, the fact that Indiana has passed a law that will prohibit the vitally necessary care that my daughter is receiving is causing my daughter an enormous amount of stress and anxiety.

9. We cannot risk our daughter being denied the medication that is necessary for her continued growth and mental health.

10. We are therefore planning to move out of state so my daughter can continue to obtain the care that she needs.

### Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/17/23

*Julia Kathary*
Julia Kathary

Prepared by:

Kenneth J. Falk
ACLU of Indiana

[2]