UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., *et al.*,

Plaintiffs,

v.

No. 1:23-cv-00595-JPH-KMB

THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*,

Defendants.

### Declaration of Patrick Rhodes

Patrick Rhodes, being duly sworn, says that:

1. I am an adult resident of the State of Indiana.

2. I have a son who is 14 years old whose birth-assigned sex was female.

3. My son has identified as male since he was very young.

4. He has been diagnosed as having gender dysphoria and has suffered anxiety and other emotional issues because of the disconnect between his birth-assigned sex and his gender identity.

5. Since 2016 he has received care through the Riley Gender Health Clinic. Prior to that time, he received care at the Lurie Children's Hospital in Chicago.

6. He has been placed on a puberty blocker by his medical practitioners.

[1]

7. He is scheduled to begin receiving gender-affirming hormone therapy within the next 30 days.

8. My son's medical practitioners provided us with information concerning the benefits and potential effects of puberty blockers and the gender-affirming hormone therapy, and I provided informed consent for the treatment.

9. With the puberty blocker and the promise of hormonal therapy my son has become much more at ease in his own skin. He has been able to develop friendships with peers and is much more comfortable and relaxed.

10. If he were not able to continue with the therapy—the puberty blocker and hormones—he would not be able to be the person who he is. This would be devastating to him and would cause him serious harm.

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/18/23
              Date

_____
Patrick Rhodes

Prepared by:

Kenneth J. Falk
ACLU of Indiana