UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| K.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, <br><br> Defendants. | No. 1:23-cv-00595-JPH-KMB |

**Declaration of Indiana Youth Group**

Comes now Christine Paulsen, being duly sworn, and says that:

1. I am an adult resident of Indiana.

2. I am the Chief Executive Officer of Indiana Youth Group.

3. Indiana Youth Group is an Indianapolis-based nonprofit corporation, created in 1987, which creates safer spaces to foster community and provides programming that empowers LGBTQ+ youth and magnifies their voices.

4. IYG provides housing, mental health therapy, food, case management, and general supports to LGBTQ+ and straight/cis youth, their families, and other supportive adults in their lives.

5. We also assist in connecting transgender youth to gender-affirming medical care.

[1]

6.     At the current time Indiana Youth Group is providing counseling, care coordination, group meetings, parental support, or otherwise working with at least 10 transgender persons under the age of 18 who are currently receiving puberty blockers or gender-affirming hormone therapy. We are also working with over 35 youth who are in the process of accessing gender-affirming puberty blockers or hormones.

## Verification

We verify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/20/23
             DATE

*[signature]*

Christine Paulsen, CEO
Indiana Youth Group

Prepared by:

Stevie J. Pactor
ACLU of Indiana