SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., *et al.*,

                    Plaintiffs,

           v.                                      No. 1:23-cv-00595-JPH-KMB

THE INDIVIDUAL MEMBERS OF THE
MEDICAL LICENSING BOARD OF
INDIANA, in their official capacities, *et al.*,

                    Defendants.

### Declaration of Emma Vosicky

Comes now Emma Vosicky, being duly sworn, and says that:

1.      I am an adult resident of Indiana.

2.      I am the Executive Director of GenderNexus Inc.

3.      GenderNexus is an Indianapolis-based nonprofit corporation, created in 2014, which provides assistance and services to and for gender-diverse persons, including transgender and gender-diverse youth under the age of 18.

4.      Among other things, GenderNexus provides care coordination and short-term supportive counseling with licensed social workers, both for gender-diverse persons and for parents and caregivers. Additionally, GenderNexus conducts specific support groups for parents and caregivers of transgender and gender-diverse youth.

5.      GenderNexus also offers trainings for schools, business, counselors, business groups and government agencies, all of which trainings are designed to provide

[1]

information and understanding concerning gender-diversity and to assist in constructing a supportive environment for gender-diverse persons.

6.      In order to support its clients, GenderNexus regularly obtains information as to those medical providers who offer gender-affirming care for adults and adolescents, including those providers who are available to prescribe puberty blockers and gender-affirming hormone therapy for adolescents. If and when appropriate and based upon meeting and consultation with the client and their parents/caregivers, GenderNexus can provide a medical referral letter which is required for certain gender-affirming care for individuals under 18.

7.      Since September of 2022, GenderNexus has provided care coordination, for at least 137 transgender persons (together with their parents/caregivers) between the ages of eleven to seventeen, inclusive. A significant portion of these individuals (in conjunction with their parents' involvement) are considering or receiving puberty blockers or gender-affirming hormone therapy. The removal of these medical options, whether already being received or considered, substantively harms the mental and physical health and well-being of these individuals as they are forced to experience their bodies developing in ways that are absolutely contrary to their deeply held understanding of their own gender identity.

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: April 21,2023

*Emma Vosicky*

Emma Vosicky, J.D., MAT

Prepared by:

Kenneth J. Falk
ACLU of Indiana