UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS | ) |
| OF THE MEDICAL LICENSING | ) |
| BOARD OF INDIANA, in their | ) |
| official capacities, et al., | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF AUTOMATIC INITIAL 28-DAY EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6-1, Defendants, the Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director, Indiana Professional Licensing Agency, in her official capacity, Attorney General of the State of Indiana, in his official capacity, Secretary, Indiana Family and Social Services Administration, in her official capacity, and Indiana Family and Social Services Administration, hereby file a notice of a 28-day extension of time in which to file a responsive pleading to Plaintiffs' complaint (Dkt. 1) or a motion under Federal Rule of Civil Procedure 12, to and including May 29, 2023. Service of the complaint and summons was received on April 10, 2023. Under Federal Rule of Civil Procedure 12(a)(1)(A)(2), the original deadline for filing a responsive pleading or motion was May 1, 2023. That deadline has not been previously extended. With a 28-day extension, the new deadline for filing a responsive pleading or motion is May 29, 2023. The extension will not interfere with the Case Management Plan, any hearings or trials, or other deadlines set by the Court. Defendants' counsel conferred with Plaintiffs' counsel about the 28-day extension, and Plaintiffs' counsel agrees to the 28-day extension.

|                       |     |                                                      |
|-----------------------|-----|------------------------------------------------------|
|                       |     | Respectfully submitted,                              |
|                       |     | THEODORE E. ROKITA<br>Attorney General of Indiana    |
| Date: April 27, 2023  | By: | Thomas M. Fisher<br>Solicitor General                |
|                       |     | James A. Barta<br>Deputy Solicitor General           |
|                       |     | Corrine Youngs<br>Policy Director and Legislative Counsel |
|                       |     | Melinda R. Holmes<br>Razi S. Lane<br>Deputy Attorneys General |
|                       |     | Office of the Attorney General<br>302 W. Washington St., IGCS 5th Floor<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-6255<br>Fax: (317) 232-7979<br>Email: tom.fisher@atg.in.gov |