# United States District Court
### for the
### Southern District of Indiana

| | |
|---|---|
| K.C., *et al.* | ) |
|       *Plaintiffs,* | ) |
| vs. | ) Cause No: 1:23-cv-595 JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE INDIANA MEDICAL LICENSING BOARD, *et al.* | ) |
|       *Defendants.* | ) |

**SUMMONS IN A CIVIL ACTION**

TO:    Secretary
Indiana Family and Social Services Administration
402 W. Washington St.
MS 25 W461
IGCS
Indianapolis, IN 46207

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      Kenneth J. Falk/Gavin M. Rose/Stevie J. Pactor
                      ACLU of Indiana
                      1031 E. Washington St.
                      Indianapolis, IN 46202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

BY: _____

Date:  04/06/2023

Civil Action Number: 1:23-cv-595    Civil Summons (Page 2)

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION — SECRETARY
was received by me on *(date)* 4/6/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: CM RRR

My fees are $ ∅ for travel and $ ∅ for services, for a total of $ ∅.

I declare under penalty of perjury that this information is true.

4/6/23

*Ann D'Angelo*
ANN D'ANGELO
LITIGATION SUPPORT MGR

ACLU of Indiana
1031 East Washington St.
Indianapolis, IN 46202

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary
Indiana Family and Social Services Administration
402 W. Washington Street, Room W-461
Indianapolis, IN 46204

9590 9402 7395 2055 6222 46

2. Article Number *(Transfer from service label)*
7022 2410 0001 2970 2180

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70222410000129702180

Remove ✕

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in INDIANAPOLIS, IN 46204 on April 24, 2023 at 8:21 am.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**

INDIANAPOLIS, IN 46204
April 24, 2023, 8:21 am

See All Tracking History

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers