UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K. C. *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD OF | ) | |
| INDIANA in their official capacities, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

To facilitate proceedings related to Plaintiffs' motion for a preliminary injunction, the Court:

**ORDERS** the parties to confer and to file a joint statement of stipulated facts by **June 2, 2023**;

**SCHEDULES** a hearing on Plaintiffs' motion for a preliminary injunction for **June 14, 2023, at 1:30 p.m.** in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana; and

**SCHEDULES** a telephonic status conference on **June 5, 2023, at 11:00 a.m.** Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

At the telephonic status conference, the parties shall be prepared to: (i) discuss how much time they request to present their arguments at the June 14 hearing; (ii) identify any remaining material factual disputes; and (iii) state

their position as to whether and why an evidentiary hearing would or would not be useful to further develop the factual record with respect to remaining disputed material facts.

**SO ORDERED.**

Date: 5/2/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

2