UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C. *et al.* | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )  No. 1:23-cv-00595-JPH-KMB<br>) |
| THE INDIVIDUAL MEMBERS OF THE<br>MEDICAL LICENSING BOARD OF<br>INDIANA in their official capacities, *et al.* | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER GRANTING STAY OF CLASS CERTIFICATION BRIEFING**

In conjunction with their motion for a preliminary injunction, Plaintiffs have filed a motion to certify three classes and two subclasses under Federal Rule of Civil Procedure 23(b)(2). Dkt. 10; dkt. 28. Defendants filed a motion to stay briefing on that motion until the Court rules on Plaintiffs' motion for a preliminary injunction. Dkt. 29. After Plaintiffs initially opposed the motion, dkt. 32, the Court ordered them to show cause why class-certification briefing should not be stayed because the Court's equitable power would provide the more appropriate procedure for the relief they seek. Dkt. 41. In response, Plaintiffs withdrew their objection to Defendants' motion to stay. Dkt. 42.

For the reasons in the Court's show cause order, dkt. 41, Defendants' unopposed motion to stay is **GRANTED** and briefing on Plaintiffs' motion for class certification, dkt. 10, is **STAYED** pending resolution of the motion for preliminary injunction. Dkt. [29].

**SO ORDERED.**

Date: 5/17/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel