UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS | ) |
| OF THE MEDICAL LICENSING | ) |
| BOARD OF INDIANA, in their | ) |
| official capacities, et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME**

Having considered Defendants' Unopposed Motion to Extend Time to File Responsive Pleading, and finding there is good cause to grant it, the motion is GRANTED.

IT IS THEREFORE ORDERED that the deadline for filing a responsive pleading is extended until August 14, 2023.

_____                                                    _____
Date                                                                       United States Magistrate/District Judge


To:  All ECF-registered counsel of record