UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS | ) |
| OF THE MEDICAL LICENSING | ) |
| BOARD OF INDIANA, in their | ) |
| official capacities, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER GRANTING MOTION TO EXTEND TIME**

Having considered Defendants' Unopposed Motion to Extend Time to File Responsive Pleading, and finding there is good cause to grant it, the motion [dkt. 44] is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' deadline for filing a responsive pleading is extended until **August 14, 2023**.

Date: 5/25/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

To: All ECF-registered counsel of record