UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al., | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' SUBMISSION OF SEALED EVIDENTIARY MATERIAL**

Defendants submit the attached evidentiary material upon which they will be relying in their forthcoming Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

| Exhibit 1 | Expert Declaration of James M. Cantor, PhD |
|---|---|
| Exhibit 2 | Expert Declaration of Paul W. Hruz, M.D., PhD. |
| Exhibit 3 | Expert Declaration of Dianna T. Kenny, PhD, FAPsS |
| Exhibit 4 | Expert Declaration of Daniel Weiss, M.D. |
| Exhibit 5 | Expert Declaration of Kristopher Kaliebe, M.D. |
| Exhibit 6 | Deposition Transcript – Elaine Cox, M.D., Indiana University Health, Inc. d/b/a Riley Children's Health and Indiana University Healthcare Associates, Inc. d/b/a Indiana University Health Physicians 30(b)(6) |
| Exhibit 7 | Deposition Transcript – Janine M. Fogel, M.D., Health and Hospital Corporation of Marion County d/b/a Eskenazi Health 30(b)(6) |
| Exhibit 8 | Deposition Transcript – Dr. Catherine Bast & Michelle (Mixhi) Marquis, Mosaic Health and Healing Arts 30(b)(6) |
| Exhibit 9 | Deposition Transcript – Dan Karasic |

| | |
|---|---|
| Exhibit 10 | Deposition Transcript – Daniel Shumer |
| Exhibit 11 | Deposition Transcript – Jack Turban |
| Exhibit 12 | Deposition Transcript – Beth Clawson |
| Exhibit 13 | Deposition Transcript – Nathaniel Clawson |
| Exhibit 14 | Deposition Transcript – Emily Morris |
| Exhibit 15 | Deposition Transcript – Ryan Welch |
| Exhibit 16 | Deposition Transcript – Lisa Welch |
| Exhibit 17 | Deposition Transcript – Maria Rivera |

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General

By:  /s/ Thomas M. Fisher
Thomas M. Fisher
Solicitor General

James A. Barta
Deputy Solicitor General

Corrine Youngs
Policy Director and Legislative Counsel

Melinda R. Holmes
Razi S. Lane
Deputy Attorneys General

*Counsel for Defendants*