# EXHIBIT 6

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

**Elaine Cox, M.D.**

*May 31, 2023*

_____

Page 3

```
 1         UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF INDIANA
 2            INDIANAPOLIS DIVISION
 3
 4
 5  K.C., et al.,            )
                            )
 6       Plaintiffs,   )
                            )
 7      -v-            ) CASE NO.
                      ) 1:23-cv-00595-JPH-KMB
 8  THE INDIVIDUAL MEMBERS OF    )
    THE MEDICAL LICENSING BOARD  )
 9  OF INDIANA, in their official)
    capacities, et al.,       )
10                           )
         Defendants.    )
11
12
13       The 30(b)(6) deposition upon oral examination
14  of RILEY CHILDREN'S HEALTH by ELAINE COX, M.D., a
15  witness produced and remotely sworn before me,
16  Debbi S. Austin, RMR, CRR, Notary Public in and for
17  the County of Hendricks, State of Indiana, taken on
18  behalf of the Defendants via Zoom videoconference on
19  May 31, 2023, at 9:01 a.m., pursuant to the Federal
20  Rules of Civil Procedure.
21
22
23
24        STEWART RICHARDSON & ASSOCIATES
           Registered Professional Reporters
25             (800)869-0873
```

Page 2

```
 1           APPEARANCES
 2     (All participants via Zoom videoconference)
 3  FOR THE PLAINTIFFS:
 4     Kenneth J. Falk, Esq.
       Gavin M. Rose, Esq.
 5     Stevie Pactor, Esq.
       ACLU OF INDIANA
 6     1031 East Washington Street
       Indianapolis, IN  46202
 7     kfalk@aclu-in.org
       grose@aclu-in.org
 8     spactor@aclu-in.org
 9     Chase Strangio, Esq.
       AMERICAN CIVIL LIBERTIES
10     UNION FOUNDATION
       125 Broad Street
11     New York, NY  10041
       cstrangio@aclu.org
12
13  FOR THE DEFENDANTS:
14     Thomas M. Fisher, Esq.
       OFFICE OF THE ATTORNEY GENERAL
15     302 West Washington Street
       IGCS Fifth Floor
16     Indianapolis, IN  46204
       tom.fisher@atg.in.gov
17
18  FOR THE DEPONENT AND INDIANA UNIVERSITY HEALTH:
19     Joshua J. Minkler, Esq.
       BARNES & THORNBURG LLP
20     11 South Meridian Street
       Indianapolis, IN  46204
21     josh.minkler@btlaw.com
22
23
24
25
```

Page 3

```
 1         APPEARANCES   (CONT'D.)
 2  ALSO PRESENT:  Alli Emhardt, Assistant General Counsel
              Indiana University Health
 3
              Joannie Geuder
 4            Mylene Laughlin
              Andrew Shaw
 5            Brandon Splitter
              Bailey Steinhauer
 6            Shay Storz
              John Vastag
 7            Roarke Matchett
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1         INDEX OF EXAMINATION
 2  EXAMINATION                      PAGE
 3  By Mr. Fisher:                    6
 4  By Mr. Falk:                     54
 5
 6
 7
 8
 9
           INDEX OF EXHIBITS
10
    NUMBER        DESCRIPTION        PAGE
11
    Exhibit 1    Subpoena to Testify at a     6
12               Deposition in a Civil Action
13  Exhibit 2    Attachment to Subpoena       7
14  Exhibit 3    Class Action Complaint       8
                 for Declaratory and Injunctive
15               Relief/Notice of Challenge to
                 Cons itutionality of Indiana
16               Statute
17  Exhibit 4    Curriculum Vitae             9
18  Exhibit 5    Fertility Preservation      10
                 for Transgender and
19               Gender-Nonbinary People
20  Exhibit 6    Hormone therapy:            14
                 Testosterone
21
    Exhibit 7    Is Gender Affirming Care    21
22               Safe & Effec ive
23  Exhibit 8    Riley Children's Health     24
                 Gender Care Services
24
25
```

**Page 5**

1          INDEX OF EXHIBITS   (CONT'D.)
2  NUMBER              DESCRIPTION          PAGE
3  Exhibit 9   Gender Affirming Support        32
            and Education
4
    Exhibit 10   A Guide to Feminizing         32
5          Hormones
6  Exhibit 11   A Guide to                     33
            Masculinizing Hormones
7
    Exhibit 12   Menstrual Suppression         34
8          and Breakthrough Bleeding for
            Gender Diverse Youth
9
    Exhibit 13   Puberty Blockers              34
10
    Exhibit 14   1-24-23 E-mail from Tory      35
11         Castor to Senator Bray, et al.
12  Exhibit 15   Gender-Affirming              36
            Hormone Therapy: A Timeline
13
    Exhibit 16   Indiana University            38
14         Health Prohibi ion of Gender
            Affirming Surgery on Minors
15
    Exhibit 17   GAC Fact Sheet                57
16
17
18
19
20
21
22
23
24
25

**Page 6**

1              ELAINE COX, M.D.,

2  having been first duly sworn to tell the truth, the

3  whole truth, and nothing but the truth, was examined

4  and testified as follows:

5  EXAMINATION

6  BY MR. FISHER:

7  Q  Good morning, Dr. Cox.  My name is Tom Fisher.  I'm

8     with the Attorney General's Office, and I'll be

9     taking your deposition today.

10       So we only have a short amount of time.  I

11    promised your lawyer I would get through this as

12    quickly as I can.  And I know that, you know, no

13    one's really eager to be doing this at 9:00 in the

14    morning, but I really appreciate your help and your

15    cooperation.  So I think we're going to start off

16    by identifying a few documents, just because there

17    was a production of documents and I want to make

18    sure I know what it is that's been produced.

19       But first, let's start with Exhibit 1, which

20    is going to be -- it's a document titled "Subpoena

21    to Testify at a Deposition in a Civil Action."

22    MR. FISHER:  Joannie, do you have that one?

23       (Deposition Exh bit 1 marked.)

24  Q  Doctor, I'm not going to ask detailed questions

25    about this document.  I just want to know whether

**Page 7**

1     you have seen it.

2  A  Yes.  Mr. Minkler shared it with me.

3  Q  Okay.  And do you understand this to be the

4     subpoena to IU Health to give a deposition in this

5     case?

6  A  Yes.

7  Q  And I'm going to ask you, just for the sake of the

8     court reporter, to make sure you give all your

9     answers verbally, and head nods and shakes won't

10    get recorded well.  So let's -- it's something we

11    all have to be mindful of.

12  A  Okay.

13  Q  By this case, of course, I mean from the caption,

14    K.C., et al., versus Individual Members of the

15    Medical Licensing Board of Indiana.

16       Do you see that?

17  A  I do.

18    MR. FISHER:  All right.  Let's mark Exh bit 2,

19    which is the attachment to the subpoena.  It should

20    be probably a separate document.

21       (Deposition Exh bit 2 marked.)

22  Q  All right.  Again, I'm not going to ask a whole lot

23    of questions about this, but I wonder if you've

24    seen this document before.

25  A  It was shared.

**Page 8**

1  Q  Have you -- well, I'll just descr be what it is,

2     and you can kind of hopefully confirm that you have

3     the same understanding.  So this is a document that

4     descr bes the categories of testimony that we have

5     asked IU Health to provide.

6       Does that comport with your understanding of

7     the document?

8  A  Yes.

9  Q  And have you read this document?

10  A  Not in detail, just skimmed it.

11  Q  Well, I guess my main question is, are you prepared

12    to give testimony on each of these subjects today?

13  A  Yes.

14    MR. FISHER:  All right.  Let's mark Exh bit 3,

15    which is the complaint in this case.

16       (Deposition Exh bit 3 marked.)

17  Q  Doctor, this is the complaint filed to initiate

18    this case, and I'm wondering if you have seen this

19    document before.

20  A  I have.

21  Q  Have you read the entire document?

22  A  Yes.

23  Q  Wow, that's heroic.

24  A  It was a long weekend.

25  Q  So you understand, I guess, that this lawsuit is

Page 9

1  about a challenge to the new Indiana law, Senate
2  Enrolled Act 480 that bans gender transition
3  procedures for minors?
4  A  Yes, I am aware.
5      MR. FISHER:  Okay.  Let's go ahead and mark
6  Exhibit 4, which is the curriculum vitae for
7  Dr. Cox.
8      (Deposition Exhibit 4 marked.)
9  Q  Dr. Cox, do you recognize this document?
10 A  I do.
11 Q  And what is it?
12 A  It is my curriculum vitae.
13 Q  Is it current as of today?
14 A  It is current as of when I submitted it, and I
15    don't think anything has changed in this week, so I
16    would say yes.
17 Q  Okay, great.  So I understand that you are the
18    designee of IU Health to testify for its -- as an
19    institution today.
20       Is that your understanding?
21 A  It is.
22 Q  Okay.  And I'm wondering, just -- not to suggest
23    anything otherwise, but I'm wondering what on this
24    CV tells us that you are an appropriate person to
25    testify for IU Health today.

Page 10

1  A  So I am the chief physician executive for Riley
2    Children's Health, which means all practice,
3    quality measures, protocols, et cetera, are
4    overseen because the work of the physicians and the
5    advanced practice providers is overseen by my
6    office.
7  Q  I'm sorry, the last word, overseen by what?
8  A  My office.
9  Q  Your office, okay.
10       Is there another administrative official that
11    you report to or are you the chief administrative
12    officer as well?
13 A  So I report to the president of Riley Children's
14    Health.
15 Q  And is that person a physician?
16 A  It is not.  So I would be the highest ranking
17    physician for Riley Children's Health.
18       MR. FISHER:  Now, let's mark Exhibit 5.  And
19    this is going to have a Bates number ending in
20    3890.
21       (Deposition Exhibit 5 marked.)
22 Q  Dr. Cox, do you recognize this document?
23 A  I have seen it before, yes.
24 Q  Can you describe what it is, please.
25 A  So this is a document that we use because a lot of

Page 11

1  our patients who have gender dysphoria are curious
2  about future fertility and have a lot of questions.
3  And so over time, and knowing the questions,
4  knowing the things that have come up with others,
5  this document is used to guide, to help the
6  patients with their discussion about this
7  particular item with fertility in the future.
8  Q  So this is a document designed for patients?
9  A  For patients, and in the case of minor children,
10    their parents who are their proxy decision-makers.
11 Q  Is this document given to every patient or parent
12    of a patient who is seeking some sort of medical
13    intervention for gender dysphoria?
14 A  That is my understanding.
15 Q  So you don't wait for a request for information,
16    you just provide it as part of the process?
17 A  That is my understanding, but I have not witnessed
18    that directly in the clinic.
19 Q  So yeah, and I guess that raises the question, do
20    you yourself ever treat patients with gender
21    dysphoria?
22 A  I do not.
23 Q  And what is your area of medical expertise?
24 A  So when I was practicing all the time, it's
25    pediatric infectious disease and public health.

Page 12

1  But then I spent five years as the chief medical
2  officer.  I've been the patient safety officer.
3  And like I said, I'm the chief physician executive
4  that oversees practice in our hospital.  And so my
5  understanding of this document is that it is
6  provided to each family that comes through the
7  clinic, but I personally don't hand out the
8  document.
9  Q  Understood.  Do you maintain a clinical practice?
10 A  I do not currently.
11 Q  Do you have an area of academic research that you
12    specialized in?
13 A  So most of my research has been on infections and
14    infection prevention, antimicrobial stewardship, in
15    the area of HIV/AIDS.
16 Q  So with respect to this document that's on the
17    screen, I guess I'm wondering, you say you
18    understand that it's given to every patient, but is
19    there a policy about that, about giving it to every
20    gender dysphoria patient?
21 A  It's not policy, but there is a difference between
22    policy and standard of practice.  So standards of
23    practice are widely accepted across the entire
24    nation about the care that you give under any
25    auspices.

30(b)(6)

Page 13

1    So there are guidelines from the Endocrine
2    Society.  There are guidelines from the Society of
3    Adolescent Medicine.  There are the WPATH
4    guidelines, of what the best care, the best
5    practice, if you will, should be.  Everything's not
6    written into policy, but it is accepted standard of
7    practice.
8 Q  Why is it accepted standard of practice to provide
9    this document to all patients seeking treatment for
10   gender dysphoria?
11 A Well, I think, you know, with any sort of document
12   such as this, knowing that these are questions that
13   some people have considered or have come up, you
14   want to make sure that everyone is fully informed
15   and has all the – the knowledge that you can share
16   with them about things that they should be
17   considering in any diagnosis and any kind of
18   treatment.
19   So an example is that we also ta k about
20   fertility preservation when we're getting ready to
21   give chemotherapy, certain types of chemotherapy.
22   So these are things that we as physicians know that
23   people should be informed of and aware of, and we
24   want to make sure that they have information at
25   their fingertips.

Page 14

1 Q  Do you yourself have any knowledge of the science
2    behind the need to give this as a – this document
3    as a standard of practice?
4 A  I do not.  Most best practice is determined by
5    people in every single specialty who, one, have a
6    great deal of experience; two, have national
7    committees that get together that share and give
8    information based on their experience and then come
9    out with recommendations of what best practice
10   should be.  That's a standard in medicine.  It's
11   all across the board.
12   In this particular case, I'm sure that this is
13   a document that our team has made for Riley that is
14   based on the national recommendations for care of,
15   in this case, our transgender and gender nonbinary
16   people.
17   MR. FISHER:  All right.  Let's go ahead and
18   mark Exh bit 6.  This is going to be the document
19   that ends Bates No. 3893.  And it goes through –
20   well, there's several pages to it.  So let's mark
21   3893 through 3899.  I'm uncertain exactly if this
22   is all one document or if it's multiple, but we'll
23   go through it page by page very briefly.
24   (Deposition Exh bit 6 marked.)
25 Q  Well, let's just start with page 1, and we'll just

Page 15

1    take them one at a time here.  So it looks l ke
2    we've got some rotating to do as we go.
3    Doctor, do you recognize this document?
4 A  I don't think that I have seen this document.
5 Q  Do you have any understanding of what it is or how
6    Riley uses it?
7 A  I do.
8 Q  Okay.  What can you tell us about that?
9 A  So with anything, we make sure that we communicate
10   all information orally and in written format,
11   right, in any diagnosis that we have, because
12   people – you know, they need to hear it so that
13   they can ask questions and we can explain, but then
14   they need something that they can refer back to
15   because medicine is complicated.  And as they think
16   through things, they may need to go back and
17   reiterate something.
18   And so it's very common for all of our
19   educational materials to have what we would call,
20   you know, FAQs or commonly asked questions, the
21   major ones that we get, with answers that we give
22   them so that, A, they can understand.  And we do
23   this with our educators, so that we're not writing
24   in medical terms only so that our families and our
25   patients have that opportunity.

Page 16

1    And there are very frequently illustrations
2    with it because some people are more visual
3    learners, and other people are more word learners,
4    right, so we try to combine both.  And that's what
5    this document is for, so that people understand,
6    whenever they make a decision to pursue therapy of
7    any kind, what those medications are, what the
8    effects of that medication is going to be, both the
9    intended effects and some potential side effects,
10   and then the drawings to help them understand.
11 Q  So do you understand this document to be created
12   for patients with gender dysphoria who are being
13   prescr bed testosterone or is it more specifically
14   useful for other – any patient getting
15   testosterone for any reason?
16 A  It could be used for anybody getting testosterone
17   for any reason.  This is very general.  You'll see
18   it ta ks about testosterone therapy.  It doesn't
19   ta k about necessarily which thing you're giving it
20   for.
21 Q  And is this provided in a packet of information to
22   the plaintiffs – or not plaintiffs, I'm sorry, the
23   patients?
24 A  I'm sure that it is.  Probably only the pages of it
25   that are useful for them.  So if you're getting

30(b)(6)

Page 17

```
1   testosterone therapy, you would get this page.  If
2   you're getting a different therapy, you might not
3   get this page.
4 Q  Okay.  Let's go to the next page, please.  So it
5   looks like we're on to a slightly different subject
6   with this page.  Doctor, this document reads "Oral
7   Contraception Consent," and I'm just curious what
8   this document is used for.
9 A  Again, it's used for making sure that we have
10   educated the patient that they have everything
11   orally communicated and now in writing and that
12   they understand everything that -- about this oral
13   contraception that they're going to take.
14       So there are multiple kinds of oral
15   contraception.  We give people options.  When they
16   decide and they pick one, such in this case oral
17   contraception, we want to make sure that they've
18   been fully informed of everything that it does and
19   does not do.  And part of that is having the
20   conversation, but then having them look at each one
21   of these and attesting that they understand.
22 Q  Is this document relevant, to your understanding,
23   in the treatment of gender dysphoria?
24 A  It can be if someone is trying to manage their
25   menses.  So remember, there are a lot of reasons
```

Page 18

```
1   for oral contraception, and so when we have
2   patients who have real challenges with their
3   menses, excessive bleeding, excessive pain, in any
4   of those cases, oral contraception might be used to
5   help manage that, whether or not they're
6   transgender.  And so there are multiple reasons to
7   use it, even, you know, in all patients.
8 Q  Okay.  Let's go to the next page, 3895.
9       So this document says "Depo-Provera Consent."
10   So I'm wondering what this document is.
11 A  So it's essentially the same thing about a
12   different type of medication.  But it's pretty much
13   the same thing in theory that you have discussed
14   different things.  And Depo-Provera has been an
15   option for therapy and you've communicated it and
16   now here it is in writing.  Depo-Provera will
17   inhibit menses or at least shorten it and change
18   it.  So it's another option for patients who have
19   challenges for -- with regard to managing their
20   menses.
21 Q  Is it also a contraceptive or is it sort of just a
22   menses management drug without relevance to
23   contraception?
24 A  Both.
25 Q  Both, you say?
```

Page 19

```
1 A  Yes.
2 Q  Okay, thank you.
3       All right, let's go ahead and go to the next
4   page.  This says "Consent for Intrauterine Device
5   Placement."  So I take it this is the consent form
6   if somebody wants an intrauterine device; correct?
7 A  Correct.
8 Q  And do you have an understanding of how that's
9   relevant to treatment of gender dysphoria?
10 A  So I think what you've seen, right, are the three
11   options now for birth control and menses
12   management.  So it's oral contraception,
13   Depo-Provera, and IUD.  So they can be used in
14   patients who are desiring of either contraception
15   or menses management, and they are the three
16   options and they can choose.
17 Q  Is the IUD useful for menses management or is it
18   just contraception?
19 A  It's mostly contraception.  And if there are
20   further uses for it, I am not the person to comment
21   on that.
22 Q  Thank you.  Let's go to the next page, 3897.  So
23   another patient consent form.  What is this one
24   used for?
25 A  So Nexplanon is also a kind of birth control
```

Page 20

```
1   method, and it is -- it's an estrogen-based product
2   and it's inserted under the skin.  So you don't
3   take a pill every day.  It's like an IUD in that
4   way in that you don't have to remember to do
5   something every day.  It's an implantable.
6 Q  Is it useful only for birth control or also menses
7   management?
8 A  It can be used in both because you're regulating
9   someone's cycle, so it too can have benefits in
10   both.
11 Q  All right.  Let's go to the next page, 3898.  So
12   this document at the top says "Consent for
13   Procedure."  I don't know if this is related to the
14   Nexplanon or if it's an independent document, but
15   I'm wondering if you can tell me how this document
16   is used.
17 A  So this is the general consent for a procedure.  So
18   this is not our operating room consent, but a
19   consent for procedure.  This is most often used in
20   office procedures.  And so you can see you fill in
21   what the procedure is listed, and then exceptions
22   to consent can be listed.  So this -- where it sits
23   in this document, it's probably with regard to the
24   insertion of a Nexplanon device.  But this is a
25   general consent for procedure, and you have to fill
```

