# EXHIBIT 7

Page 1

1                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
2                   INDIANAPOLIS DIVISION
3          CIVIL ACTION NO. 1:23-cv-00595-JPH-KMB
4     K.C., et al.                    )
                                      )
5            Plaintiffs,              )
                                      )
6                -vs-                 )
                                      )
7     THE INDIVIDUAL MEMBERS OF THE   )
      MEDICAL LICENSING BOARD OF      )
8     INDIANA, in their official      )
      capacities, et al.,             )
9                                     )
             Defendants.              )
10
11

          REMOTE DEPOSITION OF JANINE M. FOGEL, MD
12
13
14        The deposition upon oral examination of JANINE
      M. FOGEL, MD, a witness produced and sworn before
15    me, Colleen Brady, Notary Public in and for the
      County of Monroe, State of Indiana, taken on behalf
16    of the Defendants, with the witness located in
      Indiana, on the 17th day of May 2023, at
17    12:39 p.m., pursuant to the Federal Rules of Civil
      Procedure with written notice as to time and place
18    thereof.
19
20
21
22
23
24
25

Page 2

```
 1          APPEARANCES
 2     (All appearances via videoconference)
 3 FOR THE PLAINTIFFS:
 4     Kenneth J  Falk
       ACLU of Indiana
 5     1031 East Washington Street
       Indianapolis, IN 46202
 6     317 635 4059
       kfalk@aclu-in org
 7
 8 FOR THE DEFENDANTS:
 9     Thomas M  Fisher
       Office of the Attorney General
10     302 West Washington Street
       IGCS 5th Floor
11     Indianapolis, IN 46204
       317 232 6255
12     tom fisher@atg in gov
13 FOR THE DEPONENT:
14     Kimberly C  Metzger
       MCCARTER & ENGLISH, LLP
15     880 West Monon Green Boulevard
       Suite 101
16     Carmel, IN 46032
       317 363 3232
17     kmetzger@mccarter com
18
19 ALSO PRESENT:
20     Zef Cota, concierge tech
       Julie Conrad, general counsel for Eskenazi
21     Harper Seldin, counsel for plaintiff
       Melinda Holmes, counsel for defendant
22     Gavin Rose, counsel for plaintiff
23
24
25
```

Page 4

```
 1          INDEX OF EXHIBITS
 2                          Page
   Deposition Exhibit No :
 3
   Exhibit 1  - Complaint               6
 4
   Exhibit 2  - Senate Enrolled Act No  480     9
 5
   Exhibit 3  - Document subpoena       11
 6
   Exhibit 4  - Document subpoena attachment     12
 7
   Exhibit 5  - Amended deposition subpoena     15
 8
   Exhibit 6  - Amended deposition subpoena     15
 9     30(b)(6) attachment
10 Exhibit 7  - Eskenazi Health's amended     16
                response
11
   Exhibit 8  - Gender Health Program brochure,   18
12     Eskenazi_000001 and 2
13 Exhibit 9  - Gender Health Program Plan of   19
                care, Eskenazi_000087 through
14     91
15 Exhibit 10 - Informed consent document,     21
                Eskenazi_000003 through 16
16
   Exhibit 11 - WPATH Standards of Care,     24
17     Eskenazi_000017 through 49
18 Exhibit 12 - Endocrine Society treatment     25
                clinical practice guideline,
19     Eskenazi_000052 through 86
20 Exhibit 13 - Support Groups document,     28
                Eskenazi_000050 and 51
21
22
23
24
25
```

Page 3

```
 1      INDEX OF EXAMINATION
 2              Page
 3 DIRECT EXAMINATION  . . . . . . . . . . . . . . . . 5
   Questions by Thomas M. Fisher
 4
   CROSS-EXAMINATION  . . . . . . . . . . . . . . . .44
 5 Questions by Kenneth J. Falk
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1 (Time noted:  12:39 p.m.)
 2         JANINE M. FOGEL, MD,
 3 having been duly sworn to tell the truth, the whole
 4 truth, and nothing but the truth relating to said
 5 matter, was examined and testified as follows:
 6
 7 DIRECT EXAMINATION,
 8   QUESTIONS BY THOMAS M. FISHER:
 9 Q  Dr. Fogel, good afternoon.  My name is Tom
10   Fisher.  I am a lawyer at the Attorney General's
11   Office and I'll be taking the deposition of
12   Eskenazi today.  And as I understand it, you're
13   the designated witness for Eskenazi today.
14       Is that generally your understanding, what
15   we're doing?
16 A  Yes.
17 Q  I hope not to take too long.  We do have some
18   questions to get through.  We are going to start
19   off by looking at some documents that have been
20   produce in this case.
21       So just make sure that we are all on the
22   same page as to what this case is, let's mark as
23   Exhibit 1, the complaint in this case.  If I can
24   show that on the witness?
25       THE CONCIERGE:  I'm introducing it.  Please
```

2 (Pages 2 - 5)

Page 6

1  just give me a moment.  Okay.  I am now
2  introducing Exhibit 1.
3      (Deposition Exhibit 1 marked for
4  identification.)
5 Q  Dr. Fogel, have you seen this document before?
6  Does it look familiar?
7      MR. FISHER:  You can scroll, maybe, for the
8  doctor to be able to read it.
9 A  Yes, okay.
10 Q  Are you familiar with this document?
11 A  Yes.
12 Q  What is your understanding of this document?
13 A  My understanding is that the families of the
14  minors in this complaint are a little bit
15  nervous to paraphrase.  They are objecting to
16  the passing of the bill or the law that prevents
17  the medical care of transgender children and
18  adolescents under the age of 18.
19 Q  Just so we're clear, we all understand, this is
20  the complaint in the lawsuit where you have been
21  called to testify in today's deposition;
22  correct?
23 A  That's correct.
24 Q  Have you given a deposition before, doctor?
25 A  One time, a couple of decades ago.

Page 7

1 Q  Doctor, if I could ask you to adjust your
2  screen; your camera is cutting off half your
3  face.  There you go.
4 A  Sorry.  I can't read the document and have --
5  anyway.  It's fine.
6 Q  We'll try to adjust the document as we need to
7  but thank you.
8      MR. FISHER:  We're done with the document
9  for now.  We can take that off and then that,
10  perhaps, will be less distracting.
11 Q  You have been through a deposition before.
12  Let's just recap, sort of, what's going to
13  happen.
14      I'm going to ask you some questions.  The
15  court reporter is going to record everything.
16  Obviously, you need to answer with the truth.
17      I am going to assume you understand my
18  questions unless you tell me you don't, but if
19  you don't, please speak up, let me know right
20  away; we'll get some clarity.  We need verbal
21  answers, not gestures.
22      Is there any reason you can't understand my
23  questions today?
24 A  No.
25 Q  Any reason you can't respond truthfully to my

Page 8

1  questions today?
2 A  No.
3 Q  Other than meeting with your attorney, did you
4  do anything else to prepare for today's
5  deposition?
6 A  I read the documents that I was provided with.
7 Q  Did you speak to anyone else about today's
8  testimony?
9 A  No.
10 Q  Are you being compensated for your testimony?
11 A  No.
12 Q  Other than Ms. Metzger, is there anyone else in
13  the room with you?
14 A  Yes, Julie Conrad.
15 Q  Now Ms. Conrad, as I understand it, is general
16  counsel for Eskenazi; is that right?
17 A  That's correct.
18 Q  Is anyone else in the room?
19 A  No.
20 Q  Do you have any documents open in front of you?
21 A  No.
22      MR. FISHER:  Okay.  Now let's proceed to
23  Exhibit 2, which is Senate Enrolled Act 480.
24      THE CONCIERGE:  I am now introducing
25  Exhibit 2.

Page 9

1      MR. FISHER:  Make that just a little bit
2  bigger for the doctor.
3      THE CONCIERGE:  Sure.
4      (Deposition Exhibit 2 marked for
5  identification.)
6 BY MR. FISHER
7 Q  Doctor, have you seen this document before?
8 A  I don't remember.
9 Q  I'm going to represent to you that this is
10  Senate Enrolled Act 480.  This is the law that
11  is being challenged in this lawsuit, which --
12      (Audio distortion.)
13      (Discussion re: technical difficulties.)
14      MR. FISHER:  We'll pick up from there.
15 Q  I'm wondering if you have a general familiarity
16  with the contents of this statute?
17 A  I do.
18 Q  And what do you understand this statute to do?
19      MS. METZGER:  Excuse me, Tom, I'm going to
20  object.  This is not a topic of examination that
21  we received on our attachment with the subpoena.
22  I'm not sure what you plan on asking the doctor,
23  but she's not prepared to testify about the
24  substance on behalf of Eskenazi because that was
25  not requested of her.

3 (Pages 6 - 9)

Page 10

1 Q  That's fine.  Doctor, do you have an
2    understanding of what's embodied by Senate
3    Enrolled Act 480?
4        MS. METZGER:  Excuse me one more time,
5    Mr. Fisher.  Are you asking the doctor in her
6    personal capacity, or in her capacity as a
7    representative of Eskenazi?
8        MR. FISHER:  In her capacity as a
9    representative of Eskenazi.
10       MS. METZGER:  I'll continue to object based
11   on the fact that this was not an area of
12   examination that was designated to us.
13       MR. FISHER:  Are you instructing the
14   witness not to answer?
15       MS. METZGER:  It's not been designated as a
16   topic for examination.  So she's not prepared to
17   answer.  Certainly not on behalf of Eskenazi.
18       MR. FISHER:  Fair enough.  Let's go to
19   Exhibit 3.  This is subpoena to testify at a
20   deposition in a civil action.
21       THE CONCIERGE:  Mr. Fisher, is it listed as
22   the amended deposition subpoena 30(b)(6)
23   attachment?
24       MR. FISHER:  No.  It just says subpoena to
25   testify at a deposition in a civil action Health

Page 11

1    and Hospital Corporation of Marion County d/b/a
2    Eskenazi Health.
3        THE CONCIERGE:  There's a document listed
4    documents subpoena and document subpoena
5    attachment.
6        MR. FISHER:  The subpoena first then we'll
7    do the attachment.
8        THE CONCIERGE:  Okay.  Please standby.
9        (Deposition Exhibit 3 marked for
10   identification.)
11   BY MR. FISHER
12   Q  Doctor, are you familiar with this document
13      that's been marked as Exhibit 3?
14   A  Honestly, I don't know.
15       MS. METZGER:  It's her deposition subpoena,
16   doctor, and we've provided you that along with
17   the list of topics that were designated for your
18   deposition.
19   A  Okay.  So then I'll say, yes, I've seen it.
20   Q  All right.
21   A  I'm not -- you know, there's just a lot of legal
22   language that, you know, a lot of it just kind
23   of -- it all looks the same after awhile.
24   Q  Understood.  I'm just asking you to identify it.
25   But your testimony is you've seen it?

