# EXHIBIT 8

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Dr. Catherine Bast + Michelle (Mixhi) Marquis, 30(b)(6) Mosaic

*May 15, 2023*

_____



800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

Page 3

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
 3
 4   K.C., et al.,                )
                                  )
 5         Plaintiffs,            )
                                  )
 6         -v-                    ) CASE NO.
                                  ) 1:23-cv-00595-JPH-KMB
 7   THE INDIVIDUAL MEMBERS OF    )
     THE MEDICAL LICENSING BOARD  )
 8   OF INDIANA, in their official)
     capacities, et al.,          )
 9                                )
           Defendants.            )
10
11
12        The 30(b)(6) deposition upon oral examination
13   of MOSAIC HEALTH AND HEALING ARTS, INC., by
14   DR. CATHERINE BAST and MICHELLE (MIXHI) MARQUIS,
15   witnesses produced and remotely sworn before me,
16   Debbi S. Austin, RMR, CRR, Notary Public in and for
17   the County of Hendricks, State of Indiana, taken on
18   behalf of the Defendants via Zoom videoconference on
19   May 15, 2023, at 9:37 a.m., pursuant to the Federal
20   Rules of Civil Procedure.
21
22
23
24         STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
25                 (800)869-0873
```

```
 1              INDEX OF EXAMINATION
 2   EXAMINATION                             PAGE
 3   By Mr. Fisher:                            6
 4   By Mr. Falk:                            162
 5   By Mr. Fisher:                          168
 6
 7
 8
 9
10              INDEX OF EXHIBITS
11   NUMBER         DESCRIPTION             PAGE
12   Exhibit 1   Defendants' Amended          9
                 Notice of 30(b)(6) Deposition
13
     Exhibit 2   Attachment to Deposition     9
14               Notice
15   Exhibit 3   Designation of Deponents    10
                 for Purposes of FRCP 30(b)(6)
16               Deposition and Objections
17   Exhibit 4   Defendants' First           11
                 Requests for Production to
18               Plaintiffs
19   Exhibit 5   Plaintiffs' Responses and   11
                 Objections to Defendants' First
20               Requests for Production to
                 Plaintiffs
21
     Exhibit 6   Declaration of Michelle     12
22               (Mixhi) Marquis
23   Exhibit 7   Declaration of Dr.          17
                 Catherine Bast
24
25
```

Page 2

```
 1                 APPEARANCES
 2      (All participants via Zoom videoconference)
 3   FOR THE PLAINTIFFS:
 4      Kenneth J. Falk, Esq.
        Stevie Pactor, Esq.
 5      Gavin M. Rose, Esq.
        ACLU OF INDIANA
 6      1031 East Washington Street
        Indianapolis, IN  46202
 7      kfalk@aclu-in.org
        spactor@aclu-in.org
 8      grose@aclu-in.org
 9      Chase Strangio, Esq.
        AMERICAN CIVIL LIBERTIES
10   UNION FOUNDATION
        125 Broad Street
11      New York, NY  10041
        cstrangio@aclu.org
12
13   FOR THE DEFENDANTS:
14      Thomas M. Fisher, Esq.
        Razi Lane, Esq.
15      OFFICE OF THE ATTORNEY GENERAL
        302 West Washington Street
16      IGCS Fifth Floor
        Indianapolis, IN  46204
17      tom.fisher@atg.in.gov
        razi.lane@atg.in.gov
18
19   ALSO PRESENT:  Shawn Weyerbacher
                    Brad Davis
20
21
22
23
24
25
```

Page 4

```
 1            INDEX OF EXHIBITS    (CONT'D.)
 2   NUMBER           DESCRIPTION            PAGE
 3   Exhibit 8   Class Action Complaint for   38
                 Declaratory and Injunctive
 4               Relief/Notice of Challenge to
                 Constitutionality of Indiana
 5               Statute
 6   Exhibit 9   Senate Enrolled Act No.      32
                 480
 7
     Exhibit 10  Informed Consent for         64
 8               balancing hormones in Gender
                 Diverse people
 9
     Exhibit 11  Consent for hormonal         65
10               suppression with GnRH therapy
                 for transgender youth
11
     Exhibit 12  Transitioning Informed       65
12               Consent Document - Feminizing
                 Medications for Transgender
13               Clients
14   Exhibit 13  Transitioning Informed       66
                 Consent Document - Testosterone
15               for Transgender Clients
16   Exhibit 14  M.R. Medical Records        101
17   Exhibit 15  List of LGBTQ+ Open &       153
                 Accepting Counselors
18
     Exhibit 16  Masculinizing Informed      140
19               Consent for balancing hormones
                 in Gender Diverse people
20
     Exhibit 17  Feminizing Informed         141
21               Consent for balancing hormones
                 in Gender Diverse people
22
     Exhibit 18  Feminizing Social           161
23               Transitions: What to know
24   Exhibit 19  Masculinizing Social        161
                 Transitions: What to know
25
```

30(b)(6)

Page 5

1    THE REPORTER: My name is Debbi Austin, an
2  associate of Stewart Richardson & Associates,
3  One Indiana Square, Suite 2425, Indianapolis,
4  Indiana. Today's date is May 15, 2023. The time
5  is 9:37 a.m. This deposition is being held via
6  Zoom videoconference. The deponent is Mosaic
7  Health and Healing Arts, Inc.
8    Will counsel please identify themselves and
9  any persons present with you for the record.
10    MR. FALK: This is Ken Falk for the plaintiffs
11  here in person with the deponents. On the line are
12  Gavin Rose and Stevie Pactor from the ACLU of
13  Indiana and Chase Strangio from the ACLU in New
14  York for the plaintiffs.
15    MR. FISHER: This is Tom Fisher with the
16  Attorney General's Office taking the deposition.
17  With me here on video is Razi Lane, also of our
18  office. I think -- yeah, he's the only other one
19  from the State.
20
21
22
23
24
25

Page 6

1    DR. CATHERINE BAST and MICHELLE (MIXHI) MARQUIS,
2  having been first duly sworn to tell the truth, the
3  whole truth, and nothing but the truth, were examined
4  and testified as follows:
5  EXAMINATION
6  BY MR. FISHER:
7  Q  Okay. Good morning Dr. Bast, Ms. Marquis. I don't
8    know if I should address you so formally or if
9    there are other names you would like me to use for
10    you?
11    MIXHI MARQUIS: Mixhi is fine.
12  Q  Mixhi. Doctor, you want me to call you Doctor?
13    DR. CATHERINE BAST: Yes, please.
14  Q  Will do. Very good.
15    Well, so probably you've spoken about this
16    with Mr. Falk, but I'm just going to go through a
17    couple of kind of ground rule-type things, so just
18    bear with me for a second here. So I'm going to
19    ask you some questions. The court reporter is
20    going to record everything we say. Obviously you
21    need to answer the questions with the truth.
22    I'm going to assume that you understand my
23    questions unless you tell me that you don't. But
24    if you don't, please speak up. I've been known to
25    ask many terrible questions. And that people don't

Page 7

1  understand and we can work through that.
2    You need to give verbal answers, not gestures.
3  I think given especially that we're doing this
4  remotely, that's going to be especially important.
5  I just can't read body language as well remotely.
6    Doctor, is there any reason you cannot
7  understand my questions today?
8    DR. CATHERINE BAST: No.
9  Q  Mixhi, is there any reason you cannot understand my
10    questions today?
11    MIXHI MARQUIS: No.
12  Q  Well, I see that Mr. Falk is there with you. Is
13    there any other person in that room with you?
14    DR. CATHERINE BAST: No.
15    MIXHI MARQUIS: No.
16    DR. CATHERINE BAST: The door is closed.
17  Q  Okay. Well, other than meeting with your
18    attorneys, did you do anything else to prepare for
19    today's deposition, Doctor?
20    DR. CATHERINE BAST: I reviewed our complaint
21    and my statement.
22  Q  By the statement, you mean the declaration you
23    signed?
24    DR. CATHERINE BAST: Yes.
25  Q  Great. Anything else?

Page 8

1    DR. CATHERINE BAST: No.
2  Q  No? Okay.
3    Mixhi, other than meet with your attorneys,
4    what did you do to prepare for today's deposition?
5    MIXHI MARQUIS: The same. I read the
6    complaint, read the declaration, made sure I was
7    familiar with all of that.
8  Q  Doctor, are you being compensated for today's
9    testimony?
10    DR. CATHERINE BAST: No.
11  Q  Mixhi, are you being compensated for today's
12    testimony?
13    MIXHI MARQUIS: No.
14  Q  Doctor, do you have any documents opened in the
15    room with you or on the screen that we can't see?
16    DR. CATHERINE BAST: No. We have just the --
17    What are those called?
18    MR. FALK: The exhibits.
19    DR. CATHERINE BAST: We have the exhibits.
20    There you go. We have the exhibits, that's all.
21  Q  Okay, great. So let's start with the first of
22    those exhibits, and this will be Exhibit 1, the
23    amended Mosaic 30(b)(6) deposition notice.
24    MR. FISHER: Shawn, do you have that?
25    SHAWN WEYERBACHER: Yes, just one moment.

Page 9

1          (Deposition Exhibit 1 marked.)
2  Q  Doctor, does this document look familiar to you?
3          DR. CATHERINE BAST:  Yes.
4  Q  Mixhi, does this document look familiar to you?
5          MIXHI MARQUIS:  Yes.
6  Q  So this is -- I'll just represent for the record,
7     this is the Notice of Deposition that we have
8     served.
9          Doctor, is it your understanding that you're
10    here in response to this notice today?
11         DR. CATHERINE BAST:  Yes.
12 Q  Mixhi, is it your understanding that you are here
13    in response to this notice today?
14         MIXHI MARQUIS:  Yes.
15         (Deposition Exhibit 2 marked.)
16 Q  Great.  All right.  Let's go to Exhibit 2, which is
17    the attachment to the deposition notice.
18         Doctor, have you seen this document before?
19         DR. CATHERINE BAST:  Yes.
20         MR. FALK:  Tom, if I can interrupt.  I
21    actually have hard copies of most of this, so
22    you'll see me passing papers back and forth.
23    That's what it is.
24         MR. FISHER:  Perfect.
25         MR. FALK:  So she can go to page 2 without too

Page 10

1     much trouble, page 3.
2          MR. FISHER:  Great, great.
3  Q  Okay.  So Doctor -- and I'm sorry, you said you
4     have seen this before, Doctor?
5          DR. CATHERINE BAST:  Yes.
6  Q  And Mixhi, you've seen this before, this
7     attachment?
8          MIXHI MARQUIS:  Yes.
9          (Deposition Exhibit 3 marked.)
10 Q  Okay.  I'm sure we'll come back to that in a
11    minute, but let's move on to Exhibit 3, which is
12    a -- it's called designation of deponents.
13         Okay.  Doctor, you've seen this document?
14         DR. CATHERINE BAST:  Yes.
15 Q  And it says, Doctor, that you are here to testify
16    with respect to paragraphs 1 through 9 of the
17    previous exhibit, which is the attachment?
18         DR. CATHERINE BAST:  Yes.
19 Q  Is that your understanding?
20         DR. CATHERINE BAST:  Yes.
21 Q  Mixhi, you've also seen the designation?
22         MIXHI MARQUIS:  Yes.
23 Q  And it says that you are here to testify with
24    respect to paragraphs 10 through 14 and 15A of the
25    attachment?

Page 11

1          DR. CATHERINE BAST:  Correct.
2  Q  And you're prepared to do that today?
3          MIXHI MARQUIS:  Yes.
4          (Deposition Exhibit 4 marked.)
5  Q  All right.  Let's mark the next document,
6     Exhibit 4, Defendants' First Requests for
7     Production to the Plaintiffs.
8          Doctor, have you seen this document before?
9          DR. CATHERINE BAST:  Yes.
10 Q  Can you tell me what this document is?
11         DR. CATHERINE BAST:  This is a request for
12    documents that we -- asking for documents from
13    Mosaic.
14 Q  Were you involved in preparing the response to this
15    document?
16         DR. CATHERINE BAST:  Yes.
17 Q  Mixhi, are you familiar with this document?
18         MIXHI MARQUIS:  Yes, I am.
19 Q  Were you involved in preparing the response to it?
20         MIXHI MARQUIS:  Yes.
21         (Deposition Exhibit 5 marked.)
22 Q  All right.  Let's go to -- I guess what are we up
23    to now, 5; right?  Yes, response -- the response to
24    the document request.
25         Great.  All right, Doctor, are you familiar

Page 12

1     with this exhibit?
2          DR. CATHERINE BAST:  I am, yes.
3  Q  And you were -- again, you were involved in
4     preparing this response?
5          DR. CATHERINE BAST:  Yes.
6  Q  Mixhi, do you recognize this document?
7          MIXHI MARQUIS:  Yes.
8  Q  And you were involved in preparing the response?
9          MIXHI MARQUIS:  Yes.
10 Q  Now, your counsel did produce to us several
11    documents responsive to this request.  However,
12    there are also many objections, and there are some
13    documents I think have been withheld on various
14    grounds.  I don't need to get into any of that.
15         My only question at the moment is, do you have
16    any additional documents since the production that
17    you have come across that are responsive that you
18    need to produce to us?
19         DR. CATHERINE BAST:  No.
20         MIXHI MARQUIS:  No.
21         (Deposition Exhibit 6 marked.)
22 Q  Okay, great.  All right.  Let's go to the next
23    exhibit, the declaration of Mixhi Marquis.
24         Mixhi, I assume you recognize this document?
25         MIXHI MARQUIS:  Yes.

30(b)(6)

Page 13

1  Q  All right.  Let's turn to page 7.
2        And is that your signature, Mixhi?
3        MIXHI MARQUIS:  Yes, it is.
4  Q  Okay.  Can you just tell us what this declaration
5     is?
6        MIXHI MARQUIS:  This declaration is my
7     statement of who I am and who Mosaic is.
8  Q  And is this the same declaration that you submitted
9     in this case into the case with the complaint?
10       MIXHI MARQUIS:  Yes.
11 Q  Is there any respect in which this declaration is
12    no longer accurate?
13       MIXHI MARQUIS:  No.
14 Q  Mixhi, I'm still with you.  Can you just describe
15    for us your educational background?
16       MIXHI MARQUIS:  My educational background is I
17    have a bachelor's of science in mechanical
18    engineering.  And yeah, that is my -- that is my
19    further education.
20 Q  Where did you get your degree?
21       MIXHI MARQUIS:  General Motors Institute in
22    Flint, Michigan.
23 Q  Oh, very good.  My father is from Flint.  That's
24    interesting.  I really enjoyed Flint when I was a
25    kid.

Page 14

1        Okay.  So have you -- do you have any peer
2     reviewed scholarship, Mixhi?
3        MIXHI MARQUIS:  No, I do not.  I do have a --
4     I did graduate from massage -- a massage program
5     in, I believe, 2014.  But I am no longer licensed.
6     I've let my license lapse.
7  Q  Got you, okay.  So other than -- well, leading up
8     to, I guess, your involvement with Mosaic -- and
9     we'll get to that in a moment -- I'm just wondering
10    about your more general professional background, if
11    you could describe that for us.
12       MIXHI MARQUIS:  I worked in the automotive
13    field for nine years.  I've owned my own business.
14    And yeah, and then helped create Mosaic.
15 Q  What business did you own?
16       MIXHI MARQUIS:  Marquis Events, Incorporated.
17 Q  What -- I can imagine, but please tell us what kind
18    of a business that was.
19       MIXHI MARQUIS:  I did some event planning.  I
20    did some -- yeah, mostly event planning was that
21    business.  I did massage -- my massage business was
22    under that as well.
23 Q  I see.  I was going to ask about that.  So that was
24    part of that, was you did --
25       MIXHI MARQUIS:  Yeah, it was -- the doing

Page 15

1     business as name was Artistry of Presence, which is
2     what I did massage therapy under.
3  Q  Okay.  What is your role at Mosaic?
4        MIXHI MARQUIS:  I am the executive director.
5  Q  And what do you do in that capacity?
6        MIXHI MARQUIS:  I do things like work with the
7     budget.  I work with our board of directors.  I am
8     also -- do a lot of training.  I do our -- the
9     training that we offer in the community and to
10    other organizations.  So I oversee and help create
11    that.  And then general kind of supervising of
12    staff and visioning forward.
13 Q  Sorry, visioning forward, you said?
14       MIXHI MARQUIS:  Yeah.
15 Q  What does that mean?
16       MIXHI MARQUIS:  Visioning for Mosaic, like how
17    we move forward as an organization.
18 Q  Okay.  When you talked about the training in the
19    community, what kind of training are you talking
20    about?
21       MIXHI MARQUIS:  We offer -- when organizations
22    reach out, we offer just general LGBTQ competency.
23    I do not do any clinic training.  I do general
24    competency training for community organizations.
25    Churches, medical and mental health organizations

Page 16

1     for their -- for only their -- for their admin
2     staff and completely nonclinical training when I do
3     it.
4  Q  Do they pay you for that?
5        MIXHI MARQUIS:  Yes.
6  Q  Do you have like an hourly rate you charge or
7     something?
8        MIXHI MARQUIS:  We have a general fee.  We
9     often reduce it.  We often do things for free
10    because the organizations we're working with often
11    can't afford it.
12 Q  What is your usual and customary fee?
13       MIXHI MARQUIS:  Somewhere around 250 an hour,
14    which is really unusual for us to get that.
15 Q  What -- and how many hours typically does it -- do
16    you devote to training a particular entity?
17       MIXHI MARQUIS:  One to three.
18 Q  And how long have you been employed at Mosaic?
19       MIXHI MARQUIS:  Since the start.  I co-founded
20    Mosaic with Dr. Bast.  So seven years.
21 Q  Seven years, okay.  And that -- have you held any
22    other jobs or titles at Mosaic since starting it up
23    besides executive director?
24       MIXHI MARQUIS:  No.
25 Q  Are you affiliated with any political associations?

Page 17

1        MIXHI MARQUIS:  No, I don't believe so.  Yeah,
2    no.
3  Q  Okay.  Have you been involved in any political
4    activism regarding the availability of transgender
5    care, especially -- particularly with respect to
6    youth?
7        MIXHI MARQUIS:  No, I haven't, not until --
8    not until now.
9  Q  Until now meaning?
10       MIXHI MARQUIS:  Meaning the lawsuit.
11 Q  The lawsuit, okay.  Have you ever done any lobbying
12   on issues related to transgender care for minors?
13       MIXHI MARQUIS:  No.
14 Q  Did anyone on the staff of Mosaic testify at the
15   legislative hearings for SEA 480?
16       MIXHI MARQUIS:  No.
17       (Deposition Exhibit 7 marked.)
18 Q  All right.  Now we're going to turn to Dr. Bast.
19   I'm going to go through some background.  Let's ID
20   Exhibit 7, the declaration of Dr. Catherine Bast.
21       Dr. Bast, do you recognize this document?
22       DR. CATHERINE BAST:  I do.
23 Q  And let's turn to page 7.  Is that your signature?
24       DR. CATHERINE BAST:  Yes.
25 Q  And so just tell us what this document is, please.

Page 18

1        DR. CATHERINE BAST:  This is my statement of
2    my role at Mosaic and also my reasons for -- to --
3    participating in the lawsuit.
4  Q  This was the declaration submitted in the lawsuit
5    with the complaint?
6        DR. CATHERINE BAST:  Correct.
7  Q  Okay.  Is there any --
8        MR. FALK:  Just, Tom, for the record, I don't
9    think it was submitted with the complaint.  I think
10   it was submitted with the preliminary injunction
11   materials.
12       MR. FISHER:  Oh, with the preliminary
13   injunction, very good.  Thank you, Ken.
14 Q  Is there any respect in which this declaration is
15   no longer accurate?
16       DR. CATHERINE BAST:  No.
17 Q  Can you, Doctor, please describe your educational
18   background.
19       DR. CATHERINE BAST:  So I was a certified
20   professional midwife from 2003 through 2006, and
21   then I went to IU School of Medicine in 2009 and
22   graduated in 2013.  And then I went to residency at
23   the Memorial family medicine residency in South
24   Bend and graduated from there in 2016.
25 Q  What about undergraduate education?

Page 19

1        DR. CATHERINE BAST:  I went to Mount Holyoke
2    College, and I graduated from there in 1992.
3  Q  And so it sounds like there was a period of time
4    between your undergraduate education and when you
5    became a certified midwife?
6        DR. CATHERINE BAST:  That's correct.
7  Q  What did you do during that period?
8        DR. CATHERINE BAST:  I was a pastor's wife.  I
9    was a mom of three children, and I stayed at home
10   with them.
11 Q  And I'm sorry, you may have said this, but I want
12   to make sure I caught it.  What was your major at
13   Mount Holyoke?
14       DR. CATHERINE BAST:  I was an art history
15   major at Mount Holyoke.
16 Q  Do you have any peer reviewed scholarship?
17       DR. CATHERINE BAST:  I do not.
18 Q  So just describe for us your role at Mosaic.
19       DR. CATHERINE BAST:  So I am the co-founder
20   with Mixhi and also the medical director and the
21   only physician at Mosaic.  So I oversee the medical
22   care here.  I also regularly am seeing patients on
23   a full schedule.  I'm also -- yeah, I'm also
24   involved in training.  So when a clinical entity
25   reaches out and asks us for training, I often will

Page 20

1    go and provide LGBTQ competency training for them.
2        I also am an assistant professor at the IU
3    School of Medicine in clinical supervision because
4    we offer CMEs here for other medical and mental
5    health providers for LGBTQ competency training as
6    well as trans care.
7  Q  The competency -- I'm sorry, I didn't mean to
8    interrupt.  Were you finished?
9        DR. CATHERINE BAST:  Well, I was also going to
10   say that I've been invited by the American Academy
11   of Family Physicians to present at the annual
12   conference in October in Chicago about LGBTQ
13   competency and care for trans people.
14 Q  When you speak about the competency, the LGBTQ
15   competency, is that the same thing that Mixhi was
16   talking about, is that the same kind of training?
17       DR. CATHERINE BAST:  Very similar, yes, yes.
18 Q  Well, you say very similar, but is there anything
19   materially different?
20       DR. CATHERINE BAST:  Well, when I do trainings
21   in clinical spaces, I try to apply the principles
22   that we're using in the LGBTQ competency to
23   clinical spaces.  So I'm -- yeah, I'm lodged in
24   that context.
25 Q  Okay.  It's just a different context, that's the

Page 21

1  difference?
2        DR. CATHERINE BAST:  (Affirmative nod.)
3  Q  But then you also spoke about trans care, and I
4     take it that's more on sort of the medical
5     side?
6        DR. CATHERINE BAST:  Yes.
7  Q  And do you do trainings with trans care as well?
8        DR. CATHERINE BAST:  I do.
9  Q  Okay.  Just tell us about that a little bit,
10     please.
11        DR. CATHERINE BAST:  So we offer training.
12     It's a two-day training.  It's called the Mosaic
13     Experience.  And the first day is didactics, and we
14     invite providers to come to our space.  So it's
15     usually a small group.  We spend the first day
16     doing general basic LGBTQ competency, how to be --
17     create a welcoming space for LGBTQ people, and then
18     I spend time talking about protocols for hormone
19     therapy and, yeah, following up with trans folks.
20  Q  Okay.  Anything else that is involved with that?
21     As people -- you know, as some of your clients move
22     along, do they come back to you for additional
23     information and training?
24        DR. CATHERINE BAST:  So we also do have a
25     group through -- yes, we have an alumnus group, we

Page 22

1     call it, which is a group of folks who have come
2     through our training, and we meet as needed for
3     support and further clarification.  So I serve then
4     as a mentor to the folks who have come through the
5     training.
6  Q  Describe your involvement as a member of WPATH.
7        DR. CATHERINE BAST:  I went to WPATH training
8     in 2014 in Atlanta and have been a member of WPATH.
9     I regularly get their newsletters, and their
10     protocols are central to the protocols for our care
11     at Mosaic.
12  Q  Do you serve on any committees?
13        DR. CATHERINE BAST:  No.
14  Q  What about the Gay and Lesbian Medical Association,
15     GLMA; what is that?
16        DR. CATHERINE BAST:  It's an association of --
17     a volunteer association for medical providers who
18     identify in the LGBTQ plus community, and I'm a
19     member, partly, to keep up on news and information.
20     I also -- if I -- as a member, I'm also on --
21     available as a search for patients or other
22     providers looking for LGBTQ identified and friendly
23     medical providers.
24  Q  Is there anything else to the membership?  I guess
25     I'm wondering here again about committees.  Any

Page 23

1     committees that you serve on?
2        DR. CATHERINE BAST:  No.
3  Q  Any leadership positions?
4        DR. CATHERINE BAST:  No.
5  Q  Okay.  Do you engage in any political activity?
6        DR. CATHERINE BAST:  No.
7  Q  Are you a member of any political organizations?
8        DR. CATHERINE BAST:  No.
9  Q  Are you a member of any other transgender-related
10     organizations?
11        DR. CATHERINE BAST:  No.
12  Q  Are you involved with any transgender-related
13     advocacy groups?
14        DR. CATHERINE BAST:  No.
15  Q  Tell us a little bit about how and when Mosaic got
16     started.  I understand it was you and Mixhi that
17     started it together.  I'm just a little -- I'm
18     interested in learning a little bit more about the
19     founding, sort of the when and the why.
20        DR. CATHERINE BAST:  Uh-huh.  So Mosaic was
21     founded in 2016 at the end of my residency time, in
22     response to a crisis.  There were a number of trans
23     people looking for care, mostly primary care, in a
24     friendly environment, but also -- also some
25     hormonal support in Indiana that had no place to

Page 24

1     go.  And I, through word of mouth, by the end of my
2     residency had 80 trans patients from all across the
3     northern Indiana corridor.
4        And I -- as I interviewed for positions
5     locally, I couldn't find a place that was willing
6     to create a welcoming space for these patients.
7     And these were patients that I had started to care
8     for.  There was nobody in the residency program
9     coming behind me who was going to take their care
10     over.  So these were 80 patients who needed a
11     medical home.
12        And Mixhi and I decided that the only answer
13     to that, since I couldn't find a place to do it
14     that was already established, was to establish our
15     own.  We have been blessed with a number of
16     synchronicities and partners in this work and a
17     number of different -- yeah, and we're glad to be
18     here.
19  Q  Tell me again about your residency.  What was the
20     focus of it?
21        DR. CATHERINE BAST:  I'm a family medicine
22     doctor.  It was a family medicine residency.
23  Q  And what does that -- what did that mean in the
24     context of your residency, specifically?  What were
25     you doing?

Page 25

1    DR. CATHERINE BAST: I was doing care for
2  humans from pregnancy through death.
3  Q  And typically what were your patients coming to see
4    you about?
5    DR. CATHERINE BAST: General family medicine
6  concerns. Acute care, long-term illness, post
7  hospitalization. And then when it became -- and
8  then trans care.
9  Q  You mentioned northern Indiana. I just want to
10   make sure I know, where is Mosaic located?
11   DR. CATHERINE BAST: We're in Goshen.
12 Q  Have you ever had that -- has it ever been in a
13   different location?
14   DR. CATHERINE BAST: No.
15 Q  Any satellite clinics?
16   DR. CATHERINE BAST: No.
17 Q  So the term "gender-affirming care" I think has
18   come up. This is where it gets a little confusing,
19   and I apologize. It was mentioned in Mixhi's
20   declaration, but I think this fits within
21   paragraphs 1 and 2 of the attachment, so I think
22   you're the designee to talk about it.
23   DR. CATHERINE BAST: Uh-huh.
24 Q  All I wanted to know is this term "gender-affirming
25   care," what it means to you and what Mosaic

Page 26

1  provides under that kind of rubric.
2    DR. CATHERINE BAST: So gender-affirming care
3  is human-affirming care. It's being sensitive to
4  the gender that people are as well as the gender
5  that people identify as. Gender-affirming care
6  involves calling people by a name that they choose
7  and by referring to them by the pronouns that they
8  choose. There are medical procedures that fall
9  under gender-affirming care, but those are not the
10  sole purpose of gender-affirming care.
11 Q  Okay. I think I'm following you. Let me get at
12   this a slightly different way. What is the scope
13   of Mosaic's practice outside of the
14   gender-affirming treatments that you mentioned?
15   DR. CATHERINE BAST: We're a family practice
16  office. We do not do OB anymore, but beyond that,
17  we are a full scope family medicine clinic.
18 Q  And so if I understand you correctly, you're trying
19   to use the gender-affirming care principles even
20   when people come to see you for treatments or
21   problems that are not related to gender or
22   transition or anything?
23   DR. CATHERINE BAST: Yes.
24 Q  Okay. Do you provide mental health services?
25   DR. CATHERINE BAST: We do, yes.

Page 27

1  Q  What mental health services do you provide?
2    DR. CATHERINE BAST: Well, all three of our
3  providers are trained and within their scope can do
4  basic mental health medications as well as triage
5  for mental health issues. We also have a mental
6  health counselor.
7  Q  What -- you mentioned the three providers. Let's
8    identify who those are and what their
9    qualifications are.
10   DR. CATHERINE BAST: So I'm one, and I'm a
11  family -- board certified family physician, and
12  then we have two advanced practice nurses, family
13  nurse practitioners who also work in our space.
14 Q  And they are, again, you described all three of you
15   as having the capacity to do some basic mental
16   health services. Are you more qualified to provide mental
17   health services than the certified nurse
18   practitioners?
19   DR. CATHERINE BAST: No, basic mental health
20  services fall within the scope of family nurse
21  practitioner too.
22 Q  Okay. Do you provide counseling for patients who
23   present with gender dysphoria?
24   DR. CATHERINE BAST: Yes.
25 Q  What is that counseling? Just give me -- generally

Page 28

1  speaking, what does that entail?
2    DR. CATHERINE BAST: Are you asking me as a
3  provider what counseling I give or are you saying
4  does our mental health counselor give counseling?
5  Q  Well, let's start with you as a provider.
6    DR. CATHERINE BAST: Okay. So as a provider,
7  as a family physician, it is in my scope to give
8  information and support to everybody and education
9  about clinical issues. So in that context, I give
10  counseling for folks who present with gender
11  dysphoria.
12 Q  And then what about the other practitioners, the
13   nurse practitioners?
14   DR. CATHERINE BAST: And they do that as well.
15 Q  Okay. So there's really no distinction? I was
16   sensing that maybe you thought there was a
17   distinction there. I just want to make sure there
18   isn't.
19   DR. CATHERINE BAST: No, we're doing the same
20  work.
21 Q  Okay. Just topically speaking, in terms of the
22   topics that you cover in the context of the
23   counseling, can you tell us a little bit about what
24   topics that go into that?
25   MR. FALK: And again, Tom, are you asking her

Page 29

1   personally or are you asking about the mental
2   health practitioner or are you asking about all of
3   them together?
4       MR. FISHER:  Well, I would assume it's all the
5   same.
6 Q  But let's start with you, Doctor, and then we can
7   move to the others if we need to.
8       DR. CATHERINE BAST:  So we talk about what
9   gender dysphoria is.  We talk about what the
10   treatment for gender dysphoria is.  We talk
11   about -- I think that sums it up.
12 Q  And then what about the mental health counselors,
13   do they talk about anything else?
14       DR. CATHERINE BAST:  I'm not privy to their --
15   we have one mental health counselor, and I'm not
16   privy to what goes on in their individual sessions.
17 Q  And I think I was confused.  I think I was thinking
18   that your practitioners, nurse practitioners, and
19   you were mental health counselors, but you're
20   telling me there's a separate person who's a mental
21   health counselor?
22       DR. CATHERINE BAST:  Correct.
23 Q  Okay.  Thank you.  I finally got that figured out.
24     Tell me about the mental health counselor.
25   What qualification, what role?

Page 30

1       DR. CATHERINE BAST:  She's an LMHC, a licensed
2   mental health counselor, and she is -- has a
3   practice that falls under the umbrella of Mosaic.
4   So she sees about 20 clients a week for counseling,
5   mental health counseling.
6 Q  What counseling services does she provide?
7       DR. CATHERINE BAST:  Again, I'm not privy to
8   their one-on-one sessions, but it's basically
9   support and therapy.
10 Q  What kind of therapy?
11       DR. CATHERINE BAST:  Cognitive behavioral
12   therapy.
13 Q  Is there a -- does the counselor have the authority
14   to prescribe medications for mental health
15   problems?
16       DR. CATHERINE BAST:  No.
17 Q  Is the mental health counseling -- is that practice
18   a successful practice?
19       DR. CATHERINE BAST:  I guess I don't know what
20   you mean by that.
21 Q  Well, are you happy with how it's going for the
22   mental health counselor, positive results?
23       DR. CATHERINE BAST:  I'm not privy to what
24   goes on in their one-on-one sessions, but she is
25   very happy.

Page 31

1 Q  Okay, good.  What volume of Mosaic's business would
2   you say is transgender patients?
3       DR. CATHERINE BAST:  We have a patient -- I
4   would say about a quarter.  We have a patient panel
5   of around 4,000 and 1,200 trans and nonbinary
6   patients.
7 Q  Okay.  And then within the -- that set, that
8   one-quarter set, roughly what percent are
9   transgender minors?
10       DR. CATHERINE BAST:  Only a hundred of those.
11   Around a hundred of those, yeah.  So whatever that
12   percent is.
13 Q  I'm not trying to do the math too.
14       MR. FALK:  I know it wasn't a hundred percent,
15   so ...
16 Q  How much annual revenue does Mosaic generate from
17   providing gender-affirming care to minors?
18       DR. CATHERINE BAST:  We have no idea.
19 Q  Mixhi, is that true, you don't know either?
20       MIXHI MARQUIS:  No, I don't know.
21 Q  Overall, does Mosaic treat more children and
22   adolescents or more adults?
23       DR. CATHERINE BAST:  More adults.
24 Q  And then -- yeah, within the context of gender
25   transition procedures -- well, maybe we should

Page 32

1   actually define that.
2       Gender transition procedures is probably a
3   term that you don't -- that I think you probably
4   don't like.  It's what the statute uses, and I'm
5   using it just because that's what the statute uses.
6   Do you have an understanding of what I mean when I
7   say "gender transition procedures"?
8       DR. CATHERINE BAST:  Yes.
9 Q  So within that scope of treatment, does Mosaic --
10       MR. FALK:  Tom, I'm sorry, I'm just going to
11   object for one second.  Even though she says she
12   understands, I'd appreciate it, for the record, if
13   you would define for her what those are.
14       MR. FISHER:  Oh, yes.  That's fine.
15 Q  Let's go --
16       MR. FISHER:  We're going to take this a little
17   bit out of order, Shawn, I'm so sorry.  But one of
18   the exhibits is Senate Enrolled Act 480.  So let's
19   go ahead and mark that, and we'll make this a
20   little bit easier.
21       SHAWN WEYERBACHER:  What's that exhibit
22   number?
23       MR. FISHER:  Razi?  Do you have that, Razi?
24       MR. LANE:  9.  It's Exhibit 9.
25     (Deposition Exhibit 9 marked.)

1  Q  Okay.  Dr. Bast, have you seen this document
2     before?
3            DR. CATHERINE BAST:  Yes.
4  Q  Okay.  So this is the statute, the newly enacted
5     statute, that you are suing to have declared
6     unconstitutional; is that right?
7            DR. CATHERINE BAST:  Yes.
8  Q  Okay.  So if we turn to page 2, under Section 5.  I
9     don't know if you can read that or if you've got it
10    in front of you, either way.  It says under
11    Section 5(a), it says, "gender transition
12    procedures," and then it goes on to define what
13    that means.  I don't want to read the whole thing
14    because it is kind of long.  But it's 5(a)(1) and
15    (2), and then it goes into (b).
16           Is this something that you're familiar with?
17           DR. CATHERINE BAST:  Yes.
18 Q  So when I say "gender transition procedures," this
19    is what I'm talking about.
20           DR. CATHERINE BAST:  Uh-huh.
21 Q  Okay, great.
22           So within that --
23           MR. FISHER:  Shawn, I think we can take that
24    down now.
25 Q  Unless, Doctor, you need it up on the screen.

1            DR. CATHERINE BAST:  No, that would be okay.
2  Q  Within the definition of gender transition
3     procedures, does Mosaic treat more female-to-male
4     transitioners or more male-to-female transitioners?
5            DR. CATHERINE BAST:  I don't have an answer to
6     that.
7  Q  And Mixhi, I just want to confirm, do you have an
8     answer to that?
9            MIXHI MARQUIS:  I don't know that either.
10 Q  So, Dr. Bast, please describe for me, I think you
11    mentioned the WPATH guidelines, but I would like
12    for you just to give us kind of an overview of
13    Mosaic's protocols, standards, guidelines, policies
14    for diagnosing gender dysphoria in minors.
15           DR. CATHERINE BAST:  So according to the WPATH
16    standards, gender dysphoria is defined as marked
17    emotional and distress related to an incongruence
18    between the sex assigned at birth and somebody's
19    gender identity.  And the DSM-5 says that gender
20    dysphoria needs to be present for at least six
21    months.  So that that dysphoria is there at least
22    for six months.
23 Q  Okay.  Anything else?
24           DR. CATHERINE BAST:  So maybe you want to go
25    back to your question again.

1  Q  My question was just, what, you know, protocols,
2     guidelines, policies, whatever it is that informs
3     how you diagnose gender dysphoria in minors.
4            DR. CATHERINE BAST:  So the WPATH also -- I
5     follow the WPATH standards, and I have since the
6     beginning of Mosaic.  And updated them as the WPATH
7     standards were updated.  But WPATH recommends a
8     biopsychosocial eval and also that somebody with
9     experience in dealing with folks with gender
10    dysphoria do a diagnosis, which fits the definition
11    from the DSM-5 that I said before.  And so that's
12    what we follow at Mosaic.
13 Q  Okay.  Why do you follow the WPATH guidelines?
14           DR. CATHERINE BAST:  I trained with them.  I
15    did my training with them, and they are the
16    broadest and most widely applied standards in this
17    work.
18 Q  Are you familiar with the Endocrine Society
19    guidelines?
20           DR. CATHERINE BAST:  I am, yes.
21 Q  Is there a material difference between the two?
22           DR. CATHERINE BAST:  To the best of my
23    knowledge, the only difference is that moving from
24    diagnosis to treatment, the Endocrine Society
25    recommends that a pediatric endocrinologist confirm

1     the necessity of treatment.
2  Q  WPATH doesn't recommend that?
3            DR. CATHERINE BAST:  No.
4  Q  Well, why do you -- and you follow the WPATH, not
5     the Endocrine Society, including on that point?
6            DR. CATHERINE BAST:  Correct.
7  Q  Why do you think that the Endocrine Society is
8     wrong?
9            MR. FALK:  Objection.  That's not what she
10    said.
11 Q  Do you think the Endocrine Society is wrong?
12           DR. CATHERINE BAST:  No, but I think WPATH
13    accounts for the lack of availability of pediatric
14    endocrinologists and recognizes the possibility
15    that other providers could be equally capable and
16    authorized to prescribe treatment even without the
17    blessing of a pediatric endocrinologist.
18 Q  So you don't think a pediatric endocrinologist is
19    necessary?
20           DR. CATHERINE BAST:  I believe that it is
21    fully within my scope as a family physician to make
22    the diagnosis of gender dysphoria and to provide
23    treatment.
24 Q  Is there any scientific basis for your conclusion
25    in that regard?

Page 37

1          DR. CATHERINE BAST: I don't know.
2    Q    Would you describe the WPATH standards as flexible?
3          DR. CATHERINE BAST: What do you mean by
4    "flexible"?
5    Q    Well, do you adhere to every standard, every, I
6         guess, rule or guideline to the letter or do you
7         say sometimes, well, I see that's a guideline
8         that's not met here, but I think it's not
9         important, so we'll just not consider that?
10         DR. CATHERINE BAST: WPATH is very clear in
11    its standards that this care is individualized and
12    takes into account the individual needs. And so I
13    treat the person in front of me following those
14    guidelines.
15   Q    Can you think of a circumstance -- and I don't need
16        you to name names or anything -- I'm just thinking
17        about is there a circumstance where you would
18        think, you know what, the WPATH guideline here is
19        not something that I should follow for this
20        particular person with gender dysphoria?
21         DR. CATHERINE BAST: No, I follow -- I can't
22    think of an instance.
23   Q    Okay. Let's move on to the complaint.
24         MR. FISHER: Shawn, I'm not sure what exhibit
25    we're up to. This is, I think, 8.

Page 38

1          (Deposition Exhibit 8 marked.)
2    Q    Doctor, are you familiar with this document?
3          DR. CATHERINE BAST: Yes.
4    Q    Can you just describe what it is for the record,
5         please.
6          DR. CATHERINE BAST: This is the complaint
7    that was submitted to -- in the lawsuit in
8    objection to SEA 480.
9    Q    Have you read this complaint before?
10         DR. CATHERINE BAST: Yes.
11   Q    While we're on this subject, Mixhi, I just would
12        like to get your answer to the same question. Have
13        you read this complaint before?
14         MIXHI MARQUIS: Yes.
15   Q    So this -- again, this is the lawsuit, this is the
16        complaint to start the lawsuit challenging
17        Exhibit 9, which is SEA 480, which we looked at a
18        minute ago. And I just want to make sure I've
19        got -- that I'm clear about this.
20         Mixhi, you testified nobody from Mosaic
21        testified at the legislative hearings over SEA 480;
22        correct?
23         MIXHI MARQUIS: Yes, that's correct.
24   Q    And Dr. Bast, is that your understanding as well?
25         DR. CATHERINE BAST: Yes.

Page 39

1    Q    Okay. Now, with respect to this lawsuit, you'll
2         see there at the top there's all the names in the
3         case caption, one of which is M.R., which is, as I
4         understand it, a patient that you're treating,
5         Dr. Bast; is that correct?
6          DR. CATHERINE BAST: Yes.
7    Q    And I'm wondering, do you know anybody else in --
8         that's a plaintiff in the lawsuit besides M.R.?
9          DR. CATHERINE BAST: No.
10         MR. FALK: I'll just interpose a comment or
11    objection. There may be client meetings subsequent
12    to the filing of the case. I think the doctor was
13    asking -- answering the question as if you asked if
14    she knew anyone before the lawsuit was filed. So
15    if you want to rephrase the question or if you
16    understand that to be her answer, that's fine. I
17    just wanted to clear that up.
18         MR. FISHER: No, I think we've got what we
19    need. That's fine. Thanks, Ken.
20   Q    Okay. So now, Dr. Bast, I'm going to ask you
21        questions a little more generally. We've touched
22        on this a little bit, but I just need to have a
23        better understanding of how you think about some of
24        the terminology and the issues in the case.
25         What is your understanding of a person's sex?

Page 40

1    What does that mean?
2          DR. CATHERINE BAST: A person's sex is an
3    assignment that is complex that involves multiple
4    systems, including genitalia, genetics, and
5    variations within -- with hormonal function. So a
6    sex is assigned typically by a visual inspection at
7    birth.
8          MR. FISHER: And Shawn, we can take the
9    exhibit off. We don't need that right now.
10    Thanks.
11   Q    Doctor, can a human being's sex be accurately
12        identified using objective information?
13         DR. CATHERINE BAST: Possibly.
14   Q    Okay. Can you elaborate, please, what you mean by
15        that.
16         DR. CATHERINE BAST: Sex is a complex
17    assignment and includes multiple systems, not all
18    of which may -- may be objectively assessed in a
19    given moment.
20   Q    Okay. So what's something that may not be
21        objectively assessed in a given moment that's
22        relative to sex?
23         DR. CATHERINE BAST: If a person has a genetic
24    disorder such as congenital adrenal hyperplasia or
25    androgen insensitivity syndrome, that is not able

30(b)(6)

Page 41

1  to be assessed at the moment -- necessarily at the
2  moment of birth.
3  Q  Oh, I'm not necessarily talking about at the moment
4     of birth.  I just mean through objective
5     information at any -- at any given time.  When you
6     have access to that objective information.  If you
7     have access to objective information about all of
8     those relevant systems, can you, using only that
9     objective information, accurately deduce someone's
10    sex?
11       DR. CATHERINE BAST:  Not for all humans.  Not
12    all humans are objectively able to be categorized.
13  Q  Okay.  So what humans are not?
14       DR. CATHERINE BAST:  Well, there are some
15    humans born intersex.  So born with chromosomal
16    abnormalities that don't necessarily match up with
17    XX or XY, which are traditionally associated with
18    assigning female and assigning male.
19  Q  Anyone else?
20       DR. CATHERINE BAST:  That's all.
21  Q  If we set aside those with those abnormalities for
22    the sake of this discussion, is sex fluid?
23       DR. CATHERINE BAST:  No.
24  Q  Is sex relevant to the practice of medicine?
25       DR. CATHERINE BAST:  Yes.

Page 42

1  Q  Is sex relevant to health?
2       DR. CATHERINE BAST:  No.
3  Q  How is sex relevant to the practice of medicine but
4     not relevant to health?
5       DR. CATHERINE BAST:  We use the designation of
6     sex as an overarching term that describes a number
7     of different body formations.  Different bodies
8     have different organs.  Different organs need
9     different care.  So in that sense, sex is important
10    in the practice of medicine.
11  Q  But not to health?
12       DR. CATHERINE BAST:  When I use the word
13    "health," I am thinking very broadly about
14    well-being.  And certainly if there is disease or
15    dysfunction in any of the organs that a body has,
16    those need to be -- well, often need to be treated
17    in order for a person to feel -- to have a sense of
18    well-being.  But a person's sense of well-being is
19    much broader than their sex.
20  Q  I'm not asking if it's the only thing.  I'm just
21    asking if sex is relevant to health.
22       DR. CATHERINE BAST:  Sex is relevant to health
23    in that sense, in the sense -- yeah, in the sense
24    of the organs, uh-huh.
25  Q  Okay.  So describe to me how you understand a

Page 43

1  person's gender identity.
2       DR. CATHERINE BAST:  So a person's gender
3     identity is the way they experience gender.  And
4     gender is a complex construct because in our
5     culture we associate particular -- there's a
6     context for each -- for the different sexes that we
7     identify.  So gender identity is how a person feels
8     about who they are, what their gender is.
9  Q  I think you said "our culture."  I don't mean to
10    put words in your mouth.  But did you say "our
11    culture"?
12       DR. CATHERINE BAST:  Any culture has gender
13    associations.  Our culture does too.
14  Q  So the -- I want to make sure I understand.  When
15    you are thinking about gender and gender identity
16    as it relates to culture, does that have any kind
17    of geographic limitation or cultural limitation at
18    all or does it assume every culture in the world?
19       DR. CATHERINE BAST:  I don't know every
20    culture in the world, so I'm talking from my
21    context.
22  Q  Okay.
23       MR. FALK:  Hey, Tom, I'm going to interrupt.
24    It's been about an hour.  Can we have a break in a
25    little bit?

Page 44

1       MR. FISHER:  Yeah, one second here.  You know
2     what, good enough place to break right now.  That's
3     fine.
4       MR. FALK:  Great.
5       MR. FISHER:  Five minutes, is that enough or
6     do you need more?
7       MR. FALK:  Five is good.  Thanks.
8       (Recess taken.)
9  BY MR. FISHER:
10  Q  Doctor, we were talking about gender identity, what
11    that means in your view, and so I just want to pick
12    up there, kind of ask a few more questions.
13       Does gender or can gender identity change over
14    time?
15       DR. CATHERINE BAST:  Yes.
16  Q  How often can it change?
17       DR. CATHERINE BAST:  I don't know.
18  Q  Have you seen any patients where it has changed
19    over time?
20       DR. CATHERINE BAST:  One.
21  Q  And what were the circumstances of that patient?
22       DR. CATHERINE BAST:  That person came to
23    Mosaic as an adult identifying as assigned female
24    at birth, identifying as a male, and then later on,
25    about four years later, did not identify that way

Page 45

1  anymore.
2  Q  And you treated that person?
3       DR. CATHERINE BAST:  I did.
4  Q  And what sorts of treatments did you provide?
5       DR. CATHERINE BAST:  So are we -- this is an
6  adult.
7  Q  Sure.
8       DR. CATHERINE BAST:  Testosterone.
9  Q  Anything else?
10       DR. CATHERINE BAST:  I provided a referral for
11  top surgery.
12  Q  What is top surgery?
13       DR. CATHERINE BAST:  Top surgery is a chest
14  reconstructive surgery to make -- to remove breast
15  tissue and to make the chest look more masculine.
16  Q  Is that different from a bilateral mastectomy?
17       DR. CATHERINE BAST:  I don't -- I don't
18  understand the surgical differences, but I
19  understand from surgeons that, yes, it is
20  different.
21  Q  But you don't know exactly how?
22       DR. CATHERINE BAST:  No.
23  Q  Do you know if that patient had gone through with
24  the top surgery?
25       DR. CATHERINE BAST:  I believe they did.

Page 46

1  Q  But then later ceased identifying as male?
2       DR. CATHERINE BAST:  Correct.
3  Q  Did you treat the patient after that, I guess, what
4  everyone calls a decision or assessment or whatever
5  it is that -- where the identification as male had
6  stopped and the identification was then female?
7       DR. CATHERINE BAST:  They saw me in the office
8  after that, yes.
9  Q  What was the attitude towards the surgery at that
10  point?
11       DR. CATHERINE BAST:  As I recall, they -- they
12  didn't -- they weren't happy with the results of
13  the surgery.
14  Q  So you had the one patient, but as I understand it,
15  you acknowledge gender identity can change over
16  time, just -- am I right about that?  Did I say
17  that right?
18       DR. CATHERINE BAST:  I think it's possible
19  that gender identity can change over time.
20  Q  Okay.  What's your basis for saying that?
21       DR. CATHERINE BAST:  Experience.
22  Q  Yet you've only had one patient where gender
23  identity changed over time.  Is that the sum total
24  of the experience that informs that assessment?
25       DR. CATHERINE BAST:  Yes.

Page 47

1  Q  Do you have any idea what that -- for that one
2  patient what caused the gender identity to change?
3       MR. FALK:  And, Tom, I'm just going to
4  interpose an objection just for the record.
5  Obviously this is a deposition.  But I just want to
6  reemphasize, this was an adult person, not a child
7  and, therefore, has nothing to do with our
8  litigation.
9       Having said that, ask away.  But I just wanted
10  to make sure that the record is clear in that
11  regard.
12  Q  I'm sorry, do you want me to restate the question
13  or --
14       DR. CATHERINE BAST:  Yes, please.
15  Q  I was wondering if with respect to that one patient
16  if you knew what caused gender identity to change.
17       DR. CATHERINE BAST:  No, I don't.
18  Q  When it comes to assessments of gender identity and
19  the treatments available for gender dysphoria and
20  the experiences of patients, do you think adults
21  and children are different?
22       DR. CATHERINE BAST:  Could you ask that again
23  in another way?
24  Q  Well, really I'm just -- I'm just hearkening back
25  to Mr. Falk's objection and to your observation

Page 48

1  earlier about we're talking about an adult and this
2  lawsuit is about children.  And I'm just wondering
3  from your perspective why that matters.
4       DR. CATHERINE BAST:  Well, right now what
5  we're arguing is over youth and not over adults.
6  Q  But why does that matter?  That's my question.
7       DR. CATHERINE BAST:  In my experience of
8  interacting with trans individuals, the experience
9  of gender dysphoria is something that I hear -- for
10  the experience of gender dysphoria is something
11  that children experience and also adults
12  experience.
13  Q  So there is no difference?
14       MR. FALK:  Again, Tom, there is no difference
15  as to what?
16       DR. CATHERINE BAST:  Yeah, as to?
17  Q  As to the experience of gender dysphoria between
18  children and adults.
19       MR. FALK:  And I guess I'll just interpose an
20  objection.  She is not being qualified as an
21  expert.  She can certainly testify from her
22  experience.  But she can give a general statement
23  as to -- based on expertise.
24       And also I would also -- when we use the term
25  "children," as you know, there is a distinction

30(b)(6)

Pages 49..52

1   regarding gender dysphoria treatment of transgender
2   persons under the age of 18 between children and
3   adolescents.  So I just want to make sure the
4   record is clear what is being asked and answered.
5        DR. CATHERINE BAST:  In my experience as a
6   clinician, I have had people of all ages, from age
7   three on, describe to me experiences of gender
8   dysphoria.
9 Q  And?  I'm still wondering, what -- is there a
10  difference, when it's a child, whether it's 3, 6,
11  9, 12, 15, 18, is there a difference between
12  children and adolescents compared with adults when
13  it comes to diagnosing and treating gender
14  dysphoria?
15       DR. CATHERINE BAST:  So the diagnosis of
16  gender dysphoria is the same according to the DSM
17  and WPATH of gender dysphoria in children,
18  adolescents, and adults.
19       MR. FISHER:  So when you say it's possible for
20  gender identity to change based on your experience
21  with that one patient, does that conclusion apply
22  equally to those under the age of 18 who have
23  gender dysphoria?
24       DR. CATHERINE BAST:  To the best of my
25  knowledge, the data, as we currently know it, is

1   that very few children and adolescents,
2   particularly adolescents, by the time they reach
3   adolescence, very few change, have a change in
4   gender identity post adolescence.
5 Q  But some do?
6        DR. CATHERINE BAST:  Very few.  I don't know
7   what the number is, but very few.
8 Q  One thing that I'm wondering about, how we use our
9   terminology here.  Is being transgender, that --
10  whatever that means, is it the same as having a
11  gender identity?  Is transgender a gender identity
12  or are those not -- is that not the way to talk
13  about it?
14       DR. CATHERINE BAST:  Technically a trans
15  person is somebody who does not identify as the way
16  they were assigned at birth.  And a cis person is
17  somebody who identifies the same way they were
18  assigned at birth.
19 Q  So if someone says -- and let's suppose you don't
20  know -- there's written correspondence, you're not
21  in the room with the person, you have nothing to
22  observe, but the person says to you, I'm
23  transgender, then do you know that person's gender
24  identity at that moment?
25       DR. CATHERINE BAST:  No, all I know is that

1   they don't identify the same as they were assigned
2   at birth.
3 Q  And how do you know if someone is transgender?
4        DR. CATHERINE BAST:  They tell me.
5 Q  Is there any way to observe through objective
6   evidence whether someone is transgender?
7        DR. CATHERINE BAST:  No.
8 Q  Can someone be transgender but not have gender
9   dysphoria?
10       DR. CATHERINE BAST:  Not in my experience.
11 Q  What is the error rate in diagnosing gender
12  dysphoria?
13       DR. CATHERINE BAST:  I don't know.
14 Q  Have you ever encountered any publications that
15  discuss the error rate of diagnosing gender
16  dysphoria?
17       DR. CATHERINE BAST:  No.
18 Q  Are you aware of any way to look at data or run
19  tests that would tell you about the error rate for
20  diagnosing gender dysphoria?
21       DR. CATHERINE BAST:  No.
22 Q  Is it theoretically possible that gender dysphoria
23  could be erroneously diagnosed?
24       MR. FALK:  And again, I guess I'll object,
25  just insofar as you're asking an expert question of

1   someone who is not an expert.  She can testify from
2   her experience.
3        DR. CATHERINE BAST:  So do you want to go back
4   to your question?  Sorry, I got distracted by Ken.
5 Q  Of course, sorry.
6        I'm wondering if it's -- in your estimation,
7   is it theoretically possible to erroneously
8   diagnose gender dysphoria?
9        DR. CATHERINE BAST:  Not in my experience.
10 Q  It's not possible?
11       MR. FALK:  Again, she answered as to her
12  experience because she's not an expert.  So whether
13  it's possible or not I think is beyond her ability
14  since she's not qualified -- here being qualified
15  as an expert.  She can talk about her experience,
16  which she did.
17 Q  Doctor, anything to add?
18       DR. CATHERINE BAST:  (Negative shake.)
19 Q  Do you worry about erroneous diagnoses in any
20  aspect of your practice?
21       DR. CATHERINE BAST:  Certainly.
22 Q  Such as?  What's an example?
23       DR. CATHERINE BAST:  Well, I -- for example,
24  somebody with diabetes.  I'm concerned that if
25  somebody is diagnosed with type 2 diabetes that it

Page 53

1   may, in fact, be type 1 diabetes.
2  Q  Have you misdiagnosed someone with type 2 diabetes
3     when, in fact, it was type 1?
4        MR. FALK:  And I guess I'll object to that
5     question, since you're asking her possibly if she
6     committed a medical error in an unrelated case to
7     this.  And I guess I'll instruct her not to answer,
8     Tom, just because I don't want her opening herself
9     up to questions of practice competence on other
10    issues.
11       MR. FISHER:  I'm not aware of a privilege that
12    applies here, Ken.
13       MR. FALK:  Yeah, I'm not aware of a privilege
14    either.  However, this is so far afield, and you're
15    asking a professional to answer whether she's ever
16    committed a mistake in diagnoses in previous cases.
17    And I don't see how it's possibly relevant to this.
18    She testified to the fact that she obviously is
19    always concerned about errors and making proper
20    diagnoses.
21       If you want to certify the question, you can.
22    I just don't think it's appropriate.  I can't
23    imagine a lawyer being asked, have you ever made a
24    mistake in a situation where that might hold
25    themselves out for malpractice.  I just don't think

Page 54

1     it's -- it's so far afield.  I'm just going to
2     object.  I apologize, but I just ...
3        MR. FISHER:  No, fair enough.  I'm not
4     interested in having a side battle here.  I'm just
5     trying to get a -- kind of how one goes about a
6     practice when it comes to diagnosing gender
7     dysphoria.
8  BY MR. FISHER:
9  Q  Doctor, let me try this a different way.  You worry
10    about the prospect of misdiagnosis in other
11    contexts besides gender dysphoria; is that fair to
12    say?
13       DR. CATHERINE BAST:  I'm sorry, say it again.
14    I worry about?
15 Q  The prospect of misdiagnosis in areas of your
16    practice other than with respect to gender
17    dysphoria.  The type 1/type 2 diabetes is the
18    example that you gave, and I'm just trying to get a
19    reaffirmation.  You understand it is possible for
20    doctors to make mistakes when they diagnose
21    something; is that fair to say?
22       DR. CATHERINE BAST:  It is possible.
23 Q  Yeah.  And is that true regardless whether the
24    doctor has ever made that mistake before?  Does a
25    doctor, nonetheless, recognize that in the future,

Page 55

1     regardless that there have been no mistakes in the
2     past, that it's possible to have a misdiagnosis?
3        DR. CATHERINE BAST:  No diagnosis is perfect
4     in medicine a hundred percent of the time all the
5     time.
6  Q  Okay.  So you take that into the context of
7     diagnosing gender dysphoria, then; is that correct?
8        DR. CATHERINE BAST:  The difference with
9     gender dysphoria is that the diagnosis itself
10    requires a six-month period.  So gender dysphoria,
11    in order to be given the diagnosis, you need to
12    have demonstrated distress and about gender
13    incongruence for at least six months, which is not
14    the same as the example I gave for diabetes.
15 Q  So that's -- oh, sorry.  I didn't mean to
16    interrupt.
17       DR. CATHERINE BAST:  I think the time frame
18    makes it less likely that there will be a
19    misdiagnosis.
20 Q  Fair enough.  Does it eliminate the possibility of
21    misdiagnosis?
22       DR. CATHERINE BAST:  No.
23 Q  Another terminological issue I'd like to sort out,
24    just because I've run across these terms and I want
25    to make sure I understand a little bit better what

Page 56

1     I'm talking about.  Is there a difference between
2     gender dysphoria or gender incongruence, or are
3     those two different ways of saying the same thing?
4        DR. CATHERINE BAST:  Gender incongruence
5     refers to the difference between what's assigned at
6     birth and the identity.  Gender dysphoria is a
7     diagnosis of the distress over that gender
8     incongruence.
9  Q  Okay.  So is gender incongruence then the same as
10    being transgender?
11       DR. CATHERINE BAST:  People who are
12    transgender have gender incongruence, yes.
13 Q  I mean, is it a hundred percent overlap or are they
14    just two different terms for the same thing?
15       DR. CATHERINE BAST:  I think they're the same.
16 Q  With respect to minors, how do you diagnose a minor
17    with gender dysphoria?
18       DR. CATHERINE BAST:  According to the DSM
19    diagnosis, so --
20 Q  I'm really -- and I'm sorry to interrupt.  I really
21    just mean, practically speaking, within your
22    practice, how do you do it?
23       MR. FALK:  And Tom, are you -- when you say
24    minor, do you mean anyone under the age of 18?  Do
25    you mean an adolescent or child since the --

Page 57

1   there's some differences, or do you want to --
2   MR. FISHER: Well, let's start with the broad
3   question.
4 Q  Are there differences in how you approach the
5   diagnosis depending on the age of the minor?
6   DR. CATHERINE BAST: No. The diagnosis
7   remains the same. I rely on the patient and often
8   the patient's parents to help me understand -- to
9   demonstrate the dysphoria and the length of time.
10 Q I see. Is that then according to the methods set
11   forth in the DSM-5?
12   DR. CATHERINE BAST: Is what?
13 Q I'm sorry, your method for diagnosis.
14   DR. CATHERINE BAST: No, my method for
15   diagnosis is to collect data necessary to give the
16   diagnosis.
17 Q Okay. What is the data necessary?
18   DR. CATHERINE BAST: What the patient and the
19   family tell me.
20 Q About what?
21   DR. CATHERINE BAST: About the patient's
22   gender dysphoria.
23 Q Well, I guess that's my question is what is it that
24   you're asking that gets at the issue of gender
25   dysphoria? What information, what data points are

Page 58

1   you looking for?
2   DR. CATHERINE BAST: In my experience,
3   patients come to me ready to tell me that they have
4   experienced dysphoria with the sex they were
5   assigned at birth. So I'm listening to their
6   story.
7 Q But when they tell you their story, what
8   information are you trying to learn that helps you
9   make a diagnosis?
10   DR. CATHERINE BAST: I'm learning -- I'm
11   asking or I'm looking for their experience of
12   distress and their experience of not being -- their
13   gender identity not being congruent to the one they
14   were assigned at birth.
15 Q What are some examples?
16   DR. CATHERINE BAST: I can -- in my
17   experience, I have children and parents who come
18   into the office and say -- give me a name of a
19   child and say, this child was assigned this at
20   birth, but they have wanted and expressed and
21   repeatedly said that they are not the gender that
22   they were assigned at birth and have, in fact,
23   expressed very clearly that they are -- so yeah,
24   that they are different from the gender they were
25   assigned at birth.

Page 59

1 Q Anything else?
2   DR. CATHERINE BAST: I think that's all I want
3   to say.
4 Q Well, I mean, I guess part of what I'm wondering is
5   do you have a sense of what that means to the minor
6   when they say that?
7   DR. CATHERINE BAST: In my experience, I have
8   children who come in really distressed and tell me
9   emphatically who they are and what their gender
10   identity is.
11 Q Are there any common traits that they are seeking
12   or are troubled by?
13   DR. CATHERINE BAST: I don't understand the
14   question.
15 Q Do you ask the -- when a minor comes in and says, I
16   strongly feel I am not my natal sex, that I am --
17   my gender identity is opposite my natal sex, do you
18   ask follow-up questions?
19   DR. CATHERINE BAST: Certainly.
20 Q What are those questions?
21   DR. CATHERINE BAST: Can you tell me more
22   about that? Can you please tell me what -- explain
23   that more to me. Talk to me about how you
24   experience your gender.
25 Q And what are you looking for in those answers?

Page 60

1   DR. CATHERINE BAST: I am looking for a
2   demonstration of their distress and their gender
3   incongruence lasting longer than six months.
4 Q What would amount to such a demonstration?
5   DR. CATHERINE BAST: It really varies from
6   patient to patient.
7 Q How do you know when you've got enough information
8   to make the diagnosis?
9   DR. CATHERINE BAST: When I -- when I hear
10   evidence of marked distress, of distress that
11   lasts -- in their gender identity and hearing the
12   stress around gender incongruence longer -- lasting
13   longer than six months, then I have enough to make
14   a diagnosis.
15 Q Do you ask anything more specific than, tell me
16   about your feelings of gender dysphoria?
17   DR. CATHERINE BAST: No.
18 Q How do you measure the level of distress that the
19   minor presents with?
20   DR. CATHERINE BAST: I don't have a measure.
21 Q Do you ever wonder if the patients have another
22   cause for their expressed distress that is not
23   where gender dysphoria, gender incongruence, is not
24   the source?
25   DR. CATHERINE BAST: It's pretty clear if

30(b)(6)

Pages 61..64

Page 61

1  somebody has gender incongruence when they're -- if
2  they're expressing that they don't identify as the
3  sex they were assigned at birth.
4  Q  Do you ever try to rule out other causes of their
5     distress?
6        DR. CATHERINE BAST:  Certainly I'm treating
7     the patient in the context, and I treat the whole
8     person.  I'm a family doctor.  So certainly if
9     there are other sources of distress for a patient,
10    we want to address those as well.
11 Q  How do you -- how do you know if it's those other
12    sources versus the gender incongruence that's
13    causing the claim of gender dysphoria?
14       DR. CATHERINE BAST:  I can only go by what the
15    patient and the family tell me.
16 Q  How do you know if a given treatment is,
17    quote/unquote, medically necessary?  And I'm
18    quoting it because it's in paragraph 12 of your
19    declaration.  If you could turn to that, actually,
20    maybe that's a better way to do it.
21       MR. FISHER:  Shawn, can we put -- I'm not sure
22    which one this is.  This is the declaration of
23    Dr. Catherine Bast.
24       MR. FALK:  7.
25       MR. FISHER:  7, thank you.

Page 62

1        SHAWN WEYERBACHER:  One second.
2  Q  So let's turn to paragraph 12.  Doctor, can you see
3     it or do you have it in front of you, paragraph 12?
4        DR. CATHERINE BAST:  I have it in front of me,
5     uh-huh.
6  Q  Okay, great.  So it says, "The puberty-blocking
7     drugs and gender-affirming hormones are provided
8     only where it is medically necessary to do so."
9        And I'm wondering how you know when it's
10    medically necessary to do so.
11       DR. CATHERINE BAST:  Well, there are standards
12    and guidelines for treatment so that -- that I
13    follow.  So puberty-blocking drugs, for example,
14    would be medically necessary in someone
15    experiencing gender dysphoria who is prepubescent
16    and just starting into puberty, up to Tanner stage
17    2.  So then it would be medically necessary to
18    alleviate this person's distress by providing
19    puberty-blocking drugs so that they do not undergo
20    the puberty that's not associated with their gender
21    identity.
22 Q  And hormones?
23       DR. CATHERINE BAST:  And hormones are
24    necessary when somebody has already been through
25    puberty but has gender dysphoria and their body

Page 63

1  does not match the gender that they identify with.
2  And so hormones are used to help redress that
3  balance and change the body to reflect their gender
4  identity.
5  Q  So is it fair to say -- and I don't mean to put
6     words in your mouth, I just want to make sure I've
7     got this.  Is it fair to say that once there's a
8     diagnosis of gender dysphoria, what's medically
9     necessary then really turns on the age and the
10    relationship to Tanner stage 2?  Before Tanner
11    stage 2, it's blockers; if it's after Tanner stage
12    2, it's hormones?
13       DR. CATHERINE BAST:  That sounds correct, yes.
14 Q  What do you do to ensure informed consent among --
15    when it's a minor?  I'm still speaking here of
16    minors.  When it's a minor and you're prescribing a
17    course of treatment, what do you do to ensure you
18    have obtained informed consent?
19       DR. CATHERINE BAST:  I have a long and
20    thorough discussion with the patient, as well as a
21    parent or guardian, about the nature of the
22    treatment, the potential risks and the potential
23    benefits of the treatment.  I answer any questions
24    that they may have.
25 Q  All right.  Let's -- I think we've got -- are we up

Page 64

1  to Exhibit 10 now?  Informed consent for balancing
2  hormones; do we have that document?  There we go.
3        MR. FISHER:  This is 10, I think.  Am I right
4     about that?
5        MR. FALK:  Correct.
6        MR. FISHER:  Razi is nodding his head.  Good.
7        (Deposition Exhibit 10 marked.)
8  Q  Doctor, can you tell me what this document is?
9        DR. CATHERINE BAST:  Yes, this is a document
10    that we provide to folks who are thinking about
11    puberty blockers that has a summary of things that
12    we want to touch on in our discussions about
13    getting informed consent for this procedure.
14 Q  And then -- so we're talking here about children
15    before Tanner stage 2?
16       DR. CATHERINE BAST:  Correct.
17 Q  Any other universe of patients where this would be
18    relevant?
19       DR. CATHERINE BAST:  This treatment is also
20    used for central precocious puberty.
21 Q  Do you use the same form in that context?
22       DR. CATHERINE BAST:  Yes.  Oh, wait.  Yeah.
23 Q  And we're going to come back to that, but for now I
24    want to move to Exhibit 11, which is another
25    consent form.  It says Consent for Hormonal

30(b)(6)

Pages 65..68

Page 65

1  Suppression.
2        (Deposition Exhibit 11 marked.)
3  Q  Doctor, what is this document?
4        DR. CATHERINE BAST:  This is a precursor
5  document to the one that we just saw.
6  Q  What do you mean by that?
7        DR. CATHERINE BAST:  I mean that this was
8  developed for a capstone project that I did in
9  residency and not intended to be used necessarily
10  as something to give to patients.  But it
11  informed -- it informed the one that we used to
12  give to patients.
13  Q  I see.
14        (Deposition Exhibit 12 marked.)
15  Q  All right.  Let's go to 12, Exhibit 12,
16  Transitioning Informed Consent Document.
17        Doctor, what is this?  I'm sorry, go ahead.
18        DR. CATHERINE BAST:  This is also a previous
19  information document that was developed -- that I
20  developed at the end of my residency as part of my
21  capstone project.
22  Q  Is this a document that you use in your practice
23  now?
24        DR. CATHERINE BAST:  No.
25  Q  No?

Page 66

1        MR. FALK:  Can we go off the record for a
2  second?
3        MR. FISHER:  Sure.
4        (Discussion held off the record.)
5  BY MR. FISHER:
6  Q  So let's go ahead and mark the next -- bring up the
7  next one, which is -- I'm sorry, what are we up to,
8  13, the one that says Testosterone?
9        (Deposition Exhibit 13 marked.)
10  Q  There again, Doctor, just go ahead and tell me what
11  this is.
12        DR. CATHERINE BAST:  Well, this is the
13  document, again, that was developed as part of my
14  capstone project in residency as -- and this is
15  used as a guide for the documents that we use now.
16  Q  I see.  Is there anything in the -- for lack of a
17  better term, the capstone documents, is there
18  anything -- notwithstanding you don't use them now,
19  but is there anything in them that you think is
20  incorrect or no longer relevant or inaccurate,
21  anything like that?
22        DR. CATHERINE BAST:  I would have to review
23  them again.  I don't know.
24  Q  All right.  Do you -- when you have a patient that
25  you're treating with, let's -- actually, it doesn't

Page 67

1  matter, either with gender blockers or with
2  hormones, and we're talking about minors here, do
3  you monitor the efficacy of the medications?
4        DR. CATHERINE BAST:  Yes.
5        MR. FISHER:  Oh, Shawn, we can take the
6  exhibit off, I think, for now.
7  Q  How do you do that?  How do you monitor?
8        DR. CATHERINE BAST:  There are different
9  protocols for each treatment.
10  Q  Okay.  Let's start with puberty blockers.  What's
11  the protocol there?
12        DR. CATHERINE BAST:  With puberty blockers, we
13  are monitoring to be sure that puberty is not
14  ongoing.  So we're making sure that they are not
15  continuing to develop signs and symptoms of
16  puberty.  We are monitoring their height and their
17  weight, and we're also monitoring their level of
18  satisfaction with the treatment.
19  Q  How do you know if a given -- if the
20  puberty-blocking treatment is working?
21        DR. CATHERINE BAST:  If the puberty-blocking
22  treatment is working, then they are not developing
23  any secondary sex characteristics associated with
24  the hormone -- the dominant hormone that their
25  organs would produce if they weren't on the

Page 68

1  blockers.
2  Q  Anything else?
3        DR. CATHERINE BAST:  No.
4  Q  How often do you follow up with patients on puberty
5  blockers?
6        DR. CATHERINE BAST:  Every three months, at
7  least, in the first year.  If things are going well
8  and there haven't been any -- yeah, if everything
9  seems to be going well, we can space that out to
10  every six months.
11  Q  And then what about hormones, again, how do you
12  monitor the efficacy?
13        DR. CATHERINE BAST:  So we're looking for
14  development of secondary sex characteristics that
15  are affected by the hormone that we're giving.  We
16  are also monitoring their level of satisfaction
17  with the treatment.  And every three months we are
18  checking labs.
19  Q  What are you checking the labs for?
20        DR. CATHERINE BAST:  Hormone levels, and also
21  we're checking to see if there have been any
22  sequelae from the hormones that sometimes can
23  appear in -- that are only visible in blood work.
24  Q  Sequela such as?
25        DR. CATHERINE BAST:  Such as somebody that's

30(b)(6)

Pages 69..72

Page 69

1  on estrogen, they're likely to have a hemoglobin
2  that goes down, which is normal for folks whose
3  dominant hormone is estrogen.  So we're monitoring
4  that.
5  Q  Any other sequelae that you monitor?
6        DR. CATHERINE BAST:  We are monitoring also
7  the hemoglobin conversely, the hemoglobin rising in
8  folks who are on testosterone.
9  Q  How often do you follow up with the patients on
10    hormones?
11       DR. CATHERINE BAST:  Every three months.
12  Q  Until forever or --
13       DR. CATHERINE BAST:  Until things are --
14  within the first year.  And then if -- after the
15  first year we can space it out to every six months.
16  Q  And those -- every six months follow-up continues
17    for the rest of their lives?
18       DR. CATHERINE BAST:  Eventually, if things
19  seem fine and the levels are -- and all the labs
20  are normal and the dosing is correct, then we can
21  see them once a year.
22  Q  Once a year for the rest of their lives?
23       DR. CATHERINE BAST:  Yes.
24  Q  In your experience, do most patients stick with
25    those follow-up appointments?

Page 70

1        DR. CATHERINE BAST:  Yes.
2  Q  Any that don't?
3        DR. CATHERINE BAST:  Very few.
4  Q  So with the hormones, how do you know that that
5    treatment is working?
6        DR. CATHERINE BAST:  Well, the body of the
7  patient is changing to reflect the gender identity
8  that they have.  And I'm also engaged with the
9  patient about how they're experiencing the
10  treatment.
11  Q  What does that mean?
12       DR. CATHERINE BAST:  That means I'm asking
13  them how are they feeling with the changes.
14  Q  What kinds of answers are you looking for?
15       DR. CATHERINE BAST:  I'm looking to hear from
16  patients if they are having the changes that they
17  expected and at what rate they're having those
18  changes and how they feel about them.
19  Q  Are you assessing their mental health?
20       DR. CATHERINE BAST:  Yes.  I'm a family
21  doctor, so I -- and often these patients are
22  patients that see me as a primary care physician as
23  well.  And so we are assessing their whole being,
24  which includes mental health.
25  Q  What specifically do you ask them to get at their

Page 71

1  mental health?
2        DR. CATHERINE BAST:  There are a couple of
3  standard screening questionnaires that are used
4  across the board in medicine to assess for things
5  like depression and anxiety, and sometimes we use
6  those.  But often it's just asking.  Asking
7  patients to tell me how they are.
8  Q  So you don't always use the standard
9    questionnaires?
10       DR. CATHERINE BAST:  Not always, no.
11  Q  When do you use the standard questionnaires?
12       DR. CATHERINE BAST:  Typically if patients are
13  expressing depression or anxiety, we'll use the
14  questionnaires to characterize that.
15  Q  And then based on the responses you get, what might
16    be the -- I guess your responses as a doctor to
17    those questionnaires?
18       DR. CATHERINE BAST:  So then we need to
19  address the mental health concerns and talk about
20  resources for therapy, talk about the possibility
21  of medications, talk about treating those mental
22  health concerns.
23  Q  You have a mental health counselor at Mosaic; is
24    that right?
25       DR. CATHERINE BAST:  Yes.

Page 72

1  Q  Okay.  At what point does that mental health
2    counselor get involved with the diagnosis and
3    treatment of minors who are gender dysphoric?
4        DR. CATHERINE BAST:  What do you mean, at what
5  point?
6  Q  Well, does the mental health counselor ever get
7    involved with the diagnosis and treatment of a
8    minor who presents with gender dysphoria?
9        DR. CATHERINE BAST:  And by getting involved,
10  you mean?
11  Q  Assessing, evaluating, treating.
12       DR. CATHERINE BAST:  She is capable of it.
13  But I wouldn't be able to tell you, of all the
14  patients that we see, how many -- how many she sees
15  and is involved with.
16  Q  Well, I guess -- so it's not every patient, then?
17       DR. CATHERINE BAST:  No.
18  Q  Not every -- and by that, I mean not every minor
19    that presents with gender dysphoria.
20       DR. CATHERINE BAST:  No.  What I was saying is
21  that not every patient who comes to Mosaic who is a
22  minor with gender dysphoria sees our mental health
23  counselor.
24  Q  Got you.  And what determines whether that patient
25    sees the mental health counselor?

30(b)(6)

Page 73

```
1           DR. CATHERINE BAST:  Patient request.  Some
2     patients already have a therapist that they're
3     seeing and don't need services of our mental health
4     provider.
5   Q  Do all minors who present with gender dysphoria
6      need services from some mental health provider?
7           DR. CATHERINE BAST:  Need in terms of what?
8   Q  Is it part of your protocol that they must see and
9      be treated by and assessed by a mental health
10     provider?
11          DR. CATHERINE BAST:  No.
12          MR. FALK:  And I was just going to object, but
13    too late now, I guess.  But I think at the
14    beginning of this deposition the doctor indicated
15    that as the -- it is within her competence to do
16    basic work in the mental health area with their
17    patients as a family practice doctor.  So I assume
18    your question was whether it's a requirement that
19    they see -- be seen by someone other than the
20    medical professionals here.
21          MR. FISHER:  Yes, that's -- that is exactly
22    right, Ken.
23  Q  And so, Doctor, any change in your answer, then,
24     based on that understanding?
25          DR. CATHERINE BAST:  No.
```

Page 74

```
1   Q  You mentioned earlier that some children present
2      with precocious puberty that -- for whom you
3      prescribe blockers; is that accurate to say?
4           DR. CATHERINE BAST:  Yes.
5   Q  And do you ever see side effects of the blockers,
6      unwanted side effects?
7           DR. CATHERINE BAST:  No.
8   Q  Do you ever encounter transgender minors who
9      present themselves and decide that they don't want
10     puberty blockers?  And I'm talking about pre-Tanner
11     stage 2.
12          DR. CATHERINE BAST:  Well, pre-Tanner stage 2,
13    they're not appropriate.
14  Q  Ah, fair enough.  Okay.  At Tanner stage 2, then,
15     when they would be appropriate, did you ever have a
16     discussion with them and then they decide, you know
17     what, this isn't for me?
18          DR. CATHERINE BAST:  I have patients who are
19    Tanner stage 2 who are not undergoing puberty
20    blocker treatments, yes.
21  Q  Okay.  What -- I guess I'm a little bit surprised.
22     What do you think accounts for that decision?
23          DR. CATHERINE BAST:  It's an individual
24    patient and family decision.  And at this point in
25    time there are patients of mine who have opted not
```

Page 75

```
1     to do puberty blockers.
2   Q  But they have -- do they have gender dysphoria?
3           DR. CATHERINE BAST:  Yes.
4   Q  And how do you treat the gender dysphoria if
5      they're not taking puberty blockers?
6           DR. CATHERINE BAST:  We're not doing any
7     medical intervention for the gender dysphoria in
8     that case.
9   Q  Is there a mental health intervention?
10          DR. CATHERINE BAST:  If there are mental
11    health concerns, yes.
12  Q  So there might be some gender dysphoric at Tanner
13     stage 2 where they're not doing puberty blockers,
14     but there's also no need for mental health
15     intervention?
16          DR. CATHERINE BAST:  I wouldn't be able to
17    tell you without reviewing the charts.
18  Q  What, in your mind, would be a cause for such a
19     person to seek mental health intervention?
20          DR. CATHERINE BAST:  In such a person, you
21    mean?
22  Q  Gender dysphoric at Tanner stage 2, refusing
23     puberty blockers.
24          DR. CATHERINE BAST:  Well, they could have
25    any -- I think there would be lots of reasons that
```

Page 76

```
1     somebody might want mental health.
2   Q  Right.  So not all of them -- but not all of them;
3      right?
4           DR. CATHERINE BAST:  I'm sorry, not all?
5   Q  Gender dysphoric at Tanner stage 2 refusing puberty
6      blockers.  I think you said some of them might have
7      mental health intervention, but not all of them.
8      Am I right?  Is that right?
9           DR. CATHERINE BAST:  That's correct.
10  Q  And what would be the reasons some of them would
11     have mental health intervention?
12          DR. CATHERINE BAST:  I would have to review
13    the charts, I'm sorry.
14          MR. FALK:  I'm sorry, I was going to interpose
15    an objection that she can testify from her personal
16    experience, but she's already said that -- but she
17    answered.  So I apologize.
18  Q  So you don't recall any specific patients that fit
19     that category that --
20          DR. CATHERINE BAST:  No, I don't recall.
21  Q  Okay.  Are there risks involved if you give a child
22     before Tanner stage 2 puberty blockers?
23          DR. CATHERINE BAST:  I don't know the answer
24    to that question.
25  Q  So a child in that position before Tanner stage 2
```

Page 77

1  presents with gender dysphoria.  What treatment do
2  you provide?
3      DR. CATHERINE BAST:  Well, I provide a
4  welcoming space.  I call them by the name they
5  choose.  I call them by the pronouns that they
6  choose.  And I engage in dialogue with the parents
7  and the family about how they interact in the
8  world.
9  Q  Anything else?
10     DR. CATHERINE BAST:  If we're only talking
11  about gender dysphoria, yes.  Remember that I'm a
12  family practice doctor, so ...
13  Q  I am only talking about gender dysphoria when
14  they're too young for puberty blockers.  That's it,
15  nothing else?
16     DR. CATHERINE BAST:  That's correct.
17  Q  So then when the minor is old enough for puberty
18  blockers, what are some of the risks of taking
19  puberty blockers?
20     DR. CATHERINE BAST:  To the best of our
21  knowledge, there are no long-term sequelae from the
22  puberty blockers.  There are some rare instances of
23  people experiencing some side effects related to
24  hormonal dysfunction.  For example, people who go
25  on puberty blockers who have a uterus sometimes

Page 78

1  have one episode of vaginal bleeding, so that can
2  be a side effect.  People who go on puberty
3  blockers might see an increase in nocturnal
4  emissions.  That could be a possible side effect.
5  But those are the ones that are the most common.
6  Q  I take it when you're talking about the vaginal
7  bleeding, you're not talking about with reference
8  to menstruation, something else?
9      DR. CATHERINE BAST:  If the person in Tanner
10  stage -- that we -- yes, yes, I'm talking about
11  vaginal bleeding that's menstrual related.
12  Q  Oh, that's menstrual?
13     DR. CATHERINE BAST:  Yes.
14  Q  And that's a side effect of taking testosterone?
15     DR. CATHERINE BAST:  No, that can be a
16  potential side effect of taking puberty blockers.
17  Q  I'm sorry, of taking puberty blockers, right.  So
18  I'm just a little surprised only because I would
19  have thought, you know, menstruation is what you
20  expect at puberty and so maybe the blocker hasn't
21  had full effect, but that's not really a side
22  effect, is it?
23     DR. CATHERINE BAST:  So in my experience, I
24  have not had any patients with these side effects.
25  What I am telling you is what I read about the use

Page 79

1  of these medicines and the potential side effects
2  that I talk about.
3  Q  Okay, very good.  Let's go back to Exhibit 10.
4  This is the informed consent for balancing hormones
5  document.  Yes, there we go.
6      So under what we know, it says, "We know that
7  long-term blocking of testosterone and estrogen
8  will weaken bones."
9      You see that?
10     DR. CATHERINE BAST:  Uh-huh.
11  Q  Tell me what you know about that statement.
12     DR. CATHERINE BAST:  Based on the use of
13  puberty blockers in children with central
14  precocious puberty, there does seem to be a length
15  of time after which bone development is affected
16  along with the time of being on the medicine.  We
17  don't know exactly what that length of time is, but
18  we suspect it is about three years.
19  Q  Is that -- so this is on this disclosure statement,
20  and I guess I'm wondering, do you structure the
21  treatments with your gender dysphoric minor
22  patients so that they're done with puberty blockers
23  within three years or do you -- is that sort of
24  immaterial to how you structure their treatment?
25     DR. CATHERINE BAST:  It's case -- it's

Page 80

1  individual patient based.
2  Q  So you warn them that maybe there's -- maybe
3  there's this three-year kind of mark that they need
4  to be aware of when deciding whether to then
5  proceed to hormones?
6      DR. CATHERINE BAST:  I warn them that there is
7  some evidence that being on puberty blockers for
8  three years or longer may weaken bones.
9  Q  Do you have a sense of how many of your patients
10  that are on blockers who are gender dysphoric move
11  on to hormones within the three years of using the
12  blockers?
13     DR. CATHERINE BAST:  I don't know time.  No, I
14  couldn't give you a sense of that, no.
15  Q  Is it your practice to have some sort of follow-up
16  conversation at about the three-year mark of using
17  puberty blockers to remind the patient of this
18  risk?
19     DR. CATHERINE BAST:  Yes.
20  Q  Do you have patients that, not withstanding that
21  follow-up conversation and reinforcement of that
22  risk, choose to continue with puberty blockers?
23     DR. CATHERINE BAST:  I couldn't tell you
24  without reviewing all the charts.
25     MR. FALK:  Hey, Tom, it's been about another

Page 81

1  hour or so.  I didn't know what your plans were and
2  how much longer you have and whatnot.
3         MR. FISHER:  Yeah.  Well, we'll -- we will
4  certainly be coming back after lunch.  I think --
5         MR. FALK:  You want to go for another hour,
6  take a break and then have lunch or --
7         MR. FISHER:  Yeah, I'm thinking probably
8  something like that.  Maybe not quite a full hour.
9  But I would like to go a little farther unless
10  somebody needs it -- if anybody needs a bathroom
11  break, that's fine.  But I'd like to otherwise
12  press on.
13         MR. FALK:  Okay.  We're fine here then.
14         MR. FISHER:  Okay.
15  BY MR. FISHER:
16  Q  Doctor, in the context of Exhibit 11, which I
17     understand is not a document you currently use --
18         MR. FALK:  Oh, is that 11?  I'm sorry.
19  There we go.
20  Q  Within 11, and even though you don't continually
21     use it, there was a term that came up, buying time.
22     Where is that?  Can you see that in there?
23         MR. FALK:  Can you point it out if you know
24  where it is, Tom?
25         MR. FISHER:  I'm looking for it.  I have it in

Page 82

1  my notes.
2         MR. FALK:  Oh, yeah, second -- third sentence.
3         MR. FISHER:  Third sentence, okay.  Yeah,
4  there it is, in order to buy time.
5  Q  Doctor, what do we mean -- what do you mean by
6     that?
7         DR. CATHERINE BAST:  I mean that it gives
8  the -- it gives relief to the patient to not have
9  to go through the puberty that isn't associated
10  with their -- with their gender identity.
11  Q  Well, okay.  I guess I'm wondering about the nature
12     of the gender dysphoria again and does gender
13     dysphoria in your prepubertal patients -- and maybe
14     those who are sort of approaching but not quite yet
15     at Tanner stage 2 or maybe right at Tanner stage 2,
16     I'm still uncertain exactly how much window we have
17     to work with there, but that they're eligible for
18     puberty blockers.  Do they all have the same, I
19     guess manifestation of gender dysphoria as it
20     relates to puberty?  Do they all fear puberty in
21     the same way?
22         DR. CATHERINE BAST:  In my experience, yes.
23  Q  Is there any other way that they -- that their
24     gender dysphoria has some kind of concrete
25     manifestation?

Page 83

1         DR. CATHERINE BAST:  I'm sorry, I don't
2  understand the question.
3  Q  I know.  It's really -- I'm having a hard time
4     articulating it.  They're afraid of puberty, but is
5     there something else about their gender identity as
6     it relates to their natal sex that gives them
7     distress?
8         DR. CATHERINE BAST:  Well, in my experience,
9  patients who come to me in this situation, so
10  pre-Tanner stage 2, they are already living in a
11  social capacity and with their name and their
12  pronouns as the gender that they identify with.
13  Otherwise, there would be significant distress.  Or
14  they describe to me significant distress before
15  they started to live that way.
16  Q  Would a physician -- would a physician ever need to
17     prescribe cross-sex hormones to a non-transgender
18     minor?
19         DR. CATHERINE BAST:  Could you describe what
20  you mean by "cross-sex hormones"?
21  Q  Yeah, would a physician ever need to prescribe
22     estrogen to a natal male that wasn't transgender?
23         MR. FALK:  And again, I'm going to object.
24  That's asking for an expert opinion.  She can
25  certainly testify as to whether she has ever -- or

Page 84

1  under circumstances where she would ever, if that's
2  the case.  But I don't think she can opine as to
3  what other doctors might, given her -- that she's
4  not being qualified as an expert.
5         DR. CATHERINE BAST:  I have never -- I
6  don't -- in my experience, I have not -- I have not
7  prescribed estrogen to someone assigned male at
8  birth for any other reason.
9  Q  And what about testosterone for someone -- a natal
10     female who is not transgender?
11         DR. CATHERINE BAST:  I have not prescribed
12  testosterone for anyone assigned female at birth as
13  a -- yeah, for any other reason.  A youth for any
14  other reason than gender dysphoria.
15  Q  With testosterone for natal females, what unwanted
16     side effects might occur?
17         DR. CATHERINE BAST:  I don't know what you
18  mean by "unwanted."
19  Q  Well, I'm trying to distinguish between the
20     outcomes that they want, and which I assume are
21     secondary sex characteristics, and any outcomes
22     that may likely occur but that they don't want, I'm
23     just wondering if there's anything that comes up
24     with using testosterone on natal females that is
25     unwanted as a result.

Page 85

1         DR. CATHERINE BAST:  The only potential side
2    effect that we watch for is this rising of the
3    hemoglobin level that I talked about before.
4  Q  And what do you do to treat that if that happens?
5         DR. CATHERINE BAST:  Moderate the dose.
6  Q  What is the risk of having too much hemoglobin?
7         DR. CATHERINE BAST:  There would be a point at
8    which a hemoglobin level would be too high that
9    would make a blood more coagulable.  And so we need
10   to keep it within the range of normal.
11 Q  Okay.  So switching over, then, to estrogen for
12   natal males.  Any side effects that need to be
13   treated sometimes?
14        DR. CATHERINE BAST:  We're looking -- I have
15   had a few natal females with a co-existing
16   coagulation disorder develop a blood clot on
17   estrogen.  Those are adults.
18 Q  Okay.  You said natal female, and I was wondering
19   about natal males on estrogen.
20        DR. CATHERINE BAST:  So folks who were
21   assigned male at birth who are on estrogen, that's
22   who I was talking about.  I've had -- yeah.
23 Q  Okay.  So do you tell your minor natal male
24   patients who may go on estrogen, who are seeking to
25   go on estrogen, that if they later decide to stop

Page 86

1    and to -- I don't know, just to stop the estrogen,
2    that they may, notwithstanding that, not produce
3    mature sperm?
4         DR. CATHERINE BAST:  I tell them that's
5    possible, yes.
6  Q  What is the likelihood that estrogen treatments may
7    cause permanent sterility in a natal male?
8         DR. CATHERINE BAST:  I don't know what the
9    data says on that.
10 Q  So going back to the document, I know it's not one
11   that you use in practice, but the one that says
12   Testosterone for Transgender Clients -- I sort of
13   lost track of which one this is.
14        MR. FISHER:  Oh, it's 13.
15        MR. FALK:  13.
16 Q  13.  Oh, I'm sorry, I had the wrong document.  So
17   back to Dr. Bast's declaration.
18        MR. LANE:  It should be Exhibit 7.
19        MR. FISHER:  Great, thank you.
20 Q  In paragraph 27 on page 6 of that declaration.  So
21   the last sentence, the first clause says, "There
22   are no protocols that define how to stop
23   gender-affirming hormones."
24        So, I mean, you had one patient, right, that
25   wanted to do that; is that right?

Page 87

1         DR. CATHERINE BAST:  Correct.
2  Q  And what was the protocol?  What did you do?
3         DR. CATHERINE BAST:  They did it on their own.
4    They didn't follow a protocol.  They didn't --
5    yeah.
6  Q  Did that person continue to see you during that
7    process?
8         DR. CATHERINE BAST:  They saw me after they
9    had stopped, yes.
10 Q  Oh, do you know how long after they stopped?
11        DR. CATHERINE BAST:  No, I'm sorry.  I'd have
12   to review the chart.
13 Q  Okay.  And do you tell your patients that are going
14   to go on hormones that there are no protocols
15   defining how to stop if they eventually wish to
16   stop?
17        DR. CATHERINE BAST:  I have not said that
18   specifically, no.
19 Q  So estrogen treatments for natal males, I want to
20   ask you about some specific risks, just -- again,
21   I'm just wondering if you know about these risks.
22   Any risk of stroke?
23        DR. CATHERINE BAST:  It is a theoretical risk
24   of stroke, yes.
25 Q  Risk of elevated blood pressure?

Page 88

1         DR. CATHERINE BAST:  There is a theoretical
2    risk of that, yes.
3  Q  Risk of gallstones or gallbladder surgery?
4         DR. CATHERINE BAST:  There is the theoretical
5    risk of that, yes.
6  Q  The risk of effects on bone development?
7         DR. CATHERINE BAST:  Theoretically, yes.
8  Q  And we've talked already the risk of lower sperm
9    count later in life.  Do you tell your patients
10   about all those risks?
11        DR. CATHERINE BAST:  Yes.  They're part of our
12   conversation.
13 Q  Okay.  Talk about -- let's talk about testosterone
14   for natal females.  What about risks to bone
15   development; are there risks?
16        DR. CATHERINE BAST:  Theoretically, yes.
17 Q  Risks for high blood pressure?
18        DR. CATHERINE BAST:  Theoretically, yes.
19 Q  Risks to the development of eggs later in life?
20        DR. CATHERINE BAST:  Theoretically, yes.
21 Q  Risks of psychological behaviors or conditions
22   related to the testosterone?
23        DR. CATHERINE BAST:  Theoretically, yes.
24 Q  Do you advise your natal female patients seeking to
25   go on testosterone of all those risks?

30(b)(6)

Page 89

1    DR. CATHERINE BAST:  They're all part of our
2  discussion, yes.
3 Q  Are there any other physiological risks for either
4    of those treatments, either testosterone for natal
5    females or estrogen for natal males, that we
6    haven't talked about?
7    DR. CATHERINE BAST:  No, I don't believe so.
8 Q  Are there any other psychological risks for either
9    of those treatments that we haven't talked about?
10    DR. CATHERINE BAST:  No, I don't believe so.
11 Q  So when you've got a transgender minor that's gone
12    through -- maybe they've been through puberty
13    blockers and they -- I don't know, I guess I'm
14    wondering, at some point you're having
15    conversations, I assume, about cross-sex hormones.
16    Maybe you don't have a -- you know, maybe the
17    timeline is all over the place on very individual
18    dependent, but do you ever encounter a minor who
19    says, you know, I just don't want cross-sex
20    hormones?
21    DR. CATHERINE BAST:  Not in my experience.
22 Q  Are there any situations for gender dysphoric
23    minors where puberty blockers or cross-sex hormones
24    would always be inappropriate.
25    DR. CATHERINE BAST:  There are medical

Page 90

1  contraindications to estrogen and testosterone.  So
2  estrogen in medically contraindicated in somebody
3  who has a known estrogen sensitive cancer.  And
4  testosterone is medically contraindicated in
5  pregnancy and in somebody who has a known
6  testosterone sensitive cancer.
7 Q  In those circumstances, what treatment for gender
8    dysphoria is available?
9    DR. CATHERINE BAST:  In that circumstance, it
10    would be similar to the treatment available to all
11    transgender people that we call them by the -- we
12    create a welcoming space and we call them by the
13    name that they choose.  We use the hormones that
14    they choose.
15 Q  Well, but I think did you say hormones?  Because I
16    thought that's what we were talking about.
17    DR. CATHERINE BAST:  Pronouns.  Sorry,
18    pronouns that they choose.
19 Q  Do you offer any sort of mental health treatment?
20    DR. CATHERINE BAST:  In the context of a
21    family practice office, that's always available,
22    yes.
23 Q  Have you actually -- and maybe you -- I don't know,
24    were you speaking theoretically or have you had
25    patients who have had those contraindications?

Page 91

1    DR. CATHERINE BAST:  I have not.
2    MR. FALK:  How are we doing for a break, Tom?
3    MR. FISHER:  Yeah, just a little bit more and
4    then we can break, if you can bear with me.
5 Q  All right.  Paragraph 26 of your declaration, the
6    penultimate sentence says, "The inability to obtain
7    this treatment" -- and in here I think we're
8    talking both blockers and hormones -- "the
9    inability to obtain this treatment will cause
10    anxiety, depression, stress, and suicidality."
11    You see that?
12    DR. CATHERINE BAST:  Yes.
13 Q  And I'm wondering, what is the basis for that
14    belief?
15    DR. CATHERINE BAST:  It's my experience, both
16    of my encounters with youth prior to treatment and
17    also my conversations with youth currently about
18    the possibility of treatment being outlawed.
19 Q  Have you had -- have you experienced patients who
20    have been on blockers and stopped and experienced
21    this symptoms?
22    DR. CATHERINE BAST:  No.
23 Q  Have you had patients or minors who were on
24    hormones and stopped because they experience these
25    symptoms?

Page 92

1    DR. CATHERINE BAST:  No.
2 Q  The term "gender-affirming surgery," does that term
3    mean something to you?
4    DR. CATHERINE BAST:  You're asking me to
5    define it.
6 Q  Yeah, it's a term that I'm just wondering if you
7    have a -- yeah, what does it mean?  There you go.
8    DR. CATHERINE BAST:  Gender-affirming surgery,
9    as I understand it, is surgical interventions to
10    change the body so that it matches the gender of
11    the identity of the patient.
12 Q  Well, specifically we already talked about I think
13    what you described as top surgery.  So that's one,
14    I suppose; is that right?
15    DR. CATHERINE BAST:  Yes, chest reconstruction
16    surgery.  Yes, top surgery, uh-huh.
17 Q  Okay.  What are other examples of gender-affirming
18    surgery?
19    DR. CATHERINE BAST:  Metoidioplasty,
20    vaginoplasty, phalloplasty, tracheal shave, breast
21    augmentation, facial feminization surgery.
22 Q  Anything else?
23    DR. CATHERINE BAST:  Those are the only ones I
24    can think of off the top of my head.
25 Q  Okay.  Is gender-affirming surgery ever appropriate

Page 93

1  for minors?
2      MR. FALK:  Again, it's asking as an expert.
3  She can answer as to her own personal experience or
4  what she knows as a doctor, but I don't think she
5  can give an expert opinion as to what is
6  appropriate and what is not appropriate.
7      Having said that, you can answer.
8      DR. CATHERINE BAST:  In my experience, I don't
9  have any youths who have had gender-affirming
10 surgery in Indiana.
11 Q  Okay.  Well, I'm wondering if youths
12     stressed a desire to have gender-affirming surgery
13     before the 18th --
14     DR. CATHERINE BAST:  I have had --
15     MR. FALK:  Let him finish.
16     DR. CATHERINE BAST:  Okay, sorry.
17     MR. FALK:  You're good.
18     DR. CATHERINE BAST:  Before the age of 18,
19 yes, I have had patients who have expressed a
20 desire to have gender-affirming surgery when they
21 are at a time when they are not yet 18 years old.
22 Q  And have you found that that treatment would be
23     appropriate for those patients?
24     DR. CATHERINE BAST:  It hasn't been available,
25 so I haven't had that experience.

Page 94

1  Q  What do you mean, it hasn't been available?
2      DR. CATHERINE BAST:  My patients have -- under
3  the age of 18 have not been able to have any
4  surgical interventions.
5  Q  Why?
6      DR. CATHERINE BAST:  Well, in Indiana there
7  isn't anybody doing gender-affirming surgery for
8  anybody under the age of 18.
9  Q  Including at Mosaic?
10     DR. CATHERINE BAST:  Correct.  We do not do
11 surgery.
12 Q  Do you have any plan to start doing
13     gender-affirming surgery in the future?
14     DR. CATHERINE BAST:  No.
15 Q  Do you make referrals for surgical interventions,
16     for this -- for gender-affirming surgery?
17     DR. CATHERINE BAST:  Yes.
18 Q  And have you made referrals for minors seeking
19     gender-affirming surgery?
20     DR. CATHERINE BAST:  No.
21 Q  Why not?
22     DR. CATHERINE BAST:  Because it's not
23 available.
24 Q  Well, I mean, you could refer it to somebody out of
25     state, couldn't you?

Page 95

1      DR. CATHERINE BAST:  I haven't ever done that.
2  Q  Why not?
3      DR. CATHERINE BAST:  In my experience, it
4  hasn't come up.
5  Q  You haven't ever said, well, nobody in Indiana does
6     gender-affirming surgery on minors, but I can refer
7     you to somebody, I don't know, in Michigan or
8     Illinois or Ohio?
9      DR. CATHERINE BAST:  No.  It hasn't come up.
10 Q  I guess I'm wondering, when it comes to referrals,
11     are you the one that brings it up or are the
12     patients the ones that bring it up?
13     DR. CATHERINE BAST:  I follow a patient's
14 lead.
15 Q  Is that true in all situations or only with respect
16     to gender dysphoria and surgery?
17     DR. CATHERINE BAST:  Especially in regards to
18 gender dysphoria and surgery, I am not -- I follow
19 the patient's lead.
20 Q  Why is that?
21     DR. CATHERINE BAST:  Because it's their body.
22 Q  Well, but you said especially.  It's always their
23     body.  But you said "especially" in this context.
24     And I'm wondering why "especially" in this context.
25     DR. CATHERINE BAST:  I misspoke.  I don't

Page 96

1  think there's any situation in which I would not
2  follow a patient's lead on their desire for
3  surgery.
4  Q  Well, what about any other treatment that you don't
5     offer at Mosaic that the patient is interested in,
6     do you ever initiate a conversation about referral?
7      DR. CATHERINE BAST:  I can't recall that I do.
8  Q  But if a patient brings it up, you have some
9     ability or you have some places that you're aware
10     of where you can refer patients, in general?
11     DR. CATHERINE BAST:  If somebody brings it up,
12 then we'll talk about what I know and the
13 possibilities of referral, if there are
14 possibilities.
15     MR. FALK:  And I'm just going to interpose an
16 objection as to I've lost track of what "it" is
17 because we started off talking about general
18 surgery, and then I don't know that we're talking
19 specifically about with transgender issues, so ...
20     MR. FISHER:  That's fine, Ken, I'll refocus
21 here.
22 Q  With respect to gender-affirming surgery on minors,
23     if a patient brings up and wants a referral, do you
24     have places to refer?
25     DR. CATHERINE BAST:  I could find them.  I

Page 97

1    haven't ever done it.
2  Q  Oh, okay.  So you've never had to vet any possible
3     places to refer patients for that?
4        DR. CATHERINE BAST:  Not for youth.
5  Q  And what about for adults?
6        DR. CATHERINE BAST:  I do have -- I have
7     provided referrals for adults wanting
8     gender-affirming surgery.
9  Q  Referrals out of state?
10       DR. CATHERINE BAST:  If they desire, yes.
11 Q  Would you refer youth to the same places?
12       DR. CATHERINE BAST:  It's a completely
13    different surgical practice, so no, not
14    necessarily.
15 Q  Why is it a completely different surgical practice?
16       DR. CATHERINE BAST:  Well, generally -- in
17    general, in my experience, surgeons who operate on
18    adults are not necessarily the same ones who are
19    going to operate on youth.
20 Q  With respect to gender-affirming surgery?
21       DR. CATHERINE BAST:  Well, with respect to
22    surgery in general.
23 Q  Surgery in general.  Do you know that to be the
24    case with respect to gender-affirming surgery or
25    you're just assuming it's like other surgeries?

Page 98

1        DR. CATHERINE BAST:  I don't know for certain.
2        MR. FISHER:  Okay.  I think that's a good
3     place to take a break for lunch.
4        DR. CATHERINE BAST:  Thank you.
5        (Lunch recess taken.)
6  BY MR. FISHER:
7  Q  So let's go back to Exhibit 10, if we can, please.
8     This is the informed consent document.
9        Doctor, now my understanding is this is the
10    informed consent document you use for puberty
11    blockers; is that right?
12       DR. CATHERINE BAST:  Yes.
13 Q  Do you use a different document for informed
14    consent when it comes to hormones?
15       DR. CATHERINE BAST:  Yes.
16 Q  I guess I don't think we have that since what
17    Gavin -- not just Gavin, but others, since what
18    your lawyers sent are documents that you don't use.
19    I guess I don't think we have --
20       MR. FALK:  Can we go off the record for a
21    second, Tom?
22       MR. FISHER:  Yeah.
23       (Discussion held off the record.)
24 BY MR. FISHER:
25 Q  Doctor, I want to talk a little bit about some of

Page 99

1     the -- I guess some of the disclosures and
2     pretreatment assessments, you know, we'll hopefully
3     get the informed consent docs in due course here
4     and we can bring those in.  But at the moment,
5     we'll just go based on your memory or your
6     understanding.
7        When a minor comes in and presents with gender
8     dysphoria, do you -- is part of your informed
9     consent process to give the minor and the parents
10    literature about gender dysphoria and possible
11    treatments, or is it merely an oral conversation
12    where you make your disclosures?
13       DR. CATHERINE BAST:  The literature that we
14    give is what we provided you.
15 Q  Oh, okay.  So like the guide for the parents and
16    that sort of thing?
17       DR. CATHERINE BAST:  Uh-huh.
18 Q  Okay.  What information do you provide -- and this
19    is one where I'm not entirely sure who -- whether
20    this is going to be Mixhi or Dr. Bast, but I'm
21    wondering about information about -- concerning
22    Medicaid reimbursements for puberty blockers and
23    hormones.
24       MIXHI MARQUIS:  There's no -- there's no
25    information that we give.  If someone's covered by

Page 100

1     Medicaid, we -- it's simply our normal process,
2     yeah, of consent to bill, to bill Medicaid.
3  Q  What about insurance?
4        MIXHI MARQUIS:  Insurance as well.
5  Q  Same.  Same thing, yeah.
6        Do you -- Doctor, do you think of puberty
7     blockers to be experimental?
8        DR. CATHERINE BAST:  No.
9  Q  Do you think of hormones for gender dysphoria to be
10    experimental?
11       DR. CATHERINE BAST:  We have used estrogen and
12    testosterone treatment for years.  No.
13 Q  You've used them -- okay, but I'm talking, just to
14    be clear, specifically in the context of gender
15    dysphoria.
16       DR. CATHERINE BAST:  No, this treatment has
17    been -- is standard medical practice for the
18    diagnosis of gender dysphoria.
19 Q  Is that true with respect to minors?  Is it
20    experimental with respect to minors?
21       DR. CATHERINE BAST:  It's still the standard
22    of care with minors.
23 Q  Do insurance companies pay the claims for puberty
24    blockers and hormones for gender dysphoria?
25       DR. CATHERINE BAST:  To the best of my

Pages 101..104

Page 101

1    knowledge, yes.
2  Q  If the insurance companies thought of those
3     treatments as experimental, would they pay those
4     claims?
5         MR. FALK:  I guess I'll just interpose an
6     objection just because I don't know how the witness
7     can testify as to what insurance companies do.  But
8     maybe she knows.  I don't know what insurance
9     companies do.
10        DR. CATHERINE BAST:  Yeah, I don't know.
11 Q  Mixhi, do you know?
12        MIXHI MARQUIS:  No, I do not know.
13 Q  Have you ever had any sort of insurance claim
14    denied on the grounds that it was an experimental
15    treatment?
16        MR. FALK:  And Tom, are you asking for
17    anything?
18        MR. FISHER:  For anything, yeah.
19        DR. CATHERINE BAST:  Not to my knowledge, no.
20        MIXHI MARQUIS:  Not to my knowledge.
21 Q  You know, I think at this point we can just go into
22    the M.R. medical records.
23        MR. FISHER:  So I'm sorry, is this 12?  13?
24    14?  14.
25        (Deposition Exhibit 14 marked.)

Page 102

1  Q  Doctor, do you have the full document, the full
2     medical record document in front of you?
3         DR. CATHERINE BAST:  I do.
4  Q  Okay.  And I take it, at least as to the cover
5     sheet, it matches what's up on the screen?
6         DR. CATHERINE BAST:  Yes.
7  Q  Okay.  Can you identify this document, please.
8         DR. CATHERINE BAST:  Yeah, this is the medical
9     record for patient --
10 Q  Just use initials.  Initials, please.
11        DR. CATHERINE BAST:  -- M.R., date of birth
12    9-18-2007.
13 Q  As you leaf through it, does it look like the
14    complete and accurate medical record?
15        DR. CATHERINE BAST:  Yes, it does.
16 Q  All right.  When did M.R. first come to Mosaic?
17        DR. CATHERINE BAST:  Early May 2023.  No, that
18    was the date it was printed.  Sorry.  First
19    appointment -- I'm trying to see if this is in --
20    it's in reverse chronological order.  First
21    appointment was February 17, 2023.
22 Q  So who saw M.R. on that first appointment?
23        DR. CATHERINE BAST:  I did.
24 Q  Did anybody see M.R. before you did at Mosaic?
25        DR. CATHERINE BAST:  No.

Page 103

1  Q  So were you the first person to observe gender
2     dysphoria symptoms in M.R.?
3         DR. CATHERINE BAST:  Are you asking at Mosaic
4     or --
5  Q  I'm sorry, at Mosaic, yes.
6         DR. CATHERINE BAST:  At Mosaic, yes.
7  Q  Yes, okay.  What were those symptoms that you
8     observed?
9         DR. CATHERINE BAST:  Well, I want to clarify
10    that they came to me with a diagnosis of gender
11    dysphoria.
12 Q  Oh, okay.  Thank you.  Where was that diagnosis
13    made?
14        DR. CATHERINE BAST:  That was made at Michiana
15    Behavioral Health on their inpatient stay.
16 Q  And when was that made?
17        DR. CATHERINE BAST:  Discharge from that
18    facility was, it looks like, February 3rd.  So I
19    don't know if that was the same day as the
20    diagnosis, but that was the discharge.
21 Q  And then, I'm sorry, what day did M.R. present at
22    Mosaic?
23        DR. CATHERINE BAST:  February 17th.
24 Q  So two weeks between the two?
25        DR. CATHERINE BAST:  Approximately, yes.

Page 104

1  Q  Yeah, okay.  But still, did you observe symptoms of
2     gender dysphoria with M.R.?
3         DR. CATHERINE BAST:  I did.
4  Q  What were those symptoms that you observed?
5         DR. CATHERINE BAST:  They came to me
6     indicating that they had been -- they had felt for
7     most of their childhood life that they were a boy
8     and that since puberty, and especially since this
9     year in school, were experiencing significant
10    distress based on not being treated and not being
11    identified by other people as a boy.
12        They reported to me that they had had suicidal
13    ideation related to this and that they were
14    inpatient at Michiana Behavioral Health because the
15    suicidality was significant enough that it was felt
16    that they weren't safe -- that they needed
17    hospitalization in order to get them started on
18    treatment and keep them safe.
19        And so part of their discharge planning from
20    this inpatient psychiatric facility was to seek
21    care at Mosaic for -- to seek treatment for their
22    gender dysphoria.  And they reported to me
23    significant depression and previous history of
24    self-harm related to their distress over not having
25    a body that reflected their gender identity.

Page 105

1  Q  Any -- so you mentioned -- did you say severe
2     depression or significant?  I can't remember which
3     word you used.
4        DR. CATHERINE BAST:  I don't remember which
5     word I used either.
6  Q  Are they different or are they the same, roughly?
7        DR. CATHERINE BAST:  At the Michiana
8     Behavioral Health, I believe they were diagnosed
9     with major depressive disorder.  I'm just
10    confirming that.
11 Q  Okay.  Any other psychological symptoms that M.R.
12    presented with other than major depressive
13    disorder?
14       DR. CATHERINE BAST:  They came to me also
15    having had a previous diagnosis from another
16    pediatric office of attention deficit hyperactivity
17    disorder.  But we didn't address that at their
18    first visit.
19 Q  Could you observe any symptoms connected to ADHD?
20       DR. CATHERINE BAST:  Not at that first visit,
21    no.
22 Q  Did you later?
23       DR. CATHERINE BAST:  Later I did, yes.
24    Subsequent visits I did.
25 Q  What symptoms of ADHD did you observe later?

Page 106

1        DR. CATHERINE BAST:  Inability to pay
2     attention to questions and difficulty in focusing
3     on the task at hand.  A reported loss of keys and
4     phone and ID on multiple occasions.  Those are the
5     ones that I remember.
6  Q  So M.R. had presented with a prior diagnosis of
7     gender dysphoria; correct?
8        DR. CATHERINE BAST:  Yes.
9  Q  And then in your, I guess your role, what did you
10    think your role was at that point when M.R.
11    presented?  What were you -- what did you need to
12    do?
13       DR. CATHERINE BAST:  Well, as I understood it,
14    I was being -- I was being asked to follow up for
15    two reasons, to be their primary care provider,
16    which they were without one for a while; and also
17    to consult and provide treatment for gender
18    dysphoria.
19 Q  Did you see it as your role to make your own
20    independent assessment of gender dysphoria?
21       DR. CATHERINE BAST:  As I would do with any
22    patient coming to my office, I would do a review of
23    their materials from other doctors that we had
24    collected.  And yes, I do feel like it is my role
25    to confirm and support the diagnoses given by other

Page 107

1     people after review of the documents and the notes
2     provided.
3  Q  Well, what if you couldn't confirm it?
4        DR. CATHERINE BAST:  I'm sorry, I'm not sure
5     what you're asking.
6  Q  Well, there was a prior diagnosis.  The patient
7     presents.  You think it's your job to confirm,
8     which I guess I'm -- maybe I'm not quite sure what
9     you mean by "confirm."  Do you think that you have
10    a role in second-guessing that earlier diagnosis?
11       MR. FALK:  And again, Tom, just you're asking
12    kind of the hypothetical patient, not in this case
13    where --
14       MR. FISHER:  That's right.
15 Q  Well, yeah, I mean, I think it is this case, but
16    it's every case where somebody comes in with a
17    diagnosis, and particularly a diagnosis of gender
18    dysphoria.  Do you have a role to play in
19    second-guessing that earlier diagnosis.
20       DR. CATHERINE BAST:  I wouldn't call it
21    second-guessing, but I have -- I do have a
22    responsibility in the ethical care of my patient to
23    collect as much information as available to me and
24    use all that information in making a determination
25    of the right care plan for this patient.

Page 108

1  Q  Even if that right care plan is that this person
2     does not have gender dysphoria?
3        DR. CATHERINE BAST:  I'm treating each patient
4     in front of me with the information that I'm given
5     and with what they -- and with what they tell me,
6     yes.
7  Q  Do you acknowledge that it's possible that somebody
8     with a previous diagnosis of gender dysphoria could
9     present to you and you might disagree with that
10    diagnosis?
11       DR. CATHERINE BAST:  It's hypothetically
12    possible, yes.
13 Q  So when you saw M.R. and M.R. conveyed the story
14    that -- about -- I don't mean -- I don't mean that
15    pejoratively, I just mean the back -- you know, the
16    backstory, you were taking that and processing it
17    and coming to your own conclusion about gender
18    dysphoria?
19       DR. CATHERINE BAST:  Yes.  I take all the data
20    that I have into consideration.  The data from M.R.
21    Also from the parents, uh-huh.
22 Q  Well, what did you learn from the parents about
23    M.R. and gender dysphoria here?
24       DR. CATHERINE BAST:  Well, they indicated that
25    M.R. had expressed for many years that their gender

Page 109

1  identity was not congruent with their sex assigned
2  at birth and that they had witnessed puberty
3  increasing distress and suicidal ideation and
4  self-harming behavior in M.R.
5  Q  So did you come to a conclusion about -- I guess
6     the time -- length of time with which M.R. had been
7     dealing with gender dysphoria?
8        DR. CATHERINE BAST:  In conversation with M.R.
9     and the parents, it was clear that this was ongoing
10    for a number of years.
11 Q  Okay.  Is that -- anything more precise than that
12    or just "a number of years"?
13       DR. CATHERINE BAST:  That was what I heard.
14    That was -- uh-huh.
15 Q  Did they give you anything more specific about
16    their first observations of M.R.'s gender
17    dysphoria, how that manifested itself?
18       DR. CATHERINE BAST:  No, they didn't at that
19    point.  They were more focused on the worsening of
20    it by puberty.
21 Q  So do you know who at the hospital made the
22    diagnosis of M.R. as gender dysphoric?
23       DR. CATHERINE BAST:  I can only tell you who
24    signed the psychiatric evaluation.
25 Q  Who was that?

Page 110

1        DR. CATHERINE BAST:  Teresa Benefit, APN.
2  Q  Do you know that person?
3        DR. CATHERINE BAST:  No, I do not.
4  Q  So you don't know whether that person has training
5     in child and adolescent developmental psychology?
6        DR. CATHERINE BAST:  I do not know their
7     training, no.  I do know they work at a child and
8     adolescent inpatient psychiatric facility.
9  Q  And I guess, I don't know, it's been long enough
10    since we've talked about your education and
11    training, I want to go back to this, but do you
12    have training in child an adolescent developmental
13    psychology and psychopathology?
14       DR. CATHERINE BAST:  Within the scope of
15    family medicine, yes.
16 Q  What do you mean, "within the scope of family
17    medicine"?
18       DR. CATHERINE BAST:  What I mean is that as a
19    family physician, I am educated in and qualified to
20    treat all myriad of disorders, many disorders and
21    many health concerns from childhood through
22    adulthood.  And a basic understanding of
23    psychopathology is included in that training.  And
24    we are also trained to do psychiatric triage and
25    prescribe medicines to treat psychiatric disorders.

Page 111

1  Q  All right.  So let's turn to page 3.  It says
2     page 3 of 34 in this Exhibit 14.
3        So can you tell me what this page is doing?
4        DR. CATHERINE BAST:  Page 3 of 34?
5  Q  Yes.
6        DR. CATHERINE BAST:  This is what we call the
7     face sheet, so it has basic demographics on the
8     patient, a problem list, a medications list, and
9     then it moves into some history, history questions.
10 Q  Is it important for the information on this page to
11    be accurate?
12       DR. CATHERINE BAST:  We strive for accuracy,
13    yes.
14 Q  So under "Problems," do you see it says, "Gender
15    dysphoria - onset 2-15-23"?
16       DR. CATHERINE BAST:  That date is the first
17    time it was mentioned in our medical record.
18 Q  But is there anywhere in this record that it shows
19    the, I guess, more accurate onset date that number
20    of years record?
21       DR. CATHERINE BAST:  I guess the place that
22    it's diagnosed or that it's listed is in the
23    psychiatric evaluation from Michiana Behavioral
24    Health.
25 Q  Which page is that?

Page 112

1        DR. CATHERINE BAST:  Which is 31 of 34 --
2     sorry.  30, 30 of 34.
3  Q  30 of 34.
4        DR. CATHERINE BAST:  That's the earliest date
5     that we have.
6  Q  Is that at the bottom?
7        DR. CATHERINE BAST:  Under "Admitting
8     Diagnoses," yes.
9  Q  And this date is 2-3-23?
10       DR. CATHERINE BAST:  That's the first record
11    we have available, yes.
12 Q  So back on page 3, it says "Medications."  Some of
13    this I recognize.  Some I don't.  Can you just go
14    through each of these and tell me what they're
15    telling us?
16       DR. CATHERINE BAST:  Yes.  So the syringes,
17    the 3 milliliter by 22 gauge and one half, those
18    are for injection of testosterone.  The syringe
19    with 3 milliliter and 18 gauge and 1 and a half
20    needles, those are to draw up the testosterone from
21    the vial.  Fluoxetine is a medication that's used
22    to treat depression.  Guanfacine is a medication
23    that's used to treat ADHD.  And then testosterone.
24 Q  No record of vaccines; is that what it says?
25       DR. CATHERINE BAST:  That's correct.  There

30(b)(6)

Pages 113..116

Page 113

1    must not have been -- they must not have been in
2    the CHIRP system, which is what auto populates into
3    our system when somebody new, a new child is here.
4  Q  Is it important to know about vaccines before
5    prescribing medications?
6        DR. CATHERINE BAST:  It's not something that I
7    routinely ask about before prescribing medications,
8    no.
9  Q  Well, do you routinely consult whatever the auto
10   populated record is to see?
11       DR. CATHERINE BAST:  Yes.  If it's auto
12   populated and I'm reviewing it before seeing the
13   patient, then yes, I review them.
14 Q  But if there's nothing there, you don't ask the
15   question?
16       DR. CATHERINE BAST:  If there's nothing there,
17   then I ask where we can get them.
18 Q  Did you ask in this case?
19       DR. CATHERINE BAST:  I don't recall.
20 Q  So then "Past medical history," things we've talked
21   about: ADD/ADHD, depression, those both have Ys;
22   headaches has a Y; hospitalization has a Y.  The
23   only thing we haven't talked about here is the
24   headaches.
25       DR. CATHERINE BAST:  Uh-huh.

Page 114

1  Q  Did you do an assessment of the -- what was
2    happening with the headaches?
3        DR. CATHERINE BAST:  Not in my first
4    appointment, no.
5  Q  Did you not think that that was important for
6    figuring out a course of treatment?
7        DR. CATHERINE BAST:  Not in the treatment of
8    gender dysphoria, no.  And that was the presenting
9    issue.
10 Q  So that was the only thing you were concerned
11   about?
12       DR. CATHERINE BAST:  There was nothing in the
13   assessment or treatment of headaches that would
14   change any treatment for gender dysphoria.  So in
15   that sense, I was addressing the presenting issue
16   of the patient in the first appointment.
17 Q  The only reason for you to be concerned with the
18   headaches was if it had something to do with gender
19   dysphoria; is that another way of saying it?
20       DR. CATHERINE BAST:  No.  In that appointment,
21   their stated desire and reason for visit was gender
22   dysphoria.  I wanted to address that first and
23   foremost.  And I took into consideration the fact
24   that any treatment that we may or may not down the
25   line do for headaches did not change how we might

Page 115

1    treat gender dysphoria.
2  Q  So did you ask about the headaches that first
3    visit?
4        DR. CATHERINE BAST:  I don't recall.
5  Q  Let's turn over to page 4.  Under "Social History,
6    Substance Use," the third line down, it says, "What
7    is your level of alcohol consumption?:  Moderate."
8    "How many years have you consumed alcohol?:  1."
9        You see that?
10       DR. CATHERINE BAST:  Uh-huh.
11 Q  Did you notice that information before making a
12   prescription for hormones for M.R.?
13       DR. CATHERINE BAST:  Yes.  It was part of the
14   psychological evaluation too.
15 Q  Did that -- and M.R. would have been -- M.R. is, I
16   guess, I want to say 15 years old; is that your
17   understanding?
18       DR. CATHERINE BAST:  Yes.
19 Q  So under the legal drinking age, it's fair to say;
20   is that right?
21       DR. CATHERINE BAST:  Correct, uh-huh.
22 Q  Did M.R.'s use of alcohol give you any concern
23   about prescribing a course of treatment?
24       DR. CATHERINE BAST:  To the best of my
25   understanding from the behavioral health evaluation

Page 116

1    and also my experience of talking to M.R. in the
2    room, the use of alcohol was directly related to
3    the level of depression and distress and dysphoria
4    that they were experiencing.
5  Q  Okay.  So what -- let's talk about that initial
6    evaluation.  Who did this -- you said it was a
7    psychosocial evaluation; is that accurate?
8        DR. CATHERINE BAST:  Yes.  It was a
9    psychiatric evaluation done at Michiana Behavioral
10   Health.
11 Q  Oh, that's what you're -- okay.  That's the one
12   you're talking about?
13       DR. CATHERINE BAST:  Yeah.
14 Q  Okay.  So did you think it was important to address
15   the alcohol consumption aside from gender
16   dysphoria?
17       DR. CATHERINE BAST:  In my experience with
18   adolescents and gender dysphoria, once the gender
19   dysphoria is treated, many things, many other
20   behaviors diminish.  Self-harm behaviors, including
21   substance use.
22       So my -- while this is an important piece of
23   information in terms of M.R.'s life and context and
24   history, my experience was to focus on their stated
25   need, to treat the gender dysphoria, and then to

Page 117

1  continue to monitor the alcohol use after that.
2  Q  You didn't think that it would be appropriate to
3     wait until M.R. quit using alcohol before
4     proceeding with hormone treatment?
5        DR. CATHERINE BAST:  That wasn't a criteria
6     that I presented to M.R., no.
7  Q  Okay.  Is there anything in the -- in this medical
8     record that shows whether M.R. has -- and I know it
9     hasn't been that long, but has M.R. ceased using
10    alcohol?
11       DR. CATHERINE BAST:  I don't know the answer
12    to that question.  We do have documented of
13    improved mood, however, and reduction in depressive
14    symptoms and a reduction in cutting behavior and
15    suicidality.  But nothing particular with alcohol,
16    no.
17 Q  Do you think that those behavioral changes are due
18    to the testosterone?
19       DR. CATHERINE BAST:  I believe that the
20    behavioral changes are due to M.R. having more
21    congruence between his identity and his body.
22       MR. FALK:  Off the record for a second.
23       (Discussion held off the record.)
24 BY MR. FISHER:
25 Q  Doctor, are you aware that testosterone given to

Page 118

1     women who suffer depression has been shown to
2     alleviate depression even when they don't have
3     gender dysphoria?
4        DR. CATHERINE BAST:  I am not aware of those
5     studies, no.
6  Q  So under "Lifestyle," are you with me there?  It
7     says, "Are you or have you been involved with
8     bullying?:  Yes."
9        Do you know anything more about -- about that
10    with M.R.?
11       DR. CATHERINE BAST:  M.R. was the recipient of
12    taunts and name-calling.
13 Q  Nothing -- no accounting where M.R. was acting out
14    and bullying others?
15       DR. CATHERINE BAST:  Nothing that I have or
16    know of.
17 Q  And then under the next one, "Do you feel stressed
18    (tense, restless, nervous, anxious, unable to sleep
19    at night)?"  It says, "Rather much."
20       Did you assess M.R. to figure out what the
21    sources of those stress symptoms could be?
22       DR. CATHERINE BAST:  Yes.  And we talked about
23    the bullying, and we talked about the gender
24    dysphoria, and they said that those were the
25    primary sources of their stress.

Page 119

1  Q  Is it possible that anxiety can have more than one
2     source or could have been from a different source?
3        DR. CATHERINE BAST:  Are we talking about
4     anxiety or the stress?
5  Q  Well, anxiety -- it says "anxious" under -- as a
6     subcategory of stress.  So I was equating that with
7     anxiety.  Is that a different thing?
8        DR. CATHERINE BAST:  Well, M.R. doesn't carry
9     currently a diagnosis of anxiety, only of
10    depression.
11 Q  Okay.  So anxious stress is different from anxiety?
12       DR. CATHERINE BAST:  I would have interpreted
13    that in this case, yes.
14 Q  Okay.  Under "Screening" at the bottom, do you see
15    that?
16       DR. CATHERINE BAST:  Yes.
17 Q  What is that telling us?
18       DR. CATHERINE BAST:  That's telling us the
19    screenings that are available.  But if those
20    screenings were done, there would be a score.
21 Q  Well, what is each screening?
22       DR. CATHERINE BAST:  GAD-7 is a screening for
23    anxiety.  PHQ-2/PHQ-9 is a screening for anxiety.
24    And the Vanderbilt Parent and the Vanderbilt
25    Teacher are both screenings available for ADHD.

Page 120

1     They auto populate in the chart when there is a
2     diagnosis of either depression or ADHD.  All four
3     of those auto populate in the chart.  Not
4     necessarily -- as being available as tools.
5  Q  But none was undertaken at Mosaic for M.R.; right?
6        DR. CATHERINE BAST:  Not in that encounter.
7  Q  What about at a different encounter?
8        DR. CATHERINE BAST:  Well, that's what I'm
9     looking.
10 Q  Okay.
11       DR. CATHERINE BAST:  It looks like on the
12    bottom of page 10, GAD-7 was not scored on that
13    day.  In other words, they didn't answer any
14    questions to get on that scoring.  But the
15    PHQ-2/PHQ-9 was scored at 20 at the top of page 11.
16 Q  What does that score tell us?
17       DR. CATHERINE BAST:  That score tells us that
18    there is major depressive disorder.  It confirms
19    the diagnosis.
20 Q  And then it looks like the Vanderbilt screenings
21    were not scored either?
22       DR. CATHERINE BAST:  That is correct.  Those
23    screenings are available, but they require -- they
24    require time outside of the office from a parent
25    and for a teacher.  So they're only scored once we

30(b)(6)

Pages 121..124

1  have gotten that data back from the parent and the
2  teacher -- and a teacher.
3  Q  But in any event, there had already been a
4  diagnosis of ADHD?
5      DR. CATHERINE BAST:  That was a core
6  diagnosis, yes.
7  Q  Yeah.  Was it important to address the ADHD before
8  moving on to hormones?
9      DR. CATHERINE BAST:  As I understood it, yes.
10  It's important to address any co-morbid conditions
11  in addition to gender dysphoria.  And the
12  depression and ADHD had been under treatment at the
13  psychiatric facility too.  So we were -- that
14  treatment had been started, and we were going to
15  continue that.
16  Q  Well, any record of treatment before that, before
17  the hospital?
18      DR. CATHERINE BAST:  I don't have that
19  available, no.
20  Q  So what -- and the treatment for the depression was
21  the fluoxetine; right?
22      DR. CATHERINE BAST:  Uh-huh.
23      MR. FALK:  Yes?
24      DR. CATHERINE BAST:  Yes, yes.
25  Q  Thank you.

1      DR. CATHERINE BAST:  My lawyer is telling me
2  that I have to say yes or no, not uh-huh.
3  Q  Excuse me just one second.
4      Did you think it important to see if the
5  depression would resolve using the fluoxetine or
6  other cognitive behavioral therapy or psychiatric
7  treatment before starting on hormones?
8      DR. CATHERINE BAST:  Given the story, given
9  the history of M.R., and their report that the vast
10  majority of the stressors in their life were
11  related to gender dysphoria, I felt that it was
12  important to treat both in order to help -- to best
13  take care of M.R.  In my experience, treating
14  gender dysphoria has resulted in many -- much
15  improvement in depression symptoms.
16  Q  Have you ever been presented with a child that's
17  similar to M.R. that had depression and gender
18  dysphoria, and you've said, no, let's focus on the
19  depression now, worry about hormones later, we want
20  to give alternative treatments for depression a
21  chance first?
22      DR. CATHERINE BAST:  I have not had that
23  experience, no.
24  Q  What do the WPATH guidelines tell you with respect
25  to depression, the co-morbidity of depression?

1      DR. CATHERINE BAST:  That any co-morbid
2  conditions be reasonably well controlled.
3  Q  What does that mean to you in your practice?
4      DR. CATHERINE BAST:  It means that to the
5  extent that we can treat -- that the causes of
6  depression have been treated and are being treated,
7  that starting hormones is a part of the care for
8  trans folks.  Treating gender dysphoria in addition
9  to treating depression.  They are both important.
10  And to the extent that the depression is related
11  specifically to gender dysphoria, treating gender
12  dysphoria is the treatment or part of the treatment
13  for the patient.
14  Q  Is there ever a circumstance where the depression
15  would not, in your paraphrase of WPATH, be
16  reasonably under control so that you shouldn't
17  start with hormone therapy?
18      DR. CATHERINE BAST:  I can tell you that it
19  hasn't happened in my experience, but I can't
20  speculate about hypothetically if that would
21  happen.
22  Q  So you don't have a scenario in your mind of what
23  it would look like if a patient's depression were
24  not reasonably under control?
25      DR. CATHERINE BAST:  Well, in that scenario,

1  they're not in my office.  They're still inpatient.
2  Q  Oh, I see.  So if a patient with depression is in
3  your office with gender dysphoria, and by
4  definition then, in your view, that depression is
5  reasonably under control?
6      DR. CATHERINE BAST:  Yes.
7  Q  Let's turn over to page 7, please.  Just let me
8  know when you're there, Doctor.
9      DR. CATHERINE BAST:  I'm here.
10  Q  On the very top line, it says, "Psychiatric," and
11  then "Insight," and then it says "good judgment."
12      You see that?
13      DR. CATHERINE BAST:  Uh-huh.
14  Q  Can you tell me, first of all, is that an
15  assessment made at Mosaic or was that an assessment
16  made at the hospital?
17      DR. CATHERINE BAST:  That's part of our
18  psychiatric assessment in the office.
19  Q  So that would have -- you made that assessment
20  yourself?
21      DR. CATHERINE BAST:  Yes.
22  Q  And what does that mean when you say -- when you
23  write down "good judgment" by "Insight," what are
24  you basing that on?
25      DR. CATHERINE BAST:  I'm basing that on their

Page 125

1  responses to my questions. And I'm basing that on
2  their affect and their behavior in the office.
3 Q  What questions do you ask to gauge judgment?
4      DR. CATHERINE BAST: There aren't specific
5  questions to gauge judgment. This criteria is
6  meant to be a general statement about a person's
7  presence in reality. So if somebody were
8  responding to unseen or unheard others, that would
9  be a reason that they would not have good judgment.
10 Q  I think I got you. Okay. Now, skipping down under
11     "Assessment/Plan."
12     DR. CATHERINE BAST: Uh-huh.
13 Q  It says, "M.R. is here for an acute to adjust ADHD
14    meds."
15     Do you see that?
16     DR. CATHERINE BAST: Uh-huh. Yes.
17 Q  What does this mean?
18     DR. CATHERINE BAST: What that means is that
19  medication that was started for them previously
20  wasn't working well, and they scheduled an acute
21  appointment in order to discuss changing medicine
22  for ADHD.
23 Q  Okay. Is this -- and at some point have we gone
24    from the first visit to a different visit?
25     DR. CATHERINE BAST: Yes. Yeah, this is a

Page 126

1  subsequent visit. Yeah.
2 Q  I'm sorry, what?
3      DR. CATHERINE BAST: Yeah, this is a
4  subsequent visit.
5 Q  Oh, okay. And then below that under "Transcare:
6    Feels very tired before next shot about day 7.
7    Will divide dose in half and do weekly injections."
8     Tell us what that's about, please.
9      DR. CATHERINE BAST: So part of the monitoring
10  of the experience of trans folks on hormones is
11  that different bodies metabolize the medicine
12  different ways, and we have a starting dose and a
13  starting routine or a starting dose and schedule
14  for injections, but that is subject to change based
15  on a patient's metabolism of the medication.
16     So in this case, M.R. was started on an every
17  other week dose of testosterone. But as happens
18  sometimes with people, their experience was that
19  the testosterone was wearing off, was -- they were
20  feeling fatigue particularly in the day or two --
21  about day 7 of 14. And so part of the standard
22  practice, then, is to divide the same amount of
23  medicine into more frequent injections, and that's
24  what we switched here to.
25 Q  Any concerns about the impact of the ADHD

Page 127

1  medication on that metabolism?
2      DR. CATHERINE BAST: No.
3 Q  What about the fluoxetine?
4      DR. CATHERINE BAST: The fluoxetine and the
5  guanfacine, in my experience, are not -- do not
6  interfere with the metabolism of testosterone.
7 Q  Was the guanfacine, was that what you switched M.R.
8    to or -- because there's a note about Ritalin just
9    above that, and I'm wondering what the relationship
10   there was.
11     DR. CATHERINE BAST: So the original medicine
12  that was tried, that was started for M.R., was
13  Ritalin. And that was not being effective for
14  them. And so we switched to guanfacine.
15 Q  Any concern about whether Ritalin might have been
16   interfering with metabolism of the hormones?
17     DR. CATHERINE BAST: In my experience, that
18  hasn't been an issue, no.
19 Q  All right. Now, dropping down just below the
20   "Transcare," it looks like it says, "follow up 1
21   month for ADHD," but then it has three numbered
22   paragraphs, and I'm wondering what those are
23   telling us.
24     DR. CATHERINE BAST: Those are telling us the
25  diagnoses that M.R. carries. Diagnoses codes, yes.

Page 128

1 Q  Sorry. Under "Depressive disorder," it says,
2    "Major depressive disorder, single episode,
3    unspecified," which is -- what is that telling us?
4      DR. CATHERINE BAST: That is the particular
5  diagnosis code that was given M.R. in the
6  psychiatric hospital, which I then confirmed.
7  If -- it's subject to revision. As I see M.R.
8  more, it may become major depressive disorder
9  unspecified. It could become major depressive
10  disorder. There are a number of different
11  specificities that can be used to describe
12  depressive disorder, and that could change over
13  time. But right now that's the one that was
14  started at the hospital and I carried on.
15 Q  And I see that term "unspecified" under "depressive
16   disorder" and under "gender dysphoria." And I'm
17   wondering what the alternative is. Like, what
18   would be specified? What is something that would
19   be specified?
20     DR. CATHERINE BAST: Well, major depressive
21  disorder could be more specific, depending on the
22  patient, of multiple episodes, for example. Or it
23  could be related to seasons. So it could be major
24  depressive disorder related to seasonal affective
25  disorder. These are diagnoses codes that are used

Page 129

1    by insurance companies.
2  Q  Is it relevant for your treatment or is it just
3     relevant for the billing?
4        DR. CATHERINE BAST:  It's more relevant for
5     the billing.
6  Q  Is that true under the -- for the "unspecified"
7     under gender dysphoria as well?
8        DR. CATHERINE BAST:  The only
9     specification that could be there is a
10    specification of age.  And in this case, I didn't
11    specify in the diagnosis M.R.'s age.
12 Q  And by age, you mean specific age as opposed to
13    adult or minor or something?
14       DR. CATHERINE BAST:  Right, specific age.
15 Q  I notice down below there's -- "chief complaint" is
16    depressive disorder and ADHD.
17       You see that?
18       DR. CATHERINE BAST:  Uh-huh.  Yes, I do.
19    Sorry.  Stop the uh-huh.  Yes.
20 Q  And I guess I'm trying to figure out the
21    relationship between the depressive disorder and
22    this visit, because I thought from earlier, you
23    know, higher up on this page, it was only -- this
24    visit was only about the ADHD, but here it seems to
25    suggest depression was an issue as well.  Can

Page 130

1     you --
2        DR. CATHERINE BAST:  You're seeing multiple
3     visits here.
4  Q  Oh, on this same page there's more than one?
5        DR. CATHERINE BAST:  Yes.
6  Q  Oh, okay.
7        DR. CATHERINE BAST:  So if you see below, you
8     see where we were looking at with the codes and
9     then you see "Encounter Sign-Off," that means
10    that's the end of that visit.
11 Q  Okay.  And just before you move on, do you know
12    what date that visit was?  Was that on the prior
13    page?
14       DR. CATHERINE BAST:  It looks like -- so we
15    have a run-on of the face sheet into an encounter
16    which I think -- so I think starting on page 5, the
17    appointment date and time is 3-29-2023.  And then
18    middle, toward the bottom of page 7, is "Encounter
19    Date:  3-17-2023."
20 Q  Okay.  I'm with you now.  So 3-29, is that -- is
21    that the most recent encounter date in this set of
22    records?
23       DR. CATHERINE BAST:  It looks like that way,
24    correct.  It looks like they're scheduled to see me
25    this week, but I haven't seen them, at least if you

Page 131

1     look at the last -- page 12, it says, "Return to
2     the office."  And it says, "to see Catherine Bast
3     for telemed on 3-14."  And then the 3-17 was
4     scheduled for that.  And then they're also
5     scheduled around 5-14.
6  Q  Oh, okay.  So then we see -- and this is on page 7,
7     you've got this encounter date of 3-17.
8        DR. CATHERINE BAST:  Uh-huh.
9  Q  And follow-up depressive disorder, follow-up ADHD.
10    So this is M.R. asking for, I guess, some way to
11    address both of those symptoms or both of those
12    maladies?
13       DR. CATHERINE BAST:  That was their stated
14    reason for visit, yes.
15 Q  Then a couple lines down under vitals, it says,
16    "None recorded."
17       Is that typical?
18       DR. CATHERINE BAST:  It is typical if this was
19    a telemedicine visit.
20 Q  Oh, oh, oh.  Okay.  Is that -- can you tell, is
21    that what this is?
22       DR. CATHERINE BAST:  Yes, this was a telemed
23    visit.  If you look under the "HPI," it says, "The
24    technology wasn't working so I saw his face" on
25    telemed "and then called him on the phone."

Page 132

1  Q  Where is that HPI?
2        DR. CATHERINE BAST:  I'm sorry, at the bottom
3     of page 8.  It starts there and then moves up to --
4  Q  Oh, oh, moves over.  Okay.  Got you.  All right.
5        So what, if anything, in this visit did you do
6     for ADHD or depression that you weren't already
7     doing?
8        DR. CATHERINE BAST:  This looks like this was
9     the visit for ADHD where we switched from Ritalin
10    to guanfacine.
11 Q  Okay.
12       DR. CATHERINE BAST:  And in this visit, M.R.
13    reported that their depression felt much better
14    since starting the T.  Starting testosterone.
15 Q  Where do you see that?
16       DR. CATHERINE BAST:  Middle of page 9, under
17    the "Assessment and Plan" section.  It's the first
18    bullet point under there, or the first entry.
19 Q  So did you -- I mean, but M.R. presented in part to
20    address depressive disorder from the earlier note?
21       DR. CATHERINE BAST:  It was a follow-up.  And
22    sometimes a follow-up means it's getting better,
23    right.
24 Q  It wasn't necessarily --
25       DR. CATHERINE BAST:  It was scheduled to

30(b)(6)

Page 133

1    address those two concerns.
2  Q  I got it.  Okay.  It wasn't, Doctor, I'm still
3     feeling bad, come see me; it's, no, here's
4     followup.
5        DR. CATHERINE BAST:  Yes.
6  Q  And then Lexapro, it says, "Stopped taking
7     Lexapro."  What is Lexapro?
8        DR. CATHERINE BAST:  Lexapro is another
9     medicine that's used for antidepression.  As I
10    recall, this was the one that was started in the
11    hospital and then M.R. stopped taking it.
12 Q  Did you switch M.R. from Lexapro to fluoxetine or
13    was that just on M.R.'s own?
14       DR. CATHERINE BAST:  It's not -- I don't know.
15    Sometimes in our electronic medical record, a new
16    medicine will populate in somebody's med list if
17    they were prescribed it by somebody else.  I would
18    have to dig back through to find out where the --
19    just exactly the dates of the fluoxetine.
20 Q  But your understanding is that M.R. is currently on
21    fluoxetine?
22       DR. CATHERINE BAST:  Based on -- yeah, based
23    on the most recent visit note, which is 3-17.
24    Yeah.
25 Q  And was previously on Lexapro but is no longer?

Page 134

1        DR. CATHERINE BAST:  Correct.
2  Q  Would those have been going -- prescribed at the
3     same time or would you have had to stop one and
4     start the other?
5        DR. CATHERINE BAST:  Typically you stop one
6     and start the other.  They're in the same class.
7  Q  Both in the same class in the sense that they're
8     both SSRIs or something else?
9        DR. CATHERINE BAST:  Yes.
10 Q  And, I mean, do you -- does it just -- do different
11    people just react differently to them or is one
12    stronger than the other or anything that's
13    materially different?
14       DR. CATHERINE BAST:  Different people respond
15    differently to different medicines in the same
16    class.  Or sometimes it needs to be changed too for
17    insurance reasons, and I don't know in this case
18    what it was.  Sometimes an insurance company will
19    cover one and not the other.
20 Q  Yeah.  Well, we do have a statement at the top of
21    page 9 that says, "Stopped taking Lexapro, didn't
22    like how he felt on it."
23       Does that prompt any memories of any
24    discussions with M.R. about how he felt on this, on
25    Lexapro?

Page 135

1        DR. CATHERINE BAST:  What I remember M.R.
2     telling me is that they forgot to take it and then
3     also didn't like how they felt when they were on it
4     in the hospital.
5  Q  Any more specificity than that, other than not
6     liking how they felt?
7        DR. CATHERINE BAST:  No.  Other than he
8     reported that his mood had improved significantly
9     since taking the testosterone.
10 Q  Right.  Okay.  So over on 11, I guess I'm not even
11    sure which encounter this is, it probably is -- I
12    don't know.  Can you tell me what -- on page 11
13    which encounter this is?
14       DR. CATHERINE BAST:  It looks like 2-15-2023.
15 Q  Okay.  Under "Assessment and Plan.  Patient meets
16    the WPATH criteria for initiation of hormone
17    therapy," et cetera.  And then under No. 1, it
18    says, "Persistent, well-documented gender
19    dysphoria."
20       What documentation of gender dysphoria for
21    M.R. did you have at this point?
22       DR. CATHERINE BAST:  I had the report of the
23    parents, and I also had the discharge summary and
24    the papers from the Michiana Behavioral Health.
25 Q  Michiana Behavioral Health documents were, what,

Page 136

1     two weeks old at this point?
2        DR. CATHERINE BAST:  That's correct.
3  Q  And what documentation from the parents did you
4     get?
5        DR. CATHERINE BAST:  I got their report on his
6     experience.
7  Q  Their just oral report; right?
8        DR. CATHERINE BAST:  Correct.
9  Q  No documents?
10       DR. CATHERINE BAST:  I do not have physical
11    documents from previous physicians, no.
12 Q  I guess then, I mean, it says documented -- "well
13    documented."  Is an oral report documentation?
14       DR. CATHERINE BAST:  In the sense that it is a
15    history provided by the patient and the patient's
16    parents over time, I took that as documentation,
17    yes.
18 Q  It's a totally -- I mean, it's totally
19    retrospective, though.  It's not a report as time
20    goes on.  It's looking back, here's what we are
21    reporting?
22       DR. CATHERINE BAST:  Correct.
23 Q  And that's what you think documented or well
24    documented means under the WPATH standards?
25       DR. CATHERINE BAST:  As I understand the WPATH

Page 137

1  standards, they want a person to have had gender
2  dysphoria over time. Often the only way that is
3  documented in any capacity is in the family.
4  Q  Well, and it says "well documented." And I'm just
5     trying to figure out, you know, an oral history
6     isn't -- I mean, somebody telling you something
7     isn't documentation.
8        MR. FALK: I'm going to object. You're
9     arguing with the witness.
10       MR. FISHER: You're right, and I'm sorry.
11       MR. FALK: You asked if it was documented.
12    She's explained to you that hearing from the
13    patient and the parents is documentation, and
14    you're saying it's not. And that's your opinion,
15    but she's answered the question.
16       MR. FISHER: Fair enough. Fair enough. Fair
17    enough. Fair enough.
18 Q  So below all of that, on page 11, under "gender
19    dysphoria," it says, No. 1, Gender dysphoria.
20       Are you with me?
21       DR. CATHERINE BAST: Yes.
22 Q  And then a couple bullet points down it has
23    testosterone, but it also has estradiol. And I'm
24    wondering, what is this telling us?
25       DR. CATHERINE BAST: That is a list of the

Page 138

1  labs that were created in relationship to this
2  visit. So I ordered a complete blood count. I
3  ordered a comprehensive medical panel. I ordered a
4  testosterone level and an estradiol level.
5  Q  Estradiol. Pardon my pronunciation.
6     Great. And the then No. 2, what is that
7     telling us?
8        DR. CATHERINE BAST: So again, so this is the
9     list of the diagnoses that are associated with this
10    encounter.
11 Q  Okay. So over on page 13, this may be our missing
12    informed consent form for -- not missing, my fault
13    on that -- on the hormones. So this is the form
14    you use when people are going on hormones?
15       DR. CATHERINE BAST: This is one page of a
16    packet. And this is the page with the signatures
17    on it that we scan into the chart.
18 Q  All right. Then the next page, what is this
19    telling us?
20       DR. CATHERINE BAST: So the next pages are
21    the -- what's available to patients in their
22    patient portal to answer questions related to their
23    conditions. So every patient has the opportunity
24    to go in and do -- indicate yes or no on the first
25    section and then put in any surgical history, any

Page 139

1  gyn history, any family history that they choose.
2  Q  Oh, I see. Okay. So this is all patient entered
3     information?
4        DR. CATHERINE BAST: It's all patient entered,
5     yes. And then it looks like there's another copy
6     of the informed consent document.
7  Q  But the patient entered information continues over
8     to 15?
9        DR. CATHERINE BAST: Correct. So --
10 Q  Yeah.
11       DR. CATHERINE BAST: Yeah, so you can see at
12    the bottom of 15, that's -- the patient entered the
13    answer to the question of, what is your stress?
14    "Do you feel stressed?"
15 Q  Right. And that same -- and so when the patient
16    entered this, then that just -- did that populate
17    the other pages?
18       DR. CATHERINE BAST: Yes, it did. It did.
19 Q  So then we've got -- oh, on page 17, is that -- are
20    those the lab reports?
21       DR. CATHERINE BAST: Yes.
22 Q  Same thing with 18?
23       DR. CATHERINE BAST: Yes.
24 Q  19 is the Michiana discharge cover letter?
25       DR. CATHERINE BAST: Yeah. Yes.

Page 140

1  Q  I'm just flipping through to see if there's
2     anything worth asking you about.
3        MR. FISHER: I think I'm done with that
4     record, but everybody want to take five?
5        MR. FALK: Sure. Thank you.
6        (Recess taken.)
7        (Deposition Exhibit 16 marked.)
8  BY MR. FISHER:
9  Q  Dr. Bast, we're going to authenticate some
10    documents. Do you see two additional exhibits,
11    Exhibit 16, which says "Informed Consent for
12    balancing hormones in Gender Diverse people" and
13    then "Increasing testosterone"; do you see that
14    one?
15       DR. CATHERINE BAST: Yes.
16 Q  Okay. Is this the informed consent form you used
17    when prescribing testosterone to a natal female who
18    is undergoing gender -- or has gender dysphoria and
19    is seeking hormone treatment?
20       DR. CATHERINE BAST: Yes.
21 Q  Okay. And is there any other form that you use for
22    such patients?
23       DR. CATHERINE BAST: I think we submitted a
24    couple of general -- well, there was one for
25    parents and -- but there is a general information

30(b)(6)

Pages 141..144

Page 141

1   about masculinization social transitions, and then
2   also a general document about feminization social
3   transitions.
4 Q  You're holding them up.  I appreciate that.  I'm
5   not sure I can see them.
6        MR. FALK:  You should have those as well, Tom.
7   They're one-page forms.
8        MR. FISHER:  Yeah, yeah.
9        MR. FALK:  They say REV02072022 at the top
10  left-hand corner.
11       MR. FISHER:  Sorry, what was that, Ken?
12       MR. FALK:  They have in the top left-hand
13  corner something that I think says REV02072022;
14  Revised February 7, 2022.
15       MR. FISHER:  All right.  Okay, so we're going
16  to look for those.
17       (Deposition Exhibit 17 marked.)
18 BY MR. FISHER:
19 Q  Okay, so that was Exhibit 16.  Exhibit 17, then,
20  is -- it says, "Informed Consent for balancing
21  hormones in Gender Diverse people."  And then below
22  it says "Increasing estrogen."
23       DR. CATHERINE BAST:  Correct.
24 Q  Is that the same form, informed --
25       DR. CATHERINE BAST:  This is a packet.  Yes.

Page 142

1 Q  Yeah.  Well, I've got -- right, I've got several
2   pages for each.
3        DR. CATHERINE BAST:  Correct.  There's going
4   to be -- there should be three pages double-sided
5   each.  Or at least one of them is -- had only five
6   sides.
7        MIXHI MARQUIS:  16 is five pages.
8 Q  Right, right.
9        DR. CATHERINE BAST:  Yes.
10 Q  And then 17 is six pages?
11       DR. CATHERINE BAST:  Correct, uh-huh.
12 Q  But as described as in front of you, those are
13  complete and accurate copies of your informed
14  consent for the hormone treatment?
15       DR. CATHERINE BAST:  Yes.
16 Q  Okay.  And then we'll see if we get the others that
17  you were talking about here in a minute, but for
18  now I just -- I just wanted to get those in.  And
19  we'll get those to the court reporter for inclusion
20  in the record.
21       Okay, I had a follow-up question about M.R.
22  and the ADHD diagnosis.  Did you take any
23  particular steps to accommodate M.R.'s ADHD when
24  explaining the risks, benefits, potential side
25  effects, other relevant facts about hormone

Page 143

1   treatment?
2        DR. CATHERINE BAST:  When I am communicating
3   with patients, I am checking in with them to be
4   sure that they're hearing what I'm saying.  I ask
5   for them to tell me what they've heard.  And yeah,
6   confirming with every patient that they're
7   understanding what I'm saying.  So yes, with each
8   patient, I do work to be sure that they're
9   understanding -- we're understanding each other.
10 Q  Have you discussed the potential for surgery with
11  M.R.?
12       DR. CATHERINE BAST:  To the best of my
13  knowledge, no.
14 Q  Mixhi, I think we're going to move over to you for
15  just a few minutes.  I hope you haven't felt left
16  out.
17       MIXHI MARQUIS:  Not at all.
18 Q  We talked a little bit earlier about your
19  training -- or the trainings that you perform.
20       MIXHI MARQUIS:  Uh-huh.
21 Q  I just had a couple of follow-ups.  The peer
22  consultation, I think it's in paragraph 8 of your
23  declaration.
24       MIXHI MARQUIS:  And which paragraph?
25 Q  Paragraph 8.  It says the trainings include

Page 144

1   "supplying provider training as well as engaging in
2   peer consultation with other providers."  And I'm
3   wondering what that means.
4        MIXHI MARQUIS:  That means that those folks
5   who have come through our continuing ed training
6   have had the ability to reach out to Dr. Bast and
7   our mental health provider to -- yeah, to kind of,
8   if they have situations or things that they want
9   to -- aren't sure about or want to learn further or
10  have questions, they can ask them.
11       And then I -- and then we also have that on
12  the not clinical side.  So offices can reach out to
13  me.
14 Q  Oh, okay.  So that's both clinical and nonclinical
15  that you have these peer consultations?
16       MIXHI MARQUIS:  Yeah, and the consultations
17  are appropriately clinical or nonclinical depending
18  on where they're coming from.
19 Q  For the nonclinical, what types of topics do you
20  cover in these consultations, typically?
21       MIXHI MARQUIS:  We cover -- we often present
22  statistics on kind of the disparities in mental
23  health and outcomes for LGBTQ folks.  We do a
24  little bit of foundation building on kind of our
25  understanding of gender identity and sexuality.  We

Page 145

1    recommend or kind of present some ways to say
2    things that are not so gendered.
3         We often invite questions from the folks that
4    are there to -- if they've had situations that
5    they're not sure if they could have handled
6    differently, we might talk about those.  We talk
7    about using correct pronouns and name and how to
8    interact, how to ask that of folks, how to do
9    intake paperwork that is welcoming to the folks in
10   the LGBTQ community.  That's about it.
11 Q  Okay.  What about on the clinical side, and whether
12   it's Dr. Bast or you, Mixhi, either one, wondering
13   what those consultations are like.
14       DR. CATHERINE BAST:  Are you referring to the
15   provider training or are you referring to the
16   consultations post provider training?
17 Q  I think -- well, let's just start with the
18   training.  We talked about it a little bit earlier,
19   but it doesn't hurt to just touch on that again.
20   What's in the provider training?
21       MIXHI MARQUIS:  So the provider training
22   includes suggestions and recommendations for how to
23   create a welcoming space so that LGBTQ people feel
24   welcome and safe for accessing care.  And then with
25   the medical providers, I also go into specific

Page 146

1    situations.  I teach about HIV care, how to take
2    care of HIV, how to do STI testing and training,
3    how to do prep and also how to do hormones for
4    gender-affirming hormones.
5  Q  I mean, I guess on the latter point there, are you
6    effectively trying to teach the WPATH guidelines or
7    what are you teaching in that regard?
8        DR. CATHERINE BAST:  Yes, yes.
9  Q  And then on the follow-up, once you've had the
10   trainings, then I guess that's when the
11   consultation comes in; is that right?
12       DR. CATHERINE BAST:  That's correct.
13 Q  And then what does that consist of, usually?
14       DR. CATHERINE BAST:  It's completely dependent
15   upon the provider.  The provider sometimes will
16   reach out and say, I have a question about this or
17   this was a lab result that I got, help me
18   understand this.  Yeah, typically those are the
19   kinds of questions I get.
20 Q  I mean, is it any different in the gender dysphoria
21   context than in any other practice, medical
22   practice context?
23       DR. CATHERINE BAST:  No.
24 Q  I mean, I guess I would have expected doctors are
25   always talking to each other about that sort of

Page 147

1    thing?
2        DR. CATHERINE BAST:  (Affirmative nod.)
3  Q  Yeah.  Can you give me just a verbal there?  You
4    were nodding.
5        DR. CATHERINE BAST:  Oh, sorry.  Yes, that is
6    exactly what's happening.  Doctors are talking to
7    each other about care.
8  Q  Okay.  So I think probably back to Mixhi with the
9    next one.
10       What is the amount of Mosaic's Medicaid
11   billings for treating gender dysphoria in minors?
12       MIXHI MARQUIS:  We do not have that
13   information.  Yeah.  That would require us going
14   into absolutely every chart.  And because we also
15   do primary care, determining what was care for
16   primary care, what was care for gender dysphoria.
17 Q  Has Medicaid ever, to your knowledge, ever refused
18   to pay for a service offered by Mosaic on the
19   grounds that it was not medically necessary?
20       MIXHI MARQUIS:  Not to the best of my
21   knowledge.
22       MR. FALK:  Tom, just -- I know the question
23   has been asked, but are you referring to any
24   medical service at Mosaic?
25       MR. FISHER:  Yes, yes.

Page 148

1  Q  Same answer?
2        MIXHI MARQUIS:  Yeah, to the best of my
3    knowledge, no.
4  Q  Does Mosaic believe that Medicaid would stop paying
5    for gender-affirming medical services after SEA 480
6    goes into effect?
7        MIXHI MARQUIS:  I guess that was my
8    understanding.
9  Q  And what's the basis for that understanding?
10       MIXHI MARQUIS:  That those -- the services
11   defined in -- under the law, under SEA 480, would
12   no longer be legal to do in Indiana.
13 Q  Is that -- that's it, nothing else?
14       MIXHI MARQUIS:  That's correct.
15 Q  So paragraph 16, it says you have three
16   appointments scheduled this week, and this is dated
17   4-21-23.  Three appointments scheduled this week
18   for persons under the age of 18 that are Medicaid
19   recipients.  These are new patients not included
20   within the total number of patients that you
21   previously had mentioned?
22       MIXHI MARQUIS:  Uh-huh.
23 Q  And so I wondered, with the time you submitted this
24   declaration, had those patients been evaluated for
25   gender dysphoria?  Had there been any diagnosis at

Page 149

1   all?
2        MIXHI MARQUIS:  I do not know the answer to
3   that.  They are people who reached out and
4   requested new patient appointments for us regarding
5   interest and experience in gender dysphoria.
6  Q  And I'm taking it also that they were on Medicaid;
7   right?
8        MIXHI MARQUIS:  Uh-huh.
9  Q  Yes?
10       MIXHI MARQUIS:  Yes.  Sorry.
11 Q  So in paragraph 17, you say that the frequency with
12  which you're accepting new minor transgender
13  patients will ultimately receive puberty blockers
14  and/or gender-affirming hormones is increasing.
15       You see that statement?
16       MIXHI MARQUIS:  Yes.
17 Q  Is that still true?
18       MIXHI MARQUIS:  Yes.
19 Q  What is your basis for the statement that it is
20  increasing?
21       MIXHI MARQUIS:  It's the number of
22  appointments that we are seeing on a weekly basis
23  has increased over time.
24 Q  Specifically for blockers or hormones?
25       MIXHI MARQUIS:  No, specifically requests from

Page 150

1   minors who identify as transgender.
2  Q  Well, it also says that patients who ultimately
3   receive those.
4        MIXHI MARQUIS:  Uh-huh.
5  Q  And so I'm wondering how you --
6        MIXHI MARQUIS:  Yes, that's what it says.
7  Q  Have you gone back to check that or is that just an
8   assumption based on what they told you on the
9   phone?
10       MIXHI MARQUIS:  That is not something they
11  would tell us on the phone.  They would tell us if
12  they were -- they might or might not tell us if
13  they're coming specifically for puberty blockers or
14  gender-affirming hormones.  They would tell us that
15  they were coming for gender-affirming care, and
16  that may or may not include puberty blockers or
17  gender-affirming hormones.
18 Q  So does that -- did you go back and look at the --
19  what happened with those patients to confirm that
20  they were prescribed blockers and/or hormones?
21       MIXHI MARQUIS:  I have not.
22 Q  In the context of that dynamic that you're
23  observing here, how are they split between natal
24  males and natal females, roughly?
25       MIXHI MARQUIS:  I don't have that information.

Page 151

1  Q  In paragraph 20, you say that if SEA 480 takes
2   effect Mosaic will want to cooperate when
3   out-of-state practitioners contact Mosaic staff to
4   discuss former minor patients and to provide
5   medical records as authorized by the patient so the
6   patient can receive continuity of care.
7        MIXHI MARQUIS:  Uh-huh.
8  Q  Now, your understanding, which I think you then
9   convey in paragraph 21, is that if SEA 480 goes
10  into effect, you will not be permitted to do that
11  by virtue of the aiding and abetting language?
12       MIXHI MARQUIS:  Correct.
13 Q  Do you -- would you be able to provide the medical
14  records to the patients themselves?
15       MIXHI MARQUIS:  If they asked for their
16  medical records, yes, we could provide them to
17  them.  If the patient themselves does, or parents.
18 Q  When you are talking about providing referrals to
19  other providers, whether it's in-state or
20  out-of-state, and I'm just talking right now, what
21  does that mean, providing a referral?  What
22  specifically is Mosaic doing when that happens?
23       MIXHI MARQUIS:  Providing a referral would be
24  specifically a document, or we would literally send
25  a referral through our electronic medical records

Page 152

1   system, referring someone officially to another
2   space or to another provider.
3  Q  Anything else?
4        MIXHI MARQUIS:  No.
5  Q  Do you know how many referrals Mosaic has received
6   from other providers in 2023?
7        MIXHI MARQUIS:  From other providers
8   specifically for trans youth --
9  Q  Sure, yeah.
10       MIXHI MARQUIS:  -- or for everyone?
11       Yes, we have received approximately -- well,
12  actually, I don't know how many in the last year.
13  But of our current trans youth patients,
14  approximately 13 of them were referrals from other
15  places.
16 Q  That's just among your current patient population,
17  regardless of when that happened, that's the
18  number?
19       MIXHI MARQUIS:  Correct, correct.
20 Q  Do you have that broken down over time at all?
21       MIXHI MARQUIS:  No.
22 Q  In paragraph 21, again, back on this aiding and
23  abetting issue, you talk about not being able to
24  respond to, quote/unquote, inquiries from other
25  practitioners.  And I'm wondering what you mean by

Page 153

1  inquiries.
2      MIXHI MARQUIS:  It's our understanding that if
3  we have any communication about the services that
4  will be banned under 480, if we have any
5  communication with another provider who may provide
6  gender-affirming care in those banned services,
7  that it is possible that we could -- that Dr. Bast
8  or other providers could lose their licensure in
9  Indiana or have discipline against their licensure.
10 Q  Yeah.  Fair enough.  I just wonder, the word
11    "inquiries" is pretty broad, and I'm just wondering
12    specifically, are there inquiries that frequently
13    come up currently that you're concerned about, or
14    what are inquiries?
15      MIXHI MARQUIS:  It would be the folks that we
16  already are in touch with that we've trained that
17  reach out for consultation from our -- the normal
18  doctor discussions that you talked about earlier.
19      (Deposition Exhibit 15 marked.)
20 Q  All right.  Let's look at Exhibit 15.
21    Mixhi, can you tell me what this document is?
22      MIXHI MARQUIS:  This is a list that we have --
23  it's kind of an evolving list of mental health
24  providers.  We do have a mental health provider at
25  Mosaic.  However, we do not accept insurance for

Page 154

1  our mental health provider, so often, whether it's
2  because of where someone lives that there might be
3  somebody closer to a person, or that they need
4  someone who will take insurance, we provide this
5  list of counselors as a list of folks who we've had
6  feedback from other patients or that we've talked
7  to personally to know that they're doing -- that
8  they're serving LGBTQ folks.
9 Q  So this is just mental health?
10      MIXHI MARQUIS:  This is just mental health.
11 Q  Do you have a similar list of medical providers?
12      MIXHI MARQUIS:  No.
13 Q  In paragraph 22 of your declaration, you talk about
14    awareness of physicians and clinics providing
15    gender-affirming care to minors?
16      MIXHI MARQUIS:  Uh-huh.
17 Q  And it says that you'll make referrals to these
18    providers, and I'm wondering who they are, which
19    providers you're talking about.
20      MIXHI MARQUIS:  Yeah, so Eskenazi in
21  Indianapolis, Riley.  We have in the past Lurie in
22  Chicago.  Again, most of those are because of
23  proximity that those might be easier to access for
24  folks.
25 Q  Anybody else?

Page 155

1      MIXHI MARQUIS:  No.  I don't believe so.  And
2  I do want to say, in the definition of referral
3  that I gave you earlier, to the best my knowledge,
4  we haven't made a formal referral to any of those
5  places.  Generally, it's something that will come
6  up in a patient appointment.  And if a provider
7  understands that the person lives somewhere closer
8  to one of those places, they will offer the
9  information of Riley or Eskenazi or Lurie existing,
10 and then the patient may choose to go there
11 instead.  But we have not -- we have actually not
12 made any formal referrals.
13 Q  So paragraph 20 of your declaration -- here we go.
14    This might be in the other declaration.
15      So Dr. Bast, I finally found what I was
16  looking for.  It's back in your declaration,
17  Exhibit 7, paragraph 24.  Just let me know when
18  you're there.
19      DR. CATHERINE BAST:  I have it in front of me.
20 Q  Okay.  So paragraph 24, and it speaks in terms of
21    an ethical obligation.  Ethically obligated to
22    cooperate when out-of-state practitioners contact
23    me to talk about my former minor patients at their
24    request and provide patient's -- my patient's
25    medical records to out-of-state practitioners, as

Page 156

1  authorized by patients, so that the patient can
2  receive continuity of care.
3      What is the source of that ethical obligation?
4      DR. CATHERINE BAST:  I am ethically obligated
5  to continue to care for a patient with whom I have
6  already started care.  I am ethically obligated to
7  communicate with other physicians about their care
8  if asked.
9 Q  Have you taken any steps to connect any of your
10    patients with out-of-state providers in advance of
11    the effective date of SEA 480?
12      DR. CATHERINE BAST:  We've been in the data
13  collection phase, trying to find out what's
14  available for patients, yes.
15 Q  Do you have a plan in place to provide out-of-state
16    referrals in advance of the effective date of
17    SEA 480?
18      DR. CATHERINE BAST:  Yes, we have a number of
19  different plans in place.
20 Q  What are those plans?
21      DR. CATHERINE BAST:  We want to provide
22  patients with the optimum in coordination of care.
23  So ideally I would have -- we have planned for a
24  referral and a handoff directly to an out-of-state
25  provider.  I know that many of my patients will

Page 157

```
 1   not -- that will not be financially feasible for
 2   them, either for transportation reasons or because
 3   they have Medicaid and that won't be covered in
 4   another state.  I have many patients for whom
 5   out-of-state referrals are not possible or
 6   practical.
 7 Q But for those whom it is practical, you have a plan
 8   in place to hand off?
 9      DR. CATHERINE BAST:  We're dealing with each
10   individual patient, yes, about what their needs and
11   desires are moving forward.
12 Q Well, I'm just curious, when you say you have a
13   number of plans in place.  I'm just wondering
14   what --
15      DR. CATHERINE BAST:  Each plan --
16      MR. FALK:  Let him finish.
17      DR. CATHERINE BAST:  I'm sorry.  Go ahead.
18 Q Are you just telling me that for each patient, you
19   have to sort of address that individually and
20   that's why you have a number of plans in place?
21      DR. CATHERINE BAST:  Yes.
22 Q All right.  But this is something that's on your
23   mind, I guess, and something that you are
24   addressing in anticipation that this law is going
25   to go into effect?
```

Page 158

```
 1      DR. CATHERINE BAST:  Absolutely.
 2 Q So paragraph 20 --
 3      MR. FALK:  You're talking to Dr. Bast, Tom?
 4      MR. FISHER:  Yes, Dr. Bast.
 5 Q It says, "Moreover, I'm obligated under the
 6   Affordable Care Act to provide this medically
 7   necessary care to my patients."
 8      And I'm wondering what you understand the
 9   Affordable Care Act to require of you in this
10   paragraph that you're stating in this paragraph.
11      DR. CATHERINE BAST:  As I understand it, the
12   Affordable Care Act prohibits me from
13   discriminating against anybody in giving care, and
14   that if I cannot give medically necessary care to a
15   patient, then I need to find -- to do my best to
16   find another provider who can.  And LGBTQ folks are
17   protected as one of those protected classes.  So I
18   cannot discriminate by saying that I will not give
19   care to an LGBTQ person.  And if I feel like -- if
20   there are specific care needs of these people that
21   are not within my scope or within my training, then
22   I am obligated to refer them to somebody who is.
23 Q Is it your understanding that that obligation, that
24   Affordable Care Act obligation, applies regardless
25   whether the patient is enrolled in Medicaid or some
```

Page 159

```
 1   other federally funded medical program?
 2      DR. CATHERINE BAST:  My understanding is that
 3   the Affordable Care Act applies to federally funded
 4   programs.
 5 Q Would -- and obviously Medicaid would fit within
 6   that.  Any other federally funded programs that
 7   cover your patients besides Medicaid, for your
 8   gender dysphoria patients?
 9      DR. CATHERINE BAST:  Do you mean just minors
10   or --
11 Q Yeah, just minors, yes.
12      DR. CATHERINE BAST:  I think Medicaid is the
13   only one.
14 Q What do you tell your patients, Doctor, about
15   SEA 480?
16      DR. CATHERINE BAST:  Well, we've been talking
17   about it with patients at every stage, from when it
18   was proposed to when it was being heard to finally
19   its passing.  And what we say is that under
20   SEA 480, we are no longer going to be able to
21   provide any gender transition procedures and that
22   we are going to need to discuss with them what that
23   means, what the consequences to them will be, and
24   how we move forward with their care.
25 Q When did you first start having those
```

Page 160

```
 1   conversations?
 2      DR. CATHERINE BAST:  As soon as the bill was
 3   introduced.
 4 Q So sometime in 2023 or as far back as November of
 5   '22?
 6      DR. CATHERINE BAST:  My patients have been
 7   asking about this possibility since November of
 8   2022.  I did not have much information until
 9   January of '23 when the bill was introduced.  My
10   patients are very worried about this, and I am -- I
11   am regularly having patients in tears in my office.
12   I have patients asking me, why are they doing this
13   to me?  What is wrong with me that they don't like
14   me so much?  I had a patient ask me if they needed
15   to be worried about people coming with guns and
16   rounding them up and taking them away.
17 Q And what did you tell them?
18      DR. CATHERINE BAST:  I said that I didn't
19   think that it was going to be this law that would
20   do that, but that I was worried about the pattern
21   of discrimination that I was seeing in the U.S.,
22   especially of transgender people.  I've done a lot
23   more crying with my patients than I have ever done
24   before.  I have patients telling me they're going
25   to kill themselves.
```

Page 161

1   Q   Anything else?
2           DR. CATHERINE BAST:  That's all.
3           MR. FISHER:  Ken, we may be about done.  Let's
4       take five and come back.  We'll see where we are.
5           (Recess taken.)
6           (Deposition Exhibit
7           (Deposition Exhibit 18 and Exhibit 19 marked.)
8   BY MR. FISHER:
9   Q   So earlier we talked about a couple of documents
10      that you've sent along that I didn't have in my
11      exhibit -- my set of exhibits that I sent.  I'd
12      like to just get those identified and entered in.
13      And we've e-mailed them to the court reporter as
14      well, so hopefully, those show up.
15          Exhibit 18 will be the document that says
16      "Feminizing Social Transitions:  What to know."
17      And Exhibit 19 will be "Masculinizing Social
18      Transitions:  What to know."
19          MR. FISHER:  Ken, do you have those documents?
20          MR. FALK:  Thank you.  They're in front of
21      her.  Thank you.
22  Q   So Doctor, looking at Exhibit 18, can you tell me
23      what this document is?
24          DR. CATHERINE BAST:  Yes, this is an
25      informational document that we provide to folks who

Page 162

1       are interested in feminization, just for their
2       knowledge and for -- to share with whoever they
3       choose.
4   Q   Do you consider it part of your informed consent
5       process?
6           DR. CATHERINE BAST:  I don't necessarily refer
7       back to these documents the way I would refer back
8       to other documents in the informed consent process.
9       But yes, it's a part of information sharing.
10  Q   And then let's go ahead and look at Exhibit 19,
11      please, and just tell me what that document is.
12          DR. CATHERINE BAST:  This also is an
13      information sharing document about masculinization
14      and information about what's available in terms
15      of -- about ways to engage in a social capacity as
16      a different gender and things that might be
17      available to assist in gender congruence.
18          MR. FISHER:  Okay.  I think that's all the
19      questions I have, Ken.  I'll turn it over to you.
20          MR. FALK:  Thank you.
21  EXAMINATION
22  BY MR. FALK:
23  Q   Doctor, at the very beginning of this deposition, I
24      think both you and Mixhi were asked about the
25      declarations that you had submitted that are

Page 163

1       exhibits, I believe, 6 and 7.  And you were asked
2       if everything was still the same.  Have the raw
3       numbers of patients that are noted in those
4       declarations changed?
5           DR. CATHERINE BAST:  Yes.  Those may have
6       changed.
7   Q   And you were asked some general questions about the
8       gender-affirming care that you provide.  Is that
9       care deemed to be clinically safe?
10          DR. CATHERINE BAST:  Yes, it is.
11  Q   And on what do you base that answer?
12          DR. CATHERINE BAST:  Based both on the best of
13      clinical research but also my experience.
14  Q   And you were asked a series of questions about
15      diagnosing gender dysphoria.
16          DR. CATHERINE BAST:  Yes.
17  Q   And I think questions were asked about what do you
18      listen for or what is told to you.  What do you
19      listen for?
20          DR. CATHERINE BAST:  So there isn't a test.
21      There isn't a blood test to diagnose gender
22      dysphoria.  There isn't a form that needs to be
23      filled out or anything like that.  But I am
24      listening for examples of behavior that indicates
25      gender incongruity.

Page 164

1           So, for example, a child identified male at
2       birth who wants to dress in traditionally female
3       ways and doesn't want to be referred to as a boy
4       and engages in all kinds of activities as a girl
5       and expresses distress.  Some trans children
6       express distress at their body parts.
7           I'm listening, some trans children who are --
8       have a penis express distaste for their penis,
9       sometimes even going so far as to saying they want
10      to cut it off.  Sometimes they draw pictures of
11      themselves.  As they draw pictures and label them
12      things like the freak and it's a picture of
13      themselves as a girl with a beard or ...
14  Q   Do you frequently hear reports from the youth or
15      parent about self-harm being --
16          DR. CATHERINE BAST:  I do.  I hear a lot of
17      self-harming behavior.  I hear not only the desire
18      to harm the body part that doesn't feel like it
19      exists, whether it's in adolescent breasts that
20      have already developed or a penis that is already
21      there, but I also have reports of self-harm,
22      cutting, tattooing, self-tattooing as a way of
23      dealing with the distress.
24          I have reports of adolescents expressing so
25      much dismay with their body parts, their breasts,

Page 165

1   for example, that they wrap them in duct tape
2   because they don't want to look at them and they
3   don't like them.
4   Q   You were asked questions particularly about M.R.
5       about depression.  Setting aside major depressive
6       disorder, the actual diagnosis, is it common that
7       the youth that you -- come to you for
8       gender-affirming care are unhappy and depressed in
9       the nondiagnostic sense?
10          DR. CATHERINE BAST:  Yes.  I mean, in fact, by
11      definition, there needs to be distress in order for
12      gender dysphoria to be diagnosed, and that distress
13      can be expressed in all kinds of ways.  Some of the
14      ways I've talked about, but also emotional,
15      expressions of emotional depression.
16  Q   When are puberty blockers -- when can they first be
17      prescribed to a transgender youth?
18          DR. CATHERINE BAST:  Yeah, they're indicated
19      once a person has entered puberty, so -- and that's
20      documented by Tanner stages.  And the Tanner
21      stage 2 is the place at which puberty blockers are
22      indicated.
23  Q   So before Tanner 2, there is no medication response
24      to gender dysphoria?
25          DR. CATHERINE BAST:  Correct, correct.

Page 166

1   Q   You were asked some questions about the side
2       effects of testosterone and estrogen.
3           DR. CATHERINE BAST:  Yes.
4   Q   And you were asked for some specific side effects
5       by Mr. Fisher.
6           DR. CATHERINE BAST:  Yes.
7   Q   Are those side effects of the drug regardless of
8       whether it's being given to someone for gender
9       dysphoria or to assist gender persons for other
10      reasons?
11          DR. CATHERINE BAST:  Yes.  They are the same
12      side of estradiol given to a person with gender
13      dysphoria has the same potential side effects as
14      given to somebody who does not have gender
15      dysphoria, with the exception of how the estradiol
16      impacts the gonads or then the testosterone is the
17      same way.  The side effects given -- no matter to
18      whom they are given, the potential side effects are
19      the same except as they impact the gonads that are
20      present.
21  Q   And are there situations where cisgender persons
22      may for whatever reason be -- a cisgender male may
23      be prescribed testosterone or cisgender female may
24      be prescribed estrogen?
25          DR. CATHERINE BAST:  Yes.

Page 167

1   Q   And at the end of the deposition, both you and
2       Mixhi were asked questions about referrals.
3           Do you remember that?
4           DR. CATHERINE BAST:  I do.
5   Q   Are there times when you make a referral by just
6       telling a patient that there may be someplace else
7       that that patient can go?
8           DR. CATHERINE BAST:  Absolutely.  In the
9       context of conversation about their care, I might,
10      yeah, give them information about where care is
11      available and where they could get it.
12  Q   And do you think that that will be prohibited if
13      this law goes into effect?
14          DR. CATHERINE BAST:  It's my understanding
15      that also will be prohibited under SEA 480.
16          MR. FALK:  I don't think I have anything
17      further unless Mixhi feels bad that I didn't ask
18      her any questions.
19          MIXHI MARQUIS:  No.
20          MR. FALK:  Just one moment, if we could go off
21      the record for one second.  We can stay on screen.
22          (Discussion held off the record.)
23          MR. FALK:  I have no further questions.  Thank
24      you.
25          MR. FISHER:  I do have a few follow-ups.

Page 168

1   EXAMINATION
2   BY MR. FISHER:
3   Q   So back to when Mr. Falk was asking you what you
4       listened for and you're listening for statements
5       about how the person likes to dress that maybe is
6       more typical of the opposite sex, activities that
7       may be more typical of the opposite sex, distress
8       about body parts, I guess I'm wondering, in your
9       understanding of gender dysphoria, does the person
10      desire only those outward manifestations of gender?
11          DR. CATHERINE BAST:  I'm not sure I understand
12      the question.
13  Q   Is it sufficient for somebody with gender dysphoria
14      to dress like, for example, a natal male who has
15      gender dysphoria, to dress as a girl, to play with
16      girls, to do activities, whatever those might be,
17      more typical for girls, is that -- does that
18      address their gender dysphoria?
19          DR. CATHERINE BAST:  In my experience, it
20      helps.  The make or break point in my experience is
21      puberty.  The point at which the body starts to
22      change and somebody who was assigned female at
23      birth but who is -- identifies as male, then all of
24      a sudden starts to develop more feminine
25      characteristics, and the distress increases as

Page 169

```
1    it -- they describe to me that their bodies betray
2    them.
3  Q And is it related only to these observable
4    secondary sex characteristics?
5       DR. CATHERINE BAST: I certainly hear about
6    the observable secondary sex characteristics in my
7    office frequently. They don't -- they don't need
8    me -- there's lots of distress with gender
9    dysphoria. And some of it is psychological. Some
10   of it is medical, yeah.
11 Q Do people with gender dysphoria want to be the
12   opposite sex?
13      DR. CATHERINE BAST: In my experience, people
14   with gender dysphoria are the opposite sex. Their
15   bodies just don't reflect that.
16 Q Interesting. When you were commenting on what some
17   natal girls do when they grow breasts with the duct
18   tape, are there accepted alternative and
19   appropriate ways for natal girls to deal with that?
20      DR. CATHERINE BAST: I think there are safer
21   ways than duct tape. Many trans men bind their
22   breasts often with specially designed clothing to
23   attempt to flatten the chest.
24 Q Is that something you talk about with your
25   patients?
```

Page 170

```
1       DR. CATHERINE BAST: If they ask me, yes, I
2    do.
3  Q What do you tell them about that?
4       DR. CATHERINE BAST: We talk about binders
5    that are available, recommendations for taking a
6    binder off certain hours of the day, how to take
7    care of a binder, how to size a binder.
8  Q Is it your understanding that under SEA 480,
9    binders will be against the law?
10      DR. CATHERINE BAST: Yes. That's my
11   understanding.
12 Q You were asked about the side effects of estradiol
13   and testosterone, the idea being that the side
14   effects will exist regardless of whether it's for
15   gender dysphoria or something else.
16      Do you remember that discussion?
17      DR. CATHERINE BAST: Yes, I do.
18 Q And so you said, well, there are times when a
19   cisgender woman might be prescribed estradiol.
20      DR. CATHERINE BAST: Yes.
21 Q What indications, what circumstances would that
22   happen?
23      DR. CATHERINE BAST: In a hypoestrogen state.
24 Q Any particular, I don't know, syndrome or anything
25   come to mind? I don't know when that would arise.
```

Page 171

```
1       DR. CATHERINE BAST: We often -- there are
2    often conditions in post menopausal women that
3    require or that where the recommended care is
4    estrogen supplementation.
5  Q Is the estrogen in that circumstance given at the
6    same volume as a transgender woman who's seeking to
7    develop feminine characteristics?
8       DR. CATHERINE BAST: The dosing is dependent
9    upon each individual. The dosing for estradiol in
10   a trans woman does not exceed that which would have
11   been produced by the gonads of a cis woman.
12 Q Is the estradiol generated by the gonads of a cis
13   woman apt to cause the same side effects as
14   estradiol given as part of hormone therapy to a
15   trans person?
16      DR. CATHERINE BAST: To the best of our
17   knowledge, yes. Estradiol is estradiol.
18 Q Okay. And what about testosterone, what are the
19   circumstances for giving testosterone to a cis man?
20      DR. CATHERINE BAST: Hypogonadism, for
21   example. So a malfunction of the gonads in their
22   production of testosterone.
23 Q And is that given in the same volume as given to a
24   trans man?
25      DR. CATHERINE BAST: It's completely dependent
```

Page 172

```
1    upon the person being treated and what their -- and
2    monitored in the same way to keep the testosterone
3    range in the normal range for a cis man.
4  Q The testosterone produced naturally by a cis man
5    versus testosterone for an exogenous or -- any
6    difference in whether those are likely to cause
7    side effects?
8       DR. CATHERINE BAST: I know that the risk
9    profile or the theoretical side effects potentially
10   caused by exogenous hormones are based on
11   observations in cis people.
12      MR. FISHER: Okay. I think that's it.
13      MR. FALK: I have nothing further.
14      And I neglected to say this. You have the
15   opportunity to review the transcript of the
16   deposition. You cannot make substantive changes,
17   but sometimes there are typos or what have you, we
18   can do an errata sheet. You would waive that
19   right. I would suggest that you review, and then
20   you'll have an opportunity to sign it.
21      DR. CATHERINE BAST: Okay.
22      MR. FALK: So we'll take signature, and I
23   think Stevie put in that we wanted expedited.
24      Stevie, is that correct?
25      Stevie is not on, but she's -- I think we were
```

Page 173

1  in touch with Stewart about that; correct?
2      THE REPORTER:  I had that someone needed it by
3  the 22nd?  Is that correct, or do you need it
4  sooner?
5      MR. FISHER:  I think that we may have said
6  that, but I would also like a rough, I've decided.
7      THE REPORTER:  That's fine.
8      MR. FALK:  We do not need a rough, but we
9  would like it expedited.
10     (The deposition concluded at 3:42 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 174

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF INDIANA
2              INDIANAPOLIS DIVISION
3  K.C., ET AL.,                )
                                 )
4          Plaintiffs,           )
                                 )
5      -v-                       )  CASE NO.
6                                )  1:23-cv-00595-JPH-KMB
   THE INDIVIDUAL MEMBERS OF    )
7  THE MEDICAL LICENSING BOARD  )
   OF INDIANA, in their official )
8  capacities, et al.,          )
                                 )
9          Defendants.           )
10            Job No. 181516
11     We, DR. CATHERINE BAST and MICHELLE (MIXHI)
   MARQUIS, state that we have read the foregoing
12 transcript of the testimony given by us at our
   deposition on May 15, 2023, and that said transcript
13 constitutes a true and correct record of the testimony
   given by us at said deposition except as we have so
14 indicated on the errata sheets provided herein.
15
16
17     _____
              DR. CATHERINE BAST
18
19
20     _____
              MICHELLE (MIXHI) MARQUIS
21
22
23     STEWART RICHARDSON & ASSOCIATES
         Registered Professional Reporters
24        One Indiana Square, Suite 2425
            Indianapolis, IN  46204
25              (800)869-0873

Page 175

1  STATE OF INDIANA
2  COUNTY OF HENDRICKS
3
4      I, Debbi S. Austin, a Notary Public in and for
5  said county and state, do hereby certify that the
6  deponents herein were by me first duly sworn to tell
7  the truth, the whole truth, and nothing but the truth
8  in the aforementioned matter;
9      That the foregoing deposition was taken on
10 behalf of the Defendants; that said deposition was
11 taken at the time and place heretofore mentioned
12 between 9:37 a.m. and 3:42 p.m.;
13     That said deposition was taken down in
14 stenograph notes and afterwards reduced to typewriting
15 under my direction; and that the typewritten
16 transcript is a true record of the testimony given by
17 said deponent;
18     And thereafter presented to said witnesses for
19 signature; that this certificate does not purport to
20 acknowledge or verify the signature hereto of the
21 deponent.
22     I do further certify that I am a disinterested
23 person in this cause of action; that I am not a
24 relative of the attorneys for any of the parties.
25

Page 176

1      IN WITNESS WHEREOF, I have hereunto set my
2  hand and affixed my notarial seal this 22nd day of
3  May, 2023.
4
5
6
7
8
9
10
11
12
13
14 My Commission Expires:
   July 13, 2023
15
16 Job No. 181516
17
18
19
20
21
22
23
24
25

## Exhibits

**Exhibit 01** 3:12 8:22 9:1
**Exhibit 02** 3:13 9:15,16
**Exhibit 03** 3:15 10:9,11
**Exhibit 04** 3:17 11:4,6
**Exhibit 05** 3:19 11:21
**Exhibit 06** 3:21 12:21
**Exhibit 07** 3:23 17:17,20 86:18 155:17
**Exhibit 08** 4:3 38:1
**Exhibit 09** 4:6 32:24,25 38:17
**Exhibit 10** 4:7 64:1,7 79:3 98:7
**Exhibit 11** 4:9 64:24 65:2 81:16
**Exhibit 12** 4:11 65:14,15
**Exhibit 13** 4:14 66:9
**Exhibit 14** 4:16 101:25 111:2
**Exhibit 15** 4:17 153:19,20
**Exhibit 16** 4:18 140:7,11 141:19
**Exhibit 17** 4:20 141:17,19
**Exhibit 18** 4:22 161:7,15,22
**Exhibit 19** 4:24 161:7,17 162:10

## (

**(2)** 33:15
**(b)** 33:15

## 1

**1** 8:22 9:1 10:16 25:21 53:1,3 112:19 115:8 127:20 135:17 137:19
**1,200** 31:5
**1/type** 54:17
**10** 10:24 64:1,3,7 79:3 98:7 120:12
**11** 64:24 65:2 81:16,18,20 120:15 135:10,12 137:18
**12** 49:11 61:18 62:2,3 65:14,15 101:23 131:1
**13** 66:8,9 86:14,15,16 101:23 138:11

152:14
**14** 10:24 101:24,25 111:2 126:21
**15** 5:4 49:11 115:16 139:8,12 153:19,20
**15A** 10:24
**16** 140:7,11 141:19 142:7 148:15
**17** 102:21 139:19 141:17,19 142:10 149:11
**17th** 103:23
**18** 49:2,11,22 56:24 93:18,21 94:3,8 112:19 139:22 148:18 161:7,15,22
**18th** 93:13
**19** 139:24 161:7,17 162:10
**1992** 19:2

## 2

**2** 9:15,16,25 25:21 33:8 52:25 53:2 54:17 62:17 63:10,11,12 64:15 74:11,12,14,19 75:13,22 76:5,22,25 82:15 83:10 138:6 165:21,23
**2-15-2023** 135:14
**2-15-23** 111:15
**2-3-23** 112:9
**20** 30:4 120:15 151:1 155:13 158:2
**2003** 18:20
**2006** 18:20
**2009** 18:21
**2013** 18:22
**2014** 14:5 22:8
**2016** 18:24 23:21
**2022** 141:14 160:8
**2023** 5:4 102:17,21 152:6 160:4
**21** 151:9 152:22
**22** 112:17 154:13 160:5
**22nd** 173:3
**23** 160:9
**24** 155:17,20
**2425** 5:3
**250** 16:13

**26** 91:5
**27** 86:20

## 3

**3** 10:1,9,11 49:10 111:1,2,4 112:12, 17,19
**3-14** 131:3
**3-17** 131:3,7 133:23
**3-17-2023** 130:19
**3-29** 130:20
**3-29-2023** 130:17
**30** 112:2,3
**30(b)(6)** 8:23
**31** 112:1
**34** 111:2,4 112:1,2,3
**3:42** 173:10
**3rd** 103:18

## 4

**4** 11:4,6 115:5
**4,000** 31:5
**4-21-23** 148:17
**480** 17:15 32:18 38:8,17,21 148:5,11 151:1,9 153:4 156:11,17 159:15,20 167:15 170:8

## 5

**5** 11:21,23 33:8 130:16
**5(a)** 33:11
**5(a)(1)** 33:14
**5-14** 131:5

## 6

**6** 12:21 49:10 86:20 163:1

## 7

**7** 13:1 17:17,20,23 61:24,25 86:18 124:7 126:6,21 130:18 131:6 141:14

155:17 163:1

**8**

**8** 37:25 38:1 132:3 143:22,25

**80** 24:2,10

**9**

**9** 10:16 32:24,25 38:17 49:11 132:16 134:21

**9-18-2007** 102:12

**9:37** 5:5

**A**

**a.m.** 5:5

**abetting** 151:11 152:23

**ability** 52:13 96:9 144:6

**able** 40:25 41:12 72:13 75:16 94:3 151:13 152:23 159:20

**abnormalities** 41:16,21

**about** 6:15 14:10,23 15:18,20 18:25 20:12,14,16 21:3,9,18 22:14,25 29:1,2,8,9,11,12,13,24 30:4 31:4 33:19 37:17 38:19 39:23 41:3,7 42:13 43:8,15,24 44:10,25 46:16 48:1,2 50:8,13 51:19 52:15,19 53:19 54:5,10,14 55:12 56:1 57:20,21 59:22,23 60:16 63:21 64:4,10,12,14 67:2 68:11 70:9,18 71:19,20,21 74:10 77:7,11,13 78:6,7,10,25 79:2, 11,18 80:16,25 82:11 83:5 84:9 85:3,19,22 87:20,21 88:10,13,14 89:6,9,15 90:16 91:17 92:12 96:4,6, 12,17,19 97:5 98:25 99:10,21 100:3 108:14,17,22 109:5,15 110:10 113:4,7,21,23 114:11 115:2,23 116:5,12 118:9,22,23 119:3 120:7 122:19 123:20 125:6 126:6,8,21,25 127:3,8,15 129:24 134:24 140:2 141:1,2 142:17,21,25 143:18 144:9 145:6,7,10,11,18 146:1,16,25 147:7 151:18 152:23 153:3,13,18 154:13, 19 155:23 156:7 157:10 159:14,17 160:7,10,15,20 161:3,9 162:13,14, 15,24 163:7,14,17 164:15 165:4,5, 14 166:1 167:2,9,10 168:5,8 169:5, 24 170:3,4,12 171:18 173:1

**above** 127:9

**absolutely** 147:14 158:1 167:8

**Academy** 20:10

**accept** 153:25

**accepted** 169:18

**accepting** 149:12

**access** 41:6,7 154:23

**accessing** 145:24

**accommodate** 142:23

**according** 34:15 49:16 56:18 57:10

**account** 37:12

**accounting** 118:13

**accounts** 36:13 74:22

**accuracy** 111:12

**accurate** 13:12 18:15 74:3 102:14 111:11,19 116:7 142:13

**accurately** 40:11 41:9

**acknowledge** 46:15 108:7

**ACLU** 5:12,13

**across** 12:17 24:2 55:24 71:4

**Act** 32:18 158:6,9,12,24 159:3

**acting** 118:13

**activism** 17:4

**activities** 164:4 168:6,16

**activity** 23:5

**actual** 165:6

**actually** 9:21 32:1 61:19 66:25 90:23 152:12 155:11

**acute** 25:6 125:13,20

**add** 52:17

**ADD/ADHD** 113:21

**addition** 121:11 123:8

**additional** 12:16 21:22 140:10

**address** 6:8 61:10 71:19 105:17 114:22 116:14 121:7,10 131:11 132:20 133:1 157:19 168:18

**addressing** 114:15 157:24

**ADHD** 105:19,25 112:23 119:25 120:2 121:4,7,12 125:13,22 126:25

127:21 129:16,24 131:9 132:6,9 142:22,23

**adhere** 37:5

**adjust** 125:13

**admin** 16:1

**Admitting** 112:7

**adolescence** 50:3,4

**adolescent** 56:25 110:5,8,12 164:19

**adolescents** 31:22 49:3,12,18 50:1, 2 116:18 164:24

**adrenal** 40:24

**adult** 44:23 45:6 47:6 48:1 129:13

**adulthood** 110:22

**adults** 31:22,23 47:20 48:5,11,18 49:12,18 85:17 97:5,7,18

**advance** 156:10,16

**advanced** 27:12

**advise** 88:24

**advocacy** 23:13

**affect** 125:2

**affected** 68:15 79:15

**affective** 128:24

**affiliated** 16:25

**affirmative** 21:2 147:2

**afford** 16:11

**Affordable** 158:6,9,12,24 159:3

**afield** 53:14 54:1

**afraid** 83:4

**after** 46:3,8 63:11 69:14 79:15 81:4 87:8,10 107:1 117:1 148:5

**again** 12:3 22:25 24:19 27:14 28:25 30:7 34:25 38:15 47:22 48:14 51:24 52:11 54:13 66:10,13,23 68:11 82:12 83:23 87:20 93:2 107:11 138:8 145:19 152:22 154:22

**against** 153:9 158:13 170:9

**age** 49:2,6,22 56:24 57:5 63:9 93:18 94:3,8 115:19 129:10,11,12,14 148:18

**ages** 49:6

**ago** 38:18

**Ah** 74:14

**ahead** 32:19 65:17 66:6,10 157:17
162:10

**aiding** 151:11 152:22

**alcohol** 115:7,8,22 116:2,15 117:1,
3,10,15

**all** 8:7,20 9:16 11:5,22,25 12:22 13:1
17:18 24:2 25:24 27:2,14 29:2,4
39:2 40:17 41:7,11,12,20 43:18 49:6
50:25 55:4 59:2 63:25 65:15 66:24
69:19 72:13 73:5 76:2,4,7 80:24
82:18,20 88:10,25 89:1,17 90:10
91:5 95:15 102:16 107:24 108:19
110:20 111:1 120:2 124:14 127:19
132:4 137:18 138:18 139:2,4 141:15
143:17 149:1 152:20 153:20 157:22
161:2 162:18 164:4 165:13 168:23

**alleviate** 62:18 118:2

**along** 21:22 79:16 161:10

**already** 24:14 62:24 73:2 76:16
83:10 88:8 92:12 121:3 132:6
153:16 156:6 164:20

**also** 5:17 10:21 12:12 15:8 18:2
19:20,22,23 20:2,9 21:3,24 22:20
23:24 27:5,13 35:4,8 48:11,24 64:19
65:18 67:17 68:16,20 69:6 70:8
75:14 91:17 105:14 106:16 108:21
110:24 116:1 131:4 135:3,23 137:23
141:2 144:11 145:25 146:3 147:14
149:6 150:2 162:12 163:13 164:21
165:14 167:15 173:6

**alternative** 122:20 128:17 169:18

**alumnus** 21:25

**always** 53:19 71:8,10 89:24 90:21
95:22 146:25

**am** 11:18 12:2 13:7 14:5 15:4,7
19:19,22 20:2 35:20 42:13 46:16
59:16 60:1 64:3 76:8 77:13 78:25
95:18 110:19 118:4 143:2,3 156:4,6
158:22 160:10,11 163:23

**amended** 8:23

**American** 20:10

**among** 63:14 152:16

**amount** 60:4 126:22 147:10

**an** 5:1 15:17 16:6,13 19:14 20:2
21:25 22:16 30:1 32:6 34:5,7,12,17
37:22 40:2 42:6 43:24 44:23 45:5
47:4,6 48:1,19,20 51:25 52:1,12,15,
22 53:6 56:25 74:23 76:15 78:3
83:24 84:4 93:2,5 96:15 99:11
101:5,14 110:12 114:1 116:22
124:14,15 125:13,20 126:16 127:18
129:25 130:15 134:18 136:13 137:5
138:4 150:7 153:23 155:21 156:24
158:19 161:24 162:12 172:5,18,20

**and** 5:7,8,12,13 6:1,3,4,25 7:1,21
8:22 9:22 10:3,6,15,23,24 11:2 12:3,
8,12 13:2,7,8,18 14:8,14 15:5,9,10,
11,12,25 16:2,12,15,18,21 17:23,25
18:2,20,21,22,24 19:2,3,4,9,11,20,
25 20:1,4,13 21:3,7,13,17,19,23
22:2,3,8,9,14,18,19,22 23:15,16,19
24:1,4,7,12,16,17,23 25:3,7,19,21,
25 26:7,18 27:3,8,10,11,14 28:8,12,
14,25 29:6,12,15,17,18 30:2,9 31:5,
7,21,24 32:4,19 33:12,14,15 34:7,
17,18,19 35:5,6,8,11,15,16 36:4,14,
15,22 37:11,12,15 38:18,24 39:7,24
40:4,8,17 41:18 42:14 43:3,15
44:11,21,24 45:2,4,15 46:6 47:3,7,
18,19,21,25 48:1,2,5,11,18,19,24
49:2,4,9,12,13,17,18 50:1,16,19
51:3,24 53:4,7,14,17,19 54:18,23
55:12,24 56:6,20,23 57:7,9,18
58:12,17,18,19,20,22 59:8,9,15,25
60:2,11 61:7,15,17 62:7,9,12,16,22,
23,25 63:2,3,5,9,16,19,22 64:14,23
65:9 66:6,10,14 67:2,15,16,17 68:8,
11,17,20 69:14,16,19,20 70:8,17,18,
21,23 71:5,15,19 72:2,7,9,15,18,24
73:3,8,9,12,23 74:5,9,10,16,24 75:4
76:10 77:6,7 78:14,20 79:1,7,20
80:21 81:1,2,6,20 82:12,13 83:11,23
84:9,20,21 85:4,9,18 86:1 87:2,13
88:8 89:13 90:1,3,5,12,23 91:3,7,8,
10,13,16,20,24 93:6,22 94:18 95:16,
18,24 96:12,15,18,23 97:5 99:1,4,7,
9,10,15,18,22 100:11,24 101:16
102:4,14 103:16,21 104:8,10,13,18,
19,22,23 106:2,3,4,9,16,17,24,25
107:1,11,17,23 108:5,9,13,16,17,23
109:2,3,9 110:5,7,9,10,13,19,20,22,
23,24 111:8 112:9,14,17,19,23
113:12 114:8,21,22,23 115:15
116:1,3,18,23,25 117:8,13,14,21
118:12,14,17,22,23,24 119:24
120:20,25 121:1,2,11,12,14,20
122:9,17,18 123:6,10 124:3,10,11,
22 125:1,2,20,23 126:5,7,12,13,21,
23 127:4,9,13,14,22 128:12,14,15,

16 129:10,12,16,20,21 130:8,11,17
131:2,3,4,6,9,25 132:3,12,17,21
133:6,11,25 134:3,6,10,17,19 135:2,
15,17,23 136:3,15,23 137:4,10,13,
14,22,23 138:4,6,16,24,25 139:5,15
140:12,18,21,25 141:1,21 142:10,
13,16,18,22 143:5,24 144:2,6,11,14,
16,23,25 145:7,11,22,24 146:2,3,9,
13,16 147:14 148:9,16,23 149:3,5,6
150:5,15,18,24 151:4,20 152:22,25
153:11 154:14,17,18 155:1,6,10,20,
24 156:24 157:3,10,19,23 158:8,13,
16,19 159:5,19,21,23 160:10,15,16,
17 161:4,7,12,13,17 162:2,10,11,14,
16,24 163:1,7,11,14,17 164:3,4,5,
11,12 165:2,8,12,19,20 166:2,4,21
167:1,11,12 168:4,22,25 169:3,9,18
170:13,18 171:18,23 172:1,14,19,22

**and/or** 149:14 150:20

**androgen** 40:25

**annual** 20:11 31:16

**another** 47:23 55:23 60:21 64:24
80:25 81:5 105:15 114:19 133:8
139:5 152:1,2 153:5 157:4 158:16

**answer** 6:21 24:12 34:5,8 38:12
39:16 53:7,15 63:23 73:23 76:23
93:3,7 117:11 120:13 138:22 139:13
148:1 149:2 163:11

**answered** 49:4 52:11 76:17 137:15

**answering** 39:13

**answers** 7:2 59:25 70:14

**anticipation** 157:24

**antidepression** 133:9

**anxiety** 71:5,13 91:10 119:1,4,5,7,9,
11,23

**anxious** 118:18 119:5,11

**any** 5:9 7:6,9,13 8:14 12:14,16 13:11
14:1 15:23 16:21,25 17:3,11 18:7,14
19:16 22:12,25 23:3,5,7,9,12 25:15
36:24 41:5 42:15 43:12,16 44:18
47:1 51:5,14,18 52:19 59:11 63:23
64:17 67:23 68:8,21 69:5 70:2 73:23
75:6,25 76:18 78:24 82:23 84:8,13,
21 85:12 87:22 89:3,8,22 90:19 93:9
94:3,12 96:1,4 97:2 101:13 105:1,
11,19 106:21 114:14,24 115:22
120:13 121:3,10,16 123:1 126:25
127:15 134:23 135:5 137:3 138:25
139:1 140:21 142:22 146:20,21

Index: anybody..at

147:23 148:25 153:3,4 155:4,12 156:9 159:6,21 167:18 170:24 172:5

**anybody** 39:7 81:10 94:7,8 102:24 154:25 158:13

**anymore** 26:16 45:1

**anyone** 17:14 39:14 41:19 56:24 84:12

**anything** 7:18,25 20:18 21:20 22:24 26:22 29:13 34:23 37:16 45:9 52:17 59:1 60:15 66:16,18,19,21 68:2 77:9 84:23 92:22 101:17,18 109:11,15 117:7 118:9 132:5 134:12 140:2 152:3 161:1 163:23 167:16 170:24

**anywhere** 111:18

**APN** 110:1

**apologize** 25:19 54:2 76:17

**appear** 68:23

**applied** 35:16

**applies** 53:12 158:24 159:3

**apply** 20:21 49:21

**appointment** 102:19,21,22 114:4, 16,20 125:21 130:17 155:6

**appointments** 69:25 148:16,17 149:4,22

**appreciate** 32:12 141:4

**approach** 57:4

**approaching** 82:14

**appropriate** 53:22 74:13,15 92:25 93:6,23 117:2 169:19

**appropriately** 144:17

**approximately** 103:25 152:11,14

**apt** 171:13

**are** 5:11 6:9 8:8,11,17 9:12 10:15,23 11:17,22,25 12:12,17 15:19 16:25 22:10 23:7,9,12 26:4,8,9,17,21 27:3, 8,9,14,16 28:2,3,25 29:1,2 30:21 31:8 32:13 33:5 35:15,18 38:2 41:12,13,14,17 43:8,15 45:5 47:21 50:12 51:18 56:2,11,13,23 57:4,25 58:8,15,21,23,24 59:9,11,12,20,25 61:9 62:7,11,23 63:2,25 64:10 66:7 67:8,13,14,16,22 68:7,15,16,17,19, 23 69:6,8,13,19,20 70:13,14,16,19, 21,23 71:2,3,7,12 72:3 74:18,19,25 75:10 76:21 77:18,21,22 78:5 80:10

82:14 83:10 84:20 85:17,21,24 86:22 87:13,14 88:15 89:3,8,22,25 91:2 92:17,23 93:21 95:11 96:13 97:18 98:18 101:16 103:3 105:6 106:4 110:24 112:18,20 117:17,20, 25 118:6,7 119:3,19,25 120:23 123:6,9 124:23 127:5,22,24 128:10, 25 136:20 137:20 138:9,14,20 139:19 142:12 144:17 145:2,4,13, 14,15 146:5,7,18,24 147:6,23 148:18,19 149:3,22 150:23 151:18 153:12,14,16 154:18,22 156:20 157:5,11,18,23 158:16,20,21 159:20,22 160:10,12 161:4 162:1,25 163:3 164:7 165:8,16,21 166:7,11, 18,19,21 167:5 169:14,18,20 170:5, 18 171:1,18 172:6,10,17

**area** 73:16

**areas** 54:15

**aren't** 125:4 144:9

**arguing** 48:5 137:9

**arise** 170:25

**around** 16:13 31:5,11 60:12 131:5

**art** 19:14

**articulating** 83:4

**Artistry** 15:1

**Arts** 5:7

**as** 6:4 7:5 14:22 15:1,17 20:5,6 21:7, 21 22:2,4,6,20,21 24:4 26:4,5 27:4, 15 28:2,5,6,7,14 34:16 35:6 36:21 37:2 38:24 39:3,13 40:24 42:6 43:16 44:23,24 46:1,5,11,14 48:15,16,17, 20,23,25 49:5,25 50:10,15 51:1,25 52:11,15,22 55:14 56:9 61:2,10 63:20 65:10,20 66:13,14,15 68:24, 25 70:22 71:16 73:15,17 82:19 83:5, 12,25 84:2,4,12,25 92:9,13 93:2,3,4, 5 96:16 100:4 101:3,7 102:4,13 103:19 104:11 106:13,19,21 107:23 109:22 110:18 119:5 120:4 121:9 126:17 128:7 129:7,12,25 133:9 136:16,19,25 141:6 142:12 144:1 150:1 151:5 154:5 155:25 158:11,17 160:2,4 161:13 162:15 164:3,4,9,11, 13,22 166:13,19 168:15,23,25 171:6,13,14,23

**aside** 41:21 116:15 165:5

**ask** 6:19,25 14:23 39:20 44:12 47:9, 22 59:15,18 60:15 70:25 87:20

113:7,14,17,18 115:2 125:3 143:4 144:10 145:8 160:14 167:17 170:1

**asked** 39:13 49:4 53:23 106:14 137:11 147:23 151:15 156:8 162:24 163:1,7,14,17 165:4 166:1,4 167:2 170:12

**asking** 11:12 28:2,25 29:1,2 39:13 42:20,21 51:25 53:5,15 57:24 58:11 70:12 71:6 83:24 92:4 93:2 101:16 103:3 107:5,11 131:10 140:2 160:7, 12 168:3

**asks** 19:25

**aspect** 52:20

**assess** 71:4 118:20

**assessed** 40:18,21 41:1 73:9

**assessing** 70:19,23 72:11

**assessment** 46:4,24 106:20 114:1, 13 124:15,18,19 132:17 135:15

**Assessment/plan** 125:11

**assessments** 47:18 99:2

**assigned** 34:18 40:6 44:23 50:16, 18 51:1 56:5 58:5,14,19,22,25 61:3 84:7,12 85:21 109:1 168:22

**assigning** 41:18

**assignment** 40:3,17

**assist** 162:17 166:9

**assistant** 20:2

**associate** 5:2 43:5

**associated** 41:17 62:20 67:23 82:9 138:9

**Associates** 5:2

**association** 22:14,16,17

**associations** 16:25 43:13

**assume** 6:22 12:24 29:4 43:18 73:17 84:20 89:15

**assuming** 97:25

**assumption** 150:8

**at** 12:15 15:3 16:18,22 17:14 18:2,22 19:9,12,15,18,21 20:2,11 22:11 23:21 26:11 34:18,20,21 35:12 38:17,21 39:2 40:6 41:1,3,5 43:17 44:24 46:9 50:16,18,24 51:2,18 55:13 56:5 57:24 58:5,14,19,22,25

61:3 65:20 68:6 70:17,25 71:23 72:1,4 73:13 74:14,24 75:12,22 76:5 78:20 80:16 82:15 84:7,12 85:7,21 89:14 93:21 94:9 96:5 99:4 101:21 102:4,24 103:3,5,6,14,21 104:14,21 105:7,17,20 106:3,10 109:2,18,21 110:7 112:6 116:9 118:19 119:14 120:5,7,15 121:12 124:15,16 125:23 128:14 130:8,25 131:1 132:2 134:2, 20 135:21 136:1 139:11 141:9 142:5 143:17 147:24 148:25 150:18 152:20 153:20,24 155:23 159:17 161:22 162:10,23 164:1,6 165:2,21 167:1 168:21,22 171:5 173:10

**Atlanta** 22:8

**attachment** 9:17 10:7,17,25 25:21

**attempt** 169:23

**attention** 105:16 106:2

**attitude** 46:9

**Attorney** 5:16

**attorneys** 7:18 8:3

**augmentation** 92:21

**Austin** 5:1

**authenticate** 140:9

**authority** 30:13

**authorized** 36:16 151:5 156:1

**auto** 113:2,9,11 120:1,3

**automotive** 14:12

**availability** 17:4 36:13

**available** 22:21 47:19 90:8,10,21 93:24 94:1,23 107:23 112:11 119:19,25 120:4,23 121:19 138:21 156:14 162:14,17 167:11 170:5

**aware** 51:18 53:11,13 80:4 96:9 117:25 118:4

**awareness** 154:14

**away** 47:9 160:16

---

**B**

---

**bachelor's** 13:17

**back** 9:22 10:10 21:22 34:25 47:24 52:3 64:23 79:3 81:4 86:10,17 98:7 108:15 110:11 112:12 121:1 133:18 136:20 147:8 150:7,18 152:22

**background** 13:15,16 14:10 17:19 18:18

**backstory** 108:16

**bad** 133:3 167:17

**balance** 63:3

**balancing** 64:1 79:4 140:12 141:20

**banned** 153:4,6

**base** 163:11

**based** 48:23 49:20 71:15 73:24 79:12 80:1 99:5 104:10 126:14 133:22 150:8 163:12 172:10

**basic** 21:16 27:4,19 73:16 110:22 111:7

**basically** 30:8

**basing** 124:24,25 125:1

**basis** 36:24 46:20 91:13 148:9 149:19,22

**Bast** 6:1,7,13 7:8,14,16,20,24 8:1, 10,16,19 9:3,11,19 10:5,14,18,20 11:1,9,11,16 12:2,5,19 16:20 17:18, 20,21,22,24 18:1,6,16,19 19:1,6,8, 14,17,19 20:9,17,20 21:2,6,8,11,24 22:7,13,16 23:2,4,6,8,11,14,20 24:21 25:1,5,11,14,16,23 26:2,15, 23,25 27:2,10,19,24 28:2,6,14,19 29:8,14,22 30:1,7,11,16,19,23 31:3, 10,18,23 32:8 33:1,3,7,17,20 34:1,5, 10,15,24 35:4,14,20,22 36:3,6,12,20 37:1,3,10,21 38:3,6,10,24,25 39:5,6, 9,20 40:2,13,16,23 41:11,14,20,23, 25 42:2,5,12,22 43:2,12,19 44:15, 17,20,22 45:3,5,8,10,13,17,22,25 46:2,7,11,18,21,25 47:14,17,22 48:4,7,16 49:5,15,24 50:6,14,25 51:4,7,10,13,17,21 52:3,9,18,21,23 54:13,22 55:3,8,17,22 56:4,11,15,18 57:6,12,14,18,21 58:2,10,16 59:2,7, 13,19,21 60:1,5,9,17,20,25 61:6,14, 23 62:4,11,23 63:13,19 64:9,16,19, 22 65:4,7,18,24 66:12,22 67:4,8,12, 21 68:3,6,13,20,25 69:6,11,13,18,23 70:1,3,6,12,15,20 71:2,10,12,18,25 72:4,9,12,17,20 73:1,7,11,25 74:4,7, 12,18,23 75:3,6,10,16,20,24 76:4,9, 12,20,23 77:3,10,16,20 78:9,13,15, 23 79:10,12,25 80:6,13,19,23 82:7, 22 83:1,8,19 84:5,11,17 85:1,5,7,14, 20 86:4,8 87:1,3,8,11,17,23 88:1,4,

7,11,16,18,20,23 89:1,7,10,21,25 90:9,17,20 91:1,12,15,22 92:1,4,8, 15,19,23 93:8,14,16,18,24 94:2,6, 10,14,17,20,22 95:1,3,9,13,17,21,25 96:7,11,25 97:4,6,10,12,16,21 98:1, 4,12,15 99:13,17,20 100:8,11,16,21, 25 101:10,19 102:3,6,8,11,15,17,23, 25 103:3,6,9,14,17,23,25 104:3,5 105:4,7,14,20,23 106:1,8,13,21 107:4,20 108:3,11,19,24 109:8,13, 18,23 110:1,3,6,14,18 111:4,6,12, 16,21 112:1,4,7,10,16,25 113:6,11, 16,19,25 114:3,7,12,20 115:4,10,13, 18,21,24 116:8,13,17 117:5,11,19 118:4,11,15,22 119:3,8,12,16,18,22 120:6,8,11,17,22 121:5,9,18,22,24 122:1,8,22 123:1,4,18,25 124:6,9, 13,17,21,25 125:4,12,16,18,25 126:3,9 127:2,4,11,17,24 128:4,20 129:4,8,14,18 130:2,5,7,14,23 131:2,8,13,18,22 132:2,8,12,16,21, 25 133:5,8,14,22 134:1,5,9,14 135:1,7,14,22 136:2,5,8,10,14,22,25 137:21,25 138:8,15,20 139:4,9,11, 18,21,23,25 140:9,15,20,23 141:23, 25 142:3,9,11,15 143:2,12 144:6 145:12,14 146:8,12,14,23 147:2,5 153:7 155:15,19 156:4,12,18,21 157:9,15,17,21 158:1,3,4,11 159:2, 9,12,16 160:2,6,18 161:2,24 162:6, 12 163:5,10,12,16,20 164:16 165:10,18,25 166:3,6,11,25 167:4,8, 14 168:11,19 169:5,13,20 170:1,4, 10,17,20,23 171:1,8,16,20,25 172:8, 21

**Bast's** 86:17

**bathroom** 81:10

**battle** 54:4

**be** 7:4 8:22 21:16 24:17 34:1,20 36:15 39:11,16 40:11,18,20 41:1,12 42:16 51:8,23 53:1 55:11,18 62:14, 17 64:17 65:9 67:13 68:9 71:16 72:13 73:9,19 74:15 75:12,16,18,25 76:10 78:2,4,15 79:14 80:4 81:4 83:13 85:7,8,12 86:18 89:24 90:10 93:22 97:23 99:20 100:7,9,14 106:15 111:11 114:17 117:2 118:21 119:20 123:2,15 125:6,9 128:11,18, 19,21,23 129:9 134:16 138:11 142:4 143:3,8 148:12 151:10,13,23 153:4, 15 154:2,23 155:14 157:1,3 159:20, 23 160:15,19 161:3,15,17 162:16 163:9,22 164:3 165:11,12,13,16 166:22,23,24 167:6,12,15 168:7,16

Index: bear..but

169:11 170:9,19

**bear** 6:18 91:4

**beard** 164:13

**became** 19:5 25:7

**because** 16:10 20:3 32:5 33:14 43:4 52:12 53:8 55:24 61:18 78:18 90:15 91:24 94:22 95:21 96:17 101:6 104:14 127:8 129:22 147:14 154:2, 22 157:2 165:2

**become** 128:8,9

**been** 6:2,24 12:13 16:18 17:3 20:10 22:8 24:15 25:12 43:24 55:1 62:24 68:8,21 80:25 89:12 91:20 93:24 94:1,3 100:17 104:6 109:6 110:9 113:1 115:15 117:9 118:1,7 119:2 121:3,12,14 122:16 123:6 127:15,18 134:2 147:23 148:24,25 156:12 159:16 160:6 171:11

**before** 9:18 10:4,6 11:8 33:2 35:11 38:9,13 39:14 54:24 63:10 64:15 76:22,25 83:14 85:3 93:13,18 102:24 113:4,7,12 115:11 117:3 121:7,16 122:7 126:6 130:11 160:24 165:23

**beginning** 35:6 73:14 162:23

**behavior** 109:4 117:14 125:2 163:24 164:17

**behavioral** 30:11 103:15 104:14 105:8 111:23 115:25 116:9 117:17, 20 122:6 135:24,25

**behaviors** 88:21 116:20

**behind** 24:9

**being** 5:5 8:8,11 26:3 48:20 49:4 50:9 52:14 53:23 56:10 58:12,13 70:23 79:16 80:7 84:4 91:18 104:10 106:24 120:4 123:6 127:13 152:23 159:18 164:15 166:8 170:13 172:1

**being's** 40:11

**belief** 91:14

**believe** 14:5 17:1 36:20 45:25 89:7, 10 105:8 117:19 148:4 155:1 163:1

**below** 126:5 127:19 129:15 130:7 137:18 141:21

**Bend** 18:24

**Benefit** 110:1

**benefits** 63:23 142:24

**besides** 16:23 39:8 54:11 159:7

**best** 35:22 49:24 77:20 100:25 115:24 122:12 143:12 147:20 148:2 155:3 158:15 163:12 171:16

**betray** 169:1

**better** 39:23 55:25 61:20 66:17 132:13,22

**between** 19:4 34:18 35:21 48:17 49:2,11 56:1,5 84:19 103:24 117:21 129:21 150:23

**beyond** 26:16 52:13

**bilateral** 45:16

**bill** 100:2 160:2,9

**billing** 129:3,5

**billings** 147:11

**bind** 169:21

**binder** 170:6,7

**binders** 170:4,9

**biopsychosocial** 35:8

**birth** 34:18 40:7 41:2,4 44:24 50:16, 18 51:2 56:6 58:5,14,20,22,25 61:3 84:8,12 85:21 102:11 109:2 164:2 168:23

**bit** 21:9 23:15,18 28:23 32:17,20 39:22 43:25 55:25 74:21 91:3 98:25 143:18 144:24 145:18

**bleeding** 78:1,7,11

**blessed** 24:15

**blessing** 36:17

**blocker** 74:20 78:20

**blockers** 63:11 64:11 67:1,10,12 68:1,5 74:3,5,10 75:1,5,13,23 76:6, 22 77:14,18,19,22,25 78:3,16,17 79:13,22 80:7,10,12,17,22 82:18 89:13,23 91:8,20 98:11 99:22 100:7, 24 149:13,24 150:13,16,20 165:16, 21

**blocking** 79:7

**blood** 68:23 85:9,16 87:25 88:17 138:2 163:21

**board** 15:7 27:11 71:4

**bodies** 42:7 126:11 169:1,15

**body** 7:5 42:7,15 62:25 63:3 70:6 92:10 95:21,23 104:25 117:21 164:6,18,25 168:8,21

**bone** 79:15 88:6,14

**bones** 79:8 80:8

**born** 41:15

**both** 91:8,15 113:21 119:25 122:12 123:9 131:11 134:7,8 144:14 162:24 163:12 167:1

**bottom** 112:6 119:14 120:12 130:18 132:2 139:12

**boy** 104:7,11 164:3

**break** 43:24 44:2 81:6,11 91:2,4 98:3 168:20

**breast** 45:14 92:20

**breasts** 164:19,25 169:17,22

**bring** 66:6 95:12 99:4

**brings** 95:11 96:8,11,23

**broad** 57:2 153:11

**broader** 42:19

**broadest** 35:16

**broadly** 42:13

**broken** 152:20

**budget** 15:7

**building** 144:24

**bullet** 132:18 137:22

**bullying** 118:8,14,23

**business** 14:13,15,18,21 15:1 31:1

**but** 6:3,16,23 10:11 14:5,17 19:11 20:18 21:3 23:24 25:20 26:9,16 29:6,19 30:8,24 32:17 33:14 34:11 35:7 36:12 37:8 39:22 42:3,11,18 43:10 45:18,21 46:1,14 47:5,9 48:6, 22 50:5,7,22 51:8 54:2 58:7,20 62:25 64:23 65:10 66:19 71:6 72:13 73:12,13 75:2,14 76:2,7,16 78:5,21 79:17 81:9,11 82:14,17 83:4 84:2,22 86:11 89:18 90:15 93:4 95:6,22,23 96:8 98:17 99:4,20 100:13 101:7 103:20 104:1 105:17 107:15,21 110:11 111:18 113:14 117:9,15 119:19 120:5,14,23 121:3 123:19 126:14,17 127:21 128:13 129:24

130:25 132:19 133:20,25 137:15,23 139:7 140:4,25 142:12,17 145:19 147:23 152:13 155:11 157:7,22 160:20 162:9 163:13,23 164:21 165:14 168:23 172:17,25 173:6,8

**buy** 82:4

**buying** 81:21

**by** 6:6 7:22 20:10 24:1 26:6,7 30:20 37:3 40:6,14 44:9 50:2 52:4 54:8 59:12 61:14 62:18 65:6 66:5 68:15 72:9,18 73:9,19 77:4,5 81:15 82:5 83:20 84:18 90:11,12 98:6,24 99:25 104:11 106:25 107:9 109:20 112:17 117:24 124:3,23 129:1,12 133:17 136:15 140:8 141:18 147:18 151:5, 11 152:25 156:1 158:18 161:8 162:22 165:10,20 166:5 167:5 168:2 171:11,12 172:4,10 173:2

**C**

**call** 6:12 22:1 77:4,5 90:11,12 107:20 111:6

**called** 8:17 10:12 21:12 131:25

**calling** 26:6

**calls** 46:4

**came** 44:22 81:21 103:10 104:5 105:14

**can** 7:1 9:20,25 11:10 13:4,14 14:17 18:17 27:3 28:23 29:6 33:9,23 37:15 38:4 40:6,11,14 44:9 50:2 54:4 13,16 46:15,19 48:21,22 51:8 52:1,15 53:21 58:16 59:21,22 61:14,21 62:2 64:8 66:1 67:5 68:9,22 69:15,20 76:15 78:1,15 81:22,23 83:24 84:2 91:4 92:24 93:3,5,7 95:6 96:10 98:7, 20 99:4 101:7,21 102:7 109:23 111:3 112:13 113:17 119:1 123:5,18 124:14 128:11 129:25 131:20 135:12 139:11 141:5 144:10,12 147:3 151:6 153:21 156:1 158:16 161:22 165:13,16 167:7,21 172:18

**can't** 7:5 8:15 16:11 37:21 53:22 96:7 105:2 123:19

**cancer** 90:3,6

**cannot** 7:6,9 158:14,18 172:16

**capable** 36:15 72:12

**capacity** 15:5 27:15 83:11 137:3

162:15

**capstone** 65:8,21 66:14,17

**caption** 39:3

**care** 17:5,12 19:22 20:6,13 21:3,7 22:10 23:23 24:7,9 25:1,6,8,17,25 26:2,3,5,9,10,19 31:17 37:11 42:9 70:22 100:22 104:21 106:15 107:22, 25 108:1 122:13 123:7 145:24 146:1,2 147:7,15,16 150:15 151:6 153:6 154:15 156:2,5,6,7,22 158:6, 7,9,12,13,14,19,20,24 159:3,24 163:8,9 165:8 167:9,10 170:7 171:3

**carried** 128:14

**carries** 127:25

**carry** 119:8

**case** 13:9 39:3,12,24 53:6 75:8 79:25 84:2 97:24 107:12,15,16 113:18 119:13 126:16 129:10 134:17

**cases** 53:16

**categorized** 41:12

**category** 76:19

**Catherine** 6:1,13 7:8,14,16,20,24 8:1,10,16,19 9:3,11,19 10:5,14,18, 20 11:1,9,11,16 12:2,5,19 17:20,22, 24 18:1,6,16,19 19:1,6,8,14,17,19 20:9,17,20 21:2,6,8,11,24 22:7,13, 16 23:2,4,6,8,11,14,20 24:21 25:1,5, 11,14,16,23 26:2,15,23,25 27:2,10, 19,24 28:2,6,14,19 29:8,14,22 30:1, 7,11,16,19,23 31:3,10,18,23 32:8 33:3,7,17,20 34:1,5,15,24 35:4,14, 20,22 36:3,6,12,20 37:1,3,10,21 38:3,6,10,25 39:6,9 40:2,13,16,23 41:11,14,20,23,25 42:2,5,10,22 43:2,12,19 44:15,17,20,22 45:3,5,8, 10,13,17,22,25 46:2,7,11,18,21,25 47:14,17,22 48:4,7,16 49:5,15,24 50:6,14,25 51:4,7,10,13,17,21 52:3, 9,18,21,23 54:13,22 55:3,8,17,22 56:4,11,15,18 57:6,12,14,18,21 58:2,10,16 59:2,7,13,19,21 60:1,5,9, 17,20,25 61:6,14,23 62:4,11,23 63:13,19 64:9,16,19,22 65:4,7,18,24 66:12,22 67:4,8,12,21 68:3,6,13,20, 25 69:6,11,13,18,23 70:1,3,6,12,15, 20 71:2,10,12,18,25 72:4,9,12,17,20 73:1,7,11,25 74:4,7,12,18,23 75:3,6, 10,16,20,24 76:4,9,12,20,23 77:3, 10,16,20 78:9,13,15,23 79:10,12,25

80:6,13,19,23 82:7,22 83:1,8,19 84:5,11,17 85:1,5,7,14,20 86:4,8 87:1,3,8,11,17,23 88:1,4,7,11,16,18, 20,23 89:1,7,10,21,25 90:9,17,20 91:1,12,15,22 92:1,4,8,15,19,23 93:8,14,16,18,24 94:2,6,10,14,17, 20,22 95:1,3,9,13,17,21,25 96:7,11, 25 97:4,6,10,12,16,21 98:1,4,12,15 99:13,17 100:8,11,16,21,25 101:10, 19 102:3,6,8,11,15,17,23,25 103:3, 6,9,14,17,23,25 104:3,5 105:4,7,14, 20,23 106:1,8,13,21 107:4,20 108:3, 11,19,24 109:8,13,18,23 110:1,3,6, 14,18 111:4,6,12,16,21 112:1,4,7, 10,16,25 113:6,11,16,19,25 114:3,7, 12,20 115:4,10,13,18,21,24 116:8, 13,17 117:5,11,19 118:4,11,15,22 119:3,8,12,16,18,22 120:6,8,11,17, 22 121:5,9,18,22,24 122:1,8,22 123:1,4,18,25 124:6,9,13,17,21,25 125:4,12,16,18,25 126:3,9 127:2,4, 11,17,24 128:4,20 129:4,8,14,18 130:2,5,7,14,23 131:2,8,13,18,22 132:2,8,12,16,21,25 133:5,8,14,22 134:1,5,9,14 135:1,7,14,22 136:2,5, 8,10,14,22,25 137:21,25 138:8,15, 20 139:4,9,11,18,21,23,25 140:15, 20,23 141:23,25 142:3,9,11,15 143:2,12 145:14 146:8,12,14,23 147:2,5 155:19 156:4,12,18,21 157:9,15,17,21 158:1,11 159:2,9,12, 16 160:2,6,18 161:2,24 162:6,12 163:5,10,12,16,20 164:16 165:10, 18,25 166:3,6,11,25 167:4,8,14 168:11,19 169:5,13,20 170:1,4,10, 17,20,23 171:1,8,16,20,25 172:8,21

**caught** 19:12

**cause** 60:22 75:18 86:7 91:9 171:13 172:6

**caused** 47:2,16 172:10

**causes** 61:4 123:5

**causing** 61:13

**ceased** 46:1 117:9

**central** 22:10 64:20 79:13

**certain** 98:1 170:6

**certainly** 42:14 48:21 52:21 59:19 61:6,8 81:4 83:25 169:5

**certified** 18:19 19:5 27:11,17

**certify** 53:21

30(b)(6)

Index: cetera..concluded

**cetera** 135:17

**challenging** 38:16

**chance** 122:21

**change** 44:13,16 46:15,19 47:2,16 49:20 50:3 63:3 73:23 92:10 114:14, 25 126:14 128:12 168:22

**changed** 44:18 46:23 134:16 163:4, 6

**changes** 70:13,16,18 117:17,20 172:16

**changing** 70:7 125:21

**characteristics** 67:23 68:14 84:21 168:25 169:4,6 171:7

**characterize** 71:14

**charge** 16:6

**chart** 87:12 120:1,3 138:17 147:14

**charts** 75:17 76:13 80:24

**Chase** 5:13

**check** 150:7

**checking** 68:18,19,21 143:3

**chest** 45:13,15 92:15 169:23

**Chicago** 20:12 154:22

**chief** 129:15

**child** 47:6 49:10 56:25 58:19 76:21, 25 110:5,7,12 113:3 122:16 164:1

**childhood** 104:7 110:21

**children** 19:9 31:21 47:21 48:2,11, 18,25 49:2,12,17 50:1 58:17 59:8 64:14 74:1 79:13 164:5,7

**CHIRP** 113:2

**choose** 26:6,8 77:5,6 80:22 90:13, 14,18 139:1 155:10 162:3

**chromosomal** 41:15

**chronological** 102:20

**Churches** 15:25

**circumstance** 37:15,17 90:9 123:14 171:5

**circumstances** 44:21 84:1 90:7 170:21 171:19

**cis** 50:16 171:11,12,19 172:3,4,11

**cisgender** 166:21,22,23 170:19

**claim** 61:13 101:13

**claims** 100:23 101:4

**clarification** 22:3

**clarify** 103:9

**class** 134:6,7,16

**classes** 158:17

**clause** 86:21

**clear** 37:10 38:19 39:17 47:10 49:4 60:25 100:14 109:9

**clearly** 58:23

**client** 39:11

**clients** 21:21 30:4 86:12

**clinic** 15:23 26:17

**clinical** 19:24 20:3,21,23 28:9 144:12,14,17 145:11 163:13

**clinically** 163:9

**clinician** 49:6

**clinics** 25:15 154:14

**closed** 7:16

**closer** 154:3 155:7

**clot** 85:16

**clothing** 169:22

**CMES** 20:4

**co-existing** 85:15

**co-founded** 16:19

**co-founder** 19:19

**co-morbid** 121:10 123:1

**co-morbidity** 122:25

**coaguable** 85:9

**coagulation** 85:16

**code** 128:5

**codes** 127:25 128:25 130:8

**cognitive** 30:11 122:6

**collect** 57:15 107:23

**collected** 106:24

**collection** 156:13

**College** 19:2

**come** 10:10 12:17 21:14,22 22:1,4 25:18 26:20 58:3,17 59:8 64:23 83:9 95:4,9 102:16 109:5 133:3 144:5 153:13 155:5 161:4 165:7 170:25

**comes** 47:18 49:13 54:6 59:15 72:21 84:23 95:10 98:14 99:7 107:16 146:11

**coming** 24:9 25:3 81:4 106:22 108:17 144:18 150:13,15 160:15

**comment** 39:10

**commenting** 169:16

**committed** 53:6,16

**committees** 22:12,25 23:1

**common** 59:11 78:5 165:6

**communicate** 156:7

**communicating** 143:2

**communication** 153:3,5

**community** 15:9,19,24 22:18 145:10

**companies** 100:23 101:2,7,9 129:1

**company** 134:18

**compared** 49:12

**compensated** 8:8,11

**competence** 53:9 73:15

**competency** 15:22,24 20:1,5,7,13, 14,15,22 21:16

**complaint** 7:20 8:6 13:9 18:5,9 37:23 38:6,9,13,16 129:15

**complete** 102:14 138:2 142:13

**completely** 16:2 97:12,15 146:14 171:25

**complex** 40:3,16 43:4

**comprehensive** 138:3

**concern** 115:22 127:15

**concerned** 52:24 53:19 114:10,17 153:13

**concerning** 99:21

**concerns** 25:6 71:19,22 75:11 110:21 126:25 133:1

**concluded** 173:10

**conclusion** 36:24 49:21 108:17 109:5

**concrete** 82:24

**conditions** 88:21 121:10 123:2 138:23 171:2

**conference** 20:12

**confirm** 34:7 35:25 106:25 107:3,7, 9 150:19

**confirmed** 128:6

**confirming** 105:10 143:6

**confirms** 120:18

**confused** 29:17

**confusing** 25:18

**congenital** 40:24

**congruence** 117:21 162:17

**congruent** 58:13 109:1

**connect** 156:9

**connected** 105:19

**consent** 63:14,18 64:1,13,25 65:16 79:4 98:8,10,14 99:3,9 100:2 138:12 139:6 140:11,16 141:20 142:14 162:4,8

**consequences** 159:23

**consider** 37:9 162:4

**consideration** 108:20 114:23

**consist** 146:13

**construct** 43:4

**consult** 106:17 113:9

**consultation** 143:22 144:2 146:11 153:17

**consultations** 144:15,16,20 145:13,16

**consumed** 115:8

**consumption** 115:7 116:15

**contact** 151:3 155:22

**context** 20:24,25 24:24 28:9,22 31:24 43:6,21 55:6 61:7 64:21 81:16 90:20 95:23,24 100:14 116:23 146:21,22 150:22 167:9

**contexts** 54:11

**continually** 81:20

**continue** 80:22 87:6 117:1 121:15 156:5

**continues** 69:16 139:7

**continuing** 67:15 144:5

**continuity** 151:6 156:2

**contraindicated** 90:2,4

**contraindications** 90:1,25

**control** 123:16,24 124:5

**controlled** 123:2

**conversation** 80:16,21 88:12 96:6 99:11 109:8 167:9

**conversations** 89:15 91:17 160:1

**conversely** 69:7

**convey** 151:9

**conveyed** 108:13

**cooperate** 151:2 155:22

**coordination** 156:22

**copies** 9:21 142:13

**copy** 139:5

**core** 121:5

**corner** 141:10,13

**correct** 11:1 18:6 19:6 29:22 36:6 38:22,23 39:5 46:2 55:7 63:13 64:5, 16 69:20 76:9 77:16 87:1 94:10 106:7 112:25 115:21 120:22 130:24 134:1 136:2,8,22 139:9 141:23 142:3,11 145:7 146:12 148:14 151:12 152:19 165:25 172:24 173:1, 3

**correctly** 26:18

**correspondence** 50:20

**corridor** 24:3

**could** 14:11 36:15 47:22 51:23 61:19 75:24 78:4 83:19 94:24 96:25 105:19 108:8 118:21 119:2 128:9, 12,21,23 129:9 145:5 151:16 153:7, 8 167:11,20

**couldn't** 24:5,13 80:14,23 94:25 107:3

**counsel** 5:8 12:10

**counseling** 27:22,25 28:3,4,10,23 30:4,5,6,17

**counselor** 27:6 28:4 29:15,21,24 30:2,13,22 71:23 72:2,6,23,25

**counselors** 29:12,19 154:5

**count** 88:9 138:2

**couple** 6:17 71:2 131:15 137:22 140:24 143:21 161:9

**course** 52:5 63:17 99:3 114:6 115:23

**court** 6:19 142:19 161:13

**cover** 28:22 102:4 134:19 139:24 144:20,21 159:7

**covered** 99:25 157:3

**create** 14:14 15:10 21:17 24:6 90:12 145:23

**created** 138:1

**crisis** 23:22

**criteria** 117:5 125:5 135:16

**cross-sex** 83:17,20 89:15,19,23

**crying** 160:23

**cultural** 43:17

**culture** 43:5,9,11,12,13,16,18,20

**curious** 157:12

**current** 152:13,16

**currently** 49:25 81:17 91:17 119:9 133:20 153:13

**customary** 16:12

**cut** 164:10

**cutting** 117:14 164:22

### D

**data** 49:25 51:18 57:15,17,25 86:9 108:19,20 121:1 156:12

**date** 5:4 102:11,18 111:16,19 112:4, 9 130:12,17,19,21 131:7 156:11,16

**dated** 148:16

**dates** 133:19

**day** 21:13,15 103:19,21 120:13 126:6,20,21 170:6

**deal** 169:19

**dealing** 35:9 109:7 157:9 164:23

**death** 25:2

**Debbi** 5:1

**decide** 74:9,16 85:25

**decided** 24:12 173:6

**deciding** 80:4

**decision** 46:4 74:22,24

**declaration** 7:22 8:6 12:23 13:4,6, 8,11 17:20 18:4,14 25:20 61:19,22 86:17,20 91:5 143:23 148:24 154:13 155:13,14,16

**declarations** 162:25 163:4

**declared** 33:5

**deduce** 41:9

**deemed** 163:9

**Defendants'** 11:6

**deficit** 105:16

**define** 32:1,13 33:12 86:22 92:5

**defined** 34:16 148:11

**defining** 87:15

**definition** 34:2 35:10 124:4 155:2 165:11

**degree** 13:20

**demographics** 111:7

**demonstrate** 57:9

**demonstrated** 55:12

**demonstration** 60:2,4

**denied** 101:14

**dependent** 89:18 146:14 171:8,25

**depending** 57:5 128:21 144:17

**deponent** 5:6

**deponents** 5:11 10:12

**deposition** 5:5,16 7:19 8:4,23 9:1,7, 15,17 10:9 11:4,21 12:21 17:17 32:25 38:1 47:5 64:7 65:2,14 66:9 73:14 101:25 140:7 141:17 153:19 161:6,7 162:23 167:1 172:16 173:10

**depressed** 165:8

**depression** 71:5,13 91:10 104:23 105:2 112:22 113:21 116:3 118:1,2 119:10 120:2 121:12,20 122:5,15, 17,19,20,25 123:6,9,10,14,23 124:2, 4 129:25 132:6,13 165:5,15

**depressive** 105:9,12 117:13 120:18 128:1,2,8,9,12,15,20,24 129:16,21 131:9 132:20 165:5

**describe** 13:14 14:11 18:17 19:18 22:6 34:10 37:2 38:4 42:25 49:7 83:14,19 128:11 169:1

**described** 27:14 92:13 142:12

**describes** 42:6

**designation** 10:12,21 42:5

**designed** 169:22

**designee** 25:22

**desire** 93:12,20 96:2 97:10 114:21 164:17 168:10

**desires** 157:11

**determination** 107:24

**determines** 72:24

**determining** 147:15

**develop** 67:15 85:16 168:24 171:7

**developed** 65:8,19,20 66:13 164:20

**developing** 67:22

**development** 68:14 79:15 88:6,15, 19

**developmental** 110:5,12

**devote** 16:16

**diabetes** 52:24,25 53:1,2 54:17 55:14

**diagnose** 35:3 52:8 54:20 56:16 163:21

**diagnosed** 51:23 52:25 105:8 111:22 165:12

**diagnoses** 52:19 53:16,20 106:25 112:8 127:25 128:25 138:9

**diagnosing** 34:14 49:13 51:11,15, 20 54:6 55:7 163:15

**diagnosis** 35:10,24 36:22 49:15 55:3,9,11 56:7,19 57:5,6,13,15,16 58:9 60:8,14 63:8 72:2,7 100:18 103:10,12,20 105:15 106:6 107:6, 10,17,19 108:8,10 109:22 119:9 120:2,19 121:4,6 128:5 129:11 142:22 148:25 165:6

**dialogue** 77:6

**did** 7:18 8:4 12:10 13:20 14:4,15,19, 20,21,24 15:2 17:14 19:7 24:23 35:15 43:10 44:25 45:3,4,25 46:3,16 52:16 65:8 74:15 87:2,3,6 90:15 102:16,23,24 103:21 104:1,3 105:1, 22,23,24,25 106:9,11,19 108:22 109:5,15 113:18 114:1,5,25 115:2, 11,15,22 116:6,14 118:20 122:4 132:5,19 133:12 135:21 136:3 139:16,18 142:22 150:18 159:25 160:8,17

**didactics** 21:13

**didn't** 20:7 46:12 55:15 81:1 87:4 105:17 109:18 117:2 120:13 129:10 134:21 135:3 160:18 161:10 167:17

**difference** 21:1 35:21,23 48:13,14 49:10,11 55:8 56:1,5 172:6

**differences** 45:18 57:1,4

**different** 20:19,25 24:17 25:13 26:12 42:7,8,9 43:6 45:16,20 47:21 54:9 56:3,14 58:24 67:8 97:13,15 98:13 105:6 119:2,7,11 120:7 125:24 126:11,12 128:10 134:10,13, 14,15 146:20 156:19 162:16

**differently** 134:11,15 145:6

**difficulty** 106:2

**dig** 133:18

**diminish** 116:20

**directly** 116:2 156:24

**director** 15:4 16:23 19:20

**directors** 15:7

**disagree** 108:9

**discharge** 103:17,20 104:19 135:23 139:24

**discipline** 153:9

**disclosure** 79:19

**disclosures** 99:1,12

**discriminate** 158:18

**discriminating** 158:13

**discrimination** 160:21

**discuss** 51:15 125:21 151:4 159:22

**discussed** 143:10

**discussion** 41:22 63:20 66:4 74:16 89:2 98:23 117:23 167:22 170:16

**discussions** 64:12 134:24 153:18

**disease** 42:14

**dismay** 164:25

**disorder** 40:24 85:16 105:9,13,17 120:18 128:1,2,8,10,12,16,21,24,25 129:16,21 131:9 132:20 165:6

**disorders** 110:20,25

**disparities** 144:22

**distaste** 164:8

**distinction** 28:15,17 48:25

**distinguish** 84:19

**distracted** 52:4

**distress** 34:17 55:12 56:7 58:12 60:2,10,18,22 61:5,9 62:18 83:7,13, 14 104:10,24 109:3 116:3 164:5,6, 23 165:11,12 168:7,25 169:8

**distressed** 59:8

**Diverse** 140:12 141:21

**divide** 126:7,22

**do** 6:14 7:18 8:4,14,24 11:2 12:6,15 14:1,3 15:5,6,8,23 16:2,4,6,9,15 17:21,22 19:7,16,17 20:20 21:7,8, 22,24 22:12 23:5 24:13 26:16,24,25 27:1,3,15,22 28:14 29:13 31:13 32:6,23 34:7 35:10,13 36:4,7,11 37:3,5,6 39:7 44:6 45:23 47:1,7,12, 20 50:5,23 51:3 52:3,19 56:16,22,24 57:1 59:5,15,17 60:7,15,18,21 61:4, 11,16,20 62:3,8,10,19 63:14,17 64:2,21 65:6 66:24 67:2,7,19 68:4, 11 69:9,24 70:4,25 71:11 72:4 73:5, 15 74:5,8,22 75:1,2,4 77:1 79:20,23 80:9,20 82:5,18,20 85:4,23 86:25 87:2,10,13 88:9,24 89:18 90:19 94:1,10,12,15 96:6,7,23 97:6,23 98:13 99:8,18 100:6,9,23 101:7,9, 11,12 102:1,3 106:12,21,22,24 107:9,18,21 108:7 109:21 110:2,3,6, 7,11,16,24 111:14 113:9 114:1,18, 25 117:12,17 118:9,17 119:14 122:24 125:3,15 126:7 127:5 129:18 130:11 132:5,15 134:10,20 136:10 138:24 139:14 140:10,13 143:8

144:19,23 145:8 146:2,3 147:12,15 148:12 149:2 151:10,13 152:5,20 153:24,25 154:11 155:2 156:15 158:15 159:9,14 160:20 161:19 162:4 163:11,17,18 164:14,16 167:3,4,12,25 168:16 169:11,17 170:2,3,16,17 172:18 173:3,8

**docs** 99:3

**doctor** 6:12 7:6,19 8:8,14 9:2,9,18 10:3,4,13,15 11:8,25 18:17 24:22 29:6 33:25 38:2 39:12 40:11 44:10 52:17 54:9,24,25 61:8 62:2 64:8 65:3,17 66:10 70:21 71:16 73:14,17, 23 77:12 81:16 82:5 93:4 98:9,25 100:6 102:1 117:25 124:8 133:2 153:18 159:14 161:22 162:23

**doctors** 54:20 84:3 106:23 146:24 147:6

**document** 9:2,4,18 10:13 11:5,8,10, 15,17,24 12:6,24 17:21,25 33:1 38:2 64:2,8,9 65:3,5,16,19 68:6 76:13 79:5 81:17 86:10,16 98:8,10,13 102:1,2,7 139:6 141:2 151:24 153:21 161:15, 23,25 162:11,13

**documentation** 135:20 136:3,13, 16 137:7,13

**documented** 117:12 136:12,13,23, 24 137:3,4,11 165:20

**documents** 8:14 11:12 12:11,13,16 66:15,17 98:18 107:1 135:25 136:9, 11 140:10 161:9,19 162:7,8

**does** 9:2,4 15:15 16:15 24:23 28:1,4 30:6,13 31:16,21 32:9 34:3 40:1 43:13,16,18 44:13 48:6 49:21 50:15 54:24 55:20 63:1 70:11 72:1,6 79:14 82:12 92:2,7 95:5 102:13,15 108:2 120:16 123:3 124:22 125:17 134:10, 23 146:13 148:4 150:18 151:17,21 166:14 168:9,17 171:10

**doesn't** 36:2 66:25 119:8 145:19 164:3,18

**doing** 7:3 14:25 21:16 24:25 25:1 28:19 75:6,13 91:2 94:7,12 111:3 132:7 151:22 154:7 160:12

**dominant** 67:24 69:3

**don't** 6:7,23,24,25 12:14 17:1 18:8 30:19 31:19,20 32:3,4 33:9,13 34:5, 9 36:18 37:1,15 40:9 41:16 43:9,19 44:17 45:17,21 47:17 50:6,19 51:1, 13 53:8,17,22,25 59:13 60:20 61:2

63:5 66:18,23 70:2 71:8 73:3 74:9 76:18,20,23 79:17 80:13 81:20 83:1 84:2,6,17,22 86:1,8 89:7,10,13,16, 19 90:23 93:4,8 95:7,25 96:4,18 98:1,16,18,19 101:6,8,10 103:19 105:4 108:14 110:4,9 112:13 113:14,19 115:4 117:11 118:2 121:18 123:22 133:14 134:17 135:12 150:25 152:12 155:1 160:13 162:6 165:2,3 167:16 169:7,15 170:24,25

**done** 17:11 79:22 95:1 97:1 116:9 119:20 140:3 160:22,23 161:3

**door** 7:16

**dose** 85:5 126:7,12,13,17

**dosing** 69:20 171:8,9

**double-sided** 142:4

**down** 33:24 69:2 114:24 115:6 124:23 125:10 127:19 129:15 131:15 137:22 152:20

**Dr** 6:1,7,13 7:8,14,16,20,24 8:1,10, 16,19 9:3,11,19 10:5,14,18,20 11:1, 9,11,16 12:2,5,19 16:20 17:18,20, 21,22,24 18:1,6,16,19 19:1,6,8,14, 17,19 20:9,17,20 21:2,6,8,11,24 22:7,13,16 23:2,4,6,8,11,14,20 24:21 25:1,5,11,14,16,23 26:2,15, 23,25 27:2,10,19,24 28:2,6,14,19 29:8,14,22 30:1,7,11,16,19,23 31:3, 10,18,23 32:8 33:1,3,7,17,20 34:1,5, 10,15,24 35:4,14,20,22 36:3,6,12,20 37:1,3,10,21 38:3,6,10,24,25 39:5,6, 9,20 40:2,13,16,23 41:11,14,20,23, 25 42:2,5,12,22 43:2,12,19 44:15, 17,20,22 45:3,5,8,10,13,17,22,25 46:2,7,11,18,21,25 47:14,17,22 48:4,7,16 49:5,15,24 50:6,14,25 51:4,7,10,13,17,21 52:3,9,18,21,23 54:13,22 55:3,8,17,22 56:4,11,15,18 57:6,12,14,18,21 58:2,10,16 59:2,7, 13,19,21 60:1,5,9,17,20,25 61:6,14, 23 62:4,11,23 63:13,19 64:9,16,19, 22 65:4,7,18,24 66:12,22 67:4,8,12, 21 68:3,6,13,20,25 69:6,11,13,18,23 70:1,3,6,12,15,20 71:2,10,12,18,25 72:4,9,12,17,20 73:1,7,11,25 74:4,7, 12,18,23 75:3,6,10,16,20,24 76:4,9, 12,20,23 77:3,10,16,20 78:9,13,15, 23 79:10,12,25 80:6,13,19,23 82:7, 22 83:1,8,19 84:5,11,17 85:1,5,7,14, 20 86:4,8,17 87:1,3,8,11,17,23 88:1, 4,7,11,16,18,20,23 89:1,7,10,21,25

90:9,17,20 91:1,12,15,22 92:1,4,8,
15,19,23 93:8,14,16,18,24 94:2,6,
10,14,17,20,22 95:1,3,9,13,17,21,25
96:7,11,25 97:4,6,10,12,16,21 98:1,
4,12,15 99:13,17,20 100:8,11,16,21,
25 101:10,19 102:3,6,8,11,15,17,23,
25 103:3,6,9,14,17,23,25 104:3,5
105:4,7,14,20,23 106:1,8,13,21
107:4,20 108:3,11,19,24 109:8,13,
18,23 110:1,3,6,14,18 111:4,6,12,
16,21 112:1,4,7,10,16,25 113:6,11,
16,19,25 114:3,7,12,20 115:4,10,13,
18,21,24 116:8,13,17 117:5,11,19
118:4,11,15,22 119:3,8,12,16,18,22
120:6,8,11,17,22 121:5,9,18,22,24
122:1,8,22 123:1,4,18,25 124:6,9,
13,17,21,25 125:4,12,16,18,25
126:3,9 127:2,4,11,17,24 128:4,20
129:4,8,14,18 130:2,5,7,14,23
131:8,13,18,22 132:2,8,12,16,21,25
133:5,8,14,22 134:1,5,9,14 135:1,7,
14,22 136:2,5,8,10,14,22,25 137:21,
25 138:8,15,20 139:4,9,11,18,21,23,
25 140:9,15,20,23 141:23,25 142:3,
9,11,15 143:2,12 144:6 145:12,14
146:8,12,14,23 147:2,5 153:7
155:15,19 156:4,12,18,21 157:9,15,
17,21 158:1,3,4,11 159:2,9,12,16
160:2,6,18 161:2,24 162:6,12 163:5,
10,12,16,20 164:16 165:10,18,25
166:3,6,11,25 167:4,8,14 168:11,19
169:5,13,20 170:1,4,10,17,20,23
171:1,8,16,20,25 172:8,21

**draw** 112:20 164:10,11

**dress** 164:2 168:5,14,15

**drinking** 115:19

**dropping** 127:19

**drug** 166:7

**drugs** 62:7,13,19

**DSM** 49:16 56:18

**DSM-5** 34:19 35:11 57:11

**duct** 165:1 169:17,21

**due** 99:3 117:17,20

**duly** 6:2

**during** 19:7 87:6

**dynamic** 150:22

**dysfunction** 42:15 77:24

**dysphoria** 27:23 28:11 29:9,10

34:14,16,20,21 35:3,10 36:22 37:20
47:19 48:9,10,17 49:1,8,14,16,17,23
51:9,12,16,20,22 52:8 54:7,11,17
55:7,9,10 56:2,6,17 57:9,22,25 58:4
60:16,23 61:13 62:15,25 63:8 72:8,
19,22 73:5 75:2,4,7 77:1,11,13
82:12,13,19,24 84:14 90:8 95:16,18
99:8,10 100:9,15,18,24 103:2,11
104:2,22 106:7,18,20 107:18 108:2,
8,18,23 109:7,17 111:15 114:8,14,
19,22 115:1 116:3,16,18,19,25
118:3,24 121:11 122:11,14,18
123:8,11,12 124:3 128:16 129:7
135:19,20 137:2,19 140:18 146:20
147:11,16 148:25 149:5 159:8
163:15,22 165:12,24 166:9,13,15
168:9,13,15,18 169:9,11,14 170:15

**dysphoric** 72:3 75:12,22 76:5 79:21
80:10 89:22 109:22

---

## E

**e-mailed** 161:13

**each** 43:6 67:9 108:3 112:14 119:21
142:2,5 143:7,9 146:25 147:7 157:9,
15,18 171:9

**earlier** 48:1 74:1 107:10,19 129:22
132:20 143:18 145:18 153:18 155:3
161:9

**earliest** 112:4

**Early** 102:17

**easier** 32:20 154:23

**ed** 144:5

**educated** 110:19

**education** 13:19 18:25 19:4 28:8
110:10

**educational** 13:15,16 18:17

**effect** 78:2,4,14,16,21,22 85:2 148:6
151:2,10 157:25 167:13

**effective** 127:13 156:11,16

**effectively** 146:6

**effects** 74:5,6 77:23 78:24 79:1
84:16 85:12 88:6 142:25 166:2,4,7,
13,17,18 170:12,14 171:13 172:7,9

**efficacy** 67:3 68:12

**eggs** 88:19

**either** 31:19 33:10 34:9 53:14 67:1
89:3,4,8 105:5 120:2,21 145:12
157:2

**elaborate** 40:14

**electronic** 133:15 151:25

**elevated** 87:25

**eligible** 82:17

**eliminate** 55:20

**else** 7:18,25 21:20 22:24 29:13
34:23 39:7 41:19 45:9 59:1 68:2
77:9,15 78:8 83:5 92:22 133:17
134:8 148:13 152:3 154:25 161:1
167:6 170:15

**emissions** 78:4

**emotional** 34:17 165:14,15

**emphatically** 59:9

**employed** 16:18

**enacted** 33:4

**encounter** 74:8 89:18 120:6,7
130:9,15,18,21 131:7 135:11,13
138:10

**encountered** 51:14

**encounters** 91:16

**end** 23:21 24:1 65:20 130:10 167:1

**Endocrine** 35:18,24 36:5,7,11

**endocrinologist** 35:25 36:17,18

**endocrinologists** 36:14

**engage** 23:5 77:6 162:15

**engaged** 70:8

**engages** 164:4

**engaging** 144:1

**engineering** 13:18

**enjoyed** 13:24

**enough** 44:2,5 54:3 55:20 60:7,13
74:14 77:17 104:15 110:9 137:16,17
153:10

**enrolled** 32:18 158:25

**ensure** 63:14,17

**entail** 28:1

**entered** 139:2,4,7,12,16 161:12
165:19

Index: entirely..Falk

**entirely** 99:19

**entity** 16:16 19:24

**entry** 132:18

**environment** 23:24

**episode** 78:1 128:2

**episodes** 128:22

**equally** 36:15 49:22

**equating** 119:6

**errata** 172:18

**erroneous** 52:19

**erroneously** 51:23 52:7

**error** 51:11,15,19 53:6

**errors** 53:19

**Eskenazi** 154:20 155:9

**especially** 7:3,4 17:5 95:17,22,23, 24 104:8 160:22

**establish** 24:14

**established** 24:14

**estimation** 52:6

**estradiol** 137:23 138:4,5 166:12,15 170:12,19 171:9,12,14,17

**estrogen** 69:1,3 79:7 83:22 84:7 85:11,17,19,21,24,25 86:1,6 87:19 89:5 90:1,2,3 100:11 141:22 166:2, 24 171:4,5

**et** 135:17

**ethical** 107:22 155:21 156:3

**ethically** 155:21 156:4,6

**eval** 35:8

**evaluated** 148:24

**evaluating** 72:11

**evaluation** 109:24 111:23 115:14, 25 116:6,7,9

**even** 26:19 32:11 36:16 81:20 108:1 118:2 135:10 164:9

**event** 14:19,20 121:3

**Events** 14:16

**eventually** 69:18 87:15

**ever** 17:11 25:12 51:14 53:15,23 54:24 60:21 61:4 72:6 74:5,8,15

83:16,21,25 84:1 89:18 92:25 95:1,5 96:6 97:1 101:13 122:16 123:14 147:17 160:23

**every** 37:5 43:18,19 68:6,10,17 69:11,15,16 72:16,18,21 107:16 126:16 138:23 143:6 147:14 159:17

**everybody** 28:8 140:4

**everyone** 46:4 152:10

**everything** 6:20 68:8 163:2

**evidence** 51:6 60:10 80:7

**evolving** 153:23

**exactly** 45:21 73:21 79:17 82:16 133:19 147:6

**EXAMINATION** 6:5 162:21 168:1

**examined** 6:3

**example** 52:22,23 54:18 55:14 62:13 77:24 128:22 164:1 165:1 168:14 171:21

**examples** 58:15 92:17 163:24

**exceed** 171:10

**except** 166:19

**exception** 166:15

**Excuse** 122:3

**executive** 15:4 16:23

**exhibit** 8:22 9:1,15,16 10:9,11,17 11:4,6,21 12:1,21,23 17:17,20 32:21,24,25 37:24 38:1,17 40:9 64:1,7,24 65:2,14,15 66:9 67:6 79:3 81:16 86:18 98:7 101:25 111:2 140:7,11 141:17,19 153:19,20 155:17 161:6,7,11,15,17,22 162:10

**exhibits** 8:18,19,20,22 32:18 140:10 161:11 163:1

**exist** 170:14

**existing** 155:9

**exists** 164:19

**exogenous** 172:5,10

**expect** 78:20

**expected** 70:17 146:24

**expedited** 172:23 173:9

**experience** 21:13 35:9 43:3 46:21, 24 48:7,8,10,11,12,17,22 49:5,20

51:10 52:2,9,12,15 58:2,11,12,17 59:7,24 69:24 76:16 78:23 82:22 83:8 84:6 89:21 91:15,24 93:3,8,25 95:3 97:17 116:1,17,24 122:13,23 123:19 126:10,18 127:5,17 136:6 149:5 163:13 168:19,20 169:13

**experienced** 58:4 91:19,20

**experiences** 47:20 49:7

**experiencing** 62:15 70:9 77:23 104:9 116:4

**experimental** 100:7,10,20 101:3,14

**expert** 48:21 51:25 52:1,12,15 83:24 84:4 93:2,5

**expertise** 48:23

**explain** 59:22

**explained** 137:12

**explaining** 142:24

**express** 164:6,8

**expressed** 58:20,23 60:22 93:19 108:25 165:13

**expresses** 164:5

**expressing** 61:2 71:13 164:24

**expressions** 165:15

**extent** 123:5,10

### F

**face** 111:7 130:15 131:24

**facial** 92:21

**facility** 103:18 104:20 110:8 121:13

**fact** 53:1,3,18 58:22 114:23 165:10

**facts** 142:25

**fair** 54:3,11,21 55:20 63:5,7 74:14 115:19 137:16,17 153:10

**Falk** 5:10 6:16 7:12 8:18 9:20,25 18:8 28:25 31:14 32:10 36:9 39:10 43:23 44:4,7 47:3 48:14,19 51:24 52:11 53:4,13 56:23 61:24 64:5 66:1 73:12 76:14 80:25 81:5,13,23 82:2 83:23 86:15 91:2 93:2,15,17 96:15 98:20 101:5,16 107:11 117:22 121:23 137:8,11 140:5 141:6,9,12 147:22 157:16 158:3 161:20 162:20, 22 167:16,20,23 168:3 172:13,22

173:8

**Falk's** 47:25

**fall** 26:8 27:20

**falls** 30:3

**familiar** 8:7 9:2,4 11:17,25 33:16 35:18 38:2

**family** 18:23 20:11 24:21,22 25:5 26:15,17 27:11,12,20 28:7 36:21 57:19 61:8,15 70:20 73:17 74:24 77:7,12 90:21 110:15,16,19 137:3 139:1

**far** 53:14 54:1 160:4 164:9

**farther** 81:9

**father** 13:23

**fatigue** 126:20

**fault** 138:12

**fear** 82:20

**feasible** 157:1

**February** 102:21 103:18,23 141:14

**federally** 159:1,3,6

**fee** 16:8,12

**feedback** 154:6

**feel** 42:17 59:16 70:18 106:24 118:17 139:14 145:23 158:19 164:18

**feeling** 70:13 126:20 133:3

**feelings** 60:16

**feels** 43:7 126:6 167:17

**felt** 104:6,15 122:11 132:13 134:22, 24 135:3,6 143:15

**female** 41:18 44:23 46:6 84:10,12 85:18 88:24 140:17 164:2 166:23 168:22

**female-to-male** 34:3

**females** 84:15,24 85:15 88:14 89:5 150:24

**feminine** 168:24 171:7

**feminization** 92:21 141:2 162:1

**Feminizing** 161:16

**few** 44:12 50:1,3,6,7 70:3 85:15 143:15 167:25

**field** 14:13

**figure** 118:20 129:20 137:5

**figured** 29:23

**figuring** 114:6

**filed** 39:14

**filing** 39:12

**filled** 163:23

**finally** 29:23 155:15 159:18

**financially** 157:1

**find** 24:5,13 96:25 133:18 156:13 158:15,16

**fine** 6:11 32:14 39:16,19 44:3 69:19 81:11,13 96:20 173:7

**finish** 93:15 157:16

**finished** 20:8

**first** 6:2 8:21 11:6 21:13,15 68:7 69:14,15 86:21 102:16,18,20,22 103:1 105:18,20 109:16 111:16 112:10 114:3,16,22 115:2 122:21 124:14 125:24 132:17,18 138:24 159:25 165:16

**Fisher** 5:15 6:6 8:24 9:24 10:2 18:12 29:4 32:14,16,23 33:23 37:24 39:18 40:8 44:1,5,9 49:19 53:11 54:3,8 57:2 61:21,25 64:3,6 66:3,5 67:5 73:21 81:3,7,14,15,18,25 82:3 86:14,19 91:3 96:20 98:2,6,22,24 101:18,23 107:14 117:24 137:10,16 140:3,8 141:8,11,15,18 147:25 158:4 161:3,8,19 162:18 166:5 167:25 168:2 172:12 173:5

**fit** 76:18 159:5

**fits** 25:20 35:10

**five** 44:5,7 140:4 142:5,7 161:4

**flatten** 169:23

**flexible** 37:2,4

**Flint** 13:22,23,24

**flipping** 140:1

**fluid** 41:22

**fluoxetine** 112:21 121:21 122:5 127:3,4 133:12,19,21

**focus** 24:20 116:24 122:18

**focused** 109:19

**focusing** 106:2

**folks** 21:19 22:1,4 28:10 35:9 64:10 69:2,8 85:20 123:8 126:10 144:4,23 145:3,8,9 153:15 154:5,8,24 158:16 161:25

**follow** 35:5,12,13 36:4 37:19,21 62:13 68:4 69:9 87:4 95:13,18 96:2 106:14 127:20

**follow-up** 59:18 69:16,25 80:15,21 131:9 132:21,22 142:21 146:9

**follow-ups** 143:21 167:25

**following** 21:19 26:11 37:13

**follows** 6:4

**followup** 133:4

**for** 5:9,10,14 6:9,18 7:18 8:4,8,11 9:6 11:6,11,12 13:15 14:11,13 15:16,24 16:1,4,9,14 17:12,15 18:2, 8 19:18,25 20:1,4,5,13 21:17,18,22 22:2,10,17,21,22 23:23 24:4,6,8 25:1 26:20 27:5,22 28:10 29:10 30:4,14,21 32:11,12,13 34:10,12,14, 20,22 36:13,24 37:19 38:4 41:11,21 42:17 43:6 45:10 46:20 47:1,4,19 48:9 49:19 51:19 52:23 53:25 54:19 55:13,14 56:14 57:13,14 58:1,11 59:25 60:1,22 61:9 62:12,13 64:1, 13,20,23,25 65:8 66:1,15,16 67:6,9 68:13,19 69:2,17,22 70:14 71:4,20 74:2,17,22 75:7,14,18 77:14,17,24 79:4 80:7 81:5,25 82:17 83:24 84:8, 9,12,13,15 85:2,11 86:12 87:19 88:14,17 89:3,4,5,8,22 90:7 91:2,13 93:1,23 94:7,15,16,18 96:2 97:3,4,5, 7 98:1,3,10,13,20 99:15,22 100:9, 12,17,23,24 101:16,18 102:9 104:6, 21 106:14,16,17 107:25 108:25 109:10 111:10,12 112:18 114:5,14, 17,21,25 115:12 117:22 119:22,23, 25 120:5,25 121:20 122:20 123:7,13 125:13,19,22 126:14 127:12,13,21 128:22 129:2,3,4,6 131:3,4,10,14 132:6,9 133:9 134:16 135:16,20 138:12 140:11,21,24 141:16,20 142:2,14,17,19 143:5,10,14 144:19, 23 145:22,24 146:3 147:11,15,16,18 148:5,9,18,24 149:4,19,24 150:13, 15 151:15 152:8,10 153:17,25 154:23 155:16 156:5,14,23 157:1,2, 4,7,18 159:7 162:1,2 163:18,19,24 164:1,8 165:1,7,11 166:4,8,9,22

167:21 168:4,13,14,17 169:19 170:5,14 171:9,19,20 172:3,5

**foremost** 114:23

**forever** 69:12

**forgot** 135:2

**form** 64:21,25 138:12,13 140:16,21 141:24 163:22

**formal** 155:4,12

**formally** 6:8

**formations** 42:7

**former** 151:4 155:23

**forms** 141:7

**forth** 9:22 57:11

**forward** 15:12,13,17 157:11 159:24

**found** 93:22 155:15

**foundation** 144:24

**founded** 23:21

**founding** 23:19

**four** 44:25 120:2

**frame** 55:17

**freak** 164:12

**free** 16:9

**frequency** 149:11

**frequent** 126:23

**frequently** 153:12 164:14 169:7

**friendly** 22:22 23:24

**from** 5:12,13,19 11:12 13:23 14:4 18:20,24 19:2 24:2 25:2 31:16 35:11,23 38:20 43:20 45:16,19 48:3, 21 49:6 52:1 58:24 60:5 68:22 70:15 73:6 76:15 77:21 103:17 104:19 105:15 106:23 108:20,21,22 110:21 111:23 112:20 115:25 116:15 119:2, 11 120:24 121:1 125:24 129:22 132:9,20 133:12 135:24 136:3,11 137:12 144:18 145:3 149:25 152:6, 7,14,24 153:17 154:6 158:12 159:17 164:14

**front** 33:10 37:13 62:3,4 102:2 108:4 142:12 155:19 161:20

**full** 19:23 26:17 78:21 81:8 102:1

**fully** 36:21

**function** 40:5

**funded** 159:1,3,6

**further** 13:19 22:3 144:9 167:17,23 172:13

**future** 54:25 94:13

**G**

**GAD-7** 119:22 120:12

**gallbladder** 88:3

**gallstones** 88:3

**gauge** 112:17,19 125:3,5

**gave** 54:18 55:14 155:3

**Gavin** 5:12 98:17

**Gay** 22:14

**gender** 26:4,21 27:23 28:10 29:9,10 31:24 32:2,7 33:11,18 34:2,14,16,19 35:3,9 36:22 37:20 43:1,2,3,4,7,8, 12,15 44:10,13 46:15,19,22 47:2,16, 18,19 48:9,10,17 49:1,7,13,16,17, 20,23 50:4,11,23 51:8,11,15,20,22 52:8 54:6,11,16 55:7,9,10,12 56:2,4, 6,7,9,12,17 57:22,24 58:13,21,24 59:9,17,24 60:2,11,12,16,23 61:1, 12,13 62:15,20,25 63:1,3,8 67:1 70:7 72:3,8,19,22 73:5 75:2,4,7,12, 22 76:5 77:1,11,13 79:21 80:10 82:10,12,19,24 83:5,12 84:14 89:22 90:7 92:10 95:16,18 99:7,10 100:9, 14,18,24 103:1,10 104:2,22,25 106:7,17,20 107:17 108:2,8,17,23, 25 109:7,16,22 111:14 114:8,14,18, 21 115:1 116:15,18,25 118:3,23 121:11 122:11,14,17 123:8,11 124:3 128:16 129:7 135:18,20 137:1,18,19 140:12,18 141:21 144:25 146:20 147:11,16 148:25 149:5 159:8,21 162:16,17 163:15,21,25 165:12,24 166:8,9,12,14 168:9,10,13,15,18 169:8,11,14 170:15

**gender-affirming** 25:17,24 26:2,5, 9,10,14,19 31:17 62:7 86:23 92:2,8, 17,25 93:9,12,20 94:7,13,16,19 95:6 96:22 97:8,20,24 146:4 148:5 149:14 150:14,15,17 153:6 154:15 163:8 165:8

**gendered** 145:2

**general** 13:21 14:10 15:11,22,23 16:8 21:16 25:5 48:22 96:10,17 97:17,22,23 125:6 140:24,25 141:2 163:7

**General's** 5:16

**generally** 27:25 39:21 97:16 155:5

**generate** 31:16

**generated** 171:12

**genetic** 40:23

**genetics** 40:4

**genitalia** 40:4

**geographic** 43:17

**gestures** 7:2

**get** 12:14 13:20 14:9 16:14 22:9 26:11 38:12 54:5,18 70:25 71:15 72:2,6 99:3 104:17 113:17 120:14 136:4 142:16,18,19 146:19 161:12 167:11

**gets** 25:18 57:24

**getting** 64:13 72:9 132:22

**girl** 164:4,13 168:15

**girls** 168:16,17 169:17,19

**give** 7:2 27:25 28:3,4,7,9 34:12 48:22 57:15 58:18 65:10,12 76:21 80:14 93:5 99:9,14,25 109:15 115:22 122:20 147:3 158:14,18 167:10

**given** 7:3 40:19,21 41:5 55:11 61:16 67:19 84:3 106:25 108:4 117:25 122:8 128:5 166:8,12,14,17,18 171:5,14,23

**gives** 82:7,8 83:6

**giving** 68:15 158:13 171:19

**glad** 24:17

**GLMA** 22:15

**go** 6:16 8:20 9:16,25 11:22 12:22 17:19 20:1 24:1 28:24 32:15,19 34:24 52:3 61:14 64:2 65:15,17 66:1,6,10 77:24 78:2 79:3,5 81:5,9, 19 82:9 85:24,25 87:14 88:25 92:7 98:7,20 99:5 101:21 110:11 112:13 138:24 145:25 150:18 155:10,13 157:17,25 162:10 167:7,20

**goes** 29:16 30:24 33:12,15 54:5

69:2 136:20 148:6 151:9 167:13

**going** 6:16,18,20,22 7:4 14:23 17:18,19 20:9 24:9 30:21 32:10,16 39:20 43:23 47:3 54:1 64:23 68:7,9 73:12 76:14 83:23 86:10 87:13 96:15 97:19 99:20 121:14 134:2 137:8 138:14 140:9 141:15 142:3 143:14 147:13 157:24 159:20,22 160:19,24 164:9

**gonads** 166:16,19 171:11,12,21

**gone** 45:23 89:11 125:23 150:7

**good** 6:7,14 13:23 18:13 31:1 44:2,7 64:6 79:3 93:17 98:2 124:11,23 125:9

**Goshen** 25:11

**got** 14:7 23:15 29:23 33:9 38:19 39:18 52:4 60:7 63:7,25 72:24 89:11 125:10 131:7 132:4 133:2 136:5 139:19 142:1 146:17

**gotten** 121:1

**graduate** 14:4

**graduated** 18:22,24 19:2

**great** 7:25 8:21 9:16 10:2 11:25 12:22 33:21 44:4 62:6 86:19 138:6

**ground** 6:17

**grounds** 12:14 101:14 147:19

**group** 21:15,25 22:1

**groups** 23:13

**grow** 169:17

**guanfacine** 112:22 127:5,7,14 132:10

**guardian** 63:21

**guess** 11:22 14:8 22:24 30:19 37:6 46:3 48:19 51:24 53:4,7 57:23 59:4 71:16 72:16 73:13 74:21 79:20 82:11,19 89:13 93:11 95:10 98:16, 19 99:1 101:5 106:9 107:8 109:5 110:9 111:19,21 115:16 129:20 131:10 135:10 136:12 146:5,10,24 148:7 157:23 168:8

**guide** 66:15 99:15

**guideline** 37:6,7,18

**guidelines** 34:11,13 35:2,13,19 37:14 62:12 122:24 146:6

**guns** 160:15

**gyn** 139:1

---

## H

**had** 23:25 24:2,7 25:12 45:23 46:5, 14,22 49:6 78:21,24 85:15,22 86:16, 24 87:9 90:24,25 91:13 93:9,14, 19,25 97:2 101:13 104:6,12 105:15 106:6,23 108:25 109:2,6 114:18 121:3,12,14 122:17,22 134:3 135:8, 22,23 137:1 142:5,21 143:21 144:6 145:4 146:9 148:21,24,25 154:5 160:14 162:25 173:2

**half** 112:17,19 126:7

**hand** 106:3 157:8

**handled** 145:5

**handoff** 156:24

**happen** 123:21 170:22

**happened** 123:19 150:19 152:17

**happening** 114:2 147:6

**happens** 85:4 126:17 151:22

**happy** 30:21,25 46:12

**hard** 9:21 83:3

**harm** 164:18

**has** 25:12,17 30:2 40:23 42:15 43:12 44:18 47:7 54:24 61:1 62:24,25 64:11 82:24 83:25 90:3,5 100:16 110:4 111:7 113:22 117:8,9 118:1 122:14 127:21 137:22,23 138:23 140:18 147:17,23 149:23 152:5 165:19 166:13 168:14

**hasn't** 78:20 93:24 94:1 95:4,9 117:9 123:19 127:18

**have** 8:14,16,19,20,24 9:7,18,21 10:4 11:8 12:13,15,17 13:17 14:1,3 16:6,8,18,21 17:3,11 19:11,16 21:24,25 22:1,4,8 24:15 25:12 27:5, 12 29:15 30:13 31:3,4,18 32:6,23 33:1,5 34:5,7 35:5 38:9,12 39:22 41:6,7 42:8,17 43:16,24 44:18 47:1 49:6,22 50:3,21 51:8,14 53:2,23 55:1,2,12 56:12 58:3,17,20,22 59:5, 7 60:13,20,21 62:3,4 63:18,19,24 64:2 66:22,24 68:21 69:1 70:8 71:23 73:2 74:15,18,25 75:2,24 76:6,11,12 77:25 78:1,19,24 80:9,15,20 81:2,6,

25 82:8,16,18 84:5,6,11 85:14 87:11,17 89:16 90:23,24,25 91:1,19, 20,23 92:7 93:9,12,14,19,20,22 94:2,3,12,18 96:8,9,24 97:6 98:16, 19 100:11 101:13 102:1 107:9,18,21 108:2,20 110:12 112:5,11 113:1,21 115:8,15 117:12 118:2,7,15 119:1,2, 12 121:1,18 122:2,16,22 123:6,22 124:19 125:9,23 126:12 127:15 130:15 133:18 134:2,3,20 135:21 136:10 137:1 141:6,12 143:10 144:5,6,8,10,11,15 145:5 146:16,24 147:12 148:15 150:7,21,25 152:11, 20 153:3,4,9,22,24 154:11,21 155:11,19 156:5,9,15,18,23 157:3,4, 7,12,19,20 160:6,8,12,23,24 161:10, 19 162:19 163:2,5 164:8,20,21,24 166:14 167:16,23,25 171:10 172:13, 14,17,20 173:5

**haven't** 17:7 68:8 89:6,9 93:25 95:1, 5 97:1 113:23 130:25 143:15 155:4

**having** 6:2 27:15 47:9 50:10 54:4 70:16,17 83:3 85:6 89:14 93:7 104:24 105:15 117:20 159:25 160:11

**he** 134:22,24 135:7

**he's** 5:18

**head** 64:6 92:24

**headaches** 113:22,24 114:2,13,18, 25 115:2

**Healing** 5:7

**health** 5:7 15:25 20:5 26:24 27:1,4, 5,6,15,17,19 28:4 29:2,12,15,19,21, 24 30:2,5,14,17,22 42:1,4,11,13,21, 22 70:19,24 71:1,19,22,23 72:1,6, 22,25 73:3,6,9,16 75:9,11,14,19 76:1,7,11 90:19 103:15 104:14 105:8 110:21 111:24 115:25 116:10 135:24,25 144:7,23 153:23,24 154:1,9,10

**hear** 48:9 60:9 70:15 164:14,16,17 169:5

**heard** 109:13 143:5 159:18

**hearing** 60:11 137:12 143:4

**hearings** 17:15 38:21

**hearkening** 47:24

**height** 67:16

**held** 5:5 16:21 66:4 98:23 117:23

30(b)(6)

167:22

**help** 15:10 57:8 63:2 122:12 146:17

**helped** 14:14

**helps** 58:8 168:20

**hemoglobin** 69:1,7 85:3,6,8

**her** 28:25 32:13 39:16 48:21 52:2,11, 13,15 53:5,7,8 73:15 76:15 84:3 93:3 161:21 167:18

**here** 5:11,17 6:18 9:10,12 10:15,23 19:22 20:4 22:25 24:18 37:8,18 44:1 50:9 52:14 53:12 54:4 63:15 64:14 67:2 73:20 81:13 91:7 96:21 99:3 108:23 113:3,23 124:9 125:13 126:24 129:24 130:3 142:17 150:23 155:13

**here's** 133:3 136:20

**herself** 53:8

**Hey** 43:23 80:25

**high** 85:8 88:17

**higher** 129:23

**him** 93:15 131:25 157:16

**his** 64:6 117:21 131:24 135:8 136:5

**history** 19:14 104:23 111:9 113:20 115:5 116:24 122:9 136:15 137:5 138:25 139:1

**HIV** 146:1,2

**hold** 53:24

**holding** 141:4

**Holyoke** 19:1,13,15

**home** 19:9 24:11

**hope** 143:15

**hopefully** 99:2 161:14

**hormonal** 23:25 40:5 64:25 77:24

**hormone** 21:18 67:24 68:15,20 69:3 117:4 123:17 135:16 140:19 142:14, 25 171:14

**hormones** 62:7,22,23 63:2,12 64:2 67:2 68:11,22 69:10 70:4 79:4 80:5, 11 83:17,20 86:23 87:14 89:15,20, 23 90:13,15 91:8,24 98:14 99:23 100:9,24 115:12 121:8 122:7,19 123:7 126:10 127:16 138:13,14 140:12 141:21 146:3,4 149:14,24

**hospital** 109:21 121:17 124:16 128:6,14 133:11 135:4

**hospitalization** 25:7 104:17 113:22

**hour** 16:13 43:24 81:1,5,8

**hourly** 16:6

**hours** 16:15 170:6

**how** 15:16 16:15,18 21:16 23:15 30:21 31:16 35:3 39:23 42:3,25 43:7 44:16 45:21 50:8 51:3 53:17 54:5 56:16,22 57:4 59:23 60:7,18 61:11, 16 62:9 67:7,19 68:4,11 69:9 70:4,9, 13,18 71:7 72:14 75:4 77:7 79:24 80:9 81:2 82:16 86:22 87:10,15 91:2 101:6 109:17 114:25 115:8 134:22, 24 135:3,6 145:7,8,22 146:1,2,3 150:5,23 152:5,12 159:24 166:15 168:5 170:6,7

**however** 12:11 53:14 117:13 153:25

**HPI** 131:23 132:1

**human** 40:11

**human-affirming** 26:3

**humans** 25:2 41:11,12,13,15

**hundred** 31:10,11,14 55:4 56:13

**hurt** 145:19

**hyperactivity** 105:16

**hyperplasia** 40:24

**hypoestrogen** 170:23

**Hypogonadism** 171:20

**hypothetical** 107:12

**hypothetically** 108:11 123:20

---

**I**

**I'D** 32:12 55:23 81:11 87:11 161:11

**I'LL** 9:6 39:10 48:19 51:24 53:4,7 96:20 101:5 162:19

**I'M** 6:16,18,22 10:3,10 13:14 14:9 17:19 19:11,23 20:7,23 22:18,20,25 23:17 24:21 26:11 27:10 29:14,15 30:7,23 31:13 32:4,10,17 33:19 37:16,24 38:19 39:7,20 41:3 42:20 43:20,23 47:3,12,24 48:2 49:9 50:8, 22 52:6,24 53:11,13 54:1,3,4,13,18

56:1,20 57:13 58:5,10,11 59:4 61:6, 8,17,21 62:9 63:15 65:17 66:7 70:8, 12,15,20 74:10,21 76:4,13,14 77:11 78:10,17,18 79:20 81:7,18,25 82:11, 16 83:1,3,23 84:19,22 86:16 87:11, 21 89:13 91:13 92:6 93:11 95:10,24 96:15 99:19,20 100:13 101:23 102:19 103:5,21 105:9 107:4,8 108:3,4 113:12 120:8 124:9,25 125:1 126:2 127:9,22 128:16 129:20 130:20 132:2 133:2 135:10 137:4,8, 10,23 140:1,3 141:4 143:4,7 144:2 149:6 150:5 151:20 152:25 153:11 154:18 157:12,13,17 158:5,8 164:7 168:8,11

**I'VE** 6:24 14:6,13 20:10 38:18 55:24 63:6 85:22 96:16 142:1 160:22 165:14 173:6

**ID** 17:19 106:4

**idea** 31:18 47:1 170:13

**ideally** 156:23

**ideation** 104:13 109:3

**identification** 46:5,6

**identified** 22:22 40:12 104:11 161:12 164:1

**identifies** 50:17 168:23

**identify** 5:8 22:18 26:5 27:8 43:7 44:25 50:15 51:1 61:2 63:1 83:12 102:7 150:1

**identifying** 44:23,24 46:1

**identity** 34:19 43:1,3,7,15 44:10,13 46:15,19,23 47:2,16,18 49:20 50:4, 11,24 56:6 58:13 59:10,17 60:11 62:21 63:4 70:7 82:10 83:5 92:11 104:25 109:1 117:21 144:25

**if** 6:8,24 9:20 14:10 22:20 26:18 29:7 32:12 33:8,9 39:13,15 40:23 41:6,21 42:14,20,21 45:23 47:15,16 50:19 51:3 52:6,24 53:5,21 60:21,25 61:1, 8,11,16,19 63:11 67:19,21,25 68:7, 8,21 69:14,18 70:16 71:12 75:4,10 76:21 77:10 78:9 81:10,23 84:1,23 85:4,25 87:15,21 91:4 92:6 93:11 96:8,11,13,23 97:10 98:7 99:25 101:2 102:19 103:19 107:3 108:1 113:11,14,16 114:18 119:19 122:4 123:20,23 124:2 125:7 128:7 130:7, 25 131:18,23 132:5 133:16 137:11 140:1 142:16 144:8 145:4,5 150:11, 12 151:1,9,15,17 153:2,4 155:6

156:8 158:14,19 160:14 163:2
167:12,20 170:1

**Illinois** 95:8

**illness** 25:6

**imagine** 14:17 53:23

**immaterial** 79:24

**impact** 126:25 166:19

**impacts** 166:16

**important** 7:4 37:9 42:9 111:10
113:4 114:5 116:14,22 121:7,10
122:4,12 123:9

**improved** 117:13 135:8

**improvement** 122:15

**in** 5:11,13 7:13 8:14 9:10,13 10:10
11:14,19 12:3,18 13:9,11,17,21 14:5,
9,12 15:5,9,18 17:3 18:3,4,14,21,22,
23,24 19:2,24 20:3,12,21,22,23
22:8,18 23:5,18,21,23,25 24:8,16,23
25:11,12,19 27:13 28:7,9,21,22
29:16 30:24 33:10 34:14 35:3,9,16
36:25 37:10,13 38:7 39:2,7,8,24
40:18,21 42:9,10,15,17,23 43:4,10,
18,20,24 44:11 46:7 47:10,23 48:7
49:5,17 50:3,21 51:10,11 52:6,9,19
53:1,3,6,16,24 54:4,10,15,25 55:1,4,
11 57:4,11 58:2,16,22 59:7,8,15,25
60:11 61:7,18 62:3,4,14 63:6 64:12,
21 65:8,22 66:14,16,19 68:7,23
69:7,24 71:4 73:7,16,23 74:24 75:7,
18,20 76:25 77:6,7 78:3,9,23 79:13
81:16,22,25 82:4,13,20,22 83:8,9,10
84:6 86:7,11,20 88:9,19 89:21 90:2,
4,5,7,9,20 91:7 93:8,10 94:6,13
95:3,5,7,15,17,23,24 96:1,5,10
97:16,17,22,23 99:3,4,7 100:14
102:2,19,20 103:2 104:9,17 106:2,9
107:10,12,16,18,22,24 108:4 109:4,
8 110:5,12,19,23 111:2,17,18,22
113:1,18 114:3,7,12,14,16,20 116:1,
17,23 117:7,13,14 119:13 120:1,3,6,
13 121:3,11 122:10,12,13,14,15
123:3,8,15,19,22,25 124:1,2,4,18
125:2,7,21 126:7,16,20 127:5,17
128:5 129:10,11 130:21 132:5,12,19
133:10,15,16 134:6,7,15,17 135:4
136:14 137:3 138:1,21,24,25 140:12
141:12,21 142:12,17,18,20 143:3,22
144:1,20,22 145:9,20 146:7,11,20,
21 147:11 148:11,12 149:5,11
150:22 151:1,9 152:6,12,22 153:6,8,
16 154:13,20,21 155:2,6,14,16,19,

20 156:10,12,15,16,19,22 157:3,8,
13,20,24 158:9,10,13,25 160:4,11,
21 161:10,12,20 162:1,8,14,15,17
163:3 164:2,4,19 165:1,8,10,11,13
167:8 168:8,19,20 169:6,13 170:23
171:2,5,9,21,23 172:2,3,6,11,23
173:1

**in-state** 151:19

**inability** 91:6,9 106:1

**inaccurate** 66:20

**inappropriate** 89:24

**Inc** 5:7

**include** 143:25 150:16

**included** 110:23 148:19

**includes** 40:17 70:24 145:22

**including** 36:5 40:4 94:9 116:20

**inclusion** 142:19

**incongruence** 34:17 55:13 56:2,4,
8,9,12 60:3,12,23 61:1,12

**incongruity** 163:25

**Incorporated** 14:16

**incorrect** 66:20

**increase** 78:3

**increased** 149:23

**increases** 168:25

**increasing** 109:3 140:13 141:22
149:14,20

**independent** 106:20

**Indiana** 5:3,4,13 23:25 24:3 25:9
93:10 94:6 95:5 148:12 153:9

**Indianapolis** 5:3 154:21

**indicate** 138:24

**indicated** 73:14 108:24 165:18,22

**indicates** 163:24

**indicating** 104:6

**indications** 170:21

**individual** 29:16 37:12 74:23 80:1
89:17 157:10 171:9

**individualized** 37:11

**individually** 157:19

**individuals** 48:8

**information** 21:23 22:19 28:8 40:12
41:5,6,7,9 57:25 58:8 60:7 65:19
99:18,21,25 107:23,24 108:4 111:10
115:11 116:23 139:3,7 140:25
147:13 150:25 155:9 160:8 162:9,
13,14 167:10

**informational** 161:25

**informed** 63:14,18 64:1,13 65:11,16
79:4 98:8,10,13 99:3,8 138:12 139:6
140:11,16 141:20,24 142:13 162:4,8

**informs** 35:2 46:24

**initial** 116:5

**initials** 102:10

**initiate** 96:6

**initiation** 135:16

**injection** 112:18

**injections** 126:7,14,23

**injunction** 18:10,13

**inpatient** 103:15 104:14,20 110:8
124:1

**inquiries** 152:24 153:1,11,12,14

**insensitivity** 40:25

**Insight** 124:11,23

**insofar** 51:25

**inspection** 40:6

**instance** 37:22

**instances** 77:22

**instead** 155:11

**Institute** 13:21

**instruct** 53:7

**insurance** 100:3,4,23 101:2,7,8,13
129:1 134:17,18 153:25 154:4

**intake** 145:9

**intended** 65:9

**interact** 77:7 145:8

**interacting** 48:8

**interest** 149:5

**interested** 23:18 54:4 96:5 162:1

**interesting** 13:24 169:16

**interfere** 127:6

**interfering** 127:16

**interpose** 39:10 47:4 48:19 76:14 96:15 101:5

**interpreted** 119:12

**interrupt** 9:20 20:8 43:23 55:16 56:20

**intersex** 41:15

**intervention** 75:7,9,15,19 76:7,11

**interventions** 92:9 94:4,15

**interviewed** 24:4

**into** 12:14 13:9 28:24 33:15 37:12 55:6 58:18 62:16 101:21 108:20 111:9 113:2 114:23 126:23 130:15 138:17 145:25 147:14 148:6 151:10 157:25 167:13

**introduced** 160:3,9

**invite** 21:14 145:3

**invited** 20:10

**involved** 11:14,19 12:3,8 17:3 19:24 21:20 23:12 72:2,7,9,15 76:21 118:7

**involvement** 14:8 22:6

**involves** 26:6 40:3

**is** 5:1,4,5,6,10,15,17 6:11,19 7:6,9, 12,16 9:6,7,9,12,16,23 10:11,17,19 11:10,11 12:15 13:2,3,5,6,7,8,11,16, 18,23 15:1,3 16:12,14 17:23,25 18:1,7,14 20:15,16,18 21:13,20 22:1,15,24 25:10,18,24 26:3,12 27:25 28:7 29:9,10 30:2,13,17,24 31:2,12,19 32:2,18 33:4,6,14,16,19 34:16,21 35:2,21,23 36:7,11,18,20, 24 37:10,11,17,18,25 38:4,6,15,17, 24 39:3,5,25 40:2,3,6,16,25 41:22, 24 42:1,3,9,14,18,21,22 43:3,4,7,8 44:5,7 45:5,12,13,16,19 46:5,23 47:5,10 48:2,5,9,10,13,14,20,25 49:4,9,11,16,25 50:7,9,10,11,12,15, 16,25 51:3,5,6,11,22 52:1,7,13,25 53:14,18 54:11,17,19,21,22,23 55:3, 7,9,13 56:1,6,9,13 57:10,12,15,17, 23 59:4,10,17 60:22,23 61:16,22 62:8,15 63:5,7 64:3,6,8,9,19,24 65:3,4,17,18,22 66:7,11,12,14,16, 17,19 67:13,20,22 69:2,3,20 70:5,7 71:23 72:12,15,20,21 73:8,15,21 74:3 75:9 76:8 77:17 78:19,22,25 79:4,15,17,18,19,23 80:6,15 81:17,
18,22,24 82:4,23 83:4 84:10,24 85:2,6 86:6,13,25 87:23 88:1,4 89:17 90:4,8 91:13 92:9,14,25 93:5, 6 95:15,20 96:5,16 97:15 98:8,9,11 99:8,11,14,19,20 100:17,19 101:23 102:8,19 106:24 107:15 108:1 109:11 110:18,23 111:3,6,10,16,18, 22,25 112:1,6,9,21,22,24 113:2,3,4, 10,23 114:19 115:7,15,16,20 116:7, 19,22 117:7 119:1,7,11,17,21,22,23 120:1,18,22 122:1 123:7,10,12,14 124:2,4,14 125:5,13,18,23,25 126:3, 10,14,22 128:3,4,17,18 129:2,6,9,15 130:17,18,20 131:6,10,17,18,20,21 132:1 133:7,8,20,23,25 134:11 135:2,11,13 136:13,14 137:2,3,13, 24,25 138:6,8,13,15,16,18 139:2,13, 19,24 140:16,18,19,21,25 141:20, 24,25 142:5,7,10 145:9 146:11,20 147:5,10 148:13,16 149:14,17,19 150:7,10 151:9,22 153:7,11,21,22 154:9,10 156:3 157:7,22,24 158:22, 23,25 159:2,12,19 160:13 161:23,24 162:11,12 163:8,10,18 164:20 165:6,21,23 166:16 167:10 168:5, 13,17,20,23 169:3,9,10,24 170:8 171:3,5,8,12,17,23 172:24,25 173:3

**isn't** 28:18 74:17 82:9 94:7 137:6,7 163:20,21,22

**issue** 55:23 57:24 114:9,15 127:18 129:25 152:23

**issues** 17:12 27:5 28:9 39:24 53:10 96:19

**it** 9:9,12,23 10:15,23 11:19 13:3 14:25 16:3,9,11,15,22 18:9,10 19:3, 12 21:4 22:1 23:16,17 24:13,20,22 25:7,12,18,19,22,25 28:7 29:11 31:14 32:5,12 33:9,10,11,12,14,15, 25 35:2 36:20 38:4 39:4 43:16,18 44:16,18 45:19 46:5,14 47:18 49:13, 25 50:10,13 51:22 52:7,25 53:3 54:6,13,19,22 55:18,20 56:13,22 57:23 60:5 61:18,20 62:3,4,6,8,17 63:5,7 64:25 65:10,11 66:25 69:15 72:12 73:8,15 77:14 78:6,22 79:6,18 80:15 81:10,21,23,24,25 82:4,7,8,19 83:4,6 85:10 86:18 87:3,23 90:9 92:5,7,9,10 93:24 94:1,24 95:3,9,10, 11,12 96:8,11,16 97:1,15 98:14 99:11 100:19 101:14 102:4,5,13,15, 18 103:18 104:15 106:13,19,24 107:3,15,20 108:16 109:9,20 111:1, 7,9,10,14,17,18 112:12,24 113:4,12 114:18,19 115:6,13 116:6,8,14
117:2,8 118:6,19 119:1,5 120:11,18, 20 121:7,9 122:4,11 123:4,18,23 124:10,11 125:13 127:20,21 128:1, 8,9,22,23 129:2,23,24 130:14,23,24 131:1,2,15,18,23 132:3,21,24,25 133:2,6,11,17 134:10,16,18,22 135:2,3,11,14,17 136:12,14 137:4, 11,19,22,23 138:17 139:5,18 141:20,22 143:25 145:10,18,19 146:20 147:19 148:13,15 149:6,19 150:2,6 153:7,15 154:17 155:19,20 157:7 158:5,11,23 159:17,18 160:19 162:4,19 163:10 164:10,18 165:6 167:11 168:13,19 169:1,3,9,10 170:8 172:12,20 173:2,3,9

**it's** 10:12 20:25 21:12,14 22:16 26:3 29:4 30:8,21 32:4,24 33:14 37:8 42:20 43:24 46:18 49:10,19 52:6,10, 13 53:17,22 54:1 55:2 60:25 61:11, 18 62:9 63:11,12,15,16 71:6 72:16 73:18 74:23 79:25 80:25 83:3 86:10, 14 91:15 92:6 93:2 94:22 95:21,22 97:12,25 100:1,21 102:20 107:7,16 108:7,11 110:9 111:22 113:6,11 115:19 121:10 128:7 129:4 132:17, 22 133:3,14 136:18,19,20 137:14 139:4 143:22 145:12 146:14 149:21 151:19 153:2,23 154:1 155:5,16 162:9 164:12,19 166:8 167:14 170:14 171:25

**its** 37:11 159:19

**itself** 55:9 109:17

**IU** 18:21 20:2

---

**J**

**January** 160:9

**job** 107:7

**jobs** 16:22

**judgment** 124:11,23 125:3,5,9

**just** 6:16,17 7:5 8:16,25 9:6 13:4,14 14:9 15:22 17:25 18:8 19:18 20:25 21:9 23:17 25:9 27:25 28:17,21 32:5,10 34:7,12 35:1 37:9,16 38:4, 11,18 39:10,17,22 41:4 42:20 44:11 46:16 47:3,4,5,9,24 48:2,19 49:3 51:25 53:8,22,25 54:1,2,4,18 55:24 56:14,21 62:16 63:6 65:5 66:10 71:6 73:12 78:18 84:23 86:1 87:20,21 89:19 91:3 92:6 96:15 97:25 98:17 99:5 100:13 101:5,6,21 102:10

105:9 107:11 108:15 109:12 112:13
122:3 124:7 127:8,19 129:2 130:11
133:13,19 134:10,11 136:7 137:4
139:16 140:1 142:18 143:15,21
145:17,19 147:3,22 150:7 151:20
152:16 153:10,11 154:9,10 155:17
157:12,13,18 159:9,11 161:12
162:1,11 167:5,20 169:15

**K**

**keep** 22:19 85:10 104:18 172:2

**Ken** 5:10 18:13 39:19 52:4 53:12
73:22 96:20 141:11 161:3,19 162:19

**keys** 106:3

**kid** 13:25

**kill** 160:25

**kind** 6:17 14:17 15:11,19 20:16 26:1
30:10 33:14 34:12 43:16 44:12 54:5
80:3 82:24 107:12 144:7,22,24
145:1 153:23

**kinds** 70:14 146:19 164:4 165:13

**knew** 39:14 47:16

**know** 6:8 21:21 25:10,24 30:19
31:14,19,20 33:9 34:9 35:1 37:1,18
39:7 43:19 44:1,17 45:21,23 48:25
49:25 50:6,20,23,25 51:3,13 60:7
61:11,16 62:9 66:23 67:19 70:4
74:16 76:23 78:19 79:6,11,17 80:13
81:1,23 83:3 84:17 86:1,8,10 87:10,
21 89:13,16,19 90:23 95:7 96:12,18
97:23 98:1 99:2 101:6,8,10,11,12,21
103:19 108:15 109:21 110:2,4,6,7,9
113:4 117:8,11 118:9,16 124:8
129:23 130:11 133:14 134:17
135:12 137:5 147:22 149:2 152:5,12
154:7 155:17 156:25 161:16,18
170:24,25 172:8

**knowledge** 35:23 49:25 77:21
101:1,19,20 143:13 147:17,21 148:3
155:3 162:2 171:17

**known** 6:24 90:3,5

**knows** 93:4 101:8

**L**

**lab** 139:20 146:17

**label** 164:11

**labs** 68:18,19 69:19 138:1

**lack** 36:13 66:16

**Lane** 5:17 32:24 86:18

**language** 7:5 151:11

**lapse** 14:6

**last** 86:21 131:1 152:12

**lasting** 60:3,12

**lasts** 60:11

**late** 73:13

**later** 44:24,25 46:1 85:25 88:9,19
105:22,23,25 122:19

**latter** 146:5

**law** 148:11 157:24 160:19 167:13
170:9

**lawsuit** 17:10,11 18:3,4 38:7,15,16
39:1,8,14 48:2

**lawyer** 53:23 122:1

**lawyers** 98:18

**lead** 95:14,19 96:2

**leadership** 23:3

**leading** 14:7

**leaf** 102:13

**learn** 58:8 108:22 144:9

**learning** 23:18 58:10

**least** 34:20,21 55:13 68:7 102:4
130:25 142:5

**left** 143:15

**left-hand** 141:10,12

**legal** 115:19 148:12

**legislative** 17:15 38:21

**length** 57:9 79:14,17 109:6

**Lesbian** 22:14

**less** 55:18

**let** 14:6 26:1 54:9 93:15 124:7
155:17 157:16

**let's** 8:21 9:16 10:11 11:5,22 12:22
13:1 17:19,23 27:7 28:5 29:6 32:15,
18 37:23 50:19 57:2 62:2 63:25
65:15 66:6,25 67:10 79:3 88:13 98:7
111:1 115:5 116:5 122:18 124:7

145:17 153:20 161:3 162:10

**letter** 37:6 139:24

**level** 60:18 67:17 68:16 85:3,8 115:7
116:3 138:4

**levels** 68:20 69:19

**Lexapro** 133:6,7,8,12,25 134:21,25

**LGBTQ** 15:22 20:1,5,12,14,22
21:16,17 22:18,22 144:23 145:10,23
154:8 158:16,19

**license** 14:6

**licensed** 14:5 30:1

**licensure** 153:8,9

**life** 88:9,19 104:7 116:23 122:10

**Lifestyle** 118:6

**like** 6:9 15:6,16 16:6 19:3 32:4 34:11
38:12 55:23 66:21 71:5 81:8,9,11
97:25 99:15 102:13 103:18 106:24
120:11,20 123:23 127:20 128:17
130:14,23,24 132:8 134:22 135:3,14
139:5 145:13 158:19 160:13 161:12
163:23 164:12,18 165:3 168:14
173:6,9

**likelihood** 86:6

**likely** 55:18 69:1 84:22 172:6

**likes** 168:5

**liking** 135:6

**limitation** 43:17

**line** 5:11 114:25 115:6 124:10

**lines** 131:15

**list** 111:8 133:16 137:25 138:9
153:22,23 154:5,11

**listed** 111:22

**listen** 163:18,19

**listened** 168:4

**listening** 58:5 163:24 164:7 168:4

**literally** 151:24

**literature** 99:10,13

**litigation** 47:8

**little** 21:9 23:15,17,18 25:18 28:23
32:16,20 39:21,22 43:25 55:25
74:21 78:18 81:9 91:3 98:25 143:18
144:24 145:18

live 83:15

lives 69:17,22 154:2 155:7

living 83:10

LMHC 30:1

lobbying 17:11

locally 24:5

located 25:10

location 25:13

lodged 20:23

long 16:18 33:14 63:19 87:10 110:9 117:9

long-term 25:6 77:21 79:7

longer 13:12 14:5 18:15 60:3,12,13 66:20 80:8 81:2 133:25 148:12 159:20

look 9:2,4 45:15 51:18 102:13 123:23 131:1,23 141:16 150:18 153:20 162:10 165:2

looked 38:17

looking 22:22 23:23 58:1,11 59:25 60:1 68:13 70:14,15 81:25 85:14 120:9 130:8 136:20 155:16 161:22

looks 103:18 120:11,20 127:20 130:14,23,24 132:8 135:14 139:5

lose 153:8

loss 106:3

lost 86:13 96:16

lot 15:8 160:22 164:16

lots 75:25 169:8

lower 88:8

lunch 81:4,6 98:3,5

Lurie 154:21 155:9

**M**

M.R. 39:3,8 101:22 102:11,16,22,24 103:2,21 104:2 105:11 106:6,10 108:13,20,23,25 109:4,6,8,22 115:12,15 116:1 117:3,6,8,9,20 118:10,11,13,20 119:8 120:5 122:9, 13,17 125:13 126:16 127:7,12,25 128:5,7 131:10 132:12,19 133:11, 12,20 134:24 135:1,21 142:21

143:11 165:4

M.r.'s 109:16 115:22 116:23 129:11 133:13 142:23

made 8:6 53:23 54:24 94:18 103:13, 14,16 109:21 124:15,16,19 155:4,12

major 19:12,15 105:9,12 120:18 128:2,8,9,20,23 165:5

majority 122:10

make 19:12 25:10 28:17 32:19 36:21 38:18 43:14 45:14,15 47:10 49:3 54:20 55:25 58:9 60:8,13 63:6 85:9 94:15 99:12 106:19 154:17 167:5 168:20 172:16

makes 55:18

making 53:19 67:14 107:24 115:11

maladies 131:12

male 41:18 44:24 46:1,5 83:22 84:7 85:21,23 86:7 164:1 166:22 168:14, 23

male-to-female 34:4

males 85:12,19 87:19 89:5 150:24

malfunction 171:21

malpractice 53:25

man 171:19,24 172:3,4

manifestation 82:19,25

manifestations 168:10

manifested 109:17

many 6:25 12:12 16:15 72:14 80:9 108:25 110:20,21 115:8 116:19 122:14 152:5,12 156:25 157:4 169:21

mark 11:5 32:19 66:6 80:3,16

marked 9:1,15 10:9 11:4,21 12:21 17:17 32:25 34:16 38:1 60:10 64:7 65:2,14 66:9 101:25 140:7 141:17 153:19 161:7

Marquis 6:1,7,11 7:11,15 8:5,13 9:5,14 10:8,22 11:3,18,20 12:7,9,20, 23,25 13:3,6,10,13,16,21 14:3,12, 16,19,25 15:4,6,14,16,21 16:5,8,13, 17,19,24 17:1,7,10,13,16 31:20 34:9 38:14,23 99:24 100:4 101:12,20 142:7 143:17,20,24 144:4,16,21 145:21 147:12,20 148:2,7,10,14,22 149:2,8,10,16,18,21,25 150:4,6,10,

21,25 151:7,12,15,23 152:4,7,10,19, 21 153:2,15,22 154:10,12,16,20 155:1 167:19

masculine 45:15

masculinization 141:1 162:13

Masculinizing 161:17

massage 14:4,21 15:2

mastectomy 45:16

match 41:16 63:1

matches 92:10 102:5

material 35:21

materially 20:19 134:13

materials 18:11 106:23

math 31:13

matter 48:6 67:1 166:17

matters 48:3

mature 86:3

may 5:4 19:11 39:11 40:18,20 53:1 63:24 80:8 84:22 85:24 86:2,6, 102:17 114:24 128:8 138:11 150:16 153:5 155:10 161:3 163:5 166:22,23 167:6 168:7 173:5

maybe 28:16 31:25 34:24 61:20 78:20 80:2 81:8 82:13,15 89:12,16 90:23 101:8 107:8 168:5

me 5:17 6:9,12,18,23 9:22 11:10 24:9,19 26:11 27:25 28:2 29:20,24 34:10 37:13 42:25 46:7 47:12 49:7 51:4 54:9 57:8,19 58:3,18 59:8,21, 22,23 60:15 61:15 62:4 64:8 66:10 70:22 71:7 74:17 79:11 83:9,14 87:8 91:4 92:4 103:10 104:5,12,22 105:14 107:23 108:4,5 111:3 112:14 118:6 122:1,3 124:7,14 130:24 133:3 135:2,12 137:20 143:5 144:13 146:17 147:3 153:21 155:17,19,23 157:18 158:12 160:12,13,14,24 161:22 162:11 169:1,8 170:1

mean 7:22 15:15 20:7 24:23 30:20 32:6 37:3 40:1,14 41:4 43:9 55:15 56:13,21,24,25 59:4 63:5 65:6,7 70:11 72:4,10,18 75:21 82:5,7 83:20 84:18 86:24 92:3,7 94:1,24 107:9,15 108:14,15 110:16,18 123:3 124:22 125:17 129:12 132:19 134:10 136:12,18 137:6 146:5,20,24 151:21 152:25 159:9 165:10

**meaning** 17:9,10

**means** 25:25 33:13 44:11 50:10 59:5 70:12 123:4 125:18 130:9 132:22 136:24 144:3,4 159:23

**meant** 125:6

**measure** 60:18,20

**mechanical** 13:17

**med** 133:16

**Medicaid** 99:22 100:1,2 147:10,17 148:4,18 149:6 157:3 158:25 159:5, 7,12

**medical** 15:25 19:20,21 20:4 21:4 22:14,17,23 24:11 26:8 53:6 73:20 75:7 89:25 100:17 101:22 102:2,8, 14 111:17 113:20 117:7 133:15 138:3 145:25 146:21 147:24 148:5 151:5,13,16,25 154:11 155:25 159:1 169:10

**medically** 61:17 62:8,10,14,17 63:8 90:2,4 147:19 158:6,14

**medication** 112:21,22 125:19 126:15 127:1 165:23

**medications** 27:4 30:14 67:3 71:21 111:8 112:12 113:5,7

**medicine** 18:21,23 20:3 24:21,22 25:5 26:17 41:24 42:3,10 55:4 71:4 79:16 110:15,17 125:21 126:11,23 127:11 133:9,16

**medicines** 79:1 110:25 134:15

**meds** 125:14

**meet** 8:3 22:2

**meeting** 7:17

**meetings** 39:11

**meets** 135:15

**member** 22:6,8,19,20 23:7,9

**membership** 22:24

**Memorial** 18:23

**memories** 134:23

**memory** 99:5

**men** 169:21

**menopausal** 171:2

**menstrual** 78:11,12

**menstruation** 78:8,19

**mental** 15:25 20:4 26:24 27:1,4,5, 15,16,19 28:4 29:1,12,15,19,20,24 30:2,5,14,17,22 70:19,24 71:1,19, 21,23 72:1,6,22,25 73:3,6,9,16 75:9, 10,14,19 76:1,7,11 90:19 144:7,22 153:23,24 154:1,9,10

**mentioned** 25:9,19 26:14 27:7 34:11 74:1 105:1 111:17 148:21

**mentor** 22:4

**merely** 99:11

**met** 37:8

**metabolism** 126:15 127:1,6,16

**metabolize** 126:11

**method** 57:13,14

**methods** 57:10

**Metoidioplasty** 92:19

**MICHELLE** 6:1

**Michiana** 103:14 104:14 105:7 111:23 116:9 135:24,25 139:24

**Michigan** 13:22 95:7

**middle** 130:18 132:16

**midwife** 18:20 19:5

**might** 53:24 71:15 75:12 76:1,6 78:3 84:3,16 108:9 114:25 127:15 145:6 150:12 154:2,23 155:14 162:16 167:9 168:16 170:19

**milliliter** 112:17,19

**mind** 75:18 123:22 157:23 170:25

**mine** 74:25

**minor** 56:16,24 57:5 59:5,15 60:19 63:15,16 72:8,18,22 77:17 79:21 83:18 85:23 89:11,18 99:7,9 129:13 149:12 151:4 155:23

**minors** 17:12 31:9,17 34:14 35:3 56:16 63:16 67:2 72:3 73:5 74:8 89:23 91:23 93:1 94:18 95:6 96:22 100:19,20,22 147:11 150:1 154:15 159:9,11

**minute** 10:11 38:18 142:17

**minutes** 44:5 143:15

**misdiagnosed** 53:2

**misdiagnosis** 54:10,15 55:2,19,21

**missing** 138:11,12

**misspoke** 95:25

**mistake** 53:16,24 54:24

**mistakes** 54:20 55:1

**Mixhi** 6:1,11,12 7:9,11,15 8:3,5,11, 13 9:4,5,12,14 10:6,8,21,22 11:3,17, 18,20 12:6,7,9,20,23,24,25 13:2,3,6, 10,13,14,16,21 14:2,3,12,16,19,25 15:4,6,14,16,21 16:5,8,13,17,19,24 17:1,7,10,13,16 19:20 20:15 23:16 24:12 31:19,20 34:7,9 38:11,14,20, 23 99:20,24 100:4 101:11,12,20 142:7 143:14,17,20,24 144:4,16,21 145:12,21 147:8,12,20 148:2,7,10, 14,22 149:2,8,10,16,18,21,25 150:4, 6,10,21,25 151:7,12,15,23 152:4,7, 10,19,21 153:2,15,21,22 154:10,12, 16,20 155:1 162:24 167:2,17,19

**Mixhi's** 25:19

**Moderate** 85:5 115:7

**mom** 19:9

**moment** 8:25 12:15 14:9 40:19,21 41:1,2,3 50:24 99:4 167:20

**monitor** 67:3,7 68:12 69:5 117:1

**monitored** 172:2

**monitoring** 67:13,16,17 68:16 69:3, 6 126:9

**month** 127:21

**months** 34:21,22 55:13 60:3,13 68:6,10,17 69:11,15,16

**mood** 117:13 135:8

**more** 14:10 21:4 23:18 27:16 31:21, 22,23 34:3,4 39:21 44:6,12 45:15 59:21,23 60:15 85:9 91:3 109:11,15, 19 111:19 117:20 118:9 119:1 126:23 128:8,21 129:4 130:4 135:5 160:23 168:6,7,17,24

**Moreover** 158:5

**morning** 6:7

**Mosaic** 5:6 8:23 11:13 13:7 14:8,14 15:3,16 16:18,20,22 17:14 18:2 19:18,21 21:12 22:11 23:15,20 25:10,25 30:3 31:16,21 32:9 34:3 35:6,12 38:20 44:23 71:23 72:21 94:9 96:5 102:16,24 103:3,5,6,22

104:21 120:5 124:15 147:18,24 148:4 151:2,3,22 152:5 153:25

**Mosaic's** 26:13 31:1 34:13 147:10

**most** 9:21 35:16 69:24 78:5 104:7 130:21 133:23 154:22

**mostly** 14:20 23:23

**Motors** 13:21

**Mount** 19:1,13,15

**mouth** 24:1 43:10 63:6

**move** 10:11 15:17 21:21 29:7 37:23 64:24 80:10 130:11 143:14 159:24

**moves** 111:9 132:3,4

**moving** 35:23 121:8 157:11

**Mr** 5:10,15 6:6,16 7:12 8:18,24 9:20, 24,25 10:2 18:8,12 28:25 29:4 31:14 32:10,14,16,23,24 33:23 36:9 37:24 39:10,18 40:8 43:23 44:1,4,5,7,9 47:3,25 48:14,19 49:19 51:24 52:11 53:4,11,13 54:3,8 56:23 57:2 61:21, 24,25 64:3,5,6 66:1,3,5 67:5 73:12, 21 76:14 80:25 81:3,5,7,13,14,15, 18,23,25 82:2,3 83:23 86:14,15,18, 19 91:2,3 93:2,15,17 96:15,20 98:2, 6,20,22,24 101:5,16,18,23 107:11, 14 117:22,24 121:23 137:8,10,11,16 140:3,5,8 141:6,8,9,11,12,15,18 147:22,25 157:16 158:3,4 161:3,8, 19,20 162:18,20,22 166:5 167:16, 20,23,25 168:2,3 172:12,13,22 173:5,8

**Ms** 6:7

**much** 10:1 31:16 42:19 81:2 82:16 85:6 107:23 118:19 122:14 132:13 160:8,14 164:25

**multiple** 40:3,17 106:4 128:22 130:2

**must** 73:8 113:1

**my** 5:1 6:22 7:7,9,21 12:15 13:6,16, 18,23 14:6,13,21 18:1,2 23:21 24:1 28:7 35:1,15,22 36:21 43:20 48:6,7 49:5,24 51:10 52:9 57:14,23 58:2,16 59:7,16,17 65:20 66:13 78:23 82:1, 22 83:8 84:6 89:21 91:15,16,17 92:24 93:8 94:2 95:3 97:17 98:9 100:25 101:19,20 106:22,24 107:22 114:3 115:24 116:1,17,22,24 122:1, 13 123:19 124:1 125:1 127:5,17 138:5,12 143:12 147:20 148:2,7

155:3,23,24 156:25 158:7,15,21 159:2 160:6,9,11,23 161:10,11 163:13 167:14 168:19,20 169:6,13 170:10

**myriad** 110:20

**N**

**name** 5:1 15:1 26:6 37:16 58:18 77:4 83:11 90:13 145:7

**name-calling** 118:12

**names** 6:9 37:16 39:2

**natal** 59:16,17 83:6,22 84:9,15,24 85:12,15,18,19,23 86:7 87:19 88:14, 24 89:4,5 140:17 150:23,24 168:14 169:17,19

**naturally** 172:4

**nature** 63:21 82:11

**necessarily** 41:1,3,16 65:9 97:14, 18 120:4 132:24 162:6

**necessary** 36:19 57:15,17 61:17 62:8,10,14,17,24 63:9 147:19 158:7, 14

**necessity** 36:1

**need** 6:21 7:2 12:14,18 29:7 33:25 37:15 39:19,22 40:9 42:8,16 44:6 55:11 71:18 73:3,6,7 75:14 80:3 83:16,21 85:9,12 106:11 116:25 154:3 158:15 159:22 169:7 173:3,8

**needed** 22:2 24:10 104:16 160:14 173:2

**needles** 112:20

**needs** 34:20 37:12 81:10 134:16 157:10 158:20 163:22 165:11

**negative** 52:18

**neglected** 172:14

**nervous** 118:18

**never** 84:5 97:2

**new** 5:13 113:3 133:15 148:19 149:4,12

**newly** 33:4

**news** 22:19

**newsletters** 22:9

**next** 11:5 12:22 66:6,7 118:17 126:6 138:18,20 147:9

**night** 118:19

**nine** 14:13

**no** 7:8,11,14,15 8:1,2,10,13,16 12:19,20 13:12,13 14:3,5 16:24 17:1,2,7,13,16 18:15,16 22:13 23:2, 4,6,8,11,14,25 25:14,16 27:19 28:15,19 30:16 31:18,20 34:1 36:3, 12 37:21 39:9,18 41:23 42:2 45:22 47:17 48:13,14 50:25 51:7,17,21 54:3 55:1,3,22 57:6,14 60:17 65:24, 25 66:20 68:3 71:10 72:17,20 73:11, 25 74:7 75:14 76:20 77:21 78:15 80:13,14 86:22 87:11,14,18 89:7,10 91:22 92:1 94:14,20 95:9 97:13 99:24 100:8,12,16 101:12,19 102:17,25 105:21 109:18 110:3,7 112:24 113:8 114:4,8,20 117:6,16 118:5,13 121:19 122:2,18,23 127:2, 18 133:3,25 135:7,17 136:9,11 137:19 138:6,24 143:13 146:23 148:3,12 149:25 152:4,21 154:12 155:1 159:20 165:23 166:17 167:19, 23

**nobody** 24:8 38:20 95:5

**nocturnal** 78:3

**nod** 21:2 147:2

**nodding** 64:6 147:4

**non-transgender** 83:17

**nonbinary** 31:5

**nonclinical** 16:2 144:14,17,19

**nondiagnostic** 165:9

**none** 120:5 131:16

**nonetheless** 54:25

**normal** 69:2,20 85:10 100:1 153:17 172:3

**northern** 24:3 25:9

**not** 7:2 14:3 15:23 17:7,8 19:17 26:9, 16,21 29:14,15 30:7,23 31:13 36:4,9 37:8,9,19,24 40:17,20,25 41:3,11,13 42:4,11,20 44:25 47:6 48:5,20 50:12,15,20 51:8,10 52:1,9,10,12, 13,14 53:7,11,13 54:3 55:13 58:12, 13,21 59:16 60:22,23 61:21 62:19, 20 63:1 65:9 67:13,14,22 71:10 72:16,18,21 74:13,19,25 75:5,6,13 76:2,4,7 78:7,21,24 80:20 81:8,17

82:8,14 84:4,6,10,11 86:2,10 87:17
89:21 91:1 93:6,21 94:3,10,21,22
95:2,18 96:1 97:4,13,18 98:17 99:19
101:12,19,20 104:10,24 105:20
107:4,8,12 108:2 109:1 110:3,6
113:1,6 114:3,5,7,24,25 118:4
120:3,6,12,21 122:2,22 123:15,24
124:1 125:9 127:5,13 133:14 134:19
135:5,10 136:10,19 137:14 138:12
141:5 143:17 144:12 145:2,5
147:12,19,20 148:19 149:2 150:10,
12,16,21 151:10 152:23 153:25
155:11 157:1,5 158:18,21 160:8
164:17 166:14 168:11 171:10
172:25 173:8

**note** 127:8 132:20 133:23

**noted** 163:3

**notes** 82:1 107:1

**nothing** 6:3 47:7 50:21 77:15
113:14,16 114:12 117:15 118:13,15
148:13 172:13

**notice** 8:23 9:7,10,13,17 115:11
129:15

**notwithstanding** 66:18 86:2

**November** 160:4,7

**now** 11:23 12:10 17:8,9,18 33:24
39:1,20 40:9 44:2 48:4 64:1,23
65:23 66:15,18 67:6 73:13 98:9
122:19 125:10 127:19 128:13
130:20 142:18 151:8,20

**number** 23:22 24:15,17 32:22 42:6
50:7 109:10,12 111:19 128:10
148:20 149:21 152:18 156:18
157:13,20

**numbered** 127:21

**numbers** 163:3

**nurse** 27:13,17,20 28:13 29:18

**nurses** 27:12

---

**O**

**OB** 26:16

**object** 32:11 51:24 53:4 54:2 73:12
83:23 137:8

**objection** 36:9 38:8 39:11 47:4,25
48:20 76:15 96:16 101:6

**objections** 12:12

**objective** 40:12 41:4,6,7,9 51:5

**objectively** 40:18,21 41:12

**obligated** 155:21 156:4,6 158:5,22

**obligation** 155:21 156:3 158:23,24

**observable** 169:3,6

**observation** 47:25

**observations** 109:16 172:11

**observe** 50:22 51:5 103:1 104:1
105:19,25

**observed** 103:8 104:4

**observing** 150:23

**obtain** 91:6,9

**obtained** 63:18

**obviously** 6:20 47:5 53:18 159:5

**occasions** 106:4

**occur** 84:16,22

**October** 20:12

**of** 5:2,12,17 6:17 8:7,21 9:7,21
10:12,16,24 12:14,23 13:7,17 14:18,
24 15:1,7,8,11,19 17:4,14,20 18:1,
21 19:3,9 20:3,11,16 21:2,21 22:1,6,
8,16 23:7,9,19,21,22 24:1,15,17,20,
24 25:21 26:1,10,13 27:2,14,20
28:21,22 29:2 30:3,10 31:1,5,10,11,
24 32:6,9,17 33:10,14 34:2,12 35:6,
22 36:1,13,17,22 37:13,15,22 39:3,
12,23,25 40:18 41:2,4,7,22,24 42:3,
5,7,10,15,17,18,24 43:17 44:12,21
45:4 46:12,24 47:18,20 48:7,9,10,17
49:1,2,6,7,15,17,22,24 51:15,18,25
52:5,20 53:9,11,13 54:5,10,15 55:4,
6,20 56:3,7,24 57:5,9,24 58:11,12,
18 59:4,5 60:2,10,16,18 61:4,9,13,
18,22 62:3,4 63:8,15,17,21,23
64:11,17 65:20 66:13,16 67:3,15,17
68:14,16 69:17,22 70:6,14 71:2,21
72:3,7,12,13 73:3,7,8,14 74:5,25
75:25 76:2,6,7,10 77:18,20,22 78:1,
14,16,17 79:1,7,12,15,16,17,23
80:3,4,9,11,14,15,16,17,21 81:16
82:12,14,19,24 83:4 85:2,6,10
86:12,13,20 87:22,24,25 88:2,3,5,6,
8,11,19,21,25 89:1,4,9 90:19,20
91:5,16,18 92:10,11,17,24 93:18
94:3,8,24 96:10,13,16 97:9 98:25
99:1,8,16 100:2,6,9,14,18,22,25

101:2,13 102:2,11 103:10 104:1,7,
19,23 105:16,25 106:3,6,20,22
107:1,12,17,22,25 108:4,8 109:6,10,
12,16,19,22 110:14,16,20,22 111:2,
4,20 112:1,2,3,12,14,18,24 114:1,6,
7,13,16,19 115:7,13,22,23,24 116:1,
2,3,22,23 117:12 118:4,11,16,21,25
119:6,9 120:2,3,12,15,24 121:4,16
122:9,10,13,25 123:5,7,12,15,22
124:14,17 126:9,10,15,17,21,22,25
127:6,16 128:10,22 129:10 130:10,
15,18,21 131:7,11 132:3,16 133:19
134:20,23 135:16,20,22 137:18,25
138:9,15 139:6,12,13 140:24 142:5,
12,13 143:12,21,22 144:7,19,22,24,
25 145:1,8 146:2,13,19,25 147:10,
20 148:2,18,20 149:21 150:22
151:6,11 152:13,14,17 153:23
154:2,5,11,13,14,22 155:2,4,8,9,13,
19,20 156:2,3,9,10,11,16,18,22,25
157:13,19,20 158:9,17,20 160:4,7,9,
21,22 161:9,11,20 162:4,9,15,23
163:3,12,14,24 164:4,10,12,16,21,
22,24 165:13,15 166:2,7,12,15
167:1,9 168:6,7,9,10,23 169:8,9,10
170:6,7,12,14 171:11,12,14,16,21,
22 172:15

**off** 40:9 66:1,4 67:6 92:24 96:17
98:20,23 117:22,23 126:19 157:8
164:10 167:20,22 170:6

**offer** 15:9,21,22 20:4 21:11 90:19
96:5 155:8

**offered** 147:18

**office** 5:16,18 26:16 46:7 58:18
90:21 105:16 106:22 120:24 124:1,
3,18 125:2 131:2 160:11 169:7

**offices** 144:12

**officially** 152:1

**often** 16:9,10 19:25 42:16 44:16
57:7 68:4 69:9 70:21 71:6 137:2
144:21 145:3 154:1 169:22 171:1,2

**oh** 13:23 18:12 32:14 41:3 55:15
64:22 67:5 78:12 81:18 82:2 86:14,
16 87:10 97:2 99:15 103:12 116:11
124:2 126:5 130:4,6 131:6,20 132:4
139:2,19 144:14 147:5

**Ohio** 95:8

**okay** 6:7 7:17 8:2,21 10:3,10,13
12:22 13:4 14:1,7 15:3,18 16:21
17:3,11 18:7 20:25 21:9,20 23:5
26:11,24 27:22 28:6,15,21 29:23

31:1,7 33:1,4,8,21 34:1,23 35:13 37:23 39:1,20 40:14,20 41:13 42:25 43:22 46:20 55:6 56:9 57:17 62:6 67:10 72:1 74:14,21 76:21 79:3 81:13,14 82:3,11 85:11,18,23 87:13 88:13 92:17,25 93:11,16 97:2 98:2 99:15,18 100:13 102:4,7 103:7,12 104:1 105:11 109:11 116:5,11,14 117:7 119:11,14 120:10 125:10,23 126:5 130:6,11,20 131:6,20 132:4, 11 133:2 135:10,15 138:11 139:2 140:16,21 141:15,19 142:16,21 144:14 145:11 147:8 155:20 162:18 171:18 172:12,21

**old** 77:17 93:21 115:16 136:1

**on** 5:11,17 8:15 10:11 12:13 17:12, 14 19:22 21:4 22:12,19,20 23:1 29:16 30:24 33:12,25 36:5 37:23 38:11 39:22 44:24 48:23 49:7,20 53:9 57:5,7 63:9 64:12 67:25 68:4 69:1,8,9 71:15 73:24 77:25 78:2 79:12,16,19 80:7,10,11 81:12 84:24 85:16,19,21,24,25 86:9,20 87:3,14 88:6,25 89:17 91:20,23 95:6 96:2,22 97:17,19 99:5 101:14 102:5,22 103:15 104:10,17 106:3,4 109:19 111:7,10 112:12 116:24 120:11,12, 14 121:8 122:7,18 124:10,24,25 125:1 126:10,15,16 127:1 128:14,21 129:23 130:4,11,12,16 131:3,6,24, 25 133:13,20,22,23,25 134:22,24 135:3,10,12 136:5,20 137:18 138:11,13,14,17,24 139:19 144:11, 18,22,24 145:11,19 146:5,9 147:18 149:6,22 150:8,11 152:22 157:22 163:11,12 167:21 169:16 172:10,25

**once** 63:7 69:21,22 116:18 120:25 146:9 165:19

**one** 5:3,18 8:25 16:17 27:10 29:15 32:11,17 39:3 44:1,20 46:14,22 47:1,15 49:21 50:8 54:5 58:13 61:22 62:1 65:5,11 66:7,8 78:1 86:10,11, 13,24 92:13 95:11 99:19 106:16 112:17 116:11 118:17 119:1 122:3 128:13 130:4 133:10 134:3,5,11,19 138:15 140:14,24 142:5 145:12 147:9 155:8 158:17 159:13 167:20, 21

**one-on-one** 30:8,24

**one-page** 141:7

**one-quarter** 31:8

**ones** 78:5 92:23 95:12 97:18 106:5

**ongoing** 67:14 109:9

**only** 5:18 12:15 16:1 19:21 24:12 31:10 35:23 41:8 42:20 46:22 61:14 62:8 68:23 77:10,13 78:18 85:1 92:23 95:15 109:23 113:23 114:10, 17 119:9 120:25 129:8,23,24 137:2 142:5 159:13 164:17 168:10 169:3

**onset** 111:15,19

**opened** 8:14

**opening** 53:8

**operate** 97:17,19

**opine** 84:2

**opinion** 83:24 93:5 137:14

**opportunity** 138:23 172:15,20

**opposed** 129:12

**opposite** 59:17 168:6,7 169:12,14

**opted** 74:25

**optimum** 156:22

**or** 6:8 8:15 16:6,22 22:21 26:20,21, 22 28:3 29:1,2 31:22 33:9 34:4 37:6, 16 39:10,15 40:24 41:17 42:14 43:17,18 44:5,13 46:4 47:13 50:12 51:18 52:13 56:2,13,25 57:1 58:11 59:12 62:3 63:21 66:20 67:1 69:12 71:13 79:23 80:8 81:1,6 82:15 83:13,25 88:3,21 89:5,23 90:24 91:23 93:3 95:7,8,11,15 96:9 97:24 99:5,11,20 103:4 105:2,6 109:12 111:22 114:13,24 118:7,15 119:2,4 120:2 122:2,5,6 123:12 124:15 125:8 126:13,20 127:8 128:22 129:2,13 131:11 132:6,18 133:12 134:3,8,11,12,16 136:23 138:24 140:18 142:5 143:19 144:8,9,17 145:1,12,15 146:6,16 149:24 150:7, 12,13,16 151:11,17,19,24 152:2,10 153:8,9,13 154:3,6 155:9 157:2,5 158:21,25 159:10 160:4 163:18,23 164:13,14,20 166:9,16,23 168:20 170:15,24 171:3 172:5,9,17 173:3

**oral** 99:11 136:7,13 137:5

**order** 32:17 42:17 55:11 82:4 102:20 104:17 122:12 125:21 165:11

**ordered** 138:2,3

**organization** 15:17

**organizations** 15:10,21,24,25 16:10 23:7,10

**organs** 42:8,15,24 67:25

**original** 127:11

**other** 5:18 6:9 7:13,17 8:3 14:7 15:10 16:22 20:4 22:21 23:9 28:12 36:15 53:9 54:10,16 61:4,9,11 64:17 69:5 73:19 82:23 84:3,8,13,14 89:3, 8 92:17 96:4 97:25 104:11 105:11, 12 106:23,25 116:19 120:13 122:6 126:17 134:4,6,12,19 135:5,7 139:17 140:21 142:25 143:9 144:2 146:21,25 147:7 151:19 152:6,7,14, 24 153:8 154:6 155:14 156:7 159:1, 6 162:8 166:9

**others** 29:7 98:17 118:14 125:8 142:16

**otherwise** 81:11 83:13

**our** 5:17 7:20 15:7,8 21:14 22:2,10 24:14 27:2,13 28:4 43:4,9,10,13 47:7 50:8 64:12 72:22 73:3 77:20 88:11 89:1 100:1 111:17 113:3 124:17 133:15 138:11 144:5,7,24 151:25 152:13 153:2,17 154:1 171:16

**out** 15:22 19:25 29:23 32:17 53:25 55:23 61:4 68:9 69:15 81:23 94:24 97:9 114:6 118:13,20 129:20 133:18 137:5 143:16 144:6,12 146:16 149:3 153:17 156:13 163:23

**out-of-state** 151:3,20 155:22,25 156:10,15,24 157:5

**outcomes** 84:20,21 144:23

**outlawed** 91:18

**outside** 26:13 120:24

**outward** 168:10

**over** 24:10 38:21 44:13,19 46:15,19, 23 48:5 56:7 85:11 89:17 104:24 115:5 124:7 128:12 132:4 135:10 136:16 137:2 138:11 139:7 143:14 149:23 152:20 162:19

**Overall** 31:21

**overarching** 42:6

**overlap** 56:13

**oversee** 15:10 19:21

**overview** 34:12

30(b)(6)

Index: own..planning

**own** 14:13,15 24:15 87:3 93:3 106:19 108:17 133:13

**owned** 14:13

**P**

**p.m.** 173:10

**packet** 138:16 141:25

**Pactor** 5:12

**page** 9:25 10:1 13:1 17:23 33:8 86:20 111:1,2,3,4,10,25 112:12 115:5 120:12,15 124:7 129:23 130:4,13,16,18 131:1,6 132:3,16 134:21 135:12 137:18 138:11,15,16,18 139:19

**pages** 138:20 139:17 142:2,4,7,10

**panel** 31:4 138:3

**papers** 9:22 135:24

**paperwork** 145:9

**paragraph** 61:18 62:2,3 86:20 91:5 143:22,24,25 148:15 149:11 151:1,9 152:22 154:13 155:13,17,20 158:2, 10

**paragraphs** 10:16,24 25:21 127:22

**paraphrase** 123:15

**Pardon** 138:5

**parent** 63:21 119:24 120:24 121:1 164:15

**parents** 57:8 58:17 77:6 99:9,15 108:21,22 109:9 135:23 136:3,16 137:13 140:25 151:17

**part** 14:24 59:4 65:20 66:13 73:8 88:11 89:1 99:8 104:19 115:13 123:7,12 124:17 126:9,21 132:19 162:4,9 164:18 171:14

**participating** 18:3

**particular** 16:16 37:20 43:5 117:15 128:4 142:23 170:24

**particularly** 17:5 50:2 107:17 126:20 165:4

**partly** 22:19

**partners** 24:16

**parts** 164:6,25 168:8

**passing** 9:22 159:19

**past** 55:2 113:20 154:21

**pastor's** 19:8

**patient** 31:3,4 39:4 44:21 45:23 46:3,14,22 47:2,15 49:21 57:7,18 60:6 61:7,9,15 63:20 66:24 70:7,9 72:16,21,24 73:1 74:24 80:1,17 82:8 86:24 92:11 96:5,8,23 102:9 106:22 107:6,12,22,25 108:3 111:8 113:13 114:16 123:13 124:2 128:22 135:15 136:15 137:13 138:22,23 139:2,4,7, 12,15 143:6,8 149:4 151:5,6,17 152:16 155:6,10 156:1,5 157:10,18 158:15,25 160:14 167:6,7

**patient's** 57:8,21 95:13,19 96:2 123:23 126:15 136:15 155:24

**patients** 19:22 22:21 24:2,6,7,10 25:3 27:22 31:2,6 44:18 47:20 58:3 60:21 64:17 65:10,12 68:4 69:9,24 70:16,21,22 71:7,12 72:14 73:2,17 74:18,25 76:18 78:24 79:22 80:9,20 82:13 83:9 85:24 87:13 88:9,24 90:25 91:19,23 93:19,23 94:2 95:12 96:10 97:3 138:21 140:22 143:3 148:19,20,24 149:13 150:2,19 151:4,14 152:13 154:6 155:23 156:1,10,14,22,25 157:4 158:7 159:7,8,14,17 160:6,10,11,12,23,24 163:3 169:25

**pattern** 160:20

**pay** 16:4 100:23 101:3 106:1 147:18

**paying** 148:4

**pediatric** 35:25 36:13,17,18 105:16

**peer** 14:1 19:16 143:21 144:2,15

**pejoratively** 108:15

**penis** 164:8,20

**penultimate** 91:6

**people** 6:25 20:13 21:17,21 23:23 26:4,5,6,20 49:6 56:11 77:23,24 78:2 90:11 104:11 107:1 126:18 134:11,14 138:14 140:12 141:21 145:23 149:3 158:20 160:15,22 169:11,13 172:11

**percent** 31:8,12,14 55:4 56:13

**perfect** 9:24 55:3

**perform** 143:19

**period** 19:3,7 55:10

**permanent** 86:7

**permitted** 151:10

**Persistent** 135:18

**person** 5:11 7:13 29:20 37:13,20 40:23 42:17 43:7 44:22 45:2 47:6 50:15,16,21,22 61:8 75:19,20 78:9 87:6 103:1 108:1 110:2,4 137:1 154:3 155:7 158:19 165:19 166:12 168:5,9 171:15 172:1

**person's** 39:25 40:2 42:18 43:1,2 50:23 62:18 125:6

**personal** 76:15 93:3

**personally** 29:1 154:7

**persons** 5:9 49:2 148:18 166:9,21

**perspective** 48:3

**phalloplasty** 92:20

**phase** 156:13

**phone** 106:4 131:25 150:9,11

**PHQ-2/PHQ-9** 119:23 120:15

**physical** 136:10

**physician** 19:21 27:11 28:7 36:21 70:22 83:16,21 110:19

**physicians** 20:11 136:11 154:14 156:7

**physiological** 89:3

**pick** 44:11

**picture** 164:12

**pictures** 164:10,11

**piece** 116:22

**place** 23:25 24:5,13 44:2 89:17 98:3 111:21 156:15,19 157:8,13,20 165:21

**places** 96:9,24 97:3,11 152:15 155:5,8

**plaintiff** 39:8

**plaintiffs** 5:10,14 11:7

**plan** 94:12 107:25 108:1 132:17 135:15 156:15 157:7,15

**planned** 156:23

**planning** 14:19,20 104:19

**plans** 81:1 156:19,20 157:13,20

**play** 107:18 168:15

**please** 5:8 6:13,24 14:17 17:25 18:17 21:10 34:10 38:5 40:14 47:14 59:22 98:7 102:7,10 124:7 126:8 162:11

**plus** 22:18

**point** 36:5 46:10 72:1,5 74:24 81:23 85:7 89:14 101:21 106:10 109:19 125:23 132:18 135:21 136:1 146:5 168:20,21

**points** 57:25 137:22

**policies** 34:13 35:2

**political** 16:25 17:3 23:5,7

**populate** 120:1,3 133:16 139:16

**populated** 113:10,12

**populates** 113:2

**population** 152:16

**portal** 138:22

**position** 76:25

**positions** 23:3 24:4

**positive** 30:22

**possibilities** 96:13,14

**possibility** 36:14 55:20 71:20 91:18 160:7

**possible** 46:18 49:19 51:22 52:7,10, 13 54:19,22 55:2 78:4 86:5 97:2 99:10 108:7,12 119:1 153:7 157:5

**possibly** 40:13 53:5,17

**post** 25:6 50:4 145:16 171:2

**potential** 63:22 78:16 79:1 85:1 142:24 143:10 166:13,18

**potentially** 172:9

**practical** 157:6,7

**practically** 56:21

**practice** 26:13,15 27:12 30:3,17,18 41:24 42:3,10 52:20 53:9 54:6,16 56:22 65:22 73:17 77:12 80:15 86:11 90:21 97:13,15 100:17 123:3 126:22 146:21,22

**practitioner** 27:21 29:2

**practitioners** 27:13,18 28:12,13 29:18 151:3 152:25 155:22,25

**pre-tanner** 74:10,12 83:10

**precise** 109:11

**precocious** 64:20 74:2 79:14

**precursor** 65:4

**pregnancy** 25:2 90:5

**preliminary** 18:10,12

**prep** 146:3

**prepare** 7:18 8:4

**prepared** 11:2

**preparing** 11:14,19 12:4,8

**prepubertal** 82:13

**prepubescent** 62:15

**prescribe** 30:14 36:16 74:3 83:17, 21 110:25

**prescribed** 84:7,11 133:17 134:2 150:20 165:17 166:23,24 170:19

**prescribing** 63:16 113:5,7 115:23 140:17

**prescription** 115:12

**presence** 15:1 125:7

**present** 5:9 20:11 27:23 28:10 34:20 73:5 74:1,9 103:21 108:9 144:21 145:1 166:20

**presented** 105:12 106:6,11 117:6 122:16 132:19

**presenting** 114:8,15

**presents** 60:19 72:8,19 77:1 99:7 107:7

**press** 81:12

**pressure** 87:25 88:17

**pretreatment** 99:2

**pretty** 60:25 153:11

**previous** 10:17 53:16 65:18 104:23 105:15 108:8 136:11

**previously** 125:19 133:25 148:21

**primary** 23:23 70:22 106:15 118:25 147:15,16

**principles** 20:21 26:19

**printed** 102:18

**prior** 91:16 106:6 107:6 130:12

**privilege** 53:11,13

**privy** 29:14,16 30:7,23

**probably** 6:15 32:2,3 81:7 135:11 147:8

**problem** 111:8

**problems** 26:21 30:15 111:14

**procedure** 64:13

**procedures** 26:8 31:25 32:2,7 33:12,18 34:3 159:21

**proceed** 80:5

**proceeding** 117:4

**process** 87:7 99:9 100:1 162:5,8

**processing** 108:16

**produce** 12:10,18 67:25 86:2

**produced** 171:11 172:4

**production** 11:7 12:16 171:22

**professional** 14:10 18:20 53:15

**professionals** 73:20

**professor** 20:2

**profile** 172:9

**program** 14:4 24:8 159:1

**programs** 159:4,6

**prohibited** 167:12,15

**prohibits** 158:12

**project** 65:8,21 66:14

**prompt** 134:23

**pronouns** 26:7 77:5 83:12 90:17,18 145:7

**pronunciation** 138:5

**proper** 53:19

**proposed** 159:18

**prospect** 54:10,15

**protected** 158:17

**protocol** 67:11 73:8 87:2,4

**protocols** 21:18 22:10 34:13 35:1 67:9 86:22 87:14

30(b)(6)

**provide**  20:1 26:24 27:1,16,22 30:6 36:22 45:4 64:10 77:2,3 99:18 106:17 151:4,13,16 153:5 154:4 155:24 156:15,21 158:6 159:21 161:25 163:8

**provided**  45:10 62:7 97:7 99:14 107:2 136:15

**provider**  28:3,5,6 73:4,6,10 106:15 144:1,7 145:15,16,20,21 146:15 152:2 153:5,24 154:1 155:6 156:25 158:16

**providers**  20:5 21:14 22:17,22,23 27:3,7 36:15 144:2 145:25 151:19 152:6,7 153:8,24 154:11,18,19 156:10

**provides**  26:1

**providing**  31:17 62:18 151:18,21,23 154:14

**proximity**  154:23

**psychiatric**  104:20 109:24 110:8, 24,25 111:23 116:9 121:13 122:6 124:10,18 128:6

**psychological**  88:21 89:8 105:11 115:14 169:9

**psychology**  110:5,13

**psychopathology**  110:13,23

**psychosocial**  116:7

**puberty**  62:16,20,25 64:11,20 67:10,12,13,16 68:4 74:2,10,19 75:1,5,13,23 76:5,22 77:14,17,19, 22,25 78:2,16,17,20 79:13,14,22 80:7,17,22 82:9,18,20 83:4 89:12,23 98:10 99:22 100:6,23 104:8 109:2, 20 149:13 150:13,16 165:16,19,21 168:21

**puberty-blocking**  62:6,13,19 67:20,21

**publications**  51:14

**purpose**  26:10

**put**  43:10 61:21 63:5 138:25 172:23

**Q**

**qualification**  29:25

**qualifications**  27:9

**qualified**  27:16 48:20 52:14 84:4 110:19

**quarter**  31:4

**question**  12:15 34:25 35:1 38:12 39:13,15 47:12 48:6 51:25 52:4 53:5,21 57:3,23 59:14 73:18 76:24 83:2 113:15 117:12 137:15 139:13 142:21 146:16 147:22 168:12

**questionnaires**  71:3,9,11,14,17

**questions**  6:19,21,23,25 7:7,10 39:21 44:12 53:9 59:18,20 63:23 106:2 111:9 120:14 125:1,3,5 138:22 144:10 145:3 146:19 162:19 163:7,14,17 165:4 166:1 167:2,18, 23

**quit**  117:3

**quite**  81:8 82:14 107:8

**quote/unquote**  61:17 152:24

**quoting**  61:18

**R**

**range**  85:10 172:3

**rare**  77:22

**rate**  16:6 51:11,15,19 70:17

**Rather**  118:19

**raw**  163:2

**Razi**  5:17 32:23 64:6

**reach**  15:22 50:2 144:6,12 146:16 153:17

**reached**  149:3

**reaches**  19:25

**react**  134:11

**read**  7:5 8:5,6 33:9,13 38:9,13 78:25

**ready**  58:3

**reaffirmation**  54:19

**reality**  125:7

**really**  13:24 16:14 28:15 47:24 56:20 59:8 60:5 63:9 78:21 83:3

**reason**  7:6,9 84:8,13,14 114:17,21 125:9 131:14 166:22

**reasonably**  123:2,16,24 124:5

**reasons**  18:2 75:25 76:10 106:15 134:17 157:2 166:10

**recall**  46:11 76:18,20 96:7 113:19 115:4 133:10

**receive**  149:13 150:3 151:6 156:2

**received**  152:5,11

**recent**  130:21 133:23

**recess**  44:8 98:5 140:6 161:5

**recipient**  118:11

**recipients**  148:19

**recognize**  12:6,24 17:21 54:25 112:13

**recognizes**  36:14

**recommend**  36:2 145:1

**recommendations**  145:22 170:5

**recommended**  171:3

**recommends**  35:7,25

**reconstruction**  92:15

**reconstructive**  45:14

**record**  5:9 6:20 9:6 18:8 32:12 38:4 47:4,10 49:4 66:1,4 98:20,23 102:2, 9,14 111:17,18,20 112:10,24 113:10 117:8,22,23 121:16 133:15 140:4 142:20 167:21,22

**recorded**  131:16

**records**  101:22 130:22 151:5,14,16, 25 155:25

**redress**  63:2

**reduce**  16:9

**reduction**  117:13,14

**reemphasize**  47:6

**refer**  94:24 95:6 96:10,24 97:3,11 158:22 162:6,7

**reference**  78:7

**referral**  45:10 96:6,13,23 151:21,23, 25 155:2,4 156:24 167:5

**referrals**  94:15,18 95:10 97:7,9 151:18 152:5,14 154:17 155:12 156:16 157:5 167:2

**referred**  164:3

**referring**  26:7 145:14,15 147:23

Index: refers..said

152:1

**refers** 56:5

**reflect** 63:3 70:7 169:15

**reflected** 104:25

**refocus** 96:20

**refused** 147:17

**refusing** 75:22 76:5

**regard** 36:25 47:11 146:7

**regarding** 17:4 49:1 149:4

**regardless** 54:23 55:1 152:17
158:24 166:7 170:14

**regards** 95:17

**regularly** 19:22 22:9 160:11

**reimbursements** 99:22

**reinforcement** 80:21

**related** 17:12 26:21 34:17 77:23
78:11 88:22 104:13,24 116:2 122:11
123:10 128:23,24 138:22 169:3

**relates** 43:16 82:20 83:6

**relationship** 63:10 127:9 129:21
138:1

**relative** 40:22

**relevant** 41:8,24 42:1,3,4,21,22
53:17 64:18 66:20 129:2,3,4 142:25

**relief** 82:8

**rely** 57:7

**remains** 57:7

**remember** 77:11 105:2,4 106:5
135:1 167:3 170:16

**remind** 80:17

**remotely** 7:4,5

**remove** 45:14

**repeatedly** 58:21

**rephrase** 39:15

**report** 122:9 135:22 136:5,7,13,19

**reported** 104:12,22 106:3 132:13
135:8

**reporter** 5:1 6:19 142:19 161:13
173:2,7

**reporting** 136:21

**reports** 139:20 164:14,21,24

**represent** 9:6

**request** 11:11,24 12:11 73:1 155:24

**requested** 149:4

**requests** 11:6 149:25

**require** 120:23,24 147:13 158:9
171:3

**requirement** 73:18

**requires** 55:10

**research** 163:13

**residency** 18:22,23 23:21 24:2,8,
19,22,24 65:9,20 66:14

**resolve** 122:5

**resources** 71:20

**respect** 10:16,24 13:11 17:5 18:14
39:1 47:15 54:16 56:16 95:15 96:2
97:20,21,24 100:19,20 122:24

**respond** 134:14 152:24

**responding** 125:8

**response** 9:10,13 11:14,19,23 12:4,
8 23:22 165:23

**responses** 71:15,16 125:1

**responsibility** 107:22

**responsive** 12:11,17

**rest** 69:17,22

**restate** 47:12

**restless** 118:18

**result** 84:25 146:17

**resulted** 122:14

**results** 30:22 46:12

**retrospective** 136:19

**Return** 131:1

**REV02072022** 141:9,13

**revenue** 31:16

**reverse** 102:20

**review** 66:22 76:12 87:12 106:22
107:1 113:13 172:15,19

**reviewed** 7:20 14:2 19:16

**reviewing** 75:17 80:24 113:12

**Revised** 141:14

**revision** 128:7

**Richardson** 5:2

**right** 9:16 11:5,22,23,25 12:22 13:1
17:18 33:6 40:9 44:2 46:16,17 48:4
63:25 64:3 65:15 66:24 71:24 73:22
76:2,3,8 78:17 82:15 86:24,25 91:5
92:14 98:11 102:16 107:14,25 108:1
111:1 115:20 120:5 121:21 127:19
128:13 129:14 132:4,23 135:10
136:7 137:10 138:18 139:15 141:15
142:1,8 146:11 149:7 151:20 153:20
157:22 172:19

**Riley** 154:21 155:9

**rising** 69:7 85:2

**risk** 80:18,22 85:6 87:22,23,25 88:2,
3,5,6,8 172:8

**risks** 63:22 76:21 77:18 87:20,21
88:10,14,15,17,19,21,25 89:3,8
142:24

**Ritalin** 127:8,13,15 132:9

**role** 15:3 18:2 19:18 29:25 106:9,10,
19,24 107:10,18

**room** 7:13 8:15 50:21 116:2

**Rose** 5:12

**rough** 173:6,8

**roughly** 31:8 105:6 150:24

**rounding** 160:16

**routine** 126:13

**routinely** 113:7,9

**rubric** 26:1

**rule** 37:6 61:4

**rule-type** 6:17

**run** 51:18 55:24

**run-on** 130:15

**S**

**safe** 104:16,18 145:24 163:9

**safer** 169:20

**said** 10:3 15:13 19:11 35:11 36:10
43:9 47:9 58:21 76:6,16 85:18 87:17

Index: sake..shot

93:7 95:5,22,23 116:6 118:24
122:18 160:18 170:18 173:5

**sake** 41:22

**same** 8:5 13:8 20:15,16 28:19 29:5
38:12 49:16 50:10,17 51:1 55:14
56:3,9,14,15 57:7 64:21 82:18,21
97:11,18 100:5 103:19 105:6 126:22
130:4 134:3,6,7,15 139:15,22
141:24 148:1 163:2 166:11,13,17,19
171:6,13,23 172:2

**satellite** 25:15

**satisfaction** 67:18 68:16

**saw** 46:7 65:5 87:8 102:22 108:13
131:24

**say** 6:20 20:10,18 31:2,4 32:7 33:18
37:7 43:10 46:16 49:19 54:12,13,21
56:23 58:18,19 59:3,6 63:5,7 74:3
90:15 105:1 115:16,19 122:2 124:22
141:9 145:1 146:16 149:11 151:1
155:2 157:12 159:19 172:14

**saying** 28:3 46:20 56:3 72:20
114:19 137:14 143:4,7 158:18 164:9

**says** 10:15,23 32:11 33:10,11 34:19
50:19,22 59:15 62:6 64:25 66:8 79:6
86:9,11,21 89:19 91:6 111:1,14
112:12,24 115:6 118:7,19 119:5
124:10,11 125:13 127:20 128:1
131:1,2,15,23 133:6 134:21 135:18
136:12 137:4,19 140:11 141:13,20,
22 143:25 148:15 150:2,6 154:17
158:5 161:15

**scan** 138:17

**scenario** 123:22,25

**schedule** 19:23 126:13

**scheduled** 125:20 130:24 131:4,5
132:25 148:16,17

**scholarship** 14:2 19:16

**school** 18:21 20:3 104:9

**science** 13:17

**scientific** 36:24

**scope** 26:12,17 27:3,20 28:7 32:9
36:21 110:14,16 158:21

**score** 119:20 120:16,17

**scored** 120:12,15,21,25

**scoring** 120:14

**screen** 8:15 33:25 102:5 167:21

**screening** 71:3 119:14,21,22,23

**screenings** 119:19,20,25 120:20,23

**SEA** 17:15 38:8,17,21 148:5,11
151:1,9 156:11,17 159:15,20 167:15
170:8

**search** 22:21

**seasonal** 128:24

**seasons** 128:23

**second** 6:18 32:11 44:1 62:1 66:2
82:2 98:21 117:22 122:3 167:21

**second-guessing** 107:10,19,21

**secondary** 67:23 68:14 84:21
169:4,6

**section** 33:8,11 132:17 138:25

**see** 7:12 8:15 9:22 14:23 25:3 26:20
37:7 39:2 53:17 57:10 62:2 65:13
66:16 68:21 69:21 70:22 72:14 73:8,
19 74:5 78:3 79:9 81:22 87:6 91:11
102:19,24 106:19 111:14 113:10
115:9 119:14 122:4 124:2,12 125:15
128:7,15 129:17 130:7,8,9,24 131:2,
6 132:15 133:3 139:2,11 140:1,10,
13 141:5 142:16 149:15 161:4

**seeing** 19:22 73:3 113:12 130:2
149:22 160:21

**seek** 75:19 104:20,21

**seeking** 59:11 85:24 88:24 94:18
140:19 171:6

**seem** 69:19 79:14

**seems** 68:9 129:24

**seen** 9:18 10:4,6,13,21 11:8 33:1
44:18 73:19 130:25

**sees** 30:4 72:14,22,25

**self-harm** 104:24 116:20 164:15,21

**self-harming** 109:4 164:17

**self-tattooing** 164:22

**Senate** 32:18

**send** 151:24

**sense** 42:9,17,18,23 59:5 80:9,14
114:15 134:7 136:14 165:9

**sensing** 28:16

**sensitive** 26:3 90:3,6

**sent** 98:18 161:10,11

**sentence** 82:2,3 86:21 91:6

**separate** 29:20

**Sequela** 68:24

**sequelae** 68:22 69:5 77:21

**series** 163:14

**serve** 22:3,12 23:1

**served** 9:8

**service** 147:18,24

**services** 26:24 27:1,16,17,20 30:6
73:3,6 148:5,10 153:3,6

**serving** 154:8

**sessions** 29:16 30:8,24

**set** 31:7,8 41:21 57:10 130:21
161:11

**Setting** 165:5

**seven** 16:20,21

**several** 12:10 142:1

**severe** 105:1

**sex** 34:18 39:25 40:2,6,11,16,22
41:10,22,24 42:1,3,6,9,19,21,22
58:4 59:16,17 61:3 67:23 68:14 83:6
84:21 109:1 168:6,7 169:4,6,12,14

**sexes** 43:6

**sexuality** 144:25

**shake** 52:18

**share** 162:2

**sharing** 162:9,13

**shave** 92:20

**Shawn** 8:24,25 32:17,21 33:23
37:24 40:8 61:21 62:1 67:5

**she** 9:25 30:2,4,6,24 32:11 36:9
39:14 48:20,21,22 52:1,11,15,16
53:5,18 72:12,14 76:15,16 83:24,25
84:1,2 93:3,4 101:8

**she's** 30:1 52:12,14 53:15 76:16
84:3 137:12,15 172:25

**sheet** 102:5 111:7 130:15 172:18

**shot** 126:6

Index: should..specifically

**should**  6:8 31:25 37:19 86:18 141:6
142:4

**shouldn't**  123:16

**show**  161:14

**shown**  118:1

**shows**  111:18 117:8

**side**  21:5 54:4 74:5,6 77:23 78:2,4,
14,16,21,24 79:1 84:16 85:1,12
142:24 144:12 145:11 166:1,4,7,12,
13,17,18 170:12,13 171:13 172:7,9

**sides**  142:6

**sign**  172:20

**Sign-off**  130:9

**signature**  13:2 17:23 172:22

**signatures**  138:16

**signed**  7:23 109:24

**significant**  83:13,14 104:9,15,23
105:2

**significantly**  135:8

**signs**  67:15

**similar**  20:17,18 90:10 122:17
154:11

**simply**  100:1

**since**  12:16 16:19,22 24:13 35:5
52:14 53:5 56:25 98:16,17 104:8
110:10 132:14 135:9 160:7

**single**  128:2

**situation**  53:24 83:9 96:1

**situations**  89:22 95:15 144:8 145:4
146:1 166:21

**six**  34:20,22 55:13 60:3,13 68:10
69:15,16 142:10

**six-month**  55:10

**size**  170:7

**skipping**  125:10

**sleep**  118:18

**slightly**  26:12

**small**  21:15

**so**  6:8,15,17,18 8:21 9:6,21,25 10:3
14:1,7,23 15:10 16:20 17:1,25 18:19
19:3,18,19,21,24 20:23 21:11,14,24

22:3 23:20 24:10 25:17,21 26:2,18
27:10 28:6,9,15 29:8 30:4 31:11,15
32:9,17,18 33:4,8,18,22 34:10,15,
21,24 35:4,11 36:18 37:9,12 38:15
39:14,20 40:5,20 41:13,15 42:9,25
43:2,7,14,20 44:11 45:5 46:14 48:13
49:3,15,19 50:19 52:3,12 53:14 54:1
55:6,10,15 56:9,19 58:5,23 61:8
62:2,6,8,10,12,13,17,19 63:2,5
64:14 66:6 67:14 68:13 69:3 70:4,
21,23 71:8,18 72:16 73:17,23 75:12
76:2,17,18,25 77:12,17 78:1,17,20,
23 79:6,19,22 80:2 81:1 83:9 85:9,
11,20,23 86:10,16,20,24 87:19 89:7,
10,11 90:1 92:10,13 93:25 96:19
97:2,13 98:7 99:15 101:23 102:22
103:1,18,24 104:19 105:1 106:6
108:13 109:5,21 110:4 111:1,3,7,14
112:12,16 113:20 114:10,14 115:2,
19 116:5,14,22 118:6 119:6,11
120:25 121:13,20 123:16,22 124:2,
19 125:7 126:9,16,21 127:11,14
128:23 130:7,14,16,20 131:6,10,24
132:5,19 135:10 137:18 138:2,8,11,
13,20,23 139:2,9,11,15,19 141:15,
19 143:7 144:12,14 145:2,21,23
147:8 148:15,23 149:11 150:5,18
151:5 154:1,9,20 155:1,13,15,20
156:1,23 158:2,17 160:4,14 161:9,
14,22 163:20 164:1,9,24 165:19,23
168:3 170:18 171:21 172:22

**social**  83:11 115:5 141:1,2 161:16,
17 162:15

**Society**  35:18,24 36:5,7,11

**sole**  26:10

**some**  6:19 12:12 14:19,20 17:19
21:21 23:24 27:15 39:23 41:14 50:5
57:1 58:15 73:1,6 74:1 75:12 76:6,
10 77:18,22,23 80:7,15 82:24 87:20
89:14 96:8,9 98:25 99:1 111:9
112:12,13 125:23 131:10 140:9
145:1 158:25 163:7 164:5,7 165:13
166:1,4 169:9,16

**somebody**  35:8 50:15,17 52:24,25
61:1 62:24 68:25 76:1 81:10 90:2,5
94:24 95:7 96:11 107:16 108:7
113:3 125:7 133:17 137:6 154:3
158:22 166:14 168:13,22

**somebody's**  34:18 133:16

**someone**  50:19 51:3,6,8 52:1 53:2
62:14 73:19 84:7,9 152:1 154:2,4
166:8 173:2

**someone's**  41:9 99:25

**someplace**  167:6

**something**  16:7 33:16 37:19 40:20
48:9,10 54:21 65:10 70:8 81:8 83:5
92:3 113:6 114:18 128:18 129:13
134:8 137:6 141:13 150:10 155:5
157:22,23 169:24 170:15

**sometime**  160:4

**sometimes**  37:7 68:22 71:5 77:25
85:13 126:18 132:22 133:15 134:16,
18 146:15 164:9,10 172:17

**somewhere**  16:13 155:7

**soon**  160:2

**sooner**  173:4

**sorry**  10:3 15:13 19:11 20:7 32:10,
17 47:12 52:4,5 54:13 55:15 56:20
57:13 65:17 66:7 76:4,13,14 78:17
81:18 83:1 86:16 87:11 90:17 93:16
101:23 102:18 103:5,21 107:4 112:2
126:2 128:1 129:19 132:2 137:10
141:11 147:5 149:10 157:17

**sort**  21:4 23:19 55:23 79:23 80:15
82:14 86:12 90:19 99:16 101:13
146:25 157:19

**sorts**  45:4

**sounds**  19:3 63:13

**source**  60:24 119:2 156:3

**sources**  61:9,12 118:21,25

**South**  18:23

**space**  21:14,17 24:6 27:13 68:9
69:15 77:4 90:12 145:23 152:2

**spaces**  20:21,23

**speak**  6:24 20:14

**speaking**  28:1,21 56:21 63:15
90:24

**speaks**  155:20

**specially**  169:22

**specific**  60:15 76:18 87:20 109:15
125:4 128:21 129:12,14 145:25
158:20 166:4

**specifically**  24:24 70:25 87:18
92:12 96:19 100:14 123:11 149:24,
25 150:13 151:22,24 152:8 153:12

30(b)(6)

**specification** 129:9,10

**specificities** 128:11

**specificity** 135:5

**specified** 128:18,19

**specify** 129:11

**speculate** 123:20

**spend** 21:15,18

**sperm** 86:3 88:8

**split** 150:23

**spoke** 21:3

**spoken** 6:15

**Square** 5:3

**SSRIS** 134:8

**staff** 15:12 16:2 17:14 151:3

**stage** 62:16 63:10,11 64:15 74:11, 12,14,19 75:13,22 76:5,22,25 78:10 82:15 83:10 159:17 165:21

**stages** 165:20

**standard** 37:5 71:3,8,11 100:17,21 126:21

**standards** 34:13,16 35:5,7,16 37:2, 11 62:11 136:24 137:1

**start** 8:21 16:19 28:5 29:6 38:16 57:2 67:10 94:12 123:17 134:4,6 145:17 159:25

**started** 23:16,17 24:7 83:15 96:17 104:17 121:14 125:19 126:16 127:12 128:14 133:10 156:6

**starting** 16:22 62:16 122:7 123:7 126:12,13 130:16 132:14

**starts** 132:3 168:21,24

**state** 5:19 94:25 97:9 157:4 170:23

**stated** 114:21 116:24 131:13

**statement** 7:21,22 13:7 18:1 48:22 79:11,19 125:6 134:20 149:15,19

**statements** 168:4

**stating** 158:10

**statistics** 144:22

**statute** 32:4,5 33:4,5

**stay** 103:15 167:21

**stayed** 19:9

**steps** 142:23 156:9

**sterility** 86:7

**Stevie** 5:12 172:23,24,25

**Stewart** 5:2 173:1

**STI** 146:2

**stick** 69:24

**still** 13:14 49:9 63:15 82:16 100:21 104:1 124:1 133:2 149:17 163:2

**stop** 85:25 86:1,22 87:15,16 129:19 134:3,5 148:4

**stopped** 46:6 87:9,10 91:20,24 133:6,11 134:21

**story** 58:6,7 108:13 122:8

**Strangio** 5:13

**stress** 60:12 91:10 118:21,25 119:4, 6,11 139:13

**stressed** 93:12 118:17 139:14

**stressors** 122:10

**strive** 111:12

**stroke** 87:22,24

**stronger** 134:12

**strongly** 59:16

**structure** 79:20,24

**studies** 118:5

**subcategory** 119:6

**subject** 38:11 126:14 128:7

**submitted** 13:8 18:4,9,10 38:7 140:23 148:23 162:25

**subsequent** 39:11 105:24 126:1,4

**substance** 115:6 116:21

**substantive** 172:16

**successful** 30:18

**such** 40:24 52:22 60:4 68:24,25 75:18,20 140:22

**sudden** 168:24

**suffer** 118:1

**sufficient** 168:13

**suggest** 129:25 172:19

**suggestions** 145:22

**suicidal** 104:12 109:3

**suicidality** 91:10 104:15 117:15

**suing** 33:5

**Suite** 5:3

**sum** 46:23

**summary** 64:11 135:23

**sums** 29:11

**supervising** 15:11

**supervision** 20:3

**supplementation** 171:4

**supplying** 144:1

**support** 22:3 23:25 28:8 30:9 106:25

**suppose** 50:19 92:14

**Suppression** 65:1

**sure** 8:6 10:10 19:12 25:10 28:17 37:24 38:18 43:14 45:7 47:10 49:3 55:25 61:21 63:6 66:3 67:13,14 99:19 107:4,8 135:11 140:5 141:5 143:4,8 144:9 145:5 152:9 168:11

**surgeons** 45:19 97:17

**surgeries** 97:25

**surgery** 45:11,12,13,14,24 46:9,13 88:3 92:2,8,13,16,18,21,25 93:10, 12,20 94:7,11,13,16,19 95:6,16,18 96:3,18,22 97:8,20,22,23,24 143:10

**surgical** 45:18 92:9 94:4,15 97:13, 15 138:25

**surprised** 74:21 78:18

**suspect** 79:18

**switch** 133:12

**switched** 126:24 127:7,14 132:9

**switching** 85:11

**sworn** 6:2

**symptoms** 67:15 91:21,25 103:2,7 104:1,4 105:11,19,25 117:14 118:21 122:15 131:11

**synchronicities** 24:16

**syndrome** 40:25 170:24

**syringe** 112:18

**syringes** 112:16

**system** 113:2,3 152:1

**systems** 40:4,17 41:8

---

**T**

**take** 21:4 24:9 32:16 33:23 40:8 55:6 67:5 78:6 81:6 98:3 102:4 108:19 122:13 135:2 140:4 142:22 146:1 154:4 161:4 170:6 172:22

**taken** 44:8 98:5 140:6 156:9 161:5

**takes** 37:12 151:1

**taking** 5:16 75:5 77:18 78:14,16,17 108:16 133:6,11 134:21 135:9 149:6 160:16 170:5

**talk** 25:22 29:8,9,10,13 50:12 52:15 59:23 71:19,20,21 79:2 88:13 96:12 98:25 116:5 145:6 152:23 154:13 155:23 169:24 170:4

**talked** 15:18 85:3 88:8 89:6,9 92:12 110:10 113:20,23 118:22,23 143:18 145:18 153:18 154:6 161:9 165:14

**talking** 15:19 20:16 21:18 33:19 41:3 43:20 44:10 48:1 56:1 64:14 67:2 74:10 77:10,13 78:6,7,10 85:22 90:16 91:8 96:17,18 100:13 116:1, 12 119:3 142:17 146:25 147:6 151:18,20 154:19 158:3 159:16

**Tanner** 62:16 63:10,11 64:15 74:14, 19 75:12,22 76:5,22,25 78:9 82:15 165:20,23

**tape** 165:1 169:18,21

**task** 106:3

**tattooing** 164:22

**taunts** 118:12

**teach** 146:1,6

**teacher** 119:25 120:25 121:2

**teaching** 146:7

**tears** 160:11

**Technically** 50:14

**technology** 131:24

**telemed** 131:3,22,25

**telemedicine** 131:19

**tell** 6:2,23 11:10 13:4 14:17 17:25 21:9 23:15 24:19 28:23 29:24 51:4, 19 57:19 58:3,7 59:8,21,22 60:15 61:15 64:8 66:10 71:7 72:13 75:17 79:11 80:23 85:23 86:4 87:13 88:9 108:5 109:23 111:3 112:14 120:16 122:24 123:18 124:14 126:8 131:20 135:12 143:5 150:11,12,14 153:21 159:14 160:17 161:22 162:11 170:3

**telling** 29:20 78:25 112:15 119:17, 18 122:1 127:23,24 128:3 135:2 137:6,24 138:7,19 157:18 160:24 167:6

**tells** 120:17

**tense** 118:18

**Teresa** 110:1

**term** 25:17,24 32:3 42:6 48:24 66:17 81:21 92:2,6 128:15

**terminological** 55:23

**terminology** 39:24 50:9

**terms** 28:21 55:24 56:14 73:7 116:23 155:20 162:14

**terrible** 6:25

**test** 163:20,21

**testified** 6:4 38:20,21 53:18

**testify** 10:15,23 17:14 48:21 52:1 76:15 83:25 101:7

**testimony** 8:9,12

**testing** 146:2

**testosterone** 45:8 66:8 69:8 78:14 79:7 84:9,12,15,24 86:12 88:13,22, 25 89:4 90:1,4,6 100:12 112:18,20, 23 117:18,25 126:17,19 127:6 132:14 135:9 137:23 138:4 140:13, 17 166:2,16,23 170:13 171:18,19,22 172:2,4,5

**tests** 51:19

**than** 7:17 8:3 14:7 27:17 42:19 54:16 60:3,13,15 73:19 84:14 105:12 109:11 119:1 130:4 134:12 135:5,7 146:21 160:23 169:21

**thank** 18:13 29:23 61:25 86:19 98:4 103:12 121:25 140:5 161:20,21 162:20 167:23

**Thanks** 39:19 40:10 44:7

**that** 6:22,23,25 7:1,3,12,13 8:7,15, 24 9:7,9,12 10:10,15,19,23 11:2,12 12:14,16,17 13:2,8,18 14:9,11,18, 20,22,23,24 15:5,9,11,15 16:4,14,21 17:23 19:7 20:10,15,16,22,24 21:4, 9,20 22:15 23:1,16,25 24:5,7,12,13, 14,23 25:12 26:1,4,5,6,7,8,14,16,21 27:25 28:1,9,14,16,22,24 29:11,18, 23 30:3,17,20 31:7,11,19 32:1,3,9, 19,21,23 33:5,6,9,13,16,22,23 34:1, 6,8,9,19,21 35:2,8,11,23,25 36:2,5, 7,15,20,25 37:9,11,19 38:7,19,24 39:4,5,16,17 40:1,3,9,15,20,25 41:6, 8,16 42:6,9,15,23 43:6,16 44:5,11, 21,22,25 45:2,16,19,23 46:3,5,8,9, 16,17,19,20,23,24 47:1,9,10,15,22 48:3,6,9,11 49:21 50:1,8,9,10,12,23, 24,25 51:14,19,22 52:24,25 53:4,11, 18,24 54:11,18,21,23,24,25 55:1,2, 6,7,9,18 56:7 57:10,23,24 58:3,8,21, 23,24 59:5,6,11,16,22,23 60:10,18, 22 61:2,19 62:12,19 63:1,2,7,13,24 64:2,4,10,11,21,23 65:5,6,7,8,11,19, 22 66:8,13,15,19,21,24 67:7,13,14, 24 68:9,14,15,22,23 69:2,4,5 70:2,4, 8,11,12,16,22 71:3,14,24 72:1,14, 18,19,21,24 73:2,8,15,18,21,24 74:1,2,3,9,22 75:8,25 76:8,15,16,18, 19,24,25 77:5,11 78:1,4,5,10,15 79:2,6,9,11,17,19,22,23 80:2,3,6,7, 10,14,20,21 81:8,18,21,22 82:6,7,9, 17,23 83:6,12,15,22 84:3,20,22,23, 24 85:2,3,4,8,12,25 86:2,6,9,11,20, 22,24,25 87:6,13,14,17 88:2,5 89:5, 9 90:9,11,13,18 91:11,13 92:2,6,10, 14 93:7,22,25 95:1,11,12,15,20 96:4,5,7,9,18 97:3,23 98:11,16,18 99:13,16,25 100:19 101:14 102:17, 22 103:7,10,12,14,16,17,19,20 104:4,6,7,8,12,13,15,16,25 105:10, 11,17,20 106:5,10,23 107:9,10,19, 24 108:1,4,7,9,14,16,20,24,25 109:2,9,11,13,14,17,18,25 110:2,4, 18,23 111:16,18,19,21,22,25 112:5, 6,24 113:6 114:5,8,10,13,15,19,20, 22,24 115:2,9,11,15,16,20 116:4,5,7 117:1,2,5,6,8,9,12,17,19,25 118:9, 15,24 119:1,6,7,13,15,17,19 120:6, 12,14,16,17,22 121:1,5,13,15,16,18 122:2,9,11,17,22 123:1,3,4,5,7,10, 16,18,20,25 124:4,12,14,15,19,22, 24,25 125:1,8,9,15,18,19 126:5,11, 14,18 127:1,7,9,12,13,17,25 128:3, 4,5,11,12,13,15,18,25 129:6,9,17 130:9,10,12,20,21,23 131:4,13,17,

20,21 132:1,6,13,15 133:10,13,20
134:7,21,23 135:2,5,8 136:14,16
137:2,12,18,25 138:1,6,9,13,17
139:1,15,16,19 140:3,13,21 141:4,
11,13,19,24 142:16 143:4,6,8,19
144:3,4,8,11,15 145:2,3,4,8,9,19,23
146:7,11,13,17,25 147:5,12,13,19
148:4,7,9,10,13,18,20 149:3,6,11,
15,17,19,22 150:2,7,10,14,16,18,19,
22,25 151:1,9,10,21,22 152:17,20
153:2,3,7,12,13,15,16,18,22 154:2,
3,6,7,17,23 155:3,5,7 156:1,3,25
157:1,3,18,19,23,24 158:10,14,18,
20,23 159:2,6,19,21,22 160:13,18,
19,20,21 161:10,11,15,25 162:11,
16,25 163:3,8,11,22,23,24 164:18,
19,20 165:1,6,7,12 166:19 167:3,6,
7,12,15,17 168:5,6,17 169:1,15,19,
24 170:3,5,8,13,16,21,25 171:2,3,5,
10,23 172:8,18,19,23,24 173:1,2,3,
5,6

**that's** 7:4 8:20 9:23 13:23 19:6
20:25 21:4 32:5,14 35:11 36:9 37:7,
8 38:23 39:8,16,19 40:21 41:20 44:2
48:6 55:15 57:23 59:2 61:12,20
62:20 68:25 73:21 76:9 77:14,16
78:11,12,14,21 81:11 83:24 84:1
85:21 86:4 89:11 90:16,21 92:13
96:20 98:2 107:14 112:4,10,21,23,
25 116:11 119:18 120:8 122:16
124:17 126:8,23 128:13 130:10
133:9 134:12 136:2,23 137:14
139:12 144:14 145:10 146:10,12
148:13,14 150:6 152:16,17 157:20,
22 161:2 162:18 165:19 170:10
172:12 173:7

**the** 5:1,4,6,9,10,11,12,13,14,15,16,
18,19 6:2,3,19,21 7:16,22 8:5,6,14,
15,16,18,19,20,21,22 9:6,7,17
10:16,17,21,24 11:5,7,14,19,23,24
12:8,15,16,22,23 13:8,9 14:12,25
15:4,6,8,9,18 16:10,19 17:4,10,11,
14,20 18:3,4,5,8,9,10,12,23 19:19,
20,21 20:2,7,10,11,14,15,16,21,22,
25 21:4,12,13,15 22:4,10,14,18,24
23:18,19,21 24:1,2,8,12,19,23
25:17,21,22 26:4,7,9,12,13,19 27:7,
15,17,20 28:12,19,21,22 29:1,4,7,9,
12,24 30:3,13,17,21 31:7,13,24
32:4,5,12,18 33:4,13,25 34:2,11,15,
18,19 35:4,5,6,10,11,13,15,18,21,
22,23,24 36:1,4,5,7,11,13,14,16,22
37:2,6,12,13,18,23 38:4,6,7,12,15,
16,21 39:2,8,12,13,14,15,24 40:8
41:1,3,22,24 42:3,5,10,12,15,20,23,

24 43:3,6,14,18,20 44:21 45:15,18,
24 46:3,5,6,7,9,12,13,14,23,24 47:2,
4,10,12,19,20 48:8,10,17,24 49:2,3,
15,16,22,24,25 50:2,7,10,12,15,17,
21,22 51:1,11,15,19 53:18,21 54:10,
15,17,23,25 55:1,4,6,8,9,11,14,17,
20 56:3,5,6,7,9,14,15,18,24,25 57:2,
4,5,6,7,8,9,10,11,15,17,18,21,24
58:4,13,18,21,24 59:5,13,15 60:8,
11,18,21,24 61:2,7,12,13,14,15,22
62:6,20 63:1,3,9,20,21,22,23 64:21
65:5,11,20 66:1,4,6,8,12,15,16,17
67:3,5,11,18,19,21,24,25 68:7,12,
15,17,19,22 69:7,9,14,17,19,20,22
70:4,6,7,8,9,13,16 71:4,8,11,13,15,
16,19,20 72:2,6,7,13,25 73:13,14,
15,16,19 74:5 75:4,7,17 76:10,13,23
77:4,5,6,7,17,18,20,21 78:5,6,9,20,
25 79:1,4,12,16,20 80:11,16,17,24
81:16 82:8,9,11,12,18,21 83:2,12
84:2,19 85:1,2,5,6,10 86:1,6,8,10,
11,16,21 87:2,12 88:4,6,8,19,22
89:16,17 90:10,11,12,13,20 91:5,6,
8,13,18 92:2,10,11,23,24 93:13,18
94:3,8,13 95:11,12,19 96:5,12
97:11,18,23 98:8,9,20,23 99:1,3,4,9,
13,15 100:14,17,21,23,25 101:2,6,
14,22 102:1,4,5,8,13,18 103:1,19,
20,24 104:14 105:6,7 106:3,4,25
107:1,6,12,22,25 108:4,13,15,19,20,
21,22 109:6,9,19,21,24 110:14,16
111:6,7,10,16,19,21,22 112:4,6,10,
16,17,18,20,21 113:2,9,12,14,22,23
114:1,2,7,8,10,12,15,16,17,23,24
115:2,6,13,19,24,25 116:1,2,3,11,
15,18,25 117:1,7,11,18,19,22,23
118:11,17,20,23,24 119:4,14,18,24
120:1,3,11,14,15,19,20,24 121:1,7,
11,12,17,20,21 122:4,5,8,9,10,18,
24,25 123:4,5,7,10,12,13,14 124:10,
16,18 125:2,24 126:9,10,11,15,19,
20,21,22,25 127:3,4,6,7,9,11,16,19,
24 128:4,5,13,14,17,21 129:3,5,6,8,
11,19,20,21,24 130:8,10,12,15,16,
18,21 131:1,2,3,23,25 132:2,9,14,
17,18,20 133:10,18,19,23 134:2,4,6,
7,12,15,19,20 135:4,9,16,22,23,24
136:3,14,15,24,25 137:2,3,9,12,13,
15,25 138:6,8,9,13,16,17,18,20,21,
23,24 139:6,7,12,13,15,17,20,24
140:16 141:9,12,24 142:14,16,19,
20,22,24 143:10,12,19,21,25 144:6,
12,16,19,22 145:3,9,10,11,14,15,17
20,21,25 146:5,6,9,10,15,18,20
147:8,10,18,20,22 148:2,9,10,11,18,
20,23 149:2,11,19,21 150:8,11,18,

22 151:5,11,13,14,17 152:12,17
153:3,10,15,17 154:21 155:2,3,7,8,
10,14 156:1,3,11,12,16,22 158:5,8,
11,25 159:3,12,23 160:2,9,20,21
161:13,15 162:7,8,18,23,24 163:2,7,
12 164:12,14,17,18,23 165:6,7,9,13,
20,21 166:1,7,11,13,15,16,17,18,19
167:1,8,21,22 168:5,6,7,9,12,20,21,
25 169:6,11,14,17,23 170:6,9,12,13
171:3,5,8,9,11,12,13,16,18,21,23
172:1,2,3,4,8,9,14,15 173:2,3,7,10

**their** 16:1 22:9 24:9 27:3,8 29:14,16
30:8,24 42:19 43:8 58:5,7,11,12
59:9 60:2,11,22 61:4 62:20,25 63:3
67:16,17,24 68:16 69:17,22 70:19,
23,25 73:16 79:24 82:10,23 83:5,6,
11 87:3 95:21,22 96:2 103:15 104:7,
19,21,24,25 105:17 106:15,23
108:25 109:1,16 110:6 114:21
116:24 118:25 122:9,10 124:25
125:2 126:18 131:13 132:13 136:5,7
138:21,22 151:15 153:8,9 155:23
156:7 157:10 159:24 162:1 164:6,8,
25 167:9 168:18 169:1,14,21 171:21
172:1

**them** 19:10 20:1 26:7 29:3 35:6,14,
15 66:18,19,23 69:21 70:13,18,25
74:16 76:2,6,7,10 77:4,5 80:2,6 83:6
86:4 90:11,12 96:25 100:13 104:17,
18 113:13,17 125:19 127:14 130:25
134:11 141:4,5 142:5 143:3,5
144:10 151:16,17 152:14 157:2
158:22 159:22,23 160:16,17 161:13
164:11 165:1,2,3 167:10 169:2
170:3

**themselves** 5:8 53:25 74:9 151:14,
17 160:25 164:11,13

**then** 14:14 15:11 18:21,22 21:3,17
22:3 25:7,8 27:12 28:12 29:6,12
31:7,24 33:12,15 44:24 46:1,6 50:23
55:7 56:9 57:10 60:13 62:17 63:9
64:14 67:22 68:11 69:14,20 71:15,
18 72:16 73:23 74:14,16 77:17 80:4
81:6,13 85:11 91:4 96:12,18 103:21
106:9 111:9 112:23 113:13,17,20
116:25 118:17 120:20 124:4,11
126:5,22 127:21 128:6 130:9,17
131:3,4,6,15,25 132:3 133:6,11
135:2,17 136:12 137:22 138:6,18,25
139:5,16,19 140:13 141:1,19,21
142:10,16 144:11 145:24 146:9,10,
13 151:8 155:10 158:15,21 162:10
166:16 168:23 172:19

**theoretical** 87:23 88:1,4 172:9

**theoretically** 51:22 52:7 88:7,16, 18,20,23 90:24

**therapist** 73:2

**therapy** 15:2 21:19 30:9,10,12 71:20 122:6 123:17 135:17 171:14

**there** 6:9 7:6,9,12,13 8:20 12:12 13:11 18:7,14,24 19:2,3 20:18 22:24 23:22 24:8 26:8 28:16,17 30:13 34:21 35:21 36:24 37:17 39:2,11 41:14 42:14 44:12 48:13,14,25 49:9, 11 51:5 55:1,18 56:1 57:4 59:11 61:9 62:11 64:2 66:10,16,17,19 67:8,11 68:8,21 71:2 74:25 75:9,10, 12,25 76:21 77:21,22 79:5,14 80:6 81:19,21,22 82:4,17,23 83:5,13 85:7 86:21 87:14 88:1,4,15 89:3,8,22,25 92:7 94:6 96:13 107:6 111:18 112:25 113:14,16 114:12 117:7 118:6 119:20 120:1,18 121:3 123:14 124:8 125:4 127:10 128:10 129:9 132:3,18 140:21,24,25 142:4 145:4 146:5 147:3 148:25 153:12 154:2 155:10,18 158:20 163:20,21,22 164:21 165:11,23 166:21 167:5,6 169:18,20 170:18 171:1 172:17

**there's** 28:15 29:20 39:2 43:5 50:20 57:1 63:7 75:14 80:2,3 84:23 96:1 99:24 113:14,16 127:8 129:15 130:4 139:5 140:1 142:3 169:8

**therefore** 47:7

**these** 24:6,7,10 55:24 70:21 78:24 79:1 87:21 91:24 112:14 128:25 144:15,20 148:19 154:17 158:20 162:7 169:3

**they** 16:4 21:22 26:6,7 27:14 28:14 29:13 35:15 43:3,8 45:25 46:7,11,12 50:2,16,17 51:1,4 54:20 56:13 58:3, 4,7,13,20,21,22,23,24 59:6,9,11 61:2,3 62:19 63:1,24 67:14,22,25 70:8,13,16,18 71:7 73:8,19 74:9,15, 16 75:2,24 77:4,5,7 80:3 82:18,20, 23 83:10,12,14,15 84:20,22 85:25 86:2 87:3,4,8,10,15 89:13 90:13,14, 18 91:24 93:20,21 97:10 101:3 103:10 104:5,6,7,12,13,16,22 105:6, 8,14 106:16 108:5,24 109:2,15,18, 19 110:7 113:1 116:4 118:2,24 120:1,13,23 123:9 125:20 126:19 133:17 135:2,3,6 137:1 139:1 141:9, 12 144:8,10 145:5 149:3,6 150:8,10, 11,12,14,15,20,23 151:15 154:3,18

**they're** 56:15 61:1,2 69:1 70:9,17 73:2 74:13 75:5,13 77:14 79:22 82:17 83:4 88:11 89:1 112:14 120:25 124:1 130:24 131:4 134:6,7 141:7 143:4,6,8 144:18 145:5 150:13 154:7,8 160:24 161:20 165:18

**they've** 89:12 143:5 145:4

**thing** 20:15 33:13 42:20 50:8 56:3, 14 99:16 100:5 113:23 114:10 119:7 139:22 147:1

**things** 6:17 15:6 16:9 64:11 68:7 69:13,18 71:4 113:20 116:19 144:8 145:2 162:16 164:12

**think** 5:18 7:3 12:13 18:9 25:17,20, 21 26:11 29:11,17 32:3 33:23 34:10 36:7,11,12,18 37:8,15,18,22,25 39:12,18,23 43:9 46:18 47:20 52:13 53:22,25 55:17 56:15 59:2 63:25 64:3 66:19 67:6 73:13 74:22 75:25 76:6 81:4 84:2 90:15 91:7 92:12,24 93:4 96:1 98:2,16,19 100:6,9 101:21 106:10 107:7,9,15 114:5 116:14 117:2,17 122:4 125:10 130:16 136:23 140:3,23 141:13 143:14,22 145:17 147:8 151:8 159:12 160:19 162:18,24 163:17 167:12,16 169:20 172:12,23,25 173:5

**thinking** 29:17 37:16 42:13 43:15 64:10 81:7

**third** 82:2,3 115:6

**this** 5:5,10,15 6:15 7:3 8:22 9:2,4,6, 7,10,13,18,21 10:4,6,13 11:8,10,11, 14,17 12:1,4,6,11,24 13:4,6,8,9,11 17:21,25 18:1,4,14 19:1 24:16 25:18,20,24 26:12 32:16,19 33:1,4, 16,18 35:16 37:11,19,25 38:2,6,9, 11,13,15,19 39:1,22 41:22 45:5 47:5,6 48:1 53:7,14,17 54:9 58:19 61:22 62:18 63:7 64:3,8,9,13,17,19 65:3,4,7,17,18,22 66:11,12,14 73:14 74:17,24 79:4,19 80:3,17 83:9 85:2 86:13 91:7,9,21 94:16 95:23,24 98:8,9 99:18,20 100:16 101:21,23 102:7,8,19 104:8,13,20 107:12,15, 25 108:1 109:9 110:11 111:2,3,6,10, 18 112:9,13 113:18 116:6,22 117:7 119:13 125:5,17,23,25 126:3,16 129:10,22,23 130:4,21,25 131:6,7,

10,18,21,22 132:5,8,12 133:10 134:17,24 135:11,13,21 136:1 137:24 138:1,8,9,11,13,15,16,18 139:2,16 140:16 141:25 146:16,17, 18 148:16,17,23 152:22 153:21,22 154:4,9,10 155:14 157:22,24 158:6, 9,10 160:7,10,12,19 161:23,24 162:12,23 167:13 172:14

**thorough** 63:20

**those** 8:17,22 26:9 27:8 31:10,11 32:13 37:13 41:8,21 42:16 49:22 50:12 56:3 59:20,25 61:10,11 69:16, 25 70:17 71:6,17,21 78:5 82:14 85:17 88:10,25 89:4,9 90:7,25 92:23 93:23 99:4 101:2,3 103:7 104:4 106:4 112:17,20 113:21 117:17 118:4,21,24 119:19 120:3,22 127:22,24 131:11 133:1 134:2 139:20 141:6,16 142:12,18,19 144:4 145:6,13 146:18 148:10,24 150:3,19 153:6 154:22,23 155:4,8 156:20 157:7 158:17 159:25 161:12,14,19 163:3,5 166:7 168:10,16 172:6

**though** 32:11 81:20 136:19

**thought** 28:16 78:19 90:16 101:2 129:22

**three** 16:17 19:9 27:2,7,14 49:7 68:6,17 69:11 79:18,23 80:8,11 127:21 142:4 148:15,17

**three-year** 80:3,16

**through** 6:16 7:1 10:16,24 17:19 18:20 21:25 22:2,4 24:1 25:2 41:4 45:23 51:5 62:24 82:9 89:12 102:13 110:21 112:14 133:18 140:1 144:5 151:25

**time** 5:4 19:3 21:18 23:21 41:5 44:14,19 46:16,19,23 50:2 55:4,5,17 57:9 74:25 79:15,16,17 80:13 81:21 82:4 83:3 93:21 109:6 111:17 120:24 128:13 130:17 134:3 136:16, 19 137:2 148:23 149:23 152:20

**timeline** 89:17

**times** 167:5 170:18

**tired** 126:6

**tissue** 45:15

**titles** 16:22

**to** 6:2,9,12,16,18,20,21,22,24 7:2,4, 18 8:4 9:2,4,10,13,16,17,25 10:10, 11,15,16,23,24 11:2,7,14,19,22,23

12:10,11,14,18,22 13:1 14:8,9,23 15:9 16:14,16,17 17:5,12,18,19,23 18:2,21,22 19:1,12 20:7,9,11,21,22 21:14,16,22 22:4,7,10,19,24 23:22, 25 24:6,7,9,13,14,17 25:3,9,22,24, 25 26:3,7,19,20,21 27:15,16 28:7,8, 17 29:7,14,16 30:7,14,23 31:13,17 32:10,16 33:5,8,12,13 34:5,7,8,12, 15,17,20,24,25 35:22,24 36:16,21, 22 37:5,6,16,23,25 38:7,8,12,16,18 39:1,12,15,16,17,20,22 40:22 41:1, 6,7,12,24 42:1,3,4,11,16,17,21,22, 25 43:9,14,16,23 44:2,11,22 45:14, 15 47:2,3,5,7,10,12,15,16,18,25 48:15,16,17,23 49:3,7,13,16,20,22, 24 50:12,21,22 51:5,18 52:3,4,7,11, 17 53:4,6,7,9,15,17,18,21 54:1,5,6, 11,16,18,20,21 55:2,11,15,23,25 56:5,16,18,20 57:1,8,10,15 58:3,5,8, 13 59:3,5,23 60:4,6,8,13 61:4,10,19, 20 62:2,8,10,16,17 63:2,3,5,6,7,10, 14,17 64:1,10,12,23,24 65:5,9,10, 11,12,15 66:7,22 67:13,15 68:9,21 69:1,15 70:7,15,25 71:4,7,14,16,18 72:13,21 73:12,15,14 74:3 75:1,16,19 76:12,14,24 77:20,23 78:8 79:3,14, 24 80:4,5,11,15,17,22 81:5,9,11 82:4,8,9,17,20 83:6,9,14,15,16,17, 21,22,23,25 84:2,7,19 85:4,10,11, 12,24,25 86:1,10,17,22,25 87:6,12, 14,15,19 88:14,19,22,24 90:1,10 91:6,9,16 92:3,4,9 93:3,5,12,20 94:3,12,24 95:7,10,16,17 96:15,16, 22,24 97:2,3,11,19,20,21,23,24 98:3,7,14,25 99:9,20 100:2,7,9,13, 19,20,25 101:7,19,20 102:4,16,19 103:1,9,10 104:5,12,13,17,20,21,22, 24 105:14,19 106:1,2,11,14,15,17, 19,22,25 107:7,18,22,23 108:9,17 109:5 110:11,19,24,25 111:1,10 112:20,22,23 113:4,10 114:17,18,22 115:5,16,19,24 116:1,2,14,24,25 117:1,2,6,12,18,20,25 118:1,18,20 120:14 121:7,8,10,11,14 122:2,4,11, 12,17,20,25 123:3,4,9,10,11 124:7 125:1,3,5,6,8,13,21,24 126:14,22,24 127:8,14 128:7,11,23,24 129:12,20, 24 130:24 131:1,2,10 132:3,10,19, 25 133:12,18 134:3,11,15,16 135:2 137:1,5,8,12 138:1,21,22,24 139:8, 13 140:1,4,9,17 141:16 142:4,18,19, 23 143:3,5,8,12,14 144:6,7,9,12 145:1,4,7,8,9,14,15,19,22 146:1,2,3, 6,25 147:6,8,17,18,20,23 148:2,12 149:2 150:7,19 151:2,3,4,10,13,14, 16,18 152:1,2,23,24 154:3,7,15,17,

23 155:2,3,4,8,10,21,23,25 156:5,6, 9,13,15,21,24 157:8,19,25 158:3,6, 7,9,14,15,19,22 159:3,18,20,22,23 160:13,15,19,25 161:12,13,16,18,25 162:2,7,8,15,17,19 163:9,18,21,22 164:2,3,9,10,18 165:2,7,11,12,17,24 166:8,9,12,14,17 168:3,5,14,15,16, 21,24 169:1,3,11,19,22,23 170:6,7, 25 171:6,13,14,16,19,23 172:2,6,14, 15,20

**today**  7:7,10 9:10,13 11:2

**today's**  5:4 7:19 8:4,8,11

**together**  23:17 29:3

**told**  150:8 163:18

**Tom**  5:15 9:20 18:8 28:25 32:10 43:23 47:3 48:14 53:8 56:23 80:25 81:24 91:2 98:21 101:16 107:11 141:6 147:22 158:3

**too**  9:25 27:21 31:13 43:13 73:13 77:14 85:6,8 115:14 121:13 134:16

**took**  114:23 136:16

**tools**  120:4

**top**  39:2 45:11,12,13,24 92:13,16,24 120:15 124:10 134:20 141:9,12

**topically**  28:21

**topics**  28:22,24 144:19

**total**  46:23 148:20

**totally**  136:18

**touch**  64:12 145:19 153:16 173:1

**touched**  39:21

**toward**  130:18

**towards**  46:9

**tracheal**  92:20

**track**  86:13 96:16

**traditionally**  41:17 164:2

**trained**  27:3 35:14 110:24 153:16

**training**  15:8,9,18,19,23,24 16:2,16 19:24,25 20:1,5,16 21:11,12,23 22:2,5,7 35:15 110:4,7,11,12,23 143:19 144:1,5 145:15,16,18,20,21 146:2 158:21

**trainings**  20:20 21:7 143:19,25 146:10

**traits**  59:11

**trans**  20:6,13 21:3,7,19 23:22 24:2 25:8 31:5 48:8 50:14 123:8 126:10 152:8,13 164:5,7 169:21 171:10,15, 24

**Transcare**  126:5 127:20

**transcript**  172:15

**transgender**  17:4,12 31:2,9 49:1 50:9,11,23 51:3,6,8 56:10,12 74:8 83:22 84:10 86:12 89:11 90:11 96:19 149:12 150:1 160:22 165:17 171:6

**transgender-related**  23:9,12

**transition**  26:22 31:25 32:2,7 33:11, 18 34:2 159:21

**transitioners**  34:4

**Transitioning**  65:16

**transitions**  141:1,3 161:16,18

**transportation**  157:2

**treat**  31:21 34:3 37:13 46:3 61:7 75:4 85:4 110:20,25 112:22,23 115:1 116:25 122:12 123:5

**treated**  42:16 45:2 73:9 85:13 104:10 116:19 123:6 172:1

**treating**  39:4 49:13 61:6 66:25 71:21 72:11 108:3 122:13 123:8,9, 11 147:11

**treatment**  29:10 32:9 35:24 36:1,16, 23 49:1 61:16 62:12 63:17,22,23 64:19 67:9,18,20,22 68:17 70:5,10 72:3,7 77:1 79:24 90:7,10,19 91:7,9, 16,18 93:22 96:4 100:12,16 101:15 104:18,21 106:17 114:6,7,13,14,24 115:23 117:4 121:12,14,16,20 122:7 123:12 129:2 140:19 142:14 143:1

**treatments**  26:14,20 45:4 47:19 74:20 79:21 86:6 87:19 89:4,9 99:11 101:3 122:20

**triage**  27:4 110:24

**tried**  127:12

**trouble**  10:1

**troubled**  59:12

**true**  31:19 54:23 95:15 100:19 129:6 149:17

**truth**  6:2,3,21

**try** 20:21 54:9 61:4

**trying** 26:18 31:13 54:5,18 58:8 84:19 102:19 129:20 137:5 146:6 156:13

**turn** 13:1 17:18,23 33:8 61:19 62:2 111:1 115:5 124:7 162:19

**turns** 63:9

**two** 27:12 35:21 56:3,14 103:24 106:15 126:20 133:1 136:1 140:10

**two-day** 21:12

**type** 52:25 53:1,2,3 54:17

**types** 144:19

**typical** 131:17,18 168:6,7,17

**typically** 16:15 25:3 40:6 71:12 134:5 144:20 146:18

**typos** 172:17

---

**U**

**U.S.** 160:21

**uh-huh** 23:20 25:23 33:20 42:24 62:5 79:10 92:16 99:17 108:21 109:14 113:25 115:10,21 121:22 122:2 124:13 125:12,16 129:18,19 131:8 142:11 143:20 148:22 149:8 150:4 151:7 154:16

**ultimately** 149:13 150:2

**umbrella** 30:3

**unable** 118:18

**uncertain** 82:16

**unconstitutional** 33:6

**under** 14:22 15:2 26:1,9 30:3 33:8, 10 49:2,22 56:24 79:6 84:1 94:2,8 111:14 112:7 115:5,19 118:6,17 119:5,14 121:12 123:16,24 124:5 125:10 126:5 128:1,15,16 129:6,7 131:15,23 132:16,18 135:15,17 136:24 137:18 148:11,18 153:4 158:5 159:19 167:15 170:8

**undergo** 62:19

**undergoing** 74:19 140:18

**undergraduate** 18:25 19:4

**understand** 6:22 7:1,7,9 23:16 26:18 39:4,16 42:25 43:14 45:18,19

46:14 54:19 55:25 57:8 59:13 81:17 83:2 92:9 136:25 146:18 158:8,11 168:11

**understanding** 9:9,12 10:19 32:6 38:24 39:23,25 73:24 98:9 99:6 110:22 115:17,25 133:20 143:7,9 144:25 148:8,9 151:8 153:2 158:23 159:2 167:14 168:9 170:8,11

**understands** 32:12 155:7

**understood** 106:13 121:9

**undertaken** 120:5

**unhappy** 165:8

**unheard** 125:8

**universe** 64:17

**unless** 6:23 33:25 81:9 167:17

**unrelated** 53:6

**unseen** 125:8

**unspecified** 128:3,9,15 129:6

**until** 17:7,8,9 69:12,13 117:3 160:8

**unusual** 16:14

**unwanted** 74:6 84:15,18,25

**up** 6:24 11:22 14:7 16:22 21:19 22:19 25:18 29:11 33:25 37:25 39:17 41:16 44:12 53:9 62:16 63:25 66:6,7 68:4 69:9 81:21 84:23 95:4,9, 11,12 96:8,11,23 102:5 106:14 112:20 127:20 129:23 132:3 141:4 153:13 155:6 160:16 161:14

**updated** 35:6,7

**upon** 146:15 171:9 172:1

**us** 12:10,18 13:4,15 14:11,17 16:14 17:25 19:18,25 21:9 23:15 28:23 34:12 112:15 119:17,18 120:16,17 126:8 127:23,24 128:3 137:24 138:7,19 147:13 149:4 150:11,12,14

**use** 6:9 26:19 42:5,12 48:24 50:8 64:21 65:22 66:15,18 71:5,8,11,13 78:25 79:12 81:17,21 86:11 90:13 98:10,13,18 102:10 107:24 115:6,22 116:2,21 117:1 138:14 140:21

**used** 63:2 64:20 65:9,11 66:15 71:3 100:11,13 105:3,5 112:21,23 128:11,25 133:9 140:16

**uses** 32:4,5

**using** 20:22 32:5 40:12 41:8 80:11, 16 84:24 117:3,9 122:5 145:7

**usual** 16:12

**usually** 21:15 146:13

**uterus** 77:25

---

**V**

**vaccines** 112:24 113:4

**vaginal** 78:1,6,11

**vaginoplasty** 92:20

**Vanderbilt** 119:24 120:20

**variations** 40:5

**varies** 60:5

**various** 12:13

**vast** 122:9

**verbal** 7:2 147:3

**versus** 61:12 172:5

**very** 6:14 13:23 18:13 20:17,18 30:25 37:10 42:13 50:1,3,6,7 58:23 70:3 79:3 89:17 124:10 126:6 160:10 162:23

**vet** 97:2

**via** 5:5

**vial** 112:21

**video** 5:17

**videoconference** 5:6

**view** 44:11 124:4

**virtue** 151:11

**visible** 68:23

**visioning** 15:12,13,16

**visit** 105:18,20 114:21 115:3 125:24 126:1,4 129:22,24 130:10,12 131:14,19,23 132:5,9,12 133:23 138:2

**visits** 105:24 130:3

**visual** 40:6

**vitals** 131:15

**volume** 31:1 171:6,23

**volunteer** 22:17

30(b)(6)

## W

**wait** 64:22 117:3

**waive** 172:18

**want** 6:12 19:11 25:9 28:17 33:13 34:7,24 38:18 39:15 43:14 44:11 47:5,12 49:3 52:3 53:8,21 55:24 57:1 59:2 61:10 63:6 64:12,24 74:9 76:1 81:5 84:20,22 87:19 89:19 98:25 103:9 110:11 115:16 122:19 137:1 140:4 144:8,9 151:2 155:2 156:21 164:3,9 165:2 169:11

**wanted** 25:24 39:17 47:9 58:20 86:25 114:22 142:18 172:23

**wanting** 97:7

**wants** 96:23 164:2

**warn** 80:2,6

**was** 8:6 13:24 14:18,20,21,23,24,25 15:1 18:4,9,10,19 19:3,8,9,12,14 20:9,15 23:16,20 24:5,8,9,14,19,22 25:1,19 28:15,16 29:17 35:1 38:7 39:12,14 46:6,9 47:6,15 53:3 58:19 65:7,19 66:13 72:20 73:12,18 76:14 81:21 85:18,22 87:2 101:14 102:18,21 103:12,14,16,18,19,20 104:15,20 106:10,14 107:6 109:1,9,13,14,25 111:17 114:1,5,8,10,12,15,18,21 115:13 116:2,6,8,14,24 118:11,13 119:6 120:5,12,15 121:5,7,20 122:11 124:15 125:19 126:16,18,19 127:7,10,12,13 128:5,13 129:23,24,25 130:12 131:3,13,18,22 132:8,21,25 133:10,13,25 134:18 137:11 140:24 141:11,19 146:17 147:15,16,19 148:7 155:15 159:18 160:2,9,19,20,21 163:2 168:3,22

**wasn't** 31:14 83:22 117:5 125:20 131:24 132:24 133:2

**watch** 85:2

**way** 26:12 33:10 43:3 44:25 47:23 50:12,15,17 51:5,18 54:9 61:20 82:21,23 83:15 114:19 130:23 131:10 137:2 162:7 164:22 166:17 172:2

**ways** 56:3 126:12 145:1 162:15 164:3 165:13,14 169:19,21

**we** 6:20 7:1 8:15,16,19,20 9:7 11:12, 22 15:9,17,21,22 16:8,9 20:4 21:11, 13,15,24,25 22:2 24:15 26:16,17,25 27:5,12 29:6,7,8,9,10,15 31:3,4,18, 25 33:8,23 35:12 38:17 39:18 40:8,9 41:21 42:5 43:5,6,24 44:10 45:5 48:24 49:25 50:8 61:10,21 63:25 64:2,10,12 65:5,11 66:1,7,15 67:5, 12,16 68:9,15,17 69:6,15,20 70:23 71:5,18 72:14 78:10 79:5,6,16,18 81:3,19 82:5,16 85:2,9 89:5,9 90:11, 12,13,16 91:2,4 92:12 94:10 96:17 98:7,16,19,20 99:4,13,14,25 100:1, 11 101:21 105:17 106:23 110:24 111:6,12 112:5,11 113:17,23 114:24,25 117:12 118:22,23 119:3 120:25 121:13,14 122:19 123:5 125:23 126:12,24 127:14 130:8,14 131:6 132:9 134:20 136:20 138:17 140:23 142:16 143:18 144:11,21,23, 25 145:3,6,18 147:12,14 149:22 151:16,24 152:11 153:3,4,7,15,22, 24,25 154:4,21 155:4,11,13 156:18, 21,23 159:19,20,22,24 161:3,4,9,25 167:20,21 170:4 171:1 172:17,23,25 173:5,8

**we'll** 10:10 14:9 32:19 37:9 71:13 81:3 96:12 99:2,5 142:16,19 161:4 172:22

**we're** 7:3 16:10 17:18 20:22 24:17 25:11 26:15 28:19 32:16 37:25 38:11 48:1,5 64:14,23 67:2,14,17 68:13,15,21 69:3 75:6 77:10 81:13 85:14 91:7 96:18 140:9 141:15 143:9,14 157:9

**we've** 39:18,21 63:25 88:8 110:10 113:20 139:19 153:16 154:5,6 156:12 159:16 161:13

**weaken** 79:8 80:8

**wearing** 126:19

**week** 30:4 126:17 130:25 148:16,17

**weekly** 126:7 149:22

**weeks** 103:24 136:1

**weight** 67:17

**welcome** 145:24

**welcoming** 21:17 24:6 77:4 90:12 145:9,23

**well** 6:15 7:5,12,17 14:7,22 20:6,9, 18,20 21:7 26:4 27:2,4 28:5,14 29:4 30:21 31:25 36:4 37:5,7 38:24 41:14 42:16 47:24 48:4 52:23 57:2,23 59:4 61:10 62:11 63:20 66:12 68:7,9 70:6,23 72:6,16 74:12 75:24 77:3 81:3 82:11 83:8 84:19 90:15 92:12 93:11 94:6,24 95:5,22 96:4 97:16,21 100:4 103:9 106:13 107:3,6,15 108:22,24 113:9 119:5,8,21 120:8 121:16 123:2,25 125:20 128:20 129:7,25 134:20 136:12,23 137:4 140:24 141:6 142:1 144:1 145:17 150:2 152:11 157:12 159:16 161:14 170:18

**well-being** 42:14,18

**well-documented** 135:18

**went** 18:21,22 19:1 22:7

**were** 6:3 11:14,19 12:3,8 20:8 23:22 24:7,10,24 25:3 29:19 35:7 44:10,21 50:16,17 51:1 58:4,14,22,24 61:3 81:1 85:20 90:16,24 91:23 103:1,7 104:4,7,9,13 105:8 106:11,16 108:16 109:19 114:10 116:4 118:24 119:20 120:21 121:13,14 122:10 123:23 125:7 126:19 130:8 133:17 135:3,25 138:1 142:17 147:4 149:6 150:12,15,20 152:14 162:24 163:1, 7,14,17 165:4 166:1,4 167:2 169:16 170:12 172:25

**weren't** 46:12 67:25 104:16 132:6

**WEYERBACHER** 8:25 32:21 62:1

**what** 8:4,17 9:23 11:10,22 13:4 14:15,17 15:2,3,5,15,19 16:12,15 17:25 18:25 19:7,12 22:14,15 24:19, 23,24 25:3,25 26:12 27:1,7,8,25 28:1,3,12,23 29:8,9,12,16,25 30:6, 10,19,23 31:1,8 32:4,5,6,13 33:12, 19 35:1,12 36:9 37:3,18,24 38:4 39:18,25 40:1,14 41:13 43:8 44:2, 10,21 45:4,12 46:3,9 47:1,2,16 48:4, 15 49:4,9 50:7 51:11 55:25 57:12, 17,18,20,23,25 58:7,15 59:4,5,9,20, 22,25 60:4 61:14 63:14,17 64:8 65:3,6,17 66:7,10 68:11,19 70:11, 14,17,25 71:15 72:1,4,20,24 73:7 74:17,21,22 75:18 76:10 77:1,18 78:19,25 79:6,11,17 81:1 82:5 83:19 84:3,9,15,17 85:4,6 86:6,8 87:2 88:14 90:7,16 91:13 92:7,13,17 93:4,5,6 94:1 96:4,12,16 97:5 98:16, 17 99:14,18 100:3 101:7,8 103:7,21 104:4 105:25 106:9,11 107:3,5,8 108:5,22 109:13 110:16,18 111:3,6 112:14,24 113:2 114:1 115:6 116:5, 11 118:20 119:17,21 120:7,8,16 121:20 122:24 123:3,22 124:22,23 125:3,17,18 126:2,8,24 127:3,7,9,22

128:3,17,18 130:12 131:21 132:5
133:7 134:18 135:1,12,20,25 136:3,
20,23 137:24 138:6,18 139:13
141:11 143:4,5,7 144:3,19 145:11,
13 146:7,13 147:10,15,16 149:19
150:6,8,19 151:20,21 152:25
153:14,21 155:15 156:3,20 157:10,
14 158:8 159:14,19,22,23 160:13,17
161:16,18,23 162:11 163:11,17,18
168:3 169:16 170:3,21 171:18
172:1,17

**what's** 32:21 40:20 46:20 52:22
56:5 63:8 67:10 102:5 138:21
145:20 147:6 148:9 156:13 162:14

**whatever** 31:11 35:2 46:4 50:10
113:9 166:22 168:16

**whatnot** 81:2

**when** 13:24 15:18,21 16:2 19:4,24
20:14,20 23:15,19 25:7 26:20 32:6
33:18 41:5 42:12 43:14 47:18 48:24
49:10,12,19 53:3 54:6,20 56:23 58:7
59:6,15 60:7,9 61:1 62:9,24 63:15,
16 66:24 71:11 74:15 77:13,17 78:6
80:4 89:11 93:20,21 95:10 98:14
99:7 102:16 103:16 106:10 108:13
113:3 118:2 120:1 124:8,22 135:3
138:14 139:15 140:17 142:23 143:2
146:10 151:2,18,22 152:17 155:17,
22 157:12 159:17,18,25 160:9
165:16 167:5 168:3 169:16,17
170:18,25

**where** 13:20 25:10,18 37:17 44:18
46:5,22 53:24 60:23 62:8 64:17
75:13 81:22,24 84:1 89:23 96:10
99:12,19 103:12 107:13,16 113:17
118:13 123:14 130:8 132:1,9,15
133:18 144:18 154:2 161:4 166:21
167:10,11 171:3

**whether** 49:10 51:6 52:12 53:15
54:23 72:24 73:18 80:4 83:25 99:19
110:4 117:8 127:15 145:11 151:19
154:1 158:25 164:19 166:8 170:14
172:6

**which** 9:16 10:11,17 13:11 15:1
16:14 18:14 22:1 35:10 38:17 39:3
40:18 41:17 52:16 55:13 61:22
64:24 66:7 69:2 70:24 79:15 81:16
84:20 85:8 86:13 96:1 105:2,4
106:16 107:8 109:6 111:25 112:1
113:2 128:3,6 130:16 133:23
135:11,13 140:11 143:24 149:12
151:8 154:18 165:21 168:21 171:10

**while** 38:11 106:16 116:22

**who** 13:7 22:1,4,17 24:9,10 27:8,13,
22 28:10 43:8 49:22 50:15,17 52:1
56:11 58:17 59:8,9 62:15 64:10 69:8
72:3,8,21 73:5 74:8,18,19,25 77:24,
25 78:2 80:10 82:14 83:9 84:10
85:20,21,22,24 89:18 90:3,5,25
91:19,23 93:9,19 97:17,18 99:19
102:22 109:21,23,25 116:6 118:1
140:17 144:5 149:3 150:1,2 153:5
154:4,5,18 158:16,22 161:25 164:2,
7 166:14 168:14,22,23

**who's** 29:20 171:6

**whoever** 162:2

**whole** 6:3 33:13 61:7 70:23

**whom** 74:2 156:5 157:4,7 166:18

**whose** 69:2

**why** 23:19 35:13 36:4,7 48:3,6 94:5,
21 95:2,20,24 97:15 157:20 160:12

**widely** 35:16

**wife** 19:8

**will** 5:8 6:14 8:22 19:25 55:18 79:8
81:3 91:9 126:7 133:16 134:18
146:15 149:13 151:2,10 153:4 154:4
155:5,8 156:25 157:1 158:18 159:23
161:15,17 167:12,15 170:9,14

**willing** 24:5

**window** 82:16

**wish** 87:15

**with** 5:9,11,15,17 6:16,18,21 7:12,
13,17 8:3,7,15,21 10:16,23 11:17
12:1 13:9,14 14:8 15:6,7 16:10,20,
25 17:5 18:5,9,10,12 19:10,20 21:7,
19,20 23:12 24:15 27:23 28:5,10
29:6 30:21 33:16 35:8,9,14,15,18
37:20 38:2 39:1 40:5 41:15,16,17,21
45:23 46:12 47:7,15 48:8 49:12,21
50:21 52:24,25 53:2 54:16 55:8
56:16,17 57:2 58:4 60:19 62:20
63:1,20 66:25 67:1,10,12,18,23
68:4,17 69:9,24 70:4,8,13 72:2,7,8,
15,19,22 73:5,16 74:2,16 77:1,6
78:7,24 79:13,16,21,22 80:22 82:10,
17 83:11,12 84:15,24 85:15 91:4,16,
17 95:15 96:19,22 97:20,21,24 99:7
100:19,20,22 103:10 104:2 105:9,12
106:6,21 107:16 108:4,5,8,9 109:1,
6,7,8 112:19 114:2,17,18 116:17
117:4,15 118:6,7,10 119:6 122:16,

24 123:17 124:2,3 126:18 127:6,16
130:8,20 134:24 137:9,20 138:9,16
139:22 140:3 143:3,6,7,10 144:2
145:17,24 147:8 148:23 149:11
150:19 153:5,16 156:5,7,10,22
157:9 159:17,22,24 160:13,15,23
162:2 164:13,23,25 166:12,15
168:13,15 169:8,11,14,17,19,22,25
173:1

**withheld** 12:13

**within** 25:20 27:3,20 31:7,24 32:9
33:22 34:2 36:21 40:5 56:21 69:14
73:15 79:23 80:11 81:20 85:10
110:14,16 148:20 158:21 159:5

**without** 9:25 36:16 75:17 80:24
106:16

**withstanding** 80:20

**witness** 101:6 137:9

**witnessed** 109:2

**woman** 170:19 171:6,10,11,13

**women** 118:1 171:2

**won't** 157:3

**wonder** 60:21 153:10

**wondered** 148:23

**wondering** 14:9 22:25 39:7 47:15
48:2 49:9 50:8 52:6 59:4 62:9 79:20
82:11 84:23 85:18 87:21 89:14
91:13 92:6 93:11 95:10,24 99:21
127:9,22 128:17 137:24 144:3
145:12 150:5 152:25 153:11 154:18
157:13 158:8 168:8

**word** 24:1 42:12 105:3,5 153:10

**words** 43:10 63:6 120:13

**work** 7:1 15:6,7 24:16 27:13 28:20
35:17 68:23 73:16 82:17 110:7
143:8

**worked** 14:12

**working** 16:10 67:20,22 70:5
125:20 131:24

**world** 43:18,20 77:8

**worried** 160:10,15,20

**worry** 52:19 54:9,14 122:19

**worsening** 109:19

**worth** 140:2

**would** 6:9 29:4 31:1,4 32:13 34:1,11 37:2,17 38:11 48:24 51:19 60:4 62:14,17 64:17 66:22 67:25 74:15 75:18,25 76:10,12 78:18 81:9 83:13,16,21 84:1 85:7,8,9 89:24 90:10 93:22 96:1 97:11 101:3 106:21,22 114:13 115:15 117:2 119:12,20 122:5 123:15,20,23 124:19 125:8,9 128:18 133:17 134:2,3 146:24 147:13 148:4,11 150:11,14 151:13,23,24 153:15 156:23 159:5 160:19 162:7 170:21,25 171:10 172:18,19 173:6,9

**wouldn't** 72:13 75:16 107:20

**WPATH** 22:6,7,8 34:11,15 35:4,5,6,7,13 36:2,4,12 37:2,10,18 49:17 122:24 123:15 135:16 136:24,25 146:6

**wrap** 165:1

**write** 124:23

**written** 50:20

**wrong** 36:8,11 86:16 160:13

## X

**XX** 41:17

**XY** 41:17

## Y

**yeah** 5:18 13:18 14:14,20,25 15:14 17:1 19:23 20:23 21:19 24:17 31:11,24 42:23 44:1 48:16 53:13 54:23 58:23 64:22 68:8 81:3,7 82:2,3 83:21 84:13 85:22 87:5 91:3 92:6,7 98:22 100:2,5 101:10,18 102:8 104:1 107:15 116:13 121:7 125:25 126:1,3 133:22,24 134:20 139:10,11,25 141:8 142:1 143:5 144:7,16 146:18 147:3,13 148:2 152:9 153:10 154:20 159:11 165:18 167:10 169:10

**year** 68:7 69:14,15,21,22 104:9 152:12

**years** 14:13 16:20,21 44:25 79:18,23 80:8,11 93:21 100:12 108:25 109:10,12 111:20 115:8,16

**yes** 6:13 7:24 8:25 9:3,5,11,14,19 10:5,8,14,18,20,22 11:3,9,16,18,20,

23 12:2,5,7,9,25 13:3,10 16:5 17:24 20:17 21:6,25 26:23,25 27:24 32:8,14 33:3,7,17 35:20 38:3,10,14,23,25 39:6 41:25 44:15 45:19 46:8,25 47:14 56:12 63:13 64:9,22 67:4 69:23 70:1,20 71:25 73:21 74:4,20 75:3,11 77:11 78:10,13 79:5 80:19 82:22 86:5 87:9,24 88:2,5,7,11,16,18,20,23 89:2 90:22 91:12 92:15,16 93:19 94:17 97:10 98:12,15 101:1 102:6,15 103:5,6,7,25 105:23 106:8,24 108:6,12,19 110:15 111:5,13 112:8,11,16 113:11,13 115:13,18 116:8 118:8,22 119:13,16 121:6,9,23,24 122:2 124:6,21 125:16,25 127:25 129:8,18,19 130:5 131:14,22 133:5 134:9 136:17 137:21 138:24 139:5,18,21,23,25 140:15,20 141:25 142:9,15 143:7 146:8 147:5,25 149:9,10,16,18 150:6 151:16 152:11 156:14,18 157:10,21 158:4 159:11 161:24 162:9 163:5,10,16 165:10 166:3,6,11,25 170:1,10,17,20 171:17

**yet** 46:22 82:14 93:21

**York** 5:14

**you** 5:9 6:8,9,10,12,19,20,22,23,24 7:2,6,9,12,13,18,22 8:4,8,11,14,15,20,24 9:2,4,12,18 10:3,15,23 11:8,10,14,17,19,25 12:3,6,8,15,17,24 13:4,8,14,20 14:1,7,11,16 20:8,14,18 21:3,7,21,22 22:12 23:1,5,7,9,12,16 24:25 25:4,9,12,25 26:11,14,18,20,24 27:1,7,14,16,22 28:2,3,5,16,22,23,25 29:1,2,6,19,23 30:20,21 31:2,19 32:3,6,13,23 33:1,5,9,10,25 34:7,10,12,24 35:1,3,13,18 36:4,7,11,18 37:2,3,5,6,15,16,17,18 38:2,4,9,13,20 39:7,13,15,20,23 40:14 41:5,6,8 42:25 43:9,10,15 44:1,6,18 45:2,4,21,23 46:3,14,15 47:1,12,16,20,22 48:25 49:19 50:19,21,22,23 51:3,14,18,19 52:3,19 53:2,21,23 54:9,18,19 55:6,11 56:16,22,23,24,25 57:1,4 58:1,7,8 59:5,15,17,21,22,23,25 60:7,15,18,21 61:4,11,16,19,25 62:2,3,9 63:14,17 64:8,21 65:6,22 66:18,19,24 67:3,7,19 68:4,11,19 69:5,9 70:4,14,19,25 71:8,11,15,23 72:4,10,13,24 74:1,2,5,8,15,16,22 75:4,17,20 76:6,18,21 77:2 78:19,25 79:9,11,20,23,24 80:2,9,14,20,23

81:2,5,17,20,22,23 82:5 83:19,20 84:17 85:4,18,23 86:11,19,24 87:2,6,10,13,20,21 88:9,24 89:16,18,19 90:15,19,23,24 91:4,11,19,23 92:3,6,7,13 93:7,22 94:1,12,15,18,24,25 95:5,7,11,22,23 96:4,6,8,9,10,23 97:11,23 98:4,10,13,18 99:2,8,12,14,18 100:6,9 101:11,13,16,21 102:1,2,7,13,24 103:1,3,7,12 104:1,4 105:1,3,19,22,25 106:9,11,19 107:3,7,9,18 108:7,9,13,15,16,22 109:5,15,21,23 110:2,4,11,16 111:3,14 112:13 113:9,14,18 114:1,5,10,17 115:2,8,9,11,22 116:6,14 117:2,17,25 118:6,7,9,17,20 119:14 121:25 122:4,16,24 123:3,16,18,22 124:12,14,19,22,24 125:3,10,15 127:7 129:12,17,22 130:1,7,9,11,20,25 131:20,23 132:4,5,6,15,19 133:12 134:3,5,10 135:12,21 136:3,23 137:5,6,11,12,20 138:14 139:11,14 140:2,5,10,13,16,21 141:6 142:12,17,22 143:10,14,15,19 144:15,19 145:12,14,15 146:5,7 147:3,23 148:15,20,23 149:11,15 150:5,7,8,18 151:1,8,10,13,18 152:5,20,23,25 153:18,21 154:11,13 155:3 156:9,15 157:7,12,18,20,23 158:8,9 159:9,14,25 160:17 161:19,20,21,22 162:4,19,20,24,25 163:1,7,8,11,14,17,18 164:14 165:4,7 166:1,4 167:1,3,5,12,24 168:3 169:16,24 170:3,12,16,18 172:14,16,17,18,19 173:3

**you'll** 9:22 39:1 154:17 172:20

**you're** 9:9 11:2 25:22 26:18 29:19 33:16 39:4 50:20 51:25 53:5,14 57:24 63:16 66:25 78:6,7 89:14 92:4 93:17 96:9 97:25 107:5,11 116:11,12 124:8 130:2 137:8,10,14 141:4 149:12 150:22 153:13 154:19 155:18 158:3,10 168:4

**you've** 6:15 10:6,13,21 33:9 46:22 60:7 89:11 97:2 100:13 122:18 131:7 146:9 161:10

**young** 77:14

**your** 7:17 8:3 9:9,12 10:19 12:10 13:2,15,20 14:8,10 15:3 16:12 17:23 18:17 19:4,12,18 21:21 22:6 24:19,24 25:3 29:18 34:25 36:24 38:12,24 39:25 43:10 44:11 46:20 47:25 48:3 49:20 52:4,6,20 54:15 56:21 57:13 59:24 60:16 61:18 63:6 65:22 69:24

71:16 73:8,18,23 75:18 79:21 80:9,
15 81:1 82:13 85:23 87:13 88:9,24
91:5 98:18 99:5,8,12 106:9,10,19
107:7 108:17 110:10 115:7,16
123:3,15,22 124:3,4 129:2 133:20
137:14 139:13 142:13 143:18,22
147:17 149:19 151:8 152:16 154:13
155:13,16 156:9 157:22 158:23
159:7,14 162:4 168:8 169:24 170:8

**yourself**  124:20

**youth**  17:6 48:5 84:13 91:16,17
97:4,11,19 152:8,13 164:14 165:7,
17

**youths**  93:9,11

**Ys**  113:21

---

## Z

---

**Zoom**  5:6