# EXHIBIT 9

## In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

### Dan H. Karasic, M.D.

*May 18, 2023*

_____



800.869.0873 | www.StewartRichardson.com

Reporting Driven by Excellence — Since 1975

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

Page 3

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
 2               INDIANAPOLIS DIVISION
 3
 4
 5   K.C., et al.,              )
                               )
 6           Plaintiffs,       )
                               )
 7         -v-                 ) CASE NO.
                               ) 1:23-cv-00595-JPH-KMB
 8   THE INDIVIDUAL MEMBERS OF )
     THE MEDICAL LICENSING BOARD )
 9   OF INDIANA, in their official )
     capacities, et al.,       )
10                             )
             Defendants.       )
11
12
13       The deposition upon oral examination of
14   DAN H. KARASIC, M.D., a witness produced and remotely
15   sworn before me, Debbi S. Austin, RMR, CRR, Notary
16   Public in and for the County of Hendricks, State of
17   Indiana, taken on behalf of the Defendants via Zoom
18   videoconference on May 18, 2023, at 12:00 p.m.,
19   pursuant to the Federal Rules of Civil Procedure.
20
21
22
23
24        STEWART RICHARDSON & ASSOCIATES
             Registered Professional Reporters
25              (800)869-0873
```

Page 2

```
 1              APPEARANCES
 2       (All participants via Zoom videoconference)
 3   FOR THE PLAINTIFFS:
 4        Kenneth J. Falk, Esq.
          Gavin M. Rose, Esq.
 5        ACLU OF INDIANA
          1031 East Washington Street
 6        Indianapolis, IN  46202
          kfalk@aclu-in.org
 7        grose@aclu-in.org
 8        Chase Strangio, Esq.
          Harper Seldin, Esq.
 9        AMERICAN CIVIL LIBERTIES
          UNION FOUNDATION
10        125 Broad Street
          New York, NY  10041
11        cstrangio@aclu.org
          hseldin@aclu.org
12
13   FOR THE DEFENDANTS:
14        Thomas M. Fisher, Esq.
          Melinda Holmes, Esq.
15        OFFICE OF THE ATTORNEY GENERAL
          302 West Washington Street
16        IGCS Fifth Floor
          Indianapolis, IN  46204
17        tom.fisher@atg.in.gov
          melinda.holmes@atg.in.gov
18
19   ALSO PRESENT:  Shawn Weyerbacher
                    John Vastag
20
21
22
23
24
25
```

Page 3

```
 1              INDEX OF EXAMINATION
 2   EXAMINATION                              PAGE
 3   By Mr. Fisher:                              5
 4
 5
 6
 7
 8              INDEX OF EXHIBITS
 9   NUMBER          DESCRIPTION              PAGE
10   Exhibit 1   Defendants' Notice of          6
                 Deposition
11
     Exhibit 2   Class Action Complaint         7
12               for Declaratory and Injunctive
                 Relief/Notice of Challenge to
13               Constitutionality of Indiana
                 Statute
14
     Exhibit 3   Senate Enrolled Act 480        8
15
     Exhibit 4   Defendants' First             12
16               Requests for Production to
                 Plaintiffs
17
     Exhibit 5   WPATH Standards of Care       69
18               Version 7
     Exhibit 6   WPATH Standards of Care       72
19               Version 8
20
     Exhibit 7   Endocrine Treatment of        87
21               Gender-Dysphoric/Gender-Incongru
                 ent Persons: An Endocrine
22               Society Clinical Practice
                 Guideline
23
     Exhibit 8   Recommendation of the         97
24               Council for Choices in Health
                 Care in Finland (PALKO/COHERE
25               Finland)
```

Page 4

```
 1       INDEX OF EXHIBITS    (CONT'D.)
 2   NUMBER          DESCRIPTION              PAGE
 3   Exhibit 9   A systematic review of      102
                 hormone treatment for children
 4               with gender dysphoria and
                 recommendations for research
 5
     Exhibit 10  Evidence review:            106
 6               Gonadotrophin releasing hormone
                 analogues for children and
 7               adolescents with gender
                 dysphoria
 8
     Exhibit 11  Evidence review:            109
 9               Gender-affirming hormones for
                 children and adolescents with
10               gender dysphoria
11   Exhibit 12  Well-Being an               120
                 Suicidality Among Transgender
12               Youth After Gender-Affirming
                 Hormones
13
     Exhibit 13  Young Adult                 123
14               Psychological Outcome After
                 Puberty Suppression and Gender
15               Reassignment
16
17
18
19
20
21
22
23
24
25
```

Page 5

1    THE REPORTER:  My name is Debbi Austin, an
2  associate of Stewart Richardson & Associates,
3  One Indiana Square, Suite 2425, Indianapolis,
4  Indiana.  Today's date is May 18, 2023.  The time
5  is 12:00 p.m. Eastern Standard Time.  This
6  deposition is being held via Zoom videoconference.
7  The deponent is Dan H. Karasic, M.D.
8    Will counsel please identify themselves and
9  any persons present with you for the record.
10    MR. STRANGIO:  Yes.  Good morning.  This is
11  Chase Strangio from the ACLU, here with the
12  witness, on behalf of the plaintiffs.  With me on
13  Zoom are Harper Seldin, also with the ACLU, and Ken
14  Falk and Gavin Rose from ACLU of Indiana.
15    MR. FISHER:  This is Tom Fisher with the
16  Indiana Attorney General's office.  With me on Zoom
17  is Melinda Holmes.  With me, in my office, is our
18  law clerk, John Vastag.
19        DAN H. KARASIC, M.D.,
20  having been first duly sworn to tell the truth, the
21  whole truth, and nothing but the truth, was examined
22  and testified as follows:
23  EXAMINATION
24  BY MR. FISHER:
25  Q  Well, good afternoon.  Or good morning, I guess,

Page 6

1    for you, Doctor.  My name is Tom Fisher.  I'm the
2    Deputy Attorney General, and I'll be taking your
3    deposition today.
4      MR. FISHER:  So let's mark our first exhibit,
5    which is Defendant's Notice of Deposition.
6      (Deposition Exhibit 1 marked.)
7  Q  Doctor, do you recognize this document?
8  A  Yes.
9  Q  What do you understand this document to be?
10  A  It's a notice that I'm being deposed.
11  Q  And it's in response to this notice that we are
12    having this deposition today?
13  A  Yes.
14  Q  Is there any reason that you cannot give full and
15    complete testimony today?
16  A  No.
17  Q  Have you ever given a deposition before?
18  A  Yes.
19  Q  So you know basically how it works.  I think just a
20    couple of housekeeping items.  The main one I'm
21    going to assume that you understand my questions.
22    If you don't, please don't hesitate to say
23    something and we'll clear it up the best we can.
24    So that's, I think, the main one I wanted to advise
25    you about.

Page 7

1    But I think, otherwise, let's talk a little
2  bit about --
3    MR. FISHER:  Well, let's go ahead and mark
4  Exhibit 2.  We'll get that out of the way.
5    (Deposition Exhibit 2 marked.)
6  Q  This is the complaint in the case.
7    MR. FISHER:  Chase, by the way, do you have a
8  full set of the exhibits?
9    MR. STRANGIO:  I have access to the exhibits.
10  I haven't printed them, so we will be using the --
11  I have printed some of them, the ones that we used
12  the other day, but not all of them.  So we'll use
13  this method.  But we can instruct about zooming and
14  such.
15    MR. FISHER:  Yeah, that's fine.
16    MR. STRANGIO:  And one thing, just for the
17  record, that the doctor has in front of him is his
18  final declaration.  So that is before him.
19    MR. FISHER:  Okay, great.  Thank you.
20  BY MR. FISHER:
21  Q  Doctor --
22    MR. FISHER:  If we could scroll down just a
23  little bit -- I'm sorry, Shawn.  Scroll down just a
24  little bit.  Okay, there we go.
25  Q  Doctor, have you seen this document before?

Page 8

1  A  Yes.
2  Q  What do you understand this document to be?
3  A  This is the complaint in response to the Indiana
4    statute on gender-affirming care for minors.
5  Q  And this is the complaint in the case pursuant to
6    which you are here to testify today; correct?
7  A  Yes.
8  Q  And have you read this document in its entirety
9    before?
10  A  Yes.
11    MR. FISHER:  All right.  Let's go ahead and
12  mark Exhibit 3, Senate Enrolled Act 480.
13    (Deposition Exhibit 3 marked.)
14  Q  Doctor, have you seen this document before?
15  A  Yes.
16  Q  What do you understand it to be?
17  A  I understand that this is an Indiana statute that
18    prohibits or limits gender-affirming care for
19    minors.
20  Q  And have you read this statute in its entirety?
21  A  Yes.
22  Q  So tell me what you have reviewed today in
23    preparation for this deposition.
24  A  I reviewed my declaration and the documents that
25    you've shown me.

Page 9

1  Q  Anything else?
2  A  Well, I have -- I had a review of literature in
3     various cases that I've -- that I've done, but not
4     so much in response particularly to this for this
5     deposition.
6  Q  Other than your lawyers, have you spoken to anyone
7     about the deposition today?
8  A  No.
9  Q  So tell me, Doctor, let's just start with your
10    background.
11        What is your current position?
12 A  I'm professor emeritus of psychiatry at UCSF.
13 Q  How long have you had emeritus status?
14 A  Since 2020.
15 Q  And what was your position before you took emeritus
16    status?
17 A  I was a health sciences clinical professor of
18    psychiatry at UCSF for the preceding 29 years.
19 Q  I infer from that position that you had a clinical
20    practice during that period as well?
21 A  Yes.
22        MR. STRANGIO:  Object to form.
23 A  Yes.
24 Q  Do you maintain a clinical practice now?
25 A  Yes.

Page 10

1  Q  Is it a full-time clinical practice or a part-time
2     clinical practice?
3  A  I am seeing patients about halftime.
4  Q  Before you took emeritus status, was your clinical
5     practice devoted entirely to individuals with
6     gender dysphoria or was it a more general practice?
7        MR. STRANGIO:  Object to form.
8  A  I had initially came to UCSF in 1991, focusing on
9     people with HIV and AIDS.  But then since the
10    1990s, I've also been seeing transgender people
11    who've been kind of, over the 30 years, more of a
12    focus of the patients that I saw in the various
13    kind of clinical programs I was involved in.
14 Q  Any other categories of psychiatric illnesses that
15    you had a focus on?
16        MR. STRANGIO:  Object to form.
17 A  Well, within initially the people with HIV and
18    transgender people, of course people have, you
19    know, every sort of psychiatric illness.  In my
20    current private practice, I do see some cisgender
21    patients.  Not all of my patients are transgender.
22 Q  So in your current practice, do you have a sense
23    for roughly what percentage of your patients are
24    there with issues related to gender dysphoria?
25 A  Yes.  At some point, I looked a while back, and it

Page 11

1     was about two-thirds are people who are transgender
2     or, you know, are coming for issues related to
3     gender dysphoria.
4  Q  And of that group, what percent are under the age
5     of 18?
6  A  So again, when I looked, it was about a third, a
7     third, a third:  About a third cisgender people who
8     were mostly adults; about a third transgender
9     minors; and about a third transgender adults.
10 Q  Within the group of minors, what about minors --
11    the percentage, rough percentages of those who had
12    reached Tanner stage 2 versus those who had not?
13 A  All of them.  I only see patients who are 12 and
14    older.
15 Q  What have been your areas of focus for research and
16    writing?
17 A  So first I have done some research related to
18    people with HIV, including for a time, part of my
19    time was NIH funding, studying depression in that
20    population.  And then over the years also the care
21    of transgender people and the clinical care that's
22    being provided.
23 Q  Has prepubertal biological development ever been an
24    area of research for you?
25        MR. STRANGIO:  Object to form.

Page 12

1  A  Not in terms of any published work.  Of course, I
2     have an awareness of the research going back to my
3     training at UCLA.  I was there at the same time
4     Richard Green was there who published the first
5     longitudinal study on feminine boys.
6        MR. FISHER:  So let's go ahead and mark
7     Exhibit 4, which is the expert declaration of
8     Dr. Karasic.
9        (Deposition Exhibit 4 marked.)
10 Q  Doctor, does this document look familiar to you?
11 A  Yes.
12 Q  Can you tell us what it is, please.
13 A  It's my expert declaration for this case.
14        MR. FISHER:  Okay.  So I think, Shawn, if he
15    could just scroll through it.  I just want the
16    doctor to see that the entire declaration is here,
17    along with his CV and list of publications.
18        It's a little bit long.  I just want to
19    make -- it's just this presentation method gives us
20    limited viewing capability.  Go ahead and keep
21    scrolling.  Let's scroll all the way to page 19.
22 Q  Doctor, is that your signature on page 19?
23 A  Yes.
24 Q  Is there anything about this declaration that is no
25    longer accurate?

Page 13

1  A  Not that -- oh, one thing.  Since this declaration
2     was filed, under the depositions and trials, I
3     testified in Dekker versus Weida in Tallahassee
4     just last week.
5  Q  Great.  Thank you.
6        Anything else?
7  A  No.
8  Q  All right.
9        MR. FISHER:  Shawn, let's scroll to the next
10    page of that exhibit, please.  Stop there.
11 Q  Doctor, do you -- this is a part of the same
12    exhibit, but is this the first page of your CV?
13 A  Yes.
14 Q  I don't want to take the time to have to scroll
15    through the whole thing.
16       MR. FISHER:  So Shawn -- or sorry, Chase, you
17    should have the entire thing in your file of
18    documents.  And so I just want to stipulate, if we
19    can, that this is the doctor's CV and list of
20    publications that he attached to his declaration.
21       MR. STRANGIO:  Yes, that's accurate.  And just
22    to clarify, the CV and then the bibliography.
23       MR. FISHER:  Yes, thank you.
24 Q  So I think -- thank you for mentioning that.
25       MR. FISHER:  I think -- I do want to turn to

Page 14

1     that bibliography, which is Exhibit B to the -- to
2     that declaration.  Oh, there it is.  It's several
3     pages in.  It's after the CV, at the end of the --
4     the last four or five pages of the document.
5  Q  All right.  So Doctor, this is the Exhibit B that
6     Mr. Strangio mentioned just a minute ago?
7  A  Yes.
8  Q  Are these the materials that you relied on in
9     preparing your report?
10 A  Yes.  I mean, I relied on my, you know, kind of
11    broader understanding of the literature, but in
12    particular these papers.
13 Q  Are all of these papers scientific peer reviewed
14    sources?
15       MR. STRANGIO:  Object to form.
16 A  Some are policy statements of various
17    organizations, some of them that are showing up
18    right now.
19 Q  So not everything in this list is peer reviewed;
20    correct?
21 A  So I think some of the policy statements might not
22    be peer reviewed, but rather the policy statements
23    of the -- like position statement of an
24    organization.
25 Q  Okay.  How did you decide what to include in

Page 15

1     Exhibit B?
2  A  There are references related to statements I made
3     in my declaration.  That's predominantly.  And
4     then -- and some of them were -- there is some that
5     were papers I've relied on in other recent
6     declarations, I think, as well.
7  Q  All right.  I want to start a conversation at a
8     little higher level of generality as we kind of
9     work our way into these issues.  And my first
10    question in that regard for you is, what is sex?
11       MR. STRANGIO:  Object to form.
12 A  So sex has a number of different meanings.  Do you
13    want to specify when you're referring to a
14    definition of sex, what you -- which of those
15    meanings you are referring to?
16 Q  I guess I'm referring to the meaning that, you
17    know, the way that we think about sex in science.
18    Does that help?
19       MR. STRANGIO:  Object to form.
20 A  So sex has different meanings.  It can refer to
21    sexual intercourse.  It can refer to sex assigned
22    at birth, the sex that's on someone's birth
23    certificate.
24       Sorry, the lights just went out in here.
25    That's good, it's a motion detector.

Page 16

1        So the sex that the physician or other
2     provider delivering a baby might put on the birth
3     certificate based on the appearance of external
4     genitalia.
5  Q  Is there such a thing as a human male genotype?
6        MR. STRANGIO:  Object to form.
7  A  So there is -- again, there is included in that
8     question, you're referring to male, I think, that
9     one can refer to the typical genotype of someone
10    assigned male at birth.
11 Q  What is that genotype?
12 A  Well, chromosomally, that -- again, typically,
13    chromosomally that includes a Y chromosome.  But
14    there are also people who are assigned male at
15    birth who lack that, but certainly it's -- you
16    know, it is often referred in that way because that
17    is typical.
18 Q  What percent of cases do humans assigned male at
19    birth lack that male genotype, that XY genotype?
20       MR. STRANGIO:  Objection.
21 A  It's certainly uncommon, and that's why I say
22    typical.
23 Q  Do you have a sense of the percentage?
24 A  So again, there is some ambiguity in referring to a
25    male genotype because there's both intersex people

Page 17

1  and then there are also people who identify as male
2  later in life who have a different genotype.  But
3  typically -- you know, and that's why I say
4  typically, it's, you know, having a Y chromosome.
5 Q  **And then I want to, just for sake of completeness,**
6  **ask about the human female genotype.  Is there such**
7  **a thing?**
8      MR. STRANGIO:  Object to form.
9 A  So again, typically it's referring to someone with
10  two X chromosomes.  There are a small number of
11  people, for example, with complete androgen
12  insensitivity that could be XY but phenotypically,
13  you know, appear female.  And so -- and there are
14  people who identify as female later in life.  But
15  typically it's referring to someone with two X
16  chromosomes.
17 Q  **You used the term "phenotypically."  Did I hear**
18  **that right?**
19 A  Phenotypically as opposed to geno- -- you know, the
20  external appearance related to the chromosomes.
21 Q  **Well, that's -- yeah, that was what I was wondering**
22  **is what the distinction was.  But that sounds like**
23  **a good way to describe it.**
24      **What about for other mammals, are there two**
25  **distinct genotypes?**

Page 18

1      MR. STRANGIO:  Object to form.
2 A  So again, it's my understanding, certainly, that
3  there are, you know, similar genotypes in other
4  mammals.
5 Q  **So I just want to -- I came across a statement by**
6  **some authors at the Endocrine Society.  Are you**
7  **familiar with the Endocrine Society?**
8 A  Yes.
9 Q  **And this is a statement that I'll represent to you**
10  **made by authors Bhargava, Arnold, Bangasser, and**
11  **others.  And I'll read it to you.  My only question**
12  **is whether you agree with it or not.**
13      **They say, "All mammals have two distinct**
14  **sexes."**
15      **So let's start there.  Do you agree with that**
16  **statement?**
17      MR. STRANGIO:  Object to form.
18 A  I'm not really an expert on animals, so I think I
19  might confine my commentary to people about, you
20  know, for example, intersex phenomenon in animals
21  or other phenomenon.
22 Q  **So maybe you just misheard me.  I just want to make**
23  **sure you didn't mishear me.  All mammals have two**
24  **distinct sexes.  Are you comfortable answering that**
25  **question?**

Page 19

1      MR. STRANGIO:  Object to form.
2 A  Again, I think I'll limit my testimony to humans.
3  But as I said, it is my impression that there are
4  similar processes in other mammals.
5      I would -- when we're talking about the
6  Endocrine Society and the kind of biological sex
7  terms, the Endocrine Society has also, in Hembree,
8  expressed caution about the term "biological sex,"
9  because it can have different meanings.  So but --
10  I'm sorry, but go on.
11 Q  **I'm going to read the rest of the statement.  And**
12  **again, I'm just looking for you to tell me if you**
13  **agree with it.**
14      **In quote, "In mammals numerous sexual traits,**
15  **(gonads, genitalia, et cetera) that typically**
16  **differ in males and females are tightly linked to**
17  **each other."**
18      **Do you agree with that statement?**
19      MR. STRANGIO:  Object to form.
20 A  You know, I'm certainly not going to disagree with
21  that statement, but at the same time, I'm not an
22  expert on equivalent phenomenon.  And certainly
23  when we're talking about gender identity, that is
24  something that, you know, we can't, you know, glean
25  from animals.  So there are some differences, but,

Page 20

1  you know, I'm not going to -- I'm not going to
2  disagree, but also limit my expertise to humans.
3 Q  **So let's -- you said that gender identity is not --**
4  **information or learning, perhaps, about gender**
5  **identity is not something we can glean from**
6  **animals.  I don't mean to misquote you.  Is that**
7  **functionally what you're saying?**
8      MR. STRANGIO:  Object to form.
9 A  Yes.
10 Q  **Okay.  Why not?**
11 A  Well, I like to think that I can talk to my dog,
12  but, you know, our communication is limited.  And
13  so, you know, there's a component of communication
14  I think that is necessary.
15 Q  **Well, is that the only reason, the lack of ability**
16  **to communicate with the animals?**
17      MR. STRANGIO:  Object to form.
18 A  You know, again, I'm not an expert on gender -- sex
19  and gender in animals, and so I don't -- I'm not
20  sure I can answer that.
21 Q  **Why is the communication aspect so important?**
22      MR. STRANGIO:  Object to form.
23 A  Well, I do think that that is a way that we -- that
24  humans learn about each other.
25 Q  **Can someone detect a newborn baby's phenotype and**

Page 21

1    likely genotype without talking to the baby?
2  A  So usually sometimes, for example -- again, using
3     the example of complete androgen insensitivity,
4     it's not talking to the baby, but one might have
5     difficulty, you know, at birth, you know, until or
6     unless, you know, further tests are run.
7  Q  What tests?
8  A  Well, for complete androgen insensitivity, the
9     person has XY chromosomes but appears female, and
10    very often people don't know, you know, that they
11    have XY chromosomes until they get -- you know,
12    fertility testing or pediatric examination, you
13    know, after puberty.
14 Q  But to understand, then, if I'm following you,
15    somebody with a female phenotype might actually
16    have a male genotype, and the way to discover that
17    is to test the chromosomes, see what they say?
18       MR. STRANGIO:  Object to form.
19 A  Yes.  I mean, that would, you know, indicate that,
20    you know, in this case the person has XY
21    chromosomes, and then presumably they do further
22    testing to show that there's this insensitivity of
23    their cells to, say, androgens.
24 Q  And are those tests -- do those tests require, you
25    know, in and of themselves communication with the

Page 22

1     patient?  And by that, I mean other than
2     communication to set up the test.  I mean the
3     conduct of the test, the understanding of the test,
4     is that done with communication with the patient or
5     some other way?
6        MR. STRANGIO:  Object to form.
7  A  Well, there's lab tests, but the patient still
8     comes in and gives a history that might lead the
9     doctor to, you know, suspect that there might be,
10    in this case, complete androgen insensitivity to --
11    you know, to run those tests.
12 Q  But the tests themselves are not -- the
13    communication with the patient is not part of the
14    tests themselves?
15 A  Well, we learn in medical school that the history
16    you take from a patient is extremely important.
17    Often it's the most important thing.  And so in
18    this case, the doctor would suspect by history and,
19    therefore, order the testing.
20 Q  Yeah, okay.  But aside from that circumstance,
21    aside from that type of case that you've described,
22    we can otherwise know without talking to a newborn
23    baby, for example, what its phenotype is and very
24    likely what its genotype is?
25       MR. STRANGIO:  Object to form.

Page 23

1  A  So in this newborn baby we can predict that most of
2     the time their gender matches their sex assigned at
3     birth, but we also know that's not always the case.
4  Q  I'm not asking about gender.  I'm only talking
5     about genotype and phenotype.  You can know the
6     newborn baby's phenotype and very likely its
7     genotype without talking to the baby; correct?
8        MR. STRANGIO:  Object to form.
9  A  So you -- there are certainly aspects of phenotype
10    in terms of appearance of genitalia and, you know,
11    genotypes in terms of likelihood of XX or XY
12    chromosomes.
13 Q  But to learn about gender identity, we have to have
14    a conversation with the person?
15       MR. STRANGIO:  Object to form.
16 A  Well, there are parents who have children where
17    they believe that they had some knowledge of the
18    child had a different gender identity from very
19    early on, but you would need to be able to
20    communicate with the person, you know, eventually
21    to be able to confirm, you know, if there is some
22    difference from their peers in terms of gender
23    identity.
24 Q  So parents who presumably know their children best
25    among anybody are unable without hearing it from

Page 24

1     the child to determine the child's gender identity?
2        MR. STRANGIO:  Object to form.
3  A  Well, there are some parents who say that based on
4     a child's behavior that they suspected a
5     cross-gender gender identity before their child was
6     able to be able to communicate that verbally.  For
7     example, strong insistence on behaviors associated
8     with the other gender.
9  Q  But does that tell us with a high degree of
10    certainty what the child's gender identity is if
11    there has been no conversation with the child about
12    that?
13 A  Well, when you say "us," you mean a healthcare
14    professional?
15 Q  Just in general.  Yeah, that's fine.  Can the
16    parents know with certainty based on what they
17    observe without hearing it from the child what the
18    gender identity is?
19       MR. STRANGIO:  Object to form.
20 A  Right.  There -- they would need to also hear it
21    from the child, but, you know, it's not unusual to
22    hear a story of, you know, the parents believing
23    that they knew before the child in those
24    circumstances where the cross-sex behavior,
25    cross-gender behavior started very early.

1  Q  Well, what about as a clinician, can you know
2     without the child telling you what the child's
3     gender identity is?
4  A  So no, as a clinician, I would need to be able to
5     communicate with the child.
6  Q  So what is gender identity?
7  A  So gender identity is a -- it's often defined as a
8     deeply felt sense of being male, female, or another
9     gender.
10 Q  What's the difference between sex and gender
11    identity?
12 A  So sex, again, can have different meanings, as we
13    talked about, and gender, if we're referring to
14    gender identity, refers to that deeply felt sense
15    of being male or female or another gender.
16 Q  So let's go to paragraph 27 on page 6 of your
17    declaration.
18       MR. FISHER:  So Shawn, that should be the same
19    document, just scroll way up to page 6 of the --
20 A  I'm sorry, what page did you say?
21 Q  It's page 6, paragraph 27.
22 A  Okay.
23 Q  Here I think you're talking in your declaration
24    about -- about sex and about gender identity.  And
25    it looks like the third sentence, it says, "Aside

1     from external genital characteristics, chromosomes,
2     and endogenous hormones, other factors related to
3     sex include gonads, gender identity, and variations
4     in brain structure and function."
5        Do you see that sentence?
6  A  Yes.
7  Q  What -- I'm trying to understand how those -- all
8     of those, what do you call them, factors, relate
9     together and whether one of them or which of them
10    dominate an analysis of somebody's -- of
11    understanding what somebody's sex is.
12       MR. STRANGIO:  Object to form.
13 A  So again, it -- I refer back, for example, from the
14    Endocrine Society, Hembree's statement of that --
15    suggesting that biologic sex is -- was not their
16    kind of preferred term because there are different
17    factors that relate to someone's sex.  And so these
18    are some different factors that relate to someone's
19    sex.
20       MR. FISHER:  Shawn, can we make that a little
21    bit bigger on the screen, please.  Thank you.  My
22    eyes are getting really bad.
23 A  All right.  So I guess I want to give you -- I'm
24    trying to understand again how these fit together.
25    So let me ask this a slightly different way.  If

1     someone has the phenotype and genotype of a male,
2     but as a matter of gender identity says, I'm a
3     female, what sex is that person?
4        MR. STRANGIO:  Object to form.
5  A  Well, again, as said there, people use sex and
6     gender in different ways and, you know, very often
7     people refer to sex as the sex assigned at birth.
8     But that, you know, is not the totality of the
9     term.
10 Q  I guess I'm wondering if gender identity has to do
11    with an internal sense and if other factors of sex
12    have to do with objective facts like genotype and
13    phenotype observable phenomena, why doesn't it make
14    sense to just maintain that there's sex and -- on
15    the one hand, and then gender identity on the other
16    hand?
17       MR. STRANGIO:  Object to form.
18 A  Again, you know, I'm -- I certainly use the term
19    "sex" in terms of sex assigned at birth because I
20    think that is, you know, an easily understandable
21    term.
22 Q  What is the use of sex in your -- I think the way
23    you would put it, sex assigned at birth, of what
24    scientific use is that determination?
25       MR. STRANGIO:  Object to form.

1  A  Well, it certainly has implications in many ways in
2     terms of, you know, appearance of external
3     genitalia, for one.  In terms of, you know, that
4     it's only a minority of people that have a gender
5     identity that's different from their sex assigned
6     at birth.  So, you know, it does -- it can be
7     useful, you know, in my practice as a descriptor.
8  Q  How do you determine one's -- and then here I'm
9     going to -- let's look at paragraph 28 because I
10    was about to quote from it.
11       MR. FISHER:  So right below there, Shawn.
12 Q  And it's the first sentence.  And you're quoting --
13    it looks like you're quoting something from the
14    American Psychological Association.  But it says,
15    "Gender identity is a person's deep felt, inherent
16    sense of being a girl, woman, or female; a man, or
17    male; a blend of male or female; [or another]
18    gender."  And the "or another" is in brackets, but
19    that's -- those are your brackets, I guess.
20       So I guess my first question is, how do you
21    determine one's internal sense as you were -- deep
22    felt, I guess, in that sentence, inherent -- yeah,
23    deep felt, inherent sense of -- how do you
24    determine what that is for a person?
25 A  So are you asking how a clinician determines that?

Page 29

1  Q  That's right.  That's right.
2  A  Okay.  So in my role as a clinician, I am
3      particularly concerned about whether there's gender
4      dysphoria, where there's distress that needs to be
5      treated, and certainly part of the history that I
6      would take from a patient is about, you know, their
7      expression of their gender identity.
8  Q  And so what are you looking for to determine what
9      that person's deep felt, inherent sense of being a
10     girl, et cetera, is?
11         MR. STRANGIO:  Object to form.
12  A  So I would certainly be communicating with the
13     patient that is -- you know, is something I do as a
14     psychiatrist.  And taking a history from a patient,
15     observing the patient.  So those are all things
16     that happen, you know, when I'm seeing any patient.
17  Q  So does a person say, Doctor, I have a deep felt,
18     inherent sense of being a -- if a person assigned
19     male at birth comes in and says, Doctor, I have a
20     deep felt, inherent sense of being a girl, is -- do
21     you say, okay, then your gender identity is that
22     you are a girl and that's it, or do you ask
23     follow-up questions?
24         MR. STRANGIO:  Object to form.
25  A  I always ask follow-up questions.  You know, I'm

Page 30

1      respectful of what a patient says, but I also, you
2      know, engage in conversation with the patient.
3  Q  What follow-up questions do you ask?
4  A  Well, my focus would be about kind of a
5      developmental history in terms of their awareness
6      of having a gender identity different from their
7      peers as well as if they have distress because
8      really kind of a focus for treatment is having a
9      DSM-5 diagnosis of gender dysphoria.
10  Q  Well, aside from distress, you know, I understand
11     that that's important for gender dysphoria.  I'm
12     just trying to, first of all, cover gender
13     identity, and I'm wondering at what point you are
14     satisfied that this person has accurately asserted
15     their gender identity.
16         MR. STRANGIO:  Object to form.
17  A  So, you know, people come to me and can tell me how
18     they identify.  But again, that's not what I'm
19     treating.  So if you're talking about as a
20     psychiatrist, I'm looking for, you know, disorders
21     to be treated, you know, as the APA says, the
22     diagnosis is in the distress.  That might -- that
23     could be related to gender identity.
24  Q  But does gender identity exist if it's -- for
25     somebody who identifies differently than their

Page 31

1      peer, and I'm just trying to use your terminology
2      here, you know, does that gender identity exist?
3      Does it have meaning apart from whatever distress
4      they might be feeling?
5         MR. STRANGIO:  Object to form.
6  A  Yes.
7  Q  And then -- and so I'm just trying to understand.
8      I would think that -- and I don't mean to tell you,
9      you know, this is how it has to be done.  I'm just
10     trying to -- I'm still trying to understand.  I
11     would have thought that the first step in trying to
12     get to the DSM diagnosis is, let's first understand
13     this person's gender identity.  Is that an
14     inaccurate way to look at it?
15         MR. STRANGIO:  Object to form.
16  A  So having an understanding of their gender identity
17     certainly is important.  There are -- as a
18     psychiatrist, there are people who have, you know,
19     varying gender identities who might not be coming
20     to me for gender dysphoria, might not be having
21     distress about that, but rather having panic
22     attacks and are, you know -- kind of are looking
23     for treatment that's focused on panic attacks, for
24     example.
25         So that's what I'm saying in terms of if

Page 32

1      somebody is coming in -- presenting to me, I'm
2      trying to assess what are the clinical issues that
3      I might help them with.
4  Q  Do any observable conditions exist to confirm
5      someone's gender identity?
6         MR. STRANGIO:  Object to form.
7  A  So sometimes one gets some sense from observation,
8      but certainly the most important thing about one's
9      gender identity is what -- is what someone
10     communicates to me or to another person.
11  Q  What is the error rate for assessing someone's
12     gender identity?
13         MR. STRANGIO:  Object to form.
14  A  So can you explain the question?
15  Q  Well, when we were talking about newborns and you
16     were explaining that sometimes the observed
17     phenotype doesn't actually match the genotype, and
18     I think you allowed it's very rare -- I don't mean
19     to put words in your mouth, but very rare that they
20     wouldn't match, but sometimes they do -- and so
21     someone might say, you know, the error rate for
22     assessing genotype upon mere observation of
23     phenotype is, you know, X percent, whatever that
24     is.
25         And I'm wondering, similarly, when you're

1    talking about gender identity, what is the error
2    rate -- if someone tells you what their gender
3    identity is, what is the error rate of that
4    assessment?
5         MR. STRANGIO:  Object to form.
6  A  So because someone's gender identity itself isn't a
7    diagnosis, I don't think that -- that that's
8    something that is studied.  There has been some
9    study about making a gender dysphoria diagnosis,
10   for example.  And just a little bit of research on
11   that.  And when we're talking about making a gender
12   dysphoria diagnosis, the symptoms are so distinct
13   from other diagnoses that it would be very unusual
14   to mix that up with something else.
15 Q  Well, is there an established error rate for
16   diagnosing gender dysphoria?
17        MR. STRANGIO:  Object to form.
18 A  So as I said, there's only a little bit of
19   research.  There was a little study when the Dutch
20   group, a big gender dysphoria research group was --
21   did a little study to see whether people were as
22   likely to make a correct diagnosis of the new
23   ICD 11 gender incongruence diagnosis versus gender
24   dysphoria versus transsexualism and ICD 10, and
25   they found that -- they did videotaped interviews

1    and things like that that people -- there was a,
2    you know, very high likelihood that people watching
3    those would make the correct diagnosis.
4         But it's not -- outside of that, I'm not aware
5    of other research in terms of inaccuracy in the
6    diagnosis.
7  Q  In that research that you're discussing, how was --
8    I guess I'm wondering how the diagnosis was
9    measured to be accurate or inaccurate.  What was
10   the standard?
11 A  Well, they were looking at really kind of whether
12   it was consistent so that if -- at least that's my
13   understanding of that, that they were -- they had
14   the -- using the different criteria for making a
15   diagnosis if there was kind of consistency in --
16   and again, and this was in adults, I believe, when
17   they did this for the gender incongruence diagnosis
18   versus these older diagnostic schemes.
19 Q  So --
20 A  There's not a lot of -- it's not something that --
21   that's just the one thing I could think of where
22   anyone has tried to, you know, do some kind of
23   assessment of diagnostic criteria and are they
24   useful.
25 Q  Well, I'm wondering if you think this is an area

1    that needs further study.
2         MR. STRANGIO:  Object to form.
3  A  No, because again, the symptoms are so distinct.
4    So as a psychiatrist, people very often come to me,
5    not just because they have gender dysphoria, but
6    because they have the whole range of psychiatric
7    illnesses, and the symptoms of gender dysphoria are
8    distinct from those.  It's not like people
9    confusing dysthymia with major depressive disorder.
10   There's not, you know, kind of a subtlety to the
11   difference between the gender dysphoria diagnosis
12   and another DSM-5 diagnosis.
13 Q  Well, even so, would it be possible to study the
14   error rate of gender dysphoria diagnosis?
15        MR. STRANGIO:  Object to form.
16 A  So, you know, as I said, the Dutch tried to look at
17   whether -- in kind of a validation study of the
18   gender incongruence diagnosis, whether, you know,
19   people -- different clinicians would, you know,
20   make the diagnosis of whether that was kind of
21   consistent and whether that was similar to older
22   diagnoses.
23        I'm not sure if there's utility except for in
24   kind of specific circumstances.  I assume when the
25   APA changed its diagnoses, that they did kind of

1    some similar kind of, you know, studies to -- on
2    kind of the utility where people, different
3    clinicians, you know, making the same diagnosis and
4    the same -- with given the same clinical
5    presentation.
6  Q  Are you suggesting that it's impossible to
7    misdiagnose someone with gender dysphoria?
8         MR. STRANGIO:  Object to form.
9  A  I'm not saying it's impossible, but -- but in my
10   experience, the symptoms are pretty distinct and,
11   you know, certainly Standards of Care 8, for
12   example, says one should, you know, rule out other
13   diagnoses.  And I think whenever we make a
14   diagnosis we have, you know, the realm of diagnoses
15   in our head.  But in my experience, making this
16   diagnosis -- the symptoms of this diagnosis are
17   more distinct from others, and so -- I think I
18   answered the question.
19 Q  Any other psychiatric conditions that you deal with
20   in your clinical work for which there's no error
21   rate?
22        MR. STRANGIO:  Object to form.
23 A  So just error rate is not a measure that we
24   typically use in -- so I'm not sure how to answer
25   the question.

Page 37

1 Q  Well, when you go to diagnose somebody with a
2     psychiatric illness or you're considering whether
3     somebody has a given psychiatric illness, do you
4     ever run a battery of tests to help you make that
5     assessment?
6          MR. STRANGIO:  Object to form.
7 A  So usually it is we do a clinical interview and a
8     mental status examination the way we do for any DSM
9     diagnosis.
10 Q  Are those just random questions or are those
11     questions that have been proven to be useful?
12 A  So when I'm making -- when we make diagnoses, you
13     know, as a psychiatrist, you know, I went to
14     medical school and then did four years of
15     psychiatric residency training and -- you know, and
16     then had 30 years of -- more than 30 years of
17     practice after that.  And so -- but certainly we're
18     trained to make diagnoses.
19 Q  Okay.  Are you trained to use tools that work in
20     making those diagnoses?
21          MR. STRANGIO:  Object to form.
22 A  So I -- yes.  We're trained on the clinical
23     interview and the mental status exam and knowledge
24     of the DSM and our clinical experience to -- to
25     make diagnoses and certainly very often our

Page 38

1     patients are seen by other clinicians as well, and
2     that's certainly especially true when we're in
3     training.  And so there is a process to hone one's
4     making a diagnosis.
5          We then have -- we have licensure boards.  I
6     had to do oral boards where we interviewed live
7     patients in front of a panel of psychiatrists in
8     order to -- and, you know, to give diagnosis or
9     differential diagnosis.  And that was all necessary
10     to become a board certified psychiatrist.
11          MR. STRANGIO:  Just checking to see -- we've
12     been going about an hour.  I just want to see if
13     you have a good breaking point coming up.
14          MR. FISHER:  I do.  Just let me get through a
15     couple more, okay?
16          MR. STRANGIO:  Sounds good.
17 Q  So, Doctor, I'm just wondering, do psychiatrists
18     never worry about whether some diagnostic tool that
19     they're using might yield a false positive in some
20     circumstance?
21          MR. STRANGIO:  Object to form.
22 A  Well, there -- you know, I can think of -- when
23     we're thinking in terms of tools of either, for
24     example, a screening test, a screening test would
25     show that it's -- that somebody might be likely to

Page 39

1     have a diagnosis.  But to make the actual
2     diagnosis, we still need to do the clinical
3     interview and the mental status examination.
4 Q  Is there -- and there's no concern that upon doing
5     the clinical interview and that examination that
6     you might have an inaccurate diagnosis?
7          MR. STRANGIO:  Object to form.
8 A  Again, I feel like I have a good sense when I make
9     that diagnosis, you know, as I get to know a
10     patient that it is the correct diagnosis, and in my
11     clinical experience, you know, I can't think of an
12     example where I made a diagnosis of gender
13     dysphoria and then later thought, oh, that was a
14     mistake.
15 Q  Well, I'm talking about anything.  I'm not just
16     talking about gender dysphoria.  I just mean in
17     general.
18 A  In general, it -- certainly there are times where
19     it's possible.  For example, someone can make a
20     diagnosis of major depressive disorder, and the
21     patient, as it turns out, has had perhaps hypomanic
22     episodes that they didn't express, they didn't
23     remember, and so the person might actually have
24     bipolar disorder type 2 depressed, but on initial
25     interview, one might think that it's major

Page 40

1     depressive disorder.  You know, and later maybe
2     perhaps come to find out they have bipolar disorder
3     type 2.
4 Q  Okay.  In that circumstance, with that initial
5     interview, looking at major depressive disorder,
6     what is the error rate?
7          MR. STRANGIO:  Object to form.
8 A  Well, the thing about bipolar disorder is people do
9     have major depressive episodes as part of the
10     disorder.  So you're actually accurate in
11     diagnosing that they're having major depressive
12     episodes.  What you might miss in the history is
13     that at some point in the past, even the distant
14     past, they've had a hypomanic episode or more than
15     one, but simply don't remember it.  And so, you
16     know, they might not tell us even when we ask about
17     that.  But then at some later point, they get those
18     symptoms again, and then they might even connect to
19     having had those symptoms in the past.
20 Q  Okay.  So I'll put it another way then.  That in
21     that interview, for purposes of detecting those
22     hypomanic episodes or bipolar disorder, what is the
23     error rate?
24          MR. STRANGIO:  Object to form.
25 A  So I can't say I know.  I think that it's certainly

Page 41

1   been -- there certainly have been studies that some
2   people don't get diagnosed with bipolar disorder
3   type 2 until they've been treated for major
4   depression.  What share of people that is, I do not
5   know.
6  Q  Do you think it's important to know that that
7     phenomenon exists where they aren't diagnosed right
8     away and sometimes it comes up later?
9  A  So for bipolar disorder, yes.  And when I'm seeing
10    a patient, you know, I would counsel them that
11    if -- you know, if they have any symptoms of mood
12    elevation to let me know because sometimes people
13    do have undiagnosed bipolar disorder type 2.
14       MR. FISHER:  All right.  Let's go ahead and
15    take our break now.
16       MR. STRANGIO:  All right.
17       MR. FISHER:  Five minutes, please.  Thanks.
18       MR. STRANGIO:  Yeah, five minutes is great.
19       (Recess taken.)
20       MR. FISHER:  Shawn, let's pull the declaration
21    back up on the screen.  This is Exhibit 4.  Still
22    at paragraph 28.
23 BY MR. FISHER:
24 Q  Doctor, in this paragraph you say -- and this is
25    still the first sentence, you talk about gender

Page 42

1     identity being deep felt, inherent sense of being a
2     girl, woman, female, man, male, blend of male or
3     female, or another gender.
4        And I'm wondering what other genders besides
5     male, female, or a mix of male/female that you have
6     observed or that you know about.
7        MR. STRANGIO:  Object to form.
8  A  So many people identify as nonbinary, and they may
9     have other names that they give to that nonbinary
10    identity.  But I would say that one could -- can
11    clarify many of the people who don't identify as
12    male or female as nonbinary.
13 Q  What does that mean, nonbinary?
14 A  So it's making reference to the binary of male and
15    female.  And so indicating that there are some
16    people who don't identify as male or female in a
17    binary sense.  They might have an identity that has
18    aspects of each, for example.  But -- and there are
19    people who -- who have that identity of nonbinary.
20 Q  But I take it from the way you've drafted this
21    sentence that you think that that is different from
22    somebody who has a blend of male and female?
23 A  Well, the sentence I was quoting on the American
24    Psychological Association's definition from 2015.
25 Q  Yes.

Page 43

1  A  And so that's the wording, was just by quoting a
2     source.
3  Q  Do you think that nonbinary is separate from a
4     blend of male or female, or do you think that
5     that's really kind of the same thing?
6        MR. STRANGIO:  Object to form.
7  A  So, you know, language is always changing, not just
8     for -- as it relates to gender.  And I think that
9     it's certainly very common to refer to the people
10    who don't have an identity as strictly male or
11    female as nonbinary.
12 Q  Well, I'm trying to -- I guess I'm still trying to
13    understand.  What is it about those people that
14    makes them nonbinary?  Do they reject the idea of
15    male and female in total?
16        MR. STRANGIO:  Object to form.
17 A  So they may not -- they may feel that their gender
18    identity is different from their sex assigned at
19    birth but that the other binary gender doesn't
20    fully feel like a fit as well, and they could have
21    gender dysphoria but not necessarily a desire to
22    transition to the -- you know, the other gender in
23    a binary way.
24 Q  I see.  So is there -- how do such people present
25    themselves?

Page 44

1        MR. STRANGIO:  Object to form.
2  A  So for -- if you're saying presenting to a
3     psychiatrist, people present to me seeking
4     treatment, and that could relate to gender
5     dysphoria.  It could relate to depression or
6     anxiety or other psychiatric illnesses, but they
7     might tell me that their gender identity is
8     nonbinary and they might have some explanation of
9     the process that they went through to kind of
10    realize that that was the best fit for them.
11 Q  And earlier you mentioned, I think, that such
12    people -- I don't mean to kind of overstate the
13    categorization -- but sometimes will not want to go
14    through a gender transition even though they don't
15    have an identity that aligns with their assigned
16    sex at birth.  Is that a fair statement of what you
17    said?
18        MR. STRANGIO:  Object to form.
19 A  So sometimes they don't want to transition in a
20    binary way, so sometimes they don't -- they're not
21    seeking medication or surgery.  There are some
22    times where people have sought to address the fact
23    that they're having some dysphoria about their body
24    without kind of a fully binary transition in terms
25    of hormones or surgery.

Page 45

1  Q  Okay. But somebody who's binary, I take it, but
2     has a gender identity different from the sex
3     assigned at birth, is more likely to want to go
4     through those hormonal transitions?
5         MR. STRANGIO: Object to form.
6  A  Overall that's true, right. There are some
7     nonbinary people who are seeking medical or
8     surgical care to transition, but it is more common
9     in people with a binary transgender identity.
10 Q  So a person who, I don't know -- I'm wondering
11    about what a -- and maybe -- I'm sure it's not the
12    same for all of them, but a person who wants to
13    transition, so let's say a natal male who wants to
14    transition to female, typically what is that person
15    distressed about and looking to achieve, I guess,
16    to relieve that distress?
17        MR. STRANGIO: Object to form.
18 A  So someone may have distress about aspects of the
19    social role of being male or being perceived as
20    male by other people. They may have distress about
21    aspects of their body that they perceive as
22    appearing masculine or that other people might
23    perceive as being masculine. But the degree of
24    dysphoria about their body can vary from individual
25    to individual and what they -- and, you know, what

Page 46

1     they're interested in in terms of medical or
2     surgical care.
3  Q  Are they distressed about their -- the reproductive
4     role of their birth-assigned sex?
5         MR. STRANGIO: Object to form.
6  Q  And let me be more concrete. Is that -- are they
7     distressed, for example, like in this natal male
8     that I'm hypothesizing, does it ever occur that a
9     natal male is distressed about not being able to
10    have a baby?
11        MR. STRANGIO: Object to form.
12 A  So can you explain the question a little bit more
13    for me?
14 Q  Well, you've talked about how the person might be
15    distressed about appearance to others and might be
16    distressed about having body parts, genitalia,
17    et cetera, that appear masculine, and so we've
18    talked about that aspect of it. And I'm wondering
19    if it goes any further. You know, perhaps a natal
20    male wants to appear to be what we typically
21    associate with females in terms of body shape or
22    body appearance, but I'm wondering if it goes
23    deeper. Does it go as far as saying, boy, I feel
24    like I'm a female because I want to be able to have
25    a baby?

Page 47

1         MR. STRANGIO: Object to form.
2  A  So, you know, I do -- I know that there have been,
3     you know, a few people who've been, you know,
4     interested in the small literature around uterine
5     transplant which has been done on some cisgender
6     women who want not just to have a baby using a
7     surrogate womb, but to want to have that experience
8     themselves in their own -- having a baby from their
9     own womb. So, you know, that is an experience that
10    some -- I think some cisgender women and some
11    transgender women have. It's not something that is
12    that commonly expressed to me by my patients that,
13    you know, a desire for childbirth.
14 Q  Well, what do you tell patients when that is a
15    desire that's expressed?
16        MR. STRANGIO: Object to form.
17 A  So I think patients know that that isn't something
18    that is readily available even -- even though they
19    may have, you know, read about, you know, some
20    research, mostly in other countries where there
21    have been some -- you know, some babies born after
22    uterine transplant. But it's not a common kind of
23    topic of discussion.
24 Q  So, but it's part -- for those people that
25    presented or that mention it, it's part of their

Page 48

1     gender dysphoria; right?
2         MR. STRANGIO: Object to form.
3  A  So again, I mean, I'm trying to think of have I had
4     a conversation where someone has come to me and is
5     seeking that? And the answer is no, but have
6     people thought about it? I'm sure people have
7     when, you know, there have been these news reports
8     about uterine transplant. So, you know, it's a
9     phenomenon out there. It's not something that I
10    recall being expressed to me by my patients.
11 Q  Okay. So you've not heard of somebody -- a trans
12    woman expressing as part of gender dysphoria the
13    desire to have a baby?
14        MR. STRANGIO: Object to form.
15 A  So I'm trying to recall if I've had that
16    conversation with a patient. And off the top of my
17    head, I can't recall having that conversation with
18    a patient.
19 Q  So what else about when a trans woman says, I feel
20    like, you know, I have this internal sense that I'm
21    female, what else do they mean by that besides
22    you've mentioned things about, for example,
23    discomfort with body parts or body shape, and I'm
24    wondering if there's anything else.
25        MR. STRANGIO: Object to form.

Page 49

1 A   So in addition to discomfort about body parts or
2     body shape, there can be discomfort about how
3     they're perceived by others.
4 Q   Can you explain that further?  What do you mean,
5     that discomfort -- what do you mean by that sort of
6     discomfort?
7 A   So it can be discomfort if -- let's say if the
8     person is a trans woman, if someone identifies them
9     as a gender other than female, that can be
10    uncomfortable, both from a safety perspective, but
11    also because they -- you know, the person has a
12    desire to be recognized by others as female.
13 Q  Do you explore with them the source of that desire
14    and what that desire means to them?
15        MR. STRANGIO:  Object to form.
16 A   Can you rephrase the question?
17 Q   Well, I'm wondering, when someone says, I have a
18    desire for people to recognize me as a gender
19    that's not aligned with my sex assigned at birth,
20    do you try to figure out what that means to them,
21    why they have that desire and what the source of
22    that is or what -- you know, what it is they're
23    looking for with that -- to have that desire
24    fulfilled?
25 A   Well, I think if somebody has a particular gender

Page 50

1     identity, and this is true whether someone's
2     cisgender or transgender, that you want other
3     people to, you know, treat you in a way consistent
4     with your identity.  So I don't look at that as,
5     you know, something that is hard to understand.
6 Q   I can imagine this comes up with pronouns, but I'm
7     wondering if it comes up in other contexts too.
8     How might they be treated in a way that's not
9     consistent with their gender identity?
10        MR. STRANGIO:  Object to form.
11 A   So someone might be transitioning and go to a
12    restaurant and not be identified by the staff at
13    the restaurant as a gender which they identify, and
14    that could be uncomfortable.  There's certainly
15    people who've, you know, faced violence or
16    discrimination because they were recognized by
17    others as transgender or not the gender in which
18    they identify.  So it certainly is something that
19    can -- has the potential for causing distress.
20 Q   Okay.  Can one's gender identity change over time?
21 A   So one's kind of understanding of one's gender
22    identity sometimes can evolve, and in particular
23    there are some people who identify as transgender
24    in a more binary way, and later they identify in a
25    more nonbinary way, and that can happen kind of the

Page 51

1     other way around as well, where people still have
2     the sense that their gender is different from their
3     peers, but might take some time to kind of fully
4     kind of figure out what that is.
5 Q   Is there a difference between one's gender identity
6     and one's understanding of one's gender identity?
7        MR. STRANGIO:  Object to form.
8 A   Well, I would say in a historical sense that
9     sometimes when -- when I've seen patients over time
10    that they've had some fluctuation in the words that
11    they use to describe their gender identity, but
12    their gender identity throughout the process has
13    remained different from cisgender peers.  So that's
14    why sometimes one could -- can say one's kind of
15    understanding, you know, might change as they're
16    maybe kind of recognizing what's the best fit for
17    them.
18 Q   So I want to try to understand this a little
19    better.  Again, we'll go back to our natal male who
20    identifies as female and it's a binary
21    understanding, it's just the sex other than the one
22    assigned at birth.  But later that person says,
23    well, now I see things more nonbinary, okay.  So
24    I'm wondering, when that person identified as
25    female, was that just a misunderstanding or was

Page 52

1     that person's gender identity female?
2        MR. STRANGIO:  Object to form.
3 A   Well, you know, I view my job as making a diagnosis
4     when somebody has a DSM diagnosis of gender
5     dysphoria and not kind of labeling whether in, you
6     know, someone's kind of process of development
7     whether -- you know, what they've -- they've,
8     you know, described their gender identity, you
9     know, whether that is what it was or not.  So if
10    somebody -- if somebody tells me that they
11    identified in a binary way and then later in a
12    nonbinary way, it could just come to their
13    perception of the identity that seems most
14    comfortable to them, and that might take a little
15    bit of time to kind of establish that.
16 Q   Okay.  In paragraph 28, it says -- I think you say
17    here -- you say that "Gender identity is not
18    subject to voluntary change."
19        And so I'm wondering what you mean by that.
20 A   So if there is this -- this kind of underlying
21    longstanding sense of identity, and some of my
22    patients have not wanted to identify that way and
23    others have had parents who haven't wanted them to
24    identify that way.  So there have been people who
25    have undergone conversion therapy and really had a

Page 53

1  desire not to be transgender, and yet they weren't
2  able to, even working with a therapist, you know,
3  change their being transgender or change that they
4  had gender dysphoria.
5  Q  Well, you say -- you use the term "voluntary," and
6     I'm inferring that it is subject to involuntary
7     change.  Is it subject to involuntary change,
8     gender identity?
9  A  No.  I would say it's not something where someone
10    can simply decide I'm not transgender, I'm not
11    going to be transgender, and have the kind of
12    underlying aspects of theirself that led them then
13    to that point to just go away.  There are -- I'm
14    just -- I'm thinking in my clinical experience of
15    patients who've kind of tried to will themselves
16    not to be transgender and, for example, natal males
17    who've gotten married, joined the Marines, you
18    know, have done all of these things to -- you know,
19    the most masculine things, sky-diving, and then,
20    you know, came to the conclusion that none of those
21    things made them not transgender, even though they
22    desperately wanted to not be transgender.
23 Q  Yeah, I understand that.  I'm just wondering do you
24    agree with the following statement:  "Gender
25    identity is subject to involuntary change"?

Page 54

1     MR. STRANGIO:  Object to form.
2  A  I'm not quite sure even what that means.  Do you
3     mean can somebody force you to be a different
4     gender identity?
5  Q  No, involuntary doesn't necessarily mean forced.
6     I'm just -- really just curious about your modifier
7     "voluntary" here.  You know, why say voluntary
8     change.  So I just want to clarify, do you think
9     that gender identity is subject to involuntary
10    change?
11 A  So I think that, you know, you have a good point
12    that I can look at that wording for my next
13    declaration and hope to be more clear.  But really,
14    my sense is that what I'm referring to is really
15    that clinical experience of patients who have tried
16    really hard to not be transgender and it hasn't
17    worked.
18       And the gender dysphoria has come back, the
19    sense of not being themselves has remained, and so
20    it's not something where people have succeeded by
21    simply deciding they're not going to be transgender
22    and they are going to do as many things as they can
23    to try to reinforce not being transgender.  You
24    know, as I said, things like joining the military,
25    they're getting married and having kids, and really

Page 55

1  trying to lead a -- you know, what they perceive as
2  a cisgender male life and hope that the, you know,
3  identity will follow, and it hasn't worked.
4  Q  And I understand all that.  I just need an answer
5     to the -- to whether you agree with the proposition
6     that gender identity is subject to involuntary
7     change.
8  A  I mean, it's not subject to involuntary change.  Do
9     you mean is subject to -- I'm not quite sure what
10    you're -- I'm sorry.  I'm not quite sure what
11    you're asking.
12 Q  If we change the word -- okay, I'll just read this.
13    And I just -- all I'm going to do is change the
14    word voluntary -- in your declaration, change
15    voluntary to involuntary.  Gender identity is not
16    subject to involuntary change; agree or disagree?
17       MR. STRANGIO:  Object to form.
18 A  So that's kind of a different meaning than what I
19    was saying, because when I'm saying my -- when I
20    was writing that, I was thinking about the
21    scenarios I discussed with you.  I think that
22    people certainly can identify as transgender
23    without -- in a way that's not voluntary in a sense
24    in that it is just how they, you know, identify
25    without it being a choice to identify as

Page 56

1  transgender.  So, but I'm not sure if that is what
2  you're asking.
3  Q  All I'm asking for is a yes or no answer.  Gender
4     identity is not subject to involuntary change;
5     agree or disagree?
6  A  So again, I don't know what that is referring to,
7     so I don't think I -- you know, I gave the answer
8     that I think kind of explains what I meant.
9  Q  Okay.  You say, "Gender identity is not a product
10    of external influence."  And again, this is still
11    paragraph 28.
12       Does our understanding of what it means to be
13    a girl or a boy or a man or a woman come from
14    external influences?
15       MR. STRANGIO:  Object to form.
16 A  So there's an aspect of -- there is an aspect that
17    reflects culture, but there also are some aspects
18    that seem kind of pretty consistent, you know, even
19    across cultures.  So I suppose one could say it's
20    not merely a product of external influence, but
21    people do have ideas about being male and female
22    that -- you know, that reflect males and females in
23    society.
24 Q  Are you aware of any data showing what percent of
25    children with gender dysphoria have had recent

Page 57

1  trauma -- let's just start there, what percentage
2  have had a recent trauma, children with gender
3  dysphoria who have had a recent trauma?
4       MR. STRANGIO:  Object to form.
5  A  Is there a particular paper that you're referring
6     to?
7  Q  I'm just asking if you're aware.
8  A  And I would say no.
9  Q  Are you aware of data showing what percent of
10    children with gender dysphoria have a history of
11    physical abuse?
12      MR. STRANGIO:  Object to form.
13 A  So there are surveys showing higher rates of
14    transgender people having had a history of trauma
15    which could include physical abuse.
16 Q  Are you aware of data showing what percent of
17    children with gender dysphoria have autism spectrum
18    disorder?
19      MR. STRANGIO:  Object to form.
20 A  So the numbers vary, but it is clear that more --
21    that there are more people with autism spectrum
22    disorder who are transgender and vice versa than
23    one would expect, just from the general population.
24 Q  Are you aware of any data showing the percent of
25    children with gender dysphoria that have homosexual

Page 58

1  orientation?
2       MR. STRANGIO:  Object to form.
3  A  So -- well, first of all, there can be confusion
4     using the term "homosexual" because different
5     people use sex assigned at birth versus the
6     person's gender identity to -- as kind of the
7     anchor point of whether it's same sex attraction or
8     not.
9  Q  Well, I guess using either measure, are you aware
10    of any such data?
11      MR. STRANGIO:  Object to form.
12 A  Yes, there has been data on percentages of, for
13    example, trans men who identify as being attracted
14    to other men versus attracted to women versus
15    attracted to both.
16 Q  Are you aware of any data of the percentage of
17    children with gender dysphoria that had a
18    homosexual orientation prior to the diagnosis of
19    transgender?
20      MR. STRANGIO:  Object to --
21 Q  Or I'm sorry, the conclusion of that being
22    transgender.
23 A  So we don't always -- so when we're -- if we're
24    referring to children, that often is referring to
25    prepubertal children, and very often they're --

Page 59

1  prepubertal children differ in terms of when they
2  might identify as a particular sexual orientation.
3  Q  Yeah, I'm just wondering if you're aware of any
4     data showing the percent of children with gender
5     dysphoria who first had an identification as
6     homosexual.
7       MR. STRANGIO:  Object to form.
8  A  So you're talking about a study of prepubertal
9     children?
10 Q  Sure, let's start with prepubertal.
11      Are you aware of any such data?
12 A  Can you explain to me what -- a little bit more of
13    what you're referring to.
14 Q  I'm only asking about whether you're aware of data
15    of what percent of children with gender dysphoria
16    had a previous identification of homosexual
17    orientation.
18      MR. STRANGIO:  Object to form.
19 A  So as I said, typically when people are being --
20    children are -- young people are being asked about
21    sexual orientation, it's after the onset of puberty
22    because very often young children don't have a
23    verbal sense of sexual orientation that they can
24    express, at least at that time.  They may well have
25    one, but -- so I'm not quite sure of that.

Page 60

1       Certainly there are, for example, trans men
2  who had some period in development where -- where
3  they, you know, recognized their attraction to
4  women and questioned if that, you know, made them
5  lesbian and at some point recognized then actually
6  their identity was male and so they didn't have a
7  lesbian identity.
8       But I think, you know, so there is a process
9  of development that relates to both gender identity
10 and sexual orientation and one's -- just one's
11 development of an understanding of how those things
12 apply to the individual.
13 Q  If we shift the age cohort to post pubertal, does
14    that narrow it down any more or cull to anything
15    more specific in terms of data showing the percent
16    of children with -- and minors, really, the post
17    pubertal cohort, the percent diagnosed with gender
18    dysphoria who previously identified with a
19    homosexual orientation?
20      MR. STRANGIO:  Object to form.
21 A  So I can't tell you the numbers, but there are
22    certainly people in their kind of development of an
23    identity who might at one point -- their
24    understanding of their identity might relate more
25    to the sex of the people that they're attracted to

Page 61

1    and at a later point might come to an understanding
2    of transgender identity.
3  Q  **Doctor, do you know when the first teen gender**
4     **clinic in the United States opened?**
5  A  So it may well be different from when you think
6     because some people refer to Norm Spack's clinic at
7     Boston Children's that brought the Dutch protocol
8     for puberty blockers into more common practice in
9     the U.S. in a multidisciplinary setting.  But, in
10    fact, the Dimensions Clinic for trans youth where I
11    worked starting in 2003, but which had existed in
12    some form since the 1990s, has been a clinic that
13    provides care for adolescents and young adults age
14    12 to 25 and has done so since the 1990s.
15 Q  **The first clinic you spoke of, did you say Norm**
16    **Spack?**
17 A  Yes.  The Boston Children's GeMS clinic.
18 Q  **What year did that open?**
19 A  That would have been in the mid 2000s.
20 Q  **In your Dimensions Clinic, you said you've been**
21    **providing gender care for adolescents since the**
22    **1990s?**
23 A  Yeah.  I worked there since 2003, but the clinic
24    actually started in the late 1990s.
25 Q  **Do you know specifically which year?**

Page 62

1  A  I don't recall.  But it had been around since then.
2  Q  **All right.  Well, let's start with the year that**
3     **you joined in 2003.**
4  A  All right.
5  Q  **And I'm wondering, in the first decade of your work**
6     **at that clinic, 2003 to 2013, how many teens with**
7     **gender dysphoria -- and I don't mean just in your**
8     **clinic.  Maybe I should be clearer about that.**
9     **Nationally, how many teens with gender dysphoria --**
10    **were diagnosed with gender dysphoria 2003 to 2013?**
11       MR. STRANGIO:  I'll object to form.
12 A  So I would say if you're talking about the DSM
13    diagnosis, none, because the diagnosis didn't exist
14    until 2013.
15 Q  **Okay.  Well, before that there was a different**
16    **diagnosis, not necessarily the same, but something**
17    **that approximates it.  What was it, gender identity**
18    **disorder, is that the --**
19 A  Right, gender identity disorder, adolescents and
20    adults.
21 Q  **So how many adolescents in that decade were**
22    **diagnosed with gender identity disorder?**
23 A  So we don't have good numbers on that because at
24    one time using that diagnosis could risk exclusion
25    of reimbursement, and so we tended not to use that

Page 63

1    diagnosis while it was a diagnosis that could cause
2    insurance to not pay for treatment.  So as a
3    psychiatrist, you know, I might -- people were
4    typically also seeing me for major depression or
5    panic disorder or other psychiatric illnesses, and
6    I would just list that.  I would not list gender
7    identity disorder diagnosis until it was clear that
8    that was not going to mean that the billing for
9    everything would be rejected.
10 Q  **So was there a point where they -- the diagnosis**
11    **became, I guess, a more useful guide in this**
12    **regard, where it was accepted by insurance**
13    **companies?**
14       MR. STRANGIO:  Object to form.
15 A  So yeah.  I mean, I remember around when I was
16    working with the San Francisco Department of Public
17    Health around 2012 and we tried looking at the
18    numbers within even Department of Public Health
19    clinics, and we kind of couldn't tell from the
20    electronic diagnoses that were made because even
21    when it was clear that it wasn't an automatic
22    rejection, people were so conditioned to avoiding
23    that diagnosis that it took some time.
24       But once, in 2013, California MediCal made it
25    clear that you couldn't discriminate against

Page 64

1    insurance coverage by excluding the gender
2    dysphoria diagnosis that had just become the
3    diagnosis, that I think was around -- where there
4    was -- you know, it started to be a sea change of
5    people actually receiving the diagnosis.
6  Q  **I see.  So let's go with 2013 to 2018, do you have**
7     **a -- do you know how many teens nationally were**
8     **diagnosed with gender dysphoria?**
9  A  So remembering that the exclusion was eliminated in
10    California in 2013, but in other states it lasted
11    longer, so we're looking at nationally there still
12    might have been an avoidance of that diagnosis.
13       And the other thing is that there had to be
14    someone to make the diagnosis.  There had to be
15    someone to make the diagnosis, so you had to have
16    the clinics there nationally, and then they had to
17    be making the diagnosis for the purpose of
18    insurance reimbursement because the numbers that
19    had been reported are -- we don't have the kind of
20    comprehensive database of -- with our healthcare
21    records, and so we're basing the numbers on claims
22    for insurance reimbursement.
23       And so that that was relying on there being
24    people to make the diagnosis and then there being
25    insurance coverage to receive the diagnosis, and

Page 65

1  those were things that were -- you know, had been
2  developing through the 2010s.
3  Q  Okay.  So -- oh, sorry.  I didn't mean to cut you
4     off.
5  A  Oh, I just said developing nationally.  You know,
6     some places more quickly than others.
7  Q  Well, what about in -- just in California, is it
8     useful to make, you know, an observation about the
9     number of teens diagnosed with gender dysphoria
10    2013 to 2018?
11         MR. STRANGIO:  Object to form.
12 A  So there's utility to it, but -- you know, and it's
13    clear the numbers increased greatly while the
14    larger number of people who identified as
15    transgender from population-based surveys did not
16    change very much.  And so what that's showing is
17    that smaller percentage that had access to care to
18    get a diagnosis and had insurance -- the
19    possibility of insurance reimbursement to receive
20    the diagnosis increased greatly in the 2010s.
21 Q  Well, what about 2018 to 2023?
22 A  So certainly in -- in California by 2018, the
23    access to care, you know, was much better
24    established, and that was probably true in some
25    parts of the country as -- you know, as well.

Page 66

1  Q  Okay.  So the numbers of teens diagnosed with
2     gender dysphoria 2018 to 2023, do you have a --
3     really what I want to understand is a sense of
4     whether it's been a constant number every year,
5     whether the numbers have increased, first of all.
6         MR. STRANGIO:  Object to form.
7  A  So my understanding is numbers have increased but
8     are still a smaller percentage than the people who
9     identify as transgender, that the numbers are still
10    less than 1 in a thousand, whereas numbers
11    identifying as transgender are more like 0.5 to
12    0.7.  And then some have -- you know, there have
13    been some surveys that have been higher.
14         So it's not clear whether those numbers
15    reflect more people identifying as transgender or
16    more people who are accessing care.
17 Q  What about the demographics, and really
18    specifically I'm interested here in the ratio of
19    male to female transition versus female to male,
20    among gender dysphorics.
21         MR. STRANGIO:  Object to form.
22 A  So people identifying as female has been an
23    increasing percentage in both the United States and
24    internationally of people presenting for care.  And
25    there was some discussion at -- I went to a

Page 67

1  presentation of the Dutch group's kind of follow-up
2  data from their longitudinal studies of transgender
3  people, on the streamline of cross-sectional
4  studies of transgender people on data that was
5  presented at the WPATH conference in Montreal last
6  fall.
7       And there was -- there was kind of an
8  interesting discussion about it where the --
9  someone from the Belgian team had talked about it
10 in terms of there are more people assigned female
11 at birth accessing care compared to a more stable
12 ratio of people assigned male at birth and people
13 assigned female at birth.  And so it may be that --
14 that the availability of care might affect this
15 still minority of people with transgender identity
16 who are seeking gender-affirming medical care.
17 Q  Did that data or any other data tell you anything
18    about the -- kind of the age of those natal
19    females transitioning to male and whether that had
20    shifted either -- you know, in any direction from,
21    say, prepubertal to post pubertal?
22 A  So people are not getting gender-affirming care
23    prepubertal.  Gender-affirming care starts -- you
24    know, at its earliest can start at the beginning of
25    puberty and, you know, some people don't access

Page 68

1  care or aren't able to access care until, you know,
2  later in adolescence.
3  Q  Yeah, I'm just wondering about if you see any
4     change over time among the cohort, the female to
5     male cohort and the age at which they're getting
6     gender-affirming care.
7         MR. STRANGIO:  Object to form.
8  A  So one thing that was interesting that in that
9     particular discussion is the Dutch, in presenting
10    their data, showed that the gender ratio applied --
11    of people seeking care that had been trending
12    towards more people assigned female at birth, that
13    that ratio applied to adults, people seeking care
14    for the first time as adults, as well as those in
15    adolescence.
16         So it may be more, you know, of a sense that
17    people -- maybe an adult can access care.  Again,
18    it's -- you know, the people accessing care are
19    just the subset of this larger number who identify
20    as transgender.
21         MR. FISHER:  Okay.  I think this is a good
22    time for the next break, if that's okay.
23         MR. STRANGIO:  Yeah, that works for us.
24         MR. FISHER:  All right.  We'll take five.
25    Thank you.

Page 69

1          (Recess taken.)
2   BY MR. FISHER:
3   Q   Let's mark our next exhibit as Exhibit 5.
4          MR. FISHER:  And Shawn, this might be one
5       that's out of order because I'm -- just given the
6       amount of time, we're going to move ahead a little
7       bit.  So this is -- it says WPATH and Standards of
8       Care on the front of it.
9          (Deposition Exhibit 5 marked.)
10  Q   Doctor, do you recognize this document?
11  A   Yes, that is the WPATH Standards of Care,
12      Version 7, the old version from -- well, released
13      in 2011 and published in 2012.
14  Q   Okay.  Is this -- do you use this version in your
15      practice?
16  A   Well, I'm certainly familiar with this version as
17      one of the authors, but -- and sometimes insurance
18      companies still refer to things in Standards of
19      Care 7, but really, last year's Standards of Care 8
20      came out, and that really are the current practice
21      guidelines.
22  Q   Is either the Version 7 or the Version 8 a peer
23      reviewed publication?
24         MR. STRANGIO:  Object to form.
25  A   So the Standards of Care 8 are not -- well, they

Page 70

1       are published in a journal.  They are reviewed in a
2       different kind of process by many experts in the
3       field in the development of the standards of care,
4       but it's a different process than somebody, let's
5       say, you know, submitting a paper to a journal.
6   Q   Would you -- is it accurate to say that it's a peer
7       reviewed document?
8          MR. STRANGIO:  Object to form.
9   A   Again, I'm not sure if that phrase applies to it,
10      but it certainly -- everything in it was subject to
11      a tremendous amount of review, certainly greatly
12      more than any, you know, single paper that's
13      submitted to a journal.
14         And I'm talking specifically about the process
15      around Standards of Care 8 that was released last
16      year.
17  Q   What about the process for Standards of Care 7?
18  A   Well, Standards of Care 7, that was 2011.  There
19      also was -- it was a different process.  There was
20      peer review in the sense that once there was a
21      draft that each of the 34 authors made comments and
22      corrections.  But I think it's maybe, you know,
23      more applicable now, you know, to talk about the
24      Standards of Care 8 process because that's the one
25      that we're using now.

Page 71

1   Q   Is there anything in Standards of Care 8 that you
2       disagree with?
3          MR. STRANGIO:  Object to form.
4   A   So when -- as part of the Standards of Care 8,
5       there was a Delphi process in which each statement
6       came up for approval by everyone on the Standards
7       of 8 [sic] committee and where people voted levels
8       of approval or disapproval of the statement and
9       made suggestions for improvement.  So certainly in
10      that process there were statements I disagreed with
11      and I -- you know, like every other person who was
12      reviewing that, you know, ranked it, you know, gave
13      it kind of approval/disapproval score and also made
14      suggestions.
15         I felt that by the end of the process that --
16      that I felt, you know, comfortable with much of it,
17      but there are chapters that I don't really use so
18      much, so I might have a harder time kind of
19      defending those.  It's a big document.  And I tend
20      to, you know, focus on the assessment chapters and
21      the mental health chapters, for example.
22  Q   Okay.  I think we do have -- I have just found --
23      figured out where I put SOC 8.  So let's bring that
24      up.
25         MR. FISHER:  Shawn, I think it's the document

Page 72

1       that's listed at No. 20 on the list that you've
2       got.  If we could bring that up and mark it as
3       Exhibit 6.
4          (Deposition Exhibit 6 marked.)
5   Q   Doctor, is this WPATH Standards of Care version
6       6 -- I'm sorry, Version 8?
7   A   Yes, this is Version 8.
8   Q   This is Version 8.  Okay, great.
9          So I guess I'm -- just another way to ask it,
10      are you aware of anything in Version 8 that you
11      disagree with?
12  A   I'm sure that there are things there in that I
13      don't -- you know, there are the parts of it that I
14      use a lot, the assessment chapters and the mental
15      health chapters.  And there are parts that I don't.
16      And so, you know, I certainly -- you know, I have
17      agreement with the process of developing it, but
18      I'm sure that there are individual statements
19      within the Standards of Care 8 that, you know, I
20      might not -- might not, you know, reflect my views.
21  Q   Which statements?
22  A   I can't -- again, I'm not going to name them.  I
23      feel like generally the ones that I use, which are
24      the -- particularly the assessment chapters,
25      there's a section on medical necessity that I

Page 73

1  sometimes use, and the mental health chapter, that
2  those, you know, I think I'm in general agreement
3  with.  There were a bunch of other chapters, you
4  know, that I might use as a reference, but I'm
5  not -- you know, for a particular issue, you know,
6  but I'm not as -- you know, I'm not using all the
7  time, so I -- you could certainly ask me if there's
8  a particular statement and if I agree with it or
9  not, but --
10     MR. FISHER:  Well, Shawn, let's turn to the
11  table of contents.  It looks like it's got page 54
12  up in the top left corner.  No, you're too far
13  down.  It's only three or four pages in from the
14  top.  There we go, one more.  There it is.  There
15  we go.
16 Q  So Doctor, I'm looking at Chapter 9.  It says,
17  "Eunuchs."
18     Do you see that?
19 A  Yes.
20 Q  Now, my understanding is that this chapter did not
21  appear in SOC 7 but made its first appearance now
22  in SOC 8.
23     Am I right about that?
24 A  Yes.
25 Q  Do you agree with the addition of the -- of

Page 74

1  Chapter 9 on eunuchs?
2 A  You know, I might have included it with the
3  nonbinary chapter, but, you know, or elsewhere, as
4  opposed to a separate chapter.  But I was not --
5  you know, the editors made that decision.  You
6  know, I think it's useful to have, you know,
7  information about eunuchs as well as others, you
8  know, in there.  I don't know if it merited its own
9  chapter.
10 Q  Do you consider eunuchs to be transgender?
11     MR. STRANGIO:  Object to form.
12 A  So I think that -- I think that at least some
13  eunuchs -- I've had limited clinical experience,
14  but the clinical experience that I have had, I've
15  seen people with gender dysphoria, but -- people
16  assigned male at birth with gender dysphoria but
17  also not desiring to identify as female, and that
18  to me kind of seems more like a nonbinary bucket.
19  And those folks with gender -- because I'm in --
20  you know, as a psychiatrist, I'm making a gender
21  dysphoria diagnosis.  I have made diagnosis of
22  gender dysphoria with people who, you know -- who
23  could be identified as eunuch in that they didn't
24  want to -- were not interested in living as female.
25     MR. FISHER:  Okay.  So let's turn, Shawn, to

Page 75

1  page -- it's the Chapter 9 page.  It says S88 at
2  the top left.  It's probably a third, maybe a
3  quarter of the way into the document.
4     There we go.  Yeah, perfect.  Just make that a
5  little bit bigger, please.
6 Q  Okay.  Doctor, the second paragraph under the
7  "Chapter 9 Eunuchs," says, "Eunuch individuals are
8  those assigned male at birth and wish to eliminate
9  masculine physical features, masculine genitals or
10  genital functioning."
11     Is that consistent with your understanding of
12  eunuchs?
13 A  Yes.
14 Q  So when a eunuch presents as gender dysphoric, what
15  does that mean?  And again, I'm asking this in part
16  because I -- I'm just trying to figure out how the
17  gender dysphoria in a eunuch would differ from
18  gender dysphoria from somebody who's assigned male
19  at birth but then thinks of themself as female.
20  And I wonder if you could kind of help me
21  understand the eunuch gender dysphoria, what that
22  dysphoria consists of.
23     MR. STRANGIO:  Object to form.
24 A  Well, and that's why, you know, I explained that I
25  might have, in structuring Standards of Care 8,

Page 76

1  have put this in with nonbinary folks because, in
2  my experience, it's people who have distress about
3  certain masculine aspects of their body, but at the
4  same time, are not interested in transitioning in a
5  binary way and not identifying as female, but
6  having gender dysphoria in that they can have quite
7  significant distress about masculine aspects of
8  their body.
9 Q  Are you aware whether SOC 8 recommends that
10  healthcare clinicians not make it mandatory for
11  people with gender dysphoria to undergo
12  psychotherapy prior to getting gender-affirming
13  treatment?
14 A  Yes.
15     MR. STRANGIO:  Object to form.
16 Q  I'm sorry, you are aware of that?
17 A  Yes.
18 Q  Okay.  Do you agree with that recommendation?
19 A  Yes.  While psychotherapy can be beneficial for
20  many people, and I do psychotherapy with people and
21  I also take care of patients, for example, with
22  medications who are separately seeing
23  psychotherapists.  And I think psychotherapy is
24  very valuable for a lot of people.  On the other
25  hand, not everyone benefits from psychotherapy, and

Page 77

```
 1    it doesn't -- it's not necessary for everyone.  And
 2    so I don't think it should be a requirement in
 3    order for people to receive gender-affirming care
 4    while -- you know, but while recognizing it could
 5    be helpful for people who, you know, want to take
 6    advantage of it.
 7  Q How do you know in advance of psychotherapy whether
 8    someone would benefit from psychotherapy?
 9        MR. STRANGIO:  Object to form.
10  A Well, someone who, for example, has anxiety or
11    depression might benefit from psychotherapy because
12    there are specific psychotherapies better oriented
13    towards helping people with depression or anxiety
14    disorders, so that might be an example of people
15    who are oriented towards -- towards using
16    psychotherapy are more likely to benefit from it.
17    So I think there are, you know, ways of kind of
18    recognizing people for whom, you know, I might make
19    a specific recommendation for psychotherapy.
20  Q Is there anybody with gender dysphoria or a
21    particular set of manifestations of that that you
22    would not provide or would not, I guess, be in
23    favor of providing -- I'm sorry, let me start that
24    over.
25        Anybody that presents with gender dysphoria
```

Page 78

```
 1    that -- where that manifests with a particular set
 2    of symptoms for whom it would not be appropriate to
 3    prescribe medical intervention without first going
 4    through psychotherapy?
 5        MR. STRANGIO:  Object to form.
 6  A So there are circumstances where I might recommend
 7    psychotherapy to someone.  Sometimes people have
 8    very entangled social or family situations and have
 9    been ambivalent about whether to proceed because of
10    that.  For example, someone whose marriage might
11    end if they start transitioning, where I think
12    psychotherapy would be really helpful for that
13    person, you know, who might be going through
14    particularly difficult circumstances.
15  Q Well, you're phrasing that in terms of
16    recommendations or, you know, what you think might
17    be helpful, but I'm just wondering if you think,
18    well, no, there's some conditions where it's just
19    absolutely inappropriate to -- for there to be
20    medical intervention before psychotherapy.
21        MR. STRANGIO:  Object to form.
22  A What do you mean by "conditions"?
23  Q Well, I'm talking about somebody whose symptoms,
24    whatever -- you know, whatever it is that makes up
25    their gender dysphoria, need to, in your view, be
```

Page 79

```
 1    treated with psychotherapy before medical
 2    intervention is appropriate.
 3        MR. STRANGIO:  Object to form.
 4  A So there could be concerns, like someone who is
 5    having a lot of suicidal ideation or self-harm
 6    where I might, you know, recommend psychotherapy,
 7    and I want to discuss, if they were to pursue
 8    transition care, what the, you know, kind of --
 9    what that experience could mean in terms of, you
10    know, if they are, say, vulnerable to self-harm.
11        So there are times where, you know, I might
12    feel it's important for that individual because
13    of -- because of things that are problematic in
14    addition to gender dysphoria that need to be
15    addressed where, you know, I might recommend
16    psychotherapy in that individual.
17  Q Oh, sorry, I didn't mean to cut you off.  Thank
18    you.
19        All right, let's go back to Exhibit 4, which
20    is the declaration.  And let's turn to paragraph
21    35.  It's on pages 9 and 10.
22        Doctor, can you see that okay?
23  A Yes.  I'm looking at the paper version.
24  Q Oh, that's fine.
25  A Only because it cuts off part of it.  I'm not sure
```

Page 80

```
 1    if I move this to a different place.
 2  Q That's okay.  That's perfectly fine.
 3  A Oh, okay.  Well, then I can't see anyone, but ...
 4  Q Well, if you want to look on the paper, that's fine
 5    too.
 6  A Okay.
 7  Q Yeah.  So here I think you talk about the evidence
 8    base supporting the recommendations of the WPATH
 9    standards of care.
10  A Uh-huh.
11  Q You see that?
12  A Yeah.
13  Q All right.  What do you mean by the "evidence
14    base"?
15  A So WPATH contracted with Johns Hopkins University
16    and people who are expert at doing systematic
17    reviews and kind of compiled an evidence base of
18    the literature related to transgender people and
19    gender dysphoria.  And so that provided an evidence
20    base, in addition to, you know, all of the experts
21    who participated in the process.
22  Q The Johns Hopkins systematic review, was that
23    published with the SOC 8?
24  A Yeah, there were some publications that came out of
25    that.  I believe Baker, et al., was one, a
```

Page 81

1   systematic review of hormones, for example.  There
2   were a couple systematic reviews of surgery that
3   were published separately.
4 Q Anything with respect to children?
5 A No, I don't think they published a systematic
6   review for children.
7 Q Is the -- so is it not true or -- I guess I'm
8   trying to figure out if it's fair to say that the
9   SOC 8 recommendations for children are supported by
10   an evidence base and a systematic review of
11   evidence.
12      MR. STRANGIO:  Object to form.
13 A Well, everyone who was involved in writing
14   Standards of Care 8 did receive a very voluminous
15   document of kind of a systematic review of the
16   literature, and I'm not sure if you're referring to
17   the adolescent chapter as opposed to the child
18   chapter, but certainly, you know, when you look at
19   that chapter, it makes reference to -- you know, to
20   the literature related to the treatment of
21   adolescents.
22 Q But that literature itself did not go through a
23   systematic review for purposes of SOC 8?
24 A Well, there was a systematic review, meaning that
25   reviewing the literature, and there was kind of a

Page 82

1   big database from that that was available for the
2   authors of the various chapters.
3 Q With respect to adolescents?
4 A Yeah.  I mean, there was -- I don't know whether
5   there was a specific systematic review of
6   adolescents because I wasn't on that chapter, but
7   there was a very broad systematic review of the
8   literature relating to gender dysphoria more
9   generally because there was this large kind of
10   database that made reference to a voluminous number
11   of studies on different subjects related to
12   transgender health.
13      But my focus in Standards of Care 8 was the
14   mental health chapter.  And some chapters had
15   specific systematic reviews.  I think maybe
16   hormones, surgery, endocrinology surgery, had
17   specific systematic reviews that were presented to
18   them, and then some of those got published.  But
19   there was also this kind of broader database of
20   literature that was available to people generally.
21 Q That was -- was that broader database of
22   literature, did that constitute a systematic
23   review?
24 A Well, that's a good question.  It was -- it was a
25   few years ago when -- even though it just got

Page 83

1   published last year, when we did our mental health
2   chapter, but -- so I think that there were only
3   certain chapters where there was a specific
4   systematic review for that chapter, but then there
5   was kind of a broader database of studies that
6   could be utilized, you know, by any of the authors
7   of any of the other chapters to kind of assist them
8   in -- you know, with the literature related to that
9   chapter.
10 Q So the last sentence of this paragraph 35 says,
11   "The evidence base supporting the recommendations
12   in the WPATH standards of care is comparable to the
13   evidence base supporting treatment for other
14   conditions."
15      Do you see that sentence?
16 A Uh-huh, yeah.
17 Q I'm wondering what other conditions you're
18   referring to.
19 A So when you look broadly at the evidence base that
20   we use to support our clinical decisions,
21   there's -- sorry, all the lights went out again.
22      When you look broadly at the base of evidence
23   that we make clinical decisions on, there is a
24   broad range of types of studies, of means of
25   information, and I think that's true in different

Page 84

1   fields of health where we are using the information
2   that we have and our clinical experience to best
3   guide us in terms of care.
4      And I think about, for example, in taking care
5   of adolescents who need psychiatric medications,
6   most psychiatric medicines have only been
7   demonstrated effective in adults and yet we
8   sometimes use them in adolescents because that's
9   all the information that we have.
10      So we don't always have perfect information,
11   but we try to utilize the information that we have
12   with our clinical experience to make the best
13   treatment choices, and I think that is kind of true
14   in different fields, different aspects of providing
15   clinical care.
16 Q Anything besides psychiatric medications for
17   adolescents that comes to mind?
18 A Well, you know, when you're talking about
19   systematic -- if you're talking about systematic
20   reviews, you know, the fact is that kind of studies
21   of the database of systematic reviews have shown
22   that most systematic reviews -- you know, earlier I
23   mentioned the GRADE, the GRADE scores for a
24   majority of medical interventions are low or very
25   low in terms of the certainty of the recommendation

Page 85

1  for an intervention.
2      And so it's common for most of the conditions
3  that we provide care for that -- that we're dealing
4  with an imperfect knowledge base of information,
5  but where there's evidence and we're combining that
6  with our clinical experience to try to make the
7  best treatment decisions.
8  Q  Well, and you've mentioned specifically psychiatric
9     medications for adolescents, and I'm wondering if
10    there's any other specific area that comes to mind.
11 A  Well, like I was looking at the grading of a
12    systematic review for psychotherapy for people who
13    have been given a terminal cancer diagnosis, and
14    the GRADE score was low certainty for that.  And
15    yet, you know, if I had a patient who was, you
16    know, just given that diagnosis, it seems like I
17    would, you know, at least, you know, recommend that
18    they, you know, might consider getting counseling
19    as they're trying to grapple with the realities of
20    dying.
21      So, you know, I think these are kind of issues
22    for all kinds of conditions, and we, as doctors,
23    and I think especially in mental health, but I
24    think even in other areas, don't always have kind
25    of perfect guidance from, you know, a number from a

Page 86

1  study or a radiographic, you know, image that
2  demonstrates something.  And yet we -- you know, we
3  make clinical decisions based on the knowledge that
4  we have from both studies and our clinical
5  experience.
6  Q  And you've mentioned psychiatric medications for
7     adolescents, psychotherapy for those with a
8     terminal cancer diagnosis.  Any other areas that
9     come to mind?
10 A  Well, as I said, I think if we're talking about
11    systematic reviews of medical interventions, the
12    majority of medical interventions that are done
13    have low or very low certainty for that
14    recommendation.  So I think that this is just very
15    common in -- you know, in healthcare that this is
16    an issue.
17 Q  So nothing else specific comes to mind?
18 A  Those were some specific examples that came to
19    mind.
20      MR. FISHER:  All right.  Let's mark our next
21    exhibit.  What are we up to now, 7?  And Shawn,
22    this is the -- you'll find this probably under
23    No. 19 in the list you got.  It says, "Endocrine
24    Treatment of Gender-Dysphoric/Gender-Incongruent
25    Persons: An Endocrine Society Clinical Practice

Page 87

1  Guideline."
2      (Deposition Exhibit 7 marked.)
3  Q  Doctor, do you recognize this document?
4  A  Yes.
5  Q  What is this document?
6  A  This document is the -- I assume it's the 2017
7     Endocrine Society guidelines for treatment of
8     gender dysphoria.
9      MR. FISHER:  Shawn, let's scroll down to the
10    bottom so he can see the 2017 so he can just
11    confirm that.
12 Q  Doctor, does that confirm this is the 2017 version?
13 A  Yeah, yes.
14 Q  Great, terrific.
15      All right.  So tell me what the function of
16    this document is.
17 A  So this was a group of experts from the Endocrine
18    Society who put together practice guidelines for
19    gender dysphoria from the perspective of
20    endocrinologists.
21 Q  Do you use this document in your practice?
22 A  Yes.  I would say now maybe Standards of Care 8
23    more than this because this was in 2017.  And there
24    was a particular time where it was particularly
25    useful because it was more up to date than the 2011

Page 88

1  Standards of Care 7.  But now, you know, we do have
2  Standards of Care 8 that includes, you know, an
3  endocrine chapter that just came out last year.
4  Q  What -- is this document, these clinical practice
5     guidelines, are they supported by a systematic
6     review of literature?
7      MR. STRANGIO:  Object to form.
8  A  Yes.
9  Q  And did it follow the GRADE standard, that
10    systematic review?
11 A  Yes.
12 Q  Where is that systematic review published?
13      MR. STRANGIO:  Object to form.
14 A  So the -- well, you can scroll up or down to see
15    where it --
16 Q  Is it -- you say it's --
17 A  -- the paper where it's published.
18 Q  Yeah.
19 A  So -- so the Journal of Clinical Endocrinology and
20    Metabolism, November 2017.
21 Q  So this is itself, you're saying, a systematic
22    review of literature?
23 A  Well, it -- my recollection of this document is
24    that it was based on a systematic review of the
25    literature, so yes, it's a publication that has as

Page 89

1   its basis a systematic review.  And I think it
2   includes GRADE scores as part of that.
3 Q  **And I guess I'm wondering where -- the systematic**
4   **review itself, is it available so that researchers**
5   **can examine the literature that was part of that**
6   **systematic review?**
7      MR. STRANGIO:  Object to form.
8 A  So I think that the -- if you keep on scrolling on
9   this document, that they -- that the systematic
10  review is discussed.  They have a part where
11  they -- well, see where they have the -- so they
12  say that there's a systematic review, and then they
13  have a -- I think a GRADE score for kind of
14  certainty of a particular recommendation.
15     MR. FISHER:  Chase, do you have the full
16  document?  I wonder if it would be easier for the
17  doctor to just look at it, scroll through it
18  himself, and tell us where he's talking about.
19 A  See there, it says, "commission systematic review."
20 Q **There we go.  Yep.**
21     MR. STRANGIO:  I have handed him the paper,
22  the printed version, but it sounds like we're in
23  the spot on the screen as well.  So I don't know if
24  that's useful, but ...
25 A  Okay.  Yeah, where it says "commission systematic

Page 90

1   review," and it describes a -- the two systematic
2   reviews that they did as part of this -- you know,
3   the endocrinology literature.
4 Q  **But does it tell us what literature was included in**
5   **that systematic review versus what literature was**
6   **not included?**
7 A  It says 29 eligible studies, and typically it will
8   have like a CRISMA -- it'll have some listing of
9   what was included and what wasn't, but I don't know
10  where that is.
11 Q **There's a table at the end that says, "References."**
12 A  Yeah, there's references, but there's also a
13  particular kind of little graph, but systematic
14  reviews sometimes use, of all the papers that were
15  included among the 29.  But I'm not sure if -- I'm
16  not sure if that's there or not.
17 Q **And if you could flip through it, either on the**
18   **screen here or the copy Mr. Strangio has, and tell**
19   **us whether that is included here.**
20 A  So I see a lot of data about their recommendations
21  and references, but I don't see a specific listing
22  of the -- sometimes they do list that -- which the
23  studies that were included and those that were
24  excluded, and I don't see that as part of this.
25 Q **Well, without a listing of what was included and**

Page 91

1   **what was excluded, is this properly understood to**
2   **be a systematic review?**
3      MR. STRANGIO:  Object to form.
4 A  Well, it says a systematic review was done, but
5   what was published here is -- are the clinical
6   practice guidelines where the systematic review
7   was -- the systematic reviews, there were two of
8   them, were used as a basis for the recommendations
9   that they made.
10 Q **If somebody wanted to go and analyze the studies**
11  **that were included versus those that were excluded**
12  **that, you know, formed the systematic review that**
13  **supports this document, where would they go to find**
14  **that?**
15 A  If I wanted to do that, I would probably contact
16  the author.  But maybe there is -- I don't know if
17  there is anything in the paper that says where to
18  find the 29 that were included versus those that
19  were excluded.
20     It's possible that they were published
21  separately, like -- you know, like a few of the
22  WPATH systematic reviews that were separately
23  published, but I don't know.
24     MR. STRANGIO:  Okay.  Mr. Fisher, we're at
25  12:10 here.  Do you want to break for lunch now or

Page 92

1   do you want to finish with this document?
2     MR. FISHER:  Yeah, just give me a second,
3  Chase.  Well, we can -- I just want to see if I've
4  got anything else on this or WPATH before we break,
5  but probably here in just a minute.
6     MR. STRANGIO:  Yeah, sounds good.
7 Q **Oh, Doctor, I'm not sure we have to go back and**
8   **look at it, but with reference to WPATH 8, my**
9   **understanding is that it removed the minimum age**
10  **limit for a child to take puberty blockers,**
11  **cross-sex hormones, or have gender transition**
12  **surgery.**
13    **Are you aware of that change?**
14    MR. STRANGIO:  Object to form.
15 A  So there was no difference for puberty blockers,
16  because there's not an age.  It's Tanner stage 2.
17  And there was a prior version of the adolescent
18  chapter that included ages for -- recommended ages
19  for hormones, chest surgery, I think, and
20  vaginoplasty.  And then in the end, because it's a
21  consensus document and there wasn't consensus on
22  those ages, it was left to clinical judgment and
23  there weren't specific ages that were put.
24     But they did state that any interventions
25  should be age appropriate and that the adolescent

1  should have the maturity to not only -- to get the
2  procedure, but to have the kind of cognitive
3  understanding to assent to the procedure with the
4  consent of the parents of the adolescent.  And so,
5  but without -- without saying specific age except,
6  I think, they kept the specific age for
7  phalloplasty at 18.
8  Q  Did you agree with that change?
9  A  So I wasn't part of the process.  I wasn't directly
10   involved in the adolescent chapter in terms of
11   writing it or in terms of the -- you know, I wasn't
12   involved in terms of the Delphi process, and there
13   was a time -- a part of commenting on every
14   chapter, but I wasn't a part of the change of
15   changing the age recommendations.
16      I do think that there's strength in the
17   document in there being consensus and that with any
18   group of care providers, there, you know, are
19   differences of opinion.  And I still think that
20   there's a principle of -- you know, of responsible
21   care.
22  Q  Do you think it's appropriate to prescribe hormones
23   to adolescents?
24  A  Yes, I think for adolescents for whom it's
25   clinically indicated, you know, yes, I think

1  gender-affirming medical care can be appropriate.
2  Q  What about surgery?
3  A  So the one surgery that patients of mine have had,
4  while minors, has been masculinizing surgery for
5  people assigned female at birth, and so --
6  masculinizing chest surgery.  So there are some
7  adolescents who have -- assigned female at birth
8  who have very strong gender dysphoria about --
9  around their chest, and it sometimes is appropriate
10   to -- and patients sometimes receive great benefit,
11   from having chest surgery.
12      I haven't recommended for my patients who are
13   adolescents having genital surgery before the age
14   of 18, but I think that there could be
15   circumstances for vaginoplasty of families wanting
16   to have that surgery perhaps at age 17 before the
17   young person goes away to college so that they can
18   be with their family to receive supporting care
19   during the healing process and then go off to
20   college after surgery.
21      So that would be for someone who is quite
22   mature and where a determination was made that that
23   was, you know, appropriate.  So I can see that
24   there could be a few circumstances, but generally
25   I'm not recommending genital surgery for minors.

1  Q  Why not?
2  A  So I think that it is -- that generally it is
3  appropriate for them to reach a particular level of
4  maturity to -- that, particularly, genital surgery
5  does have some -- depending on the surgery, does
6  have processes that people have to be able to
7  participate in where having that extra maturity
8  would be helpful.  And it also is, you know, maybe
9  reaching, you know, an age, you know, of consenting
10   for those procedures.
11      So I think that there can be circumstances
12   where genital surgery for minors could be
13   appropriate, you know, if there's individual -- an
14   individual assessment of a good reason for it.  In
15   my practice, I haven't recommended it.  And the one
16   surgery that I have supported people in getting is
17   chest surgery for when people have very significant
18   dysphoria about their chest.
19  Q  I want to make sure I understand what's involved in
20   each of these.  So chest surgery, what does that
21   entail?
22  A  So that is -- it involves a mastectomy and a male
23   chest reconstruction or, you know, to have a
24   male-appearing chest after removing -- removal of
25   breast tissue, and so that's what I meant by

1  masculinizing chest surgery for people assigned
2  female at birth.
3  Q  And then you also mentioned vaginoplasty?
4  A  Yes.
5  Q  What does that entail?
6  A  Vaginoplasty is genital surgery for trans women.
7  Q  And what does it require?
8  A  Well, it is a surgery that includes orchiectomy and
9  creation of a neovagina typically, although for
10   some people only have kind of an external vulva
11   created by the surgeon.  So that's what -- what
12   happens when somebody receives a vaginoplasty.
13  Q  I'm sorry, what is an orchiectomy?
14  A  That's removal of the testes.
15  Q  What about the penis?
16  A  So the penis most commonly is inverted and is used
17   in the creation of a neovagina.  The glans penis
18   becomes the clitoris, and the -- some of the skin
19   from the penis is inverted after removal -- after
20   replacement of the glans penis and reduction in
21   size to be the clitoris, the remaining -- the skin
22   from the shaft of the penis is inverted and becomes
23   the vaginal canal.
24      MR. FISHER:  Okay.  I think that's a good
25   place to break for lunch.

Page 97

1      (Lunch recess taken.)
2      MR. FISHER:  All right.  Let's mark our next
3   exhibit.  So I think this will be 8, if my count is
4   right.  And this is going to be -- Shawn, you'll
5   find this probably under No. 21 on that list.  This
6   is the Recommendation of the Council for Choices
7   document.
8      (Deposition Exhibit 8 marked.)
9   BY MR. FISHER:
10  Q   Doctor, do you recognize this document?
11  A   Yes.
12  Q   Can you tell me what this document is?
13  A   It is recommendations from a government healthcare
14      agency in Finland.
15  Q   And what are those recommendations?
16  A   You'll have to show them to me.  I can't list them.
17  Q   All right.  Do you have a -- have you read this
18      document before?
19  A   Yes.
20  Q   Okay.  Did you mention --
21  A   It was a while back.
22  Q   Oh, okay.
23  A   I think -- yeah, several -- yeah, it was at least a
24      few months ago.
25  Q   Did you mention this document or cite this document

Page 98

1       anywhere in your report?
2   A   No, I don't think so.
3   Q   So let's go over to page -- well, it's under No. 7.
4       It's under "Conclusions."  And do you see, Doctor,
5       it looks like it's the one, two, three, fourth
6       paragraph down, and it says, "In light of available
7       evidence, gender reassignment of minors is an
8       experimental practice."
9           You see that statement?
10  A   Yes.
11  Q   Do you agree with that statement?
12  A   No.
13  Q   Why not?
14  A   So I assume they mean treatment of gender dysphoria
15      of minors, and I think that that is something that
16      has -- people have been providing gender-affirming
17      care for minors for decades, and there is both
18      evidence of efficacy and clinical experience, and
19      that's why I don't think it's experimental.
20  Q   Okay.  Let's go down later in that paragraph.  It
21      says -- and this, I think, is the penultimate
22      sentence of the paragraph.  "Information about the
23      potential harms of hormone therapies is
24      accumulating slowly and is not systematically
25      reported."

Page 99

1           Do you see that sentence?
2   A   Can you tell me which paragraph that's in?
3   Q   Oh, it's in the same paragraph.
4   A   I see it now.  Sorry.  I jumped down to the next
5       paragraph.  Okay.
6   Q   So you see that sentence, and I'm wondering if you
7       agree with that sentence.
8   A   Let me read it.  So the sentence says, "Based on
9       studies examining gender identity in minors,
10      hormonal interventions may be considered before
11      reaching adulthood in those with firmly established
12      transgender identity but it must be done with a
13      great deal of caution and no irreversible treatment
14      should be initiated," which I assume they're
15      referring to surgery.
16          "Information about potential harms of hormone
17      therapies is accumulating slowly and not
18      systematically reported."  I'm not -- I don't know
19      what that means, so I can't agree with that.
20          I would say that in this statement, they're
21      saying that they are continuing to provide
22      gender-affirming care to minors, just doing it more
23      cautiously.
24  Q   Okay.  Let's go back a couple of pages under No. 5,
25      where it says, "Risks, Benefits and Uncertainty."

Page 100

1   A   I'm sorry, paragraph No. 5 of this same page?
2   Q   Yeah.  No, no, I'm sorry, it's Section 5 of the
3       study.  I'm sorry.  A couple pages back.
4   A   Can you -- I only am looking at the screen, so can
5       you --
6           MR. FISHER:  Shawn, can we go ...
7   Q   So here I'm looking down at the last paragraph,
8       where it says, "The effect of pubertal suppression
9       and cross-sex hormones on fertility is not yet
10      known."
11          Do you see that sentence?
12  A   Yes.
13  Q   Do you agree with that sentence?
14  A   Well, there are things that are known and things
15      that are not known.  I was -- when I was scanning
16      down there, I got stuck on the previous paragraph
17      where it says, "This study found that during
18      cross-sex hormone therapy, problems in these areas
19      did not decrease," and I know the study they're
20      referring to, and I think they were -- they are
21      mischaracterizing the study, so -- which, actually,
22      I think showed substantial benefits from cross-sex
23      hormones.  So it just makes me wonder about the
24      bias of the person writing this.
25          But anyway, I think that there are fertility

Page 101

1 concerns about pubertal suppression, particularly
2 if done very early. And, you know, so I agree that
3 this concerns why, in Standards of Care 8, part of
4 the recommended process, with informed consent for
5 care, is fertility counseling. And that is kind of
6 listed again on the summary of recommendations for
7 care, because people need to, you know -- certainly
8 need to know that it's a consideration.
9 Q Now, as I understand it, one of those
10 recommendations -- so, yeah, let's go to page 10,
11 right before Section 9.
12 A So I don't have the paper, so I'll have to see it
13 up here.
14 Q All right. So I'm looking at the paragraph right
15 before Section 9. It says, "Surgical treatments
16 are not part of the treatment methods for dysphoria
17 caused by gender-related conflicts in minors."
18 And I'm wondering if you -- I guess what your
19 reaction is to that statement.
20 A So I'm aware from having read this -- there is a
21 paper from Finland that showed very strong benefits
22 with gender-affirming care with -- in mental health
23 with hormones, and from that I could see the
24 protocol in Finland, which was that they would
25 start hormones at age 16 and then, but they --

Page 102

1 surgery, from their, you know, prior protocol as
2 well, was reserved for adults within their national
3 health system.
4 And so I think that that's reflecting the
5 government national health system, that they can
6 get puberty blockers at Tanner stage 2, hormones at
7 16, and surgery at 18, if you want to get those
8 things, you know, fully paid for through the
9 national health system.
10 MR. FISHER: All right. Let's go to what
11 we'll mark as Exhibit 9. It's, I think, under
12 No. 22 on your list, Shawn. It's "A systematic
13 review of hormone treatment for children."
14 (Deposition Exhibit 9 marked.)
15 Q Doctor, are you familiar with this paper?
16 A I have seen this paper. It was only published very
17 recently, so I have just scanned it briefly.
18 Q Oh, so you haven't had a chance to fully digest the
19 paper?
20 A Well, I have a -- I have a sense of it. So you can
21 ask me specific questions and, you know, show me
22 what you're referring to on the paper, and then I'm
23 happy to respond.
24 Q All right. What is your sense of this paper?
25 A Well, it's a systematic review. It was a

Page 103

1 systematic review that, I think, was maybe meant to
2 support some recommendations for care of minors in
3 Sweden. And I think this systematic review was
4 previously just available in Swedish, but it's now
5 just been published in English.
6 Q Let's turn over --
7 MR. FISHER: Shawn, let's go over to page 4
8 under -- this will be under 3.3, Section 3.3.
9 There we go.
10 Q So I guess, Doctor, I mean, as a systematic review,
11 this is -- as I understand it, at least, this --
12 the authors of this paper have made available --
13 you know, they've disclosed the studies they
14 included and the studies that they excluded.
15 A Uh-huh.
16 MR. STRANGIO: Object to form.
17 Yes, Doctor, go ahead.
18 A I take your word for it, but again, I've only kind
19 of scanned this paper quickly because it was just
20 published.
21 Q Okay. Well, so we have under 3.3, there's a
22 discussion of studies that examined psychosocial
23 outcomes and cognitive effects, and, you know, it
24 enumerates them briefly in the first paragraph.
25 And in the second paragraph it talks about the -- I

Page 104

1 guess, you know, what reaction these authors had to
2 those papers.
3 And it says, "Because these studies were
4 hampered by small number of participants and
5 substantial risk of selection bias, the long-term
6 effects of hormone treatment on psychosocial health
7 could not be evaluated. Of note, the above studies
8 do not allow separation of potential effects of
9 psychological intervention independent of hormonal
10 effects."
11 What do you -- what is your reaction to that
12 statement?
13 A So I think it's very difficult to draw conclusions
14 on complex interventions with graded systematic
15 reviews, and so it's not surprising that -- you
16 know, that limitations would be found. I would
17 just add that for systematic reviews of complex
18 interventions that it really is the norm for there
19 to be really significant issues in terms of in the
20 systematic reviews. So it's -- I don't think
21 transgender health is an outlier in that regard,
22 but it's also not a surprising conclusion.
23 But I would say, the additional thing that I
24 would say is even if this is what they found on a
25 systematic review, which was bringing down 10,000

1 articles down to 24 and seeing if they, you know,
2 could have a statistically significant effect from
3 those 24, even if that's what they found, that
4 doesn't mean that there aren't, you know, a number
5 of studies that have shown psychosocial improvement
6 with hormone treatment and that our clinical
7 experience has also been that hormone treatment for
8 those people who need treatment of gender dysphoria
9 can have dramatically positive effects.
10      So I think there's a limitation in just, you
11 know, using this particular kind of analysis, but
12 it's not a limitation that is restricted among the
13 medical interventions that we do, you know, all the
14 time.  It's not necessarily restricted to
15 transgender health, and it's not fully reflective
16 of, you know, our experience of -- you know, and
17 the number of studies that have shown a benefit
18 from hormones for gender-affirming care.
19 Q  **So is this study, in your view, relevant to your**
20 **consideration of safety and efficacy for hormone**
21 **treatment for minors?**
22      MR. STRANGIO:  Object to form.
23 A  So, you know, WPATH, certainly, and others have
24 used, you know, systematic reviews.  They can be
25 helpful.  I'm not sure about a -- there was a

1 government process that I'm somewhat skeptical
2 about, but I would need to read the article further
3 to draw more conclusions on its utility.
4 Q  **Were you aware of this paper when you wrote your**
5 **declaration for this case?**
6      MR. STRANGIO:  Object to form.
7 A  This paper had not been published when I wrote my
8 declaration.
9 Q  **I see.  Okay.**
10 A  It was only -- it was published three weeks ago.
11      MR. FISHER:  Okay.  So let's mark Exhibit 10.
12 And this one, Shawn, you'll find, I think, at
13 No. 23 on your list.  It says, "Evidence review:
14 Gonadotrophin releasing hormone analogues."
15      (Deposition Exhibit 10 marked.)
16 Q  **Doctor, do you recognize this paper?**
17 A  Yes.
18 Q  **All right.  What do you understand this paper to**
19 **be?**
20 A  My recollection is that it's a systematic review of
21 effects of GnRH agonists in treatment of
22 adolescents with gender dysphoria.
23 Q  **And have you read this paper before?**
24 A  Yes, but it's been a little while.
25 Q  **All right.  So let's turn -- well, actually, my**

1 **first question is, did you cite this or -- this**
2 **paper in your declaration in this case?**
3 A  No.
4      MR. FISHER:  Let's turn to page 40 of the
5 document, please, Shawn.  Let's make that just a
6 little bit bigger, if we can.  Scroll down just a
7 little bit.  Thank you.
8 Q  **So, Doctor, under the header of 6, where it says**
9 **"Discussion," the first sentence says, "A key**
10 **limitation to identify the effectiveness and safety**
11 **of GnRH analogues for children and adolescents with**
12 **gender dysphoria is the lack of reliable**
13 **comparative studies."**
14      **Do you see that statement?**
15 A  Yes.
16 Q  **Do you agree with that statement?**
17 A  Well, my opinion, a little bit, is a little
18 different about GnRH analogues.  I think there's --
19 evidence is very strong that they work in terms of
20 stopping puberty.  The question is when you have
21 studies that are looking for more than that, you
22 end up with this complex intervention -- complex
23 outcome where it's more difficult to find high
24 certainty evidence on a systematic review.
25      So I think that the evidence is very strong

1 that if you give somebody a puberty blocker, it
2 will block -- it will effectively block their
3 puberty.  The question is, you know, what other
4 outcomes, you know, should you be looking for in --
5 you know, in those patients.
6 Q  **So then the next paragraph says, "The studies**
7 **included in this evidence review are small,**
8 **uncontrolled observational studies, which are**
9 **subject to bias and confounding, and are of very**
10 **low certainty as assessed using modified GRADE."**
11      **So what about that sentence -- I mean, I guess**
12 **I'm wondering, first of all, if you've studied this**
13 **enough to know what studies were included in the**
14 **systematic review to be able to assess that**
15 **statement.**
16 A  Yeah, I --
17      MR. STRANGIO:  Object to form.
18 A  I don't recall which ones were included or excluded
19 in this study.  Again, a systematic -- systematic
20 reviews of complex interventions, and especially
21 when you're looking for a mental health outcome,
22 that those -- that you never get high certainty on
23 GRADE.  There was a study where no GRADE for
24 systematic reviews of any interventions, that were
25 complex interventions, showed a high certainty and

Page 109

1   that most -- even most overall GRADE scores for
2   systematic reviews of medical interventions are low
3   or very low certainty.
4        So it's -- you know, of course more of it is
5   the better, and there is a little bit more, a
6   little bit larger study that's come out after this,
7   but it's not, you know, surprising that doesn't get
8   a high GRADE score.
9        MR. FISHER:  All right.  Let's mark the next
10  one.  So this will be Exhibit 11, and this is --
11  should be the next document, Shawn, "Evidence
12  review:  Gender-affirming hormones for children and
13  adolescents with gender dysphoria."
14       (Deposition Exhibit 11 marked.)
15 Q  Doctor, do you recognize this document?
16 A  Yes.  Again, it's been a little while since I've
17  reviewed it, but yes.
18 Q  What do you understand this document to be?
19 A  That it provided a systematic review of
20  gender-affirming hormones for adolescents with
21  gender dysphoria.
22 Q  So if we go over to page 13, please, under the
23  header of "Discussion," the third paragraph down.
24  So the third paragraph down, it says, "The included
25  studies have relatively short follow-up, with an

Page 110

1   average duration of treatment with gender-affirming
2   hormones between 1 year and 5.8 years."
3        I'm wondering if you know of any studies that
4   have done follow-up beyond six years.
5 A  Well, the Dutch presented some of their data in
6   Montreal, because they have been following
7   people -- they've continued to follow people, and
8   so I think there is more that is -- you know, is
9   coming out.  The largest multicenter study in the
10  United States is still presenting, you know, two
11  years' worth of data just because, you know, it
12  takes time to -- from the initiation of a study to,
13  you know, its completion.
14       The Dutch group has been doing this work for
15  the longest, and so they have the longest
16  experience.
17 Q  The Montreal data that you referenced, do you know
18  when that will be published?
19 A  No.  But they have continued to publish -- they
20  have continued to publish data.  I'm not sure what
21  the longest number is, but they are continuing to
22  follow patients, and they, you know, have been
23  providing gender-affirming care for minors for many
24  years now.  So I think they have the best chance of
25  publishing, you know, more long-term effects.

Page 111

1        They have published long-term data with
2   adults, but if you're talking about minors, it's --
3   I think, you know, most of the data is of shorter
4   duration.  Although six years is still a long time.
5   There was a study in the U.S. where -- from
6   University of Virginia where they actually went
7   back and found patients who had been part of their
8   gender program 40 years ago and found, among the 15
9   people they could still find 40 years later, that
10  people had, you know, very positive effects.
11       So it's not that there's an absence -- you
12  know, full absence of long-term care.  Those
13  patients in Virginia, when last seen, were adults,
14  although I think some people had started their care
15  as minors, but it was a follow-up of those who had
16  received surgery as adults.
17 Q  So I'm wondering with respect to these last two
18  documents, the two British systematic reviews, do
19  you recall having any concerns about the papers
20  selected when you read these, when you studied
21  these documents before?
22       MR. STRANGIO:  Object to form.
23 A  I don't recall which papers were selected or not
24  selected.  Here I would have to review the
25  document, but I think that -- that I do have

Page 112

1   concerns about just that when systematic reviews
2   are used supporting banning gender-affirming care
3   when I don't think that was the purpose or even the
4   purpose in -- for example, in the United Kingdom,
5   of using them.  All of the European countries are
6   still providing gender-affirming care to minors,
7   even if there have been processes that might make
8   access to care less than optimal.
9 Q  Do you find these systematic reviews, the British
10  ones in particular, are they relevant for your
11  consideration about the safety and efficacy of
12  either puberty blockers or hormone treatment?
13 A  You know, I'm not discounting them, and I would say
14  that the conclusions drawn were continuing
15  gender-affirming care in the United Kingdom, even
16  though they, you know, have had -- have had
17  problems with access, they were not proposing as a
18  conclusion of the Cass support to ban
19  gender-affirming care, they were actually talking
20  about expanding the number of clinics that provided
21  gender-affirming care for minors.
22 Q  So you do find them relevant, then?
23       MR. STRANGIO:  Object to form.
24 A  Relevant in terms of, you know, there's a larger
25  database of publications and, you know, they exist

Page 113

1    in that context yes.
2  Q  Let's go back to your declaration, which is
3     Exhibit 4.  And I want to look at paragraph 47.
4     There we go.  Okay.
5        Doctor, you make two statements in paragraph
6     47, if you could just look at them, just refresh
7     your recollection for a second.
8  A  Uh-huh.
9  Q  And you don't have any inline citations here, and
10    I'm wondering if you -- if this is just meant to be
11    an introduction to what follows or if these are
12    supposed to be standalone statements about evidence
13    that -- for which there's support that you can
14    cite.
15 A  So I think I did a briefer statement here than I
16    sometimes have.  There is a little more detail in
17    the pages to follow, and so I think in between here
18    and page 16 there are more citations.  But, you
19    know, I'm happy to talk about, you know, whatever
20    you want to ask about.
21 Q  Sure.  Great.  All right.  Well, let's go to 49.
22    And there we go.
23       So here in 49 again you have a series of
24    statements and no inline citations, and I want to
25    know what studies support each of these statements.

Page 114

1  A  So, well, unlike 47 when, you know, we could
2     discuss the articles involved, 49, I was talking
3     about my own clinical experience.
4  Q  Well, 49, the first sentence says, "The studies on
5     gender-affirming care for adolescents with gender
6     dysphoria are consistent with decades of clinical
7     experience of mental health providers across the
8     U.S. and around the world."
9        So I'm wondering what studies you're talking
10    about.
11 A  Yeah, and so -- you know, we could talk about --
12    and there are a number of studies.  Luke Allen's
13    study from Kansas City Children's.  They did --
14    where it was a series where people received --
15    adolescents received gender-affirming care showed
16    mental health benefits.
17       There's the large multicenter study that was
18    published by Diane Chen where there was improvement
19    of body congruence, and there was improvement in
20    mental health outcomes with hormones.  There's the
21    Tordoff study where they were comparing people who
22    had received puberty blockers and hormones with
23    people who -- in that same clinic who hadn't
24    received care yet and -- but over the course of the
25    study did.

Page 115

1        And when you do the statistical analysis to
2     compare before people got care to those who did
3     receive gender-affirming care showed significant
4     improvements in mental health outcomes.  And then
5     there's all the Dutch data where they've shown
6     mental health improvements with gender-affirming
7     care in adolescents.
8  Q  The third one you mentioned, Tordoff, did you say?
9  A  Tordoff.
10 Q  Can you spell that for me.
11 A  T-O-R-D-O-F-F.
12 Q  Okay, great.  Is that cited in your -- I guess your
13    Appendix B or Exhibit B?
14 A  You know, I was just looking and realizing, even
15    though it wasn't cited, I cited Inwards-Breland,
16    which was the same study, but that was -- before it
17    was published, that was when -- from the abstract
18    at American Academy of Pediatrics.  And then it was
19    under a different author, it was published and is
20    missing maybe.  In editing my statement, I didn't
21    include -- it looks like I didn't include Tordoff.
22    I sometimes have.  And so then it didn't -- I must
23    not have gotten it into the bibliography.
24 Q  Okay, I just want to make sure I understand.  Is
25    Inwards-Breland the same study or under a

Page 116

1     different --
2  A  Yeah.  It's the same study, it was just -- it was
3     presented at a couple of conferences.  I saw one of
4     the times it was presented, and there was a
5     published abstract.  And so that was just based on
6     that published abstract.  But then later it did get
7     published, but under a different name, under a
8     different first author.
9  Q  Okay.  All right.  And then the rest of paragraph
10    49 is you're talking about your clinical
11    experience, as I understand it.  And then in 50 you
12    have a series of statements, and I'm wondering, is
13    this about clinical experience or is this based on
14    studies as well?
15 A  So I think it's both.  I think in -- there's,
16    certainly, from the Dutch studies, as well as the
17    American studies, benefits do outweigh the risks.
18    It's not that there have been no adverse outcomes,
19    but I think the conclusion of various papers have
20    been that benefits outweigh the risks for
21    treatment.
22 Q  Can you give me the specific studies that you're
23    thinking of there?
24 A  So I think that the ones that I just cited --
25    Allen, Chen, Tordoff -- all showed benefits of

Page 117

1   care.  Then the various Dutch studies, including
2   de Vries, also -- you know, certainly de Vries 2014
3   Pediatrics showed great benefit from care.  There
4   was one adverse outcome in that study from
5   complications of surgery on one patient, but -- but
6   overall the study showed great benefit for the
7   patients in that study.
8 Q  Any others?
9 A  Well, I think if you -- you can look at -- you can
10  look at the -- at a number of the -- the Dutch have
11  published a number of studies with benefit.  I
12  think the systematic review that was part of
13  Standards of Care 8 that Baker, et al., authored
14  showed benefits.  It included, I think, a couple
15  adolescent studies, but mostly adults in the
16  systematic review.  So I think that there have been
17  a number of studies that have shown benefit --
18  benefits from care.
19 Q  Okay.  The Baker that you just mentioned, is that
20  cited in your Exhibit B?
21 A  Let's see.  No.  Again, I think that this was maybe
22  a shorter declaration because I have cited it in
23  other declarations, but it may have been for the
24  sake of brevity in this particular one that that
25  wasn't cited.

Page 118

1 Q  So let's now go back to paragraph 47 now that we've
2   gone through 49 and 50.  And have we covered
3   everything that supports the statements in
4   paragraph 47 or are there additional studies that
5   support those statements?
6 A  Well, I told you some.  I didn't here do an
7   exhaustive review.  There is this Cornell What We
8   Know review that lists predominantly studies of
9   adults, but lists a pretty exhaustive review with
10  links to each study of outcome studies for
11  gender-affirming care from the 1990s through 2017.
12  And that has dozens of studies.  And their overall
13  conclusion was that gender-affirming care improved
14  quality of life and measures of mental health.
15 Q  I remember seeing the Cornell review.  Oh, is it --
16  yeah, I think we've got it.  Maybe it's -- I'm not
17  sure if it's in Exhibit B, but maybe it's cited
18  elsewhere in the paper.  But just tell me a little
19  bit about that Cornell review.  Is that a
20  systematic review?
21 A  It was a systematic review of papers that had
22  outcome measures for gender-affirming care, you
23  know, from the '90s through the time of
24  publication.
25 Q  And does it have a high GRADE score?

Page 119

1 A  And I don't think they used GRADE in that
2   publication.
3 Q  Okay.  Anything else that you want to point me to
4   that supports the statements in 47?
5 A  Well, those are what -- you know, those are some
6   studies that come to mind.  And there was -- I
7   guess if we're thinking of other studies, there
8   were a couple studies for chest surgery in
9   transgender youth, one by Jo Olson-Kennedy that
10  showed a substantial reduction in body incongruence
11  with chest surgery.  Those are kind of -- some of
12  the cites off the top of my head.
13 Q  Doctor, you mentioned one of the studies for both
14  paragraphs 49 and 50, a study by Luke Allen.
15 A  Yes.
16 Q  And I think we've got that.  It may not be in the
17  stuff that's been uploaded, though.
18      MR. FISHER:  Melinda, can you go ahead and
19  send that -- or maybe even post it in the chat or
20  something.  I don't know if that's something you
21  can do or if that's something maybe Shawn has to
22  do.
23      SHAWN WEYERBACHER:  If you could post that
24  document in the chat, then I could display that.
25      MR. FISHER:  Okay.

Page 120

1      MS. HOLMES:  I'm sorry, you said Allen.
2      MR. FISHER:  Yeah.
3      MS. HOLMES:  Could that be on No. 28, or are
4   we talking about a different study?
5      MR. FISHER:  Oh, is it in there?  Oh, maybe
6   not.  Maybe it's there.
7      SHAWN WEYERBACHER:  Is this it right here?
8      MR. FISHER:  Well, I think that's the one I
9   had my eye on, so thank you, yes.  Let's mark this
10  one now.  I don't remember now what we're up to
11  now.  I hope somebody does.
12      12.  I'm hearing 12.  Great, thank you.
13      (Deposition Exhibit 12 marked.)
14 BY MR. FISHER:
15 Q  Doctor, is this the Allen study that you were
16  referring to?
17 A  Yes.
18 Q  What was the sample size for this study?  Actually,
19  let's just start at a higher level question.
20      What is this study purporting to tell us?
21 A  So it was -- they looked at -- for youth who were
22  at this transgender clinic in Kansas City.  They
23  looked at mental health measures as it related to
24  the youth receiving gender-affirming hormones.
25 Q  What is -- what kind of a study is it?

Page 121

1  A  So it is -- well, it's a randomized control trial.
2     It's described as a longitudinal evaluation in the
3     study.
4  Q  Then how many people did it study?
5  A  It just says here 47 youth were assessed before
6     treatment and then at least three months
7     afterwards.
8  Q  At least three months.  About what was the -- do
9     you know what the -- I guess -- well, it says --
10    I'm not sure if it's -- does it tell us how -- what
11    the mean was for how many months they were
12    followed?
13 A  I don't recall.  One would have to, you know, look
14    at the study for that number.
15 Q  And is it accurate to say, from your understanding
16    of this study, that the patients that received the
17    medical intervention also received psychological
18    support?
19       MR. STRANGIO:  Object to form.
20 A  I don't recall what other interventions were
21    received or how -- you know, were received by those
22    youth.  So what kind of support they received or
23    didn't receive.
24       MR. FISHER:  Okay, great.  Melinda, do we have
25    Chen in the collection or should we post that one

Page 122

1     to the chat?
2        MS. HOLMES:  I don't know if we have a Chen
3     study at all.  It wasn't in the exhibits as far as
4     I saw.
5        MR. FISHER:  That's okay, I think I've got it
6     here.  Hopefully I can figure out a way to make
7     this available.
8        So Chen -- indeed, I don't see Chen in
9     Exhibit B.
10 BY MR. FISHER:
11 Q  Is Chen listed somewhere in Exhibit B, Doctor?
12 A  Oh, so Chen is not in my bibliography.  Again, I
13    think it may have been something kind of edited for
14    brevity, because I don't cite -- I don't do a
15    review of the studies and citations of the studies
16    in my declaration, though it's -- yeah, I don't --
17    you're asking about some of the studies for me to
18    form the opinions.  I didn't -- part of my
19    declaration wasn't an exhaustive list of -- you
20    know, of the research.
21 Q  Then you mentioned de Vries 2014.  Is that -- oh, I
22    think I see that at the bottom of page 2 of your
23    Exhibit B.  Is that the de Vries study you were
24    mentioning before?
25 A  So there are -- yeah, so at the bottom of page 2,

Page 123

1     that's de Vries 2014.
2  Q  Yeah, okay.
3        MR. FISHER:  And I think that we can mark
4     that.  But I think that that is -- well, yes.  I
5     think that's behind -- that's at No. 11, perhaps,
6     Shawn.  Let's bring that up, and we can mark that
7     13.
8        (Deposition Exhibit 13 marked.)
9  Q  So, Doctor, is this the de Vries 2014 study?
10 A  Yes.
11       MR. STRANGIO:  Sorry, just for clarity, can we
12    scroll down.
13       MR. FISHER:  Oh, sure.
14       MR. STRANGIO:  Thanks.
15 Q  And what -- can you tell us about this study?  What
16    is it purporting to tell us?
17 A  So this was a study where they followed -- well,
18    there were a total of 55 people who remained in the
19    study to adulthood, it looks like, but who had
20    received pubertal suppression during adolescence,
21    and then received cross-sex hormones, and then as
22    adults received gender reassignment surgery, it
23    says.
24       And so they followed mental health measures of
25    these 55 transgender people from pubertal

Page 124

1     suppression to a year after gender-affirming
2     surgery and found that mental health measures
3     were -- were quite good in those adolescents, that
4     they improved with intervention, and that
5     well-being was similar to cisgender controls.
6  Q  What was the kind of -- generally speaking, what
7     was the structure of the study?  What kind of a
8     study was it?
9  A  So it was a prospective -- it was a prospective
10    longitudinal study that they've been doing in the
11    Netherlands now for many years and of providing
12    gender-affirming care from pubertal suppression on,
13    and then collecting data on those -- on those
14    patients.  So these were patients who were -- it
15    looks like it was followed for a mean of just over
16    seven years from the start of pubertal suppression
17    to a year after gender-affirming surgery.
18 Q  Is it accurate to say that the subjects of the
19    study also received psychiatric treatment during
20    the study period?
21       MR. STRANGIO:  Object to form.
22 A  So I think in the Netherlands certainly mental
23    health support is available.  I don't know the kind
24    of extent of it over all of those -- over all of
25    those years.

Page 125

1 Q  Is it your understanding that this study controls
2    for psychiatric treatment?
3        MR. STRANGIO:  Object to form.
4 A  So I think that, you know, whenever you do a study,
5    it's a consideration that people, you know, can
6    have other interventions, including mental health
7    help.  But I, you know, would point out that when
8    you have studies of before and after, that people
9    may well have been receiving mental health help
10   before whatever the intervention is.
11       And so, for example, in Luke Allen's paper, it
12   was a shorter intervention than seven years, that
13   they may well have been -- already been receiving
14   mental health help.  And in my clinical experience,
15   I've taken care of a lot of patients who haven't
16   been able to get gender-affirming care.  And even
17   though they get mental health help, it's not a
18   substitute for receiving gender-affirming care when
19   they need it, when they're having dysphoria about
20   their bodies.
21 Q  So does this paper establish causation between the
22   medical intervention and the outcomes?
23       MR. STRANGIO:  Object to form.
24 A  So I -- you know, you're only on the first page,
25   and I would have to review how they worded their

Page 126

1    results, but their results from the, you know,
2    abstract on the first page says that gender
3    dysphoria was alleviated, psychological function
4    had steadily improved, well-being was similar or
5    better than same age adults in the general
6    population.  And that's not typical of transgender
7    people who -- transgender youth who haven't
8    received gender-affirming medical and surgical
9    care.
10       MR. FISHER:  Okay.  So Chase, do you have
11   the -- so that we -- the doctor can look through it
12   at his own pace, do you have it available there?
13       MR. STRANGIO:  I can look.  I printed out
14   everything, but it may take me a second.
15       MR. FISHER:  Okay.
16       MR. STRANGIO:  We only have -- sorry, I was
17   going off of the exhibits from yesterday, but I
18   didn't see your exhibits from this morning.
19       MR. FISHER:  Yeah.  It's okay.
20       THE WITNESS:  That's it?
21       MR. STRANGIO:  Yeah.
22       THE WITNESS:  Okay.
23 A  So just paging through it, it looks like they have
24   data with a number of effects where they do see a
25   significant improvement in mental health and

Page 127

1    subjective well-being.  Let's see, Table 4.  So
2    they do -- I just want to see what's included.
3        So, you know, they did -- they did, as each
4    study does, they talk about limitations, but their
5    conclusions were that this protocol that they had
6    of puberty blockers, gender-affirming hormones, and
7    then gender-affirming surgery, led to improved
8    psychological functioning of transgender
9    adolescents and were recommending early
10   intervention, you know, in appropriate youth.
11 Q  So led to, does that establish causation?
12 A  I'm sorry?
13 Q  You said that they say -- and maybe you could just
14   tell me where they say it specifically -- that it
15   led to those outcomes.
16 A  So it says, "Results of this study provide first
17   evidence that, after gender-affirming hormones and
18   gender reassignment surgery, a treatment protocol
19   including puberty suppression leads to improved
20   psychological functioning of transgender
21   adolescents."
22       And so that was their wording, was that it
23   leads -- it leads to.
24 Q  Is it -- do you understand them to be claiming
25   causation?

Page 128

1        MR. STRANGIO:  Object to form.
2 A  They're claiming that this intervention leads to
3    improved psychological functioning, and it also
4    says that -- it says, "While enabling" -- the next
5    sentence says, "While enabling them to make
6    important age appropriate developmental
7    transitions, it contributes to a satisfactory
8    objective and subjective well-being in young
9    adulthood."
10       So they feel that -- I think they do, you
11   know, assert a causality that their interventions,
12   you know, really benefited the youth who received
13   the interventions.
14 Q  Given the design of the study and the limits of the
15   study, do you think it was appropriate for them to
16   make a conclusion about causality?
17       MR. STRANGIO:  Object to form.
18 A  Well, they did have quite dramatic results,
19   especially when we look at so many studies of
20   transgender adolescents who have co-occurring
21   mental health concerns, including suicidality.  And
22   they -- their data is showing that in this cohort
23   that -- that they treated, ended up with mental
24   health outcomes comparable to cisgender controls,
25   and that's a pretty strong improvement.

Page 129

1  Q  Okay. But I'm just wondering if their causation
2     conclusion is supported by the design and
3     limitations of their study, in your view.
4        MR. STRANGIO: Object to form.
5  A  You know, there's always limitations, but I think
6     that this paper provided strong evidence, and I
7     think it was received as such because, you know,
8     the -- first the Dutch group is a very kind of
9     academic and responsible researchers. They have a
10    lot of data, and the data showed pretty strong
11    improvement. So I think all of those things were
12    taken seriously.
13 Q  Yeah, but my question is, do you think that they
14    were -- that they appropriately and properly, given
15    the design and limits of this study, found
16    causation?
17       MR. STRANGIO: Object to form.
18 A  You know, I think that they assert that -- you
19    know, that their intervention was responsible for
20    the benefit, and I think there's a strong argument
21    for that because it's -- it would be unusual just
22    randomly for transgender adolescents to make such a
23    dramatic improvement.
24 Q  I understand that. I really just want a
25    straightforward answer. Do you agree with their

Page 130

1     conclusion that their evidence and their design and
2     limits demonstrates causality?
3        MR. STRANGIO: Object to form.
4  A  I think -- I think I've answered your question.
5  Q  Okay.
6        MR. STRANGIO: We've been going about -- are
7     you done with this? Sorry.
8        MR. FISHER: No, I've just got -- let me
9     finish this paper, and then we can take a break.
10       MR. STRANGIO: Yeah.
11 Q  So let's look at the same page with the
12    conclusions. And the --
13       MR. FISHER: So Shawn, can we scroll down,
14    page 703. There we go.
15 Q  Okay. So in the note, the second of those three
16    columns of text, right before footnote 44, you're
17    following with me, it says, "Predicting individual
18    persistence at a young age will always remain
19    difficult."
20       Do you see that?
21 A  Yes. When they're talking about prepubertal
22    persistence or desistance. But the Dutch group
23    certainly has had -- you know, demonstrated very
24    high rates of persistence in those people who have
25    gender dysphoria adulthood diagnoses.

Page 131

1  Q  And I'm just wondering if you agree with the
2     statement that predicting individual persistence at
3     a young age will always remain difficult.
4  A  Well, this was before the Kristina Olson group set
5     of papers, which -- where they did demonstrate a
6     cohort of prepubertal transgender youth, youth with
7     transgender identity, that was very stable, with
8     very little desistance.
9        So I think it depends on what population you
10    are following, and even within the same Dutch
11    group, within -- Thomas Steensma published not long
12    before this, they found -- even though they found
13    substantial prepubertal desistance, they found that
14    one could distinguish essentially factors that were
15    associated with persistence.
16       But even when you get out of the prepubertal
17    desistance conversation, post pubertally it's clear
18    that there are very high rates of persistence when
19    somebody gets a gender dysphoria diagnosis in
20    adolescence and adulthood.
21 Q  Okay. So a couple of lines down, it says -- and
22    this is the final sentence in that column,
23    "Therefore, psychological maturity and the capacity
24    to give full informed consent may surface as the
25    required criteria for puberty suppression and CSH

Page 132

1     in cases that meet other eligibility criteria."
2        Do you see that?
3  A  Yes.
4  Q  What do you make of that sentence?
5  A  Well, the -- the author -- the first author of this
6     paper was also the chapter co-lead for the
7     adolescent chapter in Standards of Care 8,
8     Annelou de Vries. And that chapter lays out the
9     assessment of the adolescent and certainly in this
10    country, so in most of this country, until a minor
11    is 18 years old, it's the parents who consent, and
12    so there is an assessment of the youth's ability to
13    get -- to assent to care, to agree with the
14    parents' informed consent.
15       But, so I'm not sure about the -- exactly
16    about the wording of that sentence, but I think
17    it's laid out in more of a detail, but the process
18    for making that assessment in adolescence.
19       MR. FISHER: Okay. Let's go ahead and take a
20    five-minute break, if we can. Actually, just give
21    me ten. Let's do ten minutes, if that's okay.
22       MR. STRANGIO: Yeah, ten is great. So
23    5:25ish?
24       MR. FISHER: Yes, sounds good. Thanks.
25       (Recess taken.)

Page 133

BY MR. FISHER:

Q   So, Doctor, earlier you mentioned in connection
    with paragraphs 49 and 50 of your declaration --

    MR. FISHER:  And maybe we could, Shawn, go
    ahead and pull that back up.  That's Exhibit 4.

Q   So I was asking you about what studies supported
    the statements in these paragraphs, and one of them
    that you mentioned was Chen.

A   Yes.

Q   And I was trying to figure out which Chen.  Was it
    Chen 2023 or was it a different one?

A   No, that would be the Chen that -- Diane Chen,
    et al., study of the four center longitudinal
    study.

Q   Right.  Well, the title I've got is "Psychosocial
    functioning in transgender youth after two years of
    hormones 2023."

A   Yes.

Q   Is that the one or is it different?  That's the
    one?

A   Uh-huh.

Q   Was that a control group study?

A   So that did not have randomized controls.  It was a
    prospective longitudinal study.

Q   So is it possible to draw causal conclusions from

Page 134

    it?

    MR. STRANGIO:  Object to form.

A   Well, it was a large study.  They had over 300
    youth and, you know, we can draw conclusions when
    there's statistically significant differences
    between groups, you know, within the limitations
    that the authors, you know, provide for drawing
    conclusions.

Q   Okay.  So I just want to make sure I understand.
    Do you think that that study shows causality?

    MR. STRANGIO:  Object to form.

A   I think that's a simplification, so that's -- it's
    not necessarily how I would describe it.  But I
    think it provides evidence for benefit.

Q   My understanding is that two individuals committed
    suicide during that study; is that your
    understanding?

A   Yes.

Q   Are you at all surprised that didn't put a stop to
    the study?

    MR. STRANGIO:  Object to form.

A   So I take care of adolescents with gender
    dysphoria, and there is a tremendous amount of
    suicidality in that population that is, you know,
    without treatment.  So -- and, you know, there has

Page 135

    been in the -- you know, studies showing benefits
    for gender-affirming care.  There is -- you know,
    can be a reduction in suicidality.

    So when you're following a cohort, in this
    case of over 300 trans youth, when suicidality and
    suicide attempts in that population are so high,
    you know, the fact that there are suicides is
    tragic and I'm sure devastating for the clinicians
    working with those youth, but not entirely
    unexpected because there is so much suicidality in
    that -- particularly in the population of
    transgender adolescents.

Q   Let's see.  Oh, I know what I wanted to ask you.
    It's about paragraph 50.  We are still there.  And
    I think in the middle of the paragraph, it says --
    well, maybe it's the second or third sentence.  "In
    addition, a treating doctor will not offer
    gender-affirming medical treatments unless they
    have concluded after weighing the risks and
    benefits of care that treatment is appropriate."

    Do you see that sentence?

A   Yes.

Q   And then you talk about how the risks and benefits
    of care are discussed with the minor's parents,
    et cetera.

Page 136

    And so I'm wondering about the risks, and
    you've alluded to them in your testimony today.
    But in your declaration, in the second sentence,
    you say, "The risks of withholding care for
    transgender youth and gender dysphoria are clear as
    described and referenced above."

    And I wasn't sure where -- what you were
    referring to about "above."  And maybe you've got
    your report there.  You can leaf through it and
    tell me.

A   Yeah, what -- I'm sorry, what page?  Where are you
    referring to?

Q   Oh, this is in paragraph 50 on page 13.

A   Oh, okay.  Okay, well, I may have edited it out, as
    I said, in some of the papers that we discussed,
    but --

Q   Well, so I guess --

A   Yeah.

Q   Is there --

A   But in terms of -- in terms of risks, there are
    risks of not receiving care.  One example -- you
    know, in addition to when the, you know,
    comparisons of people, of youth before and after
    they received care in some of the studies we talked
    about before, there is some large surveys.  One was

**Page 137**

1  from the U.S. Transgender Survey, and another one
2  was from the Trevor Project, where lack of access
3  to care has been associated with increased
4  suicidality.
5  Q  Yeah, I'm interested in the risks of receiving
6     care, which you allude to again in paragraph 50,
7     risks and benefits of care.  And so, first of all,
8     I just want to confirm, there's no discussion of
9     the risks before paragraph 50 of your declaration;
10    is that correct?
11 A  When I'm talking about the risks and benefits of
12    care, I was talking about the discussion of
13    informed consent, which of course is central to
14    receiving gender-affirming care.  And when I was
15    talking about a treating doctor not offering a
16    treatment unless they conclude that the benefits
17    outweigh the risks, that's true for any care, not
18    just gender-affirming care.  A doctor provides care
19    concluding that the benefits of providing that care
20    outweigh the risks.
21 Q  Yes.  So then in the following paragraphs, 51, 52,
22    53, 54.
23       MR. FISHER:  If you could scroll down, Shawn.
24    The doctor probably has it in front of him anyway.
25 Q  Here you're talking about regret and regret rates

**Page 138**

1  in 51 and 52.  And then in 53 you're talking about
2     desistance.  And then 54 you're talking about
3     desistance.  Do you consider desistance to be a
4     risk of medical intervention for gender dysphoria
5     in youth?
6        MR. STRANGIO:  Object to form.
7  A  So desistance as I talk about is a prepubertal
8     phenomenon.  I do think that regret is a risk, and
9     it is one that I discuss with my patients and their
10    families.  It's a small risk, you know, as I, you
11    know, describe here in these studies.
12       The percent of people who regret
13    gender-affirming care is quite small and smaller
14    than kind of equivalent care that's given to
15    cisgender people.  But it is a risk and, you know,
16    it's just something that -- you know, that I
17    discuss with people, that, you know, there are
18    small numbers of people who regret receiving
19    gender-affirming care and that that's something,
20    you know, among their considerations in making an
21    informed consent.
22 Q  And apart from regret, you talk about desistance.
23    And so I'm wondering, in what sense is desistance
24    itself a risk?
25 A  So desistance happens before treatment.  So

**Page 139**

1  desistance is a phenomenon in a prepubertal youth,
2  so it's not a risk for treatment because it happens
3  before treatment is given.
4  Q  Okay.  So desistance is not in any sense a risk as
5     far as you're concerned once treatment is started?
6        MR. STRANGIO:  Object to form.
7  A  There's -- at least the evidence is that -- that
8     it's very uncommon after the start of puberty, and
9     that's certainly also been my clinical experience,
10    that it is very uncommon for -- or that gender
11    dysphoria that persists into adolescence is very,
12    very likely to continue, you know, for -- through
13    the life span of the patient.
14 Q  Would desistance in your view amount to a negative
15    outcome for somebody who's undergone medical
16    treatment for gender dysphoria?
17       MR. STRANGIO:  Object to form.
18 A  So again, desistance is really a prepubertal
19    phenomenon.  There are -- you can start to get into
20    worrying, but, you know, later in life you might
21    refer to detransition in terms of people who have
22    started transitioning and stopped.  That, you know,
23    I -- it's a risk when there's -- if there's regret.
24       But more commonly, if somebody does stop
25    hormones, it's not necessarily for regret, but

**Page 140**

1  because they've met their transition goals.  For
2  example, if they're nonbinary.  You know, sometimes
3  people will be on hormones for a period of time but
4  not want to make a binary transition.
5  Q  Are you familiar -- I don't have it right in front
6     of me, but -- well, let me just see if I can find
7     it.
8        Are you familiar with a statement from
9     Dr. Hilary Cass -- first of all, are you familiar
10    with Dr. Hilary Cass?
11 A  Yes.
12 Q  Okay.  Are you familiar with a statement from her
13    that she's wondering whether children who start on
14    puberty blockers are effectively locked into a
15    treatment pathway?  Does that ring a bell with you?
16       MR. STRANGIO:  Object to form.
17 A  No.  You can -- if you could show me the statement,
18    but I don't recall that.
19 Q  That's not -- okay, that's not something you're
20    familiar with?  That's okay.  We don't need to go
21    any further into that.
22       MR. FISHER:  Okay.  We may be just about done
23    here, Chase.  Let me just take a few minutes.
24       MR. STRANGIO:  Okay.
25       (Recess taken.)

Page 141

1       MR. FISHER:  Doctor, thank you very much.  I
2  don't have any additional questions, but
3  Mr. Strangio might.
4       MR. STRANGIO:  No questions from me.
5       So Debbi, we can just have the doctor read and
6  sign.
7       (The deposition concluded at 5:52 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 142

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
2                  INDIANAPOLIS DIVISION
3
4
   K.C., ET AL.,                    )
5                                   )
                   Plaintiffs,      )
6                                   )
              -v-                   ) CASE NO.
7                                   ) 1:23-cv-00595-JPH-KMB
   THE INDIVIDUAL MEMBERS OF        )
8  THE MEDICAL LICENSING BOARD      )
   OF INDIANA, in their official)
9  capacities, et al.,              )
                                    )
10                 Defendants.      )
11
12              Job No. 181268
13
14      I, DAN H. KARASIC, M.D., state that I have
   read the foregoing transcript of the testimony given
15 by me at my deposition on May 18, 2023, and that said
   transcript constitutes a true and correct record of
16 the testimony given by me at said deposition except as
   I have so indicated on the errata sheets provided
17 herein.
18
19
20      _____
                DAN H. KARASIC, M.D.
21
22
23      STEWART RICHARDSON & ASSOCIATES
          Registered Professional Reporters
24         One Indiana Square, Suite 2425
             Indianapolis, IN  46204
25               (800)869-0873

Page 143

1  STATE OF INDIANA
2  COUNTY OF HENDRICKS
3
4       I, Debbi S. Austin, a Notary Public in and for
5  said county and state, do hereby certify that the
6  deponent herein was by me first duly sworn to tell the
7  truth, the whole truth, and nothing but the truth in
8  the aforementioned matter;
9       That the foregoing deposition was taken on
10 behalf of the Defendants; that said deposition was
11 taken at the time and place heretofore mentioned
12 between 12:00 p.m. and 5:52 p.m.;
13      That said deposition was taken down in
14 stenograph notes and afterwards reduced to typewriting
15 under my direction; and that the typewritten
16 transcript is a true record of the testimony given by
17 said deponent;
18      And thereafter presented to said witness for
19 signature; that this certificate does not purport to
20 acknowledge or verify the signature hereto of the
21 deponent.
22      I do further certify that I am a disinterested
23 person in this cause of action; that I am not a
24 relative of the attorneys for any of the parties.
25

Page 144

1       IN WITNESS WHEREOF, I have hereunto set my
2  hand and affixed my notarial seal this 22nd day of
3  May, 2023.
4
5
6
7
8
9
10
11
12
13 My Commission Expires:
   July 13, 2023
14
15 Job No. 181268
16
17
18
19
20
21
22
23
24
25

Index: 0.5..9

## Exhibits

**Dan Karasic Ex 01**  3:10 6:6
**Dan Karasic Ex 02**  3:11 7:4,5
**Dan Karasic Ex 03**  3:14 8:12,13
**Dan Karasic Ex 04**  3:15 12:7,9 41:21 79:19 113:3 133:5
**Dan Karasic Ex 05**  3:17 69:3,9
**Dan Karasic Ex 06**  3:19 72:3,4
**Dan Karasic Ex 07**  3:20 87:2
**Dan Karasic Ex 08**  3:23 97:8
**Dan Karasic Ex 09**  4:3 102:11,14
**Dan Karasic Ex 10**  4:5 106:11,15
**Dan Karasic Ex 11**  4:8 109:10,14
**Dan Karasic Ex 12**  4:11 120:13
**Dan Karasic Ex 13**  4:13 123:8

## 0

**0.5**  66:11
**0.7**  66:12

## 1

**1**  6:6 66:10 110:2
**10**  33:24 79:21 101:10 106:11,15
**10,000**  104:25
**11**  33:23 109:10,14 123:5
**12**  11:13 61:14 120:12,13
**12:00**  5:5
**12:10**  91:25
**13**  109:22 123:7,8 136:13
**15**  111:8
**16**  101:25 102:7 113:18
**17**  94:16
**18**  5:4 11:5 93:7 94:14 102:7 132:11
**19**  12:21,22 86:23
**1990s**  10:10 61:12,14,22,24 118:11
**1991**  10:8

## 2

**2**  7:4,5 11:12 39:24 40:3 41:3,13 92:16 102:6 122:22,25
**20**  72:1
**2000s**  61:19
**2003**  61:11,23 62:3,6,10
**2010s**  65:2,20
**2011**  69:13 70:18 87:25
**2012**  63:17 69:13
**2013**  62:6,10,14 63:24 64:6,10 65:10
**2014**  117:2 122:21 123:1,9
**2015**  42:24
**2017**  87:6,10,12,23 88:20 118:11
**2018**  64:6 65:10,21,22 66:2
**2020**  9:14
**2023**  5:4 65:21 66:2 133:11,17
**21**  97:5
**22**  102:12
**23**  106:13
**24**  105:1,3
**2425**  5:3
**25**  61:14
**27**  25:16,21
**28**  28:9 41:22 52:16 56:11 120:3
**29**  9:18 90:7,15 91:18

## 3

**3**  8:12,13
**3.3**  103:8,21
**30**  10:11 37:16
**300**  134:3 135:5
**34**  70:21
**35**  79:21 83:10

## 4

**4**  12:7,9 41:21 79:19 103:7 113:3

127:1 133:5
**40**  107:4 111:8,9
**44**  130:16
**47**  113:3,6 114:1 118:1,4 119:4 121:5
**480**  8:12
**49**  113:21,23 114:2,4 116:10 118:2 119:14 133:3

## 5

**5**  69:3,9 99:24 100:1,2
**5.8**  110:2
**50**  116:11 118:2 119:14 133:3 135:14 136:13 137:6,9
**51**  137:21 138:1
**52**  137:21 138:1
**53**  137:22 138:1
**54**  73:11 137:22 138:2
**55**  123:18,25
**5:25ish**  132:23
**5:52**  141:7

## 6

**6**  25:16,19,21 72:3,4,6 107:8

## 7

**7**  69:12,19,22 70:17,18 73:21 86:21 87:2 88:1 98:3
**703**  130:14

## 8

**8**  36:11 69:19,22,25 70:15,24 71:1,4, 7,23 72:6,7,8,10,19 73:22 75:25 76:9 80:23 81:9,14,23 82:13 87:22 88:2 92:8 97:3,8 101:3 117:13 132:7

## 9

**9**  73:16 74:1 75:1,7 79:21 101:11,15 102:11,14

**90s** 118:23

## A

**ability** 20:15 132:12

**able** 23:19,21 24:6 25:4 46:9,24 53:2 68:1 95:6 108:14 125:16

**about** 6:25 7:2,13 9:7 10:3 11:1,6,7, 8,9,10 12:24 15:17 17:6,24 18:19 19:5,8,23 20:4,24 23:4,5,13 24:11 25:1,13,24 28:10 29:3,6 30:4,19 31:21 32:8,15 33:1,9,11 38:12,18 39:15,16 40:8,16 41:25 42:6 43:13 44:23 45:11,15,18,20,24 46:3,9,14, 15,16,18 47:19 48:6,8,19,22 49:1,2 54:6 55:20 56:21 59:8,14,20 62:8,12 65:7,8,21 66:17 67:8,9,18 68:3 70:14,17,23 73:23 74:7 76:2,7 78:9, 23 80:7 84:4,18,19 86:10 89:18 90:20 94:2,8 95:16 98:22 99:16 100:23 101:1 103:25 105:25 106:2 107:18 108:11 111:2,19 112:1,11,20 113:12,19,20 114:3,10, 11 116:10,13 118:19 120:4 121:8 122:17 123:15 125:19 127:4 128:16 130:6,21 132:15,16 133:6 135:14,23 136:1,8,25 137:11,12,15,25 138:1,2, 7,22 140:22

**above** 104:7 136:6,8

**absence** 111:11,12

**absolutely** 78:19

**abstract** 117:16 116:5,6 126:2

**abuse** 57:11,15

**academic** 129:9

**Academy** 115:18

**accepted** 63:12

**access** 7:9 65:17,23 67:25 68:1,17 112:8,17 137:2

**accessing** 66:16 67:11 68:18

**accumulating** 98:24 99:17

**accurate** 12:25 13:21 34:9 40:10 70:6 121:15 124:18

**accurately** 30:14

**achieve** 45:15

**ACLU** 5:11,13,14

**across** 18:5 56:19 114:7

**Act** 8:12

**actual** 39:1

**actually** 21:15 32:17 39:23 40:10 60:5 61:24 64:5 100:21 106:25 111:6 112:19 120:18 132:20

**add** 104:17

**addition** 49:1 73:25 79:14 80:20 135:17 136:22

**additional** 104:23 118:4 141:2

**address** 44:22

**addressed** 79:15

**adolescence** 68:2,15 123:20 131:20 132:18 139:11

**adolescent** 81:17 92:17,25 93:4,10 117:15 132:7,9

**adolescents** 61:13,21 62:19,21 81:21 82:3,6 84:5,8,17 85:9 86:7 93:23,24 94:7,13 106:22 107:11 109:13,20 114:5,15 115:7 124:3 127:9,21 128:20 129:22 134:22 135:12

**adult** 68:17

**adulthood** 99:11 123:19 128:9 130:25 131:20

**adults** 11:8,9 34:16 61:13 62:20 68:13,14 84:7 102:2 111:2,13,16 117:15 118:9 123:22 126:5

**advance** 77:7

**advantage** 77:6

**adverse** 116:18 117:4

**advise** 6:24

**affect** 67:14

**after** 14:3 21:13 37:17 47:21 59:21 94:20 95:24 96:19 109:6 124:1,17 125:8 127:17 133:16 135:19 136:23 139:8

**afternoon** 5:25

**afterwards** 121:7

**again** 11:6 16:7,12,24 17:9 18:2 19:2,12 20:18 21:2 25:12 26:13,24 27:5,18 30:18 34:16 35:3 39:8 40:18 48:3 51:19 56:6,10 68:17 70:9 72:22 75:15 83:21 101:6 103:18 108:19

109:16 113:23 117:21 122:12 137:6 139:18

**against** 63:25

**age** 11:4 60:13 61:13 67:18 68:5 92:9,16,25 93:5,6,15 94:13,16 95:9 101:25 126:5 128:6 130:18 131:3

**agency** 97:14

**ages** 92:18,22,23

**ago** 14:6 82:25 97:24 106:10 111:8

**agonists** 106:21

**agree** 18:12,15 19:13,18 53:24 55:5, 16 56:5 73:8,25 76:18 93:8 98:11 99:7,19 100:13 101:2 107:16 129:25 131:1 132:13

**agreement** 72:17 73:2

**ahead** 7:3 8:11 12:6,20 41:14 69:6 103:17 119:18 132:19 133:5

**AIDS** 10:9

**aligned** 49:19

**aligns** 44:15

**all** 7:12 8:11 10:21 11:13 12:21 13:8 14:5,13 15:7 18:13,23 26:7,23 29:15 30:12 38:9 41:14,16 45:12 53:18 55:4,13 56:3 58:3 62:2,4 66:5 68:24 73:6 79:19 80:13,20 83:21 84:9 85:22 86:20 87:15 90:14 97:2,17 101:14 102:10,24 105:13 106:18,25 108:12 109:9 112:5 113:21 115:5 116:9,25 122:3 124:24 129:11 134:19 137:7 140:9

**Allen** 116:25 119:14 120:1,15

**Allen's** 114:12 125:11

**alleviated** 126:3

**allow** 104:8

**allowed** 32:18

**allude** 137:6

**alluded** 136:2

**along** 12:17

**already** 125:13

**also** 5:13 10:10 11:20 16:14 17:1 19:7 20:2 23:3 24:20 30:1 49:11 56:17 63:4 70:19 71:13 74:17 76:21 82:19 90:12 95:8 96:3 104:22 105:7 117:2 121:17 124:19 128:3 132:6

Index: although..are

139:9

**although** 96:9 111:4,14

**always** 23:3 29:25 43:7 58:23 84:10 85:24 129:5 130:18 131:3

**am** 10:3 29:2 73:23 100:4

**ambiguity** 16:24

**ambivalent** 78:9

**American** 28:14 42:23 115:18 116:17

**among** 23:25 66:20 68:4 90:15 105:12 111:8 138:20

**amount** 69:6 70:11 134:23 139:14

**an** 5:1 8:17 11:23 12:2 14:23 18:18 19:21 20:18 26:17 27:11,20 31:13, 16 33:15 34:25 38:12 39:6,11 42:17 43:10 44:15 47:9 55:4 56:16 59:5 60:11,22 61:1 63:21 64:12 65:8 66:22 67:7 68:17 77:14 80:17,19 81:10 85:1,4 86:16,25 88:2 92:16 95:9,13 96:10,13 98:7 104:21 109:25 111:11 113:11 118:6 122:19 132:12 138:20

**analogues** 106:14 107:11,18

**analysis** 26:10 105:11 115:1

**analyze** 91:10

**anchor** 58:7

**and** 5:8,13,14,21,22 6:2,11,14,23 7:3,13,16 8:5,8,11,20,24 9:15 10:9, 17,25 11:4,9,13,15,20,21 12:6,17,20 13:2,18,19,21,22 15:3,4,9 16:21 17:1,3,5,13 18:9,10,11 19:6,11,16, 22 20:12,19,25 21:9,16,21,24,25 22:1,8,17,18,23 23:5,6,10 25:10,13, 24 26:2,3,4,9,17 27:1,5,6,11,12,14, 15 28:8,12,18 29:5,8,14,19,22 30:13,17 31:1,7,8,22 32:15,17,20,25 33:10,11,24 34:1,16,23 35:7,12,21 36:3,10,13,17 37:7,14,15,17,23,24, 25 38:1,3,8,9 39:3,4,5,10,13,20,23 40:1,15,18 41:8,9,14,24 42:4,8,14, 15,18,22 43:1,8,15,20 44:4,8,11 45:11,15,25 46:6,15,17,18 47:10 48:4,5,16,23 49:14,21 50:1,11,12, 13,22,24,25 51:6,20 52:5,11,14,19, 21,22,25 53:1,5,11,16,19 54:13,16, 18,19,22,25 55:2,3,4,13 56:10,21,22 57:8,22 58:25 60:4,5,6,10,16 61:1, 13,14 62:5,7,19,25 63:5,17,19 64:13,16,21,23,24,25 65:12,16,18,

24 66:12,17,23,24 67:7,12,13,19,25 68:5 69:4,7,13,17,20 70:14,21 71:7, 8,11,13,19,20 72:2,14,15,16 73:1,8 74:17,19 75:8,15,20,24 76:5,20,23, 25 77:1 78:8 79:7,20,21 80:16,17, 18,19 81:10,16,25 82:14,18 83:25 84:2,4,7,13 85:2,5,8,9,13,14,22,23 86:2,4,6,21 87:23 88:9,19 89:1,3,12, 18 90:1,7,9,17,18,21,23,24,25 91:10 92:7,17,19,20,21,22,25 93:4,12,17, 19 94:5,9,10,19,22 95:8,15,22,25 96:3,7,8,16,18,20,22 97:4,15 98:4,6, 15,17,18,21,24 99:6,13,17,25 100:9, 14,19,20 101:2,5,18,23,25 102:4,7, 21,22 103:3,14,23,25 104:3,4,15 105:1,6,15,16,20,23 106:12,23 107:10,11 108:9,20,25 109:5,10,12 110:2,7,15,22 111:7,8 112:11,25 113:3,9,17,18,22,24 114:8,11,12,19, 22,24 115:1,4,14,18,19,22 116:4,5, 9,11,12 118:2,12,14,25 119:1,6,14, 16,18 121:6,15 122:15 123:3,6,15, 21,24 124:2,4,11,13 125:8,11,14,16, 22,25 126:6,8,25 127:6,9,13,17,22 128:3,8,14,21,25 129:2,6,9,10,14, 15,20 130:1,9,12 131:1,10,20,21,23, 25 132:8,9,11,19 133:3,4,5,7,10 134:4,23,25 135:5,8,14,19,23 136:1, 5,6,7,8,9,23 137:1,7,11,14,25 138:1, 2,8,9,13,15,19,22,23 139:8,22 141:5

**androgen** 17:11 21:3,8 22:10

**androgens** 21:23

**animals** 18:18,20 19:25 20:6,16,19

**Annelou** 132:8

**another** 25:8,15 28:17,18 32:10 35:12 40:20 42:3 72:9 137:1

**answer** 20:20 36:24 48:5 55:4 56:3, 7 129:25

**answered** 36:18 130:4

**answering** 18:24

**anxiety** 44:6 77:10,13

**any** 5:9 6:14 10:14 12:1 29:16 32:4 36:19 37:8 41:11 46:19 56:24 57:24 58:10,16 59:3,11 60:14 67:17,20 68:3 70:12 83:6,7 85:10 86:8 92:24 93:17 108:24 110:3 111:19 113:9 117:8 137:17 139:4 140:21 141:2

**anybody** 23:25 77:20,25

**anyone** 9:6 34:22 80:3

**anything** 9:1 12:24 13:6 39:15 48:24 60:14 67:17 71:1 72:10 81:4 84:16 91:17 92:4 119:3

**anyway** 100:25 137:24

**anywhere** 98:1

**APA** 30:21 35:25

**apart** 31:3 138:22

**appear** 17:13 46:17,20 73:21

**appearance** 16:3 17:20 23:10 28:2 46:15,22 73:21

**appearing** 45:22

**appears** 21:9

**Appendix** 115:13

**applicable** 70:23

**applied** 68:10,13

**applies** 70:9

**apply** 60:12

**appropriate** 78:2 79:2 92:25 93:22 94:1,9,23 95:3,13 127:10 128:6,15 135:20

**appropriately** 129:14

**approval** 71:6,8

**approval/disapproval** 71:13

**approximates** 62:17

**are** 5:13 6:11 8:6 10:21,23 11:1,2,4, 13 14:8,13,16,17 15:2,15 16:14 17:1,10,13,24 18:3,6,24 19:3,16,25 21:6,24 22:12 23:9,16,25 24:3 26:16,18,22 28:19,25 29:8,15,22 30:13 31:17,18,22 32:2 33:12 34:23 35:3,7 36:6,10,16 37:10,19 38:1 39:18 42:15,18 44:21 45:6,7 46:3,6 50:23 53:13 54:22 56:17,24 57:9,13, 16,21,22,24 58:9,16 59:11,19,20 60:1,21 64:19 66:8,9,11,16 67:10, 16,22 68:18 69:20,25 70:1 71:17 72:10,12,13,15,18,23 75:7 76:4,9, 16,22 77:12,15,16,17 78:6 79:10,11, 13 80:16 81:9 84:1,24 85:21 86:12, 21 88:5 91:5 92:13 93:18 94:6,12 97:15 99:21 100:14,15,20,25 101:16 102:15 107:21 108:7,8,9 109:2 110:21 112:2,5,10 113:11,18 114:6, 12 118:4 119:5,11 120:3 122:25 130:6 131:10,18 134:19 135:6,7,14, 24 136:5,11,20 138:17 139:19

Index: area..be

140:5,8,9,12,14

**area** 11:24 34:25 85:10

**areas** 11:15 85:24 86:8 100:18

**aren't** 41:7 68:1 105:4

**argument** 129:20

**Arnold** 18:10

**around** 47:4 51:1 62:1 63:15,17 64:3 70:15 94:9 114:8

**article** 106:2

**articles** 105:1 114:2

**as** 5:22 9:20 15:6,8 16:5 17:1,14,19 19:3 25:1,4,7,12 27:2,5,7 28:7,21 29:2,13 30:7,19,21 31:17 33:18,21 35:4,16 37:13 38:1 39:9,21 40:9 42:8,11,12,16 43:8,10,11,20 45:19, 21,23 46:23 48:12 49:9,12,18 50:4, 13,17,23 51:1,15,20,24 52:3 54:22, 24 55:1,22,25 58:6,13 59:2,5,19 63:2 65:14,25 66:9,11,15,22 68:14, 20 69:3,16 71:4 72:2 73:4,6 74:3,7, 17,20,23,24 75:14,19 76:5 81:17 85:19,22 86:10 88:25 89:2,23 90:2, 24 91:8 101:9 102:1,11 103:10,11 108:10 111:15,16 112:17 116:11,14, 16 120:23 121:2 122:3 123:21 127:3 129:7 131:24 136:5,14 138:7,10 139:4,5

**aside** 22:20,21 25:25 30:10

**ask** 17:6 26:25 29:22,25 30:3 40:16 72:9 73:7 102:21 113:20 135:13

**asked** 59:20

**asking** 23:4 28:25 55:11 56:2,3 57:7 59:14 75:15 122:17 133:6

**aspect** 20:21 46:18 56:16

**aspects** 23:9 42:18 45:18,21 53:12 56:17 76:3,7 84:14

**assent** 93:3 132:13

**assert** 128:11 129:18

**asserted** 30:14

**assess** 32:2 108:14

**assessed** 108:10 121:5

**assessing** 32:11,22

**assessment** 33:4 34:23 37:5 71:20 72:14,24 95:14 132:9,12,18

**assigned** 15:21 16:10,14,18 23:2 27:7,19,23 28:5 29:18 43:18 44:15 45:3 49:19 51:22 58:5 67:10,12,13 68:12 74:16 75:8,18 94:5,7 96:1

**assist** 83:7

**associate** 5:2 46:21

**associated** 24:7 131:15 137:3

**Associates** 5:2

**Association** 28:14

**Association's** 42:24

**assume** 6:21 35:24 87:6 98:14 99:14

**at** 9:12,18 10:25 12:3 14:3 15:7,22 16:10,14,18 18:6 19:21 21:5 23:2 27:7,19,23 28:6,9 29:19 30:13 31:14 34:11,12 35:16 40:5,13,17 41:22 43:18 44:16 45:3 49:19 50:4,12 51:22 54:12 58:5 59:24 60:5,23 61:1,6 62:6,23 63:17 64:11 66:25 67:5,11,12,13,24 68:5,12 72:1 73:16 74:12,16 75:1,8,19 76:3 79:23 80:16 81:18 83:19,22 85:11,17 89:17 90:11 91:24 92:8 93:7 94:5,7,16 96:2 97:23 100:4,7 101:14,25 102:6, 7 103:11 106:12 113:3,6 115:18 116:3 117:9,10 120:19,21,22,23 121:6,8,14 122:3,22,25 123:5 126:12 128:19 130:11,18 131:2 134:19 139:7 141:7

**attached** 13:20

**attacks** 31:22,23

**attempts** 135:6

**Attorney** 5:16 6:2

**attracted** 58:13,14,15 60:25

**attraction** 58:7 60:3

**Austin** 5:1

**author** 91:16 115:19 116:8 132:5

**authored** 117:13

**authors** 18:6,10 69:17 70:21 82:2 83:6 103:12 104:1 134:7

**autism** 57:17,21

**automatic** 63:21

**availability** 67:14

**available** 47:18 82:1,20 89:4 98:6

103:4,12 122:7 124:23 126:12

**average** 110:1

**avoidance** 64:12

**avoiding** 63:22

**aware** 34:4 56:24 57:7,9,16,24 58:9, 16 59:3,11,14 72:10 76:9,16 92:13 101:20 106:4

**awareness** 12:2 30:5

**away** 41:8 53:13 94:17

**B**

**babies** 47:21

**baby** 16:2 21:1,4 22:23 23:1,7 46:10,25 47:6,8 48:13

**baby's** 20:25 23:6

**back** 10:25 12:2 26:13 41:21 51:19 54:18 79:19 92:7 97:21 99:24 100:3 111:7 113:2 118:1 133:5

**background** 9:10

**bad** 26:22

**Baker** 80:25 117:13,19

**ban** 112:18

**Bangasser** 18:10

**banning** 112:2

**base** 80:8,14,17,20 81:10 83:11,13, 19,22 85:4

**based** 16:3 24:3,16 86:3 88:24 99:8 116:5,13

**basically** 6:19

**basing** 64:21

**basis** 89:1 91:8

**battery** 37:4

**be** 6:2,9 7:10 8:2,16 14:22 17:12 22:9 23:19,21 24:6 25:4,18 28:6 29:4,12 30:4,21,23 31:4,9,19,20 33:13 34:9 35:13 37:11 38:25 46:6, 14,15,20,24 49:2,7,9,12 50:8,11,12, 14 53:1,11,16,22 54:3,13,16,21 56:12 58:3 61:5 62:8 63:9 64:4,13, 14,17 67:13 68:16 69:4 74:10,23 76:19 77:2,5,14,22 78:2,12,13,17, 19,25 79:4,14 83:6 89:16 91:2 92:25 94:1,14,18,21,24 95:6,8,11,12 96:21

97:3,4 99:10,12,14 103:8 104:7,16,
19 105:24 106:19 108:4,14 109:10,
11,18 110:18 113:10,12 119:16
120:3 127:24 129:21 133:12 135:3
138:3 140:3,22

**became** 63:11

**because** 16:16,25 19:9 26:16 27:19
28:9 30:7 33:6 35:3,5,6 41:12 46:24
49:11 50:16 55:19 58:4 59:22 61:6
62:13,23 63:20 64:18 69:5 70:24
74:19 75:16 76:1 77:11 78:9 79:12,
13,25 82:6,9 84:8 87:23,25 92:16,20
101:7 103:19 104:3 110:6,11 117:22
122:14 129:7,21 135:10 139:2 140:1

**become** 38:10 64:2

**becomes** 96:18,22

**been** 5:20 10:10,11 11:15,23 24:11
33:8 37:11 38:12 41:1,3 47:2,3,5,21
48:7 52:24 58:12 61:12,19,20 62:1
64:12,19 65:1 66:4,13,22 68:11 78:9
84:6 85:13 94:4 98:16 103:5 105:7
106:7,24 109:16 110:6,14,22 111:7
112:7 116:18,20 117:16,23 119:17
122:13 124:10 125:9,13,16 130:6
135:1 137:3 139:9

**before** 6:17 7:18,25 8:9,14 9:15 10:4
24:5,23 62:15 78:20 79:1 92:4
94:13,16 97:18 99:10 101:11,15
106:23 111:21 115:2,16 121:5
122:24 125:8,10 130:16 131:4,12
136:23,25 137:9 138:25 139:3

**beginning** 67:24

**behalf** 5:12

**behavior** 24:4,24,25

**behaviors** 24:7

**behind** 123:5

**being** 5:6 6:10 11:22 25:8,15 28:16
29:9,18,20 42:1 45:19,23 46:9 48:10
53:3 54:19,23 55:25 56:21 58:13,21
59:19,20 64:23,24 93:17

**Belgian** 67:9

**believe** 23:17 34:16 80:25

**believing** 24:22

**bell** 140:15

**below** 28:11

**beneficial** 76:19

**benefit** 77:8,11,16 94:10 105:17
117:3,6,11,17 129:20 134:14

**benefited** 128:12

**benefits** 76:25 99:25 100:22 101:21
114:16 116:17,20,25 117:14,18
135:1,20,23 137:7,11,16,19

**besides** 42:4 48:21 84:16

**best** 6:23 23:24 44:10 51:16 84:2,12
85:7 110:24

**better** 51:19 65:23 77:12 109:5
126:5

**between** 25:10 35:11 51:5 110:2
113:17 125:21 134:6

**beyond** 110:4

**Bhargava** 18:10

**bias** 100:24 104:5 108:9

**bibliography** 13:22 14:1 115:23
122:12

**big** 33:20 71:19 82:1

**bigger** 26:21 75:5 107:6

**billing** 63:8

**binary** 42:14,17 43:19,23 44:20,24
45:1,9 50:24 51:20 52:11 76:5 140:4

**biologic** 26:15

**biological** 11:23 19:6,8

**bipolar** 39:24 40:2,8,22 41:2,9,13

**birth** 15:22 16:2,10,15,19 21:5 23:3
27:7,19,23 28:6 29:19 43:19 44:16
45:3 49:19 51:22 58:5 67:11,12,13
68:12 74:16 75:8,19 94:5,7 96:2

**birth-assigned** 46:4

**bit** 7:2,23,24 12:18 26:21 33:10,18
46:12 52:15 59:12 69:7 75:5 107:6,
7,17 109:5,6 118:19

**blend** 28:17 42:2,22 43:4

**block** 108:2

**blocker** 108:1

**blockers** 61:8 92:10,15 102:6
112:12 114:22 127:6 140:14

**board** 38:10

**boards** 38:5,6

**bodies** 125:20

**body** 44:23 45:21,24 46:16,21,22
48:23 49:1,2 76:3,8 114:19 119:10

**born** 47:21

**Boston** 61:7,17

**both** 16:25 49:10 58:15 60:9 66:23
86:4 98:17 116:15 119:13

**bottom** 87:10 122:22,25

**boy** 46:23 56:13

**boys** 12:5

**brackets** 28:18,19

**brain** 26:4

**break** 41:15 68:22 91:25 92:4 96:25
130:9 132:20

**breaking** 38:13

**breast** 95:25

**brevity** 117:24 122:14

**briefer** 113:15

**briefly** 102:17 103:24

**bring** 71:23 72:2 123:6

**bringing** 104:25

**British** 111:18 112:9

**broad** 82:7 83:24

**broader** 14:11 82:19,21 83:5

**broadly** 83:19,22

**brought** 61:7

**bucket** 74:18

**bunch** 73:3

**but** 5:21 7:1,12,13 9:3 10:9 13:12
14:11,22 16:13,15 17:2,12,14,22
19:3,9,10,21,25 20:2,12 21:4,9,14
22:7,12,20 23:3,13,19 24:9,21 27:2,
8 28:14,18 30:1,18,24 31:21 32:8,
19,20 34:4 35:5 36:9,15 37:17 39:1,
24 40:15,17 42:10,18,20 43:19,21
44:6,13 45:1,8,12,23 46:22 47:7,22,
24 48:5 49:10 50:6 51:3,11,22 54:13
56:1,17,20 57:20 59:25 60:8,21
61:9,11,23 62:1,16 63:24 64:10
65:12 66:7 69:17,19 70:4,10,22
71:17 72:17 73:4,6,9,21 74:3,4,14,
15,16 75:19 76:3,5 77:4 78:17 80:3
81:18,22 82:6,13,18 83:2,4 84:11

85:5,23 88:1 89:22,24 90:4,9,12,13, 15,21 91:4,16,23 92:5,8,24 93:2,5, 14 94:14,24 99:12 100:25 101:25 103:4,18 104:22,23 105:11 106:2,24 109:7,17 110:19,21 111:2,15,25 112:13 113:18 114:24 115:16 116:6, 7,19 117:5,15,23 118:9,17,18 123:4, 19 125:7 126:1,14,17 127:4 129:1,5, 13 130:22 131:16 132:15,16,17 134:13 135:9 136:3,16,20 138:15 139:20,24,25 140:3,6,18 141:2

**by** 5:24 7:7,20 18:5,10 22:1,18 38:1 41:23 43:1 45:20 47:12 48:10,21 49:3,5,12 50:12,16 52:19 54:20 63:12 64:1 65:22 69:2 70:2 71:6,15 78:22 80:13 81:9 83:6 88:5 95:25 96:11 97:9 101:17 104:4 114:18 119:9,14 120:14 121:21 122:10 129:2 133:1

---

**C**

**California** 63:24 64:10 65:7,22

**call** 26:8

**came** 10:8 18:5 53:20 69:20 71:6 80:24 86:18 88:3

**can** 6:23 7:13 12:12 13:19 15:20,21 16:9 19:9 20:5,11,20,25 22:22 23:1, 5 24:15 25:1,12 26:20 28:6 30:17 32:14 38:22 39:19 42:10 45:24 46:12 49:2,4,7,9,16 50:6,19,20,22, 25 51:14 53:10 54:3,12,22 55:22 58:3 59:12,23 67:24 68:17 76:6,19 79:22 87:10 88:14 89:5 92:3 94:1, 17,23 95:11 97:12 99:2 100:4,6 102:5,20 105:9,24 107:6 113:13 115:10 116:22 117:9 119:18,21 122:6 123:3,6,11,15 125:5 126:11, 13 130:9,13 132:20 134:4 135:3 136:9 139:19 140:6,17 141:5

**can't** 19:24 39:11 40:25 48:17 60:21 72:22 80:3 97:16 99:19

**canal** 96:23

**cancer** 85:13 86:8

**cannot** 6:14

**capability** 12:20

**capacity** 131:23

**care** 8:4,18 11:20,21 36:11 45:8 46:2 61:13,21 65:17,23 66:16,24 67:11,

14,16,22,23 68:1,6,11,13,17,18 69:8,11,19,25 70:3,15,17,18,24 71:1,4 72:5,19 75:25 76:21 77:3 79:8 80:9 81:14 82:13 83:12 84:3,4, 15 85:3 87:22 88:1,2 93:18,21 94:1, 18 98:17 99:22 101:3,5,7,22 103:2 105:18 110:23 111:12,14 112:2,6,8, 15,19,21 114:5,15,24 115:2,3,7 117:1,3,13,18 118:11,13,22 124:12 125:15,16,18 126:9 132:7,13 134:22 135:2,20,24 136:4,21,24 137:3,6,7, 12,14,17,18,19 138:13,14,19

**case** 7:6 8:5 12:13 21:20 22:10,18, 21 23:3 106:5 107:2 135:5

**cases** 9:3 16:18 132:1

**Cass** 112:18 140:9,10

**categories** 10:14

**categorization** 44:13

**causal** 133:25

**causality** 128:11,16 130:2 134:10

**causation** 125:21 127:11,25 129:1, 16

**cause** 63:1

**caused** 101:17

**causing** 50:19

**caution** 19:8 99:13

**cautiously** 99:23

**cells** 21:23

**center** 133:13

**central** 137:13

**certain** 76:3 83:3

**certainly** 16:15,21 18:2 19:20,22 23:9 27:18 28:1 29:5,12 31:17 32:8 36:11 37:17,25 38:2 39:18 40:25 41:1 43:9 50:14,18 55:22 60:1,22 65:22 69:16 70:10,11 71:9 72:16 73:7 81:18 101:7 105:23 116:16 117:2 124:22 130:23 132:9 139:9

**certainty** 24:10,16 84:25 85:14 86:13 89:14 107:24 108:10,22,25 109:3

**certificate** 15:23 16:3

**certified** 38:10

**cetera** 19:15 29:10 46:17 135:25

**chance** 102:18 110:24

**change** 50:20 51:15 52:18 53:3,7,25 54:8,10 55:7,8,12,13,14,16 56:4 64:4 65:16 68:4 92:13 93:8,14

**changed** 35:25

**changing** 43:7 93:15

**chapter** 73:1,16,20 74:1,3,4,9 75:1, 7 81:17,18,19 82:6,14 83:2,4,9 88:3 92:18 93:10,14 132:6,7,8

**chapters** 71:17,20,21 72:14,15,24 73:3 82:2,14 83:3,7

**characteristics** 26:1

**Chase** 5:11 7:7 13:16 89:15 92:3 126:10 140:23

**chat** 119:19,24 122:1

**checking** 38:11

**Chen** 114:18 116:25 121:25 122:2,8, 11,12 133:8,10,11,12

**chest** 92:19 94:6,9,11 95:17,18,20, 23,24 96:1 119:8,11

**child** 23:18 24:1,5,11,17,21,23 25:2, 5 81:17 92:10

**child's** 24:1,4,10 25:2

**childbirth** 47:13

**children** 23:16,24 56:25 57:2,10,17, 25 58:17,24,25 59:1,4,9,15,20,22 60:16 81:4,6,9 102:13 107:11 109:12 140:13

**Children's** 61:7,17 114:13

**choice** 55:25

**choices** 84:13 97:6

**chromosomally** 16:12,13

**chromosome** 16:13 17:4

**chromosomes** 17:10,16,20 21:9, 11,17,21 23:12 26:1

**circumstance** 22:20 38:20 40:4

**circumstances** 24:24 35:24 78:6, 14 94:15,24 95:11

**cisgender** 10:20 11:7 47:5,10 50:2 51:13 55:2 124:5 128:24 138:15

**citations** 113:9,18,24 122:15

**cite** 97:25 107:1 113:14 122:14

**cited** 115:12,15 116:24 117:20,22, 25 118:17

**cites** 119:12

**City** 114:13 120:22

**claiming** 127:24 128:2

**claims** 64:21

**clarify** 13:22 42:11 54:8

**clarity** 123:11

**clear** 6:23 54:13 57:20 63:7,21,25 65:13 66:14 131:17 136:5

**clearer** 62:8

**clerk** 5:18

**clinic** 61:4,6,10,12,15,17,20,23 62:6, 8 114:23 120:22

**clinical** 9:17,19,24 10:1,2,4,13 11:21 32:2 36:4,20 37:7,22,24 39:2, 5,11 53:14 54:15 74:13,14 83:20,23 84:2,12,15 85:6 86:3,4,25 88:4,19 91:5 92:22 98:18 105:6 114:3,6 116:10,13 125:14 139:9

**clinically** 93:25

**clinician** 25:1,4 28:25 29:2

**clinicians** 35:19 36:3 38:1 76:10 135:8

**clinics** 63:19 64:16 112:20

**clitoris** 96:18,21

**co-lead** 132:6

**co-occurring** 128:20

**cognitive** 93:2 103:23

**cohort** 60:13,17 67:18 68:4,5 128:22 131:6 135:4

**collecting** 124:13

**collection** 121:25

**college** 94:17,20

**column** 131:22

**columns** 130:16

**combining** 85:5

**come** 30:17 35:4 40:2 48:4 52:12 54:18 56:13 61:1 86:9 109:6 119:6

**comes** 22:8 29:19 41:8 50:6,7 84:17 85:10 86:17

**comfortable** 18:24 52:14 71:16

**coming** 11:2 31:19 32:1 38:13 110:9

**commentary** 18:19

**commenting** 93:13

**comments** 70:21

**commission** 89:19,25

**committed** 134:15

**committee** 71:7

**common** 43:9 45:8 47:22 61:8 85:2 86:15

**commonly** 47:12 96:16 139:24

**communicate** 20:16 23:20 24:6 25:5

**communicates** 32:10

**communicating** 29:12

**communication** 20:12,13,21 21:25 22:2,4,13

**companies** 63:13 69:18

**comparable** 83:12 128:24

**comparative** 107:13

**compare** 115:2

**compared** 67:11

**comparing** 114:21

**comparisons** 136:23

**compiled** 80:17

**complaint** 7:6 8:3,5

**complete** 6:15 17:11 21:3,8 22:10

**completeness** 17:5

**completion** 110:13

**complex** 104:14,17 107:22 108:20, 25

**complications** 117:5

**component** 20:13

**comprehensive** 64:20

**concern** 39:4

**concerned** 29:3 139:5

**concerns** 79:4 101:1,3 111:19 112:1 128:21

**conclude** 137:16

**concluded** 135:19 141:7

**concluding** 137:19

**conclusion** 53:20 58:21 104:22 112:18 116:19 118:13 128:16 129:2 130:1

**conclusions** 98:4 104:13 106:3 112:14 127:5 130:12 133:25 134:4,8

**concrete** 46:6

**conditioned** 63:22

**conditions** 32:4 36:19 78:18,22 83:14,17 85:2,22

**conduct** 22:3

**conference** 67:5

**conferences** 116:3

**confine** 18:19

**confirm** 23:21 32:4 87:11,12 137:8

**conflicts** 101:17

**confounding** 108:9

**confusing** 35:9

**confusion** 58:3

**congruence** 114:19

**connect** 40:18

**connection** 133:2

**consensus** 92:21 93:17

**consent** 93:4 101:4 131:24 132:11, 14 137:13 138:21

**consenting** 95:9

**consider** 74:10 85:18 138:3

**consideration** 101:8 105:20 112:11 125:5

**considerations** 138:20

**considered** 99:10

**considering** 37:2

**consistency** 34:15

**consistent** 34:12 35:21 50:3,9 56:18 75:11 114:6

**consists** 75:22

**constant** 66:4

**constitute** 82:22

**contact** 91:15

**contents** 73:11

**context** 113:1

**contexts** 50:7

**continue** 139:12

**continued** 110:7,19,20

**continuing** 99:21 110:21 112:14

**contracted** 80:15

**contributes** 128:7

**control** 121:1 133:22

**controls** 124:5 125:1 128:24 133:23

**conversation** 15:7 23:14 24:11 30:2 48:4,16,17 131:17

**conversion** 52:25

**copy** 90:18

**Cornell** 118:7,15,19

**corner** 73:12

**correct** 8:6 14:20 23:7 33:22 34:3 39:10 137:10

**corrections** 70:22

**could** 7:22 12:15 17:12 30:23 34:21 42:10 43:20 44:4,5 50:14 51:14 52:12 56:19 57:15 62:24 63:1 72:2 73:7 74:23 75:20 77:4 79:4,9 83:6 90:17 94:14,24 95:12 101:23 104:7 105:2 111:9 113:6 114:1,11 119:23, 24 120:3 127:13 131:14 133:4 137:23 140:17

**couldn't** 63:19,25

**Council** 97:6

**counsel** 5:8 41:10

**counseling** 85:18 101:5

**count** 97:3

**countries** 47:20 112:5

**country** 65:25 132:10

**couple** 6:20 38:15 81:2 99:24 100:3 116:3 117:14 119:8 131:21

**course** 10:18 12:1 109:4 114:24 137:13

**cover** 30:12

**coverage** 64:1,25

**covered** 118:2

**created** 96:11

**creation** 96:9,17

**CRISMA** 90:8

**criteria** 34:14,23 131:25 132:1

**cross-gender** 24:5,25

**cross-sectional** 67:3

**cross-sex** 24:24 92:11 100:9,18,22 123:21

**CSH** 131:25

**cull** 60:14

**culture** 56:17

**cultures** 56:19

**curious** 54:6

**current** 9:11 10:20,22 69:20

**cut** 65:3 79:17

**cuts** 79:25

**CV** 12:17 13:12,19,22 14:3

**D**

**Dan** 5:7,19

**data** 56:24 57:9,16,24 58:10,12,16 59:4,11,14 60:15 67:2,4,17 68:10 90:20 110:5,11,17,20 111:1,3 115:5 124:13 126:24 128:22 129:10

**database** 64:20 82:1,10,19,21 83:5 84:21 112:25

**date** 5:4 87:25

**day** 7:12

**de** 117:2 122:21,23 123:1,9 132:8

**deal** 36:19 99:13

**dealing** 85:3

**Debbi** 5:1 141:5

**decade** 62:5,21

**decades** 98:17 114:6

**decide** 14:25 53:10

**deciding** 54:21

**decision** 74:5

**decisions** 83:20,23 85:7 86:3

**declaration** 7:18 8:24 12:7,13,16, 24 13:1,20 14:2 15:3 25:17,23 41:20 54:13 55:14 79:20 106:5,8 107:2 113:2 117:22 122:16,19 133:3 136:3 137:9

**declarations** 15:6 117:23

**decrease** 100:19

**deep** 28:15,21,23 29:9,17,20 42:1

**deeper** 46:23

**deeply** 25:8,14

**Defendant's** 6:5

**defending** 71:19

**defined** 25:7

**definition** 15:14 42:24

**degree** 24:9 45:23

**Dekker** 13:3

**delivering** 16:2

**Delphi** 71:5 93:12

**demographics** 66:17

**demonstrate** 131:5

**demonstrated** 84:7 130:23

**demonstrates** 86:2 130:2

**Department** 63:16,18

**depending** 95:5

**depends** 131:9

**deponent** 5:7

**deposed** 6:10

**deposition** 5:6 6:3,5,6,12,17 7:5 8:13,23 9:5,7 12:9 69:9 72:4 87:2 97:8 102:14 106:15 109:14 120:13 123:8 141:7

**depositions** 13:2

**depressed** 39:24

**depression** 11:19 41:4 44:5 63:4 77:11,13

**depressive** 35:9 39:20 40:1,5,9,11

**Deputy** 6:2

**describe** 17:23 51:11 134:13 138:11

**described** 22:21 52:8 121:2 136:6

**describes** 90:1

**descriptor** 28:7

**design** 128:14 129:2,15 130:1

**desire** 43:21 47:13,15 48:13 49:12, 13,14,18,21,23 53:1

**desiring** 74:17

**desistance** 130:22 131:8,13,17 138:2,3,7,22,23,25 139:1,4,14,18

**desperately** 53:22

**detail** 113:16 132:17

**detect** 20:25

**detecting** 40:21

**detector** 15:25

**determination** 27:24 94:22

**determine** 24:1 28:8,21,24 29:8

**determines** 28:25

**detransition** 139:21

**devastating** 135:8

**developing** 65:2,5 72:17

**development** 11:23 52:6 60:2,9,11, 22 70:3

**developmental** 30:5 128:6

**devoted** 10:5

**diagnose** 37:1

**diagnosed** 41:2,7 60:17 62:10,22 64:8 65:9 66:1

**diagnoses** 33:13 35:22,25 36:13,14 37:12,18,20,25 63:20 130:25

**diagnosing** 33:16 40:11

**diagnosis** 30:9,22 31:12 33:7,9,12, 22,23 34:3,6,8,15,17 35:11,12,14, 18,20 36:3,14,16 37:9 38:4,8,9 39:1, 2,6,9,10,12,20 52:3,4 58:18 62:13, 16,24 63:1,7,10,23 64:2,3,5,12,14, 15,17,24,25 65:18,20 74:21 85:13, 16 86:8 131:19

**diagnostic** 34:18,23 38:18

**Diane** 114:18 133:12

**did** 14:25 17:17 25:20 33:21,25 34:17 35:25 37:14 61:15,18 65:15 67:17 73:20 81:14,22 82:22 83:1 88:9 90:2 92:24 93:8 97:20,25 100:19 107:1 113:15 114:13,25 115:2,8 116:6 121:4 127:3 128:18 131:5 133:23

**didn't** 18:23 39:22 60:6 62:13 65:3 74:23 79:17 115:20,21,22 118:6 121:23 122:18 126:18 134:19

**differ** 19:16 59:1 75:17

**difference** 23:22 25:10 35:11 51:5 92:15

**differences** 19:25 93:19 134:5

**different** 15:12,20 17:2 19:9 23:18 25:12 26:16,18,25 27:6 28:5 30:6 34:14 35:19 36:2 42:21 43:18 45:2 51:2,13 54:3 55:18 58:4 61:5 62:15 70:2,4,19 80:1 82:11 83:25 84:14 107:18 115:19 116:1,7,8 120:4 133:11,19

**differential** 38:9

**differently** 30:25

**difficult** 78:14 104:13 107:23 130:19 131:3

**difficulty** 21:5

**digest** 102:18

**Dimensions** 61:10,20

**direction** 67:20

**directly** 93:9

**disagree** 19:20 20:2 55:16 56:5 71:2 72:11

**disagreed** 71:10

**disapproval** 71:8

**disclosed** 103:13

**discomfort** 48:23 49:1,2,5,6,7

**discounting** 112:13

**discover** 21:16

**discriminate** 63:25

**discrimination** 50:16

**discuss** 79:7 114:2 138:9,17

**discussed** 55:21 89:10 135:24 136:15

**discussing** 34:7

**discussion** 47:23 66:25 67:8 68:9 103:22 107:9 109:23 137:8,12

**disorder** 35:9 39:20,24 40:1,2,5,8, 10,22 41:2,9,13 57:18,22 62:18,19, 22 63:5,7

**disorders** 30:20 77:14

**display** 119:24

**distant** 40:13

**distinct** 17:25 18:13,24 33:12 35:3,8 36:10,17

**distinction** 17:22

**distinguish** 131:14

**distress** 29:4 30:7,10,22 31:3,21 45:16,18,20 50:19 76:2,7

**distressed** 45:15 46:3,7,9,15,16

**do** 6:7,9 7:7 8:2,16 9:24 10:20,22 13:11,25 15:12 16:18,23 18:15 19:18 20:23 21:21,24 26:5,8 27:10, 12 28:8,20,23 29:13,20,22 30:3 32:4,20 34:22 37:3,7,8 38:6,14,17 39:2 40:8 41:4,6,13 43:3,4,14,24 47:2,14 48:21 49:4,5,13,20 53:23 54:2,8,22 55:8,13 56:21 61:3,25 64:6,7 66:2 69:10,14 71:22 73:18,25 74:10 76:18,20 77:7 78:22 80:13 83:15 87:3,21 88:1 89:15 90:22 91:15,25 92:1 93:16,22 97:10,17 98:4,11 99:1 100:11,13 104:8,11 105:13 106:16,18 107:14,16 109:15, 18 110:17 111:18,25 112:9,22 115:1 116:17 118:6 119:21,22 121:8,24 122:14 125:4 126:10,12,24 127:2,24 128:10,15 129:13,25 130:20 132:2, 4,21 134:10 135:21 138:3,8

**doctor** 6:1,7 7:17,21,25 8:14 9:9 12:10,16,22 13:11 14:5 22:9,18 29:17,19 38:17 41:24 61:3 69:10 72:5 73:16 75:6 79:22 87:3,12 89:17 92:7 97:10 98:4 102:15 103:10,17 106:16 107:8 109:15 113:5 119:13 120:15 122:11 123:9 126:11 133:2 135:17 137:15,18,24 141:1,5

**doctor's** 13:19

**doctors** 85:22

**document** 6:7,9 7:25 8:2,8,14 12:10 14:4 25:19 69:10 70:7 71:19,25 75:3 81:15 87:3,5,6,16,21 88:4,23 89:9, 16 91:13 92:1,21 93:17 97:7,10,12, 18,25 107:5 109:11,15,18 111:25 119:24

**documents** 8:24 13:18 111:18,21

**does** 12:10 15:18 24:9 28:6 29:17 30:24 31:2,3 42:13 46:8,23 56:12 60:13 75:15 87:12 90:4 95:5,20 96:5,7 118:25 120:11 121:10 125:21 127:4,11 139:24 140:15

**doesn't** 27:13 32:17 43:19 54:5 77:1 105:4 109:7

**dog** 20:11

**doing** 39:4 80:16 99:22 110:14 124:10

**dominate** 26:10

**don't** 6:22 13:14 20:6,19 21:10 31:8 32:18 33:7 40:15 41:2 42:11,16 43:10 44:12,14,19,20 45:10 50:4 56:6,7 58:23 59:22 62:1,7,23 64:19 67:25 71:17 72:13,15 74:8 77:2 81:5 82:4 84:10 85:24 89:23 90:9,21,24 91:16,23 98:2,19 99:18 101:12 104:20 108:18 111:23 112:3 113:9 119:1,20 120:10 121:13,20 122:2,8, 14,16 124:23 140:5,18,20 141:2

**done** 9:3 11:17 22:4 31:9 47:5 53:18 61:14 86:12 91:4 99:12 101:2 110:4 130:7 140:22

**down** 7:22,23 60:14 73:13 87:9 88:14 98:6,20 99:4 100:7,16 104:25 105:1 107:6 109:23,24 123:12 130:13 131:21 137:23

**dozens** 118:12

**Dr** 12:8 140:9,10

**draft** 70:21

**drafted** 42:20

**dramatic** 128:18 129:23

**dramatically** 105:9

**draw** 104:13 106:3 133:25 134:4

**drawing** 134:7

**drawn** 112:14

**DSM** 31:12 37:8,24 52:4 62:12

**DSM-5** 30:9 35:12

**duly** 5:20

**duration** 110:1 111:4

**during** 9:20 94:19 100:17 123:20 124:19 134:16

**Dutch** 33:19 35:16 61:7 67:1 68:9 110:5,14 115:5 116:16 117:1,10 129:8 130:22 131:10

**dying** 85:20

**dysphoria** 10:6,24 11:3 29:4 30:9, 11 31:20 33:9,12,16,20,24 35:5,7, 11,14 36:7 39:13,16 43:21 44:5,23 45:24 48:1,12 52:5 53:4 54:18 56:25 57:3,10,17,25 58:17 59:5,15 60:18 62:7,9,10 64:2,8 65:9 66:2 74:15,16, 21,22 75:17,18,21,22 76:6,11 77:20, 25 78:25 79:14 80:19 82:8 87:8,19 94:8 95:18 98:14 101:16 105:8 106:22 107:12 109:13,21 114:6 125:19 126:3 130:25 131:19 134:23 136:5 138:4 139:11,16

**dysphoric** 75:14

**dysphorics** 66:20

**dysthymia** 35:9

---

# E

**each** 19:17 20:24 42:18 70:21 71:5 95:20 113:25 118:10 127:3

**earlier** 44:11 84:22 133:2

**earliest** 67:24

**early** 23:19 24:25 101:2 127:9

**easier** 89:16

**easily** 27:20

**Eastern** 5:5

**edited** 122:13 136:14

**editing** 115:20

**editors** 74:5

**effect** 100:8 105:2

**effective** 84:7

**effectively** 108:2 140:14

**effectiveness** 107:10

**effects** 103:23 104:6,8,10 105:9

106:21 110:25 111:10 126:24

**efficacy** 98:18 105:20 112:11

**either** 38:23 58:9 67:20 69:22 90:17 112:12

**electronic** 63:20

**elevation** 41:12

**eligibility** 132:1

**eligible** 90:7

**eliminate** 75:8

**eliminated** 64:9

**else** 9:1 13:6 33:14 48:19,21,24 86:17 92:4 119:3

**elsewhere** 74:3 118:18

**emeritus** 9:12,13,15 10:4

**enabling** 128:4,5

**end** 14:3 71:15 78:11 90:11 92:20 107:22

**ended** 128:23

**endocrine** 18:6,7 19:6,7 26:14 86:23,25 87:7,17 88:3

**endocrinologists** 87:20

**endocrinology** 82:16 88:19 90:3

**endogenous** 26:2

**engage** 30:2

**English** 103:5

**enough** 108:13

**Enrolled** 8:12

**entail** 95:21 96:5

**entangled** 78:8

**entire** 12:16 13:17

**entirely** 10:5 135:9

**entirety** 8:8,20

**enumerates** 103:24

**episode** 40:14

**episodes** 39:22 40:9,12,22

**equivalent** 19:22 138:14

**error** 32:11,21 33:1,3,15 35:14 36:20,23 40:6,23

**especially** 38:2 85:23 108:20
128:19

**essentially** 131:14

**establish** 52:15 125:21 127:11

**established** 33:15 65:24 99:11

**et** 19:15 29:10 46:17 135:25

**et al** 80:25 117:13 133:13

**eunuch** 74:23 75:7,14,17,21

**eunuchs** 73:17 74:1,7,10,13 75:7,
12

**European** 112:5

**evaluated** 104:7

**evaluation** 121:2

**even** 35:13 40:13,16,18 44:14 47:18
53:2,21 54:2 56:18 63:18,20 82:25
85:24 104:24 105:3 109:1 112:3,7,
15 115:14 119:19 125:16 131:10,12,
16

**eventually** 23:20

**ever** 6:17 11:23 37:4 46:8

**every** 10:19 66:4 71:11 93:13

**everyone** 71:6 76:25 77:1 81:13

**everything** 14:19 63:9 70:10 118:3
126:14

**evidence** 80:7,13,17,19 81:10,11
83:11,13,19,22 85:5 98:7,18 106:13
107:19,24,25 108:7 109:11 113:12
127:17 129:6 130:1 134:14 139:7

**evolve** 50:22

**exactly** 132:15

**exam** 37:23

**examination** 5:23 21:12 37:8 39:3,
5

**examine** 89:5

**examined** 5:21 103:22

**examining** 99:9

**example** 17:11 18:20 21:2,3 22:23
24:7 26:13 31:24 33:10 36:12 38:24
39:12,19 42:18 46:7 48:22 53:16
58:13 60:1 71:21 76:21 77:10,14
78:10 81:1 84:4 112:4 125:11
136:21 140:2

**examples** 86:18

**except** 35:23 93:5

**excluded** 90:24 91:1,11,19 103:14
108:18

**excluding** 64:1

**exclusion** 62:24 64:9

**exhaustive** 118:7,9 122:19

**exhibit** 6:4,6 7:4,5 8:12,13 12:7,9
13:10,12 14:1,5 15:1 41:21 69:3,9
72:3,4 79:19 86:21 87:2 97:3,8
102:11,14 106:11,15 109:10,14
113:3 115:13 117:20 118:17 120:13
122:9,11,23 123:8 133:5

**exhibits** 7:8,9 122:3 126:17,18

**exist** 30:24 31:2 32:4 62:13 112:25

**existed** 61:11

**exists** 41:7

**expanding** 112:20

**expect** 57:23

**experience** 36:10,15 37:24 39:11
47:7,9 53:14 54:15 74:13,14 76:2
79:9 84:2,12 85:6 86:5 98:18 105:7,
16 110:16 114:3,7 116:11,13 125:14
139:9

**experimental** 98:8,19

**expert** 12:7,13 18:18 19:22 20:18
80:16

**expertise** 20:2

**experts** 70:2 80:20 87:17

**explain** 32:14 46:12 49:4 59:12

**explained** 75:24

**explaining** 32:16

**explains** 56:8

**explanation** 44:8

**explore** 49:13

**express** 39:22 59:24

**expressed** 19:8 47:12,15 48:10

**expressing** 48:12

**expression** 29:7

**extent** 124:24

**external** 16:3 17:20 26:1 28:2
56:10,14,20 96:10

**extra** 95:7

**extremely** 22:16

**eye** 120:9

**eyes** 26:22

---

### F

**faced** 50:15

**fact** 44:22 61:10 84:20 135:7

**factors** 26:2,8,17,18 27:11 131:14

**facts** 27:12

**fair** 44:16 81:8

**Falk** 5:14

**fall** 67:6

**false** 38:19

**familiar** 12:10 18:7 69:16 102:15
140:5,8,9,12,20

**families** 94:15 138:10

**family** 78:8 94:18

**far** 46:23 73:12 122:3 139:5

**favor** 77:23

**features** 75:9

**feel** 39:8 43:17,20 46:23 48:19 72:23
79:12 128:10

**feeling** 31:4

**felt** 25:8,14 28:15,22,23 29:9,17,20
42:1 71:15,16

**female** 17:6,13,14 21:9,15 25:8,15
27:3 28:16,17 42:2,3,5,12,15,16,22
43:4,11,15 45:14 46:24 48:21 49:9,
12 51:20,25 52:1 56:21 66:19,22
67:10,13 68:4,12 74:17,24 75:19
76:5 94:5,7 96:2

**females** 19:16 46:21 56:22 67:19

**feminine** 12:5

**fertility** 21:12 100:9,25 101:5

**few** 47:3 82:25 91:21 94:24 97:24
140:23

**field** 70:3

**fields** 84:1,14

**figure** 49:20 51:4 75:16 81:8 122:6 133:10

**figured** 71:23

**file** 13:17

**filed** 13:2

**final** 7:18 131:22

**find** 40:2 86:22 91:13,18 97:5 106:12 107:23 111:9 112:9,22 140:6

**fine** 7:15 24:15 79:24 80:2,4

**finish** 92:1 130:9

**Finland** 97:14 101:21,24

**firmly** 99:11

**first** 5:20 6:4 11:17 12:4 13:12 15:9 28:12,20 30:12 31:11,12 41:25 58:3 59:5 61:3,15 62:5 66:5 68:14 73:21 78:3 103:24 107:1,9 108:12 114:4 116:8 125:24 126:2 127:16 129:8 132:5 137:7 140:9

**Fisher** 5:15,24 6:1,4 7:3,7,15,19,20, 22 8:11 12:6,14 13:9,16,23,25 25:18 26:20 28:11 38:14 41:14,17,20,23 68:21,24 69:2,4 71:25 73:10 74:25 86:20 87:9 89:15 91:24 92:2 96:24 97:2,9 100:6 102:10 103:7 106:11 107:4 109:9 119:18,25 120:2,5,8,14 121:24 122:5,10 123:3,13 126:10, 15,19 130:8,13 132:19,24 133:1,4 137:23 140:22 141:1

**fit** 26:24 43:20 44:10 51:16

**five** 14:4 41:17,18 68:24

**five-minute** 132:20

**flip** 90:17

**fluctuation** 51:10

**focus** 10:12,15 11:15 30:4,8 71:20 82:13

**focused** 31:23

**focusing** 10:8

**folks** 74:19 76:1

**follow** 55:3 88:9 110:7,22 113:17

**follow-up** 29:23,25 30:3 67:1 109:25 110:4 111:15

**followed** 121:12 123:17,24 124:15

**following** 21:14 53:24 110:6 130:17 131:10 135:4 137:21

**follows** 5:22 113:11

**footnote** 130:16

**for** 5:9 6:1 7:16 8:4,18,23 9:4,18 10:23 11:2,15,18,24 12:13 13:24 15:10 17:5,11,24 18:20 19:12 21:2,8 22:23 24:6 26:13 28:3,24 29:8 30:8, 11,20,24 31:20,23 32:11,21 33:10, 15 34:14,17 35:23 36:11,20 37:8 38:23 39:19 40:21 41:3,9 42:18 43:8 44:2,10 45:12 46:7,13 47:13,24 48:22 49:18,23 50:19 51:16 53:16 54:12 56:3 58:12 60:1 61:8,10,13,21 63:2,4,8 64:17,22 66:24 68:14,22,23 70:17 71:6,9,21 73:5 76:10,19,21,24 77:1,3,5,10,18,19 78:2,10,12,19 79:12 81:1,6,9,23 82:1 83:4,13 84:4, 16,23 85:1,2,3,9,12,14,22 86:6,7,13 87:7,18 89:13,16 91:8,25 92:10,15, 18,19 93:6,24 94:4,12,15,21,25 95:3,10,12,14,17 96:1,6,9,25 97:6 98:17 101:4,6,16 102:2,8,13 103:2, 18 104:17,18 105:7,18,20,21 106:5 107:11,21 108:4,21,23 109:1,12,20 110:14,23 112:4,10,21 113:7,13 114:5 115:10 116:20 117:6,23 118:10,22 119:8,13 120:18,21 121:11,14 122:13,17 123:11 124:11, 15 125:2,11,18 128:15 129:19,21,22 131:25 132:6,18 134:7,14 135:2,8 136:4 137:17 138:4 139:2,10,12,15, 16,25 140:1,3

**force** 54:3

**forced** 54:5

**form** 9:22 10:7,16 11:25 14:15 15:11,19 16:6 17:8 18:1,17 19:1,19 20:8,17,22 21:18 22:6,25 23:8,15 24:2,19 26:12 27:4,17,25 29:11,24 30:16 31:5,15 32:6,13 33:5,17 35:2, 15 36:8,22 37:6,21 38:21 39:7 40:7, 24 42:7 43:6,16 44:1,18 45:5,17 46:5,11 47:1,16 48:2,14,25 49:15 50:10 51:7 52:2 54:1 55:17 56:15 57:4,12,19 58:2,11 59:7,18 60:20 61:12 62:11 63:14 65:11 66:6,21 68:7 69:24 70:8 71:3 74:11 75:23 76:15 77:9 78:5,21 79:3 81:12 88:7, 13 89:7 91:3 92:14 103:16 105:22 106:6 108:17 111:22 112:23 121:19 122:18 124:21 125:3,23 128:1,17 129:4,17 130:3 134:2,11,21 138:6 139:6,17 140:16

**formed** 91:12

**found** 33:25 71:22 100:17 104:16,24 105:3 111:7,8 124:2 129:15 131:12, 13

**four** 14:4 37:14 73:13 133:13

**fourth** 98:5

**Francisco** 63:16

**from** 5:11,14 9:19 19:25 20:5 22:16, 20,21 23:18,22,25 24:17,21 26:1,13 28:5,10,13 29:6,14 30:6,10 31:3 32:7 33:13 35:8 36:17 42:20,21,24 43:3,18 45:2,24 47:8 49:10 51:2,13 56:13 57:23 61:5 63:19 65:15 67:2, 9,20 69:12 73:13 75:17,18 76:25 77:8,11,16 82:1 85:25 86:4 87:17,19 94:11 96:19,22 97:13 100:22 101:20,21,23 102:1 105:2,18 110:12 111:5 114:13 115:17 116:16 117:3, 4,18 118:11,23 121:15 123:25 124:12,16 126:1,17,18 133:25 137:1,2 138:22 140:8,12 141:4

**front** 7:17 38:7 69:8 137:24 140:5

**fulfilled** 49:24

**full** 6:14 7:8 89:15 111:12 131:24

**full-time** 10:1

**fully** 43:20 44:24 51:3 102:8,18 105:15

**function** 26:4 87:15 126:3

**functionally** 20:7

**functioning** 75:10 127:8,20 128:3 133:16

**funding** 11:19

**further** 21:6,21 35:1 46:19 49:4 106:2 140:21

### G

**gave** 56:7 71:12

**Gavin** 5:14

**Gems** 61:17

**gender** 10:6,24 11:3 19:23 20:3,4, 18,19 23:2,4,13,18,22 24:1,5,8,10, 18 25:3,6,7,9,10,13,14,15,24 26:3 27:2,6,10,15 28:4,15,18 29:3,7,21 30:6,9,11,12,15,23,24 31:2,13,16, 19,20 32:5,9,12 33:1,2,6,9,11,16,20,

23 34:17 35:5,7,11,14,18 36:7
39:12,16 41:25 42:3 43:8,17,19,21,
22 44:4,7,14 45:2 48:1,12 49:9,18,
25 50:9,13,17,20,21 51:2,5,6,11,12
52:1,4,8,17 53:4,8,24 54:4,9,18
55:6,15 56:3,9,25 57:2,10,17,25
58:6,17 59:4,15 60:9,17 61:3,21
62:7,9,10,17,19,22 63:6 64:1,8 65:9
66:2,20 68:10 74:15,16,19,20,22
75:14,17,18,21 76:6,11 77:20,25
78:25 79:14 80:19 82:8 87:8,19
92:11 94:8 98:7,14 99:9 105:8
106:22 107:12 109:13,21 111:8
114:5 123:22 126:2 127:18 130:25
131:19 134:22 136:5 138:4 139:10,
16

**gender-affirming**   8:4,18 67:16,22,
23 68:6 76:12 77:3 94:1 98:16 99:22
101:22 105:18 109:12,20 110:1,23
112:2,6,15,19,21 114:5,15 115:3,6
118:11,13,22 120:24 124:1,12,17
125:16,18 126:8 127:6,7,17 135:2,
18 137:14,18 138:13,19

**Gender-dysphoric/gender-
incongruent**   86:24

**gender-related**   101:17

**genders**   42:4

**general**   6:2 10:6 24:15 39:17,18
57:23 73:2 126:5

**General's**   5:16

**generality**   15:8

**generally**   72:23 82:9,20 94:24 95:2
124:6

**genital**   26:1 75:10 94:13,25 95:4,12
96:6

**genitalia**   16:4 19:15 23:10 28:3
46:16

**genitals**   75:9

**geno-**   17:19

**genotype**   16:5,9,11,19,25 17:2,6
21:1,16 22:24 23:5,7 27:1,12 32:17,
22

**genotypes**   17:25 18:3 23:11

**get**   7:4 21:11 31:12 38:14 39:9 40:17
41:2 65:18 93:1 102:6,7 108:22
109:7 116:6 125:16,17 131:16
132:13 139:19

**gets**   32:7 131:19

**getting**   26:22 54:25 67:22 68:5
76:12 85:18 95:16

**girl**   28:16 29:10,20,22 42:2 56:13

**give**   6:14 26:23 38:8 42:9 92:2 108:1
116:22 131:24 132:20

**given**   6:17 36:4 37:3 69:5 85:13,16
128:14 129:14 138:14 139:3

**gives**   12:19 22:8

**glans**   96:17,20

**glean**   19:24 20:5

**Gnrh**   106:21 107:11,18

**go**   7:3,24 8:11 12:6,20 19:10 25:16
37:1 41:14 44:13 45:3 46:23 50:11
51:19 53:13 64:6 73:14,15 75:4
79:19 81:22 89:20 91:10,13 92:7
94:19 98:3,20 99:24 100:6 101:10
102:10 103:7,9,17 109:22 113:2,4,
21,22 118:1 119:18 130:14 132:19
133:4 140:20

**goals**   140:1

**goes**   46:19,22 94:17

**going**   6:21 12:2 19:11,20 20:1 28:9
38:12 53:11 54:21,22 55:13 63:8
69:6 72:22 78:3,13 97:4 126:17
130:6

**Gonadotrophin**   106:14

**gonads**   19:15 26:3

**gone**   118:2

**good**   5:10,25 15:25 17:23 38:13,16
39:8 54:11 62:23 68:21 82:24 92:6
95:14 96:24 124:3 132:24

**got**   72:2 73:11 82:18,25 86:23 92:4
100:16 115:2 118:16 119:16 122:5
130:8 133:15 136:8

**gotten**   53:17 115:23

**government**   97:13 102:5 106:1

**GRADE**   84:23 85:14 88:9 89:2,13
108:10,23 109:1,8 118:25 119:1

**graded**   104:14

**grading**   85:11

**graph**   90:13

**grapple**   85:19

**great**   7:19 13:5 41:18 72:8 87:14
94:10 99:13 113:21 115:12 117:3,6
120:12 121:24 132:22

**greatly**   65:13,20 70:11

**Green**   12:4

**group**   11:4,10 33:20 87:17 93:18
110:14 129:8 130:22 131:4,11
133:22

**group's**   67:1

**groups**   134:6

**guess**   5:25 15:16 26:23 27:10
28:19,20,22 34:8 43:12 45:15 58:9
63:11 72:9 77:22 81:7 89:3 101:18
103:10 104:1 108:11 115:12 119:7
121:9 136:17

**guidance**   85:25

**guide**   63:11 84:3

**Guideline**   87:1

**guidelines**   69:21 87:7,18 88:5 91:6

---

H

**had**   9:2,13,19 10:8,15 11:11,12
23:17,18 34:13 37:16 38:6 39:21
40:14,19 48:3,15 51:10 52:23,25
53:4 56:25 57:2,3,14 58:17 59:5,16
60:2 61:11 62:1 64:2,13,14,15,16,19
65:1,17,18 67:9,19 68:11 74:13,14
82:14,16 85:15 94:3 102:18 104:1
106:7 111:7,10,14,15 112:16 114:22
118:21 120:9 123:19 126:4 127:5
130:23 134:3

**hadn't**   114:23

**halftime**   10:3

**hampered**   104:4

**hand**   27:15,16 76:25

**handed**   89:21

**happen**   29:16 50:25

**happens**   96:12 138:25 139:2

**happy**   102:23 113:19

**hard**   50:5 54:16

**harder**   71:18

**harms**   98:23 99:16

**Harper** 5:13

**has** 7:17 11:23 15:12,20 19:7 21:9,
20 24:11 27:1,10 28:1 30:14 31:9
33:8 34:22 37:3 39:21 42:17,22 45:2
47:5 48:4 49:11,25 50:19 51:12 52:4
54:18,19 58:12 61:12,14 66:22
77:10 88:25 90:18 94:4 98:16 105:7
110:14 118:12 119:21 130:23
134:25 137:3,24

**hasn't** 54:16 55:3

**have** 6:17 7:7,9,11,25 8:8,14,20,22
9:2,6,13 10:18,22 11:15,17 12:2
13:14,17 16:23 17:2 18:13,23 19:9
21:4,11,16 23:13,16 25:12 27:12
28:4 29:17,19 30:7 31:3,11,18 35:5,
6 36:14 37:11 38:5,13 39:1,6,8,23
40:2,9 41:1,11,13 42:5,9,17,19
43:10,20 44:8,15,22 45:18,20 46:10,
24 47:2,6,7,11,19,21 48:3,5,6,7,13,
20 49:17,21,23 51:1 52:22,23,24,25
53:11,18 54:11,15,20 56:21,25 57:2,
3,10,17,25 59:22,24 60:6 61:19
62:23 64:6,12,15,19 66:2,5,7,12,13
71:18,22 72:16 74:2,6,14,21 75:25
76:1,2,6 78:7,8 84:2,6,9,10,11,21
85:13,24 86:4,13 88:1 89:10,11,13,
15,21 90:8 92:7,11 93:1,2 94:3,7,8,
16 95:5,6,16,17,23 96:10 97:16,17
98:16 101:12 102:16,17,20 103:12,
21 105:2,5,9,17,23 106:23 107:20
109:25 110:4,6,15,19,20,22,24
111:1,24,25 112:7,16 113:9,16,23
115:22,23 116:12,18,19 117:10,16,
17,22,23 118:2,25 121:13,24 122:2,
13 125:6,8,9,13,25 126:10,12,16,23
128:18,20 129:9 130:24 133:23
135:19 136:14 139:21 140:5 141:2,5

**haven't** 7:10 52:23 94:12 95:15
102:18 125:15 126:7

**having** 5:20 6:12 17:4 30:6,8 31:16,
20,21 40:11,19 44:23 46:16 47:8
48:17 54:25 57:14 76:6 79:5 94:11,
13 95:7 101:20 111:19 125:19

**he** 12:14 13:20 87:10

**he's** 89:18

**head** 36:15 48:17 119:12

**header** 107:8 109:23

**healing** 94:19

**health** 9:17 63:17,18 71:21 72:15
73:1 82:12,14 83:1 84:1 85:23

**healthcare** 24:13 64:20 76:10 86:15
97:13

**hear** 17:17 24:20,22

**heard** 48:11

**hearing** 23:25 24:17 120:12

**held** 5:6

**help** 15:18 32:3 37:4 75:20 125:7,9,
14,17

**helpful** 77:5 78:12,17 95:8 105:25

**helping** 77:13

**Hembree** 19:7

**Hembree's** 26:14

**her** 140:12

**here** 5:11 8:6 12:16 15:24 25:23
28:8 31:2 52:17 54:7 66:18 80:7
90:18,19 91:5,25 92:5 100:7 101:13
111:24 113:9,15,17,23 118:6 120:7
121:5 122:6 137:25 138:11 140:23

**hesitate** 6:22

**high** 24:9 34:2 107:23 108:22,25
109:8 118:25 130:24 131:18 135:6

**higher** 15:8 57:13 66:13 120:19

**Hilary** 140:9,10

**him** 7:17,18 89:21 137:24

**himself** 89:18

**his** 7:17 12:17 13:20 126:12

**historical** 51:8

**history** 22:8,15,18 29:5,14 30:5
40:12 57:10,14

**HIV** 10:9,17 11:18

**Holmes** 5:17 120:1,3 122:2

**homosexual** 57:25 58:4,18 59:6,16
60:19

**hone** 38:3

**hope** 54:13 55:2 120:11

**Hopefully** 122:6

**Hopkins** 80:15,22

**hormonal** 45:4 99:10 104:9

**hormone** 98:23 99:16 100:18
102:13 104:6 105:6,7,20 106:14
112:12

**hormones** 26:2 44:25 81:1 82:16
92:11,19 93:22 100:9,23 101:23,25
102:6 105:18 109:12,20 110:2
114:20,22 120:24 123:21 127:6,17
133:17 139:25 140:3

**hour** 38:12

**housekeeping** 6:20

**how** 6:19 9:13 14:25 26:7,24 28:8,
20,23,25 30:17 31:9 34:7,8 36:24
43:24 46:14 49:2 50:8 52:7 55:24
60:11 62:6,9,21 64:7 75:16 77:7
121:4,10,11,21 125:25 134:13
135:23

**human** 16:5 17:6

**humans** 16:18 19:2 20:2,24

**hypomanic** 39:21 40:14,22

**hypothesizing** 46:8

---

**I**

**I'LL** 6:2 18:9,11 19:2 40:20 55:12
62:11 101:12

**I'M** 6:1,10,20 7:23 9:12 15:16 18:18
19:10,11,12,20,21 20:1,18,19 21:14
23:4 25:20 26:7,23 27:2,10,18 28:8
29:16,25 30:11,13,18,20 31:1,7,9,
10,25 32:1,25 34:4,8,25 35:23 36:9,
24 37:12 38:17 39:15 41:9 42:4
43:12 45:10,11 46:8,18,22,24 48:3,
6,15,20,23 49:17 50:6 51:24 52:19
53:6,10,13,14,23 54:2,6,14 55:9,10,
13,19 56:1,3 57:7 58:21 59:3,14,25
62:5 66:18 68:3 69:5,16 70:9,14
72:6,9,12,18,22 73:2,4,6,16 74:19,
20 75:15,16 76:16 77:23 78:17,23
79:23,25 81:7,16 83:17 85:9 89:3
90:15 92:7 94:25 96:13 99:6,18
100:1,2,3,7 101:14,18,20 102:22
105:25 106:1 108:12 110:3,20
111:17 112:13 113:10,19 114:9
116:12 118:16 120:1,12 121:10
127:12 129:1 131:1 132:15 135:8
136:1,11 137:5,11 138:23

**I'VE** 9:3 10:10 15:5 48:15 51:9
74:13,14 92:3 103:18 109:16 122:5

125:15 130:4,8 133:15

**ICD** 33:23,24

**idea** 43:14

**ideas** 56:21

**ideation** 79:5

**identification** 59:5,16

**identified** 50:12 51:24 52:11 60:18 65:14 74:23

**identifies** 30:25 49:8 51:20

**identify** 5:8 17:1,14 30:18 42:8,11, 16 50:13,18,23,24 52:22,24 55:22, 24,25 58:13 59:2 66:9 68:19 74:17 107:10

**identifying** 66:11,15,22 76:5

**identities** 31:19

**identity** 19:23 20:3,5 23:13,18,23 24:1,5,10,18 25:3,6,7,11,14,24 26:3 27:2,10,15 28:5,15 29:7,21 30:6,13, 15,23,24 31:2,13,16 32:5,9,12 33:1, 3,6 42:1,10,17,19 43:10,18 44:7,15 45:2,9 50:1,4,9,20,22 51:5,6,11,12 52:1,8,13,17,21 53:8,25 54:4,9 55:3, 6,15 56:4,9 58:6 60:6,7,9,23,24 61:2 62:17,19,22 63:7 67:15 99:9,12 131:7

**if** 6:22 7:22 12:14 13:18 19:12 21:14 23:21 24:10 25:13 26:25 27:10,11 29:18 30:7,19,24 31:25 33:2 34:12, 15,25 35:23 38:12 41:11 44:2 46:19, 22 48:15,24 49:7,8,25 50:7 52:9,10, 20 55:12 56:1 57:7 58:23 59:3 60:4, 13 62:12 68:3,22 70:9 72:2 73:7,8 74:8 75:20 78:11,17 79:7,10 80:1,4 81:8,16 84:19 85:9,15 86:10 89:8, 16,23 90:15,16,17 91:10,15,16 92:3 95:13 97:3 99:6 101:2,18 102:7 104:24 105:1,3 107:6 108:1,12 109:22 110:3 111:2 112:7 113:6,10, 11 117:9 118:17 119:7,20,21,23 121:10 122:2 129:1 131:1 132:20,21 137:23 139:23,24 140:2,6,17

**illness** 10:19 37:2,3

**illnesses** 10:14 35:7 44:6 63:5

**image** 86:1

**imagine** 50:6

**imperfect** 85:4

**implications** 28:1

**important** 20:21 22:16,17 30:11 31:17 32:8 41:6 79:12 128:6

**impossible** 36:6,9

**impression** 19:3

**improved** 118:13 124:4 126:4 127:7,19 128:3

**improvement** 71:9 105:5 114:18,19 126:25 128:25 129:11,23

**improvements** 115:4,6

**in** 5:17 6:11 7:6,17 8:3,5,8,20,22 9:2, 4 10:8,12,13,19,22 11:19 12:1 13:3, 17 14:3,8,11,19,25 15:3,5,10,17,24 16:7,16,24 17:2,14 18:3,20 19:4,7, 14,16 20:19 21:20,25 22:8,10,15,17 23:1,10,11,22 24:15,23 25:23 26:4 27:6,19,22 28:1,3,7,18,22 29:2,19 30:2,5,22 31:11,25 32:1,19 34:5,7, 15,16 35:17,23 36:9,15,20,24 37:19 38:2,7,19,23 39:10,16,18 40:4,10, 12,13,19,20 41:24 42:16 43:15,22 44:19,24 45:9 46:1,7,21 47:4,8,20 49:1 50:3,7,8,17,22,24 51:8,10 52:5, 11,16 53:14 55:14,23,24 56:22 59:1 60:2,15,22 61:4,8,9,11,19,20,24 62:3,5,7,21 63:11,24 64:9,10 65:7, 20,22,24 66:10,18,23 67:5,10,20 68:2,8,9,14 69:13,14,18 70:1,2,3,10, 20 71:1,5,9 72:10,12 73:2,12,13,21, 22 74:8,19,23,24 75:15,17,25 76:1, 4,6 77:2,7,22 78:15,25 79:9,13,16 80:20,21 81:13 82:13 83:8,12,25 84:3,4,7,8,14,25 85:23,24 86:15,23 87:21,23 89:22 90:4 91:17 92:5,20 93:10,11,12,16,17 95:7,14,16,19 96:17,20 97:14 98:1,6,20 99:2,3,9, 11,20 100:18 101:3,17,22,24 103:2, 4,5,24,25 104:19,21 105:10,19 106:21 107:2,19 108:4,5,7,13,19 110:5,9 111:5,13 112:4,10,15,24 113:1,5,16,17,23 114:19,23 115:4,7, 12,20 116:11,15 117:4,7,15,20,22, 24 118:3,17,18 119:1,4,8,10,16,19, 24 120:5,22 121:2,25 122:3,8,11,12, 16 123:18 124:3,10,22 125:11,14 126:5,25 127:10 128:8,22 129:3 130:15,24 131:19,22 132:1,7,9,10, 17,18 133:2,7,16 134:24 135:1,3,4, 6,10,11,15,16 136:2,3,13,15,20,22, 24 137:5,6,21,24 138:1,5,11,20,23 139:1,4,14,20,21 140:5

**inaccuracy** 34:5

**inaccurate** 31:14 34:9 39:6

**inappropriate** 78:19

**include** 14:25 26:3 57:15 115:21

**included** 16:7 74:2 90:4,6,9,15,19, 23,25 91:11,18 92:18 103:14 108:7, 13,18 109:24 117:14 127:2

**includes** 16:13 88:2 89:2 96:8

**including** 11:18 117:1 125:6 127:19 128:21

**incongruence** 33:23 34:17 35:18 119:10

**increased** 65:13,20 66:5,7 137:3

**increasing** 66:23

**indeed** 122:8

**independent** 104:9

**Indiana** 5:3,4,14,16 8:3,17

**Indianapolis** 5:3

**indicate** 21:19

**indicated** 93:25

**indicating** 42:15

**individual** 45:24,25 60:12 72:18 79:12,16 95:13,14 130:17 131:2

**individuals** 10:5 75:7 134:15

**infer** 9:19

**inferring** 53:6

**influence** 56:10,20

**influences** 56:14

**information** 20:4 74:7 83:25 84:1,9, 10,11 85:4 98:22 99:16

**informed** 101:4 131:24 132:14 137:13 138:21

**inherent** 28:15,22,23 29:9,18,20 42:1

**initial** 39:24 40:4

**initially** 10:8,17

**initiated** 99:14

**initiation** 110:12

**inline** 113:9,24

**insensitivity** 17:12 21:3,8,22 22:10

**insistence** 24:7

**instruct** 7:13

**insurance** 63:2,12 64:1,18,22,25 65:18,19 69:17

**intercourse** 15:21

**interested** 46:1 47:4 66:18 74:24 76:4 137:5

**interesting** 67:8 68:8

**internal** 27:11 28:21 48:20

**internationally** 66:24

**intersex** 16:25 18:20

**intervention** 78:3,20 79:2 85:1 104:9 107:22 121:17 124:4 125:10, 12,22 127:10 128:2 129:19 138:4

**interventions** 84:24 86:11,12 92:24 99:10 104:14,18 105:13 108:20,24, 25 109:2 121:20 125:6 128:11,13

**interview** 37:7,23 39:3,5,25 40:5,21

**interviewed** 38:6

**interviews** 33:25

**into** 15:9 61:8 75:3 115:23 139:11, 19 140:14,21

**introduction** 113:11

**inverted** 96:16,19,22

**involuntary** 53:6,7,25 54:5,9 55:6, 8,15,16 56:4

**involved** 10:13 81:13 93:10,12 95:19 114:2

**involves** 95:22

**Inwards-breland** 115:15,25

**irreversible** 99:13

**is** 5:1,4,5,6,7,10,15,17 6:1,5,14,20 7:6,17,18 8:3,5,17 9:11 10:1 12:7, 12,16,22,24 13:11,12,19 14:1,2,5,19 15:4,10 16:5,7,11,16,17,24 17:6,22 18:9,12 19:3,23 20:3,5,6,12,14,15, 21,23 21:17 22:4,13,16,23,24 23:21 24:10,18 25:3,6,7 26:11,15 27:3,8, 20,22,24 28:15,18,20,24 29:6,10,13, 20,21 30:8,22 31:9,12,13,17 32:1,9, 11,23,24 33:1,3,8,15 34:25 36:23 37:7 38:3 39:4,10 40:6,8,12,22 41:4, 18,21,24 42:21 43:3,7,13,18,24

44:7,16 45:3,8,14 46:6,9 47:9,11,14, 18 48:4,5 49:8,22 50:1,5,18 51:2,4,5 52:9,17,20 53:6,7,25 54:9,14 55:6,9, 13,15,24 56:1,3,4,6,9,10,16 57:5,20 58:24 60:8 62:18 64:13 65:7,16 66:3,7 68:9,21 69:7,11,14,22 70:6 71:1 72:5,7,8 73:14,20 75:11 76:23 77:20 78:24 79:2,4,20 81:7 83:12,23 84:13,20 86:14,15,22 87:5,6,12,16 88:4,12,16,21,23 89:4,10 90:10,19 91:1,5,16,17 92:9 94:9,21 95:2,8,16, 22 96:6,8,13,16,19,22 97:3,4,6,12, 13 98:7,15,17,21,23,24 99:17 100:9 101:5,19,20 102:24 103:11 104:11, 18,21,24 105:12,19 106:20 107:1, 12,17,19,20,25 108:3 109:4,5,10 110:8,10,21 111:3,4 113:2,10,16 115:12,19,24 116:10,12,13 117:19 118:7,15,19 120:5,7,15,20,25 121:1, 15 122:11,12,21,23 123:4,9,16 124:18,23 125:1,10 127:24 128:22 129:2,8,13 131:22 132:11,12,22 133:15,19,25 134:15,16,23,24 135:2,7,10,20 136:13,19,25 137:10, 13 138:7,8,9,13,15,23 139:1,3,4,5,7, 10,11,18

**isn't** 33:6 47:17

**issue** 73:5 86:16

**issues** 10:24 11:2 15:9 32:2 85:21 104:19

**it** 6:19,23 8:16 10:1,6,25 11:6 12:12, 15 14:2 15:20,21 16:16 17:23 18:11, 12 19:3,9,13 23:25 24:17,20 25:25 26:13 27:13,23 28:1,6,10,13,14 29:22 31:3,9,14 33:13 34:12 35:13 37:7 39:10,18,21 40:15,20 41:8 42:20 43:8,13 44:5 45:1,8 46:8,18, 19,22,23 47:25 48:6 49:7,22 50:7,18 52:9,12,16 53:6,7 54:16 55:3,24,25 56:12 57:20 60:14 61:5 62:1,17 63:1,7,12,21,23,24 64:4,10 65:7,12 67:8,9,13 68:16 69:7,8 70:6,9,10,19 71:12,13,16 72:2,9,13,17 73:8,11, 14,16 74:2,8 75:1 76:10 77:1,2,4,6, 16 78:2,24 79:25 81:7,19 82:24,25 85:16 86:23 87:24,25 88:9,15,16,23, 24 89:1,4,16,17,19,22,25 90:1,4,7, 17 92:8,9,22 93:11 94:9 95:2,8,14, 15,22 96:7,8 97:13,21,23 98:5,6,20 99:4,8,12,22,25 100:8,17,23 101:9, 12,15 102:16,17,20,25 103:11,18, 19,23,25 104:3,18 106:10,13 107:8 108:1,2 109:4,17,19,24 110:11 111:15 114:14 115:15,16,18,19,21,

22,23 116:2,4,6,11 117:14,22,23 118:15,16,21,25 119:16,19 120:5,7, 21,23,25 121:1,4,5,9,10,15 122:3,5, 13 123:16,19,22 124:8,9,14,15,18, 24 125:1,11,19 126:11,12,14,20,23 127:14,16,22,23,24 128:3,4,7,15 129:7,21 130:17 131:9,21 133:10, 11,19,23,25 134:1,3,13,14 135:15 136:9,14 137:24 138:9,15 139:2,10 140:5,7

**it'll** 90:8

**it's** 6:10,11 12:13,18,19 14:2,3 15:25 16:15,21 17:4,9,15 18:2 21:4 22:17 24:21 25:7,21 28:4,12 30:24 32:18 34:4,20 35:8 36:6,9 38:25 39:19,25 40:25 41:6 42:14 43:9 45:11 47:11, 22,24,25 48:8,9 51:20,21 53:9 54:20 55:8 56:19 58:7 59:21 65:12 66:4,14 68:18 70:4,6,22 71:19,25 73:11,13 74:6 75:1,2 76:2 77:1 78:18 79:12, 21 81:8 85:2 87:6 88:16,17,25 91:4, 20 92:16,20 93:22,24 98:3,4,5,19 99:3 100:2 101:8 102:11,12,25 103:4 104:13,15,20,22 105:12,14,15 106:20,24 107:23 109:4,7,16 111:2, 11 116:2,15,18 118:16,17 120:6 121:1,2,10 122:16 125:5,17 126:19 129:21 131:17 132:11,17 134:12 135:14,16 138:10,16 139:2,8,23,25

**items** 6:20

**its** 8:8,20 22:23,24 23:6 35:25 67:24 73:21 74:8 89:1 106:3 110:13

**itself** 33:6 81:22 88:21 89:4 138:24

## J

**Jo** 119:9

**job** 52:3

**John** 5:18

**Johns** 80:15,22

**joined** 53:17 62:3

**joining** 54:24

**journal** 70:1,5,13 88:19

**judgment** 92:22

**jumped** 99:4

**just** 6:19 7:16,22,23 9:9 12:15,18,19 13:4,18,21 14:6 15:24 17:5 18:5,22 19:12 24:15 25:19 27:14 30:12 31:1,

7,9 33:10 34:21 35:5 36:23 37:10
38:11,12,14,17 39:15,16 43:1,7 47:6
51:21,25 52:12 53:13,14,23 54:6,8
55:4,12,13,24 57:1,7,23 59:3 60:10
62:7 63:6 64:2 65:5,7 68:3,19 69:5
71:22 72:9 75:4,16 78:17,18 82:25
85:16 86:14 87:10 88:3 89:17 92:2,
3,5 99:22 100:23 102:17 103:4,5,19
104:17 105:10 107:5,6 110:11 112:1
113:6,10 115:14,24 116:2,5,24
117:19 118:18 120:19 121:5 123:11
124:15 126:23 127:2,13 129:1,21,24
130:8 131:1 132:20 134:9 137:8,18
138:16 140:6,22,23 141:5

## K

**Kansas** 114:13 120:22

**Karasic** 5:7,19 12:8

**keep** 12:20 89:8

**Ken** 5:13

**kept** 93:6

**key** 107:9

**kids** 54:25

**kind** 10:11,13 14:10 15:8 19:6 26:16
30:4,8 31:22 34:11,15,22 35:10,17,
20,24,25 36:1,2 43:5 44:9,12,24
47:22 50:21,25 51:3,4,14,16 52:5,6,
15,20 53:11,15 55:18 56:8,18 58:6
60:22 63:19 64:19 67:1,7,18 70:2
71:13,18 74:18 75:20 77:17 79:8
80:17 81:15,25 82:9,19 83:5,7
84:13,20 85:21,24 89:13 90:13 93:2
96:10 101:5 103:18 105:11 119:11
120:25 121:22 122:13 124:6,7,23
129:8 138:14

**kinds** 85:22

**Kingdom** 112:4,15

**knew** 24:23

**know** 6:19 10:19 11:2 14:10 15:17
16:16 17:3,4,13,19 18:3,20 19:20,24
20:1,12,13,18 21:5,6,10,11,13,19,
20,25 22:9,11,22 23:3,5,10,20,21,24
24:16,21,22 25:1 27:6,8,18,20 28:2,
3,6,7 29:6,13,16,25 30:2,10,17,20,
21 31:2,9,18,22 32:21,23 34:2,22
35:10,16,18,19 36:1,3,11,12,14
37:13,15 38:8,22 39:9,11 40:1,16,25
41:5,6,10,11,12 42:6 43:7,22 45:10,

25 46:19 47:2,3,9,13,17,19,21 48:7,
8,20 49:11,22 50:3,5,15 51:15 52:3,
6,7,8,9 53:2,18,20 54:7,11,24 55:1,
2,24 56:6,7,18,22 60:3,4,8 61:3,25
63:3 64:4,7 65:1,5,8,12,23,25 66:12
67:20,24,25 68:1,16,18 70:5,12,22,
23 71:11,12,16,20 72:13,16,19,20
73:2,4,5,6 74:2,3,5,6,8,20,22 75:24
77:4,5,7,17,18 78:13,16,24 79:6,8,
10,11,15 80:20 81:18,19 82:4 83:6,8
84:18,20,22 85:15,16,17,18,21,25
86:1,2,15 88:1,2 89:23 90:2,9 91:12,
16,21,23 93:11,18,20,25 94:23 95:8,
9,13,23 99:18 100:19 101:2,7,8
102:1,8,21 103:13,23 104:1,16
105:1,4,11,13,16,23,24 108:3,4,5,13
109:4,7 110:3,8,10,11,13,17,22,25
111:3,10,12 112:13,16,24,25
113:19,25 114:1,11 115:14 117:2
118:8,23 119:5,8,21 122:1,9,13,21
122:2,20 124:23 125:4,5,7,24 126:1
127:3,10 128:11,12 129:5,7,18,19
130:23 134:4,6,7,24,25 135:1,2,7,13
136:22 138:10,11,15,16,17,20
139:12,20,22 140:2

**knowledge** 23:17 37:23 85:4 86:3

**known** 100:10,14,15

**Kristina** 131:4

## L

**lab** 22:7

**labeling** 52:5

**lack** 16:15,19 20:15 107:12 137:2

**laid** 132:17

**language** 43:7

**large** 82:9 114:17 134:3 136:25

**larger** 65:14 68:19 109:6 112:24

**largest** 110:9

**last** 13:4 14:4 67:5 69:19 70:15 83:1,
10 88:3 100:7 111:13,17

**lasted** 64:10

**late** 61:24

**later** 17:2,14 39:13 40:1,17 41:8
50:24 51:22 52:11 61:1 68:2 98:20
111:9 116:6 139:20

**law** 5:18

**lawyers** 9:6

**lays** 132:8

**lead** 22:8 55:1

**leads** 127:19,23 128:2

**leaf** 136:9

**learn** 20:24 22:15 23:13

**learning** 20:4

**least** 34:12 59:24 74:12 85:17 97:23
103:11 121:6,8 139:7

**led** 53:12 127:7,11,15

**left** 73:12 75:2 92:22

**lesbian** 60:5,7

**less** 66:10 112:8

**let** 26:25 38:14 41:12 46:6 77:23
99:8 130:8 140:6,23

**let's** 6:4 7:1,3 8:11 9:9 12:6,21 13:9
18:15 20:3 25:16 28:9 31:12 41:14,
20 45:13 49:7 57:1 59:10 62:2 64:6
69:3 70:4 71:23 73:10 74:25 79:19,
20 86:20 87:9 97:2 98:3,20 99:24
101:10 102:10 103:6,7 106:11,25
107:4,5 109:9 113:2,21 117:21
118:1 120:9,19 123:6 127:1 130:11
132:19,21 135:13

**level** 15:8 95:3 120:19

**levels** 71:7

**licensure** 38:5

**life** 17:2,14 55:2 118:14 139:13,20

**light** 98:6

**lights** 15:24 83:21

**like** 14:23 17:22 20:11 25:25 27:12
28:13 34:1 35:8 39:8 43:20 46:7,24
48:20 54:24 66:11 71:11 72:23
73:11 74:18 79:4 85:11,16 89:22
90:8 91:21 98:5 115:21 123:19
124:15 126:23

**likelihood** 23:11 34:2

**likely** 21:1 22:24 23:6 33:22 38:25
45:3 77:16 139:12

**limit** 19:2 20:2 92:10

**limitation** 105:10,12 107:10

**limitations** 104:16 127:4 129:3,5
134:6

**limited** 12:20 20:12 74:13

**limits** 8:18 128:14 129:15 130:2

**lines** 131:21

**linked** 19:16

**links** 118:10

**list** 12:17 13:19 14:19 63:6 72:1 86:23 90:22 97:5,16 102:12 106:13 122:19

**listed** 72:1 101:6 122:11

**listing** 90:8,21,25

**lists** 118:8,9

**literature** 9:2 14:11 47:4 80:18 81:16,20,22 82:8,20,22 83:8 88:6,22,25 89:5 90:3,4,5

**little** 7:1,23,24 12:18 15:8 26:20 33:10,18,19,21 46:12 51:18 52:14 59:12 69:6 75:5 90:13 106:24 107:6, 7,17 109:5,6,16 113:16 118:18 131:8

**live** 38:6

**living** 74:24

**locked** 140:14

**long** 9:13 12:18 111:4 131:11

**long-term** 104:5 110:25 111:1,12

**longer** 12:25 64:11

**longest** 110:15,21

**longitudinal** 12:5 67:2 121:2 124:10 133:13,24

**longstanding** 52:21

**look** 12:10 28:9 31:14 35:16 50:4 54:12 80:4 81:18 83:19,22 89:17 92:8 113:3,6 117:9,10 121:13 126:11,13 128:19 130:11

**looked** 10:25 11:6 120:21,23

**looking** 19:12 29:8 30:20 31:22 34:11 40:5 45:15 49:23 63:17 64:11 73:16 79:23 85:11 100:4,7 101:14 107:21 108:4,21 115:14

**looks** 25:25 28:13 73:11 98:5 115:21 123:19 124:15 126:23

**lot** 34:20 72:14 76:24 79:5 90:20 125:15 129:10

**low** 84:24,25 85:14 86:13 108:10 109:2,3

**Luke** 114:12 119:14 125:11

**lunch** 91:25 96:25 97:1

**M**

**M.D.** 5:7,19

**made** 15:2 18:10 39:12 53:21 60:4 63:20,24 70:21 71:9,13 73:21 74:5, 21 82:10 91:9 94:22 103:12

**main** 6:20,24

**maintain** 9:24 27:14

**major** 35:9 39:20,25 40:5,9,11 41:3 63:4

**majority** 84:24 86:12

**make** 12:19 18:22 26:20 27:13 33:22 34:3 35:20 36:13 37:4,12,18,25 39:1,8,19 64:14,15,24 65:8 75:4 76:10 77:18 83:23 84:12 85:6 86:3 95:19 107:5 112:7 113:5 115:24 122:6 128:5,16 129:22 132:4 134:9 140:4

**makes** 43:14 78:24 81:19 100:23

**making** 33:9,11 34:14 36:3,15 37:12,20 38:4 42:14 52:3 64:17 74:20 132:18 138:20

**male** 16:5,8,10,14,18,19,25 17:1 21:16 25:8,15 27:1 28:17 29:19 42:2,5,12,14,16,22 43:4,10,15 45:13,19,20 46:7,9,20 51:19 55:2 56:21 60:6 66:19 67:12,19 68:5 74:16 75:8,18 95:22

**male-appearing** 95:24

**male/female** 42:5

**males** 19:16 53:16 56:22

**mammals** 17:24 18:4,13,23 19:4,14

**man** 28:16 42:2 56:13

**mandatory** 76:10

**manifestations** 77:21

**manifests** 78:1

**many** 28:1 42:8,11 54:22 62:6,9,21 64:7 70:2 76:20 110:23 121:4,11 124:11 128:19

**Marines** 53:17

**mark** 6:4 7:3 8:12 12:6 69:3 72:2 86:20 97:2 102:11 106:11 109:9 120:9 123:3,6

**marked** 6:6 7:5 8:13 12:9 69:9 72:4 87:2 97:8 102:14 106:15 109:14 120:13 123:8

**marriage** 78:10

**married** 53:17 54:25

**masculine** 45:22,23 46:17 53:19 75:9 76:3,7

**masculinizing** 94:4,6 96:1

**mastectomy** 95:22

**match** 32:17,20

**matches** 23:2

**materials** 14:8

**matter** 27:2

**mature** 94:22

**maturity** 93:1 95:4,7 131:23

**may** 5:4 42:8 43:17 45:18,20 47:19 59:24 61:5 67:13 68:16 99:10 117:23 119:16 122:13 125:9,13 126:14 131:24 136:14 140:22

**maybe** 18:22 40:1 45:11 51:16 62:8 68:17 70:22 75:2 82:15 87:22 91:16 95:8 103:1 115:20 117:21 118:16,17 119:19,21 120:5,6 127:13 133:4 135:16 136:8

**me** 5:12,16,17 8:22,25 9:9 18:22,23 19:12 26:25 30:17 31:20 32:1,10 35:4 38:14 41:12 44:3,7 46:6,13 47:12 48:4,10 49:18 52:10 59:12 63:4 73:7 74:18 75:20 77:23 87:15 92:2 97:12,16 99:2,8 100:23 102:21 115:10 116:22 118:18 119:3 122:17 126:14 127:14 130:8,17 132:21 136:10 140:6,17,23 141:4

**mean** 14:10 20:6 21:19 22:1,2 24:13 31:8 32:18 39:16 42:13 44:12 48:3, 21 49:4,5 52:19 54:3,5 55:8,9 62:7 63:8,15 65:3 75:15 78:22 79:9,17 80:13 82:4 98:14 103:10 105:4 108:11 121:11 124:15

**meaning** 15:16 31:3 55:18 81:24

**meanings** 15:12,15,20 19:9 25:12

**means** 49:14,20 54:2 56:12 83:24 99:19

**meant** 56:8 95:25 103:1 113:10

**measure** 36:23 58:9

**measured** 34:9

**measures** 118:14,22 120:23 123:24 124:2

**medical** 22:15 37:14 45:7 46:1 63:24 67:16 72:25 78:3,20 79:1 84:24 86:11,12 94:1 105:13 109:2 121:17 125:22 126:8 135:18 138:4 139:15

**medication** 44:21

**medications** 76:22 84:5,16 85:9 86:6

**medicines** 84:6

**meet** 132:1

**Melinda** 5:17 119:18 121:24

**men** 58:13,14 60:1

**mental** 37:8,23 39:3 71:21 72:14 73:1 82:14 83:1 85:23 101:22 108:21 114:7,16,20 115:4,6 118:14 120:23 123:24 124:2,22 125:6,9,14, 17 126:25 128:21,23

**mention** 47:25 97:20,25

**mentioned** 14:6 44:11 48:22 84:23 85:8 86:6 96:3 115:8 117:19 119:13 122:21 133:2,8

**mentioning** 13:24 122:24

**mere** 32:22

**merely** 56:20

**merited** 74:8

**met** 140:1

**Metabolism** 88:20

**method** 7:13 12:19

**methods** 101:16

**mid** 61:19

**middle** 135:15

**might** 14:21 16:2 18:19 21:4,15 22:8,9 30:22 31:4,19,20 32:3,21 38:19,25 39:6,23,25 40:12,16,18 42:17 44:7,8 45:22 46:14,15 50:8,11 51:3,15 52:14 59:2 60:23,24 61:1

63:3 64:12 67:14 69:4 71:18 72:20 73:4 74:2 75:25 77:11,14,18 78:6, 10,13,16 79:6,11,15 85:18 112:7 139:20 141:3

**military** 54:24

**mind** 84:17 85:10 86:9,17,19 119:6

**mine** 94:3

**minimum** 92:9

**minor** 132:10

**minor's** 135:24

**minority** 28:4 67:15

**minors** 8:4,19 11:9,10 60:16 94:4, 25 95:12 98:7,15,17 99:9,22 101:17 103:2 105:21 110:23 111:2,15 112:6,21

**minute** 14:6 92:5

**minutes** 41:17,18 132:21 140:23

**mischaracterizing** 100:21

**misdiagnose** 36:7

**mishear** 18:23

**misheard** 18:22

**misquote** 20:6

**miss** 40:12

**missing** 115:20

**mistake** 39:14

**misunderstanding** 51:25

**mix** 33:14 42:5

**modified** 108:10

**modifier** 54:6

**months** 97:24 121:6,8,11

**Montreal** 67:5 110:6,17

**mood** 41:11

**more** 10:6,11 36:17 37:16 38:15 40:14 45:3,8 46:6,12 50:24,25 51:23 54:13 57:20,21 59:12 60:14,15,24 61:8 63:11 65:6 66:11,15,16 67:10, 11 68:12,16 70:12,23 73:14 74:18 77:16 82:8 87:23,25 99:22 106:3 107:21,23 109:4,5 110:8,25 113:16, 18 132:17 139:24

**morning** 5:10,25 126:18

**most** 22:17 23:1 32:8 52:13 53:19 84:6,22 85:2 96:16 109:1 111:3 132:10

**mostly** 11:8 47:20 117:15

**motion** 15:25

**mouth** 32:19

**move** 69:6 80:1

**Mr** 5:10,15,24 6:4 7:3,7,9,15,16,19, 20,22 8:11 9:22 10:7,16 11:25 12:6, 14 13:9,16,21,23,25 14:6,15 15:11, 19 16:6,20 17:8 18:1,17 19:1,19 20:8,17,22 21:18 22:6,25 23:8,15 24:2,19 25:18 26:12,20 27:4,17,25 28:11 29:11,24 30:16 31:5,15 32:6, 13 33:5,17 35:2,15 36:8,22 37:6,21 38:11,14,16,21 39:7 40:7,24 41:14, 16,17,18,20,23 42:7 43:6,16 44:1,18 45:5,17 46:5,11 47:1,16 48:2,14,25 49:15 50:10 51:7 52:2 54:1 55:17 56:15 57:4,12,19 58:2,11,20 59:7,18 60:20 62:11 63:14 65:11 66:6,21 68:7,21,23,24 69:2,4,24 70:8 71:3, 25 73:10 74:11,25 75:23 76:15 77:9 78:5,21 79:3 81:12 86:20 87:9 88:7, 13 89:7,15,21 90:18 91:3,24 92:2,6, 14 96:24 97:2,9 100:6 102:10 103:7, 16 105:22 106:6,11 107:4 108:17 109:9 111:22 112:23 119:18,25 120:2,5,8,14 121:19,24 122:5,10 123:3,11,13,14 124:21 125:3,23 126:10,13,15,16,19,21 128:1,17 129:4,17 130:3,6,8,10,13 132:19,22, 24 133:1,4 134:2,11,21 137:23 138:6 139:6,17 140:16,22,24 141:1, 3,4

**MS** 120:1,3 122:2

**much** 9:4 65:16,23 71:16,18 135:10 141:1

**multicenter** 110:9 114:17

**multidisciplinary** 61:9

**must** 99:12 115:22

**my** 5:1,17 6:1,21 8:24 10:19,21 11:18 12:2,13 14:10 15:3,9 18:2,11, 19 19:2,3 20:2,11 26:21 28:7,20 29:2 30:4 34:12 36:9,15 39:10 47:12 48:10,16 49:19 52:3,21 53:14 54:12, 14 55:19 66:7 72:20 73:20 76:2 82:13 88:23 92:8 94:12 95:15 97:3 106:7,20,25 107:17 114:3 115:20 119:12 120:9 122:12,16,18 125:14

Index: name..of

129:13 134:15 138:9 139:9

## N

**name** 5:1 6:1 72:22 116:7

**names** 42:9

**narrow** 60:14

**natal** 45:13 46:7,9,19 51:19 53:16 67:18

**national** 102:2,5,9

**nationally** 62:9 64:7,11,16 65:5

**necessarily** 43:21 54:5 62:16 105:14 134:13 139:25

**necessary** 20:14 38:9 77:1

**necessity** 72:25

**need** 23:19 24:20 25:4 39:2 55:4 78:25 79:14 84:5 101:7,8 105:8 106:2 125:19 140:20

**needs** 29:4 35:1

**negative** 139:14

**neovagina** 96:9,17

**Netherlands** 124:11,22

**never** 38:18 108:22

**new** 33:22

**newborn** 20:25 22:22 23:1,6

**newborns** 32:15

**news** 48:7

**next** 13:9 54:12 68:22 69:3 86:20 97:2 99:4 108:6 109:9,11 128:4

**NIH** 11:19

**no** 6:16 9:8 12:24 13:7 24:11 25:4 35:3 36:20 39:4 48:5 53:9 54:5 56:3 57:8 72:1 73:12 78:18 81:5 86:23 92:15 97:5 98:2,3,12 99:13,24 100:1,2 102:12 106:13 107:3 108:23 110:19 113:24 116:18 117:21 120:3 123:5 130:8 133:12 137:8 140:17 141:4

**nonbinary** 42:8,9,12,13,19 43:3,11, 14 44:8 45:7 50:25 51:23 52:12 74:3,18 76:1 140:2

**none** 53:20 62:13

**norm** 61:6,15 104:18

**not** 7:12 9:3 10:21 11:12 12:1 13:1 14:19,21 18:12,18 19:20,21 20:1,3, 5,10,18,19 21:4 22:12,13 23:3,4 24:21 26:15 27:8 30:18 31:19,20 34:4,20 35:5,8,10,23 36:9,23,24 39:15 40:16 41:4 43:7,17,21 44:13, 20 45:11 46:9 47:6,11,22 48:9,11 49:19 50:8,12,17 52:5,9,17,22 53:1, 9,10,16,21,22 54:2,16,19,20,21,23 55:8,9,10,15,23 56:1,4,9,20 58:8 59:25 62:16,25 63:2,6,8 65:15 66:14 67:22 69:25 70:9 72:20,22 73:5,6,9, 20 74:4,17,24 76:4,5,10,25 77:1,22 78:2 79:25 81:7,16,22 90:6,15,16 92:7,16 93:1 94:25 95:1 98:13,24 99:17,18 100:9,15,19 101:16 104:7, 8,15,22 105:12,14,15,25 106:7 109:7 110:20 111:11,23 112:13,17 115:23 116:18 118:16 119:16 120:6 121:10 122:12 125:17 126:6 131:11 132:15 133:23 134:13 135:9,17 136:21 137:15,17 139:2,4,25 140:4, 19

**note** 104:7 130:15

**nothing** 5:21 86:17

**notice** 6:5,10,11

**November** 88:20

**now** 9:24 14:18 41:15 51:23 70:23, 25 73:20,21 86:21 87:22 88:1 91:25 99:4 101:9 103:4 110:24 118:1 120:10,11 124:11

**number** 15:12 17:10 65:9,14 66:4 68:19 82:10 85:25 104:4 105:4,17 110:21 112:20 114:12 117:10,11,17 121:14 126:24

**numbers** 57:20 60:21 62:23 63:18 64:18,21 65:13 66:1,5,7,9,10,14 138:18

**numerous** 19:14

## O

**object** 9:22 10:7,16 11:25 14:15 15:11,19 16:6 17:8 18:1,17 19:1,19 20:8,17,22 21:18 22:6,25 23:8,15 24:2,19 26:12 27:4,17,25 29:11,24 30:16 31:5,15 32:6,13 33:5,17 35:2, 15 36:8,22 37:6,21 38:21 39:7 40:7, 24 42:7 43:6,16 44:1,18 45:5,17 46:5,11 47:1,16 48:2,14,25 49:15

50:10 51:7 52:2 54:1 55:17 56:15 57:4,12,19 58:2,11,20 59:7,18 60:20 62:11 63:14 65:11 66:6,21 68:7 69:24 70:8 71:3 74:11 75:23 76:15 77:9 78:5,21 79:3 81:12 88:7,13 89:7 91:3 92:14 103:16 105:22 106:6 108:17 111:22 112:23 121:19 124:21 125:3,23 128:1,17 129:4,17 130:3 134:2,11,21 138:6 139:6,17 140:16

**Objection** 16:20

**objective** 27:12 128:8

**observable** 27:13 32:4

**observation** 32:7,22 65:8

**observational** 108:8

**observe** 24:17

**observed** 32:16 42:6

**observing** 29:15

**occur** 46:8

**of** 5:2,12,14 6:5,20 7:4,8,11,12,17 9:2,12,17 10:11,12,13,14,18,19,21, 23 11:4,5,10,11,13,15,18,21,24 12:1,2,7,17 13:10,11,12,17,19 14:3, 4,10,11,13,16,17,21,23 15:4,8,12,14 16:3,9,18,23 17:5,10 19:6,11 20:13, 15 21:3,22,25 22:3,13,21 23:1,9,10, 11,17,22,24 24:9,22 25:8,15,16,19 26:8,9,10,14,16 27:1,2,8,11,19,22, 23 28:2,3,4,16,17,23 29:5,7,9,18,20 30:1,4,5,6,8,9,12 31:16,22,25 32:22 33:3,10,18,22 34:4,5,11,13,15,20, 21,22,23 35:6,7,10,14,17,20,24,25 36:1,2,11,14,16 37:4,14,16,24 38:7, 22,23 39:11,12,20 40:9,21 41:4,11 42:1,2,5,11,14,18,19,22 43:4,5,14 44:8,9,12,16,24,25 45:12,18,19,21, 23 46:1,4,18,21 47:22,23,25 48:3, 11,12,16 49:5,13,21 50:21,25 51:3, 4,6,14,16 52:4,5,6,13,15,20,21 53:11,12,14,15,18,20 54:1,15,19 55:18 56:8,10,12,16,18,20,24 57:9, 10,13,14,16,24 58:3,6,7,10,12,16, 18,21 59:1,3,4,8,11,12,14,16,21, 23,25 60:9,11,15,16,22,24,25 61:2, 15 62:5,25 63:16,18,19 64:4,12,17, 19,20 65:9,14,19,25 66:1,3,5,18,24 67:1,2,3,4,7,10,12,14,15,18,24 68:11,16,19 69:5,6,7,8,11,17,18,19, 25 70:2,3,11,15,17,18,21,24 71:1,4, 7,8,13,15,16,18 72:5,10,13,17,19 73:3,11,25 74:18,21 75:3,11,19,20,

22,25 76:3,7,16,21,24 77:6,7,14,17, 21,23 78:2,9,15 79:5,8,9,13,25 80:8, 9,17,20,24 81:1,2,10,14,15,20,23,25 82:2,5,7,9,11,13,18,19,21 83:5,6,7, 10,12,22,24 84:1,3,5,13,14,20,21, 24,25 85:2,4,11,19,21,22,25 86:11, 12,24 87:7,15,17,19,22 88:1,2,6,19, 22,23,24 89:2,5,13,14 90:2,8,13,14, 20,22,24,25 91:7,21 92:13,17 93:2, 4,9,10,11,12,13,14,18,19,20 94:3, 14,15 95:3,9,14,20,24 96:9,10,14, 17,18,20,22 97:6 98:6,7,14,15,18, 22,23 99:13,16,24 100:1,2,8,24 101:3,5,6,9,16 102:13,20,24 103:2, 12,19,22 104:4,5,6,7,8,9,17,19 105:5,8,11,16,17,20 106:4,20,21 107:4,8,11,12,19 108:9,12,20,24 109:2,4,19,23 110:1,3,5,11,12,24 111:3,6,7,12,15 112:5,11,18,20,24, 25 113:23,25 114:6,7,12,19,24 115:18 116:3,9,12,19,23,25 117:5, 10,11,12,13,17,24 118:8,10,12,14, 21,23 119:7,8,11,12,13 120:25 121:16,22 122:13,15,17,18,19,20, 22,25 123:18,24 124:6,7,11,15,16, 18,24 125:8,15 126:6,17,24 127:6,8, 16,20 128:14,19 129:3,8,10,11,15 130:15,16,24 131:5,6,16,18,21 132:4,5,7,9,10,12,16,17 133:3,7,13, 16 134:22,23 135:5,11,15,20,24 136:4,15,20,21,23,24 137:2,5,7,8,9, 11,12,13,19,24 138:4,12,14,18 139:8,13,21 140:3,6,9

**off**  48:16 65:4 79:17,25 94:19 119:12 126:17

**offer**  135:17

**offering**  137:15

**office**  5:16,17

**often**  16:16 21:10 22:17 25:7 27:6 35:4 37:25 58:24,25 59:22

**oh**  13:1 14:2 39:13 65:3,5 79:17,24 80:3 92:7 97:22 99:3 102:18 118:15 120:5 122:12,21 123:13 135:13 136:13,14

**okay**  7:19,24 12:14 14:25 20:10 22:20 25:22 29:2,21 37:19 38:15 40:4,20 45:1 48:11 50:20 51:23 52:16 55:12 56:9 62:15 65:3 66:1 68:21,22 69:14 71:22 72:8 74:25 75:6 76:18 79:22 80:2,3,6 89:25 91:24 96:24 97:20,22 98:20 99:5,24 103:21 106:9,11 113:4 115:12,24

116:9 117:19 119:3,25 121:24 122:5 123:2 126:10,15,19,22 129:1 130:5, 15 131:21 132:19,21 134:9 136:14 139:4 140:12,19,20,22,24

**old**  69:12 132:11

**older**  11:14 34:18 35:21

**Olson**  131:4

**Olson-kennedy**  119:9

**on**  5:12,16 8:4 10:8,15 12:5,22 14:8, 10 15:5,22 16:2,3 18:18 19:10,22 20:18 23:19 24:3,7,16 25:16 26:21 27:14,15 31:23 33:10 36:1 37:22 39:24 41:21 42:23 47:5 58:12 62:23 64:21,23 67:3,4 69:8 71:6,20 72:1, 25 74:1 76:24 79:21 80:4 82:6,11 83:23 86:3 88:24 89:8,23 90:17 92:4,21 93:13 95:5 97:5 99:8 100:9, 16 101:6 102:12,22 104:6,14,24 106:3,13 107:24 108:22 114:4 116:5,13 117:5 120:3,9 124:12,13 125:24 126:2 131:9 136:13 140:3,13

**once**  63:24 70:20 139:5

**one**  5:3 6:20,24 7:16 13:1 16:9 21:4 26:9 27:15 28:3 32:7 34:21 36:12 39:25 40:15 42:10 51:14,21 56:19 57:23 59:25 60:23 62:24 68:8 69:4, 17 70:24 73:14 80:25 94:3 95:15 98:5 101:9 106:12 109:10 115:8 116:3 117:4,5,24 119:9,13 120:8,10 121:13,25 131:14 133:7,11,19,20 136:21,25 137:1 138:9

**one's**  28:8,21 32:8 38:3 50:20,21 51:5,6,14 60:10

**ones**  7:11 72:23 108:18 112:10 116:24

**only**  11:13 18:11 20:15 23:4 28:4 33:18 59:14 73:13 79:25 83:2 84:6 93:1 96:10 100:4 102:16 103:18 106:10 125:24 126:16

**onset**  59:21

**open**  61:18

**opened**  61:4

**opinion**  93:19 107:17

**opinions**  122:18

**opposed**  17:19 74:4 81:17

**optimal**  112:8

**or**  5:25 8:18 10:1,6 11:2 13:16 14:4 16:1 18:12,21 20:4 21:5,12 22:4 23:11 25:8,15 26:9 28:16,17,18 29:22 32:10 34:9 37:2,10 38:8 40:14,22 42:2,3,5,6,12,16 43:4,10 44:5,6,21,25 45:7,19,22 46:1,21 47:25 48:23 49:1,22 50:2,15,17 51:25 52:9 53:3 55:16 56:3,5,13 58:7,21 60:14 63:4,5 66:15 67:17 68:1 69:22 71:8 73:8,13 74:3 75:9 77:10,13,20,22 78:8,16 79:5 81:7 84:24 86:1,13 88:14 90:16,18 91:25 92:4,11 93:11 95:23 97:25 107:1 108:18 109:3 111:23 112:3,12 113:11 115:13,25 116:13 118:4 119:19,21 120:3 121:21,22,25 126:4 130:22 133:11,19 135:16 139:10

**oral**  38:6

**orchiectomy**  96:8,13

**order**  22:19 38:8 69:5 77:3

**organization**  14:24

**organizations**  14:17

**orientation**  58:1,18 59:2,17,21,23 60:10,19

**oriented**  77:12,15

**other**  7:12 9:6 10:14 15:5 16:1 17:24 18:3,21 19:4,17 20:24 22:1,5 24:8 26:2 27:11,15 33:13 34:5 36:12,19 38:1 42:4,9 43:19,22 44:6 45:20,22 47:20 49:9 50:2,7 51:1,21 58:14 63:5 64:10,13 67:17 71:11 73:3 76:24 83:7,13,17 85:10,24 86:8 108:3 117:23 119:7 121:20 125:6 132:1

**others**  18:11 36:17 46:15 49:3,12 50:17 52:23 65:6 74:7 105:23 117:8

**otherwise**  7:1 22:22

**our**  5:17 6:4 15:9 20:12 36:15 37:24, 25 41:15 51:19 56:12 64:20 69:3 83:1,20 84:2,12 85:6 86:4,20 97:2 105:6,16

**out**  7:4 15:24 36:12 39:21 40:2 48:9 49:20 51:4 69:5,20 71:23 75:16 80:24 81:8 83:21 88:3 109:6 110:9 122:6 125:7 126:13 131:16 132:8,17 133:10 136:14

**outcome**  107:23 108:21 117:4 118:10,22 139:15

**outcomes** 103:23 108:4 114:20 115:4 116:18 125:22 127:15 128:24

**outlier** 104:21

**outside** 34:4

**outweigh** 116:17,20 137:17,20

**over** 10:11 11:20 50:20 51:9 68:4 77:24 98:3 103:6,7 109:22 114:24 124:15,24 134:3 135:5

**overall** 45:6 109:1 117:6 118:12

**overstate** 44:12

**own** 47:8,9 74:8 114:3 126:12

**P**

**p.m.** 5:5 141:7

**pace** 126:12

**page** 12:21,22 13:10,12 25:16,19, 20,21 73:11 75:1 98:3 100:1 101:10 103:7 107:4 109:22 113:18 122:22, 25 125:24 126:2 130:11,14 136:11, 13

**pages** 14:3,4 73:13 79:21 99:24 100:3 113:17

**paging** 126:23

**paid** 102:8

**panel** 38:7

**panic** 31:21,23 63:5

**paper** 57:5 70:5,12 79:23 80:4 88:17 89:21 91:17 101:12,21 102:15,16, 19,22,24 103:12,19 106:4,7,16,18, 23 107:2 118:18 125:11,21 129:6 130:9 132:6

**papers** 14:12,13 15:5 90:14 104:2 111:19,23 116:19 118:21 131:5 136:15

**paragraph** 25:16,21 28:9 41:22,24 52:16 56:11 75:6 79:20 83:10 98:6, 20,22 99:2,3,5 100:1,7,16 101:14 103:24,25 108:6 109:23,24 113:3,5 116:9 118:1,4 135:14,15 136:13 137:6,9

**paragraphs** 119:14 133:3,7 137:21

**parents** 23:16,24 24:3,16,22 52:23 93:4 132:11 135:24

**parents'** 132:14

**part** 11:18 13:11 22:13 29:5 40:9 47:24,25 48:12 71:4 75:15 79:25 89:2,5,10 90:2,24 93:9,13,14 101:3, 16 111:7 117:12 122:18

**part-time** 10:1

**participants** 104:4

**participate** 95:7

**participated** 80:21

**particular** 14:12 49:25 50:22 57:5 59:2 68:9 73:5,8 77:21 78:1 87:24 89:14 90:13 95:3 105:11 112:10 117:24

**particularly** 9:4 29:3 72:24 78:14 87:24 95:4 101:1 135:11

**parts** 46:16 48:23 49:1 65:25 72:13, 15

**past** 40:13,14,19

**pathway** 140:15

**patient** 22:1,4,7,13,16 29:6,13,14, 15,16 30:1,2 39:10,21 41:10 48:16, 18 85:15 117:5 139:13

**patients** 10:3,12,21,23 11:13 38:1,7 47:12,14,17 48:10 51:9 52:22 53:15 54:15 76:21 94:3,10,12 108:5 110:22 111:7,13 117:7 121:16 124:14 125:15 138:9

**pay** 63:2

**pediatric** 21:12

**Pediatrics** 115:18 117:3

**peer** 14:13,19,22 31:1 69:22 70:6,20

**peers** 23:22 30:7 51:3,13

**penis** 96:15,16,17,19,20,22

**penultimate** 98:21

**people** 10:9,10,17,18 11:1,7,18,21 16:14,25 17:1,11,14 18:19 21:10 27:5,7 28:4 30:17 31:18 33:21 34:1, 2 35:4,8,19 36:2 40:8 41:2,4,12 42:8,11,16,19 43:9,13,24 44:3,12,22 45:7,9,20,22 47:3,24 48:6 49:18 50:3,15,23 51:1 52:24 54:20 55:22 56:21 57:14,21 58:5 59:19,20 60:22, 25 61:6 63:3,22 64:5,24 65:14 66:8, 15,16,22,24 67:3,4,10,12,15,22,25 68:11,12,13,17,18 71:7 74:15,22 76:2,11,20,24 77:3,5,13,14,18 78:7 80:16,18 82:20 85:12 94:5 95:6,16, 17 96:1,10 98:16 101:7 105:8 110:7 111:9,10,14 114:14,21,23 115:2 121:4 123:18,25 125:5,8 126:7 130:24 136:23 138:12,15,17,18 139:21 140:3

**perceive** 45:21,23 55:1

**perceived** 45:19 49:3

**percent** 11:4 16:18 32:23 56:24 57:9,16,24 59:4,15 60:15,17 138:12

**percentage** 10:23 11:11 16:23 57:1 58:16 65:17 66:8,23

**percentages** 11:11 58:12

**perception** 52:13

**perfect** 75:4 84:10 85:25

**perfectly** 80:2

**perhaps** 20:4 39:21 40:2 46:19 94:16 123:5

**period** 9:20 60:2 124:20 140:3

**persistence** 130:18,22,24 131:2,15, 18

**persists** 139:11

**person** 21:9,20 23:14,20 27:3 28:24 29:17,18 30:14 32:10 39:23 45:10, 12,14 46:14 49:8,11 51:22,24 71:11 78:13 94:17 100:24

**person's** 28:15 29:9 31:13 52:1 58:6

**persons** 5:9 86:25

**perspective** 49:10 87:19

**phalloplasty** 93:7

**phenomena** 27:13

**phenomenon** 18:20,21 19:22 41:7 48:9 138:8 139:1,19

**phenotype** 20:25 21:15 22:23 23:5, 6,9 27:1,13 32:17,23

**phenotypically** 17:12,17,19

**phrase** 70:9

**phrasing** 78:15

**physical** 57:11,15 75:9

**physician** 16:1

**place** 80:1 96:25

**places** 65:6

**plaintiffs** 5:12

**please** 5:8 6:22 12:12 13:10 26:21 41:17 75:5 107:5 109:22

**point** 10:25 30:13 38:13 40:13,17 53:13 54:11 58:7 60:5,23 61:1 63:10 119:3 125:7

**policy** 14:16,21,22

**population** 11:20 57:23 126:6 131:9 134:24 135:6,11

**population-based** 65:15

**position** 9:11,15,19 14:23

**positive** 38:19 105:9 111:10

**possibility** 65:19

**possible** 55:13 39:19 91:20 133:25

**post** 60:13,16 67:21 119:19,23 121:25 131:17

**potential** 50:19 98:23 99:16 104:8

**practice** 9:20,24 10:1,2,5,6,20,22 28:7 37:17 61:8 69:15,20 86:25 87:18,21 88:4 91:6 95:15 98:8

**preceding** 9:18

**predict** 23:1

**predicting** 130:17 131:2

**predominantly** 15:3 118:8

**preferred** 26:16

**preparation** 8:23

**preparing** 14:9

**prepubertal** 11:23 58:25 59:1,8,10 67:21,23 130:21 131:6,13,16 138:7 139:1,18

**prescribe** 78:3 93:22

**present** 5:9 43:24 44:3

**presentation** 12:19 36:5 67:1

**presented** 47:25 67:5 82:17 110:5 116:3,4

**presenting** 32:1 44:2 66:24 68:9 110:10

**presents** 75:14 77:25

**presumably** 21:21 23:24

**pretty** 36:10 56:18 118:9 128:25 129:10

**previous** 59:16 100:16

**previously** 60:18 103:4

**principle** 93:20

**printed** 7:10,11 89:22 126:13

**prior** 58:18 76:12 92:17 102:1

**private** 10:20

**probably** 65:24 75:2 86:22 91:15 92:5 97:5 137:24

**problematic** 79:13

**problems** 100:18 112:17

**procedure** 93:2,3

**procedures** 95:10

**proceed** 78:9

**process** 38:3 44:9 51:12 52:6 60:8 70:2,4,14,17,19,24 71:5,10,15 72:17 80:21 93:9,12 94:19 101:4 106:1 132:17

**processes** 19:4 95:6 112:7

**product** 56:9,20

**professional** 24:14

**professor** 9:12,17

**program** 111:8

**programs** 10:13

**prohibits** 8:18

**Project** 137:2

**pronouns** 50:6

**properly** 91:1 129:14

**proposing** 112:17

**proposition** 55:5

**prospective** 124:9 133:24

**protocol** 61:7 101:24 102:1 127:5, 18

**proven** 37:11

**provide** 77:22 85:3 99:21 127:16 134:7

**provided** 11:22 80:19 109:19 112:20 129:6

**provider** 16:2

**providers** 93:18 114:7

**provides** 61:13 134:14 137:18

**providing** 61:21 77:23 84:14 98:16 110:23 112:6 124:11 137:19

**psychiatric** 10:14,19 35:6 36:19 37:2,3,15 44:6 63:5 84:5,6,16 85:8 86:6 124:19 125:2

**psychiatrist** 29:14 30:20 31:18 35:4 37:13 38:10 44:3 63:3 74:20

**psychiatrists** 38:7,17

**psychiatry** 9:12,18

**psychological** 28:14 42:24 104:9 121:17 126:3 127:8,20 128:3 131:23

**psychosocial** 103:22 104:6 105:5 133:15

**psychotherapies** 77:12

**psychotherapists** 76:23

**psychotherapy** 76:12,19,20,23,25 77:7,8,11,16,19 78:4,7,12,20 79:1,6, 16 85:12 86:7

**pubertal** 60:13,17 67:21 100:8 101:1 123:20,25 124:12,16

**pubertally** 131:17

**puberty** 21:13 59:21 61:8 67:25 92:10,15 102:6 107:20 108:1,3 112:12 114:22 127:6,19 131:25 139:8 140:14

**Public** 63:16,18

**publication** 69:23 88:25 118:24 119:2

**publications** 12:17 13:20 80:24 112:25

**publish** 110:19,20

**published** 12:1,4 69:13 70:1 80:23 81:3,5 82:18 83:1 88:12,17 91:5,20, 23 102:16 103:5,20 106:7,10 110:18 111:1 114:18 115:17,19 116:5,6,7 117:11 131:11

**publishing** 110:25

**pull** 41:20 133:5

**purporting** 120:20 123:16

**purpose** 64:17 112:3,4

**purposes** 40:21 81:23

**pursuant** 8:5

**pursue** 79:7

**put** 16:2 27:23 32:19 40:20 71:23 76:1 87:18 92:23 134:19

---

**Q**

**quality** 118:14

**quarter** 75:3

**question** 15:10 16:8 18:11,25 28:20 32:14 36:18,25 46:12 49:16 82:24 107:1,20 108:3 120:19 129:13 130:4

**questioned** 60:4

**questions** 6:21 29:23,25 30:3 37:10,11 102:21 141:2,4

**quickly** 65:6 103:19

**quite** 54:2 55:9,10 59:25 76:6 94:21 124:3 128:18 138:13

**quote** 19:14 28:10

**quoting** 28:12,13 42:23 43:1

---

**R**

**radiographic** 86:1

**random** 37:10

**randomized** 121:1 133:23

**randomly** 129:22

**range** 35:6 83:24

**ranked** 71:12

**rare** 32:18,19

**rate** 32:11,21 33:2,3,15 35:14 36:21, 23 40:6,23

**rates** 57:13 130:24 131:18 137:25

**rather** 14:22 31:21

**ratio** 66:18 67:12 68:10,13

**reach** 95:3

**reached** 11:12

**reaching** 95:9 99:11

**reaction** 101:19 104:1,11

**read** 8:8,20 18:11 19:11 47:19 55:12 97:17 99:8 101:20 106:2,23 111:20 141:5

**readily** 47:18

**realities** 85:19

**realize** 44:10

**realizing** 115:14

**really** 18:18 26:22 30:8 34:11 43:5 52:25 54:6,13,14,16,25 60:16 66:3, 17 69:19,20 71:17 78:12 104:18,19 128:12 129:24 139:18

**realm** 36:14

**reason** 6:14 20:15 95:14

**reassignment** 98:7 123:22 127:18

**recall** 48:10,15,17 62:1 108:18 111:19,23 121:13,20 140:18

**receive** 64:25 65:19 77:3 81:14 94:10,18 115:3 121:23

**received** 111:16 114:14,15,22,24 121:16,17,21,22 123:20,21,22 124:19 126:8 128:12 129:7 136:24

**receives** 96:12

**receiving** 64:5 120:24 125:9,13,18 136:21 137:5,14 138:18

**recent** 15:5 56:25 57:2,3

**recently** 102:17

**recess** 41:19 69:1 97:1 132:25 140:25

**recognize** 6:7 49:18 69:10 87:3 97:10 106:16 109:15

**recognized** 49:12 50:16 60:3,5

**recognizing** 51:16 77:4,18

**recollection** 88:23 106:20 113:7

**recommend** 78:6 79:6,15 85:17

**recommendation** 76:18 77:19 84:25 86:14 89:14 97:6

**recommendations** 78:16 80:8 81:9 83:11 90:20 91:8 93:15 97:13, 15 101:6,10 103:2

**recommended** 92:18 94:12 95:15 101:4

**recommending** 94:25 127:9

**recommends** 76:9

**reconstruction** 95:23

**record** 5:9 7:17

**records** 64:21

**reduction** 96:20 119:10 135:3

**refer** 15:20,21 16:9 26:13 27:7 43:9 61:6 69:18 139:21

**reference** 42:14 73:4 81:19 82:10 92:8

**referenced** 110:17 136:6

**references** 15:2 90:11,12,21

**referred** 16:16

**referring** 15:13,15,16 16:8,24 17:9, 15 25:13 54:14 56:6 57:5 58:24 59:13 81:16 83:18 99:15 100:20 102:22 120:16 136:8,12

**refers** 25:14

**reflect** 56:22 66:15 72:20

**reflecting** 102:4

**reflective** 105:15

**reflects** 56:17

**refresh** 113:6

**regard** 15:10 63:12 104:21

**regret** 137:25 138:8,12,18,22 139:23,25

**reimbursement** 62:25 64:18,22 65:19

**reinforce** 54:23

**reject** 43:14

**rejected** 63:9

**rejection** 63:22

**relate** 26:8,17,18 44:4,5 60:24

**related** 10:24 11:2,17 15:2 17:20 26:2 30:23 80:18 81:20 82:11 83:8 120:23

**relates** 43:8 60:9

**relating** 82:8

**relatively** 109:25

**released** 69:12 70:15

**releasing** 106:14

**relevant** 105:19 112:10,22,24

**reliable** 107:12

**relied** 14:8,10 15:5

**relieve** 45:16

**relying** 64:23

**remain** 130:18 131:3

**remained** 51:13 54:19 123:18

**remaining** 96:21

**remember** 39:23 40:15 63:15 118:15 120:10

**remembering** 64:9

**removal** 95:24 96:14,19

**removed** 92:9

**removing** 95:24

**rephrase** 49:16

**replacement** 96:20

**report** 14:9 98:1 136:9

**reported** 64:19 98:25 99:18

**REPORTER** 5:1

**reports** 48:7

**represent** 18:9

**reproductive** 46:3

**require** 21:24 96:7

**required** 131:25

**requirement** 77:2

**research** 11:15,17,24 12:2 33:10, 19,20 34:5,7 47:20 122:20

**researchers** 89:4 129:9

**reserved** 102:2

**residency** 37:15

**respect** 81:4 82:3 111:17

**respectful** 30:1

**respond** 102:23

**response** 6:11 8:3 9:4

**responsible** 93:20 129:9,19

**rest** 19:11 116:9

**restaurant** 50:12,13

**restricted** 105:12,14

**results** 126:1 127:16 128:18

**review** 9:2 70:11,20 80:22 81:1,6, 10,15,23,24 82:5,7,23 83:4 85:12 88:6,10,12,22,24 89:1,4,6,10,12,19 90:1,5 91:2,4,6,12 102:13,25 103:1, 3,10 104:25 106:13,20 107:24 108:7,14 109:12,19 111:24 117:12, 16 118:7,8,9,15,19,20,21 122:15 125:25

**reviewed** 8:22,24 14:13,19,22 69:23 70:1,7 109:17

**reviewing** 71:12 81:25

**reviews** 80:17 81:2 82:15,17 84:20, 21,22 86:11 90:2,14 91:7,22 104:15, 17,20 105:24 108:20,24 109:2 111:18 112:1,9

**Richard** 12:4

**Richardson** 5:2

**right** 8:11 13:8 14:5,18 15:7 17:18 24:20 26:23 28:11 29:1 41:7,14,16 45:6 48:1 62:2,4,19 68:24 73:23 79:19 80:13 86:20 87:15 97:2,4,17 101:11,14 102:10,24 106:18,25 109:9 113:21 116:9 120:7 130:16 133:15 140:5

**ring** 140:15

**risk** 62:24 104:5 138:4,8,10,15,24 139:2,4,23

**risks** 99:25 116:17,20 135:19,23 136:1,4,20,21 137:5,7,9,11,17,20

**role** 29:2 45:19 46:4

**Rose** 5:14

**rough** 11:11

**roughly** 10:23

**rule** 36:12

**run** 21:6 22:11 37:4

---

## S

**S88** 75:1

**safety** 49:10 105:20 107:10 112:11

**said** 19:3 20:3 27:5 33:18 35:16 44:17 54:24 59:19 61:20 65:5 86:10 120:1 127:13 136:15

**sake** 17:5 117:24

**same** 12:3 13:11 19:21 25:18 36:3,4 43:5 45:12 58:7 62:16 76:4 99:3 100:1 114:23 115:16,25 116:2 126:5 130:11 131:10

**sample** 120:18

**San** 63:16

**satisfactory** 128:7

**satisfied** 30:14

**saw** 10:12 116:3 122:4

**say** 6:22 16:21 17:3 18:13 21:17,23 24:3,13 25:20 29:17,21 32:21 40:25 41:24 42:10 45:13 49:7 51:8,14 52:16,17 53:5,9 54:7 56:9,19 57:8 61:15 62:12 67:21 70:5,6 79:10 81:8 87:22 88:16 89:12 99:20 104:23,24 112:13 115:8 121:15 124:18 127:13, 14 136:4

**saying** 20:7 31:25 36:9 44:2 46:23 55:19 88:21 93:5 99:21

**says** 25:25 27:2 28:14 29:19 30:1,21 36:12 48:19 49:17 51:22 52:16 69:7 73:16 75:1,7 83:10 86:23 89:19,25 90:7,11 91:4,17 98:6,21 99:8,25 100:8,17 101:15 104:3 106:13 107:8,9 108:6 109:24 114:4 121:5,9 123:23 126:2 127:16 128:4,5 130:17 131:21 135:15

**scanned** 102:17 103:19

**scanning** 100:15

**scenarios** 55:21

**schemes** 34:18

**school** 22:15 37:14

**science** 15:17

**sciences** 9:17

**scientific** 14:13 27:24

**score** 71:13 85:14 89:13 109:8 118:25

**scores** 84:23 89:2 109:1

**screen** 26:21 41:21 89:23 90:18 100:4

**screening** 38:24

**scroll** 7:22,23 12:15,21 13:9,14 25:19 87:9 88:14 89:17 107:6

123:12 130:13 137:23

**scrolling** 12:21 89:8

**sea** 64:4

**second** 75:6 92:2 103:25 113:7
126:14 130:15 135:16 136:3

**section** 72:25 100:2 101:11,15
103:8

**see** 10:20 11:13 12:16 21:17 26:5
33:21 38:11,12 43:24 51:23 64:6
68:3 73:18 79:22 80:3,11 83:15
87:10 88:14 89:11,19 90:20,21,24
92:3 94:23 98:4,9 99:1,4,6 100:11
101:12,23 106:9 107:14 117:21
122:8,22 126:18,24 127:1,2 130:20
132:2 135:13,21 140:6

**seeing** 10:3,10 29:16 41:9 63:4
76:22 105:1 118:15

**seeking** 44:3,21 45:7 48:5 67:16
68:11,13

**seem** 56:18

**seems** 52:13 74:18 85:16

**seen** 7:25 8:14 38:1 51:9 74:15
102:16 111:13

**Seldin** 5:13

**selected** 111:20,23,24

**selection** 104:5

**self-harm** 79:5,10

**Senate** 8:12

**send** 119:19

**sense** 10:22 16:23 25:8,14 27:11,14
28:16,21,23 29:9,18,20 32:7 39:8
42:1,17 48:20 51:2,8 52:21 54:14,19
55:23 59:23 66:3 68:16 70:20
102:20,24 138:23 139:4

**sentence** 25:25 26:5 28:12,22
41:25 42:21,23 83:10,15 98:22 99:1,
6,7,8 100:11,13 107:9 108:11 114:4
128:5 131:22 132:4,16 135:16,21
136:3

**separate** 43:3 74:4

**separately** 76:22 81:3 91:21,22

**separation** 104:8

**series** 113:23 114:14 116:12

**seriously** 129:12

**set** 7:8 22:2 77:21 78:1 131:4

**setting** 61:9

**seven** 124:16 125:12

**several** 14:2 97:23

**sex** 15:10,12,14,17,20,21,22 16:1
19:6,8 20:18 23:2 25:10,12,24 26:3,
11,15,17,19 27:3,5,7,11,14,19,22,23
28:5 43:18 44:16 45:2 46:4 49:19
51:21 58:5,7 60:25

**sexes** 18:14,24

**sexual** 15:21 19:14 59:2,21,23
60:10

**shaft** 96:22

**shape** 46:21 48:23 49:2

**share** 41:4

**Shawn** 7:23 12:14 13:9,16 25:18
26:20 28:11 41:20 69:4 71:25 73:10
74:25 86:21 87:9 97:4 100:6 102:12
103:7 106:12 107:5 109:11 119:21,
23 120:7 123:6 130:13 133:4 137:23

**she's** 140:13

**shift** 60:13

**shifted** 67:20

**short** 109:25

**shorter** 111:3 117:22 125:12

**should** 13:17 25:18 36:12 62:8 77:2
92:25 93:1 99:14 108:4 109:11
121:25

**show** 21:22 38:25 97:16 102:21
140:17

**showed** 68:10 100:22 101:21
108:25 114:15 115:3 116:25 117:3,
6,14 119:10 129:10

**showing** 14:17 56:24 57:9,13,16,24
59:4 60:15 65:16 128:22 135:1

**shown** 8:25 84:21 105:5,17 115:5
117:17

**shows** 134:10

**sic** 71:7

**sign** 141:6

**signature** 12:22

**significant** 76:7 95:17 104:19 105:2
115:3 126:25 134:5

**similar** 18:3 19:4 35:21 36:1 124:5
126:4

**similarly** 32:25

**simplification** 134:12

**simply** 40:15 53:10 54:21

**since** 9:14 10:9 13:1 61:12,14,21,23
62:1 109:16

**single** 70:12

**situations** 78:8

**six** 110:4 111:4

**size** 96:21 120:18

**skeptical** 106:1

**skin** 96:18,21

**sky-diving** 53:19

**slightly** 26:25

**slowly** 98:24 99:17

**small** 17:10 47:4 104:4 108:7
138:10,13,18

**smaller** 65:17 66:8 138:13

**so** 6:4,19,24 7:10,12,18 8:22 9:4,9
10:22 11:6,17 12:6,14 13:16,18,24
14:5,19,21 15:12,20 16:1,7,24 17:9,
13 18:2,5,15,18,22 19:9,25 20:3,13,
19,21 21:2 22:17 23:1,9,24 25:4,6,7,
12,16,18 26:13,17,23,25 28:6,11,20,
25 29:2,8,12,15,17 30:17,19 31:7,
16,25 32:7,14,20 33:6,12,18 34:12,
19 35:3,4,13,16 36:17,23,24 37:7,
12,17,22 38:3,17 39:23 40:10,15,20,
25 41:9 42:8,14,15 43:1,7,17,24
44:2,19,20 45:10,13,18 46:12,17
47:2,9,17,24 48:3,8,11,15,19 49:1,7
50:4,11,18,21 51:13,18,23 52:9,19,
20,24 54:8,11,19 55:18 56:1,6,7,16,
19 57:13,20 58:3,23 59:8,19,25
60:6,8,21 61:5,14 62:12,21,23,25
63:2,10,15,22 64:6,9,11,15,21,23
65:3,12,16,22 66:1,7,14,22 67:13,22
68:8,16,69 69:7,25 71:4,9,17,18,23
72:9,16 73:7,16 74:12,25 75:14
77:2,14,17 78:6 79:4,11 80:7,15,19
81:7 83:2,10,19 84:10 85:2,21
86:14,17 87:10,15,17 88:14,19,21,
25 89:4,8,11,23 90:20 92:15 93:4,9
94:3,5,6,17,21,23 95:2,11,20,22,25

96:11,16 97:3 98:2,3,14 99:6,8,19
100:4,7,21,23 101:2,10,12,14,20
102:4,17,18,20 103:10,21 104:13,
15,20 105:10,19,23 106:11,25
107:8,25 108:6,11 109:4,10,22,24
110:8,15,24 111:11,17 112:22
113:15,17,23 114:1,9,11 115:22
116:5,15,24 117:16 118:1 120:9,21
121:1,22 122:8,12,25 123:9,17,24
124:9,14,22 125:4,11,21,24 126:10,
11,23 127:1,3,11,16,22 128:10,19
129:11 130:11,13,15 131:9,21
132:10,12,15,22 133:2,6,23,25
134:9,12,22,25 135:4,6,10 136:1,17
137:7,21 138:7,23,25 139:2,4,18
141:5

**SOC**  71:23 73:21,22 76:9 80:23
81:9,23

**social**  45:19 78:8

**society**  18:6,7 19:6,7 26:14 56:23
86:25 87:7,18

**some**  7:11 10:20,25 11:17 14:16,17,
21 15:4 16:24 18:6 19:25 22:5
23:17,21 24:3 26:18 32:7 33:8 34:22
36:1 38:18,19 40:13,17 41:1 42:15
44:8,21,23 45:6 47:5,10,19,21 50:23
51:3,10 52:21 56:17 60:2,5 61:6,12
63:23 65:6,24 66:12,13,25 67:25
74:12 78:18 80:24 82:14,18 86:18
90:8 94:6 95:5 96:10,18 103:2 110:5
111:14 118:6 119:5,11 122:17
136:15,24,25

**somebody**  21:15 30:25 32:1 37:1,3
38:25 42:22 45:1 48:11 49:25 52:4,
10 54:3 70:4 75:18 78:23 91:10
96:12 108:1 120:11 131:19 139:15,
24

**somebody's**  26:10,11

**someone**  16:9 17:9,15 20:25 27:1
32:9,21 33:2 36:7 39:19 45:18 48:4
49:8,17 50:11 53:9 64:14,15 67:9
77:8,10 78:7,10 79:4 94:21

**someone's**  15:22 26:17,18 32:5,11
33:6 50:1 52:6

**something**  6:23 19:24 20:5 28:13
29:13 33:8,14 34:20 47:11,17 48:9
50:5,18 53:9 54:20 62:16 86:2 98:15
119:20,21 122:13 138:16,19 140:19

**sometimes**  21:2 32:7,16,20 41:8,12
44:13,19,20 50:22 51:9,14 69:17
73:1 78:7 84:8 90:14,22 94:9,10

113:16 115:22 140:2

**somewhat**  106:1

**somewhere**  122:11

**sorry**  7:23 13:16 15:24 19:10 25:20
55:10 58:21 65:3 72:6 76:16 77:23
79:17 83:21 96:13 99:4 100:1,2,3
120:1 123:11 126:16 127:12 130:7
136:11

**sort**  10:19 49:5

**sought**  44:22

**sounds**  17:22 38:16 89:22 92:6
132:24

**source**  43:2 49:13,21

**sources**  14:14

**Spack**  61:16

**Spack's**  61:6

**span**  139:13

**speaking**  124:6

**specific**  35:24 60:15 77:12,19 82:5,
15,17 83:3 85:10 86:17,18 90:21
92:23 93:5,6 102:21 116:22

**specifically**  61:25 66:18 70:14 85:8
127:14

**specify**  15:13

**spectrum**  57:17,21

**spell**  115:10

**spoke**  61:15

**spoken**  9:6

**spot**  89:23

**Square**  5:3

**stable**  67:11 131:7

**staff**  50:12

**stage**  11:12 92:16 102:6

**standalone**  113:12

**standard**  5:5 34:10 88:9

**standards**  36:11 69:7,11,18,19,25
70:3,15,17,18,24 71:1,4,6 72:5,19
75:25 80:9 81:14 82:13 83:12 87:22
88:1,2 101:3 117:13 132:7

**start**  9:9 15:7 18:15 57:1 59:10 62:2
67:24 77:23 78:11 101:25 120:19

124:16 139:8,19 140:13

**started**  24:25 61:24 64:4 111:14
139:5,22

**starting**  61:11

**starts**  67:23

**state**  92:24

**statement**  14:23 18:5,9,16 19:11,
18,21 26:14 44:16 53:24 71:5,8 73:8
98:9,11 99:20 101:19 104:12
107:14,16 108:15 113:15 115:20
131:2 140:8,12,17

**statements**  14:16,21,22 15:2 71:10
72:18,21 113:5,12,24,25 116:12
118:3,5 119:4 133:7

**states**  61:4 64:10 66:23 110:10

**statistical**  115:1

**statistically**  105:2 134:5

**status**  9:13,16 10:4 37:8,23 39:3

**statute**  8:4,17,20

**steadily**  126:4

**Steensma**  131:11

**step**  31:11

**Stewart**  5:2

**still**  22:7 31:10 39:2 41:21,25 43:12
51:1 56:10 64:11 66:8,9 67:15 69:18
93:19 110:10 111:4,9 112:6 135:14

**stipulate**  13:18

**stop**  13:10 134:19 139:24

**stopped**  139:22

**stopping**  107:20

**story**  24:22

**straightforward**  129:25

**Strangio**  5:10,11 7:9,16 9:22 10:7,
16 11:25 13:21 14:6,15 15:11,19
16:6,20 17:8 18:1,17 19:1,19 20:8,
17,22 21:18 22:6,25 23:8,15 24:2,19
26:12 27:4,17,25 29:11,24 30:16
31:5,15 32:6,13 33:5,17 35:2,15
36:8,22 37:6,21 38:11,16,21 39:7
40:7,24 41:16,18 42:7 43:6,16 44:1,
18 45:5,17 46:5,11 47:1,16 48:2,14,
25 49:15 50:10 51:7 52:2 54:1 55:17
56:15 57:4,12,19 58:2,11,20 59:7,18
60:20 62:11 63:14 65:11 66:6,21

68:7,23 69:24 70:8 71:3 74:11 75:23 76:15 77:9 78:5,21 79:3 81:12 88:7, 13 89:7,21 90:18 91:3,24 92:6,14 103:16 105:22 106:6 108:17 111:22 112:23 121:19 123:11,14 124:21 125:3,23 126:13,16,21 128:1,17 129:4,17 130:3,6,10 132:22 134:2, 11,21 138:6 139:6,17 140:16,24 141:3,4

**streamline** 67:3

**strength** 93:16

**strictly** 43:10

**strong** 24:7 94:8 101:21 107:19,25 128:25 129:6,10,20

**structure** 26:4 124:7

**structuring** 75:25

**stuck** 100:16

**studied** 33:8 108:12 111:20

**studies** 36:1 41:1 67:2,4 82:11 83:5, 24 84:20 86:4 90:7,23 91:10 99:9 103:13,14,22 104:3,7 105:5,17 107:13,21 108:6,8,13 109:25 110:3 113:25 114:4,9,12 116:14,16,17,22 117:1,11,15,17 118:4,8,10,12 119:6, 7,8,13 122:15,17 125:8 128:19 133:6 135:1 136:24 138:11

**study** 12:5 33:9,19,21 35:1,13,17 59:8 86:1 100:3,17,19,21 105:19 108:19,23 109:6 110:9,12 111:5 114:13,17,21,25 115:16,25 116:2 117:4,6,7 118:10 119:14 120:4,15, 18,20,25 121:3,4,14,16 122:3,23 123:9,15,17,19 124:7,8,10,19,20 125:1,4 127:4,16 128:14,15 129:3, 15 133:13,14,22,24 134:3,10,16,20

**studying** 11:19

**stuff** 119:17

**subject** 52:18 53:6,7,25 54:9 55:6,8, 9,16 56:4 70:10 108:9

**subjective** 127:1 128:8

**subjects** 82:11 124:18

**submitted** 70:13

**submitting** 70:5

**subset** 68:19

**substantial** 100:22 104:5 119:10 131:13

**substitute** 125:18

**subtlety** 35:10

**succeeded** 54:20

**such** 7:14 16:5 17:6 43:24 44:11 58:10 59:11 129:7,22

**suggesting** 26:15 36:6

**suggestions** 71:9,14

**suicidal** 79:5

**suicidality** 128:21 134:24 135:3,5, 10 137:4

**suicide** 134:16 135:6

**suicides** 135:7

**Suite** 5:3

**summary** 101:6

**support** 83:20 103:2 112:18 113:13, 25 118:5 121:18,22 124:23

**supported** 81:9 88:5 95:16 129:2 133:6

**supporting** 80:8 83:11,13 94:18 112:2

**supports** 91:13 118:3 119:4

**suppose** 56:19

**supposed** 113:12

**suppression** 100:8 101:1 123:20 124:1,12,16 127:19 131:25

**sure** 18:23 20:20 35:23 36:24 45:11 48:6 54:2 55:9,10 56:1 59:10,25 70:9 72:12,18 79:25 81:16 90:15,16 92:7 95:19 105:25 110:20 113:21 115:24 118:17 121:10 123:13 132:15 134:9 135:8 136:7

**surface** 131:24

**surgeon** 96:11

**surgery** 44:21,25 81:2 82:16 92:12, 19 94:2,3,4,6,11,13,16,20,25 95:4,5, 12,16,17,20 96:1,6,8 99:15 102:1,7 111:16 117:5 119:8,11 123:22 124:2,17 127:7,18

**surgical** 45:8 46:2 101:15 126:8

**surprised** 134:19

**surprising** 104:15,22 109:7

**surrogate** 47:7

**Survey** 137:1

**surveys** 57:13 65:15 66:13 136:25

**suspect** 22:9,18

**suspected** 24:4

**Sweden** 103:3

**Swedish** 103:4

**sworn** 5:20

**symptoms** 33:12 35:3,7 36:10,16 40:18,19 41:11 78:2,23

**system** 102:3,5,9

**systematic** 80:16,22 81:1,2,5,10, 15,23,24 82:5,7,15,17,22 83:4 84:19,21,22 85:12 86:11 88:5,10,12, 21,24 89:1,3,6,9,12,19,25 90:1,5,13 91:2,4,6,7,12,22 102:12,25 103:1,3, 10 104:14,17,20,25 105:24 106:20 107:24 108:14,19,24 109:2,9,19 111:18 112:1,9 117:12,16 118:20,21

**systematically** 98:24 99:18

---

T

**T-O-R-D-O-F-F** 115:11

**table** 73:11 90:11 127:1

**take** 13:14 22:16 29:6 41:15 42:20 45:1 51:3 52:14 68:24 76:21 77:5 92:10 103:18 126:14 130:9 132:19 134:22 140:23

**taken** 41:19 69:1 97:1 125:15 129:12 132:25 140:25

**takes** 110:12

**taking** 6:2 29:14 84:4

**talk** 7:1 20:11 41:25 70:23 80:7 113:19 114:11 127:4 135:23 138:7, 22

**talked** 25:13 46:14,18 67:9 136:24

**talking** 19:5,23 21:1,4 22:22 23:4,7 25:23 30:19 32:15 33:1,11 39:15,16 59:8 62:12 70:14 78:23 84:18,19 86:10 89:18 111:2 112:19 114:2,9 116:10 120:4 130:21 137:11,12,15, 25 138:1,2

**talks** 103:25

**Tallahassee** 13:3

**Tanner** 11:12 92:16 102:6

**team** 67:9

**teen** 61:3

**teens** 62:6,9 64:7 65:9 66:1

**tell** 5:20 8:22 9:9 12:12 19:12 24:9 30:17 31:8 40:16 44:7 47:14 60:21 63:19 67:17 87:15 89:18 90:4,18 97:12 99:2 118:18 120:20 121:10 123:15,16 127:14 136:10

**telling** 25:2

**tells** 33:2 52:10

**ten** 132:21,22

**tend** 71:19

**tended** 62:25

**term** 17:17 19:8 26:16 27:9,18,21 53:5 58:4

**terminal** 85:13 86:8

**terminology** 31:1

**terms** 12:1 19:7 23:10,11,22 27:19 28:2,3 30:5 31:25 34:5 38:23 44:24 46:1,21 59:1 60:15 67:10 78:15 79:9 84:3,25 93:10,11,12 104:19 107:19 112:24 136:20 139:21

**terrific** 87:14

**test** 21:17 22:2,3 38:24

**testes** 96:14

**testified** 5:22 13:3

**testify** 8:6

**testimony** 6:15 19:2 136:2

**testing** 21:12,22 22:19

**tests** 21:6,7,24 22:7,11,12,14 37:4

**text** 130:16

**than** 9:6 22:1 30:25 37:16 40:14 49:9 51:24 55:18 57:22 65:6 66:8,10 70:4,12 87:23,25 107:21 112:8 113:15 125:12 126:5 138:14

**thank** 7:19 13:5,23,24 26:21 68:25 79:17 107:7 120:9,12 141:1

**Thanks** 41:17 123:14 132:24

**that** 6:10,11,14,21 7:4,11,17,18 8:17,24 9:3,19,20 10:12,14 11:4,19 12:16,22,24 13:1,10,19,20,24 14:1,

2,5,8,17 15:4,10,16,17,18 16:1,7,8, 11,12,13,15,16,19 17:12,18,21,22 18:2,9,15,24 19:3,15,18,21,23,24 20:3,6,11,14,15,20,23 21:10,16,19, 22 22:1,4,8,9,15,20,21 23:1,17 24:3, 4,6,9,12,23 25:14,18 26:5,14,15,17, 18,20 27:3,8,14,20,24 28:3,4,22,24, 25 29:4,5,9,13,16,21 30:11,14,22 31:2,8,11,13,21 32:2,16,19,23 33:3, 7,8,11,13,14,25 34:1,2,4,7,12,13,20 35:1,20,21,25 36:6,19,23 37:4,11, 17,19 38:9,18,25 39:4,5,9,10,13,22, 25 40:4,11,13,17,20,21,25 41:1,4,6, 10 42:5,6,9,10,13,15,17,19,21 43:3, 4,8,13,17,19 44:4,7,9,10,11,15,16, 23 45:14,16,21,22 46:6,8,17,18 47:2,7,9,11,12,14,17,18,24,25 48:5, 9,15,17,20,21 49:4,5,9,13,14,20,21, 22,23 50:2,4,5,14,18,25 51:2,4,8,10, 22,24,25 52:1,9,10,13,14,15,17,19, 22,24 53:3,6,12,13,20,23 54:2,9,11, 12,14,15 55:2,4,6,20,21,24 56:1,6,8, 16,18,22 57:5,20,21,25 58:17,21,24 59:23,24,25 60:4,9,14,25 61:7,12, 18,19 62:2,6,8,15,17,18,21,23,24,25 63:1,6,7,8,20,21,23,25 64:2,3,9,12, 13,18,23 65:1,17,24 66:9,13 67:4, 13,14,17,19 68:8,10,11,12,13,16,23 69:11,20 70:6,9,15,18,20,21,25 71:1,10,12,15,16,17,23 72:1,2,10, 12,13,15,18,19,23,25 73:1,4,18,20, 23 74:5,12,14,17,23 75:4,11,15,21, 24 76:6,9,16,18 77:14,21,23,25 78:1,10,12,15,24 79:9,12,13,14,16, 22 80:11,19,22,24,25 81:2,8,19,22, 24 82:1,6,10,17,20,21,22 83:2,4,5,8, 15,19,23 84:2,9,11,13,17,20,22 85:3,5,10,14,16,17 86:1,3,8,12,13, 14,15,18 87:11,12 88:2,3,9,12,24,25 89:2,4,5,8,9,12 90:2,5,10,11,14,19, 22,23,24 91:9,11,12,14,15,17,18,20, 22 92:9,13,18,23,24,25 93:8,16,17, 19 94:3,14,16,17,21,22,23 95:2,4,6, 7,11,16,20,22 96:5,8 97:5 98:9,11, 15,20 99:1,6,7,19,20,21 100:11,13, 14,15,17,25 101:2,5,8,19,21,23,24 102:4,5 103:1,14,22 104:11,15,16, 17,18,21,23 105:3,4,5,6,7,12,13,17 106:1,20 107:5,14,16,19,21,25 108:1,11,14,22,24 109:1,7,19 110:3, 8,17,18 111:9,11,25 112:1,3,7,14,20 113:1,13 114:17,23 115:10,12,16,17 116:5,6,18,20,22,24 117:4,7,12,13, 16,17,19,21,24 118:1,3,4,8,12,13, 19,21 119:1,3,4,6,9,16,19,23,24 120:3,15 121:14,16,25 122:21,22,23

123:3,4,6 124:2,3,4,10,18 125:1,4,5, 7,8,12 126:2,11 127:5,11,13,14,17, 22 128:2,4,10,11,22,23 129:6,13,14, 18,19,21,24 130:1,20 131:2,7,13,14, 18,22 132:1,2,4,8,16,18 133:5,8,12, 19,22,23 134:7,10,15,16,19,24 135:6,7,11,20,21 136:15 137:10,16, 19 138:8,9,16,17,19 139:7,10,11,22 140:13,15,18,21

**that's** 6:24 7:15 11:21 13:21 15:3, 22,25 16:21 17:3,21 23:3 24:15 28:5,19 29:1,22 30:11,18 31:23,25 33:7 34:12,21 38:2 43:1,5 45:6 47:15 49:19 50:8 51:13 55:18,23 65:16 68:22 69:5 70:12,24 72:1 75:24 79:24 80:2,4 82:24 83:25 84:8 89:24 90:16 95:25 96:11,14,24 98:19 99:2 102:4 105:3 109:6 119:17,20,21 120:8 122:5 123:1,5 126:6,20 128:25 132:21 133:5,19 134:12 137:17 138:14,19 139:9 140:19,20

**the** 5:1,4,7,9,11,12,13,15,20,21 6:1, 20,23,24 7:4,6,7,8,9,10,11,12,16,17 8:3,5,24 9:7,18 10:9,11,12,17 11:4, 10,11,20,21 12:2,3,4,7,15,16,21 13:2,9,11,12,14,15,17,19,22 14:1,3, 4,5,8,11,21,22,23 15:16,17,22,24 16:1,2,3,9,23 17:6,17,19,20,22 18:6, 7 19:5,6,7,8,11,21 20:15,16,21 21:1, 3,4,8,16,17,20,25 22:2,3,4,7,8,12, 13,15,17,18,19 23:2,3,5,7,14,17,20 24:1,8,10,11,15,17,21,22,24 25:2,5,10,18,19,25 26:13,21 27:1,7, 8,15,18,22 28:12,13,18 29:5,12,15 30:2,21,22 31:11,12 32:2,8,11,14, 16,17,21 33:1,3,12,19,22 34:3,5,8, 10,14,17,21 35:3,6,7,10,11,13,16, 17,20,24 36:2,3,4,10,14,16,18,25 37:8,22,23,24 39:1,2,3,5,10,20,23 40:6,8,9,12,13,19,22 41:20,21,25 42:11,14,20,23 43:1,5,9,14,19,22 44:9,10,12,22 45:2,11,18,23 46:3, 12,14 47:4 48:5,12,16 49:7,11,13, 16,21 50:12,13,17,19,25 51:2,10,12, 16,21 52:13 53:5,11,17,19,20,24 54:18,24 55:2,5,12,13,20 56:7 57:20,23,24 58:4,5,6,16,18,21 59:4, 21 60:12,13,15,16,17,21,25 61:3,4, 7,9,10,12,14,15,17,19,21,23,24 62:2,5,12,13,16,18 63:8,10,16,17,19 64:1,2,5,9,13,14,15,16,17,18,19,21, 24,25 65:2,8,13,18,20,22,25 66:1,5, 8,9,17,18,23 67:1,3,5,8,9,14,18,24 68:4,5,9,10,14,18,19,22 69:5,8,11,

12,17,20,22,25 70:2,3,14,17,20,21,
23,24 71:4,6,8,15,20,21,25 72:1,13,
14,17,19,23,24 73:1,6,10,12,13,25
74:2,5,14 75:1,2,3,6,16,21 76:3,24
79:8,20,23 80:4,7,8,13,18,20,21,22,
23 81:7,8,15,17,20,25 82:1,2,7,13
83:6,7,8,10,11,12,19,21,22 84:1,9,
11,12,20,21,23,25 85:2,6,11,14,19
86:3,11,22,23 87:6,9,10,12,15,17,
19,25 88:9,14,17,19,24 89:3,5,8,9,
11,15,16,21,22,23 90:1,3,11,14,15,
17,18,22 91:5,6,7,8,10,12,16,17,18,
21 92:9,17,20,25 93:1,2,3,4,6,9,10,
11,12,14,15,16 94:3,13,16,19 95:5,
15 96:11,14,15,16,17,18,19,20,21,
22,23 97:6 98:5,21,22 99:3,4,8
100:2,4,7,8,16,19,21,23,24 101:4,6,
12,14,16,23 102:4,8,18,22 103:12,
13,14,24,25 104:5,7,18,19,23
105:12,13,17 106:2 107:4,8,9,10,12,
20,25 108:3,6,13 109:5,9,11,22,23,
24 110:5,9,12,14,15,17,21,24 111:3,
5,8,18,19,24 112:3,4,5,9,11,14,15,
18,20 113:17 114:2,4,7,8,17,20,24
115:1,5,8,16,17,23,25 116:2,4,9,16,
17,19,20,20,24 117:1,6,10,12,15,19,
23 118:3,11,15,18,23 119:4,12,13,
16,19,24 120:8,15,18,24 121:2,8,9,
11,14,16,25 122:1,3,15,17,18,20,22,
23,25 123:9,18 124:6,7,10,16,18,20,
22,23 125:10,21,22,24 126:1,2,5,11,
17,20,22 128:4,12,13,14 129:2,8,10,
15,20 130:11,12,15,22 131:1,4,10,
16,22,23,24 132:5,6,8,9,11,12,13,
15,16,17 133:7,12,13,15,19 134:6,7,
20 135:1,7,8,11,15,16,19,23,24
136:1,3,4,15,22,24 137:1,2,5,9,11,
12,16,17,19,20,21,24 138:12 139:7,
8,13 140:17 141:5,7

**their**  21:23 23:2,22,24 24:5 26:15
28:5 29:6,7 30:5,6,15,25 31:16 33:2
43:17,18 44:7,15,23 45:21,24 46:3,4
47:8,25 50:9 51:2,11,12 52:8,12
53:3 60:3,6,22,23,24 67:2 68:10
76:3,8 78:25 90:20 94:9,18 95:18
102:1,2 108:2 110:5 111:7,14
118:12 125:20,25 126:1 127:4,22
128:11,22 129:1,3,19,25 130:1
138:9,20 140:1

**theirself**  53:12

**them**  7:10,11,12 11:13 14:17 15:4
26:8,9 32:3 41:10 43:14 44:10 45:12
49:8,13,14,20 51:17 52:14,23 53:12,
21 60:4 72:22 82:18 83:7 84:8 91:8
95:3 97:16 103:24 112:5,13,22
113:6 127:24 128:5,15 133:7 136:2

**themself**  75:19

**themselves**  5:8 21:25 22:12,14
43:25 47:8 53:15 54:19

**then**  10:9 11:20 13:22 15:4 17:1,5
21:14,21 27:15 28:8 29:21 31:7
37:14,16 38:5 39:13 40:17,18,20
52:11 53:12,19 60:5 62:1 64:16,24
66:12 75:19 80:3 82:18 83:4 89:12
92:20 94:19 96:3 101:25 102:22
108:6 112:22 115:4,18,22 116:6,9,
11 117:1 119:24 121:4,6 122:21
123:21 124:13 127:7 130:9 135:23
137:21 138:1,2

**therapies**  98:23 99:17

**therapist**  53:2

**therapy**  52:25 100:18

**there**  6:14 7:24 10:24 12:3,4,24
13:10 14:2 15:2,4 16:5,7,14,24 17:1,
6,10,13,24 18:3,15 19:3,25 22:9
23:9,16,21 24:3,11,20 26:16 27:5
28:11 31:17,18 33:8,15,19 34:1,15
38:3,22 39:4,18 41:1 42:15,18 43:24
44:21 45:6 47:2,20 48:7,9 49:2
50:23 51:5 52:20,24 53:13 56:16,17
57:1,5,13,21 58:3,12 60:1,8,21
61:23 62:15 63:10 64:3,11,13,14,16,
23,24 66:12,25 67:7,10 70:18,19,20
71:1,5,10,17 72:12,13,15,18 73:3,14
74:8 75:4 77:12,17,20 78:6,19 79:4,
11 80:24 81:1,24,25 82:4,5,7,9,19
83:2,3,4,18,23 87:23 89:19,20 90:16
91:7,16,17 92:15,17,21,23 93:12,17,
18 94:6,14,24 95:11 98:17 100:14,
16,25 101:20 103:9 104:18 105:4,25
108:23 109:5 110:8 111:5 112:7
113:4,16,18,22 114:12,18,19 116:4,
18,23 117:3,16 118:4,7 119:6,7
120:5,6 122:25 123:18 126:12
130:14 131:18 132:12 134:23,25
135:2,7,10,14 136:9,19,20,25
138:17 139:19

**there's**  16:25 20:13 21:22 22:7
27:14 29:3,4 33:18 34:20 35:10,23
36:20 39:4 48:24 50:14 56:16 65:12
72:25 73:7 78:18 83:21 85:5,10
89:12 90:11,12 92:16 93:16,20
95:13 103:21 105:10 107:18 111:11
112:24 113:13 114:17,20 115:5
116:15 129:5,20 134:5 137:8 139:7,
23

**therefore**  22:19 131:23

**these**  14:8,12,13 15:9 26:17,24
34:18 48:7 53:18 85:21 88:4 95:20
100:18 104:1,3 111:17,20,21 112:9
113:11,25 123:25 124:14 133:7
138:11

**they**  18:13 21:10,11,17,21 23:17
24:4,16,20,23 30:7,18 31:4 32:19,20
33:25 34:11,13,17,23 35:5,6,25
39:22 40:2,16,17,18 41:7,11 42:8,9,
17 43:14,17,20 44:6,8,9,14,19,20
45:20,21,25 46:3,6 47:18 48:21
49:11,21 50:8,13,16,18,24 51:11
52:10 53:1,3,21 54:22 55:1,24 59:1,
23,24 60:3,6 63:10 64:16 69:25 70:1
74:23 76:6 78:11 79:7,10 81:5 85:18
88:5 89:9,10,11,12 90:2,22 91:9,13,
20 92:24 93:6 94:17 98:14 99:21
100:20 101:24,25 102:5 103:13,14
104:24 105:1,3,24 107:19 110:6,15,
19,21,22,24 111:1,6,9 112:10,16,17,
19,25 114:13,21 119:1 120:21,22
121:11,22 123:17,24 124:4 125:13,
17,19,25 126:23,24 127:2,3,4,5,13,
14 128:10,18,22,23 129:9,13,14,18
131:5,12,13 134:3 135:18 136:24
137:16

**they're**  38:19 40:11 44:20,23 46:1
49:3,22 51:15 54:21,25 58:25 60:25
68:5 85:19 99:14,20 100:19 125:19
128:2 130:21 140:2

**they've**  40:14 41:3 51:10 52:7
103:13 110:7 115:5 124:10 140:1

**thing**  7:16 13:1,15,17 16:5 17:7
22:17 32:8 34:21 40:8 43:5 64:13
68:8 104:23

**things**  29:15 34:1 48:22 51:23
53:18,19,21 54:22,24 60:11 65:1
69:18 72:12 79:13 100:14 102:8
129:11

**think**  6:19,24 7:1 12:14 13:24,25
14:21 15:6,17 16:8 18:18 19:2
20:11,14,23 25:23 27:20,22 31:8
32:18 33:7 34:21,25 36:13,17 38:22
39:11,25 40:25 41:6 42:21 43:3,4,8
44:11 47:10,17 48:3 49:25 52:16
54:8,11 55:21 56:7,8 60:8 61:5 64:3
68:21 70:22 71:22,25 73:2 74:6,12
76:23 77:2,17 78:11,16,17 80:7 81:5
82:15 83:2,25 84:4,13 85:21,23,24
86:10,14 89:1,8,13 92:19 93:6,16,
19,22,24,25 94:14 95:2,11 96:24

97:3,23 98:2,15,19,21 100:20,22,25
102:4,11 103:1,3 104:13,20 105:10
106:12 107:18,25 110:8,24 111:3,
14,25 112:3 113:15,17 116:15,19,24
117:9,12,14,16,21 118:16 119:1,16
120:8 122:5,13,22 123:3,4,5 124:22
125:4 128:10,15 129:5,7,11,13,18,
20 130:4 131:9 132:16 134:10,12,14
135:15 138:8

**thinking** 38:23 53:14 55:20 116:23
119:7

**thinks** 75:19

**third** 11:6,7,8,9 25:25 75:2 109:23,
24 115:8 135:16

**this** 5:5,10,15 6:7,9,11,12 7:6,13,25
8:2,3,5,8,14,17,20,23 9:4 12:10,13,
19,24 13:1,11,12,19 14:5,19 18:9
21:20,22 22:10,18 23:1 26:25 30:14
31:9,13 34:16,17,25 36:15,16 41:21,
24 42:20 46:7 48:20 50:1,6 51:18
52:20 55:12 56:10 63:11 67:14
68:19,21 69:4,7,10,14,16 72:5,7,8
73:20 75:15 76:1 80:1 82:9,19 83:10
86:14,15,22 87:3,5,6,12,16,17,21,23
88:4,21,23 89:9 90:2,24 91:1,13
92:1,4 97:3,4,5,10,12,17,25 98:21
99:20 100:1,17,24 101:3,20 102:15,
16,24 103:3,8,11,12,19 104:24
105:11,19 106:4,5,7,12,16,18,23
107:1,2,22 108:7,12,19 109:6,10,15,
18 110:14 113:10 116:13 117:21,24
118:7 120:7,9,15,18,20,22 121:16
122:7 123:9,15,17 125:1,21 126:18
127:5,16 128:2,22 129:6,15 130:7,9
131:4,12,22 132:5,9,10 135:4
136:13

**Thomas** 131:11

**those** 11:11,12 15:14 21:24 22:11
24:23 26:7,8 28:19 29:15 34:3 35:8
37:10,20 40:17,19,21 43:13 45:4
47:24 53:20 60:11 65:1 66:14 67:18
68:14 71:19 73:2 74:19 75:8 82:18
86:7,18 90:23 91:11,18 92:22 95:10
97:15 99:11 101:9 102:7 104:2
105:3,8 108:5,22 111:12,15 115:2
118:5 119:5,11 121:21 124:3,13,24,
25 127:15 129:11 130:15,24 135:9

**though** 44:14 47:18 53:21 82:25
112:16 115:15 119:17 122:16
125:17 131:12

**thought** 31:11 39:13 48:6

**thousand** 66:10

**three** 73:13 98:5 106:10 121:6,8
130:15

**through** 12:15 13:15 38:14 44:9,14
45:4 65:2 78:4,13 81:22 89:17 90:17
102:8 118:2,11,23 126:11,23 136:9
139:12

**throughout** 51:12

**tightly** 19:16

**time** 5:4,5 11:18,19 12:3 13:14 19:21
23:2 50:20 51:3,9 52:15 59:24 62:24
63:23 68:4,14,22 69:6 71:18 73:7
76:4 87:24 93:13 105:14 110:12
111:4 118:23 140:3

**times** 39:18 44:22 79:11 116:4

**tissue** 95:25

**title** 133:15

**to** 5:20 6:9,11,21,22,24 7:9 8:2,3,5,6,
16 9:4,6,22 10:5,7,8,16,24 11:2,17,
25 12:2,10,16,18,21 13:9,14,18,20,
22,25 14:1,15,25 15:2,7,11,13,15,
16,19,20,21 16:6,8,9,24 17:5,8,9,15,
19,20,23 18:1,5,9,11,17,19,22 19:1,
2,11,12,16,19,20 20:1,2,6,8,11,16,
17,22 21:1,4,14,16,17,18,22,23
22:2,6,9,10,11,22,25 23:7,8,13,15,
19,21 24:1,2,6,19,20,21 25:4,13,14,
16,19 26:2,7,12,17,18,23,24 27:4,7,
10,12,14,17,25 28:9,10 29:4,8,11,24
30:12,16,17,21,23 31:1,5,7,8,9,10,
11,12,14,15,20 32:1,2,4,6,10,13,19
33:5,14,17,21,22 34:9,22 35:2,4,10,
13,15,16,21 36:1,6,8,22,24 37:1,4,6,
11,13,18,19,21,24 38:3,6,8,10,11,
12,21,25 39:1,2,7,9 40:2,7,18,24
41:6,12 42:7,9,14 43:6,8,9,12,16,21,
22 44:1,2,3,4,5,9,12,13,18,19,22
45:3,5,8,12,13,14,15,16,17,25 46:5,
9,11,15,20,24 47:1,6,7,12,16 48:2,3,
4,10,13,14,15,25 49:1,12,14,15,18,
20,23 50:3,5,10,11 51:3,7,11,18,19
52:2,12,14,15,18,22,23 53:1,2,6,7,
11,13,15,16,18,20,22,25 54:1,3,8,9,
13,14,16,21,22,23 55:1,5,6,8,9,13,
15,16,17,25 56:4,6,12,15 57:4,6,12,
19 58:2,6,11,14,15,18,20,24 59:7,
12,13,18 60:3,9,12,13,14,20,25
61:1,6,14 62:6,10,11,25 63:2,8,14,
22 64:4,6,13,14,15,16,24,25 65:3,8,
10,11,12,17,19,21,23 66:2,3,6,11,
19,21,25 67:11,19,21 68:1,4,7,13

69:6,18,24 70:5,6,8,9,10,13,23 71:3,
20 72:9,22 73:10 74:4,6,10,11,17,
18,24,25 75:8,16,23 76:11,12,15
77:3,5,9,16 78:2,5,7,9,19,21,25
79:3,7,10,14,17,19,20 80:1,4,18,20
81:4,8,12,16,17,19,20 82:3,8,10,11,
17,20 83:7,8,12,18,20 84:2,11,12,17
85:6,10,19 86:9,17,18,21 87:9,25
88:7,13,14 89:7,17 91:1,3,10,13,15,
17,25 92:1,3,7,8,10,14,22 93:1,2,3,
22,23 94:10,16,17,18,19 95:3,4,6,
19,23 96:21,25 97:4,16 98:3 99:4,
15,21,22 100:20 101:7,8,10,12,19
102:7,10,18,22,23 103:1,7,16 104:1,
11,13,19 105:1,14,19,22 106:2,3,6,
18 107:4,10,23 108:9,13,14,17
109:18,22 110:7,12,19,20,21
111:17,22,24 112:6,8,18,23 113:2,3,
10,11,12,17,19,20,21,24 115:1,2,24
118:1,10 119:3,6,21 120:10,16,20,
23 121:13,15,19 122:1,6,17 123:16,
19 124:1,5,17,18,21 125:3,16,23,25
127:2,7,11,15,19,23,24 128:1,2,5,7,
15,17,24 129:4,17,22 130:3 131:24
132:12,13 133:10,25 134:2,9,11,19,
21 135:13 136:2,8,12,22 137:3,6,8,
13 138:3,6,14 139:6,12,14,17,19,21
140:4,16,20

**today** 6:3,12,15 8:6,22 9:7 136:2

**Today's** 5:4

**together** 26:9,24 87:18

**told** 118:6

**Tom** 5:15 6:1

**too** 50:7 73:12 80:5

**took** 9:15 10:4 63:23

**tool** 38:18

**tools** 37:19 38:23

**top** 48:16 73:12,14 75:2 119:12

**topic** 47:23

**Tordoff** 114:21 115:8,9,21 116:25

**total** 43:15 123:18

**totality** 27:8

**towards** 68:12 77:13,15

**tragic** 135:8

**trained** 37:18,19,22

**training** 12:3 37:15 38:3

**traits** 19:14

**trans** 48:11,19 49:8 58:13 60:1 61:10 96:6 135:5

**transgender** 10:10,18,21 11:1,8,9, 21 45:9 47:11 50:2,17,23 53:1,3,10, 11,16,21,22 54:16,21,23 55:22 56:1 57:14,22 58:19,22 61:2 65:15 66:9, 11,15 67:2,4,15 68:20 74:10 80:18 82:12 99:12 104:21 105:15 119:9 120:22 123:25 126:6,7 127:8,20 128:20 129:22 131:6,7 133:16 135:12 136:5 137:1

**transition** 43:22 44:14,19,24 45:8, 13,14 66:19 79:8 92:11 140:1,4

**transitioning** 50:11 67:19 76:4 78:11 139:22

**transitions** 45:4 128:7

**transplant** 47:5,22 48:8

**transsexualism** 33:24

**trauma** 57:1,2,3,14

**treat** 50:3

**treated** 29:5 30:21 41:3 50:8 79:1 128:23

**treating** 30:19 135:17 137:15

**treatment** 30:8 31:23 44:4 63:2 76:13 81:20 83:13 84:13 85:7 86:24 87:7 98:14 99:13 101:16 102:13 104:6 105:6,7,8,21 106:21 110:1 112:12 116:21 121:6 124:19 125:2 127:18 134:25 135:20 137:16 138:25 139:2,3,5,16 140:15

**treatments** 101:15 135:18

**tremendous** 70:11 134:23

**trending** 68:11

**Trevor** 137:2

**trial** 121:1

**trials** 13:2

**tried** 34:22 35:16 53:15 54:15 63:17

**true** 38:2 45:6 50:1 65:24 81:7 83:25 84:13 137:17

**truth** 5:20,21

**try** 49:20 51:18 54:23 84:11 85:6

**trying** 26:7,24 30:12 31:1,7,10,11 32:2 43:12 48:3,15 55:1 75:16 81:8

85:19 133:10

**turn** 13:25 73:10 74:25 79:20 103:6 106:25 107:4

**turns** 39:21

**two** 17:10,15,24 18:13,23 90:1 91:7 98:5 110:10 111:17,18 113:5 133:16 134:15

**two-thirds** 11:1

**type** 22:21 39:24 40:3 41:3,13

**types** 83:24

**typical** 16:9,17,22 126:6

**typically** 16:12 17:3,4,9,15 19:15 36:24 45:14 46:20 59:19 63:4 90:7 96:9

---

**U**

---

**U.S.** 61:9 111:5 114:8 137:1

**UCLA** 12:3

**UCSF** 9:12,18 10:8

**Uh-huh** 80:10 83:16 103:15 113:8 133:21

**unable** 23:25

**Uncertainty** 99:25

**uncomfortable** 49:10 50:14

**uncommon** 16:21 139:8,10

**uncontrolled** 108:8

**under** 11:4 13:2 75:6 86:22 97:5 98:3,4 99:24 102:11 103:8,21 107:8 109:22 115:19,25 116:7

**undergo** 76:11

**undergone** 52:25 139:15

**underlying** 52:20 53:12

**understand** 6:9,21 8:2,16,17 21:14 26:7,24 30:10 31:7,10,12 43:13 50:5 51:18 53:23 55:4 66:3 75:21 95:19 101:9 103:11 106:18 109:18 115:24 116:11 127:24 129:24 134:9

**understandable** 27:20

**understanding** 14:11 18:2 22:3 26:11 31:16 34:13 50:21 51:6,15,21 56:12 60:11,24 61:1 66:7 73:20 75:11 92:9 93:3 121:15 125:1

134:15,17

**understood** 91:1

**undiagnosed** 41:13

**unexpected** 135:10

**United** 61:4 66:23 110:10 112:4,15

**University** 80:15 111:6

**unless** 21:6 135:18 137:16

**unlike** 114:1

**until** 21:5,11 41:3 62:14 63:7 68:1 132:10

**unusual** 24:21 33:13 129:21

**up** 6:23 14:17 22:2 25:19 33:14 38:13 41:8,21 50:6,7 71:6,24 72:2 73:12 78:24 86:21 87:25 88:14 101:13 107:22 120:10 123:6 128:23 133:5

**uploaded** 119:17

**upon** 32:22 39:4

**us** 12:12,19 24:9,13 40:16 68:23 84:3 89:18 90:4,19 120:20 121:10 123:15,16

**use** 7:12 27:5,18,22,24 31:1 36:24 37:19 51:11 53:5 58:5 62:25 69:14 71:17 72:14,23 73:1,4 83:20 84:8 87:21 90:14

**used** 7:11 17:17 91:8 96:16 105:24 112:2 119:1

**useful** 28:7 34:24 37:11 63:11 65:8 74:6 87:25 89:24

**using** 7:10 21:2 34:14 38:19 47:6 58:4,9 62:24 70:25 73:6 77:15 84:1 105:11 108:10 112:5

**usually** 21:2 37:7

**uterine** 47:4,22 48:8

**utility** 35:23 36:2 65:12 106:3

**utilize** 84:11

**utilized** 83:6

---

**V**

---

**vaginal** 96:23

**vaginoplasty** 92:20 94:15 96:3,6, 12

**validation** 35:17

**valuable** 76:24

**variations** 26:3

**various** 9:3 10:12 14:16 82:2 116:19 117:1

**vary** 45:24 57:20

**varying** 31:19

**Vastag** 5:18

**verbal** 59:23

**verbally** 24:6

**versa** 57:22

**version** 69:12,14,16,22 72:5,6,7,8, 10 79:23 87:12 89:22 92:17

**versus** 11:12 13:3 33:23,24 34:18 58:5,14 66:19 90:5 91:11,18

**very** 21:10 22:23 23:6,18 24:25 27:6 32:18,19 33:13 34:2 35:4 37:25 43:9 58:25 59:22 65:16 76:24 78:8 81:14 82:7 84:24 86:13,14 94:8 95:17 101:2,21 102:16 104:13 107:19,25 108:9 109:3 111:10 129:8 130:23 131:7,8,18 139:8,10,11,12 141:1

**via** 5:6

**vice** 57:22

**videoconference** 5:6

**videotaped** 33:25

**view** 52:3 78:25 105:19 129:3 139:14

**viewing** 12:20

**views** 72:20

**violence** 50:15

**Virginia** 111:6,13

**voluminous** 81:14 82:10

**voluntary** 52:18 53:5 54:7 55:14,15, 23

**voted** 71:7

**Vries** 117:2 122:21,23 123:1,9 132:8

**vulnerable** 79:10

**vulva** 96:10

**W**

**want** 12:15,18 13:14,18,25 15:7,13 17:5 18:5,22 26:23 38:12 44:13,19 45:3 46:24 47:6,7 50:2 51:18 54:8 66:3 74:24 77:5 79:7 80:4 91:25 92:1,3 95:19 102:7 113:3,20,24 115:24 119:3 127:2 129:24 134:9 137:8 140:4

**wanted** 6:24 52:22,23 53:22 91:10, 15 135:13

**wanting** 94:15

**wants** 45:12,13 46:20

**was** 5:21 9:15,17 10:4,6,13 11:1,6, 19 12:3,4 13:2 17:21,22 24:5 26:15 28:10 33:19,20 34:1,7,8,9,12,15,16 35:20,21 38:9 39:13 42:23 43:1 44:10 51:25 52:9 55:19,20 60:6 62:15,17 63:1,7,8,10,12,15,21 64:3, 4,9,23 65:23,24 66:25 67:4,7 68:8 70:10,15,18,19,20 71:5,11 74:4 80:22,25 81:13,24,25 82:1,4,5,7,9, 13,19,20,21,24 83:3,5 85:11,14,15 87:17,23,24,25 88:24 89:5 90:4,5,9, 25 91:1,4,5,7 92:15,17,22 93:13 94:22,23 97:21,23 100:15 101:24 102:2,16,25 103:1,3,19 104:25 105:25 106:10 108:23 111:5,15 112:3 114:2,14,17,18,19 115:14,16, 17,18,19 116:2,4,5 117:4,12,21 118:13,21 119:6 120:18,21 121:8,11 123:17 124:5,6,7,8,9,15 125:12 126:3,4,16 127:22 128:15 129:7,19 131:4,7 132:6 133:6,8,10,11,22,23 134:3 136:25 137:2,12,14

**wasn't** 63:21 82:6 90:9 92:21 93:9, 11,14 115:15 117:25 122:3,19 136:7

**watching** 34:2

**way** 7:4,7 12:21 15:9,17 16:16 17:23 20:23 21:16 22:5 25:19 26:25 27:22 31:14 37:8 40:20 42:20 43:23 44:20 50:3,8,24,25 51:1 52:11,12,22,24 55:23 72:9 75:3 76:5 122:6

**ways** 27:6 28:1 77:17

**we** 6:11,23 7:10,11,13,22,24 13:18 15:8,17 19:24 20:5,23 22:15,22 23:1,3,13 25:12 26:20 32:15 36:13, 14,23 37:7,8,12 38:5,6 39:2 40:16 46:20 55:12 58:23 60:13 62:23,25 63:17,19 64:19 71:22 72:2 73:14,15

75:4 83:1,20,23 84:1,2,7,9,10,11 85:3,22 86:2,4,21 88:1 89:20 92:3,4, 7 100:6 103:9,21 105:13 107:6 109:22 113:4,22 114:1,11 118:2,7 120:4 121:24,25 122:2 123:3,6,11 126:11,16 128:19 130:9,13,14 132:20 133:4 134:4 135:14 136:15, 24 140:20,22 141:5

**we'll** 6:23 7:4,12 51:19 68:24 102:11

**we're** 19:5,23 25:13 33:11 37:17,22 38:2,23 58:23 64:11,21 69:6 70:25 85:3,5 86:10 89:22 91:24 119:7 120:10

**we've** 38:11 46:17 86:6 118:1,16 119:16 130:6

**week** 13:4

**weeks** 106:10

**Weida** 13:3

**weighing** 135:19

**well** 5:25 7:3 9:2,20 10:17 15:6 16:12 17:21 20:11,15,23 21:8 22:7, 15 23:16 24:3,13 25:1 27:5 28:1 30:4,7,10 32:15 33:15 34:11,25 35:13 37:1 38:1,22 39:15 40:8 42:23 43:12,20 46:14 47:14 49:17,25 51:1, 8,23 52:3 53:5 58:3,9 59:24 61:5 62:2,15 65:7,21,25 68:14 69:12,16, 25 70:18 73:10 74:7 75:24 77:10 78:15,18,23 80:3,4 81:13,24 82:24 84:18 85:8,11 86:10 88:14,23 89:11, 23 90:25 91:4 92:3 96:8 98:3 100:14 102:2,20,25 103:21 106:25 107:17 110:5 113:21 114:1,4 116:14,16 117:9 118:6 119:5 120:8 121:1,9 123:4,17 125:9,13 128:18 131:4 132:5 133:15 134:3 135:16 136:14, 17 140:6

**well-being** 124:5 126:4 127:1 128:8

**went** 15:24 37:13 44:9 66:25 83:21 111:6

**were** 11:8 15:4,5 28:21 32:15,16 33:21 34:11,13 50:16 62:10,21 63:3, 20,22 64:7 65:1 71:10 73:3 74:24 79:7 80:24 81:2,3 82:17 83:2 86:18 90:14,23 91:7,8,11,18,19,20,22 92:23 100:20 104:3 106:4 108:13, 18,24 111:13,23 112:14,17,19 114:21 119:8 120:15,21 121:5,11, 20,21 122:23 123:18 124:3,14 127:5,9 129:11,14 131:14 136:7

**weren't** 53:1 92:23

**WEYERBACHER** 119:23 120:7

**what** 6:9 8:2,16,22 9:11,15 10:23
11:4,10,15 12:12 14:25 15:10,14
16:11,18 17:21,22,24 20:7 21:7,17
22:23,24 24:10,16,17 25:1,2,6,20
26:7,8,11 27:3,22,23 28:24 29:8
30:1,3,13,18 31:25 32:2,9,11 33:1,2,
3 34:9 40:6,12,22 41:4 42:4,13
43:13 44:16 45:11,14,25 46:20
47:14 48:19,21 49:4,5,14,20,21,22
51:4 52:7,9,19 54:2,14 55:1,9,10,18
56:1,6,8,12,24 57:1,9,16 59:12,13,
15 61:18 62:17 65:7,16,21 66:3,17
70:17 75:14,21 78:16,22 79:8,9
80:13 83:17 86:21 87:5,15 88:4
90:4,5,9,25 91:1,5 94:2 95:20,25
96:5,7,11,13,15 97:12,15 99:19
101:18 102:10,22,24 104:1,11,24
105:3 106:18 108:3,11,13 109:18
110:20 113:11,25 114:9 118:7 119:5
120:10,18,20,25 121:8,9,10,20,22
123:15 124:6,7 131:9 132:4 133:6
135:13 136:7,11 138:23

**what's** 25:10 51:16 95:19 127:2

**whatever** 31:3 32:23 78:24 113:19
125:10

**when** 11:6 15:13 19:5,23 24:13
29:16 32:15,25 33:11,19 34:16
35:24 37:1,12 38:2,22 39:8 40:16
41:9 47:14 48:7,19 49:17 51:9,24
52:4 55:19 58:23 59:1,19 61:3,5
63:15,21 71:4 75:14 81:18 82:25
83:1,19,22 84:18 95:17 96:12
100:15 106:4,7 107:20 108:21
110:18 111:13,20 112:1,3 114:1
115:1,17 125:7,18,19 128:19 130:21
131:16,18 134:4 135:4,5 136:22
137:11,14 139:23

**whenever** 36:13 125:4

**where** 23:16 24:24 29:4 34:21 36:2
38:6 39:12,18 41:7 44:22 47:20 48:4
51:1 53:9 54:20 60:2 61:10 63:10,12
64:3 67:8 71:7,23 78:1,6,11,18 79:6,
11,15 83:3 84:1 85:5 87:24 88:12,
15,17 89:3,10,11,18,25 90:10 91:6,
13,17 94:2 95:7,12 99:25 100:8,17
107:8,23 108:23 111:5,6 114:14,18,
21 115:5 123:17 126:24 127:14
131:5 136:7,11 137:2

**whereas** 66:10

**whether** 18:12 26:9 29:3 33:21
34:11 35:17,18,20,21 37:2 38:18
50:1 52:5,7,9 55:5 58:7 59:14 66:4,
5,14 67:19 76:9 77:7 78:9 82:4
90:19 140:13

**which** 6:5 8:6 12:7 14:1 15:14 26:9
36:20 47:5 50:13,17 57:15 61:11,25
68:5 71:5 72:21,23 79:19 90:22
99:2,14 100:21 101:24 104:25
108:8,18 111:23 113:2,13 115:16
131:5 133:10 137:6,13

**while** 10:25 63:1 65:13 76:19 77:4
94:4 97:21 106:24 109:16 128:4,5

**who** 11:1,7,11,12,13 12:4 16:14,15
17:1,2,14 23:16,24 24:3 30:25
31:18,19 42:11,16,19,22 43:10 45:7,
10,12,13 47:6 50:23 51:19 52:23,24
54:15 57:3,22 58:13 59:5 60:2,18,23
65:14 66:8,16 67:16 68:19 71:11
74:22 76:2,22 77:5,10,15 78:13 79:4
80:16,21 81:13 84:5 85:12,15 87:18
94:7,8,12,21 105:8 111:7,15 114:21,
23 115:2 120:21 123:18,19 124:14
125:15 126:7 128:12,20 130:24
132:11 138:12,18 139:21 140:13

**who's** 45:1 75:18 139:15

**who've** 10:11 47:3 50:15 53:15,17

**whole** 5:21 13:15 35:6

**whom** 77:18 78:2 93:24

**whose** 78:10,23

**why** 16:21 17:3 20:10,21 27:13
49:21 51:14 54:7 75:24 95:1 98:13,
19 101:3

**will** 5:8 7:10 44:13 53:15 55:3 90:7
97:3 103:8 108:2 109:10 110:18
130:18 131:3 135:17 140:3

**wish** 75:8

**with** 5:9,11,12,13,15,16,17 9:9 10:5,
9,17,24 11:18 12:17 17:9,11,15
18:7,12,15 19:13,18,20 20:16 21:15,
25 22:4,13 23:14,20 24:8,9,11,16
25:5 27:11,12 29:12 30:2 32:3 33:14
35:9 36:4,7,19 37:1 40:4 41:2 44:15
45:9 46:21 48:16,17,23 49:13,19,23
50:4,6,9 53:2,24 55:5,21 56:25 57:2,
10,17,21,25 58:17 59:4,10,15 60:16,
17,18 62:2,6,9,10,22 63:16 64:6,8,
20 65:9 66:1 67:15 69:16 71:2,10,16
72:11,17 73:3,8,25 74:2,15,16,19,22
75:11 76:1,11,18,20,21 77:13,20,25

78:1 79:1 80:15,23 81:4 82:3 83:8
84:12 85:4,6,19 86:7 92:1,8 93:3,8,
17 94:18 98:11 99:7,11,12,19
100:13 101:4,22,23 102:15 104:14
105:6 106:22 107:11,16,22 109:13,
20,25 110:1 111:1,17 112:17 114:5,
6,20,22 115:6 117:11 118:9 119:11
124:4 126:24 128:23 129:25 130:7,
11,17 131:1,6,7,15 132:13 133:3
134:22 135:9,24 137:3 138:9,17
140:8,10,12,15,20

**withholding** 136:4

**within** 10:17 11:10 63:18 72:19
102:2 131:10,11 134:6

**without** 21:1 22:22 23:7,25 24:17
25:2 44:24 55:23,25 78:3 90:25 93:5
134:25

**witness** 5:12 126:20,22

**woman** 28:16 42:2 48:12,19 49:8
56:13

**womb** 47:7,9

**women** 47:6,10,11 58:14 60:4 96:6

**wonder** 75:20 89:16 100:23

**wondering** 17:21 27:10 30:13 32:25
34:8,25 38:17 42:4 45:10 46:18,22
48:24 49:17 50:7 51:24 52:19 53:23
59:3 62:5 68:3 78:17 83:17 85:9
89:3 99:6 101:18 108:12 110:3
111:17 113:10 114:9 116:12 129:1
131:1 136:1 138:23 140:13

**word** 55:12,14 103:18

**worded** 125:25

**wording** 43:1 54:12 127:22 132:16

**words** 32:19 51:10

**work** 12:1 15:9 36:20 37:19 62:5
107:19 110:14

**worked** 54:17 55:3 61:11,23

**working** 53:2 63:16 135:9

**works** 6:19 68:23

**world** 114:8

**worry** 38:18

**worrying** 139:20

**worth** 110:11

**would** 19:5 21:19 22:18 23:19 24:20

25:4 27:23 29:6,12 30:4 31:8,11
33:13 34:3 35:13,19 38:24 41:10
42:10 51:8 53:9 57:8,23 61:19 62:12
63:6,9 70:6 75:17 77:8,22 78:2,12
85:17 87:22 89:16 91:13,15 94:21
95:8 99:20 101:24 104:16,23,24
106:2 111:24 112:13 121:13 125:7,
25 129:21 133:12 134:13 139:14

**wouldn't** 32:20

**WPATH** 67:5 69:7,11 72:5 80:8,15
83:12 91:22 92:4,8 105:23

**writing** 11:16 55:20 81:13 93:11
100:24

**wrote** 106:4,7

---

**X**

**XX** 23:11

**XY** 16:19 17:12 21:9,11,20 23:11

---

**Y**

**yeah** 7:15 17:21 22:20 24:15 28:22
41:18 53:23 59:3 61:23 63:15 68:3,
23 75:4 80:7,12,24 82:4 83:16 87:13
88:18 89:25 90:12 92:2,6 97:23
100:2 101:10 108:16 114:11 116:2
118:16 120:2 122:16,25 123:2
126:19,21 129:13 130:10 132:22
136:11,18 137:5

**year** 61:18,25 62:2 66:4 70:16 83:1
88:3 110:2 124:1,17

**year's** 69:19

**years** 9:18 10:11 11:20 37:14,16
82:25 110:2,4,24 111:4,8,9 124:11,
16,25 125:12 132:11 133:16

**years'** 110:11

**Yep** 89:20

**yes** 5:10 6:8,13,18 8:1,7,10,15,21
9:21,23,25 10:25 12:11,23 13:13,21,
23 14:7,10 18:8 20:9 21:19 26:6
31:6 37:22 41:9 42:25 56:3 58:12
61:17 69:11 72:7 73:19,24 75:13
76:14,17,19 79:23 87:4,13,22 88:8,
11,25 93:24,25 96:4 97:11,19 98:10
100:12 103:17 106:17,24 107:15
109:16,17 113:1 119:15 120:9,17
123:4,10 130:21 132:3,24 133:9,18
134:18 135:22 137:21 140:11

**yesterday** 126:17

**yet** 53:1 84:7 85:15 86:2 100:9
114:24

**yield** 38:19

**you** 5:9 6:1,7,9,14,17,19,21,22,25
7:7,19,25 8:2,6,8,14,16,20,22 9:6,
13,15,19,24 10:4,15,18,22 11:2,24
12:10,12 13:5,11,16,23,24 14:8,10,
25 15:10,12,14,15,16 16:15,23 17:3,
4,13,17,19 18:3,6,9,11,12,15,19,22,
23,24 19:12,18,20,24 20:1,3,6,12,
13,18 21:5,6,10,11,12,14,19,20,24
22:9,11,16 23:5,9,10,19,20,21
24:13,21,22 25:1,2,20 26:5,8,21,23
27:6,8,18,20,23 28:2,3,6,7,8,20,21,
23,25 29:6,8,13,16,21,22,25 30:1,3,
10,13,17,20,21 31:2,8,9,18,22
32:14,15,18,21,23 33:2 34:2,22,25
35:10,16,18,19 36:1,3,6,11,12,14,19
37:1,3,4,12,13,15,19 38:8,13,22
39:6,9,11 40:1,12,15 41:6,10,11,24,
25 42:5,6,21 43:3,4,7,22 44:11,16
45:25 46:12,19 47:2,3,9,13,14,19,21
48:7,8,20 49:4,5,11,13,16,20,22
50:2,3,5,15 51:15 52:3,5,7,8,16,17,
19 53:2,5,17,18,20,23 54:2,3,7,8,11,
23 55:1,2,5,9,21,24 56:7,9,18,22,24
57:9,16,24 58:9,16 59:11,12 60:3,4,
8,21 61:3,5,15,20,25 62:3 63:3,25
64:4,6,7,15 65:1,3,5,8,12,23,25
66:2,12 67:17,20,23,25 68:1,3,16,
18,25 69:10,14 70:5,6,12,22,23
71:1,11,12,16,20 72:10,13,16,19,20
73:2,3,5,6,7,18,25 74:2,3,5,6,7,10,
20,22 75:20,24 76:9,16,18 77:4,5,7,
17,18,21 78:13,16,17,22,24 79:6,8,
9,11,15,17,18,22 80:4,7,11,13,20
81:18,19 83:6,8,15,19,22 84:18,20,
22 85:15,17,18,21,25 86:1,2,15,23
87:3,21 88:1,2,14,16 89:8,15 90:2,
17 91:12,21,25 92:1,13 93:8,11,18,
20,22,25 94:23 95:8,9,13,23 96:3
97:10,12,17,20,25 98:4,9,11 99:1,2,
6 100:4,5,11,13 101:2,7,18 102:1,7,
8,15,18,20,21 103:13,23 104:1,11,
15 105:1,4,10,13,16,23,24 106:4,16,
18,23 107:1,7,14,16,20,21 108:1,3,
4,5,22 109:4,7,15,18 110:3,8,10,11,
13,17,22,25 111:3,10,11,19,20
112:9,13,16,22,24,25 113:5,6,9,10,
13,18,19,20,23 114:1,11 115:1,8,10,
14 116:11,22 117:2,9,19 118:6,22
119:3,5,13,18,20,23 120:1,9,12,15
121:9,13,21 122:19,21,23 123:15

125:4,5,7,8,24 126:1,10,12 127:3,
10,13,24 128:10,12,15 129:5,7,13,
18,25 130:7,20,23 131:1,9,16 132:2,
4 133:2,6,8 134:4,6,7,10,19,24,25
135:1,2,7,13,21,23 136:4,7,9,11,21,
22 137:6,23 138:3,10,15,16,17,20,
22 139:12,19,20,22 140:2,5,8,9,12,
15,17 141:1

**you'll** 86:22 97:4,16 106:12

**you're** 15:13 16:8 20:7 25:23 28:12,
13 30:19 32:25 34:7 37:2 40:10 44:2
55:10,11 56:2 57:5,7 59:3,8,13,14
62:12 73:12 78:15 81:16 83:17
84:18,19 88:21 102:22 108:21 111:2
114:9 116:10,22 122:17 125:24
130:16 135:4 137:25 138:1,2 139:5
140:19

**you've** 8:25 22:21 42:20 46:14
48:11,22 61:20 72:1 85:8 108:12
136:2,8

**young** 59:20,22 61:13 94:17 128:8
130:18 131:3

**your** 6:2 9:6,9,11,15 10:4,22,23
11:15 12:22 13:12,17 14:9 25:16,23
27:22 28:19 29:21 31:1 32:19 36:20
50:4 54:6 55:14 61:20 62:5,7 69:14
75:11 78:25 87:21 98:1 101:18
102:12,24 103:18 104:11 105:19
106:4,13 107:2 112:10 113:2,7
115:12 116:10 117:20 121:15
122:22 125:1 126:18 129:3 130:4
133:3 134:16 136:2,3,9 137:9
139:14

**youth** 61:10 119:9 120:21,24 121:5,
22 126:7 127:10 128:12 131:6
133:16 134:4 135:5,9 136:5,23
138:5 139:1

**youth's** 132:12

---

**Z**

**Zoom** 5:6,13,16

**zooming** 7:13