# EXHIBIT 10

## In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Daniel Shumer, M.D.

*May 16, 2023*

_____



800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., et al.,

Plaintiffs,

-v-

CASE NO. 1:23-cv-00595-JPH-KMB

THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al.,

Defendants.

The deposition upon oral examination of DANIEL SHUMER, M.D., a witness produced by means of videoconference and sworn before me, Melody M. Goodrich, CM, Notary Public in and for the County of St. Joseph, State of Indiana, taken on behalf of the Defendants, with the witness being located in Ann Arbor, Michigan, and all other participants appearing via videoconference, on Tuesday, May 16, 2023, at 9:02 a.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
(800)869-0873



APPEARANCES
(All participants via Zoom videoconference)

FOR THE PLAINTIFFS:

Harper S. Seldin, Esq.
Chase Strangio, Esq.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10041
hseldin@aclu.org
cstrangio@aclu.org
and
Kenneth J. Falk, Esq.
Gavin M. Rose, Esq.
ACLU of INDIANA
1031 East Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org
grose@aclu-in.org

FOR THE DEFENDANTS:

Thomas M. Fisher, Esq.
Razi Lane, Esq.
OFFICE OF THE ATTORNEY GENERAL
302 West Washington Street
IGCS Fifth Floor
Indianapolis, IN 46204-2770
tom.fisher@atg.in.gov
razi.lane@atg.in.gov

ALSO PRESENT: Shawn Weyerbacher
Brad Davis
John Vastag



INDEX OF EXAMINATION


| | PAGE |
|---|---|
| By Mr. Fisher ................................. | 6 |


INDEX OF EXHIBITS


| SHUMER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Deposition Notice ................ | 8 |
| Exhibit 2 | Complaint ........................ | 8 |
| Exhibit 3 | Senate Enrolled Act No. 480 ....... | 9 |
| Exhibit 4 | Expert Declaration ............... | 10 |
| Exhibit 5 | Turban - January 2020 ............ | 48 |
| Exhibit 6 | November 15, 2022 - Campbell ............. | 57 |
| Exhibit 7 | Fish - August 2020 ............... | 59 |
| Exhibit 8 | Chung - February 1, 2002 ......... | 70 |
| Exhibit 9 | Savic - November 2011 ............ | 75 |
| Exhibit 10 | Luders - July 15, 2009 ........... | 83 |
| Exhibit 11 | Bergland ........................ | 92 |
| Exhibit 12 | Rametti ........................ | 104 |
| Exhibit 13 | Reisner ........................ | 162 |
| Exhibit 14 | de Vries ....................... | 165 |
| Exhibit 15 | de Vries - 2014 ................. | 168 |
| Exhibit 16 | Turban 2020b .................... | 192 |




INDEX OF EXHIBITS (CONT'D)


| SHUMER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 17 | Kuper .......................... | 208 |
| Exhibit 18 | Costa .......................... | 211 |
| Exhibit 19 | Carmichael ..................... | 215 |
| Exhibit 20 | Achille ........................ | 216 |
| Exhibit 21 | van der Miesen ................. | 220 |
| Exhibit 22 | Allen .......................... | 225 |
| Exhibit 23 | Chen ........................... | 230 |
| Exhibit 24 | Dhejne ......................... | 237 |
| Exhibit 25 | Clinical Practice Guidelines ............... | 238 |
| Exhibit 26 | Standards of Care ............... | 240 |
| Exhibit 27 | Recommendation of the Council for Choices in Health Care In Finland ........... | 241 |
| Exhibit 28 | Review Article - 20 January 2023 ..... | 249 |
| Exhibit 29 | Evidence Review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria ............... | 254 |
| Exhibit 30 | Evidence Review: Gender-affirming hormones for children and adolescents ............... | 257 |

Page 5

1    COURT REPORTER:  My name is Melody Goodrich,
2  an associate of Stewart Richardson & Associates,
3  1400 East Angela Boulevard, Suite 258, South
4  Bend, Indiana.  Today's date is Tuesday, May 16,
5  2023.  The time is 9:02 a.m.  This deposition is
6  being held with all parties appearing remotely.
7  The deponent is Daniel Shumer, M.D.
8    Will counsel please identify themselves and
9  any persons present with you for the record, and
10  please stipulate to the swearing of the witness.
11    MR. SELDIN:  Harper Seldin, ACLU, defending
12  Daniel Shumer.  I'm here with him in Ann Arbor,
13  Michigan, and stipulated.
14    MR. FALK:  And Ken Falk, also for the
15  plaintiffs from the ACLU of Indiana, along with
16  Gavin Rose, participating remotely.
17    MR. STRANGIO:  And Chase Strangio, also from
18  the ACLU.
19    MR. FALK:  Oh, sorry, Chase.
20    MR. STRANGIO:  No, no worries.
21  Participating remotely with the plaintiffs.
22    MR. FISHER:  Okay.  Tom Fisher of the
23  Attorney General's Office representing the
24  defendants.  I'm here with -- in the room with
25  me -- Brad Davis and John Vastag, V-A-S-T-A-G,

Page 6

1    who are law clerks, and then Razi Lane who's also
2    appearing by video.
3            DANIEL SHUMER, M.D.,
4    having been first duly sworn or affirmed to tell
5    the truth, the whole truth, and nothing but the
6    truth, was examined and testified as follows:
7  EXAMINATION
8  BY MR. FISHER:
9  Q  Good morning, Dr. Shumer.
10  A  Good morning.
11  Q  Can you hear me okay?
12  A  I can.  Thank you.
13  Q  Good.
14  A  Can you hear me?
15  Q  Yes.  Thank you.
16    So my name is Tom Fisher, as you heard
17  earlier.  I'm a Deputy Attorney General and the
18  Solicitor General of Indiana, and I'm
19  representing the defendants in this case, the
20  state -- various state officials who have some
21  connection to Senate Enrolled Act 480 -- 480,
22  right? -- 480, yeah.  And so I'll be taking your
23  deposition today.
24    Have you had your deposition taken before?
25  A  I have.

Page 7

1  Q  Okay.  So you have some familiarity with how this
2    works.  I'm going to ask questions.  You need to
3    give truthful answers.
4      Is there any reason you can't understand my
5    questions today?
6  A  There's not.
7  Q  Any reason you can't give full and complete
8    testimony?
9  A  No.
10  Q  And you have Mr. Seldin in the room with you; is
11    that correct?
12  A  That's correct.
13  Q  Do you have any documents open in front of you?
14  A  I have my final declaration.
15  Q  Anything else?
16  A  No.
17  Q  Okay.  All right.
18      MR. SELDIN:  And just for the record, the
19    document he has in front of him is the as-filed
20    copy of his declaration that was filed at
21    ECF-262.  He just has a clean copy from me.
22      MR. FISHER:  Thank you.  All right.
23  BY MR. FISHER:
24  Q  All right.  Let's pull up Exhibit 1, which is the
25    deposition notice.

Page 8

1    (Shumer Exhibit 1 marked.)
2  Q  All right.  Dr. Shumer, do you -- have you seen
3    this document before?
4  A  I'm not sure that I have, no.
5  Q  Okay.  Well, just very briefly, this is the
6    notice of deposition directed to -- to you or to
7    take your deposition as a witness in this case.
8      I just want -- if you could just read it
9    over with -- for me, and when you're done, let me
10    know.
11  A  Okay.
12  Q  Is there anything in this notice that you don't
13    understand?
14  A  No.
15  Q  So you provided an expert report in this Indiana
16    case, and that's why we're here to depose you
17    today; is that correct?
18  A  That's right.
19  Q  Okay.  Let's go ahead and pull up Exhibit 2,
20    which is the complaint.
21    (Shumer Exhibit 2 marked.)
22  Q  All right.  Dr. Shumer, have you seen this
23    document before?
24  A  I'm not sure if I have.
25  Q  Okay.  Could --

Page 9

1    MR. FISHER: Shawn, go ahead and scroll down
2    just a little bit more. Let's see if he can see
3    the title there.
4       Okay.
5  BY MR. FISHER:
6  Q  Does this help you out at all? Have you seen
7     this before?
8  A  I think so.
9  Q  You think so. Okay.
10      But you're not sure if you've read the
11     complaint before?
12  A  Yes, I have read this complaint.
13  Q  Okay. Good. So my purpose for putting it in
14     front of you is only so that we can all agree
15     that we're talking about this. This is the
16     subject of the -- your testimony and of your
17     expert report; is that accurate?
18  A  That's right.
19  Q  Okay. All right. Let's go ahead and bring up
20     Exhibit 3, which is Senate Enrolled Act 480.
21     (Shumer Exhibit 3 marked.)
22  Q  Doctor, have you seen this document before?
23  A  Yes.
24  Q  And just describe for me what it is, to your
25     understanding.

Page 10

1  A  This is an act passed in the State of Indiana
2     regarding gender-affirming care.
3  Q  Okay. And this is the subject of the lawsuit
4     that you're testifying about?
5  A  Correct.
6  Q  All right. Let's go ahead and bring up
7     Exhibit 4, which is Dr. Shumer's expert report --
8     or expert declaration.
9     (Shumer Exhibit 4 marked.)
10  Q  Okay. Doctor, do you recognize this document?
11  A  Yes.
12  Q  And just -- if you would, just recite for the
13     record what it is, please.
14  A  This is my expert declaration regarding the law
15     previously discussed.
16  Q  And it carries the caption of this case, and it
17     was submitted in this case, correct?
18  A  Correct.
19  Q  Okay. Great. Okay. So I just want to start a
20     little bit with some background, Doctor. Just
21     tell us, if you would, please, about your
22     education and training post-high school.
23  A  Sure. So I did my undergraduate at Northwestern
24     University and continued there at the Feinberg
25     School of Medicine at Northwestern University.

Page 11

1     Upon graduating medical school, I was a pediatric
2     resident at the University of Vermont, Vermont
3     Children's Hospital. Afterwards, I received my
4     pediatric endocrinology fellowship at Boston
5     Children's Hospital and concurrent with that a
6     master's of public health at the T.H. Chan School
7     of Public Health at Harvard University.
8  Q  Any board certifications?
9  A  Yeah. I'm board certified in pediatrics and
10     pediatric endocrinology.
11  Q  And tell us about your work history following
12     medical school.
13  A  So upon finishing my fellowship at Boston
14     Children's Hospital, I was -- I began employment
15     at Michigan Medicine, the University of Michigan,
16     in 2015, as a pediatric endocrinologist, and I've
17     worked there since.
18  Q  So do you have a clinical practice?
19  A  Yes. So it -- at the University of Michigan, I'm
20     what's called an associate professor, which is
21     just sort of an academic title. But within that
22     I see patients as a clinician, and I have
23     administrative roles and education roles.
24  Q  Okay. What -- tell us about your clinical
25     practice. Who do you see in your clinical

Page 12

1     practice?
2  A  Yeah. So as a pediatric endocrinologist, I take
3     care of kids with all sorts of endocrine
4     problems, which has to do with hormones. So kids
5     with Type 1 diabetes, thyroid problems, growth
6     problems.
7        But an area of focus in my career has been
8     working with transgender youth.
9  Q  But your practice is more general than just
10     transgender youth?
11  A  Right. So in a week, I have one half-day clinic
12     of diabetes; I have one half day of endocrine; I
13     have two half days of endocrine; and then I have a
14     virtual day, which is a mix of everything.
15  Q  Okay. Do you have any areas of research in
16     writing?
17  A  I've published several different topics, but I
18     would say the majority recently of my, you know,
19     academic writing has involved gender identity and
20     the management of gender dysphoria in
21     adolescents.
22  Q  How long have you been focusing on that?
23  A  Since my pediatric endocrine fellowship in
24     Boston, so probably 2012 till the present.
25  Q  So from 2012 to the present, your principal area

Page 13

1     of research and writing has been gender dysphoria
2     and transgender youth?
3  A  That's correct.
4  Q  Okay.  Any subjects that were a focus of research
5     in writing before that?
6  A  No.  Before that I was just in training as a
7     medical student and resident.  So my sort of
8     academic writing career started in fellowship.
9  Q  Okay.  So any other subjects on which you've
10    published papers?
11  A  Yeah, there's several general endocrine papers
12    that I've published regarding various disorders,
13    subcutaneous fat necrosis, hypothyroidism.  But
14    the bulk of the writing has focused on
15    gender-related topics, gender identity-related
16    topics.
17  Q  Okay.  So let's turn to your declaration.  Again,
18    this is Exhibit 4.  One thing I forgot to do is
19    have you verify your signature on page 23.  So
20    let's do that.
21       There it is.
22       Doctor, is that your signature on that page?
23  A  It is.
24  Q  So paragraph 7 of your declaration, it says --
25    let's go ahead and get to paragraph 7 there on

Page 14

1     page 2.
2       Okay.  So it says, "A major focus of my
3    clinical, teaching, and research work pertains to
4    the assessment and medical management of
5    transgender adolescents."
6       Can you describe what medical management of
7    transgender adolescents involves, please.
8  A  Sorry.  Your audio cut out for a second.  Can you
9    repeat that.
10  Q  Oh.  I would like for you to describe what the
11    medical management of transgender adolescents
12    involves.
13  A  Sure.  So I think that the first thing I would
14    say is that everyone, of course, has a gender
15    identity, that sometimes that gender identity
16    aligns with the sex assigned at birth, and
17    sometimes it doesn't.
18       When it doesn't, a person may then be
19    described as being transgender.  A transgender
20    person may have distress associated with the
21    discordance between their gender identity and sex
22    assigned at birth and may meet criteria for a
23    diagnosis called gender dysphoria.
24       There's specific management options for
25    gender dysphoria that I'm assuming we're going to

Page 15

1     be talking more about today.
2       So when I'm saying the medical management of
3    transgender adolescents, I'm referring to the
4    management of adolescents with gender dysphoria.
5  Q  Does that differ from the management of children
6    with gender dysphoria?
7  A  Yes.  So if maybe you could clarify what you mean
8    by "children."
9  Q  Preadolescents.
10  A  Correct.  Yeah.  So in preadolescents, a person
11    that is transgender or even with gender dysphoria
12    wouldn't -- wouldn't require or be prescribed
13    medications to treat gender dysphoria
14    specifically.
15  Q  Do you handle preadolescents as well as
16    adolescents?
17  A  Well, as a pediatric endocrinologist, I rarely
18    see preadolescents with gender dysphoria because
19    they wouldn't require medical intervention.  But,
20    you know, sometimes if a patient that's a
21    preadolescent is referred to the gender clinic
22    here at the University of Michigan after their
23    sort of formal assessment, the family may want to
24    meet with me to just discuss -- discuss topics
25    around gender dysphoria.

Page 16

1       So I sometimes see preadolescents but, of
2    course, wouldn't be prescribing medications to
3    them for gender dysphoria.
4  Q  Do you ever recommend to them any nonmedical
5    treatments or therapies?
6       MR. SELDIN:  Object to form.
7  A  So when I see preadolescents and their family,
8    oftentimes I'm making sure that they're connected
9    to resources in their area.  If there's supports
10    that can be put in place to help the child live a
11    happy, healthy childhood, then I can help connect
12    with -- I can help the family connect with those
13    resources.  But a lot of that, to be honest, is
14    work being done by other members of our team,
15    like our social workers.
16  Q  Do you ever recommend psychotherapy?
17  A  Certainly if a young person is struggling with
18    anxiety or depression, that's -- connecting with
19    a good mental health professional is always a
20    good idea.  So I would certainly recommend
21    psychotherapy in that situation.
22  Q  Well, how often does that happen, would you say,
23    with preadolescents?
24  A  I'm not sure.  I think it's pretty variable.
25  Q  Okay.  So -- and then as far as treating,

Page 17

1    managing transgender adolescents, how does that
2    differ from managing transgender adults in your
3    practice?
4        MR. SELDIN: Object to form.
5  A  Well, I think adolescence is a -- it's a
6    relatively long age range.  So I'd say in early
7    adolescence, as a pediatric endocrinologist, I'm
8    thinking a lot about puberty, how puberty is
9    starting, the stage at which a child's puberty is
10   at.
11       And so as you know, the WPATH Standards of
12   Care and the Endocrine Society Clinical Practice
13   Guidelines outline medical options for
14   adolescents in earlier stages of puberty.  In
15   later adolescence, management options differ.
16       So I think that management in adolescents
17   oftentimes depends on the age and stage of the
18   patient that we're talking about.
19       Does that answer your question?
20 Q  Have you ever treated adults -- transgender
21   adults?
22 A  Yes.  So as a pediatric endocrinologist, in our
23   pediatric gender clinic, all of our new patients
24   are under 18, but that -- I oftentimes treat
25   patients as they, you know, turn 18 and then, you

Page 18

1    know, enter young adulthood before sending them
2    off to adult care.  So I do have several young
3    adults in my practice.
4  Q  And I guess I'm wondering just from the
5    standpoint of thinking about how your patients --
6    what their -- consider their options, understand
7    what their options are.  Does that process of
8    discussion with the patient change between when
9    they're, say, 15 or 16 and when they're maybe 20?
10       MR. SELDIN: Object to form.
11 A  Well, I think every patient is a unique
12   individual.  Right?  So when we're seeing any
13   patient, we're taking a history, doing a physical
14   exam.  You know, prior to even me seeing them, I
15   already know a lot about the patient because
16   they've undergone a biopsychosocial assessment
17   from other members of our team.
18       And so each patient, you know, is assessed
19   individually and then options for if they -- if
20   they have any diagnosis at all, then that
21   diagnosis is reviewed with them and options are
22   discussed that may be different depending on
23   which patient it is, and, of course, different
24   ages would have different considerations.
25 Q  What gender dysphoria treatments does your clinic

Page 19

1    offer?
2  A  So gender dysphoria is -- management is pretty
3    well defined by, for example, the WPATH Standards
4    of Care and the Endocrine Society Clinical
5    Practice Guidelines.  The use of -- in terms of
6    actual medical interventions, the use of GnRH
7    agonists and hormonal interventions may be
8    appropriate for patients with gender dysphoria
9    that we see.  Those are certainly things that are
10   offered if a patient would benefit from them.
11       We have also mental health team members who
12   can, you know, provide support and other
13   referrals for any other supportive care that a
14   patient may need.
15 Q  You mentioned GnRH agonists.  Are those sometimes
16   called puberty blockers?
17 A  They are.
18 Q  What about surgeries for your patients?  Do you
19   offer those?
20 A  No, not in the child and adolescent gender clinic
21   here at Michigan Medicine, we don't.
22 Q  Do you refer adolescents for surgeries elsewhere?
23       MR. SELDIN: Object to form.
24 A  We do.
25 Q  And where do you refer them?

Page 20

1  A  So primarily we're talking about chest surgery
2    when we're referring to adolescents, and there's
3    several options in southeast Michigan that the
4    patients can be referred to.
5  Q  What do you mean by "chest surgery"?
6  A  I would say the majority of patients that I've
7    seen that have had a gender-affirming surgery,
8    that surgery has been masculinizing chest
9    surgery, also sometimes referred to as top
10   surgery.
11 Q  What does that mean?
12 A  It means a surgical intervention to help a person
13   to have a more masculine-appearing chest by
14   removing breasts.
15 Q  Is that different from a double mastectomy?
16       MR. SELDIN: Object to form.
17 A  I would say that the double mastectomy is another
18   term for the same thing that we're talking about.
19   I use the term "masculinizing chest surgery"
20   because I think that the goal oftentimes of a
21   double mastectomy, for example, for a cisgender
22   woman is to, for example, remove breast cancer.
23       Whereas in a masculinizing chest surgery,
24   we're similarly removing breast tissue, but
25   the -- the end goal is to create a

Page 21

1  masculinization of the chest appearance.
2  Q  Why don't you do the surgeries there at your --
3     at the University of Michigan?
4        MR. SELDIN:  Object to form.
5  A  We do do surgeries at the University of Michigan,
6     just not in the child and adolescent gender
7     clinic.
8  Q  Oh, I see.  So when you refer your patients for,
9     for example, top surgery, do you sometimes refer
10    them within your medical system to surgeons?
11 A  Yes.
12 Q  Okay.  So surgeons within the University of
13    Michigan medical system sometimes do perform top
14    surgery on gender dysphoric adolescents?
15       MR. SELDIN:  Object to form.
16 A  Yes.
17 Q  All right.  So you started to get into this a
18    little bit earlier, but I think we need to kind
19    of fall back and talk about a couple of basic
20    ideas.
21       So from your perspective, what is "sex"?
22       MR. SELDIN:  Object to form.
23 A  "Sex" is a way that we can try to classify people
24    into groups, male and female, that encompasses a
25    variety of different factors.

Page 22

1  Q  Okay.  What are those factors?
2  A  Well, I think that the first thing to know is
3     that there's a lot of different -- it would be
4     nice to sort of say sex is easily separated,
5     male, female, here, here.  But when you think
6     of -- when you look at the science, there's a lot
7     going on that can contribute to understanding of
8     sex, including things like someone's chromosomes,
9     someone's anatomy, hormones, gender identity.
10 Q  So is sex something that can be determined solely
11    from objective observation of evidence?
12       MR. SELDIN:  Object to form.
13 A  So a lot of those components can be, of course.
14    Right?  So you can measure someone's chromosomes
15    under a microscope.  There's, you know, visual
16    appearance of anatomy that can be ascertained.
17    Gender identity, that element of sex doesn't have
18    a discrete test in a similar way like
19    chromosomes.  Hormones you can measure in a lab.
20 Q  Well, if a person's anatomy, chromosomes,
21    hormones all say that that person is male, but
22    the person says my gender identity is female,
23    what sex is that person?
24       MR. SELDIN:  Object to form.
25 A  Well, I would say that that person has an

Page 23

1     anatomic sex of male, chromosomal sex of male,
2     hormonal sex of male, and a gender identity of
3     female.
4        If that person, you know -- I would need to
5     know more about this hypothetical person, I
6     suppose, how they -- how that gender identity --
7     so I guess to answer your question, that person I
8     would consider female for the purposes of
9     interacting with them because of their gender
10    identity.
11 Q  What about for other purposes?
12       MR. SELDIN:  Object to form.
13 A  A person whose -- a person whose gender identity
14    is female -- I guess I would ask why -- why would
15    I be trying to -- what would be -- what would I
16    be using the determination of sex for?  Right?
17    So the --
18 Q  I didn't mean to cut you off.
19 A  Oh, that's it.  Go ahead.
20 Q  I was thinking clinically.
21 A  Yeah.
22 Q  You know, if a person has health issues, wouldn't
23    you -- is gender identity what you're going to go
24    by?
25       MR. SELDIN:  Object to form.

Page 24

1  A  Yeah.  So I think it really depends.  Right?  So
2     if someone has a gender identity of -- as
3     female -- right? -- but they have an anatomic
4     problem with their prostate, it's important to
5     know that they have a prostate because that part
6     is -- part of their body is what we're focusing
7     our medical attention on.
8        So in the end, I think that, you know, we
9     really have to put it in context, that the
10    patient is a person with a lot of different, you
11    know, relevant elements.
12       So in that situation, you know, I would be
13    treating that woman's prostate problem.  She has
14    a prostate that's part of her anatomy.
15       I'm not sure if that answers your question.
16 Q  In part.  I guess I'm still wondering what the
17    sex of that person is.
18       MR. SELDIN:  Object to form.
19 A  Female would be the answer.
20 Q  So is it fair to say, then, that what matters in
21    determining sex is the person's gender identity?
22 A  I guess I would say matter in what way.  Right?
23    So if I'm interacting with that person in -- in a
24    social context, of course that person would be a
25    female.  If she needs prostate surgery, that's a

Page 25

1  surgery on an anatomic male part.  That anatomic
2  part might require surgery.
3       So, you know, putting your -- you need to
4  put the question in context for it to matter what
5  sex that person is.
6  Q  I see.  So a person can be one sex for some
7     purposes but a different sex for other purposes?
8       MR. SELDIN:  Object to form.
9  A  I would not -- I would not agree with that
10    statement, no.
11 Q  Okay.  Well, I'm trying -- I'm just trying to
12    understand how you think about sex and sort of
13    what it's used for.  I thought you said that a
14    person's sex depends on the context in which it's
15    used.
16      MR. SELDIN:  Object to form.  Misstates
17    testimony.
18 A  A person's sex is more complicated than a black
19    or white male or female, is what I'm trying to
20    convey.
21      So that person has, you know -- that person
22    has different elements of their sex and so, you
23    know, the -- so that the -- you know, the
24    question of what sex is that person, you know, is
25    more complicated than a simple answer.

Page 26

1       Even though it might be convenient to try to
2  separate people into these boxes, male and
3  female, when we're talking about what is the sex
4  of a person, that's a more complicated,
5  unfortunately, biologic question.
6  Q  I guess I thought a minute ago you said that in
7     my hypothetical the person -- because the person
8     was -- the gender identity was female, that that
9     person -- person's sex was female.
10 A  So if -- I guess I need -- I need to understand
11    what the purpose of classifying that person's sex
12    is in your hypothetical because --
13 Q  Okay.
14 A  -- I think I've explained my definition of sex
15    sufficiently to understand that my definition of
16    sex is that it's made up of many different
17    components.
18      And I said that in interacting with that
19    person with the gender identity of female, if you
20    asked, "What is the sex of that person," as a
21    blanket statement I would say female.  But if you
22    want to get into the nitty-gritty of all of the
23    elements of that person's sex, then we have to go
24    back to all of those elements that we've been
25    talking about.

Page 27

1  Q  Okay.  Are you aware of any biological tests,
2     such as an imaging study or a hormone level, that
3     can reliably diagnose gender dysphoria?
4       MR. SELDIN:  Object to form.
5  A  I'm not.
6  Q  Let's take a look at paragraph 28 of your
7     declaration.  So the first line of -- are you
8     with me on paragraph 28, Doctor?
9  A  Yep.
10 Q  First line, it says, "A person's understanding of
11    their gender identity may evolve over time in the
12    natural course of their life."  And I don't mean
13    to take it out of context.  I just don't want to
14    read the rest of the sentence.  But if you think
15    it's relevant, you can correct me.
16      I just want to get at the question of is
17    it -- a person's understanding of their gender
18    identity and a person's gender identity, are
19    those the same thing, or can those be different?
20      MR. SELDIN:  Object to form.
21 A  I think they're different.  I think that a
22    person's understanding of their gender identity
23    may evolve over time, but the gender identity in
24    my -- in my clinical experience does not seem to
25    change over time.

Page 28

1  Q  How do you discern someone's gender identity
2     apart from that person's understanding of their
3     gender identity?
4       MR. SELDIN:  Object to form.
5  A  Their understanding of their gender identity is a
6  really important part of understanding their
7  gender identity.  So, you know, I think that, of
8  course, gender identity is -- well, I would
9  describe gender identity as one's deeply-felt
10 internal sense of one's self as male, female,
11 boy, girl, man, woman, or maybe somewhere in
12 between or some other gender identity.
13      And to understand that gender identity, it
14 involves talking to the person and helping to
15 understand their understanding of that gender
16 identity.
17 Q  Have you ever met someone whose gender identity
18    in your estimation differed from that person's
19    understanding of their own gender identity?
20      MR. SELDIN:  Object to form.
21 A  Of course.  So if you're thinking about, you
22 know, young children -- right? -- young children
23 don't have a self-concept of gender identity.
24 So, you know, their understanding of their gender
25 identity, you know, before they're able to talk

Page 29

1  is unknowable.  That someone may be -- I think
2  that in -- for all of us in childhood, we're
3  going through a process of understanding
4  ourselves in all sorts of different ways, from
5  our likes and dislikes, our sexual orientation,
6  our gender identity, and as -- as we continue to
7  grow and interact with the world, the evolution
8  of understanding of gender identity evolves as
9  well.
10        And so -- so the -- I think that's the
11  answer to the question.
12  Q  Well, I probably just didn't get it across quite
13     clearly enough.  But let's go back to those young
14     children.
15        When you were giving me your answer and
16     talking about young children, how young were you
17     thinking of?
18  A  Oh, I don't know.  I think that, for example,
19  prepubertal children, you know, are exploring the
20  world around them and understanding their lives
21  in all sorts of different ways, including their
22  gender identity.
23  Q  Okay.  And my question was, simply:  Have you
24     ever encountered a person where you discerned
25     their gender identity to be something other than

Page 30

1     what that person understood their own gender
2     identity to be?
3        MR. SELDIN:  Object to form.
4  A  I don't know.
5  Q  You don't know.  So how do you know that a
6     person's understanding of gender identity is
7     different from their actual -- or could be
8     different from their actual gender identity?
9        MR. SELDIN:  Object to form.
10  A  So, for example, there may be a patient that I'm
11  seeing who is an adolescent, and they are -- they
12  are coming to the gender clinic for evaluation of
13  potential management.  In their assessment, they
14  describe understanding that they're not sure what
15  their gender identity is, but something feels
16  different, that they don't -- let's say this
17  person is assigned female at birth, that they
18  don't feel so much like a girl, but they're
19  continuing to work to understand what that
20  feeling is all about.
21        At the end of our interaction, the plan
22  might be to go -- you know, continue to explore
23  that gender identity with their -- with their
24  family, with perhaps a mental health
25  professional.  And then subsequently I might see

Page 31

1  that same person 6 months, 12 months later, and
2  they say -- they might say, you know, the
3  interval time has been so helpful in my
4  exploration of gender identity and now it's more
5  clear to me that my gender identity is -- that I
6  identify as a boy.
7        And so that would be a person who has a male
8  gender identity, and their evolution of
9  understanding of their gender identity has
10  changed over time.
11  Q  Okay.  But in that initial visit where there was
12     some uncertainty, would you know at that point
13     what their gender identity was?
14        MR. SELDIN:  Object to form.
15  A  I would not.
16  Q  And then later when that person comes back and
17     says, "Okay, I identify now as a boy," would you,
18     apart from what they've told you that they
19     understand about their gender identity, have any
20     evidence for what their gender identity is?
21        MR. SELDIN:  Object to form.
22  A  Well, as a pediatric endocrinologist, I -- I feel
23  so fortunate that I get to work with amazing team
24  members, like mental health professionals, that
25  can help understand this process with patients,

Page 32

1  that we do also have tools at our disposal.
2  There's, for example, the clinical diagnosis of
3  gender dysphoria.  Because, of course, a person
4  who has a difference in gender identity but
5  doesn't have any distress associated with that
6  may not need to see me at all.
7        But someone who has, you know, clinical
8  gender dysphoria and -- and that person -- and
9  that person has a gender identity that is
10  different from the sex assigned at birth, that
11  would be a tool to help understand that person's
12  gender identify and how that's affecting them.
13  Q  What would be a tool?
14  A  The assessment and -- the assessment by the
15  mental health professional that -- that is seeing
16  them -- sorry.
17        Can you ask the initial question again?  I
18  think I lost myself there.
19  Q  Yeah.  That's okay.  I was just wondering when
20     the person comes back -- I mean, going back to
21     your hypothetical.  The person comes in and is
22     uncertain, and then you suggest some ways to
23     consider it for a while.  And then the person
24     comes back six months later and says, "Okay, I'm
25     more certain now that I was born with, you know,

Page 33

1  a female body, but I identify now as a boy."
2      And I'm asking apart from that person's
3  communication of their understanding of their
4  gender identity, how would you know what their
5  gender identity is?
6      MR. SELDIN:  Object to form.
7  A  Well, I think a lot of it does have to do with
8  that person's understanding of their gender
9  identity, and, you know, this is -- this is what
10  mental health professionals are trained to do, to
11  work with folks, partner with patients and
12  families, to help understand these really
13  challenging concepts.
14      There is no test -- there's no blood test.
15  There's no X-ray.  But the work of
16  highly-qualified mental health professionals
17  helps to inform the rest of the medical team
18  whether someone's -- whether a person that we're
19  seeing may benefit from intervention for gender
20  dysphoria.
21  Q  What is the error rate for determining if someone
22  is transgender?
23      MR. SELDIN:  Object to form.
24  A  Well, I've never really thought of it that way.
25  You know, I think that what's more clinically

Page 34

1  relevant is, you know, the -- the treatment of
2  gender dysphoria -- right? -- so that if someone
3  has -- has a diagnosis of gender dysphoria and
4  may benefit from treatment, then the likelihood
5  that that person's gender identity persists
6  across time is extremely high.
7  Q  Okay.  But is there an error rate of diagnosing
8  gender dysphoria?
9      MR. SELDIN:  Object to form.
10  A  In my clinical experience, the patients that I've
11  seen with a diagnosis of gender dysphoria, you
12  know, has had -- have had -- for example, I
13  haven't had a patient that I've treated with
14  gender dysphoria that then comes back several
15  years later and says, "Guess what?  My gender
16  identity is -- I was completely wrong.  I'm
17  cisgender."
18      So I have not had that experience, no.
19  Q  Well, but you're in this case testifying as an
20  expert, right?  You're not just testifying based
21  on your clinical experience.  That was my
22  understanding at least.  Is that correct?
23      MR. SELDIN:  Object to form.
24  A  Yes, I'm testifying as an expert.
25  Q  So according to the literature and all that

Page 35

1  you're aware of, what is the error rate for
2  diagnosing gender dysphoria?
3      MR. SELDIN:  Object to form.
4  A  I certainly have -- there's certainly people out
5  there that have -- that describe that at one
6  point they thought they were transgender,
7  received treatment, and now identify as
8  cisgender.  The rate of that happening seems to
9  be less than 1 percent.
10  Q  What's your basis for that?
11  A  So I think that there's -- the statement that the
12  rate of someone that is treated for gender
13  dysphoria all of a sudden identifying as
14  cisgender being extremely low comes from lots of
15  difference sources.  Right?
16      So there's -- there's some, for example,
17  longitudinal studies of treatment of gender
18  dysphoria.  There are retrospective studies.
19  There's, you know, the -- I think the -- the way
20  to quantify what you're asking is challenging --
21  right? -- because you can't capture everyone that
22  has ever identified as transgender and then
23  compared them later on.
24      What you can come closer to doing, that is
25  people that have received medical care.  Right?

Page 36

1  And so in review of cases of people with gender
2  dysphoria that have received medical care,
3  numbers of people that identify as cisgender
4  subsequently, is low.
5  Q  Well, I guess I'm wondering, to have -- if you
6  are designing a study to capture the error rate
7  of diagnosing gender dysphoria, what would be
8  necessary to have a reliable result?  How would
9  you structure that study?
10      MR. SELDIN:  Object to form.
11  A  So let me back up for a second because, you know,
12  the diagnosis of gender dysphoria -- there's a
13  specific definition of gender dysphoria.  Right?
14      So if a person has gender dysphoria at any
15  one point in time, then that person is meeting
16  specific criteria.  Right?  So that a person with
17  gender dysphoria, for example, has a gender
18  identity that's different from the sex assigned
19  at birth.  They meet 206 of the other criteria.
20  It's affecting them clinically in some -- it's
21  affecting them negatively in other aspects of
22  their life.  So if a person has gender dysphoria,
23  by definition they meet that definition.  They
24  meet those criteria.
25      So at that point in time, there's no error

Page 37

1    rate.  That person has gender dysphoria.  So
2    you're asking a different question.
3  Q  Well, no.  I think let's go there.  So is it
4     impossible to misdiagnose gender dysphoria in
5     your view?
6        MR. SELDIN:  Object to form.
7  A  Just like all diagnoses in the DSM, the diagnosis
8     is based on a clinical interview.  So, for
9     example, if a -- if you ask a patient a question
10    and they give you a false answer, then you may
11    diagnose them with gender dysphoria because they
12    are not being truthful.  But if a person is not
13    able to participate in the interview, then you
14    would have a harder time diagnosing gender
15    dysphoria.
16       You know, I'm speaking as a pediatric
17    endocrinologist that doesn't make a diagnosis of
18    gender dysphoria, of course, but -- but just like
19    the diagnosis of depression or schizophrenia or
20    anxiety, all of these have clinical criteria, and
21    so someone is diagnosed based on meeting those
22    criteria.
23 Q  Well, I guess when using a diagnostic tool in
24    trying to determine whether it's a useful
25    diagnostic tool, as a scientist is it important

Page 38

1    to know what the error rate of that tool is?
2        MR. SELDIN:  Object to form.
3  A  Well, gender dysphoria is defined as the --
4     someone meets the diagnosis of gender dysphoria
5     only if they have the criteria outlined in the
6     DSM.  So I'm not -- I guess I'm not understanding
7     your question.
8  Q  I guess I'm wondering how you know that that test
9     gets it right every time.
10       MR. SELDIN:  Object to form.
11 A  Okay.  I think I understand.  So I think maybe --
12    maybe implicit in your question is, well, what do
13    we do with the diagnosis of gender dysphoria.
14    Right?  So if someone meets criteria for gender
15    dysphoria, what does that mean and what does that
16    imply for the future?
17       If a person meets criteria for gender
18    dysphoria, for example, and they -- well, okay.
19    Let me back up for a second.
20       We use gender -- the diagnosis of gender
21    dysphoria to make medical decisions.  Right?  So
22    a person that does not meet the diagnosis of
23    gender dysphoria wouldn't require intervention.
24    A person that does meet the criteria for gender
25    dysphoria, I would want to know how does that

Page 39

1    affect them.  Is that something that is making it
2    harder for them to accomplish tasks, like going
3    to school or getting a job or leading a happy,
4    healthy, productive life?
5        As a whole, we understand that people with
6     gender dysphoria may benefit from medical
7     interventions -- right? -- such as
8     gender-affirming hormones, for example.  So if --
9     if we then take data from the use of
10    gender-affirming hormones to treat gender
11    dysphoria and we see improvement or positive
12    impact on the gender dysphoria, then that helps
13    to validate that the criteria used to diagnose
14    gender dysphoria is helpful.
15 Q  So you don't really know until you treat the
16    child whether your diagnosis was correct?
17       MR. SELDIN:  Object to form.
18 A  No, that's not what I said.
19       I said that because of the body of evidence
20    in the -- regarding the positive effects of
21    treatment of gender dysphoria, we understand
22    that -- the use of that diagnosis can be
23    helpful in making management decisions.
24 Q  Can be helpful.  Are there times when it's not
25    helpful?

Page 40

1        MR. SELDIN:  Object to form.
2  A  I don't -- I don't really think I can -- I'm not
3     really sure I understand.
4  Q  Well, you said "can be helpful."  And I'm
5     wondering -- okay.  I'm still going back to my
6     question.  Is it always helpful?  Is it an
7     unassailable diagnostic tool?
8        MR. SELDIN:  Object to form.
9  A  Well, I certainly think that in treating
10    transgender adolescents, the -- whether or not
11    they meet criteria for gender dysphoria is an
12    extremely helpful thing to know.
13 Q  Is it unassailable?
14       MR. SELDIN:  Object to form.
15 A  Can you define that.
16 Q  Is it always 100 percent right?
17       MR. SELDIN:  Object to form.
18 A  I don't think anything is 100 percent right in
19    any aspect of medicine, but I think that the
20    confidence that I have in, for example, the
21    assessment that -- members of the
22    multidisciplinary team that I work with I find to
23    be extremely helpful in having really challenging
24    conversations with patients and families about
25    what the medical options might be.

Page 41

1   Q   So not always 100 percent right.  What is the
2       error rate?
3           MR. SELDIN:  Object to form.
4   A   I think this is too abstract to answer in that
5       way.  So I think, you know, if you could, be more
6       specific in, you know, a specific situation.
7   Q   Doctor, all I'm asking is if you know if there is
8       an error rate for diagnosing gender dysphoria.
9           MR. SELDIN:  Object to form.  Asked and
10      answered.
11  A   I don't have more -- a more precise answer or
12      number than I've already shared with you.
13  Q   And what number is that?
14          MR. SELDIN:  Object to form.
15  A   I don't know what the error rate of diagnosis of
16      gender dysphoria is.  What I do know is that
17      patients that have received -- that receive a
18      diagnosis of gender dysphoria and are treated
19      with gender-affirming care, I believe the error
20      rate or the rate of people that later on in the
21      future say, "Turns out I'm cisgender and I" --
22      "Turns out I'm cisgender," is less than 1
23      percent.
24          MR. SELDIN:  Tom -- Mr. Fisher, is now a
25      good time for a little mid-morning break or --

Page 42

1           MR. FISHER:  Yeah.  Sure.  That's fine.
2       Let's go ahead and take a break.
3       (Recess taken from 9:57 a.m. to 10:02 a.m.)
4   BY MR. FISHER:
5   Q   Doctor, I think you said that there are some who
6       are transgender that do not experience gender
7       dysphoria; is that accurate?
8   A   I would agree.
9   Q   So let's start with the preadolescents.  About
10      how many preadolescents do you think -- or is
11      there evidence showing that are transgender but
12      not gender dysphoric?
13          MR. SELDIN:  Object to form.
14  A   I don't think I can give you a number.  I think
15      what I would say is that gender identity
16      exploration is a normal function of childhood so
17      that -- you know, in childhood we're always
18      putting on different hats and exploring the world
19      around us and how we interact with that world.
20          So, you know, I think that the -- for
21      example, if a -- if a -- someone assigned male at
22      birth is experimenting with wearing different
23      types of clothes or different types of play, that
24      doesn't necessarily mean that they have a
25      difference in gender identity, for example.  They

Page 43

1       may -- if a child has a difference in gender
2       identity, they may or may not have any distress
3       associated with that.
4           But the percentage of young people who are
5       experiencing different degrees of gender identity
6       difference I don't know.
7   Q   Let's just move into the range of adolescents.
8       Maybe let's take somebody from the range of kids
9       from beginning of Tanner Stage 2 up through, I
10      guess, 15.  Is that a useful range -- age range
11      in your mind?
12          MR. SELDIN:  Object to form.
13  A   Sure.
14  Q   And I'm wondering, within that age range, do you
15      have a -- is there any data that shows or do you
16      have an estimate of percentage of transgenders
17      who do not experience gender dysphoria?
18          MR. SELDIN:  Object to form.
19  A   So there are some efforts to understand the
20      number of people that identify as transgender,
21      for example, in the United States today, and that
22      number seems to be somewhere below 1 percent and
23      above .5 percent.
24  Q   Okay.
25  A   And then the number of people then presenting to

Page 44

1       clinical care for gender dysphoria is much lower
2       than that -- than that figure.
3   Q   What are your sources for those numbers?
4   A   Let me think.  So I think that there's been --
5       there's a national survey in 2015 that was aiming
6       to understand the prevalence of gender identity
7       difference in the U.S.  I think that there's
8       some -- some -- an effort to quantify the
9       percentage --
10  Q   Doctor, I'm sorry.  You're breaking up.  We're
11      having a hard time getting you.
12  A   Sorry.  Is that better?
13  Q   Yes.  I don't know where the problem was, but you
14      were starting to talk about what -- I was asking
15      what studies supported the numbers you were
16      mentioning, and so if we could just start there.
17  A   Yeah.  So the things that come to my mind are, I
18      think, a 2015 national transgender survey.  I
19      believe there's been some work done in Minnesota,
20      if I'm not mistaken, trying to quantify the
21      percentage of young people that are identifying
22      as transgender, and so that's where I'm pulling
23      that number, somewhere between .5 and 1 percent,
24      from.
25  Q   Okay.  That 2015 survey, who was surveyed?

Page 45

1   A   Now I'm just trying to remember if that was the
2       one that came up -- that did offer that
3       percentage.  But there is a 2015 survey of -- I
4       think it's called the National Transgender
5       Survey, I think, published by the Williams
6       Institute, which was surveying people from across
7       the U.S. and territories to learn more about the
8       health and well-being of transgender Americans.
9   Q   How was that survey conducted?
10  A   If I recall, there was a recruitment strategy to
11      try to identify a diverse sampling of transgender
12      people from all 50 states and different
13      territories, recruiting from medical clinics,
14      from snowball sampling, from online
15      advertisements, to try to identify more people
16      from different parts of the country.
17  Q   And how was it conducted?
18  A   Surveys.
19  Q   No.  But, I mean, was it mail?  Telephone?  What
20      was it?
21  A   If I'm not mistaken, I think majority online, but
22      there may have been some mail.  I'm not a hundred
23      percent on that.
24  Q   Are you familiar with any criticisms of that
25      survey?

Page 46

1           MR. SELDIN:  Object to form.
2   A   Not specifically.
3   Q   Okay.  When, Doctor, in your understanding was
4       the first teen gender clinic opened in the United
5       States?
6           MR. SELDIN:  Object to form.
7   A   I want to say in the early 2000s.
8   Q   How many teens were diagnosed with gender
9       dysphoria from 2000 to 2010?
10          MR. SELDIN:  Object to form.
11  A   I don't know the answer to that.
12  Q   How about the decade -- or 12 years, 2011 to
13      2023?
14          MR. SELDIN:  Object to form.
15  A   I don't know the number of people diagnosed.
16  Q   Do you have any sense of the volume dynamic of
17      that diagnosis over that time?
18          MR. SELDIN:  Object to form.
19  A   Sorry.  Can you --
20  Q   I'm wondering if you have a sense of whether the
21      volume of teen diagnosis with gender dysphoria
22      has increased in those two decades.
23          MR. SELDIN:  Object to form.
24  A   There has been more -- more adolescents diagnosed
25      with gender dysphoria in the last decade,

Page 47

1       specifically as there's been more access to
2       health intervention.
3   Q   Sorry.
4   A   I can just barely see the top of your head.
5   Q   Oh, I'm so sorry.
6           Is that better?
7   A   Yes.  Thank you.
8   Q   Okay.  I can't see myself so I didn't really
9       know.
10  A   You're like (indicating).
11          MR. SELDIN:  Don't deprive us of the view of
12      that sharp tie, Mr. Fisher.
13  BY MR. FISHER:
14  Q   I'm sorry.  Were you finished with your answer,
15      Doctor?
16  A   I think so, yes.
17  Q   Okay.  So back to paragraph 28 of your
18      declaration, if you could pull that up.  I'm
19      sorry.  This is 4, right?  Exhibit 4.
20          And you'll recall earlier I read the first
21      clause of that first sentence, and now I'm going
22      to switch focus to the second clause, which says,
23      "Attempts to force transgender people to align
24      their gender identity with their birth sex
25      (sometimes descried as 'conversion therapy') have

Page 48

1       been found to be both harmful and ineffective."
2           Do you see that?
3   A   I do.  And I do believe that word was supposed to
4       be "described."  So sorry about that typo.
5   Q   No.  That's okay.  I was actually going to try to
6       fix it for you, but then I couldn't figure out if
7       it was "decried" or "described."  So I thought
8       I'd let you do it.  Okay.  Thank you.
9           And then you cite -- later in the paragraph
10      you cite Turban 2020a, right?  Do I have that --
11      right.  Turban 2020a.  Campbell 2002, but I think
12      that may be actually 2022.
13  A   Okay.
14  Q   And in Fish, you say 2022, but might actually be
15      2020.  I got those dates just, I think, from your
16      bibliography.
17          Anyway, you're with me, though?  Yes?
18  A   I'm with you.
19  Q   Okay.  So let's start with that Turban study.
20          So this is Exhibit 5.  Let's go ahead and
21      pull that up.
22  (Shumer Exhibit 5 marked.)
23          MR. FISHER:  I'm sorry.  Turban -- JAMA
24      Psychiatry, Association Between Recalled
25      Exposure.  There we go.

BY MR. FISHER:

Q   So, Doctor, you see what's on the screen.  Is that the Turban study that you cite there in paragraph 28?

A   Yes.

Q   So just tell me what this paper is purporting to tell us overall broadly.

MR. SELDIN:  Object to form.

A   So I think I cited this paper as I was discussing the concept that attempts to change someone's gender identity using psychotherapy isn't helpful and this is -- the study I cited because it looks -- it's trying to answer that question by looking at adults and then getting a history of their exposure or non-exposure to these types of conversion efforts.

Q   I'm sorry.  Let's start with that "conversion efforts."  What, I guess, do the paper's authors, and I assume you, mean by that term?

A   So I think starting with the paper, you know, I think that -- I don't know what the exact question was, and I don't recall the exact question that was asked of the subjects.  I do believe that the data that came -- that was used in this paper was based on that national

transgender healthcare survey.  So there was a question in that survey asking participants whether or not they -- that they recall efforts to change their gender identity.

And so I think that was -- that was what the author meant, is the participants' perception of that occurring in their life.

Q   Is there what's known in statistical analysis as a retrospective survey?

MR. SELDIN:  Object to form.

A   This is -- the survey type, yes, it's a retrospective.

Q   Survey type.

A   Yeah.

Q   And are retrospective surveys understood to be high quality or low quality?

MR. SELDIN:  Object to form.

A   Well, I think that a retrospective survey is extremely helpful in different ways.  You know, I think when you say the word "quality," I'm reminded of the use in sort of lay terms but also in sort of medical literature terms.  Right?

So that when you're -- when we're talking about a retrospective study of, for example, recalled conversion efforts, you know, that's a

really challenging research study to ask -- right? -- because you can't -- we can't do what we call a randomized controlled trial.  So if you think of, you know, trying to see if -- if a new antibiotic works better than the old one, you can set up what we call a randomized controlled trial where you have a hundred patients, 50 of them get randomized to group 1, 50 of them get randomized to group 2, and then they all get either drug A or drug B, and they don't know which one they're getting, and then at the end you see who does better.  And if group A does better, then the new drug is better than the old drug.

Now, that's a really awesome way to do research because the only variable there is which drug you've got.  So that's very controlled, and that would be what we consider in the terms of medical literature very high quality.

Now let's try to answer this question using a randomized -- a randomized study like that.  Take 100 people and say, you know, these 50 are going to get therapy to try to change their gender identity.  These people are going to get supportive therapy.  And then 20 years from now let's see -- let's measure their lifetime suicide

attempt.

So you couldn't do that study obviously -- right? -- because, first of all, you would know which group you're in because you're the one getting the therapy.

Number two, no one would sign up for that study because there's not what we call equipoise.  There's -- people in the study wouldn't believe that both options were equally effective.  And then you wouldn't be able to, you know, likely conduct that study over long enough for it to be meaningful.

So, granted, we can't do that study with a randomized controlled trial.  We need to attack that question from a different way.

So what Turban is doing here, he's saying this is a really complicated question.  How can we get a sense for the answer to that question?  One of the ways we can do it is we can do a retrospective study.

And so, yes, there's the -- in a retrospective study you don't have that control where there's only that one variable.  So it's not as neat and tidy.  But, unfortunately, this question isn't so neat and tidy.  And so that's

Page 53

1  why this is a study designed that -- one of the
2  study designs that can be used when answering
3  more complicated questions like this.
4  Q  **Well, who responded to this survey? Was it --**
5  **did it include people who desisted from**
6  **transgender or gender dysphoria?**
7       MR. SELDIN: Object to form.
8  A  Yeah. So I think that the -- you know, the
9  recruitment of subjects is really well outlined
10 in the -- in the original national transgender
11 healthcare survey, but it was, as I said, people
12 that currently identify as transgender adults.
13 Q  **I see. So this doesn't include -- the response**
14 **to the question about conversion, as you've put**
15 **it, or as the paper puts it, is only among people**
16 **who are transgender, not among people who might**
17 **have been transgender at one time but no longer**
18 **are?**
19      MR. SELDIN: Object to form.
20 A  Yes. This paper is asking this specific question
21 in a group of transgender adults; what is the
22 likelihood of suicide attempts based on exposure
23 to conversion efforts.
24 Q  **Well, so you've got a group of people for whom**
25 **these so-called conversion efforts were**

Page 54

1  **unsuccessful. What does that tell you about**
2  **whether psychotherapy or other efforts were**
3  **successful with other people?**
4       MR. SELDIN: Object to form.
5  A  I don't think that this paper is necessarily
6  asking the question -- this paper isn't
7  necessarily asking the question has anyone's
8  gender identity been changed with quote/unquote,
9  conversion therapy. It's asking a different
10 question.
11      It's asking in a group of transgender
12 adults, currently identifying as transgender,
13 what is the effect of conversion therapy,
14 so . . .
15 Q  **What is the effect of conversion therapy on**
16 **people on whom it did not work?**
17      MR. SELDIN: Object to form.
18 A  What is -- what is the effect of -- on conversion
19 therapy in people that are currently identifying
20 as transgender adults.
21 Q  **Well, I guess one would have -- well, I'm just**
22 **trying to understand, what use can we make of**
23 **this?**
24      MR. SELDIN: Object to form.
25 A  Well, I think that if we're going back to my

Page 55

1  expert report -- right? -- I think the statement
2  that I made is that -- was that attempts to force
3  transgender people to align their gender identity
4  with their birth sex have been found to be both
5  harmful and ineffective. So this is an example
6  of harmful.
7       I'm not sure I've provided a citation for
8  ineffective, but I -- I think that that -- that
9  literature also exists. However, I'm not
10 planning to be an expert in that particular
11 question.
12 Q  **Well, I mean, I guess this -- on the face of it,**
13 **this paper suggests something about the impact on**
14 **the people that responded to the survey of this**
15 **so-called conversion therapy, but does it tell us**
16 **anything about the effect on people who were not**
17 **surveyed?**
18      MR. SELDIN: Object to form. Asked and
19 answered.
20 A  So I think the question you're asking is a
21 question about generalizability -- right? -- and
22 this is a term that we use in all medical
23 research. So, you know, why do I read this study
24 in the first place? Probably because I'm
25 thinking about a particular person or a

Page 56

1  particular patient, and so I say, okay, this is
2  what Turban, et al., found in people that are
3  transgender adults that if they recall having had
4  a conversion effort, as they put it in this
5  article, that they did worse than if they didn't.
6       So then I say, okay, well, that's
7  interesting. How does that impact --
8  Q  **Doctor, you're breaking up again.**
9  A  -- the patient that I have in front of me. Is it
10 generalizable to that person?
11 Q  **Right. Right.**
12 A  So then I say, okay, that's interesting. So how
13 does that relate to the person I have in front of
14 me? Is it generalizable?
15      Well, the person I have in front of me may
16 be a 13-year-old adolescent. And I say, well, is
17 this generalizable or not? I think it's
18 potentially generalizable because that person
19 will become an adult, that the -- if the person
20 currently has gender dysphoria and has, you know,
21 consistent persistent gender identity different
22 than the sex they were assigned at birth, then
23 the person is very likely to continue to identify
24 that way as an adult.
25      And so would I suggest efforts to change

Page 57

1  their gender identity?  Based on this paper, I
2  would give pause to that because it seems like
3  there's a risk of worse mental health outcomes in
4  that situation.
5  Q  Okay.  So let's look at Exhibit 6.
6     (Shumer Exhibit 6 marked.)
7  Q  This is Conversion Therapy, Suicidality, and
8  Running Away.  There we go.  Good.
9        So, Doctor, is this the paper that the
10 Fish -- I'm sorry -- the Campbell paper that you
11 cited in paragraph 28?
12 A  Yes.
13 Q  Now, I notice that the copy that we have here for
14 exhibit purposes says "Preprint not peer
15 reviewed," and that's just because that's what we
16 found.
17       Are you aware whether this paper has since
18 been peer reviewed?
19 A  I am not sure.
20 Q  Have you -- when you read this paper, did you
21 read it with this stamp across the front that
22 says "Preprint not peer reviewed," or did you
23 read something else?
24 A  I don't recall there being a stamp across it like
25 you're showing me right now, no.

Page 58

1  Q  Oh, okay.  Were you aware when you read it that
2  it had not been peer reviewed?
3     MR. SELDIN:  Object to form.
4  A  I believe I was, but I'm not certain about that.
5  Q  Did that give you any concern about relying on it
6  in your expert report?
7     MR. SELDIN:  Object to form.
8  A  I don't recall knowing or thinking about its peer
9  review status in writing my report.
10 Q  Well, I guess I'm just sort of wondering, does
11 peer review status matter to you when you were
12 putting together your expert report and relying
13 on scientific papers?
14    MR. SELDIN:  Object to form.
15 A  It certainly does, but in this situation I just
16 don't recall whether I knew it was peer reviewed
17 or not.
18 Q  Okay.  So let's talk about what kind of a study
19 this is.  Is this another retrospective survey?
20 A  I'm sorry.  I'm going to move a little closer to
21 the screen so I can see.
22 Q  Oh, sure.
23    MR. FISHER:  Maybe we could just make it a
24 little bigger, Shawn.
25 A  Can you give me a second to read the abstract

Page 59

1  over?
2  Q  Of course.
3  A  Okay.  Thank you.
4  Q  Yes.
5  A  I'm sorry.  Can you repeat.
6  Q  Yeah.  My question was what type of study this
7  was.  Was it another retrospective survey?
8  A  Yes.  And, again, using data from the 2015 U.S.
9  Transgender Survey.
10 Q  And so -- okay.  I think that's probably my only
11 questions on that one.
12    (Shumer Exhibit 7 marked.)
13 Q  Let's move to Exhibit 7, which is Sexual
14 Orientation and Gender Identity Change Efforts.
15 There we go.
16       Doctor, is this the Fish article that you
17 cite in paragraph 28?
18 A  Yes, I believe so.  Yes.
19 Q  So this -- it says at the top "Editorials."  Is
20 this just an editorial opinion?
21    MR. SELDIN:  Object to form.
22 A  Let's see here.  So I'm trying to put myself back
23 in my shoes writing my expert report.  The Fish,
24 et al., citation has -- was an effort for me to
25 find a consolidated source where I was

Page 60

1  demonstrating that the American Medical
2  Association, the American Academy of Pediatrics,
3  American Psychiatric Association, and American
4  Psychological Association do not endorse efforts
5  to try to change someone's gender identity.
6        So this does appear to be an editorial, and
7  perhaps I could have -- or should have found
8  individual citations for each of those
9  organizations.  But this was my effort to put a
10 citation in the report along the lines of just
11 demonstrating that these associations and
12 academies have an opinion about this topic.
13    MR. SELDIN:  And, Mr. Fisher, just for the
14 record --
15    MR. FISHER:  I'm sorry.  You're breaking up.
16    COURT REPORTER:  I need it to start from the
17 beginning.  Sorry.
18    MR. SELDIN:  Sorry.  A squirrel somewhere
19 walked across the Internet line.
20    I was just telling Mr. Fisher, for the
21 benefit of the record, that the document
22 Dr. Shumer is looking at, at the table, is the
23 as-filed copy of his declaration that I said he
24 had in front of him.
25    MR. FISHER:  Oh, okay.  It's no different

Page 61

1  from the one on the screen, though, in terms of
2  content?
3       MR. SELDIN:  No.  I'm saying he's looking at
4  a different document on the table.  He's looking
5  at his declaration --
6       MR. FISHER:  Oh.
7       MR. SELDIN:  -- to clarify how he's using
8  this editorial.
9       MR. FISHER:  Fair enough.  Fair enough.
10  Thank you.  Okay.
11  BY MR. FISHER:
12  Q  So, Doctor, is there any science in this
13     editorial?
14       MR. SELDIN:  Object to form.
15  A  I would not classify this as a research study.  I
16     think the citation in the expert report is --
17     isn't science either.  It's just a statement of
18     where the American Medical Association, the
19     American Academy of Pediatrics, the American
20     Psychiatric Association, and the American
21     Psychological Association stand with respect to
22     efforts to change someone's gender identity using
23     psychotherapy.
24  Q  Are you aware of any peer-reviewed studies
25     showing that what you and Turban call conversion

Page 62

1     therapy is unsuccessful?
2       MR. SELDIN:  Object to form.
3  A  I could not provide a study that asks that
4     particular question.  I believe it exists, but I
5     wouldn't -- I wouldn't suggest that, you know,
6     the -- psychological approach to gender identity
7     is the area of medicine that I am the most -- the
8     most expert in as a pediatric endocrinologist.
9  Q  Are you expert in it at all?
10       MR. SELDIN:  Object to form.
11  A  I think that certainly working with -- working as
12     part of a multi-disciplinary team, treating kids
13     with gender dysphoria, I consider myself an
14     expert in gender dysphoria.
15  Q  But what about the psychological aspect?
16       MR. SELDIN:  Object to form.
17  A  Regarding the question does efforts to change
18     someone's gender identity using psychotherapy --
19     is that safe and effective -- I am familiar with
20     the literature that I presented in my expert
21     report, and my understanding of literature not
22     cited is that -- that it is not safe or
23     effective.
24       But I -- without having more citations, some
25     of that statement comes from the fact that these

Page 63

1  medical associations that I know and respect, who
2  have done more work than me trying to answer that
3  question, have come to the conclusion that, no,
4  it is not safe or effective.
5  Q  When you are writing paragraph 28 of your report,
6     did you look for studies demonstrating that what
7     you call conversion therapy is unsuccessful?
8       MR. SELDIN:  Object to form.
9  A  I don't recall if I -- what my search strategy
10     was.  I think that I went into writing my report
11     knowing the stance of these four associations
12     that I respect and wanted to include that in my
13     report to make this point and didn't -- I don't
14     recall other -- other search efforts that I did
15     in writing this particular paragraph.
16  Q  Have you ever searched for peer-reviewed studies
17     showing that what you call conversion therapy is
18     unsuccessful?
19       MR. SELDIN:  Object to form.
20  A  I think the way that you're asking the question
21     is interesting -- right? -- because you're saying
22     search for studies that say conversion therapy is
23     successful.  That's --
24  Q  No.  Unsuccessful.  Unsuccessful.
25  A  Unsuccessful.  So I wouldn't say that's how

Page 64

1  anyone searches for anything.  Right?  That the
2  question is what do we know about conversion
3  therapy?  So you don't go into a search, you
4  know, having your answer before you have the
5  study.  Right?
6       So in my searching for information on the
7  safety and efficacy of conversion therapy, this
8  is what I came up with.  What I didn't do is I
9  didn't say, "Give me papers that say conversion
10  therapy is successful.  Now give me papers that
11  say conversion therapy is unsuccessful, and let
12  me read both of those."  Right?
13       The search is:  What is the effect of
14  conversion therapy?  And when I ask that question
15  in preparation for my expert report, these are
16  the materials that I -- that I discovered.
17  Q  Okay.  Fair enough.  What is the etiology of
18     transgenderism?
19       MR. SELDIN:  Object to form.
20  A  Gender identity diversity is sort of a normal
21     form of human diversity, I would say similar to
22     other elements of human diversity.  For example,
23     sexual orientation is another, you know, form of
24     human diversity.  And in these very complicated
25     elements of personhood, you know, there's

Page 65

1  probably a lot of factors that goes into
2  someone's gender identity, that we -- we do have
3  some suggestions about what some of those are.
4  And to be honest, we don't have the full picture,
5  but we understand that there are certain biologic
6  elements that can contribute to one's gender
7  identity.
8      Those things seem to involve differences in
9  genetics, differences in potential hormone
10 exposures in fetal life and other -- other
11 biological -- biologic influences that we may not
12 understand.
13 Q  What about social influences?
14     MR. SELDIN:  Object to form.
15 A  I certainly think that our social world helps
16 to -- allows for people to put context to their
17 gender identity.
18     So, you know, if I was born on a desert
19 island and never had any exposure to any other
20 person, I might not have such a deep self-concept
21 of gender.  But because I'm placed in the world
22 and interact with the world, I'm able to
23 understand myself in the world in lots of
24 different ways, including gender identity.
25     So I think it's -- it is unclear all of the

Page 66

1  elements that impact someone's gender identity or
2  that -- not impact but that are -- that
3  contribute to one's gender identity.
4      I think of social impacts more as helpful in
5  putting context to one's gender identity.
6  Q  If you were born on a desert island and there was
7  nobody around and you didn't know, therefore,
8  about your gender identity, would you be still be
9  able to discern your sex?
10     MR. SELDIN:  Object to form.
11 A  Yeah.  You know, I think that if I was born on a
12 desert island and no one else was around, I would
13 just know me.  Right?  So I wouldn't know that
14 there was any diversity in any human
15 characteristics.  So I wouldn't have any
16 self-concept of sex, gender, or anything else.
17 Q  Notwithstanding that, would you still have sex
18 organs?
19     MR. SELDIN:  Object to form.
20 A  I presume that I would.
21 Q  Great.  So you mentioned on the biological
22 influences -- well, first, let's talk about
23 genetic because I want to make sure I understand
24 what you mean by that.
25     I guess my very simple take on it is that

Page 67

1  you're saying that if one's genetic parents had
2  some predisposition, that that could be passed on
3  to the children, but that still wouldn't explain
4  why the parents had it.  Is that -- am I looking
5  at it the right way, or is there some other point
6  you're trying to get across?
7      MR. SELDIN:  Object to form.
8  A  Yeah.  So I think that's boiling down genetics
9  into, you know, two sentences.  But I would say
10 that, you know, all of us have hundreds of
11 thousands or millions of genes, and those genes
12 encode information that dictates how all of our
13 cells work and dictates, you know, why my eyes
14 are blue and Harper's are brown.
15     But, you know, I think when I -- when I'm
16 talking about genetics here, I'm thinking about
17 how these genetic differences may have some
18 impact on one's gender identity.
19     And so, you know, I think that I use the
20 example of twin studies because, you know, what
21 we don't have is -- you know, there are certain
22 genes that have a very obvious function, and that
23 function is only one thing.  Right?  So if you
24 have -- if you have a gene mutation for
25 Huntington's disease, you're going to have

Page 68

1  Huntington's disease.
2      But other things are much more variable.
3  Right?  So height isn't just one gene.  It's
4  probably a whole host of genes working together
5  as a team to impact how the body works.
6      So some of those more complex human
7  characteristics that do have to do with genetics
8  have to do with genetics and in not so much one a
9  gene/one effect sort of way.
10     So oftentimes when you're trying to say,
11 like, well, how much are -- is genetics itself
12 contributing, you might think to look at twin
13 studies because identical twins share all the
14 same genes.  And so while it doesn't answer the
15 question about which genes, you know, you can use
16 those types of studies to understand if there's a
17 genetic impact on a human characteristic.
18 Q  And so are there such studies suggesting some
19 genetic connection to being transgender?
20     MR. SELDIN:  Object to form.
21 A  There are studies looking at twin pairs with a
22 question about, you know, concurrence of their
23 gender identity.
24 Q  Do you cite those studies in your expert report?
25 A  I believe so.  I'd have to go back and refresh my

Page 69

1    memory.
2  Q  **Can you just leaf through quickly and let me know**
3     **because I think -- I want to make sure I**
4     **understand which studies we're talking about.**
5  A  You know, I'm not sure now that I'm reading --
6     I'm reading paragraph 29, which I think is the
7     paragraph where I'm sort of talking about
8     biologic determinants of gender identity, and I'm
9     not want sure that I cited a twin study in this
10    report.
11 Q  **Why not?**
12 A  Because my expert report isn't able to cite all
13    of the volumes of evidence regarding all of the
14    biologic factors of -- biologic impact of gender
15    identity but was intended to be a helpful review.
16 Q  **Excuse me.  One second.**
17    MR. SELDIN:  Dr. Shumer, you've silenced
18    Mr. Fisher with your brilliance.
19    MR. FISHER:  Now you've done it.  All right.
20 BY MR. FISHER:
21 Q  **All right.  Well, let's take a look at Exhibit 8**
22    **which is, I think, the Chung study.  I think this**
23    **should -- yes.**
24       **Is this the Chung study that you cite in**
25    **paragraph 29?**

Page 70

1     (Shumer Exhibit 8 marked.)
2  A  Yes.
3  Q  **Okay.  And, you know, I did the best I could to**
4     **make it through this, but I'm wondering if you**
5     **could just show me where it says that there are**
6     **similar brain structures between trans women and**
7     **ciswomen.**
8  A  Well, I can't read the words because that's too
9     small.
10    MR. FISHER:  Yeah.  Let's blow it up a
11    little bit, if we could.
12 A  So I'm not seeing it on the words that I'm
13    reading right now.  If the -- if the cited paper
14    doesn't have that specific language, then there
15    may be a miscitation, but I'm not sure I can
16    answer your question.
17    MR. SELDIN:  Dr. Shumer, do you want to
18    go -- would it be helpful to go through the whole
19    report or --
20    THE WITNESS:  This particular paper?
21    MR. SELDIN:  Yeah.
22    THE WITNESS:  Probably.
23    MR. FISHER:  Harper, do you have it?
24    MR. SELDIN:  I mean, I could probably pull
25    it up for him, but maybe that's better to do at a

Page 71

1     break.
2     MR. FISHER:  Okay.  That's fine.
3     MR. SELDIN:  We'll just -- he hasn't had an
4     opportunity to review the whole thing, and it's
5     kind of hard on the screen, so --
6     MR. SELDIN:  Yeah.
7     MR. SELDIN:  -- before he says what's in or
8     not in the paper and he hasn't had a chance to
9     review, if you want to follow up on that question
10    after a break, maybe we can have him look more
11    thoroughly.
12    MR. FISHER:  Yeah.  That's a good idea.
13    MR. SELDIN:  Yeah.  Just maybe shoot me an
14    e-mail with the particular exhibit number, and we
15    can still go back after the next break, if you
16    want to.
17    MR. FISHER:  All right.  It's Exhibit 8.
18    Razi, can you do that?
19    MR. LANE:  I will do that.
20 A  I am seeing -- okay.  Yeah.  I mean, I think as
21    you said, this is a very dense paper.  So, you
22    know, I'm seeing in the first -- the first
23    paragraph here, "Differences in the size of the
24    human BSTc have been related to the gender
25    identity disorder transsexuality, in which

Page 72

1     subjects voice the strong feeling of being born
2     in the wrong sex.  In male-to-female transsexuals
3     the BSTc was similar in size to that of control
4     women, whereas in the only female-to-male
5     transsexual studied so far, the BSTc was similar
6     to that -- in size to that of control men."
7        You know, I think that what I wanted to just
8     point out is that this, obviously, is a very
9     complicated neurosurgical paper talking about
10    nuclei of the brain.  And nuclei are just sort of
11    areas of neurons.  And it is very clear --
12    very -- what do I want to say?  I do not claim to
13    be a neuroscientist and don't even know what some
14    of these, you know -- what some of these nuclei
15    do in terms of neuro function.
16       The point of citing this paper is that while
17    we don't understand why these nuclei may or may
18    not be aligning more with gender identity than
19    sex assigned at birth, that there is some data to
20    suggest that it does.
21       Does this answer the question of why someone
22    has one gender identity versus another?  I'm
23    not -- I'm not purporting that it does.
24       But, you know, I think that in some of these
25    very complicated and complex human

Page 73

1 characteristics, like gender identity, you know,
2 when we don't have a complete understanding of
3 the etiology of one's gender identity, there's,
4 you know -- there's a scientific search for some
5 of those answers.
6     Some of that searching has led to some of
7 this neuroscientific data, and so its
8 incorporation in the expert report, I don't want
9 to overstate that I -- that I know why these
10 nuclei are bigger or smaller in men and women and
11 trans people and, et cetera, but just to sort of
12 highlight that there's -- there are biologic
13 differences that are measurable in people with
14 different gender identities.
15 BY MR. FISHER:
16 Q  Is there overlap between the size of the stria
17    terminalis between males and females?
18     MR. SELDIN:  Object to form.
19 A  Absolutely.
20 Q  Can one determine the biological sex of an
21    individual by looking at the size of that
22    structure?
23     MR. SELDIN:  Object to form.
24 A  You can't.  And, you know, this is sort of
25    similar to what I -- how I would describe, like,

Page 74

1 human height.  Right?  So that you have certainly
2 biologic impact on height, and also people
3 assigned male at birth on average are taller than
4 people assigned female at birth, and there's
5 overlap.
6     So if you tell me the height of a person, I
7 cannot tell you if that person is assigned male
8 or female at birth.  But because there's
9 differences in those bell-shaped curves that do,
10 in fact, overlap, that we can then ascertain that
11 there is a biologic effect on human height.
12     In a similar way, as I understand it,
13 specific nuclei have different sizes in people
14 assigned male and female at birth.  Similarly to
15 height, there's overlap in those bell-shaped
16 curves, that you can't tell me the size of
17 someone's specific nuclei and then I can tell you
18 what sex they're assigned at birth.  And that
19 being said, that there seems to be some data that
20 gender -- that people with differences of gender
21 identity may have nuclei size more akin to their
22 sex assigned at birth.
23 Q  Is there -- with your height analogy, is there an
24    analogous, I guess, collateral inference to the
25    comparisons you're making -- or between trans

Page 75

1 people and natal sex?
2     MR. SELDIN:  Object to form.
3 A  No, I don't think so.  I think that was just to
4 explain why you can't use the size of a nuclei to
5 tell someone's sex assigned at birth.  That was
6 just sort of a --
7 Q  Oh.
8 A  -- a way that I like to think about it.
9 Q  Okay.  Are you familiar with neuronal plasticity?
10 A  I think I'm familiar with the term.  I have a
11 concept of what that means, yes.
12 Q  What's your understanding of what it means?
13 A  How our brain changes over time.
14 Q  Do we -- is it possible that there are social or
15    environmental effects that can change the
16    appearance of the stria terminalis?
17     MR. SELDIN:  Object to form.
18 A  I don't know the answer to that question.
19 Q  Okay.  Let's go on to Exhibit 9, which is the
20    Savic study, Sex Dimorphism.
21     (Shumer Exhibit 9 marked.)
22 Q  And, Doctor, similar to the last report, I just
23    need your help here.  Show me where this study
24    shows the -- a biological connection to
25    transgenderism.

Page 76

1     THE WITNESS:  Can you zoom in a little bit
2 more on the abstract there.
3     Thank you.
4     MR. SELDIN:  And, Mr. Fisher, while
5 Dr. Shumer reads, what do you think about
6 breaking a little bit after the hour just for a
7 couple minutes?
8     MR. FISHER:  Yeah, I was thinking the same
9 thing.  Thanks.
10     MR. SELDIN:  All right.
11     MR. FISHER:  I'd like to get through this
12 line of questioning first, but then we can.
13     MR. SELDIN:  No.  I won't hold you to the
14 exact minute.  And Dr. Shumer can go all day, but
15 I will need a break.
16 A  Thank you.
17     Yeah.  So this paper is comparing different
18 brain parts in postmortem analysis in
19 heterosexual men, heterosexual women, and trans
20 women.  And it -- and as you pointed out, this is
21 very dense and, you know, some of the
22 neuroscience is, of course, not in my wheelhouse.
23     I think that the authors are showing that in
24 some parts of the brain the -- the size was more
25 similar to the sex assigned at birth.  In other

Page 77

1  parts, it differed from both the sex assigned at
2  birth and cisgender women.
3       Again, what that means, I don't think that I
4  nor the author is going far enough to say, you
5  know, that the size of the hippocampus, for
6  example, is -- indicates your gender identity.
7       I merely included this article to
8  demonstrate that there are, you know, seemingly
9  certain parts of the brain that are more similar
10 to people with the same sex assigned at birth and
11 other parts which may differ.  And so I included
12 this to sort of build on that statement.
13 BY MR. FISHER:
14 Q  **So you think that this is a -- this shows that**
15    **there's a biological connection?**
16       MR. SELDIN:  Object to form.
17 A  So the statement in my expert report is that
18 gender identity has a biological foundation, and
19 well, certainly brain anatomy studies are not --
20 not -- not so open and shut that, you know, if
21 you're transgender you're -- this part of the
22 brain all of a sudden appears, you know.  It's
23 not that simple.
24      But there does seem to be some biologic
25 associations between some of these brain

Page 78

1  anatomy -- some of this brain anatomy and gender
2  identity.
3  Q  **Can you conclude from this study that brain**
4     **anatomy causes transgenderism?**
5       MR. SELDIN:  Object to form.
6  A  No.  I use it as an example to support the notion
7  that gender identity has a strong biologic
8  foundation.
9  Q  **Strong biologic foundation.  This shows that**
10    **there is a strong biologic foundation.  I guess I**
11    **don't really understand what that means.**
12       **Do we know that there's a biologic**
13    **foundation from this study?**
14 A  I don't -- I think this study is one of the
15 multiple studies that contribute to our
16 understanding of the biologic foundation of
17 gender identity.  That's why I included it in my
18 report.
19 Q  **Doctor, and I don't -- I'd really like to just**
20    **highlight in my own copy the relevant passage.**
21    **If you could just tell me where the relevant**
22    **passage is in this paper so I can highlight it,**
23    **just for my own utility.**
24 A  Okay.  Well, you know, one thing -- one part that
25 I would -- if you scroll back up.  You know, just

Page 79

1  in the abstract -- so two-thirds of the way down,
2  "MtF-TR displayed also singular features and
3  differed from both control groups by having
4  reduced thalamus and putamen volumes and elevated
5  GM volumes in the right insular and inferior
6  frontal cortex and an area covering the right
7  angular gyrus."
8       So it's saying that this group differed from
9  the two control groups in these specific areas.
10 Again, not saying that, aha, this -- the size of
11 your right insular and inferior frontal cortex is
12 the -- that's the gender -- the gender identity
13 answer right there.  It's included to build on
14 the rest of the literature surrounding biologic
15 foundation of gender identity.
16 Q  **Well, do you see the next sentence.  "The present**
17    **data do not support the notion that brains of**
18    **MtF-TR are feminized."**
19       **What is that sentence saying?**
20 A  So I think that their conclusion of all of these
21 different things led them to that statement.  So
22 there's some parts that are more similar and
23 other parts that are different.
24      So, you know, I -- I can't -- I don't feel
25 comfortable going into more detail about what all

Page 80

1  these findings mean.  Just to say that there
2  are -- there were some findings in this
3  particular study showing differences in the study
4  group compared to the control groups, and that's
5  why I included it in my report.
6  Q  **Do you think that the authors were wrong in the**
7     **abstract when they say "The present data do not**
8     **support the notion that brains of MtF-TR are**
9     **feminized?"**
10       MR. SELDIN:  Object to form.
11 A  I'm not -- I don't want to discredit the authors.
12 I'm just including it in my report based on
13 information that's contained in the paper
14 similar -- such as what we highlighted above.
15 Q  **Based on your understanding of this paper, do you**
16    **agree with that sentence, "The present data do**
17    **not support the notion that brains of MtF-TR are**
18    **feminized"?**
19       MR. SELDIN:  Object to form.
20 A  I'm not agreeing nor disagreeing.  I'm just
21 pointing out that there are some studies showing
22 brain differences in transgender people.
23 Q  **Well, but why didn't you mention this finding --**
24    **this conclusion in your report?**
25       MR. SELDIN:  Object to form.

Page 81

1   A   There are certainly lots of brain anatomy that is
2       unrelated to gender identity.  Right?  And more
3       to learn about brain -- brain anatomy differences
4       amongst males and females and people with
5       differences in gender identity.
6           As you said at the beginning of our
7       interaction, you know, is there a brain test
8       study that you can do to determine someone's
9       gender identity?  And the answer is no.
10          Does there seem to be some data to suggest
11      some differences?  In my review of the
12      literature, the answer seems to be yes.
13  Q   But not in this paper?
14          MR. SELDIN:  Object to form.
15  A   In this paper, I'm seeing several instances where
16      they had -- that they have brain structures that
17      they say were more similar to the people with the
18      same assigned sex at birth and others where
19      there's -- where there's differences.  So I think
20      that the -- the conclusion of the authors is
21      trying to summarize that.
22          In the course of reading the paper, I
23      included it in my report, not, again, to say that
24      this is -- this brain structure is the answer to
25      gender identity but to point out that there does

Page 82

1       seem to be some differences related to gender
2       identity.
3   Q   Did you not include the sentence that "The
4       present data do not support the notion that
5       brains of MtF-TR are feminized" because that
6       sentence didn't support your conclusion?
7           MR. SELDIN:  Object to form.
8   A   I think my conclusion that gender identity has
9       biologic foundation is based on a myriad of
10      different sources that I've tried to include at
11      least some of in my report and that -- that my --
12      that my use of citing this paper specifically was
13      an attempt to point that out.
14          But I didn't get as -- you know, obviously
15      there's -- one, two, three -- four citations at
16      the end of that sentence, so I didn't get as
17      granular as you're describing.
18  Q   Okay.
19          MR. SELDIN:  Mr. Fisher, we've been going
20      for over an hour.  Do you have more on this
21      paper?
22          MR. FISHER:  Not on this one.  I did want to
23      get into Luders and Berglund and Rametti.  But if
24      we need a break, that's fine.  We can take a
25      break.  We can come back -- and we can hit those

Page 83

1       before lunch then.
2           MR. SELDIN:  Great.  Why don't we come back
3       at 11:15.
4           MR. FISHER:  Awesome.  Thanks.
5           MR. SELDIN:  Thank you.
6       (Recess taken from 11:09 a.m. to 11:15 a.m.)
7   BY MR. FISHER:
8   Q   So let's turn now to Exhibit 10, the Luders
9       study, "Regional gray matter variation in
10      male-to-female transsexualism."
11          (Shumer Exhibit 10 marked.)
12  Q   Okay.  Doctor, this is another one of the studies
13      cited in paragraph 29 of your report?
14  A   Okay.  Yep.
15  Q   Okay.  And what is this study purporting to tell
16      us?
17          MR. SELDIN:  Object to form.
18  A   Well, I think, similarly, a discussion of very
19      specific brain findings that show measurable
20      differences that seem to be more aligned with
21      gender identity than sex assigned at birth.
22  Q   So if you would look, please, at page 4, the
23      first paragraph there under "Discussion."  I'm
24      sorry.  Not that one.  The next paragraph, where
25      it says "Further research."

Page 84

1           It says, "Further research needs to resolve
2       whether the observed distinct features in the
3       brains of transsexuals influence their gender
4       identity or possibly are a consequence of being
5       transsexual."
6           What do you take that sentence to mean?
7           MR. SELDIN:  Object to form.
8   A   I think that it is asking the question of
9       causality.  Right?  Is the -- the differences
10      that we're seeing, is it the cause of -- is it
11      contributing to one's gender identity, or does
12      the gender identity contribute to the finding
13      that we're describing in this paper?
14  Q   And this paper doesn't purport to tell us which
15      it is, correct?
16          MR. SELDIN:  Object to form.
17  A   This paper is describing the difference and then
18      asking -- in their discussion, like in any paper,
19      saying that there's limitations to this, that
20      they haven't -- that they're describing further
21      research needed to resolve the question of
22      causality in -- after their conclusion.
23  Q   Without an assessment of causality, how is this
24      paper evidence of a strong foundation -- strong
25      biological foundation of transgenderism?

Page 85

1          MR. SELDIN: Object to form.
2    A   You know, I think that it's fine to say that none
3        of these papers are a smoking gun that points to
4        a biologic root of gender identity, that in my
5        review of this material -- "this material,"
6        material related to genetics, hormonal
7        influences -- the conclusion that I come to is
8        that there is a biologic foundation to gender
9        identity.
10         Do we have all the answers to why? We do
11       not. I think that this paper is interesting with
12       respect to the fact that they are able to measure
13       these differences.
14         Are they able to prove causality? No, and
15       they say that.
16         But, you know, with all of the other
17       materials presented, my opinion is that there's
18       evidence to biologic foundation of gender
19       identity.
20   Q   Well, this one doesn't show it. Savic said you
21       can't -- that there isn't enough data. Is it
22       just Chung?
23         MR. SELDIN: Object to form. Misstates
24       testimony.
25   A   I'm testifying that -- if the question is, is

Page 86

1        there biologic foundation to gender identity, in
2        my review of all of the literature, including the
3        ones that I included in my expert report, my
4        conclusion is that there does seem to be.
5          That, you know, I think that when -- when
6        trying to answer a really challenging scientific
7        question, you know, that the findings of each
8        individual paper aren't going to lead you to a
9        definitive conclusion.
10         But in trying to answer that challenging
11       question, one pulls from a variety of different
12       sources to come to a conclusion.
13         The conclusion that I reached upon review of
14       this evidence is that there is a biologic
15       foundation to gender identity.
16   Q   Is that conclusion based on studies that are not
17       cited in paragraph 29 at all?
18         MR. SELDIN: Object to form.
19         COURT REPORTER: Doctor, you're frozen
20       again. I'm sorry. You'll have to start again.
21   A   Yeah. So I think my attempt in paragraph 29 was
22       to provide a representative sampling of some of
23       the data which supports the notion that gender
24       identity has a strong biologic foundation, you
25       know. Certainly there could be chapters written

Page 87

1        specifically just about that question, I
2        don't think that's why I was called as an expert.
3        But hope to, that -- in providing at least some
4        of the representative materials, that the point
5        would be sufficiently made.
6          Now, whether it is for each reader, I
7        suppose that -- that's up to you. But I hope
8        that -- at least my effort was to provide a
9        representative sampling of materials to
10       demonstrate the notion that gender identity has a
11       biologic foundation.
12   BY MR. FISHER:
13   Q   Well, thank you. But I guess I just really want
14       a yes-or-no answer.
15         When you say that "scientific research and
16       medical literature across disciplines
17       demonstrates that gender identity, like
18       components of sex, has a strong biological
19       foundation," are you relying on studies or
20       sources of evidence other than what's cited in
21       paragraph 29?
22         MR. SELDIN: I'm sorry, Mr. Fisher. Were
23       you reading from his declaration?
24         MR. FISHER: Yeah, I was. It's paragraph
25       29.

Page 88

1          MR. SELDIN: Okay. So -- sorry. I
2        apologize for interrupting.
3    A   I believe the answer to your question is yes.
4        You know, I think that the statement itself,
5        "scientific research and medical literature
6        across disciplines demonstrates that gender
7        identity, like other components of sex, has a
8        strong biological foundation," is a statement
9        that I agree with based on my understanding of a
10       wide variety of literature.
11         And for the purposes of writing this report,
12       I tried to include some of that literature but
13       certainly, you know, for the purposes of
14       logistics and brevity, can't include everything.
15         But I agree with the first sentence of
16       paragraph 29, and whether there's other citations
17       that could help support that statement that
18       aren't included, certainly there are. And I
19       guess that's where I would leave it.
20   BY MR. FISHER:
21   Q   Okay. So back to Luders. Does Luders say
22       anything about any connection between the -- kind
23       of the brain phenomena it was studying and sexual
24       orientation?
25         MR. SELDIN: Object to form.

Page 89

1  A  I don't recall.
2  Q  And if we look at -- back to the subject of
3     causality, if we look in that same paragraph that
4     we were talking about before, it looks like
5     the -- it's either the second or third sentence.
6     Well, the second sentence says that there may be
7     other variables affecting both the expression of
8     a transsexual identity and the neuroanatomy in
9     transsexuals that led to these observed
10    associations. "Some possible candidates include
11    genetic predisposition" -- which I think you've
12    mentioned -- "psychosocial, and environmental
13    influences, hormone exposures, or most likely an
14    interplay between these variables."
15       You're familiar with that sentence?
16  A  Yeah, I heard you read it.
17  Q  Yep. Had you read it before? Were you aware of
18     it before?
19  A  Yes. I've read this paper.
20  Q  And one thing I think I wanted to ask you about,
21     that I'm not sure we have any studies on, is the
22     hormonal connection. And what did you mean by
23     the hormonal connection -- the potential for
24     hormonal connection?
25       MR. SELDIN: Object to form.

Page 90

1  A  Well, so, for example, a patient population that
2     I also take care of is individuals with something
3     called congenital adrenal hyperplasia. And in
4     this condition, someone born with, you know,
5     chromosomal sex female has a problem in their
6     adrenal glands making certain hormones. And as a
7     result, in fetal life those individuals are
8     exposed to higher than level -- higher than
9     normal levels of androgens or what we would think
10    of as more masculine hormones.
11       And so babies born with congenital adrenal
12    hyperplasia, with an XX carrier type, often have,
13    you know, virilization of their anatomy to some
14    degree and require treatment for this condition
15    called congenital adrenal hyperplasia or CAH.
16       Now, after they're born, girls with CAH
17    receive medications to lower that androgen level
18    and lower it back into the normal female range.
19    That subsequently there are overrepresentation of
20    adult women with CAH that have a difference in
21    their gender identity.
22       And so the notion there is, you know,
23    perhaps does this fetal exposure to higher than
24    normal androgens in some way influence future
25    gender identity?

Page 91

1       I think that in other examples you have --
2  you know, in examples of -- for someone with a
3  chromosomal sex of XY, who during fetal life, you
4  know, was making testosterone and then had
5  amputation of the penis right after delivery, as
6  horrible as that might sound, and amputation of
7  the testes, and so the person raised female then
8  had a gender identity of male, potentially due to
9  impact of hormonal exposures.
10      I think that this notion that complicated
11 human characteristics, such as gender identity,
12 are likely an interplay of many different factors
13 is correct, that, you know, on the one hand my
14 CAH example might be -- it might be interesting,
15 but as it turns out, the majority of adult women
16 with CAH do not identify as men. Right?
17      So if it was only hormonal exposure, then we
18 would expect all women with CAH to be
19 transgender. If it was only the size of your
20 putamen or whatever, from these studies, then we
21 could use -- you know, use that as the test,
22 which we've talked about you can't.
23      So, really, that -- with a complex trait
24 like gender dysphoria, you know, these influence
25 of multiple factors, you know, similarly to other

Page 92

1  human characteristics seems to, you know, work
2  together in each individual person to help --
3  help to form our gender identity.
4  Q  Including social and environmental factors?
5       MR. SELDIN: Object to form.
6  A  Certainly I think that narrows -- you know,
7  there's lots of different exposures that we have
8  along the way. You know, we've talked about
9  hormone disrupters from the environment. You
10 know, there's a lot of different unknown factors
11 also involved with gender identity just like
12 other human characteristics.
13      So environmental exposures and factors
14 certainly could play a role, similarly, to
15 genetic, hormonal, and other biologic influences.
16  Q  Let's take a look at Exhibit 11. This is the
17     Bergland study, Male-to-Female Transsexuals.
18     (Shumer Exhibit 11 marked.)
19  Q  Doctor, are you familiar with this study?
20  A  Yes.
21  Q  Is this another of the studies cited in paragraph
22     29 of your declaration?
23  A  Yes.
24  Q  What is this study purporting to tell us?
25       MR. SELDIN: Object to form.

Page 93

1  A  So I use that as another example of the same
2     things that we've been talking about with respect
3     to, you know, search for variations in brain --
4     brain activity or anatomy based upon one's gender
5     identity.
6  Q  How many subjects were the focus of this study?
7  A  If you'd give me a second to zoom in a little bit
8     here.
9  Q  Yes.
10 A  So they studied 12 transgender individuals in
11    this particular study.
12 Q  Is that a statistically significant data set in
13    your view?
14       MR. SELDIN:  Object to form.
15 A  I think it depends on what question you're trying
16    to ask.  Right?  You know, I think that the
17    authors here are presenting a finding from 12
18    people.  Does this, again, answer the question?
19    Is this a smoking gun as to, aha, this is -- we
20    can use this particular test to find gender --
21    find someone's gender identity?  Of course not.
22       But I included it just, again, as another
23    representative example of the point that I was
24    trying to make with the first sentence of
25    paragraph 29.

Page 94

1  Q  So can you generalize from this study?
2       MR. SELDIN:  Object to form.
3  A  I'll give the same answer that I've been giving
4     for all of these studies, that as a -- when taken
5     in whole, I would suggest that these studies and
6     the body of literature, in my estimation, does
7     lay credence to the idea that there's biologic
8     foundation to gender identity.
9  Q  I'm not talking about the body of evidence.  I'm
10    just asking about this one study.  Can you
11    generalize from this one study?
12       MR. SELDIN:  Object to form.  Asked and
13    answered.
14 A  The study is part of the body of evidence that
15    I'm referring to.  So no one study is going to
16    answer such a complicated question as the one
17    you're asking.  I don't think the authors, when
18    they published this study, were thinking that
19    they were closing the book on what determines one
20    gender identity.
21       They were contributing to a body of
22    literature that I attempted to summarize.
23 Q  So, no -- the answer is, no, you can't generalize
24    from this study?
25       MR. SELDIN:  Object to form.

Page 95

1  A  I don't think I would change my answer to the one
2     I just gave.
3  Q  Well, I'm not clear what your answer is, really.
4     Just "yes" or "no."  Can you generalize from this
5     study?
6       MR. SELDIN:  Object to form.
7  A  Generalize what?
8  Q  Generalize the conclusions that they purport to
9     draw.
10       MR. SELDIN:  Object to form.
11 A  Okay.  So let's try to answer that.  So the
12    conclusion is that a person's --
13       MR. SELDIN:  Shawn, can you make it a little
14    bit bigger?
15       Thank you so much.
16 A  Okay.  So I think you're asking can we say how --
17    if a 13th person came along, how their -- how
18    their cerebral activation would work when
19    smelling 4,16-androstadien-3-one and estra-1,3,5
20    (10), 16-tetraen-3-ol?  You know, I don't think
21    that we can generalize what would happen to that
22    13th person.
23       And, you know, so the study is describing
24    what they found with the 12 people that they
25    studied.  Is this study helpful?  I think it's

Page 96

1  helpful.
2       Does it generalize to my work with
3  13-year-old patients that I'm seeing in the
4  office?  You know, I don't know.  I think that
5  depends on the question that I'm being asked when
6  thinking about that 13-year-old.  You know, if
7  the question is does this person need treatment
8  for -- should I be following the clinical
9  practice guidelines for the treatment of gender
10 dysphoria in this 13-year-old?  You know, I think
11 indirectly this helps with that question because
12 it helped to form the current guidelines that we
13 use in practicing medicine related to gender
14 dysphoria.
15       But I'm not thinking about this specific
16 article when generalizing to that 13-year-old in
17 the office.
18 BY MR. FISHER:
19 Q  So this study also has a statement -- and I was
20    hoping you could help me unpack it -- under the
21    "Discussion" -- I'm sorry.  It's not under the
22    "Discussion."  It's -- well, yes, it is.  It's
23    "Methodological Issues."
24       On page 1906, the paragraph that's on the
25    left column at the bottom, beginning "The primary

Page 97

1    hypothesis."
2    A  All right.  Can you orient me again, where you
3       were?
4    Q  Yeah.  Yeah.
5          MR. FISHER:  Right there.  If you could blow
6       that up a little bit, Shawn.  The paragraph that
7       begins "The primary hypothesis."  A little bit
8       farther down, Shawn.
9          There we go.
10   BY MR. FISHER:
11   Q  So in the middle of this paragraph, it says -- it
12      has -- well, it has a discussion about
13      homosexuality and transsexuality.  But it says,
14      "Nonhomosexual transsexuals may be heterosexual,
15      asexual, and bisexual."  And then it says,
16      "Optimally, our transsexual subjects should have
17      been strictly heterosexual according to the
18      present operative definition (having only female
19      sex partners), like our male controls."
20         So -- and I'm wondering, if you could,
21      please, just unpack that and help me understand
22      what these authors are saying about their
23      methodological limits in light of that statement.
24         MR. SELDIN:  Object to form.
25   A  All right.  You're going to have to give me a

Page 98

1    second here.
2    Q  Okay.
3    A  Okay.  So I think what's going on here is they're
4       saying, okay, we're trying to isolate gender
5       identity here and not be measuring differences
6       based on sexual orientation.  Right?  So, for
7       example, if you have -- if you have a finding
8       that smelling these chemicals has a different
9       response in gay men compared to straight men and
10      then you're now wanting to -- and that's -- and
11      that's a known fact.  Right?  Let's say that
12      that's a known fact, that smelling these
13      chemicals is different based on one's sexual
14      orientation.
15         Then you want to say, okay, well, I'm
16      interested in the -- I'm not interested in
17      learning more about sexual orientation.  I'm
18      interested in learning about gender identity.
19         They're saying that if you include -- if
20      you're doing a study with trans women now, that
21      you don't want to cloud the findings by including
22      people of various sexual orientations because
23      you're trying to isolate the finding that you're
24      looking for, which is related to gender identity.
25         That's how I would understand that sentence.

Page 99

1    Q  So do you understand them to be saying that they
2       were -- given their 12 subjects, they were unable
3       to control for sexual orientation?
4          MR. SELDIN:  Object to form.
5    A  I don't -- you know, I'm not sure.  I guess I --
6       I'd have to go back and see if they mention --
7       where they mention how they assess some -- the
8       subject's sexual orientation.
9    Q  Do you -- when you first read or when you studied
10      this paper have you thought about that control --
11      that methodological control and whether it was in
12      place and fully accounted for?
13         MR. SELDIN:  Object to form.
14   A  You know, I think that I had no knowledge of this
15      type of study in the first place, and so I think
16      that there -- you know, when I read this study,
17      you know, the question they're answering is one
18      that I'm not very familiar with, about brain
19      activation in sniffing different chemicals.
20      Right?
21         And so, you know, does that -- as to whether
22      there has ever been thought to be a difference in
23      that response based on someone's sexual
24      orientation, you know, I wasn't aware of that.
25      So when reading this sentence, you know, they're

Page 100

1    pointing out that question.  And I still don't
2    know the answer to that.
3       But what I do know is that this paper
4    continues to serve as, you know, one example of
5    the interesting but, you know, somewhat esoteric
6    findings that we see in the brains of people with
7    differences of gender identity.
8    Q  Well, when you decide to rely on a paper, do you
9       take into account the methodological controls
10      that are in place when it was written?
11         MR. SELDIN:  Object to form.
12   A  I do.
13   Q  Did you take into account this methodological
14      control when you were relying on -- deciding to
15      rely on this paper?
16         MR. SELDIN:  Object to form.
17   A  I did.  I felt like this paper was instructive in
18      regards to trying to support my -- my argument
19      that there's biologic foundation in -- biologic
20      foundation to gender identity despite the fact
21      that all articles have limitations.
22   Q  Well, but I'm worried about this specific
23      limitation.  Despite the failure to control for
24      sexual orientation, you felt that this said
25      something about gender identity?

Page 101

```
 1            MR. SELDIN: Object to form.
 2   A   If you -- I might be able to answer this question
 3       a little bit better if I am given a little time
 4       to read the whole paragraph, if you would.
 5   Q   Yeah. Go ahead.
 6   A   Okay. Thank you.
 7   Q   Yes.
 8   A   Yeah. So what they're saying is they
 9       purposefully did not include homosexual, as
10       they're referring to it, or gynecophile, people
11       attracted to women -- hold on.
12            Only nonhomosexual transsexuals were
13       included in this -- in the present study, is the
14       sentence before the one highlighted. So what
15       they're saying is they were thinking about this
16       question that you're asking. Should we be trying
17       to account for sexual orientation? And this is
18       how they did it. They excluded nonhomosexual
19       transsexuals.
20            The next sentence is saying, you know, but
21       of course we know that sexual orientation is a
22       spectrum and that some people are asexual. Some
23       people are bisexual. Do we know for sure if all
24       of the subjects in our study had ever been
25       attracted to someone of a different sex? You
```

Page 102

```
 1       know, impossible to say. But at least we tried
 2       to account for that by not recruiting
 3       nonhomosexual transsexuals.
 4            So, you know, I think that they're sort of
 5       going above and beyond to say like, yep, we
 6       didn't want to include this group. We didn't,
 7       but there's still -- you know, because sexual
 8       orientation is so complicated, you know, this is
 9       something that is, you know, still possible, that
10       maybe a participant or some participants have a
11       sexual orientation that's not so straightforward.
12            So if the question is does that make me feel
13       like this study should be disregarded, I would
14       say absolutely not.
15            I think that, you know, it's still
16       instructive to the degree that it helps as one
17       more, you know, piece of evidence regarding the
18       overall argument that I was trying to make.
19   Q   Given your observations about sexual orientation,
20       do you think it's possible to control for sexual
21       orientation when doing a study such as this or
22       other, you know -- a study of the brain when
23       you're trying to figure out if gender identity is
24       related to brain structure?
25            MR. SELDIN: Object to form.
```

Page 103

```
 1   A   I think it's possible to account for sexual
 2       orientation. You can ask what someone's sexual
 3       orientation is. You can include people that only
 4       provide a certain answer. And, you know -- but
 5       as a very complex trait, just like gender
 6       identity, you know, sexual orientation is not as
 7       black-and-white, as we know, as, you know,
 8       straight or gay. So I think that that -- you
 9       can -- you can account for it, but that like any
10       study there's going to be limitations that you
11       discuss -- in every study there is discussion of
12       these limitations.
13            So I don't think that brain studies
14       regarding gender identity are impossible to do
15       because people have a gender identity, but I
16       think it's something that researchers attempt to
17       control for, just like they did in this study.
18   Q   That was going to be my next question. You used
19       the term "account," and then in the last sentence
20       you used the word "control." Are you using those
21       two terms interchangeably from a scientific
22       perspective?
23            MR. SELDIN: Object to form.
24   A   I don't know how I was using them in that
25       sentence, but I would describe "control" in a
```

Page 104

```
 1       study as trying to isolate the finding that
 2       you're interested in. So if you're not
 3       interested in the effect of sexual orientation on
 4       the outcome, then you're going to attempt to
 5       enroll patients with the same sexual orientation
 6       and have the variable be something else that
 7       you're interested in.
 8   Q   Yeah. Fair enough. I just wanted -- you said
 9       that these authors attempted to account for it or
10       there could be an attempt to account. And I'm
11       wondering if that in your mind equates to
12       control.
13            If someone accounts for something, in your
14       mind again -- I'm just trying to understand what
15       you're saying -- is that the same thing as
16       controlling?
17   A   Yes.
18   Q   Okay. Let's go on to Rametti, Exhibit 12.
19       Rametti white matter micro structure.
20            (Shumer Exhibit 12 marked.)
21   Q   Okay. So, Doctor, is this the same Rametti study
22       cited in paragraph 29 of your declaration?
23   A   Yep.
24   Q   What is this study purporting to tell us?
25   A   This is sort of a very similar idea to the others
```

Page 105

1   that we've been reviewing, that there's
2   microscopic brain differences in people, that
3   while they overlap between the sexes, are subtly
4   different.  And that in this example they're
5   talking about a different part of the brain,
6   white matter, and referring to people assigned
7   female at birth, comparing these structures to --
8   so people that were assigned female at birth that
9   are not transgender.
10  Q   Do you know whether these authors controlled for
11      sexual orientation?
12  A   I don't recall.
13  Q   Under 4.2 -- this is on the -- I guess page 5, it
14      looks like.  4.2, Strengths and limitations.
15          MR. FISHER:  There we go.
16  BY MR. FISHER:
17  Q   4.2, Strengths and limitations.  The second
18      paragraph there says, "One limitation of this
19      study is that the conclusions are not
20      generalizable to male-to-female transsexual
21      subjects since we have not included a cohort of
22      nontreated male-to-female transsexuals."  Why
23      not -- I mean, why does that mean that it's not
24      generalizable?
25          MR. SELDIN:  Object to form.

Page 106

1   A   They didn't study that.  This is a study
2       regarding people assigned female at birth.
3   Q   So this white matter could be theoretically
4       associated with gender identity for female to
5       male and yet not be associated with male to
6       female?  Is that sort of the proposition we're
7       dealing with?
8           MR. SELDIN:  Object to form.
9   A   Well, I would say that they're saying that their
10      findings -- they have a finding in people
11      assigned female at birth, but they have nothing
12      to say about people assigned male at birth
13      because that wasn't the question they were asking
14      nor the question they're able to answer with
15      this study.
16  Q   And I'm just wondering at a theoretical level why
17      would we suppose that it would be different for
18      one, you know, female to male, but not male to
19      female?
20          MR. SELDIN:  Object to form.
21  Q   Why assume a difference?  Why not just say, well,
22      it's humans?
23          MR. SELDIN:  Object to form.
24  A   Well, I think you can assume anything you want,
25      but they're saying in this study they're not

Page 107

1   asking that question or able to answer it.
2   They're only discussing what they're studying,
3   which is people assigned female at birth.
4   Q   Well, notwithstanding that, do you think that
5       it's generalizable anyway from female to male to
6       male to female?
7           MR. SELDIN:  I'm sorry, Mr. Fisher, you
8   broke up during the question.
9           MR. FISHER:  Oh, I'm sorry.
10  BY MR. FISHER:
11  Q   I'm just wondering, notwithstanding this
12      limitation, do you think it's, in any event,
13      generalizable to the male-to-female transsexuals?
14          MR. SELDIN:  Object to form.
15  A   I don't know.  I think the question you're asking
16      is, you know, if we repeated this study and did
17      the study comparing people assigned male at birth
18      and compared the same white matter to people
19      assigned male at birth who are now -- that are
20      trans women, would there also be a significant
21      result of that study?  I don't know the answer to
22      that.
23          The answer to the -- this study is related
24      to trans -- trans -- trans men.  Right?  So I
25      don't know.

Page 108

1   Q   Okay.  I think we're done with that exhibit.
2           MR. FISHER:  It's getting close to noon.  Do
3   you want to -- this is a fine time to break for
4   lunch, Harper, if you like, or I can go a little
5   bit longer.  Whatever you think.
6           MR. SELDIN:  Yeah.  I think that's fine.
7   Just when we come back, let's just talk about
8   clock management.  Dr. Shumer needs to be done at
9   5:30.
10          MR. FISHER:  Oh.
11          MR. SELDIN:  By my count, you still are
12  going to be fine with your 7 hours with a
13  45-minute break and some lunch break, but, you
14  know, we can get down to minutes if you don't
15  think that's the case.  But how about we come
16  back at 12:45?
17          MR. FISHER:  Yeah.  I mean, you know, I am a
18  little concerned now that you mention it.  So is
19  12:30 too fast to get back?  Is that too soon?
20          MR. SELDIN:  Well, so I think as of 12:15
21  that you will be going three hours, with about 15
22  minutes of breaks built in.  So if we come back
23  at 12:45 or 1:00, you still have -- we have time
24  for breaks.  So I suspect we don't need to go to
25  the judge over 7 minutes.  So why don't we come

Page 109

1  back at 12:45, and everyone will be okay.
2      MR. FISHER: All right. Thanks. Sounds
3  good. We'll see everybody then.
4  (Luncheon recess taken from 11:55 a.m. to
5  12:44 p.m.)
6      MR. FISHER: Let's go back on the record
7  then.
8  BY MR. FISHER:
9  Q  Doctor, let's turn to your report again. This
10     time to paragraph 30. And here -- well, let's
11     wait till Shawn gets there.
12     MR. FISHER: This is Exhibit 2. Yeah.
13     There we go. Perfect.
14  BY MR. FISHER:
15  Q  So here you talk about varying degrees of gender
16     dysphoria; do you see that?
17  A  I do.
18  Q  And I'm wondering, how do you determine degrees
19     of gender dysphoria for a particular patient?
20     MR. SELDIN: Object to form.
21  A  Well, I think that's one of the important aspects
22     of my job. Right? So if someone has gender
23     dysphoria, then -- then we need to know -- well,
24     how is that affecting that person in their
25     day-to-day life? Is it that, you know, a person

Page 110

1  is uncomfortable wearing tight-fitting clothing
2  and would benefit from maybe a compression
3  garment for their chest? Or are they unable to
4  leave their house? Unable to shower?
5      You know, that -- I'm trying to understand
6  how the incongruence between assigned sex and
7  gender identity -- whether that's causing them
8  distress and how that distress is manifesting in
9  their relationship with the world and with other
10  people.
11  Q  Okay. And I understand the different, I guess
12     for lack of a better term, symptoms that you've
13     described, with the clothing or being unable to
14     leave the house.
15     But what do you mean there by "degrees"? Is
16     one of those more severe than the other, or are
17     they just different? Or how do you describe
18     that?
19  A  Yeah. So I would say that there's different
20     severity of gender dysphoria. You know, an
21     example that I could use is, you know, let's say
22     someone has -- say someone has anxiety, for
23     example. That's another DSM diagnosis. And
24     then, you know, an adolescent with anxiety, they
25     work with their parents, with their mental health

Page 111

1  professional, and their doctor to create a care
2  plan.
3      And let's say the child's anxiety is
4  relatively low, you know. They might manage that
5  anxiety by mindfulness or by avoiding things that
6  make them anxious or by, you know, talking about
7  their anxiety. Someone has more significant
8  anxiety, maybe they would receive medication to
9  treat their anxiety. With the ultimate goal of
10  reducing the anxiety.
11     And so, you know, how the anxiety is then
12  treated depends on the severity. There's
13  multiple nonmedical and medical treatment
14  options, and then you work with the adolescent
15  and their family in figuring out what the right
16  best next step is for treatment with the goal of
17  reducing anxiety.
18     For gender dysphoria, I was sort of -- you
19  know, I use that example to illustrate how gender
20  dysphoria has various degrees of severity. You
21  know, if a patient has gender dysphoria and that
22  their gender dysphoria seems to improve with
23  nonmedical interventions such as, you know,
24  getting a haircut or using the name or pronouns
25  that they -- that they've chosen to use or

Page 112

1  wearing clothes that makes them feel more
2  comfortable and then their dysphoria is more
3  managed, then that's great. Then the goal of
4  reducing gender dysphoria has been accomplished.
5      Now, if the person's gender dysphoria is
6  more severe, and while nonmedical interventions
7  may be helping, that's where we would consider
8  medical interventions such as the medications
9  that are outlined in my report.
10  Q  Is it appropriate to use nonmedical interventions
11     before proceeding to medical interventions?
12     MR. SELDIN: Object to form.
13  A  Absolutely. I think that a lot of times patients
14     that I see almost always have to some degree been
15     treating their gender dysphoria with nonmedical
16     interventions, you know. And so I think that in
17     the course of treatment of gender dysphoria,
18     nonmedical interventions are typically utilized
19     before even seeing the doctor.
20  Q  Well, do you see patients and say, well, we're
21     not ready for medical -- "In my professional
22     opinion, you're not ready for medical
23     interventions yet. Let's try some nonmedical
24     interventions"?
25     MR. SELDIN: Object to form.

Page 113

1   A   Yes, that's certainly happened.
2   Q   All right.  Let's -- so paragraph 31, you use
3       another term, the second line.  It says,
4       "clinically important distress in the person's
5       life."  And I'm wondering what makes a patient's
6       distress clinically important.
7   A   Yeah.  So I think that the DSM is trying to
8       providing guidance on the diagnosis of gender
9       dysphoria saying that there -- I believe the
10      words are maybe "distress or impairment in."  But
11      I think the idea here is that not only do I have
12      this feeling -- this negative feeling that we're
13      calling gender dysphoria here, but also it
14      matters for some reason.  Right?  That it's not
15      something that I can just shrug off and move on
16      with my day, that it's interfering with how I
17      move about the world or, you know, affecting my
18      grades or my relationship with my friends or my
19      feelings of self-worth.  It's contributing to my
20      life in a negative way that makes my life not as
21      good as if I did not have gender dysphoria.
22  Q   Is there a way to -- I don't know -- score that
23      distress to decide whether it's clinically
24      important, or you just have to sort of know it
25      when you see it, or how do you look at it?

Page 114

1   A   Yeah.  I think that comes with experience of
2       working with young people and talking about their
3       life and their mental health, you know.  So, for
4       example, when I'm, you know, talking to a mental
5       health professional that is taking care of a
6       child that has been diagnosed with gender
7       dysphoria, oftentimes they're reporting, you
8       know, how that gender dysphoria is impacting that
9       person's life, and so there's richness in that
10      story, of course.
11          There are different ways that you can, you
12      know, try to measure these things.  You know,
13      there are scales of self-esteem or depression and
14      anxiety scales.  You know, I think that the
15      richness, though, of the biopsychosocial
16      interview in understanding, you know, yes, I'm
17      hearing you about your gender identity but
18      what -- you know, how does that impact you on a
19      day-to-day life?
20          Hearing from the patient, hearing from the
21      parents, you know, building that relationship
22      with the family to understand these challenging
23      topics that help to understand if someone meets
24      the criteria for the diagnosis of gender
25      dysphoria.

Page 115

1   Q   Okay.  So there -- and I just want to make sure I
2       understand.  You can have a sense of discomfort
3       about your -- how your gender doesn't align with
4       your natal sex, but that discomfort alone isn't
5       enough to qualify you for the diagnosis of gender
6       dysphoria?
7           MR. SELDIN:  Object to form.
8   A   That's right.  So I think if we look, you know,
9       at the verbiage of the diagnosis in the DSM-IV, I
10      think you're describing, you know, Criteria A,
11      that there's distress.  Part B, which also is
12      necessary to make the diagnosis, talks about the
13      relevance of that distress.
14  Q   I've gotcha.  Okay.  All right.  So then in the
15      same paragraph, I think, it talks about -- this
16      is still 31 -- "Strong desire to be rid of one's
17      primary or secondary sex characteristics, a
18      strong desire to be treated as a member of the
19      identified gender, or a strong conviction that
20      one has the typical feelings of identified
21      gender."
22          So I'm wondering about this idea of
23      "strong."  How do you measure strong feelings
24      versus weak ones?
25  A   Again, I think that's part of the biopsychosocial

Page 116

1       interview.  So if -- you know, if I'm -- you
2       know, which is something that, you know, you're
3       trained to do as a mental health professional as
4       part of your job.  But, you know, I would say the
5       same way that someone would say, well, I'm kind
6       of feeling like this versus I feel like this and
7       it's really affecting me, you know.  You assess
8       these clinical criteria based on your interview
9       with the patient.
10  Q   So -- I don't know.  I'm imagining some patients
11      maybe they'll have a strong desire to be rid of
12      secondary sex characteristics but not primary sex
13      characteristics.  Does that ever happen?
14          MR. SELDIN:  Object to form.
15  A   That could certainly be the case for a particular
16      patient.  I think when we're talking about
17      these -- each of these lines here, I believe this
18      is -- like, in part A of the DSM criteria,
19      there's six sub criteria that need -- that two of
20      them need to be met.  So, you know, that doesn't
21      necessarily mean that everyone has all of these
22      features to meet criteria for gender dysphoria.
23          But, yes, someone could have a stronger --
24      could have stronger distress associated with
25      secondary sex characteristics than primary sex

1    characteristics, certainly.
2  Q  Would that patient be a good candidate for
3    pubertal suppression or cross-sex hormones?
4      MR. SELDIN:  Object to form.
5  A  They certainly could if they met criteria for
6    gender dysphoria and after, you know, review of
7    risks and benefits with this particular patient,
8    you know, that -- a patient like that could
9    certainly benefit from intervention in your
10   hypothetical.
11 Q  My hypothetical, just so we're clear, being a
12   strong desire to be rid of secondary sex
13   characteristics but not a strong desire to be rid
14   of primary sex characteristics.
15 A  Right.  So the desire to be rid of primary sex
16   characteristics is not a required element of
17   making the diagnosis of gender dysphoria.
18 Q  And not just that, but of prescribing and being
19   on pubertal suppressants or cross-sex hormones?
20 A  Correct.
21 Q  Okay.  Do you have a general protocol that you
22   use in your clinic for treating gender dysphoria?
23 A  Yes.
24 Q  What is that protocol?
25 A  So in our clinic, a patient will oftentimes be

1    referred by their primary care doctor or a mental
2    health professional.  The next thing that happens
3    is a triage phone call is set up with one of our
4    mental health professionals and the parent.  And
5    the purpose of that triage phone call is to
6    better understand why the referral was made.
7    Right?
8      So that sometimes the referral is made
9    simply because the parent is needing some
10   resources to help with their child's safety at
11   school.  For example, their child is getting
12   bullied, and they wanted to know how we might be
13   able to help with that.  And so our social worker
14   might, you know, provide resources to that family
15   to assess with that.
16     Other times they're looking for mental
17   health resources in their local area, and so we
18   can connect them with those services.
19     Sometimes the triage phone call elicits that
20   the parent and patient are concerned that the
21   patient does indeed have gender dysphoria, or
22   maybe without using those words they're saying my
23   child is really struggling with their gender
24   identity, and that in that situation, the next
25   step would be participating in an assessment

1    phase.
2      So in assessment, then, the patient would be
3    seen by one of our mental health professionals,
4    patient and family, to gather more information
5    over time about the child's gender identity, also
6    their social history, their family history, you
7    know, getting a real -- a really comprehensive
8    overview of what's going on with this child and
9    family.  The ultimate goal of that -- one of the
10   ultimate goals of that assessment is to determine
11   whether the child meets the criteria for gender
12   dysphoria.
13     And then there might -- then at the end of
14   that assessment phase, the mental health
15   professionals will provide recommendations,
16   recommendations to the family, you know; for
17   example, you know, these resources might be
18   helpful, you know.  The recommendation also might
19   be that, you know, seeing one of them -- the
20   medical doctors on the team would be an advised
21   next step for your particular situation.
22     If a medical visit is then set up, then
23   myself or one of our other providers would see
24   the patient and family and continue to gather
25   history and learn about the patient's experience

1    with gender identity.
2      We'll have had the advantage of, you know,
3    having learned a lot about the patient through
4    reading the -- reading the assessment from our
5    mental health provider and talking to the mental
6    health provider about their experience with the
7    patient and family.
8      And then in the course of that medical
9    visit, discussions about medical interventions,
10   and in thinking about those medical
11   interventions, they're relying on guidance from
12   the WPATH Standards of Care 8 and the Endocrine
13   Society Clinical Practice Guidelines.
14     And -- and then if a patient is on some sort
15   of medical intervention, then monitoring that
16   patient over time and continuing to follow up
17   with that patient through the course of
18   treatment.
19 Q  Does that break down into roughly four stages:
20   Triage, assessment, medical, and then monitoring?
21 A  I think that seems like a decent way to parse it
22   out, sure.
23 Q  Okay.  And then the assessment phase, that is, as
24   I understand it, what you referred to earlier as
25   kind of the psychosocial evaluation, is that's

1    what's going on there?

2         MR. SELDIN: Object to form.

3  A  Yes.  So I would say the -- I think how -- how

4     our -- our social worker describes it as a

5     biopsychosocial assessment --

6  Q  Biopsychosocial.  Okay.

7  A  -- which is, I think, just a fancy way of saying

8     learning everything there is to learn about this

9     patient's understanding of gender identity and

10    also getting a good sense of other aspects of

11    their life.

12 Q  How long does that process take, that assessment?

13 A  So the first visit with the social worker is

14    typically scheduled for three hours, and then

15    based on that visit, you know, the social worker

16    could determine what further visits are required

17    for the assessment.

18 Q  But it could be only one three-hour visit, and

19    then it gets forwarded to you for a medical

20    visit?

21         MR. SELDIN: Object to form.

22 A  You know, it really depends.  I think sometimes

23    patients coming in already have had an assessment

24    with a treating therapist that they've known for

25    several years and are coming with, for example, a

1     letter from the summary of the biopsychosocial

2     assessment that's already been done by someone

3     that's known them for a long time.  So in that

4     situation, oftentimes the one visit with our

5     social workers is all that's required to sort of

6     confirm.  But in other situations, subsequent

7     visits are necessary.

8  Q  Do you have a sense for sort of an average?

9         MR. SELDIN: Object to form.

10 A  An average number of visits with the social

11    worker?

12 Q  Yes.  Before the medical visit.

13 A  It's very individualized but, you know, somewhere

14    between one and two visits on average.

15 Q  Over how many weeks or months would those one or

16    two visits likely occur?

17 A  I think it's really variable.  Right?  So, like,

18    for example, at an initial assessment visit with

19    the social worker, the recommendation might be,

20    you know, I want you to, you know, continue to

21    evaluate and explore your gender identity working

22    with, you know a local mental health provider for

23    the next year.  And then we'll set up a return

24    visit.

25         Or it could be, you know, we haven't been

1     able to go through everything that I wanted to go

2     through to understand you so let's set up another

3     visit at my next available appointment.

4         So, you know, I think it -- it's -- you

5     know, I think that it's -- when we're dealing

6     with individual people here in medicine, it's not

7     so much, like, you know, triage, done;

8     assessment, bing; visit, check mark.  You know,

9     every single person requires a lot of individual

10    thought, you know.  How can I -- what is this

11    person telling me about themselves?  How can I

12    help them?  And, you know, what are some barriers

13    to care?  What -- what is unique about this

14    person that allows us -- that requires time for

15    considering X, Y, or Z?

16        So when you say "protocol" -- right -- I can

17    say that we have some sort of a protocol which

18    involves those sort of four phases that you

19    outlined.  But beyond that, the protocol breaks

20    down when you're talking about individual people

21    and their specific needs.

22 Q  Do you track data for how long people -- how long

23    your patients take from triage through the

24    medical visit?

25         MR. SELDIN:  Object to form.

1  A  I don't formally track data, but, you know, I

2     work there and can give estimates about how long

3     things take.

4  Q  So how long do you think it takes on average from

5     triage to medical visit?

6  A  Probably four to eight months.

7  Q  Is it -- if there's going to be maybe -- strike

8     that.

9         Do you ever prescribe either pubertal

10    suppressants or hormones at the first medical

11    visit?

12         MR. SELDIN:  Objection to form.

13 A  Yes.

14 Q  Okay.  So the monitoring, tell me about how

15    frequently you are monitoring your patients where

16    there's a medical intervention.

17 A  Typically I see patients every three months.

18 Q  Through their 18th birthday, or for how long?

19 A  Every three months over the first year of

20    treatment for sure.  And then, like I say,

21    because everyone is so individual and different,

22    you create a plan as to what follow-up looks like

23    moving forward.

24         So I have some patients that are, you

25    know -- that are doing so well that our visits

Page 125

```
 1   are -- are relatively straightforward, and we
 2   might space their visit out to every six months
 3   after, you know, two or three years of treatment,
 4   other patients that we're seeing more frequently
 5   and keeping it every three months.
 6        So it's, you know -- I find it helpful to
 7   set up an expectation for every three months, but
 8   then, you know, if someone doesn't require that,
 9   those every three-month visits, then the ability
10   to space that out.
11        I'll follow patients usually past their 18th
12   birthday.  I think that, you know, this is a
13   common problem in pediatrics.  We don't want to
14   get -- let go of our patients to adult care.
15   And, you know, I think for, again, individual
16   reasons there's different reasons why people
17   might prefer to stay with the pediatric provider
18   for a little longer versus going to their adult
19   provider.  Maybe they're finishing up college and
20   then moving to a different city.  So that's a,
21   you know, relatively straightforward time to make
22   that change.  Other people who are kind of just,
23   you know, maybe hanging around here, I might try
24   to transition somewhere between age 18 and 21 to
25   an adult provider in our community.
```

Page 126

```
 1   Q   But do you think it's important eventually to
 2       transition them to an adult provider?
 3   A   I do.
 4   Q   Why is that?
 5   A   Well, one reason is that adult transgender
 6       individuals have more options for care.  So in --
 7       if you're a pediatric patient, there's only, you
 8       know -- there's limited access to
 9       gender-affirming care providers.  And so if I
10       kept all of my patients into adulthood, then
11       there would be no availability for new pediatric
12       patients.
13            But I think more importantly, pediatricians
14       don't take care of adults in any -- don't take
15       care of their patients all the way through their
16       life for any medical problem, that when you're an
17       adult, there's other things that adult doctors
18       are better at than pediatric doctors.  And so
19       using their expertise is -- is just how medicine
20       works.
21   Q   For somebody who's experiencing gender dysphoria,
22       what form might that take?  What might that look
23       like if somebody has -- is an adult and has -- I
24       don't know -- issues that you don't feel equipped
25       to deal with as a pediatric provider?
```

Page 127

```
 1            MR. SELDIN:  Object to form.
 2   A   Well, of course, this isn't unique to just
 3       pediatric endocrinology or gender dysphoria, but
 4       I think adults have different problems than kids
 5       in a whole host of manners.  So, you know,
 6       there's -- I think adult doctors are better than
 7       pediatricians at assessing and treating for
 8       sexually transmitted infections, for example, or
 9       counseling on breast cancer screening or prostate
10       exams, you know.
11            I think that transgender adults are adults,
12       and an adult wouldn't see a pediatrician for any
13       of their medical problems.
14   Q   When you talk about, though, transitioning your
15       patients particularly for their gender dysphoria,
16       are you talking about transitioning them to other
17       endocrinologists that treat adults or just other
18       practitioners?
19            MR. SELDIN:  Object to form.
20   A   So in our community there's a host of different
21       providers from different specialties that have
22       expertise in gender-affirming care.  So in our
23       community here patients may choose to see an
24       adult endocrinologist, an adult gynecologist,
25       family medicine doctor, internal medicine
```

Page 128

```
 1   doctors.  There's high-quality experts in
 2   gender-affirming care in all of those fields in
 3   southeast Michigan.
 4   Q   What are you looking for in the monitoring
 5       visits?
 6   A   Well, I think that if I take a step back for a
 7       second, what is the goal of care?  Right?  When
 8       I'm seeing a patient for gender dysphoria or any
 9       medical problem, the goal is to improve the
10       patient's health and quality of life.
11            With gender dysphoria specifically, you
12       know, by improving gender dysphoria, my hope is
13       that -- the ultimate goal is that the patient is
14       living a happier, healthier, more successful
15       life, more confident, more comfortable in their
16       own skin, more comfortable in the world.
17            So ultimately the answer to your question is
18       what are we monitoring?  We're monitoring to see
19       how that's going.  Right?  That if a treatment
20       has been started, then -- you know, sometimes I
21       say -- sometimes I say to patients, like, okay,
22       the goal of testosterone for you.  And their
23       answer is, "I want my voice to be deeper because
24       that's going to be make me feel more comfortable
25       using my voice."
```

Page 129

1    And I say, "Well, that's a good goal, but,
2  really, my goal is that I want this intervention
3  to help you to be the healthiest, happiest person
4  that you can be." And that -- so I always kind
5  of circle back to that.
6    So when I'm seeing someone back in
7  follow-up, I -- the very first question that I
8  always ask if someone's on treatment of some
9  sort, for example -- well, the very first
10  question I ask is to make sure that I'm
11  addressing them using the correct name and
12  pronouns, and then subsequently my next question
13  is to ask them if they feel like the treatment
14  that they're on is still something that makes
15  sense for them to be on, is it something they'd
16  like to continue.
17    Because with any medical intervention, that
18  you make a decision at one point in time, and
19  then you're constantly reevaluating that plan,
20  whether you're starting a thyroid medicine or
21  antidepressant at the subsequent visit. You're
22  saying, "Okay. This was what our plan was at the
23  last visit. How did it go since last time? Do
24  you feel like we're on the right track? Is the
25  treatment that you're on still helping?"

Page 130

1    After that, you know, once we've established
2  that continuing on a certain treatment is
3  indicated, then my next question is, "Okay. Is
4  the dose that I prescribed the right dose?" And
5  so I think there's a lot of different factors
6  that go into that question.
7    I think of it as sort of four things in
8  treatment of gender dysphoria. One is are the
9  changes that were expected and desired occurring.
10  Number two is are the characteristics or physical
11  changes that are undesired not happening. Right?
12  So, example, menstrual periods for a trans man.
13  Number three, is there anything that you've
14  noticed taking the medication that you would not
15  say is a positive? For example, acne, with
16  someone on testosterone, is your acne getting
17  hard to control. And number four is what do the
18  blood levels tell us regarding your dose. So
19  following labs, such as hormone levels and other
20  metabolic parameters.
21    And using all of those four factors
22  together, then using -- sort of using all of
23  those factors to then say, okay, yes, we've
24  established that we're going to continue
25  treatment, and now do we need to adjust the dose

Page 131

1  or change how we're administering the medication
2  in any particular way, and then at the end of
3  that visit coming up with a plan.
4    The patient leaves with that plan, and then
5  at the subsequent visit back to the start.
6  Right? We left the last visit with the plan.
7  How did it go in between visits? Do you feel
8  like we're on the right track with our current
9  plan?
10 Q  **Do you have any patients that tell you, "No, I**
11    **don't want to continue with treatment"?**
12 A  I have had patients that have discontinued
13    treatment before.
14 Q  **Do you have a sense for how many?**
15 A  You know, I can think of four or five. I think
16    that, you know, a recent example of a patient
17    that discontinued treatment, had started
18    testosterone and had noticed on the testosterone
19    a deepening of the voice and masculinization of
20    the body. And at one of the subsequent visits,
21    you know, as I am saying, you know, "What have
22    you noticed since last visit," they said, you
23    know, "I've noticed X, Y, and Z. I'm really
24    happy with those changes, and I think that this
25    is where I'd like to stay." And they said that,

Page 132

1  you know, in the course of treatment with
2  testosterone, they have a better understanding of
3  their gender identity as nonbinary masculine.
4    So what that meant to them was they liked
5  to -- they feel better presenting themselves as a
6  masculine person but continuing to masculinize
7  wouldn't cause -- wouldn't result in further
8  improvement in gender dysphoria, that the
9  treatment that had occurred up to this point was
10  helpful, and that's where they wanted to stop.
11    Similarly to someone who benefit -- may
12  benefit from social transition but doesn't
13  require medical transition. Right? So, you
14  know, I think that we can think of these
15  gender-affirming care interventions as tools in
16  our tool kit to address someone's gender
17  dysphoria, but then constantly reevaluating, you
18  know, where are we now? What are our subsequent
19  goals? Do our goals today -- how do they align
20  with our goals from the last visit? Have we
21  achieved our goals? And, you know, let's make a
22  new plan each time.
23 Q  **I'm going to switch gears now just a little bit.**
24    **What is precocious puberty?**
25 A  It's puberty that begins at an age that's younger

Page 133

1  than normal.
2  Q  Is it the same thing as being transgender or
3     having gender dysphoria?
4        MR. SELDIN:  Object to form.
5  A  It is not the same thing, no.
6  Q  Is precocious puberty correlated with being
7     transgender or having gender dysphoria?
8        MR. SELDIN:  Object to form.
9  A  Not that I'm aware of.
10 Q  How is precocious puberty treated?
11 A  Well, precocious puberty can be treated in a
12    variety of different ways, but one -- one common
13    treatment approach to treating precocious puberty
14    is the use of GnRH agonists.
15 Q  Okay.  What does that do?
16 A  So in our -- it's kind of -- puberty is a really
17    fascinating endocrine process.  Now you're
18    getting me excited to talk about endocrinology
19    for a second, so --
20       MR. SELDIN:  Now, Mr. Fisher, you're going
21    to want to hear everything about this so --
22       MR. FISHER:  Uh-oh.  I'm going to regret
23    this.  No.
24 BY MR. FISHER:
25 Q  Go ahead.

Page 134

1  A  It's interesting because puberty is a process
2     where all these systems in our brain are doing
3     nothing throughout childhood, and then all of a
4     sudden the hypothalamus starts making a hormone
5     signal called GnRH, gonadotropin-releasing
6     hormone, and releases it in pulses.
7        And the pulses of GnRH tell the next part of
8     the brain, the pituitary gland, to make
9     luteinizing hormone and follicle stimulating
10    hormone, LH and FSH, pulses.  And that LH and FSH
11    then tells the testes or ovaries to make
12    puberty-related hormones.
13       So how GnRH agonists work -- an agonist is
14    something that is similar to.  Right?  So you
15    would say, hmmm, GnRH agonist, wouldn't that make
16    puberty happen more?  But, no.  If you're giving
17    GnRH as a stable dose, you're interfering with
18    the pulses, and you need the pulses for LH and
19    FSH to be made in pulses.
20       So you're basically using a hormone that's
21    currently already there, but instead of pulsing,
22    giving a stable -- in a stable way, and that
23    interferes with the production of LH and FSH.
24    The end result being that you stop making puberty
25    hormones from the testes and ovaries.

Page 135

1  Q  Is that the only treatment, the GnRH agonists?
2  A  For precocious puberty?
3  Q  Yes.
4  A  No.  I think -- well, you know, precocious
5     puberty by definition is, you know, puberty in
6     someone assigned female at birth prior to age 8,
7     puberty in someone assigned male at birth prior
8     to age 9.  Not everyone with precocious puberty
9     requires treatment, you know.  If -- if, for
10    example, someone assigned female at birth is 7
11    and a half and they're starting puberty, you
12    know, you think, well, why would we want to
13    treat?  You could treat for social concern of
14    starting puberty that young or to preserve final
15    height, for example.
16       But oftentimes, you know, patients and
17    families in discussion with their endocrinologist
18    may decide, you know, we'll just let puberty
19    happen a little early assuming that it's not
20    being caused by some pathologic problem.
21       And, you know, in the past people would
22    treat precocious puberty with other hormones like
23    progesterone.  But, you know, I think in terms of
24    medical treatment, I would say GnRH agonist is
25    the most common treatment for precocious puberty.

Page 136

1  Q  How early have you seen precocious puberty start?
2  A  Less than 1.
3  Q  And I assume in that context, it would be
4     important to treat the precocious puberty with a
5     GnRH agonist?
6  A  Yes.
7  Q  Why is that?
8  A  Well, I think there's several reasons.  One is
9     that, you know, if you have -- let's say, for
10    example, a 3-year-old, you know, if you have
11    precocious puberty when you're that young,
12    usually it's being caused by some other
13    pathology, like a brain tumor or something like
14    that.  But, regardless, if you go through puberty
15    at age 3, then you're going to go through a fast
16    growth spurt.  You're going to be the tallest
17    3-and-a-half-year old, an extremely tall
18    4-year-old.  Then you're going to be done growing
19    because you've already completed your growth
20    spurt, and then you're going to be a very short
21    adult.  So going through puberty very young
22    confers a risk for short stature.
23       I think also from social reasons, you know,
24    being the only kindergartener that has completed
25    puberty would be challenging from a social

Page 137

1    standpoint.
2  Q  Okay.  Paragraph 36 in your report says, "Based
3     on longitudinal data and my own clinical
4     experience, when transgender adolescents are
5     provided with appropriate medical treatment and
6     have parental and social support, they are more
7     likely to thrive and grow into healthy adults."
8     And then you cite the de Vries study from 2014.
9        And I'm wondering, first of all, what you
10    mean there by "appropriate medical treatment."
11 A  I would say that I mean that when a person is
12    assessed to have the diagnosis of gender
13    dysphoria and counseled on medical options, that
14    when the result of those discussions result in,
15    you know, the treatment with medications such as
16    GnRH agonists or gender-affirming hormones, that
17    there's a favorable outcome compared to no
18    treatment.
19 Q  But, and then you say, "and have parental and
20    social support."  So I'm wondering if the
21    likelihood of transgender minors thriving and
22    growing into healthy adults is more dependent on
23    the parental and social support or on the
24    appropriate medical treatment.
25       MR. SELDIN:  Object to form.

Page 138

1  A  You're wondering about that, or you're asking me
2     what I think about that?
3  Q  Yeah.  Yeah.  I'm asking.  Yeah, that's a way of
4     asking you.  Is it more dependent on that?
5  A  Oh.
6  Q  Which is it more dependent on?
7  A  Right.  So, you know, I think that that's a
8     question that requires a lot of careful
9     investigation -- right? -- because we're trying
10    to separate these two really important things.
11       So, you know, I think that we have evidence
12    to suggest that both of those are very important.
13    So, for example, on the parental and social
14    support side, that data from Christina Olson, I
15    believe, demonstrated that, you know, the -- for
16    example, prepubertal children with a high degree
17    of parental support and community support had
18    similar rates of anxiety and depression as their
19    controlled siblings, for example.  Whereas the
20    general population of youth that are transgender
21    have worse -- or higher incidence of co-morbid
22    mental health problems.
23       So that's just one example of a study
24    demonstrating that, yes, parental support and
25    social support have an impact on how a

Page 139

1     transgender child is able to thrive, which I
2     think also makes some intuitive sense.
3        Then, you know, what about medical
4     treatment?  How can we isolate that?  Right?  So
5     I think that's a harder one -- right? -- because
6     as we talked about, we can't do that randomized
7     control trial with gender-affirming care either,
8     that -- that for reasons that I mentioned before,
9     you know, first of all, you wouldn't be able to
10    randomize and blind the study.  You couldn't
11    assign people to pubertal blockers and no puberty
12    blockers because people would realize that
13    they're not on the real medicine because they're
14    going through puberty.
15       And you can't expect people to sign up for a
16    study that they don't believe has scientific
17    equipoise, meaning that most people would think
18    that participating in the treatment arm would be
19    beneficial than the control arm, so no one would
20    sign up.  You wouldn't be able to see those
21    patients across enough time to make the
22    randomized control study meaningful.
23       So then we have to approach this question
24    that you're asking in a different way.  That, you
25    know, we have other ways that we can investigate

Page 140

1     scientific questions, such as a longitudinal
2     study, such as retrospective studies, such as
3     shorter, more discrete questions in a
4     longitudinal study, like before and after one
5     specific intervention.
6        And so those are the types of studies that
7     help to inform the fact that, yes, appropriate
8     medical treatment does have positive impact on
9     people with gender dysphoria.
10 Q  Paragraph 37 -- let's see.  Oh, I see.  Yes.  It
11    says -- so you want a comprehensive
12    biopsychosocial assessment, which you mentioned
13    earlier, first step, "performed by a provider
14    with experience in gender identity."
15       How much experience in gender identity
16    should a provider conducting a comprehensive
17    biopsychosocial assessment have?
18       MR. SELDIN:  Object to form.
19 A  Well, I think that every mental health
20    professional has a degree because they've gone
21    through some sort of rigorous training program.
22    Right?  That with -- whether you're a social
23    worker, a psychologist, psychiatrist, you know,
24    as part of the credentialing that you receive
25    implies that you've gone to a school that is

1  capable of licensing you in your field.
2      And so, you know, while I'm not familiar
3  with all of the credentialing rules for different
4  fields, that those rules are designed to imply
5  that someone that's completed that degree has the
6  skills needed to perform a biopsychosocial
7  assessment of a person for any particular reason;
8  that, I think, experience in gender identity, you
9  think, I think that people gain that by, you
10  know, reading, by reading articles in their field
11  on gender identity, maybe by observing others,
12  maybe by attending a formal course.
13      But I think that, you know, we don't --
14  there isn't a, you know -- a stamp of approval
15  that you have, like, now I have -- I have enough
16  experience in gender identity that I can diagnose
17  gender dysphoria, just like there's not a similar
18  stamp for a mental health professional to
19  diagnose, you know, major depressive order.
20      I think that healthcare professionals are,
21  though, however, trained to become competent in
22  understanding how to use the diagnostic and
23  statistical manual, and that skill certainly is
24  helpful in gaining experience in making the
25  diagnosis of gender dysphoria.

1  Q  So is every medical health professional meeting
2      the definition of experience in gender identity
3      that you describe in paragraph 37?
4          MR. SELDIN:  Object to form.
5  A  I would imagine that not every healthcare
6      professional would describe themself as
7      experienced in gender identity, no.
8  Q  Well, is that all that matters, is how they
9      describe themselves?
10  A  Well, I think if someone is saying that they're
11      competent in an area of practice that they're not
12      competent in, then that's a different problem
13      altogether.  Right?  So if I was to start
14      treating someone for Crohn's disease as a
15      pediatric endocrinologist, you know, I can
16      because I have a medical license, but I'm not a
17      pediatric gastroenterologist, so I wouldn't
18      really feel comfortable doing that.  You know,
19      could I open a private practice and treat Crohn's
20      disease?  Sure.  But I don't think I would be
21      very effective.
22          And so, no, there's no -- there's nothing
23      that's legally getting in the way of someone with
24      a certain degree of claiming to be something
25      they're not.  But I think from an ethical

1  standpoint, that if someone is diagnosing someone
2  with gender dysphoria and writing in the letter
3  that they're providing related to that
4  assessment, that they have expertise in gender
5  identity, then that's a part of the professional
6  aspect of medicine that allows us to work
7  together.
8  Q  So you would expect that statement to be in some
9      kind of a letter that you get from somebody who's
10      done that assessment, that they state their
11      background and make that representation that they
12      have experience in gender identity?
13          MR. SELDIN:  Object to form.
14  A  I think different people do it different ways.
15      You know, I think that in our clinic, we don't
16      rely on letters so much because we have in-house
17      assessment.  I think other providers may use
18      letters from mental health professionals.
19      Others, you know, may set up their system of
20      assessment in different ways.  But it is a common
21      approach to, you know, describe -- describe
22      yourself and your practice when you're providing
23      a letter regarding a certain type of care.
24  Q  I've gotcha.  So paragraph 57 of your report, and
25      here we're talking about the initiation of GnRHa

1  which another term for that is puberty blockers I
2  think maybe we've talked about.  Is that
3  accurate?
4  A  That's right.
5  Q  Yeah.  So part of that -- so prior to the
6      initiation of that, the providers counsel
7      patients and their families extensively on the
8      potential benefits and risks.  And I'm wondering
9      what the potential risks of starting puberty
10      blockers is that you -- that's important for
11      providers to counsel patients about.
12  A  Yeah.  So I think that the -- I think in order to
13      frame that conversation, we have to just remind
14      ourselves about the purpose of prescribing the
15      pubertal suppression.
16          The purpose is that the patient is in
17      puberty and that continued progression further
18      into puberty has the potential to cause an
19      increase in distress or worsening gender
20      dysphoria and that the development of those
21      secondary sex characteristics may make it more
22      challenging for that person now and into the
23      future.
24          So we're using the GnRH agonists to stop
25      that progression.  With any medication there's,

Page 145

1  you know, potential risks.  I would say that the
2  most common adverse reaction that I see with GnRH
3  agonists is pain at the injection site.  I most
4  often use injectable Lupron or leuprolide as a
5  GnRH agonist.  And so every three months the
6  patient gets that medication administered
7  intramuscularly, and pain at the injection site
8  or sometimes local site reaction or bleeding can
9  occur, that the -- the side effects of GnRH
10 agonists, oftentimes you can think about it like,
11 well, are the side effects of not going through
12 puberty right now.  Right?  Well, not going
13 through puberty is the intended effect, but
14 puberty is more than just developing facial hair
15 or breasts.  Right?  There's other things that
16 happen during puberty, such as you go through a
17 growth spurt.
18     So on GnRH agonists, someone will continue
19 to grow.  Every year a child gets a little bit
20 taller, from 5 to 6 to 7 to 8, every year a
21 little bit taller at a prepubertal speed.  If
22 someone's on GnRH agonists, they'll continue to
23 grow taller every year, but it will continue to
24 be at a prepubertal speed.  That at some point
25 that child will go through puberty, and at that

Page 146

1  time they will go through their growth spurt.
2     And so we are sort of delaying the growth
3  spurt.  So I think that you could consider that a
4  side effect.  We don't need the person's growth
5  spurt to be delayed.  That's not why we're using
6  the medicine.  We're using it for delaying the
7  development of secondary sex characteristics.
8  But, consequently, we're also delaying their
9  growth spurt.
10     I think in a similar way we think about bone
11 density development.  So every year a child's
12 bone density gets a little stronger, and that
13 would be occurring at a prepubertal speed.
14 During puberty, whether it's puberty from
15 testosterone or from estrogen, our bone density
16 gets stronger faster.  I sometimes call that the
17 bone density spurt, in relation to a growth
18 spurt.
19     And so if you're using a GnRH agonist, your
20 bones are going to continue to get a little
21 stronger just as they have been every subsequent
22 year, but it's not until you go through puberty,
23 either by discontinuing the GnRH agonist or
24 starting gender-affirming hormones, that you'll
25 have that bone density spurt.  We're delaying the

Page 147

1  bone density spurt.
2     That the -- I think a really important topic
3  to talk to patients about is, you know, what we
4  know and what we don't know about how
5  gender-affirming care may or may not impact
6  fertility.
7     So, for example, GnRH agonists themselves
8  have no impact on fertility.  Right?  That if we
9  think back to their use in precocious puberty,
10 you hold off someone's puberty when it's time for
11 puberty to commence.  The medication is stopped,
12 and so people treated with GnHR agonists have no
13 difference in fertility as adults.
14     That being said, endogenous puberty to a
15 certain degree is important for the ability to
16 produce sperms or eggs using one's body.  So that
17 GnRH agonists themselves do not affect fertility,
18 but if that person is going to go from GnRH
19 agonists to hormonal interventions later in
20 adolescence, then we still have not progressed
21 into puberty far enough perhaps to have sperm or
22 eggs available for use or preservation.  So that
23 person will at some point need to go through
24 endogenous puberty if they would like to attempt
25 fertility.

Page 148

1     So while GnRH agonists themselves don't
2  impact fertility, I like to have conversations
3  about that topic sort of earlier on in the
4  process of talking about these medical
5  interventions as we're sort of outlining sort of
6  future goals -- potential future goals and plans.
7     I think that those are some of the major
8  focus points that I discuss with patients with
9  respect to GnRH agonists.  But open to any
10 follow-up there.
11 Q  I'm wondering -- I think you maybe touched on
12    this just a little bit, but I'm wondering in
13    general or, I guess, maybe more -- actually not
14    in general -- more specifically, are there ways
15    that pubertal development will be different in a
16    patient -- and here we're not talking about
17    precocious puberty patients.  I'm talking about
18    gender dysphoric patients.
19        Pubertal development would be different in a
20    patient after the patient started on puberty
21    blockers?
22        MR. SELDIN:  Object to form.
23 A  Sorry.  Can you -- I think you're trying to
24    describe a hypothetical where you're -- are you
25    starting GnRH agonists and then stopping them and

1    allowing endogenous puberty?

2  Q  **Exactly, yes.**

3  A  Yeah.  Yeah.  Well, I think one question that a

4     lot of people might ask is you, know, does

5     puberty resume.  Right?  Is there a risk of

6     puberty not resuming if you start GnRH agonist?

7     And the answer is, yes, it resumes.  By

8     withdrawing from the GnRH agonists, that the

9     pulse generator, you know, turns back on, and

10    puberty resumes.

11       And when that happens, those signals start

12    up again.  Testosterone or estrogen rises, and

13    puberty kind of continues from the place that it

14    was at when it was stopped.

15       So I think in that respect I would say, no,

16    I think that there isn't significant difference

17    aside from age when -- if someone were to

18    discontinue GnRH agonists and allow for

19    endogenous puberty to recommence.

20 Q  **So no difference than if they'd just gone through**

21    **puberty without any agonists -- GnRH agonists?**

22 A  Right.  It's shifted in time but I -- yeah, I

23    can't think of other significant differences in

24    how their puberty would progress.

25 Q  **Do puberty blockers increase brain pressure?**

1       MR. SELDIN:  Object to form.

2  A  Generally, the answer I would say is no.  You

3     know, I think that there is a couple -- couple

4     relevant articles regarding that question.  I

5     think you're talking about a phenomenon called

6     pseudotumor cerebri.

7       So pseudotumor cerebri is basically an

8     increase in intracranial pressure because you're

9     making too much spinal fluid.  So pediatric

10    endocrinologists are really familiar with this

11    condition because one of our other medications

12    that we use a lot has had a known risk for

13    pseudotumor cerebri, and that's growth hormone.

14       So one of the things that we've known about

15    growth hormone is that a very, very small

16    percentage of people but, you know, seemingly

17    large enough to know that growth hormone can be a

18    risk factor, have an increase in intracranial

19    pressure usually within the first several months

20    of starting growth hormone.  And if that does

21    occur, then we pause the growth hormone and --

22    usually that presents as a headache, that we

23    pause the growth hormone, let the issue resolve,

24    and then resume the growth hormone at a smaller

25    dose.

1       Now, I think it was a year ago or so there

2     was a report that -- I believe it was six people

3     in -- you know, of course, representing a very

4     small fraction of the tens of thousands of people

5     that have been prescribed GnRH agonists, but six

6     people have been reported to have pseudotumor

7     cerebri while also being treated with GnRH

8     agonists.

9       I think sort of the implicit question is --

10    well, just like you've been asking me a lot -- is

11    it cause or effect, or, you know, is it

12    associated or causative?  And while it's a little

13    bit unclear, I think it was, you know -- you

14    know, an important enough finding that the FDA

15    announced that these six patients had this

16    experience.  I think -- I believe five of them

17    were using GnRH agonists for precocious puberty

18    and one for gender dysphoria.

19       Subsequently, I think there was a study in

20    Sweden looking at all of the patients in their

21    country on GnRH agonists, and they had zero

22    people with pseudotumor cerebri and other people

23    with pseudotumor cerebri, you know, for unknown

24    reasons.

25       So I think it's a little bit unclear, but it

1     is something that I mention to patients as sort

2     of a question that has been raised.  I think,

3     regardless, I would hope that anyone that's

4     experiencing a sudden onset of extreme headache

5     would let me know and that -- that being said, I

6     haven't had that -- I haven't had a patient that

7     has had pseudotumor cerebri from GnRH agonists

8     nor do I know of any colleagues that have had

9     that occur.  But I have had patients with this

10    problem on growth hormone and feel comfortable in

11    managing it if were to come up.

12       MR. FISHER:  Okay.  I think looking at my

13    outline, I probably have a few more questions

14    along this line, but let's go ahead and take a

15    break, and then we'll come back.

16       I just don't think I'm going to get to any

17    better breaking point in the next few minutes.

18    So let's take five minutes, and we'll be back at

19    1:51.

20       (Recess taken from 1:46 p.m. to 1:52 p.m.)

21 BY MR. FISHER:

22 Q  **Doctor, do puberty blockers limit mental or**

23    **emotional development during, you know, what**

24    **otherwise would be a normal period of puberty?**

25       MR. SELDIN:  Object to form.

Page 153

1  A  They do not.
2  Q  Let's take a look at paragraph 64.  Here we're
3     talking about hormone treatment.
4  A  Yes.
5  Q  And the last sentence of the paragraph, over on
6     page 17 -- there we go -- it says, "If starting
7     hormonal care after completing puberty,
8     discussion of egg or sperm preservation prior to
9     starting treatment is recommended."
10        So here we're talking about your
11     consultations with those with gender dysphoria
12     who may be interested in hormonal treatment.
13        And so I'm wondering, why is that important,
14     to recommend cryopreservation?
15        MR. SELDIN:  Object to form.
16  A  Yes.  I'm happy to answer that question.  But,
17     I'm sorry, can you tell me which paragraph we're
18     in so I can just keep up.
19  Q  Yeah, sorry.  Paragraph 64.
20  A  Okay.  Yeah.  Next page.  Yeah.  Okay.
21  Q  Yeah, it's just on the next page.
22  A  Okay.  Yeah, so, you know, I think as I was
23     starting to talk a little bit about with GnRH
24     agonists, that you need to go through a certain
25     degree of pubertal development to make sperm or

Page 154

1  eggs, that when someone is starting
2  gender-affirming hormones, you know, the goal of
3  those hormones are to raise that hormone level up
4  to what's normal for a person -- that person's
5  age with sex assigned at birth, congruent with
6  that gender identity, and lower the hormone
7  levels that they're making down to what's normal
8  for that person's sex.
9     And in so doing, there's, you know,
10  considerations that we think about with respect
11  to fertility.  So if we take trans men as an
12  example -- right? -- that someone's being treated
13  with testosterone, we might expect the menstrual
14  cycle to be suppressed.  And so without having a
15  menstrual cycle, someone is less likely to become
16  pregnant.  Less likely but not impossible --
17  right?  Every day there's situations where even
18  trans men on testosterone is -- becomes pregnant,
19  but that -- it's less likely when you're not
20  having a regular cycle.
21     That if someone down the road that has been
22  on testosterone treatments says, "You know what?
23  It's the time in my life where I'm thinking about
24  my family planning options, and I think using my
25  body to make a baby is what I would like to do,"

Page 155

1  then what that person would do is they would come
2  off of their testosterone.  They would wait for
3  their periods to resume.  And, you know, we do
4  have some data to suggest that a large majority
5  of patients will have resumption of their
6  menstrual cycle within about six months of
7  stopping long-term testosterone treatment, and
8  then they can go ahead and attempt fertility.  Of
9  course, if they were unsuccessful, they could get
10  help with fertility from fertility experts.
11     But, ultimately, there may be a subset of
12  people that are not able to become pregnant or to
13  harvest an egg for a pregnancy.  You know,
14  similarly, even cisgender women who never start
15  testosterone, there's a subset of people that are
16  not able to conceive or are infertile for some
17  reason or another.  There's some thought that
18  testosterone may impact fertility in some people.
19     And so for that reason, you know, I think
20  it's important to outline this for patients as
21  they're starting testosterone and say, you know,
22  while this is the -- "This is what we know about
23  this topic.  If you're feeling that a potential
24  diminishment of your fertility is important to
25  you, then another way to help preserve fertility

Page 156

1  options is to preserve eggs prior to starting
2  testosterone."
3     I think I could, sort of, say the exact same
4  thing, but in reverse, in talking about someone's
5  decision to start estrogen and the decision to
6  harvest sperm.
7  Q  Paragraph 69.  Let's see.  Well, I thought I had
8     the right one.  I guess -- I thought it was in
9     69.  I'm not sure if it is.  Maybe it is.
10        But in general, maybe even if it's not right
11     there, are you -- do you think that giving
12     testosterone to a natal female who identifies as
13     male is the same as giving that hormone to a
14     male -- somebody who's a natal male?
15        MR. SELDIN:  Object to form.
16  A  Well, what do you mean by "the same"?
17  Q  Well, are there -- are the risks -- risk and
18     benefit profiles the same?
19  A  Well, I think that we use testosterone in, for
20     example, cisgender men typically for something
21     called low testosterone, hypoandrogenism.
22        We're using testosterone in this context to
23     treat gender dysphoria.  But in both situations
24     the goal is the same, to raise the -- sort of the
25     immediate term goal or the physiologic goal is

Page 157

1  the same, to bring the testosterone level up to
2  the normal male range.
3      So -- excuse me. So in that respect, it's
4  similar. I think that, you know, the -- in other
5  respects, it's similar because, you know, with a
6  normal male testosterone level, whether you're a
7  cisgender man or a transgender man, some of the
8  goals may include, you know, going through sex
9  typical puberty, masculinizing puberty, and
10 having a normal male testosterone level is
11 helpful for, you know, cardiovascular functioning
12 and energy.
13     But, you know, there are some differences as
14 well. Right? So, for example, a trans man on
15 testosterone were -- may have -- may have a
16 uterus, for example. And so when I'm treating a
17 trans man with testosterone, one of the
18 considerations is, you know, is the testosterone
19 helping to also suppress the menstrual cycle?
20 Because that's something that's commonly a source
21 of distress for trans men. So that's one
22 difference.
23     I think there's more similarities than
24 differences. I think that when I'm -- when I'm
25 thinking about some of the risks of testosterone

Page 158

1      treatment that I would talk about for both men
2      and -- for both cisgender men and transgender
3      men, you know, I -- I use the example of baseball
4      players that abuse testosterone. Right? So a
5      baseball player that's trying to hit more home
6      runs, that person is not going to be trying to
7      keep their testosterone level in the normal male
8      range. They're going to be trying to put it at
9      the superman level of testosterone. And that's
10     not healthy for that person's blood pressure, not
11     healthy for that person's blood sugar. And so
12     that person is at risk for health problems
13     related to excessively high testosterone.
14         So if I'm prescribing testosterone for,
15     let's say, a cisgender boy who was born without
16     testes or a transgender boy who's going through
17     puberty now as an adolescent, then, you know, if
18     the testosterone level is excessively high, then
19     it needs to be reduced to prevent issues related
20     to hyperandrogenism.
21  Q  In general, do natal males, natal females process
22     medications the same way?
23         MR. SELDIN: Object to form.
24  A  I think to a large degree, yes. But I think that
25     the -- sort of everyone's metabolism of

Page 159

1      medications is probably subtly different for all
2      sorts of different reasons. And so, you know, I
3      think that, you know, if we're staying on the
4      testosterone example for a second, we know what
5      the normal range is for -- for -- the normal
6      range of testosterone level is for men. And so
7      regardless of how someone is metabolizing it, if
8      someone is a slower or faster metabolizer, the
9      dose can be adjusted with the goal of maintaining
10     a goal range.
11  Q  Is that the only potential difference, is rate of
12     metabilization?
13         MR. SELDIN: Object to form.
14  A  Gosh, I -- I can't think of another difference
15     that -- if you're -- you know, I would say that's
16     the one that comes to my mind. But if there's
17     something that you have on your mind, I'd love --
18     I'd be happy to elaborate on it.
19  Q  You're giving me far too much credit, Doctor.
20         MR. SELDIN: He's trying to be helpful,
21     Mr. Fisher, whether you believe it or not.
22  BY MR. FISHER:
23  Q  So paragraph 81 of your declaration, you're
24     saying -- this is kind of in the middle of the
25     paragraph. There's a sentence that says, "Abrupt

Page 160

1      withdrawal of hormone therapy can cause severe
2      physical side effects including hot flashes and
3      headaches."
4          And I wonder how -- you know, what do you
5      mean there by "abrupt"?
6          What time period is "abrupt"?
7   A  Well, you know, I think, if we think about the
8      example that I used, hot flashes and headaches --
9      you know, we hear the word "hot flashes" a lot.
10     What does that really mean? I think it's a
11     feeling of, like, discomfort and warmth through
12     the body, oftentimes accompanied by a headache.
13     And we hear it a lot in the context of menopause.
14         Really, a hot -- when I think of what I mean
15     by hot flashes, it's those sensations that are
16     caused by someone that has an estrogen level
17     that's in the normal female range, and then all
18     of a sudden it goes down to lower-than-normal
19     female range.
20         And when that happens, you know, there's
21     some discomfort associated in the body that
22     oftentimes people describe as a hot flash.
23  Q  Right. Well, and then in the next sentence, you
24     talk about patients who are titrated down, and
25     you mention that, well, you're going to see

Page 161

1  physiological changes inconsistent with gender
2  identity.
3      But when you talk about titrating down,
4  though, how long does that take, to titrate down,
5  so that you wouldn't have -- or, you know, be
6  substantially less likely to have the hot flashes
7  and the headaches?
8      MR. SELDIN:  Object to form.
9  A  I mean, I think -- I think in your hypothetical
10    we're saying someone is being treated with
11    estrogen, and the goal is to discontinue estrogen
12    without causing physical side effects.  So I
13    would -- if that were a situation that was
14    presented to me, then I would create a taper plan
15    over the course of several months.
16  Q  How many months?
17  A  Gosh, I think it would probably depend on the
18    dose that someone was on to begin with, but I
19    think probably somewhere in the range of two to
20    three months.
21  Q  Two to three months.  Okay.  All right.  Let's
22    take a look -- so paragraph 35 of your report.
23    Okay.  So you say, "Gender dysphoria is highly
24    treatable and can be effectively managed.  If
25    left untreated, it can result in severe anxiety

Page 162

1  and depression, eating disorders, substance
2  abuse, self-harm and suicidality," citing Reisner
3  from 2015.
4      So let's take a look, then, at Exhibit 13,
5  which should be this Reisner study.
6      (Shumer Exhibit 13 marked.)
7  Q  Is this the Reisner study that you cite in
8    paragraph 35 of your report?
9  A  Yes.
10  Q  All right.  What is this study purporting to tell
11    us?
12      MR. SELDIN:  Object to form.
13  A  So I think that the study is primarily included
14    to just establish that the trans youth have
15    disproportionately high degrees of some of these
16    co-morbid health outcomes, such as depression,
17    anxiety, utilization of mental health services,
18    and things like suicidality.
19  Q  What was the methodology of the study?
20  A  It's a retrospective cohort study.
21  Q  And what level of quality is that type of study?
22      MR. SELDIN:  Object to form.
23  A  So I think it depends on what you're using -- how
24    you're using the term "quality."  I feel like
25    this is a high-quality study.  If you're

Page 163

1  referring to, for example, grade criteria, I
2  think that -- that every study that's not -- and
3  I may have this a little bit wrong.  Every study
4  that's not a randomized control trial
5  automatically starts as low quality and then can
6  be modified based on other factors like sample
7  size.
8      So I don't know how a grade committee would
9  grade this particular article in terms of
10    quality.  But as a layman's use of the word
11    "quality," I think this -- this paper's quality
12    in the fact that it, you know, looks at a
13    relatively large sampling of transgender young
14    adults and adolescents, that it has a decent
15    attempt to include people of different races and
16    ethnic youth groups, and that they're able to
17    track some mental health indicators -- or assess
18    mental health indicators that can be challenging
19    to measure outside of sort of a large health
20    system like Fenway Health here.
21  Q  So this compared, I think it says, on the --
22    under the "Results" there --
23      MR. FISHER:  Probably need to pull back a
24    little bit there, Shawn.  We can't quite see the
25    whole page.  There we go.

Page 164

1  BY MR. FISHER:
2  Q  Under -- yeah, under "Results" it says -- oh, now
3    it got smaller.
4      MR. FISHER:  There you go.  Right there.
5    Yep.  On that front right there.
6  BY MR. FISHER:
7  Q  It says, "Compared with cisgender matched
8    controls, transgender youth had a twofold to
9    threefold increased risk of depression, anxiety
10    disorder, suicidal ideation," et cetera.
11      And so I'm wondering, is this -- does that
12    mean that this is a retrospective study that
13    compares only gender dysphoria -- people with
14    gender dysphoria, comparing them with people
15    without gender dysphoria?
16      MR. SELDIN:  Object to form.
17  A  This is comparing people with gender -- this is
18    comparing people specifically -- all right.  Let
19    me make sure I'm answering your question
20    correctly.
21      So it's comparing transgender patients --
22  Q  Yeah.
23  A  -- with cisgender matched controls.
24  Q  Okay.  So no comparison of treated or untreated
25    gender dysphoria in this paper?

Page 165

1  A  That's right.  So if we go back to paragraph
2     35 -- right -- the -- I think that's something
3     that I'll point out here, is that the statement
4     here, "Gender dysphoria is highly treatable and
5     can be effectively managed.  If left untreated,
6     however, it can result in severe anxiety and
7     depression, eating disorders, substance abuse,
8     self-harm, and suicidality," you know, that --
9     those two sentences, my hope is -- is that those
10    two statements are supported by sort of the bulk
11    of paragraph -- or section C of the report, that
12    this Reisner article, I think, is included here
13    in the citation to establish the higher rates of
14    some of these co-morbid mental health disorders
15    but the fact that you're correct, in that this
16    study specifically is not assessing a treatment,
17    you know -- a treatment of gender dysphoria.
18    It's establishing the -- the fact of the
19    disparity in mental health in transgender people
20    in the first place.
21  Q  Okay.  Let's go on to Exhibit 14 and paragraph 36
22    of your statement -- of your declaration.
23    (Shumer Exhibit 14 marked.)
24  Q  Paragraph 36, "Based on longitudinal data and my
25    own clinical experience" -- I think we've looked

Page 166

1     at this a little bit before, but for this
2     statement, "when transgender adolescents are
3     provided with appropriate medical treatment and
4     have parental and social support, they are more
5     likely to thrive and grow into healthy adults,"
6     citing de Vries.  So that goes to Exhibit 14,
7     which should be that de Vries study from 2014.
8     It's called -- it says original identity of
9     research -- no, not that one.  It says "Original
10    research - Intersex and Gender Identity
11    Disorders" at the top.  There's several de Vries.
12    There we go.  Okay.  So this is the de Vries
13    study you're citing in paragraph 36?
14  A  I think so.  It's a little small.  If we can zoom
15    in a little bit.
16    MR. FISHER:  You need to scroll up to the
17    top to see the cite.  There we go.
18  A  Okay.  I believe this is the right one.
19  BY MR. FISHER:
20  Q  Okay.  So what is this study purporting to tell
21    us?
22  A  Can you scroll down.
23    Thank you.
24    Yeah.  So I think that this is not -- so
25    there's a study that is -- I think the first one

Page 167

1     that you pulled up was the one that I was
2     intending to be -- is intended to cite here.
3  Q  Oh.
4  A  Can you go back to the blue one.
5  Q  Okay.  But let's just make -- I want to make sure
6     I understand.  Are you telling me that the
7     de Vries 2014 study does not support your
8     statement in paragraph 36?
9     MR. SELDIN:  Object to form.
10  A  You know what?  I have to go back -- I'm trying
11    to figure out which citation I'm supposed to --
12    is supposed to be here in 36.
13    But what is intended is there's a study sort
14    of outlining the -- sort of the -- obviously,
15    this author has several publications.  Right?
16    And so the longitudinal study that I'm discussing
17    in 36 -- paragraph 36 has to do with sort of the
18    follow-up of patients as, I think -- I want to
19    say it's maybe between 40 and 60 of the first
20    patients seen in the Amsterdam Clinic that were
21    followed from before pubertal suppression through
22    hormone care, then surgery, and then into young
23    adulthood.  That was -- that paper is the paper
24    intended to be cited regarding --
25  Q  Okay.

Page 168

1  A  -- the statement in 36.
2  Q  So is that -- and I think the one that's up on
3     the screen now is what I have marked as 15.  Is
4     that -- so is that the one?
5     (Shumer Exhibit 15 marked.)
6  A  You know, I think so, but it's really hard for me
7     to just have these flashes of papers and know
8     exactly if it's the right one.
9     MR. SELDIN:  Yeah.  Tom, I just want to make
10    sure we get it right because I think you said one
11    was 2010 and it might have been the 2014 or vice
12    versa.  So I admit I'm a little lost about --
13    MR. FISHER:  Well, we're looking at
14    paragraph 36, and there he cites de Vries et al.
15    2014.  That's what I was going by, and then in
16    his bibliography that's the one that popped up,
17    so --
18  A  Yeah.  We can't read this one to see what it's
19    saying in the abstract.
20    MR. FISHER:  Harper, do you have the full
21    study?
22    MR. SELDIN:  Hold on.  I'm trying to look at
23    the one he's got up.
24  A  Okay.  So thank you.  I can see this better now.
25    Yeah.  Yeah.  So this is -- this is the

Page 169

1     de Vries study that is the intended citation for
2     36.
3   BY MR. FISHER:
4  Q  **Okay.**
5  A  **Yep.**
6        MR. SELDIN: And this one is for 2014?
7        THE WITNESS: Yes.
8  A  So the citation is correct in 36, but this is now
9     the correct article.
10  Q  **This is now the correct study. Okay. All right.**
11        MR. SELDIN: I think what Dr. Shumer is
12     trying to politely say is he was right and you
13     were wrong.
14        MR. FISHER: I know. You just had to put a
15     fine point on it, didn't you?
16        MR. SELDIN: Well, Dr. Shumer's trying to be
17     polite.
18   BY MR. FISHER:
19  Q  **Okay. So here we've got the -- so describe to me**
20     **again. Let's just start over.**
21     **What is this study telling us?**
22  A  This is just a description of the longitudinal --
23     this is the description of patients seen in this
24     particular clinic in Amsterdam. And, I think,
25     this is sort of a unique study because it's

Page 170

1     stretching out a very long period of time from --
2     looking at patients from -- that had received
3     pubertal suppression hormones, surgery, and now
4     are adults and just, you know, concluding that --
5     that their well-being was similar to or better
6     than same-aged young adults from the general
7     population.
8  Q  **So this is a -- I think as I understand it, a**
9     **follow-up study, if I've got this right, that**
10     **began in 2011?**
11  A  Well, you know, I think that that's possible. I
12     think that the patients that were described in
13     this study began being patients way before that
14     and maybe have been described in other -- other
15     articles as well. But I think that this
16     particular article is sort of the longest term
17     longitudinal study published by this particular
18     group.
19  Q  **But the cohort -- in any event, the cohort size**
20     **here is only 55, right?**
21        MR. SELDIN: Object to form.
22  Q  **55 young individual adults?**
23  A  This is a -- this is a report of 55 individuals.
24     That's correct.
25  Q  **Is there a control group to compare?**

Page 171

1        MR. SELDIN: Object to form.
2  A  So there's not a formal control group. Right?
3     This is, you know -- this is basically looking at
4     the outcomes of this cohort over time. You could
5     think, well, what would the control group be?
6     Right? You would say the implied control group
7     is untreated transgender individuals.
8     And so, you know, I think that the reason
9     that this paper is so, you know, interesting to
10     me is that just living in the world today, we
11     know that transgender individuals oftentimes do
12     really struggle, really struggle with respect to
13     not fitting in, in the world, feeling persecuted
14     or discriminated against, feeling depressed,
15     feeling anxious, having significant gender
16     dysphoria, that against -- it's against that sort
17     of bleakish backdrop that we're hearing that the
18     well-being of these people was similar to or
19     better than same-aged young adults from the
20     general population.
21     So, you know, the implied control group is
22     the general population. So, I mean -- sorry.
23     They're comparing this group against the general
24     population and to say that their well-being is
25     similar to or better than the general population,

Page 172

1     compared to that sort of implied control group of
2     we know that transgender people generally would
3     not be described as a population of having
4     well-being similar to or better than the general
5     population, that that's what makes this paper
6     interesting.
7  Q  **Well, to be clear, this paper itself doesn't make**
8     **that -- that claim, that comparison? It only**
9     **compares to the general population? It doesn't**
10     **compare to a group of untreated transgender**
11     **adults?**
12        MR. SELDIN: Object to form.
13  A  Well, I'd have to go back and read the paper, but
14     I would imagine that in the introduction, the
15     authors must describe in some detail that
16     people -- that transgender individuals
17     historically have not had well-being similar to
18     or better than the general population.
19     So -- so that was sort of the -- that the
20     results found that these individuals do, you
21     know, is why this paper is relevant.
22  Q  **Let's take a look at page 702 of this report.**
23     **Just at the bottom left, it says 702.**
24        MR. FISHER: There it is, good.
25  Q  **So that text right above the table -- so it says**

Page 173

1    here, these individuals, the -- which I
2    understand that to be describing the cohort
3    included in the study -- "These individuals of
4    whom an even higher percentage than the general
5    population were pursuing higher education seemed
6    different from the transgender youth in community
7    samples with high rates of mental health
8    disorders, suicidality, and self-harming behavior
9    and poor access to health services."
10        Does that give you any concern about how
11   representative this study is of the general --
12   when it talks about, you know, comparing this
13   cohort to the general population?
14       MR. SELDIN:  Object to form.
15   A   So I want to back up for a second and say that
16   they're not saying that in choosing these
17   patients to participate in the study initially
18   they were pursuing higher education at higher
19   rates.  Of course, they were young adolescents.
20   Right?
21       So what they're saying is the patients that
22   participated, that they're describing in this
23   study, are going on to have -- what I think
24   they're implying -- is successful lives and
25   saying that this seems different than the youth

Page 174

1    in community samples with higher rates of these
2    other problems.
3        This is something that I get to witness
4    every day too, where, you know, oftentimes
5    patients are coming to see me with, you know,
6    parents feeling sort of hopeless, that there's
7    no -- there's no future in sight and, you know,
8    as I'm -- as we talked about graduating these
9    kids to adult care, I do have that privilege of
10   watching them, you know, successfully adulting in
11   ways that we didn't -- that maybe their parents
12   couldn't envision a few years before.
13       So I think that's what these authors are
14   describing, that sort of phenomenon of, wow, our
15   patients are doing well, they're going to
16   college, they're getting jobs.  Kind of in
17   contrast to sort of what we're seeing from --
18   because I think that sentence is sort of read out
19   of context there.
20   Q   Oh.  Well, let's look at page 703.  Right above
21   "References."
22   A   Okay.
23   Q   "Third, despite absence of pretreatment
24   differences on measured indicators, a selection
25   bias could exist between adolescents of the

Page 175

1    original cohort that participated in this study
2    compared with nonparticipants."
3        Does that give you any concern about the
4    results -- the reliability of the results here?
5        MR. SELDIN:  Object to form.
6    A   Yeah.  You know, this is just an aspect of
7    research.  It gets messy because we -- you know,
8    because we can't do a randomized control trial,
9    then we need to be creative about how we can
10   attack these specific issues.
11       So if we are saying, okay, how do patients
12   do over the long term with this type of care, how
13   are we going to conduct that study?  Okay.  We
14   need to conduct that study at a place where
15   people go to receive this care.  Right?  So you
16   couldn't do this study without doing it in a
17   medical center that is doing the care.
18       So inherent in that is the idea that, well,
19   not everyone's getting care.  Right?  If
20   you're -- if you're farther away from Amsterdam,
21   maybe you're less likely to get the care.  If you
22   don't have a car or maybe, you know, have --
23   parents that won't bring you to the clinic, maybe
24   you won't get the care.
25       So those -- you know, so then the next

Page 176

1    question is, okay, so if we did this same
2    treatment to kids that weren't able to get the
3    care for one reason or another, would we have the
4    same results?  And so that in the -- in the
5    limitation section here, that's what the author
6    is asking the reader to think about.  Right?
7    Would we have the same results if we did this
8    study on all the people that didn't have a car
9    back in 1990 to get to these clinics or didn't
10   know -- their doctor didn't know about the clinic
11   existing?
12       And I think that that's left for the sort of
13   contemplation of the reader -- or the common
14   sense or the clinical sense of the reader to say,
15   again, how generalizable is this to me, to my
16   practice?
17       So to me, you know, these patients are not
18   exactly the same as the patients that I'm seeing
19   in the office.  They live in Michigan, not
20   Amsterdam.  It's 2023, not 1990s.  So those are
21   differences.
22       Are those differences relevant?  Maybe.
23   Does this paper still help to inform me that
24   gender-affirming care might be helpful?  I think
25   it does.

Page 177

1      I think that this is -- you know, this is
2   just the nature of research.  The limitation is
3   that the study wasn't done on your patient.
4   Right?  And you have to extrapolate from what's
5   learned from others on to your own patient.
6 Q  **Is it your understanding that all of the**
7   **participants in this study were getting**
8   **psychiatric support?**
9      MR. SELDIN:  Object to form.
10 A  Yes.
11 Q  **Does the study purport to control for psychiatric**
12   **support in any way?**
13      MR. SELDIN:  Object to form.
14 A  So the study's describing this particular clinic
15   experience with their care, which they, I think,
16   do a very nice job of describing what that care
17   is.  It involves psychological support,
18   gender-affirming care.
19      And so, you know, again I would go back to
20   the same thing I just said.  If I'm working in a
21   place where there is not available psychiatric
22   support or psychological support for patients,
23   then I might say, hmmm, how am I going to use
24   this study?  Is it generalizable to me?
25      It looks like these patients, they improved

Page 178

1   with this package of psychological support,
2   gender-affirming care, you know, seemingly
3   supportive environment, and their outcomes were
4   good.
5      Unfortunately, you know, me as a
6   hypothetical person, unfortunately in my
7   situation, I have something that maybe is similar
8   to their psychologic support.  They have a
9   therapist, but it's not exactly the same as, you
10   know, what they're describing they did in terms
11   of psychological support.  So is this paper
12   generalizable to me?
13      And so, again, I think that goes back to --
14   back to the clinical sense and common sense of
15   the reader, that without providing that
16   psychological support, would the treatment that
17   I'm proposing -- or without providing
18   psychological support exactly how it's outlined
19   in Amsterdam, does my -- would my treatment
20   result in similarly favorable outcomes?
21      And so, you know, I think that, for the most
22   part, providers of gender-affirming care today,
23   the takeaway here is that, yeah, you don't give
24   gender-affirming care, such as GnRH agonist or
25   gender-affirming hormones, in a vacuum; that, you

Page 179

1   know, you don't give people medication and say,
2   "Well, hope things go all right.  Let's never
3   talk about this again"; that you're also
4   advocating for the patient to be well-supported,
5   supported in their family, supported in their
6   school, to connect with mental health
7   professionals, to help them -- help their
8   journey.
9      So how I would, I guess, answer your
10   question is it seems like, you know, we have some
11   pretty compelling data to say that this model of
12   care works.  So how -- how can I best replicate
13   that using the resources that I have?
14 Q  **And is it proper to infer causation from the**
15   **medical interventions on this -- based on this**
16   **paper?**
17      MR. SELDIN:  Object to form.
18 A  Well, I think that there's some compelling
19   reasons to -- and for some causation -- right --
20   that there's -- you know, I think that the
21   authors do a nice job of describing, you know,
22   the intervention that they received, that
23   there's -- you know, that there's an outcome that
24   is quite different from what's expected based on
25   the general population.  So then if you're

Page 180

1   thinking about, okay, what's the causation?  All
2   right?  So it could be -- it could be this
3   package of care.  Right?  That could be one of
4   the causes.
5      Now, in order to dispel that theory, I need
6   to think about, well, what are other potential --
7   potential causes for these people doing so well
8   compared to the general trans population.  Could
9   it be that their situation is somehow very
10   different from those in the general population?
11   Is there some -- you know, is this -- do I buy
12   that there's a significant, you know, selection
13   bias?
14      You know, I think that you can't -- you
15   can't ever, you know, assume 100 percent
16   causation in this type of study design, but I
17   think the authors do a pretty nice job of, you
18   know -- of explaining why causation should be
19   considered.
20      And, you know, when I read this study, the
21   conclusion that I reach is that, gosh, it seems
22   like these patients are doing quite well after
23   this intervention.  It's nice that they were also
24   involved in this really seemingly well-run
25   clinic.  And so, you know, while I -- while I

Page 181

1    endeavor to provide high-quality care, let me
2    learn from their experience in applying that to
3    my own patients.
4  Q  So did the authors use the -- what I think is
5    sometimes referred to as the UGDS, the Utrecht
6    Gender Dysphoria Scale?
7        MR. SELDIN:  Object to form.
8  A  I believe so.
9  Q  Are you aware whether they switched the version,
10   male to female and female to male, after the
11   transition interventions?
12       MR. SELDIN:  Object to form.
13 A  You know, I have heard sort of this question
14   raised about this paper before, and I'm not
15   exactly sure that -- I don't want to make a
16   mistake in answering it.  If there's a part in
17   the paper that is relevant to pull up, maybe I
18   can review it with you in more detail.
19 Q  Yeah.  I'm really just asking about awareness.
20   You've heard it.  I've heard it.  I don't know
21   that there's anything in the paper that tells us
22   exactly.  I just wondered if you were aware of
23   that or had any information about that.
24       MR. SELDIN:  Object to form.
25 A  Yeah.  I'm not sure that I have -- that I'm the

Page 182

1    most eloquent in sort of feeding back your -- you
2    know, opponents' talking points about this
3    particular problem.  But I think it has something
4    to do with, you know, after transition, that, you
5    know -- so, first of all, what is the Utrecht
6    Gender Dysphoria Scale?  It's a pretty simple
7    tool that is, you know, basically asking
8    questions like this is how I feel about my chest,
9    about my face, about my body.
10       And my understanding is that there's sort of
11   a version that is designed to be asked to people
12   assigned male at birth, people assigned female at
13   birth.  And so I think that the -- you know, I
14   think in the beginning -- right? -- the Utrecht
15   was presumably asked of people using the -- the
16   version that's according to their assigned sex.
17   And then subsequently, after transition, the
18   question is, well, which version of this do we
19   use?  Right?  You know, I think -- I think
20   inherent in that is, like, well, what's the
21   difference?  What are we talking about here?
22       And I think that the point here is that
23   there's an effort to try to quantify something
24   that's hard to quantify, which is sort of what
25   you've been asking me about, right?  How do we

Page 183

1    quantify gender dysphoria?  That's hard.
2        So I think the Utrecht Gender Dysphoria
3    Scale is an effort to try to quantify gender
4    dysphoria.  It's not perfect.  I don't think that
5    many people use it.  But, you know, I think that
6    people are picking out this question about which
7    form was used to -- on which patient at which
8    time.
9        To me, I think that sort of misses the
10   point, that, you know, the primary outcome of
11   this is -- is, you know -- is well-being which,
12   you know, they describe how they measure it in
13   lots of different ways.
14       So, yeah, I think that it's an interesting
15   question.  How -- what version of the Utrecht
16   Gender Dysphoria Scale would you use before and
17   after transition?  You know, I don't really have
18   the answer.  But I guess that's to say I'm aware
19   that this question exists, but I'm not sure that
20   it's -- that it's something that makes me feel
21   feelings one way or another in general about the
22   study as a whole.
23 Q  Okay.  So I think I want to go back to
24   Exhibit 14, which might -- it's hard -- there it
25   is.  The date is in the lower right.  There it

Page 184

1    is.  So this says 2010.
2        I guess I'm -- my understanding is that this
3    is the original de Vries, and then what's at
4    Exhibit 15 is the follow-up study.
5        Do you have enough familiarity with this to
6    tell me if you think that's true?
7        MR. SELDIN:  Object to form.
8  A  So this is the 2010, right?
9  Q  Yeah.
10 A  Yeah.  So what was your question?
11 Q  I'm wondering if this is -- if I'm right in
12   saying that this is the study that -- you know,
13   the de Vries -- first de Vries study published
14   with this cohort, and then the 2014 that we just
15   looked at is a follow-up of this same group with
16   fewer participants.
17 A  Yeah.  You know what?  I'm not -- I'm not sure.
18 Q  Okay.  But are you familiar with this paper
19   generally?
20 A  Yes.
21 Q  And, again, what is this paper telling us?
22 A  So this is more of trying to assess shorter term
23   measurables at different time points.  And I
24   think -- if you just give me a second, I can take
25   a quicker look here.

Page 185

1  Q  Sure.
2  A  Can you zoom in just a smidgen.
3       Okay.  Got it.  I can answer your questions
4  now.
5  Q  Okay.
6  A  So what was your question?
7  Q  Yeah.  I haven't -- there isn't one on the table.
8  I'm sort of looking at it to see what I want to
9  ask you about it.
10      Okay.  So we have 70 participants in this
11  study; is that accurate?
12  A  Yes.
13  Q  And what ages were they?
14  A  Well, they were -- in the introduction, in this
15  abstract they say, you know -- this is a paper
16  about GnRH agonists specifically.  Right?  So
17  we're talking about early adolescence.  You know,
18  they're saying 12 to 16 is the common age that
19  they're using GnRH agonists.  Now I don't know if
20  all the patients in this study are between 12 and
21  16, but basically they're patients that are being
22  treated with GnRH agonist in early adolescence --
23  early adolescence.  Excuse me.
24  Q  Go ahead.
25  A  Oh, that's it.

Page 186

1  Q  Okay.  And what was the result of the study?
2  A  Well, they're trying to isolate the effect of
3  this one intervention itself, GnRH agonists.
4  Right?  And so, you know, in the last -- in the
5  last paper that we were discussing, that's really
6  sort of like, you know, we have transgender young
7  people at this end, and then we follow them all
8  the way to this end, you know, 20-odd years
9  later.
10      This is a much shorter study.  So, you know,
11  I think as I was describing that study, I was
12  like, okay, well, there's a lot -- and as you
13  pointed out too -- there's a lot going on there.
14  Like, these people went through a lot of
15  different interventions, and, you know, how do we
16  know what's causing what?
17      I think this is sort of, like, trying to get
18  to some of the heart of that because, again, we
19  need to approach these challenging topics from a
20  variety of different angles.
21      So this is saying, okay, from before you
22  start GnRH agonists to right before you start
23  hormone treatment, let's see how people score on
24  a variety of different scales.  And in so doing,
25  what we're hoping for is to isolate the effect

Page 187

1  of -- what we're trying to do is trying to
2  isolate the effect of the intervention GnRH
3  agonists.
4       So in this study some of those things that
5  they measured seemed to improve, and others were
6  not changed from the time before starting
7  treatment and right before starting hormones.
8       So, for example, the behavior and emotional
9  problems, depressive symptoms decreased.
10  However, body satisfaction did not change.
11  Right?  So, you know, I think -- I think that's
12  kind of an interesting study, you know.  We're
13  trying to say, okay, what does -- what does --
14  what does GnRH agonist potentially do in the
15  treatment of gender dysphoria as part of that
16  bigger picture that we -- you know, if we -- if
17  we agree with the findings of the previous study,
18  what is it about GnRH agonist that seems to be
19  helpful as part of that care package?
20       And, you know, I think if I was just to
21  think about it logically, you know, if someone is
22  starting puberty and they're seeing their body
23  start changing in a really -- in a way that's
24  making them feel very distressed and nervous, in
25  a way that is not looking with their gender

Page 188

1  identity, that might make someone really
2  depressed, really anxious, have decrease in
3  general functioning.
4       And so if you were to say, okay, I get that
5  you're really, you know, doing poorly with the
6  onset of puberty, let's stop puberty, you might
7  say, okay, I might expect that person's distress
8  around the continuation of puberty to get better
9  and their general functioning to get better.
10      But they still have a body, a gender
11  identity that doesn't match their assigned sex at
12  birth.  So that body satisfaction didn't change,
13  but some of the distress around going through
14  puberty gets better.  Right?  So it's
15  interesting.
16      You know, I think that that sort of helps me
17  to understand, you know, how someone that has
18  gender dysphoria to the degree that they go on to
19  GnRH agonist and then subsequently start
20  hormones -- how I might counsel that patient, you
21  know, in sort of setting expectations that, you
22  know, I -- that we're, you know -- if I'm seeing
23  someone -- if I'm thinking about this study
24  specifically and approaching a patient that is,
25  say, 12, at Tanner Stage 2, considering

Page 189

1    gender-affirming care with GnRH agonists, and I'm
2    hearing from the patient and the parents that the
3    patient is really distressed and depressed and
4    not going to school and they are really -- they
5    really hate their penis and they have thoughts
6    of, like, cutting off their penis and -- and that
7    we're talking about the risks and benefits of
8    GnRH agonist, I might suggest, based on this
9    paper, that, you know, the GnRH agonist will stop
10   that process of continued mas- -- the continued
11   masculinization, that if there's some degree of
12   depression or anxiety that you're feeling because
13   your body is starting to masculinize, my hope is
14   that -- and my expectation based on the
15   literature is that that may improve.  But your
16   feelings about your body parts that you hate,
17   that you want to cut off, that may not improve
18   with GnRH agonists.
19 Q So do you have an understanding about how the
20   demographics of the youth that were studied in
21   this study compared to the demographics of the
22   youth that identify as gender dysphoric today?
23      MR. SELDIN:  Object to form.
24 A Well, I think there's a lot of differences
25   between then and now.  And so I would say that I

Page 190

1    have some familiarity with that subject, yes.
2  Q And what's your understanding of how the
3    demographics compare?
4  A I think there's more people today that are
5    seeking care for gender-related concerns than
6    there were when this paper was written in an era
7    where there were no services for gender-related
8    care.
9  Q What's the demographic makeup look like?  I mean,
10   there are more people, but is the demographic
11   makeup roughly the same, or is it different?
12      MR. SELDIN:  Object to form.
13 A Well, I think that there's a couple differences
14   from the description of these patients to the
15   patients that I see in clinic that I can review
16   with you.  You know, I would say that in -- in
17   our clinic today we're seeing, you know, maybe a
18   third of patients presenting in earlier puberty,
19   about two-thirds presenting in later puberty, and
20   we're seeing a higher percentage of people
21   assigned -- assigned male at birth -- assigned
22   female at birth compared to assigned male at
23   birth, and that the -- you know, the general
24   numbers of people presenting to care is higher --
25   there's a higher prevalence of presenting to

Page 191

1    gender-affirming care than when the study was
2    published.
3  Q What percent of your patient population of those
4    with gender dysphoria are natal females versus
5    natal males?
6      MR. SELDIN:  Object to form.
7  A I don't have an exact breakdown for you, but I
8    would say 65 percent.
9  Q Okay.
10      MR. FISHER:  So I think it might be a good
11   time for a break.  Just five minutes, everybody.
12   Is that all right?
13      MR. SELDIN:  Sounds good.
14   (Recess taken from 2:51 p.m. to 2:54 p.m.)
15 BY MR. FISHER:
16 Q Doctor, let's turn to paragraph 72 of your
17   declaration.
18      MR. FISHER:  So, Shawn, if you could make
19   that just a little bit bigger, please.
20      Thank you.
21 BY MR. FISHER:
22 Q So here you say, "Review of relevant medical
23   literature clearly supports the benefits of GnRHa
24   treatment on both short-term and long-term
25   psychological functioning and quality of life."

Page 192

1    And so -- and then you cite several studies.
2    So I want to go through those studies now.
3    And let's start with the Turban study that you
4    site there, Turban et al., 2020b, and this is
5    going to be Exhibit 16.
6    (Shumer Exhibit 16 marked.)
7  Q Doctor, do you recognize this study?
8  A Yes.
9  Q Okay.  Is this the study that's cited -- the
10   Turban study cited in paragraph 72?
11 A Yes.
12 Q Can you just summarize what this study purports
13   to show us.
14      MR. SELDIN:  Object to form.
15 A Yep.  So this is, you know, again, trying to
16   attack that question, what is -- what are each of
17   these -- how does each of these aspects of care
18   impact health outcomes.  And this one is
19   specifically trying to address that question from
20   the standpoint of the pubertal suppression.
21      And so, you know, in this particular
22   situation we're looking at, I believe, again,
23   results from the 2015 U.S. Transgender Health
24   Survey and asking the question to adults, you
25   know, did you or did you not receive pubertal

1  suppression?  And then finding out if there's
2  differences between people that answered yes or
3  no to that question.
4  Q  And what -- what did it find?  What are the
5     findings?
6  A  So there was lower odds of lifetime suicidal
7     ideation for people that were -- that received
8     pubertal suppression.
9  Q  We talked about this -- I think this report or at
10    least this survey a little bit earlier in your
11    testimony.  Do you remember that?
12 A  I do.
13 Q  Okay.  Do you in your practice -- I think you
14    mentioned -- and I just want to make sure I
15    understand -- that do you find that this survey
16    and then the studies that depend on the survey
17    results are generalizable?
18        MR. SELDIN:  Object to form.
19 A  Yeah.  So I think, again, generalizability of any
20    study, you have to put it in context.  How does
21    this relate to the patient that I'm treating
22    today?
23        So I think in this particular study, you
24    know, what the author is trying to do is, you
25    know, again answer a very challenging question.

1  How does GnRH agonist affect lifetime suicidal
2  ideation?  Of course, not something that you can
3  measure very easily with, for example, a
4  randomized controlled trial.  Like, these people
5  get it; these people don't.  Let's see in 50
6  years how many people committed suicide -- or
7  contemplated suicide.  Impossible study to do.
8        So to attack that question -- you know, I
9  think that the kind of unique thing about this
10 study and studies based off that survey is just
11 the sheer number of people that, you know, while
12 you can say that not being a prospective
13 randomized controlled study is a limitation, one
14 of the -- one of the reasons that the study -- in
15 favor of its generalizability is the sheer number
16 of patients -- or number of people that were
17 included in the study.  This is why
18 cross-sectional survey data can sometimes be very
19 powerful.
20       So, you know, in terms of generalizability,
21 again, how I interpret that word is if I'm seeing
22 a patient and we're thinking about GnRH agonist,
23 does this study help to inform me about whether
24 this patient would benefit from it.
25       So I'm thinking that I need to know a lot

1  about my patient to answer that question.  You
2  know, is my -- does my patient have gender
3  dysphoria?  How is that gender dysphoria
4  manifesting?  But, you know, if I feel like that
5  patient is, you know, otherwise a candidate for
6  gender-affirming care with GnRH agonists, I think
7  this survey is helpful because it provides, while
8  not perfect, some interesting information about
9  the lifetime suicidal risk of patients that were
10 and were not prescribed this medication.
11 Q  Have you gone back to review the survey results
12    themselves, or have you only read the papers that
13    are based on the survey results?
14        MR. SELDIN:  Object to form.
15 A  Yes.  So the -- we've been talking about the
16    survey a lot so I'm not sure if I'm getting the
17    name exactly right -- I intend to -- but the U.S.
18    transgender health survey that we've been talking
19    about --
20 Q  Right.
21 A  -- is -- yes, I have read that report.
22 Q  So you're familiar with that part of that report
23    there where it says "Although the intention was
24    to recruit a sample that was as representative as
25    possible of transgender people in the U.S., it is

1  important to note that respondents in this study
2  were not randomly sampled, and the actual
3  population characteristics of transgender people
4  in the U.S. are not known.  Therefore, it is not
5  appropriate to generalize the findings in this
6  study to all transgender people."  Are you
7  familiar with that statement?
8        MR. SELDIN:  Object to form.
9  A  Yeah, I think you were just reading directly from
10    the U.S. Transgender Health Survey; is that
11    right?
12 Q  That's right.
13 A  Yes, so I am familiar with that statement.
14 Q  Okay.  And then I think earlier you also
15    mentioned that this survey was affiliated or was
16    somehow reported on by the Williams Institute.
17    Does that ring a bell?
18 A  Yes.
19 Q  Do you remember that?
20 A  Yes.
21 Q  Okay.  And so the Williams Institute has a
22    statement about suicide thoughts and attempts
23    among transgender adults from the 2015 U.S.
24    Transgender Survey.  Are you familiar with that
25    report?

Page 197

1          MR. SELDIN:  Object to form.
2    A   I'm not sure I know what you're talking about.
3    Q   So the transgender survey that was published by
4        the National Coalition for Transgender Equality;
5        is that right?
6    A   I believe so.
7    Q   Do you know anything about the National Coalition
8        for Transgender Equality?
9    A   I'm not extremely familiar, but I understand that
10       it's a group that, you know, is working to make
11       healthcare better for transgender people.
12   Q   And do you understand that it is an advocacy
13       organization?
14          MR. SELDIN:  Object to form.
15   A   I'm not sure exactly all the functions of this
16       particular organization.  I'm sure advocacy is
17       part of its mission.  Advocating for the health
18       of transgender people seems to be -- seems to be
19       the thrust of why a survey of transgender health
20       would be needed in the first place.  So that
21       makes sense.
22   Q   Do you understand the authors of the U.S.
23       transgender survey to have been trans advocates?
24          MR. SELDIN:  Object to form.
25   A   I don't know -- I'm not sure what a trans

Page 198

1        advocate means, but I'm happy to review a
2        definition.
3    Q   So in this Turban study that we've got up -- so
4        are there risks of inherent biases in this study
5        and its results?
6           MR. SELDIN:  Object to form.
7    A   Similarly to all studies, there's risk of
8        inherent biases, so yes.
9    Q   Are you aware of reviews that criticize Turban's
10       study -- this particular study?
11          MR. SELDIN:  Object to form.
12   A   I want to answer your question correctly.  I have
13       seen critiques about, I guess, studies based upon
14       the U.S. transgender health survey in general,
15       but I'm not sure if I've seen specific to this
16       particular study.
17   Q   Are you familiar with the criticism that the
18       transgender survey from 2015 suffers from
19       convenience sampling?
20          MR. SELDIN:  Object to form.
21   A   I have heard some critique along those lines,
22       yes.
23   Q   Are you familiar with the critique that
24       participants were recruited by transgender
25       advocacy organizations?

Page 199

1          MR. SELDIN:  Object to form.
2    A   Yes.  While I've heard some of these critiques, I
3        don't think that they're -- they're extremely
4        helpful or valid critiques.  I think that when
5        we're trying to find tens of thousands of
6        transgender people across the country, that you
7        need to go where the transgender people are.
8        Right?  So this type of recruitment is not unique
9        to the U.S. transgender health survey, that large
10       surveys of maybe hard-to-find demographics, you
11       know, use these type of recruitment strategies
12       all the time.
13          That, you know, if you wanted to conduct,
14       for example, a survey of American Sikh people,
15       you might, you know, start by saying, okay, where
16       would I find American Sikh people?  Maybe in
17       their temples.  Let's post flyers in their
18       temples.  I want to find as many as I can from
19       across the whole country.  All right.  Maybe the
20       ones I find in the temples, maybe I tell them if
21       they know any people that are Sikh, that there's
22       a study, that we want to include everyone
23       possible in your religion in this study.  Maybe
24       I'll post on online boards that people with that
25       religion tend to frequent, with the goal of

Page 200

1        trying to get as robust and diverse a sample as
2        possible.
3           So that's how -- that's how oftentimes these
4        large surveys are conducted.  Then the question
5        is, okay, well, who could we be missing?  Right?
6        Who could we be missing?  And, you know, could we
7        be missing people that are in rural America?
8        Maybe.  You know, are we capturing -- is there an
9        ethnic group that we're not capturing because
10       they're not in our catchment with our current
11       recruitment strategy?  So then our recruitment
12       strategy can change and say, okay, we think that
13       we're underrepresenting this area, so let's focus
14       on that.
15          So this is very different than, you know,
16       random sampling of people.  Right?  This is --
17       this is how this type of research is conducted.
18       So it's perfectly fine to have criticisms of that
19       kind of research, but it's certainly not unique
20       to transgender questions.  It's how, you know,
21       large population data needs to be conducted when
22       you're trying to include as many people as
23       possible in a survey like this.
24   Q   How would this survey account for any
25       representation by the population whose earlier

Page 201

1   gender dysphoria was alleviated through cognitive
2   behavior therapy?  Are those individuals
3   represented in this survey?
4        MR. SELDIN:  Object to form.
5   A  I would suggest they're probably not because the
6      people that are intended to fill out the survey
7      are adults that identify as transgender.  So if
8      there's a hypothetical person who had gender
9      dysphoria and then that resolved due to this type
10     of cognitive therapy that you're describing and
11     they no longer identify as transgender, then that
12     person would be unlikely to identify as
13     transgender, which I think was the inclusion
14     criteria for this survey.
15  Q  Are you aware whether this study controls for
16     psychiatric co-morbidities?
17       MR. SELDIN:  Object to form.
18  A  The survey or the study?
19  Q  Well, either one.
20  A  So there's -- the survey wouldn't control for
21     anything because it's a survey of all the people
22     that we can find across the country that are
23     transgender.  So you don't control when you're
24     recruiting for a population-based study.
25       What you can do is you can use the responses

Page 202

1   to answer questions, and the responses can serve
2   as controls.  Right?  So if you're saying, you
3   know -- let's say we want to know if people that
4   live in Kansas in the survey are more or less
5   depressed than the people that live in Missouri.
6   Then you would control by state and then assess
7   for depression.
8        But going into the study, you don't control
9   for anything because it's a population-based
10  survey.
11  Q  Okay.  Well, does Turban control for
12     co-morbidities when he analyzes the data?
13       MR. SELDIN:  Object to form.
14  A  Well, the -- this particular paper is asking
15     about a lifetime -- lifetime risk for suicidal
16     ideation.  Right?  So I'm trying to understand
17     your question.
18       So for your question to make sense, I think
19     you're asking if patients -- if there was a
20     difference in depression in childhood, in people
21     that were and were not offered pubertal
22     suppression; is that right?
23  Q  Yeah.  I'm just trying to figure out, you know,
24     if we know what led to any particular outcome,
25     whether it was dysphoria and treatment or whether

Page 203

1   it was some independent psychological
2   co-morbidity.
3   A  Gotcha.  So, you know, I think not exactly.  I
4      mean, the -- again, the author is using -- using
5      their experience with thinking about research
6      when trying to ascertain that.  Right?
7        I think that what Turban is able to say is
8      that there is this -- in this large group of
9      people, you know, basically he can say the
10     following:  That people were asked this one
11     question.  Some people answered it one way.  Some
12     people answered it another way.  There was
13     another question in the survey.  Some people
14     answered it one way.  Some people answered it
15     another way.  Let's compare.
16       And so, no, there's not -- this is not a
17     randomized control trial.  You can't control for
18     all these variables.  You've got to use your
19     brain and say, okay, are there other things that
20     could bias this?  And maybe there are.
21       And so when I'm looking at this, I say,
22     well, I can't think of reasons that, you know,
23     one group should be different than the other,
24     people that -- that put "yes" for they've had
25     suicidal ideation versus another in their

Page 204

1   access -- their ability -- in -- if there's a
2   difference between them in terms of accessing
3   pubertal suppression.  I can't think of a reason
4   that there should be some other variable that's
5   the cause.
6        But, you know, we have improvement with this
7   paper.  So I think with that in mind, then I say,
8   okay, how much do I value this paper as part of
9   the medical literature?  I would say I do.  I
10  think it's a large paper that has a pretty
11  significant result.
12  Q  And I'm wondering about a couple of -- a couple
13     of aspects of those who are included in the
14     survey, one of which is was there -- does this
15     paper or the survey it's based on reflect any
16     effort to detect potential false subjects?
17       MR. SELDIN:  Object to form.
18  A  Can you define what a "false subject" is.
19  Q  Well, somebody who's posing as an honest person
20     who has, you know, straightforward answers to
21     these questions versus somebody who's just, you
22     know, deciding to fill out a survey under, you
23     know -- you know, just to load up the data that
24     corresponds to a particular set of responses.
25     It's not an actual person.  It's just a person

1    who's filling out, you know, response after
2    response after response and thereby loading up
3    the data.
4         MR. SELDIN:  Object to form.
5  A  I haven't really considered that as a concern.
6    As fun as surveys are, I don't think many people
7    would just fill it out for -- for fun.  But I'm
8    not aware of whether there's any efforts.  If
9    there are, you know, I don't remember.
10 Q  And, of course, anyone who was treated with
11   pubertal suppression who went on to commit
12   suicide would not be accounted for in this study?
13        MR. SELDIN:  Object to form.
14 A  Yes, I would agree that people that have died by
15   suicide would not be included in this study
16   whether or not they were given GnRH agonist.
17 Q  I'm wondering about the most seriously mental ill
18   people who would, you know, be diagnosed with
19   gender dysphoria.  Would they be denied puberty
20   blockers given the seriousness of their mental
21   illness?
22        MR. SELDIN:  Object to form.
23 A  That hasn't necessarily been my experience.  You
24   know, I think that if you -- if we're sort of
25   going back to the basics of, you know, what the,

1  for example, WPATH criteria would suggest with
2  respect to treatment, you know, it's suggesting
3  that other mental health conditions should be in
4  reasonable control.
5       And so then we say, well, what's reasonable
6  control?  I think that by digging a little deeper
7  into what that means is that, you know, if you're
8  actively, floridly suicidal at the time, then
9  you're not going to be in a place to have a
10 conversation about risks and benefits and making
11 a serious life decision about an important aspect
12 of your healthcare.
13      That being said, you know, many patients who
14 have gender dysphoria, who have significant
15 depression or anxiety, are -- do proceed with
16 treatment because while they have co-morbid
17 mental health problems, those problems are not
18 interfering with their ability to -- to
19 understand risks and benefits and provide assent
20 or consent.
21      So I believe the answer is I don't -- I
22 don't think so, really.  I think that if the
23 question is, you know, could the sickest patients
24 be more suicidal because they were so sick that
25 they never got blockers, that would not be --

1    that would not line up with my clinical
2    experience, no.
3  Q  Let's take a look at Table 3 of the paper.  It's
4    page 5.  So as I understand it, now, you've got
5    these different outcomes and then, you know,
6    suicidality; suicidality, lifetime; mental health
7    and substance abuse, et cetera.  And then you've
8    got two columns, the "yes" column meaning, yes,
9    you have been treated with pubertal suppression
10   and "no" meaning you have not.
11   Am I reading that right?
12        MR. SELDIN:  Object to form.
13 A  Yep.  So there are -- there's rows and columns.
14   The rows are mental health outcomes, like
15   suicidality.  And the columns are treatment
16   status -- historical treatment status with
17   gender -- with pubertal suppression.
18 Q  If we look at "ideation with plan and attempt,"
19   do you see the results there?
20        There's 11 in the "yes" column and 473 in
21   the "no" column.  But the comparison baseline is
22   much different.  So the percentages are 24.4 for
23   the "yes" and 21.5 for the "no."  Do you see
24   that?
25 A  I see that, yes.

1  Q  Is that a statistically significant difference?
2        MR. SELDIN:  Object to form.
3  A  I don't know.
4  Q  And then if you look down under "suicidality
5    (lifetime)," under attempts -- this says 37 is
6    the raw, but then it gives the percent of 41.6.
7    Is that telling us that over 40 percent of the
8    treated group attempted suicide?
9        MR. SELDIN:  Object to form.
10 A  Yes, that is correct.
11 Q  All right.  Let's move on to the Kuper paper,
12   Exhibit 17.
13   (Shumer Exhibit 17 marked.)
14 Q  Doctor, are you familiar with this paper?
15 A  Yes.
16 Q  Is this the Kuper paper cited in paragraph 72 of
17   your declaration?
18 A  Sorry.  Can you repeat that.
19 Q  Sorry.  Is this the Kuper paper cited in
20   paragraph 72 of your declaration?
21 A  Yes.
22 Q  What is --
23        MR. SELDIN:  Mr. Fisher, can you scroll down
24   just for a date.  Sorry.
25        MR. FISHER:  Yeah.  It's not me,

1    unfortunately.  It's Shawn.
2          MR. SELDIN:  It's Shawn.  Long-suffering
3    Shawn, can you scroll down, please.
4          MR. FISHER:  Right.  Poor Shawn.
5    A    Yeah, that looks right.
6    BY MR. FISHER:
7    Q    Good.  Okay.  So what is this -- what is this
8    paper purporting to tell us?
9    A    All right.  So we're getting into the
10   nitty-gritty here so just give me a second here
11   to refresh my memory so I can give you the right
12   answers here.
13         Okay.  So this is, I believe, a clinic in
14   Texas, which is, you know -- this is now thinking
15   about hormone therapy, and we're using different
16   scales to get at this -- this important question
17   that we keep going back to is, well, what is the
18   potential benefit or what is the measured benefit
19   of the use of these aspects of gender-affirming
20   care?
21         So in this particular study, they're
22   assessing things like body image, depression,
23   anxiety, and using scales to sort of assess
24   differences in these -- these -- in these
25   features of their patient population before and

1    after treatment.
2    Q    And what does it purport to show?
3    A    Well, there's improvement -- there's varying
4    levels of improvement in different scales -- or
5    scales that are measuring these elements of
6    health.  Right?  So improvement in body -- a
7    large improvement in body dissatisfaction, small
8    to moderate in depressive symptoms, small
9    improvement in total anxiety.
10         So, you know, they're going on to describe,
11   you know -- they're doing a bunch of tests,
12   before, after.  This is how much they changed
13   over time and going into detail about each one.
14   Q    And, again, in terms of study design, is this
15   another retrospective survey?
16         MR. SELDIN:  Object to form.
17   A    So I think this is -- no, this is not a
18   retrospective survey.  This is --
19   Q    Oh.
20   A    -- what we would call a -- you know, a
21   longitudinal cohort design.  So they're
22   getting -- the same people are getting a survey
23   at initial presentation and then in follow-up.
24   Q    Okay.  Gotcha.  And then the follow-up period was
25   what?  Just one year?

1    A    I don't think that I have that information just
2    from the abstract.  We'd have to go to the method
3    section to be sure.
4    Q    Let me scroll down then.  Page 3.  There it is.
5    A    Yeah.  So it's 11 to -- go up a little bit.
6    Yeah, so I think the follow-up survey was
7    conducted for these -- the follow-up set of
8    surveys were conducted, it looks like, in a range
9    between 11 and 18 months.
10   Q    18 months.  Okay.
11         And then if we scroll down to Table --
12   Table 5, page 8.  You see there it says, under
13   "Suicide Attempt," one -- and then under the
14   column "1 to 3 months before initial assessment,"
15   3; and then I guess that's the percentage, which
16   is 2; and then over in "Follow-Up Period," 6,
17   which is 5 percent.
18         Is that a statistically significant
19   difference?
20         MR. SELDIN:  Object to form.
21   A    I don't -- I don't know.
22   Q    Okay.  All right.  Let's move to Exhibit 18.
23   This is the Costa study.
24   (Shumer Exhibit 18 marked.)
25   Q    Okay.  Doctor, do you recognize this study?

1    A    Yes.
2    Q    And is this the same Costa study cited in
3    paragraph 72 of your declaration?
4    A    Yes.
5          MR. SELDIN:  I apologize.  Shawn, do you
6    mind just scrolling down for a date -- or maybe
7    it's on the side.
8    A    Yeah, Costa 2015.  I think that we're on the
9    right track here.
10   BY MR. FISHER:
11   Q    Okay.  So just tell us, if you would, please,
12   what this study is purporting to show us.
13   A    Yep.  So this is sort of another attempt to try
14   to isolate the effect of GnRH agonist treatment
15   and its effect on health outcome.
16         So in this particular example, we're talking
17   about something called the Children's Global
18   Assessment Scale, which, you know, is, I believe,
19   sort of an overall measure of -- of well-being
20   and/or psychosocial functioning in adolescents.
21         And so we're -- we're showing results of
22   patients that had this assessment done prior to
23   any intervention and then showing that there was
24   improvement in their functioning after six months
25   of psychological support and then also showing

Page 213

```
 1     the intervention of pubertal suppression having
 2     improvement in functioning as well, and then
 3     comparing people with pubertal suppression plus
 4     psychosocial support versus psychosocial support
 5     alone.
 6          There's a description of a greater
 7     improvement with the combined approach.
 8  Q  Does it tell us anything about suppression alone?
 9          MR. SELDIN:  Object to form.
10  A  So I think that's a hard thing to do, suppression
11     alone -- right? -- because we all -- as I said
12     before, we're not kind of living in a vacuum.  So
13     if we -- if we're seeing a patient and our
14     standard of care is to provide psychosocial
15     support to all of the patients we see, then, you
16     know, making an arm of the study, you know,
17     here's your -- here's your GnRH agonist, but
18     we're not going to support you, you know,
19     there's -- there's -- again, there's not
20     equipoise there.  That arm of the study no one
21     would think would be better than a combination of
22     psychosocial support plus GnRH agonist.  So doing
23     an arm of a study like that I don't think would
24     be ethical.
25          So, no, there's not a comparator arm where
```

Page 214

```
 1     there was someone just getting medical treatment
 2     without any psychosocial support.  Likely for the
 3     reason that I just mentioned.
 4  Q  Does it show results at different periods after
 5     treatment?
 6          MR. SELDIN:  Object to form.
 7  A  I believe the study has time points at 6 and
 8     12 months.
 9  Q  Well, as I look at Table 2, which is on -- I
10     don't know -- 2212 in the top corner in terms of
11     page number.
12          So is this telling us, it looks like, maybe
13     three time periods?
14          MR. SELDIN:  Object to form.
15  A  So if we want to read this table together, it
16     looks like there's four time periods.  "Time 0"
17     tends to imply before the study started or
18     baseline.  Right?
19  Q  Okay.
20  A  Then there's a Time 1, Time 2, and Time 3.
21  Q  Right.  And so how many months between each of
22     these periods?
23  A  I think six, but it doesn't say in the table, to
24     be certain.
25  Q  Okay.
```

Page 215

```
 1          MR. LANE:  Hey, Tom, can we take this off
 2     the record for just a quick second?
 3          MR. FISHER:  Yes.
 4          MR. LANE:  Thanks.
 5     (Discussion held off the record.)
 6  BY MR. FISHER:
 7  Q  Okay.  Let's move on.  I think we're ready for
 8     19, which is the Carmichael study.
 9     (Shumer Exhibit 19 marked.)
10  Q  Doctor, do you recognize this study?
11  A  I do.
12  Q  Is this the Carmichael study cited in
13     paragraph 72 of your declaration?
14  A  It is.
15  Q  And what is this study telling us?
16  A  So, again, this is just trying to isolate the
17     treatment with the GnRH agonists, which is, of
18     course, just one element of gender-affirming care
19     in young people.  So trying to understand how
20     treatment with these interventions may affect a
21     variety of different things over a course of
22     somewhere between 1 to 3 years.  And so some of
23     the things that they were measuring included bone
24     mineral questions and mood questions.
25          And so this is -- that is what this one is
```

Page 216

```
 1     attempting to convey.
 2  Q  All right.  So let's look at page 19.  Bottom
 3     right, it says 19 of 20 -- 19 over 26.  Okay.  So
 4     the paragraph --
 5          MR. FISHER:  Maybe make that just a little
 6     bit bigger, Shawn.  There we go.
 7  BY MR. FISHER:
 8  Q  That paragraph right in front of us says, "We
 9     found no evidence of change in psychological
10     function with GnRHa treatment as indicated by
11     parent report (CBCL) or self-report (YSR) of
12     overall problems, internalizing or externalizing
13     problems or self-harm."  Do you see that?
14  A  I do.
15  Q  Is that consistent with your understanding of
16     this study?
17          MR. SELDIN:  Object to form.
18  A  Right.  This is one of their findings, yes.
19  Q  All right.  Let's go to Exhibit 20.  Okay.  This
20     is the Achille.
21     (Shumer Exhibit 20 marked.)
22  Q  So, Doctor, do you recognize this study?
23  A  I do.
24          I always wondered how people would pronounce
25     that last name.  I always say Achille.
```

Page 217

1 Q  Oh, for me it called to mind Achilles.
2 A  I know.  I know.  I was -- I'm glad we're talking
3    about it because it's bothered me.
4 Q  You're the one who would know.  I better adapt
5    myself.
6       MR. SELDIN:  Is one the French maybe?
7 Q  I'm sorry.  So this study you cited in
8    paragraph 72, I think also paragraph 76 of your
9    declaration, by the way.
10 A  Yes.
11 Q  Okay.  Right.  So what is this -- what is this
12    study telling us?
13 A  So this is kind of similar, assessing various
14    elements of mental health and quality of life
15    over the course of time.  So, again, sort of a
16    longitudinal cohort study.  And I believe this
17    time we're -- there's some gender hormone
18    intervention mixed in, so not specific only to
19    GnRH agonist treatment.
20 Q  And what does it purport to show from that study?
21 A  Well, there's a lot of findings.  I think that
22    ultimately there's improvement in many of the
23    measured outcomes, you know, reducing depression
24    scores, suicidal ideation scores, increasing
25    quality of life scores.

Page 218

1 Q  Looks like 50 participants?
2 A  Yep, that's what it looks like to me too.
3 Q  And so they measured at six-month intervals, but
4    how many intervals?
5 A  Yeah.  We're going to have to go to the method
6    section for that.
7 Q  Okay.
8       MR. FISHER:  Let's scroll down.  There we
9    go.
10       THE WITNESS:  Can you go up a little bit.  A
11    little more.  Okay.  Sorry.  Next page.
12 A  Okay.  So there's three time points.
13 BY MR. FISHER:
14 Q  Okay.  Where are you looking?  Is that the table?
15 A  The 50 that they included in the final conclusion
16    completed three waves of questionnaires, in the
17    result -- in the "Results" section.
18 Q  Oh.  Between -- between 20 -- those
19    questionnaires, is it your understanding that
20    those occurred between December 2013 and December
21    2018?
22       MR. SELDIN:  Object to form.
23 A  Yes.
24 Q  Okay.
25 A  Yep.  So this is basically just, you know -- it's

Page 219

1    a little different than the other studies because
2    this is sort of saying, okay -- instead of doing
3    before and after this one intervention, this is
4    more, all right, these patients are coming to a
5    clinic or a program that provides this type of
6    care, and then we're sampling across three time
7    points.
8       In the course of those three time points,
9    the patient will have been -- the patient in this
10    clinic, presumably, they might have, you know,
11    been treated with pubertal suppression; they
12    might have been treated with pubertal suppression
13    and that's all until the end of the study; or no
14    treatment; or pubertal suppression and hormones
15    later in the study.
16       So it's basically saying, all right, these
17    are three points in time, patients getting care
18    at this place, and then measuring these --
19    these -- these health indicators.
20       So I think -- I would think of it as more of
21    a, you know, being a patient in this clinic that
22    provides gender-affirming care and what are the
23    outcomes there, as opposed to discretely thinking
24    about a specific intervention.
25 Q  Okay.  Gotcha.  All right.  Let's go to

Page 220

1    Exhibit 21.
2       (Shumer Exhibit 21 marked.)
3 Q  So this is van der Miesen.  Also in paragraph
4    72 -- or is this 76?  No.  Flip the page.  Yes,
5    there it is.  van der Miesen.
6       This is the same van der Miesen study cited
7    in paragraph 72; is that correct?
8 A  Yes.
9 Q  Okay.
10 A  Yes.
11 Q  All right.  So what is this study telling us?
12 A  Well, this one is, again, about GnRH agonists,
13    and this is sort of comparing different measures
14    of people right when they come into clinic before
15    treatment and then people on treatment, and here
16    they're -- you know, I think in a lot of the
17    things that we've been talking -- the papers that
18    we've been most recently talking about were using
19    the longitudinal approach, so were using a
20    patient as their control.
21       This -- in this article, we're incorporating
22    data from cisgender peers.  So that's a little
23    bit different.  But that the people that came
24    into clinic before treatment was started had
25    higher self-harm rates, poorer peer relations

Page 221

1    when compared to peers.  Right?
2         So then the adolescents on pubertal
3    suppression, when compared to peers, had fewer of
4    these types of problems.
5         And so the -- and I -- so I think that, you
6    know, this is sort of -- we've been talking a lot
7    about how you've got to approach this tricky
8    problem from a lot of different angles.
9         So this one is saying not the same people
10   across time, but these two groups now that are in
11   different parts of this process, let's compare
12   them to a control group, their peers.  Right?
13        So the people that are new patients before
14   they started treatment don't look so favorable
15   compared to peers.  Over here, same point in
16   time, but these patients here that probably came
17   in a year ago now are on pubertal suppression,
18   they're comparing better to their peers.
19 Q  **So is this what's known as a cross-sectional**
20   **study then?**
21 A  Yes.
22 Q  **Do cross-sectional studies establish causation?**
23        MR. SELDIN:  Object to form.
24 A  Yeah, no.  This is going back to that same
25   problem with research in general, that you need

Page 222

1    to think critically about, you know, association
2    versus causation and also generalizability.  And
3    so you can't get away from thinking about those
4    topics in any research that you're reviewing.
5         So in terms of association here, is there --
6    there's one thing that's clearly different about
7    these two groups.  One of them is on pubertal
8    suppression.  So then if I'm -- if I'm thinking
9    to myself, does that -- is that -- so does that
10   establish causation?  In and of itself, no.
11        So then I'm going to say, well, are there
12   other potential causes?  Well, is just being a
13   patient in this clinic improving their report --
14   their scores?  Maybe.  Do I think so?  I don't
15   know.  I don't think just being a participant in
16   a clinic should, but it's something to consider.
17        So I think that presumably then at the end
18   of this paper and all papers, you know -- as
19   we've been going through all of these papers, I
20   just -- and I'm sure that there's similar things
21   in legal papers -- but at the end of every paper,
22   we're taught to say why we think our findings are
23   important, what the potential limitations are,
24   and then remind why we think we're still
25   important.

Page 223

1         And so I think in this paper, you know, I
2    would say that if I was to predict -- because I
3    don't remember off the top of my head what their
4    conclusion and limitation section would say.  I
5    would think that the strengths of this paper
6    would be that, you know, it's a relatively large
7    sample, that they're -- that, you know, this is a
8    larger sample than a lot of the other studies
9    that we've been talking about.  There's a
10   discrete difference between these two groups.
11   And then they have these surveys that have really
12   good data for the general population.  So those
13   are some of the strengths of the study.
14        A limitation would be that, you know, yes,
15   because of the nature of it being a
16   cross-sectional study, that you can't -- you
17   can't infer causation.  You can think critically
18   about whether you think the differences between
19   the cohorts could represent causation.
20        And then I always think about
21   generalizability, as we've been talking.  Right?
22   So did these patients have something in common
23   with the patients I see?  So on the face of it,
24   yes.  Of course, there's probably
25   differences: Different country, four years ago

Page 224

1    versus today.
2         So, yep, there's limitations to this study
3    just like the other ones that we've been
4    reviewing.  But overall I would say that it's a
5    helpful contribution to the literature.
6 Q  **Let's take a look at page 703, and this will**
7    **be -- yeah.  It will be in the right-hand column**
8    **on page 703.**
9         MR. FISHER:  There we go.  Now, scroll down
10   just a little bit more.  A little bit more.
11   Okay.  Right there.
12 BY MR. FISHER:
13 Q  **So right in the middle of the screen, Doctor, do**
14   **you see where it says, "The present study can,**
15   **therefore, not provide evidence about the direct**
16   **benefits of puberty suppression over time and**
17   **long-term mental health outcomes"?  Do you see**
18   **that?**
19 A  I do see it.
20 Q  **Do you agree with that statement?**
21        MR. SELDIN:  Object to form.
22 A  Yeah.  So I think picking out this one sentence
23   in a long paragraph -- I guess, before I answer
24   that question, I'd like to read the whole
25   paragraph.  If you could scroll up a little bit.

Page 225

1          Thank you.  Just give me a second, please.
2    Q    Sure.
3    A    Perfect.  Thank you.  Yeah.  So it's sort of --
4         like, I sort of predicted it would in the last
5         answer that I gave -- right? -- that there's
6         certain limitations to cross-sectional data --
7         cross-sectional research.  So the reader
8         should -- should, you know, think about that when
9         forming conclusions.
10            I think that that sentence specifically is
11        related to this causality question that you're
12        raising, that the -- that just the nature of
13        cross-sectional research doesn't provide evidence
14        to direct benefit.  And so, you know, that with
15        the findings of this paper, you know, you
16        consider that when thinking about how it may
17        apply to the clinical decision that you're making
18        in your office.
19   Q    Let's go to Exhibit 22.
20        (Shumer Exhibit 22 marked.)
21   Q    This is the Allen paper.  I think this is cited
22        in paragraph 76 of your report.
23            MR. SELDIN:  Mr. Fisher, what do you think
24        about a break after this paper?
25            MR. FISHER:  Yeah.  Perfect.

Page 226

1    A    All right.  I'm with you.
2    BY MR. FISHER:
3    Q    Okay.  So is this the -- is this the Allen paper
4         that you cite in paragraph 76?
5    A    Yep.  So in the expert report, now we're kind of
6         moving on from focusing on GnRH agonists and now
7         kind of more focused on gender-affirming hormone
8         care.
9             So, of course, some of the papers that we've
10        discussed in the previous set of papers involve
11        both, so I included those citations in the
12        previous paragraph.  But now we're just focusing
13        on papers that are referring to gender-affirming
14        hormones.
15            Sorry to say the same thing twice there.
16        Just wanted to get it straight in my head.
17   Q    Yeah.
18   A    Yep.
19   Q    Okay.  So we have a -- again, another small
20        sample size, 47 -- 47 youths?
21            MR. SELDIN:  Object to form.
22   A    This paper had 47 youths, yes.
23   Q    Yeah.  Do you consider that a small sample size?
24   A    Well, you know, I think it's a lot for a study
25        about a condition seen in, you know, small gender

Page 227

1         clinics across the country, but the more patients
2         in the study, the more generalizable it can be.
3             So I use that as a -- you know, when I'm
4         thinking about the importance of this study, I'm
5         using that as sort of a factor, right?  47 is
6         more than 30, less than a hundred.
7             I think that when you're trying to answer a
8         specific question, sometimes you need to figure
9         out how many patients you would need in order to
10        find a statistically significant difference.  So
11        if you have two patients in a study and you're
12        testing an intervention, that is definitely --
13        that definitely works, but they both get better,
14        then your study is not very helpful.  Right?
15        Because you don't have the power to answer your
16        question.
17            So I'm taking note of the 47, and then I'm
18        wanting to read more about, you know, the actual
19        details of the study.
20   Q    What's your understanding of the duration?  And
21        we may have to scroll down to method.  I don't
22        know if it says on the front page or not.
23   A    Yep.  So I think that this is an example of a
24        study that's looking less at sort of a long-term
25        outcome but a short-term outcome instead, that

Page 228

1         immediately following the start of
2         gender-affirming hormones, is there change in
3         some of these mental health measures.
4             And so in this -- so I think the
5         contribution of this particular article to the
6         literature is, you know, how does -- how do some
7         of these mental health parameters change in the
8         short term after a decision to start an
9         intervention.
10   Q    So does it tell you what the duration was?
11   A    I don't see it on the screen, but I think that
12        there was, I think, two measure points, and they
13        were within a year apart, I want to say.  But,
14        you know, if we want to find the exact number of
15        months, we can, but it is like -- granted, that
16        this was a study that was looking at a short-term
17        question --
18   Q    Short-term question.
19   A    -- so -- yeah.  If we want to --
20   Q    So I want to look over on the -- under the
21        limitations heading on page 308.
22   A    Can we -- sorry.  Can I just --
23   Q    Yeah.
24   A    -- scroll down a little bit to read.
25            Okay.  Go ahead with your question.  Sorry

Page 229

1   to interrupt.
2   Q   That's okay.  Under "Limitations" -- page 308,
3       under the "Limitations" header, it gives us some
4       confounding variables that -- and I take it that
5       that means that these are not controlled for,
6       including familial support, receipt of
7       psychotherapy, difference in specifics of the
8       medications.  Do you see that?
9   A   I do.
10  Q   Does that affect your ability to generalize from
11      this report?
12          MR. SELDIN:  Object to form.
13  A   Yep.  So -- yeah, similarly, they're saying that,
14      you know -- they're testing a treatment for
15      gender dysphoria.  So they're doing this in the
16      setting of a clinic that provides treatment for
17      gender dysphoria.  And so inherent in that are
18      people that are supportive enough to bring their
19      child to the clinic.  Right?
20          So I think what they're saying is, you
21      know -- do we know that this intervention will
22      work on children without that kind of support,
23      support enough to come to clinic, to come to
24      care?  No, because we're not measuring them.  So
25      in that way there's a limitation.

Page 230

1           Sort of like we've been talking about with
2       all of these studies.  Then how do I approach
3       that when I'm trying to understand the
4       meaningfulness of the study?  Does it make the
5       study completely invalid?  Of course not.  Right?
6           That, you know, we -- we use this to then
7       extrapolate on answering the clinical question
8       that we're asking about the patient that we're
9       seeing.
10  Q   Okay.  All right.
11          MR. FISHER:  Let's go ahead and take our
12      break.
13      (Recess taken from 4:01 p.m. to 4:07 p.m.)
14  BY MR. FISHER:
15  Q   Let's pull up -- I think we're ready for
16      Exhibit 23, and I want to take a look at the Chen
17      study, Psychosocial Functioning in Transgender
18      Youth.
19      (Shumer Exhibit 23 marked.)
20  Q   Doctor, do you recognize this study?
21  A   Yes.
22  Q   Is this the same Chen study cited in this
23      paragraph 76 of your declaration?
24  A   76.  Let's see.  Yes.
25  Q   Okay.  So what is this study telling us?

Page 231

1   A   Yep.  So this is sort of another trying --
2       another study trying to answer a discrete
3       question about gender-affirming hormone care now,
4       and in this particular one it's looking at people
5       longitudinally, so the same person over time, pre
6       and post intervention, and assessing for outcomes
7       such as psychosocial functioning and feelings
8       about one's appearance.
9   Q   And what does it conclude?
10  A   I think the upshot is that there's improvement in
11      the outcomes that they were investigating after
12      treatment with hormonal care.
13  Q   So at the beginning, how many of the subjects --
14      what percentage of the subjects had severe
15      depression?
16          MR. SELDIN:  Object to form.
17  A   We're going to have to get into the -- dive into
18      the study, I think, in a little more detail to
19      answer that question.  I don't know that number
20      off the top of my head.
21  Q   I'm just looking for it.  I don't want to make
22      you look at every page, so -- let's go down to
23      Table 2, which is on page 245.
24          Okay.  So, Doctor, as I look at that table,
25      I see a record of adverse events, which I

Page 232

1       understand to be during the study.  And does this
2       tell us that two people died by suicide during
3       the study?
4           MR. SELDIN:  Object to form.
5   A   It does tell us that.
6   Q   Was there -- do you know about whether the study
7       was stopped as a result of those suicides?
8           MR. SELDIN:  Object to form.
9   A   I don't -- I don't think the study was dis- -- I
10      don't believe the study was discontinued based on
11      those events, but I'm not certain of that.
12  Q   And just to be clear, these were people who were
13      being treated with hormones who committed
14      suicide?
15          MR. SELDIN:  Object to form.
16  A   That's correct.
17  Q   Do you know if there was any Institutional Review
18      Board inquiry of the study as a result of the
19      suicides?
20          MR. SELDIN:  Object to form.
21  A   I think these would be great questions for the
22      authors.
23          What I would say, though, is that
24      transgender people, whether they're participating
25      in studies, not participating in studies, on

Page 233

1  medications that overall have shown to be
2  helpful, not on medications that overall have
3  shown to be helpful, live in a world that's not
4  at times very easy for them to live in, that --
5  that in -- in the lived experience of transgender
6  adolescents, that there's, you know, oftentimes
7  constant bullying, harassment, not only from
8  peers or family but from people in charge, and
9  that in the face of that, that that can be
10 overwhelming.
11     Unfortunately in our country today, not only
12 for trans youth but for youth in general,
13 there's, you know, a higher rate of suicide and
14 suicidality than we would ever want.  So the fact
15 that transgender people -- that some of them
16 experience suicide is terrible, of course, not
17 necessarily surprising, and that people on
18 effective treatment for gender dysphoria, you
19 know, can be improving in their gender dysphoria
20 but still live in the world that we live in,
21 which remains very challenging.
22     So I don't know the answer to your question
23 about whether the study was discontinued or what
24 the IRB in this specific hospital decided when
25 that event happened, but I certainly empathize

Page 234

1  with the providers of those patients, who -- who
2  I'm sure will always remember taking care of some
3  really challenged kids.
4  Q  Do you know how the suicide rate of the
5     participants in this study compares to the
6     suicide rate in the general population?
7        MR. SELDIN:  Object to form.
8  A  Well, I don't know if I can rattle off numbers.
9     But, you know, we do know, of course, that -- are
10    you saying suicide rate or suicidality?
11 Q  Suicide rate.  Completed suicide rate.
12 A  Yes.  So it's certainly going to be higher
13    because the --
14 Q  I'm sorry.  Higher where?  In the study?
15 A  That's correct.
16 Q  Okay.  Completed suicide rate in the study is
17    higher than in the general population, correct?
18       MR. SELDIN:  Object to form.
19 A  That is correct.
20 Q  Okay.  Do we know whether the suicide --
21    completed suicide rate of participants in this
22    study is higher than the trans population
23    overall?
24       MR. SELDIN:  Object to form.
25 A  I don't know the answer to that question.

Page 235

1  Q  Okay.  Is there a reason to infer, given the
2     higher rate of participant -- the higher
3     completed suicide rate of participants in this
4     study compared to the general population, that
5     the gender-affirming treatment caused more
6     suicides?
7        MR. SELDIN:  Object to form.
8  A  Can you repeat that, please.
9  Q  Is it legitimate to infer from the higher suicide
10    rate among participants in this study, compared
11    to the general population, that the
12    gender-affirming treatment caused more suicides?
13       MR. SELDIN:  Object to form.
14 A  Yeah.  See, now you're asking me the same
15    question but in reverse.  You can't do it either
16    way.  Right?  So that, you know, when patients
17    are -- when patients have a positive outcome or a
18    negative outcome, you know, with these types of
19    studies, the answer to that question is unclear.
20    You've got to use your -- you've got to use your
21    executive functioning as a clinician to
22    understand, you know, what that might imply.
23       So I think, you know, the fact that two
24    patients in this study died by suicide, you know,
25    that's a really important outcome in this study

Page 236

1  that I think people take note of.
2     I think that that's in the context of the
3  very high suicidality rate amongst trans people
4  and in the broader context of -- you know, we've
5  been talking about suicide and suicidality a lot
6  today, across a lot of different studies, and so
7  certainly if you -- if you're wanting to say that
8  treatment is causative in this particular
9  instance and not causative of the positive
10 outcomes in all of the other studies that we've
11 just mentioned, then, of course, that doesn't
12 make sense.
13    So there's got to be some more nuanced
14 answer.  Right?  The nuanced answer is that it's
15 complicated.  We need to take all of these
16 studies as a collective, figure out how we want
17 to use each of these studies in our mental
18 construct of this very complicated question, how
19 to help a group of really suffering kids, and --
20 and so, you know, the -- I think the -- this
21 really -- these two tragic patients, you know,
22 are important to think about and consider when
23 we're analyzing this paper and also in the
24 context of the broad body of work that we've been
25 discussing all day today.

Page 237

1  Q  All right.  Let's move on to the next exhibit.
2     So I think we're up to 24 now.  So this will be
3     the -- I'm going to butcher this pronunciation,
4     Cecillia Dhejne -- not Grannis.  This is
5     D-H-E-J-N-E.
6     (Shumer Exhibit 24 marked.)
7  A  I think it's pronounced "Dane."
8  Q  "Dane."  Thank you very much.
9  A  Uh-huh.
10 Q  Now, this is not a study that you cite in your
11    report, but are you familiar with this study?
12 A  You know, I think I have seen this study more
13    recently.  But if we can zoom in a little bit,
14    that would be helpful.
15 Q  Sure.
16 A  Okay.  I'm with you.  Yes, I have seen it before.
17 Q  You've seen it before.  Okay.  What do you
18    understand this study to show?  What conclusions
19    does it draw?
20    MR. SELDIN:  Object to form.
21 A  Yeah.  So this is specifically about surgery, and
22    so we're getting a little bit outside of my
23    wheelhouse as an endocrinologist, but this is
24    talking about, I believe, gender-affirming
25    genital surgery in Sweden, and it's -- it's

Page 238

1     talking about health outcomes, specifically
2     important outcomes like suicide, suicidality, and
3     sort of the conclusion is a higher -- higher risk for
4     suicidality -- or higher -- higher risk for
5     mortality, suicide behavior, and psychiatric
6     morbidity than the general population after this
7     type of surgery.  That the surgery helps with
8     gender dysphoria but that by itself was not
9     sufficient for this cohort of patients analyzed.
10 Q  Any particular reason you didn't include this
11    study in your report?
12 A  Well, I'd say one reason is I didn't really talk
13    about surgery in my report, but I'm happy to
14    discuss it now with you.
15 Q  No.  That's okay.  I just wondered.  All right.
16    Let's move on to -- I guess we're up to 25.
17    Okay.
18    (Shumer Exhibit 25 marked.)
19 Q  Okay.  I want to get up here the endocrine --
20    this is the Endocrine Society Guidelines.
21    Endocrine treatment of gender dysphoria it says
22    at the top.
23    There we go.
24    And so, Doctor, do you recognize this
25    document?

Page 239

1  A  I do.
2  Q  What is this document?
3  A  This is the -- a document published by the
4     Endocrine Society.  It's a clinical practice
5     guideline related to providing the type of care
6     that we've been discussing today.
7  Q  Okay.  What role does it play, or of what utility
8     is it in your practice?
9  A  Well, you know, I think that we've been talking
10    about a whole bunch of different papers today
11    that, you know, not too many people have maybe
12    the time or the knowledge to sort through and
13    read and analyze by themselves.  Right?
14    And so, you know, I think that -- let me
15    just use an example here.  Like, if I wanted to
16    know a simple question about, you know, the use
17    of a thyroid medicine, is one brand better than
18    the other, I might independently be able to find
19    a good study to answer that question.  Right?
20    But faced with a larger question, like how
21    do we approach gender dysphoria, you know, that
22    requires, you know, a careful review of a lot of
23    pieces of evidence.
24    And so I think that the Endocrine Society,
25    they have in several instances tried to help

Page 240

1     people in this field by doing that review and
2     providing suggestions and recommendations related
3     to care.  So this being one example.
4     There's several other examples of clinical
5     practice guidelines, sort of along those same
6     lines, kind of complicated topics in
7     endocrinology that providers in the field would
8     benefit from sort of an overview and some
9     guidance.
10 Q  Okay.  All right.  Let's go to the next exhibit.
11    So this will be 26.  This will be the Standards
12    of Care for the Health of Transgender and Diverse
13    People.
14    (Shumer Exhibit 26 marked.)
15    MR. FISHER:  There we go.
16 BY MR. FISHER:
17 Q  Doctor, do you recognize this document?
18 A  I do.
19 Q  And what is this document?
20 A  This is the Standards of Care for the Health of
21    Transgender and Gender Diverse people, Version 8,
22    published by the World Professional Association
23    of Transgender Health.
24 Q  What does this perform in your practice?
25    MR. SELDIN:  Object to form.

Page 241

1 A  Well, you know, I think that the -- I think that
2    both this and Endocrine Society Guidelines that
3    we just reviewed are two different attempts to
4    sort of bring together evidence and either
5    provide recommendations or standards of practice
6    based on that evidence.
7         So I think they're -- they function -- it
8    functions in a similar way.  I think there's
9    differences.  For, one, the endocrine documents
10   is much more focused on the medical management of
11   gender dysphoria, whereas these standards of care
12   have a larger breadth and scope of health in
13   general for trans people.
14        But when it comes down to, like, the actual
15   content that impacts practice, they're quite
16   similar.
17 Q  Okay.  So now we're ready for 27, and this will
18   be the document.  It says "Recommendation of the
19   Council for Choices" on it.
20   (Shumer Exhibit 27 marked.)
21 Q  Doctor, are you familiar with this document?
22 A  I wouldn't say that I'm intimately familiar with
23   all of the details, but I'm aware of its
24   existence, yes.
25 Q  So have you read it before?

Page 242

1 A  I have read it before, yes.
2 Q  What do you understand it to be?
3 A  So I understand it to be an effort in the country
4    of Finland to think sort of critically about how
5    the country should provide gender-affirming care
6    to its population.
7 Q  Is this what might be called -- or what is called
8    in the scientific community a systematic review?
9    MR. SELDIN:  Object to form.
10 A  I don't know if that is an appropriate term or
11   not, but maybe if we scroll down I can better
12   answer that question.
13 Q  Okay.
14 A  Yeah.  I mean, I'm not sure if I can agree or not
15   agree with whether this is a systematic review.
16   I think of it as, like, a governmental document
17   to inform care for the country of Finland.
18 Q  Was either the WPATH guidelines or the Endocrine
19   Society Guidelines a systematic review?
20 A  Well, you know, I think you're asking -- you're
21   saying the words "systematic review."  So let's
22   unpack that for a second.  To me a systematic
23   review is an attempt to take a question or a
24   topic and attempt to review every -- every piece
25   of relevant literature about that topic and then

Page 243

1    present it to -- present it in some sort of
2    written form.
3         So I would suggest that in both the WPATH
4    document and the Endocrine document, they go
5    through at length about how they determined all
6    of the relevant articles that they included,
7    and -- and, therefore, I think the term
8    "systematic review" fits in both of those cases.
9         This may or may not be a systematic review.
10   I'm just not as familiar with the methodology on
11   which it was written to definitively answer that
12   question, as I'm more familiar with those other
13   two documents.
14 Q  So let's take a look at page 7 of this document.
15   Okay.
16        MR. FISHER:  So let's make that a little bit
17   bigger so we can see it.
18        Oh, there we go.  Great.
19 BY MR. FISHER:
20 Q  Can you read that okay, Doctor?
21 A  Yep.
22 Q  So the paragraph that begins with, "In cases of
23   children and adolescents," just if you could just
24   read that paragraph to yourself and just let me
25   know when you're ready.

Page 244

1 A  I've completed reading the paragraph.
2 Q  Okay.  Great.  So this is talking about treating
3    children and adolescents with gender dysphoria;
4    is that your understanding?
5        MR. SELDIN:  Object to form.
6 A  Well, I guess it is in some way.  I think that
7    this is a -- you know, this is quite a different
8    type of manuscript than the two we've been
9    reviewing before in that the previous two were,
10   you know, written for healthcare professionals in
11   order to review what the evidence might suggest
12   in terms of, you know, medical decision-making.
13        This is -- this is a government-produced
14   document that's informing, you know, a -- a
15   process that's run by a governmental health
16   system which, in fact, does still provide
17   gender-affirming care to youth.
18        So I would say that, yes, it's -- the topic
19   of this is treatment of trans youth but in a --
20   sort of a different context than the reviews that
21   we've been discussing previously.
22 Q  So it says that ethical issues are concerned with
23   the natural process of adolescent identity,
24   development, and the possibility that medical
25   intervention may interfere with this process.

1      Just that observation about the ethical
2  issues, do you agree with that or disagree with
3  it, or do you have an opinion about it?
4      MR. SELDIN:  Object to form.
5  A  Well, there's a few different parts of that
6  sentence.  Right?  So I think that there's
7  ethical issues in all aspects of medicine, and,
8  you know, I think that, for example, as a -- as a
9  clinician, you know, I think I'm trying to
10  practice ethical medicine every day.
11      So I would consider every patient that I see
12  to present with some sort of ethical challenge
13  that I'm trying to do no harm and provide
14  high-quality care.
15      That second part of that sentence
16  related to medical interventions interfering with
17  gender identity development, I don't agree with
18  that statement, no.
19  Q  Okay.  So do you find this document to be -- or
20  when you read it, did you find it to be useful at
21  all in your understanding of the appropriate
22  treatment of gender dysphoria?
23      MR. SELDIN:  Object to form.
24  A  Well, it's certainly not a document that is, you
25  know, written to provide recommendations to

1  healthcare clinicians.  I think that my takeaway
2  from this is that, you know, everyone around the
3  world is wanting to do the best they can to treat
4  children who are struggling, especially
5  struggling with, in this case, gender dysphoria,
6  that the system of healthcare in Finland, of
7  course, while different than that in the United
8  States, I think, is at its core rooted in trying
9  to make the population of that country as healthy
10  and productive and happy as possible.
11      So I think that in this particular
12  situation, the -- the authors of this manuscript,
13  you know, are reviewing evidence and then
14  thinking to themselves, well, how does this apply
15  to healthcare in Finland?  In the end, they've
16  come up with a system that seems to be, you know,
17  different than every other -- every other --
18  every country has their own system of healthcare.
19  Now, I'm not an expert on this, but how I
20  understand it is that young people with gender
21  dysphoria in Finland are still treated with
22  gender-affirming care.  And there's a system in
23  place that they have organized based on a bunch
24  of, presumably, medical professionals and
25  politicians and healthcare people coming together

1  and forming a plan.
2      So do I rely on this document to inform my
3  clinical care?  I do not.
4      But I am following topics like this to see
5  how -- you know, how healthcare around the world
6  is being performed and how people are making
7  decisions based on reviewing the same literature
8  that we've been discussing together.
9  Q  So on the prior page of this report, under
10  ethical assessment -- there we go -- that second
11  paragraph says -- and, again, we're talking here
12  about treatment of gender dysphoria.  The second
13  sentence of that second paragraph, it says "As
14  far as minors are concerned, there are no medical
15  treatment that can be considered evidence-based."
16  Do you see that statement?
17  A  I do see the statement.
18  Q  What is your reaction to that statement?
19  A  Well, I think it's the -- probably the topic that
20  we've been talking over the last three hours
21  about, you know.  We've been reviewing the
22  evidence and so, you know, I don't know -- you
23  know, in terms of translation from Finnish to
24  English but, you know, their statement that no
25  medical treatment can be considered

1  evidence-based, you know, doesn't sound right to
2  me.
3      You know, maybe their meaning is that the
4  evidence that they reviewed makes them determine
5  that medical treatment isn't necessary or
6  something like that.  But, of course, there is
7  evidence that, you know, we've been talking all
8  day about together.
9  Q  So let's go to page -- looks like page 10, right
10  above the number 9.  Okay.  So right there, right
11  in the -- just right above number 9, it says,
12  "Surgical treatments are not part of the
13  treatment methods for dysphoria caused by
14  gender-related conflicts in minors."  Do you see
15  that statement?
16  A  I do.
17  Q  What is your reaction to that statement?
18  A  I don't have much of a reaction.  It sounds like
19  they're not -- patients in Finland that have
20  gender dysphoria neither before nor after the
21  writing of this report were being treated with
22  surgical interventions.
23  Q  All right.  Let's move to 28, which is a document
24  called "A systematic review of hormone treatment
25  for children."

Page 249

1     (Shumer Exhibit 28 marked.)
2         MR. FISHER:  Make that a little bit bigger.
3     There we go.  Maybe the doctor needs to see the
4     top of that.  Let's just make sure -- there we
5     go.
6  BY MR. FISHER:
7  Q   Doctor, does this document look familiar to you?
8  A   I have seen this before, yes.
9  Q   Have you read it?
10 A   I have.
11 Q   And what do you understand it to be?
12 A   So this is, you know, I think that --
13        THE WITNESS:  Can you scroll down just a
14     little bit to help me recall if it's just --
15     okay.  Thank you.  Yep.
16 A   So I think that the people that wrote this study
17     are, you know, trying to sort through this
18     question that we've been sorting through
19     together, you and I.  You know, what is the --
20     what is the evidence that informs the statement
21     made by organizations such as the WPATH and the
22     Endocrine Society, to make them recommend
23     gender-affirming care?
24        And so the -- that the folks who wrote this,
25     you know, clearly outline sort of how they

Page 250

1     identified the articles that they reviewed.  Then
2     they, you know, come to a conclusion about what
3     the -- some of the evidence means.
4        So I think their conclusion is that -- you
5     know, and they make some of the same points that
6     we've been discussing, of course, no randomized
7     control trials, not possible to do, and, you
8     know, sample sizes are small in certain studies.
9        If we scroll up for a little bit -- and so I
10    think that the conclusion that they reach is in
11    some ways different than from the other documents
12    that we've been discussing, that they are --
13    well, I don't know.  Is that -- is that what you
14    wanted me to --
15 BY MR. FISHER:
16 Q   You can stop there if you want.  I'll ask another
17     question.  It's okay.
18 A   Go ahead.  Yeah.
19        MR. SELDIN:  Doctor, you don't have to do
20     both sides of this.  Just give the answers, not
21     the questions.  Mr. Fisher still needs a job.
22 BY MR. FISHER:
23 Q   Doctor, do you understand this review to be a
24     systematic review?
25        MR. SELDIN:  Object to form.

Page 251

1  A   Yeah.  So, again, when we use the words
2     "systematic review," I think to me that implies
3     that I'm -- at the onset, here's my question,
4     here's my search strategy.  I'm sort of putting
5     it all out there for the reader to look at, and
6     then here's what I found in my results.  So, yes,
7     this is a systematic review.
8  Q   Do you have any reason to be critical of the
9     system that they use, the selection of papers
10    they deemed relevant?
11        MR. SELDIN:  Object to form.
12 A   Well, you know, I'm not sure I can answer that
13     question with certainty.  I think that -- you
14     know, I'm not sure that there is -- that I have
15     necessarily a specific objection to the
16     methodology they use in their systematic review.
17     But I think that, you know, for the purposes of
18     conclusions, you know, when I review the
19     literature that they review, that we come to
20     different conclusions, that, you know, I think
21     that -- you know, I'm just struck by the notion
22     that a lot of the, you know, well-accepted
23     medicine that we do in this country, in the
24     world, you know, is -- has to do with complex
25     questions that don't have simple answers.

Page 252

1        And that for this particular example, the --
2     you know, they've chosen to rely on the studies
3     that they've identified.  I think they have maybe
4     a stronger tendency to diminish the impact of
5     studies with smaller sample size, to put less
6     impact on certain types of methodological
7     studies.  And so, you know, it's okay that they
8     have a difference of opinion when reviewing the
9     literature, and so when I -- you know, when I'm
10    asked, you know, does this impact how I consider
11    my approach to -- to gender-affirming care, you
12    know, I would say that just like any aspect of my
13    practice, that I am always wanting to keep up to
14    date with the science, with new publications.
15       And if, for example, you know, there's
16    evidence that suggests this aspect of your
17    practice should change because now there's
18    stronger evidence in this regard or that regard,
19    then I am -- I would be excited to read it and
20    then change practice because that would mean an
21    improvement in health and quality of life for the
22    patients that I'm seeing.
23       If you're asking at this time do I agree
24    with the sort of upshot of the conclusion of the
25    systematic review, the answer is no.  That

Page 253

1    doesn't necessarily mean that the -- you know,
2    the methodology that they used is incorrect.
3    But, you know, I think that the conclusions that
4    they make are not in keeping with the conclusions
5    that every major mainstream medical organization
6    in the U.S. has made on this topic.
7  Q  **Have those mainstream medical organizations**
8     **undertaken systematic reviews such as this one to**
9     **come to those conclusions?**
10        MR. SELDIN:  Object to form.
11  A  Well, WPATH and the Endocrine Society, yes.
12  Q  **Have they been transparent about the studies that**
13    **they've included?**
14        MR. SELDIN:  Object to form.
15  A  I would say in both cases, I think they do a nice
16    job of outlining how they've -- how they went
17    about the process of writing their manuscript,
18    yes.
19        THE WITNESS:  If I may, I just -- I had a
20    voice mail, and I'm just wondering if it has to
21    do with family, so if this might be a good time.
22    (Recess taken from 4:47 p.m. to 4:51 p.m.)
23  BY MR. FISHER:
24  Q  **Now let's mark -- I guess we're up to 29, I**
25    **think, and this would be -- this is Evidence**

Page 254

1     **Reviews:  Gonadotrophin releasing hormone**
2     **analogues for children.**
3        MR. FISHER:  Can we make it just a little
4     bit bigger so doctor can see it.
5     (Shumer Exhibit 29 marked.)
6  Q  **Doctor, have you seen this document before?**
7  A  I have.
8  Q  **Can you describe what it is, please.**
9  A  This one comes from the UK, and I believe that --
10    I'm not sure what kind of -- I'm not sure of the
11    profession of Dr. Cass, but that the author here
12    is attempting to review specifically the question
13    of GnRH analogues for children with gender
14    dysphoria, and to present to, I think, a
15    government -- for a governmental purpose, I
16    believe, in trying to -- to decide on
17    how gender dysphoria management will occur at the
18    public health system in the UK.
19  Q  **Have you read this document entirely?**
20        MR. SELDIN:  Object to form.
21  A  I'm not sure if I read it entirely.  I think I've
22    read -- if not entirely, most of it.
23  Q  **Do you understand this to be a systematic review?**
24        MR. SELDIN:  Object to form.
25  A  You know, again, I don't know that I have all of

Page 255

1    the information I need to answer that question.
2    I do believe that they describe how they -- how
3    they included papers, and so in that regard you
4    could consider it a systematic review.
5        But I apologize.  I'm not sure that I have
6    more expertise to answer that question regarding
7    this particular document.
8  Q  **Well, to the extent that you've studied it, did**
9     **you have any criticism or do you remember having**
10    **any criticism for the way that the author went**
11    **about selecting the studies to be reviewed?**
12        MR. SELDIN:  Object to form.
13  A  I don't recall a specific criticism about study
14    inclusion, no.
15  Q  **Are you familiar with the conclusions drawn by**
16    **the author?**
17  A  Well, I think that there's probably a lot of
18    different conclusions.  I think that with each --
19    if we'd like to scroll through, we can.  But I
20    think in general the author is reviewing each
21    article one at a time and sort of citing relative
22    strengths and weaknesses of each article.
23        I think the upshot, similar to our
24    discussion about the Finnish review, is that the
25    end conclusions differ from that of the WPATH and

Page 256

1    Endocrine Society recommendations, that the
2    conclusion is that in order to -- yeah.  No, I
3    don't remember if they're making a treatment
4    recommendation in this or they're just commenting
5    on the degree of evidence.
6        You know, I think, again, the difference
7    between this type of review and clinical practice
8    guidelines are that clinical practice guidelines
9    or standards of care are really intended for a
10    clinician to make clinical decisions about
11    specific patients.  Right?  And that this -- this
12    type of review is written to -- with a slightly
13    different purpose to inform, you know, health --
14    healthcare decisions.
15        And so while I may disagree with some of the
16    ultimate conclusions from this report, I also am
17    aware that in the United Kingdom adolescents with
18    gender dysphoria continue to receive
19    gender-affirming care in spite of or alongside
20    this report.
21  Q  **Is this report relevant to your understanding of**
22    **the science behind gender-affirming care?**
23        MR. SELDIN:  Object to form.
24  A  Yeah, I think that my answer is probably exactly
25    the same as how I commented in the Finnish

Pages 257..260

Page 257

1    article, because I think that there's a lot of
2    commonality there.
3        So not necessarily how I interact with
4    clinical decision-making, but I understand that
5    people can review a lot of similar literature and
6    come to different conclusions about different
7    questions.  Right?
8        So I think I'm asking clinical questions in
9    the office so I'm going to be relying primarily
10   on clinical practice guidelines.  You know, I'm
11   not making nationalized health plan decisions for
12   a European country.  So it's a little different
13   there.
14       But, no, it doesn't inform my care to that
15   degree.  No.
16 Q  Okay.  All right.  Let's look at Exhibit 30 --
17   what we'll mark as Exhibit 30.  It says "Evidence
18   Review:  Gender-affirming hormones for children
19   and adolescents."
20   (Shumer Exhibit 30 marked.)
21       MR. FISHER:  There we go.  Make that a
22   little bit bigger.
23 BY MR. FISHER:
24 Q  Doctor, are you familiar with this document?
25 A  Yep.  So this is almost exactly the same idea as

Page 258

1    the one we just were reviewing before, but this
2    time instead of talking about gender -- GnRH
3    agonists, it's a review of gender-affirming
4    hormone care.  Same author, same country, same
5    questions.
6 Q  Have you read this document before?
7 A  I have.
8 Q  And you understand it, like the other one, to be
9    a systematic review?
10       MR. SELDIN:  Object to form.
11 A  Yeah.  I think that the -- the same answer.  I
12   think that the authors outlined sort of how they
13   came up with their first criteria, I believe, if
14   I'm remembering correctly, and that informed sort
15   of the body of this document going through
16   studies, describing strengths and weaknesses,
17   coming up with conclusions this time related to
18   hormonal care.
19       Again, not a document designed to answer
20   clinical questions for healthcare providers but
21   to answer questions related to how healthcare is
22   provided in the public sphere in the United
23   Kingdom, as I understand it.
24       The conclusions, you know, reached, while
25   different than mine, are sort of asking a

Page 259

1    different question, I guess.  But that
2    ultimately, in spite of or alongside this
3    document, the adolescents in the United Kingdom
4    who do meet criteria for gender dysphoria are
5    still receiving gender-affirming care.
6 Q  Do you remember when reading this document if you
7    had any criticisms of the literature that the
8    author decided to include in the review?
9        MR. SELDIN:  Object to form.
10 A  I don't recall specific criticisms.
11 Q  So I guess I'm wondering, do you think that
12   Dr. Hilary Cass, who did both of these reviews,
13   made -- arrived at unreasonable conclusions based
14   on the evidence she reviewed?
15       MR. SELDIN:  Object to form.
16 A  I think reasonable people can come to different
17   conclusions based on similar evidence, but I
18   would disagree with her conclusions.
19 Q  Okay.  What about the Sweden systematic review,
20   28 -- let's put 28 back up, if we could, please.
21       Do you think that the authors of this paper
22   arrived at unreasonable conclusions based on the
23   evidence?
24       MR. SELDIN:  Object to form.
25 A  Yeah.  So I guess this one, I guess I'm going to

Page 260

1    need a refresher on a conclusion that you're
2    referring to because there's a lot of different
3    conclusions, I think.
4 Q  Well, let's see here.  So let's turn to page 4.
5    And at the bottom, there's a paragraph -- yeah,
6    there you go.  Can you read that okay?  Maybe
7    it's cut off.
8        There we go.  Can you read that okay,
9    Doctor?
10 A  Yes.
11 Q  So I'm looking at the paragraph that begins
12   "Because these studies."
13 A  Yes.
14 Q  Okay.  So I'll just read it.  "Because these
15   studies were hampered by a small number of
16   participants and substantial risk of selection
17   bias, the long-term effects of hormone treatment
18   on psychosocial health could not be evaluated.
19   Of note, the above studies do not allow
20   separation of potential effects of psychological
21   intervention independent hormonal effects."
22       Now, my understanding is that you disagree
23   with that statement?
24       MR. SELDIN:  I'm sorry, Tom.  You cut out.
25   Did you read to the end of the paragraph?

Pages 261..264

1    MR. FISHER:  Oh, you want -- I need to read
2    the paragraph again?
3        MR. SELDIN:  Well, I just --
4 A  I can read it but --
5        MR. FISHER:  Doctor's frozen up.  Doctor,
6    your video is frozen.  I hope that our connection
7    is good.
8        THE WITNESS:  All right.  Is that better
9    now?
10 BY MR. FISHER:
11 Q  There we go.  Yep.
12       So that paragraph --
13 A  Yeah.  Yeah.  I think that you cut out during the
14    paragraph.  But, yes, I read it too.
15 Q  **You may disagree with that statements -- with**
16    **those two statements?**
17 A  Yeah.  So I don't think I would write this
18    paragraph exactly the same way.  I would say
19    that, you know, for reasons that we've discussed
20    all afternoon.
21       Some of these studies have smaller numbers
22    of participants than, you know -- than in other
23    areas of research.  You know, we talked a little
24    bit about selection bias which, you know, we
25    discussed how relevant that is to clinical

1  practice.  Their conclusion on "the long-term
2  effects of hormone treatment on psychosocial
3  health could not be evaluated," no, I wouldn't
4  agree with that.
5       I would say that in each of these studies
6  we're learning more about different impacts on
7  psychosocial health, that, you know, the --
8  there's certainly, you know, I think in all areas
9  of medicine an anticipation that research will
10 continue to be done to add to our growing body of
11 literature.  But I wouldn't agree that the
12 long-term effects could not -- cannot be
13 evaluated.
14      And then the last sentence, you know,
15 "separation of potential effects on psychological
16 intervention independent of hormonal effects," I
17 think that's another topic that we spent a lot of
18 time talking about today, that it's really hard
19 to control for psychological intervention because
20 no one's going to prescribe a hormonal
21 intervention to trans youth with no attempt to
22 support them psychologically.
23      But I think that in different ways through
24 the body of literature that we've taken a little
25 journey on today, that we can make attempts to

1  isolate that.  And I -- in my estimation, is --
2  the result of that journey is that, yes, we are
3  able to separate the fact that hormonal effects
4  independently improve health.
5 Q  **These authors reached a different conclusion.**
6    **And just so we can put it in terms of a**
7    **conclusion, let's turn over to page 12, under the**
8    **heading of "Conclusion."  There we go.**
9        **Doctor, I don't think that this paragraph is**
10    **saying anything we haven't already said, but go**
11    **ahead and read it.  Just let me know when you're**
12    **ready.**
13 A  That little paragraph under "Conclusion"?
14 Q  **That's right.  Yes.**
15 A  Right.  So, yep, that's sort of similar to the
16    sentences we just discussed, yes.
17 Q  **So you've reached one conclusion.  They've**
18    **reached a different conclusion.  And all I'm**
19    **asking is whether their conclusion is**
20    **unreasonable.**
21        MR. SELDIN:  Object to form.
22 A  I think I would -- I would say that I strongly
23    disagree with their conclusion.  I'm not sure I
24    like the word "unreasonable" because I think it
25    implies that there's mal intent or something.

1  You know, it's a word that I don't often use.
2       So I disagree with their conclusion.  And,
3  you know, I think that -- that I disagree just on
4  the face of it based on the review of the
5  literature.  But then as I put that information
6  into practice, you know, I think -- because I
7  think that it's fair to say that when we're
8  reviewing all these papers and, you know, talking
9  to seemingly smart people who may disagree with
10 one another, that it can get confusing, like,
11 who's right, and that can be overwhelming,
12 especially, you know, when we're talking about a
13 topic that might be really foreign to someone
14 without a lot of exposure or experience working
15 with trans people.
16      So I think that a not-so-insignificant
17 factor in my understanding of this topic also is
18 my hundreds of hours of experience working with
19 and treating trans youth and watching the
20 improvements in their mental health, their
21 quality of life, while following the current
22 standards of care.
23      So, you know, if I were someone sort of on
24 the fence, does this evidence support the work
25 that I do every day, you know, I think that

Page 265

1  the -- the Christmas cards from patients
2  well-graduated from my clinic, talking about the
3  success that they're having, starting a family,
4  getting a job, and thanking not only myself but
5  the university, the clinic itself for allowing
6  them to have a chance at a normal, happy life, I
7  think that's not an insignificant factor in how I
8  understand the utility, the efficacy of
9  gender-affirming care.
10        MR. FISHER:  Harper, we may be about done
11  here.  Let's take a short break so we can confer
12  and you can confer, and then we'll come back.
13  Just a couple minutes.
14        MR. SELDIN:  Sounds good.  Thanks.
15  (Recess taken from 5:09 p.m. to 5:10 p.m.)
16        MR. FISHER:  Doctor, I want to thank you
17  very much.  I don't have any further questions,
18  but I'm going to turn it over to your lawyer, to
19  Harper, and he might have some additional
20  questions.
21        MR. SELDIN:  Thank you, Mr. Fisher.  We have
22  nothing for this witness.
23        MR. FISHER:  Okay.  But Dr. Shumer will read
24  and sign the transcript.
25        COURT REPORTER:  When would you like the

Page 266

1  transcript?  Is it Monday?
2        MR. FISHER:  Monday is fine.  But I want a
3  rough, please.
4        COURT REPORTER:  Harper, do you want a rough
5  and the transcript Monday?
6        MR. SELDIN:  Yes.  I'll have what he's
7  having.
8  (The deposition concluded at 5:11 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 267

1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF INDIANA
2               INDIANAPOLIS DIVISION
3
   K.C., et al.,                    )
4                                   )
              Plaintiffs,           )
5                                   )
          -v-                       ) CASE NO.
6                                   ) 1:23-cv-00595-JPH-KMB
   THE INDIVIDUAL MEMBERS OF THE    )
7  MEDICAL LICENSING BOARD OF       )
   INDIANA, in their official       )
8  capacities, et al.,              )
                                    )
9              Defendants.          )
10
11              Job No. 181267
12
13        I, DANIEL SHUMER, M.D., state that I have read
   the foregoing transcript of the testimony given by me
14 at my deposition on Tuesday, May 16, 2023, and that
   said transcript constitutes a true and correct record
15 of the testimony given by me at said deposition except
   as I have so indicated on the errata sheets provided
16 herein.
17
18
19              _____
                DANIEL SHUMER, M.D.
20
21
22
23        STEWART RICHARDSON & ASSOCIATES
            Registered Professional Reporters
24          One Indiana Square, Suite 2425
             Indianapolis, IN  46204
25                (800)869-0873

Page 268

1  STATE OF INDIANA
2  COUNTY OF ST. JOSEPH
3
4        I, Melody M. Goodrich, a Notary Public in and
5  for said county and state, do hereby certify that the
6  deponent herein was by me first duly sworn to tell the
7  truth, the whole truth, and nothing but the truth in
8  the aforementioned matter;
9        That the foregoing deposition was taken on
10 behalf of the Defendants; that said deposition was
11 taken at the time and place heretofore mentioned
12 between 9:02 a.m. and 5:11 p.m.;
13        That said deposition was taken down in
14 stenograph notes and afterwards reduced to typewriting
15 under my direction; and that the typewritten
16 transcript is a true record of the testimony given by
17 said deponent;
18        And thereafter presented to said witness for
19 signature; that this certificate does not purport to
20 acknowledge or verify the signature hereto of the
21 deponent.
22        I do further certify that I am a disinterested
23 person in this cause of action; that I am not a
24 relative of the attorneys for any of the parties.
25        IN WITNESS WHEREOF, I have hereunto set my

Page 269

1  hand and affixed my notarial seal this 22nd day of

2  May, 2023.

3

4

5          *Melody M. Goodrich*

6                  Melody M. Goodrich
                   NOTARY PUBLIC
7                      SEAL
                  STATE OF INDIANA
                Commission No. NP07152T9
8             My Commission Expires Aug. 10, 2026

9

   Notary Public - State of Indiana

10  My Commission Expires:  August 10, 2026

   Job No. 181267

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Index: (10)..2023

## Exhibits

**Daniel Shumer Ex 01** 3:9 7:24 8:1

**Daniel Shumer Ex 02** 3:10 8:19, 21 109:12

**Daniel Shumer Ex 03** 3:11 9:20, 21

**Daniel Shumer Ex 04** 3:12 10:7,9 13:18 47:19

**Daniel Shumer Ex 05** 3:13 48:20, 22

**Daniel Shumer Ex 06** 3:14 57:5,6

**Daniel Shumer Ex 07** 3:15 59:12, 13

**Daniel Shumer Ex 08** 3:16 69:21 70:1 71:17

**Daniel Shumer Ex 09** 3:17 75:19, 21

**Daniel Shumer Ex 10** 3:18 83:8, 11

**Daniel Shumer Ex 11** 3:19 92:16, 18

**Daniel Shumer Ex 12** 3:20 104:18,20

**Daniel Shumer Ex 13** 3:21 162:4, 6

**Daniel Shumer Ex 14** 3:22 165:21,23 166:6 183:24

**Daniel Shumer Ex 15** 3:23 168:5 184:4

**Daniel Shumer Ex 16** 3:24 192:5, 6

**Daniel Shumer Ex 17** 4:3 208:12, 13

**Daniel Shumer Ex 18** 4:4 211:22, 24

**Daniel Shumer Ex 19** 4:5 215:9

**Daniel Shumer Ex 20** 4:6 216:19, 21

**Daniel Shumer Ex 21** 4:7 220:1,2

**Daniel Shumer Ex 22** 4:8 225:19, 20

**Daniel Shumer Ex 23** 4:9 230:16, 19

**Daniel Shumer Ex 24** 4:10 237:6

**Daniel Shumer Ex 25** 4:11 238:18

**Daniel Shumer Ex 26** 4:13 240:14

**Daniel Shumer Ex 27** 4:14 241:20

**Daniel Shumer Ex 28** 4:16 249:1

**Daniel Shumer Ex 29** 4:17 254:5

**Daniel Shumer Ex 30** 4:20 257:16,17,20

## (

**(10)** 95:20

## 0

**0** 214:16

## 1

**1** 7:24 8:1 12:5 35:9 41:22 43:22 44:23 51:8 136:2 211:14 214:20 215:22

**10** 83:8,11 248:9

**100** 40:16,18 41:1 51:21 180:15

**10:02** 42:3

**11** 92:16,18 207:20 211:5,9

**11:09** 83:6

**11:15** 83:3,6

**11:55** 109:4

**12** 31:1 46:12 93:10,17 95:24 99:2 104:18,20 185:18,20 188:25 214:8 263:7

**12:15** 108:20

**12:30** 108:19

**12:44** 109:5

**12:45** 108:16,23 109:1

**13** 162:4,6

**13-year-old** 56:16 96:3,6,10,16

**13th** 95:17,22

**14** 165:21,23 166:6 183:24

**1400** 5:3

**15** 18:9 43:10 108:21 168:3,5 184:4

**16** 5:4 18:9 185:18,21 192:5,6

**16-tetraen-3-ol** 95:20

**17** 153:6 208:12,13

**18** 17:24,25 125:24 211:9,10,22,24

**18th** 124:18 125:11

**19** 215:8,9 216:2,3

**1906** 96:24

**1990** 176:9

**1990s** 176:20

**1:00** 108:23

**1:46** 152:20

**1:51** 152:19

**1:52** 152:20

## 2

**2** 8:19,21 14:1 43:9 51:9 109:12 188:25 211:16 214:9,20 231:23

**20** 18:9 51:24 216:3,19,21 218:18

**20-odd** 186:8

**2000** 46:9

**2000s** 46:7

**2002** 48:11

**2010** 46:9 168:11 184:1,8

**2011** 46:12 170:10

**2012** 12:24,25

**2013** 218:20

**2014** 137:8 166:7 167:7 168:11,15 169:6 184:14

**2015** 11:16 44:5,18,25 45:3 59:8 162:3 192:23 196:23 198:18 212:8

**2018** 218:21

**2020** 48:15

**2020a** 48:10,11

**2020b** 192:4

**2022** 48:12,14

**2023** 5:5 46:13 176:20

**206** 36:19

**21** 125:24 220:1,2

**21.5** 207:23

**22** 225:19,20

**2212** 214:10

**23** 13:19 230:16,19

**24** 237:2,6

**24.4** 207:22

**245** 231:23

**25** 238:16,18

**258** 5:3

**26** 216:3 240:11,14

**27** 241:17,20

**28** 27:6,8 47:17 49:4 57:11 59:17 63:5 248:23 249:1 259:20

**29** 69:6,25 83:13 86:17,21 87:21,25 88:16 92:22 93:25 104:22 253:24 254:5

**2:51** 191:14

**2:54** 191:14

---

**3**

**3** 9:20,21 136:15 207:3 211:4,14,15 214:20 215:22

**3-and-a-half-year** 136:17

**3-year-old** 136:10

**30** 109:10 227:6 257:16,17,20

**308** 228:21 229:2

**31** 113:2 115:16

**35** 161:22 162:8 165:2

**36** 137:2 165:21,24 166:13 167:8,12, 17 168:1,14 169:2,8

**37** 140:10 142:3 208:5

---

**4**

**4** 10:7,9 13:18 47:19 83:22 260:4

**4,16-androstadien-3-one** 95:19

**4-year-old** 136:18

**4.2** 105:13,14,17

**40** 167:19 208:7

**41.6** 208:6

**45-minute** 108:13

**47** 226:20,22 227:5,17

**473** 207:20

**480** 6:21,22 9:20

**4:01** 230:13

**4:07** 230:13

**4:47** 253:22

**4:51** 253:22

---

**5**

**5** 43:23 44:23 48:20,22 105:13 145:20 207:4 211:12,17

**50** 45:12 51:7,8,21 194:5 218:1,15

**55** 170:20,22,23

**57** 143:24

**5:09** 265:15

**5:10** 265:15

**5:11** 266:8

**5:30** 108:9

---

**6**

**6** 31:1 57:5,6 145:20 211:16 214:7

**60** 167:19

**64** 153:2,19

**65** 191:8

**69** 156:7,9

---

**7**

**7** 13:24,25 59:12,13 108:12,25 135:10 145:20 243:14

**70** 185:10

**702** 172:22,23

**703** 174:20 224:6,8

**72** 191:16 192:10 208:16,20 212:3 215:13 217:8 220:4,7

**76** 217:8 220:4 225:22 226:4 230:23, 24

---

**8**

**8** 69:21 70:1 71:17 120:12 135:6 145:20 211:12 240:21

**81** 159:23

---

**9**

**9** 75:19,21 135:8 248:10,11

**9:02** 5:5

**9:57** 42:3

---

**A**

**a.m.** 5:5 42:3 83:6 109:4

**ability** 125:9 147:15 204:1 206:18 229:10

**able** 28:25 37:13 52:10 65:22 66:9 69:12 85:12,14 101:2 106:14 107:1 118:13 123:1 139:1,9,20 155:12,16 163:16 176:2 203:7 239:18 263:3

**about** 9:15 10:4,21 11:11,24 15:1 17:8,18 18:5,15 19:18 20:1,18 21:19 23:5,11 25:12 26:3,25 28:21 29:16 30:20 31:19 40:24 42:9 44:14 45:7 46:12 48:4 50:24 53:14 54:1 55:13, 16,21,25 58:4,5,8,18 60:12 62:15 64:2 65:3,13 66:8,22 67:16 68:15,22 69:4,7 72:9 75:8 76:5 79:25 81:3 87:1 88:22 89:4,20 91:22 92:8 93:2 94:9,10 96:6,15 97:12,22 98:17,18 99:10,18 100:22,25 101:15 102:19 105:5 106:12 108:7,15,21 109:15 111:6 113:17 114:2,17 115:3,12,15, 22 116:16 119:5,25 120:3,6,9,10 121:8 123:11,13,20 124:2,14 127:14,16 133:18,21 138:1,2 139:3, 6 143:25 144:2,11,14 145:10 146:10 147:3,4 148:3,4,16,17 150:5,14 153:3,10,23 154:10,23 155:6,22 156:4 157:25 158:1 160:7,24 161:3 168:12 173:10,12 174:8 175:3,9 176:6,10 179:3 180:1,6 181:14,19, 23 182:2,8,9,21,25 183:6,21 185:9, 16,17 187:18,21 188:23 189:7,16,19 190:19 193:9 194:9,22,23 195:1,8, 15,19 196:22 197:2,7 198:13 202:15 203:5 204:12 205:17 206:10,11

209:15 210:13 212:17 213:8 217:3
219:24 220:12,18 221:7 222:1,3,6
223:9,18,20 224:15 225:8,16,24
226:25 227:4,18 230:1,8 231:3,8
232:6 233:23 236:5,22 237:21,24
238:1,13 239:10,16 242:4,25 243:5
244:2 245:1,3 247:12,21 248:8
250:2 253:12,17 255:11,13,24
256:10 257:6 258:2 259:19 261:24
262:6,18 264:12 265:2,10

**above** 43:23 80:14 102:5 172:25
174:20 248:10,11 260:19

**abrupt** 159:25 160:5,6

**absence** 174:23

**absolutely** 73:19 102:14 112:13

**abstract** 41:4 58:25 76:2 79:1 80:7
168:19 185:15 211:2

**abuse** 158:4 162:2 165:7 207:7

**academic** 11:21 12:19 13:8

**academies** 60:12

**Academy** 60:2 61:19

**access** 47:1 126:8 173:9 204:1

**accessing** 204:2

**accompanied** 160:12

**accomplish** 39:2

**accomplished** 112:4

**according** 34:25 97:17 182:16

**account** 100:9,13 101:17 102:2
103:1,9,19 104:9,10 200:24

**accounted** 99:12 205:12

**accounts** 104:13

**accurate** 9:17 42:7 144:3 185:11

**achieved** 132:21

**Achille** 216:20,25

**Achilles** 217:1

**ACLU** 5:11,15,18

**acne** 130:15,16

**across** 29:12 34:6 45:6 57:21,24
60:19 67:6 87:16 88:6 139:21 199:6,
19 201:22 219:6 221:10 227:1 236:6

**act** 6:21 9:20 10:1

**activation** 95:18 99:19

**actively** 206:8

**activity** 93:4

**actual** 19:6 30:7,8 196:2 204:25
227:18 241:14

**actually** 48:5,12,14 148:13

**adapt** 217:4

**add** 262:10

**additional** 265:19

**address** 132:16 192:19

**addressing** 129:11

**adjust** 130:25

**adjusted** 159:9

**administered** 145:6

**administering** 131:1

**administrative** 11:23

**admit** 168:12

**adolescence** 17:5,7,15 147:20
185:17,22,23

**adolescent** 19:20 21:6 30:11 56:16
110:24 111:14 158:17 244:23

**adolescents** 12:21 14:5,7,11 15:3,
4,16 17:1,14,16 19:22 20:2 21:14
40:10 43:7 46:24 137:4 163:14
166:2 173:19 174:25 212:20 221:2
233:6 243:23 244:3 256:17 257:19
259:3

**adrenal** 90:3,6,11,15

**adult** 18:2 56:19,24 90:20 91:15
125:14,18,25 126:2,5,17,23 127:6,
12,24 136:21 174:9

**adulthood** 18:1 126:10 167:23

**adulting** 174:10

**adults** 17:2,20,21 18:3 49:14 53:12,
21 54:12,20 56:3 126:14 127:4,11,
17 137:7,22 147:13 163:14 166:5
170:4,6,22 171:19 172:11 192:24
196:23 201:7

**advantage** 120:2

**adverse** 145:2 231:25

**advertisements** 45:15

**advised** 119:20

**advocacy** 197:12,16 198:25

**advocate** 198:1

**advocates** 197:23

**advocating** 179:4 197:17

**affect** 39:1 147:17 194:1 215:20
229:10

**affecting** 32:12 36:20,21 89:7
109:24 113:17 116:7

**affiliated** 196:15

**affirmed** 6:4

**after** 15:22 71:10,15 76:6 84:22
90:16 91:5 117:6 125:3 130:1 140:4
148:20 153:7 180:22 181:10 182:4,
17 183:17 205:1,2 210:1,12 212:24
214:4 219:3 225:24 228:8 231:11
238:6 248:20

**afternoon** 261:20

**Afterwards** 11:3

**again** 13:17 32:17 56:8 59:8 77:3
79:10 81:23 86:20 93:18,22 97:2
104:14 109:9 115:25 125:15 149:12
169:20 176:15 177:19 178:13 179:3
184:21 186:18 192:15,22 193:19,25
194:21 203:4 210:14 213:19 215:16
217:15 220:12 226:19 247:11 251:1
254:25 256:6 258:19 261:2

**against** 171:14,16,23

**age** 17:6,17 43:10,14 125:24 132:25
135:6,8 136:15 149:17 154:5 185:18

**ages** 18:24 185:13

**ago** 26:6 151:1 221:17 223:25

**agonist** 134:13,15 135:24 136:5
145:5 146:19,23 149:6 178:24
185:22 187:14,18 188:19 189:8,9
194:1,22 205:16 212:14 213:17,22
217:19

**agonists** 19:7,15 133:14 134:13
135:1 137:16 144:24 145:3,10,18,22
147:7,12,17,19 148:1,9,25 149:8,18,
21 151:5,8,17,21 152:7 153:24
185:16,19 186:3,22 187:3 189:1,18
195:6 215:17 220:12 226:6 258:3

**agree** 9:14 25:9 42:8 80:16 88:9,15
187:17 205:14 224:20 242:14,15
245:2,17 252:23 262:4,11

**agreeing** 80:20

**aha** 79:10 93:19

**ahead** 8:19 9:1,19 10:6 13:25 23:19 42:2 48:20 101:5 133:25 152:14 155:8 185:24 228:25 230:11 250:18 263:11

**aiming** 44:5

**akin** 74:21

**align** 47:23 55:3 115:3 132:19

**aligned** 83:20

**aligning** 72:18

**aligns** 14:16

**all** 5:6 7:17,22,24 8:2,22 9:6,14,19 10:6 12:3 17:23 18:20 21:17 22:21 26:22,24 29:2,4,21 30:20 32:6 34:25 35:13 37:7,20 41:7 45:12 51:9 52:3 55:22 62:9 65:25 67:10,12 68:13 69:12,13,19,21 71:17 76:10,14 77:22 79:20,25 85:10,16 86:2,17 91:18 94:4 97:2,25 100:21 101:23 109:2 113:2 115:14 116:21 122:5 126:10,15 128:2 130:21,22 134:2,3 137:9 139:9 141:3 142:8 151:20 159:1 160:17 161:21 162:10 164:18 169:10 176:8 177:6 179:2 180:1 182:5 185:20 186:7 191:12 196:6 197:15 198:7 199:12,19 201:21 203:18 208:11 209:9 211:22 213:11, 15 216:2,19 219:4,13,16,25 220:11 222:18,19 226:1 230:2,10 236:10, 15,25 237:1 238:15 240:10 241:23 243:5 245:7,21 248:7,23 251:5 254:25 257:16 261:8,20 262:8 263:18 264:8

**Allen** 225:21 226:3

**alleviated** 201:1

**allow** 149:18 260:19

**allowing** 149:1 265:5

**allows** 65:16 123:14 143:6

**almost** 112:14 257:25

**alone** 115:4 213:5,8,11

**along** 5:15 60:10 92:8 95:17 152:14 198:21 240:5

**alongside** 256:19 259:2

**already** 18:15 41:12 121:23 122:2 134:21 136:19 263:10

**also** 5:14,17 6:1 19:11 20:9 32:1 50:21 55:9 74:2 79:2 90:2 92:11 96:19 107:20 113:13 115:11 119:5, 18 121:10 136:23 139:2 146:8 151:7 157:19 179:3 180:23 196:14 212:25 217:8 220:3 222:2 236:23 256:16 264:17

**Although** 195:23

**altogether** 142:13

**always** 16:19 40:6,16 41:1 42:17 112:14 129:4,8 216:24,25 223:20 234:2 252:13

**am** 57:19 62:7,19 67:4 71:20 101:3 108:17 131:21 177:23 196:13 207:11 247:4 252:13,19 256:16

**amazing** 31:23

**America** 200:7

**American** 60:1,2,3 61:18,19,20 199:14,16

**Americans** 45:8

**among** 53:15,16 196:23 235:10

**amongst** 81:4 236:3

**amputation** 91:5,6

**Amsterdam** 167:20 169:24 175:20 176:20 178:19

**an** 5:2 8:15 10:1 11:20,21 12:7 22:25 24:3 25:1 27:2 30:11 34:7,19,24 40:6,11 41:8 43:16 44:8 55:5,10 56:19,24 59:20,24 60:6,12 62:13 71:3,13 73:20 74:23 78:6 79:6 82:13,20 84:23 87:2 89:13 90:12 91:12 104:10 110:20,24 118:25 119:20 121:23 122:8,10,18 125:7,25 126:2,16,23 127:12,23,24 132:25 134:13 136:17 138:25 142:11,25 144:18 150:7,18 151:14 154:11 155:13 158:17 160:16 173:4 175:6 179:23 182:23 183:3,14 187:12 189:19 190:6 191:7 197:12 200:8 204:19,25 206:11 212:19 213:16,23 227:12,23 228:8 237:23 239:15 240:8 242:3,10,23 245:3 246:19 252:20 262:9 265:7

**analogous** 74:24

**analogues** 254:2,13

**analogy** 74:23

**analysis** 50:8 76:18

**analyze** 239:13

**analyzed** 238:9

**analyzes** 202:12

**analyzing** 236:23

**anatomic** 23:1 24:3 25:1

**anatomy** 22:9,16,20 24:14 77:19 78:1,4 81:1,3 90:13 93:4

**and** 5:8,9,13,14,17,25 6:1,5,6,17,18, 22 7:7,10,18 8:9,16,19 9:1,16,19,24 10:3,6,12,16,22,24 11:5,9,11,16,22, 23 12:13,19 13:1,2,7,25 14:3,4,16, 21,22 16:7,25 17:11,12,17,25 18:4, 9,18,19,21,23 19:4,7,12,20,25 20:2 21:6,19,24 23:2 25:12,22 26:2,18 27:12,18 28:13,14 29:5,6,7,10,15, 20,23 30:11,25 31:1,4,7,8,16 32:8, 12,14,21,22,23,24 33:2,9,11 34:3, 15,25 35:7,22 36:1 37:10,20 38:15, 18 39:11 40:4,24 41:9,13,18,21 42:2,18,19 43:14,21,22,25 44:16,22, 23 45:7,8,12,17 47:20,21 48:1,3,9, 14,20 49:12,14,19,22 50:5,15 51:9, 10,11,12,16,21,24 52:9,21,24,25 55:5,18,21 56:1,16,20,25 57:7,15 58:12 59:8,10,14 60:3,6,11,13 61:20,25 62:19,21 63:1,12,13 64:7, 11,14,24 65:4,10,19,22 66:6,7,12 67:11,13,14,19,22 68:8,14,18,25 69:2,8 70:3,6 71:4,8,14 72:10,11,13, 25 73:7,10,11,17,24 74:2,4,14,17,18 75:1,22 76:4,14,19,20,21 77:2,10, 11,18,20 78:1,19 79:2,4,5,6,11,22 80:4 81:2,4,9,18 82:11,23,25 83:15 84:14,17 85:14 87:1,15 88:5,11,14, 16,18,23 89:2,8,12,20,22 90:3,6,11, 14,18,22 91:4,6,7 92:4,13,15 94:5, 12 95:19,23 96:19 97:13,15,20,21 98:5,9,10 99:6,11,12,15,21 100:1 101:17,22 102:5 103:4,19 104:6,10 105:4,6,14,17 106:5,16 107:16,18 108:13 109:1,10,18 110:2,6,8,9,11, 23 111:1,3,11,13,14,15,21 112:2,6, 16,20 113:5,15 114:2,3,9,13 115:1 116:6 117:6,7,18 118:4,12,13,17,20, 24 119:4,8,13,24,25 120:5,7,8,10, 12,14,16,20,23 121:9,14,18,25 122:14,21,23 123:12,21 124:2,20,21 125:1,5,15,19,24 126:9,18,23 127:7, 12 128:10,22 129:1,4,11,12,18 130:4,9,17,19,21,25 131:2,4,18,19, 20,23,24,25 132:10,21 134:3,6,7,9, 10,18,22,23,25 135:11,16,21 136:3, 20 137:3,5,6,7,8,9,13,19,21,23

138:13,17,18,24 139:10,11,15
140:4,6 141:2,22,23 142:19,22
143:2,11,22,24 144:7,8,17,20,22
145:5,7,25 146:2,12,19 147:4,12
148:6,16,25 149:7,9,11,12,18
150:13,20,21,24 151:12,18,21,22
152:5,10,14,15,18 153:5,13 154:6,9,
14,24 155:3,7,8,19,21 156:5,17
157:9,12,16 158:2,9,11 159:2,6
160:2,4,8,11,13,17,20,23,24 161:7,
11,24 162:1,2,18,21 163:2,5,14,15,
16 164:11 165:4,6,8,21,24 166:3,4,
5,10 167:16,19,22 168:2,7,11,14,15
169:6,12,24 170:3,4,14 171:8,24
172:13 173:8,9,15,24 174:7 176:4,
12 177:4,19 178:3,13,14,21 179:1,
14,19 180:20,25 181:10,14 182:10,
13,17,22 183:16 184:3,14,21,23
185:13,20 186:1,4,7,12,15,24 187:5,
7,8,20,22,24 188:4,25 189:1,2,
3,4,5,6,7,14,25 190:2,19,23 191:24,
25 192:1,3,4,18,21,24 193:1,4,14,16
194:10,22 195:10 196:2,14,21,22
197:12 198:5 200:1,6,12 201:9,10
202:1,6,21,25 203:16,19,20,21
204:12 205:2,10 206:5,10,19 207:5,
7,10,13,15,18,20,23 208:4 209:15,
23,25 210:2,13,14,23,24 211:9,11,
13,15,16 212:2,15,21,23,25 213:2,
13 214:7,20,21 215:15,22,24,25
217:14,16,20 218:3,20 219:3,6,13,
14,18,22 220:13,15 221:5 222:2,10,
18,20,24 223:1,4,11,20 224:6,16
225:14 226:6 227:11,17,20 228:4,12
229:4,17 230:11,16 231:4,6,7,9
232:1,12 233:8,13,17 236:4,5,6,9,
19,20,22,23 237:21,25 238:2,5,24
239:12,13,14,24 240:1,2,8,12,19,21
241:2,4,12,17 242:24,25 243:4,7,23,
24 244:3,24 245:7,13 246:10,13,22,
24,25 247:1,6,11,22 249:11,19,21,
24 250:5,7,9 251:5 252:1,7,9,15,19,
21 253:11,20,25 254:9,14 255:3,21,
22,25 256:7,11,15 257:5,19 258:8,
14,16 260:5,16 262:14 263:1,6,11,
18 264:2,8,11,19 265:4,12,19,24
266:5

**and/or** 212:20

**androgen** 90:17

**androgens** 90:9,24

**Angela** 5:3

**angles** 186:20 221:8

**angular** 79:7

**Ann** 5:12

**announced** 151:15

**another** 20:17 58:19 59:7 64:23
72:22 83:12 92:21 93:1,22 110:23
113:3 123:2 144:1 155:17,25 159:14
176:3 183:21 203:12,13,15,25
210:15 212:13 226:19 231:1,2
250:16 262:17 264:10

**answer** 17:19 23:7 24:19 25:25
29:11,15 37:10 41:4,11 46:11 47:14
49:13 51:19 52:18 63:2 64:4 68:14
70:16 72:21 75:18 79:13 81:9,12,24
86:6,10 87:14 88:3 93:18 94:3,16,23
95:1,3,11 100:2 101:2 103:4 106:14
107:1,21,23 128:17,23 149:7 150:2
153:16 179:9 183:18 185:3 193:25
195:1 198:12 202:1 206:21 224:23
225:5 227:7,15 231:2,19 233:22
234:25 235:19 236:14 239:19
242:12 243:11 251:12 252:25 255:1,
6 256:24 258:11,19,21

**answered** 41:10 55:19 94:13 193:2
203:11,12,14

**answering** 53:2 99:17 164:19
181:16 230:7

**answers** 7:3 24:15 73:5 85:10
204:20 209:12 250:20 251:25

**antibiotic** 51:5

**anticipation** 262:9

**antidepressant** 129:21

**anxiety** 16:18 37:20 110:22,24
111:3,5,7,8,9,10,11,17 114:14
138:18 161:25 162:17 164:9 165:6
189:12 206:15 209:23 210:9

**anxious** 111:6 171:15 188:2

**any** 5:9 7:4,7,13 11:8 12:15 13:4,9
16:4 18:12,20 19:13 27:1 31:19 32:5
36:14 40:19 43:2,15 45:24 46:16
58:5 61:12,24 65:19 66:14,15 84:18
88:22 89:21 103:9 107:12 126:14,16
127:12 128:8 129:17 131:2,10 141:7
144:25 148:9 149:21 152:8,16
170:19 173:10 175:3 177:12 181:23
193:19 199:21 200:24 202:24
204:15 205:8 212:23 214:2 222:4
232:17 238:10 251:8 252:12 255:9,
10 259:7 265:17

**anyone** 64:1 152:3 205:10

**anyone's** 54:7

**anything** 7:15 8:12 40:18 55:16
64:1 66:16 88:22 106:24 130:13
181:21 197:7 201:21 202:9 213:8
263:10

**anyway** 48:17 107:5

**apart** 28:2 31:18 33:2 228:13

**apologize** 88:2 212:5 255:5

**appear** 60:6

**appearance** 21:1 22:16 75:16 231:8

**appearing** 5:6 6:2

**appears** 77:22

**apply** 225:17 246:14

**applying** 181:2

**appointment** 123:3

**approach** 62:6 133:13 139:23
143:21 186:19 213:7 220:19 221:7
230:2 239:21 252:11

**approaching** 188:24

**appropriate** 19:8 112:10 137:5,10,
24 140:7 166:3 196:5 242:10 245:21

**approval** 141:14

**Arbor** 5:12

**are** 6:1 17:24 18:7,21 19:9,15,17
22:1 27:1,7,18 29:19 30:11,12 33:10
35:18 36:6 37:12 39:24 41:18 42:5,
6,11 43:4,19 44:3,17,21 45:24 50:15
51:21,23 53:16,18 54:19 56:2 57:17
61:24 62:9 63:5 64:15 65:3,5 66:2
67:14,21 68:2,11,18,21 70:5 72:10
73:10,12,13 74:3 75:9,14 76:23
77:8,9,19 79:18,22,23 80:2,8,17,21
81:1 82:5 84:4 85:3,12,14 86:16
87:19 88:18 90:7,19 91:12 92:19
93:17 97:22 100:10 101:22,23
103:14,20 105:3,9,19 107:19 108:11
110:3,16 112:9,18 113:10 114:11,13
118:20 121:16,25 122:7 123:12
124:15,24,25 125:1,22 126:18
127:6,11,16 128:4,18 130:8,10,11
132:18 134:2 137:4,6 138:12,20
140:6 141:4,20 145:11 146:2,20
148:7,14,24 150:10 154:3 155:12,
15,16 156:11,17 157:13 160:15,24
165:10 166:2,4 167:6 170:4 173:23
174:5,13,15 175:11,13 176:17,20,22

180:6,22 181:9 182:21 183:6 184:18
185:20,21 189:4 190:4,10 191:4
192:16 193:4,17 195:13 196:4,6,24
198:4,9,17,23 199:7,21 200:4,7,8
201:2,6,7,15,22 202:4 203:19,20
204:13 205:6,9 206:15,17 207:13,
14,15,22 208:14 210:5,22 218:14
219:4,17,22 221:10,13,17 222:11,
22,23 223:13 226:13 229:17,18
234:9 235:17 236:22 237:11 241:3,
21 244:22 246:4,13,21 247:6,14
248:12 249:17 250:8,12 253:4
255:15 256:8,9 257:24 258:25 259:4
263:2

**area** 12:7,25 16:9 62:7 79:6 118:17
142:11 200:13

**areas** 12:15 72:11 79:9 261:23
262:8

**aren't** 86:8 88:18

**argument** 100:18 102:18

**arm** 139:18,19 213:16,20,23,25

**around** 15:25 29:20 42:19 66:7,12
125:23 188:8,13 246:2 247:5

**arrived** 259:13,22

**article** 56:5 59:16 77:7 96:16 163:9
165:12 169:9 170:16 220:21 228:5
255:21,22 257:1

**articles** 100:21 141:10 150:4 170:15
243:6 250:1

**as** 6:6,16 8:7 11:16,22 12:2 13:6
14:19 15:15,17 16:25 17:7,11,22,25
20:9 24:2 26:20 27:2 28:9,10 29:6,8
31:6,17,22 33:1 34:19,24 35:7,13,22
36:3 37:16,25 38:3 39:5,7 43:20
44:22 47:1,25 49:9 50:8 52:24
53:11,12,14,15 54:12,20 56:4,24
61:15 62:8,11 66:4 68:5 71:20 74:12
76:20 78:6 80:14 81:6 82:14,16,17
87:2 90:6,10 91:5,6,11,15,16,21
93:1,19,22 94:4,16 99:21 100:4
101:9 102:16,21 103:5,6,7 104:1,15
108:20 111:23 112:8 113:20,21
115:18 116:3 120:23,24 121:4
124:22 126:25 130:7,19 131:21
132:3,5,15 133:2 134:17 137:15
138:18 139:6 140:1,2,24 142:6,14
145:4,16 146:21 147:13 148:5
150:22 152:1 153:22 154:11 155:20
156:12,13 157:13 158:17 160:22
162:16 163:5,10 167:18 168:3
170:8,15 172:3 174:8 176:18 178:5,

9,24 181:5 183:22 186:11,12
187:15,19 189:22 195:24 199:18
200:1,22 201:7,11,12 202:2 204:8,
19 205:5,6 207:4 213:2,11 214:9
216:10 219:20,23 220:20 221:19
222:18 223:21 227:3,5 231:7,24
232:7,18 235:21 236:16 237:23
242:16 243:10,12 245:8 246:9,10
247:13,14 249:21 253:8 256:25
257:17,25 258:23 264:5

**as-filed** 7:19 60:23

**ascertain** 74:10 203:6

**ascertained** 22:16

**asexual** 97:15 101:22

**aside** 149:17

**ask** 7:2 23:14 32:17 37:9 51:1 64:14
89:20 93:16 103:2 129:8,10,13
149:4 185:9 250:16

**asked** 26:20 41:9 49:23 55:18 94:12
96:5 182:11,15 203:10 252:10

**asking** 33:2 35:20 37:2 41:7 44:14
50:2 53:20 54:6,7,9,11 55:20 63:20
84:8,18 94:10,17 95:16 101:16
106:13 107:1,15 138:1,3,4 139:24
151:10 176:6 181:19 182:7,25
192:24 202:14,19 230:8 235:14
242:20 252:23 257:8 258:25 263:19

**asks** 62:3

**aspect** 40:19 62:15 143:6 175:6
206:11 252:12,16

**aspects** 36:21 109:21 121:10
192:17 204:13 209:19 245:7

**assent** 206:19

**assess** 99:7 116:7 118:15 163:17
184:22 202:6 209:23

**assessed** 18:18 137:12

**assessing** 127:7 165:16 209:22
217:13 231:6

**assessment** 14:4 15:23 18:16
30:13 32:14 40:21 84:23 118:25
119:2,10,14 120:4,20,23 121:5,12,
17,23 122:2,18 123:8 140:12,17
141:7 143:4,10,17,20 211:14
212:18,22 247:10

**assign** 139:11

**assigned** 14:16,22 30:17 32:10
36:18 42:21 56:22 72:19 74:3,4,7,

14,18,22 75:5 76:25 77:1,10 81:18
83:21 105:6,8 106:2,11,12 107:3,17,
19 110:6 135:6,7,10 154:5 182:12,
16 188:11 190:21,22

**associate** 5:2 11:20

**associated** 14:20 32:5 43:3 106:4,5
116:24 151:12 160:21

**Associates** 5:2

**association** 48:24 60:2,3,4 61:18,
20,21 222:1,5 240:22

**associations** 60:11 63:1,11 77:25
89:10

**assume** 49:19 106:21,24 136:3
180:15

**assuming** 14:25 135:19

**at** 7:20 9:6 10:23,24,25 11:2,4,6,7,
13,15,19 14:16,22 15:22 17:9,10
18:20 19:21 21:2,3,5 22:6 27:6,16
30:17,21 31:12 32:1,6,10 34:22 35:5
36:14,19,25 42:21 49:14 51:11
53:17 56:22 57:5 59:19 60:22 61:3,5
62:9 67:5 68:12,21 69:21 70:25
72:19 73:21 74:3,4,8,14,18,22 75:5
76:25 77:1,10 81:6,18 82:10,15
83:3,21,22 86:17 87:3,8 89:2 92:16
96:25 102:1 105:7,8 106:2,11,12,16
107:3,17,19 108:8,16,23 109:1
113:25 115:9 118:10 119:13 122:18
123:3 124:10 126:18 127:7 129:18,
21,22 131:2,5,20 132:25 135:6,7,10
136:15 145:3,7,21,24,25 146:13
147:23 149:14 150:24 151:20
152:12,18 153:2 154:5 158:8,12
162:4 163:12 166:1,11 168:13,22
170:2 171:3 172:22,23 173:18
174:20 175:14 182:12 183:7 184:3,
15,23 185:8 186:7 188:11,25
190:21,22 192:22 193:9 203:21
206:8 207:3,18 209:16 210:23
214:4,7,9 216:2 218:3 219:18
222:17,21 224:6 227:24 228:16
230:16 231:4,13,22,24 233:4 238:22
243:5,14 245:20 246:8 251:3,5
252:23 254:17 255:21 257:16
259:13,22 260:5,11 265:6 266:8

**attack** 52:14 175:10 192:16 194:8

**attempt** 52:1 82:13 86:21 103:16
104:4,10 147:24 155:8 163:15
207:18 211:13 212:13 242:23,24
262:21

**attempted** 94:22 104:9 208:8

**attempting** 216:1 254:12

**attempts** 47:23 49:10 53:22 55:2 196:22 208:5 241:3 262:25

**attending** 141:12

**attention** 24:7

**Attorney** 5:23 6:17

**attracted** 101:11,25

**audio** 14:8

**author** 50:6 77:4 167:15 176:5 193:24 203:4 254:11 255:10,16,20 258:4 259:8

**authors** 49:18 76:23 80:6,11 81:20 93:17 94:17 97:22 104:9 105:10 172:15 174:13 179:21 180:17 181:4 197:22 232:22 246:12 258:12 259:21 263:5

**automatically** 163:5

**availability** 126:11

**available** 123:3 147:22 177:21

**average** 74:3 122:8,10,14 124:4

**avoiding** 111:5

**aware** 27:1 35:1 57:17 58:1 61:24 89:17 99:24 133:9 181:9,22 183:18 198:9 201:15 205:8 241:23 256:17

**awareness** 181:19

**away** 57:8 175:20 222:3

**awesome** 51:14 83:4

B

**babies** 90:11

**baby** 154:25

**back** 21:19 26:24 29:13 31:16 32:20, 24 34:14 36:11 38:19 40:5 47:17 54:25 59:22 68:25 71:15 78:25 82:25 83:2 88:21 89:2 90:18 99:6 108:7,16,19,22 109:1,6 128:6 129:5, 6 131:5 147:9 149:9 152:15,18 163:23 165:1 167:4,10 172:13 173:15 176:9 177:19 178:13,14 182:1 183:23 195:11 205:25 209:17 221:24 259:20 265:12

**backdrop** 171:17

**background** 10:20 143:11

**barely** 47:4

**barriers** 123:12

**baseball** 158:3,5

**based** 34:20 37:8,21 49:25 53:22 57:1 80:12,15 82:9 86:16 88:9 93:4 98:6,13 99:23 116:8 121:15 137:2 163:6 165:24 179:15,24 189:8,14 194:10 195:13 198:13 204:15 232:10 241:6 246:23 247:7 259:13, 17,22 264:4

**baseline** 207:21 214:18

**basic** 21:19

**basically** 134:20 150:7 171:3 182:7 185:21 203:9 218:25 219:16

**basics** 205:25

**basis** 35:10

**be** 6:22 14:18 15:1,12 16:2,10,13 18:22 19:7 20:4 22:3,10,13,16 23:15,16 24:12,19,24 25:6 26:1 27:19 29:1,25 30:2,7,10,22 31:7 32:11,13 35:9 36:7 39:22,24 40:4, 23,25 41:5 43:22 48:1,4,12,14 50:15 51:17 52:10,11 53:2 55:4,10 56:16 60:6 65:4 66:8 67:2 69:15 70:15,18 72:13,18 74:19 77:24 81:10,12 82:1 83:20 86:4,25 87:5 89:6 91:14,18 96:8 97:14 98:5 99:1,22 101:2,16 102:13 103:10,18 104:6,10 106:3,5, 17 107:20 108:8,12,21 109:1 112:7 115:16,18 116:11,15,20 117:2,12, 13,15,25 118:12,25 119:2,17,19,20 121:18 122:19,25 124:7 126:11 128:23,24 129:3,4,15 133:11 134:19 136:3,16,18,20,25 139:9,18,20 142:20,24 143:8 145:24 146:5,13 148:15,19 150:17 152:18,24 153:12 154:14 155:11 158:6,8,19 159:9,18, 20 161:5,24 162:5 163:6,18 165:5 166:7 167:2,12,24 169:16 171:5 172:3,7 173:2 175:9 176:24 179:4 180:2,3,9,18 182:11 187:18 191:10 192:5 194:18 197:18,20 200:5,6,7, 21 201:12 203:23 204:4 205:12,15, 18,19 206:3,9,24,25 211:3 213:21, 24 214:24 223:6,14 224:7 227:2 232:1,12,21 233:1,3,9,19 234:12 236:13 237:2,14 239:18 240:11 241:18 242:2,3,7 243:9 245:19,20 246:16 247:15,25 249:11 250:23 251:8 252:19 253:21,25 254:23

255:11 257:9 258:8 260:18 262:3, 10,12 264:11,13 265:10

**because** 15:18 18:15 20:20 23:9 24:5 26:7,12 32:3 35:21 36:11 37:11 39:19 49:12 51:2,15 52:3,4,7 55:24 56:18 57:2,15 63:21 65:21 66:23 67:20 68:13 69:3,12 70:8 74:8 82:5 96:11 98:22 102:7 103:15 106:13 118:9 124:21 128:23 129:17 134:1 136:19 138:9 139:5,12,13 140:20 142:16 143:16 150:8,11 157:5,20 168:10 169:25 174:18 175:7,8 186:18 189:12 195:7 200:9 201:5,21 202:9 206:16,24 213:11 217:3 219:1 223:2,15 227:15 229:24 234:13 252:17,20 257:1 260:2,12,14 262:19 263:24 264:6

**become** 56:19 141:21 154:15 155:12

**becomes** 154:18

**been** 6:4 12:7,22 13:1 20:8 26:24 31:3 44:4,19 45:22 46:24 47:1 48:1 53:17 54:8 55:4 57:18 58:2 71:24 82:19 93:2 94:3 97:17 99:22 101:24 105:1 112:4,14 114:6 122:2,25 128:20 146:21 151:5,6,10 152:2 154:21 168:11 170:14 182:25 195:15,18 197:23 205:23 207:9 219:9,11,12 220:17 221:6 222:19 223:9,21 224:3 230:1 236:5,24 239:6,9 244:8,21 247:8,20,21 248:7 249:18 250:6,12 253:12

**before** 6:24 8:3,23 9:7,11,22 13:5,6 18:1 28:25 64:4 71:7 83:1 89:4,17, 18 101:14 112:11,19 122:12 131:13 139:8 140:4 166:1 167:21 170:13 174:12 181:14 183:16 186:21,22 187:6,7 209:25 210:12 211:14 213:12 214:17 219:3 220:14,24 221:13 224:23 237:16,17 241:25 242:1 244:9 248:20 249:8 254:6 258:1,6

**began** 11:14 170:10,13

**begin** 161:18

**beginning** 43:9 60:17 81:6 96:25 182:14 231:13

**begins** 97:7 132:25 243:22 260:11

**behavior** 173:8 187:8 201:2 238:5

**behind** 256:22

**being** 5:6 14:19 16:14 35:14 37:12
57:24 68:19 72:1 74:19 84:4 96:5
110:13 117:11,18 133:2,6 134:24
135:20 136:12,24 147:14 151:7
152:5 154:12 161:10 170:13 185:21
194:12 206:13 219:21 222:12,15
223:15 232:13 240:3 247:6 248:21

**believe** 41:19 44:19 48:3 49:24 52:8
58:4 59:18 62:4 68:25 88:3 113:9
116:17 138:15 139:16 151:2,16
159:21 166:18 181:8 192:22 197:6
206:21 209:13 212:18 214:7 217:16
232:10 237:24 254:9,16 255:2
258:13

**bell** 196:17

**bell-shaped** 74:9,15

**below** 43:22

**Bend** 5:4

**beneficial** 139:19

**benefit** 19:10 33:19 34:4 39:6 60:21
110:2 117:9 132:11,12 156:18
194:24 209:18 225:14 240:8

**benefits** 117:7 144:8 189:7 191:23
206:10,19 224:16

**Bergland** 92:17

**Berglund** 82:23

**best** 70:3 111:16 179:12 246:3

**better** 44:12 47:6 51:5,12,13 70:25
101:3 110:12 118:6 126:18 127:6
132:2,5 152:17 168:24 170:5
171:19,25 172:4,18 188:8,9,14
197:11 213:21 217:4 221:18 227:13
239:17 242:11 261:8

**between** 14:21 18:8 28:12 44:23
48:24 70:6 73:16,17 74:25 77:25
88:22 89:14 105:3 110:6 122:14
125:24 131:7 167:19 174:25 185:20
189:25 193:2 204:2 211:9 214:21
215:22 218:18,20 223:10,18 256:7

**beyond** 102:5 123:19

**bias** 174:25 180:13 203:20 260:17
261:24

**biases** 198:4,8

**bibliography** 48:16 168:16

**bigger** 58:24 73:10 95:14 187:16
191:19 216:6 243:17 249:2 254:4
257:22

**bing** 123:8

**biologic** 26:5 65:5,11 69:8,14 73:12
74:2,11 77:24 78:7,9,10,12,16 79:14
82:9 85:4,8,18 86:1,14,24 87:11
92:15 94:7 100:19

**biological** 27:1 65:11 66:21 73:20
75:24 77:15,18 84:25 87:18 88:8

**biopsychosocial** 18:16 114:15
115:25 121:5,6 122:1 140:12,17
141:6

**birth** 14:16,22 30:17 32:10 36:19
42:22 47:24 55:4 56:22 72:19 74:3,
4,8,14,18,22 75:5 76:25 77:2,10
81:18 83:21 105:7,8 106:2,11,12
107:3,17,19 135:6,7,10 154:5
182:12,13 188:12 190:21,22,23

**birthday** 124:18 125:12

**bisexual** 97:15 101:23

**bit** 9:2 10:20 21:18 70:11 76:1,6 93:7
95:14 97:6,7 101:3 108:5 132:23
145:19,21 148:12 151:13,25 153:23
163:3,24 166:1,15 191:19 193:10
211:5 216:6 218:10 220:23 224:10,
25 228:24 237:13,22 243:16 249:2,
14 250:9 254:4 257:22 261:24

**black** 25:18

**black-and-white** 103:7

**blanket** 26:21

**bleakish** 171:17

**bleeding** 145:8

**blind** 139:10

**blockers** 19:16 139:11,12 144:1,10
148:21 149:25 152:22 205:20
206:25

**blood** 33:14 130:18 158:10,11

**blow** 70:10 97:5

**blue** 67:14 167:4

**board** 11:8,9 232:18

**boards** 199:24

**body** 24:6 33:1 39:19 68:5 94:6,9,
14,21 131:20 147:16 154:25 160:12,
21 182:9 187:10,22 188:10,12
189:13,16 209:22 210:6,7 236:24
258:15 262:10,24

**boiling** 67:8

**bone** 146:10,12,15,17,25 147:1
215:23

**bones** 146:20

**book** 94:19

**born** 32:25 65:18 66:6,11 72:1 90:4,
11,16 158:15

**Boston** 11:4,13 12:24

**both** 48:1 52:9 55:4 64:12 77:1 79:3
89:7 138:12 156:23 158:1,2 191:24
226:11 227:13 241:2 243:3,8 250:20
253:15 259:12

**bothered** 217:3

**bottom** 96:25 172:23 216:2 260:5

**Boulevard** 5:3

**boxes** 26:2

**boy** 28:11 31:6,17 33:1 158:15,16

**Brad** 5:25

**brain** 70:6 72:10 75:13 76:18,24
77:9,19,22,25 78:1,3 80:22 81:1,3,7,
16,24 83:19 88:23 93:3,4 99:18
102:22,24 103:13 105:2,5 134:2,8
136:13 149:25 203:19

**brains** 79:17 80:8,17 82:5 84:3
100:6

**brand** 239:17

**breadth** 241:12

**break** 41:25 42:2 71:1,10,15 76:15
82:24,25 108:3,13 120:19 152:15
191:11 225:24 230:12 265:11

**breakdown** 191:7

**breaking** 44:10 56:8 60:15 76:6
152:17

**breaks** 108:22,24 123:19

**breast** 20:22,24 127:9

**breasts** 20:14 145:15

**brevity** 88:14

**briefly** 8:5

**brilliance** 69:18

**bring** 9:19 10:6 157:1 175:23 229:18
241:4

**broad** 236:24

**broader** 236:4

**broadly** 49:7

**broke** 107:8

**brown** 67:14

**BSTC** 71:24 72:3,5

**build** 77:12 79:13

**building** 114:21

**built** 108:22

**bulk** 13:14 165:10

**bullied** 118:12

**bullying** 233:7

**bunch** 210:11 239:10 246:23

**but** 6:5 9:10 11:21 12:7,9,17 13:13
15:19 16:1,13 17:24 20:24 21:18
22:5,21 24:3 25:7 26:21 27:14,23
29:13 30:15,18 31:11 32:4,7 33:1,15
34:7,19 37:12,18 40:19 42:11 43:4
44:13 45:3,19,21 48:6,11,14 50:21
52:24 53:11,17 55:8,15 58:4,15 60:9
62:4,15,24 65:5,21 66:2 67:3,9,15
68:2 69:15 70:4,15,25 72:24 73:11
74:8 76:12,14 77:24 80:23 81:13,25
82:14,23 85:16 86:10 87:3,7,13
88:12,15 91:15 93:22 96:15 97:13
100:3,5,22 101:20 102:1,7 103:4,9,
15,25 106:11,18,25 108:13,15
110:15 113:10,13 114:17 115:4
116:4,12,23 117:13,18 121:18
122:6,13 123:19 124:1 125:7 126:1,
13 127:3 129:1 132:6,12,17 133:12
134:16,21 135:16,23 136:14 137:19
141:13 142:16,20,25 143:20 145:13,
23 146:8,22 147:18 148:9,12 149:22
150:16 151:5,25 152:9,14 153:16
154:16,19 155:11 156:4,10,23
157:13 158:24 159:16 161:3,18
163:10 165:15 166:1 167:5,13 168:6
169:8 170:15,19 172:13 178:9
180:16 182:3 183:5,18,19 184:18
185:21 188:10,13 189:15 190:10
191:7 195:4,17 197:9 198:1,15
200:19 202:8 204:6 205:7 207:21
208:6 213:17 214:23 218:3 220:23
221:10,16 222:16,21 224:4 226:12
227:1,13,25 228:11,13,15 232:11
233:8,12,20,25 234:9 235:15
237:11,13,23 238:8,13 239:20
241:14,23 242:11 244:19 246:19
247:4,24 248:6 251:17 253:3 254:11
255:5,19 257:4,14 258:1,20 259:1,

17 261:4,14 262:11,23 263:10 264:5
265:4,18,23 266:2

**butcher** 237:3

**buy** 180:11

**by** 6:2,8 7:23 9:5 15:8 16:14 19:3
20:5,13 23:24 32:14 36:23 42:4 45:5
47:13 49:1,13,19 61:11 66:24 69:20
73:15,21 77:13 79:3 83:7 87:12
88:20 89:22 96:18 97:10 98:21
102:2 105:16 107:10 108:11 109:8,
14 110:15 111:5,6 118:1 119:3
122:2 128:12 133:24 135:5,20
136:12 137:10 140:13 141:9,10,11,
12 146:23 149:7 152:21 156:16
159:22 160:5,12,15,16 164:1,6
165:10 166:19 168:15 169:3,18
170:17 191:15,21 196:16 197:3
198:24 199:15 200:25 202:6 205:14
206:6 209:6 212:10 215:6 216:7,10
217:9 218:13 224:12 226:2 230:14
232:2 235:24 238:8 239:3,13 240:1,
16,22 243:19 244:15 248:13 249:6,
21 250:15,22 251:21 253:23 255:15
257:23 260:15 261:10

## C

**CAH** 90:15,16,20 91:14,16,18

**call** 51:3,6 52:7 61:25 63:7,17 118:3,
5,19 146:16 210:20

**called** 11:20 14:23 19:16 45:4 87:2
90:3,15 134:5 150:5 156:21 166:8
212:17 217:1 242:7 248:24

**calling** 113:13

**came** 45:2 49:24 64:8 95:17 220:23
221:16 258:13

**Campbell** 48:11 57:10

**can** 6:11,12,14 9:2,14 14:6,8 16:10,
11,12 19:12 20:4 21:23 22:7,10,13,
14,16,19 25:6 27:3,15,19 31:25
32:17 35:24 39:22,24 40:2,4,15
42:14 46:19 47:4 51:5 52:17,19 53:2
54:22 58:21,25 59:5 65:6 68:15 69:2
70:15 71:10,15,18 73:20 74:10,17
75:15 76:1,12,14 78:3,22 81:8
82:24,25 93:20 94:1,10 95:4,13,16,
21 97:2 103:2,3,9 106:24 108:4,14
113:15 114:11 115:2 118:18 123:10,
11,16 124:2 129:4 131:15 132:14
133:11 139:4,25 141:16 142:15
145:8,10 148:23 150:17 153:17,18

155:8 159:9 160:1 161:24,25 163:5,
18 165:5,6 166:14,22 167:4 168:24
175:9 179:12 181:18 184:24 185:2,3
190:15 192:12 194:2,12,18 199:18
200:12 201:22,25 202:1 203:9
204:18 208:18,23 209:3,11 215:1
218:10 223:17 224:14 227:2 228:15,
22 233:9,19 234:8 235:8 237:13
242:11,14 243:17,20 246:3 247:15,
25 249:13 250:16 251:12 254:3,4,8
255:19 257:5 259:16 260:6,8 261:4
262:25 263:6 264:10,11 265:11,12

**can't** 7:4,7 35:21 47:8 51:2 52:13
70:8 73:24 74:16 75:4 79:24 85:21
88:14 91:22 94:23 139:6,15 149:23
159:14 163:24 168:18 175:8 180:14,
15 203:17,22 204:3 222:3 223:16,17
235:15

**cancer** 20:22 127:9

**candidate** 117:2 195:5

**candidates** 89:10

**cannot** 74:7 262:12

**capable** 141:1

**caption** 10:16

**capture** 35:21 36:6

**capturing** 200:8,9

**car** 175:22 176:8

**cardiovascular** 157:11

**cards** 265:1

**care** 10:2 12:3 17:12 18:2 19:4,13
35:25 36:2 41:19 44:1 90:2 111:1
114:5 118:1 120:12 123:13 125:14
126:6,9,14,15 127:22 128:2,7
132:15 139:7 143:23 147:5 153:7
167:22 174:9 175:12,15,17,19,21,24
176:3,24 177:15,16,18 178:2,22,24
179:12 180:3 181:1 187:19 189:1
190:5,8,24 191:1 192:17 195:6
209:20 213:14 215:18 219:6,17,22
226:8 229:24 231:3,12 234:2 239:5
240:3,12,20 241:11 242:5,17 244:17
245:14 246:22 247:3 249:23 252:11
256:9,19,22 257:14 258:4,18 259:5
264:22 265:9

**career** 12:7 13:8

**careful** 138:8 239:22

**Carmichael** 215:8,12

**carrier** 90:12

**carries** 10:16

**case** 6:19 8:7,16 9:15 10:16,17
34:19 108:15 116:15 246:5

**cases** 36:1 243:8,22 253:15

**Cass** 254:11 259:12

**catchment** 200:10

**causality** 84:9,22,23 85:14 89:3
225:11

**causation** 179:14,19 180:1,16,18
221:22 222:2,10 223:17,19

**causative** 151:12 236:8,9

**cause** 84:10 132:7 144:18 151:11
160:1 204:5

**caused** 135:20 136:12 160:16
235:5,12 248:13

**causes** 78:4 180:4,7 222:12

**causing** 110:7 161:12 186:16

**CBCL** 216:11

**Cecillia** 237:4

**cells** 67:13

**center** 175:17

**cerebral** 95:18

**cerebri** 150:6,7,13 151:7,22,23
152:7

**certain** 32:25 58:4 65:5 67:21 77:9
90:6 103:4 130:2 142:24 143:23
147:15 153:24 214:24 225:6 232:11
250:8 252:6

**certainly** 16:17,20 19:9 35:4 40:9
58:15 62:11 65:15 74:1 77:19 81:1
86:25 88:13,18 92:6,14 113:1
116:15 117:1,5,9 141:23 200:19
233:25 234:12 236:7 245:24 262:8

**certainty** 251:13

**certifications** 11:8

**certified** 11:9

**cetera** 73:11 164:10 207:7

**challenge** 245:12

**challenged** 234:3

**challenging** 33:13 35:20 40:23 51:1
86:6,10 114:22 136:25 144:22

163:18 186:19 193:25 233:21

**Chan** 11:6

**chance** 71:8 265:6

**change** 18:8 27:25 49:10 50:4 51:22
56:25 59:14 60:5 61:22 62:17 75:15
95:1 125:22 131:1 187:10 188:12
200:12 216:9 228:2,7 252:17,20

**changed** 31:10 54:8 187:6 210:12

**changes** 75:13 130:9,11 131:24
161:1

**changing** 187:23

**chapters** 86:25

**characteristic** 68:17

**characteristics** 66:15 68:7 73:1
91:11 92:1,12 115:17 116:12,13,25
117:1,13,14,16 130:10 144:21 146:7
196:3

**charge** 233:8

**Chase** 5:17,19

**check** 123:8

**chemicals** 98:8,13 99:19

**Chen** 230:16,22

**chest** 20:1,5,8,13,19,23 21:1 110:3
182:8

**child** 16:10 19:20 21:6 39:16 43:1
114:6 118:11,23 119:8,11 139:1
145:19,25 229:19

**child's** 17:9 111:3 118:10 119:5
146:11

**childhood** 16:11 29:2 42:16,17
134:3 202:20

**children** 15:5,8 28:22 29:14,16,19
67:3 138:16 229:22 243:23 244:3
246:4 248:25 254:2,13 257:18

**Children's** 11:3,5,14 212:17

**Choices** 241:19

**choose** 127:23

**choosing** 173:16

**chosen** 111:25 252:2

**Christina** 138:14

**Christmas** 265:1

**chromosomal** 23:1 90:5 91:3

**chromosomes** 22:8,14,19,20

**Chung** 69:22,24 85:22

**circle** 129:5

**cisgender** 20:21 34:17 35:8,14 36:3
41:21,22 77:2 155:14 156:20 157:7
158:2,15 164:7,23 220:22

**ciswomen** 70:7

**citation** 55:7 59:24 60:10 61:16
165:13 167:11 169:1,8

**citations** 60:8 62:24 82:15 88:16
226:11

**cite** 48:9,10 49:3 59:17 68:24 69:12,
24 137:8 162:7 166:17 167:2 192:1
226:4 237:10

**cited** 49:9,12 57:11 62:22 69:9
70:13 83:13 86:17 87:20 92:21
104:22 167:24 192:9,10 208:16,19
212:2 215:12 217:7 220:6 225:21
230:22

**cites** 168:14

**citing** 72:16 82:12 162:2 166:6,13
255:21

**city** 125:20

**claim** 72:12 172:8

**claiming** 142:24

**clarify** 15:7 61:7

**classify** 21:23 61:15

**classifying** 26:11

**clause** 47:21,22

**clean** 7:21

**clear** 31:5 72:11 95:3 117:11 172:7
232:12

**clearly** 29:13 191:23 222:6 249:25

**clerks** 6:1

**clinic** 12:11 15:21 17:23 18:25 19:20
21:7 30:12 46:4 117:22,25 143:15
167:20 169:24 175:23 176:10
177:14 180:25 190:15,17 209:13
219:5,10,21 220:14,24 222:13,16
229:16,19,23 265:2,5

**clinical** 11:18,24,25 14:3 17:12 19:4
27:24 32:2,7 34:10,21 37:8,20 44:1

96:8 116:8 120:13 137:3 165:25
176:14 178:14 207:1 225:17 230:7
239:4 240:4 247:3 256:7,8,10 257:4,
8,10 258:20 261:25

**clinically** 23:20 33:25 36:20 113:4,
6,23

**clinician** 11:22 235:21 245:9 256:10

**clinicians** 246:1

**clinics** 45:13 176:9 227:1

**clock** 108:8

**close** 108:2

**closer** 35:24 58:20

**closing** 94:19

**clothes** 42:23 112:1

**clothing** 110:1,13

**cloud** 98:21

**co-morbid** 138:21 162:16 165:14
206:16

**co-morbidities** 201:16 202:12

**co-morbidity** 203:2

**Coalition** 197:4,7

**cognitive** 201:1,10

**cohort** 105:21 162:20 170:19 171:4
173:2,13 175:1 184:14 210:21
217:16 238:9

**cohorts** 223:19

**collateral** 74:24

**colleagues** 152:8

**collective** 236:16

**college** 125:19 174:16

**column** 96:25 207:8,20,21 211:14
224:7

**columns** 207:8,13,15

**combination** 213:21

**combined** 213:7

**come** 35:24 44:17 63:3 82:25 83:2
85:7 86:12 108:7,15,22,25 152:11,
15 155:1 220:14 229:23 246:16
250:2 251:19 253:9 257:6 259:16
265:12

**comes** 31:16 32:20,21,24 34:14

35:14 62:25 114:1 159:16 241:14
254:9

**comfortable** 79:25 112:2 128:15,
16,24 142:18 152:10

**coming** 30:12 121:23,25 131:3
174:5 219:4 246:25 258:17

**commence** 147:11

**commented** 256:25

**commenting** 256:4

**commit** 205:11

**committed** 194:6 232:13

**committee** 163:8

**common** 125:13 133:12 135:25
143:20 145:2 176:13 178:14 185:18
223:22

**commonality** 257:2

**commonly** 157:20

**communication** 33:3

**community** 125:25 127:20,23
138:17 173:6 174:1 242:8

**comparator** 213:25

**compare** 170:25 172:10 190:3
203:15 221:11

**compared** 35:23 80:4 98:9 107:18
137:17 163:21 164:7 172:1 175:2
180:8 189:21 190:22 221:1,3,15
235:4,10

**compares** 164:13 172:9 234:5

**comparing** 76:17 105:7 107:17
164:14,17,18,21 171:23 173:12
213:3 220:13 221:18

**comparison** 164:24 172:8 207:21

**comparisons** 74:25

**compelling** 179:11,18

**competent** 141:21 142:11,12

**complaint** 8:20 9:11,12

**complete** 7:7 73:2

**completed** 136:19,24 141:5 218:16
234:11,16,21 235:3 244:1

**completely** 34:16 230:5

**completing** 153:7

**complex** 68:6 72:25 91:23 103:5
251:24

**complicated** 25:18,25 26:4 52:17
53:3 64:24 72:9,25 91:10 94:16
102:8 236:15,18 240:6

**components** 22:13 26:17 87:18
88:7

**comprehensive** 119:7 140:11,16

**compression** 110:2

**conceive** 155:16

**concept** 49:10 75:11

**concepts** 33:13

**concern** 58:5 135:13 173:10 175:3
205:5

**concerned** 108:18 118:20 244:22
247:14

**concerns** 190:5

**conclude** 78:3 231:9

**concluded** 266:8

**concluding** 170:4

**conclusion** 63:3 79:20 80:24 81:20
82:6,8 84:22 85:7 86:4,9,12,13,16
95:12 180:21 218:15 223:4 238:3
250:2,4,10 252:24 256:2 260:1
262:1 263:5,7,8,13,17,18,19,23
264:2

**conclusions** 95:8 105:19 225:9
237:18 251:18,20 253:3,4,9 255:15,
18,25 256:16 257:6 258:17,24
259:13,17,18,22 260:3

**concurrence** 68:22

**concurrent** 11:5

**condition** 90:4,14 150:11 226:25

**conditions** 206:3

**conduct** 52:11 175:13,14 199:13

**conducted** 45:9,17 200:4,17,21
211:7,8

**conducting** 140:16

**confer** 265:11,12

**confers** 136:22

**confidence** 40:20

**confident** 128:15

**confirm** 122:6

**conflicts** 248:14

**confounding** 229:4

**confusing** 264:10

**congenital** 90:3,11,15

**congruent** 154:5

**connect** 16:11,12 118:18 179:6

**connected** 16:8

**connecting** 16:18

**connection** 6:21 68:19 75:24 77:15 88:22 89:22,23,24 261:6

**consent** 206:20

**consequence** 84:4

**consequently** 146:8

**consider** 18:6 23:8 32:23 51:17 62:13 112:7 146:3 222:16 225:16 226:23 236:22 245:11 252:10 255:4

**considerations** 18:24 154:10 157:18

**considered** 180:19 205:5 247:15, 25

**considering** 123:15 188:25

**consistent** 56:21 216:15

**consolidated** 59:25

**constant** 233:7

**constantly** 129:19 132:17

**construct** 236:18

**consultations** 153:11

**contained** 80:13

**contemplated** 194:7

**contemplation** 176:13

**content** 61:2 241:15

**context** 24:9,24 25:4,14 27:13 65:16 66:5 136:3 156:22 160:13 174:19 193:20 236:2,4,24 244:20

**continuation** 188:8

**continue** 29:6 30:22 56:23 119:24 122:20 129:16 130:24 131:11 145:18,22,23 146:20 256:18 262:10

**continued** 10:24 144:17 189:10

**continues** 100:4 149:13

**continuing** 30:19 120:16 130:2 132:6

**contrast** 174:17

**contribute** 22:7 65:6 66:3 78:15 84:12

**contributing** 68:12 84:11 94:21 113:19

**contribution** 224:5 228:5

**control** 52:22 72:3,6 79:3,9 80:4 99:3,10,11 100:14,23 102:20 103:17,20,25 104:12 130:17 139:7, 19,22 163:4 170:25 171:2,5,6,21 172:1 175:8 177:11 201:20,23 202:6,8,11 203:17 206:4,6 220:20 221:12 250:7 262:19

**controlled** 51:3,6,16 52:14 105:10 138:19 194:4,13 229:5

**controlling** 104:16

**controls** 97:19 100:9 164:8,23 201:15 202:2

**convenience** 198:19

**convenient** 26:1

**conversation** 144:13 206:10

**conversations** 40:24 148:2

**conversion** 47:25 49:16,17 50:25 53:14,23,25 54:9,13,15,18 55:15 56:4 57:7 61:25 63:7,17,22 64:2,7,9, 11,14

**convey** 25:20 216:1

**conviction** 115:19

**copy** 7:20,21 57:13 60:23 78:20

**core** 246:8

**corner** 214:10

**correct** 7:11,12 8:17 10:5,17,18 13:3 15:10 27:15 34:22 39:16 84:15 91:13 117:20 129:11 165:15 169:8, 9,10 170:24 208:10 220:7 232:16 234:15,17,19

**correctly** 164:20 198:12 258:14

**correlated** 133:6

**corresponds** 204:24

**cortex** 79:6,11

**Costa** 211:23 212:2,8

**could** 8:8,25 15:7 30:7 41:5 44:16 47:18 58:23 60:7 62:3 67:2 70:3,5, 11,24 78:21 86:25 88:17 91:21 92:14 96:20 97:5,20 104:10 106:3 110:21 116:15,23,24 117:5,8 121:16,18 122:25 135:13 142:19 146:3 155:9 156:3 171:4 174:25 180:2,3,8 191:18 200:5,6 203:20 206:23 223:19 224:25 243:23 255:4 259:20 260:18 262:3,12

**couldn't** 48:6 52:2 139:10 174:12 175:16

**Council** 241:19

**counsel** 5:8 144:6,11 188:20

**counseled** 137:13

**counseling** 127:9

**count** 108:11

**country** 45:16 151:21 199:6,19 201:22 223:25 227:1 233:11 242:3, 5,17 246:9,18 251:23 257:12 258:4

**couple** 21:19 76:7 150:3 190:13 204:12 265:13

**course** 14:14 16:2 18:23 22:13 24:24 27:12 28:8,21 32:3 37:18 59:2 76:22 81:22 93:21 101:21 112:17 114:10 120:8,17 127:2 132:1 141:12 151:3 155:9 161:15 173:19 194:2 205:10 215:18,21 217:15 219:8 223:24 226:9 230:5 233:16 234:9 236:11 246:7 248:6 250:6

**COURT** 5:1 60:16 86:19 265:25 266:4

**covering** 79:6

**create** 20:25 111:1 124:22 161:14

**creative** 175:9

**credence** 94:7

**credentialing** 140:24 141:3

**credit** 159:19

**criteria** 14:22 36:16,19,24 37:20,22 38:5,14,17,24 39:13 40:11 114:24 115:10 116:8,18,19,22 117:5 119:11 163:1 201:14 206:1 258:13 259:4

**critical** 251:8

**critically** 222:1 223:17 242:4

**criticism** 198:17 255:9,10,13

**criticisms** 45:24 200:18 259:7,10

**criticize** 198:9

**critique** 198:21,23

**critiques** 198:13 199:2,4

**Crohn's** 142:14,19

**cross-sectional** 194:18 221:19,22 223:16 225:6,7,13

**cross-sex** 117:3,19

**cryopreservation** 153:14

**current** 96:12 131:8 200:10 264:21

**currently** 53:12 54:12,19 56:20 134:21

**curves** 74:9,16

**cut** 14:8 23:18 189:17 260:7,24 261:13

**cutting** 189:6

**cycle** 154:14,15,20 155:6 157:19

---

**D**

---

**D-H-E-J-N-E** 237:5

**Dane** 237:7,8

**Daniel** 5:7,12 6:3

**data** 39:9 43:15 49:24 59:8 72:19 73:7 74:19 79:17 80:7,16 81:10 82:4 85:21 86:23 93:12 123:22 124:1 137:3 138:14 155:4 165:24 179:11 194:18 200:21 202:12 204:23 205:3 220:22 223:12 225:6

**date** 5:4 183:25 208:24 212:6 252:14

**dates** 48:15

**Davis** 5:25

**day** 12:12,14 76:14 113:16 154:17 174:4 236:25 245:10 248:8 264:25

**day-to-day** 109:25 114:19

**days** 12:13

**de** 137:8 166:6,7,11,12 167:7 168:14 169:1 184:3,13

**deal** 126:25

**dealing** 106:7 123:5

**decade** 46:12,25

**decades** 46:22

**December** 218:20

**decent** 120:21 163:14

**decide** 100:8 113:23 135:18 254:16

**decided** 233:24 259:8

**deciding** 100:14 204:22

**decision** 129:18 156:5 206:11 225:17 228:8

**decision-making** 244:12 257:4

**decisions** 38:21 39:23 247:7 256:10,14 257:11

**declaration** 7:14,20 10:8,14 13:17, 24 27:7 47:18 60:23 61:5 87:23 92:22 104:22 159:23 165:22 191:17 208:17,20 212:3 215:13 217:9 230:23

**decrease** 188:2

**decreased** 187:9

**decried** 48:7

**deemed** 251:10

**deep** 65:20

**deepening** 131:19

**deeper** 128:23 206:6

**deeply-felt** 28:9

**defendants** 5:24 6:19

**defending** 5:11

**define** 40:15 204:18

**defined** 19:3 38:3

**definitely** 227:12,13

**definition** 26:14,15 36:13,23 97:18 135:5 142:2 198:2

**definitive** 86:9

**definitively** 243:11

**degree** 90:14 102:16 112:14 138:16 140:20 141:5 142:24 147:15 153:25 158:24 188:18 189:11 256:5 257:15

**degrees** 43:5 109:15,18 110:15 111:20 162:15

**delayed** 146:5

**delaying** 146:2,6,8,25

**delivery** 91:5

**demographic** 190:9,10

**demographics** 189:20,21 190:3 199:10

**demonstrate** 77:8 87:10

**demonstrated** 138:15

**demonstrates** 87:17 88:6

**demonstrating** 60:1,11 63:6 138:24

**denied** 205:19

**dense** 71:21 76:21

**density** 146:11,12,15,17,25 147:1

**depend** 161:17 193:16

**dependent** 137:22 138:4,6

**depending** 18:22

**depends** 17:17 24:1 25:14 93:15 96:5 111:12 121:22 162:23

**deponent** 5:7

**depose** 8:16

**deposition** 5:5 6:23,24 7:25 8:6,7 266:8

**depressed** 171:14 188:2 189:3 202:5

**depression** 16:18 37:19 114:13 138:18 162:1,16 164:9 165:7 189:12 202:7,20 206:15 209:22 217:23 231:15

**depressive** 141:19 187:9 210:8

**deprive** 47:11

**Deputy** 6:17

**der** 220:3,5,6

**describe** 9:24 14:6,10 28:9 30:14 35:5 73:25 103:25 110:17 142:3,6,9 143:21 148:24 160:22 169:19 172:15 183:12 210:10 254:8 255:2

**described** 14:19 48:4,7 110:13 170:12,14 172:3

**describes** 121:4

**describing** 82:17 84:13,17,20 95:23 115:10 173:2,22 174:14 177:14,16 178:10 179:21 186:11 201:10

258:16

**descried** 47:25

**description** 169:22,23 190:14 213:6

**desert** 65:18 66:6,12

**design** 180:16 210:14,21

**designed** 53:1 141:4 182:11 258:19

**designing** 36:6

**designs** 53:2

**desire** 115:16,18 116:11 117:12,13, 15

**desired** 130:9

**desisted** 53:5

**despite** 100:20,23 174:23

**detail** 79:25 172:15 181:18 210:13 231:18

**details** 227:19 241:23

**detect** 204:16

**determinants** 69:8

**determination** 23:16

**determine** 37:24 73:20 81:8 109:18 119:10 121:16 248:4

**determined** 22:10 243:5

**determines** 94:19

**determining** 24:21 33:21

**developing** 145:14

**development** 144:20 146:7,11 148:15,19 152:23 153:25 244:24 245:17

**Dhejne** 237:4

**diabetes** 12:5,12

**diagnose** 27:3 37:11 39:13 141:16, 19

**diagnosed** 37:21 46:8,15,24 114:6 205:18

**diagnoses** 37:7

**diagnosing** 34:7 35:2 36:7 37:14 41:8 143:1

**diagnosis** 14:23 18:20,21 32:2 34:3,11 36:12 37:7,17,19 38:4,13, 20,22 39:16,22 41:15,18 46:17,21

110:23 113:8 114:24 115:5,9,12 117:17 137:12 141:25

**diagnostic** 37:23,25 40:7 141:22

**dictates** 67:12,13

**did** 10:23 45:2 53:5 54:16 56:5 57:20,22 58:5 63:6,14 70:3 82:3,22 89:22 100:13,17 101:9,18 103:17 107:16 113:21 129:23 131:7 176:1,7 178:10 181:4 187:10 192:25 193:4 223:22 245:20 255:8 259:12 260:25

**didn't** 23:18 29:12 47:8 56:5 63:13 64:8,9 66:7 80:23 82:6,14,16 102:6 106:1 169:15 174:11 176:8,9,10 188:12 238:10,12

**died** 205:14 232:2 235:24

**differ** 15:5 17:2,15 77:11 255:25

**differed** 28:18 77:1 79:3,8

**difference** 32:4 35:15 42:25 43:1,6 44:7 84:17 90:20 99:22 106:21 147:13 149:16,20 157:22 159:11,14 182:21 202:20 204:2 208:1 211:19 223:10 227:10 229:7 252:8 256:6

**differences** 65:8,9 67:17 71:23 73:13 74:9,20 80:3,22 81:3,5,11,19 82:1 83:20 84:9 85:13 98:5 100:7 105:2 149:23 157:13,24 174:24 176:21,22 189:24 190:13 193:2 209:24 223:18,25 241:9

**different** 12:17 18:22,23,24 20:15 21:25 22:3 24:10 25:7,22 26:16 27:19,21 29:4,21 30:7,8,16 32:10 36:18 37:2 42:18,22,23 43:5 45:12, 16 50:19 52:15 54:9 56:21 60:25 61:4 65:24 73:14 74:13 76:17 79:21, 23 82:10 86:11 91:12 92:7,10 98:8, 13 99:19 101:25 105:4,5 106:17 110:11,17,19 114:11 124:21 125:16, 20 127:4,20,21 130:5 133:12 139:24 141:3 142:12 143:14,20 148:15,19 159:1,2 163:15 173:6,25 179:24 180:10 183:13 184:23 186:15,20,24 190:11 200:15 203:23 207:5,22 209:15 210:4 214:4 215:21 219:1 220:13,23 221:8,11 222:6 223:25 236:6 239:10 241:3 244:7,20 245:5 246:7,17 250:11 251:20 255:18 256:13 257:6,12 258:25 259:1,16 260:2 262:6,23 263:5,18

**digging** 206:6

**diminish** 252:4

**diminishment** 155:24

**Dimorphism** 75:20

**direct** 224:15 225:14

**directed** 8:6

**directly** 196:9

**dis-** 232:9

**disagree** 245:2 256:15 259:18 260:22 261:15 263:23 264:2,3,9

**disagreeing** 80:20

**discern** 28:1 66:9

**discerned** 29:24

**disciplines** 87:16 88:6

**discomfort** 115:2,4 160:11,21

**discontinue** 149:18 161:11

**discontinued** 131:12,17 232:10 233:23

**discontinuing** 146:23

**discordance** 14:21

**discovered** 64:16

**discredit** 80:11

**discrete** 22:18 140:3 223:10 231:2

**discretely** 219:23

**discriminated** 171:14

**discuss** 15:24 103:11 148:8 238:14

**discussed** 10:15 18:22 226:10 261:19,25 263:16

**discussing** 49:9 107:2 167:16 186:5 236:25 239:6 244:21 247:8 250:6,12

**discussion** 18:8 83:18,23 84:18 96:21,22 97:12 103:11 135:17 153:8 215:5 255:24

**discussions** 120:9 137:14

**disease** 67:25 68:1 142:14,20

**dislikes** 29:5

**disorder** 71:25 164:10

**disorders** 13:12 162:1 165:7,14 166:11 173:8

**disparity** 165:19

**dispel** 180:5

**displayed** 79:2

**disposal** 32:1

**disproportionately** 162:15

**disregarded** 102:13

**disrupters** 92:9

**dissatisfaction** 210:7

**distinct** 84:2

**distress** 14:20 32:5 43:2 110:8
113:4,6,10,23 115:11,13 116:24
144:19 157:21 188:7,13

**distressed** 187:24 189:3

**dive** 231:17

**diverse** 45:11 200:1 240:12,21

**diversity** 64:20,21,22,24 66:14

**do** 7:13 8:2 10:10 11:18,25 12:4,15
13:18,20 15:15 16:4,16 18:2 19:18,
22,24,25 20:5 21:2,5,9,13 28:1 30:5
32:1 33:7,10 38:12,13 41:16 42:6,10
43:14,15,17 46:16 48:2,3,8,10
49:18,23 51:2,14 52:2,13,19 55:23
60:4 64:2,8 65:2 68:7,8,24 70:17,23,
25 71:18,19 72:12,15 74:9 75:14
76:5 78:12 79:16,17 80:6,7,15,16
81:8 82:4,20 84:6 85:10 91:16 99:1,
9 100:3,8,12 101:23 102:20 103:14
105:10 107:4,12 108:2 109:16,17,18
110:15,17 112:20 113:11,25 115:23
116:3 117:21 122:8 123:22 124:4,9
126:1,3 129:23 130:17,25 131:7,10,
14 132:19 133:15 139:6 143:14
147:17 149:25 152:8,22 153:1
154:25 155:1,3 156:11,16 158:21
160:4 167:17 168:20 171:11 172:20
174:9 175:8,11,12,16 177:16 179:21
180:11,17 182:4,18,25 184:5 186:15
187:1,14 189:19 192:7,17 193:11,
12,13,15,24 194:7 196:19 197:7,12,
22 201:25 204:8,9 206:15 207:19,23
211:25 212:5 213:10 215:10,11
216:13,14,22,23 221:22 222:14
224:13,17,19,20 225:23 226:23
228:6 229:8,9,21 230:2,20 232:6,17
234:4,9,20 235:15 237:17 238:24
239:1,21 240:17,18 242:2 245:2,3,
13,19 246:3 247:2,3,16,17 248:14,
16 249:11 250:7,19,23 251:8,23,24
252:23 253:15,21 254:23 255:2,9

259:4,6,11,21 260:19 264:25 266:4

**doctor** 9:22 10:10,20 13:22 27:8
41:7 42:5 44:10 46:3 47:15 49:2
56:8 57:9 59:16 61:12 75:22 78:19
83:12 86:19 92:19 104:21 109:9
111:1 112:19 118:1 127:25 152:22
159:19 176:10 191:16 192:7 208:14
211:25 215:10 216:22 224:13
230:20 231:24 238:24 240:17
241:21 243:20 249:3,7 250:19,23
254:4,6 257:24 260:9 261:5 263:9
265:16

**Doctor's** 261:5

**doctors** 119:20 126:17,18 127:6
128:1

**document** 7:19 8:3,23 9:22 10:10
60:21 61:4 238:25 239:2,3 240:17,
19 241:18,21 242:16 243:4,14
244:14 245:19,24 247:2 248:23
249:7 254:6,19 255:7 257:24 258:6,
15,19 259:3,6

**documents** 7:13 241:9 243:13
250:11

**does** 9:6 15:5 16:22 17:1,19 18:7,25
20:11 27:24 33:7 38:15,22,24,25
51:11,12 54:1 55:15 56:7,13 58:10,
15 60:6 62:17 72:20,21,23 77:24
81:10,25 84:11 86:4 88:21 90:23
93:18 94:6 96:2,7 99:21 102:12
105:23 114:18 116:13 118:21
120:19 121:12 133:15 140:8 149:4
150:20 160:10 161:4 164:11 167:7
173:10 175:3 176:23,25 177:11
178:19 187:13,14 193:20 194:1,23
195:2 196:17 202:11 204:14 210:2
213:8 214:4 217:20 222:9 228:6,10
229:10 230:4 231:9 232:1,5 237:19
239:7 240:24 244:16 246:14 249:7
252:10 264:24

**doesn't** 14:17,18 22:17 32:5 37:17
42:24 53:13 68:14 70:14 84:14
85:20 115:3 116:20 125:8 132:12
172:7,9 188:11 214:23 225:13
236:11 248:1 253:1 257:14

**doing** 18:13 35:24 52:16 98:20
102:21 124:25 134:2 142:18 154:9
174:15 175:16,17 180:7,22 186:24
188:5 210:11 213:22 219:2 229:15
240:1

**don't** 8:12 19:21 21:2 27:12,13
28:23 29:18 30:4,5,16,18 39:15

40:2,18 41:11,15 42:14 43:6 44:13
46:11,15 47:11 49:21,22 51:10
52:22 54:5 57:24 58:8,16 63:9,13
64:3 65:4 67:21 72:13,17 73:2,8
75:3,18 77:3 78:11,14,19 79:24
80:11 83:2 87:2 89:1 94:17 95:1,20
96:4 98:21 99:5 100:1 103:13,24
105:12 107:15,21,25 108:14,24,25
113:22 116:10 124:1 125:13 126:14,
24 131:11 139:16 141:13 142:20
143:15 146:4 147:4 148:1 152:16
163:8 175:22 178:23 179:1 181:15,
20 183:4,17 185:19 191:7 194:5
197:25 199:3 201:23 202:8 205:6,9
206:21,22 208:3 211:1,21 213:23
214:10 221:14 222:14,15 223:3
227:15,21 228:11 231:19,21 232:9,
10 233:22 234:8,25 242:10 245:17
247:22 248:18 250:13,19 251:25
254:25 255:13 256:3 259:10 261:17
263:9 264:1 265:17

**done** 8:9 16:14 44:19 63:2 69:19
108:1,8 122:2 123:7 136:18 143:10
177:3 212:22 262:10 265:10

**dose** 130:4,18,25 134:17 150:25
159:9 161:18

**double** 20:15,17,21

**down** 9:1 67:8 79:1 97:8 108:14
120:19 123:20 154:7,21 160:18,24
161:3,4 166:22 208:4,23 209:3
211:4,11 212:6 218:8 224:9 227:21
228:24 231:22 241:14 242:11
249:13

**Dr** 6:9 8:2,22 10:7 60:22 69:17 70:17
76:5,14 108:8 169:11,16 254:11
259:12 265:23

**draw** 95:9 237:19

**drawn** 255:15

**drug** 51:9,10,13,16

**DSM** 37:7 38:6 110:23 113:7 116:18

**DSM-IV** 115:9

**due** 91:8 201:9

**duly** 6:4

**duration** 227:20 228:10

**during** 91:3 107:8 145:16 146:14
152:23 232:1,2 261:13

**dynamic** 46:16

**dysphoria** 12:20 13:1 14:23,25
15:4,6,11,13,18,25 16:3 18:25 19:2,
8 27:3 32:3,8 33:20 34:2,3,8,11,14
35:2,13,18 36:2,7,12,13,14,17,22
37:1,4,11,15,18 38:3,4,13,15,18,21,
23,25 39:6,11,12,14,21 40:11 41:8,
16,18 42:7 43:17 44:1 46:9,21,25
53:6 56:20 62:13,14 91:24 96:10,14
109:16,19,23 110:20 111:18,20,21,
22 112:2,4,5,15,17 113:9,13,21
114:7,8,25 115:6 116:22 117:6,17,
22 118:21 119:12 126:21 127:3,15
128:8,11,12 130:8 132:8,17 133:3,7
137:13 140:9 141:17,25 143:2
144:20 151:18 153:11 156:23
161:23 164:13,14,15,25 165:4,17
171:16 181:6 182:6 183:1,2,4,16
187:15 188:18 191:4 195:3 201:1,9
202:25 205:19 206:14 229:15,17
233:18,19 238:8,21 239:21 241:11
244:3 245:22 246:5,21 247:12
248:13,20 254:14,17 256:18 259:4

**dysphoric** 21:14 42:12 148:18
189:22

**E**

**e-mail** 71:14

**each** 18:18 60:8 86:7 87:6 92:2
116:17 132:22 192:16,17 210:13
214:21 236:17 255:18,20,22 262:5

**earlier** 6:17 17:14 21:18 47:20
120:24 140:13 148:3 190:18 193:10
196:14 200:25

**early** 17:6 46:7 135:19 136:1
185:17,22,23

**easily** 22:4 194:3

**East** 5:3

**easy** 233:4

**eating** 162:1 165:7

**ECF-262** 7:21

**editorial** 59:20 60:6 61:8,13

**Editorials** 59:19

**education** 10:22 11:23 173:5,18

**effect** 54:13,15,18 55:16 64:13 68:9
74:11 104:3 145:13 146:4 151:11
186:2,25 187:2 212:14,15

**effective** 52:9 62:19,23 63:4 142:21
233:18

**effectively** 161:24 165:5

**effects** 39:20 75:15 145:9,11 160:2
161:12 260:17,20,21 262:2,12,15,16
263:3

**efficacy** 64:7 265:8

**effort** 44:8 56:4 59:24 60:9 87:8
182:23 183:3 204:16 242:3

**efforts** 43:19 49:16,18 50:3,25
53:23,25 54:2 56:25 59:14 60:4
61:22 62:17 63:14 205:8

**egg** 153:8 155:13

**eggs** 147:16,22 154:1 156:1

**eight** 124:6

**either** 51:9 61:17 89:5 124:9 139:7
146:23 201:19 235:15 241:4 242:18

**elaborate** 159:18

**element** 22:17 117:16 215:18

**elements** 24:11 25:22 26:23,24
64:22,25 65:6 66:1 210:5 217:14

**elevated** 79:4

**elicits** 118:19

**eloquent** 182:1

**else** 7:15 57:23 66:12,16 104:6

**elsewhere** 19:22

**emotional** 152:23 187:8

**empathize** 233:25

**employment** 11:14

**encode** 67:12

**encompasses** 21:24

**encountered** 29:24

**end** 20:25 24:8 30:21 51:11 82:16
119:13 131:2 134:24 186:7,8 219:13
222:17,21 246:15 255:25 260:25

**endeavor** 181:1

**endocrine** 12:3,12,23 13:11 17:12
19:4 120:12 133:17 238:19,20,21
239:4,24 241:2,9 242:18 243:4
249:22 253:11 256:1

**endocrinologist** 11:16 12:2 15:17
17:7,22 31:22 37:17 62:8 127:24

135:17 142:15 237:23

**endocrinologists** 127:17 150:10

**endocrinology** 11:4,10 127:3
133:18 240:7

**endogenous** 147:14,24 149:1,19

**endorse** 60:4

**energy** 157:12

**English** 247:24

**enough** 29:13 52:11 61:9 64:17
77:4 85:21 104:8 115:5 139:21
141:15 147:21 150:17 151:14 184:5
229:18,23

**enroll** 104:5

**Enrolled** 6:21 9:20

**enter** 18:1

**entirely** 254:19,21,22

**environment** 92:9 178:3

**environmental** 75:15 89:12 92:4,
13

**envision** 174:12

**Equality** 197:4,8

**equally** 52:9

**equates** 104:11

**equipoise** 52:7 139:17 213:20

**equipped** 126:24

**era** 190:6

**error** 33:21 34:7 35:1 36:6,25 38:1
41:2,8,15,19

**esoteric** 100:5

**especially** 246:4 264:12

**establish** 162:14 165:13 221:22
222:10

**established** 130:1,24

**establishing** 165:18

**estimate** 43:16

**estimates** 124:2

**estimation** 28:18 94:6 263:1

**estra-1,3,5** 95:19

**estrogen** 146:15 149:12 156:5
160:16 161:11

**et** 73:11 164:10 207:7

**et al** 56:2 59:24 168:14 192:4

**ethical** 142:25 213:24 244:22 245:1, 7,10,12 247:10

**ethnic** 163:16 200:9

**etiology** 64:17 73:3

**European** 257:12

**evaluate** 122:21

**evaluated** 260:18 262:3,13

**evaluation** 30:12 120:25

**even** 15:11 18:14 26:1 72:13 112:19 154:17 155:14 156:10 173:4

**event** 107:12 170:19 233:25

**events** 231:25 232:11

**eventually** 126:1

**ever** 16:4,16 17:20 28:17 29:24 35:22 63:16 99:22 101:24 116:13 124:9 180:15 233:14

**every** 18:11 38:9 103:11 123:9 124:17,19 125:2,5,7,9 140:19 142:1, 5 145:5,19,20,23 146:11,21 154:17 163:2,3 174:4 222:21 231:22 242:24 245:10,11 246:17,18 253:5 264:25

**everybody** 109:3 191:11

**everyone** 14:14 35:21 109:1 116:21 124:21 135:8 199:22 246:2

**everyone's** 158:25 175:19

**everything** 12:14 88:14 121:8 123:1 133:21

**evidence** 22:11 31:20 39:19 42:11 69:13 84:24 85:18 86:14 87:20 94:9, 14 102:17 138:11 216:9 224:15 225:13 239:23 241:4,6 244:11 246:13 247:22 248:4,7 249:20 250:3 252:16,18 253:25 256:5 257:17 259:14,17,23 264:24

**evidence-based** 247:15 248:1

**evolution** 29:7 31:8

**evolve** 27:11,23

**evolves** 29:8

**exact** 49:21,22 76:14 156:3 191:7 228:14

**exactly** 149:2 168:8 176:18 178:9, 18 181:15,22 195:17 197:15 203:3 256:24 257:25 261:18

**exam** 18:14

**EXAMINATION** 6:7

**examined** 6:6

**example** 19:3 20:21,22 21:9 29:18 30:10 32:2 34:12 35:16 36:17 37:9 38:18 39:8 40:20 42:21,25 43:21 50:24 55:5 64:22 67:20 77:6 78:6 90:1 91:14 93:1,23 98:7 100:4 105:4 110:21,23 111:19 114:4 118:11 119:17 121:25 122:18 127:8 129:9 130:12,15 131:16 135:10,15 136:10 138:13,16,19,23 147:7 154:12 156:20 157:14,16 158:3 159:4 160:8 163:1 187:8 194:3 199:14 206:1 212:16 227:23 239:15 240:3 245:8 252:1,15

**examples** 91:1,2 240:4

**exams** 127:10

**excessively** 158:13,18

**excited** 133:18 252:19

**excluded** 101:18

**excuse** 69:16 157:3 185:23

**executive** 235:21

**exhibit** 7:24 8:1,19,21 9:20,21 10:7, 9 13:18 47:19 48:20,22 57:5,6,14 59:12,13 69:21 70:1 71:14,17 75:19, 21 83:8,11 92:16,18 104:18,20 108:1 109:12 162:4,6 165:21,23 166:6 168:5 183:24 184:4 192:5,6 208:12,13 211:22,24 215:9 216:19, 21 220:1,2 225:19,20 230:16,19 237:1,6 238:18 240:10,14 241:20 249:1 254:5 257:16,17,20

**exist** 174:25

**existence** 241:24

**existing** 176:11

**exists** 55:9 62:4 183:19

**expect** 91:18 139:15 143:8 154:13 188:7

**expectation** 125:7 189:14

**expectations** 188:21

**expected** 130:9 179:24

**experience** 27:24 34:10,18,21 42:6 43:17 114:1 119:25 120:6 137:4 140:14,15 141:8,16,24 142:2 143:12 151:16 165:25 177:15 181:2 203:5 205:23 207:2 233:5,16 264:14,18

**experienced** 142:7

**experiencing** 43:5 126:21 152:4

**experimenting** 42:22

**expert** 8:15 9:17 10:7,8,14 34:20,24 55:1,10 58:6,12 59:23 61:16 62:8,9, 14,20 64:15 68:24 69:12 73:8 77:17 86:3 87:2 226:5 246:19

**expertise** 126:19 127:22 143:4 255:6

**experts** 128:1 155:10

**explain** 67:3 75:4

**explained** 26:14

**explaining** 180:18

**exploration** 31:4 42:16

**explore** 30:22 122:21

**exploring** 29:19 42:18

**exposed** 90:8

**exposure** 48:25 49:15 53:22 65:19 90:23 91:17 264:14

**exposures** 65:10 89:13 91:9 92:7, 13

**expression** 89:7

**extensively** 144:7

**extent** 255:8

**externalizing** 216:12

**extrapolate** 177:4 230:7

**extreme** 152:4

**extremely** 34:6 35:14 40:12,23 50:19 136:17 197:9 199:3

**eyes** 67:13

**F**

**face** 55:12 182:9 223:23 233:9 264:4

**faced** 239:20

**facial** 145:14

**fact** 62:25 74:10 85:12 98:11,12
100:20 140:7 163:12 165:15,18
233:14 235:23 244:16 263:3

**factor** 150:18 227:5 264:17 265:7

**factors** 21:25 22:1 65:1 69:14
91:12,25 92:4,10,13 130:5,21,23
163:6

**failure** 100:23

**fair** 24:20 61:9 64:17 104:8 264:7

**Falk** 5:14,19

**fall** 21:19

**false** 37:10 204:16,18

**familial** 229:6

**familiar** 45:24 62:19 75:9,10 89:15
92:19 99:18 141:2 150:10 184:18
195:22 196:7,13,24 197:9 198:17,23
208:14 237:11 241:21,22 243:10,12
249:7 255:15 257:24

**familiarity** 7:1 184:5 190:1

**families** 33:12 40:24 135:17 144:7

**family** 15:23 16:7,12 30:24 111:15
114:22 118:14 119:4,6,9,16,24
120:7 127:25 154:24 179:5 233:8
253:21 265:3

**fancy** 121:7

**far** 16:25 72:5 77:4 147:21 159:19
247:14

**farther** 97:8 175:20

**fascinating** 133:17

**fast** 108:19 136:15

**faster** 146:16 159:8

**fat** 13:13

**favor** 194:15

**favorable** 137:17 178:20 221:14

**FDA** 151:14

**features** 79:2 84:2 116:22 209:25

**feeding** 182:1

**feel** 30:18 31:22 79:24 102:12 112:1
116:6 126:24 128:24 129:13,24
131:7 132:5 142:18 152:10 162:24
182:8 183:20 187:24 195:4

**feeling** 30:20 72:1 113:12 116:6

155:23 160:11 171:13,14,15 174:6
189:12

**feelings** 113:19 115:20,23 183:21
189:16 231:7

**feels** 30:15

**Feinberg** 10:24

**fellowship** 11:4,13 12:23 13:8

**felt** 100:17,24

**female** 21:24 22:5,22 23:3,8,14
24:3,19,25 25:19 26:3,8,9,19,21
28:10 30:17 33:1 74:4,8,14 90:5,18
91:7 97:18 105:7,8 106:2,4,6,11,18,
19 107:3,5,6 135:6,10 156:12
160:17,19 181:10 182:12 190:22

**female-to-male** 72:4

**females** 73:17 81:4 158:21 191:4

**feminized** 79:18 80:9,18 82:5

**fence** 264:24

**Fenway** 163:20

**fertility** 147:6,8,13,17,25 148:2
154:11 155:8,10,18,24,25

**fetal** 65:10 90:7,23 91:3

**few** 152:13,17 174:12 245:5

**fewer** 184:16 221:3

**field** 141:1,10 240:1,7

**fields** 128:2 141:4

**figure** 44:2 48:6 102:23 167:11
202:23 227:8 236:16

**figuring** 111:15

**filed** 7:20

**fill** 201:6 204:22 205:7

**filling** 205:1

**final** 7:14 135:14 218:15

**find** 40:22 59:25 93:20,21 125:6
193:4,15 199:5,16,18,20 201:22
227:10 228:14 239:18 245:19,20

**finding** 80:23 84:12 93:17 98:7,23
104:1 106:10 151:14 193:1

**findings** 80:1,2 83:19 86:7 98:21
100:6 106:10 187:17 193:5 196:5
216:18 217:21 222:22 225:15

**fine** 42:1 71:2 82:24 85:2 108:3,6,12
169:15 200:18 266:2

**finished** 47:14

**finishing** 11:13 125:19

**Finland** 242:4,17 246:6,15,21
248:19

**Finnish** 247:23 255:24 256:25

**first** 6:4 14:13 22:2 27:7,10 46:4
47:20,21 52:3 55:24 66:22 71:22
76:12 83:23 88:15 93:24 99:9,15
121:13 124:10,19 129:7,9 137:9
139:9 140:13 150:19 165:20 166:25
167:19 182:5 184:13 197:20 258:13

**Fish** 48:14 57:10 59:16,23

**Fisher** 5:22 6:8,16 7:22,23 9:1,5
41:24 42:1,4 47:12,13 48:23 49:1
58:23 60:13,15,20,25 61:6,9,11
69:18,19,20 70:10,23 71:2,6,12,17
73:15 76:4,8,11 77:13 82:19,22
83:4,7 87:12,22,24 88:20 96:18
97:5,10 105:15,16 107:7,9,10 108:2,
10,17 109:2,6,8,12,14 133:20,22,24
152:12,21 159:21,22 163:23 164:1,
4,6 166:16,19 168:13,20 169:3,14,
18 172:24 191:10,15,18,21 208:23,
25 209:4,6 212:10 215:3,6 216:5,7
218:8,13 224:9,12 225:23,25 226:2
230:11,14 240:15,16 243:16,19
249:2,6 250:15,21,22 253:23 254:3
257:21,23 261:1,5,10 265:10,16,21,
23 266:2

**fits** 243:8

**fitting** 171:13

**five** 131:15 151:16 152:18 191:11

**fix** 48:6

**flash** 160:22

**flashes** 160:2,8,9,15 161:6 168:7

**Flip** 220:4

**floridly** 206:8

**fluid** 150:9

**flyers** 199:17

**focus** 12:7 13:4 14:2 47:22 93:6
148:8 200:13

**focused** 13:14 226:7 241:10

**focusing** 12:22 24:6 226:6,12

Index: folks..functioning

**folks** 33:11 249:24

**follicle** 134:9

**follow** 71:9 120:16 125:11 186:7

**follow-up** 124:22 129:7 148:10 167:18 170:9 184:4,15 210:23,24 211:6,7,16

**followed** 167:21

**following** 11:11 96:8 130:19 203:10 228:1 247:4 264:21

**follows** 6:6

**for** 5:9,14 7:18 8:9 9:13,24 10:12 14:8,10,22,24 16:3 17:13 18:19 19:3,8,13,18,22 20:18,21,22 21:8,9 23:8,11,16 25:4,6,7,13 29:2,18 30:10,12 31:20 32:2,23 33:19,21 34:12 35:1,10,12,16 36:11,17 37:8 38:14,16,17,18,19,24 39:2,8 40:11, 20 41:8,25 42:20,25 43:21 44:1,3 48:6 50:24 52:6,11,18 53:24 55:7 57:13 59:24 60:8,13,20 63:6,16,22 64:1,6,15,22 65:16 67:24 70:25 73:4 76:6 77:5 78:23 82:20 87:6 88:2,11, 13 89:23 90:1,14 91:2 93:3 94:4 96:8,9 98:6,24 99:3,12 100:23 101:17,23 102:2,20 103:1,9,17 104:9,13 105:10 106:4,17 108:3,24 109:19 110:3,12,22 111:16,18 112:21,22 113:14 114:3,24 115:5 116:15,22 117:2,5,22 118:11,16 119:11,16,21 121:14,17,19,24,25 122:3,8,18,22 123:14,22 124:18,20 125:7,15,18 126:6,11,16,21 127:7,8, 12,15 128:4,6,8,22 129:9,15 130:12, 15 131:14 133:19 134:18 135:2,9, 13,15,25 136:9,22 138:13,15,19 139:8,15 141:3,7,18 142:14 144:1, 10,22 146:6 147:7,10,15,22 149:18 150:12 151:17,18,23 154:4,8 155:2, 13,16,19,20 156:19,20 157:11,14, 16,21 158:1,2,10,11,12,14 159:1,4, 5,6 163:1 166:1 168:6 169:1,6 173:15 176:3,12 177:11,22 178:21 179:4,19 180:7 186:25 187:8 190:5, 7 191:7,11 193:7 194:3 195:5 197:4, 8,11,17 199:14 200:24 201:14,15, 20,24 202:7,9,11,15,18 203:17,24 205:7,12 206:1 207:22,23 208:24 211:7 212:6 214:2 215:2,7 217:1 218:6 223:12 226:24 229:5,14,16 230:15 231:6,21 232:21 233:4,12,18 238:4,9 240:12,20 241:9,13,17,19 242:17,22 244:10 245:8 248:13,25

250:9 251:5,17 252:1,15,21 254:2, 13,15 255:10 256:9 257:11,18 258:20 259:4 261:19 262:19 265:5, 22

**force** 47:23 55:2

**foreign** 264:13

**forgot** 13:18

**form** 16:6 17:4 18:10 19:23 20:16 21:4,15,22 22:12,24 23:12,25 24:18 25:8,16 27:4,20 28:4,20 30:3,9 31:14,21 33:6,23 34:9,23 35:3 36:10 37:6 38:2,10 39:17 40:1,8,14,17 41:3,9,14 42:13 43:12,18 46:1,6,10, 14,18,23 49:8 50:10,17 53:7,19 54:4,17,24 55:18 58:3,7,14 59:21 61:14 62:2,10,16 63:8,19 64:19,21, 23 65:14 66:10,19 67:7 68:20 73:18, 23 75:2,17 77:16 78:5 80:10,19,25 81:14 82:7 83:17 84:7,16 85:1,23 86:18 88:25 89:25 92:3,5,25 93:14 94:2,12,25 95:6,10 96:12 97:24 99:4,13 100:11,16 101:1 102:25 103:23 105:25 106:8,20,23 107:14 109:20 112:12,25 115:7 116:14 117:4 121:2,21 122:9 123:25 124:12 126:22 127:1,19 133:4,8 137:25 140:18 142:4 143:13 148:22 150:1 152:25 153:15 156:15 158:23 159:13 161:8 162:12,22 164:16 167:9 170:21 171:1 172:12 173:14 175:5 177:9,13 179:17 181:7,12,24 183:7 184:7 189:23 190:12 191:6 192:14 193:18 195:14 196:8 197:1, 14,24 198:6,11,20 199:1 201:4,17 202:13 204:17 205:4,13,22 207:12 208:2,9 210:16 211:20 213:9 214:6, 14 216:17 218:22 221:23 224:21 226:21 229:12 231:16 232:4,8,15,20 234:7,18,24 235:7,13 237:20 240:25 242:9 243:2 244:5 245:4,23 250:25 251:11 253:10,14 254:20,24 255:12 256:23 258:10 259:9,15,24 263:21

**formal** 15:23 141:12 171:2

**formally** 124:1

**forming** 225:9 247:1

**fortunate** 31:23

**forward** 124:23

**forwarded** 121:19

**found** 48:1 55:4 56:2 57:16 60:7 95:24 172:20 216:9 251:6

**foundation** 77:18 78:8,9,10,13,16 79:15 82:9 84:24,25 85:8,18 86:1, 15,24 87:11,19 88:8 94:8 100:19,20

**four** 63:11 82:15 120:19 123:18 124:6 130:7,17,21 131:15 214:16 223:25

**fraction** 151:4

**frame** 144:13

**French** 217:6

**frequent** 199:25

**frequently** 124:15 125:4

**friends** 113:18

**from** 5:15,17 7:21 12:25 15:5 17:2 18:4,17 19:10 20:15 21:21 22:11 28:2,18 29:4 30:7,8 31:18 32:10 33:2,19 34:4 35:14 36:18 39:6,9 42:3 43:9 44:24 45:6,12,13,14,16 46:9 48:15 51:24 52:15 53:5 59:8 60:16 61:1 62:25 77:1 78:3,13 79:3, 8 83:6 86:11 87:23 91:20 92:9 93:17 94:1,11,24 95:4 103:21 107:5 109:4 110:2 114:20 117:9 120:4,11 122:1 123:23 124:4 127:21 132:12,20 134:25 136:23,25 137:8 138:14 142:25 143:9,18 145:20 146:14,15 147:18 149:8,13,17 152:7,20 155:10 162:3 166:7 167:21 170:1,2,6 171:19 173:6 174:17 175:20 177:4,5 179:14,24 180:10 181:2 186:19,21 187:6 189:2 190:14 191:14 192:19, 23 194:24 196:9,23 198:18 199:18 211:2 217:20 220:22 221:8 222:3 226:6 229:10 230:13 233:7,8 235:9 240:8 246:2 247:23 250:11 253:22 254:9 255:25 256:16 265:1,2,15

**front** 7:13,19 9:14 56:9,13,15 57:21 60:24 164:5 216:8 227:22

**frontal** 79:6,11

**frozen** 86:19 261:5,6

**FSH** 134:10,19,23

**full** 7:7 65:4 168:20

**fully** 99:12

**fun** 205:6,7

**function** 42:16 67:22,23 72:15 216:10 241:7

**functioning** 157:11 188:3,9 191:25 212:20,24 213:2 230:17 231:7

235:21

**functions** 197:15 241:8

**further** 83:25 84:1,20 121:16 132:7
144:17 265:17

**future** 38:16 41:21 90:24 144:23
148:6 174:7

---

**G**

**gain** 141:9

**gaining** 141:24

**garment** 110:3

**gastroenterologist** 142:17

**gather** 119:4,24

**gave** 95:2 225:5

**Gavin** 5:16

**gay** 98:9 103:8

**gears** 132:23

**gender** 12:13,19,20 13:1,15 14:14,
15,21,23,25 15:4,6,11,13,18,21,25
16:3 17:23 18:25 19:2,8,20 21:6,14
22:9,17,22 23:2,6,9,13,23 24:2,21
26:8,19 27:3,11,17,18,22,23 28:1,3,
5,7,8,9,12,13,15,17,19,23,24 29:6,8,
22,25 30:1,6,8,12,15,23 31:4,5,8,9,
13,19,20 32:3,4,8,9,12 33:4,5,8,19
34:2,3,5,8,11,14,15 35:2,12,17 36:1,
7,12,13,14,17,22 37:1,4,11,14,18
38:3,4,13,14,17,20,23,24 39:6,10,
12,14,21 40:11 41:8,16,18 42:6,12,
15,25 43:1,5,17 44:1,6 46:4,8,21,25
47:24 49:11 50:4 51:23 53:6 54:8
55:3 56:20,21 57:1 59:14 60:5 61:22
62:6,13,14,18 64:20 65:2,6,17,21,24
66:1,3,5,8,16 67:18 68:23 69:8,14
71:24 72:18,22 73:1,3,14 74:20
77:6,18 78:1,7,17 79:12,15 81:2,5,9,
25 82:1,8 83:21 84:3,11,12 85:4,8,
18 86:1,15,23 87:10,17 88:6 90:21,
25 91:8,11,24 92:3,11 93:4,20,21
94:8,20 96:9,13 98:4,18,24 100:7,
20,25 102:23 103:5,14,15 106:4
109:15,19,22 110:7,20 111:18,19,
21,22 112:4,5,15,17 113:8,13,21
114:6,8,17,24 115:3,5,19,21 116:22
117:6,17,22 118:21,23 119:5,11
120:1 121:9 122:21 126:21 127:3,15
128:8,11,12 130:8 132:3,8,16 133:3,
7 137:12 140:9,14,15 141:8,11,16,

17,25 142:2,7 143:2,4,12 144:19
148:18 151:18 153:11 154:6 156:23
161:1,23 164:13,14,15,17,25 165:4,
17 166:10 171:15 181:6 182:6
183:1,2,3,16 187:15,25 188:10,18
189:22 191:4 195:2,3 201:1,8
205:19 206:14 207:17 217:17
226:25 229:15,17 233:18,19 238:8,
21 239:21 240:21 241:11 244:3
245:17,22 246:5,20 247:12 248:20
254:13,17 256:18 258:2 259:4

**gender-affirming** 10:2 20:7 39:8,
10 41:19 126:9 127:22 128:2 132:15
137:16 139:7 146:24 147:5 154:2
176:24 177:18 178:2,22,24,25 189:1
191:1 195:6 209:19 215:18 219:22
226:7,13 228:2 231:3 235:5,12
237:24 242:5 244:17 246:22 249:23
252:11 256:19,22 257:18 258:3
259:5 265:9

**gender-related** 13:15 190:5,7
248:14

**gene** 67:24 68:3

**gene/one** 68:9

**general** 6:17,18 12:9 13:11 117:21
138:20 148:13,14 156:10 158:21
170:6 171:20,22,23,25 172:4,9,18
173:4,11,13 179:25 180:8,10 183:21
188:3,9 190:23 198:14 221:25
223:12 233:12 234:6,17 235:4,11
238:6 241:13 255:20

**General's** 5:23

**generalizability** 55:21 193:19
194:15,20 222:2 223:21

**generalizable** 56:10,14,17,18
105:20,24 107:5,13 176:15 177:24
178:12 193:17 227:2

**generalize** 94:1,11,23 95:4,7,8,21
96:2 196:5 229:10

**generalizing** 96:16

**generally** 150:2 172:2 184:19

**generator** 149:9

**genes** 67:11,22 68:4,14,15

**genetic** 66:23 67:1,17 68:17,19
89:11 92:15

**genetics** 65:9 67:8,16 68:7,8,11
85:6

**genital** 237:25

**get** 13:25 21:17 26:22 27:16 29:12
31:23 51:7,8,9,22,23 52:18 67:6
76:11 82:14,16,23 108:14,19 125:14
143:9 146:20 152:16 155:9 168:10
174:3 175:21,24 176:2,9 186:17
188:4,8,9 194:5 200:1 209:16 222:3
226:16 227:13 231:17 238:19
264:10

**gets** 38:9 109:11 121:19 145:6,19
146:12,16 175:7 188:14

**getting** 39:3 44:11 49:14 51:11 52:5
108:2 111:24 118:11 119:7 121:10
130:16 133:18 142:23 174:16
175:19 177:7 195:16 209:9 210:22
214:1 219:17 237:22 265:4

**girl** 28:11 30:18

**girls** 90:16

**give** 7:3,7 37:10 42:14 57:2 58:5,25
64:9,10 93:7 94:3 97:25 124:2
173:10 175:3 178:23 179:1 184:24
209:10,11 225:1 250:20

**given** 99:2 101:3 102:19 205:16,20
235:1

**gives** 208:6 229:3

**giving** 29:15 94:3 134:16,22 156:11,
13 159:19

**glad** 217:2

**gland** 134:8

**glands** 90:6

**Global** 212:17

**GM** 79:5

**Gnhr** 147:12

**Gnrh** 19:6,15 133:14 134:5,7,13,15,
17 135:1,24 136:5 137:16 144:24
145:2,5,9,18,22 146:19,23 147:7,17,
18 148:1,9,25 149:6,8,18,21 151:5,
7,17,21 152:7 153:23 178:24
185:16,19,22 186:3,22 187:2,14,18
188:19 189:1,8,9,18 194:1,22 195:6
205:16 212:14 213:17,22 215:17
217:19 220:12 226:6 254:13 258:2

**Gnrha** 143:25 191:23 216:10

**go** 8:19 9:1,19 10:6 13:25 23:19,23
26:23 29:13 30:22 37:3 42:2 48:20,
25 57:8 59:15 64:3 68:25 70:18
71:15 75:19 76:14 97:9 99:6 101:5

104:18 105:15 108:4,24 109:6,13
123:1 125:14 129:23 130:6 131:7
133:25 136:14,15 145:16,25 146:1,
22 147:18,23 152:14 153:6,24 155:8
163:25 164:4 165:1,21 166:12,17
167:4,10 172:13 175:15 177:19
179:2 183:23 185:24 188:18 192:2
199:7 211:2,5 216:6,19 218:5,9,10
219:25 224:9 225:19 228:25 230:11
231:22 238:23 240:10,15 243:4,18
247:10 248:9 249:3,5 250:18 257:21
260:6,8 261:11 263:8,10

**goal** 20:20,25 111:9,16 112:3 119:9
128:7,9,13,22 129:1,2 154:2 156:24,
25 159:9,10 161:11 199:25

**goals** 119:10 132:19,20,21 148:6
157:8

**goes** 65:1 160:18 166:6 178:13

**going** 7:2 14:25 22:7 23:23 29:3
32:20 39:2 40:5 47:21 48:5 51:22,23
54:25 58:20 67:25 77:4 79:25 82:19
86:8 94:15 97:25 98:3 102:5 103:10,
18 104:4 108:12,21 119:8 121:1
124:7 125:18 128:19,24 130:24
132:23 133:20,22 136:15,16,18,20,
21 139:14 145:11,12 146:20 147:18
152:16 157:8 158:6,8,16 160:25
168:15 173:23 174:15 175:13
177:23 186:13 188:13 189:4 192:5
202:8 205:25 206:9 209:17 210:10,
13 213:18 218:5 221:24 222:11,19
231:17 234:12 237:3 257:9 258:15
259:25 262:20 265:18

**Gonadotrophin** 254:1

**gonadotropin-releasing** 134:5

**gone** 140:20,25 149:20 195:11

**good** 6:9,10,13 9:13 16:19,20 41:25
57:8 71:12 109:3 113:21 117:2
121:10 129:1 172:24 178:4 191:10,
13 209:7 223:12 239:19 253:21
261:7 265:14

**Goodrich** 5:1

**gosh** 159:14 161:17 180:21

**got** 48:15 51:16 53:24 164:3 168:23
169:19 170:9 185:3 198:3 203:18
206:25 207:4,8 221:7 235:20 236:13

**gotcha** 115:14 143:24 203:3 210:24
219:25

**government** 254:15

**government-produced** 244:13

**governmental** 242:16 244:15
254:15

**grade** 163:1,8,9

**grades** 113:18

**graduating** 11:1 174:8

**Grannis** 237:4

**granted** 52:13 228:15

**granular** 82:17

**gray** 83:9

**great** 10:19 66:21 83:2 112:3 232:1
243:18 244:2

**greater** 213:6

**group** 51:8,9,12 52:4 53:21,24
54:11 79:8 80:4 102:6 170:18,25
171:2,5,6,21,23 172:1,10 184:15
197:10 200:9 203:8,23 208:8 221:12
236:19

**groups** 21:24 79:3,9 80:4 163:16
221:10 222:7 223:10

**grow** 29:7 137:7 145:19,23 166:5

**growing** 136:18 137:22 262:10

**growth** 12:5 136:16,19 145:17
146:1,2,4,9,17 150:13,15,17,20,21,
23,24 152:10

**guess** 18:4 23:7,14 24:16,22 26:6,
10 34:15 36:5 37:23 38:6,8 43:10
49:18 54:21 55:12 58:10 66:25
74:24 78:10 87:13 88:19 99:5
105:13 110:11 148:13 156:8 179:9
183:18 184:2 198:13 211:15 224:23
238:16 244:6 253:24 259:1,11,25

**guidance** 113:8 120:11 240:9

**guideline** 239:5

**guidelines** 17:13 19:5 96:9,12
120:13 238:20 240:5 241:2 242:18,
19 256:8 257:10

**gun** 85:3 93:19

**gynecologist** 127:24

**gynecophile** 101:10

**gyrus** 79:7

**H**

**had** 6:24 20:7 34:12,13,18 56:3 58:2
60:24 65:19 67:1,4 71:3,8 81:16
89:17 91:4,8 99:14 101:24 120:2
121:23 131:12,17,18 132:9 138:17
150:12 151:15,21 152:6,7,8,9 156:7
164:8 169:14 170:2 172:17 181:23
201:8 203:24 212:22 220:24 221:3
226:22 231:14 253:19 259:7

**hair** 145:14

**haircut** 111:24

**half** 12:12,13 135:11

**half-day** 12:11

**hampered** 260:15

**hand** 91:13

**handle** 15:15

**hanging** 125:23

**happen** 16:22 95:21 116:13 134:16
135:19 145:16

**happened** 113:1 233:25

**happening** 35:8 130:11

**happens** 118:2 149:11 160:20

**happier** 128:14

**happiest** 129:3

**happy** 16:11 39:3 131:24 153:16
159:18 198:1 238:13 246:10 265:6

**harassment** 233:7

**hard** 44:11 71:5 130:17 168:6
182:24 183:1,24 213:10 262:18

**hard-to-find** 199:10

**harder** 37:14 39:2 139:5

**harm** 245:13

**harmful** 48:1 55:5,6

**Harper** 5:11 70:23 108:4 168:20
265:10,19 266:4

**Harper's** 67:14

**Harvard** 11:7

**harvest** 155:13 156:6

**has** 7:19,21 12:4,7,19 13:1,14 14:14
20:8 22:25 23:22 24:2,13 25:21,22

31:3,7,9 32:4,7,9 34:3,12 35:22
36:14,17,22 37:1 43:1 46:22,24 54:7
56:20 57:17 59:24 72:22 73:6 77:18
78:7 82:8 86:24 87:10,18 88:7 90:5
96:19 97:12 98:8 99:22 109:22
110:22 111:7,20,21 112:4 114:6
115:20 116:21 126:23 128:20
136:24 139:16 140:20 141:5 144:18
150:12 152:2,7 154:21 160:16
163:14 167:15,17 182:3 188:17
196:21 204:10,20 214:7 246:18
251:24 253:6,20

**hasn't** 71:3,8 205:23

**hate** 189:5,16

**hats** 42:18

**have** 6:20,24,25 7:1,10,13,14 8:2,4,
22,24 9:6,12,22 11:18,22 12:11,12,
13,15,22 13:19 14:20 17:20 18:2,20,
24 19:11 20:7,13 22:17 24:3,5,9
26:23 28:17,23 29:23 31:19 32:1,5
33:7 34:12,18 35:4,5,25 36:2,5,8
37:14,20 38:5 40:20 41:11,17 42:24
43:2,15,16 45:22 46:16,20 47:25
48:10 51:7 52:22 53:17 54:21 55:4
56:9,13,15 57:13,20 60:7,12 63:2,3,
16 64:4 65:2,4,20 66:15,17 67:10,
17,21,22,24,25 68:7,8,25 70:14,23
71:10,24 73:2 74:1,13,21 75:10
81:16 82:20 85:10 86:20 89:21
90:12,20 91:1 92:7 97:16,25 98:7
99:6,10 100:21 102:10 103:15 104:6
105:21 106:10,11 108:23 112:14
113:11,21,24 115:2 116:11,23,24
117:21 118:21 120:2 121:23 122:8
123:17 124:24 126:6 127:4,21
131:10,12,14,21 132:2,20 136:1,9,
10 137:6,12,19 138:11,21,25
139:23,25 140:8,17 141:15 142:16
143:4,12,16 144:13 146:21,25
147:8,12,20,21 148:2 150:18 151:5,
6 152:8,9,13 155:4,5 157:15 159:17
161:5,6 162:14 163:3 166:4 167:10
168:3,7,11,20 170:14 172:13,17
173:23 174:9 175:22 176:3,7,8
177:4 178:7,8 179:10,13 181:13,25
183:17 184:5 185:10 186:6 188:2,10
189:5,19 190:1 191:7 193:20 195:2,
11,12,21 197:23 198:12,21 200:18
204:6 205:14 206:9,14,16 207:9,10
211:1,2 218:5 219:9,10,12 223:11,
22 226:19 227:11,15,21 231:17
233:1,2 235:17 237:12,16 239:11,25
241:12,25 242:1 245:3 246:23
248:18,19 249:8,9,10 250:19 251:8,

14,25 252:3,8 253:7,12 254:6,7,19,
25 255:5,9 258:6,7 261:21 265:6,17,
19,21 266:6

**haven't** 34:13 84:20 122:25 152:6
185:7 205:5 263:10

**having** 6:4 40:23 44:11 56:3 62:24
64:4 79:3 97:18 120:3 133:3,7
154:14,20 157:10 171:15 172:3
213:1 255:9 265:3 266:7

**he** 7:19,21 9:2 60:23 71:3,7,8 168:14
169:12 202:12 203:9 265:19

**he's** 52:16 61:3,4,7 159:20 168:23
266:6

**head** 47:4 223:3 226:16 231:20

**headache** 150:22 152:4 160:12

**headaches** 160:3,8 161:7

**header** 229:3

**heading** 228:21 263:8

**health** 11:6,7 16:19 19:11 23:22
30:24 31:24 32:15 33:10,16 45:8
47:2 57:3 110:25 114:3,5 116:3
118:2,4,17 119:3,14 120:5,6 122:22
128:10 138:22 140:19 141:18 142:1
143:18 158:12 162:16,17 163:17,18,
19,20 165:14,19 173:7,9 179:6
192:18,23 195:18 196:10 197:17,19
198:14 199:9 206:3,17 207:6,14
210:6 212:15 217:14 219:19 224:17
228:3,7 238:1 240:12,20,23 241:12
244:15 252:21 254:18 256:13
257:11 260:18 262:3,7 263:4 264:20

**healthcare** 50:1 53:11 141:20 142:5
197:11 206:12 244:10 246:1,6,15,
18,25 247:5 256:14 258:20,21

**healthier** 128:14

**healthiest** 129:3

**healthy** 16:11 39:4 137:7,22 158:10,
11 166:5 246:9

**hear** 6:11,14 133:21 160:9,13

**heard** 6:16 89:16 181:13,20 198:21
199:2

**hearing** 114:17,20 171:17 189:2

**heart** 186:18

**height** 68:3 74:1,2,6,11,15,23
135:15

**held** 5:6 215:5

**help** 9:6 16:10,11,12 20:12 31:25
32:11 33:12 75:23 88:17 92:2,3
96:20 97:21 114:23 118:10,13
123:12 129:3 140:7 155:10,25
176:23 179:7 194:23 236:19 239:25
249:14

**helped** 96:12

**helpful** 31:3 39:14,23,24,25 40:4,6,
12,23 49:11 50:19 66:4 69:15 70:18
95:25 96:1 119:18 125:6 132:10
141:24 157:11 159:20 176:24
187:19 195:7 199:4 224:5 227:14
233:2,3 237:14

**helping** 28:14 112:7 129:25 157:19

**helps** 33:17 39:12 65:15 96:11
102:16 188:16 238:7

**her** 24:14 259:18

**here** 5:12,24 8:16 15:22 19:21 22:5
52:16 57:13 59:22 67:16 71:23
75:23 93:8,17 98:1,3,5 109:10,15
113:11,13 116:17 123:6 125:23
127:23 143:25 148:16 153:2,10
163:20 165:3,4,12 167:2,12 169:19
170:20 173:1 175:4 176:5 178:23
182:21,22 184:25 191:22 209:10,12
212:9 220:15 221:15,16 222:5
238:19 239:15 247:11 254:11 260:4
265:11

**here's** 213:17 251:3,4,6

**heterosexual** 76:19 97:14,17

**Hey** 215:1

**high** 34:6 50:16 51:18 138:16
158:13,18 162:15 173:7 236:3

**high-quality** 128:1 162:25 181:1
245:14

**higher** 90:8,23 138:21 165:13 173:4,
5,18 174:1 190:20,24,25 220:25
233:13 234:12,14,17,22 235:2,9
238:3,4

**highlight** 73:12 78:20,22

**highlighted** 80:14 101:14

**highly** 161:23 165:4

**highly-qualified** 33:16

**Hilary** 259:12

**him** 5:12 7:19 60:24 70:25 71:10

Index: hippocampus..identities

**hippocampus** 77:5

**his** 7:20 60:23 61:5 87:23 168:16

**historical** 207:16

**historically** 172:17

**history** 11:11 18:13 49:14 119:6,25

**hit** 82:25 158:5

**hmmm** 134:15 177:23

**hold** 76:13 101:11 147:10 168:22

**home** 158:5

**homosexual** 101:9

**homosexuality** 97:13

**honest** 16:13 65:4 204:19

**hope** 87:3,7 128:12 152:3 165:9
179:2 189:13 261:6

**hopeless** 174:6

**hoping** 96:20 186:25

**hormonal** 19:7 23:2 85:6 89:22,23,
24 91:9,17 92:15 147:19 153:7,12
231:12 258:18 260:21 262:16,20
263:3

**hormone** 27:2 65:9 89:13 92:9
130:19 134:4,6,9,10,20 150:13,15,
17,20,21,23,24 152:10 153:3 154:3,
6 156:13 160:1 167:22 186:23
209:15 217:17 226:7 231:3 248:24
254:1 258:4 260:17 262:2

**hormones** 12:4 22:9,19,21 39:8,10
90:6,10 117:3,19 124:10 134:12,25
135:22 137:16 146:24 154:2,3 170:3
178:25 187:7 188:20 219:14 226:14
228:2 232:13 257:18

**horrible** 91:6

**hospital** 11:3,5,14 233:24

**host** 68:4 127:5,20

**hot** 160:2,8,9,14,15,22 161:6

**hour** 76:6 82:20

**hours** 108:12,21 121:14 247:20
264:18

**house** 110:4,14

**how** 7:1 12:22 16:22 17:1,8 18:5
23:6 25:12 28:1 29:16 30:5 32:12
33:4 36:8 38:8,25 42:10,19 45:9,17
46:8,12 52:17 56:7,12 61:7 63:25

67:12,17 68:5,11 73:25 75:13 84:23
93:6 95:16,17 98:25 99:7 101:18
103:24 108:15 109:18,24 110:6,8,17
111:11,19 113:16,25 114:8,18
115:3,23 118:12 121:3,12 122:15
123:10,11,22 124:2,4,14,18 126:19
128:19 129:23 131:1,7,14 132:19
133:10 134:13 136:1 138:25 139:4
140:15 141:22 142:8 147:4 149:24
159:7 160:4 161:4,16 162:23 163:8
173:10 175:9,11,12 176:15 177:23
178:18 179:9,12 182:8,25 183:12,15
186:15,23 188:17,20 189:19 190:2
192:17 193:20 194:1,6,21 195:3
200:3,17,20,24 204:8 210:12 214:21
215:19 216:24 218:4 221:7 225:16
227:9 228:6 230:2 231:13 234:4
236:16,18 239:20 242:4 243:5
246:14,19 247:5,6 249:25 252:10
253:16 254:17 255:2 256:25 257:3
258:12,21 261:25 265:7

**however** 55:9 141:21 165:6 187:10

**human** 64:21,22,24 66:14 68:6,17
71:24 72:25 74:1,11 91:11 92:1,12

**humans** 106:22

**hundred** 45:22 51:7 227:6

**hundreds** 67:10 264:18

**Huntington's** 67:25 68:1

**hyperandrogenism** 158:20

**hyperplasia** 90:3,12,15

**hypoandrogenism** 156:21

**hypothalamus** 134:4

**hypothesis** 97:1,7

**hypothetical** 23:5 26:7,12 32:21
117:10,11 148:24 161:9 178:6 201:8

**hypothyroidism** 13:13

_____

I

_____

**I'D** 17:6 48:8 68:25 76:11 78:19 99:6
131:25 159:17,18 172:13 224:24
238:12

**I'LL** 6:22 94:3 125:11 165:3 199:24
250:16 260:14 266:6

**I'M** 5:12,24 6:17,18 7:2 8:4,24 11:9,
19 14:25 15:2,3 16:8,24 17:7 18:4
24:15,16,23 25:11,19 27:5 30:10

32:24 33:2 34:16,24 36:5 37:16
38:6,8 40:2,4,5 41:7,21,22 43:14
44:10,20,22 45:1,21,22 46:20 47:5,
14,18,21 48:18,23 49:17 50:20
54:21 55:7,9,24 57:10 58:4,10,20
59:5,22 60:15 61:3 65:21,22 67:15,
16 69:5,6,7,8 70:4,12,15 71:22
72:22,23 75:10 80:11,12,20 81:15
83:23 85:25 86:20 87:22 89:21 94:9,
15 95:3 96:3,5,15,21 97:20 98:15,
16,17 99:5,18 100:22 104:10,14
106:16 107:7,9,11 109:18 110:5
113:5 114:4,16 115:22 116:1,5,10
128:8 129:6,10 131:23 132:23
133:9,22 137:9,20 138:3 141:2
142:16 144:8 148:11,12,17 152:16
153:13,16,17 154:23 156:9 157:16,
24 158:14 164:11,19 167:10,11,16
168:12,22 174:8 176:18 177:20
178:17 181:14,19,25 183:18,19
184:2,11,17 185:8 188:22,23 189:1
193:21 194:21,25 195:16 197:2,9,
15,16,25 198:1,15 202:16,23 203:21
204:12 205:7,17 217:2,7 222:8,11,
20 226:1 227:3,4,17 230:3 231:21
232:11 234:2,14 237:3,16 238:13
241:22,23 242:14 243:10,12 245:9,
13 246:19 251:3,4,12,14,21 252:9,
22 253:20 254:10,21 255:5 257:8,9,
10 258:14 259:11,25 260:11,24
263:18,23 265:18

**I'VE** 11:16 12:17 13:12 20:6 26:14
33:24 34:10,13 41:12 55:7 82:10
89:19 94:3 115:14 131:23 143:24
170:9 181:20 198:15 199:2 244:1
254:21

**idea** 16:20 71:12 94:7 104:25 113:11
115:22 175:18 257:25

**ideas** 21:20

**ideation** 164:10 193:7 194:2 202:16
203:25 207:18 217:24

**identical** 68:13

**identified** 35:22 115:19,20 250:1
252:3

**identifies** 156:12

**identify** 5:8 31:6,17 32:12 33:1 35:7
36:3 43:20 45:11,15 53:12 56:23
91:16 189:22 201:7,11,12

**identifying** 35:13 44:21 54:12,19

**identities** 73:14

**identity**  12:19 14:15,21 22:9,17,22
23:2,6,10,13,23 24:2,21 26:8,19
27:11,18,22,23 28:1,3,5,7,8,9,12,13,
16,17,19,23,25 29:6,8,22,25 30:2,6,
8,15,23 31:4,5,8,9,13,19,20 32:4,9
33:4,5,9 34:5,16 36:18 42:15,25
43:2,5 44:6 47:24 49:11 50:4 51:23
54:8 55:3 56:21 57:1 59:14 60:5
61:22 62:6,18 64:20 65:2,7,17,24
66:1,3,5,8 67:18 68:23 69:8,15
71:25 72:18,22 73:1,3 74:21 77:6,18
78:2,7,17 79:12,15 81:2,5,9,25 82:2,
8 83:21 84:4,11,12 85:4,9,19 86:1,
15,24 87:10,17 88:7 89:8 90:21,25
91:8,11 92:3,11 93:5,21 94:8,20
98:5,18,24 100:7,20,25 102:23
103:6,14,15 106:4 110:7 114:17
118:24 119:5 120:1 121:9 122:21
132:3 140:14,15 141:8,11,16 142:2,
7 143:5,12 154:6 161:2 166:8,10
188:1,11 244:23 245:17

**identity-related**  13:15

**if**  8:8,24 9:2,10 10:12,21 15:7,20
16:9,17 18:19 19:10 22:20 23:4,22
24:2,15,23,25 26:10,19,21 27:14
28:21 33:21 34:2 36:5,14,22 37:9,12
38:5,14,17 39:8,9 41:5,7 42:21 43:1
44:16,20 45:1,10,21 46:20 47:18
48:6 51:3,4,12 54:25 56:3,5,19 63:9
65:18 66:6,11 67:1,23,24 68:16
70:4,11,13 71:9,15 74:6,7 77:20
78:21,25 82:23 83:22 85:25 89:2,3
91:17,19 93:7 95:17 96:6 97:5,20
98:7,19 99:6 101:2,3,4,23 102:12,23
104:2,11,13 107:16 108:4,14,22
109:22 111:21 112:5 113:21 114:23
115:8 116:1 117:5 119:22 120:14
124:7 125:8 126:7,9,23 128:6,19
129:8,13 134:16 135:9 136:9,10,14
137:20 142:10,13 143:1 145:21
146:19 147:8,18,24 149:6,17,20
150:20 152:11 153:6 154:11,21
155:9,23 156:9,10 158:14,17 159:3,
7,15,16 160:7 161:13,24 162:25
165:1,5 166:14 168:8 170:9 175:11,
19,20,21 176:1,7 177:20 179:25
181:16,22 184:6,11,24 185:19
187:16,20,21 188:4,22,23 189:11
191:18 193:1 194:21 195:4,16
198:15 199:13,20 201:7 202:2,3,19,
24 204:1 205:8,24 206:7,22 207:18
208:4 211:11 212:11 213:13 214:15
222:8 223:2 224:25 227:11,22
228:14,19 232:17 234:8 236:7
237:13 239:15 242:10,11,14 243:23

249:14 250:9,16 252:15,23 253:19,
20,21 254:21,22 255:19 256:3
258:13 259:6,20 264:23

**ill**  205:17

**illness**  205:21

**illustrate**  111:19

**image**  209:22

**imagine**  142:5 172:14

**imaging**  27:2

**imagining**  116:10

**immediate**  156:25

**immediately**  228:1

**impact**  39:12 55:13 56:7 66:1,2
67:18 68:5,17 69:14 74:2 91:9
114:18 138:24 147:5,8 148:2
155:18 192:18 252:4,6,10

**impacting**  114:8

**impacts**  66:4 241:15 262:6

**impairment**  113:10

**implicit**  38:12 151:9

**implied**  171:6,21 172:1

**implies**  140:25 251:2 263:25

**imply**  38:16 141:4 214:17 235:22

**implying**  173:24

**importance**  227:4

**important**  24:4 28:6 37:25 109:21
113:4,6,24 126:1 136:4 138:10,12
144:10 147:2,15 151:14 153:13
155:20,24 196:1 206:11 209:16
222:23,25 235:25 236:22 238:2

**importantly**  126:13

**impossible**  37:4 102:1 103:14
154:16 194:7

**improve**  111:22 128:9 187:5
189:15,17 263:4

**improved**  177:25

**improvement**  39:11 132:8 204:6
210:3,4,6,7,9 212:24 213:2,7 217:22
231:10 252:21

**improvements**  264:20

**improving**  128:12 222:13 233:19

**in**  5:12,24 6:19 7:10,13,19 8:7,12,15
9:13 10:1,17 11:9,16,25 12:7,11,15,
20,23 13:5,6,8 15:10 16:9,10,21
17:2,6,14,16,22 18:3 19:5,20 20:3,
23 21:6 22:18,19 24:8,9,12,16,20,
22,23 25:4,14 26:6,12,18 27:11,23,
24 28:11,18 29:2,4,21 30:13 31:3,11
32:4,21 34:10,19 36:1,15,20,21,25
37:4,7,13,23 38:5,12 39:20,23 40:9,
18,20,23 41:4,6,20 42:17,25 43:1,
11,21 44:5,7,19 46:3,4,7,22,25 48:9,
14 49:3,25 50:2,7,8,19,21,22 51:17
52:4,8,21 53:10,21 54:11,19 55:10,
22,24 56:2,4,9,13,15 57:3,11 58:6,9,
15 59:17,23 60:10,24 61:1,12,16
62:8,9,14,20 63:12,15 64:6,15,24
65:8,9,10,21,23 66:4,14 68:8,24
69:9,24 71:7,8,22,23,25 72:2,3,4,6,
15,24 73:8,10,13 74:9,10,12,13,15
76:1,18,22,23,25 77:17 78:17,20,22
79:1,5,9 80:2,3,5,6,12,13,22,24
81:5,11,13,15,22,23 82:11 83:9,13
84:2,13,18,22 85:4 86:1,3,10,17,21
87:3,20 89:3,8 90:3,5,7,20,24 91:1,2
92:2,21 93:3,7,10,12 94:5,6 96:3,10,
13,16 97:11,23 98:9,16,18 99:11,15,
19,22 100:6,10,17,19 101:13,24
103:11,17,19,24,25 104:2,3,7,11,13,
22 105:2,4 106:10,25 107:12 108:22
109:24 110:8 112:9,16,21 113:4,10,
20 114:9,16 115:9,14 116:18 117:9,
22,25 118:17,24,25 119:2 120:8,10
121:23 122:3,6 123:6 125:13,25
126:6,14 127:5,20,22 128:1,2,4,15,
16 129:6,18 130:7 131:2,7 132:1,7,
8,15 133:11,16 134:2,6,19,22 135:5,
7,17,21,23 136:3 137:2,14 139:18,
24 140:3,14,15 141:1,8,10,16,21,24
142:2,3,7,11,12,23 143:2,4,8,12,15,
20 144:12,16,19 146:10,17 147:9,
13,19 148:3,12,14,15,19 149:15,22,
23 150:8,18 151:3,19,20 152:10,17
153:12,18 154:9,23 155:18 156:4,8,
10,19,22,23 157:3,4 158:7,21
159:24 160:13,17,21,23 161:9,19,25
162:7 163:9,12 164:25 165:6,13,15,
19,20 166:13,15 167:8,12,17,20
168:1,15,19 169:8,23,24 170:10,12,
14,19 171:10,13 172:14,15 173:3,6,
16,17,22 174:1,7,10,16 175:1,16,18
176:4,9,19 177:7,12,20 178:6,10,19,
20,25 179:5 180:5,10,16,24 181:2,
16,18,21 182:1,14,20 183:12,21,25
184:11 185:2,10,14,20,22 186:4,24
187:4,14,23,24 188:2,21 189:20
190:6,15,16,18,19 192:10,21

193:10,13,20,23 194:5,14,17,20
195:25 196:1,4,5 197:20 198:3,4,14
199:16,17,20,23 200:7,10,23 201:3
202:4,5,20 203:8,13,25 204:1,2,7,13
205:12,15 206:3,9 207:20 208:16,19
209:13,21,24 210:4,6,7,8,9,14,23
211:8,16 212:2,16,20,24 213:2,12
214:10,23 215:12,19 216:8,9 217:7,
18,22 218:15,16,17 219:8,9,15,17,
21 220:3,7,16,21 221:10,15,17,25
222:4,5,10,13,15,21 223:1,22 224:7,
13,23 225:4,18,22 226:4,5,10,11,16,
25 227:2,9,11 228:2,4,7 229:7,15,
17,25 230:17,22 231:4,10,18 232:25
233:3,4,5,8,9,11,12,19,20,24 234:5,
6,14,16,17,21 235:3,10,15,24,25
236:2,4,8,10,17,23 237:10,13,25
238:11,13 239:8,25 240:1,6,7,24
241:8,12 242:3,8 243:1,3,8,22
244:6,9,10,12,16,19 245:7,21 246:5,
6,7,8,11,15,21,22 247:23 248:11,14,
19 250:8,10 251:6,16,23 252:18,21
253:4,6,15 254:16,18 255:3,20
256:2,4,17,19,25 257:8 258:22
259:2,3,8 261:22 262:5,8,23 263:1,6
264:17,20 265:7

**in-house** 143:16

**incidence** 138:21

**include** 53:5,13 63:12 82:3,10
88:12,14 89:10 98:19 101:9 102:6
103:3 157:8 163:15 199:22 200:22
238:10 259:8

**included** 77:7,11 78:17 79:13 80:5
81:23 86:3 88:18 93:22 101:13
105:21 162:13 165:12 173:3 194:17
204:13 205:15 215:23 218:15
226:11 243:6 253:13 255:3

**including** 22:8 29:21 65:24 80:12
86:2 92:4 98:21 160:2 229:6

**inclusion** 201:13 255:14

**incongruence** 110:6

**inconsistent** 161:1

**incorporating** 220:21

**incorporation** 73:8

**incorrect** 253:2

**increase** 144:19 149:25 150:8,18

**increased** 46:22 164:9

**increasing** 217:24

**indeed** 118:21

**independent** 203:1 260:21 262:16

**independently** 239:18 263:4

**Indiana** 5:4,15 6:18 8:15 10:1

**indicated** 130:3 216:10

**indicates** 77:6

**indicating** 47:10

**indicators** 163:17,18 174:24 219:19

**indirectly** 96:11

**individual** 18:12 60:8 73:21 86:8
92:2 123:6,9,20 124:21 125:15
170:22

**individualized** 122:13

**individually** 18:19

**individuals** 90:2,7 93:10 126:6
170:23 171:7,11 172:16,20 173:1,3
201:2

**ineffective** 48:1 55:5,8

**infections** 127:8

**infer** 179:14 223:17 235:1,9

**inference** 74:24

**inferior** 79:5,11

**infertile** 155:16

**influence** 84:3 90:24 91:24

**influences** 65:11,13 66:22 85:7
89:13 92:15

**inform** 33:17 140:7 176:23 194:23
242:17 247:2 256:13 257:14

**information** 64:6 67:12 80:13 119:4
181:23 195:8 211:1 255:1 264:5

**informed** 258:14

**informing** 244:14

**informs** 249:20

**inherent** 175:18 182:20 198:4,8
229:17

**initial** 31:11 32:17 122:18 210:23
211:14

**initially** 173:17

**initiation** 143:25 144:6

**injectable** 145:4

**injection** 145:3,7

**inquiry** 232:18

**insignificant** 265:7

**instance** 236:9

**instances** 81:15 239:25

**instead** 134:21 219:2 227:25 258:2

**Institute** 45:6 196:16,21

**Institutional** 232:17

**instructive** 100:17 102:16

**insular** 79:5,11

**intend** 195:17

**intended** 69:15 145:13 167:2,13,24
169:1 201:6 256:9

**intending** 167:2

**intent** 263:25

**intention** 195:23

**interact** 29:7 42:19 65:22 257:3

**interacting** 23:9 24:23 26:18

**interaction** 30:21 81:7

**interchangeably** 103:21

**interested** 98:16,18 104:2,3,7
153:12

**interesting** 56:7,12 63:21 85:11
91:14 100:5 134:1 171:9 172:6
183:14 187:12 188:15 195:8

**interfere** 244:25

**interferes** 134:23

**interfering** 113:16 134:17 206:18
245:16

**internal** 28:10 127:25

**internalizing** 216:12

**Internet** 60:19

**interplay** 89:14 91:12

**interpret** 194:21

**interrupt** 229:1

**interrupting** 88:2

**Intersex** 166:10

**interval** 31:3

**intervals** 218:3,4

**intervention** 15:19 20:12 33:19 38:23 47:2 117:9 120:15 124:16 129:2,17 140:5 179:22 180:23 186:3 187:2 212:23 213:1 217:18 219:3,24 227:12 228:9 229:21 231:6 244:25 260:21 262:16,19,21

**interventions** 19:6,7 39:7 111:23 112:6,8,10,11,16,18,23,24 120:9,11 132:15 147:19 148:5 179:15 181:11 186:15 215:20 245:16 248:22

**interview** 37:8,13 114:16 116:1,8

**intimately** 241:22

**into** 21:17,24 26:2,22 43:7 63:10 64:3 65:1 67:9 79:25 82:23 90:18 100:9,13 120:19 126:10 130:6 137:7,22 144:18,22 147:21 166:5 167:22 202:8 206:7 209:9 210:13 220:14,24 231:17 264:6

**intracranial** 150:8,18

**intramuscularly** 145:7

**introduction** 172:14 185:14

**intuitive** 139:2

**invalid** 230:5

**investigate** 139:25

**investigating** 231:11

**investigation** 138:9

**involve** 65:8 226:10

**involved** 12:19 92:11 180:24

**involves** 14:7,12 28:14 123:18 177:17

**IRB** 233:24

**is** 5:1,4,5,7 6:16 7:4,10,19,24 8:5,12, 17,20 9:14,15,17,20,24 10:1,3,7,13, 14 11:20 12:9,14 13:18,21,22,23 14:14 15:11,21 16:13,17,19 17:5,8,9 18:11,18,21,23 19:2 20:15,17,22,25 21:21,23 22:2,4,10,21,22,23 23:14, 23 24:6,10,17,20,21 25:5,18,19,24 26:3,12,16,20 27:16 28:5,8 29:1 30:6,11,15,17,20 31:5,20 32:9,15,21 33:5,9,14,21,22 34:1,6,7,16,22 35:1, 12,20,24 36:4,15 37:3,8,12,21,25 38:1,3,12 39:1,14 40:6,11,13,16,18 41:1,4,7,13,16,22,24 42:7,10,15,16, 22 43:10,15 44:1,12 45:3 47:6,19 48:20 49:2,6,12 50:6,8,11,18 51:13,

15 52:16,17,19 53:1,9,15,20,21 54:5,13,15,18 55:2,5,20,22 56:1,9, 14,16,23 57:7,9 58:19 59:13,16,19 60:22 61:12,16 62:1,7,19,22 63:4,7, 17,21,22 64:2,8,10,11,13,17,20,23 65:25 66:25 67:4,5,21,23 68:11 69:6,22,24 71:21 72:8,11,16,19 73:16,24 74:7,11,23 75:14,19 76:17, 20,22 77:4,6,14,17 78:10,14,22 79:11,19 81:1,7,9,20,24 82:9 83:12, 15 84:8,9,10,15,17,23 85:7,8,11,17, 21,25 86:4,14,16 87:6 88:3,8 89:21 90:2,22 91:13 92:16,21,24 93:12,19 94:14,15,23 95:3,12,23,25 96:7,22 98:3,13,24 99:17 100:3 101:8,13,15, 17,20,21 102:8,9,12,23 103:3,6,11 104:15,21,24,25 105:13,19 106:1,6 107:3,16,23 108:3,18,19 109:12,24, 25 110:1,8,15,21 111:3,11,16 112:2, 5,10 113:7,11,22 114:5,8 115:11,16 116:2,18 117:16,24 118:3,5,8,9,11, 23 119:10,22 120:14,23,25 121:7,8, 13 122:5 123:10,13 124:7,21 125:12 126:4,5,19,23 128:7,9,12,13,17,23 129:2,10,13,14,15,24 130:2,3,8,10, 13,15,16,17 131:25 132:24 133:2,5, 6,10,14,16 134:1,13,14 135:1,5,10, 24 136:7,8 137:11,22 138:4,6 139:1 140:25 141:23 142:1,8,10 143:1,20 144:1,2,10,16 145:3,13,14 147:3,11, 15,18 149:4,5,7 150:2,3,7,15 151:9, 10,11 152:1 153:9,13 154:1,15,18, 25 155:1,22,24 156:1,9,13,24,25 157:10,18 158:6,12,18 159:1,5,6,7, 8,11,24 160:6 161:10,11,23 162:7, 10,13,21,25 164:11,12,17 165:3,4,9, 12,16 166:12,18,20,24,25 167:2,12, 13,23 168:2,3,4,25 169:1,6,8,10,11, 12,21,22,23,25 170:8,16,20,23,25 171:3,7,9,10,21,24 172:21,24 173:11,21,24 174:3,18 175:6,17,18 176:1,6,15 177:1,2,6,17,21,24 178:7,11,23 179:10,14,24 180:9,11, 21 181:4,17 182:5,7,8,10,11,18,20, 22,24 183:3,11,25 184:1,2,3,4,8,11, 12,15,21,22 185:11,15,18 186:10, 17,21,25 187:1,18,21,25 188:24 189:3,13,15 190:10,11,24 191:12 192:4,9,15,16,18 193:24 194:10,13, 15,17,21 195:2,3,5,7,21,25 196:4,10 197:5,10,12,16 199:8 200:5,8,15,16, 17 201:25 202:14,22 203:4,7,8,16 204:14,18 206:7,21,23 207:21 208:1,5,7,10,16,19,22 209:7,13,14, 17,18 210:12,14,17,18 211:4,16,17, 18,23 212:2,12,13,18 213:14 214:9,

12 215:8,12,14,15,16,17,25 216:15, 18,20 217:6,11,13 218:14,19,25 219:2,3 220:3,4,5,6,7,11,12,13 221:6,9,19,24 222:5,7,9,12 223:7 225:10,21 226:3 227:5,12,14,23 228:2,6,15 229:20 230:22,25 231:1, 10,23 232:23 233:16 234:16,19,22 235:1,9,19 236:8,14 237:4,10,21,23 238:3,12,20 239:2,3,8,17 240:19,20 241:10 242:7,10,15,23 244:2,4,6,7, 13,19 245:24 246:2,3,8,20 247:6,18 248:3,6,17,23 249:12,19,20 250:4, 10,13 251:7,14,24 252:25 253:2,25 254:8,12 255:20,24 256:2,12,21,24 257:25 258:21 260:22 261:6,7,8,25 263:2,9,19 264:17 266:1,2

**island** 65:19 66:6,12

**isn't** 49:11 52:25 54:6 61:17 68:3 69:12 85:21 115:4 127:2 141:14 149:16 185:7 248:5

**isolate** 98:4,23 104:1 139:4 186:2, 25 187:2 212:14 215:16 263:1

**issue** 150:23

**issues** 23:22 96:23 126:24 158:19 175:10 244:22 245:2,7

**it** 8:8 9:13,24 10:13,16 11:19 13:21, 23,24 14:2,17,18 18:23 20:12 22:3 23:19 24:1,9,20 25:4 26:1 27:10,13, 17 28:13 29:12 32:23 33:7,24 37:3, 25 38:9 39:1 40:6,13,16 45:17,19,20 48:6,7,8 49:12 52:11,19 53:4,5,11, 15 54:16 55:12,15 56:4,9,14 57:2, 21,24 58:1,2,5,15,16,23 59:7,19 60:16 62:4,9,22 63:4 65:25 66:25 67:4,5 68:14 69:19 70:4,5,10,12,18, 23,25 72:11,20,23 74:12 75:8,12,14 76:20 77:1 78:6,17,22 80:5,12 81:23 83:25 84:1,8,10,15 85:20,21 87:6 88:19,23 89:4,16,17,18 90:18 91:14, 15,17,19 93:15,22 95:13 96:2,12,20, 22 97:11,12,13,15 99:11 100:10 101:10,18 102:16 103:9 104:9 105:13 106:17 107:1 108:18 109:25 112:10 113:3,13,24,25 115:15 120:21,24 121:4,18,19,22 122:25 123:4 124:4,7 125:5,6 129:15,23 130:7 131:7 133:2,5 134:6 136:3 138:4,6 140:10 143:14,20 144:21 145:10,23 146:6 149:7,13,14 151:1, 2,11,13,25 152:11 153:6 156:8,9 158:8,19 159:7,18,21 160:13,18 161:17,25 162:23 163:12,14,21 164:2,3,7 165:6 166:8,9 168:10,11

169:15 170:8 172:8,9,23,24,25
173:12 175:7,16 176:25 177:6,17,
24,25 179:10,14 180:2,9,21 181:16,
18,20 182:3 183:5,12,24,25 185:3,8,
9,25 187:18,21 190:11 191:10
193:4,20 194:5,24 195:7,23,25
196:4 197:12 202:25 203:1,11,12,14
205:7 207:4 208:6 210:2 211:4,8,12
213:8 214:4,12,15,23 215:14 216:3
217:1,3,20 218:2,19 219:20 220:5
223:15,23 224:7,14,19 225:4,16
226:16 227:2,22 228:10,11,15
229:3,4 230:4 231:9,21 232:5 235:9,
15 237:16,17,19 238:10,11,15 239:7,8
241:7,14,18,19,25 242:1,2,3,16
243:1,11,17 244:6,22 245:3,20
246:20 247:13 248:11,18 249:9,11
251:5 252:19 253:20 254:3,4,8,21,
22 255:4,8 257:14,17 258:8,23
260:14 261:4,14 263:6,11,24 264:4,
10 265:18 266:1

**it's**  16:24 17:5 24:4 25:13,14 26:16
27:15 31:4 36:20 37:24 39:24 45:4
49:13 50:11 52:23 54:9,11 56:17
60:25 61:17 65:25 68:3 71:4,17
77:22 79:8,13 85:2 87:24 89:5 95:25
96:21,22 102:15,20 103:1,16 105:23
106:22 107:5,12 108:2 113:14,16,
19,23 116:7 122:13,17 123:4,5,6
125:6 126:1 132:25 133:16 134:1
135:19 136:12 146:14,22 147:10
149:22 151:12,25 153:21 154:19,23
155:20 156:10 157:3,5 160:10,15
162:20 164:21 165:18 166:8,14
167:19 168:6,8,18 169:25 171:16
176:20 178:9,18 180:23 182:6
183:4,14,20,24 188:14 197:10
200:18,19,20 201:21 202:9 204:10,
15,25 206:2 207:3 208:25 209:1,2
211:5 212:7 217:3 218:25 219:16
222:16 223:6 224:4 225:3 226:24
231:4 234:12 236:14 237:7,25 239:4
244:18 245:24 247:19 249:14
250:17 252:7 257:12 258:3 260:7
262:18 264:1,7

**its**  58:8 73:7 194:15 197:17 198:5
212:15 241:23 242:6 246:8

**itself**  68:11 88:4 172:7 186:3 222:10
238:8 265:5

---

**J**

**JAMA**  48:23

**job**  39:3 109:22 116:4 177:16 179:21
180:17 250:21 253:16 265:4

**jobs**  174:16

**John**  5:25

**journey**  179:8 262:25 263:2

**judge**  108:25

**just**  7:18,21 8:5,8 9:2,24 10:12,19,20
11:21 12:9 13:6 15:24 18:4 21:6
25:11 27:13,16 29:12 32:19 34:20
37:7,18 43:7 44:16 45:1 47:4 48:15
49:6 54:21 57:15 58:10,15,23 59:20
60:10,13,20 61:17 66:13 68:3 69:2
70:5 71:3,13 72:7,10 73:11 75:3,6,
22 76:6 78:19,21,23,25 80:1,12,20
85:22 87:1,13 92:11 93:22 94:10
95:2,4 97:21 103:5,17 104:8,14
106:16,21 107:11 108:7 110:17
113:15,24 115:1 117:11,18 121:7
125:22 126:19 127:2,17 132:23
135:18 138:23 141:17 144:13
145:14 146:21 148:12 149:20
151:10 152:16 153:18,21 162:14
167:5 168:7,9 169:14,20,22 170:4
171:10 172:23 175:6 177:2,20
181:19,22 184:14,24 185:2 187:20
191:11,19 192:12 193:14 194:10
196:9 202:23 204:21,23,25 205:7
208:24 209:10 210:25 211:1 212:6,
11 214:1,3 215:2,16,18 216:5
218:25 222:12,15,20 224:3,10
225:1,12 226:12,16 228:22 231:21
232:12 236:11 238:15 239:15 241:3
243:10,23,24 245:1 248:11 249:4,
13,14 250:20 251:21 252:12 253:19,
20 254:3 256:4 258:1 260:14 261:3
263:6,11,16 264:3 265:13

---

**K**

**Kansas**  202:4

**keep**  153:18 158:7 209:17 252:13

**keeping**  125:5 253:4

**Ken**  5:14

**kept**  126:10

**kids**  12:3,4 43:8 62:12 127:4 174:9
176:2 234:3 236:19

**kind**  21:18 58:18 71:5 88:22 116:5
120:25 125:22 129:4 133:16 143:9
149:13 159:24 174:16 187:12 194:9
200:19 213:12 217:13 226:5,7

229:22 240:6 254:10

**kindergartener**  136:24

**Kingdom**  256:17 258:23 259:3

**kit**  132:16

**knew**  58:16

**know**  8:10 12:18 15:20 17:11,25
18:1,14,15,18 19:12 22:2,15 23:4,5,
22 24:5,8,11,12 25:3,21,23,24 28:7,
22,24,25 29:18,19 30:4,5,22 31:2,12
32:7,25 33:4,9,25 34:1,12 35:19
36:11 37:16 38:1,8,25 39:15 40:12
41:5,6,7,15,16 42:17,20 43:6 44:13
46:11,15 47:9 49:20,21 50:19,25
51:4,10,21 52:3,10 53:8 55:23 56:20
62:5 63:1 64:2,4,23,25 65:18 66:7,
11,13 67:9,10,13,15,19,20,21 68:15,
22 69:2,5 70:3 71:22 72:7,13,14,24
73:1,4,9,24 75:18 76:21 77:5,8,20,
22 78:12,24,25 79:24 81:7 82:14
85:2,16 86:5,7,25 88:4,13 90:4,13,
22 91:2,4,13,21,24,25 92:1,6,8,10
93:3,16 95:20,23 96:4,6,10 99:5,14,
16,17,21,24,25 100:2,3,4,5 101:20,
21,23 102:1,4,7,8,9,15,17,22 103:4,
6,7,24 105:10 106:18 107:15,16,21,
25 108:14,17 109:23,25 110:5,20,
21,24 111:4,6,11,19,21,23 112:16
113:17,22,24 114:3,4,8,12,14,16,18,
21 115:8,10 116:1,2,4,7,10,20
117:6,8 118:12,14 119:7,16,17,18,
19 120:2 121:15,22 122:13,20,22,25
123:4,5,7,8,10,12 124:1,25 125:3,6,
8,12,15,21,23 126:8,24 127:5,10
128:12,20 130:1 131:15,16,21,23
132:1,14,18,21 135:4,5,9,12,16,18,
21,23 136:9,10,23 137:15 138:7,11,
15 139:3,9,25 140:23 141:2,10,13,
14,19 142:15,18 143:15,19,21 145:1
147:3,4 149:4,9 150:3,16,17 151:3,
11,13,14,23 152:5,8,23 153:22
154:2,9,22 155:3,13,19,21,22 157:4,
5,8,11,13,18 158:3,17 159:2,3,4,15
160:4,7,9,20 161:5 163:8,12 165:8,
17 167:10 168:6,7 169:14 170:4,11
171:3,8,9,11,21 172:2,21 173:12
174:4,5,7,10 175:6,7,22,25 176:10,
17 177:1,19 178:2,5,10,21 179:1,10,
20,21,23 180:11,12,14,15,18,20,25
181:13,20 182:2,4,5,7,13,19 183:5,
10,11,12,17 184:12,17 185:15,17,19
186:4,8,10,15,16 187:11,12,16,20,
21 188:5,16,17,21,22 189:9 190:16,
17,23 192:15,21,25 193:24,25

194:8,11,20,25 195:2,4,5 197:2,7,
10,25 199:11,13,15,21 200:6,8,15,
20 202:3,23,24 203:3,9,22 204:6,20,
22,23 205:1,9,18,24,25 206:2,7,13,
23 207:5 208:3 209:14 210:10,11,20
211:21 212:18 213:16,18 214:10
217:2,4,23 218:25 219:10,21 220:16
221:6 222:1,15,18 223:1,6,7,14
225:8,14,15 226:24,25 227:3,18,22
228:6,14 229:14,21 230:6 231:19
232:6,17 233:6,11,19,22 234:4,8,9,
20,25 235:16,18,22,23,24 236:4,20,
21 237:12 239:9,11,14,16,21,22
241:1 242:10,20 243:25 244:7,10,
12,14 245:8,9,25 246:2,13,16 247:5,
21,22,23,24 248:1,3,7 249:12,17,19,
25 250:2,5,8,13 251:12,14,17,18,20,
21,22,24 252:2,7,9,10,12,15 253:1,3
254:25 256:6,13 257:10 258:24
261:19,22,23,24 262:7,8,14 263:11
264:1,3,6,8,12,23,25

**knowing**  58:8 63:11

**knowledge**  99:14 239:12

**known**  50:8 98:11,12 121:24 122:3
150:12,14 196:4 221:19

**Kuper**  208:11,16,19

—————————

L

**lab**  22:19

**labs**  130:19

**lack**  110:12

**Lane**  6:1 71:19 215:1,4

**language**  70:14

**large**  150:17 155:4 158:24 163:13,
19 199:9 200:4,21 203:8 204:10
210:7 223:6

**larger**  223:8 239:20 241:12

**last**  46:25 75:22 103:19 129:23
131:6,22 132:20 153:5 186:4,5
216:25 225:4 247:20 262:14

**later**  17:15 31:1,16 32:24 34:15
35:23 41:20 48:9 147:19 186:9
190:19 219:15

**law**  6:1 10:14

**lawsuit**  10:3

**lawyer**  265:18

**lay**  50:21 94:7

**layman's**  163:10

**lead**  86:8

**leading**  39:3

**leaf**  69:2

**learn**  45:7 81:3 119:25 121:8 181:2

**learned**  120:3 177:5

**learning**  98:17,18 121:8 262:6

**least**  34:22 82:11 87:3,8 102:1
193:10

**leave**  88:19 110:4,14

**leaves**  131:4

**led**  73:6 79:21 89:9 202:24

**left**  96:25 131:6 161:25 165:5 172:23
176:12

**legal**  222:21

**legally**  142:23

**legitimate**  235:9

**length**  243:5

**less**  35:9 41:22 136:2 154:15,16,19
161:6 175:21 202:4 227:6,24 252:5

**let**  8:9 36:11 38:19 44:4 48:8 64:11
69:2 125:14 135:18 150:23 152:5
164:18 181:1 211:4 239:14 243:24
263:11

**let's**  7:24 8:19 9:2,19 10:6 13:17,20,
25 27:6 29:13 30:16 37:3 42:2,9
43:7,8 48:19,20 49:17 51:19,25 57:5
58:18 59:13,22 66:22 69:21 70:10
75:19 83:8 92:16 95:11 98:11
104:18 108:7 109:6,9,10 110:21
111:3 112:23 113:2 123:2 132:21
136:9 140:10 152:14,18 153:2 156:7
158:15 161:21 162:4 165:21 167:5
169:20 172:22 174:20 179:2 186:23
188:6 191:16 192:3 194:5 199:17
200:13 202:3 203:15 207:3 208:11
211:22 215:7 216:2,19 218:8 219:25
221:11 224:6 225:19 230:11,15,24
231:22 237:1 238:16 240:10 242:21
243:14,16 248:9,23 249:4 253:24
257:16 259:20 260:4 263:7 265:11

**letter**  122:1 143:2,9,23

**letters**  143:16,18

**leuprolide**  145:4

**level**  27:2 90:8,17 106:16 154:3
157:1,6,10 158:7,9,18 159:6 160:16
162:21

**levels**  90:9 130:18,19 154:7 210:4

**LH**  134:10,18,23

**license**  142:16

**licensing**  141:1

**life**  27:12 36:22 39:4 50:7 65:10 90:7
91:3 109:25 113:5,20 114:3,9,19
121:11 126:16 128:10,15 154:23
191:25 206:11 217:14,25 252:21
264:21 265:6

**lifetime**  51:25 193:6 194:1 195:9
202:15 207:6 208:5

**light**  97:23

**like**  14:10 16:15 22:8,18 30:18 31:24
37:7,18 39:2 47:10 51:20 53:3 57:2,
24 68:11 73:1,25 75:8 76:11 78:19
84:18 87:17 88:7 89:4 91:24 92:11
97:19 100:17 102:5,13 103:5,9,17
105:14 108:4 116:6,18 117:8 120:21
122:17 123:7 124:20,22 126:23
128:21 129:13,16,24 131:8,25
135:22 136:13 140:4 141:15,17
145:10 147:24 148:2 151:10 154:25
160:11 162:18,24 163:6,20 177:25
179:10 180:22 182:8,20 186:6,12,
14,17 189:6 190:9 194:4 195:4
200:23 207:14 209:22 211:8 213:23
214:12,16 218:1,2 224:3,24 225:4
228:15 230:1 238:2 239:15,20
241:14 242:16 247:4 248:6,9,18
252:12 255:19 258:8 263:24 264:10
265:25

**liked**  132:4

**likelihood**  34:4 53:22 137:21

**likely**  52:10 56:23 89:13 91:12
122:16 137:7 154:15,16,19 161:6
166:5 175:21 214:2

**likes**  29:5

**limit**  152:22

**limitation**  100:23 105:18 107:12
176:5 177:2 194:13 223:4,14 229:25

**limitations**  84:19 100:21 103:10,12
105:14,17 222:23 224:2 225:6
228:21 229:2,3

**limited** 126:8

**limits** 97:23

**line** 27:7,10 60:19 76:12 113:3 152:14 207:1

**lines** 60:10 116:17 198:21 240:6

**literature** 34:25 50:22 51:18 55:9 62:20,21 79:14 81:12 86:2 87:16 88:5,10,12 94:6,22 189:15 191:23 204:9 224:5 228:6 242:25 247:7 251:19 252:9 257:5 259:7 262:11,24 264:5

**little** 9:2 10:20 21:18 41:25 58:20,24 70:11 76:1,6 93:7 95:13 97:6,7 101:3 108:4,18 125:18 132:23 135:19 145:19,21 146:12,20 148:12 151:12,25 153:23 163:3,24 166:1, 14,15 168:12 191:19 193:10 206:6 211:5 216:5 218:10,11 219:1 220:22 224:10,25 228:24 231:18 237:13,22 243:16 249:2,14 250:9 254:3 257:12,22 261:23 262:24 263:13

**live** 16:10 176:19 202:4,5 233:3,4,20

**lived** 233:5

**lives** 29:20 173:24

**living** 128:14 171:10 213:12

**load** 204:23

**loading** 205:2

**local** 118:17 122:22 145:8

**logically** 187:21

**logistics** 88:14

**long** 12:22 17:6 52:11 121:12 122:3 123:22 124:2,4,18 161:4 170:1 175:12 224:23

**Long-suffering** 209:2

**long-term** 155:7 191:24 224:17 227:24 260:17 262:1,12

**longer** 53:17 108:5 125:18 201:11

**longest** 170:16

**longitudinal** 35:17 137:3 140:1,4 165:24 167:16 169:22 170:17 210:21 217:16 220:19

**longitudinally** 231:5

**look** 22:6 27:6 57:5 63:6 68:12 69:21 71:10 83:22 89:2,3 92:16 113:25

115:8 126:22 153:2 161:22 162:4 168:22 172:22 174:20 184:25 190:9 207:3,18 208:4 214:9 216:2 221:14 224:6 228:20 230:16 231:22,24 243:14 249:7 251:5 257:16

**looked** 165:25 184:15

**looking** 49:14 60:22 61:3,4 67:4 68:21 73:21 98:24 118:16 128:4 151:20 152:12 168:13 170:2 171:3 185:8 187:25 192:22 203:21 218:14 227:24 228:16 231:4,21 260:11

**looks** 49:13 89:4 105:14 124:22 163:12 177:25 209:5 211:8 214:12, 16 218:1,2 248:9

**lost** 32:18 168:12

**lot** 16:13 17:8 18:15 22:3,6,13 24:10 33:7 65:1 92:10 112:13 120:3 123:9 130:5 138:8 149:4 150:12 151:10 160:9,13 186:12,13,14 189:24 194:25 195:16 217:21 220:16 221:6, 8 223:8 226:24 236:5,6 239:22 251:22 255:17 257:1,5 260:2 262:17 264:14

**lots** 35:14 65:23 81:1 92:7 183:13

**love** 159:17

**low** 35:14 36:4 50:16 111:4 156:21 163:5

**lower** 44:1 90:17,18 154:6 183:25 193:6

**lower-than-normal** 160:18

**Luders** 82:23 83:8 88:21

**lunch** 83:1 108:4,13

**luncheon** 109:4

**Lupron** 145:4

**luteinizing** 134:9

### M

**M.D.** 5:7 6:3

**made** 26:16 55:2 87:5 118:6,8 134:19 249:21 253:6 259:13

**mail** 45:19,22 253:20

**mainstream** 253:5,7

**maintaining** 159:9

**major** 14:2 141:19 148:7 253:5

**majority** 12:18 20:6 45:21 91:15 155:4

**make** 37:17 38:21 54:22 58:23 63:13 66:23 69:3 70:4 93:24 95:13 102:12, 18 111:6 115:1,12 125:21 128:24 129:10,18 132:21 134:8,11,15 139:21 143:11 144:21 153:25 154:25 164:19 167:5 168:9 172:7 181:15 188:1 191:18 193:14 197:10 202:18 216:5 230:4 231:21 236:12 243:16 246:9 249:2,4,22 250:5 253:4 254:3 256:10 257:21 262:25

**makes** 112:1 113:5,20 129:14 139:2 172:5 183:20 197:21 248:4

**makeup** 190:9,11

**making** 16:8 39:1,23 74:25 90:6 91:4 117:17 134:4,24 141:24 150:9 154:7 187:24 206:10 213:16 225:17 247:6 256:3 257:11

**mal** 263:25

**male** 21:24 22:5,21 23:1,2 25:1,19 26:2 28:10 31:7 42:21 74:3,7,14 91:8 97:19 106:5,12,18 107:5,6,17, 19 135:7 156:13,14 157:2,6,10 158:7 181:10 182:12 190:21,22

**male-to-female** 72:2 83:10 92:17 105:20,22 107:13

**males** 73:17 81:4 158:21 191:5

**man** 28:11 130:12 157:7,14,17

**manage** 111:4

**managed** 112:3 161:24 165:5

**management** 12:20 14:4,6,11,24 15:2,4,5 17:15,16 19:2 30:13 39:23 108:8 241:10 254:17

**managing** 17:1,2 152:11

**manifesting** 110:8 195:4

**manners** 127:5

**manual** 141:23

**manuscript** 244:8 246:12 253:17

**many** 26:16 42:10 46:8 91:12 93:6 122:15 131:14 161:16 183:5 194:6 199:18 200:22 205:6 206:13 214:21 217:22 218:4 227:9 231:13 239:11

**mark** 123:8 253:24 257:17

**marked** 8:1,21 9:21 10:9 48:22 57:6
59:12 70:1 75:21 83:11 92:18
104:20 162:6 165:23 168:3,5 192:6
208:13 211:24 215:9 216:21 220:2
225:20 230:19 237:6 238:18 240:14
241:20 249:1 254:5 257:20

**mas-** 189:10

**masculine** 90:10 132:3,6

**masculine-appearing** 20:13

**masculinization** 21:1 131:19
189:11

**masculinize** 132:6 189:13

**masculinizing** 20:8,19,23 157:9

**mastectomy** 20:15,17,21

**master's** 11:6

**match** 188:11

**matched** 164:7,23

**material** 85:5,6

**materials** 64:16 85:17 87:4,9

**matter** 24:22 25:4 58:11 83:9 104:19
105:6 106:3 107:18

**matters** 24:20 113:14 142:8

**may** 5:4 14:18,20,22 15:23 18:22
19:7,14 27:11,23 29:1 30:10 32:6
33:19 34:4 37:10 39:6 43:1,2 45:22
48:12 56:15 65:11 67:17 70:15
72:17 74:21 77:11 89:6 97:14 112:7
127:23 132:11 135:18 143:17,19
144:21 147:5 153:12 155:11,18
157:8,15 163:3 189:15,17 215:20
225:16 227:21 243:9 244:25 253:19
256:15 261:15 264:9 265:10

**maybe** 15:7 18:9 28:11 38:11,12
43:8 58:23 70:25 71:10,13 102:10
110:2 111:8 113:10 116:11 118:22
124:7 125:19,23 141:11,12 144:2
148:11,13 156:9,10 167:19 170:14
174:11 175:21,22,23 176:22 178:7
181:17 190:17 199:10,16,19,20,23
200:8 203:20 212:6 214:12 216:5
217:6 222:14 239:11 242:11 248:3
249:3 252:3 260:6

**me** 5:25 6:11,14 7:21 8:9 9:24 15:24
18:14 27:8,15 29:15 31:5 32:6 36:11
38:19 44:4 48:17 49:6 56:9,14,15
57:25 58:25 59:24 63:2 64:9,10,12
66:13 69:2,16 70:5 71:13 74:6,16

75:23 78:21 93:7 96:20 97:2,21,25
102:12 116:7 123:11 124:14 128:24
133:18 138:1 151:10 152:5 153:17
157:3 159:19 161:14 164:19 167:6
168:6 169:19 171:10 174:5 176:15,
17,23 177:24 178:5,12 181:1 182:25
183:9,20 184:6,24 185:23 188:16
194:23 208:25 209:10 211:4 217:1,3
218:2 225:1 235:14 239:14 242:22
243:24 248:2 249:14 250:14 251:2
263:11

**mean** 15:7 20:5,11 23:18 27:12
32:20 38:15 42:24 45:19 49:19
55:12 66:24 70:24 71:20 80:1 84:6
89:22 105:23 108:17 110:15 116:21
137:10,11 156:16 160:5,10,14 161:9
164:12 171:22 190:9 203:4 242:14
252:20 253:1

**meaning** 139:17 207:8,10 248:3

**meaningful** 52:12 139:22

**meaningfulness** 230:4

**means** 20:12 75:11,12 77:3 78:11
198:1 206:7 229:5 250:3

**meant** 50:6 132:4

**measurable** 73:13 83:19

**measurables** 184:23

**measure** 22:14,19 51:25 85:12
114:12 115:23 163:19 183:12 194:3
212:19 228:12

**measured** 174:24 187:5 209:18
217:23 218:3

**measures** 220:13 228:3

**measuring** 98:5 210:5 215:23
219:18 229:24

**medical** 11:1,12 13:7 14:4,6,11
15:2,19 17:13 19:6 21:10,13 24:7
33:17 35:25 36:2 38:21 39:6 40:25
45:13 50:22 51:18 55:22 60:1 61:18
63:1 87:16 88:5 111:13 112:8,11,21,
22 119:20,22 120:8,9,10,15,20
121:19 122:12 123:24 124:5,10,16
126:16 127:13 128:9 129:17 132:13
135:24 137:5,10,13,24 139:3 140:8
142:1,16 148:4 166:3 175:17 179:15
191:22 204:9 214:1 241:10 244:12,
24 245:16 246:24 247:14,25 248:5
253:5,7

**medication** 111:8 130:14 131:1
144:25 145:6 147:11 179:1 195:10

**medications** 15:13 16:2 90:17
112:8 137:15 150:11 158:22 159:1
229:8 233:1,2

**medicine** 10:25 11:15 19:21 40:19
62:7 96:13 123:6 126:19 127:25
129:20 139:13 143:6 146:6 239:17
245:7,10 251:23 262:9

**meet** 14:22 15:24 36:19,23,24
38:22,24 40:11 116:22 259:4

**meeting** 36:15 37:21 142:1

**meets** 38:4,14,17 114:23 119:11

**Melody** 5:1

**member** 115:18

**members** 16:14 18:17 19:11 31:24
40:21

**memory** 69:1 209:11

**men** 72:6 73:10 76:19 91:16 98:9
107:24 154:11,18 156:20 157:21
158:1,2,3 159:6

**menopause** 160:13

**menstrual** 130:12 154:13,15 155:6
157:19

**mental** 16:19 19:11 30:24 31:24
32:15 33:10,16 57:3 110:25 114:3,4
116:3 118:1,4,16 119:3,14 120:5
122:22 138:22 140:19 141:18
143:18 152:22 162:17 163:17,18
165:14,19 173:7 179:6 205:17,20
206:3,17 207:6,14 217:14 224:17
228:3,7 236:17 264:20

**mention** 80:23 99:6,7 108:18 152:1
160:25

**mentioned** 19:15 66:21 89:12 139:8
140:12 193:14 196:15 214:3 236:11

**mentioning** 44:16

**merely** 77:7

**messy** 175:7

**met** 28:17 116:20 117:5

**metabilization** 159:12

**metabolic** 130:20

**metabolism** 158:25

**metabolizer** 159:8

**metabolizing** 159:7

**method** 211:2 218:5 227:21

**methodological** 96:23 97:23 99:11 100:9,13 252:6

**methodology** 162:19 243:10 251:16 253:2

**methods** 248:13

**Michigan** 5:13 11:15,19 15:22 19:21 20:3 21:3,5,13 128:3 176:19

**micro** 104:19

**microscope** 22:15

**microscopic** 105:2

**mid-morning** 41:25

**middle** 97:11 159:24 224:13

**Miesen** 220:3,5,6

**might** 25:2 26:1 30:22,25 31:2 40:25 48:14 53:16 65:20 68:12 91:6,14 101:2 111:4 118:12,14 119:13,17,18 122:19 125:2,17,23 126:22 149:4 154:13 168:11 176:24 177:23 183:24 188:1,6,7,20 189:8 191:10 199:15 219:10,12 235:22 239:18 242:7 244:11 253:21 264:13 265:19

**millions** 67:11

**mind** 43:11 44:17 104:11,14 159:16, 17 204:7 212:6 217:1

**mindfulness** 111:5

**mine** 258:25

**mineral** 215:24

**Minnesota** 44:19

**minors** 137:21 247:14 248:14

**minute** 26:6 76:14

**minutes** 76:7 108:14,22,25 152:17, 18 191:11 265:13

**miscitation** 70:15

**misdiagnose** 37:4

**misses** 183:9

**missing** 200:5,6,7

**mission** 197:17

**Missouri** 202:5

**Misstates** 25:16 85:23

**mistake** 181:16

**mistaken** 44:20 45:21

**mix** 12:14

**mixed** 217:18

**model** 179:11

**moderate** 210:8

**modified** 163:6

**Monday** 266:1,2,5

**monitoring** 120:15,20 124:14,15 128:4,18

**months** 31:1 32:24 122:15 124:6, 17,19 125:2,5,7 145:5 150:19 155:6 161:15,16,20,21 211:9,10,14 212:24 214:8,21 228:15

**mood** 215:24

**morbidity** 238:6

**more** 9:2 12:9 15:1 20:13 23:5 25:18,25 26:4 31:4 32:25 33:25 41:5,11 45:7,15 46:24 47:1 53:3 62:24 63:2 66:4 68:2,6 71:10 72:18 74:21 76:2,24 77:9 79:22,25 81:2,17 82:20 83:20 90:10 98:17 102:17 110:16 111:7 112:1,2,6 119:4 125:4 126:6,13 128:14,15,16,24 134:16 137:6,22 138:4,6 140:3 144:21 145:14 148:13,14 152:13 157:23 158:5 166:4 181:18 184:22 190:4,10 202:4 206:24 218:11 219:4,20 224:10 226:7 227:1,2,6,18 231:18 235:5,12 236:13 237:12 241:10 243:12 255:6 262:6

**morning** 6:9,10

**mortality** 238:5

**most** 62:7,8 89:13 135:25 139:17 145:2,3 178:21 182:1 205:17 220:18 254:22

**move** 43:7 58:20 59:13 113:15,17 208:11 211:22 215:7 237:1 238:16 248:23

**moving** 124:23 125:20 226:6

**Mr** 5:11,14,17,19,20,22 6:8 7:10,18, 22,23 9:1,5 16:6 17:4 18:10 19:23 20:16 21:4,15,22 22:12,24 23:12,25 24:18 25:8,16 27:4,20 28:4,20 30:3, 9 31:14,21 33:6,23 34:9,23 35:3 36:10 37:6 38:2,10 39:17 40:1,8,14, 17 41:3,9,14,24 42:1,4,13 43:12,18 46:1,6,10,14,18,23 47:11,12,13

48:23 49:1,8 50:10,17 53:7,19 54:4, 17,24 55:18 58:3,7,14,23 59:21 60:13,15,18,20,25 61:3,6,7,9,11,14 62:2,10,16 63:8,19 64:19 65:14 66:10,19 67:7 68:20 69:17,18,19,20 70:10,17,21,23,24 71:2,3,6,7,12,13, 17,19 73:15,18,23 75:2,17 76:4,8, 10,11,13 77:13,16 78:5 80:10,19,25 81:14 82:7,19,22 83:2,4,5,7,17 84:7, 16 85:1,23 86:18 87:12,22,24 88:1, 20,25 89:25 92:5,25 93:14 94:2,12, 25 95:6,10,13 96:18 97:5,10,24 99:4,13 100:11,16 101:1 102:25 103:23 105:15,16,25 106:8,20,23 107:7,9,10,14 108:2,6,10,11,17,20 109:2,6,8,12,14,20 112:12,25 115:7 116:14 117:4 121:2,21 122:9 123:25 124:12 127:1,19 133:4,8,20,22,24 137:25 140:18 142:4 143:13 148:22 150:1 152:12,21,25 153:15 156:15 158:23 159:13,20,21,22 161:8 162:12,22 163:23 164:1,4,6,16 166:16,19 167:9 168:9,13,20,22 169:3,6,11,14,16,18 170:21 171:1 172:12,24 173:14 175:5 177:9,13 179:17 181:7,12,24 184:7 189:23 190:12 191:6,10,13,15,18,21 192:14 193:18 195:14 196:8 197:1,14,24 198:6,11,20 199:1 201:4,17 202:13 204:17 205:4,13,22 207:12 208:2,9, 23,25 209:2,4,6 210:16 211:20 212:5,10 213:9 214:6,14 215:1,3,4,6 216:5,7,17 217:6 218:8,13,22 221:23 224:9,12,21 225:23,25 226:2,21 229:12 230:11,14 231:16 232:4,8,15,20 234:7,18,24 235:7,13 237:20 240:15,16,25 242:9 243:16, 19 244:5 245:4,23 249:2,6 250:15, 19,21,22,25 251:11 253:10,14,23 254:3,20,24 255:12 256:23 257:21, 23 258:10 259:9,15,24 260:24 261:1,3,5,10 263:21 265:10,14,16, 21,23 266:2,6

**Mtf-tr** 79:2,18 80:8,17 82:5

**much** 30:18 44:1 68:2,8,11 95:15 123:7 140:15 143:16 150:9 159:19 186:10 204:8 207:22 210:12 237:8 241:10 248:18 265:17

**multi-disciplinary** 62:12

**multidisciplinary** 40:22

**multiple** 78:15 91:25 111:13

**must** 172:15

**mutation** 67:24

**my** 5:1 6:16 7:4,14 9:13 10:14,23
11:3,13 12:7,18,23 13:7 14:2 18:3
22:22 26:7,14,15 27:24 29:23 31:3,5
34:10,15,21 40:5 44:17 54:25 58:9
59:6,10,23 60:9 62:20,21 63:9,10,12
64:6,15 66:25 67:13 68:25 69:12
76:22 77:17 78:17,20,23 80:5,12
81:11,23 82:8,11,12 85:4,17 86:2,3,
21 87:8 88:9 91:13 94:6 95:1 96:2
100:18 103:18 108:11 109:22 112:9,
21 113:16,17,18,19,20 117:11
118:22 123:3 126:10 128:12,23,25
129:2,12 130:3 137:3 152:12
154:23,24 159:16 165:9,24 176:15
178:6,19 181:3 182:8,9,10 184:2
189:13,14 195:1,2 205:23 207:1
209:11 223:3 226:16 231:20 237:22
238:13 246:1 247:2 251:3,4,6
252:11,12 256:24 257:14 260:22
263:1 264:17,18 265:2

**myriad** 82:9

**myself** 32:18 47:8 59:22 62:13
65:23 119:23 217:5 222:9 265:4

---

**N**

---

**name** 5:1 6:16 111:24 129:11
195:17 216:25

**narrows** 92:6

**natal** 75:1 115:4 156:12,14 158:21
191:4,5

**national** 44:5,18 45:4 49:25 53:10
197:4,7

**nationalized** 257:11

**natural** 27:12 244:23

**nature** 177:2 223:15 225:12

**neat** 52:24,25

**necessarily** 42:24 54:5,7 116:21
205:23 233:17 251:15 253:1 257:3

**necessary** 36:8 115:12 122:7 248:5

**necrosis** 13:13

**need** 7:2 19:14 21:18 23:4 25:3
26:10 32:6 52:14 60:16 75:23 76:15
82:24 96:7 108:24 109:25 116:19,20
130:25 134:18 146:4 147:23 153:24
163:23 166:16 175:9,14 180:5
186:19 194:25 199:7 221:25 227:8,9

236:15 255:1 260:1 261:1

**needed** 84:21 141:6 197:20

**needing** 118:9

**needs** 24:25 84:1 108:8 123:21
158:19 200:21 249:3 250:21

**negative** 113:12,20 235:18

**negatively** 36:21

**neither** 248:20

**nervous** 187:24

**neuro** 72:15

**neuroanatomy** 89:8

**neuronal** 75:9

**neurons** 72:11

**neuroscience** 76:22

**neuroscientific** 73:7

**neuroscientist** 72:13

**neurosurgical** 72:9

**never** 33:24 65:19 155:14 179:2
206:25

**new** 17:23 51:4,12 126:11 132:22
221:13 252:14

**next** 71:15 79:16 83:24 101:20
103:18 111:16 118:2,24 119:21
122:23 123:3 129:12 130:3 134:7
152:17 153:20,21 160:23 175:25
218:11 237:1 240:10

**nice** 22:4 177:16 179:21 180:17,23
253:15

**nitty-gritty** 26:22 209:10

**no** 5:20 7:9,16 8:4,14 13:6 19:20
25:10 33:14,15 34:18 36:25 37:3
39:18 45:19 48:5 52:6 53:17 57:25
60:25 61:3 63:3,24 66:12 75:3 76:13
78:6 81:9 85:14 94:15,23 95:4 99:14
126:11 131:10 133:5,23 134:16
135:4 137:17 139:11,19 142:7,22
147:8,12 149:15,20 150:2 164:24
166:9 174:7 190:7 193:3 201:11
203:16 207:2,10,21,23 210:17
213:20,25 216:9 219:13 220:4
221:24 222:10 229:24 238:15
245:13,18 247:14,24 250:6 252:25
255:14 256:2 257:14,15 262:3,20,21

**nobody** 66:7

**non-exposure** 49:15

**nonbinary** 132:3

**none** 85:2

**nonhomosexual** 97:14 101:12,18
102:3

**nonmedical** 16:4 111:13,23 112:6,
10,15,18,23

**nonparticipants** 175:2

**nontreated** 105:22

**noon** 108:2

**nor** 77:4 80:20 106:14 152:8 248:20

**normal** 42:16 64:20 90:9,18,24
133:1 152:24 154:4,7 157:2,6,10
158:7 159:5 160:17 265:6

**Northwestern** 10:23,25

**not** 7:6 8:4,24 9:10 16:24 19:20 21:6
24:15 25:9 27:5,24 30:14 31:15 32:6
34:18,20 37:12 38:6,22 39:18,24
40:2,10 41:1 42:6,12 43:2,17 44:20
45:21,22 46:2 50:3 52:7,24 53:16
54:16 55:7,9,16 56:17 57:14,19,22
58:2,4,17 60:4 61:15 62:3,21,22
63:4 65:11,20 66:2 68:8 69:5,9,11
70:12,15 71:8 72:12,18,23 76:22
77:19,20,23 79:10,17 80:7,11,17,20
81:13,23 82:3,4,22 83:24 85:11
86:16 89:21 91:16 93:21 94:9 95:3
96:15,21 98:5,16 99:5,18 101:9
102:2,11,14 103:6 104:2 105:9,19,
21,23 106:5,18,21,25 112:21,22
113:11,14,20,21 116:12 117:13,16,
18 123:6 130:11,14 133:5,9 135:8,
19 139:13 141:2,17 142:5,11,16,25
145:11,12 146:5,22 147:5,17,20
148:13,16 149:6 153:1 154:16,19
155:12,16 156:9,10 158:6,10 159:21
163:2,4 165:16 166:9,24 167:7
171:2,13 172:3,17 173:16 175:19
176:17,19,20 177:21 178:9 181:14,
25 183:4,19 184:17 187:6,10,25
189:4,17 192:25 194:2,12 195:8,10,
16 196:2,4 197:2,9,15,25 198:15
199:8 200:9,10,19 201:5 202:21
203:3,16 204:25 205:8,12,15,16
206:9,17,25 207:1,10 208:25 210:17
213:12,18,19,25 217:18 221:9
224:15 227:14,22 229:5,24 230:5
232:11,25 233:2,3,7,11,16 236:9
237:4,10 238:8 239:11 242:11,14
243:9,10 245:24 246:19 247:3

Index: not-so-insignificant..of

248:12,19 250:7,20 251:12,14 253:4
254:10,21,22 255:5 257:3,11 258:19
260:18,19 262:3,12 263:23 265:4,7

**not-so-insignificant** 264:16

**note** 196:1 227:17 236:1 260:19

**nothing** 6:5 106:11 134:3 142:22
265:22

**notice** 7:25 8:6,12 57:13

**noticed** 130:14 131:18,22,23

**notion** 78:6 79:17 80:8,17 82:4
86:23 87:10 90:22 91:10 251:21

**notwithstanding** 66:17 107:4,11

**now** 31:4,17 32:25 33:1 35:7 41:24
45:1 47:21 51:14,19,24 57:13,25
64:10 69:5,19 70:13 83:8 87:6 90:16
98:10,20 107:19 108:18 112:5
130:25 132:18,23 133:17,20 141:15
144:22 145:12 151:1 158:17 164:2
168:3,24 169:8,10 170:3 180:5
185:4,19 189:25 192:2 207:4 209:14
221:10,17 224:9 226:5,6,12 231:3
235:14 237:2,10 238:14 241:17
246:19 252:17 253:24 260:22 261:9

**nuanced** 236:13,14

**nuclei** 72:10,14,17 73:10 74:13,17,
21 75:4

**number** 41:12,13 42:14 43:20,22,25
44:23 46:15 52:6 71:14 122:10
130:10,13,17 194:11,15,16 214:11
228:14 231:19 248:10,11 260:15

**numbers** 36:3 44:3,15 190:24 234:8
261:21

**O**

**Object** 16:6 17:4 18:10 19:23 20:16
21:4,15,22 22:12,24 23:12,25 24:18
25:8,16 27:4,20 28:4,20 30:3,9
31:14,21 33:6,23 34:9,23 35:3 36:10
37:6 38:2,10 39:17 40:1,8,14,17
41:3,9,14 42:13 43:12,18 46:1,6,10,
14,18,23 49:8 50:10,17 53:7,19
54:4,17,24 55:18 58:3,7,14 59:21
61:14 62:2,10,16 63:8,19 64:19
65:14 66:10,19 67:7 68:20 73:18,23
75:2,17 77:16 78:5 80:10,19,25
81:14 82:7 83:17 84:7,16 85:1,23
86:18 88:25 89:25 92:5,25 93:14
94:2,12,25 95:6,10 97:24 99:4,13

100:11,16 101:1 102:25 103:23
105:25 106:8,20,23 107:14 109:20
112:12,25 115:7 116:14 117:4
121:2,21 122:9 123:25 127:1,19
133:4,8 137:25 140:18 142:4 143:13
148:22 150:1 152:25 153:15 156:15
158:23 159:13 161:8 162:12,22
164:16 167:9 170:21 171:1 172:12
173:14 175:5 177:9,13 179:17
181:7,12,24 184:7 189:23 190:12
191:6 192:14 193:18 195:14 196:8
197:1,14,24 198:6,11,20 199:1
201:4,17 202:13 204:17 205:4,13,22
207:12 208:2,9 210:16 211:20 213:9
214:6,14 216:17 218:22 221:23
224:21 226:21 229:12 231:16 232:4,
8,15,20 234:7,18,24 235:7,13
237:20 240:25 242:9 244:5 245:4,23
250:25 251:11 253:10,14 254:20,24
255:12 256:23 258:10 259:9,15,24
263:21

**objection** 124:12 251:15

**objective** 22:11

**observation** 22:11 245:1

**observations** 102:19

**observed** 84:2 89:9

**observing** 141:11

**obvious** 67:22

**obviously** 52:2 72:8 82:14 167:14

**occur** 122:16 145:9 150:21 152:9
254:17

**occurred** 132:9 218:20

**occurring** 50:7 130:9 146:13

**odds** 193:6

**of** 5:2,10,15,22 6:18 7:13,19,20 8:6
9:14,16 10:1,3,16,25 11:2,6,7,15,19,
21 12:3,7,12,13,14,15,18,20 13:1,4,
7,14,24 14:2,4,6,11,14 15:2,4,5,22,
23 16:1,13,14 17:11,14,17,23 18:5,
7,17,23 19:4,5,6 20:6,20 21:1,3,5,
12,19,25 22:3,4,6,7,11,13,16,17
23:1,2,8,9,16 24:2,6,10,14,17,24
25:12,22,24 26:4,11,14,15,16,19,20,
22,23,24 27:1,6,7,10,12,13,14,16,
17,22 28:2,5,6,7,10,15,19,21,23,24
29:2,3,4,8,17,21 30:6,12,21 31:4,8,9
32:2,3 33:3,7,8,15,17,24 34:1,3,7,11
35:1,8,12,13,14,17 36:1,3,7,12,13,
19,21 37:17,18,19,20 38:1,4,13,20,

22 39:9,19,20,21,22 40:19,21 41:15,
18,20 42:16,23 43:4,5,7,8,9,16,20,
25 44:6,21 45:3,8,11,16,24 46:15,
16,20,21 47:4,11,17,21 49:14,15,23
50:6,21,22,24 51:4,7,8,17 52:3,19
53:1,9,21,22,24 54:11,13,15,18,22
55:6,12,14 56:9,13,15 57:3 58:10,18
59:2,6 60:2,8,10,21,23,24 61:1,17,
19,24 62:7,12,21,25 63:5,11 64:7,
12,13,17,20,21,22,23,25 65:1,3,21,
23,25 66:4,16 67:10,11,12,20 68:4,
6,9,16,22 69:7,8,13,14 71:5,23 72:1,
3,6,10,11,14,15,16,21,24 73:2,3,5,6,
11,16,20,21,24 74:6,16,20 75:4,6,
11,12,16 76:12,21,22,24 77:5,9,12,
21,22,25 78:1,14,16 79:1,10,14,15,
17,20 80:8,15,17 81:1,6,11,20,22
82:5,9,11,12,16 83:12,13,18 84:3,4,
8,10,21,23,24,25 85:3,4,5,16,18
86:2,7,11,13,22 87:4,9,18,20 88:7,9,
10,11,12,13,15,23 89:2,7,17 90:2,9,
10,13,19 91:2,3,5,6,8,9,12,15,19,25
92:7,10,21,22 93:1,6,21,23,24 94:4,
6,9,14,21 96:9 97:11,23 98:22
99:14,15,24 100:4,6,7 101:21,24,25
102:4,17,22 103:11 104:3,22,25
105:5,18,21 106:6 107:21 108:20,22
109:15,19,21,22 110:12,16,20
111:9,16,18,20 112:3,13,17 113:8,
19,24 114:1,5,10,13,15,24 115:2,5,
9,13,16,18,20,22,25 116:4,6,11,17,
18,19,21 117:6,12,14,15,16,17,18
118:3,5 119:3,8,9,10,13,19,23
120:2,8,12,15,17,25 121:7,9,10
122:1,5,8,10 123:9,17,18 124:19
125:3,14,22 126:10,14,15 127:2,5,
13,20 128:2,7,10,22 129:5,8 130:5,
7,8,21,22 131:2,15,16,19,20 132:1,
2,14 133:9,12,14,16 134:3,7,21,23
135:13,23 137:9,12,14,21 138:3,8,
12,17,18,20,21,23 139:9 140:6,21,
24 141:1,3,7,14,25 142:2,11,23,24
143:5,6,9,19,23,24,25 144:5,6,9,14,
20 145:9,11 146:2,7 148:3,4,5,7
149:4,5,13,23 150:11,14,16,20
151:3,4,9,16,20 152:2,4,8,24 153:5,
8,25 154:2 155:2,5,6,8,11,15,24
156:3,24 157:7,17,21,25 158:3,9,25
159:2,6,7,9,11,14,23,24 160:1,11,
13,14,18 161:15,19,22 162:8,15,17,
19,21 163:9,10,13,15,19 164:9,24
165:10,11,13,14,17,18,22 166:8
167:14,17,18,19 168:7 169:22,23,25
170:1,16,23 171:4,17,18 172:1,3,10,
19,22 173:3,7,11,19 174:1,6,9,14,
16,17,18,19,23,25 175:4,6,12

176:12,13,14 177:2,6,16 178:1,11,
14,22 179:11,21 180:3,16,17,18
181:13,22 182:1,5,10,15,18,24
183:9,10,13,15 184:15,22 185:8
186:1,2,6,14,17,18,20,24 187:1,2,4,
12,15,17,19 188:6,8,13,16,21 189:6,
7,10,11,20,21,24 190:2,14,18,20,24,
25 191:3,16,22,23,25 192:16,17,20
193:6,19 194:2,9,11,14,15,16,20
195:9,22,25 196:3 197:15,17,18,19,
22 198:4,7,9 199:2,5,8,10,11,14,25
200:16,17,18,19 201:10,21 203:8,22
204:2,3,8,12,13,14,24 205:8,10,20,
24,25 206:12 207:3 208:6,7,16,20
209:19,23,25 210:4,5,11,14 211:7
212:3,13,14,19,21,25 213:1,6,12,14,
15,16,20,21,23 214:10,21 215:13,
17,18,21,22 216:3,8,9,11,15,18
217:8,13,14,15,21,22,25 218:16
219:2,5,8,13,20 220:13,14,16 221:3,
4,6,8,11 222:5,7,10,18,19,21 223:3,
5,8,13,15,23,24 224:13,16 225:3,4,
12,15,22 226:5,7,9,10 227:4,5,17,
19,20,23,24 228:1,3,5,7,14 229:6,7,
16,22 230:1,2,4,5,23 231:1,13,14,
20,25 232:7,11,18 233:5,9,13,15,16
234:1,2,4,9,21 235:2,3,18 236:1,2,4,
6,9,10,11,15,17,18,19,24 237:22
238:3,7,9,21 239:5,7,10,17,22,23
240:4,5,6,8,12,20,23 241:4,5,10,11,
12,18,23 242:4,16,17,25 243:1,6,8,
14,22 244:8,12,19,20,23 245:5,7,12,
15,21,22 246:6,9,12,18,24 247:9,12,
13,23 248:6,12,18,21,24 249:4,25
250:3,5,6,20 251:4,8,9,17,22 252:4,
6,8,12,16,24 253:16,17 254:10,
11,13,22,25 255:17,21,22,25 256:5,
7,9,12,15,19,21 257:1,5 258:2,3,12,
15,25 259:2,7,12,21 260:2,15,16,17,
19,20,25 261:21,22,23 262:2,5,9,10,
15,16,17,24 263:2,6,8,15 264:4,14,
17,18,21,22,23 265:8

**off**  18:2 23:18 113:15 147:10 155:2
189:6,17 194:10 215:1,5 223:3
231:20 234:8 260:7

**offer**  19:1,19 45:2

**offered**  19:10 202:21

**office**  5:23 96:4,17 176:19 225:18
257:9

**officials**  6:20

**often**  16:22 90:12 145:4 264:1

**oftentimes**  16:8 17:17,24 20:20

68:10 114:7 117:25 122:4 135:16
145:10 160:12,22 171:11 174:4
200:3 233:6

**oh**  5:19 14:10 21:8 23:19 29:18 47:5
58:1,22 60:25 61:6 75:7 107:9
108:10 138:5 140:10 164:2 167:3
174:20 185:25 210:19 217:1 218:18
243:18 261:1

**okay**  5:22 6:11 7:1,17 8:5,11,19,25
9:4,9,13,19 10:3,10,19 11:24 12:15
13:4,9,17 14:2 16:25 21:12 22:1
25:11 26:13 27:1 29:23 31:11,17
32:19,24 34:7 38:11,18 40:5 43:24
44:25 46:3 47:8,17 48:5,8,13,19
56:1,6,12 57:5 58:1,18 59:3,10
60:25 61:10 64:17 70:3 71:2,20
75:9,19 78:24 82:18 83:12,14,15
88:1,21 95:11,16 98:2,3,4,15 101:6
104:18,21 108:1 109:1 110:11
115:1,14 117:21 120:23 121:6
124:14 128:21 129:22 130:3,23
133:15 137:2 152:12 153:20,22
161:21,23 164:24 165:21 166:12,18,
20 167:5,25 168:24 169:4,10,19
174:22 175:11,13 176:1 180:1
183:23 184:18 185:3,5,10 186:1,6,
12,21 187:13 188:4,7 191:9 192:9
193:13 196:14,21 199:15 200:5,12
202:11 203:19 204:8 209:7,13
210:24 211:10,22,25 212:11 214:19,
25 215:7 216:3,19 217:11 218:7,11,
12,14,24 219:2,25 220:9 224:11
226:3,19 228:25 229:2 230:10,25
231:24 234:16,20 235:1 237:16,17
238:15,17,19 239:7 240:10 241:17
242:13 243:15,20 244:2 245:19
248:10 249:15 250:17 252:7 257:16
259:19 260:6,8,14 265:23

**old**  51:5,13 136:17

**Olson**  138:14

**on**  12:22 13:9,14,19,22,25 17:17
18:22 21:14 22:7 24:7 25:1,14 27:8
34:21 35:23 37:8,21 39:12 41:20
42:18 45:23 49:2,25 53:22 54:15,16,
18 55:12,13,16 57:1 58:5,13 59:11
61:1,4 64:6 65:18 66:6,11,21,25
67:2,18 68:17 70:12 71:5,9 74:2,3,
11 75:19 76:2 77:12 79:13 80:12,15
82:9,20,22 86:16 87:19 88:9 89:21
91:13 93:15 94:19 96:5,24 98:3,6,13
99:23 100:8,14,15 101:11 104:3,18
105:13 109:6 111:12,15 113:8,15
114:18 116:8 117:19 119:8,20

120:11,14 121:1,15 122:14 124:4
127:9 129:8,14,15,24,25 130:2,16
131:8,18 137:3,13,22,23 138:4,6,13,
25 139:13 140:8 141:11 143:16
144:7 145:18,22 147:8 148:3,11,20
149:9 151:21 152:10 153:5,21
154:18,22 157:14 159:3,17,18
161:17,18 162:23 163:6,21 164:5
165:21,24 168:2,22 169:15 173:23
174:24 176:8 177:3,5 179:15,24
183:7 185:7 186:13,23 188:18
189:8,14 191:24 193:16 195:13
196:16 199:24 200:14 204:15
205:11 208:11 210:10 212:7,8,15
214:9 215:7 220:15 221:2,17 222:7
223:23 224:8 226:6,7,13 227:22
228:11,20,21 229:22 230:7 231:23
232:10,25 233:2,17 237:1 238:16
241:6,10,19 243:10 246:19,23
247:2,7,9 252:2,6 253:6 254:16
256:5 257:10 259:14,17,22 260:1,18
262:1,2,6,15,25 264:3,4,23

**once**  130:1

**one**  12:11,12 13:18 25:6 35:5 36:15
45:2 51:5,10 52:4,6,19,23 53:1,17
54:21 59:11 61:1 66:12 67:23 68:3,8
69:16 72:22 73:20 78:14,24 82:15,
22 83:12,24 85:20 86:11 89:20
91:13 94:10,11,15,16,19 95:1 99:17
100:4 101:14 102:16 105:18 106:18
109:21 110:16 115:20 118:3 119:3,
9,19,23 121:18 122:4,14,15 126:5
129:18 130:8 131:20 133:12 136:8
138:23 139:5,19 140:4 149:3
150:11,14 151:18 156:8 157:17,21
159:16 166:9,18,25 167:1,4 168:2,4,
8,10,16,18,23 169:6 176:3 180:3
183:21 185:7 186:3 192:18 194:13,
14 201:19 203:10,11,14,23 204:14
210:13,25 211:13 213:20 215:18,25
216:18 217:4,6 219:3 220:12 221:9
222:6,7 224:22 231:4 238:12 239:17
240:3 241:9 253:8 254:9 255:21
258:1,8 259:25 263:17 264:10

**one's**  28:9,10 65:6 66:3,5 67:1,18
73:3 84:11 93:4 98:13 115:16
147:16 231:8 262:20

**ones**  86:3 115:24 199:20 224:3

**online**  45:14,21 199:24

**only**  9:14 38:5 51:15 52:23 53:15
59:10 67:23 72:4 91:17,19 97:18
101:12 103:3 107:2 113:11 121:18
126:7 135:1 136:24 159:11 164:13

170:20 172:8 195:12 217:18 233:7, 11 265:4

**onset** 152:4 188:6 251:3

**open** 7:13 77:20 142:19 148:9

**opened** 46:4

**operative** 97:18

**opinion** 59:20 60:12 85:17 112:22 245:3 252:8

**opponents'** 182:2

**opportunity** 71:4

**opposed** 219:23

**Optimally** 97:16

**options** 14:24 17:13,15 18:6,7,19, 21 20:3 40:25 52:9 111:14 126:6 137:13 154:24 156:1

**or** 6:4 8:6 10:8 15:11,12 16:5,18 18:9 25:19 27:2,19 28:11,12 30:7 37:19 39:3,11 40:10 41:11,20,25 42:10,23 43:2,15 46:12 48:7 49:15 50:3,16 51:10 53:6,15 54:2 55:25 56:17 57:22 58:8,17 60:7 62:22 63:4 66:1, 16 67:5,11 70:19 71:7 72:17 73:10 74:8,25 75:14 84:4,11 87:19 89:5,13 90:9,15 91:20 93:4 95:4 99:9 101:10 102:10,21 103:8 104:9 107:1 108:4, 23 110:3,13,16,17 111:5,6,24,25 113:10,17,18,24,25 114:13 115:17, 19 117:3,19 118:1,21 119:23 122:15,25 123:15 124:10,18 125:3 127:3,8,9,17 128:8 129:20 130:10 131:1,15 133:2,7 134:11 135:14 136:13 137:16,23 138:1,21 144:19 145:4,8,15 146:15,23 147:5,16,21, 22 148:13 149:12 151:1,11,12 152:22 153:8,25 155:12,16,17 156:25 157:7 158:16 159:8,21 161:5 163:17 164:24 165:11 168:11 170:5 171:14,18,25 172:4,18 175:22 176:3,9,13,14 177:22 178:17,24 181:23 183:21 189:12 190:11 192:25 193:2,9 194:6,16 195:12 196:15 199:4 201:18 202:4,25 204:15 205:16 206:15,20 209:18 210:4 212:6 214:17 216:11,12,13 219:5,13,14 220:4 227:22 233:8,23 234:10 235:17 238:4 239:7,12 241:5 242:7,10,14,18,23 243:9 245:2,3,19 248:5 252:18 255:9 256:4,9,19 259:2 263:25 264:14

**order** 141:19 144:12 180:5 227:9 244:11 256:2

**organization** 197:13,16 253:5

**organizations** 60:9 198:25 249:21 253:7

**organized** 246:23

**organs** 66:18

**orient** 97:2

**orientation** 29:5 59:14 64:23 88:24 98:6,14,17 99:3,8,24 100:24 101:17, 21 102:8,11,19,21 103:2,3,6 104:3,5 105:11

**orientations** 98:22

**original** 53:10 166:8,9 175:1 184:3

**other** 13:9 16:14 18:17 19:12,13 23:11 25:7 28:12 29:25 36:19,21 54:2,3 63:14 64:22 65:10,19 67:5 68:2 76:25 77:11 79:23 85:16 87:20 88:7,16 89:7 91:1,25 92:12,15 102:22 110:9,16 118:16 119:23 121:10 122:6 125:4,22 126:17 127:16,17 130:19 135:22 136:12 139:25 143:17 145:15 149:23 150:11 151:22 157:4 163:6 170:14 174:2 180:6 203:19,23 204:4 206:3 219:1 222:12 223:8 224:3 236:10 239:18 240:4 243:12 246:17 250:11 258:8 261:22

**others** 81:18 104:25 141:11 143:19 177:5 187:5

**otherwise** 152:24 195:5

**our** 16:14,15 17:22,23 18:17 24:7 29:5,6 30:21 32:1 65:15 67:12 75:13 78:15 81:6 92:3 97:16,19 101:24 117:25 118:3,13 119:3,23 120:4 121:4 122:4 124:25 125:14,25 127:20,22 129:22 131:8 132:16,18, 19,20,21 133:16 134:2 143:15 146:15 150:11 174:14 190:17 200:10,11 213:13 222:22 230:11 233:11 236:17 255:23 261:6 262:10

**ourselves** 29:4 144:14

**out** 9:6 14:8 27:13 35:4 41:21,22 48:6 72:8 76:20 80:21 81:25 82:13 91:15 100:1 102:23 111:15 120:22 125:2,10 165:3 167:11 170:1 174:18 183:6 186:13 193:1 201:6 202:23 204:22 205:1,7 224:22 227:9 236:16 251:5 260:24 261:13

**outcome** 104:4 137:17 179:23 183:10 202:24 212:15 227:25 235:17,18,25

**outcomes** 57:3 162:16 171:4 178:3, 20 192:18 207:5,14 217:23 219:23 224:17 231:6,11 236:10 238:1,2

**outline** 17:13 152:13 155:20 249:25

**outlined** 38:5 53:9 112:9 123:19 178:18 258:12

**outlining** 148:5 167:14 253:16

**outside** 163:19 237:22

**ovaries** 134:11,25

**over** 8:9 27:11,23,25 31:10 46:17 52:11 59:1 75:13 82:20 108:25 119:5 120:16 122:15 124:19 153:5 161:15 169:20 171:4 175:12 208:7 210:13 211:16 215:21 216:3 217:15 221:15 224:16 228:20 231:5 247:20 263:7 265:18

**overall** 49:7 102:18 212:19 216:12 224:4 233:1,2 234:23

**overlap** 73:16 74:5,10,15 105:3

**overrepresentation** 90:19

**overstate** 73:9

**overview** 119:8 240:8

**overwhelming** 233:10 264:11

**own** 28:19 30:1 78:20,23 128:16 137:3 165:25 177:5 181:3 246:18

---

**P**

**p.m.** 109:5 152:20 191:14 230:13 253:22 265:15 266:8

**package** 178:1 180:3 187:19

**page** 13:19,22 14:1 83:22 96:24 105:13 153:6,20,21 163:25 172:22 174:20 207:4 211:4,12 214:11 216:2 218:11 220:4 224:6,8 227:22 228:21 229:2 231:22,23 243:14 247:9 248:9 260:4 263:7

**pain** 145:3,7

**pairs** 68:21

**paper** 49:6,9,20,25 53:15,20 54:5,6 55:13 57:1,9,10,17,20 70:13,20 71:8,21 72:9,16 76:17 78:22 80:13,

15 81:13,15,22 82:12,21 84:13,14,
17,18,24 85:11 86:8 89:19 99:10
100:3,8,15,17 164:25 167:23 171:9
172:5,7,13,21 176:23 178:11 179:16
181:14,17,21 184:18,21 185:15
186:5 189:9 190:6 202:14 204:7,8,
10,15 207:3 208:11,14,16,19 209:8
222:18,21 223:1,5 225:15,21,24
226:3,22 236:23 259:21

**paper's** 49:18 163:11

**papers** 13:10,11 58:13 64:9,10 85:3
168:7 195:12 220:17 222:18,19,21
226:9,10,13 239:10 251:9 255:3
264:8

**paragraph** 13:24,25 27:6,8 47:17
48:9 49:4 57:11 59:17 63:5,15 69:6,
7,25 71:23 83:13,23,24 86:17,21
87:21,24 88:16 89:3 92:21 93:25
96:24 97:6,11 101:4 104:22 105:18
109:10 113:2 115:15 137:2 140:10
142:3 143:24 153:2,5,17,19 156:7
159:23,25 161:22 162:8 165:1,11,
21,24 166:13 167:8,17 168:14
191:16 192:10 208:16,20 212:3
215:13 216:4,8 217:8 220:3,7
224:23,25 225:22 226:4,12 230:23
243:22,24 244:1 247:11,13 260:5,
11,25 261:2,12,14,18 263:9,13

**parameters** 130:20 228:7

**parent** 118:4,9,20 216:11

**parental** 137:6,19,23 138:13,17,24
166:4

**parents** 67:1,4 110:25 114:21
174:6,11 175:23 189:2

**parse** 120:21

**part** 24:5,6,14,16 25:1,2 28:6 62:12
77:21 78:24 94:14 105:5 115:11,25
116:4,18 134:7 140:24 143:5 144:5
178:22 181:16 187:15,19 195:22
197:17 204:8 245:15 248:12

**participant** 102:10 222:15 235:2

**participants** 50:2 102:10 177:7
184:16 185:10 198:24 218:1 234:5,
21 235:3,10 260:16 261:22

**participants'** 50:6

**participate** 37:13 173:17

**participated** 173:22 175:1

**participating** 5:16,21 118:25

139:18 232:24,25

**particular** 55:10,25 56:1 62:4 63:15
70:20 71:14 80:3 93:11,20 109:19
116:15 117:7 119:21 131:2 141:7
163:9 169:24 170:16,17 177:14
182:3 192:21 193:23 197:16 198:10,
16 202:14,24 204:24 209:21 212:16
228:5 231:4 236:8 238:10 246:11
252:1 255:7

**particularly** 127:15

**parties** 5:6

**partner** 33:11

**partners** 97:19

**parts** 45:16 76:18,24 77:1,9,11
79:22,23 189:16 221:11 245:5

**passage** 78:20,22

**passed** 10:1 67:2

**past** 125:11 135:21

**pathologic** 135:20

**pathology** 136:13

**patient** 15:20 17:18 18:8,11,13,15,
18,23 19:10,14 24:10 30:10 34:13
37:9 56:1,9 90:1 109:19 111:21
114:20 116:9,16 117:2,7,8,25
118:20,21 119:2,4,24 120:3,7,14,16,
17 126:7 128:8,13 131:4,16 144:16
145:6 148:16,20 152:6 177:3,5
179:4 183:7 188:20,24 189:2,3
191:3 193:21 194:22,24 195:1,2,5
209:25 213:13 219:9,21 220:20
222:13 230:8 245:11

**patient's** 113:5 119:25 121:9
128:10

**patients** 11:22 17:23,25 18:5 19:8,
18 20:4,6 21:8 31:25 33:11 34:10
40:24 41:17 51:7 96:3 104:5 112:13,
20 116:10 121:23 123:23 124:15,17,
24 125:4,11,14 126:10,12,15
127:15,23 128:21 131:10,12 135:16
139:21 144:7,11 147:3 148:8,17,18
151:15,20 152:1,9 155:5,20 160:24
164:21 167:18,20 169:23 170:2,12,
13 173:17,21 174:5,15 175:11
176:17,18 177:22,25 180:22 181:3
185:20,21 190:14,15,18 194:16
195:9 202:19 206:13,23 212:22
213:15 219:4,17 221:13,16 223:22,
23 227:1,9,11 234:1 235:16,17,24
236:21 238:9 248:19 252:22 256:11

265:1

**pause** 57:2 150:21,23

**pediatric** 11:1,4,10,16 12:2,23
15:17 17:7,22,23 31:22 37:16 62:8
125:17 126:7,11,18,25 127:3
142:15,17 150:9

**pediatrician** 127:12

**pediatricians** 126:13 127:7

**pediatrics** 11:9 60:2 61:19 125:13

**peer** 57:14,18,22 58:2,8,11,16
220:25

**peer-reviewed** 61:24 63:16

**peers** 220:22 221:1,3,12,15,18
233:8

**penis** 91:5 189:5,6

**people** 21:23 26:2 35:4,25 36:1,3
39:5 41:20 43:4,20,25 44:21 45:6,
12,15 46:15 47:23 51:21,23 52:8
53:5,11,15,16,24 54:3,16,19 55:3,
14,16 56:2 65:16 73:11,13 74:2,4,
13,20 75:1 77:10 80:22 81:4,17
93:18 95:24 98:22 100:6 101:10,22,
23 103:3,15 105:2,6,8 106:2,10,12
107:3,17,18 110:10 114:2 123:6,20,
22 125:16,22 135:21 139:11,12,15,
17 140:9 141:9 143:14 147:12 149:4
150:16 151:2,4,6,22 155:12,15,18
160:22 163:15 164:13,14,17,18
165:19 171:18 172:2,16 175:15
176:8 179:1 180:7 182:11,12,15
183:5,6 186:7,14,23 190:4,10,20,24
193:2,7 194:4,5,6,11,16 195:25
196:3,6 197:11,18 199:6,7,14,16,21,
24 200:7,16,22 201:6,21 202:3,5,20
203:9,10,11,12,13,14,24 205:6,14,
18 210:22 213:3 215:19 216:24
220:14,15,23 221:9,13 229:18 231:4
232:2,12,24 233:8,15,17 236:1,3
239:11 240:1,13,21 241:13 246:20,
25 247:6 249:16 257:5 259:16
264:9,15

**percent** 35:9 40:16,18 41:1,23
43:22,23 44:23 45:23 180:15 191:3,
8 208:6,7 211:17

**percentage** 43:4,16 44:9,21 45:3
150:16 173:4 190:20 211:15 231:14

**percentages** 207:22

**perception** 50:6

Index: perfect..pregnant

**perfect** 109:13 183:4 195:8 225:3, 25

**perfectly** 200:18

**perform** 21:13 141:6 240:24

**performed** 140:13 247:6

**perhaps** 30:24 60:7 90:23 147:21

**period** 152:24 160:6 170:1 210:24 211:16

**periods** 130:12 155:3 214:4,13,16, 22

**persecuted** 171:13

**persistent** 56:21

**persists** 34:5

**person** 14:18,20 15:10 16:17 20:12 22:21,22,23,25 23:4,5,7,13,22 24:10,17,23,24 25:5,6,21,24 26:4,7, 9,19,20 28:14 29:24 30:1,17 31:1,7, 16 32:3,8,9,20,21,23 33:18 36:14, 15,16,22 37:1,12 38:17,22,24 55:25 56:10,13,15,18,19,23 65:20 74:6,7 91:7 92:2 95:17,22 96:7 109:24,25 123:9,11,14 129:3 132:6 137:11 141:7 144:22 147:18,23 154:4 155:1 158:6,12 178:6 201:8,12 204:19,25 231:5

**person's** 22:20 24:21 25:14,18 26:9,11,23 27:10,17,18,22 28:2,18 30:6 32:11 33:2,8 34:5 95:12 112:5 113:4 114:9 146:4 154:4,8 158:10, 11 188:7

**personhood** 64:25

**persons** 5:9

**perspective** 21:21 103:22

**pertains** 14:3

**phase** 119:1,14 120:23

**phases** 123:18

**phenomena** 88:23

**phenomenon** 150:5 174:14

**phone** 118:3,5,19

**physical** 18:13 130:10 160:2 161:12

**physiologic** 156:25

**physiological** 161:1

**picking** 183:6 224:22

**picture** 65:4 187:16

**piece** 102:17 242:24

**pieces** 239:23

**pituitary** 134:8

**place** 16:10 55:24 99:12,15 100:10 149:13 165:20 175:14 177:21 197:20 206:9 219:18 246:23

**placed** 65:21

**plaintiffs** 5:15,21

**plan** 30:21 111:2 124:22 129:19,22 131:3,4,6,9 132:22 161:14 207:18 247:1 257:11

**planning** 55:10 154:24

**plans** 148:6

**plasticity** 75:9

**play** 42:23 92:14 239:7

**player** 158:5

**players** 158:4

**please** 5:8,10 10:13,21 14:7 83:22 97:21 191:19 209:3 212:11 225:1 235:8 254:8 259:20 266:3

**plus** 213:3,22

**point** 31:12 35:6 36:15,25 63:13 67:5 72:8,16 81:25 82:13 87:4 93:23 129:18 132:9 145:24 147:23 152:17 165:3 169:15 182:22 183:10 221:15

**pointed** 76:20 186:13

**pointing** 80:21 100:1

**points** 85:3 148:8 182:2 184:23 214:7 218:12 219:7,8,17 228:12 250:5

**polite** 169:17

**politely** 169:12

**politicians** 246:25

**poor** 173:9 209:4

**poorer** 220:25

**poorly** 188:5

**popped** 168:16

**population** 90:1 138:20 170:7 171:20,22,24,25 172:3,5,9,18 173:5, 13 179:25 180:8,10 191:3 196:3 200:21,25 209:25 223:12 234:6,17,

22 235:4,11 238:6 242:6 246:9

**population-based** 201:24 202:9

**posing** 204:19

**positive** 39:11,20 130:15 140:8 235:17 236:9

**possibility** 244:24

**possible** 75:14 89:10 102:9,20 103:1 170:11 195:25 199:23 200:2, 23 246:10 250:7

**possibly** 84:4

**post** 199:17,24 231:6

**post-high** 10:22

**postmortem** 76:18

**potential** 30:13 65:9 89:23 144:8,9, 18 145:1 148:6 155:23 159:11 180:6,7 204:16 209:18 222:12,23 260:20 262:15

**potentially** 56:18 91:8 187:14

**power** 227:15

**powerful** 194:19

**practice** 11:18,25 12:1,9 17:3,12 18:3 19:5 96:9 120:13 142:11,19 143:22 176:16 193:13 239:4,8 240:5,24 241:5,15 245:10 252:13, 17,20 256:7,8 257:10 262:1 264:6

**practicing** 96:13

**practitioners** 127:18

**pre** 231:5

**preadolescent** 15:21

**preadolescents** 15:9,10,15,18 16:1,7,23 42:9,10

**precise** 41:11

**precocious** 132:24 133:6,10,11,13 135:2,4,8,22,25 136:1,4,11 147:9 148:17 151:17

**predict** 223:2

**predicted** 225:4

**predisposition** 67:2 89:11

**prefer** 125:17

**pregnancy** 155:13

**pregnant** 154:16,18 155:12

Index: preparation..puberty

**preparation** 64:15

**Preprint** 57:14,22

**prepubertal** 29:19 138:16 145:21,
24 146:13

**prescribe** 124:9 262:20

**prescribed** 15:12 130:4 151:5
195:10

**prescribing** 16:2 117:18 144:14
158:14

**present** 5:9 12:24,25 79:16 80:7,16
82:4 97:18 101:13 224:14 243:1
245:12 254:14

**presentation** 210:23

**presented** 62:20 85:17 161:14

**presenting** 43:25 93:17 132:5
190:18,19,24,25

**presents** 150:22

**preservation** 147:22 153:8

**preserve** 135:14 155:25 156:1

**pressure** 149:25 150:8,19 158:10

**presumably** 182:15 219:10 222:17
246:24

**presume** 66:20

**pretreatment** 174:23

**pretty** 16:24 19:2 179:11 180:17
182:6 204:10

**prevalence** 44:6 190:25

**prevent** 158:19

**previous** 187:17 226:10,12 244:9

**previously** 10:15 244:21

**primarily** 20:1 162:13 257:9

**primary** 96:25 97:7 115:17 116:12,
25 117:14,15 118:1 183:10

**principal** 12:25

**prior** 18:14 135:6,7 144:5 153:8
156:1 212:22 247:9

**private** 142:19

**privilege** 174:9

**probably** 12:24 29:12 55:24 59:10
65:1 68:4 70:22,24 124:6 152:13
159:1 161:17,19 163:23 201:5

221:16 223:24 247:19 255:17
256:24

**problem** 24:4,13 44:13 90:5 125:13
126:16 128:9 135:20 142:12 152:10
182:3 221:8,25

**problems** 12:4,5,6 127:4,13 138:22
158:12 174:2 187:9 206:17 216:12,
13 221:4

**proceed** 206:15

**proceeding** 112:11

**process** 18:7 29:3 31:25 121:12
133:17 134:1 148:4 158:21 189:10
221:11 244:15,23,25 253:17

**produce** 147:16

**production** 134:23

**productive** 39:4 246:10

**profession** 254:11

**professional** 16:19 30:25 32:15
111:1 112:21 114:5 116:3 118:2
140:20 141:18 142:1,6 143:5 240:22

**professionals** 31:24 33:10,16
118:4 119:3,15 141:20 143:18 179:7
244:10 246:24

**professor** 11:20

**profiles** 156:18

**progesterone** 135:23

**program** 140:21 219:5

**progress** 149:24

**progressed** 147:20

**progression** 144:17,25

**pronounce** 216:24

**pronounced** 237:7

**pronouns** 111:24 129:12

**pronunciation** 237:3

**proper** 179:14

**proposing** 178:17

**proposition** 106:6

**prospective** 194:12

**prostate** 24:4,5,13,14,25 127:9

**protocol** 117:21,24 123:16,17,19

**prove** 85:14

**provide** 19:12 62:3 86:22 87:8
103:4 118:14 119:15 181:1 206:19
213:14 224:15 225:13 241:5 242:5
244:16 245:13,25

**provided** 8:15 55:7 137:5 166:3
258:22

**provider** 120:5,6 122:22 125:17,19,
25 126:2,25 140:13,16

**providers** 119:23 126:9 127:21
143:17 144:6,11 178:22 234:1 240:7
258:20

**provides** 195:7 219:5,22 229:16

**providing** 87:3 113:8 143:3,22
178:15,17 239:5 240:2

**pseudotumor** 150:6,7,13 151:6,22,
23 152:7

**psychiatric** 60:3 61:20 177:8,11,21
201:16 238:5

**psychiatrist** 140:23

**Psychiatry** 48:24

**psychologic** 178:8

**psychological** 60:4 61:21 62:6,15
177:17,22 178:1,11,16,18 191:25
203:1 212:25 216:9 260:20 262:15,
19

**psychologically** 262:22

**psychologist** 140:23

**psychosocial** 89:12 120:25 212:20
213:4,14,22 214:2 230:17 231:7
260:18 262:2,7

**psychotherapy** 16:16,21 49:11
54:2 61:23 62:18 229:7

**pubertal** 117:3,19 124:9 139:11
144:15 148:15,19 153:25 167:21
170:3 192:20,25 193:8 202:21 204:3
205:11 207:9,17 213:1,3 219:11,12,
14 221:2,17 222:7

**puberty** 17:8,9,14 19:16 132:24,25
133:6,10,11,13,16 134:1,16,24
135:2,5,7,8,11,14,18,22,25 136:1,4,
11,14,21,25 139:11,14 144:1,9,17,
18 145:12,13,14,16,25 146:14,22
147:9,10,11,14,21,24 148:17,20
149:1,5,6,10,13,19,21,24,25 151:17
152:22,24 153:7 157:9 158:17
187:22 188:6,8,14 190:18,19 205:19

224:16

**puberty-related** 134:12

**public** 11:6,7 254:18 258:22

**publications** 167:15 252:14

**published** 12:17 13:10,12 45:5 94:18 170:17 184:13 191:2 197:3 239:3 240:22

**pull** 7:24 8:19 47:18 48:21 70:24 163:23 181:17 230:15

**pulled** 167:1

**pulling** 44:22

**pulls** 86:11

**pulse** 149:9

**pulses** 134:6,7,10,18,19

**pulsing** 134:21

**purport** 84:14 95:8 177:11 210:2 217:20

**purporting** 49:6 72:23 83:15 92:24 104:24 162:10 166:20 209:8 212:12

**purports** 192:12

**purpose** 9:13 26:11 118:5 144:14, 16 254:15 256:13

**purposefully** 101:9

**purposes** 23:8,11 25:7 57:14 88:11, 13 251:17

**pursuing** 173:5,18

**put** 16:10 24:9 25:4 53:14 56:4 59:22 60:9 65:16 158:8 169:14 193:20 203:24 252:5 259:20 263:6 264:5

**putamen** 79:4 91:20

**puts** 53:15

**putting** 9:13 25:3 42:18 58:12 66:5 251:4

---

**Q**

**qualify** 115:5

**quality** 50:16,20 51:18 128:10 162:21,24 163:5,10,11 191:25 217:14,25 252:21 264:21

**quantify** 35:20 44:8,20 182:23,24 183:1,3

**question** 17:19 23:7 24:15 25:4,24 26:5 27:16 29:11,23 32:17 37:2,9 38:7,12 40:6 49:13,22,23 50:2 51:19 52:15,17,18,25 53:14,20 54:6,7,10 55:11,20,21 59:6 62:4,17 63:3,20 64:2,14 68:15,22 70:16 71:9 72:21 75:18 84:8,21 85:25 86:7,11 87:1 88:3 93:15,18 94:16 96:5,7,11 99:17 100:1 101:2,16 102:12 103:18 106:13,14 107:1,8,15 128:17 129:7, 10,12 130:3,6 138:8 139:23 149:3 150:4 151:9 152:2 153:16 164:19 176:1 179:10 181:13 182:18 183:6, 15,19 184:10 185:6 192:16,19,24 193:3,25 194:8 195:1 198:12 200:4 202:17,18 203:11,13 206:23 209:16 224:24 225:11 227:8,16 228:17,18, 25 230:7 231:3,19 233:22 234:25 235:15,19 236:18 239:16,19,20 242:12,23 243:12 249:18 250:17 251:3,13 254:12 255:1,6 259:1

**questioning** 76:12

**questionnaires** 218:16,19

**questions** 7:2,5 53:3 59:11 140:1,3 152:13 182:8 185:3 200:20 202:1 204:21 215:24 232:21 250:21 251:25 257:7,8 258:5,20,21 265:17, 20

**quick** 215:2

**quicker** 184:25

**quickly** 69:2

**quite** 29:12 163:24 179:24 180:22 241:15 244:7

**quote/unquote** 54:8

---

**R**

**races** 163:15

**raise** 154:3 156:24

**raised** 91:7 152:2 181:14

**raising** 225:12

**Rametti** 82:23 104:18,19,21

**random** 200:16

**randomize** 139:10

**randomized** 51:3,6,8,20 52:14 139:6,22 163:4 175:8 194:4,13 203:17 250:6

**randomly** 196:2

**range** 17:6 43:7,8,10,14 90:18 157:2 158:8 159:5,6,10 160:17,19 161:19 211:8

**rarely** 15:17

**rate** 33:21 34:7 35:1,8,12 36:6 37:1 38:1 41:2,8,15,20 159:11 233:13 234:4,6,10,11,16,21 235:2,3,10 236:3

**rates** 138:18 165:13 173:7,19 174:1 220:25

**rattle** 234:8

**raw** 208:6

**Razi** 6:1 71:18

**reach** 180:21 250:10

**reached** 86:13 258:24 263:5,17,18

**reaction** 145:2,8 247:18 248:17,18

**read** 8:8 9:10,12 27:14 47:20 55:23 57:20,21,23 58:1,25 64:12 70:8 89:16,17,19 99:9,16 101:4 168:18 172:13 174:18 180:20 195:12,21 214:15 224:24 227:18 228:24 239:13 241:25 242:1 243:20,24 245:20 249:9 252:19 254:19,21,22 258:6 260:6,8,14,25 261:1,4,14 263:11 265:23

**reader** 87:6 176:6,13,14 178:15 225:7 251:5

**reading** 69:5,6 70:13 81:22 87:23 99:25 120:4 141:10 196:9 207:11 244:1 259:6

**reads** 76:5

**ready** 112:21,22 215:7 230:15 241:17 243:25 263:12

**real** 119:7 139:13

**realize** 139:12

**really** 24:1,9 28:6 33:12,24 39:15 40:2,3,23 47:8 51:1,14 52:17 53:9 78:11,19 86:6 87:13 91:23 95:3 116:7 118:23 119:7 121:22 122:17 129:2 131:23 133:16 138:10 142:18 147:2 150:10 160:10,14 168:6 171:12 180:24 181:19 183:17 186:5 187:23 188:1,2,5 189:3,4,5 205:5 206:22 223:11 234:3 235:25 236:19, 21 238:12 256:9 262:18 264:13

**reason** 7:4,7 113:14 126:5 141:7 155:17,19 171:8 176:3 204:3 214:3 235:1 238:10,12 251:8

**reasonable** 206:4,5 259:16

**reasons** 125:16 136:8,23 139:8 151:24 159:2 179:19 194:14 203:22 261:19

**recall** 45:10 47:20 49:22 50:3 56:3 57:24 58:8,16 63:9,14 89:1 105:12 249:14 255:13 259:10

**recalled** 48:24 50:25

**receipt** 229:6

**receive** 41:17 90:17 111:8 140:24 175:15 192:25 256:18

**received** 11:3 35:7,25 36:2 41:17 170:2 179:22 193:7

**receiving** 259:5

**recent** 131:16

**recently** 12:18 220:18 237:13

**recess** 42:3 83:6 109:4 152:20 191:14 230:13 253:22 265:15

**recite** 10:12

**recognize** 10:10 192:7 211:25 215:10 216:22 230:20 238:24 240:17

**recommence** 149:19

**recommend** 16:4,16,20 153:14 249:22

**recommendation** 119:18 122:19 241:18 256:4

**recommendations** 119:15,16 240:2 241:5 245:25 256:1

**recommended** 153:9

**record** 5:9 7:18 10:13 60:14,21 109:6 215:2,5 231:25

**recruit** 195:24

**recruited** 198:24

**recruiting** 45:13 102:2 201:24

**recruitment** 45:10 53:9 199:8,11 200:11

**reduced** 79:4 158:19

**reducing** 111:10,17 112:4 217:23

**reevaluating** 129:19 132:17

**refer** 19:22,25 21:8,9

**References** 174:21

**referral** 118:6,8

**referrals** 19:13

**referred** 15:21 20:4,9 118:1 120:24 181:5

**referring** 15:3 20:2 94:15 101:10 105:6 163:1 226:13 260:2

**reflect** 204:15

**refresh** 68:25 209:11

**refresher** 260:1

**regard** 252:18 255:3

**regarding** 10:2,14 13:12 39:20 62:17 69:13 102:17 103:14 106:2 130:18 143:23 150:4 167:24 255:6

**regardless** 136:14 152:3 159:7

**regards** 100:18

**Regional** 83:9

**regret** 133:22

**regular** 154:20

**Reisner** 162:2,5,7 165:12

**relate** 56:13 193:21

**related** 71:24 82:1 85:6 96:13 98:24 102:24 107:23 143:3 158:13,19 225:11 239:5 240:2 245:16 258:17, 21

**relation** 146:17

**relations** 220:25

**relationship** 110:9 113:18 114:21

**relative** 255:21

**relatively** 17:6 111:4 125:1,21 163:13 223:6

**releases** 134:6

**releasing** 254:1

**relevance** 115:13

**relevant** 24:11 27:15 34:1 78:20,21 150:4 172:21 176:22 181:17 191:22 242:25 243:6 251:10 256:21 261:25

**reliability** 175:4

**reliable** 36:8

**reliably** 27:3

**religion** 199:23,25

**rely** 100:8,15 143:16 247:2 252:2

**relying** 58:5,12 87:19 100:14 120:11 257:9

**remains** 233:21

**remember** 45:1 193:11 196:19 205:9 223:3 234:2 255:9 256:3 259:6

**remembering** 258:14

**remind** 144:13 222:24

**reminded** 50:21

**remotely** 5:6,16,21

**remove** 20:22

**removing** 20:14,24

**repeat** 14:9 59:5 208:18 235:8

**repeated** 107:16

**replicate** 179:12

**report** 8:15 9:17 10:7 55:1 58:6,9,12 59:23 60:10 61:16 62:21 63:5,10,13 64:15 68:24 69:10,12 70:19 73:8 75:22 77:17 78:18 80:5,12,24 81:23 82:11 83:13 86:3 88:11 109:9 112:9 137:2 143:24 151:2 161:22 162:8 165:11 170:23 172:22 193:9 195:21, 22 196:25 216:11 222:13 225:22 226:5 229:11 237:11 238:11,13 247:9 248:21 256:16,20,21

**reported** 151:6 196:16

**REPORTER** 5:1 60:16 86:19 265:25 266:4

**reporting** 114:7

**represent** 223:19

**representation** 143:11 200:25

**representative** 86:22 87:4,9 93:23 173:11 195:24

**represented** 201:3

**representing** 5:23 6:19 151:3

**require** 15:12,19 25:2 38:23 90:14 125:8 132:13

**required** 117:16 121:16 122:5

Index: requires..sample

**requires** 123:9,14 135:9 138:8 239:22

**research** 12:15 13:1,4 14:3 51:1,15 55:23 61:15 83:25 84:1,21 87:15 88:5 166:9,10 175:7 177:2 200:17, 19 203:5 221:25 222:4 225:7,13 261:23 262:9

**researchers** 103:16

**resident** 11:2 13:7

**resolve** 84:1,21 150:23

**resolved** 201:9

**resources** 16:9,13 118:10,14,17 119:17 179:13

**respect** 61:21 63:1,12 85:12 93:2 148:9 149:15 154:10 157:3 171:12 206:2

**respects** 157:5

**responded** 53:4 55:14

**respondents** 196:1

**response** 53:13 98:9 99:23 205:1,2

**responses** 201:25 202:1 204:24

**rest** 27:14 33:17 79:14

**result** 36:8 90:7 107:21 132:7 134:24 137:14 161:25 165:6 178:20 186:1 204:11 218:17 232:7,18 263:2

**results** 163:22 164:2 172:20 175:4 176:4,7 192:23 193:17 195:11,13 198:5 207:19 212:21 214:4 218:17 251:6

**resume** 149:5 150:24 155:3

**resumes** 149:7,10

**resuming** 149:6

**resumption** 155:5

**retrospective** 35:18 50:9,12,15,18, 24 52:20,22 58:19 59:7 140:2 162:20 164:12 210:15,18

**return** 122:23

**reverse** 156:4 235:15

**review** 36:1 58:9,11 69:15 71:4,9 81:11 85:5 86:2,13 117:6 181:18 190:15 191:22 195:11 198:1 232:17 239:22 240:1 242:8,15,19,21,23,24 243:8,9 244:11 248:24 250:23,24 251:2,7,16,18,19 252:25 254:12,23

**reviewed** 18:21 57:15,18,22 58:2,16 241:3 248:4 250:1 255:11 259:14

**reviewing** 105:1 222:4 224:4 244:9 246:13 247:7,21 252:8 255:20 258:1 264:8

**reviews** 198:9 244:20 253:8 254:1 259:12

**Richardson** 5:2

**richness** 114:9,15

**rid** 115:16 116:11 117:12,13,15

**right** 6:22 7:17,22,24 8:2,18,22 9:18, 19 10:6 12:11 18:12 21:17 22:14 23:16 24:1,3,22 28:22 34:2,20 35:15,21,25 36:13,16 38:9,14,21 39:7 40:16,18 41:1 47:19 48:10,11 50:22 51:2 52:3 55:1,21 56:11 57:25 63:21 64:1,5,12 66:13 67:5,23 68:3 69:19,21 70:13 71:17 74:1 76:10 79:5,6,11,13 81:2 84:9 91:5,16 93:16 97:2,5,25 98:6,11 99:20 107:24 109:2,22 111:15 113:2,14 115:8,14 117:15 118:7 122:17 123:16 128:7,19 129:24 130:4,11 131:6,8 132:13 134:14 138:7,9 139:4,5 140:22 142:13 144:4 145:12,15 147:8 149:5,22 154:12,17 156:8,10 157:14 158:4 160:23 161:21 162:10 164:4,5,18 165:1,2 166:18 167:15 168:8,10 169:10,12 170:9,20 171:2,6 172:25 173:20 174:20 175:15,19 176:6 177:4 179:2,19 180:2,3 182:14,19,25 183:25 184:8,11 185:16 186:4,22 187:7,11 188:14 191:12 195:17,20 196:11,12 197:5 199:8,19 200:5,16 202:2,16,22 203:6 207:11 208:11 209:4,5,9,11 210:6 211:22 212:9 213:11 214:18,21 216:2,3,8,18,19 217:11 219:4,16,25 220:11,14 221:1,12 223:21 224:11,13 225:5 226:1 227:5,14 229:19 230:5,10 235:16 236:14 237:1 238:15 239:13, 19 240:10 245:6 248:1,9,10,11,23 256:11 257:7,16 261:8 263:14,15 264:11

**right-hand** 224:7

**rigorous** 140:21

**ring** 196:17

**rises** 149:12

**risk** 57:3 136:22 149:5 150:12,18 156:17 158:12 164:9 195:9 198:7 202:15 238:4 260:16

**risks** 117:7 144:8,9 145:1 156:17 157:25 189:7 198:4 206:10,19

**road** 154:21

**robust** 200:1

**role** 92:14 239:7

**roles** 11:23

**room** 5:24 7:10

**root** 85:4

**rooted** 246:8

**Rose** 5:16

**rough** 266:3,4

**roughly** 120:19 190:11

**rows** 207:13,14

**rules** 141:3,4

**run** 244:15

**Running** 57:8

**runs** 158:6

**rural** 200:7

**S**

**safe** 62:19,22 63:4

**safety** 64:7 118:10

**said** 25:13 26:6,18 39:18,19 40:4 42:5 53:11 60:23 71:21 74:19 81:6 85:20 100:24 104:8 131:22,25 147:14 152:5 168:10 177:20 206:13 213:11 263:10

**same** 20:18 27:19 31:1 68:14 76:8 77:10 81:18 89:3 93:1 94:3 104:5, 15,21 107:18 115:15 116:5 133:2,5 156:3,13,16,18,24 157:1 158:22 176:1,4,7,18 177:20 178:9 184:15 190:11 210:22 212:2 220:6 221:9, 15,24 226:15 230:22 231:5 235:14 240:5 247:7 250:5 256:25 257:25 258:4,11 261:18

**same-aged** 170:6 171:19

**sample** 163:6 195:24 200:1 223:7,8

226:20,23 250:8 252:5

**sampled** 196:2

**samples** 173:7 174:1

**sampling** 45:11,14 86:22 87:9
163:13 198:19 200:16 219:6

**satisfaction** 187:10 188:12

**Savic** 75:20 85:20

**say** 12:18 14:14 16:22 17:6 18:9
20:6,17 22:4,21,25 24:20,22 26:21
30:16 31:2 41:21 42:15 46:7 48:14
50:20 51:21 56:1,6,12,16 63:22,25
64:9,11,21 67:9 68:10 72:12 77:4
80:1,7 81:17,23 85:2,15 87:15 88:21
95:16 98:11,15 102:1,5,14 106:9,12,
21 110:19,21,22 111:3 112:20
116:4,5 121:3 123:16,17 124:20
128:21 129:1 130:15,23 134:15
135:24 136:9 137:11,19 145:1
149:15 150:2 155:21 156:3 158:15
159:15 161:23 167:19 169:12 171:6,
24 173:15 176:14 177:23 179:1,11
183:18 185:15 187:13 188:4,7,25
189:25 190:16 191:8,22 194:12
200:12 202:3 203:7,9,19,21 204:7,9
206:5 214:23 216:25 222:11,22
223:2,4 224:4 226:15 228:13 232:23
236:7 238:12 241:22 244:18 252:12
253:15 261:18 262:5 263:22 264:7

**saying** 15:2 52:16 61:3 63:21 67:1
79:8,10,19 84:19 97:22 98:4,19 99:1
101:8,15,20 104:15 106:9,25 113:9
118:22 121:7 129:22 131:21 142:10
159:24 161:10 168:19 173:16,21,25
175:11 184:12 185:18 186:21
199:15 202:2 219:2,16 221:9
229:13,20 234:10 242:21 263:10

**says** 13:24 14:2 22:22 27:10 31:17
32:24 34:15 47:22 57:14,22 59:19
70:5 71:7 83:25 84:1 89:6 97:11,13,
15 105:18 113:3 137:2 140:11 153:6
154:22 159:25 163:21 164:2,7
166:8,9 172:23,25 184:1 195:23
208:5 211:12 216:3,8 224:14 227:22
238:21 241:18 244:22 247:11,13
248:11 257:17

**Scale** 181:6 182:6 183:3,16 212:18

**scales** 114:13,14 186:24 209:16,23
210:4,5

**scheduled** 121:14

**schizophrenia** 37:19

**school** 10:22,25 11:1,6,12 39:3
118:11 140:25 179:6 189:4

**science** 22:6 61:12,17 252:14
256:22

**scientific** 58:13 73:4 86:6 87:15
88:5 103:21 139:16 140:1 242:8

**scientist** 37:25

**scope** 241:12

**score** 113:22 186:23

**scores** 217:24,25 222:14

**screen** 49:2 58:21 61:1 71:5 168:3
224:13 228:11

**screening** 127:9

**scroll** 9:1 78:25 166:16,22 208:23
209:3 211:4,11 218:8 224:9,25
227:21 228:24 242:11 249:13 250:9
255:19

**scrolling** 212:6

**search** 63:9,14,22 64:3,13 73:4 93:3
251:4

**searched** 63:16

**searches** 64:1

**searching** 64:6 73:6

**second** 14:8 36:11 38:19 47:22
58:25 69:16 89:5,6 93:7 98:1 105:17
113:3 128:7 133:19 159:4 173:15
184:24 209:10 215:2 225:1 242:22
245:15 247:10,12,13

**secondary** 115:17 116:12,25
117:12 144:21 146:7

**section** 165:11 176:5 211:3 218:6,
17 223:4

**see** 9:2 11:22,25 15:18 16:1,7 19:9
21:8 25:6 30:25 32:6 39:11 47:4,8
48:2 49:2 51:4,11,25 53:13 58:21
59:22 79:16 99:6 100:6 109:3,16
112:14,20 113:25 119:23 124:17
127:12,23 128:18 139:20 140:10
145:2 156:7 160:25 163:24 166:17
168:18,24 174:5 185:8 186:23
190:15 194:5 207:19,23,25 211:12
213:15 216:13 223:23 224:14,19
228:11 229:8 230:24 231:25 235:14
243:17 245:11 247:4,16,17 248:14
249:3 254:4 260:4

**seeing** 18:12,14 30:11 32:15 33:19
70:12 71:20,22 81:15 84:10 96:3
112:19 119:19 125:4 128:8 129:6
174:17 176:18 187:22 188:22
190:17,20 194:21 213:13 230:9
252:22

**seeking** 190:5

**seem** 27:24 65:8 77:24 81:10 82:1
83:20 86:4

**seemed** 173:5 187:5

**seemingly** 77:8 150:16 178:2
180:24 264:9

**seems** 35:8 43:22 57:2 74:19 81:12
92:1 111:22 120:21 173:25 179:10
180:21 187:18 197:18 246:16

**seen** 8:2,22 9:6,22 20:7 34:11 119:3
136:1 167:20 169:23 198:13,15
226:25 237:12,16,17 249:8 254:6

**Seldin** 5:11 7:10,18 16:6 17:4 18:10
19:23 20:16 21:4,15,22 22:12,24
23:12,25 24:18 25:8,16 27:4,20
28:4,20 30:3,9 31:14,21 33:6,23
34:9,23 35:3 36:10 37:6 38:2,10
39:17 40:1,8,14,17 41:3,9,14,24
42:13 43:12,18 46:1,6,10,14,18,23
47:11 49:8 50:10,17 53:7,19 54:4,
17,24 55:18 58:3,7,14 59:21 60:13,
18 61:3,7,14 62:2,10,16 63:8,19
64:19 65:14 66:10,19 67:7 68:20
69:17 70:17,21,24 71:3,7,13 73:18,
23 75:2,17 76:4,10,13 77:16 78:5
80:10,19,25 81:14 82:7,19 83:2,5,17
84:7,16 85:1,23 86:18 87:22 88:1,25
89:25 92:5,25 93:14 94:2,12,25
95:6,10,13 97:24 99:4,13 100:11,16
101:1 102:25 103:23 105:25 106:8,
20,23 107:7,14 108:6,11,20 109:20
112:12,25 115:7 116:14 117:4
121:2,21 122:9 123:25 124:12
127:1,19 133:4,8,20 137:25 140:18
142:4 143:13 148:22 150:1 152:25
153:15 156:15 158:23 159:13,20
161:8 162:12,22 164:16 167:9
168:9,22 169:6,11,16 170:21 171:1
172:12 173:14 175:5 177:9,13
179:17 181:7,12,24 184:7 189:23
190:12 191:6,13 192:14 193:18
195:14 196:8 197:1,14,24 198:6,11,
20 199:1 201:4,17 202:13 204:17
205:4,13,22 207:12 208:2,9,23
209:2 210:16 211:20 212:5 213:9
214:6,14 216:17 217:6 218:22

221:23 224:21 225:23 226:21
229:12 231:16 232:4,8,15,20 234:7,
18,24 235:7,13 237:20 240:25 242:9
244:5 245:4,23 250:19,25 251:11
253:10,14 254:20,24 255:12 256:23
258:10 259:9,15,24 260:24 261:3
263:21 265:14,21 266:6

**selecting** 255:11

**selection** 174:24 180:12 251:9
260:16 261:24

**self** 28:10

**self-concept** 28:23 65:20 66:16

**self-esteem** 114:13

**self-harm** 162:2 165:8 216:13
220:25

**self-harming** 173:8

**self-report** 216:11

**self-worth** 113:19

**Senate** 6:21 9:20

**sending** 18:1

**sensations** 160:15

**sense** 28:10 46:16,20 52:18 115:2
121:10 122:8 129:15 131:14 139:2
176:14 178:14 197:21 202:18
236:12

**sentence** 27:14 47:21 79:16,19
80:16 82:3,6,16 84:6 88:15 89:5,6,
15 93:24 98:25 99:25 101:14,20
103:19,25 153:5 159:25 160:23
174:18 224:22 225:10 245:6,15
247:13 262:14

**sentences** 67:9 165:9 263:16

**separate** 26:2 138:10 263:3

**separated** 22:4

**separation** 260:20 262:15

**serious** 206:11

**seriously** 205:17

**seriousness** 205:20

**serve** 100:4 202:1

**services** 118:18 162:17 173:9 190:7

**set** 51:6 93:12 118:3 119:22 122:23
123:2 125:7 143:19 204:24 211:7
226:10

**setting** 188:21 229:16

**several** 12:17 13:11 18:2 20:3 34:14
81:15 121:25 136:8 150:19 161:15
166:11 167:15 192:1 239:25 240:4

**severe** 110:16 112:6 160:1 161:25
165:6 231:14

**severity** 110:20 111:12,20

**sex** 14:16,21 21:21,23 22:4,8,10,17,
23 23:1,2,16 24:17,21 25:5,6,7,12,
14,18,22,24 26:3,9,11,14,16,20,23
32:10 36:18 47:24 55:4 56:22 66:9,
16,17 72:2,19 73:20 74:18,22 75:1,
5,20 76:25 77:1,10 81:18 83:21
87:18 88:7 90:5 91:3 97:19 101:25
110:6 115:4,17 116:12,25 117:12,
14,15 144:21 146:7 154:5,8 157:8
182:16 188:11

**sexes** 105:3

**sexual** 29:5 59:13 64:23 88:23 98:6,
13,17,22 99:3,8,23 100:24 101:17,
21 102:7,11,19,20 103:1,2,6 104:3,5
105:11

**sexually** 127:8

**share** 68:13

**shared** 41:12

**sharp** 47:12

**Shawn** 9:1 58:24 95:13 97:6,8
109:11 163:24 191:18 209:1,2,3,4
212:5 216:6

**she** 24:13,25 259:14

**sheer** 194:11,15

**shifted** 149:22

**shoes** 59:23

**shoot** 71:13

**short** 136:20,22 228:8 265:11

**short-term** 191:24 227:25 228:16,
18

**shorter** 140:3 184:22 186:10

**should** 60:7 69:23 96:8 97:16
101:16 102:13 140:16 162:5 166:7
180:18 203:23 204:4 206:3 222:16
225:8 242:5 252:17

**show** 70:5 75:23 83:19 85:20 192:13
210:2 212:12 214:4 217:20 237:18

**shower** 110:4

**showing** 42:11 57:25 61:25 63:17
76:23 80:3,21 212:21,23,25

**shown** 233:1,3

**shows** 43:15 75:24 77:14 78:9

**shrug** 113:15

**shumer** 5:7,12 6:3,9 8:1,2,21,22
9:21 10:9 48:22 57:6 59:12 60:22
69:17 70:1,17 75:21 76:5,14 83:11
92:18 104:20 108:8 162:6 165:23
168:5 169:11 192:6 208:13 211:24
215:9 216:21 220:2 225:20 230:19
237:6 238:18 240:14 241:20 249:1
254:5 257:20 265:23

**Shumer's** 10:7 169:16

**shut** 77:20

**siblings** 138:19

**sick** 206:24

**sickest** 206:23

**side** 138:14 145:9,11 146:4 160:2
161:12 212:7

**sides** 250:20

**sight** 174:7

**sign** 52:6 139:15,20 265:24

**signal** 134:5

**signals** 149:11

**signature** 13:19,22

**significant** 93:12 107:20 111:7
149:16,23 171:15 180:12 204:11
206:14 208:1 211:18 227:10

**Sikh** 199:14,16,21

**silenced** 69:17

**similar** 22:18 64:21 70:6 72:3,5
73:25 74:12 75:22 76:25 77:9 79:22
80:14 81:17 104:25 134:14 138:18
141:17 146:10 157:4,5 170:5
171:18,25 172:4,17 178:7 217:13
222:20 241:8,16 255:23 257:5
259:17 263:15

**similarities** 157:23

**similarly** 20:24 74:14 83:18 91:25
92:14 132:11 155:14 178:20 198:7
229:13 254:16

**simple**  25:25 66:25 77:23 182:6 239:16 251:25

**simply**  29:23 118:9

**since**  11:17 12:23 57:17 105:21 129:23 131:22

**single**  123:9

**singular**  79:2

**site**  145:3,7,8 192:4

**situation**  16:21 24:12 41:6 57:4 58:15 118:24 119:21 122:4 161:13 178:7 180:9 192:22 246:12

**situations**  122:6 154:17 156:23

**six**  32:24 116:19 125:2 151:2,5,15 155:6 212:24 214:23

**six-month**  218:3

**size**  71:23 72:3,6 73:16,21 74:16,21 75:4 76:24 77:5 79:10 91:19 163:7 170:19 226:20,23 252:5

**sizes**  74:13 250:8

**skill**  141:23

**skills**  141:6

**skin**  128:16

**slightly**  256:12

**slower**  159:8

**small**  70:9 150:15 151:4 166:14 210:7,8 226:19,23,25 250:8 260:15

**smaller**  73:10 150:24 164:3 252:5 261:21

**smart**  264:9

**smelling**  95:19 98:8,12

**smidgen**  185:2

**smoking**  85:3 93:19

**sniffing**  99:19

**snowball**  45:14

**so**  6:16,22 7:1 8:15 9:8,9,13,14 10:19,23 11:13,18,19 12:2,4,11,24, 25 13:7,9,17,19,24 14:2,13 15:2,7, 10 16:1,7,20,25 17:6,11,16,22 18:2, 12,18 19:2 20:1 21:8,12,17,21 22:10,13,14 23:7,17 24:1,8,12,20,23 25:3,6,21,22,23 26:10 27:7 28:7,21, 24 29:10 30:5,10,18 31:3,7,23 34:2, 18,25 35:11,16 36:1,11,14,16,22,25 37:1,3,8,21 38:6,11,14,21 39:8,15 41:1,5 42:9,16,20 43:19 44:4,16,17, 22 47:5,8,16,17 48:4,7,19,20 49:2,6, 9,20 50:1,5,23 51:3,16 52:2,13,16, 21,23,25 53:8,13,24 54:14 55:5,20, 23 56:1,6,12,25 57:5,9 58:18,21 59:10,18,19,22 60:6 61:12 63:25 64:3,6 65:18,25 66:13,15,21 67:8, 19,23 68:3,6,8,10,14,18,25 70:12 71:5,21 72:5 73:7 74:1,6 75:3 76:17 77:11,14,17,20 78:22 79:1,8,20,21, 24 81:19 82:16 83:8,22 86:21 88:1, 21 90:1,11,22 91:7,17,23 92:13 93:1,10 94:1,15,23 95:11,15,16,23 96:19 97:11,20 98:3,6 99:1,15,21,25 101:8,14 102:4,8,11,12 103:8,13 104:2,21 105:8 106:3 107:24 108:18,20,22,24,25 109:15,22 110:19 111:11 112:16 113:2,7 114:3,9 115:1,8,14,22 116:1,10,20 117:11,15,25 118:8,13,17 119:2 121:3,13 122:3,17 123:2,4,7,16 124:4,14,21,24,25 125:6,20 126:6,9, 18 127:5,20,22 128:17 129:4,6 130:5,12,18 132:4,13 133:16,19,21 134:13,14,20 136:21 137:20 138:7, 11,13,23 139:4,19,23 140:6,11 141:2 142:1,13,17,22 143:8,16,24 144:5,12,24 145:5,18 146:2,3,11,19 147:7,12,16 148:1 149:15,20 150:7, 9,14 151:1,25 152:18 153:10,13,18, 22 154:9,11,14 155:19 157:3,14,16, 21 158:4,11,14 159:2,6,23 161:5,12, 22,23 162:4,13,23 163:8,21 164:11, 21,24 165:1 166:6,12,14,20,24 167:16 168:2,4,6,12,17,24,25 169:8, 19 170:8 171:2,8,9,21,22 172:19,25 173:15,21 174:13 175:11,15,18,25 176:1,4,17,20 177:14,19 178:11,13, 21 179:9,12,25 180:2,7,25 181:4,8 182:5,13 183:2,14,23 184:1,8,10,22 185:6,10,16 186:4,10,21,24 187:4,8, 11 188:4,12,14 189:19,25 191:10, 18,22 192:1,2,15,21 193:6,19,23 194:8,20,25 195:15,16,22 196:13,21 197:3,6,20 198:3,8 199:8 200:3,11, 13,15,18 201:7,20,23 202:2,16,18 203:3,16,21 204:7 206:5,21,22,24 207:4,13,22 209:7,9,10,11,13,21 210:6,10,17,21 211:5,6 212:11,13, 16,21 213:10,12,22,25 214:12,15,21 215:16,19,22,25 216:2,3,22 217:7, 11,13,15,18 218:3,12,25 219:16,20 220:3,11,19,22 221:2,5,9,13,14,19 222:3,5,8,9,11,14,17 223:1,12,22,23 224:2,13,22 225:3,7,14 226:3,5,9,

11,19 227:3,10,17,23 228:4,10,19, 20 229:13,15,17,20,24 230:25 231:1,5,13,22,24 233:14,22 234:12 235:16,23 236:6,13,20 237:2,21,22 238:24 239:14,24 240:3,11 241:7, 17,25 242:3,21 243:3,14,16,17,22 244:2,18,22 245:6,11,19 246:11 247:2,9,22 248:9,10 249:12,16,24 250:4,9 251:1,6 252:7,9 253:21 254:4 255:3 256:15 257:3,8,9,12,25 259:11,25 260:4,11,14 261:12,17 263:6,15,17 264:2,16,23 265:11

**so-called**  53:25 55:15

**social**  16:15 24:24 65:13,15 66:4 75:14 92:4 118:13 119:6 121:4,13, 15 122:5,10,19 132:12 135:13 136:23,25 137:6,20,23 138:13,25 140:22 166:4

**Society**  17:12 19:4 120:13 238:20 239:4,24 241:2 242:19 249:22 253:11 256:1

**solely**  22:10

**Solicitor**  6:18

**some**  6:20 7:1 10:20 25:6 28:12 31:12 32:22 35:16 36:20 42:5 43:19 44:8,19 45:22 62:24 65:3 67:2,5,17 68:6,18 72:13,14,19,24 73:4,6 74:19 76:21,24 77:24,25 78:1 79:22 80:2, 21 81:10,11 82:1,11 86:22 87:3 88:12 89:10 90:13,24 99:7 101:22 102:10 108:13 112:14,23 113:14 116:10 118:9 120:14 123:12,17 124:24 129:8 135:20 136:12 139:2 140:21 143:8 145:24 147:23 148:7 155:4,16,17,18 157:7,13,25 160:21 162:15 163:17 165:14 172:15 179:10,18,19 180:11 186:18 187:4 188:13 189:11 190:1 195:8 198:21 199:2 203:1,11,13,14 204:4 215:22 217:17 223:13 226:9 228:3,6 229:3 233:15 234:2 236:13 240:8 243:1 244:6 245:12 250:3,5,11 256:15 261:21 265:19

**somebody**  43:8 126:21,23 143:9 156:14 204:19,21

**somehow**  180:9 196:16

**someone**  24:2 28:17 29:1 32:7 33:21 34:2 35:12 37:21 38:4,14 42:21 72:21 90:4 91:2 101:25 104:13 109:22 110:22 111:7 114:23 116:5,23 122:2 125:8 129:6 130:16

132:11 135:6,7,10 141:5 142:10,14,
23 143:1 145:18 149:17 154:1,15,21
159:7,8 160:16 161:10,18 187:21
188:1,17,23 214:1 264:13,23

**someone's** 22:8,9,14 28:1 33:18
49:10 60:5 61:22 62:18 65:2 66:1
74:17 75:5 81:8 93:21 99:23 103:2
129:8 132:16 145:22 147:10 154:12
156:4

**something** 22:10 29:25 30:15 39:1
55:13 57:23 90:2 100:25 102:9
103:16 104:6,13 113:15 116:2
129:14,15 134:14 136:13 142:24
152:1 156:20 157:20 159:17 165:2
174:3 178:7 182:3,23 183:20 194:2
212:17 222:16 223:22 248:6 263:25

**sometimes** 14:15,17 15:20 16:1
19:15 20:9 21:9,13 47:25 118:8,19
121:22 128:20,21 145:8 146:16
181:5 194:18 227:8

**somewhat** 100:5

**somewhere** 28:11 43:22 44:23
60:18 122:13 125:24 161:19 215:22

**soon** 108:19

**sorry** 5:19 14:8 32:16 44:10,12
46:19 47:3,5,14,19 48:4,23 49:17
57:10 58:20 59:5 60:15,17,18 83:24
86:20 87:22 88:1 96:21 107:7,9
148:23 153:17,19 171:22 208:18,19,
24 217:7 218:11 226:15 228:22,25
234:14 260:24

**sort** 11:21 13:7 15:23 22:4 25:12
50:21,22 58:10 64:20 68:9 69:7
72:10 73:11,24 75:6 77:12 102:4
104:25 106:6 111:18 113:24 120:14
122:5,8 123:17,18 129:9 130:7,22
140:21 146:2 148:3,5 151:9 152:1
156:3,24 158:25 163:19 165:10
167:13,14,17 169:25 170:16 171:16
172:1,19 174:6,14,17,18 176:12
181:13 182:1,10,24 183:9 185:8
186:6,17 188:16,21 205:24 209:23
212:13,19 217:15 219:2 220:13
221:6 225:3,4 227:5,24 230:1 231:1
238:3 239:12 240:5,8 241:4 242:4
243:1 244:20 245:12 249:17,25
251:4 252:24 255:21 258:12,14,25
263:15 264:23

**sorting** 249:18

**sorts** 12:3 29:4,21 159:2

**sound** 91:6 248:1

**sounds** 109:2 191:13 248:18 265:14

**source** 59:25 157:20

**sources** 35:15 44:3 82:10 86:12
87:20

**South** 5:3

**southeast** 20:3 128:3

**space** 125:2,10

**speaking** 37:16

**specialties** 127:21

**specific** 14:24 36:13,16 41:6 53:20
70:14 74:13,17 79:9 83:19 96:15
100:22 123:21 140:5 175:10 198:15
217:18 219:24 227:8 233:24 251:15
255:13 256:11 259:10

**specifically** 15:14 46:2 47:1 82:12
87:1 128:11 148:14 164:18 165:16
185:16 188:24 192:19 225:10
237:21 238:1 254:12

**specifics** 229:7

**spectrum** 101:22

**speed** 145:21,24 146:13

**spent** 262:17

**sperm** 147:21 153:8,25 156:6

**sperms** 147:16

**sphere** 258:22

**spinal** 150:9

**spite** 256:19 259:2

**spurt** 136:16,20 145:17 146:1,3,5,9,
17,18,25 147:1

**squirrel** 60:18

**stable** 134:17,22

**stage** 17:9,17 43:9 188:25

**stages** 17:14 120:19

**stamp** 57:21,24 141:14,18

**stance** 63:11

**stand** 61:21

**standard** 213:14

**standards** 17:11 19:3 120:12
240:11,20 241:5,11 256:9 264:22

**standpoint** 18:5 137:1 143:1
192:20

**start** 10:19 42:9 44:16 48:19 49:17
60:16 86:20 131:5 136:1 142:13
149:6,11 155:14 156:5 169:20
186:22 187:23 188:19 192:3 199:15
228:1,8

**started** 13:8 21:17 128:20 131:17
148:20 214:17 220:24 221:14

**starting** 17:9 44:14 49:20 129:20
135:11,14 144:9 146:24 148:25
150:20 153:6,9,23 154:1 155:21
156:1 187:6,7,22 189:13 265:3

**starts** 134:4 163:5

**state** 6:20 10:1 143:10 202:6

**statement** 25:10 26:21 35:11 55:1
61:17 62:25 77:12,17 79:21 88:4,8,
17 96:19 97:23 143:8 165:3,22
166:2 167:8 168:1 196:7,13,22
224:20 245:18 247:16,17,18,24
248:15,17 249:20 260:23

**statements** 165:10 261:15,16

**states** 43:21 45:12 46:5 246:8

**statistical** 50:8 141:23

**statistically** 93:12 208:1 211:18
227:10

**stature** 136:22

**status** 58:9,11 207:16

**stay** 125:17 131:25

**staying** 159:3

**step** 111:16 118:25 119:21 128:6
140:13

**Stewart** 5:2

**still** 24:16 40:5 66:8,17 67:3 71:15
100:1 102:7,9,15 108:11,23 115:16
129:14,25 147:20 176:23 180:10
222:24 233:20 244:16 246:21
250:21 259:5

**stimulating** 134:9

**stipulate** 5:10

**stipulated** 5:13

**stop** 132:10 134:24 144:24 188:6
189:9 250:16

**stopped** 147:11 149:14 232:7

**stopping** 148:25 155:7

**story** 114:10

**straight** 98:9 103:8 226:16

**straightforward** 102:11 125:1,21
204:20

**Strangio** 5:17,20

**strategies** 199:11

**strategy** 45:10 63:9 200:11,12
251:4

**strengths** 105:14,17 223:5,13
255:22 258:16

**stretching** 170:1

**stria** 73:16 75:16

**strictly** 97:17

**strike** 124:7

**strong** 72:1 78:7,9,10 84:24 86:24
87:18 88:8 115:16,18,19,23 116:11
117:12,13

**stronger** 116:23,24 146:12,16,21
252:4,18

**strongly** 263:22

**struck** 251:21

**structure** 36:9 73:22 81:24 102:24
104:19

**structures** 70:6 81:16 105:7

**struggle** 171:12

**struggling** 16:17 118:23 246:4,5

**student** 13:7

**studied** 72:5 93:10 95:25 99:9
189:20 255:8

**studies** 35:17,18 44:15 61:24 63:6,
16,22 67:20 68:13,16,18,21,24 69:4
77:19 78:15 80:21 83:12 86:16
87:19 89:21 91:20 92:21 94:4,5
103:13 140:2,6 192:1,2 193:16
194:10 198:7,13 219:1 221:22 223:8
230:2 232:25 235:19 236:6,10,16,17
250:8 252:2,5,7 253:12 255:11
258:16 260:12,15,19 261:21 262:5

**study** 27:2 36:6,9 48:19 49:3,12
50:24 51:1,20 52:2,7,8,11,13,20,22
53:1,2 55:23 58:18 59:6 61:15 62:3
64:5 69:9,22,24 75:20,23 78:3,13,14
80:3 81:8 83:9,15 92:17,19,24 93:6,
11 94:1,10,11,14,15,18,24 95:5,23,
25 96:19 98:20 99:15,16 101:13,24
102:13,21,22 103:10,11,17 104:1,
21,24 105:19 106:1,15,25 107:16,
17,21,23 137:8 138:23 139:10,16,22
140:2,4 151:19 162:5,7,10,13,19,20,
21,25 163:2,3 164:12 165:16 166:7,
13,20,25 167:7,13,16 168:21 169:1,
10,21,25 170:9,13,17 173:3,11,17,
23 175:1,13,14,16 176:8 177:3,7,11,
24 180:16,20 183:22 184:4,12,13
185:11,20 186:1,10,11 187:4,12,17
188:23 189:21 191:1 192:3,7,9,10,
12 193:20,23 194:7,10,13,14,17,23
196:1,6 198:3,4,10,16 199:22,23
201:15,18,24 202:8 205:12,15
209:21 210:14 211:23,25 212:2,12
213:16,20,23 214:7,17 215:8,10,12,
15 216:16,22 217:7,12,16,20
219:13,15 220:6,11 221:20 223:13,
16 224:2,14 226:24 227:2,4,11,14,
19,24 228:16 230:4,5,17,20,22,25
231:2,18 232:1,3,6,9,10,18 233:23
234:5,14,16,22 235:4,10,24,25
237:10,11,12,18 238:11 239:19
249:16 255:13

**study's** 177:14

**studying** 88:23 107:2

**sub** 116:19

**subcutaneous** 13:13

**subject** 9:16 10:3 89:2 190:1 204:18

**subject's** 99:8

**subjects** 13:4,9 49:23 53:9 72:1
93:6 97:16 99:2 101:24 105:21
204:16 231:13,14

**submitted** 10:17

**subsequent** 122:6 129:21 131:5,20
132:18 146:21

**subsequently** 30:25 36:4 90:19
129:12 151:19 182:17 188:19

**subset** 155:11,15

**substance** 162:1 165:7 207:7

**substantial** 260:16

**substantially** 161:6

**subtly** 105:3 159:1

**success** 265:3

**successful** 54:3 63:23 64:10

128:14 173:24

**successfully** 174:10

**such** 27:2 39:7 65:20 68:18 80:14
91:11 94:16 102:21 111:23 112:8
130:19 137:15 140:1,2 145:16
162:16 178:24 231:7 249:21 253:8

**sudden** 35:13 77:22 134:4 152:4
160:18

**suffering** 236:19

**suffers** 198:18

**sufficient** 238:9

**sufficiently** 26:15 87:5

**sugar** 158:11

**suggest** 32:22 56:25 62:5 72:20
81:10 94:5 138:12 155:4 189:8
201:5 206:1 243:3 244:11

**suggesting** 68:18 206:2

**suggestions** 65:3 240:2

**suggests** 55:13 252:16

**suicidal** 164:10 193:6 194:1 195:9
202:15 203:25 206:8,24 217:24

**suicidality** 57:7 162:2,18 165:8
173:8 207:6,15 208:4 233:14 234:10
236:3,5 238:2,4

**suicide** 51:25 53:22 194:6,7 196:22
205:12,15 208:8 211:13 232:2,14
233:13,16 234:4,6,10,11,16,20,21
235:3,9,24 236:5 238:2,5

**suicides** 232:7,19 235:6,12

**Suite** 5:3

**summarize** 81:21 94:22 192:12

**summary** 122:1

**superman** 158:9

**support** 19:12 78:6 79:17 80:8,17
82:4,6 88:17 100:18 137:6,20,23
138:14,17,24,25 164:4 167:7 177:8,
12,17,22 178:1,8,11,16,18 212:25
213:4,15,18,22 214:2 229:6,22,23
262:22 264:24

**supported** 44:15 165:10 179:5

**supportive** 19:13 51:24 178:3
229:18

**supports** 16:9 86:23 191:23

Index: suppose..test

**suppose** 23:6 87:7 106:17

**supposed** 48:3 167:11,12

**suppress** 157:19

**suppressants** 117:19 124:10

**suppressed** 154:14

**suppression** 117:3 144:15 167:21 170:3 192:20 193:1,8 202:22 204:3 205:11 207:9,17 213:1,3,8,10 219:11,12,14 221:3,17 222:8 224:16

**sure** 8:4,24 9:10 10:23 14:13 16:8, 24 24:15 30:14 40:3 42:1 43:13 55:7 57:19 58:22 66:23 69:3,5,9 70:15 89:21 99:5 101:23 115:1 120:22 124:20 129:10 142:20 156:9 164:19 167:5 168:10 181:15,25 183:19 184:17 185:1 193:14 195:16 197:2, 15,16,25 198:15 211:3 222:20 225:2 234:2 237:15 242:14 249:4 251:12, 14 254:10,21 255:5 263:23

**surgeons** 21:10,12

**surgeries** 19:18,22 21:2,5

**surgery** 20:1,5,7,8,9,10,19,23 21:9, 14 24:25 25:1,2 167:22 170:3 237:21,25 238:7,13

**surgical** 20:12 248:12,22

**surprising** 233:17

**surrounding** 79:14

**survey** 44:5,18,25 45:3,5,9,25 50:1, 2,9,11,13,18 53:4,11 55:14 58:19 59:7,9 192:24 193:10,15,16 194:10, 18 195:7,11,13,16,18 196:10,15,24 197:3,19,23 198:14,18 199:9,14 200:23,24 201:3,6,14,18,20,21 202:4,10 203:13 204:14,15,22 210:15,18,22 211:6

**surveyed** 44:25 55:17

**surveying** 45:6

**surveys** 45:18 50:15 199:10 200:4 205:6 211:8 223:11

**suspect** 108:24

**swearing** 5:10

**Sweden** 151:20 237:25 259:19

**switch** 47:22 132:23

**switched** 181:9

**sworn** 6:4

**symptoms** 110:12 187:9 210:8

**system** 21:10,13 143:19 163:20 244:16 246:6,16,18,22 251:9 254:18

**systematic** 242:8,15,19,21,22 243:8,9 248:24 250:24 251:2,7,16 252:25 253:8 254:23 255:4 258:9 259:19

**systems** 134:2

---

**T**

---

**T.H.** 11:6

**table** 60:22 61:4 172:25 185:7 207:3 211:11,12 214:9,15,23 218:14 231:23,24

**take** 8:7 12:2 27:6,13 39:9 42:2 43:8 51:21 66:25 69:21 82:24 84:6 90:2 92:16 100:9,13 121:12 123:23 124:3 126:14,22 128:6 152:14,18 153:2 154:11 161:4,22 162:4 172:22 184:24 207:3 215:1 224:6 229:4 230:11,16 236:1,15 242:23 243:14 265:11

**takeaway** 178:23 246:1

**taken** 6:24 42:3 83:6 94:4 109:4 152:20 191:14 230:13 253:22 262:24 265:15

**takes** 124:4

**taking** 6:22 18:13 114:5 130:14 227:17 234:2

**talk** 21:19 28:25 44:14 58:18 66:22 108:7 109:15 127:14 133:18 147:3 153:23 158:1 160:24 161:3 179:3 238:12

**talked** 91:22 92:8 139:6 144:2 174:8 193:9 261:23

**talking** 9:15 15:1 17:18 20:1,18 26:3,25 28:14 29:16 50:23 67:16 69:4,7 72:9 89:4 93:2 94:9 105:5 111:6 114:2,4 116:16 120:5 123:20 127:16 143:25 148:4,16,17 150:5 153:3,10 156:4 182:2,21 185:17 189:7 195:15,18 197:2 212:16 217:2 220:17,18 221:6 223:9,21 230:1 236:5 237:24 238:1 239:9 244:2 247:11,20 248:7 258:2 262:18 264:8,12 265:2

**talks** 115:12,15 173:12

**tall** 136:17

**taller** 74:3 145:20,21,23

**tallest** 136:16

**Tanner** 43:9 188:25

**taper** 161:14

**tasks** 39:2

**taught** 222:22

**teaching** 14:3

**team** 16:14 18:17 19:11 31:23 33:17 40:22 62:12 68:5 119:20

**teen** 46:4,21

**teens** 46:8

**Telephone** 45:19

**tell** 6:4 10:21 11:11,24 49:6,7 54:1 55:15 74:6,7,16,17 75:5 78:21 83:15 84:14 92:24 104:24 124:14 130:18 131:10 134:7 153:17 162:10 166:20 184:6 199:20 209:8 212:11 213:8 228:10 232:2,5

**telling** 60:20 123:11 167:6 169:21 184:21 208:7 214:12 215:15 217:12 220:11 230:25

**tells** 134:11 181:21

**temples** 199:17,18,20

**tend** 199:25

**tendency** 252:4

**tends** 214:17

**tens** 151:4 199:5

**term** 20:18,19 49:19 55:22 75:10 103:19 110:12 113:3 144:1 156:25 162:24 170:16 175:12 184:22 228:8 242:10 243:7

**terminalis** 73:17 75:16

**terms** 19:5 50:21,22 51:17 61:1 72:15 103:21 135:23 163:9 178:10 194:20 204:2 210:14 214:10 222:5 244:12 247:23 263:6

**terrible** 233:16

**territories** 45:7,13

**test** 22:18 33:14 38:8 81:7 91:21 93:20

**testes** 91:7 134:11,25 158:16

**testified** 6:6

**testifying** 10:4 34:19,20,24 85:25

**testimony** 7:8 9:16 25:17 85:24
193:11

**testing** 227:12 229:14

**testosterone** 91:4 128:22 130:16
131:18 132:2 146:15 149:12 154:13,
18,22 155:2,7,15,18,21 156:2,12,19,
21,22 157:1,6,10,15,17,18,25 158:4,
7,9,13,14,18 159:4,6

**tests** 27:1 210:11

**Texas** 209:14

**text** 172:25

**thalamus** 79:4

**than** 12:9 25:18,25 29:25 35:9
41:12,22 44:2 51:5,13 56:5,22 63:2
72:18 74:3 83:21 87:20 90:8,23
110:16 116:25 126:18 127:4,6 133:1
136:2 139:19 145:14 149:20 157:23
170:6 171:19,25 172:4,18 173:4,25
190:5 191:1 200:15 202:5 203:23
213:21 219:1 223:8 227:6 233:14
234:17,22 238:6 239:17 244:8,20
246:7,17 250:11 258:25 261:22

**thank** 6:12,15 7:22 47:7 48:8 59:3
61:10 76:3,16 83:5 87:13 95:15
101:6 166:23 168:24 191:20 225:1,3
237:8 249:15 265:16,21

**thanking** 265:4

**Thanks** 76:9 83:4 109:2 215:4
265:14

**that** 7:11,20 8:4,12,17 9:14,15,17
10:4 11:5,21 12:22 13:4,5,6,12,20,
22 14:9,13,14,15,25 15:5,11 16:8,
10,13,21,22 17:1,16,18,19,24 18:7,
20,22 19:9,13 20:3,6,7,8,11,15,17,
18,20 21:23,24 22:2,3,7,10,16,17,
21,23,25 23:4,6,7 24:5,8,9,12,13,15,
17,20,23,24 25:1,5,9,13,21,23,24
26:6,8,11,15,16,18,20,23,24 27:2,21
28:2,7,13,15,18 29:1,2,18 30:1,5,10,
14,16,17,19,23 31:1,5,7,11,12,16,
18,23,24 32:1,5,8,9,10,11,15,25
33:2,8,18,24,25 34:2,5,10,13,14,18,
21,22,25 35:5,8,10,11,12,21,24,25
36:2,3,9,15,16,23,25 37:1,17 38:1,8,
15,22,24,25 39:1,5,12,13,19,22
40:9,15,19,20,21,22 41:4,13,16,17,

20 42:5,6,7,11,15,17,19,20,23,24
43:3,10,14,15,20,21 44:2,4,5,7,12,
17,21,23,25 45:1,2,9,23,24 46:11,17
47:6,12,18,21 48:2,3,4,10,12,19,21
49:3,10,13,17,19,21,23,24,25 50:2,
3,5,7,18,23 51:17,20 52:2,6,9,11,13,
15,18,22,23 53:1,2,8,12 54:1,5,19,
25 55:2,8,10,14,22 56:2,3,5,7,9,10,
13,18,19,24 57:2,4,9,10,13,21 58:1,
4,5 59:11,16 60:1,11,21,23 61:25
62:3,5,7,11,19,20,22,25 63:1,2,3,6,
10,12,14,17,20,22 64:1,9,10,14,16
65:1,2,5,6,11,15 66:1,2,11,13,17,20,
24,25 67:1,2,3,4,10,12,19,22 68:7
69:5,9,24 70:5,12,14 71:9,18,19
72:3,6,7,8,16,19,20,23,24 73:6,9,12,
13,21 74:1,7,9,10,16,18,20,29 75:3,
5,8,11,14,15,18 76:23 77:3,5,8,9,12,
14,17,20,23 78:3,7,9,11,12,15,24
79:8,10,17,19,20,21,22,23 80:1,6,8,
16,17,21 81:1,8,16,20,21,23,25
82:3,4,5,8,10,11,12,13,16 83:19,20,
24 84:6,8,10,13,19,20 85:2,3,4,7,8,
11,12,15,17,21,25 86:3,4,5,7,10,13,
14,16,23 87:1,3,4,7,8,10,15,17 88:4,
6,9,12,17 89:3,6,9,15,21 90:1,17,19,
20 91:1,6,10,13,21,23 92:6,7 93:1,2,
12,16,23 94:3,4,5,7,14,18,22 95:8,
11,12,21,24 96:3,4,5,6,11,12,16
97:6,21,23 98:8,11,12,19,20,23,25
99:1,10,11,14,16,18,21,23,24 100:1,
2,3,6,10,19,21,24 101:16,21,22
102:2,4,9,12,15,16,18 103:3,8,9,10,
13,16,18,24 104:1,6,9,11,15 105:1,
2,4,8,19,23 106:1,6,9,13,14,17
107:1,4,19,21,22 108:1,18,19,21
109:16,24,25 110:5,8,12,18,19,21
111:4,5,19,21,25 112:1,9,13,14,16
113:7,9,11,12,14,15,16,20,22 114:1,
5,6,8,9,11,14,18,21,23 115:4,11,13,
19 116:2,5,13,15,19,20,21 117:2,8,
18,21,24 118:2,5,8,13,14,15,19,20,
24 119:9,10,14,19 120:8,15,17,19,
21,23 121:12,15,24 122:3 123:1,5,
14,17,18,19 124:8,24,25 125:4,8,10,
12,22 126:4,5,16,17,22,24 127:11,
17,21 128:6,13,19 129:2,4,5,7,10,
14,17,19,25 130:1,2,4,6,9,11,13,14,
24 131:3,4,10,12,16,17,24,25 132:4,
8,9,14,25 133:9,15 134:10,14,15,22,
24 135:1,14,19 136:3,7,9,11,14,24
137:11,13,16 138:1,2,4,7,8,11,12,
14,15,20,24 139:4,6,8,12,16,17,18,
24,25 140:6,7,19,22,24,25 141:4,5,
8,9,13,15,16,20,23 142:3,5,8,10,11,
18 143:1,3,4,6,8,9,10,11,15 144:1,2,

5,6,10,12,13,16,17,20,22,25 145:1,
2,6,9,15,24,25 146:3,12,16,24,25
147:2,8,14,16,18,22 148:3,7,8,15
149:3,8,11,13,15,16 150:3,4,12,14,
15,17,20,22 151:2,5,14,15 152:1,2,
3,5,6,8,9 153:13,16,24 154:1,3,4,6,
7,8,10,12,19,21 155:1,4,12,15,17,
19,23 156:11,13,19 157:3,4,24
158:1,4,6,10,11,12,24 159:3,11,15,
16,17,25 160:8,10,15,16,20,21,25
161:4,5,13,18 162:7,13,14,21 163:2,
12,14,16,18 164:5,11,12 165:3,8,9,
11,15 166:6,7,9,24,25 167:1,6,16,
20,23 168:2,4,16 169:1 170:2,4,5,9,
11,12,13,15 171:8,9,10,11,16,17,24
172:1,2,5,8,14,15,16,19,20,25
173:2,10,15,16,21,22,25 174:3,6,9,
11,14,18 175:1,3,13,14,17,18,23
176:2,4,8,12,18,23 177:1,3,6,16
178:7,13,15,16,21,23,25 179:3,11,
13,18,20,22,23 180:3,5,9,12,14,21,
23 181:2,15,17,21,23,25 182:4,7,10,
11,13,20,22 183:4,5,9,10,14,19,20
184:2,12,14 185:11,18,21 186:5,11,
18 187:4,15,16,18,25 188:1,4,7,
11,12,16,17,18,20,21,22,24 189:2,6,
9,10,11,12,14,15,16,17,20,22,25
190:1,4,13,15,16,23 191:12,19
192:3,16,19 193:2,3,7,11,15,16,21
194:2,8,9,10,11,12,14,16,21,25
195:1,3,4,9,12,18,21,22,24 196:1,7,
10,13,15,17,19,24 197:3,5,9,10,12,
20 198:3,9,17,23 199:3,4,6,9,13,21,
22,24 200:7,9,12,14,18 201:6,7,9,
10,11,22 202:3,5,21,22 203:6,7,8,
10,19,22,24 204:4,7,10,23 205:5,14,
23,24 206:3,6,7,13,22,24,25 207:1,
11,24,25 208:1,7,10,18 209:5,17
210:5 211:1,18 212:8,22,23 213:20,
23 214:3 215:23,25 216:5,8,13,15,
25 217:20,21 218:6,14,15,19 219:5,
21 220:7,17,23 221:5,10,13,16,24,
25 222:4,9,17,20 223:2,5,6,7,9,11,
14,16 224:3,4,18,20,24 225:5,8,10,
11,12,14,16,17 226:4,9,13,23 227:3,
5,7,12,13,23,25 228:11,15,16 229:4,
5,8,10,13,16,17,18,21,22,25 230:3,
6,8 231:10,11,19,24 232:2,5,11,23
233:1,2,4,5,6,9,15,17,20,25 234:9,
19,25 235:4,8,11,16,19,22,23 236:1,
2,7,10,11,14,24 237:10,14 238:3,7,8
239:6,9,11,14,19,21,24 240:1,7
241:1,2,6,15,22 242:10,12,22,25
243:3,6,11,16,20,22,24 244:4,6,9,
18,20,22,24 245:1,2,5,6,8,11,13,15,
18,24 246:1,2,6,7,9,11,16,20,23

247:8,10,13,15,16,18,19,24 248:3,4,
5,6,7,15,17,19 249:2,4,12,16,18,20,
24 250:1,4,5,10,12,13 251:2,3,9,12,
13,14,17,19,20,21,22,23,25 252:1,3,
7,12,13,16,18,20,22,25 253:1,2,3,5,
12 254:9,11,25 255:1,2,3,5,6,8,10,
17,18,24,25 256:1,2,8,11,17,24
257:1,4,14,21 258:11,12,14 259:1,7,
11,21 260:1,6,8,11,22,23 261:6,8,
12,13,15,19,25 262:4,5,7,9,11,17,
18,23,24,25 263:1,2,3,9,13,22,25
264:1,3,5,7,10,11,13,16,25 265:3

**that's** 7:12 8:16,18 9:18 13:3 15:20
16:18 23:19 24:14,25 26:4 29:10
32:12,19 36:18 39:18 42:1 44:22
48:5 50:25 51:14,16 52:25 56:6,12
57:15 59:10 63:23,25 67:8 70:8,25
71:2,12 78:17 79:12 80:4,13 82:24
87:2,7 88:19 96:24 98:10,11,12,25
102:11 108:6,15 109:21 110:7,23
112:3,7 113:1 115:8,25 120:25
122:2,3,5 125:20 128:19,24 129:1
132:10,25 134:20 138:3,7,23 139:5
141:5 142:12,23 143:5 144:4,10
146:5 150:13 152:3 157:20,21
158:5,9 159:15 160:17 163:2,4
165:1,2 168:2,15,16 170:11,24
172:5 174:13 176:5,12 182:16,24
183:1,18 184:6 185:25 186:5
187:11,23 192:9 196:12 200:3 204:4
211:15 213:10 218:2 219:13 220:22
222:6 227:24 229:2 232:16 233:3
234:15 235:25 236:2 238:15 244:14,
15 262:17 263:14,15 265:7

**the** 5:5,7,9,10,14,15,18,21,22,23,24
6:5,17,19 7:10,18,19,24 8:5,20 9:3,
10,15,16 10:1,3,12,14,16,24 11:2,6,
15,19 12:18,20,24,25 13:14 14:4,10,
13,16,20 15:2,3,5,21,22,23 16:10,12
17:9,11,12,17 18:4,8,15 19:3,4,5,6,
20 20:3,6,17,18,19,20,25 21:1,2,3,5,
6,12 22:2,6,22 23:8,16,17 24:8,9,16,
19,21 25:4,14,23 26:3,7,8,11,19,20,
22 27:7,11,14,16,19,23 28:14 29:7,
10,11,19 30:12,21 31:2 32:2,10,14,
17,20,21,23 33:15,17,21 34:1,4,10,
25 35:1,8,11,19 36:6,12,18,19 37:7,
13,19 38:1,3,4,5,13,16,20,22,24
39:9,12,13,15,19,20,22 40:10,19,20,
21,25 41:1,15,19,20 42:9,18,20
43:4,7,8,19,21,25 44:6,7,8,13,15,17,
20 45:1,4,5,7,16 46:4,7,11,12,15,16,
20,25 47:4,11,20,22 48:9 49:2,3,10,
12,18,20,21,22,23,24 50:5,6,11,20,
21 51:5,11,12,13,15,17 52:4,5,8,18,

19,21 53:1,8,10,13,14,15,21 54:6,7,
13,15,18 55:1,12,13,14,16,20,24
56:9,13,15,19,22,23 57:9,10,13,21
58:21,25 59:8,16,19,23 60:1,2,10,
13,16,19,20,21,22 61:1,4,16,18,19,
20 62:6,7,15,17,20,25 63:3,11,20
64:1,4,6,13,16,17 65:4,21,22,23,25
66:21 67:3,4,5,19 68:5,13,14 69:6,
13,22,24 70:3,8,12,13,18,20,22
71:4,5,8,14,15,22,23,24 72:1,2,3,4,
5,10,16,21 73:3,8,16,20,21 74:6,16,
24 75:4,10,15,16,18,19,22,24 76:1,
2,6,8,13,21,23,24,25 77:1,4,5,9,10,
17,21 78:6,14,16,20,21 79:1,5,6,9,
10,12,14,16,17 80:3,4,6,7,8,11,13,
16,17 81:6,9,11,12,17,20,22,24
82:3,4,16 83:8,12,22,24 84:2,8,9,10,
12,17,21 85:7,10,12,16,25 86:2,7,
13,23 87:4,10 88:3,4,11,13,15,22,23
89:2,5,6,7,8,21,23 90:18,22 91:5,7,
13,15,19,21 92:8,9,16,21 93:1,6,16,
18,23,24 94:3,6,7,9,14,16,17,19,23
95:1,8,11,23,24 96:3,5,7,8,9,12,17,
20,21,24,25 97:6,7,11,17 98:16,21,
23 99:7,15,17 100:2,5,6,9,20,23
101:4,13,14,20,24 102:12,16,17,22
103:19,20 104:1,3,4,5,6,15,21,25
105:3,5,13,17,19 106:6,13,14 107:8,
13,15,17,18,21,23 108:15,25 109:6,
21 110:6,9,11,13,14,16 111:3,9,10,
11,12,14,15,16,24 112:3,5,8,17,19
113:3,4,7,8,9,11,17 114:14,15,20,
22,24 115:5,9,12,14,18,20,25 116:4,
9,15,18 117:15,17 118:2,4,5,6,8,9,
19,20,24 119:2,5,9,11,13,14,16,18,
19,20,24,25 120:2,3,4,5,6,8,12,17,
23,25 121:3,13,15,17 122:1,4,10,12,
19,23 123:19,23 124:10,14,19
125:9,17 126:15 128:4,7,9,13,16,17,
22 129:3,7,9,11,13,21,22,24 130:4,
8,10,14,17,25 131:1,2,4,5,6,8,18,19,
20 132:1,8,20 133:2,5,14 134:4,7,8,
11,18,23,24,25 135:1,21,25 136:4,
16,24 137:8,12,14,15,20,23 138:13,
15,19 139:10,13,18,19,21 140:6,7,
24 141:3,5,22,24 142:2,23 143:2,5,
25 144:5,6,7,9,12,14,16,18,20,22,24
145:1,3,5,7,9,11,13 146:2,4,6,16,23,
25 147:2,11,15 148:3,7,20 149:7,8,
13 150:2,14,19,21,23,24 151:4,9,14,
20 152:17 153:5,21 154:2,6,13,21,
23 155:22 156:3,5,8,13,16,17,18,24,
25 157:1,2,4,7,17,18,19,25 158:3,7,
9,18,22,25 159:3,5,8,9,11,16,24
160:7,9,12,13,17,21,23 161:6,7,11,
15,17,19 162:7,13,14,19,24 163:10,

12,21,22,24 165:2,3,10,11,13,15,18,
20 166:11,12,16,17,18,25 167:1,4,6,
14,16,17,19,20,23 168:1,2,3,4,8,11,
16,19,20,23,25 169:1,7,8,9,10,19,
22,23 170:6,12,16,19 171:4,5,6,8,
10,13,17,19,21,22,23,25 172:4,9,13,
14,18,19,23,25 173:1,2,3,4,6,11,13,
17,21,25 174:25 175:3,4,12,17,18,
21,23,24,25 176:2,3,4,5,6,7,8,10,12,
13,14,18,19 177:2,3,6,11,14,20
178:9,14,15,16,21,23 179:4,13,14,
20,22,25 180:1,4,8,10,17,20 181:4,
5,9,10,17,21,25 182:5,13,14,15,17,
20,22 183:2,9,10,15,18,21,25 184:3,
4,8,12,13,14 185:7,14,18,20 186:1,
2,4,8,18,25 187:2,6,8,14,17 188:5,8,
13,18 189:2,7,9,10,14,19,20,21
190:2,9,10,11,14,23 191:1,23 192:3,
9,20,23,24 193:4,16,21,24 194:9,11,
14,15,17 195:9,11,12,13,15,16,17,
23,25 196:2,4,5,10,16,21,23 197:3,
4,7,15,17,19,20,22 198:14,17,23
199:6,7,9,12,19,20,25 200:4,25
201:5,6,13,18,20,21,22,25 202:1,4,
5,8,12,14 203:4,9,13,23 204:5,9,13,
15,23 205:3,17,20,25 206:8,21,22,
23 207:3,8,14,15,19,20,21,22,23
208:6,7,11,16,19 209:9,11,17,18,19
210:22,24 211:2,6,7,13,15,23 212:2,
7,8,14,17 213:1,7,15,16,20 214:2,7,
10,17,23 215:2,5,8,12,16,17,23
216:4,20 217:4,6,9,15,22 218:5,10,
14,15,16,17 219:1,8,9,13,15,22
220:4,6,16,17,19,23 221:2,5,9,13
222:17,21,23 223:3,5,8,12,13,15,18,
19,23 224:3,5,7,13,14,15,24 225:4,
7,12,15,17,21 226:3,5,9,10,11,15
227:1,2,4,15,17,18,19,20,22 228:1,
4,5,7,10,11,14,20 229:3,7,15,19
230:3,4,7,8,16,22 231:5,10,11,13,
14,17,18,20 232:1,3,6,9,10,18,21
233:5,9,14,20,22,23,24 234:1,4,5,6,
13,14,16,17,20,22,25 235:1,2,4,5,9,
11,14,19,23 236:2,4,9,10,14,20,23,
24 237:1,3 238:3,6,7,19,20,22
239:3,5,12,16,18,24 240:7,10,11,12,
20,22 241:1,9,10,14,18,23 242:3,5,
8,17,18,21 243:3,4,6,7,10,22 244:1,
8,9,11,18,20,23,24 245:1,15,21
246:2,3,6,7,9,12,15 247:5,7,9,12,17,
19,20,21 248:3,10,11,12,20 249:3,
13,16,19,20,21,24 250:1,3,5,10,11,
20,21 251:1,3,5,8,9,15,17,18,21,22,
23 252:1,2,4,8,14,21,24,25 253:1,2,
3,4,6,11,12,17,19 254:9,10,11,12,
17,18 255:1,8,10,11,15,16,20,23,24,

25 256:1,5,6,15,17,22,25 257:9,25
258:1,8,11,12,15,22,24 259:3,7,8,
14,19,21,22 260:5,11,17,19,25
261:2,8,13,18 262:1,7,11,14,24
263:1,2,3,7,15,24 264:4,19,21,24
265:1,2,5,8,24,25 266:5,8

**their**  14:21 15:22 16:7,9 18:6,7 23:9
24:4,6 25:22 27:11,12,17,22 28:2,5,
6,15,19,24 29:20,21,25 30:1,7,8,13,
15,23 31:8,9,13,19,20 33:3,4,8
36:22 47:24 49:15 50:4,7 51:22,25
55:3,4 57:1 65:16 68:22 74:21 79:20
84:3,18,22 90:5,13,21 95:17,18
97:22 99:2 106:9 109:24 110:3,4,9,
25 111:1,7,9,15,22 112:2,15 114:2,3
118:1,10,11,17,23 119:6 120:6
121:11 123:21 124:18 125:2,11,18
126:15,19 127:13,15 128:15,22
132:3 135:17 138:18 141:10 143:10,
19 144:7 146:1,8 147:9 149:24
151:20 155:2,3,5 158:7 170:5
171:24 174:11 176:10 177:15 178:3,
8 179:5,7 180:9 181:2 182:16
187:22,25 188:9,11 189:5,6 199:17
203:5,25 204:1 205:20 206:18
209:25 212:24 216:18 220:20
221:12,18 222:13,14 223:3 229:18
233:19 246:18 247:24 248:3 250:4
251:16 253:17 258:13 262:1 263:19,
23 264:2,20

**them**  16:3,4 18:1,14,21 19:10,25
21:10 23:9 29:20 32:12,16 35:23
36:20,21 37:11 39:1,2 51:7,8 79:21
99:1 103:24 110:7 111:6 112:1
116:20 118:18 119:19 122:3 123:12
126:2 127:16 129:11,13,15 132:4
148:25 151:16 164:14 174:10 179:7
186:7 187:24 199:20 204:2 221:12
222:7 229:24 233:4,15 248:4 249:22
262:22 265:6

**themself**  142:6

**themselves**  5:8 123:11 132:5 142:9
147:7,17 148:1 195:12 239:13
246:14

**then**  6:1 12:13 14:18 16:11,25 17:25
18:19,20 24:20 26:23 30:25 31:16
32:22,23 34:4,14 35:22 36:15 37:10,
13 39:9,12 43:25 48:6,9 49:14 51:9,
11,12,24 52:10 56:6,12,22 70:14
74:10,17 76:12 83:1 84:17 91:4,7,
17,20 97:15 98:10,15 103:19 104:4
109:3,7,23 110:24 111:11,14 112:2,
3 115:14 119:2,13,22 120:8,14,15,

20,23 121:14,19 122:23 124:20
125:8,9,20 126:10 128:20 129:12,19
130:3,22,23 131:2,4 132:17 134:3,
11 136:15,18,20 137:8,19 139:3,23
142:12 143:5 147:20 148:25 150:21,
24 152:15 155:1,8,25 158:17,18
160:17,23 161:14 162:4 163:5
167:22 168:15 175:9,25 177:23
179:25 182:17 184:3,14 186:7
188:19 189:25 192:1 193:1,16
196:14 200:4,11 201:9,11 202:6
204:7 206:5,8 207:5,7 208:4,6
210:23,24 211:4,11,13,15,16
212:23,25 213:2,15 214:20 219:6,18
220:15 221:2,20 222:8,11,17,24
223:11,20 227:14,17 230:2,6 236:11
242:25 246:13 250:1 251:6 252:19,
20 262:14 264:5 265:12

**theoretical**  106:16

**theoretically**  106:3

**theory**  180:5

**therapies**  16:5

**therapist**  121:24 178:9

**therapy**  51:22,24 52:5 54:9,13,15,
19 55:15 57:7 62:1 63:7,17,22 64:3,
7,10,11,14 160:1 201:2,10 209:15

**therapy'**  47:25

**there**  7:4 8:12 9:3 10:24 11:17
13:21,25 21:2 30:10 31:11 32:18
33:14 34:7 35:5,18 37:3 39:24 41:7
42:5,11 43:15,19 44:16 45:3,10,22
46:24 48:25 49:3 50:1,8 51:15 57:8,
24 59:15 61:12 65:5 66:6,14 67:5,21
68:18,21 70:5,14 72:19 73:12,16
74:11,19,23 75:14 76:2 77:8,24
78:10 79:13 80:1,2,21 81:1,7,10,25
83:23 85:8,21 86:1,4,14,25 88:18
89:6 90:19,22 97:5,9 99:16,22
103:11 104:10 105:15,18 107:20
109:11,13 110:15 113:9,22 114:11,
13 115:1 119:13 121:1,8 124:2
126:11 130:13 134:21 137:10
141:14 148:10,14 149:5,16 150:3
151:1,19 153:6 155:11 156:11,17
157:13 160:5 163:22,24,25 164:4,5
166:12,17 168:14 170:25 172:24
174:19 177:21 180:11 183:24,25
185:7 186:13 190:6,7,10 192:4
193:6 195:23 198:4 200:8 202:19
203:8,12,19,20 204:4,14 205:9
207:13,19 211:4,12 212:23 213:20
214:1 216:6 218:8 219:23 220:5

222:5,11 224:9,11 226:15 228:2,12
232:6,17 235:1 238:23 240:15
243:18 247:10,14 248:6,10 249:3,4
250:16 251:5,14 257:2,13,21 260:6,
8 261:11 263:8

**there's**  7:6 13:11 14:24 16:9 20:2
22:3,6,15 32:2 33:14,15 35:4,11,16,
19 36:12,25 44:4,5,7,19 47:1 52:7,8,
21,23 57:3 64:25 68:16 73:3,4,12
74:4,8,15 77:15 78:12 79:22 81:19
82:15 84:19 85:17 88:16 92:7,10
94:7 100:19 102:7 103:10 105:1
110:19 111:12 114:9 115:11 116:19
124:7,16 125:16 126:7,8,17 127:6,
20 128:1 130:5 136:8 137:17 141:17
142:22 144:25 145:15 154:9,17
155:15,17 157:23 159:16,25 160:20
166:11,25 167:13 171:2 174:6,7
179:18,20,23 180:12 181:16,21
182:10,23 186:12,13 189:11,24
190:4,13,25 193:1 198:7 199:21
201:8,20 203:16 204:1 205:8
207:13,20 210:3 213:6,19,25
214:16,20 217:17,21,22 218:12
222:6,20 223:9,24 224:2 225:5
229:25 231:10 233:6,13 236:13
240:4 241:8 245:5,6 246:22 252:15,
17 255:17 257:1 260:2,5 262:8
263:25

**thereby**  205:2

**therefore**  66:7 196:4 224:15 243:7

**these**  26:2 33:12 37:20 49:15 51:21,
23 53:25 60:11 62:25 63:11 64:15,
24 67:17 72:14,17,24 73:9 77:25
79:9,20 80:1 85:3,13 89:9,14 91:20,
24 94:4,5 97:22 98:8,12 103:12
104:9 105:7,10 114:12,22 116:8,17,
21 119:17 132:14 134:2 138:10
148:4 151:15 162:15 165:14 168:7
171:18 172:20 173:1,3,16 174:1,8,
13 175:10 176:9,17 177:25 180:7,22
186:14,19 190:14 192:17 194:4,5
199:2,11 200:3 203:18 204:21 207:5
209:19,24 210:5 211:7 214:22
215:20 219:4,16,18,19 221:4,10,16
222:7,19 223:10,11,22 228:3,7
229:5 230:2 232:12,21 235:18
236:15,17,21 241:11 259:12 260:12,
14 261:21 262:5 263:5 264:8

**they**  15:19 17:25 18:19,20 19:17
23:6 24:3,5 30:11,13,16,17 31:2,18
35:6 36:19,23 37:10,11 38:5,18
40:11 42:24,25 43:2 50:3 51:9,10

56:3,4,5,22 80:7 81:16,17 84:20
85:12,14,15 93:10 94:18,19,21 95:8,
24 99:1,2,6,7 101:8,15,18 103:17
105:3 106:1,10,11,13 110:3,17,24
111:4,8,25 117:5 118:12 129:13
131:22,25 132:2,4,5,10,19 137:6
139:16 142:8 143:4,10,11 146:1,21
147:24 151:21 153:1 155:1,2,8,9
166:4 173:18,19 176:19 177:15,25
178:8,10 179:22 180:23 181:9
183:12 185:13,14,15 187:5 188:10,
18 189:4,5 199:21 201:11 205:16,19
206:16,24,25 210:12 215:23 218:3,
15 219:10,11 220:14 221:14 223:11
227:13 228:12 231:11 239:25 241:7
243:4,5,6 246:3,23 248:4 249:25
250:1,2,5,10,12 251:9,10,16,19
252:3,7 253:2,4,12,15,16 255:2,3
258:12

**they'd** 129:15 149:20

**they'll** 116:11 145:22

**they're** 16:8 18:9 27:21 28:25 30:14,
18 51:10 74:18 84:20 90:16 98:3,19
99:17,25 101:8,10,15 102:4 105:4
106:9,14,25 107:2 114:7 118:16,22
120:11 125:19 129:14 135:11
139:13 142:10,11,25 143:3 154:7
155:21 158:8 163:16 171:23 173:16,
21,22,24 174:15,16 178:10 185:18,
19,21 186:2 187:22 199:3 200:10
201:5 209:21 210:10,11,21 220:16
221:18 223:7 229:13,14,15,20
232:24 241:7,15 248:19 256:3,4
265:3

**they've** 18:16 31:18 111:25 121:24
140:20 203:24 246:15 252:2,3
253:13,16 263:17

**thing** 13:18 14:13 20:18 22:2 27:19
40:12 67:23 71:4 76:9 78:24 89:20
104:15 118:2 133:2,5 156:4 177:20
194:9 213:10 222:6 226:15

**things** 19:9 22:8 44:17 65:8 68:2
79:1 93:2 111:5 114:12 124:3
126:17 130:7 138:10 145:15 150:14
162:18 179:2 187:4 203:19 209:22
215:21,23 220:17 222:20

**think** 9:8,9 14:13 16:24 17:5,16
18:11 20:20 21:18 22:2,5 24:1,8
25:12 26:14 27:14,21 28:7 29:1,10,
18 32:18 33:7,25 35:11,19 37:3
38:11 40:2,9,18,19 41:4,5 42:5,10,
14,20 44:4,7,18 45:4,5,21 47:16

48:11,15 49:9,20,21 50:5,18,20 51:4
53:8 54:5,25 55:1,8,20 56:17 59:10
61:16 62:11 63:10,20 65:15,25 66:4,
11 67:8,15,19 68:12 69:3,6,22 71:20
72:7,24 75:3,8,10 76:5,23 77:3,14
78:14 79:20 80:6 81:19 82:8 83:18
84:8 85:2,11 86:5,21 87:2 88:4
89:11,20 90:9 91:1,10 92:6 93:15,16
94:17 95:1,16,20,25 96:4,10 98:3
99:14,15 102:4,15,20 103:1,8,13,16
106:24 107:4,12,15 108:1,5,6,15,20
109:21 112:13,16 113:7,11 114:1,14
115:8,10,15,25 116:16 120:21
121:3,7,22 122:17 123:4,5 124:4
125:12,15 126:1,13 127:4,6,11
128:6 130:5,7 131:15,24 132:14
135:4,12,23 136:8,23 138:2,7,11
139:2,5,17 140:19 141:8,9,13,20
142:10,20,25 143:14,15,17 144:2,12
145:10 146:3,10 147:2,9 148:7,11,
23 149:3,15,16,23 150:3,5 151:1,9,
13,16,19,25 152:2,12,16 153:22
154:10,24 155:19 156:3,11,19
157:4,23,24 158:24 159:3,14 160:7,
10,14 161:9,17,19 162:13,23 163:2,
11,21 165:2,12,25 166:14,24,25
167:18 168:2,6,10 169:11,24 170:8,
11,12,15 171:5,8 173:23 174:13,18
176:6,12,24 177:1,15 178:13,21
179:18,20 180:6,14,17 181:4 182:3,
13,14,19,22 183:2,4,5,9,14,23
184:6,24 186:11,17 187:11,20,21
188:16 189:24 190:4,13 191:10
193:9,13,19,23 194:9 195:6 196:9,
14 199:3,4 200:12 201:13 202:18
203:3,7,22 204:3,7,10 205:6,24
206:6,22 210:17 211:1,6 212:8
213:10,21,23 214:23 215:7 217:8,21
219:20 220:16 221:5 222:1,14,15,
17,22,24 223:1,5,17,18,20 224:22
225:8,10,21,23 226:24 227:7,23
228:4,11,12 229:20 230:15 231:10,
18 232:9,21 235:23 236:1,2,20,22
237:2,7,12 239:9,14,24 241:1,7,8
242:4,16,20 243:7 244:6 245:6,8,9
246:1,8,11 247:19 249:12,16 250:4,
10 251:2,13,17,20 252:3 253:3,15,
25 254:14,21 255:17,18,20,23
256:6,24 257:1,8 258:11,12 259:11,
16,21 260:3 261:13,17 262:8,17,23
263:9,22,24 264:3,6,7,16,25 265:7

**thinking** 17:8 18:5 23:20 28:21
29:17 55:25 58:8 67:16 76:8 94:18
96:6,15 101:15 120:10 154:23
157:25 180:1 188:23 194:22,25
203:5 209:14 219:23 222:3,8 225:16

227:4 246:14

**third** 89:5 174:23 190:18

**this** 5:5 6:19 7:1 8:3,5,7,12,15,22
9:6,7,12,15,22 10:1,3,10,14,16,17
13:18 21:17 23:5 30:16 31:25 33:9
34:19 41:4 47:19 48:20 49:6,9,12,25
50:11 51:19 52:17,24 53:1,3,4,13,20
54:5,6,23 55:5,12,13,14,22,23 56:1,
4,17 57:1,7,9,17,20,21 58:15,19
59:6,16,19,20 60:6,9,12 61:8,12,15
63:13,15 64:7 69:9,22,24 70:4,20
71:21 72:8,16,21 73:7,24 75:23
76:11,17,20 77:7,12,14,21 78:1,3,9,
13,14,22 79:8,10 80:2,15,23,24
81:13,15,24 82:12,20,22 83:12,15
84:13,14,17,19,23 85:5,11,20 86:14
88:11 89:19 90:4,14,23 91:10 92:16,
19,21,24 93:6,11,18,19,20 94:1,10,
11,18,24 95:4,25 96:7,10,11,15,19
97:11 99:10,14,16,25 100:3,13,15,
17,22,24 101:2,13,15,17 102:6,8,13,
21 103:17 104:21,24,25 105:4,13,18
106:1,3,15,25 107:11,16,23 108:3
109:9,12 113:12 115:15,22 116:6,17
117:7 119:8 121:8 123:10,13 125:12
127:2 129:2,22 131:24 132:9
133:21,23 139:23 148:12 150:10
151:15 152:9,14 155:20,22,23
156:22 159:24 162:5,7,10,25 163:3,
9,11,21 164:11,12,17,25 165:12,15
166:1,12,18,20,24 167:15 168:18,
24,25 169:6,8,10,21,22,23,25 170:8,
9,13,15,17,23 171:3,4,9,23 172:5,7,
21,22 173:11,12,22,25 174:3 175:1,
6,12,15,16 176:1,7,15,23 177:1,7,
14,24 178:1,11 179:3,11,15 180:2,
11,16,20,23,24 181:13,14 182:2,8,
18 183:6,11,19 184:1,2,5,8,11,12,
14,15,18,21,22 185:10,14,15,20
186:3,7,8,10,17,21 187:4 188:23
189:8,21 190:6 192:4,7,9,12,15,18,
21 193:9,10,15,21,23 194:9,17,23,
24 195:7,10 196:1,5,15 197:15
198:3,4,10,15 199:8,23 200:13,15,
16,17,23,24 201:3,9,14,15 202:14
203:8,10,16,20,21 204:6,8,14
205:12,15 208:5,14,16,19 209:7,13,
14,16,21 210:12,14,17,18 211:23,25
212:2,12,13,16,22 214:12,15 215:1,
10,12,15,16,25 216:16,18,19,22
217:7,11,13,16 218:25 219:2,3,5,9,
18,21 220:3,4,6,11,12,13,21 221:6,
7,9,11,19,24 222:13,18 223:1,5,7
224:2,6,22 225:11,15,21,24 226:3,
22 227:4,23 228:4,5,16 229:11,15,

21 230:6,20,22,25 231:1,4 232:1
233:24 234:5,21 235:3,10,24,25
236:8,18,20,23 237:2,3,4,10,11,12,
18,21,23 238:6,9,10,20,24 239:2,3
240:1,3,11,17,19,20,24 241:2,17,21
242:7,15 243:9,14 244:2,7,13,19,25
245:19 246:2,5,11,12,14,19 247:2,4,
9 248:21 249:7,8,12,16,17,24
250:20,23 251:7,23 252:1,10,16,18,
23 253:6,8,21,25 254:6,9,19,23
255:7 256:4,7,11,16,20,21 257:24,
25 258:1,6,15,17 259:2,6,21,25
261:17 263:9 264:17,24 265:22

**thoroughly** 71:11

**those** 16:12 19:9,15,19 22:1,13
26:24 27:19 29:13 36:24 37:21 44:3
46:22 48:15 60:8 64:12 65:3,8 67:11
68:6,16,24 73:5 74:9,15 82:25 90:7
103:20 110:16 118:18,22 120:10
122:15 123:18 125:9 128:2 130:21,
23 131:24 137:14 138:12 139:20
140:6 141:4 144:20 148:7 149:11
153:11 154:3 160:15 165:9 175:25
176:20,22 180:10 187:4 191:3 192:2
198:21 201:2 204:13 206:17 218:18,
20 219:8 222:3 223:12 226:11
232:7,11 234:1 240:5 243:8,12
253:7,9 261:16

**though** 26:1 48:17 61:1 114:15
127:14 141:21 161:4 232:23

**thought** 25:13 26:6 33:24 35:6 48:7
99:10,22 123:10 155:17 156:7,8

**thoughts** 189:5 196:22

**thousands** 67:11 151:4 199:5

**three** 82:15 108:21 121:14 124:17,
19 125:3,5,7 130:13 145:5 161:20,
21 214:13 218:12,16 219:6,8,17
247:20

**three-hour** 121:18

**three-month** 125:9

**threefold** 164:9

**thrive** 137:7 139:1 166:5

**thriving** 137:21

**through** 29:3 43:9 69:2 70:4,18
76:11 120:3,17 123:1,2,23 124:18
126:15 136:14,15,21 139:14 140:21
145:11,13,16,25 146:1,22 147:23
149:20 153:24 157:8 158:16 160:11
167:21 186:14 188:13 192:2 201:1

222:19 239:12 243:5 249:17,18
255:19 258:15 262:23

**throughout** 134:3

**thrust** 197:19

**thyroid** 12:5 129:20 239:17

**tidy** 52:24,25

**tie** 47:12

**tight-fitting** 110:1

**till** 12:24 109:11

**time** 5:5 27:11,23,25 31:3,10 34:6
36:15,25 37:14 38:9 41:25 44:11
46:17 53:17 75:13 101:3 108:3,23
109:10 119:5 120:16 122:3 123:14
125:21 129:18,23 132:22 139:21
146:1 147:10 149:22 154:23 160:6
170:1 171:4 183:8 184:23 187:6
191:11 199:12 206:8 210:13 214:7,
13,16,20 217:15,17 218:12 219:6,8,
17 221:10,16 224:16 231:5 239:12
252:23 253:21 255:21 258:2,17
262:18

**times** 39:24 112:13 118:16 233:4

**tissue** 20:24

**title** 9:3 11:21

**titrate** 161:4

**titrated** 160:24

**titrating** 161:3

**to** 5:10 6:4,21 7:2 8:6,16 9:24 10:19
12:4,25 13:17,18,25 14:3,10,25
15:3,13,21,23,24 16:2,4,6,9,10,13
17:4 18:2,10,14 19:23 20:2,4,9,12,
13,16,22,25 21:4,10,15,17,18,22,23
22:2,4,7,12,24 23:4,7,12,15,18,23,
25 24:4,9,18,20 25:3,4,8,11,16,19
26:1,10,15,22,23,24 27:4,13,16,20,
24 28:4,13,14,20,25 29:6,11,13,25
30:2,3,9,12,19,22 31:5,14,21,23
32:6,11,20,22 33:6,7,10,12,17,23
34:9,23,25 35:3,8,20,24 36:5,6,8,10
37:4,6,13,24 38:1,2,10,21,25 39:2,3,
10,13,17 40:1,5,8,12,14,17,22 41:3,
4,9,14 42:3,13 43:12,18,19,22,25
44:6,8,14,17,20 45:1,7,10,11,15
46:1,6,7,9,10,11,12,14,18,23 47:1,
17,22,23 48:1,3,5 49:6,8,10,13,15
50:4,10,15,17 51:1,4,8,9,14,19,22,
23 52:10,11,14,18 53:4,7,14,19,23
54:4,17,22,24,25 55:2,3,4,10,14,18

56:10,13,23,25 57:2 58:3,7,11,14,
20,25 59:13,21,22,24 60:5,6,9,16
61:7,14,21,22 62:2,6,10,16,17 63:2,
3,8,12,13,19 64:19,21 65:4,6,8,14,
16,19,22 66:3,5,9,10,19,23 67:3,6,7,
25 68:5,7,8,10,12,16,19,20,25 69:3,
12,15 70:3,17,18,25 71:4,8,9,16,24
72:3,6,7,12,19 73:6,9,11,18,23,25
74:14,19,21,24 75:2,3,4,8,17,18,19,
22,24 76:11,13,25 77:4,7,10,12,16,
24 78:5,6,15,19 79:13,21 80:1,4,10,
11,19,25 81:2,3,8,10,12,14,17,21,
23,24,25 82:1,7,10,13,22 83:6,8,15,
17,20 84:1,6,7,11,12,14,16,19,21
85:1,2,3,6,7,8,10,12,14,18,23 86:1,
4,6,8,10,12,15,18,20,22 87:3,7,8,9
88:3,12,21,25 89:2,9,20,25 90:8,13,
17,23 91:8,18,25 92:1,2,3,5,14,24,
25 93:3,7,14,16,19,20,24 94:2,7,8,
12,15,21,22,25 95:1,6,8,10,11,21
96:2,12,13,16 97:17,24,25 98:4,9,
10,15,21,23,24 99:1,3,4,6,13,21,22
100:2,4,8,11,14,16,18,20,23 101:1,
2,4,10,11,17,25 102:1,2,5,6,16,18,
20,23,24,25 103:1,10,14,16,18,23
104:1,4,9,10,11,14,18,24,25 105:6,
7,20,25 106:4,5,8,12,14,18,20,23
107:1,5,6,13,14,18,21,23,24 108:2,
3,8,12,14,19,24 109:4,9,10,20,23
110:3,4,5,13 111:1,8,19,22,25
112:10,11,12,14,25 113:7,19,22,23,
24 114:4,12,22,23 115:1,5,7,12,16,
18 116:3,11,14,20,22 117:4,12,13,
15 118:5,10,12,13,14,15 119:4,10,
16,24 120:5,16,21,24 121:2,8,19,21
122:5,9,20 123:1,2,13,25 124:5,6,7,
12,22 125:2,6,10,13,14,17,18,20,21,
24 126:1,2,8,25 127:1,2,16,19,23
128:9,17,18,21,23,24 129:3,5,10,13,
15,16 130:17,23,24,25 131:5,11,25
132:4,5,6,9,10,11,16,23 133:4,8,13,
18,21,22 134:8,11,14,19 135:6,8,12,
14 136:4,15,16,18,20 137:7,12,17,
25 138:10,12 139:1,9,11,15,20,21,
23 140:7,18,25 141:4,6,18,21,22
142:4,13,24 143:3,6,8,13,21 144:5,
11,12,13,18,24 145:19,20,22,23
146:5,17,20 147:3,9,11,14,15,18,19,
21,23,24 148:2,9,22,23 149:17,19
150:1,17 151:6 152:1,11,16,20,25
153:8,14,15,16,23,24,25 154:3,4,7,
11,14,15,25 155:3,4,12,16,20,24,25
156:1,5,12,13,15,22,24 157:1,19
158:5,6,8,13,19,20,23,24 159:13,16,
18,20 160:18,25 161:4,6,8,11,14,18,
19,21 162:10,12,14,22 163:1,15,16,

19,23 164:8,16 165:1,13,21 166:5,6,
16,17,20 167:2,4,5,9,10,11,12,17,
18,24 168:7,9,18,22 169:12,14,16,
19 170:5,21,25 171:1,9,12,18,24,25
172:1,4,7,9,10,12,13,17 173:2,9,13,
14,15,17,23 174:3,5,9,15,17 175:5,
9,13,14,15,21,23 176:2,6,9,14,15,
17,23 177:4,5,9,11,13,19,23,24
178:8,12,13,14 179:4,6,7,11,14,17,
19 180:5,6,8 181:1,2,5,7,10,12,15,
17,24 182:4,11,16,23,24 183:3,7,9,
18,23 184:5,7,22 185:8,18 186:2,8,
17,18,19,22,25 187:1,5,13,18,20
188:4,8,9,17,18 189:4,13,17,21,23
190:12,14,22,24,25 191:6,14,16
192:2,5,13,14,15,19,24 193:3,14,18,
20,21,24 194:7,8,23,25 195:1,11,14,
17,24 196:1,5,6,8 197:1,10,14,18,
23,24 198:1,6,7,11,12,15,20 199:1,
5,7,9,13,18,22,25 200:1,18,20,21,22
201:4,6,9,12,17 202:1,3,13,16,18,
23,24 203:6,7,18 204:16,17,20,22,
23,24 205:4,11,13,22,25 206:2,9,18
207:12 208:2,9,11 209:8,11,16,17,
23 210:2,8,10,16 211:2,3,5,11,14,
20,22 212:12,13,14,22 213:9,10,14,
15,18 214:6,14,15,17,23 215:16,19,
22 216:1,17,19 217:1,18,20 218:2,5,
22 219:4,23,25 221:1,3,7,12,15,18,
23,24 222:1,9,11,16,22 223:2 224:2,
5,21,24 225:6,11,14,17,19 226:13,
15,16,21 227:7,8,9,15,18,21 228:5,
8,13,14,19,20,24 229:1,10,12,18,19,
23 230:3,6,13,16 231:2,16,17,18,21,
22 232:1,4,8,12,15,20 233:1,3,4,22
234:5,7,12,18,24,25 235:1,4,7,9,11,
13,19,20,21 236:7,13,15,17,19,22
237:1,2,3,18,20 238:13,16,19 239:5,
12,15,18,19,25 240:3,10,25 241:3,
14 242:2,3,4,6,9,17,22,23,24 243:1,
11,24 244:5,11,17 245:4,9,12,13,16,
19,20,23,25 246:3,9,14,15,16 247:2,
4,18,23 248:1,9,17,23 249:3,7,11,
14,17,22 250:2,7,14,19,23,25 251:2,
5,8,11,15,19,24 252:2,4,5,11,13,19
253:8,9,10,14,20,22,24 254:12,14,
16,20,23,24 255:1,6,8,11,12,19,23
256:2,10,12,13,18,21,23 257:6,9,14
258:8,10,17,19,21 259:8,9,15,16,24,
25 260:2,4,25 261:1,25 262:10,19,
20,21,25 263:3,7,15,21 264:7,9,13
265:6,15,16,18

**today**  6:23 7:5 8:17 15:1 43:21
132:19 171:10 178:22 189:22 190:4,
17 193:22 224:1 233:11 236:6,25
239:6,10 262:18,25

**Today's**  5:4

**together**  58:12 68:4 92:2 130:22
143:7 214:15 241:4 246:25 247:8
248:8 249:19

**told**  31:18

**Tom**  5:22 6:16 41:24 168:9 215:1
260:24

**too**  41:4 70:8 108:19 150:9 159:19
174:4 186:13 218:2 239:11 261:14

**tool**  32:11,13 37:23,25 38:1 40:7
132:16 182:7

**tools**  32:1 132:15

**top**  20:9 21:9,13 47:4 59:19 166:11,
17 214:10 223:3 231:20 238:22
249:4

**topic**  60:12 147:2 148:3 155:23
242:24,25 244:18 247:19 253:6
262:17 264:13,17

**topics**  12:17 13:15,16 15:24 114:23
186:19 222:4 240:6 247:4

**total**  210:9

**touched**  148:11

**track**  123:22 124:1 129:24 131:8
163:17 212:9

**tragic**  236:21

**trained**  33:10 116:3 141:21

**training**  10:22 13:6 140:21

**trait**  91:23 103:5

**trans**  70:6 73:11 74:25 76:19 98:20
107:20,24 130:12 154:11,18 157:14,
17,21 162:14 180:8 197:23,25
233:12 234:22 236:3 241:13 244:19
262:21 264:15,19

**transcript**  265:24 266:1,5

**transgender**  12:8,10 13:2 14:5,7,
11,19 15:3,11 17:1,2,20 33:22 35:6,
22 40:10 42:6,11 43:20 44:18,22
45:4,8,11 47:23 50:1 53:6,10,12,16,
17,21 54:11,12,20 55:3 56:3 59:9
68:19 77:21 80:22 91:19 93:10
105:9 126:5 127:11 133:2,7 137:4,
21 138:20 139:1 157:7 158:2,16
163:13 164:8,21 165:19 166:2
171:7,11 172:2,10,16 173:6 186:6
192:23 195:18,25 196:3,6,10,23,24
197:3,4,8,11,18,19,23 198:14,18,24

199:6,7,9 200:20 201:7,11,13,23
230:17 232:24 233:5,15 240:12,21,
23

**transgenderism**  64:18 75:25 78:4
84:25

**transgenders**  43:16

**transition**  125:24 126:2 132:12,13
181:11 182:4,17 183:17

**transitioning**  127:14,16

**translation**  247:23

**transmitted**  127:8

**transparent**  253:12

**transsexual**  72:5 84:5 89:8 97:16
105:20

**transsexualism**  83:10

**transsexuality**  71:25 97:13

**transsexuals**  72:2 84:3 89:9 92:17
97:14 101:12,19 102:3 105:22
107:13

**treat**  15:13 17:24 39:10,15 111:9
127:17 135:13,22 136:4 142:19
156:23 246:3

**treatable**  161:24 165:4

**treated**  17:20 34:13 35:12 41:18
111:12 115:18 133:10,11 147:12
151:7 154:12 161:10 164:24 185:22
205:10 207:9 208:8 219:11,12
232:13 246:21 248:21

**treating**  16:25 24:13 40:9 62:12
112:15 117:22 121:24 127:7 133:13
142:14 157:16 193:21 244:2 264:19

**treatment**  34:1,4 35:7,17 39:21
90:14 96:7,9 111:13,16 112:17
120:18 124:20 125:3 128:19 129:8,
13,25 130:2,8,25 131:11,13,17
132:1,9 133:13 135:1,9,24,25 137:5,
10,15,18,24 139:4,18 140:8 153:3,9,
12 155:7 158:1 165:16,17 166:3
176:2 178:16,19 186:23 187:7,15
191:24 202:25 206:2,16 207:15,16
210:1 212:14 214:1,5 215:17,20
216:10 217:19 219:14 220:15,24
221:14 229:14,16 231:12 233:18
235:5,12 236:8 238:21 244:19
245:22 247:12,15,25 248:5,13,24
256:3 260:17 262:2

**treatments**  16:5 18:25 154:22

248:12

**triage** 118:3,5,19 120:20 123:7,23
124:5

**trial** 51:3,6 52:14 139:7 163:4 175:8
194:4 203:17

**trials** 250:7

**tricky** 221:7

**tried** 82:10 88:12 102:1 239:25

**true** 184:6

**truth** 6:5,6

**truthful** 7:3 37:12

**try** 21:23 26:1 45:11,15 48:5 51:19,
22 60:5 95:11 112:23 114:12 125:23
182:23 183:3 212:13

**trying** 23:15 25:11,19 37:24 44:20
45:1 49:13 51:4 54:22 59:22 63:2
67:6 68:10 81:21 86:6,10 93:15,24
98:4,23 100:18 101:16 102:18,23
104:1,14 110:5 113:7 138:9 148:23
158:5,6,8 159:20 167:10 168:22
169:12,16 184:22 186:2,17 187:1,13
192:15,19 193:24 199:5 200:1,22
202:16,23 203:6 215:16,19 227:7
230:3 231:1,2 245:9,13 246:8
249:17 254:16

**Tuesday** 5:4

**tumor** 136:13

**Turban** 48:10,11,19,23 49:3 52:16
56:2 61:25 192:3,4,10 198:3 202:11
203:7

**Turban's** 198:9

**turn** 13:17 17:25 83:8 109:9 191:16
260:4 263:7 265:18

**turns** 41:21,22 91:15 149:9

**twice** 226:15

**twin** 67:20 68:12,21 69:9

**twins** 68:13

**two** 12:13 46:22 52:6 67:9 79:9
82:15 103:21 116:19 122:14,16
125:3 130:10 138:10 161:19,21
165:9,10 207:8 221:10 222:7 223:10
227:11 228:12 232:2 235:23 236:21
241:3 243:13 244:8,9 261:16

**two-thirds** 79:1 190:19

**twofold** 164:8

**type** 12:5 50:11,13 59:6 90:12 99:15
143:23 162:21 175:12 180:16 199:8,
11 200:17 201:9 219:5 238:7 239:5
244:8 256:7,12

**types** 42:23 49:15 68:16 140:6
221:4 235:18 252:6

**typical** 115:20 157:9

**typically** 112:18 121:14 124:17
156:20

**typo** 48:4

**U**

**U.S.** 44:7 45:7 59:8 192:23 195:17,
25 196:4,10,23 197:22 198:14 199:9
253:6

**UGDS** 181:5

**Uh-huh** 237:9

**Uh-oh** 133:22

**UK** 254:9,18

**ultimate** 111:9 119:9,10 128:13
256:16

**ultimately** 128:17 155:11 217:22
259:2

**unable** 99:2 110:3,4,13

**unassailable** 40:7,13

**uncertain** 32:22

**uncertainty** 31:12

**unclear** 65:25 151:13,25 235:19

**uncomfortable** 110:1

**under** 17:24 22:15 83:23 96:20,21
105:13 163:22 164:2 204:22 208:4,5
211:12,13 228:20 229:2,3 247:9
263:7,13

**undergone** 18:16

**undergraduate** 10:23

**underrepresenting** 200:13

**understand** 7:4 8:13 18:6 25:12
26:10,15 28:13,15 30:19 31:19,25
32:11 33:12 38:11 39:5,21 40:3
43:19 44:6 54:22 65:5,12,23 66:23
68:16 69:4 72:17 74:12 78:11 97:21
98:25 99:1 104:14 110:5,11 114:22,

23 115:2 118:6 120:24 123:2 167:6
170:8 173:2 188:17 193:15 197:9,
12,22 202:16 206:19 207:4 215:19
230:3 232:1 235:22 237:18 242:2,3
246:20 249:11 250:23 254:23 257:4
258:8,23 265:8

**understanding** 9:25 22:7 27:10,17,
22 28:2,5,6,15,19,24 29:3,8,20 30:6,
14 31:9 33:3,8 34:22 38:6 46:3
62:21 73:2 75:12 78:16 80:15 88:9
114:16 121:9 132:2 141:22 177:6
182:10 184:2 189:19 190:2 216:15
218:19 227:20 244:4 245:21 256:21
260:22 264:17

**understood** 30:1 50:15

**undertaken** 253:8

**undesired** 130:11

**unfortunately** 26:5 52:24 178:5,6
209:1 233:11

**unique** 18:11 123:13 127:2 169:25
194:9 199:8 200:19

**United** 43:21 46:4 246:7 256:17
258:22 259:3

**university** 10:24,25 11:2,7,15,19
15:22 21:3,5,12 265:5

**unknowable** 29:1

**unknown** 92:10 151:23

**unlikely** 201:12

**unpack** 96:20 97:21 242:22

**unreasonable** 259:13,22 263:20,24

**unrelated** 81:2

**unsuccessful** 54:1 62:1 63:7,18,
24,25 64:11 155:9

**until** 39:15 146:22 219:13

**untreated** 161:25 164:24 165:5
171:7 172:10

**up** 7:24 8:19 9:19 10:6 26:16 36:11
38:19 43:9 44:10 45:2 47:18 48:21
51:6 52:6 56:8 60:15 64:8 70:10,25
71:9 78:25 87:7 97:6 107:8 118:3
119:22 120:16 122:23 123:2 125:7,
19 131:3 132:9 139:15,20 143:19
149:12 152:11 153:18 154:3 157:1
166:16 167:1 168:2,16,23 173:15
181:17 198:3 204:23 205:2 207:1
211:5 218:10 224:25 230:15 237:2
238:16,19 246:16 250:9 252:13

253:24 258:13,17 259:20 261:5

**upon** 11:1,13 86:13 93:4 198:13

**upshot** 231:10 252:24 255:23

**us** 10:21 11:11,24 29:2 42:19 47:11
49:7 55:15 67:10 83:16 84:14 92:24
104:24 123:14 130:18 143:6 162:11
166:21 169:21 181:21 184:21
192:13 208:7 209:8 212:11,12 213:8
214:12 215:15 216:8 217:12 220:11
229:3 230:25 232:2,5

**use** 19:5,6 20:19 38:20 39:9,22
50:21 54:22 55:22 67:19 68:15 75:4
78:6 82:12 91:21 93:1,20 96:13
110:21 111:19,25 112:10 113:2
117:22 133:14 141:22 143:17 145:4
147:9,22 150:12 156:19 158:3
163:10 177:23 181:4 182:19 183:5,
16 199:11 201:25 203:18 209:19
227:3 230:6 235:20 236:17 239:15,
16 251:1,9,16 264:1

**used** 25:13,15 39:13 49:24 53:2
103:18,20 160:8 183:7 253:2

**useful** 37:24 43:10 245:20

**using** 23:16 37:23 49:11 51:19 59:8
61:7,22 62:18 103:20,24 111:24
118:22 126:19 128:25 129:11
130:21,22 134:20 144:24 146:5,6,19
147:16 151:17 154:24 156:22
162:23,24 179:13 182:15 185:19
203:4 209:15,23 220:18,19 227:5

**usually** 125:11 136:12 150:19,22

**uterus** 157:16

**utility** 78:23 239:7 265:8

**utilization** 162:17

**utilized** 112:18

**Utrecht** 181:5 182:5,14 183:2

**Utrecht** 183:15

---

**V**

**V-A-S-T-A-G** 5:25

**vacuum** 178:25 213:12

**valid** 199:4

**validate** 39:13

**value** 204:8

**van** 220:3,5,6

**variable** 16:24 51:15 52:23 68:2
104:6 122:17 204:4

**variables** 89:7,14 203:18 229:4

**variation** 83:9

**variations** 93:3

**variety** 21:25 86:11 88:10 133:12
186:20,24 215:21

**various** 6:20 13:12 98:22 111:20
217:13

**varying** 109:15 210:3

**Vastag** 5:25

**verbiage** 115:9

**verify** 13:19

**Vermont** 11:2

**versa** 168:12

**version** 181:9 182:11,16,18 183:15
240:21

**versus** 72:22 115:24 116:6 125:18
191:4 203:25 204:21 213:4 222:2
224:1

**very** 8:5 51:16,18 56:23 64:24 66:25
67:22 71:21 72:8,11,12,25 76:21
83:18 99:18 103:5 104:25 122:13
129:7,9 136:20,21 138:12 142:21
150:15 151:3 170:1 177:16 180:9
187:24 193:25 194:3,18 200:15
227:14 233:4,21 236:3,18 237:8
265:17

**vice** 168:11

**video** 6:2 261:6

**view** 37:5 47:11 93:13

**virilization** 90:13

**virtual** 12:14

**visit** 31:11 119:22 120:9 121:13,15,
18,20 122:4,12,18,24 123:3,8,24
124:5,11 125:2 129:21,23 131:3,5,6,
22 132:20

**visits** 121:16 122:7,10,14,16 124:25
125:9 128:5 131:7,20

**visual** 22:15

**voice** 72:1 128:23,25 131:19 253:20

**volume** 46:16,21

**volumes** 69:13 79:4,5

**Vries** 137:8 166:6,7,11,12 167:7
168:14 169:1 184:3,13

---

**W**

**wait** 109:11 155:2

**walked** 60:19

**want** 8:8 10:19 15:23 26:22 27:13,16
38:25 46:7 66:23 69:3,9 70:17 71:9,
16 72:12 73:8 80:11 82:22 87:13
98:15,21 102:6 106:24 108:3 115:1
122:20 125:13 128:23 129:2 131:11
133:21 135:12 140:11 167:5,18
168:9 173:15 181:15 183:23 185:8
189:17 192:2 193:14 198:12 199:18,
22 202:3 214:15 228:13,14,19,20
230:16 231:21 233:14 236:16
238:19 250:16 261:1 265:16 266:2,4

**wanted** 63:12 72:7 89:20 104:8
118:12 123:1 132:10 199:13 226:16
239:15 250:14

**wanting** 98:10 227:18 236:7 246:3
252:13

**warmth** 160:11

**was** 6:6 7:20 10:17 11:1,14 13:6
23:20 26:8,9 29:23 31:11,13 32:19,
25 34:16,21 39:16 44:5,13,14,25
45:1,6,9,10,17,19,20 46:3 48:3,5,7
49:9,22,23,24,25 50:1,5 53:4,11
55:2 58:4,16 59:6,7,24,25 60:9,20
63:10 65:18 66:6,11,12,14 69:15
72:3,5 75:3,5 76:8,24 82:12 86:21
87:2,8,24 88:23 91:4,17,19 93:23
96:19 99:11 100:10,17 102:18
103:18,24 111:18 118:6 129:22
132:4,9 142:13 149:14 151:1,2,13,
19 153:22 156:8 158:15 161:13,18
162:19 167:1,23 168:11,15 169:12
170:5 171:18 172:19 182:15 183:7
184:10 185:6 186:1,11 187:20 190:6
191:1 193:6 195:23,24 196:15 197:3
201:1,13 202:19,25 203:1,12 204:14
205:10 210:24 211:6 212:23 214:1
217:2 220:24 223:2 228:10,12,16
232:6,7,9,10,17 233:23 238:8
242:18 243:11

**wasn't** 99:24 106:13 177:3

**watching** 174:10 264:19

**waves** 218:16

**way** 21:23 22:18 24:22 33:24 35:19
41:5 51:14 52:15 56:24 63:20 67:5
68:9 74:12 75:8 79:1 90:24 92:8
113:20,22 116:5 120:21 121:7
126:15 131:2 134:22 138:3 139:24
142:23 146:10 155:25 158:22
170:13 177:12 183:21 186:8 187:23,
25 203:11,12,14,15 217:9 229:25
235:16 241:8 244:6 255:10 261:18

**ways** 29:4,21 32:22 50:19 52:19
65:24 114:11 133:12 139:25 143:14,
20 148:14 174:11 183:13 250:11
262:23

**we** 9:14 19:9,11,21,24 21:5,18,23
24:8 26:23 29:6 32:1 38:13,20 39:5,
9,11,21 42:19 44:16 48:25 51:2,3,6,
17 52:7,13,14,18,19 54:22 55:22
57:8,13,15 58:23 59:15 64:2 65:2,4,
5,11 67:21 70:11 71:10,14 72:17
73:2 74:10 75:14 76:12 78:12 80:14
82:24,25 83:2 85:10 89:2,3,4,21
90:9 91:17,20 92:7 93:19 95:16,21
96:12 97:9 100:6 101:16,21,23
102:1,5,6 103:7 105:15,21 106:17
107:16 108:7,14,15,22,23,24,25
109:13,23 112:7 115:8 118:12,17
122:25 123:17 125:1,13 128:18
130:25 131:6 132:14,18,20 135:12
138:11 139:4,6,23,25 141:13
143:15,16 144:13 146:2,4,10 147:3,
4,8,20 150:12,21,22 153:6 154:10,
11,13 155:3,22 156:19 159:4 160:7,
9,13 163:24,25 165:1 166:12,14,17
168:10,18 171:10 172:2 174:8,11
175:7,8,9,11,13 176:1,3,7 179:10
182:18,21,25 184:14 185:10 186:5,
6,7,15,18 187:16,17 193:9 199:22
200:5,6,8,12 201:22 202:3,24 204:6
206:5 207:18 209:17 210:20 211:11
213:11,13,15 214:15 215:1 216:6,8
218:8 222:22,24 224:9 226:19
227:21 228:14,15,19,22 229:21
230:6 233:14,20 234:9,20 236:15,16
237:13 238:23 239:21 240:15 241:3
242:11 243:17,18 247:10 249:3,4
250:9 251:1,19,23 254:3 255:19
257:21 258:1 259:20 260:8 261:11,
23,24 262:17,25 263:2,6,8,10,16
265:10,11,21

**we'd** 211:2 255:19

**we'll** 71:3 109:3 120:2 122:23
135:18 152:15,18 257:17 265:12

**we're** 8:16 9:15 14:25 17:18 18:12,
13 20:1,2,18,24 24:6 26:3 29:2
33:18 42:17 44:10 50:23 54:25 69:4
84:10,13 98:4 106:6 108:1 112:20
113:12 116:16 117:11 123:5 125:4
128:18 129:24 130:24 131:1,8 138:9
143:25 144:24 146:5,6,8,25 148:5,
16 153:2,10,17 156:22 159:3 161:10
168:13 171:17 174:17 185:17
186:25 187:1,12 188:22 189:7
190:17,20 192:22 194:22 199:5
200:9,13 205:24 209:9,15 212:8,16,
21 213:12,13,18 215:7 217:2,17
218:5 219:6 220:21 222:22,24
226:5,12 229:24 230:8,15 231:17
236:23 237:2,22 238:16 241:17
247:11 253:24 262:6 264:7,12

**we've** 26:24 82:19 91:22 92:8 93:2
105:1 130:1,23 144:2 150:14 165:25
169:19 195:15,18 198:3 220:17,18
221:6 222:19 223:9,21 224:3 226:9
230:1 236:4,10,24 239:6,9 244:8,21
247:8,20,21 248:7 249:18 250:6,12
261:19 262:24

**weak** 115:24

**weaknesses** 255:22 258:16

**wearing** 42:22 110:1 112:1

**week** 12:11

**weeks** 122:15

**well** 8:5 15:15,17 16:22 17:5 18:11
19:3 22:2,20,25 25:11 28:8 29:9,12
31:22 33:7,24 34:19 36:5 37:3,23
38:3,12,18 40:4,9 50:18 53:4,9,24
54:21,25 55:12 56:6,15,16 58:10
66:22 68:11 69:21 70:8 77:19 78:24
79:16 80:23 83:18 85:20 87:13 89:6
90:1 95:3 96:22 97:12 98:15 100:8,
22 106:9,21,24 107:4 108:20
109:10,21,23 112:20 116:5 124:25
126:5 127:2 128:6 129:1,9 133:11
135:4,12 136:8 140:19 142:8,10
145:11,12 149:3 151:10 156:7,16,
17,19 157:14 160:7,23,25 168:13
169:16 170:11,15 171:5 172:7,13
174:15,20 175:18 179:2,18 180:6,7,
22 182:18,20 185:14 186:2,12
189:24 190:13 200:5 201:19 202:11,
14 203:22 204:19 206:5 209:17
210:3 213:2 214:9 217:21 220:12
222:11,12 226:24 234:8 238:12
239:9 241:1 242:20 244:6 245:5,24
246:14 247:19 250:13 251:12

253:11 255:8,17 260:4 261:3

**well-accepted** 251:22

**well-being** 45:8 170:5 171:18,24
172:4,17 183:11 212:19

**well-graduated** 265:2

**well-run** 180:24

**well-supported** 179:4

**went** 63:10 186:14 205:11 253:16
255:10

**were** 13:4 29:15,16 35:6 44:14,15
46:8 47:14 52:9 53:25 54:2 55:16
56:22 58:1,11 66:6 80:2,6 81:17
87:22 89:4,17 93:6 94:18,19,21 97:3
99:2 100:14 101:12,15 105:8 106:13
130:9 149:17 151:17 152:11 155:9
157:15 161:13 167:20 169:13
170:12 173:5,18,19 177:7 178:3
180:23 181:22 185:13,14 186:5
187:5 188:4 189:20 190:6,7 193:7
194:16 195:9,10 196:2,9 198:24
202:21 203:10 205:16 206:24 211:8
215:23 220:18,19 228:13 229:5
231:11 232:12 244:9 248:21 258:1
260:15 264:23

**weren't** 176:2

**what** 9:24 10:13 11:24 14:6,10 15:7
18:6,7,25 19:18 20:5,11 21:21 22:1,
23 23:11,15,23 24:6,16,20,22 25:4,
13,19,24 26:3,11,20 30:1,14,19
31:13,18,20 32:13 33:4,9,21 34:15
35:1,20,24 36:7 38:1,12,15 39:18
40:25 41:1,13,15,16 42:15 44:3,14,
15 45:19 49:6,18,21 50:5 51:2,6,17
52:7,16 53:21 54:1,13,15,18,22 56:2
57:15 58:18 59:6 61:25 62:15 63:6,
9,17 64:2,8,13,17 65:3,13 66:24
67:20 72:7,12,13,14 73:25 74:18
75:11,12 76:5 77:3 78:11 79:19,25
80:14 83:15 84:6 89:22 90:9 92:24
93:15 94:19 95:3,7,21,24 97:22
100:3 101:8,14 103:2 104:14,24
107:2 110:15 111:15 113:5 114:18
117:24 120:24 121:16 123:10,12,13
124:22 126:22 128:4,7,18 129:22
130:17 131:21 132:4,18,24 133:15
137:9 138:2 139:3 144:9 147:3,4
152:23 154:22,25 155:1,22 156:16
159:4 160:4,6,10 162:10,19,21,
23 166:20 167:10,13 168:3,15,18
169:11,21 171:5 172:5 173:21,23
174:13,17 176:5 177:16 178:10

180:6 181:4 182:5,21,24 183:15
184:10,17,21 185:6,8,13 186:1,16,
25 187:1,13,14,18 191:3 192:12,16
193:4,24 197:2,25 201:25 202:24
203:7 204:18 205:25 206:7 208:22
209:7,17,18 210:2,20,25 212:12
215:15,25 217:11,20 218:2 219:22
220:11 222:23 223:3 225:23 228:10
229:20 230:25 231:9,14 232:23
233:23 235:22 237:17,18 239:2,7
240:19,24 242:2,7 244:11 247:18
248:17 249:11,19,20 250:2,13 251:6
254:8,10 257:17 259:19 266:6

**what's**  11:20 33:25 35:10 49:2 50:8
71:7 75:12 87:20 98:3 119:8 121:1
154:4,7 177:4 179:24 180:1 182:20
184:3 186:16 190:2,9 206:5 221:19
227:20

**whatever**  91:20 108:5

**wheelhouse**  76:22 237:23

**when**  8:9 14:18 15:2 16:7 18:8,9,12
20:2 21:8 22:5,6 26:3 29:15 31:16
32:19 37:23 39:24 46:3 50:20,23
53:2 57:20 58:1,11 63:5 64:14 67:15
68:10 73:2 80:7 86:5 87:15 94:4,17
95:18 96:5,16 99:9,16,25 100:8,10,
14 102:21,22 108:7 113:25 114:4
116:16 123:5,16,20 126:16 127:14
128:7 129:6 136:11 137:4,11,14
143:22 147:10 149:11,14,17 154:1,
19 157:16,24 160:14,20 161:3 166:2
173:12 180:20 190:6 191:1 199:4
200:21 201:23 202:12 203:6,21
220:14 221:1,3 225:8,16 227:3,7
230:3 233:24 235:16,17 236:22
241:14 243:25 245:20 251:1,18
252:8,9 259:6 263:11 264:7,12
265:25

**where**  19:25 29:24 31:11 44:13,22
51:7 52:23 59:25 61:18 69:7 70:5
75:23 78:21 81:15,18,19 83:24
88:19 97:2 99:7 112:7 124:15
131:25 132:10,18 134:2 148:24
154:17,23 174:4 175:14 177:21
190:7 195:23 199:7,15 213:25
218:14 224:14 234:14

**whereas**  20:23 72:4 138:19 241:11

**whether**  33:18 37:24 39:16 40:10
46:20 50:3 54:2 57:17 58:16 84:2
87:6 88:16 99:11,21 105:10 110:7
113:23 119:11 129:20 140:22
146:14 157:6 159:21 181:9 194:23

201:15 202:25 205:8,16 223:18
232:6,24 233:23 234:20 242:15
263:19

**which**  7:24 8:20 9:20 10:7 11:20
12:4,14 13:9 17:9 18:23 25:14 45:6
47:22 51:10,15 52:4 59:13 68:15
69:4,6,22 71:25 75:19 77:11 84:14
86:23 89:11 91:22 98:24 107:3
115:11 116:2 121:7 123:17 138:6
139:1 140:12 144:1 153:17 162:5
166:7 167:11 173:1 177:15 182:18,
24 183:6,7,11,24 201:13 204:14
209:14 211:15,17 212:18 214:9
215:8,17 231:23,25 233:21 243:11
244:16 248:23 261:24

**while**  32:23 68:14 72:16 76:4 105:3
112:6 141:2 148:1 151:7,12 155:22
180:25 194:11 195:7 199:2 206:16
246:7 256:15 258:24 264:21

**white**  25:19 104:19 105:6 106:3
107:18

**who**  6:1,20 11:25 19:11 30:11 31:7
32:4,7 42:5 43:4,17 44:25 51:11
53:4,5,16 55:16 63:1 91:3 107:19
125:22 132:11 153:12 155:14
156:12 158:15 160:24 200:5,6 201:8
204:13,20 205:10,11,18 206:13,14
217:4 232:12,13 234:1 246:4 249:24
259:4,12 264:9

**who's**  6:1 126:21 143:9 156:14
158:16 204:19,21 205:1 264:11

**whole**  6:5 39:5 68:4 70:18 71:4 94:5
101:4 127:5 163:25 183:22 199:19
224:24 239:10

**whom**  53:24 54:16 173:4

**whose**  23:13 28:17 200:25

**why**  8:16 21:2 23:14 53:1 55:23
67:4,13 69:11 72:17,21 73:9 75:4
78:17 80:5,23 83:2 85:10 87:2
105:22,23 106:16,21 108:25 118:6
125:16 126:4 135:12 136:7 146:5
153:13 172:21 180:18 194:17
197:19 222:22,24

**wide**  88:10

**will**  5:8 56:19 71:19 76:15 108:21
109:1 117:25 119:15 145:18,23,25
146:1 147:23 148:15 155:5 189:9
219:9 224:6,7 229:21 234:2 237:2
240:11 241:17 254:17 262:9 265:23

**Williams**  45:5 196:16,21

**with**  5:6,9,12,15,21,24 7:1,10 8:9
10:20 11:5 12:3,4,5,8 14:16,20 15:4,
6,11,18,24 16:12,17,18,23 18:8,21
19:8 23:9 24:4,10,23 25:9 26:18,19
27:8 29:7 30:23,24 31:23,25 32:5,25
33:7,11 34:11,13 36:1,16 37:11
38:13 39:5 40:22,24 41:12,19 42:9,
19,22 43:3 45:24 46:8,21,25 47:14,
24 48:17,18,19 49:17,20 52:13 54:3,
8 55:4 57:21 61:21 62:11,13,19 64:8
65:22 68:7,8,21 69:18 71:14 72:18
73:13 74:20,23 75:9,10 77:10 80:16
81:4,17 83:20 85:11,16 88:9,15
89:15 90:2,4,11,12,16,20 91:2,16,
18,23 92:11,19 93:2,24 95:24 96:2,
11 98:20 99:18 100:6 104:5 106:4,5,
7,14 108:1,12,21 110:9,13,24,25
111:9,14,16,22 112:15 113:16,18
114:1,2,6,22 115:3 116:9,24 117:7
118:3,10,13,15,18,23 119:8 120:1,6,
17 121:13,24,25 122:4,10,18,22
123:6 125:17 126:25 128:11 129:17
130:15 131:3,4,6,8,11,24 132:1,20
133:6 134:17,23 135:8,17,22 136:4
137:5,15 138:16 139:7 140:9,14,22
141:3 142:23 143:2 144:25 145:2
147:12 148:8 150:10 151:7,22,23
152:9 153:11,23 154:5,10,13 155:10
157:5,17 159:9 161:1,10,18 164:7,
13,14,17,23 166:3 167:17 171:12
173:7 174:1,5 175:2,12 177:15
178:1 179:6 181:18 182:4 184:5,14,
15,18 185:22 187:17,25 188:5
189:1,18 190:1,16 191:4 192:3
194:3 195:6,22 196:7,13,24 198:17,
23 199:24,25 200:10 203:5 204:6,7
205:10,18 206:1,15,18 207:1,9,16,
17,18 208:14 213:3,7 215:17,20
216:10,15 219:11,12 221:25 223:23
224:20 225:14 226:1 228:25 230:1
231:12 232:13 234:1 235:18 237:11,
16 238:7,14 239:20 241:21,22
242:15 243:10,12,22 244:3,22,25
245:2,12,16,17 246:5,16,20,21
248:21 251:13,24 252:5,14,24
253:4,21 254:13 255:15,18 256:12,
15,17 257:3,24 258:13,17 259:18
260:23 261:15 262:4,21 263:23
264:2,9,15,18

**withdrawal**  160:1

**withdrawing**  149:8

**within**  11:21 21:10,12 43:14 150:19
155:6 228:13

**without** 62:24 84:23 118:22 149:21
154:14 158:15 161:12 164:15
175:16 178:15,17 214:2 229:22
264:14

**witness** 5:10 8:7 70:20,22 76:1
169:7 174:3 218:10 249:13 253:19
261:8 265:22

**woman** 20:22 28:11

**woman's** 24:13

**women** 70:6 72:4 73:10 76:19,20
77:2 90:20 91:15,18 98:20 101:11
107:20 155:14

**won't** 76:13 175:23,24

**wonder** 160:4

**wondered** 181:22 216:24 238:15

**wondering** 18:4 24:16 32:19 36:5
38:8 40:5 43:14 46:20 58:10 70:4
97:20 104:11 106:16 107:11 109:18
113:5 115:22 137:9,20 138:1 144:8
148:11,12 153:13 164:11 184:11
204:12 205:17 253:20 259:11

**word** 48:3 50:20 103:20 160:9
163:10 194:21 263:24 264:1

**words** 70:8,12 113:10 118:22
242:21 251:1

**work** 11:11 14:3 16:14 30:19 31:23
33:11,15 40:22 44:19 54:16 63:2
67:13 92:1 95:18 96:2 110:25
111:14 124:2 134:13 143:6 229:22
236:24 264:24

**worked** 11:17

**worker** 118:13 121:4,13,15 122:11,
19 140:23

**workers** 16:15 122:5

**working** 12:8 62:11 68:4 114:2
122:21 177:20 197:10 264:14,18

**works** 7:2 51:5 68:5 126:20 179:12
227:13

**world** 29:7,20 42:18,19 65:15,21,22,
23 110:9 113:17 128:16 171:10,13
233:3,20 240:22 246:3 247:5 251:24

**worried** 100:22

**worries** 5:20

**worse** 56:5 57:3 138:21

**worsening** 144:19

**would** 10:12,21 12:18 14:10,13
16:20,22 18:24 19:10 20:6,17 22:3,
25 23:4,8,14,15 24:12,19,22,24 25:9
26:21 28:8 31:7,12,15,17 32:11,13
33:4 36:7,8 37:14 38:25 42:8,15
51:17 52:3,6 54:21 56:25 57:2 61:15
64:21 66:8,12,17,20 67:9 70:18
73:25 78:25 83:22 87:5 88:19 90:9
91:18 94:5 95:1,18,21 98:25 101:4
102:13 103:25 106:9,17 107:20
110:2,19 111:8 112:7 116:4,5 117:2
118:25 119:2,20,23 121:3 122:15
126:11 130:14 134:15 135:12,21,24
136:3,25 137:11 139:17,18,19
142:5,6,20 143:8 145:1 146:13
147:24 148:19 149:15,24 150:2
152:3,5,24 154:25 155:1,2 158:1
159:15 161:13,14,17 163:8 171:5,6
172:2,14 176:3,7 177:19 178:16,19
179:9 183:16 189:25 190:16 191:8
194:24 197:20 199:16 200:24 201:5,
12 202:6 204:9 205:7,12,14,15,18,
19 206:1,25 207:1 210:20 212:11
213:21,23 216:24 217:4 219:20
223:2,4,5,6,14 224:4 225:4 227:9
232:21,23 233:14 237:14 240:7
243:3 244:18 245:11 252:12,19,20
253:15,25 259:18 261:17,18 262:5
263:22 265:25

**wouldn't** 15:12,19 16:2 23:22 38:23
52:8,10 62:5 63:25 66:13,15 67:3
127:12 132:7 134:15 139:9,20
142:17 161:5 201:20 241:22 262:3,
11

**wow** 174:14

**WPATH** 17:11 19:3 120:12 206:1
242:18 243:3 249:21 253:11 255:25

**write** 261:17

**writing** 12:16,19 13:1,5,8,14 58:9
59:23 63:5,10,15 88:11 143:2
248:21 253:17

**written** 86:25 100:10 190:6 243:2,11
244:10 245:25 256:12

**wrong** 34:16 72:2 80:6 163:3 169:13

**wrote** 249:16,24

## X

**X-RAY** 33:15

**XX** 90:12

**XY** 91:3

## Y

**yeah** 6:22 11:9 12:2 13:11 15:10
23:21 24:1 32:19 42:1 44:17 50:14
53:8 59:6 66:11 67:8 70:10,21 71:6,
12,13,20 76:8,17 86:21 87:24 89:16
97:4 101:5,8 104:8 108:6,17 109:12
110:19 113:7 114:1 138:3 144:5,12
149:3,22 153:19,20,21,22 164:2,22
166:24 168:9,18,25 175:6 178:23
181:19,25 183:14 184:9,10,17 185:7
193:19 196:9 202:23 208:25 209:5
211:5,6 212:8 218:5 221:24 224:7,
22 225:3,25 226:17,23 228:19,23
229:13 235:14 237:21 242:14
250:18 251:1 256:2,24 258:11
259:25 260:5 261:13,17

**year** 122:23 124:19 145:19,20,23
146:11,22 151:1 210:25 221:17
228:13

**years** 34:15 46:12 51:24 121:25
125:3 174:12 186:8 194:6 215:22
223:25

**yep** 27:9 83:14 89:17 102:5 104:23
164:5 169:5 192:15 207:13 212:13
218:2,25 224:2 226:5,18 227:23
229:13 231:1 243:21 249:15 257:25
261:11 263:15

**yes** 6:15 9:12,23 10:11 11:19 15:7
17:22 21:11,16 34:24 44:13 47:7,16
48:17 49:5 50:11 52:21 53:20 57:12
59:4,8,18 69:23 70:2 75:11 81:12
88:3 89:19 92:20,23 93:9 95:4 96:22
101:7 104:17 113:1 114:16 116:23
117:23 121:3 122:12 124:13 130:23
135:3 136:6 138:24 140:7,10 149:2,
7 153:4,16 158:24 162:9 169:7
177:10 184:20 185:12 190:1 192:8,
11 193:2 195:15,21 196:13,18,20
198:8,22 199:2 203:24 205:14
207:8,20,23,25 208:10,15,21 212:1,
4 215:3 216:18 217:10 218:23
220:4,8,10 221:21 223:14,24 226:22
230:21,24 234:12 237:16 241:24
242:1 244:18 249:8 251:6 253:11,18
260:10,13 261:14 263:2,14,16 266:6

**yes-or-no** 87:14

**yet** 106:5 112:23

**you** 5:9 6:11,12,14,15,16,24 7:1,2,4,
7,10,13,22 8:2,6,8,12,15,16,22 9:6,

9,14,22 10:10,12,21 11:18,25 12:15,
18,22 13:19 14:6,8,10 15:7,15,20
16:4,16,22 17:11,20,25 18:14,18
19:12,15,18,22,25 20:5 21:2,8,9,17
22:5,6,14,15,19 23:4,18,22,23 24:8,
10,12 25:3,12,13,21,22,23,24 26:6,
19,21 27:1,7,14,15 28:1,7,17,21,24,
25 29:15,16,19,23,24 30:5,22 31:2,
12,17,18 32:7,17,22,25 33:4,9,25
34:1,11 35:19,21,24 36:5,9,11 37:9,
10,13,16 38:8 39:15 40:4,15 41:5,6,
7,12 42:5,10,14,17,20 43:14,15
44:11,13,15 45:24 46:16,19,20 47:7,
14,18 48:2,6,8,9,10,14,18 49:2,3,19,
20 50:19,20,25 51:2,3,4,5,7,11,21
52:2,3,10,22 53:8 54:1 55:23 56:20
57:10,17,20,22 58:1,5,11,25 59:3,5,
16 61:10,24,25 62:5,9 63:5,6,7,16,
17 64:3,4,23,25 65:18 66:6,7,8,11,
17,21,24 67:9,10,13,15,19,20,21,23,
24 68:12,15,22,24 69:2,5,24 70:3,4,
17,23 71:9,15,18,21 72:7,14,24
73:1,4,24 74:1,6,7,16,17 75:4,9
76:1,3,5,13,16,20,21 77:4,8,14,20,
22 78:3,21,24,25 79:16,24 80:6,15,
23 81:6,7,8 82:3,14,20 83:5,22 84:6
85:2,16,20 86:5,7,8,24 87:7,13,15,
19,23 88:4,13 89:16,17,20,22 90:4,
13,22 91:1,2,3,13,21,22,24,25 92:1,
6,8,9,19 93:3,16 94:1,10,23 95:4,13,
15,20,23 96:4,6,10,20 97:2,5,20
98:7,15,19,21 99:1,5,9,10,14,16,17,
21,24,25 100:4,5,8,13,14,24 101:2,
4,6,20,25 102:4,7,8,9,15,17,20,22
103:2,3,4,6,7,8,9,10,18,20 104:8
105:10 106:18,24 107:4,7,12,16
108:3,4,5,11,13,14,17,18,21,23
109:15,16,18,25 110:5,15,17,20,21,
24 111:4,6,11,14,18,20,23 112:16,
20 113:2,17,24,25 114:3,4,7,11,12,
14,16,17,18,21 115:2,5,8,10,23
116:1,2,4,7,20 117:6,8,21 118:14
119:6,16,17,18,19 120:2,24 121:15,
19,22 122:8,13,20,22,25 123:2,4,7,
8,10,12,16,18,22 124:1,4,9,15,22,24
125:3,6,8,12,15,21,23 126:1,7,24
127:5,10,14,16 128:4,11,20,22
129:3,4,18,24 130:1,14 131:7,10,14,
15,16,21,22 132:1,13,17,21 134:14,
18,24 135:4,5,9,11,12,13,16,18,21,
23 136:1,9,10,14,23 137:8,9,15,19
138:4,7,11,15 139:3,9,10,15,20,24
140:11,12,23,24 141:1,2,8,9,13,14,
15,19 142:3,15,18 143:8,9,15,19,21
144:10 145:1,10,16 146:3,22 147:3,
10 148:11,23,24 149:4,6,9 150:2,16

151:3,11,13,23 152:23 153:17,22,24
154:2,9,22 155:3,13,19,21,25
156:11,16 157:4,5,8,11,13,18 158:3,
17 159:2,3,15,17,21 160:4,7,9,20,
23,25 161:3,5,23 162:7 163:12
164:4 165:8,17 166:16,22,23 167:1,
4,6,10 168:6,10,20,24 169:12,14,15
170:4,11 171:3,4,6,8,9,21 172:20
173:10,12 174:4,5,7,10 175:3,6,7,
15,21,22,23,24,25 176:17 177:1,4,
19 178:2,5,9,21,23,25 179:1,10,20,
21,23 180:11,12,14,15,17,20,25
181:9,13,18,22 182:1,4,7,13,19
183:5,10,11,12,16,17 184:5,10,12,17,
18,24 185:2,9,15,17 186:4,8,10,12,
15,21,22 187:11,12,16,20,21 188:4,
5,6,16,17,20,24,25 189:9,16,17,19
190:16,17,23 191:7,18,20,22 192:1,
3,7,12,15,21,24,25 193:11,13,15,20,
23,24 194:2,8,11,12,20 195:1,4,5,
11,12 196:6,9,14,19,24 197:7,10,12,
22 198:9,17,23 199:6,10,13,15
200:6,8,15,20 201:15,23,25 202:2,6,
8,23 203:3,9,17,22 204:6,18,20,21,
22,23 205:1,9,18,23,24,25 206:2,7,
13,23 207:5,9,10,19,23 208:4,14,18,
23 209:3,11,14 210:10,11,20
211:12,25 212:5,11,18 213:15,16,18
215:10 216:13,22 217:7,23 218:10,
14,25 219:10,21 220:16 221:5,25
222:1,3,18 223:1,6,7,14,16,17,18
224:14,17,20,25 225:1,3,8,14,15,23
226:1,4,23,24,25 227:3,8,9,11,15,18
228:6,10,14 229:8,14,20 230:6,20
231:22 232:6,17 233:6,13,18 234:4,
9,10 235:8,15,16,18,22,23,24 236:4,
7,20,21 237:8,10,11,12,16,17
238:10,14,24 239:9,11,14,16,21,22
240:17 241:1,21,25 242:2,20
243:20,23 244:7,10,12,14 245:2,3,8,
9,19,20,24 246:2,13,16 247:5,16,21,
22,24 248:1,3,7,14 249:7,9,11,12,
13,15,17,19,25 250:2,4,7,13,16,19,
23 251:8,12,13,17,18,20,21,22,24
252:2,7,9,10,11,15 253:1,3 254:6,8,
19,23,25 255:3,9,15 256:6,13
257:10,24 258:6,8,24 259:6,11,21
260:6,8,22,24,25 261:1,13,15,19,22,
23,24 262:7,8,14 264:1,3,6,8,12,23,
25 265:12,16,21,25 266:4

**you'd** 93:7

**you'll** 47:20 86:20 146:24

**you're** 8:9 9:10 10:4 23:23 28:21
34:19,20 35:1,20 37:2 44:10 47:10

48:17 50:23 52:4 55:20 56:8 57:25
60:15 63:20,21 67:1,6,25 68:10
74:25 77:21 82:17 86:19 89:15
93:15 94:17 95:16 97:25 98:10,20,
23 101:16 102:23 104:2,4,7,15
107:15 112:22 115:10 116:2 123:20
126:7,16 129:19,20,21,25 133:17,20
134:16,17,20 136:11,15,16,18,20
138:1 139:24 140:22 143:22 146:19
148:23,24 150:5,8 154:19 155:23
157:6 159:15,19,23 160:25 162:23,
24,25 165:15 166:13 175:20,21
179:3,25 188:5 189:12 195:22 197:2
200:22 201:10,23 202:2,19 206:7,9
217:4 222:4 225:11,17 227:7,11
235:14 236:7 242:20 243:25 252:23
260:1 263:11

**you've** 9:10 13:9 51:16 53:14,24
69:17,19 89:11 110:12 130:13
136:19 140:25 151:10 181:20
182:25 203:18 207:4,7 221:7 235:20
237:17 255:8 263:17

**young** 16:17 18:1,2 28:22 29:13,16
43:4 44:21 114:2 135:14 136:11,21
163:13 167:22 170:6,22 171:19
173:19 186:6 215:19 246:20

**younger** 132:25

**your** 6:22,24 8:7 9:16,24 10:21
11:11,24,25 12:9,25 13:17,19,22,24
14:8 17:2,19 18:5,25 19:18 21:2,8,
10,21 23:7 24:15 25:3 26:12 27:6
28:18 29:15 32:21 34:21 35:10 37:5
38:7,12 39:16 43:11 44:3 46:3 47:4,
14,17 48:15 58:6,12 63:5 64:4 66:8,
9 68:24 69:18 70:16 74:23 75:12,23
77:6 79:11 80:15,24 82:6 83:13 88:3
91:19 92:22 93:13 95:3 102:19
104:11,13,22 108:12 109:9 114:17
115:3,4 116:4,8 117:9,22 119:21
122:21 123:23 124:15 127:14
128:17 130:16,18 136:19 137:2
141:1 143:22,24 146:19 153:10
155:24 159:17,23 161:9,22 162:8
164:19 165:22 167:7 177:3,5,6
179:9 182:1 184:10 185:3,6 189:13,
15,16 190:2 191:3,16 193:10,13
198:12 199:23 202:17,18 203:18
206:12 208:17,20 212:3 213:17
215:13 216:15 217:8 218:19 225:18,
22 227:14,15,20 228:25 229:10
230:23 233:22 235:20 237:10
238:11 239:8 240:24 244:4 245:21
247:18 248:17 252:16 256:21 261:6
265:18

Index: yourself..zoom

**yourself**  143:22 243:24

**youth**  12:8,10 13:2 138:20 162:14
163:16 164:8 173:6,25 189:20,22
230:18 233:12 244:17,19 262:21
264:19

**youths**  226:20,22

**YSR**  216:11

--------------------------------------

Z
--------------------------------------

**zero**  151:21

**zoom**  76:1 93:7 166:14 185:2
237:13