Page 21

1  it in.
2  Q  Okay, thanks.  All right, let's go to the next
3     page, 3899.  So here we have another consent form,
4     and this one is for Ortho Evra.  And I'm wondering,
5     it says, "Ortho Evra contraceptive patch."  So can
6     you – tell me, is that meant for menses management
7     only or also birth control or only birth control?
8     How does that fit into the range of options?
9  A  It too can be both.  So these patches have estrogen
10    that regulates the menses cycle, as well as
11    provides birth control.  Another version.
12        MR. FISHER:  All right.  Let's mark Exh bit 7.
13    And this has Bates No. 3901.
14        (Deposition Exh bit 7 marked.)
15  Q  Doctor, do you recognize this document?
16  A  I do.  I have seen it.
17  Q  And I think it looks to me like it's got one, two,
18    three, four pages to it.  I just want to – if we
19    could just scroll slowly through so the doctor can
20    make sure that we see the whole thing.
21  A  Yes.
22  Q  Okay.  Doctor, what is this document used for?
23  A  So this is a piece of information that is used for
24    education, both within the gender affirmation
25    clinic, but it is also useful for people who have

Page 22

1     questions about gender-affirming care and
2     understanding where the supports and the guidelines
3     come from, showing the studies and the medicine
4     behind the treatment of gender-affirming care.
5  Q  Who's the target audience principally?
6  A  Well, I think it's written to be for both our
7     learners and as well as families who have questions
8     about, how did we come to this, where are the
9     standards of practice.  So it can be used in both.
10  Q  And you used the term "learners," and I'm wondering
11    what you mean by that.
12  A  Medical students, residents, Fellows, physician
13    assistant students, even social work students that
14    we have in our educational institution.
15  Q  Were you involved in the writing or preparation of
16    this document?
17  A  No.
18  Q  Do you know anything about the science that is
19    mentioned in this document?
20  A  I do.  I have reviewed multiple of the studies as
21    well as some of the guidelines.  I also am very
22    well aware of the statement of support from the
23    American Academy of Pediatrics and the Federation
24    of Pediatric Organizations.
25  Q  Do you know how the – do you know who the authors

Page 23

1     of this document are?
2  A  I do not.
3  Q  Do you have any understanding of how they decided
4     what studies to mention in this document?
5  A  I do not.
6  Q  Have you ever discussed with the authors of this
7     document whether there might be additional studies
8     that could be or should be included?
9  A  I have not.  I have spoken with the chief of
10    adolescent medicine.  These are what we would
11    consider to be the major studies and the most
12    reliable bodies that we generally base our
13    standards of care around, and I feel comfortable
14    with that statement from her.
15  Q  Oh, okay.  Are you – have you done any research of
16    your own to determine whether there might be
17    additional studies that ought to be considered for
18    this document?
19  A  I have not looked specifically to say if there are
20    other studies.
21        MR. FISHER:  All right.  Let's mark – I guess
22    we're up to – I think we had two copies, Joannie,
23    so I think we're going to skip over what is
24    probably next.  It's the same document.  We don't
25    need to mark it again.  I want to go to what is

Page 24

1     3905, and so I guess this would be 8.
2         (Deposition Exh bit 8 marked.)
3  Q  Doctor, do you recognize this document?
4  A  I do.
5  Q  And what is this document?
6  A  This is the document that was prepared, the
7     information that was prepared for our website and
8     making clear what services that we will provide.
9     So this was the document put together by the team
10    for that purpose.
11  Q  So this is taken from the website itself?
12  A  This information is on the website.  It's arranged
13    differently, I think, on the website, but this is
14    essentially what's there.
15  Q  So is this document in this form used for anything
16    or is it just a source of information for the
17    website?
18  A  I think it's used for the – again, for any
19    audience that has questions about it.  So it can be
20    used for our patients and families or it can be
21    used for our learners.  It can be used, like I
22    said, to inform for the searches that people are
23    doing nationally, et cetera.
24  Q  Let's scroll to the bottom of the page.  There's a
25    little – there's a box towards the bottom.  So

Page 25

1  this says "Gender Care Interventions for Pediatric
2  Patients (less than 18 years or old) & Riley
3  Hospital for Children."
4      So are you with me down there at the bottom of
5  the page?
6 A  Yes.
7 Q  Great.  So it looks like in one column it has
8  "Services Provided at Riley," and the other column
9  it says, "Services Not Provided at Riley."  And so
10  you've got under services provided, ambiguous
11  genitalia surgery, treatment for menstrual
12  suppression, gender-affirming hormone therapy,
13  surgery consultation and coordination.  And under
14  not provided at Riley, top surgery and bottom
15  surgery.
16      And so let's start with ambiguous genitalia
17  surgery.  Do you know what that refers to?
18 A  I do.
19 Q  What is that referring to?
20 A  So there are babies who are born with something
21  called congenital adrenal hyperplasia, where their
22  genitalia, despite the fact that they are hormone
23  XX, their genitalia often are ambiguous, meaning
24  they have some features of it that are vaginal and
25  some that look penile.

Page 26

1      And for those families, for those little
2  babies, because they have an intact uterus and
3  all -- they are genetically female, if the families
4  desire that they want that genitalia in their
5  infant to be restored to its genetic base and match
6  its genetic base, that can be done here.  There's
7  an entire process that we go through with families
8  around that.
9      And then that if families want to do that,
10  then they can have that surgery done here.
11  Families have a lot of reasons for wanting to do
12  that early in life from the standpoint of their
13  child and child care and other things that are not
14  relevant here, but we will do that here, only for
15  that particular case of patients.
16 Q  Is it always for genetic females that this arises,
17  or is it sometimes genetic males?
18 A  No, it's genetic females, where this surgery,
19  ambiguous genitalia surgery, is done here at Riley.
20  There are other genital surgeries done on males,
21  because they have, you know, some sort of a
22  curvature or whatever, sometimes there are other
23  surgeries that are done, but those are -- those are
24  corrective for a malformation as opposed to for any
25  other reason.

Page 27

1 Q  The ambiguous genitalia surgery, is it always done
2  shortly after birth or what is the time frame where
3  that's usually done in the child's life, I guess is
4  what I'm wondering?
5 A  Yeah, it's done in infancy.
6 Q  So over on the right side of that, we've got the
7  services not provided at Riley.  And it says top
8  surgery and bottom surgery.
9      So first of all, what is top surgery?
10 A  So top surgery includes breast surgery.  So whether
11  it's augmentation, it's, you know, debunking of the
12  breast, mastectomy.  Those would be considered top
13  surgeries.
14 Q  And what is bottom surgery?
15 A  Bottom surgery would be surgery on the genitalia.
16  In the case of gender dysphoria, it would be, you
17  know, phalloplasties and other things like that.
18  So genital surgery.
19 Q  Do you have a detailed understanding of what those
20  surgeries involve?
21 A  I do not, because we don't do them on minors here,
22  and so we don't do them.  I know what they are, and
23  I certainly know like, you know, vaginoplasty and a
24  vulvoplasty and a phalloplasty, those are the --
25  plasty always means creation, right, and so those

Page 28

1  are the creations of the genital surgeries.  But
2  what the surgical procedures and the steps in that
3  are, I do not know.
4 Q  So I'm wondering why Riley does not provide top
5  surgery and bottom surgery for minors.
6 A  So I -- so to be clear, we don't do top surgery or
7  bottom surgery in minors for the sole purpose of
8  gender dysphoria.  There are times that children
9  have excruciating back pain from exceedingly large
10  breasts, they could have abscesses or other things.
11  You know, there are vulvar abscesses and vaginal
12  abscesses and penile abscesses, we would treat
13  those.
14      We don't do top and bottom surgery in minors
15  if there is no other indication than gender
16  dysphoria.  And the reason that we have made that
17  our standard is that these surgeries are -- you
18  know, they're not small surgeries, and they are not
19  easily reversible.  And so you want people to be at
20  the age of consent, which in this country is 18,
21  before they make those decisions.
22      Medicines that you give, you can stop
23  medicine, and the effects will lessen over time.
24  But with surgery, that's -- that is a commitment
25  from which you don't come back.  And so informed

30(b)(6)

Page 29

1  consent and making sure that patients are of an age
2  where they will be able to truly be informed is 18,
3  and so that is the standard we have chosen.
4  Q  Do you have a detailed knowledge of the risks of
5  hormone therapy on minors for gender dysphoria?
6  A  So I think if you went back to those original
7  documents, most of them are listed there.  Most of
8  the – those effects are shorter lived and mostly
9  reversible.  You may put on some weight or you may
10  develop some acne.  Your menses will stop.  It can
11  be – it will resume once you come off the
12  medicines.  Those are the most common and very well
13  known and very laid out in those documents.
14      To my knowledge, we don't know of any
15  long-term, can't be reversed effects of those
16  medicines after years of study of hormone therapy,
17  not only in transgender, but in all kinds of
18  indications.
19  Q  What about infertility?
20  A  So there is some concern, obviously, I don't know
21  the studies so I can't give you percentages, but
22  that is why we have that first document about
23  fertility preservation, if there's any
24  consideration of that.
25  Q  So, and I'm wondering, you know, infertility sounds

Page 30

1  like something that you don't undo; right?
2  A  Infertility is something that is generally very –
3  it depends on the reason that you have infertility
4  if it can be overcome or not, whether you took meds
5  or not, right.  Infertility is a reality.  But if
6  there's a potential at all, we want to protect
7  that, and I don't think you can ever know who's
8  going to suffer from infertility for whatever
9  reason.  And so that's why we offer that.  But it's
10  a possibility, I guess.
11  Q  And Riley has decided that, notwithstanding that
12  risk, it wants to offer hormonal treatment even
13  though there is that potential risk in some cases?
14  A  So what I would say to you is that if something is
15  available, scientifically sound and recommended,
16  and legal, Riley feels an obligation to the
17  patients who are seeking help for any diagnosis to
18  provide what is considered the standard of care.
19  And we would commit that the standard of care in
20  caring for people with gender dysphoria has been
21  well laid out in the guidelines and that these are
22  accepted manners of care.
23  Q  And that's not true for top surgery or bottom
24  surgery?
25  A  So top surgery and bottom surgery, again, are much

Page 31

1  more permanent, and we want to make sure that our
2  patients are of the age of consent for
3  non-immediate necessity of surgery.
4  Q  You had mentioned with respect to the hormones that
5  you were committed to, I don't want to put words in
6  your mouth, I want to make sure I'm getting kind of
7  what you said here, but I think you said committed
8  to providing recommended and legal treatments.  But
9  I am wondering, you know, does top surgery and
10  bottom surgery at least fit those parameters, aside
11  from the current law that we're talking about?
12  A  So I do think so.  I think if you – because I have
13  looked many places across the country for the
14  surgical, the sort of accepted standard is that
15  children are of the age of consent for surgical
16  intervention.  That is the common practice around
17  the country.
18      I'm not saying that's what everybody does, but
19  many, many places, that is the accepted standard.
20  Some places have a little bit lower age limit for
21  top surgery because the guidelines are – they're
22  meant to be guidelines, so they're not a hundred
23  percent prescriptive.  But we have made the
24  decision for surgical intervention that we are
25  going to use 18.

Page 32

1      MR. FISHER:  All right.  Let's mark, I guess,
2  Exhibit 9.  So this is the one that's 3908.
3      (Deposition Exhibit 9 marked.)
4  Q  Do you recognize this document?  And there's two
5  pages, I think, here.
6  A  I have seen this document through the clinic.
7  Q  What do you understand this document to be?
8  A  So this document is basically looking at places
9  where families can go and get information, support
10  groups, different types of information that they
11  can share with their families, their extended
12  families, et cetera, who are interested in
13  understanding their child's journey.
14      MR. FISHER:  Let's go ahead and mark
15  Exhibit 10.  This is 3923.
16      (Deposition Exhibit 10 marked.)
17  Q  It looks like it's several pages, through 3933.
18      Doctor, as she's scrolling there, do you
19  recognize this document?
20  A  Well, I'm aware of the document.  I haven't spent a
21  lot of time in this document.  This is an
22  educational document that is put together by
23  Seattle Children's that is, again, another
24  opportunity for people to go and get more
25  information about the treatments.

Page 33

1  Q  Is it part of the standard of care at Riley to
2     provide this document to patients seeking care for
3     gender dysphoria?
4  A  We offer them a lot of opportunities to go and look
5     at different hospitals.  You saw on the last
6     document, there's a link there.  And if somebody's
7     done a really great job at putting together
8     information that we think will be helpful, we want
9     them to have access to all information.  Hospitals
10    and healthcare, as you know, in general Ike to
11    share what they know, in particular children's
12    hospitals.  And so it's not unusual for us to offer
13    them different things that are already in
14    existence.
15 Q  Do you know whether this is -- this document is
16    given to every patient at Riley seeking feminizing
17    hormones for gender dysphoria?
18 A  I do not.  I know it's given in the packet of, if
19    you want more information, you can seek it.  But
20    whether it's printed out and given to the patients,
21    I don't know.
22       MR. FISHER:  Let's mark 11.  It is 3934.
23       (Deposition Exh bit 11 marked.)
24 Q  Very similar document.  This one says, "A Guide to
25    Masculinizing Hormones," also from Seattle

Page 34

1     Children's.
2       Again, do you recognize this document?
3  A  I am aware of its existence, yes.
4  Q  Is it fair to say this is used in much the same way
5     as the previous document?
6  A  It is.
7       MR. FISHER:  Let's mark 12, which is 3943.
8       (Deposition Exh bit 12 marked.)
9  Q  Doctor, do you recognize this document?
10 A  Again, it's -- I am familiar with it.  It is from
11    Seattle, and it is around another intervention,
12    this one for menstrual suppression.
13 Q  And you -- I guess just to make sure I'm following,
14    is it your understanding that this is made
15    available, but you're not sure whether it's
16    provided to every patient seeking menstrual
17    suppression?
18 A  That is correct.
19       MR. FISHER:  Let's go to 13.  So this is 3947.
20       (Deposition Exh bit 13 marked.)
21 Q  Doctor, this looks Ike -- looks to be another
22    information sheet from Seattle Children's, but it's
23    for puberty blockers.  And I'm wondering, do you
24    know if this is given to every patient seeking
25    medical intervention for gender dysphoria?

Page 35

1  A  Again, I think they're given the option to access
2     it, but whether it's printed out and handed to
3     them, I do not know.
4       MR. FISHER:  All right.  Let's go to 14.
5     3953.
6       (Deposition Exh bit 14 marked.)
7       MR. FISHER:  Can we make that a little bit
8       bigger so the doctor can read it, please.
9       THE WITNESS:  Thank you.
10 Q  Can you read that okay?
11 A  I can, thank you.
12 Q  So this was produced to us, and I'm not sure if
13    your e-mail address shows up on here or not.  I
14    don't see it.  But I'm wondering if you have seen
15    this document before.
16 A  I have.
17 Q  Can you tell me what it is?
18 A  So this is a note from our senior vice president
19    for governmental affairs, Tory Castor, to several
20    of our legislators here in Indiana who had
21    questions on Riley's gender care program and had
22    ta ked with Tory Castor as well as some of our
23    physicians getting their questions answered, and
24    this was a follow-up e-mail.
25 Q  Is Tory Castor a doctor?

Page 36

1  A  She is not.  She's a lawyer.
2  Q  Oh, okay.  So did -- do you know who wrote this?
3     Do you know if Ms. Castor wrote this or if somebody
4     else helped her write it?
5  A  I do not know that.
6  Q  Do you know if this document was vetted through any
7     sort of senior medical staff at Riley?
8  A  So I know that Tory Castor reached out to the
9     physicians that provide care in the gender
10    affirmation clinic to get accurate answers about
11    the questionnaires, how they're used, who gets
12    them.  So she did ta k to those physicians.
13 Q  Were you aware that Ms. Castor was providing this
14    document before it was sent?
15 A  No.
16 Q  And you never had a chance to review its contents?
17 A  No, not this document, but I sat in on some of the
18    conversations that were going on with the senators
19    at the time, and this was just a follow-up
20    clarification, is my understanding.
21 Q  Oh, okay.
22       MR. FISHER:  Let's mark 15, which is gender
23    timeline, 3990.
24       (Deposition Exh bit 15 marked.)
25 Q  Do you recognize this document, Doctor?

Page 37

1  A  I have seen it.
2  Q  I'm sorry, have or have not?
3  A  I have.
4  Q  You have, okay.
5      What do you understand this document to be?
6  A  This is a document that helps families and patients
7     understand what they can expect from the
8     medications.  So not every medication acts
9     immediately, and sometimes the full effects are not
10    seen for quite some period of time.  And
11    patients – they don't always understand that.  And
12    so this document is to help them manage their
13    expectations of what's going to happen and when
14    that's going to happen and prepare for it.
15  Q  And did you help prepare this document?
16  A  No, I did not.
17  Q  It looks like the next page, it may be in the same
18    document, but the 3991, or maybe it's actually a
19    separate – there we go.  I'm not sure if this is
20    meant to be separate or meant to be part of the
21    same thing, but do you recognize this part of the
22    document?
23  A  Yes.
24  Q  And so it's telling us more, I think, similar types
25    of information about estrogen and what it does.

Page 38

1     But do you understand it to be part of the previous
2     page or do you think this is actually a separate
3     document?
4  A  So I suspect it's a separate document, and they're
5     given together as a packet if they're appropriate.
6     So you wouldn't give somebody that's going to start
7     testosterone therapy information about estrogen.
8     So it would be handed separately to a patient for
9     where it's appropriate.
10  Q  And if we flip to 3996, it should be probably in
11    that same exhibit.  There we go.  So I take it that
12    this is then the appropriate version of the
13    information that we're talking about, but for
14    somebody who's going to be taking testosterone
15    rather than estrogen?
16  A  Yes.
17      MR. FISHER:  All right.  Let's mark 16, which
18    is 4121.
19      (Deposition Exhibit 16 marked.)
20  Q  Doctor, do you recognize this document?
21  A  I do.
22  Q  And what is this document?
23  A  This is a policy statement prohibiting
24    gender-affirming surgery on minors.
25  Q  Were you involved in the creation of this document?

Page 39

1  A  I reviewed and helped edit.
2  Q  So up in the top, it says, "Original creation date:
3     3-14-23.  Publication date:  4-17-23."
4      Do you see that?
5  A  I do.
6  Q  Does that mean that before March 14th of this
7     year, there was no such policy?
8  A  So there was not a policy, but it was the accepted
9     standard of practice not to do gender-affirming
10    surgery on minors for the purpose of gender
11    dysphoria.
12  Q  Why was it necessary to create a policy in March of
13    this year?
14  A  I think that – so as a former president of the
15    medical staff, what I would say is that if there's
16    not gray areas, if there's not – if it's going to
17    be a new law, we do policy to just remind
18    everybody, but it doesn't mean that the standard of
19    practice wasn't in place.  It just – it just means
20    that if there's going to be a new law, which it
21    appeared that there was going to be, we wanted to
22    make sure that we were as clear as possible.
23  Q  And that law, that new law that you're referring
24    to, was enacted as SEA 480?
25  A  Yes.