Page 12

1 A  Okay, yes.
2        MR. FISHER:  So let's mark the next one,
3    which is the attachment, Exhibit 4.
4        THE CONCIERGE:  Hold on.  I've introduced
5    Exhibit 4.
6        (Deposition Exhibit 4 marked for
7    identification.)
8 BY MR. FISHER
9 Q  Doctor, does this document look familiar to you?
10 A  Yes, I think so.
11       MS. METZGER:  That's the list of topics
12   that we were asked to testify.
13       THE WITNESS:  Yes, then, yes.
14 BY MR. FISHER
15 Q  So this is the list of topics that you have been
16   subpoenaed -- or Eskenazi has been subpoena to
17   testify on today.
18       And you have read this list of topics?
19 A  Yes.
20 Q  Are you prepared to testify on each of these
21   topics?
22 A  Most of the topics.  There was some questions
23   about numbers and data and statistics that were
24   easily available, which I don't have.  That's
25   not something in the normal course of my

Page 13

1    practice that I have that information.
2 Q  Other than those aggregate numbers, is there
3    anything else that you're not prepared to
4    testify about?
5        MS. METZGER:  You were asked to testify
6    about the medical record of A.M.
7 A  Oh, yes.  That I'm not prepared to testify about
8    'cause I have never met that patient.
9        MR. FISHER:  Well, this goes back to, I
10   guess, the earlier conversation.  I thought we
11   were having a witness that was going to be
12   prepared to testify for Eskenazi on each of
13   these subjects?
14       MS. METZGER:  The data and statistics that
15   are the ones at the end, are not documents that
16   are kept in the ordinary course of Eskenazi's
17   business -- or statistics that are kept in the
18   ordinary course of Eskenazi's.  So she would
19   have no means to testify to that.
20       And as to the medical records, the patient
21   was seen at Midtown Mental Health.  She was not
22   able to be seen Gender Health Clinic because of
23   her age.  We know the name of the person that
24   treated her at Midtown, and that person would be
25   the best one to testify as to the substance of

4 (Pages 10 - 13)

Page 14

1   her medical records.
2       MR. FISHER:  Separately, we may have to set
3   up a separate deposition for that, for that
4   person.
5       MS. METZGER:  We'll cooperate with that.
6       MR. FISHER:  Terrific.  Thank you.
7   BY MR. FISHER
8   Q   Anything else that you are not prepared to
9   testify about?
10  A   No.
11      MS. HOLMES:  I think I have noticed an
12  error in the exhibits that have been published
13  to the screen.  It looks like the documents
14  subpoena and the document subpoena attachment
15  were shown, and not the deposition subpoena and
16  the 30(B)(6) subpoena attachment.
17      MR. FISHER:  Thank you, Melinda.  Let's go
18  ahead and pull up -- we'll just keep those as
19  marked.  We'll mark Exhibit 5 the 30(B)(6)
20  subpoena and attachment.
21      THE CONCIERGE:  I'm pulling that up.  This
22  is Exhibit 5.
23      MR. FISHER:  And then there should be a
24  subpoena as well, that was the cover for that
25  attachment.

Page 15

1       THE CONCIERGE:  Is that on a separate
2   document?  Or do you want me to scroll down?
3       MR. FISHER:  No, it you should be a
4   separate document.
5       THE CONCIERGE:  Is that listed as the
6   subpoena, amended deposition subpoena?
7       MR. FISHER:  Yes, probably.
8       THE CONCIERGE:  Will that be Exhibit 5?
9       MR. FISHER:  Yeah, let's make that
10  Exhibit 5 please.
11      THE CONCIERGE:  Exhibit 5 is now on the
12  screen.
13      (Deposition Exhibit 5 marked for
14  identification.)
15  BY MR. FISHER
16  Q   Doctor, I think this is the subpoena to testify
17  at deposition that we intended to mark earlier.
18  Just to confirm, that's your understanding of
19  what this is?
20  A   Yes.
21      MR. FISHER:  Let's mark as Exhibit 6 the
22  attachment.
23      THE CONCIERGE:  Exhibit 6 is on the screen.
24      (Deposition Exhibit 6 marked for
25  identification.)

Page 16

1   BY MR. FISHER
2   Q   Doctor, this is the list of topics just to
3   clarify you.  This is the document we thought we
4   were talking about earlier that lists the topics
5   for today's testimony.
6       Is that your understanding?
7   A   Yes.
8   Q   Let's mark as Exhibit 7 the amended non-party
9   health and hospital corporation's response that
10  came in -- one of the ones that was just
11  uploaded earlier today.
12      THE CONCIERGE:  Mr. Fisher, is that part of
13  the attachment that was sent by your assistant?
14      MR. FISHER:  Yes.
15      THE CONCIERGE:  Is it listed as Eskenazi
16  Health's Amended Response?
17      MR. FISHER:  Yes.
18      THE CONCIERGE:  Please standby.  Exhibit 7
19  is now on the screen.
20      (Deposition Exhibit 7 marked for
21  identification.)
22  BY MR. FISHER
23  Q   Doctor, are you familiar with this document?
24  A   I don't think so.
25  Q   Doctor, what is your role at Eskenazi?

Page 17

1   A   I'm the medical director of the Gender Health
2   Program.  I'm also a family physician.
3   Q   And how long have you been employed at Eskenazi?
4   A   Since 1996.  So 27 years.  That's a long time.
5   Q   What is your employment history at Eskenazi?
6   A   So I started out working in the urgent care
7   center.  That lasted for about a year.
8       Then I worked at one of the Community
9   Health Center sites.  I also worked for IU, and
10  then back to Eskenazi, maybe, 15 years ago.  But
11  I have always worked intermittently for them.
12      In about 2016, I started the Gender Health
13  Program at Eskenazi.  Now that is all I do.
14  Q   What do your responsibilities include in that
15  role?
16  A   Patient care, and some administrative duties,
17  programmatic duties, educational.  I teach
18  residents at IU School of Medicine.  So we have
19  a LGBTQ health track; so I supervise four
20  residents.  So those are my main duties.
21  Q   I want to make sure I understood.  You said an
22  "LGBTQ health track"?
23  A   Yes.
24  Q   What does that mean?
25  A   So we educate family medicine residents in

5 (Pages 14 - 17)

Page 18

1    caring for gender diverse patients.
2        MR. FISHER:  We should be ready now for
3    Exhibit 8, which is the Eskenazi Health Gender
4    Health Program.  It looks like a brochure.  It
5    should be two pages.
6        THE CONCIERGE:  I'm introducing Exhibit 8
7    on the screen.
8        (Deposition Exhibit 8 marked for
9    identification.)
10   BY MR. FISHER
11   Q   Doctor, do you recognize this document?  And
12   then maybe we could scroll for the doctor to the
13   second page?
14   A   I do.
15   Q   What is this document?
16   A   It's a brochure regarding our program.
17   Q   When was this created?
18   A   2017 probably.
19   Q   Is it currently used by the Gender Health
20   Program?
21   A   Yes.
22   Q   Do you know who created it?
23   A   It would have been myself and the PR department
24   at Eskenazi.
25       MR. FISHER:  Let's mark Exhibit 9, Gender

Page 19

1    Health Program Scope of services.
2        THE CONCIERGE:  Exhibit 9 is now on the
3    screen.
4        (Deposition Exhibit 9 marked for
5    identification.)
6    BY MR. FISHER
7    Q   Doctor, do you recognize this document?
8        MS. METZGER:  Mr. Fisher, I have a hard
9    copy here of the document.  Would you mind if I
10   let the doctor look at that?  It might be a
11   little easier for her to see.
12       MR. FISHER:  Yes, please do.
13       MS. METZGER:  I just gave her Eskenazi 87
14   through 91.
15   A   So I have not seen the final version of this; so
16   I'm reading it.  Do you want me to continue
17   reading it or -- but so far it all looks
18   accurate.
19   BY MR. FISHER
20   Q   I guess I'm wondering what it is?
21   A   It looks like it's a description of our program.
22   Q   So this is a document that was provided to us in
23   response to our document subpoena.  And I'm
24   curious, are you suggesting this document is a
25   draft document of some kind?

Page 20

1    A   I don't know.  I can't answer that.  I'm not
2    sure.
3    Q   Is there a document -- is there a document --
4        oh, go ahead.
5        (Audio distortion.)
6    A   No, I think it's just a fairly new document.
7    And they usually get sent out -- well, maybe
8    not.
9        You know, I think I just never seen it
10   before.  Documents like this get sent out
11   periodically.  Sometimes we read them.
12   Sometimes we don't.  Sometimes they get missed,
13   but it look accurate to me.
14   Q   I'm just sort of curious what function this
15   document plays or a document like it would play
16   at the Gender Health Program?
17   A   I think it just outlines the services we
18   provide.
19   Q   Who is the intended audience for it?
20   A   Other physicians.  People that work for
21   Eskenazi.
22   Q   Do they use it as some sort of practice guide?
23   A   Yeah.  I mean, there are polices at Eskenazi
24   about all topics.  And this is just one of them.
25   And I suppose you could consider it that.

Page 21

1    Q   But is it more appropriately understood to be a
2    policy document?
3    A   Yes, I would say so.
4    Q   Let's go ahead and mark Exhibit 10, which says
5    "Eskenazi Health Welcomes All."
6        MS. METZGER:  Are we on Eskenazi 3 through
7    16?
8        MR. FISHER:  Yes, that's right.
9        MS. METZGER:  May I give the doctor a hard
10   copy?  This is the informed consent packet.
11       MR. FISHER:  Yes, of course.
12       THE WITNESS:  This I'm familiar with.
13       MR. FISHER:  Zef, do we have the --
14       THE CONCIERGE:  Yes, I'm bringing it up
15   right now.
16       (Deposition Exhibit 10 marked for
17   identification.)
18   BY MR. FISHER
19   Q   Okay.  Doctor, I believe you have the full
20   document in front of you.  The first page is on
21   the screen.  And did you say you are familiar
22   with this document?
23   A   Yes, I am.
24   Q   What is this document?
25   A   This is a document we use when we're talking to

6 (Pages 18 - 21)

Page 22

1   new patients. It's in a new patient packet of
2   material that we hand out to all new patients.
3   And it goes through -- the one that I have in
4   front of me is -- and the one that I -- well, I
5   can't tell, but we have one that's specific for
6   feminizing hormone therapy and one that's
7   specific for masculinizing hormone therapy. And
8   it talks about each type of hormone therapy and
9   the risks and the benefits of each kind,
10  respectively.
11      So that's something that we verbally go
12  through with each patient as they're a new
13  patient, or anytime a patient is interested in
14  starting gender-affirming hormones, to make sure
15  that they understand the risks and the benefits.
16  Q   Is this a document that the patients would sign
17      after you go through it with them?
18  A   All the patients that we see that are less than
19      18, we have the patient and the parent or
20      guardian sign the document after we have
21      reviewed it and they have read it.
22      For patients that are older than 18, we go
23      through it with them but we don't require them
24      to sign it.
25  Q   Does a copy of it go into the patient's medical

Page 23

1   records regardless?
2   A   A copy goes home with the patient.
3   Q   You don't keep a signed informed consent
4       document in the medical file for the patient?
5   A   Only for the patients that are under 18 because
6       they actually sign it. The patients that take
7       it home, we don't require them to sign it.
8       We provide the information, we go over it
9       with them verbally in clinic at their
10      appointment; and then we get their verbal
11      informed consent.
12  Q   Were you involved in the creation of this
13      document?
14  A   Yes.
15  Q   Do you know when it was created?
16  A   It would have been probably 2016, 2017, you
17      know, earlier on at the beginning of my
18      practice.
19  Q   And it's up to date?
20  A   Yes.
21  Q   This is the document you currently use?
22  A   It is.
23      MR. FISHER: Let's go mark the next
24      Exhibit 11. This is the WPATH Standards of
25      Care. And feel free to share the full document

Page 24

1   with the doctor if that's something you have.
2       MS. METZGER: I do. And this is Eskenazi
3   17 through --
4       MR. FISHER: Yeah, through 49.
5       MS. METZGER: -- through 49, yeah.
6       THE WITNESS: This is 7 or 8?
7       MR. FISHER: Number 11. Exhibit 11.
8       THE WITNESS: Standards of care. It's
9   SOC7.
10      THE CONCIERGE: Exhibit 11 is now on the
11  screen.
12      (Deposition Exhibit 11 marked for
13  identification.)
14  BY MR. FISHER
15  Q   Doctor, are you familiar with this document?
16  A   Yes.
17  Q   What is this document?
18  A   It is the WPATH Standards of Care Version 7.
19  Q   Is this the standards of care that Eskenazi
20      follows in the Gender Health Program?
21  A   It's one of them.
22      MR. FISHER: Let's go ahead and mark
23  Exhibit 12. And this is the Endocrine
24  Society: Endocrine Treatment of
25  Gender-Dysphoric.

Page 25

1       Kim, this is Eskenazi 52 through 86. Feel
2   free to share the full copy with the doctor.
3       MS. METZGER: I've given a copy to the
4   doctor.
5       (Deposition Exhibit 12 marked for
6   identification.)
7   A   This is another document that we also use.
8   Guidelines that we use in practice.
9   BY MR. FISHER
10  Q   So are there any other standards of care or
11      guidelines that you use in practice besides the
12      WPATH standards and the Endocrine Society
13      standards?
14  A   Yes, there are a number of well-regarded gender
15      health programs around the country, and so we do
16      use their guidelines as well.
17      UCSF San Francisco has a very robust
18      transgender program, and so we use their
19      guidelines. And we also use the guidelines that
20      have been put out by Fenway Health in Boston.
21  Q   Any others?
22  A   On occasion, but those are the four that we
23      mainly use.
24  Q   Are those guidelines ever inconsistent with one
25      another?