Page 40

1  Q  I'm sorry, I want to make sure.
2  A  Yes.
3  Q  Yes, okay.  But there's no similar policy statement
4     about puberty blockers or hormone therapy for
5     gender dysphoria in minors; correct?
6  A  There is not, but in this particular case, our
7     standard of practice was always not performing
8     surgery on minors for this, and so it aligns our
9     standard of practice and the law.  The standard of
10    practice on hormone blockers, et cetera, was not
11    based on age, either in our standard of practice,
12    the WPATH guidelines.  So we have not put that into
13    policy.
14  Q  So I want to direct your attention down to – under
15    policy statements, towards the bottom of that
16    page – gosh, I hope you can see that.
17      MR. FISHER:  Can we make it just a little bit
18    bigger maybe?  Scroll down just a bit.  Maybe it's
19    just my screen is messed up.
20  Q  So you can see that whole thing, Doctor?
21  A  I can see A, B, and C.
22  Q  Okay, terrific.  So this is – again, these are the
23    actual policy statements, kind of the operative
24    piece of this document; is that right?
25  A  Yes.

Page 41

1 Q  So under C, it says -- in bold, it says, "under no
2    circumstances will IU Health or any provider
3    exercising clinical privileges at an IU Health
4    facility perform any type of gender-affirming
5    surgery on a minor at an IU Health facility."
6        So I want to go back and make sure I
7    understand what provider refers to.
8 A  So a provider is a provider, a licensed provider,
9    of medical care.  So that would include physicians,
10   so M.D s, DOs, and advanced practice providers are
11   included in that word "provider," which would be
12   nurse practitioners and physicians assistants.
13 Q  So this first sentence, you can't do -- you can't
14   do gender-affirming surgery on a minor at an
15   IU Health facility.  Okay, fair enough.  The next
16   sentence, "under no circumstances will a provider
17   employed by IU Health perform any type of
18   gender-affirming surgery on a minor at a
19   non-IU Health facility, with which IU Health has a
20   contractual relationship, when performed on behalf
21   of IU Health."
22       And I'm trying to understand, number one --
23   well, let's just start, what is it getting at?
24   L ke, what type of circumstance is envisioned by
25   this particular proh bition?

Page 42

1 A  So I will try to explain this as clearly as I can.
2    So the medical staff of the academic health center,
3    which is University, Methodist, and Riley,
4    privileges and credentials are physicians to
5    perform their medical duties at Riley, University,
6    and Methodist.
7        With our relationship with the School of
8    Medicine, right, some of our faculty also practice
9    at the VA or they practice at Eskenazi.  We have a
10   contractual relationship as a School of Medicine
11   entity to provide the physicians in that area.  And
12   then there are other circumstances of certain
13   hospitals where we may have an agreement to provide
14   some services.  So an example of that is that the
15   NICU at Community Hospital is staffed by Riley
16   neonatalogists.
17       So even though most of our practice is here,
18   they may practice at other places that have their
19   own sets of bylaws and policies.  And what this
20   says is, if you are employed by us, even if you're
21   working at a hospital where maybe this isn't part
22   of their bylaws or their policies, you are bound to
23   this policy as an IU Health physician, no matter
24   what setting you are in.
25 Q  Are there circumstances where physicians at

Page 43

1    IU Health would be practicing at another medical
2    provider such as Community, but not acting as an
3    employee of IU Health?
4 A  So because it's a contractual agreement, and this
5    is their primary employment, I'm no lawyer, but my
6    understanding is they are bound by their primary
7    employer and their rules.  And that is how we go
8    out into those spaces.
9 Q  I see.  So they're not allowed to sort of freelance
10   outside of their IU employment?
11 A  No.
12 Q  I'm sorry, I want to make sure --
13 A  No, they are not.
14 Q  They're not, okay.  Why is it important to have
15   this policy extend to those circumstances where the
16   facility is not an IU facility?
17 A  Well, I think, number one, it's to support our
18   providers in maintaining the standard of practice
19   regardless of pressures that could come from
20   families or other entities.
21 Q  Any other reason?
22 A  Not that I'm aware of.
23 Q  But why does it matter to IU -- if it's at a
24   different facility, why does it matter if they're
25   adhering to this policy versus the other facility's

Page 44

1    policy?
2 A  I think it goes back to this idea of, we have heard
3    the national committees, we've read the national
4    recommendations, we've made a decision that in the
5    best care of patients, we are going to hold this to
6    a line of 18 years of age, and that's pretty
7    agnostic from setting.
8 Q  I'm sorry, you trailed off.  Pretty agnostic of
9    what?
10 A  Of the setting.
11 Q  Okay.  Let's go back to the attachment.  So this is
12   Exh bit 2, please.
13       (Discussion held off the record.)
14       MR. FISHER:  If we could go to paragraph 6.
15   Maybe make that just a little bit bigger for the
16   doctor.
17 Q  Doctor, do you see paragraph 6?
18 A  I do.
19 Q  Which is asking for testimony about requirements
20   for counseling or other mental health treatments
21   before administration of puberty blockers,
22   cross-sex hormones, or surgical interventions.
23 A  Yes.
24 Q  And we talked about the information that's
25   disclosed a little bit, but I'm wondering about

Page 45

1    if – we can, obviously, set aside surgical
2    interventions.  But for puberty blockers and
3    hormones, are there requirements for counseling or
4    mental health treatment for gender dysphoria
5    patients before administration of those medical
6    interventions?
7  A  Yes.  So I believe it's in the Tory Castor e-mail
8    as well, but there are requirements for diagnosis
9    that lay out how long – what the child's
10   intentions are, what signs of, you know, the gender
11   dysphoria are.
12        And the psychologists and the counselors help
13   us make sure that the child meets the criteria set
14   out by the DSM-5, which is the diagnostic and
15   statistical manual that is well used in all
16   medicine for diagnostic criteria to have a patient
17   meet those requirements for that diagnosis.
18        And that is where the mental health and
19   psychology helps us begin that journey to say if
20   they do meet criteria, if they don't meet criteria,
21   and if they understand, you know, this decision
22   they are making.  So any time someone is embarking
23   on a medical journey of any kind, or receives a
24   diagnosis of any kind, that psychological support
25   is always important to help them understand all the

Page 46

1    medicine and what's happening and making sure that
2    they meet that criteria.
3  Q  Is there an intention of, I guess, screening
4    patients who present with gender dysphoria but who
5    also present with psychological co-morbidities from
6    jumping into either blockers or hormones before
7    resolution of those co-morbidities?
8  A  So I think that certainly, under the umbrella of
9    the psychological services, making sure that we
10   have the proper diagnosis is always important.  And
11   if there are other diagnoses of any kind, that they
12   are identified and if intervention is needed for
13   those.
14        I would give you the example of if you have
15   bad oral hygiene and you're going to go for heart
16   surgery, right, you have the diagnosis of a heart
17   defect, we're going to clean your teeth before we
18   send you to heart surgery.  It's just kind of the
19   way it works, because that's an added risk factor,
20   et cetera.  So we do that with any diagnosis.
21        So if there are other things identified in the
22   mental health counseling, they will be dealt with
23   as well.
24  Q  Well, and I'm wondering what you mean, dealt with
25   before there's any puberty blockers or hormones

Page 47

1    that are prescr bed, or sort of alongside, or how
2    does that work?
3  A  I think it can be either or both, depending on what
4    diagnosis there is and what treatment needs to be
5    undertaken.  So, you know, it is not unusual for
6    people who are undergoing gender dysphoria to have
7    depression, anxiety, and other things, whether that
8    precludes moving forward with their diagnosis or
9    not, or treatment for their gender dysphoria, or
10   whether it goes hand in hand with that, it would be
11   up to the psychologist or the mental health worker.
12  Q  Are you aware of any risks or symptoms that
13   would – either as a matter of the standard of care
14   or as a matter of IU policy, you know, be a barrier
15   to proceeding with puberty blockers or hormones
16   until resolved?
17  A  I think, you know, one is if they don't meet the
18   diagnostic criteria.  If you don't meet the
19   diagnostic criteria, it may take more time to do
20   that.  I think some of it is also, you know, people
21   have free will, so if the patient doesn't want a
22   certain kind of therapy, it doesn't go forward.
23   You know, we have to do a lot of work with families
24   and children to make sure that everyone understands
25   the therapy and is supportive of the therapy.  So

Page 48

1    any of those things can happen to delay the
2    therapy.
3  Q  What about suicidality, if you have a child that
4    meets the diagnostic criteria for gender dysphoria
5    but also has – you know, presents with
6    suicidality, is that going to be something that is
7    a barrier to either blockers or hormones?
8  A  So I think suicidality is a tricky question because
9    very frequently the patients are suicidal because
10   they're not progressing on their journey to
11   transgender.  The suicide rate in gender dysphoria
12   is very high, and so I think you have to work with
13   the psychologist to understand the reason for the
14   suicidality to know what the appropriate course
15   forward is, and that's in a case-by-case basis.
16  Q  With respect to the practice
17   standards, the guidelines that Riley psychiatric
18   services consult and use when dealing with
19   psychological co-morbidities, you mentioned the
20   DSM-5.  Anything else that, I guess, provides sort
21   of the framework for those assessments?
22  A  Certainly there are multiple places that have
23   guidelines.  I mentioned the Endocrine Society
24   earlier.  The Society for Adolescent Medicine, the
25   AMA, the AAP.  People reiterate what best practice

Page 49

1  are, and so when our team determines their
2  standards of practice, they use those guidelines
3  and make sure that they have everything covered.
4  Sometimes the guidelines are slightly different in
5  their recommendations based on, you know, wording,
6  et cetera. But the overall principles are all the
7  same because they're based on the same set of
8  science.
9  Q  Are you aware of any such, I guess, standards
10  within Riley that depart from the Endocrine
11  Society, the AMA, or any of the other organizations
12  when it comes to assessment or treatment?
13  A  No, I am not.
14  Q  So let's scroll down to paragraph 10, please. And
15  I'm going to apologize. Yeah, this is spanning a
16  couple of pages, but this is a request for
17  testimony about data on minor patients -- I think
18  we're talking about aggregate data here -- minor
19  patients seeking or receiving treatment for gender
20  dysphoria or gender incongruence, and then there's
21  a whole list of categories here.
22      And I'm wondering if Riley or IU keeps data,
23  this data, and has this data available.
24  A  So we do keep data. I can't comment on A through
25  whatever it is, if we keep all of that data or not.

Page 50

1  You know, with many things in medicine, because
2  medicine is a constantly evolving science, we keep
3  all kinds of data in registries for specific
4  diagnoses, but I have no idea which ones of these
5  we're actively collecting at this time.
6      MR. MINKLER: And Tom -- this is Josh Minkler,
7  for the court reporter -- that's more on me than on
8  Dr. Cox. In providing the data analysis under the
9  document requests, we had to take some steps to put
10  information together for you and redact certain
11  information. So I did not prepare her on the data
12  information.
13      MR. FISHER: And I think, Josh, I guess I'm,
14  you know, wondering if we can get, you know, some
15  clarity outside of the deposition here on what's
16  available within these categories and whether if
17  there's some way to produce that data. You know,
18  we're not -- again, if it's the sort of thing that
19  they're not keeping and that you'd have to go
20  through patient files and such, we're not asking
21  for that. We just wonder if this data exists, if
22  we can get it.
23      Sorry, Josh, you're on mute.
24      MR. MINKLER: Understood. Yeah, we can
25  discuss that. We're trying to seek that in the

Page 51

1  format you asked for it and see if it exists. We
2  provided some data we were able to collect in our
3  document production. But yeah, I have not
4  discussed this specific issue with Dr. Cox.
5      MR. FISHER: All right. Well, we'll discuss
6  more offline then.
7      Okay. I think I may be just about done. Just
8  hang on. If we could just take a couple minutes
9  here, so I can confer with my colleagues.
10      (Recess taken.)
11  BY MR. FISHER:
12  Q  I just have a couple of things that I wanted to
13  follow up on. If we could go back to Exhibit 8.
14  And this is Bates No. 3905.
15      Doctor, do you see -- oh, let's go back down
16  to the bottom there. Doctor, on that left-hand
17  column, it says, "Surgery consultation and
18  coordination."
19      Do you see that?
20  A  I do.
21  Q  So I take this to mean that even though Riley will
22  not provide top and bottom surgery -- I don't know,
23  maybe I'm not understanding -- will Riley
24  consult and coordinate for such surgery elsewhere?
25  A  No. So what that statement refers to is that many

Page 52

1  times families and patients, they want surgery.
2  Not all of them, but many of them do. Or they want
3  to consider surgery. So what that result -- what
4  that line is stating is that if families want to
5  get more detailed information about what surgery
6  would entail and when it can happen and what
7  recovery is like, they want to go to the expert
8  frequently, which is the surgeon.
9      So we will arrange for them to have
10  conversation with the surgeon for the sole purpose
11  of getting detailed information and questions
12  answered. But still, surgery won't happen until
13  after they're 18.
14  Q  If a patient, a minor patient, wants to have either
15  top or bottom surgery as a treatment, solely for
16  gender dysphoria, and wants to go out of state for
17  that, will Riley coordinate with a provider out of
18  state who's going to provide that when that --
19  again, when that patient's under the age of 18?
20  A  What I would say is that if a patient transfers
21  their care to someone else and they request their
22  medical records, by law we will give them medical
23  records. And that's the extent of what we have
24  done.
25      If a patient is moving out of state and needs

Page 53

1 to be referred to another medical provider or
2 something of that nature, we will help them land
3 safely and have a safe transition, but we would not
4 facilitate the purposes of getting the surgery less
5 than 18. And I think it's because we believe that
6 that is the practice that we should be providing.
7 And so that's where we would stand on those
8 questions.
9 Q So what preparations is Riley making for the
10 implementation of SEA 480?
11 A So we have done a couple of different things. We
12 have informed the families what the requirements of
13 the bill will be and what that means for our
14 clinic. And I know that our team has been meeting
15 with a lot of families that have a lot of concerns
16 about what happens to their child. And that
17 includes, as you know, weaning off of the therapies
18 that are medical if the – as the bill becomes law
19 and gets enacted – I guess it is a law, but when
20 it goes live, whatever you guys call that.
21      They are aware, the families are being
22 informed. They are being informed also that our
23 gender affirmation clinic will remain and will
24 support them with the ongoing psychological
25 services and all the things that will still be

Page 54

1 allowed by law. So that's what we're doing to
2 prepare.
3 Q And anything else that you can think of in that
4 regard?
5 A No. We are supporting our physicians and what the
6 impact that this will have on their practice. But
7 other than that, I am not aware of anything else
8 specifically we are doing.
9      MR. FISHER: Well, I think that those are the
10 questions I have for you, Doctor. Thanks very
11 much. I will pass the witness to either
12 Mr. Minkler or Mr. Fak.
13      MR. MINKLER: Yeah, I don't have any
14 follow-up. So Mr. Fak.
15      MR. FALK: Yeah, thank you. I just have a
16 few.
17 EXAMINATION
18 BY MR. FALK:
19 Q Doctor, my name is Ken Fak. I, along with my
20 colleagues, are representing the plaintiffs in this
21 case. As I said, I just had a few questions.
22      Just to piggyback on your last comment about
23 your staff meeting with a lot of concerned
24 families, how have the families reacted to this –
25 the July 1st impending effective date of the

Page 55

1 statute?
2 A Well, in general – obviously not everyone reacts
3 the same, but in general, they've been quite upset
4 because they have been through a lot to get to this
5 point on their journey, and now their journey is
6 being disrupted and they're – in general, they're
7 agitated, I would say, about it.
8 Q Now, in Exhibit 14, and we don't need to see it
9 again, I can just say that's the e-mail from Tory
10 Castor. And she indicates that Riley has seen 903
11 unique patients from 2018 to 2022. I apologize,
12 the Riley gender clinic has seen 903 unique
13 patients from 2018 through 2022.
14      Do you remember her saying that?
15 A I do.
16 Q And I assume that a significant percentage of those
17 patients have received or are receiving either
18 puberty blockers or gender-affirming hormones; is
19 that correct?
20 A A good percentage, yes.
21 Q I am wondering if – strike that. Excuse me.
22      The statute that we are here on today covers,
23 for some things, for all things, physicians and
24 practitioners. And I will tell you practitioners
25 are defined as individuals who provide health

Page 56

1 services and hold a license. And I'm wondering if
2 you can give me an estimate of the number of
3 physicians and practitioners – I don't need names,
4 but by job category – roughly, working at Riley
5 gender care program right now; how many physicians
6 are working in the program?
7 A So I can't really answer that because the
8 adolescent medicine division has a number of
9 doctors in it. I don't know that they all provide
10 care in the gender-affirming clinic. Some of them
11 have different subspecialties within adolescent
12 medicine. And that's true of endocrine. But, you
13 know, it's between the doctors and the nurse
14 practitioners and the psychologists, you're well
15 over 20, 25 people easily.
16 Q Thank you.
17      One of the topics in Exhibit 2, which was that
18 attachment of things to discuss during your
19 deposition, concerned information provided to minor
20 patients or to their parents or guardians
21 concerning any coverage by Medicaid or medical
22 insurance. And I just wanted to ask you a
23 question, and you may not know. Are patients who
24 are receiving services from the Riley gender health
25 program, are some of them receiving services

Page 57

1 reimbursed by Medicaid?

2 A  Yes.

3 Q  And does that include the administration of puberty

4  blockers and/or gender-affirming hormones?

5 A  It can, yes.

6 Q  And, of course, the visits themselves where those

7  are administered; is that correct?

8 A  Yes.

9 Q  And just one more thing.  One of the documents that

10  was provided to the court reporter that was not

11  made an exhibit --

12     MR. FALK:  Joannie, if you could bring up the

13  Word version of the GAC Fact Sheet.

14 Q  And I will tell you, while that's being brought up,

15  I believe this is the exact same text as Bates 3901

16  through 3904, which is Exhibit 7, but I asked for

17  this because the hyperlinks in this are active.

18     So if you don't mind just looking at that real

19  quickly, or as long as you want -- although I

20  suspect at this point you'd lke this to be over --

21  and just confirm for me that this appears to be the

22  same as Exhibit 7 which were, as I said, Bates 3901

23  through 3904.

24     MR. FALK:  And Joannie, we would make this

25  Exh bit 17, is that where we are?

Page 58

1 A  It does look the same.

2 Q  Thank you.

3     MR. FALK:  And am I right with my notes, is

4  this Exh bit 17?

5     THE REPORTER:  Yes.

6     (Deposition Exh bit 17 marked.)

7     MR. FALK:  Let me just consult real quickly

8  with my co-counsel.

9     Thank you for your time, Doctor, and thank you

10  for what you do.  No further questions.

11     THE WITNESS:  Thank you.

12     MR. FISHER:  I have no follow-ups.  Thank you,

13  Doctor.  Really appreciate it.

14     THE WITNESS:  Thank you.

15     THE REPORTER:  Do we want signature?

16     MR. MINKLER:  Can I review this document with

17  Dr. Cox before that?  The transcript.  I just need

18  a copy.

19     THE REPORTER:  Do you want a copy also or do

20  you just want the original for signature?

21     MR. MINKLER:  I just want a copy.  I just want

22  to review it before signature.

23     THE REPORTER:  I have a rough draft for AG's

24  office.  I don't have a date on final.  So when do

25  you need final?

Page 59

1     MR. FISHER:  So I think probably, gosh, what

2  is today?  Can we get it by close of business

3  tomorrow?

4     THE REPORTER:  Yes, I can do that.

5     MR. FALK:  We just need it expedited, but not

6  that expedited.

7     THE REPORTER:  So when do you want yours?

8     MR. FALK:  By Monday would be great.

9     (The deposition concluded at 10:28 a.m.)