7 (Pages 22 - 25)

Page 26

1 A  Sometimes there are small inconstancies, mainly
2    around maximum dosing of various hormones.
3 Q  How do you decide -- when there's those sorts of
4    inconstancy -- which guidelines to follow?
5 A  Mostly it depends on the patient.
6 Q  Why follow, roughly, four different sets of
7    guidelines plus maybe a few others here and
8    there?
9 A  Well, 'cause I think there's no one set of
10   guidelines that can cover everything.  And I
11   think it's good to get opinions of different
12   experts in the field and then look at the
13   patient in front of you and think about how it
14   might apply to those patients and which one
15   seems to be the most accurate.  Mostly the
16   guidelines are pretty well aligned.
17      You also have different sets of
18   information.  So the UCSF guidelines and WPATH
19   are very broad and all encompassing.  And they
20   cover a lot more information than just dosing of
21   hormones and management of hormones; whereas,
22   the guidelines from Fenway and Endocrine Society
23   are a little more concise and focus more on the
24   management of gender-affirming hormones.
25 Q  My understanding is that WPATH has a Version 8

Page 27

1    that's out.
2 A  That's correct.
3 Q  But you use Version 7?
4 A  We do.  Primarily because insurance companies
5    are still using Version 7, and I think Version 8
6    has a more expanded list of chapters.  So there
7    are certain things where I would go to Version 8
8    if I needed more information.
9 Q  Are there any differences in terms of materially
10   different -- I guess maybe a way to put it --
11   materially different standards of care from
12   Version 7 to Version 8?
13 A  The difference that I noted most were in, for
14   example, requirements for surgery.
15      So currently, in Version 7, for different
16   types of gender-affirming surgeries, you need
17   different numbers of letters for medical
18   providers and mental health providers.  And
19   those are slightly different in Version 8.
20 Q  Which version on that subject do you follow?
21 A  So we're currently following 7 because insurance
22   companies are following 7.
23 Q  Any other differences between 7 and 8 that you
24   know of?
25 A  Well, as I mentioned, there are a number of new

Page 28

1    chapters in 8 that are not in 7.  So that's the
2    other difference.
3 Q  Anything with respect to the treatment of minors
4    that's different?
5 A  I don't know.  I'd have to go back and read them
6    again, the two chapters, side by side.
7 Q  Just for sake of completeness, let's mark
8    Exhibit 13.  Says "Support Groups," at the top.
9    Two-page document.
10     THE CONCIERGE:  Hold on.  Exhibit 13 is now
11   on the screen.
12     (Deposition Exhibit 13 marked for
13   identification.)
14 BY MR. FISHER
15 Q  Doctor, do you recognize this document?
16 A  Yes.
17 Q  What is this document?
18 A  This is a document that we provide to patients
19   regarding support groups or organizations that
20   can provide support.
21 Q  And were you involved in putting this document
22   together?
23 A  I was.
24 Q  When was it created?
25 A  Well, it's an ongoing changing document.  We

Page 29

1    would have started compiling a list of
2    affirming, supportive places that patients could
3    go for mental health support.  We would have
4    started compiling that list in 2017, and we
5    continually add to it as we learn of new places.
6 Q  Okay.  We have identified all of these exhibit,
7    and now I want to talk to you, generally, about
8    the Gender Health Program.
9      What gender transition procedures does
10   Eskenazi provide?
11 A  Can you be more specific by what you mean by
12   gender transition procedures?  It's not a term
13   we generally use.
14 Q  What term do you usually use?
15 A  It depends on what I'm talking about:  if I'm
16   talking about medical transition, social
17   transition, legal transition, surgical
18   transition.
19 Q  Let's start with medical transition.  What do
20   you provide for medical transition?
21 A  So it's patient-dependent.  Some patients desire
22   to be on gender-affirming hormone therapy, and
23   so we do provide that.  So that's what we do for
24   medical transition.
25 Q  And what about surgical transition?

8 (Pages 26 - 29)

Page 30

1 A  We do have a gender-affirming surgery program
2   that is -- it's not -- we're sort of
3   complimentary to each other.  We have a plastic
4   surgeon who does affirming top surgeries.  We
5   have a urologist who does a variety of bottom
6   surgeries, and we have a facial plastic surgeon
7   who does facial procedures.
8 Q  Just so we're clear, what do you mean by top
9   surgery?
10 A  Chest reconstruction or masculinization and
11   breast augmentation.
12 Q  So masculinization, is that the same things as a
13   mastectomy?
14 A  It's similar but it is a more complete procedure
15   that contours the chest so that it looks like a
16   masculine chest.  And it usually involves
17   repositioning the nipples and reshaping the
18   nipples to look more masculine.
19 Q  What is bottom surgery?
20 A  Bottom surgeries refers to genital surgeries.
21   And it can be feminizing or masculinizing.
22     The feminizing surgeries would include an
23   orchiectomy, which is the removal of testes.  Or
24   it could be vaginoplasty, which is removal of
25   the penis and testes and the creation of a

Page 31

1   neovagina.  And it can be a full-depth
2   vaginoplasty, which creates an opening that
3   usually is somewhere about 4 inches deep so that
4   the person can have penetrative frontal sex.  Or
5   it can be what's called zero depth vaginoplasty,
6   or vulvoplasty, which is the creation of the
7   appearance of external female genitalia, but
8   there's no depth to the -- there's no vagina
9   that has any depth.
10     There are also some masculinizing
11   procedures that our surgeons can do.  The
12   masculinizing procedures include something
13   called a metoidioplasty, which is the
14   lengthening and release of the clitoris to form
15   a microphallus.  And there's also phalloplasty,
16   which is the creation of a neopenis.
17 Q  So let's go back to the medical transition for a
18   second.
19     Do you provide medical transition services
20   to minors?
21 A  We do provide medical transition to patients
22   that are over the age of 16 that are
23   postpubertal.
24 Q  Do you ever provide what I think many people
25   refer to as puberty blockers?

Page 32

1 A  We do not.
2 Q  What about surgical transition, do you provide
3   surgical transition to minors?
4 A  We do not.
5 Q  Why don't you provide medical transition to
6   minors under 16?
7 A  That's just my comfort level.  My preference.  I
8   just decided that.  When I started this program,
9   there was -- you know, there are other programs
10   that do a great job providing services to
11   younger adolescents and children.  And so I just
12   decided that that's what I wanted to do because
13   that's what I felt comfortable doing.
14 Q  Felt comfortable in what way?
15 A  You know, I had to learn because I didn't learn
16   any of this in medical school.  So I had to
17   learn how to do gender-affirming care on my own.
18   And it was a lot to learn.  It took me 9 to 12
19   months to learn as much as I could to feel
20   comfortable providing care.  And that was more
21   learning that I just, at the time, just didn't
22   feel like I had the capacity to do.
23 Q  Why 16?  Why is that, sort of, the magic number
24   for you?
25 A  I mean it's just a -- postpubertal is a better

Page 33

1   description.  I mean, most of our patients are
2   over 16.  But I wanted to make sure our patients
3   were postpubertal, that they wouldn't need
4   puberty blockers 'cause that really wasn't
5   something at the time I felt like I wanted to
6   learn how to do.
7 Q  I see.  So the need for puberty blockers versus
8   hormone therapy is sort of the -- that's the
9   cutoff really for you and you implement that in
10   a way?
11 A  Yes.
12 Q  Do you have other doctors in your practice?
13 A  We do, yes.
14 Q  And do any of them provide puberty blockers or
15   treat minors for gender dysphoria below the age
16   of 16?
17 A  No.
18 Q  Are any of them trained to do that?
19 A  I mean, I would say there's not really any
20   specific training.  I think you need to just
21   educate yourself.  And it's not -- you know, if
22   somebody wanted to do it, they could.  They just
23   would need -- I would recommend going to
24   conferences and learning about it just like I
25   learned about how to do -- provide medical care

9 (Pages 30 - 33)

Page 34

1    for gender diverse people.  So you could do it.
2    We've just chosen not to.
3 Q   Well, so as far as you're aware, none of the
4    physicians in the Gender Health Program have
5    learned about treating minors below the age of
6    16 for gender dysphoria?
7 A   Correct.
8 Q   And if one of them came to you and expressed a
9    desire to do that with an eye towards developing
10   that practice at Eskenazi, what would your
11   reaction be?
12 A   We would have to have a conversation.  My first
13   inclination would be, no, because our clinic is
14   situated in an adult medicine area.  And so
15   we're just not -- you know, we're not -- our
16   nurses are not equipped to treat children.  We
17   don't have the infrastructure right now and the
18   support that families would need.  So I think I
19   would say, no.
20 Q   Okay.  So what about surgical transition; I
21   think if I remember correctly you said you do
22   not provide any surgical transition procedures
23   to minors?
24 A   Correct.
25 Q   Why not?

Page 35

1 A   Well, because the guidelines state -- you know,
2    the WPATH guidelines, the SOC7 are pretty
3    clear -- they don't recommend surgeries,
4    particularly bottom surgeries, for people below
5    the age of 18.
6 Q   My understanding is that SOC8 eliminates that
7    age barrier.  Is that your understanding?
8 A   I'd have to go and review that 'cause I don't
9    know at this point whether that is correct or
10   not.
11 Q   If that were correct, would that change your, I
12   guess, your policy or your opinion about
13   offering surgeries to minors?
14       MS. METZGER:  I'm going to object.  That's
15   an incomplete hypothetical.
16       Doctor, if you can answer that question, go
17   ahead.
18 A   Yeah.  So I think that it's patient specific; I
19   don't think I would make any broad statements
20   about providing surgeries to minors.  There are
21   some circumstances where I think it would be
22   beneficial to someone to have a surgery, an
23   affirming surgery.
24       The one -- the instance that comes to mind
25   for both top surgeries and bottom surgeries

Page 36

1    would be the child that is graduating high
2    school and is wanting to go to college and wants
3    to live in their affirmed gender at college in a
4    dorm, for example.  So for that patient, if
5    their maturity level is such that they can
6    provide informed consent, if the parent provides
7    informed consent, that would be the type of
8    patient where I would think it would be possibly
9    a good idea to do surgery even though they may
10   not be 18.  But it's specific cases like that.
11   It's not going to be a blanket statement.
12 Q   I'm curious, how does the timing of going off to
13   college affect your judgment about the
14   appropriateness?
15 A   As I said, you know, if somebody is in high
16   school and they have not been able to present in
17   the way they feel affirmed and then going off to
18   college -- where people don't know them, where
19   they might be able to change their name and
20   gender marker and present in a way that feels
21   comfortable -- having that surgery completed
22   before they get there would be very affirming to
23   them and would allow them to live in their
24   affirmed gender.
25 Q   If that patient before going off to college said

Page 37

1    "Notwithstanding that I haven't been able to
2    live in my affirmed gender the way that I would
3    like, I want to go ahead and do the surgery
4    now," would you be prepared to go forward with
5    that?
6       MS. METZGER:  I'm going to object to
7    incomplete hypothetical.
8       Doctor, if you can answer that question, go
9    ahead.
10 A   Again, I think it's just patient specific.  It
11   would definitely need a lot of -- really, you
12   know, a lot of conversation with the patient,
13   the family, surgeon.
14 Q   What kinds of information would you be looking
15   for in those conversations?
16 A   I think it's going to be the support, pre and
17   postoperatively.  Physically, some surgeries can
18   be very challenging and a lot of support would
19   be needed.  More so for bottom surgery than for
20   top surgery.
21       You know there's logistics, like:  are you
22   able to take this much time off school?  Is your
23   parent or guardian able to take that much time
24   off work?  Do you understand that this is an
25   irreversible procedure for the most part?  We

10 (Pages 34 - 37)

Page 38

1 would have conversations about fertility.  So
2 there's a lot that goes into it.
3 Q  Okay.  Bear with me a second.  I think we're
4 pretty close to being done.  Give me a minute.
5     For medical transition for the minors that
6 you do treat in that, roughly, 16 to 18 age
7 range, are you aware of whether you see more
8 male to female, or female to male transitions?
9 A  It's probably evenly split.  Yeah, I think it's
10 pretty close to even.
11 Q  Has that ratio changed at all over time since
12 you founded the program?
13 A  I don't think so.
14 Q  Are there any circumstances where you have a
15 patient that's a minor with gender dysphoria who
16 is looking to be prescribed hormones but you
17 would refuse to prescribe those hormones?
18     MS. METZGER:  Tom, when you say minor, are
19 you talking about children, or adolescents 16 to
20 18?
21 Q  I'm talking 16 to 18.
22 A  Yeah, there are circumstance.  So sometimes we
23 have patients -- and this really refers to
24 patients of all ages; it's not specific to
25 minors.