Page 60

1     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF INDIANA
2       INDIANAPOLIS DIVISION

3

4
  K.C., ET AL.,              )
5                            )
       Plaintiffs,           )
6                            )
       -v-                   )  CASE NO.
7                            )  1:23-cv-00595-JPH-KMB
  THE INDIVIDUAL MEMBERS OF  )
8  THE MEDICAL LICENSING BOARD )
   OF INDIANA, in their official )
9  capacities, et al.          )
                             )
10       Defendants.         )
11
12     Job No. 181981
13
14     I, ELAINE COX, M.D., state that I have read
   the foregoing transcript of the testimony given by me
15  at my deposition on May 31, 2023, and that said
   transcript constitutes a true and correct record of
16  the testimony given by me at said deposition except as
   I have so indicated on the errata sheets provided
17  herein.
18
19
20  _____
       ELAINE COX, M.D.
21
22
23     STEWART RICHARDSON & ASSOCIATES
       Registered Professional Reporters
24     One Indiana Square, Suite 2425
       Indianapolis, IN  46204
25       (800)869-0873



Page 61

1  STATE OF INDIANA

2  COUNTY OF HENDRICKS

3

4       I, Debbi S. Austin, a Notary Public in and for

5  said county and state, do hereby certify that the

6  deponent herein was by me first duly sworn to tell the

7  tru h, the whole truth, and nothing but the truth in

8  the aforementioned matter;

9       That the foregoing deposition was taken on

10  behalf of the Defendants; that said deposition was

11  taken at the time and place heretofore mentioned

12  between 9:01 a.m. and 10:28 a.m.;

13       That said deposition was taken down in

14  stenograph notes and afterwards reduced to typewriting

15  under my direction; and that the typewritten

16  transcript is a true record of the testimony given by

17  said deponent;

18       And thereafter presented to said witness for

19  signature; that this certificate does not purport to

20  acknowledge or verify the signature hereto of the

21  deponent.

22       I do further certify that I am a disinterested

23  person in  his cause of action; that I am not a

24  relative of the attorneys for any of the parties.

25

Page 62

1       IN WITNESS WHEREOF, I have hereunto set my

2  hand and affixed my notarial seal this 1st day of

3  June, 2023.

4

5

6

7

8

9

10

11

12

13

14  My Commission Expires:

   July 13, 2023

15

16  Job No. 181981

17

18

19

20

21

22

23

24

25

### Exhibits

**Elaine Cox Ex 01** 4:11 6:19,23

**Elaine Cox Ex 02** 4:13 7:18,21 44:12 56:17

**Elaine Cox Ex 03** 4:14 8:14,16

**Elaine Cox Ex 04** 4:17 9:6,8

**Elaine Cox Ex 05** 4:18 10:18,21

**Elaine Cox Ex 06** 4:20 14:18,24

**Elaine Cox Ex 07** 4:21 21:12,14 57:16,22

**Elaine Cox Ex 08** 4:23 24:2 51:13

**Elaine Cox Ex 09** 5:3 32:2,3

**Elaine Cox Ex 10** 5:4 32:15,16

**Elaine Cox Ex 11** 5:6 33:23

**Elaine Cox Ex 12** 5:7 34:8

**Elaine Cox Ex 13** 5:9 34:20

**Elaine Cox Ex 14** 5:10 35:6 55:8

**Elaine Cox Ex 15** 5:12 36:24

**Elaine Cox Ex 16** 5:13 38:19

**Elaine Cox Ex 17** 5:15 57:25 58:4, 6

### 1

**1** 6:19,23 14:25

**10** 32:15,16 49:14

**10:28** 59:9

**11** 33:22,23

**12** 34:7,8

**13** 34:19,20

**14** 35:4,6 55:8

**14th** 39:6

**15** 36:22,24

**16** 38:17,19

**17** 57:25 58:4,6

**18** 25:2 28:20 29:2 31:25 44:6 52:13, 19 53:5

**1st** 54:25

### 2

**2** 7:18,21 44:12 56:17

**20** 56:15

**2018** 55:11,13

**2022** 55:11,13

**25** 56:15

### 3

**3** 8:14,16

**3-14-23** 39:3

**3890** 10:20

**3893** 14:19,21

**3895** 18:8

**3897** 19:22

**3898** 20:11

**3899** 14:21 21:3

**3901** 21:13 57:15,22

**3904** 57:16,23

**3905** 24:1 51:14

**3908** 32:2

**3923** 32:15

**3933** 32:17

**3934** 33:22

**3943** 34:7

**3947** 34:19

**3953** 35:5

**3990** 36:23

**3991** 37:18

**3996** 38:10

### 4

**4** 9:6,8

**4-17-23** 39:3

**4121** 38:18

**480** 9:2 39:24 53:10

### 5

**5** 10:18,21

### 6

**6** 14:18,24 44:14,17

### 7

**7** 21:12,14 57:16,22

### 8

**8** 24:1,2 51:13

### 9

**9** 32:2,3

**903** 55:10,12

**9:00** 6:13

### A

**a.m.** 59:9

**AAP** 48:25

**able** 29:2 51:2

**about** 6:25 7:23 9:1 11:2,6 12:19,24 13:16,19 15:8 16:18,19 17:12 18:11 22:1,8,18 24:19 29:19,22 31:11 32:25 36:10 37:25 38:7,13 40:4 44:19,24,25 48:3 49:17,18 51:7 52:5 53:16 54:22 55:7

**abscesses** 28:10,11,12

**academic** 12:11 42:2

**Academy** 22:23

**accepted** 12:23 13:6,8 30:22 31:14, 19 39:8

**access** 33:9 35:1

**accurate** 36:10

**acne** 29:10

**across** 12:23 14:11 31:13

**Act** 9:2

**acting** 43:2

**Action** 6:21

**active** 57:17

**actively** 50:5

**acts** 37:8

**actual** 40:23

**actually** 37:18 38:2

**added** 46:19

**additional** 23:7,17

**address** 35:13

**adhering** 43:25

**administered** 57:7

**administration** 44:21 45:5 57:3

**administrative** 10:10,11

**adolescent** 13:3 23:10 48:24 56:8, 11

**adrenal** 25:21

**advanced** 10:5 41:10

**affairs** 35:19

**affirmation** 21:24 36:10 53:23

**after** 27:2 29:16 52:13

**AG's** 58:23

**again** 7:22 17:9 23:25 24:18 30:25 32:23 34:2,10 35:1 40:22 50:18 52:19 55:9

**age** 28:20 29:1 31:2,15,20 40:11 44:6 52:19

**aggregate** 49:18

**agitated** 55:7

**agnostic** 44:7,8

**agreement** 42:13 43:4

**ahead** 9:5 14:17 19:3 32:14

**aligns** 40:8

**all** 7:8,11,18,22 8:14 10:2 11:24 13:9,15 14:11,17,22 15:10,18 18:7 19:3 20:11 21:2,12 23:21 26:3 27:9 29:17 30:6 32:1 33:9 35:4 38:17 45:15,25 49:6,25 50:3 51:5 52:2 53:25 55:23 56:9

**allowed** 43:9 54:1

**along** 54:19

**alongside** 47:1

**already** 33:13

**also** 13:19 18:21 19:25 20:6 21:7,25 22:21 33:25 42:8 46:5 47:20 48:5 53:22 58:19

**although** 57:19

**always** 26:16 27:1,25 37:11 40:7 45:25 46:10

**am** 9:4 10:1 19:20 22:21 31:9 34:3, 10 49:13 54:7 55:21 58:3

**AMA** 48:25 49:11

**ambiguous** 25:10,16,23 26:19 27:1

**American** 22:23

**amount** 6:10

**an** 9:18,24 12:11 13:19 18:14 19:6,8 20:1,3,5,14 26:2,7 29:1 30:16 32:21 41:3,5,14 42:13,14,23 43:2,16 46:3, 19 56:2 57:11

**analysis** 50:8

**and** 6:3,4,8,12,14,17 7:3,7,9 8:2,9,18 9:5,11,14,22 10:4,15,18 11:2,3,9,19, 23,25 12:3,4,13,22 13:15,17,23 14:7,8,15,17,19,25 15:10,13,15,16, 18,22,24 16:1,3,4,9,10,21 17:7,11, 16,18,19,21 18:1,6,14,15,17 19:3,8, 11,13,15,16,19 20:1,2,20,21,25 21:4,13,17 22:1,2,3,7,10,23 23:11, 13 24:1,5,7,20 25:8,9,13,14,16,24 26:1,2,5,9,13 27:7,8,14,17,22,23,24, 25 28:2,5,11,12,14,16,18,19,23,25 29:1,3,8,12,13,25 30:7,9,11,15,16, 19,21,23,25 31:1,8,9 32:4,9,14,24 33:4,6,10,12,20 34:11,13,23 35:2, 12,21,23 36:16,19 37:6,9,10,11,13, 14,15,24,25 38:4,10,22 39:1,23 40:8,9,21 41:6,10,12,22 42:3,4,6,11, 19 43:4,7 44:6,24 45:2,12,14,18,21 46:1,10,12,15,24 47:4,7,24,25 48:12,15,18 49:1,3,14,20,22,23 50:6,10,13,16,19,20 51:1,14,17,22, 24 52:1,6,11,16,21,23,25 53:3,5,7, 13,14,16,19,23,25 54:3 55:5,6,8, 10,16,23,24 56:1,3,12,13,14,22,23 57:3,6,9,14,21,24 58:3,9

**and/or** 57:4

**another** 10:10 18:18 19:23 21:3,11 32:23 34:11,21 43:1 53:1

**answer** 56:7

**answered** 35:23 52:12

**answers** 7:9 15:21 36:10

**antimicrobial** 12:14

**anxiety** 47:7

**any** 12:24 13:11,17 14:1 15:5,11 16:7,14,15,17 18:3 23:3,15 24:18 26:24 29:14,23 30:17 36:6 41:2,4,17 43:21 45:22,23,24 46:11,20,25 47:12 48:1 49:9,11 54:13 56:21

**anybody** 16:16

**anything** 9:15,23 15:9 22:18 24:15 48:20 54:3,7

**apologize** 49:15 55:11

**appeared** 39:21

**appears** 57:21

**appreciate** 6:14 58:13

**appropriate** 9:24 38:5,9,12 48:14

**are** 8:11 9:17,24 10:3,11 11:1,10 12:23 13:1,2,3,12,22 16:1,2,3,7,12, 25 17:14,25 18:6 19:10,14,15,19 22:8 23:1,10,15,19 24:22 25:4,20, 22,23,24 26:3,13,20,22,23 27:22,24 28:1,3,8,11,17,18 29:1,7,8,12 30:17, 21,25 31:2,15,21,24 32:12 33:13 37:9 40:22 41:10 42:4,12,20,22,24, 25 43:6,13 44:5 45:3,8,10,11,22 46:11,12,21 47:1,6,12 48:9,22 49:1, 4,6,9 53:18,21,22 54:5,8,9,20 55:17, 22,25 56:6,23,24,25 57:7,17,25

**area** 11:23 12:11,15 42:11

**areas** 39:16

**arises** 26:16

**around** 23:13 26:8 31:16 34:11

**arrange** 52:9

**arranged** 24:12

**as** 6:4,11,12 9:13,14,18 10:12 11:16 12:1 13:12,22 14:2,3 15:2,15 21:10 22:7,20,21 26:24 32:18 33:10 34:5 35:22 38:5 39:14,22,24 42:1,10,23 43:2 45:8 46:23 47:13,14 52:15 53:17,18 54:21 55:25 57:15,19,22

**aside** 31:10 45:1

**ask** 6:24 7:7,22 15:13 56:22

**asked**  8:5 15:20 51:1 57:16

**asking**  44:19 50:20

**assessment**  49:12

**assessments**  48:21

**assistant**  22:13

**assistants**  41:12

**assume**  55:16

**at**  6:13,21 13:24 15:1 17:20 18:17
20:12 25:4,8,9,14 26:19 27:7 28:19
30:6 31:10 32:8 33:1,5,7,16 36:7,19
41:3,5,14,18,23 42:5,9,15,18,21,25
43:1,23 50:5 56:4 57:18,20 59:9

**attachment**  7:19 44:11 56:18

**attention**  40:14

**attesting**  17:21

**Attorney**  6:8

**audience**  22:5 24:19

**augmentation**  27:11

**auspices**  12:25

**authors**  22:25 23:6

**available**  30:15 34:15 49:23 50:16

**aware**  9:4 13:23 22:22 32:20 34:3
36:13 43:22 47:12 49:9 53:21 54:7

---

**B**

**babies**  25:20 26:2

**back**  15:14,16 28:9,25 29:6 41:6
44:2,11 51:13,15

**bad**  46:15

**bans**  9:2

**barrier**  47:14 48:7

**base**  23:12 26:5,6

**based**  14:8,14 40:11 49:5,7

**basically**  32:8

**basis**  48:15

**Bates**  10:19 14:19 21:13 51:14
57:15,22

**be**  6:8,13,20 7:3,11,20 10:16 13:5,
16,23 14:10,18 16:8,11,16 17:24
18:4 19:13 20:8,22 21:9 22:6,9 23:7,

8,11,16,17 24:1,19,20,21 26:5,6
27:12,15,16 28:6,19 29:2,11,15 30:4
31:22 32:7 33:8 34:21 37:5,17,20
38:1,8,10,14 39:17,20,21 41:11 43:1
46:22 47:3,4,10,14 48:6 51:7 53:1,6,
13,25 57:20,21 59:8

**because**  6:16 10:4,25 15:11,15 16:2
20:8 26:2,21 27:21 31:12,21 43:4
46:19 48:8,9 49:7 50:1 53:5 55:4
56:7 57:17

**becomes**  53:18

**been**  6:2,18 12:2,13 17:18 18:14
30:20 53:14 55:3,4

**before**  7:24 8:19 10:23 28:21 35:15
36:14 39:6 44:21 45:5 46:6,17,25
58:17,22

**begin**  45:19

**behalf**  41:20

**behind**  14:2 22:4

**being**  16:12 53:21,22 55:6 57:14

**believe**  45:7 53:5 57:15

**benefits**  20:9

**best**  13:4 14:4,9 44:5 48:25

**between**  12:21 56:13

**bigger**  35:8 40:18 44:15

**bill**  53:13,18

**birth**  19:11,25 20:6 21:7,11 27:2

**bit**  31:20 35:7 40:17,18 44:15,25

**bleeding**  18:3

**blockers**  34:23 40:4,10 44:21 45:2
46:6,25 47:15 48:7 55:18 57:4

**board**  7:15 14:11

**bodies**  23:12

**bold**  41:1

**born**  25:20

**both**  16:4,8 18:24,25 20:8,10 21:9,
24 22:6,9 47:3

**bottom**  24:24,25 25:4,14 27:8,14,15
28:5,7,14 30:23,25 31:10 40:15
51:16,22 52:15

**bound**  42:22 43:6

**box**  24:25

**breast**  27:10,12

**breasts**  28:10

**briefly**  14:23

**bring**  57:12

**brought**  57:14

**business**  59:2

**but**  6:3,14,19 7:23 9:23 11:17 12:1,7,
18,21 13:6 14:22 15:13 17:20 18:12
20:14,18,24 21:25 24:13 26:14,23
28:1,24 29:17,21 30:5,9 31:7,8,18,
23 33:19 34:15,22 35:2,14 36:17
37:18,21 38:1,13 39:8,18 40:3,6
43:2,5,23 44:25 45:2,8 46:4 48:5
49:6,16 50:4 51:3 52:2,12 53:3,19
54:6 55:3 56:4,12 57:16 59:5

**by**  6:6,16 7:13 10:5,7 14:4,23 22:11
24:9 32:22 41:17,24 42:15,20 43:6
45:14 51:11 52:22 54:1,18 56:4,21
57:1 59:2,8

**bylaws**  42:19,22

---

**C**

**call**  15:19 53:20

**called**  25:21

**can**  6:12 8:2 10:24 13:15 15:8,13,14,
22 17:24 19:13,16 20:8,9,15,20,22
21:5,9,19 22:9 24:19,20,21 26:6,10
28:22 29:10 30:4,7 32:9,11 33:19
35:7,8,10,11,17 37:7 40:16,17,20,21
42:1 45:1 47:3 48:1 50:14,22,24
51:9 52:6 54:3 55:9 56:2 57:5 58:16
59:2,4

**can't**  29:15,21 41:13 49:24 56:7

**caption**  7:13

**care**  12:24 13:4 14:14 22:1,4 23:13
25:1 26:13 30:18,19,22 33:1,2 35:21
36:9 41:9 44:5 47:13 52:21 56:5,10

**caring**  30:20

**case**  7:5,13 8:15,18 11:9 14:12,15
17:16 26:15 27:16 40:6 54:21

**case-by-case**  48:15

**cases**  18:4 30:13

**Castor**  35:19,22,25 36:3,8,13 45:7
55:10

30(b)(6)

**categories** 8:4 49:21 50:16

**category** 56:4

**center** 42:2

**certain** 13:21 42:12 47:22 50:10

**certainly** 27:23 46:8 48:22

**cetera** 10:3 24:23 32:12 40:10 46:20 49:6

**challenge** 9:1

**challenges** 18:2,19

**chance** 36:16

**change** 18:17

**changed** 9:15

**chemotherapy** 13:21

**chief** 10:1,11 12:1,3 23:9

**child** 26:13 45:13 48:3 53:16

**child's** 27:3 32:13 45:9

**children** 11:9 25:3 28:8 31:15 47:24

**children's** 10:2,13,17 32:23 33:11 34:1,22

**choose** 19:16

**chosen** 29:3

**circumstance** 41:24

**circumstances** 41:2,16 42:12,25 43:15

**Civil** 6:21

**clarification** 36:20

**clarity** 50:15

**clean** 46:17

**clear** 24:8 28:6 39:22

**clearly** 42:1

**clinic** 11:18 12:7 21:25 32:6 36:10 53:14,23 55:12 56:10

**clinical** 12:9 41:3

**close** 59:2

**co-counsel** 58:8

**co-morbidities** 46:5,7 48:19

**colleagues** 51:9 54:20

**collect** 51:2

**collecting** 50:5

**column** 25:7,8 51:17

**combine** 16:4

**come** 11:4 13:13 14:8 22:3,8 28:25 29:11 43:19

**comes** 12:6 49:12

**comfortable** 23:13

**comment** 19:20 49:24 54:22

**commit** 30:19

**commitment** 28:24

**committed** 31:5,7

**committees** 14:7 44:3

**common** 15:18 29:12 31:16

**commonly** 15:20

**communicate** 15:9

**communicated** 17:11 18:15

**Community** 42:15 43:2

**complaint** 8:15,17

**complicated** 15:15

**comport** 8:6

**concern** 29:20

**concerned** 54:23 56:19

**concerning** 56:21

**concerns** 53:15

**concluded** 59:9

**confer** 51:9

**confirm** 8:2 57:21

**congenital** 25:21

**consent** 17:7 18:9 19:4,5,23 20:12, 17,18,19,22,25 21:3 28:20 29:1 31:2,15

**consider** 23:11 52:3

**consideration** 29:24

**considered** 13:13 23:17 27:12 30:18

**considering** 13:17

**constantly** 50:2

**consult** 48:18 51:24 58:7

**consultation** 25:13 51:17

**contents** 36:16

**contraception** 17:7,13,15,17 18:1, 4,23 19:12,14,18,19

**contraceptive** 18:21 21:5

**contractual** 41:20 42:10 43:4

**control** 19:11,25 20:6 21:7,11

**conversation** 17:20 52:10

**conversations** 36:18

**cooperation** 6:15

**coordinate** 51:24 52:17

**coordination** 25:13 51:18

**copies** 23:22

**copy** 58:18,19,21

**correct** 19:6,7 34:18 40:5 55:19 57:7

**corrective** 26:24

**could** 16:16 21:19 23:8 28:10 43:19 44:14 51:8,13 57:12

**counseling** 44:20 45:3 46:22

**counselors** 45:12

**country** 28:20 31:13,17

**couple** 49:16 51:8,12 53:11

**course** 7:13 48:14 57:6

**court** 7:8 50:7 57:10

**coverage** 56:21

**covered** 49:3

**covers** 55:22

**Cox** 6:1,7 9:7,9 10:22 50:8 51:4 58:17

**create** 39:12

**created** 16:11

**creation** 27:25 38:25 39:2

**creations** 28:1

**credentials** 42:4

**criteria** 45:13,16,20 46:2 47:18,19 48:4

**cross-sex** 44:22

30(b)(6)