Page 39

1     Some patients are unsure whether they want
2 to start hormones and they are just exploring
3 their gender identity; so we talk through that.
4 And if they are not ready, we would encourage
5 them to do more exploration before starting
6 gender-affirming hormones.  Hormone are not the
7 answer for everybody.  Most of our patients do
8 want to be on hormones but certainly not all of
9 our patients.  So for some patients, we take it
10 slow.  We let them guide us.
11     And there are some medical indications
12 where I've asked patients to do some more
13 medical testing before starting hormones.  The
14 thing that comes to mind is breast cancer risk.
15 So if a patient comes to me, a transfeminine
16 patient comes to me and says "I'd like to start
17 estradiol but I have a family history of BRCA
18 mutation" -- or a gene mutation that increases
19 their risk of breast cancer -- "I have this in
20 my family," I'll send them to a medical
21 geneticist for genetic testing before I start
22 them on gender-affirming hormones.
23     So there are some medical conditions that
24 we screen for that will either preclude the
25 use -- although that's rare -- preclude the use

Page 40

1 of hormones or will guide us to use a specific
2 formulation or type of hormone.  So for those
3 patients, we'll wait.
4     The other reason we will wait is if someone
5 wants to complete fertility preservation.  Then
6 we always wait until after that's been completed
7 before we start gender-affirming hormones.
8 Q  Any circumstances besides those?  I guess, I
9 counted three:  uncertainty, contraindication,
10 or fertility preservation?
11     Any other circumstances where you would
12 say, "No, we're not going to prescribe
13 hormones"?
14 A  If there is a mental health, you know,
15 significant mental health comorbidity where we
16 feel they couldn't consent to any kind of
17 treatment for anything.  You know, they have to
18 be able to understand the consent form and
19 consent to hormones before they will get a
20 prescription.
21     Cognitive impairment.  I had a patient who
22 has a history of traumatica brain injury.  And
23 after meeting with the patient myself, they met
24 with the mental health provider, I wasn't sure
25 that they were cognitively able to understand

Page 41

1 the information I was providing to them.  So it
2 took several visits.  We worked with -- we have
3 occupational therapist who they worked with to
4 get this patient to the point where I felt that
5 they could provide an informed consent.  And
6 they were able to start gender-affirming
7 hormones.
8 Q  So sounds like you distinguished a little bit,
9 at least, between mental health and cognitive
10 impairment -- which, that's great, fine -- but
11 are those standards any different for treating
12 gender dysphoria with hormones versus any other
13 medical context?
14 A  No.  I think you would apply the same standards
15 to any medication.
16 Q  Okay.  Then fertility preservation.  Tell me
17 about that.
18 A  We, before a patient starts gender-affirming
19 hormone therapy, we always discuss fertility
20 preservation as an option for them.  If they're
21 interested in that, we can provide them with
22 local and online resources to do that.
23 Q  Why worry about fertility preservation?
24 A  Well, I think that any medication that could
25 potentially interfere with fertility is

11 (Pages 38 - 41)

1  something that you need to know about as a
2  potential side effect.  So I think it's a
3  reasonable concern to have and to raise with
4  patients.
5  Q   Specifically with respect to hormone therapy?
6  A   Correct.
7       MR. FISHER:  We may just be just about
8  done.  Can we take five minutes and I can confer
9  with my colleagues, and then we can come back?
10      MR. FALK:  That's fine.  We will confer on
11  this end as well.
12      (A recess was taken between 1:38 p.m. and
13  1:46 p m.)
14      MR. FISHER:  Doctor, thank you very much.
15  I don't have any additional questions.  Though,
16  perhaps, your counsel or Mr. Falk will.
17      MR. FALK:  I just have a couple.  I don't
18  know who wants to go first.
19      THE WITNESS:  Can I just add one thing?
20      MR. FISHER:  Sure.
21      THE WITNESS:  Just to clarify.  When you
22  were asking me about surgery on minors; I want
23  to clarify that I don't think Eskenazi should
24  start performing surgeries, gender-affirming
25  surgeries on minors.

1       I was just giving you my personal take on
2  why some patients -- in some patients, it might
3  be appropriate to do a surgery when they are
4  younger than 18.  So that's not something
5  Eskenazi has any plans to do.  I want that to be
6  really clear.
7  BY MR. FISHER
8  Q   Thank you for that.  Then I do have a couple of
9  follow-ups.
10      I'm just wondering, why don't you think
11  Eskenazi should do that?
12  A   I think because of the -- I don't -- because of
13  the legal climate right now, I don't think it
14  would be a good idea.
15  Q   The legal -- sorry --
16  A   No, the political climate.  I don't think it
17  would be a good idea for Eskenazi to do that.
18  Q   I see.  Anything else?
19  A   Uh-uh.
20      MR. FISHER:  Thank you.  Okay.  Go ahead,
21  Ken, or Kim.
22      MS. METZGER:  I'll save my questions for
23  after, Ken.
24      MR. FALK:  Thank you.
25

1  CROSS-EXAMINATION,
2    QUESTIONS BY KENNETH J. FALK:
3  Q   Doctor, hi, I'm Ken Falk.  I represent the
4  plaintiffs in this case.  I'm looking at -- I
5  want to stick with the topics you were asked to
6  talk about.
7       In request -- looking at production of
8  documents, in Request Number 1, you were asked
9  to produce information concerning the services
10  offered.  And this indicates -- I just want to
11  confirm; it's not signed by you -- at the
12  current time, you have approximately or fewer
13  than 20 patients aged 16 or 17 receiving
14  services at the Gender Health Clinic?
15  A   That's correct.
16  Q   And I believe you said the majority of patients
17  that you see who are minors are receiving
18  gender-affirming hormones; is that correct?
19  A   Yes.
20  Q   And, again, asking about the services and care
21  provided -- and I don't need to know peoples'
22  names -- how many persons, if you can tell me by
23  job category, are providing services at the
24  Gender Health Clinic who are licensed through
25  the state of Indiana?

1  A   Probably 20.
2  Q   And that includes doctors, nurses, nurse
3  practitioners?
4  A   Yes.
5  Q   Licensed mental health professionals.
6  A   Yes.
7  Q   So about 20?
8  A   Yeah.  We have a speech language pathologist,
9  pharmacist, dietitian, occupational therapists;
10  and then all of the other providers you
11  mentioned.  Social workers.  It might be more
12  than 20.
13  Q   Give me one moment here please.  And in the
14  attachment listing topics, it indicates one of
15  the topics was information provided concerning
16  Medicaid or medical insurance and I realize
17  that's not your department.
18      I just want to ask, do you have minor
19  patients receiving hormones who are having those
20  paid for by Medicaid?
21  A   I don't know.
22  Q   Okay.  That's fair.  And I'm not sure if this
23  was before we went into the deposition or we
24  were speaking beforehand.  Just to confirm, the
25  Plaintiff A.M. has never received services from

12 (Pages 42 - 45)

Page 46

1   Eskenazi Gender Health Program; correct?
2 A  Correct.
3      MR. FALK:  I have no further questions.
4   Thank you.
5      MS. METZGER:  No questions.
6      MR. FISHER:  Nothing to follow up.
7      THE REPORTER:  Will the witness read and
8   sign the deposition transcript?
9      MS. METZGER:  Yes, we'll read and sign.
10     THE REPORTER:  On the record, who is
11  ordering the transcript today?
12     MS. METZGER:  Kim Metzger for Eskenazi
13  Health.
14     MR. FALK:  Ken Falk for the ACLU.
15     MR. FISHER:  Tom Fisher for the Attorney
16  General's office.
17     (Time noted:  1:52 p.m.)
18     AND FURTHER THE DEPONENT SAITH NOT.
19
20
21
22
23
24
25

Page 47

1 STATE OF INDIANA        )
                         ) SS:
2 COUNTY OF MONROE        )
3      I, Colleen Brady, a Notary Public in and for
4   the County of Monroe, State of Indiana at large, do
5   hereby certify that JANINE M. FOGEL, MD, the
6   deponent herein, was by me first duly sworn to tell
7   the truth, the whole truth, and nothing but the
8   truth in the aforementioned matter;
9      That the foregoing deposition was remotely
10  taken on behalf of the Defendants, with the witness
11  located in Indiana, on the 17th day of May 2023,
12  commencing at the hour of 12:39 p.m., pursuant to
13  the Federal Rules of Civil Procedure;
14     That said deposition was taken down
15  stenographically and transcribed under my direction
16  as accurately as possible, considering the quality
17  of the videoconference communication, and that the
18  typewritten transcript is a true record of the
19  testimony given by the said deponent; and
20  thereafter presented to said deponent for her
21  signature;
22     That the parties were represented by their
23  counsel as aforementioned.
24     I do further certify that I am a disinterested
25  person in this cause of action; that I am not a

Page 48

1   relative or attorney of any party, or otherwise
2   interested in the event of this action, and am not
3   in the employ of the attorneys for any party.
4      IN WITNESS WHEREOF, I have hereunto set my
5   hand and affixed my notarial seal on this
6   day of May 2                *Colleen Brady*
7
8                        Colleen Brady
9
10
11  Seal, Notary Public        My Commission Expires:
    State of Indiana           March 8, 2029
12
    Colleen Brady              County of Residence:
13  Commission No. NP0732235     Monroe
14
15
16
17
18
19
20
21
22
23
24
25

Page 49

1                Veritext Legal Solutions
                   1100 Superior Ave
2                     Suite 1820
                 Cleveland, Ohio 44114
3                Phone: 216-523-1313
4
    May 24, 2023
5
    To: Ms. Metzger
6
    Case Name: K.C., Et Al. v. The Individual Members Of The Medical
7   Licensings Board Of Indiana
8   Veritext Reference Number: 5915536
9   Witness: Janine M. Fogel , MD      Deposition Date: 5/17/2023
10
    Dear Sir/Madam:
11
12  Enclosed please find a deposition transcript.  Please have the witness
13  review the transcript and note any changes or corrections on the
14  included errata sheet, indicating the page, line number, change, and
15  the reason for the change.  Have the witness' signature notarized and
16  forward the completed page(s) back to us at the Production address
    shown
17
    above, or email to production-midwest@veritext.com.
18
19  If the errata is not returned within thirty days of your receipt of
20  this letter, the reading and signing will be deemed waived.
21
    Sincerely,
22
    Production Department
23
24
25  NO NOTARY REQUIRED IN CA

13 (Pages 46 - 49)

Page 50

```
 1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 5915536
 3     CASE NAME: K C , Et Al  v  The Individual Members Of The
    Medical Licensings Board Of Indiana
       DATE OF DEPOSITION: 5/17/2023
 4     WITNESS' NAME: Janine M  Fogel , MD
 5     In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me
 7     I have made no changes to the testimony
    as transcribed by the court reporter
 8     _____

 9  Date        Janine M  Fogel , MD
10     Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
          Statement; and
14     Their execution of this Statement is of
          their free act and deed
15
       I have affixed my name and official seal
16
    this _____ day of_____, 20____
17
       _____
18     Notary Public
19     _____
       Commission Expiration Date
20
21
22
23
24
25
```