**curious** 11:1 17:7

**current** 9:13,14 31:11

**currently** 12:10

**curriculum** 9:6,12

**curvature** 26:22

**CV** 9:24

**cycle** 20:9 21:10

---

**D**

**data** 49:17,18,22,23,24,25 50:3,8,11, 17,21 51:2

**date** 39:2,3 54:25 58:24

**day** 20:3,5

**deal** 14:6

**dealing** 48:18

**dealt** 46:22,24

**debunking** 27:11

**decide** 17:16

**decided** 23:3 30:11

**decision** 16:6 31:24 44:4 45:21

**decision-makers** 11:10

**decisions** 28:21

**defect** 46:17

**defined** 55:25

**delay** 48:1

**depart** 49:10

**depending** 47:3

**depends** 30:3

**Depo-provera** 18:9,14,16 19:13

**deposition** 6:9,21,23 7:4,21 8:16 9:8 10:21 14:24 21:14 24:2 32:3,16 33:23 34:8,20 35:6 36:24 38:19 50:15 56:19 58:6 59:9

**depression** 47:7

**describe** 8:1 10:24

**describes** 8:4

**designed** 11:8

**designee** 9:18

**desire** 26:4

**desiring** 19:14

**despite** 25:22

**detail** 8:10

**detailed** 6:24 27:19 29:4 52:5,11

**determine** 23:16

**determined** 14:4

**determines** 49:1

**develop** 29:10

**device** 19:4,6 20:24

**diagnoses** 46:11 50:4

**diagnosis** 13:17 15:11 30:17 45:8, 17,24 46:10,16,20 47:4,8

**diagnostic** 45:14,16 47:18,19 48:4

**did** 22:8 36:2,12 37:15,16 50:11

**difference** 12:21

**different** 17:2,5 18:12,14 32:10 33:5,13 43:24 49:4 53:11 56:11

**differently** 24:13

**direct** 40:14

**directly** 11:18

**disclosed** 44:25

**discuss** 50:25 51:5 56:18

**discussed** 18:13 23:6 51:4

**discussion** 11:6 44:13

**disease** 11:25

**disrupted** 55:6

**division** 56:8

**do** 6:22 7:3,16,17 9:9,10 10:22 11:19,22 12:9,10,11 14:1,4 15:2,3,5, 7,22 16:11 17:19 19:8 20:4 21:15,16 22:18,20,25 23:2,3,5 24:3,4 25:17, 18 26:9,11,14 27:19,21,22 28:3,6,14 29:4 31:12 32:4,7,18 33:15,18 34:2, 9,23 35:3 36:2,3,5,6,25 37:5,21 38:1,2,20,21 39:4,5,9,17 41:13,14 44:17,18 45:20 46:20 47:19,23 49:24 51:15,19,20 52:2 55:14,15 58:10,15,19,24 59:4,7

**doctor** 6:24 8:17 15:3 17:6 21:15, 19,22 24:3 32:18 34:9,21 35:8,25 36:25 38:20 40:20 44:16,17 51:15,

16 54:10,19 58:9,13

**doctors** 56:9,13

**document** 6:20,25 7:20,24 8:3,7,9, 19,21 9:9 10:22,25 11:5,8,11 12:5,8, 16 13:9,11 14:2,13,18,22 15:3,4 16:5,11 17:6,8,22 18:9,10 20:12,14, 15,23 21:15,22 22:16,19 23:1,4,7, 18,24 24:3,5,6,9,15 29:22 32:4,6,7, 8,19,20,21,22 33:2,6,15,24 34:2,5,9 35:15 36:6,14,17,25 37:5,6,12,15, 18,22 38:3,4,20,22,25 40:24 50:9 51:3 58:16

**documents** 6:16,17 29:7,13 57:9

**does** 8:6 17:18,19 21:8 28:4 31:9,18 37:25 39:6 43:23,24 47:2 57:3 58:1

**doesn't** 16:18 39:18 47:21,22

**doing** 6:13 24:23 54:1,8

**don't** 9:15 11:15 12:7 15:4 20:2,4,13 23:24 27:21,22 28:6,14,25 29:14,20 30:1,7 31:5 33:21 35:14 37:11 45:20 47:17,18 51:22 54:13 55:8 56:3,9 57:18 58:24

**done** 23:15 26:6,10,19,20,23 27:1,3, 5 33:7 51:7 52:24 53:11

**DOS** 41:10

**down** 25:4 40:14,18 49:14 51:15

**Dr** 6:7 9:7,9 10:22 50:8 51:4 58:17

**draft** 58:23

**drawings** 16:10

**drug** 18:22

**DSM-5** 45:14 48:20

**duly** 6:2

**during** 56:18

**duties** 42:5

**dysphoria** 11:1,13,21 12:20 13:10 16:12 17:23 19:9 27:16 28:8,16 29:5 30:20 33:3,17 34:25 39:11 40:5 45:4,11 46:4 47:6,9 48:4,11 49:20 52:16

---

**E**

**e-mail** 35:13,24 45:7 55:9

**each** 8:12 12:6 17:20

30(b)(6)

**eager** 6:13

**earlier** 48:24

**early** 26:12

**easily** 28:19 56:15

**edit** 39:1

**educated** 17:10

**education** 21:24

**educational** 15:19 22:14 32:22

**educators** 15:23

**effective** 54:25

**effects** 16:8,9 28:23 29:8,15 37:9

**either** 19:14 40:11 46:6 47:3,13 48:7 52:14 54:11 55:17

**ELAINE** 6:1

**else** 36:4 48:20 52:21 54:3,7

**elsewhere** 51:24

**embarking** 45:22

**employed** 41:17 42:20

**employee** 43:3

**employer** 43:7

**employment** 43:5,10

**enacted** 39:24 53:19

**ending** 10:19

**endocrine** 13:1 48:23 49:10 56:12

**ends** 14:19

**enough** 41:15

**Enrolled** 9:2

**entail** 52:6

**entire** 8:21 12:23 26:7

**entities** 43:20

**entity** 42:11

**envisioned** 41:24

**Eskenazi** 42:9

**essentially** 18:11 24:14

**estimate** 56:2

**estrogen** 21:9 37:25 38:7,15

**estrogen-based** 20:1

**et** 10:3 24:23 32:12 40:10 46:20 49:6

**et al** 7:14

**even** 18:7 22:13 30:12 42:17,20 51:21

**ever** 11:20 23:6 30:7

**every** 11:11 12:18,19 14:5 20:3,5 33:16 34:16,24 37:8

**everybody** 31:18 39:18

**everyone** 13:14 47:24 55:2

**everything** 17:10,12,18 49:3

**Everything's** 13:5

**evolving** 50:2

**Evra** 21:4,5

**exact** 57:15

**exactly** 14:21

**EXAMINATION** 6:5 54:17

**examined** 6:3

**example** 13:19 42:14 46:14

**exceedingly** 28:9

**exceptions** 20:21

**excessive** 18:3

**excruciating** 28:9

**Excuse** 55:21

**executive** 10:1 12:3

**exercising** 41:3

**exhibit** 6:19,23 7:18,21 8:14,16 9:6, 8 10:18,21 14:18,24 21:12,14 24:2 32:2,3,15,16 33:23 34:8,20 35:6 36:24 38:11,19 44:12 51:13 55:8 56:17 57:11,16,22,25 58:4,6

**existence** 33:14 34:3

**exists** 50:21 51:1

**expect** 37:7

**expectations** 37:13

**expedited** 59:5,6

**experience** 14:6,8

**expert** 52:7

**expertise** 11:23

**explain** 15:13 42:1

**extend** 43:15

**extended** 32:11

**extent** 52:23

---

**F**

**facilitate** 53:4

**facility** 41:4,5,15,19 43:16,24

**facility's** 43:25

**fact** 25:22 57:13

**factor** 46:19

**faculty** 42:8

**fair** 34:4 41:15

**Falk** 54:12,14,15,18,19 57:12,24 58:3,7 59:5,8

**familiar** 34:10

**families** 15:24 22:7 24:20 26:1,3,7, 9,11 32:9,11,12 37:6 43:20 47:23 52:1,4 53:12,15,21 54:24

**family** 12:6

**FAQS** 15:20

**features** 25:24

**Federation** 22:23

**feel** 23:13

**feels** 30:16

**Fellows** 22:12

**female** 26:3

**females** 26:16,18

**feminizing** 33:16

**fertility** 11:2,7 13:20 29:23

**few** 6:16 54:16,21

**filed** 8:17

**files** 50:20

**fill** 20:20,25

**final** 58:24,25

**fingertips** 13:25

**first** 6:2,19 27:9 29:22 41:13

**Fisher** 6:6,7,22 7:18 8:14 9:5 10:18 14:17 21:12 23:21 32:1,14 33:22 34:7,19 35:4,7 36:22 38:17 40:17

30(b)(6)

44:14 50:13 51:5,11 54:9 58:12 59:1

**fit** 21:8 31:10

**five** 12:1

**flip** 38:10

**follow** 51:13

**follow-up** 35:24 36:19 54:14

**follow-ups** 58:12

**following** 34:13

**follows** 6:4

**for** 7:7 9:3,6,18,25 10:1,17 11:8,9, 13,15 13:9 14:13,14 15:18 16:5,12, 14,15,16,17,20,25 17:8,9 18:1,15, 18,19 19:4,11,17,20,24 20:6,12,17, 19,25 21:4,6,22,23,25 22:6 23:17 24:7,10,15,16,18,20,21,22 25:1,3,11 26:1,11,14,16,24 28:5,7 29:5 30:8, 17,20,23 31:2,13,15,20,24 32:24 33:2,12,17 34:12,23,25 35:19 37:10, 14 38:8,13 39:10 40:4,8 44:15,19,20 45:2,3,4,8,16,17 46:12,15 47:5,9 48:4,13,21,24 49:16,19 50:3,7,10,21 51:1,24 52:9,10,15,16 53:9,13 54:10 55:23 57:16,21 58:9,10,20,23

**form** 19:5,23 21:3 24:15

**format** 15:10 51:1

**former** 39:14

**forward** 47:8,22 48:15

**four** 21:18

**frame** 27:2

**framework** 48:21

**free** 47:21

**freelance** 43:9

**frequently** 16:1 48:9 52:8

**from** 7:13 13:1,2 22:3,22 23:14 24:11 26:12 28:9,25 30:8 31:11 33:25 34:10,22 35:18 37:7 43:19 44:7 46:5 49:10 55:9,11,13 56:24

**full** 37:9

**fully** 13:14 17:18

**further** 19:20 58:10

**future** 11:2,7

## G

**GAC** 57:13

**gender** 9:2 11:1,13,20 12:20 13:10 14:15 16:12 17:23 19:9 21:24 25:1 27:16 28:8,15 29:5 30:20 33:3,17 34:25 35:21 36:9,22 39:10 40:5 45:4,10 46:4 47:6,9 48:4,11 49:19, 20 52:16 53:23 55:12 56:5,24

**gender-affirming** 22:1,4 25:12 38:24 39:9 41:4,14,18 55:18 56:10 57:4

**general** 16:17 20:17,25 33:10 55:2, 3,6

**General's** 6:8

**generally** 16:13 23:12 30:2

**genetic** 26:5,6,16,17,18

**genetically** 26:3

**genital** 26:20 27:18 28:1

**genitalia** 25:11,16,22,23 26:4,19 27:1,15

**get** 6:11 7:10 14:7 15:21 17:1,3 32:9, 24 36:10 50:14,22 52:5 55:4 59:2

**gets** 36:11 53:19

**getting** 13:20 16:14,16,25 17:2 31:6 35:23 41:23 52:11 53:4

**give** 7:4,8 8:12 12:24 13:21 14:2,7 15:21 17:15 28:22 29:21 38:6 46:14 52:22 56:2

**given** 11:11 12:18 33:16,18,20 34:24 35:1 38:5

**giving** 12:19 16:19

**go** 9:5 14:17,23 15:2,16 17:4 18:8 19:3,22 20:11 21:2 23:25 26:7 32:9, 14,24 33:4 34:19 35:4 37:19 38:11 41:6 43:7 44:11,14 46:15 47:22 50:19 51:13,15 52:7,16

**goes** 14:19 44:2 47:10 53:20

**going** 6:15,20,24 7:7,22 10:19 14:18 16:8 17:13 23:23 30:8 31:25 36:18 37:13,14 38:6,14 39:16,20,21 44:5 46:15,17 48:6 49:15 52:18

**good** 6:7 55:20

**gosh** 40:16 59:1

## G

**got** 15:2 21:17 25:10 27:6

**governmental** 35:19

**gray** 39:16

**great** 9:17 14:6 25:7 33:7 59:8

**groups** 32:10

**guardians** 56:20

**guess** 8:11,25 11:19 12:17 23:21 24:1 27:3 30:10 32:1 34:13 46:3 48:16,20 49:9 50:13 53:19

**guide** 11:5 33:24

**guidelines** 13:1,2,4 22:2,21 30:21 31:21,22 40:12 48:17,23 49:2,4

**guys** 53:20

## H

**had** 23:22 31:4 35:20,21 36:16 50:9 54:21

**hand** 12:7 47:10

**handed** 35:2 38:8

**hang** 51:8

**happen** 37:13,14 48:1 52:6,12

**happening** 46:1

**happens** 53:16

**has** 9:15 12:13 13:15 14:13 18:14 21:13 24:19 25:7 30:11,20 41:19 48:5 49:23 53:14 55:10,12 56:8

**have** 6:10,22 7:1,11 8:1,2,4,9,18,20, 21 10:19,23 11:1,2,4,17 12:11 13:13,24 14:1,5,6 15:4,5,11,19,25 17:9,10 18:1,2,13,18 19:8 20:4,9,25 21:3,9,16,25 22:7,14,20 23:3,6,9,15, 19 25:24 26:2,10,11,21 27:19 28:9, 10,16 29:3,4,22 30:3 31:12,20,23 32:6 33:9 35:14,16 37:1,2,3,4 40:12 42:9,13,18 43:14 44:2 45:16 46:10, 14,16 47:6,21,23 48:3,12,22 49:3 50:4,19 51:3,12 52:9,14,23 53:3,11, 12,15 54:6,10,13,15,24 55:4,17 56:11 58:12,23,24

**haven't** 32:20

**having** 6:2 17:19,20

**head** 7:9

**health** 7:4 8:5 9:18,25 10:2,14,17

11:25 41:2,3,5,15,17,19,21 42:2,23
43:1,3 44:20 45:4,18 46:22 47:11
55:25 56:24

**healthcare** 33:10

**hear** 15:12

**heard** 44:2

**heart** 46:15,16,18

**held** 44:13

**help** 6:14 11:5 16:10 18:5 30:17
37:12,15 45:12,25 53:2

**helped** 36:4 39:1

**helpful** 33:8

**helps** 37:6 45:19

**her** 23:14 36:4 50:11 55:14

**here** 15:1 18:16 21:3 26:6,10,14,19
27:21 31:7 32:5 35:13,20 42:17
49:18,21 50:15 51:9 55:22

**heroic** 8:23

**high** 48:12

**highest** 10:16

**HIV/AIDS** 12:15

**hold** 44:5 56:1

**hope** 40:16

**hopefully** 8:2

**hormonal** 30:12

**hormone** 25:12,22 29:5,16 40:4,10

**hormones** 31:4 33:17,25 44:22
45:3 46:6,25 47:15 48:7 55:18 57:4

**hospital** 12:4 25:3 42:15,21

**hospitals** 33:5,9,12 42:13

**how** 15:5 19:8 20:15 21:8 22:8,25
23:3 36:11 43:7 45:9 47:1 54:24
56:5

**hundred** 31:22

**hygiene** 46:15

**hyperlinks** 57:17

**hyperplasia** 25:21

---

**I**

**I'LL** 6:8 8:1

**I'M** 6:7,24 7:7,22 8:18 9:22,23 10:7
12:3,17 14:12,21 16:22,24 17:7
18:10 20:15 21:4 22:10 27:4 28:4
29:25 31:6,18 32:20 34:13,23 35:12,
14 37:2,19 40:1 41:22 43:5,12,22
44:8,25 46:24 49:15,22 50:13 51:23
56:1

**I'VE** 12:2

**idea** 44:2 50:4

**identified** 46:12,21

**identifying** 6:16

**if** 7:23 8:18 13:5 14:21,22 16:25
17:1,24 19:6,19 20:13,14,15 21:18
23:19 26:3,9 28:15 29:6,23 30:4,5,
14 31:12 33:6,18 34:24 35:12,14
36:3,6 37:19 38:5,10 39:15,16,20
42:20 43:23,24 44:14 45:1,19,20,21
46:11,12,14,21 47:17,18,21 48:3
49:22,25 50:14,16,18,21 51:1,8,13
52:4,14,20,25 53:18 55:21 56:1
57:12,18

**illustrations** 16:1

**immediately** 37:9

**impact** 54:6

**impending** 54:25

**implantable** 20:5

**implementation** 53:10

**important** 43:14 45:25 46:10

**in** 6:13,21 7:4 8:10,15 9:15 10:19
11:7,9,18 12:4,12,14 13:17 14:5,10,
12,15 15:10,11,24 16:21 17:11,16,
23 18:3,7,13,16 19:13 20:3,4,8,9,19,
20,23 21:1 22:9,14,15,19 23:4 24:15
25:7 26:4,12 27:3,5,16 28:2,7,14,20
29:13,17 30:13,19,21 31:5 32:12,21
33:10,11,13,18 34:4 35:20 36:9,17
37:17 38:10,25 39:2,12,19 40:5,6,11
41:1,11 42:11,24 43:18 44:4 45:7,15
46:21 47:10 48:11,15 49:4 50:1,3,8,
25 51:2 54:3,20 55:2,3,6,8 56:6,9,
10,17 57:17

**include** 41:9 57:3

**included** 23:8 41:11

**includes** 27:10 53:17

**incongruence** 49:20

**independent** 20:14

**Indiana** 7:15 9:1 35:20

**indicates** 55:10

**indication** 28:15

**indications** 29:18

**Individual** 7:14

**individuals** 55:25

**infancy** 27:5

**infant** 26:5

**infection** 12:14

**infections** 12:13

**infectious** 11:25

**infertility** 29:19,25 30:2,3,5,8

**inform** 24:22

**information** 11:15 13:24 14:8 15:10
16:21 21:23 24:7,12,16 32:9,10,25
33:8,9,19 34:22 37:25 38:7,13 44:24
50:10,11,12 52:5,11 56:19