Page 51

```
 1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 5915536
 3     CASE NAME: K C , Et Al  v  The Individual Members Of The
    Medical Licensings Board Of Indiana
       DATE OF DEPOSITION: 5/17/2023
 4     WITNESS' NAME: Janine M  Fogel , MD
 5     In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me
 7     I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s)
 9     I request that these changes be entered
    as part of the record of my testimony
10
       I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein
13     _____
    Date        Janine M  Fogel , MD
14
       Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18        in the appended Errata Sheet;
       They signed the foregoing Sworn
19        Statement; and
       Their execution of this Statement is of
20        their free act and deed
21     I have affixed my name and official seal
22  this _____ day of_____, 20____
23     _____
       Notary Public
24     _____
       Commission Expiration Date
25
```

Page 52

```
 1        ERRATA SHEET
          VERITEXT LEGAL SOLUTIONS MIDWEST
 2        ASSIGNMENT NO: 5915536
 3  PAGE/LINE(S) /        CHANGE        /REASON
 4     _____
 5     _____
 6     _____
 7     _____
 8     _____
 9     _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19     _____

       _____  _____
20  Date        Janine M. Fogel , MD
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23     _____
       Notary Public
24     _____
25     Commission Expiration Date
```

Veritext Legal Solutions

www.veritext.com                                               888-391-3376

[& - accurate]                                                          Page 1

| & | | | |
|---|---|---|---|

**&**   2:14

**0**

**000001**   4:12
**000003**   4:15
**000017**   4:17
**000050**   4:20
**000052**   4:19
**000087**   4:13
**00595**   1:3

**1**

**1**   4:3 5:23 6:2,3
  44:8
**10**   4:15 21:4,16
**101**   2:15
**1031**   2:5
**11**   4:5,16 23:24
  24:7,7,10,12
**1100**   49:1
**12**   4:6,18 24:23
  25:5 32:18
**12:39**   1:17 5:1
  47:12
**13**   4:20 28:8,10
  28:12
**15**   4:7,8 17:10
**16**   4:10,15 21:7
  31:22 32:6,23
  33:2,16 34:6
  38:6,19,21
  44:13
**17**   24:3 44:13
**17th**   1:16 47:11

**18**   4:11 6:18
  22:19,22 23:5
  35:5 36:10
  38:6,20,21
  43:4
**1820**   49:2
**19**   4:13
**1996**   17:4
**1:23**   1:3
**1:38**   42:12
**1:46**   42:13
**1:52**   46:17

**2**

**2**   4:4,12 8:23
  8:25 9:4
**20**   44:13 45:1,7
  45:12 50:16
  51:22 52:22
**2016**   17:12
  23:16
**2017**   18:18
  23:16 29:4
**2023**   1:16
  47:11 48:6
  49:4
**2029**   48:11
**21**   4:15
**216-523-1313**
  49:3
**24**   4:16 49:4
**25**   4:18
**25563**   48:7
**27**   17:4
**28**   4:20

**3**

**3**   4:5 10:19
  11:9,13 21:6
**30**   4:9 10:22
  14:16,19
**302**   2:10
**317.232.6255**
  2:11
**317.363.3232**
  2:16
**317.635.4059**
  2:6

**4**

**4**   4:6 12:3,5,6
  31:3
**44**   3:4
**44114**   49:2
**46032**   2:16
**46202**   2:5
**46204**   2:11
**480**   4:4 8:23
  9:10 10:3
**49**   4:17 24:4,5

**5**

**5**   3:3 4:7 14:19
  14:22 15:8,10
  15:11,13
**5/17/2023**   49:9
  50:3 51:3
**51**   4:20
**52**   25:1
**5915536**   49:8
  50:2 51:2 52:2

**5th**   2:10

**6**

**6**   4:3,8,9 10:22
  14:16,19 15:21
  15:23,24

**7**

**7**   4:10 16:8,18
  16:20 24:6,18
  27:3,5,12,15,21
  27:22,23 28:1

**8**

**8**   4:11 18:3,6,8
  24:6 26:25
  27:5,7,12,19,23
  28:1 48:11
**86**   4:19 25:1
**87**   19:13
**880**   2:15

**9**

**9**   4:4,13 18:25
  19:2,4 32:18
**91**   4:14 19:14

**a**

**a.m.**   13:6 45:25
**able**   6:8 13:22
  36:16,19 37:1
  37:22,23 40:18
  40:25 41:6
**above**   49:17
**accordance**
  50:5 51:5
**accurate**   19:18
  20:13 26:15

[accurately - beneficial]                                        Page 2

**accurately**
  47:16
**acknowledge**
  50:11 51:16
**aclu**  2:4,6
  46:14
**act**  4:4 8:23
  9:10 10:3
  50:14 51:20
**action**  1:3
  10:20,25 47:25
  48:2
**actually**  23:6
**add**  29:5 42:19
**additional**
  42:15
**address**  49:16
**adjust**  7:1,6
**administrative**
  17:16
**adolescents**
  6:18 32:11
  38:19
**adult**  34:14
**affect**  36:13
**affirmed**  36:3
  36:17,24 37:2
**affirming**
  22:14 26:24
  27:16 29:2,22
  30:1,4 32:17
  35:23 36:22
  39:6,22 40:7
  41:6,18 42:24
  44:18

**affixed**  48:5
  50:15 51:21
**aforemention...**
  47:8,23
**afternoon**  5:9
**age**  6:18 13:23
  31:22 33:15
  34:5 35:5,7
  38:6
**aged**  44:13
**ages**  38:24
**aggregate**  13:2
**ago**  6:25 17:10
**ahead**  14:18
  20:4 21:4
  24:22 35:17
  37:3,9 43:20
**al**  1:4,8 49:6
  50:3 51:3
**aligned**  26:16
**allow**  36:23
**amended**  4:7,8
  4:10 10:22
  15:6 16:8,16
**answer**  7:16
  10:14,17 20:1
  35:16 37:8
  39:7
**answers**  7:21
**anytime**  22:13
**anyway**  7:5
**appear**  50:11
  51:15
**appearance**
  31:7

**appearances**
  2:1,2
**appended**
  51:11,18
**apply**  26:14
  41:14
**appointment**
  23:10
**appropriate**
  43:3
**appropriately**
  21:1
**appropriaten...**
  36:14
**approximately**
  44:12
**area**  10:11
  34:14
**asked**  12:12
  13:5 39:12
  44:5,8
**asking**  9:22
  10:5 11:24
  42:22 44:20
**assignment**
  50:2 51:2 52:2
**assistant**  16:13
**assume**  7:17
**atg.in.gov**  2:12
**attached**  51:7
**attachment**  4:6
  4:9 9:21 10:23
  11:5,7 12:3
  14:14,16,20,25
  15:22 16:13

  45:14
**attorney**  2:9
  5:10 8:3 46:15
  48:1
**attorneys**  48:3
**audience**  20:19
**audio**  9:12 20:5
**augmentation**
  30:11
**authorize**
  51:11
**available**  12:24
**ave**  49:1
**aware**  34:3
  38:7
**awhile**  11:23

**b**

**b**  4:9 10:22
  11:1 14:16,19
**back**  13:9
  17:10 28:5
  31:17 42:9
  49:16
**barrier**  35:7
**based**  10:10
**bear**  38:3
**beginning**
  23:17
**behalf**  1:15
  9:24 10:17
  47:10
**believe**  21:19
  44:16
**beneficial**
  35:22

**[benefits - compensated]**                                            Page 3

**benefits**  22:9
  22:15
**best**  13:25
**better**  32:25
**bigger**  9:2
**bill**  6:16
**bit**  6:14 9:1
  41:8
**blanket**  36:11
**blockers**  31:25
  33:4,7,14
**board**  1:7 49:7
  50:3 51:3
**boston**  25:20
**bottom**  30:5,19
  30:20 35:4,25
  37:19
**boulevard**  2:15
**brady**  1:15
  47:3 48:8,12
**brain**  40:22
**brca**  39:17
**breast**  30:11
  39:14,19
**bringing**  21:14
**broad**  26:19
  35:19
**brochure**  4:11
  18:4,16
**business**  13:17

**c**

**c**  2:14
**ca**  49:25
**called**  6:21 31:5
  31:13

**camera**  7:2
**cancer**  39:14
  39:19
**capacities**  1:8
**capacity**  10:6,6
  10:8 32:22
**care**  4:13,16
  6:17 17:6,16
  23:25 24:8,18
  24:19 25:10
  27:11 32:17,20
  33:25 44:20
**caring**  18:1
**carmel**  2:16
**case**  5:20,22,23
  44:4 49:6 50:3
  51:3
**cases**  36:10
**category**  44:23
**cause**  13:8 26:9
  33:4 35:8
  47:25
**center**  17:7,9
**certain**  27:7
**certainly**  10:17
  39:8
**certificate**
  51:11
**certification**
  50:1 51:1
**certify**  47:5,24
**challenged**
  9:11
**challenging**
  37:18

**change**  35:11
  36:19 49:14,15
  51:8 52:3
**changed**  38:11
**changes**  49:13
  50:7 51:7,9
**changing**  28:25
**chapters**  27:6
  28:1,6
**chest**  30:10,15
  30:16
**child**  36:1
**children**  6:17
  32:11 34:16
  38:19
**chosen**  34:2
**circumstance**
  38:22
**circumstances**
  35:21 38:14
  40:8,11
**civil**  1:3,17
  10:20,25 47:13
  50:5 51:5
**clarify**  16:3
  42:21,23
**clarity**  7:20
**clear**  6:19 30:8
  35:3 43:6
**cleveland**  49:2
**climate**  43:13
  43:16
**clinic**  13:22
  23:9 34:13
  44:14,24

**clinical**  4:18
**clitoris**  31:14
**close**  38:4,10
**cognitive**  40:21
  41:9
**cognitively**
  40:25
**colleagues**  42:9
**colleen**  1:15
  47:3 48:8,12
**college**  36:2,3
  36:13,18,25
**come**  42:9
**comes**  35:24
  39:14,15,16
**comfort**  32:7
**comfortable**
  32:13,14,20
  36:21
**commencing**
  47:12
**commission**
  48:11,13 50:19
  51:25 52:25
**communication**
  47:17
**community**
  17:8
**comorbidity**
  40:15
**companies**  27:4
  27:22
**compensated**
  8:10

compiling 29:1
29:4
complaint 4:3
5:23 6:14,20
complete 30:14
40:5
completed
36:21 40:6
49:16
completeness
28:7
complimentary
30:3
concern 42:3
concerning
44:9 45:15
concierge 2:20
5:25 8:24 9:3
10:21 11:3,8
12:4 14:21
15:1,5,8,11,23
16:12,15,18
18:6 19:2
21:14 24:10
28:10
concise 26:23
conditions
39:23
confer 42:8,10
conferences
33:24
confirm 15:18
44:11 45:24
conrad 2:20
8:14,15

consent 4:15
21:10 23:3,11
36:6,7 40:16
40:18,19 41:5
consider 20:25
considering
47:16
contents 9:16
context 41:13
continually
29:5
continue 10:10
19:16
contours 30:15
contraindicat...
40:9
conversation
13:10 34:12
37:12
conversations
37:15 38:1
cooperate 14:5
copy 19:9
21:10 22:25
23:2 25:2,3
corporation
11:1
corporation's
16:9
correct 6:22,23
8:17 27:2 34:7
34:24 35:9,11
42:6 44:15,18
46:1,2

corrections
49:13 51:17
correctly 34:21
cota 2:20
counsel 2:20,21
2:21,22 8:16
42:16 47:23
counted 40:9
country 25:15
county 1:15
11:1 47:2,4
48:12 50:10
51:15
couple 6:25
42:17 43:8
course 12:25
13:16,18 21:11
court 1:1 7:15
50:7
cover 14:24
26:10,20
created 18:17
18:22 23:15
28:24
creates 31:2
creation 23:12
30:25 31:6,16
cross 3:4 44:1
curious 19:24
20:14 36:12
current 44:12
currently 18:19
23:21 27:15,21
cutoff 33:9

cutting 7:2
cv 1:3

**d**

d 11:1
data 12:23
13:14
date 23:19 49:9
50:3,9,19 51:3
51:13,25 52:20
52:25
day 1:16 47:11
48:6 50:16
51:22 52:22
days 49:19
dear 49:10
decades 6:25
decide 26:3
decided 32:8,12
deed 50:14
51:20
deemed 49:20
deep 31:3
defendant 2:21
defendants 1:9
1:16 2:8 47:10
definitely 37:11
department
18:23 45:17
49:22
dependent
29:21
depends 26:5
29:15
deponent 2:13
46:18 47:6,19