**informed** 13:14,23 17:18 28:25 29:2
53:12,22

**inhibit** 18:17

**initiate** 8:17

**inserted** 20:2

**insertion** 20:24

**institution** 9:19 22:14

**insurance** 56:22

**intact** 26:2

**intended** 16:9

**intention** 46:3

**intentions** 45:10

**interested** 32:12

**intervention** 11:13 31:16,24 34:11,
25 46:12

**interventions** 25:1 44:22 45:2,6

**into** 13:6 21:8 40:12 43:8 46:6

**intrauterine** 19:4,6

**involve** 27:20

**involved** 22:15 38:25

**is** 6:7,18,20 7:19 8:1,3,11,15,17,25
9:6,11,12,13,14,20,21 10:5,10,15,

16,19,24,25 11:5,8,11,12,14,17,23
12:5,18,21 13:6,8,14,19 14:4,12,13,
18,22 15:5,15 16:5,8,13,17,21,24
17:8,19,22,24 18:10,16,21 19:5,17,
23,25 20:1,6,13,16,17,18,19,21,24
21:4,6,22,23,25 22:18 23:23,25
24:5,6,11,12,13,15,16 25:19 26:16,
17,19 27:1,2,3,9,14 28:15,17,20,24
29:2,3,20,22 30:2,5,13,14,18 31:14,
16,19 32:2,8,15,21,22,23 33:1,15,22
34:4,6,7,10,11,14,18,19,24 35:17,
18,25 36:1,20,22 37:6,12,19 38:2,
12,18,22,23 39:15 40:6,19,22,24
41:8,23,24 42:3,14,15,17,20 43:5,6,
7,14,16 44:11,19 45:14,15,18,22,25
46:3,10,12 47:4,5,17,20,25 48:6,8,
12,15 49:15,16,25 50:2,6 51:14,25
52:4,7,8,20,25 53:6,9,19 54:19 55:5,
18 57:7,15,16,25 58:3 59:2

**isn't** 42:21

**issue** 51:4

**it** 6:18 7:1,2,19,25 8:1,10,24 9:11,12,
13,14,21 10:16,23,24 11:16 12:5,19
13:6,8 14:19,20,23 15:1,5,6,12 16:2,
13,16,18,19,24 17:4,18,24 18:7,15,
16,17,18,21 19:5,17,20 20:1,6,8,9,
22 21:1,5,9,16,17,18,25 22:9 23:25
24:16,19,20,21 25:7,9,24 26:16,17
27:1,7,16 29:10,11 30:3,4,12 32:17
33:1,19,22 34:4,6,10,11,14 35:2,8,
14,17 36:4,14 37:1,14,17,25 38:1,8,
10,11 39:2,8,12,18,19,20 40:8,17
41:1,23 43:14,23,24 44:2 46:19
47:3,5,10,19,20,22 49:12,25 50:22
51:1,17 52:6 53:19,20 55:7,8 56:9
57:5 58:1,13,22 59:2,5

**it's** 6:20 7:10 11:24 12:18,21 14:10,
22 15:18 17:9 18:11,12,18 19:12,19
20:1,2,3,5,14,23 21:17 22:6 23:24
24:12,18 26:18 27:5,11 30:9 32:17
33:12,18,20 34:10,15,22 35:2 37:18,
24 38:4,9 39:16 40:18 43:4,17,23
45:7 46:18 50:18 53:5 56:13

**item** 11:7

**its** 9:18 26:5,6 34:3 36:16

**itself** 24:11

**IU** 7:4 8:5 9:18,25 41:2,3,5,15,17,19,
21 42:23 43:1,3,10,16,23 47:14
49:22

**IUD** 19:13,17 20:3

---

**J**

**Joannie** 6:22 23:22 57:12,24

**job** 33:7 56:4

**Josh** 50:6,13,23

**journey** 32:13 45:19,23 48:10 55:5

**July** 54:25

**jumping** 46:6

**just** 6:16,25 7:7 8:1,10 9:22 11:16
14:25 17:7 18:21 19:18 21:18,19
24:16 34:13 36:19 39:17,19 40:17,
18,19 41:23 44:15 46:18 50:21 51:7,
8,12 54:15,21,22 55:9 56:22 57:9,
18,21 58:7,17,20,21 59:5

---

**K**

**K.C.** 7:14

**keep** 49:24,25 50:2

**keeping** 50:19

**keeps** 49:22

**Ken** 54:19

**kind** 8:2 13:17 16:7 19:25 31:6 40:23
45:23,24 46:11,18 47:22

**kinds** 17:14 29:17 50:3

**know** 6:12,18,25 13:11,22 15:12,20
18:7 20:13 22:18,25 25:17 26:21
27:11,17,22,23 28:3,11,18 29:14,20,
25 30:7 31:9 33:10,11,15,18,21
34:24 35:3 36:2,3,5,6,8 45:10,21
47:5,14,17,20,23 48:5,14 49:5 50:1,
14,17 51:22 53:14,17 56:9,13,23

**knowing** 11:3,4 13:12

**knowledge** 13:15 14:1 29:4,14

**known** 29:13

---

**L**

**laid** 29:13 30:21

**land** 53:2

**large** 28:9

**last** 10:7 33:5 54:22

---

**law** 9:1 31:11 39:17,20,23 40:9
52:22 53:18,19 54:1

**lawsuit** 8:25

**lawyer** 6:11 36:1 43:5

**lay** 45:9

**learners** 16:3 22:7,10 24:21

**least** 18:17 31:10

**left-hand** 51:16

**legal** 30:16 31:8

**legislators** 35:20

**less** 25:2 53:4

**lessen** 28:23

**Let** 58:7

**let's** 6:19 7:10,18 8:14 9:5 10:18
14:17,20,25 17:4 18:8 19:3,22 20:11
21:2,12 23:21 24:24 25:16 32:1,14
33:22 34:7,19 35:4 36:22 38:17
41:23 44:11 49:14 51:15

**license** 56:1

**licensed** 41:8

**Licensing** 7:15

**life** 26:12 27:3

**like** 12:3 15:1 17:5 20:3 21:17 24:21
25:7 27:17,23 30:1 32:17 33:10
34:21 37:17 41:24 52:7 57:20

**limit** 31:20

**line** 44:6 52:4

**link** 33:6

**list** 49:21

**listed** 20:21,22 29:7

**little** 24:25 26:1 31:20 35:7 40:17
44:15,25

**live** 53:20

**lived** 29:8

**long** 8:24 45:9 57:19

**long-term** 29:15

**look** 17:20 25:25 33:4 58:1

**looked** 23:19 31:13

**looking** 32:8 57:18

**looks** 15:1 17:5 21:17 25:7 32:17 34:21 37:17

**lot** 7:22 10:25 11:2 17:25 26:11 32:21 33:4 47:23 53:15 54:23 55:4

**lower** 31:20

**M**

**M.D.** 6:1

**M.d.s** 41:10

**made** 14:13 28:16 31:23 34:14 44:4 57:11

**main** 8:11

**maintain** 12:9

**maintaining** 43:18

**major** 15:21 23:11

**make** 6:17 7:8 13:14,24 15:9 16:6 17:17 21:20 28:21 31:1,6 34:13 35:7 39:22 40:1,17 41:6 43:12 44:15 45:13 47:24 49:3 57:24

**making** 17:9 24:8 29:1 45:22 46:1,9 53:9

**males** 26:17,20

**malformation** 26:24

**manage** 17:24 18:5 37:12

**management** 18:22 19:12,15,17 20:7 21:6

**managing** 18:19

**manners** 30:22

**manual** 45:15

**many** 31:13,19 50:1 51:25 52:2 56:5

**March** 39:6,12

**mark** 7:18 8:14 9:5 10:18 14:18,20 21:12 23:21,25 32:1,14 33:22 34:7 36:22 38:17

**marked** 6:23 7:21 8:16 9:8 10:21 14:24 21:14 24:2 32:3,16 33:23 34:8,20 35:6 36:24 38:19 58:6

**Masculinizing** 33:25

**mastectomy** 27:12

**match** 26:5

**materials** 15:19

**matter** 42:23 43:23,24 47:13,14

**may** 15:16 29:9 37:17 42:13,18 47:19 51:7 56:23

**maybe** 37:18 40:18 42:21 44:15 51:23

**me** 7:2 20:15 21:6,17 25:4 35:17 50:7 55:21 56:2 57:21 58:7

**mean** 7:13 22:11 39:6,18 46:24 51:21

**meaning** 25:23

**means** 10:2 27:25 39:19 53:13

**meant** 21:6 31:22 37:20

**measures** 10:3

**Medicaid** 56:21 57:1

**medical** 7:15 11:12,23 12:1 15:24 22:12 34:25 36:7 39:15 41:9 42:2,5 43:1 45:5,23 52:22 53:1,18 56:21

**medication** 16:8 18:12 37:8

**medications** 16:7 37:8

**medicine** 13:3 14:10 15:15 22:3 23:10 28:23 42:8,10 45:16 46:1 48:24 50:1,2 56:8,12

**medicines** 28:22 29:12,16

**meds** 30:4

**meet** 45:17,20 46:2 47:17,18

**meeting** 53:14 54:23

**meets** 45:13 48:4

**Members** 7:14

**menses** 17:25 18:3,17,20,22 19:11, 15,17 20:6 21:6,10 29:10

**menstrual** 25:11 34:12,16

**mental** 44:20 45:4,18 46:22 47:11

**mention** 23:4

**mentioned** 22:19 31:4 48:19,23

**messed** 40:19

**method** 20:1

**Methodist** 42:3,6

**might** 17:2 18:4 23:7,16

**mind** 57:18

**mindful** 7:11

**Minkler** 7:2 50:6,24 54:12,13 58:16, 21

**minor** 11:9 41:5,14,18 49:17,18 52:14 56:19

**minors** 9:3 27:21 28:5,7,14 29:5 38:24 39:10 40:5,8

**minutes** 51:8

**Monday** 59:8

**more** 16:2,3,13 31:1 32:24 33:19 37:24 47:19 50:7 51:6 52:5 57:9

**morning** 6:7,14

**most** 12:13 14:4 20:19 23:11 29:7, 12 42:17

**mostly** 19:19 29:8

**mouth** 31:6

**moving** 47:8 52:25

**Mr** 6:6,22 7:2,18 8:14 9:5 10:18 14:17 21:12 23:21 32:1,14 33:22 34:7,19 35:4,7 36:22 38:17 40:17 44:14 50:6,13,24 51:5,11 54:9,12, 13,14,15,18 57:12,24 58:3,7,12,16, 21 59:1,5,8

**Ms** 36:3,13

**much** 18:12 30:25 34:4 54:11

**multiple** 14:22 17:14 18:6 22:20 48:22

**mute** 50:23

**my** 6:7 8:11 9:12 10:5,8 11:14,17 12:4,13 29:14 36:20 40:19 43:5 51:9 54:19 58:3,8

**N**

**name** 6:7 54:19

**names** 56:3

**nation** 12:24

**national** 14:6,14 44:3

**nationally** 24:23

**nature** 53:2

**necessarily** 16:19

**necessary** 39:12

**necessity** 31:3

**need** 14:2 15:12,14,16 23:25 55:8 56:3 58:17,25 59:5

**needed** 46:12

**needs** 47:4 52:25

**neonatalogists** 42:16

**never** 36:16

**new** 9:1 39:17,20,23

**Nexplanon** 19:25 20:14,24

**next** 17:4 18:8 19:3,22 20:11 21:2 23:24 37:17 41:15

**NICU** 42:15

**no** 6:12 14:19 21:13 22:17 26:18 28:15 36:15,17 37:16 39:7 40:3 41:1,16 42:23 43:5,11,13 49:13 50:4 51:14,25 54:5 58:10,12

**nods** 7:9

**non-immediate** 31:3

**non-iu** 41:19

**nonbinary** 14:15

**not** 6:24 7:22 8:10 9:22 10:16 11:17, 22 12:10,21 13:5 14:4 15:23 16:22 17:2,19 18:5 19:20 20:18 23:2,5,9, 19 25:9,14 26:13 27:7,21 28:3,4,18 29:17 30:4,5,23 31:18,22 33:12,18 34:15 35:3,12,13 36:1,5,17 37:2,8,9, 16,19 39:8,9,16 40:6,7,10,12 43:2,9, 13,14,16,22 47:5,9 48:10 49:13,25 50:11,18,19,20 51:3,22,23 52:2 53:3 54:7 55:2 56:23 57:10 59:5

**note** 35:18

**notes** 58:3

**nothing** 6:3

**notwithstanding** 30:11

**now** 10:18 17:11 18:16 19:11 55:5,8 56:5

**number** 10:19 41:22 43:17 56:2,8

**nurse** 41:12 56:13

---

### O

**obligation** 30:16

**obviously** 29:20 45:1 55:2

**of** 6:10,17 7:7,11,13,14,15,23 8:2,4, 6,12 9:13,14,18 10:4,13,25 11:2,9, 12,16,23 12:5,11,13,15,22 13:2,4,6, 8,11,17,21,23 14:1,3,6,9,14 15:5,18 16:6,8,21,24 17:14,18,19,21,23,25 18:4,12,21 19:8,9,14,25 20:24 21:8, 23 22:4,9,15,20,21,22,23,24 23:1,3, 6,9,13,15 24:16,24 25:4,24 26:11, 12,15,21 27:6,9,11,16,19 28:1,7,20 29:1,4,7,14,15,16,17,24 30:18,19,22 31:2,3,6,14,15 32:10,20,21 33:1,4, 18 34:3 35:20,22 36:7,17 37:10,13, 20,21,25 38:1,12,25 39:6,9,10,12, 14,18 40:7,9,11,15,23,24 41:4,9,17, 21,24 42:2,7,8,10,12,14,17,19,22 43:3,9,10,18,19,22 44:2,5,6,8,10,21 45:5,10,23,24 46:3,7,8,11,14,16,18 47:1,12,13,14,20,22,23,25 48:1,21 49:2,7,9,11,16,21,25 50:3,4,15,18 51:12 52:2,11,16,17,19,23,25 53:2, 4,10,11,12,15,17 54:3,7,23,25 55:16 56:2,8,10,12,17,18,25 57:3,6,9,13 59:2

**off** 6:15 29:11 44:8,13 53:17

**offer** 30:9,12 33:4,12

**office** 6:8 10:6,8,9 20:20 58:24

**officer** 10:12 12:2

**official** 10:10

**offline** 51:6

**often** 20:19 25:23

**oh** 23:15 36:2,21 51:15

**okay** 7:3,12 9:5,17,22 10:9 15:8 17:4 18:8 19:2 21:2,22 23:15 35:10 36:2, 21 37:4 40:3,22 41:15 43:14 44:11 51:7

**old** 25:2

**on** 8:12 9:23 12:13,16 14:8,14 17:5 19:21 24:12,13 26:20 27:6,15,21 29:5,9 30:3 33:5 35:13,21 36:17,18 38:24 39:10 40:8,10,11 41:5,14,18, 20 45:23 47:3 48:10 49:5,7,17,24 50:7,11,15,23 51:8,13,16 53:7 54:6, 22 55:5,22 58:24

**once** 29:11

**one** 6:22 14:5,22 15:1 17:16,20 19:23 21:4,17 25:7 32:2 33:24 34:12 41:22 43:17 47:17 56:17 57:9

**one's** 6:13

**ones** 15:21 50:4

**ongoing** 53:24

**only** 6:10 15:24 16:24 20:6 21:7 26:14 29:17

**operating** 20:18

**operative** 40:23

**opportunities** 33:4

**opportunity** 15:25 32:24

**opposed** 26:24

**option** 18:15,18 35:1

**options** 17:15 19:11,16 21:8

**or** 10:11 11:11 13:13 14:22 15:5,20 16:13,22 18:5,17,21 19:15,17 20:6, 14 21:7 22:15 23:8 24:16,20 25:2 26:17,22 27:2 28:6,10 29:9 30:4,5, 23 35:13 36:3 37:2,18,20 38:2 40:4 41:2 42:9,22 43:20 44:20,22 45:3,23 46:6,25 47:1,3,8,9,11,12,14,15 48:7 49:11,12,19,20,22,25 52:2,15 53:1 54:12 55:17,18 56:20,21 57:19 58:19

**oral** 17:6,12,14,16 18:1,4 19:12 46:15

**orally** 15:10 17:11

**organizations** 22:24 49:11

**original** 29:6 39:2 58:20

**Ortho** 21:4,5

**other** 16:3,14 23:20 25:8 26:13,20, 22,25 27:17 28:10,15 42:12,18 43:20,21,25 44:20 46:11,21 47:7 49:11 54:7

**others** 11:4

**otherwise** 9:23

**ought** 23:17

**our** 11:1 12:4 14:13,15 15:18,23,24 20:18 22:6,14 23:12 24:7,20,21 28:17 31:1 35:18,20,22 40:6,8,11 42:7,8,17 43:17 49:1 51:2 53:13,14, 22 54:5

**out** 12:7 14:9 29:13 30:21 33:20 35:2 36:8 43:8 45:9,14 52:16,17,25

**outside** 43:10 50:15

**over** 11:3 23:23 27:6 28:23 56:15 57:20

30(b)(6)

**overall**  49:6

**overcome**  30:4

**overseen**  10:4,5,7

**oversees**  12:4

**own**  23:16 42:19

---

**P**

**packet**  16:21 33:18 38:5

**page**  14:23,25 17:1,3,4,6 18:8 19:4, 22 20:11 21:3 24:24 25:5 37:17 38:2 40:16

**pages**  14:20 16:24 21:18 32:5,17 49:16

**pain**  18:3 28:9

**paragraph**  44:14,17 49:14

**parameters**  31:10

**parent**  11:11

**parents**  11:10 56:20

**part**  11:16 17:19 33:1 37:20,21 38:1 42:21

**particular**  11:7 14:12 26:15 33:11 40:6 41:25

**pass**  54:11

**patch**  21:5

**patches**  21:9

**patient**  11:11,12 12:2,18,20 16:14 17:10 19:23 33:16 34:16,24 38:8 45:16 47:21 50:20 52:14,20,25

**patient's**  52:19

**patients**  11:1,6,8,9,20 13:9 15:25 16:12,23 18:2,7,18 19:14 24:20 25:2 26:15 29:1 30:17 31:2 33:2,20 37:6, 11 44:5 45:5 46:4 48:9 49:17,19 52:1 55:11,13,17 56:20,23

**pediatric**  11:25 22:24 25:1

**Pediatrics**  22:23

**penile**  25:25 28:12

**people**  13:13,23 14:5,16 15:12 16:2, 3,5 17:15 21:25 24:22 28:19 30:20 32:24 47:6,20 48:25 56:15

**percent**  31:23

**percentage**  55:16,20

**percentages**  29:21

**perform**  41:4,17 42:5

**performed**  41:20

**performing**  40:7

**period**  37:10

**permanent**  31:1

**person**  9:24 10:15 19:20

**personally**  12:7

**phalloplasties**  27:17

**phalloplasty**  27:24

**physician**  10:1,15,17 12:3 22:12 42:23

**physicians**  10:4 13:22 35:23 36:9, 12 41:9,12 42:4,11,25 54:5 55:23 56:3,5

**pick**  17:16

**piece**  21:23 40:24

**piggyback**  54:22

**pill**  20:3

**place**  39:19

**Placement**  19:5

**places**  31:13,19,20 32:8 42:18 48:22

**plaintiffs**  16:22 54:20

**plasty**  27:25

**please**  10:24 17:4 35:8 44:12 49:14

**point**  55:5 57:20

**policies**  42:19,22

**policy**  12:19,21,22 13:6 38:23 39:7, 8,12,17 40:3,13,15,23 42:23 43:15, 25 44:1 47:14

**possibility**  30:10

**possible**  39:22

**potential**  16:9 30:6,13

**practice**  10:2,5 12:4,9,22,23 13:5,7, 8 14:3,4,9 22:9 31:16 39:9,19 40:7, 9,10,11 41:10 42:8,9,17,18 43:18 48:16,25 49:2 53:6 54:6