47:20
**deposition**   1:11
1:14 4:2,7,8
5:11 6:3,21,24
7:11 8:5 9:4
10:20,22,25
11:9,15,18
12:6 14:3,15
15:6,13,17,24
16:20 18:8
19:4 21:16
24:12 25:5
28:12 45:23
46:8 47:9,14
49:9,12 50:1,3
51:1,3
**depth**   31:1,5,8
31:9
**description**
19:21 33:1
**designated**
5:13 10:12,15
11:17
**desire**   29:21
34:9
**developing**
34:9
**dietitian**   45:9
**difference**
27:13 28:2
**differences**
27:9,23
**different**   26:6
26:11,17 27:10
27:11,15,17,19

28:4 41:11
**difficulties**   9:13
**direct**   3:3 5:7
**direction**   47:15
**director**   17:1
**discuss**   41:19
**discussion**   9:13
**disinterested**
47:24
**distinguished**
41:8
**distortion**   9:12
20:5
**distracting**
7:10
**district**   1:1,1
**diverse**   18:1
34:1
**division**   1:2
**doctor**   6:8,24
7:1 9:2,7,22
10:1,5 11:12
11:16 12:9
15:16 16:2,23
16:25 18:11,12
19:7,10 21:9
21:19 24:1,15
25:2,4 28:15
35:16 37:8
42:14 44:3
**doctors**   33:12
45:2
**document**   4:5,6
4:15,20 6:5,10
6:12 7:4,6,8

9:7 11:3,4,12
12:9 14:14
15:2,4 16:3,23
18:11,15 19:7
19:9,22,23,24
19:25 20:3,3,6
20:15,15 21:2
21:20,22,24,25
22:16,20 23:4
23:13,21,25
24:15,17 25:7
28:9,15,17,18
28:21,25
**documents**
5:19 8:6,20
11:4 13:15
14:13 20:10
44:8
**doing**   5:15
32:13
**dorm**   36:4
**dosing**   26:2,20
**dr**   5:9 6:5
**draft**   19:25
**duly**   5:3 47:6
**duties**   17:16,17
17:20
**dysphoria**
33:15 34:6
38:15 41:12
**dysphoric**
24:25

## e

**earlier**   13:10
15:17 16:4,11
23:17
**easier**   19:11
**easily**   12:24
**east**   2:5
**educate**   17:25
33:21
**educational**
17:17
**effect**   42:2
**either**   39:24
**eliminates**   35:6
**email**   49:17
**embodied**   10:2
**employ**   48:3
**employed**   17:3
**employment**
17:5
**enclosed**   49:12
**encompassing**
26:19
**encourage**   39:4
**endocrine**   4:18
24:23,24 25:12
26:22
**english**   2:14
**enrolled**   4:4
8:23 9:10 10:3
**entered**   51:9
**entire**   50:5 51:5
**equipped**   34:16
**errata**   49:14,19
51:7,10,18

[errata - five]                                                        Page 6

| | | f | fenway  25:20 |
|---|---|---|---|
| 52:1 | executed  51:10 | | 26:22 |
| error  14:12 | execution | face  7:3 | fertility  38:1 |
| eskenazi  2:20 | 50:14 51:19 | facial  30:6,7 | 40:5,10 41:16 |
| 4:10,12,13,15 | exhibit  4:2,3,4 | fact  10:11 | 41:19,23,25 |
| 4:17,19,20 | 4:5,6,7,8,10,11 | fair  10:18 | fewer  44:12 |
| 5:12,13 8:16 | 4:13,15,16,18 | 45:22 | field  26:12 |
| 9:24 10:7,9,17 | 4:20 5:23 6:2,3 | fairly  20:6 | file  23:4 |
| 11:2 12:16 | 8:23,25 9:4 | falk  2:4 3:5 | final  19:15 |
| 13:12 16:15,25 | 10:19 11:9,13 | 42:10,16,17 | find  49:12 |
| 17:3,5,10,13 | 12:3,5,6 14:19 | 43:24 44:2,3 | fine  7:5 10:1 |
| 18:3,24 19:13 | 14:22 15:8,10 | 46:3,14,14 | 41:10 42:10 |
| 20:21,23 21:5 | 15:11,13,21,23 | familiar  6:6,10 | first  11:6 21:20 |
| 21:6 24:2,19 | 15:24 16:8,18 | 11:12 12:9 | 34:12 42:18 |
| 25:1 29:10 | 16:20 18:3,6,8 | 16:23 21:12,21 | 47:6 |
| 34:10 42:23 | 18:25 19:2,4 | 24:15 | fisher  2:9 3:3 |
| 43:5,11,17 | 21:4,16 23:24 | familiarity | 5:8,10 6:7 7:8 |
| 46:1,12 | 24:7,10,12,23 | 9:15 | 8:22 9:1,6,14 |
| eskenazi's | 25:5 28:8,10 | families  6:13 | 10:5,8,13,18,21 |
| 13:16,18 | 28:12 29:6 | 34:18 | 10:24 11:6,11 |
| estradiol  39:17 | exhibits  4:1 | family  17:2,25 | 12:2,8,14 13:9 |
| et  1:4,8 49:6 | 14:12 | 37:13 39:17,20 | 14:2,6,7,17,23 |
| 50:3 51:3 | expanded  27:6 | far  19:17 34:3 | 15:3,7,9,15,21 |
| evenly  38:9 | experts  26:12 | federal  1:17 | 16:1,12,14,17 |
| event  48:2 | expiration | 47:13 | 16:22 18:2,10 |
| everybody  39:7 | 50:19 51:25 | feel  23:25 25:1 | 18:25 19:6,8 |
| examination | 52:25 | 32:19,22 36:17 | 19:12,19 21:8 |
| 1:14 3:1,3,4 | expires  48:11 | 40:16 | 21:11,13,18 |
| 5:7 9:20 10:12 | exploration | feels  36:20 | 23:23 24:4,7 |
| 10:16 44:1 | 39:5 | felt  32:13,14 | 24:14,22 25:9 |
| examined  5:5 | exploring  39:2 | 33:5 41:4 | 28:14 42:7,14 |
| example  27:14 | expressed  34:8 | female  31:7 | 42:20 43:7,20 |
| 36:4 | external  31:7 | 38:8,8 | 46:6,15,15 |
| excuse  9:19 | eye  34:9 | feminizing  22:6 | five  42:8 |
| 10:4 | | 30:21,22 | |

[floor - holmes]                                                    Page 7

**floor** 2:10
**focus** 26:23
**fogel** 1:11,14
  5:2,9 6:5 47:5
  49:9 50:4,9
  51:4,13 52:20
**follow** 26:4,6
  27:20 43:9
  46:6
**following** 27:21
  27:22
**follows** 5:5
  24:20
**foregoing** 47:9
  50:13 51:18
**form** 31:14
  40:18
**formulation**
  40:2
**forward** 37:4
  49:16
**founded** 38:12
**four** 17:19
  25:22 26:6
**francisco** 25:17
**free** 23:25 25:2
  50:14 51:20
**front** 8:20
  21:20 22:4
  26:13
**frontal** 31:4
**full** 21:19 23:25
  25:2 31:1
**function** 20:14

**further** 46:3,18
  47:24

**g**

**gavin** 2:22
**gender** 4:11,13
  13:22 17:1,12
  18:1,3,19,25
  20:16 22:14
  24:20,25 25:14
  26:24 27:16
  29:8,9,12,22
  30:1 32:17
  33:15 34:1,4,6
  36:3,20,24
  37:2 38:15
  39:3,6,22 40:7
  41:6,12,18
  42:24 44:14,18
  44:24 46:1
**gene** 39:18
**general** 2:9,20
  8:15 9:15
**general's** 5:10
  46:16
**generally** 5:14
  29:7,13
**genetic** 39:21
**geneticist** 39:21
**genital** 30:20
**genitalia** 31:7
**gestures** 7:21
**give** 6:1 21:9
  38:4 45:13
**given** 6:24 25:3
  47:19

**giving** 43:1
**go** 7:3 10:18
  14:17 20:4
  21:4 22:11,17
  22:22,25 23:8
  23:23 24:22
  27:7 28:5 29:3
  31:17 35:8,16
  36:2 37:3,4,8
  42:18 43:20
**goes** 13:9 22:3
  23:2 38:2
**going** 5:18 7:12
  7:14,15,17 9:9
  9:19 13:11
  33:23 35:14
  36:11,12,17,25
  37:6,16 40:12
**good** 5:9 26:11
  36:9 43:14,17
**graduating**
  36:1
**great** 32:10
  41:10
**green** 2:15
**groups** 4:20
  28:8,19
**guardian** 22:20
  37:23
**guess** 13:10
  19:20 27:10
  35:12 40:8
**guide** 20:22
  39:10 40:1

**guideline** 4:18
**guidelines** 25:8
  25:11,16,19,19
  25:24 26:4,7
  26:10,16,18,22
  35:1,2

**h**

**half** 7:2
**hand** 22:2 48:5
**happen** 7:13
**hard** 19:8 21:9
**harper** 2:21
**health** 4:11,13
  10:25 11:2
  13:21,22 16:9
  17:1,9,12,19,22
  18:3,4,19 19:1
  20:16 21:5
  24:20 25:15,20
  27:18 29:3,8
  34:4 40:14,15
  40:24 41:9
  44:14,24 45:5
  46:1,13
**health's** 4:10
  16:16
**hereunto** 48:4
**hi** 44:3
**high** 36:1,15
**history** 17:5
  39:17 40:22
**hold** 12:4 28:10
**holmes** 2:21
  14:11

**home**  23:2,7
**honestly**  11:14
**hope**  5:17
**hormone**  22:6
   22:7,8 29:22
   33:8 39:6 40:2
   41:19 42:5
**hormones**
   22:14 26:2,21
   26:21,24 38:16
   38:17 39:2,6,8
   39:13,22 40:1
   40:7,13,19
   41:7,12 44:18
   45:19
**hospital**  11:1
   16:9
**hour**  47:12
**hypothetical**
   35:15 37:7

**i**

**idea**  36:9 43:14
   43:17
**identification**
   6:4 9:5 11:10
   12:7 15:14,25
   16:21 18:9
   19:5 21:17
   24:13 25:6
   28:13
**identified**  29:6
**identify**  11:24
**identity**  39:3
**igcs**  2:10

**impairment**
   40:21 41:10
**implement**  33:9
**in.org**  2:6
**inches**  31:3
**inclination**
   34:13
**include**  17:14
   30:22 31:12
**included**  49:14
**includes**  45:2
**incomplete**
   35:15 37:7
**inconsistent**
   25:24
**inconstancies**
   26:1
**inconstancy**
   26:4
**incorporated**
   51:12
**increases**  39:18
**index**  3:1 4:1
**indiana**  1:1,8
   1:15,16 2:4
   44:25 47:1,4
   47:11 48:11
   49:7 50:3 51:3
**indianapolis**
   1:2 2:5,11
**indicates**  44:10
   45:14
**indicating**
   49:14

**indications**
   39:11
**individual**  1:7
   49:6 50:3 51:3
**information**
   13:1 23:8
   26:18,20 27:8
   37:14 41:1
   44:9 45:15
**informed**  4:15
   21:10 23:3,11
   36:6,7 41:5
**infrastructure**
   34:17
**injury**  40:22
**instance**  35:24
**instructing**
   10:13
**insurance**  27:4
   27:21 45:16
**intended**  15:17
   20:19
**interested**
   22:13 41:21
   48:2
**interfere**  41:25
**intermittently**
   17:11
**introduced**
   12:4
**introducing**
   5:25 6:2 8:24
   18:6
**involved**  23:12
   28:21