**practicing**  11:24 43:1

**practitioners**  41:12 55:24 56:3,14

**precludes**  47:8

**preparation**  22:15

**preparations**  53:9

**prepare**  37:14,15 50:11 54:2

**prepared**  8:11 24:6,7

**prescribed**  16:13 47:1

**prescriptive**  31:23

**present**  46:4,5

**presents**  48:5

**preservation**  13:20 29:23

**president**  10:13 35:18 39:14

**pressures**  43:19

**pretty**  18:12 44:6,8

**prevention**  12:14

**previous**  34:5 38:1

**primary**  43:5,6

**principally**  22:5

**principles**  49:6

**printed**  33:20 35:2

**privileges**  41:3 42:4

**probably**  7:20 16:24 20:23 23:24 38:10 59:1

**procedure**  20:13,17,19,21,25

**procedures**  9:3 20:20 28:2

**proceeding**  47:15

**process**  11:16 26:7

**produce**  50:17

**produced**  6:18 35:12

**product**  20:1

**production**  6:17 51:3

**program**  35:21 56:5,6,25

**progressing**  48:10

**prohibiting**  38:23

**prohibition**  41:25

**promised**  6:11

**proper**  46:10

**protect** 30:6

**protocols** 10:3

**provide** 8:5 11:16 13:8 24:8 28:4
30:18 33:2 36:9 42:11,13 51:22
52:18 55:25 56:9

**provided** 12:6 16:21 25:8,9,10,14
27:7 34:16 51:2 56:19 57:10

**provider** 41:2,7,8,11,16 43:2 52:17
53:1

**providers** 10:5 41:10 43:18

**provides** 21:11 48:20

**providing** 31:8 36:13 50:8 53:6

**proxy** 11:10

**psychiatric** 48:17

**psychological** 45:24 46:5,9 48:19
53:24

**psychologist** 47:11 48:13

**psychologists** 45:12 56:14

**psychology** 45:19

**puberty** 34:23 40:4 44:21 45:2
46:25 47:15 55:18 57:3

**public** 11:25

**Publication** 39:3

**purpose** 24:10 28:7 39:10 52:10

**purposes** 53:4

**pursue** 16:6

**put** 24:9 29:9 31:5 32:22 40:12 50:9

**putting** 33:7

                          **Q**

**quality** 10:3

**question** 8:11 11:19 48:8 56:23

**questionnaires** 36:11

**questions** 6:24 7:23 11:2,3 13:12
15:13,20 22:1,7 24:19 35:21,23
52:11 53:8 54:10,21 58:10

**quickly** 6:12 57:19 58:7

**quite** 37:10 55:3

                          **R**

**raises** 11:19

**range** 21:8

**ranking** 10:16

**rate** 48:11

**rather** 38:15

**reached** 36:8

**reacted** 54:24

**reacts** 55:2

**read** 8:9,21 35:8,10 44:3

**reads** 17:6

**ready** 13:20

**real** 18:2 57:18 58:7

**reality** 30:5

**really** 6:13,14 33:7 56:7 58:13

**reason** 16:15,17 26:25 28:16 30:3,9
43:21 48:13

**reasons** 17:25 18:6 26:11

**received** 55:17

**receives** 45:23

**receiving** 49:19 55:17 56:24,25

**recess** 51:10

**recognize** 9:9 10:22 15:3 21:15
24:3 32:4,19 34:2,9 36:25 37:21
38:20

**recommendations** 14:9,14 44:4
49:5

**recommended** 30:15 31:8

**record** 44:13

**recorded** 7:10

**records** 52:22,23

**recovery** 52:7

**redact** 50:10

**refer** 15:14

**referred** 53:1

**referring** 25:19 39:23

**refers** 25:17 41:7 51:25

**regard** 18:19 20:23 54:4

**regardless** 43:19

**registries** 50:3

**regulates** 21:10

**regulating** 20:8

**reimbursed** 57:1

**reiterate** 15:17 48:25

**related** 20:13

**relationship** 41:20 42:7,10

**relevance** 18:22

**relevant** 17:22 19:9 26:14

**reliable** 23:12

**remain** 53:23

**remember** 17:25 20:4 55:14

**remind** 39:17

**report** 10:11,13

**reporter** 7:8 50:7 57:10 58:5,15,19,
23 59:4,7

**representing** 54:20

**request** 11:15 49:16 52:21

**requests** 50:9

**requirements** 44:19 45:3,8,17
53:12

**research** 12:11,13 23:15

**residents** 22:12

**resolution** 46:7

**resolved** 47:16

**respect** 12:16 31:4 48:16

**restored** 26:5

**result** 52:3

**resume** 29:11

**reversed** 29:15

**reversible** 28:19 29:9

**review** 36:16 58:16,22

**reviewed** 22:20 39:1

**right** 7:18,22 8:14 14:17 15:11 16:4
19:3,10 20:11 21:2,12 23:21 27:6,25
30:1,5 32:1 35:4 38:17 40:24 42:8
46:16 51:5 56:5 58:3

**Riley** 10:1,13,17 14:13 15:6 25:2,8, 9,14 26:19 27:7 28:4 30:11,16 33:1, 16 36:7 42:3,5,15 48:17 49:10,22 51:21,23 52:17 53:9 55:10,12 56:4, 24

**Riley's** 35:21

**risk** 30:12,13 46:19

**risks** 29:4 47:12

**room** 20:18

**rotating** 15:2

**rough** 58:23

**roughly** 56:4

**rules** 43:7

**S**

**safe** 53:3

**safely** 53:3

**safety** 12:2

**said** 12:3 24:22 31:7 54:21 57:22

**sake** 7:7

**same** 8:3 18:11,13 23:24 34:4 37:17, 21 38:11 49:7 55:3 57:15,22 58:1

**sat** 36:17

**saw** 33:5

**say** 9:16 12:17 18:25 23:19 30:14 34:4 39:15 45:19 52:20 55:7,9

**saying** 31:18 55:14

**says** 18:9 19:4 20:12 21:5 25:1,9 27:7 33:24 39:2 41:1 42:20 51:17

**School** 42:7,10

**science** 14:1 22:18 49:8 50:2

**scientifically** 30:15

**screen** 12:17 40:19

**screening** 46:3

**scroll** 21:19 24:24 40:18 49:14

**scrolling** 32:18

**SEA** 39:24 53:10

**searches** 24:22

**Seattle** 32:23 33:25 34:11,22

**see** 7:16 16:17 20:20 21:20 35:14 39:4 40:16,20,21 43:9 44:17 51:1, 15,19 55:8

**seek** 33:19 50:25

**seeking** 11:12 13:9 30:17 33:2,16 34:16,24 49:19

**seen** 7:1,24 8:18 10:23 15:4 19:10 21:16 32:6 35:14 37:1,10 55:10,12

**Senate** 9:1

**senators** 36:18

**send** 46:18

**senior** 35:18 36:7

**sent** 36:14

**sentence** 41:13,16

**separate** 7:20 37:19,20 38:2,4

**separately** 38:8

**services** 24:8 25:8,9,10 27:7 42:14 46:9 48:18 53:25 56:1,24,25

**set** 45:1,13 49:7

**sets** 42:19

**setting** 42:24 44:7,10

**several** 14:20 32:17 35:19

**shakes** 7:9

**share** 13:15 14:7 32:11 33:11

**shared** 7:2,25

**she** 36:1,12 55:10

**she's** 32:18 36:1

**sheet** 34:22 57:13

**short** 6:10

**shorten** 18:17

**shorter** 29:8

**shortly** 27:2

**should** 7:19 13:5,16,23 14:10 23:8 38:10 53:6

**showing** 22:3

**shows** 35:13

**side** 16:9 27:6

**signature** 58:15,20,22

**significant** 55:16

**signs** 45:10

**similar** 33:24 37:24 40:3

**single** 14:5

**sits** 20:22

**skimmed** 8:10

**skin** 20:2

**skip** 23:23

**slightly** 17:5 49:4

**slowly** 21:19

**small** 28:18

**so** 6:10,15 7:10 8:3,25 9:15,17 10:1, 13,16,25 11:3,8,15,19,24 12:4,13, 16,22 13:1,19,22 14:20 15:1,9,12, 18,22,23,24 16:4,5,11,25 17:4,14,25 18:1,6,9,10,11,18 19:5,10,12,13,22, 25 20:2,9,11,17,20,22 21:3,5,9,19, 23 22:9 23:23 24:1,9,11,15,19,25 25:4,7,9,16,20 27:6,9,10,18,22,25 28:4,6,19,25 29:3,6,20,21,25 30:9, 14,25 31:12,22 32:2,8 33:12 34:19 35:8,12,18 36:2,8,12 37:8,12,24 38:4,6,8,11 39:2,8,14 40:8,12,14,20, 22 41:1,6,8,9,10,13 42:1,2,14,17 43:4,9 44:11 45:7,22 46:8,20,21 47:5,21,25 48:8,12 49:1,14,24 50:11 51:9,21,25 52:3,9 53:7,9,11 54:1,14 56:7 57:18 58:24 59:1,7

**social** 22:13

**Society** 13:2 48:23,24 49:11

**sole** 28:7 52:10

**solely** 52:15

**some** 11:12 13:13 15:2 16:2,9 22:21 25:24,25 26:21 29:9,10,20 30:13 31:20 35:22 36:17 37:10 42:8,14 47:20 50:9,14,17 51:2 55:23 56:10, 25

**somebody** 19:6 36:3 38:6,14

**somebody's** 33:6

**someone** 17:24 45:22 52:21

**someone's** 20:9

**something** 7:10 15:14,17 20:5 25:20 30:1,2,14 48:6 53:2

**sometimes** 26:17,22 37:9 49:4

**sorry** 10:7 16:22 37:2 40:1 43:12

44:8 50:23

**sort** 11:12 13:11 18:21 26:21 31:14 36:7 43:9 47:1 48:20 50:18

**sound** 30:15

**sounds** 29:25

**source** 24:16

**spaces** 43:8

**spanning** 49:15

**specialized** 12:12

**specialty** 14:5

**specific** 50:3 51:4

**specifically** 23:19 54:8

**spent** 12:1 32:20

**spoken** 23:9

**staff** 36:7 39:15 42:2 54:23

**staffed** 42:15

**stand** 53:7

**standard** 12:22 13:6,8 14:3,10 28:17 29:3 30:18,19 31:14,19 33:1 39:9,18 40:7,9,11 43:18 47:13

**standards** 12:22 22:9 23:13 48:17 49:2,9

**standpoint** 26:12

**start** 6:15,19 14:25 25:16 38:6 41:23

**state** 52:16,18,25

**statement** 22:22 23:14 38:23 40:3 51:25

**statements** 40:15,23

**stating** 52:4

**statistical** 45:15

**statute** 55:1,22

**steps** 28:2 50:9

**stewardship** 12:14

**still** 52:12 53:25

**stop** 28:22 29:10

**strike** 55:21

**students** 22:12,13

**studies** 22:3,20 23:4,7,11,17,20 29:21

**study** 29:16

**subject** 17:5

**subjects** 8:12

**submitted** 9:14

**subpoena** 6:20 7:4,19

**subspecialties** 56:11

**such** 13:12 17:16 39:7 43:2 49:9 50:20 51:24

**suffer** 30:8

**suggest** 9:22

**suicidal** 48:9

**suicidality** 48:3,6,8,14

**suicide** 48:11

**support** 22:22 32:9 43:17 45:24 53:24

**supporting** 54:5

**supportive** 47:25

**supports** 22:2

**suppression** 25:12 34:12,17

**sure** 6:18 7:8 13:14,24 14:12 15:9 16:24 17:9,17 21:20 29:1 31:1,6 34:13,15 35:12 37:19 39:22 40:1 41:6 43:12 45:13 46:1,9 47:24 49:3

**surgeon** 52:8,10

**surgeries** 26:20,23 27:13,20 28:1, 17,18

**surgery** 25:11,13,14,15,17 26:10, 18,19 27:1,8,9,10,14,15,18 28:5,6,7, 14,24 30:23,24,25 31:3,9,10,21 38:24 39:10 40:8 41:5,14,18 46:16, 18 51:17,22,24 52:1,3,5,12,15 53:4

**surgical** 28:2 31:14,15,24 44:22 45:1

**suspect** 38:4 57:20

**sworn** 6:2

**symptoms** 47:12

**T**

**take** 15:1 17:13 19:5 20:3 38:11 47:19 50:9 51:8,21

**taken** 24:11 51:10

**taking** 6:9 38:14

**talk** 13:19 16:19 36:12

**talked** 35:22 44:24

**talking** 31:11 38:13 49:18

**talks** 16:18

**target** 22:5

**team** 14:13 24:9 49:1 53:14

**teeth** 46:17

**tell** 6:2 15:8 20:15 21:6 35:17 55:24 57:14

**telling** 37:24

**tells** 9:24

**term** 22:10

**terms** 15:24

**terrific** 40:22

**testified** 6:4

**testify** 6:21 9:18,25

**testimony** 8:4,12 44:19 49:17

**testosterone** 16:13,15,16,18 17:1 38:7,14

**text** 57:15

**than** 25:2 28:15 38:15 50:7 53:5 54:7

**thank** 19:2,22 35:9,11 54:15 56:16 58:2,9,11,12,14

**thanks** 21:2 54:10

**that** 6:12,22 7:16 8:2,3,4,6,25 9:2, 17,20,24 10:10,15,25 11:4,14,17,18, 19 12:4,5,6,11,18,19,24 13:12,14, 15,16,19,22,24 14:7,12,13,19 15:4, 8,9,11,12,14,21,22,23,24,25 16:5,8, 24,25 17:9,10,11,12,13,17,18,19,21 18:5,13 19:21 20:3,4 21:6,8,10,20, 23 22:11,13,18 23:8,12,14,17 24:6, 7,8,10,19,22 25:17,19,22,24,25 26:4,6,7,8,9,10,12,13,14,15,16,23 27:6,17 28:2,8,16,17,22,24 29:1,3, 22,24 30:1,2,3,7,9,11,13,14,19,21 31:1,4,11,14,16,19,24 32:10,22,23 33:8,13 34:14,18 35:7,10 36:5,8,9, 13,18 37:6,11 38:11,13 39:4,6,14, 15,18,20,21,22,23 40:12,15,16,20, 24 41:9,11 42:11,14,18 43:7,19,22 44:4,15 45:9,13,15,17,18,19,24

46:1,2,8,9,11,20 47:1,2,7,10,12,20,
24 48:3,6,17,20,22 49:3,10,25
50:17,18,19,21,25 51:12,16,19,21,
25 52:3,4,17,18,19,20 53:2,5,6,13,
14,15,16,18,20,22,25 54:3,6,7,9
55:10,14,16,19,21,22 56:7,9,17
57:3,7,9,10,18,21,25 58:17 59:4,6

**that's** 6:18 8:23 12:16 14:10 16:4
19:8 27:3 28:24 30:9,23 31:18 32:2
37:14 38:6 44:6,24 46:19 48:15 50:7
52:23 53:7 54:1 55:9 56:12 57:14

**the** 6:2,3,8,13 7:3,7,13,14,19 8:3,4,7,
15,17,21 9:1,6,17 10:1,4,7,11,13,16
11:3,4,5,7,9,16,18,19,24 12:1,2,3,6,
7,15,16,23,24 13:1,2,3,4,15 14:1,2,
11,14,18 15:20 16:7,8,10,22,24
17:4,10,19,23 18:8,11,13 19:3,5,10,
15,17,20,22 20:2,11,12,13,17,21,23
21:2,8,10,19,20,24 22:2,3,4,5,8,10,
15,18,20,21,22,23,25 23:6,9,11,24
24:6,9,11,12,13,16,18,22,24,25
25:4,5,8,22 26:3,12 27:1,2,3,6,11,
15,16,24 28:1,2,7,16,20,23 29:3,4,8,
11,12,21 30:3,16,18,19,21 31:2,4,
11,13,14,15,16,17,19,21,23 32:2,6,
20,25 33:1,5,18,20 34:4,5 35:1,8,9
36:8,9,11,17,18,19 37:7,9,17,18,20,
21 38:1,12,25 39:2,8,10,14,18 40:9,
12,15,22,23 41:15 42:2,7,9,11,14
43:15,18,25 44:3,4,10,11,13,15,24
45:7,9,10,12,13,14,18,25 46:8,9,10,
14,16,18,21 47:11,13,17,18,21,25
48:1,4,9,11,13,14,16,17,19,21,23,
24,25 49:4,6,7,10,11 50:7,8,11,15,
18,25 51:16 52:7,8,10,19,23 53:4,6,
9,12,13,17,18,21,24,25 54:5,9,11,
20,24,25 55:3,9,12,22 56:2,6,7,10,
13,14,17,24 57:3,6,9,10,12,13,15,
17,21 58:1,5,11,14,15,17,19,20,23
59:4,7,9

**their** 11:6,10 13:25 14:8 17:24 18:2,
19 25:21,23 26:4,12 32:11,13 35:23
37:12 42:5,18,22 43:5,6,7,10 47:8,9
48:10 49:1,5 52:21 53:16 54:6 55:5
56:20

**them** 13:16 15:1,22 16:10,25 17:20
27:21,22 29:7 33:4,9,13 35:3 36:12
37:12 45:25 52:2,9,22 53:2,24
56:10,25

**themselves** 57:6

**then** 12:1 14:8 15:13 16:10 17:20
20:21 26:9,10 38:12 42:12 49:20
51:6

**theory** 18:13

**therapies** 53:17

**therapy** 16:6,18 17:1,2 18:15 25:12
29:5,16 38:7 40:4 47:22,25 48:2

**there** 6:16 10:10 12:19,21 13:1,2,3
16:1 17:14,25 18:6 19:19 23:7,16,19
24:14 25:4,20 26:20,22 28:8,11,15
29:7,20 30:13 32:18 33:6 37:19
38:11 39:7,8,21 40:6 42:12,25 45:3,
8 46:3,11,21 47:4 48:22 51:16

**there's** 14:20 24:24,25 26:6 29:23
30:6 32:4 33:6 39:15,16,20 40:3
46:25 49:20 50:17

**these** 8:12 13:12,22 17:21 21:9
23:10 28:17 30:21 40:22 50:4,16

**they** 13:16,24 15:12,13,14,15,16,22
16:6 17:10,12,15,16,21 19:13,15,16
23:3 25:22,24 26:2,3,4,10,21 27:22
28:10,18,21 29:2 32:10 33:11 37:7,
11 42:9,18 43:6,13 45:20,21,22
46:2,11,22 47:17 49:2,3 52:1,2,7,21
53:21,22 55:4 56:9

**they're** 17:13 18:5 28:18 31:21,22
35:1 36:11 38:4,5 43:9,14,24 48:10
49:7 50:19 52:13 55:6

**they've** 17:17 55:3

**thing** 16:19 18:11,13 21:20 37:21
40:20 50:18 57:9

**things** 11:4 13:16,22 15:16 18:14
26:13 27:17 28:10 33:13 46:21 47:7
48:1 50:1 51:12 53:11,25 55:23
56:18

**think** 6:15 9:15 13:11 15:4,15 19:10
21:17 22:6 23:22,23 24:13,18 29:6
30:7 31:7,12 32:5 33:8 35:1 37:24
38:2 39:14 43:17 44:2 46:8 47:3,17,
20 48:8,12 49:17 50:13 51:7 53:5
54:3,9 59:1