**involves**  30:16
**irreversible**
   37:25
**iu**  17:9,18

**j**

**j**  2:4 3:5 44:2
**janine**  1:11,14
   5:2 47:5 49:9
   50:4,9 51:4,13
   52:20
**job**  32:10 44:23
**jph**  1:3
**judgment**
   36:13
**julie**  2:20 8:14

**k**

**k.c.**  1:4 49:6
   50:3 51:3
**keep**  14:18 23:3
**ken**  43:21,23
   44:3 46:14
**kenneth**  2:4 3:5
   44:2
**kept**  13:16,17
**kfalk**  2:6
**kim**  25:1 43:21
   46:12
**kimberly**  2:14
**kind**  11:22
   19:25 22:9
   40:16
**kinds**  37:14
**kmb**  1:3

**kmetzger** 2:17
**know** 7:19
  11:14,21,22
  13:23 18:22
  20:1,9 23:15
  23:17 27:24
  28:5 32:9,15
  33:21 34:15
  35:1,9 36:15
  36:18 37:12,21
  40:14,17 42:1
  42:18 44:21
  45:21

**l**

**language** 11:22
  45:8
**large** 47:4
**lasted** 17:7
**law** 6:16 9:10
**lawsuit** 6:20
  9:11
**lawyer** 5:10
**learn** 29:5
  32:15,15,17,18
  32:19 33:6
**learned** 33:25
  34:5
**learning** 32:21
  33:24
**legal** 11:21
  29:17 43:13,15
  49:1 52:1
**lengthening**
  31:14

**letter** 49:20
**letters** 27:17
**level** 32:7 36:5
**lgbtq** 17:19,22
**licensed** 44:24
  45:5
**licensing** 1:7
**licensings** 49:7
  50:3 51:3
**line** 49:14 51:7
  52:3
**list** 11:17 12:11
  12:15,18 16:2
  27:6 29:1,4
**listed** 10:21
  11:3 15:5
  16:15 51:7,17
**listing** 45:14
  51:7
**lists** 16:4
**little** 6:14 9:1
  19:11 26:23
  41:8
**live** 36:3,23
  37:2
**llp** 2:14
**local** 41:22
**located** 1:16
  47:11
**logistics** 37:21
**long** 5:17 17:3
  17:4
**look** 6:6 12:9
  19:10 20:13
  26:12 30:18

**looking** 5:19
  37:14 38:16
  44:4,7
**looks** 11:23
  14:13 18:4
  19:17,21 30:15
**lot** 11:21,22
  26:20 32:18
  37:11,12,18
  38:2

**m**

**m** 1:11,14 2:9
  3:3 5:2,8 47:5
  49:9 50:4,9
  51:4,13 52:20
**madam** 49:10
**made** 50:7
**magic** 32:23
**main** 17:20
**majority** 44:16
**make** 5:21 9:1
  15:9 17:21
  22:14 33:2
  35:19
**male** 38:8,8
**management**
  26:21,24
**march** 48:11
**marion** 11:1
**mark** 5:22 12:2
  14:19 15:17,21
  16:8 18:25
  21:4 23:23
  24:22 28:7

**marked** 6:3 9:4
  11:9,13 12:6
  14:19 15:13,24
  16:20 18:8
  19:4 21:16
  24:12 25:5
  28:12
**marker** 36:20
**masculine**
  30:16,18
**masculinizati...**
  30:10,12
**masculinizing**
  22:7 30:21
  31:10,12
**mastectomy**
  30:13
**material** 22:2
**materially** 27:9
  27:11
**matter** 5:5 47:8
**maturity** 36:5
**maximum** 26:2
**mccarter** 2:14
**mccarter.com**
  2:17
**md** 1:11,14 5:2
  47:5 49:9 50:4
  50:9 51:4,13
  52:20
**mean** 17:24
  20:23 29:11
  30:8 32:25
  33:1,19

**means**  13:19
**medicaid**  45:16
  45:20
**medical**  1:7
  6:17 13:6,20
  14:1 17:1
  22:25 23:4
  27:17 29:16,19
  29:20,24 31:17
  31:19,21 32:5
  32:16 33:25
  38:5 39:11,13
  39:20,23 41:13
  45:16 49:6
  50:3 51:3
**medication**
  41:15,24
**medicine**  17:18
  17:25 34:14
**meeting**  8:3
  40:23
**melinda**  2:21
  14:17
**members**  1:7
  49:6 50:3 51:3
**mental**  13:21
  27:18 29:3
  40:14,15,24
  41:9 45:5
**mentioned**
  27:25 45:11
**met**  13:8 40:23
**metoidioplasty**
  31:13

**metzger**  2:14
  8:12 9:19 10:4
  10:10,15 11:15
  12:11 13:5,14
  14:5 19:8,13
  21:6,9 24:2,5
  25:3 35:14
  37:6 38:18
  43:22 46:5,9
  46:12,12 49:5
**microphallus**
  31:15
**midtown**  13:21
  13:24
**midwest**  49:17
  52:1
**mind**  19:9
  35:24 39:14
**minor**  38:15,18
  45:18
**minors**  6:14
  28:3 31:20
  32:3,6 33:15
  34:5,23 35:13
  35:20 38:5,25
  42:22,25 44:17
**minute**  38:4
**minutes**  42:8
**missed**  20:12
**moment**  6:1
  45:13
**monon**  2:15
**monroe**  1:15
  47:2,4 48:13

**months**  32:19
**mutation**  39:18
  39:18

**n**

**name**  5:9 13:23
  36:19 49:6
  50:3,4,15 51:3
  51:4,21
**names**  44:22
**need**  7:6,16,20
  27:16 33:3,7
  33:20,23 34:18
  37:11 42:1
  44:21
**needed**  27:8
  37:19
**neopenis**  31:16
**neovagina**  31:1
**nervous**  6:15
**never**  13:8 20:9
  45:25
**new**  20:6 22:1,1
  22:2,12 27:25
  29:5
**nipples**  30:17
  30:18
**non**  16:8
**normal**  12:25
**notarial**  48:5
**notarized**
  49:15
**notary**  1:15
  47:3 48:11
  49:25 50:10,18
  51:15,23 52:23

**note**  49:13
**noted**  5:1 27:13
  46:17
**notice**  1:17
**noticed**  14:11
**notwithstandi...**
  37:1
**np0732235**
  48:13
**number**  24:7
  25:14 27:25
  32:23 44:8
  49:8,14
**numbers**  12:23
  13:2 27:17
  51:7
**nurse**  45:2
**nurses**  34:16
  45:2

**o**

**object**  9:20
  10:10 35:14
  37:6
**objecting**  6:15
**obviously**  7:16
**occasion**  25:22
**occupational**
  41:3 45:9
**offered**  44:10
**offering**  35:13
**office**  2:9 5:11
  46:16
**official**  1:8
  50:15 51:21

**oh** 13:7 20:4
**ohio** 49:2
**okay** 6:1,9 8:22
   11:8,19 12:1
   21:19 29:6
   34:20 38:3
   41:16 43:20
   45:22
**older** 22:22
**ones** 13:15
   16:10
**ongoing** 28:25
**online** 41:22
**open** 8:20
**opening** 31:2
**opinion** 35:12
**opinions** 26:11
**option** 41:20
**oral** 1:14
**orchiectomy**
   30:23
**ordering** 46:11
**ordinary** 13:16
   13:18
**organizations**
   28:19
**outlines** 20:17
**own** 32:17

**p**

**p.m.** 1:17 5:1
   42:12,13 46:17
   47:12
**packet** 21:10
   22:1

**page** 3:2 4:2
   5:22 18:13
   21:20 28:9
   49:14,16 51:7
   52:3
**pages** 18:5
**paid** 45:20
**paraphrase**
   6:15
**parent** 22:19
   36:6 37:23
**part** 16:12
   37:25 51:9
**particularly**
   35:4
**parties** 47:22
**party** 16:8 48:1
   48:3
**passing** 6:16
**pathologist**
   45:8
**patient** 13:8,20
   17:16 22:1,12
   22:13,13,19
   23:2,4 26:5,13
   29:21 35:18
   36:4,8,25
   37:10,12 38:15
   39:15,16 40:21
   40:23 41:4,18
**patient's** 22:25
**patients** 18:1
   22:1,2,16,18,22
   23:5,6 26:14
   28:18 29:2,21

31:21 33:1,2
   38:23,24 39:1
   39:7,9,9,12
   40:3 42:4 43:2
   43:2 44:13,16
   45:19
**penetrative**
   31:4
**penis** 30:25
**people** 20:20
   31:24 34:1
   35:4 36:18
**peoples** 44:21
**performing**
   42:24
**periodically**
   20:11
**person** 13:23
   13:24 14:4
   31:4 47:25
**personal** 10:6
   43:1
**personally**
   50:11 51:15
**persons** 44:22
**phalloplasty**
   31:15
**pharmacist**
   45:9
**phone** 49:3
**physically**
   37:17
**physician** 17:2
**physicians**
   20:20 34:4

**pick** 9:14
**place** 1:17
**places** 29:2,5
**plaintiff** 2:21
   2:22 45:25
**plaintiffs** 1:5
   2:3 44:4
**plan** 4:13 9:22
**plans** 43:5
**plastic** 30:3,6
**play** 20:15
**plays** 20:15
**please** 5:25
   7:19 11:8
   15:10 16:18
   19:12 45:13
   49:12,12
**plus** 26:7
**point** 35:9 41:4
**polices** 20:23
**policy** 21:2
   35:12
**political** 43:16
**possible** 47:16
**possibly** 36:8
**postoperatively**
   37:17
**postpubertal**
   31:23 32:25
   33:3
**potential** 42:2
**potentially**
   41:25
**pr** 18:23

| | | | |
|---|---|---|---|
| **practice**  4:18 13:1 20:22 23:18 25:8,11 33:12 34:10 | **procedure**  1:17 30:14 37:25 47:13 50:5 51:5 | **provided**  8:6 11:16 19:22 44:21 45:15 | **r** |
| **practitioners** 45:3 | **procedures** 29:9,12 30:7 | **provider**  40:24 **providers** | **raise**  42:3 **range**  38:7 **rare**  39:25 |
| **pre**  37:16 | 31:11,12 34:22 | 27:18,18 45:10 | **ratio**  38:11 |
| **preclude**  39:24 39:25 | **proceed**  8:22 **produce**  5:20 | **provides**  36:6 **providing** | **reaction**  34:11 **read**  6:8 7:4 8:6 |
| **preference**  32:7 | 44:9 | 32:10,20 35:20 | 12:18 20:11 |
| **prepare**  8:4 | **produced**  1:14 | 41:1 44:23 | 22:21 28:5 |
| **prepared**  9:23 | **production** | **puberty**  31:25 | 46:7,9 50:5,6 |
| 10:16 12:20 | 44:7 49:16,17 | 33:4,7,14 | 50:12 51:5,6 |
| 13:3,7,12 14:8 | 49:22 | **public**  1:15 | 51:17 |
| 37:4 | **professionals** | 47:3 48:11 | **reading**  19:16 |
| **prescribe**  38:17 | 45:5 | 50:10,18 51:15 | 19:17 49:20 |
| 40:12 | **program**  4:11 | 51:23 52:23 | **ready**  18:2 39:4 |
| **prescribed** | 4:13 17:2,13 | **published** | **realize**  45:16 |
| 38:16 | 18:4,16,20 | 14:12 | **really**  33:4,9,19 |
| **prescription** | 19:1,21 20:16 | **pull**  14:18 | 37:11 38:23 |
| 40:20 | 24:20 25:18 | **pulling**  14:21 | 43:6 |
| **present**  2:19 | 29:8 30:1 32:8 | **pursuant**  1:17 | **reason**  7:22,25 |
| 36:16,20 | 34:4 38:12 | 47:12 | 40:4 49:15 |
| **presented** | 46:1 | **put**  25:20 27:10 | 51:8 52:3 |
| 47:20 | **programmatic** | **putting**  28:21 | **reasonable** |
| **preservation** | 17:17 | | 42:3 |
| 40:5,10 41:16 | **programs** | **q** | **recap**  7:12 |
| 41:20,23 | 25:15 32:9 | **quality**  47:16 | **receipt**  49:19 |
| **pretty**  26:16 | **provide**  20:18 | **question**  35:16 | **received**  9:21 |
| 35:2 38:4,10 | 23:8 28:18,20 | 37:8 | 45:25 |
| **prevents**  6:16 | 29:10,20,23 | **questions**  3:3,5 | **receiving**  44:13 |
| **primarily**  27:4 | 31:19,21,24 | 5:8,18 7:14,18 | 44:17 45:19 |
| **probably**  15:7 | 32:2,5 33:14 | 7:23 8:1 12:22 | **recess**  42:12 |
| 18:18 23:16 | 33:25 34:22 | 42:15 43:22 | **recognize** |
| 38:9 45:1 | 36:6 41:5,21 | 44:2 46:3,5 | 18:11 19:7 |
| | | | 28:15 |