**this** 6:11,13,25 7:3,4,13,23,24 8:3,9,
15,17,18,25 9:9,15,23 10:19,22,25
11:5,6,8,11 12:5,16 13:9,12 14:2,12,
15,18,21 15:3,4,23 16:5,11,17,21
17:1,3,6,8,12,16,22 18:9,10 19:4,5,
23 20:12,13,15,17,18,19,22,23,24
21:4,13,15,22,23 22:8,16,19 23:1,4,
6,18 24:1,3,5,6,9,11,12,13,15 25:1
26:16,18 28:20 32:2,4,6,7,8,15,19,
21 33:2,15,24 34:2,4,9,12,14,19,21,
24 35:12,15,18,24 36:2,3,6,13,17,
19,25 37:5,6,12,15,19,21 38:2,12,

**theory** section continued... 

**today** 6:9 8:12 9:13,19,25 55:22
59:2

**together** 14:7 24:9 32:22 33:7 38:5
50:10

**Tom** 6:7 50:6

**tomorrow** 59:3

46:1,2,8,9,11,20 47:1,2,7,10,12,20,
24 48:3,6,17,20,22 49:3,10,25
50:17,18,19,21,25 51:12,16,19,21,
25 52:3,4,17,18,19,20 53:2,5,6,13,
14,15,16,18,20,22,25 54:3,6,7,9
55:10,14,16,19,21,22 56:7,9,17
57:3,7,9,10,18,21,25 58:17 59:4,6

**that's** 6:18 8:23 12:16 14:10 16:4
19:8 27:3 28:24 30:9,23 31:18 32:2
37:14 38:6 44:6,24 46:19 48:15 50:7
52:23 53:7 54:1 55:9 56:12 57:14

**the** 6:2,3,8,13 7:3,7,13,14,19 8:3,4,7,
15,17,21 9:1,6,17 10:1,4,7,11,13,16
11:3,4,5,7,9,16,18,19,24 12:1,2,3,6,
7,15,16,23,24 13:1,2,3,4,15 14:1,2,
11,14,18 15:20 16:7,8,10,22,24
17:4,10,19,23 18:8,11,13 19:3,5,10,
15,17,20,22 20:2,11,12,13,17,21,23
21:2,8,10,19,20,24 22:2,3,4,5,8,10,
15,18,20,21,22,23,25 23:6,9,11,24
24:6,9,11,12,13,16,18,22,24,25
25:4,5,8,22 26:3,12 27:1,2,3,6,11,
15,16,24 28:1,2,7,16,20,23 29:3,4,8,
11,12,21 30:3,16,18,19,21 31:2,4,
11,13,14,15,16,17,19,21,23 32:2,6,
20,25 33:1,5,18,20 34:4,5 35:1,8,9
36:8,9,11,17,18,19 37:7,9,17,18,20,
21 38:1,12,25 39:2,8,10,14,18 40:9,
12,15,22,23 41:15 42:2,7,9,11,14
43:15,18,25 44:3,4,10,11,13,15,24
45:7,9,10,12,13,14,18,25 46:8,9,10,
14,16,18,21 47:11,13,17,18,21,25
48:1,4,9,11,13,14,16,17,19,21,23,
24,25 49:4,6,7,10,11 50:7,8,11,15,
18,25 51:16 52:7,8,10,19,23 53:4,6,
9,12,13,17,18,21,24,25 54:5,9,11,
20,24,25 55:3,9,12,22 56:2,6,7,10,
13,14,17,24 57:3,6,9,10,12,13,15,
17,21 58:1,5,11,14,15,17,19,20,23
59:4,7,9

**their** 11:6,10 13:25 14:8 17:24 18:2,
19 25:21,23 26:4,12 32:11,13 35:23
37:12 42:5,18,22 43:5,6,7,10 47:8,9
48:10 49:1,5 52:21 53:16 54:6 55:5
56:20

**them** 13:16 15:1,22 16:10,25 17:20
27:21,22 29:7 33:4,9,13 35:3 36:12
37:12 45:25 52:2,9,22 53:2,24
56:10,25

**themselves** 57:6

**then** 12:1 14:8 15:13 16:10 17:20
20:21 26:9,10 38:12 42:12 49:20
51:6

**theory** 18:13

**therapies** 53:17

**therapy** 16:6,18 17:1,2 18:15 25:12
29:5,16 38:7 40:4 47:22,25 48:2

**there** 6:16 10:10 12:19,21 13:1,2,3
16:1 17:14,25 18:6 19:19 23:7,16,19
24:14 25:4,20 26:20,22 28:8,11,15
29:7,20 30:13 32:18 33:6 37:19
38:11 39:7,8,21 40:6 42:12,25 45:3,
8 46:3,11,21 47:4 48:22 51:16

**there's** 14:20 24:24,25 26:6 29:23
30:6 32:4 33:6 39:15,16,20 40:3
46:25 49:20 50:17

**these** 8:12 13:12,22 17:21 21:9
23:10 28:17 30:21 40:22 50:4,16

**they** 13:16,24 15:12,13,14,15,16,22
16:6 17:10,12,15,16,21 19:13,15,16
23:3 25:22,24 26:2,3,4,10,21 27:22
28:10,18,21 29:2 32:10 33:11 37:7,
11 42:9,18 43:6,13 45:20,21,22
46:2,11,22 47:17 49:2,3 52:1,2,7,21
53:21,22 55:4 56:9

**they're** 17:13 18:5 28:18 31:21,22
35:1 36:11 38:4,5 43:9,14,24 48:10
49:7 50:19 52:13 55:6

**they've** 17:17 55:3

**thing** 16:19 18:11,13 21:20 37:21
40:20 50:18 57:9

**things** 11:4 13:16,22 15:16 18:14
26:13 27:17 28:10 33:13 46:21 47:7
48:1 50:1 51:12 53:11,25 55:23
56:18

**think** 6:15 9:15 13:11 15:4,15 19:10
21:17 22:6 23:22,23 24:13,18 29:6
30:7 31:7,12 32:5 33:8 35:1 37:24
38:2 39:14 43:17 44:2 46:8 47:3,17,
20 48:8,12 49:17 50:13 51:7 53:5
54:3,9 59:1

**this** 6:11,13,25 7:3,4,13,23,24 8:3,9,
15,17,18,25 9:9,15,23 10:19,22,25
11:5,6,8,11 12:5,16 13:9,12 14:2,12,
15,18,21 15:3,4,23 16:5,11,17,21
17:1,3,6,8,12,16,22 18:9,10 19:4,5,
23 20:12,13,15,17,18,19,22,23,24
21:4,13,15,22,23 22:8,16,19 23:1,4,
6,18 24:1,3,5,6,9,11,12,13,15 25:1
26:16,18 28:20 32:2,4,6,7,8,15,19,
21 33:2,15,24 34:2,4,9,12,14,19,21,
24 35:12,15,18,24 36:2,3,6,13,17,
19,25 37:5,6,12,15,19,21 38:2,12,

**those** 16:7 18:4 26:1,23 27:12,19,
24,25 28:13,21 29:6,8,12,13,15
31:10 36:12 43:8,15 45:5,17 46:7,13
48:1,21 49:2 53:7 54:9 55:16 57:6

**though** 30:13 42:17 51:21

**three** 19:10,15 21:18

**through** 6:11 12:6 14:19,21,23
15:16 21:19 26:7 32:6,17 36:6 49:24
50:20 55:4,13 57:16,23

**time** 6:10 11:3,24 15:1 27:2 28:23
32:21 36:19 37:10 45:22 47:19 50:5
58:9

**timeline** 36:23

**times** 28:8 52:1

**titled** 6:20

**to** 6:2,13,15,17,20,21,24,25 7:3,4,7,
8,11,19,22 8:5,12,17 9:1,18,22,24
10:11,13,19 11:5,11 12:6,16,18,19
13:8,9,14,20,24 14:2,18,20 15:2,12,
14,16,19 16:4,6,8,10,11,21 17:4,5,
13,17,22,24 18:4,6,8,19,22 19:3,9,
20,22 20:4,11,13,22,23,25 21:2,17,
18 22:6,8 23:4,11,16,17,19,22,23,25
24:22,24 25:17,19 26:5,9,11,24
28:6,19 29:2,6,14 30:6,8,12,14,16,
17 31:1,4,5,6,8,22,25 32:7,24 33:1,
2,4,9,10,12,16,20,24 34:4,13,16,19,
21,24 35:1,2,4,12,19 36:8,10,12,16
37:5,12,13,14,20 38:1,6,8,10,14
39:9,12,16,17,20,21,24 40:1,14
41:6,7,22 42:1,4,11,13,22 43:9,12,
14,15,17,23,25 44:2,5,11,14 45:16,
19,25 46:15,17,18 47:4,6,11,15,19,
23,24 48:1,6,7,10,12,13,14,16
49:12,14,15 50:9,17,19,25 51:2,12,
13,16,21,25 52:3,4,7,9,14,16,18,21
53:1,16 54:1,11,22,24 55:4,8,11
56:18,19,20,22 57:10,20,21 58:22

**today** 6:9 8:12 9:13,19,25 55:22
59:2

**together** 14:7 24:9 32:22 33:7 38:5
50:10

**Tom** 6:7 50:6

**tomorrow** 59:3

**too** 20:9 21:9

**took** 30:4

**top** 20:12 25:14 27:7,9,10,12 28:4,6, 14 30:23,25 31:9,21 39:2 51:22 52:15

**topics** 56:17

**Tory** 35:19,22,25 36:8 45:7 55:9

**towards** 24:25 40:15

**trailed** 44:8

**transcript** 58:17

**transfers** 52:20

**transgender** 14:15 18:6 29:17 48:11

**transition** 9:2 53:3

**treat** 11:20 28:12

**treatment** 13:9,18 17:23 19:9 22:4 25:11 30:12 47:4,9 49:12,19 52:15

**treatments** 31:8 32:25 44:20 45:4

**tricky** 48:8

**true** 30:23 56:12

**truly** 29:2

**truth** 6:2,3

**try** 16:4 42:1

**trying** 17:24 41:22 50:25

**two** 14:6 21:17 23:22 32:4

**type** 18:12 41:4,17,24

**types** 13:21 32:10 37:24

---

## U

**umbrella** 46:8

**uncertain** 14:21

**under** 12:24 20:2 25:10,13 40:14 41:1,16 46:8 50:8 52:19

**undergoing** 47:6

**understand** 7:3 8:25 9:17 12:18 15:22 16:5,10,11 17:12,21 32:7 37:5,7,11 38:1 41:7,22 45:21,25 48:13

**understanding** 8:3,6 9:20 11:14,17 12:5 15:5 17:22 19:8 22:2 23:3

27:19 32:13 34:14 36:20 43:6 51:23

**understands** 47:24

**Understood** 12:9 50:24

**undertaken** 47:5

**undo** 30:1

**unique** 55:11,12

**University** 42:3,5

**until** 47:16 52:12

**unusual** 33:12 47:5

**up** 11:4 13:13 23:22 35:13 39:2 40:19 47:11 51:13 57:12,14

**upset** 55:3

**us** 9:24 15:8 33:12 35:12 37:24 42:20 45:13,19

**use** 10:25 18:7 31:25 48:18 49:2

**used** 11:5 16:16 17:8,9 18:4 19:13, 24 20:8,16,19 21:22,23 22:9,10 24:15,18,20,21 34:4 36:11 45:15

**useful** 16:14,25 19:17 20:6 21:25

**uses** 15:6 19:20

**usually** 27:3

**uterus** 26:2

---

## V

**VA** 42:9

**vaginal** 25:24 28:11

**vaginoplasty** 27:23

**verbally** 7:9

**version** 21:11 38:12 57:13

**versus** 7:14 43:25

**very** 14:23 15:18 16:1,17 22:21 29:12,13 30:2 33:24 48:9,12 54:10

**vetted** 36:6

**vice** 35:18

**visits** 57:6

**visual** 16:2

**vitae** 9:6,12

**vulvar** 28:11

**vulvoplasty** 27:24

---

## W

**wait** 11:15

**want** 6:17,25 13:14,24 17:17 21:18 23:25 26:4,9 28:19 30:6 31:1,5,6 33:8,19 40:1,14 41:6 43:12 47:21 52:1,2,4,7 57:19 58:15,19,20,21 59:7

**wanted** 39:21 51:12 56:22

**wanting** 26:11

**wants** 19:6 30:12 52:14,16

**was** 6:3,17 7:25 8:24 11:24 24:6,7,9 35:12,24 36:6,13,14,19 39:7,8,12, 21,24 40:7,10 56:17 57:10

**wasn't** 39:19

**way** 20:4 34:4 46:19 50:17

**we** 6:10 7:10 8:4 10:25 13:19,22,23 15:2,9,11,13,19,21,22 16:4 17:9,15, 17 18:1 21:3,18,20 22:8,14 23:10, 12,22,24 24:8 26:7,14 27:21,22 28:6,12,14,16 29:3,14,22 30:6,9,19 31:1,23,24 33:4,8 35:7 37:19 38:10, 11 39:17,21,22 40:12,17 42:9,13 43:7 44:2,5,14,24 45:1 46:9,17,20 47:23 49:24,25 50:2,9,14,21,22,24 51:1,2,8,13 52:9,22,23 53:2,3,5,6,7, 11 54:5,8 55:8,22 57:24,25 58:15 59:2,5

**we'll** 14:22,25 51:5

**we're** 6:15 13:20 15:23 17:5 23:22, 23 31:11 38:13 46:17 49:18 50:5,18, 20,25 54:1

**we've** 15:2 27:6 44:3,4

**weaning** 53:17

**website** 24:7,11,12,13,17

**week** 9:15

**weekend** 8:24

**weight** 29:9

**well** 7:10 8:1,11 10:12 13:11 14:20, 25 21:10 22:6,7,21,22 29:12 30:21 32:20 35:22 41:23 43:17 45:8,15 46:23,24 51:5 54:9 55:2 56:14

**went** 29:6

**were** 22:15 31:5 36:13,18 38:25 39:22 51:2 57:22

**what** 6:18 8:1 9:11,23 10:7,24 11:23 13:4 14:9 15:5,8,19 16:4,7 17:7 18:10 19:10,23 20:21 21:22 22:11 23:4,10,23,25 24:5,8 25:17,19 27:2, 4,9,14,19,22 28:2 29:19 30:14,18 31:7,18 32:7 33:11 35:17 37:5,7,25 38:22 39:15 41:7,23,24 42:19,24 44:9 45:9,10 46:24 47:3,4 48:3,14, 25 51:25 52:3,5,6,20,23 53:9,12,13, 16 54:1,5 58:10 59:1

**what's** 24:14 37:13 46:1 50:15

**whatever** 26:22 30:8 49:25 53:20

**when** 9:14 11:24 13:20 17:15 18:1 37:13 41:20 48:18 49:1,12 52:6,18, 19 53:19 58:24 59:7

**whenever** 16:6

**where** 20:22 22:2,8 25:21 26:18 27:2 29:2 32:9 38:9 42:13,21,25 43:15 45:18 53:7 57:6,25

**whether** 6:25 18:5 23:7,16 27:10 30:4 33:15,20 34:15 35:2 47:7,10 50:16

**which** 6:19 7:19 8:15 9:6 10:2 16:19 28:20,25 34:7 36:22 38:17 39:20 41:11,19 42:3 44:19 45:14 50:4 52:8 56:17 57:16,22

**while** 57:14

**who** 11:1,10,12 14:5 16:12 18:2,18 19:14 21:25 22:7,25 25:20 30:17 32:12 35:20 36:2,11 46:4 47:6 55:25 56:23

**who's** 22:5 30:7 38:14 52:18

**whole** 6:3 7:22 21:20 40:20 49:21

**why** 13:8 28:4 29:22 30:9 39:12 43:14,23,24

**widely** 12:23

**will** 13:5 18:16 24:8 26:14 28:23 29:2,10,11 33:8 41:2,16 42:1 46:22 47:21 51:21,23 52:9,17,22 53:2,13, 23,25 54:6,11 55:24 57:14

**with** 6:8,19 7:2 8:6 11:4,6,7,20 12:16 13:11,16 14:9,25 15:9,21,23 16:2,12 17:6 18:2,19 20:23 23:6,9,14 25:4, 16,20 26:7 28:24 30:20 31:4 32:11 34:10 35:22 36:18 41:19 42:7 46:4, 5,20,22,24 47:8,10,15,23 48:5,12,

16,18 50:1 51:4,9 52:10,17 53:15,24 54:19,23 58:3,8,16

**within** 21:24 49:10 50:16 56:11

**without** 18:22

**witness** 35:9 54:11 58:11,14

**witnessed** 11:17

**won't** 7:9 52:12

**wonder** 7:23 50:21

**wondering** 8:18 9:22,23 12:17 18:10 20:15 21:4 22:10 27:4 28:4 29:25 31:9 34:23 35:14 44:25 46:24 49:22 50:14 55:21 56:1

**word** 10:7 16:3 41:11 57:13

**wording** 49:5

**words** 31:5

**work** 10:4 22:13 47:2,23 48:12

**worker** 47:11

**working** 42:21 56:4,6

**works** 46:19

**would** 6:11 9:16 10:16 15:19 17:1 23:10 24:1 27:12,15,16 28:12 30:14, 19 38:8 39:15 41:9,11 43:1 46:14 47:10,13 52:6,20 53:3,7 55:7 57:24 59:8

**wouldn't** 38:6

**Wow** 8:23

**WPATH** 13:3 40:12

**write** 36:4

**writing** 15:23 17:11 18:16 22:15

**written** 13:6 15:10 22:6

**wrote** 36:2,3

---

## X

**XX** 25:23

---

## Y

**yeah** 11:19 27:5 49:15 50:24 51:3 54:13,15

**year** 39:7,13

**years** 12:1 25:2 29:16 44:6

**yes** 7:2,6 8:8,13,22 9:4,16 10:23 19:1 21:21 25:6 34:3 37:23 38:16 39:25 40:2,3,25 44:23 45:7 55:20 57:2,5,8 58:5 59:4

**you** 6:12,22 7:1,3,7,8,16 8:1,2,9,11, 18,21,25 9:9,17,24 10:11,22,24 11:15,16,20 12:9,11,17,24 13:5,11, 13,15 14:1 15:3,5,8,12,20 16:11 17:1,2 18:7,13,25 19:2,8,22 20:2,4, 15,20,25 21:6,15 22:10,11,15,18,25 23:3,6,15 24:3 25:4,17 26:21 27:11, 16,19,23 28:11,17,19,22,25 29:4,6, 9,11,21,25 30:1,3,4,7,14 31:4,5,7,9, 12 32:4,7,18 33:5,10,15,19 34:2,9, 13,23 35:9,10,11,14,17 36:2,3,6,13, 16,25 37:4,5,15,21 38:1,2,6,20,25 39:4 40:16,20 41:13 42:20,22,24 44:8,17 45:10,21 46:14,16,18,24 47:5,12,14,17,18,20,23 48:3,5,12,19 49:5,9 50:1,10,14,17 51:1,15,19 53:17,20 54:3,10,15 55:14,24 56:2, 12,16,22,23 57:12,14,18,19 58:2,9, 10,11,12,14,19,20,25 59:7

**you'd** 50:19 57:20

**You'll** 16:17

**you're** 16:19,25 17:2 20:8 34:15 39:23 42:20 46:15 50:23 56:14

**you've** 7:23 18:15 19:10 25:10

**your** 6:9,11,14 7:8 8:6 9:20 10:9 11:23 17:22 23:16 29:10 31:6 34:14 35:13 40:14 46:17 54:22,23 56:18 58:9

**yours** 59:7

**yourself** 11:20 14:1