**recommend**
33:23 35:3
**reconstruction**
30:10
**record**   7:15
13:6 46:10
47:18 51:9
**records**   13:20
14:1 23:1
**refer**   31:25
**reference**   49:8
50:2 51:2
**referenced**
50:11 51:15
**refers**   30:20
38:23
**refuse**   38:17
**regarded**   25:14
**regarding**
18:16 28:19
**regardless**   23:1
**relating**   5:4
**relative**   48:1
**release**   31:14
**remember**   9:8
34:21
**remote**   1:11
**remotely**   47:9
**removal**   30:23
30:24
**reporter**   7:15
46:7,10 50:7
**repositioning**
30:17

**represent**   9:9
44:3
**representative**
10:7,9
**represented**
47:22
**request**   44:7,8
51:9,11
**requested**   9:25
**require**   22:23
23:7
**required**   49:25
**requirements**
27:14
**reshaping**
30:17
**residence**   48:12
**residents**   17:18
17:20,25
**resources**
41:22
**respect**   28:3
42:5
**respectively**
22:10
**respond**   7:25
**response**   4:10
16:9,16 19:23
**responsibilities**
17:14
**returned**   49:19
**review**   35:8
49:13 50:1
51:1

**reviewed**   22:21
**right**   7:19 8:16
11:20 21:8,15
34:17 43:13
**risk**   39:14,19
**risks**   22:9,15
**robust**   25:17
**role**   16:25
17:15
**room**   8:13,18
**rose**   2:22
**roughly**   26:6
38:6
**rules**   1:17
47:13 50:5
51:5

**s**

**s**   49:16 51:8,8
52:3
**saith**   46:18
**sake**   28:7
**san**   25:17
**save**   43:22
**says**   10:24 21:4
28:8 39:16
**school**   17:18
32:16 36:2,16
37:22
**scope**   19:1
**screen**   7:2
14:13 15:12,23
16:19 18:7
19:3 21:21
24:11 28:11
39:24

**scroll**   6:7 15:2
18:12
**seal**   48:5,11
50:15 51:21
**second**   18:13
31:18 38:3
**see**   19:11 22:18
33:7 38:7
43:18 44:17
**seems**   26:15
**seen**   6:5 9:7
11:19,25 13:21
13:22 19:15
20:9
**seldin**   2:21
**senate**   4:4 8:23
9:10 10:2
**send**   39:20
**sent**   16:13 20:7
20:10
**separate**   14:3
15:1,4
**separately**   14:2
**services**   19:1
20:17 31:19
32:10 44:9,14
44:20,23 45:25
**set**   14:2 26:9
48:4
**sets**   26:6,17
**several**   41:2
**sex**   31:4
**share**   23:25
25:2

**[sheet - surgical]**                                                        Page 14

sheet   49:14
  51:7,10,18
  52:1
show   5:24
shown   14:15
  49:16
side   28:6,6 42:2
sign   22:16,20
  22:24 23:6,7
  46:8,9
signature   47:21
  48:7 49:15
signed   23:3
  44:11 50:13
  51:18
significant
  40:15
signing   49:20
similar   30:14
sincerely   49:21
sir   49:10
sites   17:9
situated   34:14
slightly   27:19
slow   39:10
small   26:1
soc7   24:9 35:2
soc8   35:6
social   29:16
  45:11
society   4:18
  24:24 25:12
  26:22
solutions   49:1
  52:1

somebody
  33:22 36:15
sorry   7:4 43:15
sort   7:12 20:14
  20:22 30:2
  32:23 33:8
sorts   26:3
sounds   41:8
southern   1:1
speak   7:19 8:7
speaking   45:24
specific   22:5,7
  29:11 33:20
  35:18 36:10
  37:10 38:24
  40:1
specifically
  42:5
speech   45:8
split   38:9
ss   47:1
standards   4:16
  23:24 24:8,18
  24:19 25:10,12
  25:13 27:11
  41:11,14
standby   11:8
  16:18
start   5:18
  29:19 39:2,16
  39:21 40:7
  41:6 42:24
started   17:6,12
  29:1,4 32:8

starting   22:14
  39:5,13
starts   41:18
state   1:15 35:1
  44:25 47:1,4
  48:11 50:10
  51:15
statement
  36:11 50:13,14
  51:19,19
statements
  35:19
states   1:1
statistics   12:23
  13:14,17
statute   9:16,18
stenographic...
  47:15
stick   44:5
street   2:5,10
subject   27:20
subjects   13:13
subpoena   4:5,6
  4:7,8 9:21
  10:19,22,24
  11:4,4,6,15
  12:16 14:14,14
  14:15,16,20,24
  15:6,6,16
  19:23
subpoenaed
  12:16
subscribed
  50:10 51:14
  52:21

substance   9:24
  13:25
suggesting
  19:24
suite   2:15 49:2
superior   49:1
supervise   17:19
support   4:20
  28:8,19,20
  29:3 34:18
  37:16,18
supportive
  29:2
suppose   20:25
sure   5:21 9:3
  9:22 17:21
  20:2 22:14
  33:2 40:24
  42:20 45:22
surgeon   30:4,6
  37:13
surgeons   31:11
surgeries   27:16
  30:4,6,20,20,22
  35:3,4,13,20,25
  35:25 37:17
  42:24,25
surgery   27:14
  30:1,9,19
  35:22,23 36:9
  36:21 37:3,19
  37:20 42:22
  43:3
surgical   29:17
  29:25 32:2,3

[surgical - type]                                                          Page 15

34:20,22

**sworn**  1:14 5:3
   47:6 50:10,13
   51:14,18 52:21

**t**

**take**  5:17 7:9
   23:6 37:22,23
   39:9 42:8 43:1
**taken**  1:15
   42:12 47:10,14
**talk**  29:7 39:3
   44:6
**talking**  16:4
   21:25 29:15,16
   38:19,21
**talks**  22:8
**teach**  17:17
**tech**  2:20
**technical**  9:13
**tell**  5:3 7:18
   22:5 41:16
   44:22 47:6
**term**  29:12,14
**terms**  27:9
**terrific**  14:6
**testes**  30:23,25
**testified**  5:5
**testify**  6:21
   9:23 10:19,25
   12:12,17,20
   13:4,5,7,12,19
   13:25 14:9
   15:16
**testimony**  8:8
   8:10 11:25

16:5 47:19
   50:6,7 51:6,9
   51:12
**testing**  39:13
   39:21
**thank**  7:7 14:6
   14:17 42:14
   43:8,20,24
   46:4
**therapist**  41:3
**therapists**  45:9
**therapy**  22:6,7
   22:8 29:22
   33:8 41:19
   42:5
**thereof**  1:18
**thing**  39:14
   42:19
**things**  27:7
   30:12
**think**  12:10
   14:11 15:16
   16:24 20:6,9
   20:17 26:9,11
   26:13 27:5
   31:24 33:20
   34:18,21 35:18
   35:19,21 36:8
   37:10,16 38:3
   38:9,13 41:14
   41:24 42:2,23
   43:10,12,13,16
**thirty**  49:19
**thomas**  2:9 3:3
   5:8

**thought**  13:10
   16:3
**three**  40:9
**time**  1:17 5:1
   6:25 10:4 17:4
   32:21 33:5
   37:22,23 38:11
   44:12 46:17
**timing**  36:12
**today**  5:12,13
   7:23 8:1 12:17
   16:11 46:11
**today's**  6:21
   8:4,7 16:5
**together**  28:22
**tom**  5:9 9:19
   38:18 46:15
**tom.fisher**  2:12
**took**  32:18 41:2
**top**  28:8 30:4,8
   35:25 37:20
**topic**  9:20
   10:16
**topics**  11:17
   12:11,15,18,21
   12:22 16:2,4
   20:24 44:5
   45:14,15
**towards**  34:9
**track**  17:19,22
**trained**  33:18
**training**  33:20
**transcribed**
   47:15 50:7

**transcript**  46:8
   46:11 47:18
   49:12,13 50:5
   50:12 51:5,11
   51:17
**transfeminine**
   39:15
**transgender**
   6:17 25:18
**transition**  29:9
   29:12,16,17,17
   29:18,19,20,24
   29:25 31:17,19
   31:21 32:2,3,5
   34:20,22 38:5
**transitions**
   38:8
**traumatica**
   40:22
**treat**  33:15
   34:16 38:6
**treated**  13:24
**treating**  34:5
   41:11
**treatment**  4:18
   24:24 28:3
   40:17
**true**  47:18
**truth**  5:3,4,4
   7:16 47:7,7,8
**truthfully**  7:25
**try**  7:6
**two**  18:5 28:6,9
**type**  22:8 36:7
   40:2

**types**  27:16
**typewritten**
47:18

**u**

**ucsf**  25:17
26:18
**uh**  43:19,19
**uncertainty**
40:9
**under**  6:18
23:5 32:6
47:15
**understand**
5:12 6:19 7:17
7:22 8:15 9:18
22:15 37:24
40:18,25
**understanding**
5:14 6:12,13
10:2 15:18
16:6 26:25
35:6,7
**understood**
11:24 17:21
21:1
**united**  1:1
**unsure**  39:1
**uploaded**  16:11
**ups**  43:9
**urgent**  17:6
**urologist**  30:5
**use**  20:22 21:25
23:21 25:7,8
25:11,16,18,19
25:23 27:3

29:13,14 39:25
39:25 40:1
**used**  18:19
**using**  27:5
**usually**  20:7
29:14 30:16
31:3

**v**

**v**  49:6 50:3
51:3
**vagina**  31:8
**vaginoplasty**
30:24 31:2,5
**variety**  30:5
**various**  26:2
**verbal**  7:20
23:10
**verbally**  22:11
23:9
**veritext**  49:1,8
52:1
**veritext.com.**
49:17
**version**  19:15
24:18 26:25
27:3,5,5,7,12
27:12,15,19,20
**versus**  33:7
41:12
**videoconfere...**
2:2 47:17
**visits**  41:2
**vs**  1:6
**vulvoplasty**
31:6

**w**

**wait**  40:3,4,6
**waived**  49:20
**want**  15:2
17:21 19:16
29:7 37:3 39:1
39:8 42:22
43:5 44:5,10
45:18
**wanted**  32:12
33:2,5,22
**wanting**  36:2
**wants**  36:2
40:5 42:18
**washington**  2:5
2:10
**way**  27:10
32:14 33:10
36:17,20 37:2
**we've**  11:16
34:2
**welcomes**  21:5
**went**  45:23
**west**  2:10,15
**whereof**  48:4
**witness**  1:14,16
5:13,24 10:14
12:13 13:11
21:12 24:6,8
42:19,21 46:7
47:10 48:4
49:9,12 50:1,4
50:11 51:1,4
51:15

**witness'**  49:15
**wondering**
9:15 19:20
43:10
**work**  20:20
37:24
**worked**  17:8,9
17:11 41:2,3
**workers**  45:11
**working**  17:6
**worry**  41:23
**wpath**  4:16
23:24 24:18
25:12 26:18,25
35:2
**written**  1:17

**y**

**yeah**  15:9
20:23 24:4,5
35:18 38:9,22
45:8
**year**  17:7
**years**  17:4,10
**younger**  32:11
43:4

**z**

**zef**  2:20 21:13
**zero**  31:5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.