# EXHIBIT 11

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Jack Turban, M.D., MHS

*May 19, 2023*

_____



800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
 3
 4
 5   K.C., et al.,              )
                               )
 6         Plaintiffs,         )
                               )
 7      -v-                    ) CASE NO.
                               ) 1:23-cv-00595-JPH-KMB
 8   THE INDIVIDUAL MEMBERS OF  )
     THE MEDICAL LICENSING BOARD )
 9   OF INDIANA, in their official)
     capacities, et al.,        )
10                             )
           Defendants.          )
11
12
13        The deposition upon oral examination of
14   JACK TURBAN, M.D., MHS, a witness produced and
15   remotely sworn before me, Debbi S. Austin, RMR, CRR,
16   Notary Public in and for the County of Hendricks,
17   State of Indiana, taken on behalf of the Defendants
18   via Zoom videoconference on May 19, 2023, at
19   12:01 p.m., pursuant to the Federal Rules of Civil
20   Procedure.
21
22
23
24        STEWART RICHARDSON & ASSOCIATES
          Registered Professional Reporters
25             (800)869-0873
```

Page 2

```
 1              APPEARANCES
 2     (All participants via Zoom videoconference)
 3   FOR THE PLAINTIFFS:
 4      Kenneth J. Falk, Esq.
        Gavin M. Rose, Esq.
 5      ACLU OF INDIANA
        1031 East Washington Street
 6      Indianapolis, IN  46202
        kfalk@aclu-in.org
 7      grose@aclu-in.org
 8      Chase Strangio, Esq.
        Harper Seldin, Esq.
 9      AMERICAN CIVIL LIBERTIES
        UNION FOUNDATION
10      125 Broad Street
        New York, NY  10041
11      cstrangio@aclu.org
        hseldin@aclu.org
12
13   FOR THE DEFENDANTS:
14      James Barta, Esq.
        Razi Lane, Esq.
15      OFFICE OF THE ATTORNEY GENERAL
        302 West Washington Street
16      IGCS Fifth Floor
        Indianapolis, IN  46204
17      james.barta@atg.in.gov
        razi.lane@atg.in.gov
18
19   ALSO PRESENT:  Shawn Weyerbacher
                    John Vastag
20
21
22
23
24
25
```

Page 3

```
 1              INDEX OF EXAMINATION
 2   EXAMINATION                              PAGE
 3   By Mr. Barta:                              7
 4   By Mr. Strangio:                         282
 5   By Mr. Barta:                            283
 6
 7
 8
 9
10              INDEX OF EXHIBITS
11   NUMBER         DESCRIPTION              PAGE
12   Exhibit 1   Declaration of Jack Turban, MD,  9
                 MHS
13   Exhibit 2   10-18-22 Transcript of Bench    15
                 Trial - Volume 2 in Brandt,
14               et al., v. Rutledge, et al.
15   Exhibit 3   5-19-22 Transcript of Videotaped 16
                 Deposition of Jack Turban, MD,
16               in Brandt, et al. v. Rutledge,
                 et al.
17
18   Exhibit 4   Puberty Suppression in          64
                 Adolescents With Gender Identity
19               Disorder: A Prospective
                 Follow-Up Study
20   Exhibit 5   Young Adult Psychological        72
                 Outcome After Puberty
21               Suppression and Gender
                 Reassignment
22
23   Exhibit 6   Pubertal Suppression for        80
                 Transgender Youth and Risk of
24               Suicidal Ideation
25
```

Page 4

```
 1         INDEX OF EXHIBITS   (CONT'D.)
 2   NUMBER         DESCRIPTION              PAGE
 3   Exhibit 7   Psychological Functioning in    98
                 Transgender Adolescent Before
 4               and After Gender-Affirmative
                 Care Compared with Cisgender
 5               General Population Peers
 6   Exhibit 8   Longitudinal impact of         108
                 gender-affirming endocrine
 7               intervention on the mental
                 health and well-being of
 8               transgender youths: preliminary
                 results
 9
     Exhibit 9   Psychological Support, Puberty 117
10               Suppression, and Psychosocial
                 Functioning in Adolescents with
11               Gender Dysphoria
12   Exhibit 10  Psychosocial Functioning in    142
                 Transgender Youth after 2 Years
13               of Hormones
14   Exhibit 11  Well-Being and Suicidality Among 151
                 Transgender Youth After
15               Gender-Affirming Hormones
16   Exhibit 12  Access to gender-affirming     156
                 hormones during adolescence and
17               mental health outcomes among
                 transgender adults
18
     Exhibit 13  Association of Gender-Affirming 166
19               Hormone Therapy With Depression,
                 Thoughts of Suicide, and
20               Attempted Suicide Among
                 Transgender and Nonbinary Youth
21
     Exhibit 14  Psychosocial assessment in     171
22               transgender adolescents
23
24
25
```

Page 5

INDEX OF EXHIBITS   (CONT'D.)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 15 | Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, Comparisons of Nonsurgical and Postsurgical Cohorts | 190 |
| Exhibit 16 | Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth | 195 |
| Exhibit 17 | Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents | 198 |
| Exhibit 18 | A systematic review of hormone treatment for children with gender dysphoria and recommendations for research | 215 |
| Exhibit 19 | Evidence review: Gonadotropin-releasing analogues in children and adolescents with gender dysphoria | 221 |
| Exhibit 20 | Evidence review-Gender-affirming hormones for children and adolescents with gender dysphoria | 224 |
| Exhibit 21 | Gender Identity Disorder in Young Boys: A Parent- and Peer-Based Treatment Protocol | 231 |
| Exhibit 22 | Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults | 237 |

Page 6

INDEX OF EXHIBITS   (CONT'D.)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 23 | "This Could Mean Death for My Child": Parent Perspectives on Laws Banning Gender-Affirming Care for Transgender Adolescents | 246 |
| Exhibit 24 | "These Laws Will Be Devastating": Provider Perspectives on Legislation Banning Gender-Affirming Care for Transgender Adolescents | 246 |
| Exhibit 25 | Endocrine Treatment of Gender-Dysphoric/ Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline | 258 |
| Exhibit 26 | Gender Dysphoria and Gender Incongruence | 261 |
| Exhibit 27 | Prepubescent Transgender Children: What We Do and Do Not Know | 264 |
| Exhibit 28 | Gender Identity 5 Years After Social Transition | 266 |
| Exhibit 29 | Predicting Early-Childhood Gender Transitions | 271 |
| Exhibit 30 | Factors Leading to "Detransition" Among Transgender and Gender Diverse People in the United States: A Mixed-Methods Analysis | 275 |
| Exhibit 31 | The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets | 276 |
| Exhibit 32 | Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria | 279 |

Page 7

1       THE REPORTER:  My name is Debbi Austin, an
2  associate of Stewart Richardson & Associates,
3  One Indiana Square, Suite 2425, Indianapolis,
4  Indiana.  Today's date is May 19, 2023.  The time
5  is 12:01 p.m. Eastern Standard Time.  This
6  deposition is being held via Zoom videoconference.
7  The deponent is Jack Turban, M.D., MHS.
8       Will counsel please identify themselves and
9  any persons present with you for the record.
10      MR. STRANGIO:  Good morning.  This is Chase
11 Strangio from the ACLU.  I am here in San Francisco
12 with the witness.  With me on Zoom, also for the
13 plaintiffs, are Ken Falk and Gavin Rose from ACLU
14 of Indiana and Harper Seldin from ACLU.
15      MR. BARTA:  Good morning.  You have James
16 Barta here for the defendants.  Joined on separate
17 screens is my colleague, Razi Lane, and with me in
18 the room is John Vastag, our summer law clerk.
19      JACK TURBAN, M.D., MHS,
20 having been first duly sworn to tell the truth, the
21 whole truth, and nothing but the truth, was examined
22 and testified as follows:
23 EXAMINATION
24 BY MR. BARTA:
25 Q  Great.  Well, good morning, Dr. Turban again.  I'm

Page 8

1  going to be taking your deposition today, and so we
2  just have a few preliminary matters to get through.
3       Have you given -- taken -- given a deposition
4  before?
5  A  Yes.
6  Q  Okay.  So you understand the format is I'll ask
7  questions and you'll get to answer them?
8  A  Yes.
9  Q  Okay.  And if you don't understand any of my
10 questions, please ask for clarification.  Can you
11 do that?
12 A  Yes.
13 Q  And both of us will try to do the best to give
14 verbal answers, not gestures, which don't show up
15 well on the transcript.
16 A  Understood.
17 Q  And, you know, I will certainly do my best, which
18 can sometimes be a little tricky with Zoom, to not
19 speak over you and would appreciate if you could do
20 the same for me as we try to get a clean record.
21 Okay?
22 A  Yes.
23 Q  All right.  Is there any reason today you cannot
24 understand my questions?
25 A  No.

Page 9

1  Q  Any reason you can't answer them truthfully and
2     accurately?
3  A  No.
4  Q  What did you do to prepare for today's deposition?
5  A  I met with the plaintiff's attorneys and went
6     through my declaration.
7  Q  Did you read any other documents?
8  A  I read the complaint in the case, and I think
9     that's it.
10 Q  Did you speak with anyone other than the
11    plaintiffs' attorneys?
12 A  No.
13 Q  And just to -- is anyone else in the room with you
14    besides Chase?
15 A  No.
16 Q  Great.  And I think you -- Chase mentioned, you
17    have your declaration in front of you; that's
18    right?
19 A  I do.
20 Q  Any other documents?
21 A  No.
22       MR. BARTA:  Shawn, I'd like to bring up
23    Dr. Turban's declaration as Exhibit 1, please.
24       (Deposition Exhibit 1 marked.)
25 Q  Dr. Turban, is this a copy of the declaration you

Page 10

1     filed in this case?
2  A  From what I can see on the first page, yes.
3  Q  And you've been retained as an expert in this case?
4  A  Yes.
5  Q  Who wrote this declaration?
6  A  I wrote it.
7  Q  Did anyone else assist you?
8  A  Plaintiffs' lawyers read it and asked for
9     clarification at points.
10 Q  Did you consult with anyone about the declaration?
11 A  Other than working with the plaintiffs' attorneys,
12    no.
13 Q  Do you still hold the opinions in the declaration?
14 A  Yes.
15 Q  And this declaration provides a complete statement
16    of your -- the opinions you intend to express?
17 A  Unless anything else comes up, say, in responses to
18    other experts, yes.
19 Q  Okay.  Is there any way in which your declaration
20    is no longer accurate?
21 A  Not that I'm aware of.
22 Q  And have there been any changes to this CV you
23    submitted?
24 A  Let me look at the date.  Nothing substantial.  I
25    may have had more academic talks accepted, but

Page 11

1     nothing substantially different.
2  Q  Okay.  And I see in paragraph 3 of your declaration
3     you said you reviewed Indiana Senate Enrolled Act
4     480, the materials cited in your bibliography, in
5     preparing this declaration; is that right?
6  A  Yes.
7  Q  Did you review anything else not listed here?
8  A  In there it notes I also relied on my years of
9     research and other experience, so some of the
10    general opinions may have been based on additional
11    research that wasn't explicitly cited.
12 Q  But you can't think of any other documents you
13    reviewed?
14 A  No, nothing specific.
15 Q  Okay.
16       MR. BARTA:  I think you can take down the
17    declaration.
18 Q  I saw from your CV you went to medical school at
19    Yale; is that right?
20 A  Correct.
21 Q  And then you did your residency at Massachusetts
22    General?
23 A  It's the Massachusetts General Hospital McLean
24    Hospital integrated program, yes.
25 Q  Okay.  What other training did you do after that?

Page 12

1  A  I completed my child and adolescent psychiatry
2     fellowship at Stanford.  And while at Yale, I also
3     completed a master's of health sciences research.
4  Q  When did your fellowship finish?
5  A  I believe 2022.
6  Q  Do you remember when in 2022?
7  A  Like the month, I don't remember the specific
8     month.
9  Q  And how -- so do you know approximately how long
10    you've been in independent practice?
11       MR. STRANGIO:  Object to form.
12 A  So I've been at UCSF for my current role since
13    September.
14 Q  And what do you do now?
15 A  I'm an assistant professor of child and adolescent
16    psychiatry and affiliate faculty at the Institute
17    for Health Policy Studies.  I direct the UCSF
18    gender psychiatry program.  I'm also an attending
19    psychiatrist in the eating disorders program and
20    the adult LGBT psychiatry program.
21 Q  A lot of different hats.
22 A  And then I also do research, studying the
23    determinants of mental health for transgender and
24    gender diverse youth.
25 Q  So you mentioned a few moments ago that you relied

Page 13

1    on clinical experience; right?
2  A  Yes.
3  Q  What clinical experience do you have in mind?
4  A  My residency, fellowship, and time working at UCSF.
5  Q  In any of those roles, did you provide psychiatric
6     services to minors?
7        MR. STRANGIO:  Object to form.
8  A  Yes.
9  Q  Which roles?
10 A  All three of those.
11 Q  What kind of services did you provide?
12 A  It would take a long time to list all of them.
13    Would you --
14 Q  Let me see if I can be more specific.  So did you
15    treat minors for gender dysphoria?
16 A  Yes.
17 Q  Do you know how many -- approximately how many?
18 A  It's hard because I don't keep a running count.
19    Maybe around a hundred.
20 Q  Would you have treated them at UCSF?
21 A  At UCSF, also at Stanford, and at McLean Hospital.
22 Q  In treating minors for gender dysphoria, did you
23    follow any specific guidelines or standards of
24    care?
25 A  It would depend on what I was treating them for.

Page 14

1  Q  What was sort of the range of treatments you
2     offered to minors with gender dysphoria?
3        MR. STRANGIO:  Object to form.
4  A  I've taken care of them on inpatient psychiatric
5     units and partial hospitalization programs and in
6     outpatient clinics ranging from depression clinic
7     to clinics that were specifically focused on gender
8     dysphoria.
9  Q  You did -- did you evaluate any of the minors
10    involved in this case?
11       MR. STRANGIO:  Object to form.
12 A  I did not.  At least not that I'm aware of, unless
13    they were at one of those hospitals at some point.
14 Q  So I think you also mentioned you've relied on your
15    research.
16 A  Uh-huh.  Yes.
17 Q  What research do you have in mind?
18 A  All of my research is outlined on my CV.
19 Q  Okay.  Was all of the relevant research cited in
20    your bibliography?
21 A  Are you asking about my own research or are you
22    asking about --
23 Q  Your own research.
24 A  There's additional research that I've done in this
25    area that was not cited in the declaration.

Page 15

1  Q  Do you believe that additional research is relevant
2     to the opinions you offer here?
3        MR. STRANGIO:  Object to form.
4  A  Potentially, depending on if you wanted more
5     detailed information on any of these points.  The
6     declaration was meant to be an overview to
7     summarize.  But if you wanted more detailed
8     information, that's when those papers may become
9     relevant.
10 Q  Okay.  Understood.
11       So you have testified as an expert in other
12    cases; is that right?
13 A  I've testified at trial in just one other case.
14 Q  Which one is that?
15 A  That was Brandt versus Rutledge that I believe is
16    cited in my declaration.
17       MR. BARTA:  I'd like to bring up as Exhibit 2
18    Jack Turban's deposition in the Alabama case.
19       (Deposition Exhibit 2 marked.)
20 A  Do you mean Arkansas?
21 Q  Sorry, Arkansas.  Thank you.
22       So this is -- you testified by deposition in
23    the Arkansas case; is that right?
24 A  Correct.
25 Q  Does this look like the front page of your

Page 16

1     transcript in that case?
2  A  Yes, it does.
3  Q  Were the answers you gave in your deposition there
4     truthful and accurate?
5  A  Yes.
6  Q  And were you given the chance to review the
7     transcript afterwards and make any corrections?
8  A  Yes.
9        MR. BARTA:  You can take down that exhibit.
10       I'd next like to introduce as Exhibit 3 the
11    trial testimony of Jack Turban from the Arkansas
12    case.
13       (Deposition Exhibit 3 marked.)
14 Q  Does this look like the transcript at the trial
15    testimony you gave in Arkansas?
16 A  From what I can tell from this first page, yes.
17 Q  And in your answers in that testimony, they were
18    truthful and accurate as well?
19 A  Yes.
20       MR. STRANGIO:  James, do you want to just
21    scroll through so we can just -- I mean, I don't
22    know if you're planning to use it more than this,
23    but just to --
24       MR. BARTA:  Happy to scroll through it if you
25    would like.

Page 17

1       MR. STRANGIO:  I mean, we don't need to see
2   the whole thing.  I just want to be --
3       MR. BARTA:  All right.  Would you like me to
4   go any further?
5       THE WITNESS:  I think it's helpful to see my
6   name.  Then we know it's the right part of the
7   trial transcript.
8       MR. STRANGIO:  That's good, that's good.  I
9   just what I wanted to see -- thank you.
10      MR. BARTA:  Thank you, Shawn.  You can take
11  that exhibit down.
12  BY MR. BARTA:
13  Q  So turning back to your declaration, Dr. Turban,
14     you discuss the treatment of adolescents with
15     gender dysphoria; right?
16  A  Yes.
17  Q  So I didn't see where you mention what gender
18     identity is.  What is that?
19      MR. STRANGIO:  Object to form.
20  A  Gender identity is one's psychological
21     understanding of their own gender.
22  Q  Are there different dimensions to gender identity?
23      MR. STRANGIO:  Object to form.
24  A  What do you mean by "dimensions"?
25  Q  I think I've seen literature describe it as there

Page 18

1   can be dimensions like felt gender, gender
2   conformity, and so on.  Do you think there are
3   different dimensions to it?
4       MR. STRANGIO:  Object to form.
5   A  I think I need your definition of dimensions of
6   gender identity to know exactly how to answer.
7   Q  Okay.  All right, so how is gender identity
8      different from sex?
9       MR. STRANGIO:  Object to form.
10  A  So sex is a term that we try to avoid in the
11  scientific literature because it is broad and
12  heterogenous and doesn't have a precise definition.
13  And you'll see it refer to different things.  So,
14  for instance, it may refer to one's sex
15  chromosomes, so whether they're XX or XY, or a
16  different combination thereof.  Sometimes it can be
17  used to refer to external genitalia.  Sometimes it
18  could be used to refer to gonads, like testes or
19  ovaries.  So you can see there are many different
20  things that sex could mean.
21      And then gender identity specifically refers,
22  as I had mentioned earlier, to one's psychological
23  understanding of their gender.
24  Q  So if gender identity is psychological, is sex a
25     biological concept?

Page 19

1       MR. STRANGIO:  Object to form.
2   A  Can you repeat the question.
3   Q  Is sex a biological concept?
4       MR. STRANGIO:  Object to form.
5   A  That seems different than your last question.  Is
6   the question just is sex a biological concept?
7   Q  Yes.
8   A  Yes.  Again, an imprecise one that we don't use
9   frequently as experts, but all of those things I've
10  mentioned, like sex chromosomes, describing
11  external genitalia, gonads, et cetera, those are
12  biological concepts.
13  Q  How do you tell what someone's gender identity is?
14      MR. STRANGIO:  Object to form.
15  A  Because it's their psychological understanding of
16  themselves.  The best way to know that is them
17  reporting to you and describing their gender
18  identity.
19  Q  And that's the same for both adults and minors?
20      MR. STRANGIO:  Object to form.
21  A  Yes.
22  Q  Can someone ever be mistaken about their gender
23     identity?
24      MR. STRANGIO:  Object to form.
25  A  What do you mean by "mistaken about their gender

Page 20

1   identity"?
2   Q  So you said -- let me try rephrasing that.
3          So you say gender identity is the
4      psychological self-understanding or --
5       MR. STRANGIO:  Object to form.
6   A  Of one's gender, yes.
7   Q  Of one's gender.  Can someone not fully appreciate
8      what their self-understanding is?
9       MR. STRANGIO:  Object to form.
10  A  It could be theoretically possible that one
11  wouldn't have the language to describe their gender
12  identity and thus wouldn't be able to describe it
13  to you.
14  Q  Can someone's conscious understanding of their
15     gender identity be different from a subconscious
16     understanding?
17      MR. STRANGIO:  Object to form.
18  A  You're getting pretty deep into more Freudian
19  concepts, but generally I can't think of a way to
20  easily know one's unconscious or subconscious sense
21  of their gender identity.
22  Q  Is there any test such as a blood or imaging test
23     that shows gender identity?
24  A  No.
25  Q  Is it possible to have a known error rate in

Page 21

1    reporting gender identity without such a test?
2        MR. STRANGIO:  Object to form.
3  A  There are different definitions of error rate in
4    different areas of statistics in medicine.  Can you
5    give your definition of error rate?
6  Q  Well, let me try asking it a different way.  Can --
7    if there's no objective test, is there any way to
8    determine whether someone's self-reporting of
9    gender identity is mistaken?
10       MR. STRANGIO:  Object to form.
11 A  So the gold standard way of establishing one's
12   gender identity is to hear their explanation of it.
13   If you're thinking of the clinical diagnosis of
14   gender dysphoria that we talk about throughout this
15   case when we're talking about medical
16   interventions, again, the gold standard is to use
17   the DSM-based criteria.
18       So if you were to want to look at something
19   like, let's say, a false positive or a false
20   negative error rate, you would be comparing to the
21   gold standard that is using the DSM criteria.
22 Q  But if we're talking just about gender identity,
23   can there be a false positive or false negative
24   rate?
25       MR. STRANGIO:  Object to form.

Page 22

1  A  It would depend.  So when you're talking about
2    false positives or false negatives, that is usually
3    talking about different diagnostic tests.
4        So to give you an example, let's say you
5    developed a novel test for having elevated
6    cholesterol that was a different biomarker.  You
7    would test a bunch of people with your new test,
8    and then you would test with the gold standard
9    that's measuring the cholesterol level.  And then
10   you would calculate your false positive and false
11   negative rates by looking at the percentage of
12   people who are detected as having that condition or
13   not having that condition with your new test and
14   compare that to your gold standard, which is the
15   cholesterol level.
16       So in determining someone's gender identity,
17   the gold standard is a clinical interview and
18   asking them their gender identity, so that is the
19   gold standard.  So you wouldn't really be able to
20   calculate a false positive or false negative rate.
21 Q  And I think I understand.  So is gender identity
22   able to change?
23 A  So gender identity has a strong biological basis.
24   We can talk about the research that establishes
25   that, if you'd like.  But the way in which people

Page 23

1    ascribe language to their gender identity or the
2    way that they describe it can certainly change over
3    time.
4  Q  So I guess I'm maybe not quite following that
5    answer because I thought you said that since the
6    gold standard is self-reporting, it seems like if
7    someone's description of it changes over time,
8    gender identity can change over time; is that
9    right?
10       MR. STRANGIO:  Object to form.
11 A  Not necessarily.  So your -- their description of
12   their gender identity could change over time, but
13   it also has a strong biological basis.
14 Q  So you're saying -- are you saying that gender
15   identity is always fixed?
16 A  If you're talking about, like, the part of gender
17   identity that you can see, right, which is what
18   someone provides language around, that language
19   that they ascribe to their gender identity can
20   change over time.
21 Q  I guess you seem to be talking about gender
22   identity separate from the language someone uses to
23   describe it.  Is that right?  Do you draw a
24   distinction?
25       MR. STRANGIO:  Object to form.

Page 24

1  A  Well, your gender identity, which we know has a
2    biological basis, is, right, a psychological
3    construct that lives in your mind.  We can't, like,
4    directly see it.  So you have to add language to it
5    to -- that's how you pro understanding it, through
6    the language that somebody uses to describe it.
7  Q  So are you saying that your gender identity is
8    fixed from birth, but only the language that
9    someone uses to describe it changes?
10       MR. STRANGIO:  Object to form.
11 A  It depends on kind of how you're using the words
12   "gender identity," but I think you have the general
13   concept correct, that there is a biological basis
14   that creates a psychological understanding and a
15   way of being in one's brain that is their gender
16   identity.  But the way they describe that over time
17   can change.
18       In the same way that, let's say, you know, you
19   experience sadness, the language you use to
20   describe what sadness feels like could be different
21   over time.
22 Q  So how do you know that gender identity does not
23   change over time?
24       MR. STRANGIO:  Object to form.
25 A  I'm not sure I understand the question.

Page 25

1  Q  So I thought you said that gender identity does not
2     change over time, but only the language someone
3     uses to describe it changes.
4  A  Correct.
5  Q  How do you know gender identity does not change
6     over time?
7  A  So that is based on the research we have showing
8     that there's a strong biological component to it.
9  Q  What is the biological component?
10 A  So the way that that's been looked at in the past
11    and that we often do in psychiatric conditions are
12    through twin studies.  So this similarly has been
13    done for things like autism or schizophrenia before
14    we knew whether or not that these were experiences
15    that people had based on kind of innate, inherited
16    genetic factors versus environmental factors.
17       So the way you do those studies is you take a
18    group of people with a condition, so in this case
19    people with trans identities who happen to be
20    twins.  Some of those twins are going to be
21    monozygotic twins, or identical twins, twins that
22    have the same DNA.  Some of those twins are going
23    to be fraternal twins who have different DNA.  And
24    then if you think about how twins are raised,
25    generally they have the same environment, right.

Page 26

1        And so that study allows you to separate out
2     the impact of genetic factors versus the impact of
3     environmental factors.  And when they've done that
4     with trans identity, they see there's, like, a
5     70 percent genetic component to trans identity.
6     And then similar studies have been done in autism
7     and schizophrenia, and that's how we -- one of the
8     main ways that we come to find that things have a
9     biological component.
10 Q  Has anyone identified what in the genetic code
11    is -- contributes to gender identity?
12       MR. STRANGIO:  Object to form.
13 A  It's similar to autism and schizophrenia in that
14    way in that there have been genetic studies where
15    they've identified potential genes, but they
16    haven't found, like, a single genetic determinant.
17 Q  So I hear sometimes the term "fluid" used in
18    connection with gender identity.  What is that?
19       MR. STRANGIO:  Object to form.
20 A  It's not quite a scientific term, but when I've
21    seen it used, it generally seems to be referring to
22    people describing their gender identity with new
23    language.  So, for instance, I certainly have
24    patients who maybe used the words trans man to
25    describe their gender identity, and then as they

Page 27

1     learned more language and that they might apply
2     different language to their identity later and
3     understand it differently through language and
4     might have, like, a nonbinary identity or add
5     additional detail or descriptors to their gender
6     identity.
7  Q  So you've used the term "transgender."  What do you
8     mean by that term?
9  A  So I should point out that it's used differently in
10    different contexts.  So some people use the word
11    transgender to mean somebody whose gender identity
12    is, say, like the opposite, for lack of a better
13    terminology, from their -- what's on their birth
14    certificate.  So if my birth certificate said male,
15    but I had a female gender identity, I might
16    identify as transgender or transgender woman.
17       Some people use it just to mean kind of that
18    binary gender identity.  Others use it in a broader
19    sense to also include people who have other gender
20    identities, like gender nonbinary identities.
21 Q  How do you use -- what is your definition you're
22    using?
23 A  I've probably used it different ways in different
24    papers, depending on, honestly, who's reviewing the
25    paper.  Because you end up using the definition

Page 28

1     that they use.  But usually any time that you use
2     that word, you've defined it in the paper since
3     it's important to be clear which definition you're
4     using.
5  Q  How are you defining it in your declaration?
6        MR. STRANGIO:  Object to form.
7  A  Well, because most of my declaration was focused on
8     gender dysphoria, so I'm trying to find where I
9     used the word "transgender."
10       Is there a specific sentence where you were
11    wondering?
12 Q  Not a specific sentence.  I'm just wondering how
13    you're using it when we're talking now, I suppose.
14 A  Yeah, looking at the declaration, I think often
15    when I use that word, I'm using it based -- because
16    that's the language that used in the
17    author's -- by the authors of the paper I'm
18    discussing.  So we can go through if there were
19    specific statements I just made or if there are
20    specific instances in the declaration, I can
21    clarify.
22 Q  So it may depend on the context?
23 A  Correct.
24 Q  I also hear the term "gender incongruent."  What is
25    that?

Page 29

1 A  Gender incongruence is a diagnosis from the ICD 11.
2     So it is a term that describes when somebody's
3     gender identity is incongruent with or different
4     from their sex assigned at birth, which is what's
5     on their birth certificate.
6 Q  How does that differ from just -- from being
7     transgender?
8         MR. STRANGIO:  Object to form.
9 A  I'll have to look up the exact criteria of the ICD
10    because here clinically in the U.S. when we're
11    using a medical diagnosis, we use the DSM
12    diagnoses, and there we have gender dysphoria.  But
13    if you'd like, we could pull up the ICD and see if
14    there's a way in which it's different.
15 Q  I don't think we need to do that.  I'm just trying
16    to understand.
17        So when you mentioned gender dysphoria, what
18    is gender dysphoria?
19 A  So gender dysphoria is the diagnosis in the DSM.
20    The latest edition is the fifth edition, text
21    revision.  And there are two different diagnoses.
22    There's gender dysphoria in children, which is a
23    diagnosis that can apply to youth who have not yet
24    reached puberty.
25        So in psychiatry when we say "child," we mean

Page 30

1     a minor who's not yet reached puberty.  And when we
2     say adolescent, we mean someone who has reached
3     puberty but is not yet an adult.  So there's a set
4     of criteria for gender dysphoria in children, and
5     then there's another set of criteria for gender
6     dysphoria in adolescence and adulthood.
7         And to kind of give you an overview or
8     summary, what will be relevant for most of this is
9     going to be adolescence or adulthood, because those
10    are the -- that's the diagnosis where a
11    gender-affirming medical intervention might be
12    relevant since prepubertal children don't receive
13    interventions.
14        (Brief interruption.)
15 A  So there, again, are those two sets of criteria.
16    Children refers to prepubertal children who aren't
17    candidates for gender-affirming medical
18    interventions under current guidelines.  The set of
19    criteria for adolescents and adults are what is
20    relevant for considering gender-affirming medical
21    interventions.
22        And generally that diagnosis is when you have
23    a gender identity that is different from your sex
24    assigned at birth and that that incongruence leads
25    to clinically significant impairment and social,

Page 31

1     occupational, or other functioning, and has been
2     present for at least six months.
3 Q  That's helpful.  Thank you.
4         I guess that does bring up one question.  Is
5     there -- so you say you need clinically significant
6     distress, is that the term you used?
7 A  Correct.
8 Q  Does that mean not everyone who is transgender
9     experiences gender dysphoria?
10 A  Correct.
11 Q  Is there a test for diagnosing gender dysphoria
12    such as a lab test or imaging test?
13 A  The gold standard test is a clinical interview
14    using the DSM-5 Text Revision criteria.
15 Q  But I think you may have mentioned -- gotten at
16    this earlier, but is there a known error rate as to
17    using the diagnosis for the DSM-5?
18        MR. STRANGIO:  Object to form.
19 A  Yeah, again, when you say "error rate," are you
20    asking about false positives or false negatives?
21 Q  Why don't we talk about those, starting with is
22    there a known rate of false negatives?
23 A  So again, when you calculate either of those false
24    negatives or false positives, you need to apply the
25    test you're asking about to a sample of people and

Page 32

1     see by that test how many have the diagnosis or
2     don't, and then you have to do that same thing with
3     the gold standard test, which is applying the DSM-5
4     criteria and look -- see which of those same people
5     do or do not meet criteria.
6         But in the situation you're describing, you're
7     comparing the gold standard to the gold standard,
8     so there wouldn't be a false positive or a false
9     negative rate.
10 Q  How does something like this get established as the
11    gold standard?
12 A  The DSM is -- and I don't know all the details of
13    the process, but it's the psychiatric manual put
14    forth by the American Psychiatric Association.  It
15    has several chapters.  I believe each chapter has a
16    lead, and then for the different diagnoses, there's
17    a committee of experts and a lead.  And they go
18    through the literature and use their clinical
19    experience and then create the manual, and it's
20    periodically updated.  So it was most recently
21    updated for the DSM-5 Text Revision.
22 Q  Has there research been done on the causes of
23    gender dysphoria?
24        MR. STRANGIO:  Object to form.
25 A  Yes.  There's been quite a bit.

Page 33

1 Q  Does it point us to anything as to likely causes of
2    gender dysphoria?
3 A  So people have looked at a range of potential
4    environmental factors, things likes maternal
5    characteristics, like time -- mostly interactions
6    between parents and kids.  And generally none of
7    those environmental factors have found a definitive
8    cause in that way.
9        Then there's been a set of research looking at
10   more biological determinants.  So again, there have
11   been twin studies that look at gender dysphoria as
12   the measure.  And again, they see there appears to
13   be a strong biological basis for a determinant.
14       There have also been whole exome studies where
15   they look at the genes of people who are
16   transgender and compare them to the genes of people
17   who are not, and those have identified several,
18   like, putative genes, mostly in estrogen signaling,
19   that are more strongly associated with gender
20   dysphoria.  But there's not a single clear gene or
21   cause that's been identified.
22 Q  So I want to switch gears a little bit and start
23    talking about gender-affirming care.  So you use
24    the term "gender-affirming care" several times.
25    What is encompassed within that term?

Page 34

1 A  It's a broad term.  If you're just using the term
2    "gender-affirming care," that can mean anything
3    ranging from working with schools to make sure that
4    a child is not bullied and treated appropriately
5    and respected so they can thrive in their school
6    environment.  It can involve legal affirmation,
7    like changing one's name or gender markers on
8    official legal documents.
9        It can also mean gender-affirming medical
10   care, which is a more specific term that can refer
11   to a range of medical interventions that depend on
12   the stage of development of the person.
13 Q  What are those medical interventions?
14 A  So the earliest one that might be considered would
15   be pubertal suppression.  The medications used for
16   that are gonadotropin-releasing hormone agonists.
17   Sometimes colloquially they're called puberty
18   blockers, or the other term, pubertal suppression.
19   Those are first considered when the adolescent
20   reaches the early stages of puberty, assuming they
21   meet several other criteria.
22       Those medications were first developed for a
23   condition called precocious puberty.  That's what
24   their FDA indication is for in minors.  And I think
25   that condition helps you understand how they work.

Page 35

1    So those are young people who enter puberty very
2    early, as early as, say, age three.  And so they'll
3    receive these medications to temporarily pause
4    puberty until they're at a more developmentally
5    appropriate age to start going through it, at which
6    point the medication is stopped and their endocrine
7    axis that initiates puberty starts again.
8        So they're used similarly for adolescents with
9    gender dysphoria in that generally these
10   adolescents sometimes enter puberty and start to
11   have negative psychological outcomes related to
12   going through the puberty that doesn't match their
13   gender identity.
14       To help you understand this, some of these
15   kids have understood their gender identity, let's
16   say a trans girl, sex assigned at birth male, may
17   have been expressing a female gender identity since
18   age three or four and has known herself as a girl
19   throughout her entire life, and then all a sudden
20   is about to start going through male puberty or
21   really has to start going through male puberty
22   before she would be eligible for this medication.
23       So what it does is it puts that on pause so
24   that that adolescent at that point can have more
25   time and work with a therapist to come to better

Page 36

1    understand their gender identity without the
2    pressure of puberty actually progressing.  Because
3    as many of the secondary sex characteristics
4    develop of puberty, we can't later undo that if
5    that person continues to identify as trans later in
6    life without pretty invasive interventions, if it's
7    possible at all.
8        Later in adolescence you might consider
9    gender-affirming hormones.  So that generally means
10   estrogen for trans girls or testosterone for trans
11   boys, and that induces the puberty of their gender
12   identity.
13       Then you'll hear about gender-affirming
14   surgeries.  The vast majority of those aren't
15   generally considered until adulthood, but the one
16   that is sometimes considered for minors is
17   gender-affirming top surgery or masculinizing top
18   surgery, which obviously is a big decision and is
19   only pursued if a mental health professional, a
20   medical professional, an adolescent, and their
21   legal guardians are all in agreement that the
22   benefits of that surgery will outweigh the risks.
23       But that involves removal of breast tissue,
24   either through -- if there's a very small amount of
25   breast tissue at that time through liposuction

Page 37

1   essentially or through surgical removal.  That's a
2   different surgery.
3   Q  Okay.
4   A  And then in adulthood, in rarely -- in adulthood,
5       that's when you might hear about other surgeries
6       like general surgeries, et cetera.  Under the older
7       guidelines, surgery was never considered until age
8       18 and up.  The latest guidelines removed that age
9       requirement to acknowledge that there might be
10      situations in which there might be a compelling
11      reason to have some of those other surgeries
12      earlier.
13          The only one I've heard of has been a
14      vaginoplasty, which is a surgical creation of a
15      vagina, usually like in a 17-year-old who's not
16      quite yet 18, and it's usually because they want to
17      be able to have their surgical recovery before they
18      go to college.
19  Q  Thank you.  That's a helpful overview.
20          Do all minors who are transgender want
21      gender-affirming medical care?
22          MR. STRANGIO:  Object to form.
23  A  No.
24  Q  Is gender-affirming medical care medically
25      indicated for all minors with gender dysphoria?

Page 38

1          MR. STRANGIO:  Object to form.
2   A  No.
3   Q  What are some of the reasons minors with gender
4       dysphoria will not be eligible for gender-affirming
5       medical care?
6          MR. STRANGIO:  Object to form.
7   A  They could potentially have a medical
8       contraindication, so say a young person is at high
9       risk of blood clots due to a genetic condition, it
10      may not be appropriate to consider estrogen.  That
11      can increase clotting risks.  It's more
12      complicated discussion because there are different
13      formulations, and some of them carry lower risks of
14      blood clots.
15          In many of these cases, you're always weighing
16      potential risks against potential benefits.  So
17      you'd be weighing how severe that person's gender
18      dysphoria is against the risk of a blood clot,
19      let's say.
20          You also see in the guidelines that other
21      mental health conditions need to be reasonably well
22      controlled.  So if a person is in acute psychiatric
23      crisis and wouldn't be able to, say, adhere to the
24      blood monitoring that's necessary or the other
25      things that are necessary to make sure that

Page 39

1   gender-affirming medical care is safe, they may
2   not -- it may not be medically indicated.
3          If they've not yet had a comprehensive
4       biopsychosocial evaluation by a mental health
5       professional, it may not be medically indicated.
6       But in any of these cases, it's a case-by-case
7       basis, where the expert mental health and medical
8       team need to be weighing the risks and benefits in
9       any given situation.
10  Q  A minute ago you mentioned a biopsychosocial
11      evaluation.  Did I get that term right?
12  A  Yes.
13  Q  What is that?
14  A  So a biopsychosocial evaluation is a mental health
15      evaluation, and it has three kind of parent
16      categories.  But all coming back to describing the
17      person's mental health.  And it's literally bio,
18      psycho, social evaluation.
19          So you look at biological factors that may be
20      contributing to the person's mental health
21      presentation.  You then look at psychological
22      factors that may be contributing.  And then you
23      look at social factors that may be contributing.
24      And in psychiatry we usually have an assessment and
25      a plan.  So you may potentially break your plan

Page 40

1   down by biological interventions, psychological
2   interventions, social interventions.
3   Q  And that assessment is required before you start
4       gender-affirming medical care?
5          MR. STRANGIO:  Object to form.
6   A  Current medical -- if strictly following the
7       current medical guidelines, it is required.  Again,
8       there are -- can be extenuating circumstances in
9       medicine, but I can't think of a specific time
10      where you wouldn't do a biopsychosocial evaluation.
11      It's generally considered part of the standard of
12      care.
13  Q  How long does a -- or help me to understand how
14      thorough these evaluations are.  How long do they
15      last?
16          MR. STRANGIO:  Object to form.
17  A  It depends on the complexity of the case.  So you
18      can imagine if there is, let's take that child I
19      described earlier who had a clear understanding of
20      her gender identity since she's been three or four.
21      She's been living as a girl her whole life.  She's
22      now an adolescent.  She has no other mental health
23      concerns.
24          Maybe she's been in therapy this entire time
25      weekly and has a really sophisticated understanding

Page 41

1    of her gender identity and the risks and benefits
2    of these medical interventions because she's been
3    talking about them with her family for years before
4    ever coming to see you.  That's going to be a much
5    shorter evaluation than, say, a patient who has
6    schizophrenia and PTSD and hasn't been as engaged
7    in mental health care until recently and is seeking
8    care.
9        So the guidelines intentionally don't say you
10   should have this many sessions because it really
11   is -- it's important to use your clinical expertise
12   and to work through a case however long it takes.
13 Q So if you had a simple case like you just
14   described, how many sessions would you expect this
15   evaluation to last?
16       MR. STRANGIO:  Object to form.
17 A It's hard to say for sure, but if I were to give
18   you a rough estimate, maybe five or six sessions
19   over a few months.  Very complicated cases, I've
20   certainly heard go for a year or longer.  But
21   again, it's very dependent on the clinician and
22   really dependent on the situation.
23 Q And when you're doing one of these evaluations, is
24   it just conversations with the patient?  Are you
25   reviewing medical records?  Can you help me

Page 42

1    understand sort of what is the scope of material
2    someone would review?
3        MR. STRANGIO:  Object to form.
4 A And again, we're describing clinical practice, so
5    people who -- not everybody's clinical practice is
6    going to look exactly the same because different
7    psychiatrists or mental health professionals might
8    do things a little bit differently and still be
9    following appropriate practice.
10       But generally you would interview the child
11   and provide a lot of education, develop
12   interventions and about gender identity.  You'd
13   want to know their -- the history of their gender
14   identity, when did they first start thinking about
15   this, how are they thinking about this now, how has
16   that changed over time, is their family supportive,
17   is their school supportive, is there any bullying
18   going on, are they able to use a bathroom where
19   they feel safe.  Are they able to participate in
20   sports at school.
21       You end up talking about the medical
22   interventions.  You end up talking about how these
23   interventions impact fertility, all the potential
24   side effects.  You want to understand any physical
25   gender dysphoria they're having, so are there parts

Page 43

1    of the way -- specific things about puberty that
2    they're really upset about.
3        You want to identify any other potential
4    mental health conditions.  So if they have
5    depression or anxiety or an eating disorder or a
6    psychosis or a bipolar disorder or anything else
7    that could be clouding your diagnostic picture of
8    what's going on.
9        And then obviously you meet with parents and
10   review what you've learned in the session, and
11   often parents need a lot of education also.  I'll
12   usually also have a session with the adolescent and
13   their parents all together to see, you know, is
14   there anything that we haven't covered or we
15   haven't discussed that's giving anyone pause or
16   that we need to explore more, we don't fully
17   understand, or if they have more questions about
18   what the medical intervention entails.
19       Then generally they would meet with the
20   medical providers also, who go through all of the
21   risks, benefits, potential side effects of the
22   medical intervention again.  And most clinics, that
23   I know of anyway, have the parents actually sign
24   that they've gone through the entire thing, and the
25   parents are providing consent and that the minor

Page 44

1    provides their assent.
2        Some pediatric medicine, except for in rare
3    exceptions, adolescents can't consent to medical
4    care on their own.  It's the parents who provide
5    the consent and the adolescent provides what we
6    call assent.
7 Q Why is that -- why is there a distinction drawn
8    between consent and assent?
9        MR. STRANGIO:  Object to form.
10 A Because there's generally an understanding that
11   parents have the developmental capacity to better
12   understand medical interventions and what's in the
13   best interest of their children.  There are
14   exceptions to that case, like emancipated minors or
15   minors who may be particularly mature.
16       There's something called the Appelbaum
17   criteria in psychiatry that we use to determine if
18   someone has capacity to give consent for their own
19   medical decisions.  So that could theoretically be
20   applied to a minor.  But generally as a matter of
21   pediatric medicine, and usually it's law, parents
22   need to provide consent for medical interventions.
23 Q One thing I would -- so earlier I think you
24   mentioned that a simple case could be a child that
25   may have had a clear understanding of their gender

Page 45

1  identity since age three or so.  How do you
2  determine whether an understanding is clear?
3      MR. STRANGIO:  Object to form.
4  A  So some minors will come to clinic and say, you
5  know, I want to better understand my gender
6  identity, that I feel like I don't have a clear
7  sense of it.  And in that case we have a different
8  kind of therapy that we call exploratory
9  psychotherapy and gender where we work with the
10  person to help them better understand gender
11  identity and themselves.  It's a nondirective
12  therapy to just guide them to talk through things
13  out loud until they feel like they do have a clear
14  understanding of themselves.
15      Other patients are different.  You know,
16  they'll tell you, I am a girl.  It's very clear in
17  my mind, and it will continue to be very clear to
18  them for many years by the time you see them.
19  Q  I guess one thing that I'm having a little trouble
20  understanding, maybe you can help unpack for me is
21  how a three-year-old can have a clear understanding
22  of any concept when they're still developing.
23      MR. STRANGIO:  Object to form.
24  A  Toddlers have some clear understandings of things,
25  right.  They know what they want.  They are

Page 46

1  starting to develop language.  They're sentient
2  beings and can have clarity about things.  And you
3  certainly will meet children that, you know, three,
4  four, five, will start to say things like, I'm a
5  girl.  When am I going to have a vagina?  Why do I
6  have a penis?  Why am I being separated to be with
7  the boys instead of with the girls because I'm a
8  girl?  That more happens in the school age years.
9      And, of course, most parents will say, you
10  know, if it's a birth-assigned male that's saying
11  I'm a girl, it's, hey, because you're a boy, and
12  will try to explain that usually based on sex
13  assigned at birth.  Most parents -- I guess that's
14  changing, but historically, a lot of parents don't
15  have any understanding of a transgender child.
16  They've never met one.  So it can be pretty
17  shocking, and they're usually just saying -- like
18  explaining, probably the way you would, like this
19  is why you're a boy.  But the kid says, but I'm not
20  a boy, I am a girl, I need to be with the girls.
21  And they just seem to have this clarity about that
22  concept in their mind.
23  Q  So do you -- by clarity, are you just thinking sort
24  of consistent and emphatic?
25      MR. STRANGIO:  Object to form.

Page 47

1  A  Yeah, you'll hear -- this isn't a clinical term,
2  but you'll hear like insistent, consistent,
3  persistent, so I think you just covered two of
4  those.  So insistent and persistent.  But also
5  that, you know, they're explaining it in a way
6  that's not, like, suggesting confusion other than
7  the fact that, like, the parents, like, see the
8  person as their sex assigned at birth, you know.
9      Like, you could imagine maybe a kid, this
10  could be a slightly older kid, so maybe -- I had a
11  patient who, I think -- I want to make sure I can
12  anonymize this sufficiently.  I'll change the
13  details to make this not identifiable, but it will
14  be the same concept.
15      So let's say there was a kid with autism who
16  had very rigid thinking who enjoyed a
17  stereotypical, like, what you would think of as a
18  female activity, like dancing or ballet.  And that
19  kid says to you, I'm -- I was assigned male at
20  birth, but I'm a girl.  Like, I'm a girl.  And you
21  say, oh, tell me more about that.  Why?
22      And they say, well, because I like knitting.
23  And then you might -- a parent will logically say,
24  well, you can like that knitting or ballet or
25  gymnastics and still be a boy.  And, you know,

Page 48

1  someone with very rigid thinking might say, like,
2  oh, that helps me understand that I am a boy who
3  likes ballet or dancing or knitting.
4      So that that would be a case where it wouldn't
5  be -- that they had a clear understanding because
6  when you ask them about it more it becomes
7  relatively clear that it was related to something
8  different.
9      MR. BARTA:  I think we're at about an hour
10  mark here.  Would this be a good time to take a
11  break?
12      MR. STRANGIO:  That's great.  We'll do five
13  minutes.
14      MR. BARTA:  That's fine.
15      MR. STRANGIO:  Okay, great.
16      THE WITNESS:  Thank you.
17      (Recess taken.)
18  BY MR. BARTA:
19  Q  So I wanted to follow up with one concept we were
20  talking about just before the break.  I think in
21  your description of psycho -- the biopsychosocial
22  analysis that takes place, you mentioned that other
23  conditions can cloud the picture.
24      Can you explain that some more?
25      MR. STRANGIO:  Object to form.

Pages 49..52

Page 49

1 A  Uh-huh.  They're relatively rare, but you could
2    have someone with schizophrenia where part of their
3    delusions involve gendered aspects that sometimes
4    can be difficult to tease apart.  It certainly
5    takes time.
6         There's a case series published by the Dutch
7    group, that's one of the -- they're one of the
8    leading groups to publish research in this area
9    where they had several such cases and described how
10   they worked with those patients to understand if
11   the gender dysphoria was a separate diagnosis from
12   their psychosis and schizophrenia.
13        To be clear, actually in that series, there
14   were several patients where they were separate, so
15   they were over time able to treat their psychosis
16   to a point that the psychosis was gone, but the
17   gender dysphoria persisted and then those patients
18   did well with gender-affirming medical care.  But
19   that's just one example.
20 Q  All right.  So I want to turn to your declaration.
21   So in paragraph 11 of your declaration.  I'll give
22   you a moment to turn there.
23 A  Yes.
24 Q  So in paragraph 11, you say "gender-affirming
25   medical interventions improve mental health for

Page 50

1    adolescents with gender dysphoria when medically
2    indicated."
3         Did I read that correctly?
4 A  Yes.
5 Q  Are you saying here that gender-affirming medical
6   interventions cause improved mental health?
7        MR. STRANGIO:  Object to form.
8 A  We can go through the literature in detail, but
9    there are two sets of studies, generally.  Both for
10   puberty blockers and gender-affirming hormones,
11   that when taken together, show that
12   gender-affirming medical interventions improve
13   mental health.  The first set of studies are
14   longitudinal studies that address one element of
15   causation, which I think is what you're asking.
16   And those studies show that after gender-affirming
17   medical interventions, mental health is better than
18   before.
19        The limitation of those studies is that they
20   don't have a control group of people who didn't
21   receive intervention.  So you could ask yourself,
22   you know, maybe these people's mental health was
23   going to improve if you didn't give the
24   intervention.
25        So those studies are supplemented by another

Page 51

1    set of studies that are cross-sectional studies
2    that have control groups that compare people who
3    received the intervention to people who didn't
4    after adjusting for a whole bunch of other factors
5    that could impact those results.  So that gives
6    you, you know, the other part that you want to know
7    for causation that it wasn't just time that led
8    them to get better but that people who got the
9    treatment do better than those who don't.
10 Q  Okay.  Let's talk maybe more about those studies.
11   But before we do, I guess you make a similar
12   statement in paragraph 12 of your declaration where
13   you say, "Existing research shows gender-affirming
14   medical treatments for adolescents with gender
15   dysphoria are consistently linked to improved
16   mental health."
17        Is that right?
18 A  Correct.
19 Q  Okay.  And by "linked to," do you mean caused?
20        MR. STRANGIO:  Object to form.
21 A  I would just say what I said before, that there are
22   two sets of studies that look at whether or not
23   these interventions are the reason that mental
24   health is improving.  There's a set of studies that
25   show that there's an association between the

Page 52

1    timing, you know, before and after, after these
2    people had better mental health.  And then the
3    other set of studies show the control group, right,
4    that the people who got the treatment do better
5    than those who don't.
6         So if you're talking about an individual
7    study, I would more say linked because I wouldn't
8    recommend taking any one study because there's no
9    one single study that is going to show you the
10   causation question.  Because all the studies have
11   different strengths and limitations, and you have
12   to look at all of them as a body of literature.
13 Q  And when you say "consistently linked," do you mean
14   that all the research points in the same direction?
15        MR. STRANGIO:  Object to form.
16 A  Of all the studies I'm aware of, they've all either
17   found improvement of mental health or not found a
18   worsening of mental health.  Like, say, a
19   longitudinal study they found that, you know, it
20   didn't get worse.
21        And even mental health not getting worse is
22   notable because particularly if you're talking
23   about a period of time when people are going
24   through puberty, as I described earlier, these
25   kids, if they're considering these interventions,

Page 53

1  are usually having severe psychological distress
2  about puberty.
3       So actually most kids don't get treatment, and
4  clinicians have observed those patients get worse
5  over time.  So not worsening is also a good
6  outcome.  But I'm not aware of any studies showing
7  that or linking the treatment to worse mental
8  health.
9  Q  What about inconclusive studies, are you aware of
10    those?
11       MR. STRANGIO:  Object to form.
12  A  There are certainly studies that don't meet their
13    threshold of statistical significance, which can be
14    for a number of reasons, including that the sample
15    size was too small to have statistical power to
16    detect a difference.
17  Q  And I think this sentence is also talking about
18    adolescence.  That those children who've
19    experienced puberty; is that correct?
20       MR. STRANGIO:  Object to form.
21  A  It refers to a person somewhere between Tanner 2
22    puberty, which is the early stage of puberty, and
23    adulthood.
24  Q  Are all these studies on minors who first
25    experience symptoms of gender dysphoria in

Page 54

1  adolescence?
2       MR. STRANGIO:  Object to form.
3  A  I don't think all of the studies specifically state
4    when the participants started experiencing gender
5    dysphoria.  Some may state.  Others, I believe,
6    don't.
7  Q  Are there differences in the populations between
8    minors who experience gender dysphoria during
9    puberty versus before puberty?
10  A  Could you say the question again.
11  Q  Are there differences in the population of minors
12    who first experience gender dysphoria at or after
13    puberty versus before puberty?
14       MR. STRANGIO:  Object to form.
15  A  The best paper that I can think of to look at that
16    is one that's on my CV, that was from our group,
17    where we looked at people who first came to
18    understand their gender identity before the onset
19    of puberty with people who first came to understand
20    their gender identity after the onset of puberty.
21    And there were some demographic differences, some
22    different life experiences.
23       I think the people who came to understand it
24    in early childhood, for instance, experienced more
25    bullying, which makes sense because they were

Page 55

1  probably more likely to have told someone.  And
2  trans identities are stigmatized.  So that's one
3  example of how it's different.
4  Q  Do you think studies on people who first
5    experienced symptoms before puberty can be
6    generalized to people who first experienced
7    symptoms at or after puberty?
8       MR. STRANGIO:  Object to form.
9  A  So I believe the Dutch group did have a study where
10    they looked at their referrals that they had in the
11    past versus more recent referrals, and I
12    think there was a difference in the proportion who
13    came to understand their gender identity earlier
14    versus later.  And I remember that their kind of
15    bottom line conclusion was that there weren't
16    substantial differences, but I'd have to review the
17    paper.
18       But it's -- I mean, it's typical that we --
19    you know, any time you do a research study, you're
20    not going to have the exact population in front of
21    you, right.  So like in clinical trials for
22    depression, you're doing that study in a group of
23    people who have certain life experiences and have
24    depression, right.  The important thing is that
25    they have depression.

Page 56

1       And then we generalize that to people who
2    weren't in the study who have different
3    experiences, right, who live in different states or
4    maybe their depression started at different ages.
5    But it's not uncommon in psychiatry to have a study
6    of people who have a certain diagnosis and then
7    generalize that to people who have that diagnosis
8    even if they're not exactly the same in every
9    respect or that there's symptoms developed at
10    different ages.
11  Q  Okay.  So let's -- I think we're going to start
12    turning to some of the more specific statements,
13    more specific concepts discussed in your report
14    beginning with pubertal suppression.  So you
15    mentioned pubertal suppression earlier.  Can you
16    remind me exactly what that involves?
17       MR. STRANGIO:  Object to form.
18  A  Generally it involves treatment with a
19    gonadotropin-releasing hormone agonist.
20  Q  How long does pubertal suppression typically last?
21       MR. STRANGIO:  Object to form.
22  A  There are different formulations, so some of them
23    are long-acting injections that last for a few
24    months.  There are also subcutaneous implants.
25    Just little implants that go right under the skin,

Page 57

1    usually on the arm.  Those are marketed to last
2    about a year.  But there's been some research to
3    suggest that they last closer to two years.  When
4    you remove the blocker, it would stop working.
5  Q  **For what period of time are children typically**
6    **given pubertal suppressing drugs?**
7         MR. STRANGIO:  Object to form.
8  A  So different pediatric endocrinologists will give
9    you different exact numbers, but we are cautious to
10   not leave people on puberty blockers indefinitely
11   because you need sex hormones to mineralize your
12   bones.  So while you're taking a puberty blocker,
13   you're going to fall behind on bone density
14   compared to your peers.  So for that reason many
15   pediatric endocrinologists also track bone density
16   while people are on these medications.
17        And if they were to see that they're falling
18   behind too much on bone density, they would
19   probably have a discussion with the family saying,
20   you know, this is becoming risky to your bones.
21   You should either stop the puberty blocker and go
22   through your endogenous puberty or the puberty you
23   would go through without intervention or start
24   gender-affirming hormones.  And so, you know, that
25   consideration can happen at any time.

Page 58

1         But I would say most pediatric
2    endocrinologists by the time someone reaches 16 or
3    so, that's when they start having more serious
4    conversations about not waiting much longer to stay
5    on the puberty blocker for the bone health reason.
6  Q  **What is the purpose of giving a child puberty**
7    **blockers?**
8         MR. STRANGIO:  Object to form.
9  Q  **Let me restate that.**
10        **What is the purpose of giving a child with**
11   **gender dysphoria puberty blockers?**
12  A  So we wouldn't give a child puberty blockers.  Do
13   you mean an adolescent?
14  Q  **I do.**
15  A  So an adolescent with gender dysphoria, the goal of
16   the pubertal suppression is to alleviate the
17   distress that's being caused by their body
18   developing in a way that is incongruent with their
19   gender identity which also gives them more time to
20   make that future decision of are they going to go
21   through their endogenous puberty or are they going
22   to take medication to go through puberty without
23   all this continually magnifying stress of the
24   puberty itself.
25  Q  **Are there situations in which you would -- in**

Page 59

1    **treating an adolescent with gender dysphoria you**
2    **would skip pubertal suppression and go straight on**
3    **to giving hormones?**
4         MR. STRANGIO:  Object to form.
5  A  So it's often that an adolescent doesn't make it to
6    a clinic at a young enough age or an early enough
7    stage of pubertal development to be a candidate for
8    puberty blockers.  So if puberty is finished, a
9    puberty blocker is not going to be useful.  So in
10   those cases, which is more cases than not, they've
11   never had pubertal suppression.
12  Q  **So, but for some -- for someone with gender**
13   **dysphoria who makes it to a clinic, you know,**
14   **before or at Tanner stage 2, they would go on**
15   **puberty blockers rather than hormones?**
16        MR. STRANGIO:  Object to form.
17  A  Could you describe more about the case?
18  Q  **What I'm trying to understand is if you have**
19   **someone who comes to a clinic before the onset of**
20   **puberty, would they always be put on pubertal**
21   **suppression when puberty begins or would they**
22   **ever be moved directly to hormones?**
23        MR. STRANGIO:  Object to form.
24  A  Someone who comes before the onset of puberty would
25   not be a candidate for either of those

Page 60

1    interventions.
2  Q  **When someone comes at the onset of puberty, would**
3    **they always be put on pubertal suppression drugs?**
4         MR. STRANGIO:  Object to form.
5  A  No, for a number of reasons.  The family wasn't on
6    board, if they hadn't had a mental health
7    evaluation, if they -- I'm trying to think of,
8    like, specific medical complications.
9  Q  **Maybe I can rephrase this to make it clearer.**
10        **What I'm trying to understand is if someone**
11   **who is eligible for puberty blockers and has gender**
12   **dysphoria comes to a clinic, is the first course of**
13   **treatment always going to be puberty blockers**
14   **instead of hormones, or are there cases in which**
15   **hormones would be given without puberty blockers?**
16        MR. STRANGIO:  Object to form.
17  A  I can't think of a circumstance if someone is
18   coming in at Tanner stage 2 of puberty that they
19   would receive immediate gender-affirming hormones
20   instead of pubertal suppression.
21  Q  **Okay.  Is there a reason it is important to**
22   **start -- to go with pubertal suppression instead of**
23   **hormones in that situation?**
24        MR. STRANGIO:  Object to form.
25  A  So the guidelines are designed to go with the most

Page 61

1   reversible interventions first and the least
2   reversible interventions later.  So puberty
3   blockers, if stopped, you'll go through your
4   endogenous puberty, so in that way they are
5   reversible.
6         Gender-affirming hormones, like estrogen or
7   testosterone, once you've been on them for a
8   certain period of time, you'll start to develop
9   characteristics that are more permanent.  The best
10  example I can give is voice deepening.
11  Testosterone will thicken and lengthen the vocal
12  cords, and that's very hard to undo later.  There
13  are surgeries.  There's vocal training people can
14  do, but, you know, that's a more irreversible
15  effect than the puberty blocker.
16        And then obviously surgery is the most
17  irreversible, and so that's why it's generally
18  considered last.
19 Q  Why is reversibility a concern?
20        MR. STRANGIO:  Object to form.
21 A  This is a very cautious area of medicine where we
22  want to be really careful that people don't later
23  regret an intervention that they have.
24        So you'll see later in the report, a lot of
25  this care is designed around preventing an outcome

Page 62

1   where someone regrets having had any of the
2   interventions that they had.  So that's why we go
3   in a very cautious, step-wise fashion, from most
4   reversible to least reversible, and that's likely
5   part of the reason that the regret rates are so low
6   is that this area of medicine is cautious in that
7   way and in requiring a comprehensive mental health
8   evaluation prior to starting an intervention.
9  Q  So are there conditions that would disqualify a
10     minor from starting pubertal suppression?
11        MR. STRANGIO:  Object to form.
12 A  What do you mean by "condition"?  Like a medical
13  co-morbidity or --
14 Q  So are there medical co-morbidities that would
15     prevent a minor from receiving pubertal
16     suppression?
17 A  Perhaps if they already had very low bone density.
18  I'm trying to think of other -- if they were too
19  far progressed through puberty.  That would be a
20  better question for a pediatric endocrinologist.
21 Q  Are you aware of psychological conditions that
22     would render someone ineligible for pubertal
23     suppression?
24        MR. STRANGIO:  Object to form.
25 A  I'm not aware of any absolute contraindications.

Page 63

1   As I said before, there might be conditions that
2   would require you to extend the diagnostic phase
3   and the amount of time working with the mental
4   health professional before you could feel confident
5   that it's the right course of treatment for a
6   patient.
7  Q  All right.  So in paragraph 14 of your declaration,
8     I'm going to -- you say, "Peer-reviewed
9     cross-sectional and longitudinal studies have found
10    that pubertal suppression is associated with a
11    range of improved mental health outcomes for
12    adolescents with gender dysphoria."
13        Did I read that correctly?
14 A  Yes.
15 Q  So when you say "associated with," you're not
16    saying caused; correct?
17        MR. STRANGIO:  Object to form.
18 A  So this goes back to what I was saying earlier,
19  that if you're going to look at a single study,
20  like, say, just one cross-sectional study or one
21  longitudinal study, I would not make causal
22  inferences from a single study.
23 Q  And just so I'm clear, what is the difference
24    between cause and association?
25 A  So cause means that the -- a certain variable is

Page 64

1   the reason that another variable changed.
2   Association is that two variables change in the
3   same direction.  Or track together.
4  Q  All right.  So the -- one of the studies --
5        MR. BARTA:  Shawn, could you bring up as
6   Exhibit 4 the de Vries 2011.
7        (Deposition Exhibit 4 marked.)
8  Q  Dr. Turban, is this one of the studies you cite in
9     your discussion of pubertal suppression?
10 A  Yes.
11 Q  And I believe this is a longitudinal cohort study
12    of Dutch patients; is that right?
13 A  Yes.
14 Q  What is a longitudinal cohort study?
15 A  A longitudinal cohort study is a study in which you
16  have a cohort, which is a group of patients, who
17  you follow over time.
18 Q  So in this study there's no control group like in a
19    randomized control trial?
20 A  A randomized control trial is one type of study
21  that has a control group.  I just want to be clear,
22  those aren't synonyms.  But correct, a longitudinal
23  cohort study, specifically this longitudinal cohort
24  study, does not have a control group.
25 Q  And so then you agree this type of study cannot

**Page 65**

1 establish causation by itself?

2     MR. STRANGIO: Object to form.

3 A I would not take this single study in isolation to

4 make a causal determination.

5 Q **In this study there were 70 patients; is that**

6 **right?**

7     THE WITNESS: Do we have a printout of this

8 one?

9     MR. STRANGIO: I can look.

10 A Well, I can see that the methods say of the first

11 eligible 70 candidates, but I just want to see the

12 rest of the methods because they're --

13 Q **Sure.**

14     MR. BARTA: Can we scroll to page 2278.

15     SHAWN WEYERBACHER: Sure.

16     MR. STRANGIO: And just, I handed that -- a

17 paper copy as well so you can concurrently scroll,

18 and then that's in front of him now.

19     MR. BARTA: Perfect. Thank you so much.

20 A So if you look at the "Methods" section on page

21 2277, so they describe a larger cohort. So between

22 2000 and 2008, 140 of 196 consecutively referred

23 adolescents to their gender clinic were considered

24 eligible for a medical intervention at the

25 Amsterdam clinic.

**Page 66**

1     Of those, 29 were 16 or older and were

2 prescribed -- CSH there means cross-sex hormones.

3 It's an older term for gender-affirming hormones.

4 The other 111 adolescents were prescribed GnRHa.

5 Those are the gonadotropin-releasing hormone

6 agonists or puberty blockers, pubertal suppression,

7 which is to suppress puberty.

8     Then this study looked at the first 70

9 adolescents who received pubertal suppression. And

10 it looks like also subsequently started

11 gender-affirming hormones between the years 2003

12 and 2009.

13 Q **So this study only included people who went on to**

14 **receive cross-sex hormones?**

15     MR. STRANGIO: Object to form.

16 A That appears to be correct.

17 Q **So the data would not include people who received**

18 **puberty blockers but decided not to continue to**

19 **cross-sex hormones?**

20     MR. STRANGIO: Object to form.

21 A I believe that's true. There's another study from

22 the same clinic. I believe it's also cited in my

23 report. Sorry, I don't know how to pronounce the

24 last name of the first author, but it's

25 W-I-E-P-J-E-S, where they report that of patients

**Page 67**

1 in that clinic who start pubertal suppression,

2 1.9 percent of them did not continue on to

3 gender-affirming hormones.

4 Q **Okay. We can talk about that study later.**

5     **But of this data set, this would only include**

6 **people who went on to receive gender-affirming**

7 **hormones; right?**

8 A Correct. I'm just providing the additional context

9 that that would be most of them.

10 Q **So turning to page 2282 of this study. Under**

11 **"Conclusions," the authors say, "Gender dysphoria**

12 **did not result as a result of puberty suppression."**

13     **Did I read that correct?**

14 A Correct. And if -- we need to look at what scale

15 they used, because if you remember, gender

16 dysphoria refers to having a gender identity that's

17 different from your sex assigned at birth and

18 having clinically significant impairment from that.

19     So, you know, like that core component of it,

20 having a gender identity that's different from your

21 sex assigned at birth, that wouldn't be expected to

22 be resolved by puberty blockers. What you're

23 relieving is that the stress of the physical gender

24 dysphoria, but your gender identity is still going

25 to be different than your sex assigned at birth.

**Page 68**

1     So if that's continuing to create a problem

2 for any reason, if you're being bullied, if you are

3 still dysphoric about the fact that you haven't

4 been able to go through the puberty of your gender

5 identity, you would expect the gender dysphoria to

6 still be there. In fact, you'll see the next

7 sentence says, "Psychological functioning, however,

8 improved in various respects."

9 Q **Right. So they do say psychological functioning**

10 **has improved. The authors don't claim that**

11 **pubertal suppression causes improved psychological**

12 **functioning; correct?**

13     MR. STRANGIO: Object to form.

14 A I would assume generally in a paper like this,

15 that's a longitudinal cohort study, they'll

16 emphasize that it only tells you one part of that

17 question, that, you know, mental health improves

18 before and after. And you should not use a single

19 study like this to imply causation, and I'm

20 presuming they say that somewhere in the

21 discussion.

22 Q **So the next sentence after that, it says, "We**

23 **cautiously conclude that puberty suppression may be**

24 **a valuable element in clinical management of**

25 **adolescent gender dysphoria."**

Page 69

1              Did I read that correctly?
2  A  Correct.  And to highlight, this paper was
3     published in 2011.  So over a decade ago.
4  Q  In addition to pubertal suppression, the authors
5     also identify some other possible explanations for
6     their finding; is that correct?
7        MR. STRANGIO:  Object to form.
8  A  Can you point me to the section of the paper?
9  Q  Sure, sure.  So on page 2281, in the first full
10    paragraph, or second full paragraph, the authors
11    say, "There may be various explanations for these
12    results."
13       Do you see that?
14 A  Yes.
15 Q  So further down in that paragraph, the authors also
16    say --
17 A  Do you mind reading the paragraph continuously just
18    so we don't lose context?
19 Q  Sure.  "Foremost, suppression of the development of
20    secondary sex characteristics resulted in a
21    physical appearance allowing for a smooth
22    transition into the desired gender role.  In adult
23    transsexuals, postoperative psychopathology is
24    associated with difficulties in passing into their
25    new gender.  Furthermore, by receiving pubertal

Page 70

1     suppression, gender dysphoric adolescents may trust
2     that GR will be offered if needed.  In addition,
3     stigmatization and discrimination (e.g., references
4     [11,31].) may have been limited because the
5     adolescents in this study received extensive family
6     or other social support.  Finally, the adolescents
7     were all regularly seen by one of the clinic's
8     psychologists or psychiatrists.  Psychological or
9     social problems could thus be timely addressed.
10    All of these factors may have contributed to the
11    psychological well-being of these gender dysphoric
12    adolescents."
13       So one of the potential explanations for the
14    improvement that the authors identify is
15    psychological support; is that right?
16 A  As one of the possibilities, yes.
17 Q  And another is family and social support?
18 A  Yes.
19 Q  And does this -- and then does this study tell us
20    anything about the long-term effects of pubertal
21    suppression?
22       MR. STRANGIO:  Object to form.
23 A  This is one of the very first papers that they
24    published, so it's not the longest follow-up
25    they've looked at.  The longest follow-up would

Page 71

1     have been the paper in pediatrics that they
2     published.
3  Q  We can turn there in a moment.  I'm asking about
4     this paper.
5  A  So it looks like this paper, which again, is their
6     first paper from over a decade ago, looked at
7     mental health an average of two years after
8     starting puberty blockers.
9  Q  Would you agree that longer term studies need to be
10    done than two years to determine the impact of
11    pubertal suppression?
12       MR. STRANGIO:  Object to form.
13 A  I think more research is always better.  And as I
14    mentioned, they have continued to publish data
15    here.  But I'd also emphasize that we don't have a
16    standard in medicine that we need to have many
17    years of follow-up data before using a medication.
18    Just to provide an example, if that were required,
19    we wouldn't be able to use any of the medications
20    that were approved in the past decade or so.
21 Q  So on page 2282 of this study, in the -- I think
22    it's the second full paragraph, the authors say,
23    "Long-term follow-up studies, however, should be
24    performed to examine whether these adolescents will
25    be able to maintain the relatively good functioning

Page 72

1     into their adult years after GR."
2              Did I read that correctly?
3  A  Yes.  And then the same group did publish that
4     follow-up data that we can talk about later in that
5     Pediatrics paper.
6  Q  Okay.  Well, why don't we turn there now.
7        MR. BARTA:  Shawn, you can take this down and
8     put up as Exhibit 5 the de Vries 2014 study.
9        (Deposition Exhibit 5 marked.)
10 Q  This should be Exhibit 5.
11 A  Thanks.  I think we're just looking to see if we
12    have a hard copy.
13       Okay, I think we have the same paper.
14 Q  Okay, great.  So is this the 2014 de Vries study
15    you cite in your declaration?
16 A  Yes.
17 Q  And this is the long -- the study you said that
18    provided longer term following up you were
19    mentioning a moment ago?
20 A  For those Dutch patients, yes.
21 Q  So on page 697 of this study, it says, under --
22    right under "Methods," it says, "Participants
23    included 55 young adults (22 transwomen [natal
24    males who have a female gender identity] and 33
25    transmen [natal females who have a male gender

Page 73

1   identity]) of the first cohort of 70 adolescents
2   who had GD who were prescribed puberty suppression
3   at the Center of Expertise on Gender Dysphoria of
4   the VU University Medical Center and continued with
5   GSR between 2004 and 2011."
6       So this study is looking at a subgroup of the
7   same cohort that the 2011 study examined?
8  A  Correct.
9  Q  Okay.  So that -- so all of the participants in
10     this study were the same ones that received
11     extensive psychological and social support?
12     MR. STRANGIO:  Object to form.
13 A  Correct.  I believe the description of the cohort
14    from the 2011 paper would apply to this subset of
15    those patients.
16 Q  And so this paper didn't look at the effects of
17    pubertal suppression without mental or
18    psychological support; correct?
19     MR. STRANGIO:  Object to form.
20 A  I'd look back at the -- that could mean many
21    things.  But generally, yes, I believe that these
22    patients had mental health supports at the very
23    least during that early phase described in the 2011
24    paper.
25 Q  So I see only 55 of the original cohort

Page 74

1   participated in this study.  Does that mean -- that
2   means 15 dropped out?
3       MR. STRANGIO:  Object to form.
4  A  It looks like they describe the reasons that
5   several of the patients from that original cohort
6   were included, and then they do a statistical
7   analysis that we often perform when certain people
8   aren't included in the study to see if they are
9   different than those who were included.
10      So that's where you see between the 55
11   participants and the 15 nonparticipating
12   individuals, T tests reveal no significant
13   differences on any of the pretreatment variables.
14   And that's where a lack of difference was found
15   between the 40 participants who had complete data
16   and the 15 who had some missing data.  That's the
17   appropriate statistical method to use to estimate
18   if your results would be impacted by including --
19   or not including the people who were not included.
20 Q  And so this study -- so looking at -- still on
21    page 697, it looks like the patients were assessed
22    three times over the course of their treatment;
23    once at intake, once at the initiation of cross-sex
24    hormones, and once after -- one year after gender
25    reassignment surgery; is that correct?

Page 75

1  A  Correct.
2  Q  So this study doesn't give us any data more than
3     one year after gender reassignment surgery?
4  A  Correct.  Which by the way would have been done in
5   adulthood, not in adolescence.
6  Q  So I want to flip to another -- so would you -- so
7     I want to flip to page 702 of this study.  There's
8     a sentence that -- in the left column that says,
9     "Psycho-" -- well, I'll just read the whole left
10    column.
11       "Psychological functioning improved steadily
12    over time resulting in rates of clinical problems
13    that are indistinguishable from the general
14   population sampled (eg, percent in the clinical
15   range dropped from 30 percent to 7 on the YSR/ASR)
16   and quality of life with satisfaction with life and
17   subjective happiness comparable to same age peers.
18   Apparently the clinical protocol of the
19   multidisciplinary team was mental health
20   professionals, physicians, and surgeons gave these
21   formerly gender dysphoric youth the opportunity to
22   develop into well-functioning adults."
23       So it appears from this sentence that one of
24   the things they're emphasizing is that there was a
25   multidisciplinary approach to the care; is that

Page 76

1   right?
2       MR. STRANGIO:  Object to form.
3  A  Correct.
4  Q  And that included mental health professionals?
5  A  Correct.
6  Q  So this doesn't tell us what the results would be
7     without mental health professionals?
8       MR. STRANGIO:  Object to form.
9  A  The standard of care is to have a mental health
10   professional involved, so yes, this study had a
11   mental health professional involved as the way this
12   care generally is to be provided under current
13   guidelines.  It wouldn't tell you necessarily if
14   you were practicing outside of guidelines what the
15   results would be.
16 Q  And I think we discussed earlier that all the
17    patients were drawn from the -- a single clinic in
18    the Netherlands; is that right?
19 A  For this study, correct.
20 Q  Do we know what -- do the authors claim that their
21    results can be generalized to the U.S. transgender
22    population?
23      MR. STRANGIO:  Object to form.
24 A  No, I don't believe so.
25 Q  Could there be differences in the transgender U.S.

Page 77

1  population from the single cohort that was studied
2  here?
3         MR. STRANGIO:  Object to form.
4  A  Potentially.  Obviously there are differences in
5  that they live in a different country, for one.
6  That's part of why some of the other papers cited
7  are from clinics in the U.S.
8  Q  Are you aware that the study's lead author,
9  de Vries, has cautioned against applying the
10  results of the research to adolescents without a
11  childhood history of gender dysphoria?
12         MR. STRANGIO:  Object to form.
13  A  Are you referring to a specific statement that you
14  have?
15  Q  Not in this paper.  I'm just asking if you're aware
16  of that.
17  A  I would need to see the specific statement you're
18  referring to so I could better understand what
19  you're referencing.
20  Q  Do you think that the results of this study -- just
21  looking at just this study, this study can be
22  generalized to adolescents without childhood
23  symptoms of gender dysphoria?
24         MR. STRANGIO:  Object to form.
25  A  Again, as we said earlier, it's not uncommon to

Page 78

1  take a study of people who have a sort of mental
2  health condition and generalize that to other
3  people with that same mental health condition that
4  started at a different time, particularly if you
5  don't have other data.
6         In any given situation, you have a patient in
7  front of you, and you need to use the best data
8  available.  So if this were the only paper
9  available, I would certainly be using that paper
10  and trying to decide what to do with a particular
11  adolescent who was in my clinic, if they were
12  having severe psychological distress that I was
13  worried about.
14         But I would just point out that this is not
15  the only study.  So that -- that's a hypothetical,
16  but not the actual clinical situation that we're
17  faced with.
18  Q  If this were the only study, would you -- would you
19  need to approach applying this to an adolescent
20  without childhood symptoms of gender dysphoria with
21  some caution?
22         MR. STRANGIO:  Object to form.
23  A  Sorry, I think I already answered that question,
24  that it's not -- with any given patient, you need
25  to use the data that you have and make the best

Page 79

1  decision considering the data that you have and the
2  data that you don't.  You certainly would
3  acknowledge that these patients had childhood
4  diagnoses of gender dysphoria when making that
5  decision, yes.  But I don't know, when you say
6  "substantial," I don't know what the exact language
7  you used, but --
8  Q  I don't believe I --
9         MR. BARTA:  Shawn, you can take this down.
10  Thank you.
11  Q  So turning back to your declaration, Dr. Turban, in
12  paragraph 14, you say, "in the realm of
13  cross-sectional studies, Turban et al. Pediatrics
14  2020 found that, after controlling for a range of
15  other variables, those who accessed pubertal
16  suppression had lower odds of lifetime suicidal
17  ideation than those who desired but were unable to
18  access this intervention during adolescence."
19         Is that right?
20  A  Yes.
21  Q  Okay.  So before we turn to the study itself, what
22  is suicide ideation?
23  A  Thinking about ending one's life.
24  Q  Is that different from attempting suicide?
25         MR. STRANGIO:  Object to form.

Page 80

1  A  When we think about suicidality, both clinically
2  and in research settings, we think of it as being
3  on a spectrum from -- this would be like a whole
4  lecture, and I'll spare you.  But on that
5  continuum, it ranges from thinking about suicide
6  but not having any plan, not having any intent --
7  all of those fall within suicidal ideation and are
8  different levels of severity -- and then there
9  could be an actual suicide attempt, which would be
10  more severe.
11         And then within suicide attempts, there are
12  more potentially lethal attempts and less
13  potentially lethal attempts.  So you can think of
14  suicide attempts requiring medical attention and
15  hospitalization versus not.  So suicidal ideation
16  refers to that beginning part of the spectrum that
17  could be thinking about it and having intent to act
18  on it or not, having a plan to act on it or not.
19  Q  Okay.
20         MR. BARTA:  Well, why don't we bring up that
21  study as Exhibit 6, Turban Pediatrics 2020.
22         (Deposition Exhibit 6 marked.)
23  A  Okay.  We're having trouble finding a hard copy,
24  but I can try and look on the laptop.
25  Q  Okay.  So from what you see on the laptop, is this

Page 81

1    a copy of the study you referenced?

2  A  Yes.

3  Q  And the Turban in this is you, I presume?

4  A  Yes.

5  Q  I think this is a -- so this -- describe it as

6     a cross-sectional study.  What is a cross-sectional

7     study?

8  A  A cross-sectional study is a study that looks at a

9     single point in time.

10 Q  And I've also heard it described as a retrospective

11    cross-sectional study.  What's a retrospective

12    study?

13 A  I don't think that's really accurate.

14 Q  Okay.

15 A  A retrospective study is when you're looking at

16    things in the past.  So it's -- usually

17    retrospective study means -- let's say I had a

18    clinic for a certain condition and I have my

19    medical records, and I go back through those

20    medical records and report data analyses based on

21    looking at past things that already happened.

22         This wasn't quite like that.  This was just at

23    one point in time and asking people about their

24    experiences, some of which were in the past, which

25    I think is probably what you mean by

Page 82

1     "retrospective."

2  Q  Okay.  So the -- so with this study you used data

3     collected from the U.S. Transgender Survey; is that

4     right?

5  A  The 2015 iteration, correct.

6  Q  2015.  That was an online survey; right?

7         MR. STRANGIO:  Object to form.

8  A  It was a survey that was hosted on a website, but

9     they had many in-person events where people would

10    do it in person.

11 Q  How were people recruited for that survey?

12        MR. STRANGIO:  Object to form.

13 A  They worked with over 400 community outreach

14    organizations.

15 Q  And these would be LBTQ organizations?

16        MR. STRANGIO:  Object to form.

17 A  They didn't provide a full list, that I've seen, of

18    all the organizations, but they were organizations

19    presumed to work with transgender people that would

20    be able to recruit for the study.

21 Q  Does that outreach tool create -- or outreach

22    method create a risk of selection bias?

23        MR. STRANGIO:  Object to form.

24 A  So there are two types of survey studies roughly,

25    probability samples and non-probability samples.

Page 83

1     The study is a non-probability sample, and I can

2     describe the difference.

3  Q  Yeah, can you describe the difference to me?

4  A  Yeah.  So a probability study is a study where you

5     randomly pick people out of the population of

6     interest.  I apologize for using hand gestures.

7     But I think that's helpful for understanding.

8         So let's say we have a population of interest.

9     One way that you could truly make sure you're

10    picking people at random is random digit dialing is

11    the classic example of a probability sample.  You

12    get a bunch of phone numbers of people in the

13    United States, and you randomly call them one by

14    one, and that becomes your sample.

15        I'm only aware of one probability sample of

16    transgender people.  It was called TransPop.  And

17    as you can imagine, if they were just calling

18    random phone numbers in America, the vast majority

19    of those people were not transgender.  And so they

20    spent a very long time calling random phone numbers

21    and in the end had a relatively small sample.

22        So the benefit is that that sample is a

23    population sample and likely representative of the

24    full trans population in the country, but the

25    downside is the sample is really small, and the

Page 84

1     smaller your sample, the less you have statistical

2     power where you're going to be able to run

3     meaningful analyses.

4         Anything that doesn't do that, you know,

5     randomly pick from a population, is a

6     non-probability sample.  So this is a

7     non-probability sample.  The downside is you can't

8     be sure that it represents the full U.S. population

9     of trans people perfectly.

10        The benefit is this has over 27,000 trans

11    adults in the study, which is the largest existing

12    data set of trans people that I'm aware of, which

13    allows you to be better powered to run a lot of

14    analyses and, additionally, adjust for potential

15    confounding variables, which are variables that --

16    kind of like how you were saying before, how do I

17    know if this was from family support or if this was

18    from the puberty blocker.  If you have a really

19    large sample size, you can use statistical tricks

20    to answer that question.

21        So in this study, for instance, we adjust for

22    level family support, as you see in the results

23    section, so we can say, you know, this better

24    mental health that we're seeing from the puberty

25    blockers is not a result of the family support

Page 85

1 because we controlled for that, adjusted for it.
2       So again, it kind of highlights how all of
3 these different studies shouldn't be taken in
4 isolation because they all give you different
5 pieces of the puzzle that you need to know to look
6 at it as a whole.
7 Q So let's talk a little bit more about the details
8 of the methods.  So this was using data collected
9 through a survey.  It doesn't call participants
10 over time; correct?
11      MR. STRANGIO:  Object to form.
12 A Correct.
13 Q On page 3 of your study, under "Study
14 Population" --
15      MR. STRANGIO:  Sorry, I just saw, we've been
16 going another hour.  Do you want to finish with
17 this paper and then take a break or --
18      MR. BARTA:  We can -- I think it may be a
19 little longer.  We can take a break here if that
20 would be good.
21      MR. STRANGIO:  Would that be good?
22      THE WITNESS:  I'm okay.
23      MR. STRANGIO:  Okay.  I'm good.  I just wanted
24 to check.  Okay, we can keep going, and then I'll
25 take a break after.

Page 86

1 Q So under "Study Population," the second sentence
2 says, "Given that pubertal suppression for
3 transgender youth was not available in the United
4 States until 1998, only participants who were 17 or
5 younger in 1998 would have had healthcare access to
6 GnRHa for pubertal suppression.  We thus restricted
7 the analysis to participants who were 36 or younger
8 at the time of the survey."
9       Is that correct?
10 A Correct.
11 Q Are you aware that there were participants who --
12 in the excluded population who said they have
13 received pubertal suppression?
14      MR. STRANGIO:  Object to form.
15 A That is the concern -- that's why we did this, so
16 that we wouldn't include people who potentially
17 gave erroneous answers.
18 Q Is there any way to be sure that people who were 36
19 or younger were giving correct answers?
20      MR. STRANGIO:  Object to form.
21 A The younger population is more likely to know what
22 puberty blockers are, given that they were around
23 in the United States by the time that they were
24 eligible.  But you can't be a hundred percent sure.
25 Q Do you know if there was -- were there any

Page 87

1 mechanisms in the data collection that would
2 prevent someone from taking the survey multiple
3 times?
4       MR. STRANGIO:  Object to form.
5 A No, not that I'm aware of.  I think you potentially
6 could.  I will say, if you were trying to take the
7 survey multiple times to create a certain result,
8 that would be very difficult because the way we
9 conducted the analyses, we were looking at
10 variables that were separated.  I think there were
11 over how many questions, like maybe 180 questions.
12      So to be able to take the survey and know what
13 analyses people were going to do years in the
14 future that hadn't yet graded their data analysis
15 plans and to know which parts of the survey you
16 wanted to try to manipulate would have been very
17 difficult.
18 Q So the data collected here is based off
19 self-reporting of transgender individuals; is that
20 right?
21      MR. STRANGIO:  Object to form.
22 A Pretty much any time you're looking at mental
23 health outcomes, they're going to be self-reported.
24 And yes, that's what was done here.
25 Q And it was asking them to look back over past

Page 88

1 events?
2 A There were different questions, so it asked them
3 about their mental health in the past month.  It
4 asked them about whether or not they attempted
5 suicide in the past year.  So there were some
6 questions about more recent events and other
7 questions about more distant events.
8 Q Okay.  But that creates the potential people may
9 misremember or misrecall events?
10      MR. STRANGIO:  Object to form.
11 A Any time you have a survey that's asking about
12 any -- someone to remember something from the past,
13 there's the risk of recall bias.
14 Q What is that?
15 A That they may not remember exactly what happened in
16 the past.  So, for instance, if I did a survey and
17 asked someone, what did you have for breakfast 12
18 years ago on this date, it would be a really high
19 risk of recall bias.  But in this survey we were
20 asking things like, did you ever access pubertal
21 suppression, which as we talked about earlier
22 involves a whole process of working with a mental
23 health profession, going to a clinic, working with
24 your parents, having several sessions, getting a
25 ton of information, forgetting whether or not that

Page 89

1  happened to you in the past or whether or not you
2  received that medication, I would imagine, is a
3  lower risk of recall bias.
4  Q  So I see on page 3 you limited the response to
5     people who responded to the question, "Have you
6     ever wanted any of the healthcare listed below for
7     your gender identity or gender transition?"
8        And then limited to people who wanted pubertal
9     suppression; is that right?
10 A  Correct.  So we wanted the control group to be
11    people who ever wanted pubertal suppression because
12    you wouldn't want your control group to be people
13    who never wanted it because then they definitely
14    weren't candidates, right.  The appropriate control
15    group would be people who desired it but weren't
16    able to access it.  So that's why we excluded
17    people who never wanted it to begin with because
18    they wouldn't really be relevant to the clinical
19    population.
20 Q  When people receive something they want, such as a
21    medication, is that -- does that create a risk for
22    a placebo effect?
23       MR. STRANGIO:  Object to form.
24 A  Yes.
25 Q  And when someone does not receive a medical

Page 90

1     intervention they want, does that create a risk
2     that they may be frustrated?
3        MR. STRANGIO:  Object to form.
4  A  What you're alluding to is having a placebo
5     controlled trial in an area like this, which isn't
6     possible because these medications have obvious
7     physical effects that you stop developing in your
8     puberty, so there's no way to have a placebo
9     controlled study in this area.
10       But yes, there's the potential for a placebo
11    response any time somebody receives a medication.
12 Q  So I think you -- you mentioned that you said that
13    you controlled for a range of variables in this
14    study; is that right?
15       MR. STRANGIO:  Object to form.
16 A  Yes.
17 Q  Did you control for all potentially significant
18    variables?
19       MR. STRANGIO:  Object to form.
20 A  It's never possible to adjust for every conceivable
21    variable, but I think you can see there the list of
22    control variables, that we adjusted for a wide
23    range of them.
24 Q  That's on page 3 where it says "Control Variables"?
25 A  It's the page we have up right now, but I'm not

Page 91

1     sure what page we're on.
2  Q  I think this is 3.
3        MR. BARTA:  Could you scroll down a little
4     bit.
5  Q  Is it in the middle column where it says "Control
6     Variables"?
7  A  Yes.
8  Q  So I don't see in this list mental health
9     interventions.
10       MR. STRANGIO:  Object to form.
11 Q  Is that there?  Is that --
12       MR. STRANGIO:  Object to form.
13 A  Sorry, I'm going through and reading the
14    statistical analyses because that's where we found
15    which ones were applicable in that.  Correct.
16 Q  So that was not a variable that was controlled for?
17 A  In this study, correct.  But there are other
18    studies that have looked at that.
19 Q  So this study also only looked at people who
20    currently identify as transgender; correct?
21       MR. STRANGIO:  Object to form.
22 Q  Or at the time of this -- who identified as
23    transgender at the time of the data collection?
24 A  Correct.
25 Q  So it wouldn't include people who received pubertal

Page 92

1     suppression and no longer identify as transgender?
2  A  Correct.  There are other studies in my declaration
3     that looks more at that population and outcome and
4     medical occurrences.
5  Q  So turning to page 6 of your study, you say in the
6     right-hand column, "We did not detect a difference
7     in the odds of lifetime or past year suicide
8     attempts where attempts were resulting in
9     hospitalization."
10       Is that correct?
11 A  Yes.  And the next sentence explains that it's
12    possible that we were underpowered to detect those
13    differences, given that those outcomes are less
14    frequently endorsed.
15       So again, when we were talking earlier about
16    the importance of having a big sample size, you
17    need an even bigger sample size if you want to
18    detect a difference for very rare -- not -- or more
19    rare outcomes.  So suicidal ideation is more common
20    than suicide attempts or suicide attempts requiring
21    hospitalization.  So the numbers were not as big
22    for those, which is a potential explanation of why
23    we didn't detect the difference.
24       There's a saying in statistics that not
25    finding significant difference doesn't mean that

Page 93

1    there's not a difference or there's not an
2    association between those two variables.  It could
3    mean that, or it could simply mean that you didn't
4    have enough people in your study to detect a
5    statistically significant difference.
6  Q  Okay.  Do you -- so looking at page 5 of your study
7    and Table 3.  This lists the raw numbers of people
8    reporting different outcomes such as suicidality,
9    suicidal ideation, suicide attempts, and so on?
10 A  Correct.
11 Q  So I see you have -- so you said ideation, which
12    had 45 people showed -- responding yes showed
13    improvement; is that correct?
14        MR. STRANGIO:  Object to form.
15 A  No.  So this is looking at -- on the left column,
16    the people who received pubertal suppression.  On
17    the right are the people who desired but did not
18    access pubertal suppression.  And then it's the raw
19    number of people who endorsed the different
20    outcomes, like suicidal ideation in the last year.
21 Q  And so if we're looking at lifetime, it looks like
22    there were 67 people who received pubertal
23    suppression who ideated on suicide and 3,062 who
24    did not receive pubertal suppression who ideated on
25    suicide; is that correct?

Page 94

1        MR. STRANGIO:  Object to form.
2  A  Those are the raw numbers, but it looks like it's
3    75.3 percent of those who received pubertal
4    suppression and 90 percent of those who did not.
5  Q  And then if you go down one row and look at
6    attempts, it looks like 37 people who received
7    pubertal suppression and 1,738 who did not?
8  A  37 people from the pubertal suppression group
9    endorsed a suicide attempt, which was 41 percent.
10    1,738 of the people who didn't access pubertal
11    suppression endorsed -- oh, sorry, suicidal
12    ideation in their lifetime.  Oh, wait.  No, sorry,
13    you're on attempts.  1,738 people in the group that
14    did not access pubertal suppression reported
15    lifetime suicide attempt, which is 51.2 percent of
16    that group.
17 Q  So your hypothesis is that because the second group
18    included only about 1,800 people and the first
19    group included about, I guess, a little over 3,060
20    that that -- that the data on suicide attempts is
21    not large enough to detect statistical
22    significance?
23        MR. STRANGIO:  Object to form.
24 A  Correct.  The numbers are -- I would need to pull
25    up a calculator to calculate the exact difference,

Page 95

1    but there are many -- far fewer suicide attempts
2    than there are suicidal thoughts.
3  Q  So are you -- so it seems -- if you're calling --
4    so do you think we need to be very cautious about
5    approaching studies with less than -- that are
6    looking at data from less than roughly 1800 people?
7        MR. STRANGIO:  Object to form.
8  A  No.  It depends on how you're doing the study.  So
9    this is a study where we adjusted for lots of
10    confounding variables or potentially confounding
11    variables in that every time you do that, that
12    decreases your statistical power significantly.
13        So for this specific type of study, you need
14    larger numbers than a different type of study.
15    Like a longitudinal cohort study that we looked at
16    before, right, they detected statistically
17    significant differences because they weren't
18    adjusting for a ton of other variables which
19    reduces your statistical power.
20 Q  Okay.  The -- so this study -- turning to page 70
21    of your study.
22        MR. BARTA:  And then we'll take a break after
23    we go through that, if that's okay.
24        MR. STRANGIO:  Yeah, it works for me.
25 Q  So in the first column on the left, in the third

Page 96

1    sentence, you say, "Limitations include the study's
2    cross-sectional design which does not allow for
3    determination of causation"; correct?
4  A  Correct.
5  Q  And further down you say, "It is also limited by
6    its non-probabilistic sample design"; correct?
7  A  Correct, as we discussed, you know, earlier.
8  Q  And then in the next column, you say, "Reverse
9    causation cannot be ruled out.  It is plausible
10    that those without suicidal ideation had better
11    mental health when seeking care and thus were more
12    likely to be considered eligible for pubertal
13    suppression"; correct?
14        MR. STRANGIO:  Object to form.
15 A  Yes.  That's why it's helpful to look at
16    longitudinal studies in addition to cross-sectional
17    studies, because this study alone can't tell you if
18    mental health improved over time or if just the
19    pubertal blocker group always had better mental
20    health than the non group.  But as the longitudinal
21    studies show you, there actually is a trend toward
22    mental health gets better with time.
23        MR. BARTA:  I'm finished with this study.
24    Would now be a good time for a break?
25        MR. STRANGIO:  Yes, let's do five.

Page 97

1       MR. BARTA: Okay. Thank you.
2       (Recess taken.)
3  BY MR. BARTA:
4  Q  So going back on the record, looking back at
5     paragraph 14 of your declaration, the next study
6     you talk about is a study from van der Miesen in
7     2020; is that right?
8  A  Yes.
9  Q  And this is another cross-sectional study?
10 A  Yes.
11 Q  And it looked -- compared 272 adolescents who
12    received pubertal suppression with 178 -- or sorry,
13    compared 272 who had not received pubertal
14    suppression with 178 who did?
15 A  Correct.
16       MR. STRANGIO: Object to form.
17       Are you going to pull this up?
18       MR. BARTA: I will in a moment. I'm just
19    looking at the declaration.
20       MR. STRANGIO: Oh, I'm sorry. Okay. We don't
21    have that. Sorry about that.
22 Q  So the numbers of this cross-sectional study are
23    much smaller than the numbers you had for your
24    cross-sectional study on suicide attempts; right?
25       MR. STRANGIO: Object to form.

Page 98

1  A  Correct.
2  Q  And you said that --
3       MR. BARTA: All right, so can you pull up this
4     Exhibit 7, van der Miesen 2020.
5       (Deposition Exhibit 7 marked.)
6  Q  So is this the study you mention in your
7     declaration?
8  A  Yes.
9       MR. BARTA: And just for logistic purposes,
10    is -- do you guys have a hard copy of this or are
11    we looking at the screen again?
12 A  Screen.
13       MR. STRANGIO: Screen. Apologies.
14       MR. BARTA: No, that's perfectly fine. Just
15    want to make sure we're making it user friendly.
16 A  Although if you're -- are you going to be making
17    comparisons between that and the last paper we were
18    discussing? Because I'll grab the hard copy of the
19    last paper we were discussing.
20 Q  No, I'm going to be focused on this one.
21 A  Okay.
22 Q  So turning to page 700, when it talks about
23    "Participants and procedure." In the second
24    paragraph it says, "Therefore, in this
25    cross-sectional study, the three groups that were

Page 99

1     compared consisted of (1) adolescents who had just
2     started the assessment process, (2) adolescents
3     diagnosed with GD who were on puberty suppression
4     about to start GAH, and (3) cisgender adolescents
5     recruited from the general population."
6       Do you see that sentence?
7  A  Yes.
8  Q  So, and it looks like from the -- I understand
9     these -- the participants receiving
10    gender-affirming care were all recruited from a
11    clinic in the Netherlands; is that right?
12       MR. STRANGIO: Object to form.
13 A  Yes.
14 Q  So this is another non-probabilistic study?
15       MR. STRANGIO: Object to form.
16 A  Correct, as any clinic referred study is going to
17    be. They didn't randomly call phone numbers for
18    their participants or anything like that.
19 Q  And in this study, the authors did not follow a
20    cohort of patients over time?
21 A  This is a clinic where they do follow their
22    patients over time and publish those results in
23    different studies. But for this study, they were
24    comparing at one point in time people who had
25    undergone pubertal suppression with people who were

Page 100

1     about to undergo it and had not yet done so, and
2     the general population of cisgender adolescents.
3  Q  So this study doesn't allow you to detect changes
4     in the participants who receive pubertal
5     suppression?
6       MR. STRANGIO: Object to form.
7  A  The study is looking at one point in time people
8     who received pubertal suppression compared to
9     people who did not.
10 Q  And when you say "compared to people who did not,"
11    you're referring to cisgender children?
12       MR. STRANGIO: Object to form.
13 A  There are two control groups, cisgender children --
14    or adolescents, rather -- and adolescents diagnosed
15    with gender dysphoria who had not yet received
16    pubertal suppression.
17 Q  Are cisgender children --
18 A  Sorry, I misspoke. They don't specify whether
19    they've yet been formally diagnosed, but there are
20    a hundred -- sorry, there are 272 adolescents who
21    had just started the assessment process. So these
22    were adolescents who came to a general clinic
23    interested in pubertal suppression.
24 Q  Okay. And the cisgender children mentioned here,
25    would they be eligible for pubertal suppression?

Page 101

1           MR. STRANGIO: Object to form.
2  A   If any of them happen to have precocious puberty,
3      the mean age is 15.4, so that seems unlikely. But
4      it doesn't say what the minimum age is.
5  Q   So from what you can tell, none of these cisgender
6      children would be eligible for pubertal
7      suppression?
8           MR. STRANGIO: Object to form.
9  A   Unless they had precocious puberty or some other
10     condition requiring that same medication.
11 Q   Do you think it's appropriate to try to draw
12     conclusions about the effects of pubertal
13     suppression by comparing eligible with ineligible
14     populations?
15          MR. STRANGIO: Object to form.
16 A   I think the more relevant group is the group of
17     adolescents who are seeking pubertal suppression.
18     The Dutch will often include these cisgender
19     control groups just to see how close their
20     population gets to cisgender controls.
21          So usually in this field, people who get
22     treatment do better than people who don't receive
23     treatment. However, they still usually live in a
24     society where they're experiencing transphobia, so
25     harassment, discrimination, et cetera. So even

Page 102

1      though they have better mental health than those
2      who didn't receive gender-affirming medical care,
3      they still tend to have worse mental health than
4      the general population. So the Dutch will often
5      look at that gap as well.
6           Their one cohort that was one of the reasons
7      that paper was such a huge paper, the one we were
8      just discussing where they follow up the people for
9      the long period of time, from puberty blockers,
10     gender-affirming hormones, to gender-affirming
11     surgery, is that in that study, by the end, those
12     people actually didn't have worse mental health
13     than cisgender controls, which was remarkable given
14     that people who don't receive gender-affirming
15     treatment have such high rates of mental health
16     difficulties.
17 Q   So when you use the term "cisgender controls,"
18     control is -- is control being used in a different
19     sense than you would use the term "control" in a
20     randomized control trial?
21          MR. STRANGIO: Object to form.
22 A   They're different studies, but control just means
23     your comparison group without -- that doesn't
24     receive treatment.
25 Q   But this -- looking at comparing cisgender to

Page 103

1      transgender children, does that allow us to isolate
2      the effect of pubertal suppression on transgender
3      children?
4           MR. STRANGIO: Object to form.
5  A   No. And I don't believe that was their goal in
6      having this extra group.
7  Q   Okay. So you think the relevant groups for
8      comparison are the people -- are the children
9      before who have not yet started pubertal
10     suppression and those who have?
11          MR. STRANGIO: Object to form.
12 A   Those are the two interesting groups to compare,
13     yes.
14 Q   All right. So turning to page 703 of the study,
15     the authors are discussing some of the limitations
16     with their study. And in the right-hand column,
17     they say, It should, therefore, additionally be
18     stressed that the gender-affirming treatment
19     described in the Dutch protocol is a highly
20     protocol treatment with regard to eligibility
21     criteria and psychological support, including
22     affirmative psycho-education of GD for youth and
23     parents or caregivers and continued discussion of
24     psychosexual development with themes such as school
25     and friendships but also dating and romantic

Page 104

1      relationships. This does not imply that the
2      findings of our study might apply to all
3      transgender adolescents, as, for example, in other
4      healthcare systems, psychosocial support is
5      incomparable to psychological support received
6      following the Dutch protocol.
7           Do you see that?
8  A   They seem to be referencing citation 29. Are you
9      able to scroll to what that is?
10          MR. STRANGIO: And I'm sorry, Shawn, is there
11     any way you can zoom in a little? I'm sorry, I'm
12     very much 40.
13          MR. BARTA: I think it's on the -- if you go
14     to the next page, Shawn, citation 29.
15 Q   All right. Can we go back to page 703.
16 A   Wait. What was the citation number again?
17 Q   29.
18 A   Okay. I'm not sure what that reference is.
19 Q   Okay. Can we go back to the previous page, please.
20          MR. BARTA: Thanks, Shawn.
21 Q   So it seems like the authors are saying that they
22     can't -- their findings cannot be generalized to
23     transgender youth without -- who are not receiving
24     the same psychological support; is that right?
25          MR. STRANGIO: Object to form.

Page 105

1  A  I would really have to see citation 29 to know what
2     they mean.
3  Q  Do you agree that all the children participating in
4     the study with the Dutch clinic received
5     psychological support?
6        MR. STRANGIO:  Object to form.
7  A  Yes.
8  Q  Did the -- so the study can't control for the
9     impact of psychological support?
10       MR. STRANGIO:  Object to form.
11 A  Sorry, is your question still supposed to be
12    related to this sentence or you've moved on to a
13    different --
14 Q  To this study.  Can you control for psychological
15    support when all participants in the study are
16    receiving that support?
17       MR. STRANGIO:  Object to form.
18 A  Sorry, my question is, are you still referencing
19    this single sentence or are you asking about the
20    study in general?
21 Q  I'm asking about the study.
22 A  Can you go back to the -- I'd have to read through
23    the "Methods" section.
24 Q  Look at the methods that would be on page 700.
25       THE WITNESS:  Do you mind scrolling down,

Page 106

1     please.  Can you go to the next page, please.  Can
2     you scroll down a bit more.  Thank you.
3  A  Okay.  Correct, they did not control for whether or
4     not the type of therapy.
5        MR. BARTA:  Scroll back up to page 700,
6     please.
7  Q  So in the section on "Participants and procedure,"
8     in the second paragraph there, it looks like the
9     adolescents who started the assignment process were
10    a mean age of 14.5 years, and the adolescents who
11    were on pubertal suppression had a mean age of 16.8
12    years; is that correct?
13       MR. STRANGIO:  Object to form.
14 A  Yes, that looks correct.
15 Q  So this study is comparing two groups that were
16    about just over two years apart in age on average?
17       MR. STRANGIO:  Object to form.
18 A  Correct.
19 Q  Can this study tell us anything about the long-term
20    benefits of pubertal suppression?
21       MR. STRANGIO:  Object to form.
22 A  That was not the intention of the study, no.
23       MR. BARTA:  And scroll over to page 703,
24    please.  Scroll down a little further, please.
25 Q  So in the --

Page 107

1        MR. BARTA:  That's fine.
2  Q  So in the right-hand column, do you see where it
3     says, at the end of the second -- at the end of the
4     paragraph, "Conclusions about long-term benefits of
5     puberty suppression should thus be made with
6     extreme caution needing prospective long-term
7     follow-up studies with a repeated measure design
8     with individuals being followed over time to
9     confirm the current findings."
10       Do you see that?
11 A  Yes.
12 Q  Okay.  So you would agree, this study alone cannot
13    tell us anything about causation?
14       MR. STRANGIO:  Object to form.
15 A  I think that's unrelated to the follow-up period.
16    Are you just asking about unrelated?
17 Q  Unrelated.
18 A  I would not use this one study in isolation to make
19    the causal inference.
20       MR. BARTA:  Okay.  You can take this down.
21    So I want to introduce as our next exhibit, 8,
22    the Achille 2020 study.
23       MR. STRANGIO:  I do have that one.  So that is
24    what Jack is holding now, but I don't have it in
25    front of me.  So this is helpful on the screen,

Page 108

1     thank you.
2        (Deposition Exhibit 8 marked.)
3  Q  Dr. Turban, is this the -- another study you cite
4     in paragraph 14, footnote 3?
5  A  Yes.
6  Q  And this is another longitudinal study of
7     adolescents?
8        MR. STRANGIO:  Object to form.
9  A  Yes.
10 Q  So looking at page 3 of the study.  Or sorry, it
11    looks like there were a total of 50 participants in
12    this study in Table 1; is that correct?
13 A  A total of 50?
14 Q  Yes.
15 A  Yes, that's correct.
16 Q  And then on -- do you consider 50 a large number of
17    participants?
18       MR. STRANGIO:  Object to form.
19 A  No.  Another thing to highlight in statistics is if
20    you detect a statistically significant difference,
21    then your sample size was sufficient, even if it's
22    not a huge number.  So if you detect a
23    statistically significant difference, you can say
24    with what is the standard level of certainty that
25    we usually use in peer-reviewed literature that

Page 109

1    that difference is real.
2        However, if you don't find a statistically
3    significant difference, that doesn't tell you one
4    way or another.
5  Q So I see from -- so then turning to page 4.
6        MR. BARTA:  Scroll down, please.
7  Q So I see the left-hand column, at the bottom, it
8    says, "Our study only extended for the first 12
9    months of endocrine intervention."
10       I read this as saying that the study only
11   looked at people 12 months past hormonal
12   intervention; is that right?  Or sorry, pubertal
13   suppression.
14       MR. STRANGIO:  Object to form.
15 A I believe when they say that they're referencing
16   all of the interventions, not just pubertal
17   suppression.
18 Q Okay.  Do you know how long the study lasted?
19 A It looks like it was a total of a year, so time
20   point zero, six months after endocrine
21   intervention, a year after endocrine intervention.
22   But different participants were on different
23   endocrine interventions.  They were all receiving
24   some sort of gender-affirming care.  As you can see
25   in Table 2 --

Page 110

1  Q Uh-huh.
2  A -- some were receiving just puberty blockers, some
3    were receiving cross-sex hormones, and some were
4    receiving both.
5  Q Okay.  Thank you for clarifying.
6        So I'm looking at Table 1 on page 3, and it
7    looks like Table 1 is showing that 90 percent of
8    the participants were in counseling; is that
9    correct?
10       MR. STRANGIO:  Object to form.
11 A Correct.
12 Q And 34 percent were on psych medication; is that
13   correct?
14 A Correct.
15 Q Does that -- do those psychological interventions
16   limit the conclusions that could be drawn from the
17   study?
18       MR. STRANGIO:  Object to form.
19 A I'd have to look at their regression methods.  Hold
20   on one second.  Sorry, maybe more than one second.
21   It's a long section to read.
22       So they did adjust for -- if you go to page 3
23   where it says "Regression analysis."  So they
24   explained, "We conducted a series of regression
25   analyses to investigate preliminary trends in the

Page 111

1    data when controlled for reported psychiatric
2    medications and engagement in counseling."  The
3    "results are given in Table 4."
4        Given their modest sample size, particularly
5    when stratified by gender, most predictors didn't
6    reach statistical significance.  Again, because low
7    sample size, hard to say one way or another.  That
8    being said, the effect size values were large in
9    many models and MTF so trans girls pubertal
10   suppression did reach a significant level.
11       So after adjusting for the -- removing the
12   impact of psychiatric medications and counseling,
13   for the trans girls, they did detect better mental
14   health.
15 Q So if you -- so to follow up on that.  So 45 of the
16   50 were in counseling; is that right?
17       MR. STRANGIO:  Object to form.
18 A Correct.
19 Q So would controlling for counseling require you to
20   remove 45 of the 50 participants?
21 A No.
22 Q But you would only have five participants who would
23   be unaffected by counseling?
24       MR. STRANGIO:  Object to form.
25 A It's true that there are five who didn't have

Page 112

1    counseling, but that -- you don't remove all the
2    participants.  That's not how the analysis works.
3    You're comparing -- you're looking at the
4    association between accessing the interventions and
5    the mental health outcomes, and you're adjusting
6    for that variable that's different in other groups.
7    It's not really the same as just removing them.
8  Q But if you only have five people who did not
9    receive an intervention, is that -- that makes --
10   that seems like a very small group from which to
11   try to draw conclusions from?
12       MR. STRANGIO:  Object to form.
13 A So again, in statistics, if you have a low sample
14   size, you're at risk of being underpowered.  But if
15   you detect a difference, then your sample size was
16   sufficient to detect that difference.
17 Q Okay.  Well, let's flip to page 4, then, to look at
18   some of the differences they report in Table 4.
19       So is Table 4 showing the results of their
20   regression analysis?
21 A Yes.
22 Q And I see there's a column titled P.
23       Do you see that?
24 A Yes.
25 Q What is that -- what does the P stand for here?

Page 113

1  A  It gives you a general sense of whether or not
2     something is statistically significant.  So a
3     standard cutoff is less than .05 would be
4     considered statistically significant.
5  Q  So if we're looking at this -- at the female to
6     male column, so on the right it looks like none of
7     the P-values approached a statistical significance;
8     is that right?
9  A  That is the definition I would use.  The authors
10    here, when they described the results, they say for
11    female to male participants, cross-sex hormone
12    therapy approached statistical significance for
13    quality of life improvements, the .08.  I
14    personally would not agree with calling that
15    statistically significant.  And some people would
16    consider that a substantial finding or important
17    finding, suggesting that there was better quality
18    of life.
19 Q  Okay.  How many of the participants were female to
20    male?
21 A  It looks like 33.
22 Q  What percentage of the total population was that?
23       MR. STRANGIO:  Object to form.
24 A  Of the entire study?
25 Q  Yeah.

Page 114

1  A  33 divided by 50.
2  Q  Is that about two-thirds?
3  A  I don't want to get mental math wrong under oath.
4     But yeah, I don't have a calculator.
5  Q  Does that sound too far off?
6  A  Close enough.
7  Q  So for two-thirds of the -- about two-thirds of the
8     participants, there's no statistically significant
9     improvement?
10       MR. STRANGIO:  Object to form.
11 A  Repeat the question.
12 Q  Is there -- there is no statistically significant
13    improvement for about two-thirds of the
14    participants?
15       MR. STRANGIO:  Object to form.
16 A  I'm not sure I really understand the question, but
17    I can say for the female to male participants,
18    which is its own sub population, of them, they
19    detected what someone called a trend towards
20    statistical significance for cross-sex hormones
21    after adjusting for their P and psychiatric
22    medications.  I personally wouldn't consider that
23    statistically significant.
24 Q  Okay.  So looking at Table 4 in the male to female
25    column, it looks like there's only one value that

Page 115

1     reaches statistical significance; is that right?
2        MR. STRANGIO:  Object to form.
3  A  As you pointed out earlier, their sample size was
4     small, so in places where they didn't -- things
5     were not statistically significant, that doesn't
6     mean that that -- that the treatment didn't improve
7     the mental health one way or the other.  It doesn't
8     give you any information.  You can't say that it
9     didn't work.  You can just say that in this sample
10    size, in their study design, they couldn't tell you
11    one way or the other on those ones.
12       The only one they could tell you one way or
13    another is that on the CESD-R, puberty suppression
14    was associated with better scores when people
15    received puberty suppression who were trans girls,
16    even after adjusting for therapy and psychiatric
17    medications.
18 Q  So my question is, did they only show statistically
19    significant improvement on one measure?
20       MR. STRANGIO:  Object to form.
21 A  The only measure that they could say one way or
22    another was the CESD-R.
23 Q  Further up on page 4, when they're talking about
24    the data, it says, "Our data are somewhat limited
25    by the fact that the majority of our participants

Page 116

1     had at least one supportive parent who was willing
2     to facilitate medical and mental health
3     intervention for the child and therefore may not
4     apply to all transgender youth.  In addition,
5     regular visits with the medical team itself could
6     influence depression and quality of life.  Past
7     studies have shown that having support from a
8     multidisciplinary medical team - mental health
9     provider, physician, surgeons - helped with quality
10    of life and mental health."
11       Do you see that?
12 A  Yes.
13 Q  Do you agree that the authors believe that the
14    results are limited by mental health interventions
15    even after adjusting for them?
16       MR. STRANGIO:  Object to form.
17 A  That's not how I read this.
18 Q  How do you read it?
19 A  So when they say past studies have shown that
20    having scored for multidisciplinary team, that
21    citation is the paper we were talking about
22    earlier.  So I think the only point they're making
23    there is that the standard of care in this area is
24    to have a team that includes a mental health
25    provider, physicians, surgeons, highlighting that

Page 117

1    their team was similar to that.
2  Q  So can the -- can you isolate the effects of
3     pubertal suppression from this study without the
4     multidisciplinary approach?
5         MR. STRANGIO: Object to form.
6  A  All participants in this study were part of a
7     multidisciplinary -- had a multidisciplinary team,
8     which is the standard of care, which is how this
9     care is meant to be provided.  So the study can't
10    tell you anything about if you were practicing
11    outside of the standard of care.
12 Q  Can you tell us -- do you -- are you in a position
13    to know whether all physicians in the U.S.
14    practiced the standard of care?
15        MR. STRANGIO: Object to form.
16 A  No.
17        MR. BARTA: So I think we're done with this
18    study.  I'd like to introduce as Exhibit 9 Costa
19    2015.
20        (Deposition Exhibit 9 marked.)
21 Q  Is this another study that you cite in your
22    declaration, Dr. Turban?
23 A  One I frequently cite, but I'm having trouble
24    finding where I cited it.
25 Q  I believe footnote 6, on paragraph 14.

Page 118

1  A  Yes.
2  Q  So this is another longitudinal study of patients
3     from a clinic.
4  A  This is an unusual study.  So it's a longitudinal
5     cohort study, but there are two cohorts.  So one --
6  Q  What are the two cohorts?
7  A  So both cohorts receive psychological support for a
8     period of six months, and then one group gets
9     puberty blockers for six months.  Then the
10    following just gets continued psychological
11    support.
12 Q  So it's comparing those two groups, how they --
13    comparing those two groups over time?
14 A  There are many different comparisons that they
15    make, both within and between groups.
16 Q  And all of these participants came from a single
17    clinic?
18        MR. STRANGIO: Object to form.
19 A  Correct.  I believe this is from the Tavistock
20    clinic in the UK.
21 Q  But this would be another non-probabilistic sample?
22 A  Yes.
23 Q  And all the participants in this received
24    psychological support for the duration of the
25    study; is that right?

Page 119

1         MR. STRANGIO: Object to form.
2  A  Correct.
3  Q  So if we flip to page 2211.
4         MR. BARTA: Can you scroll down further.
5  Q  So this -- in the "Results" section, it looks at
6     them at -- or compares results at four different
7     times; is that correct, Dr. Turban?
8  A  Sorry, where are you looking?
9  Q  So in the "Results" section, it's reported -- let
10    me start over.
11        So on page 2211, it's reporting results from
12    both the eligible and delayed eligible adolescents?
13 A  In the figure?
14 Q  In the figure.
15 A  Yes.
16 Q  And it shows that delayed -- that, you know,
17    initially both groups improved with psychological
18    support?
19        MR. STRANGIO: Object to form.
20 A  Correct.
21 Q  So then if we look at page 2212 --
22 A  Sorry, before we move on, I just want to -- the
23    important thing from this figure is that they both
24    improved with psychological support for the first
25    six months.  Then in the group that continued to

Page 120

1     receive psychological support did not improve any
2     further, whereas the group that received pubertal
3     suppression did continue to improve.
4  Q  Okay.  So on page 2212 in the "Discussion," the
5     first sentence says, "Results from this study
6     indicate that psychological support is associated
7     with better psychosocial functioning in GD
8     adolescents, especially if presenting with
9     psychological/psychiatric problems."
10        Is that correct?
11        MR. STRANGIO: Shawn, can we scroll?
12        MR. BARTA: Oh, I apologize, Chase.
13        MR. STRANGIO: That's okay.  Thanks.
14 A  I think that next sentence is also important,
15    though, that "Moreover, puberty suppression was
16    associated with further improvement in global
17    functioning."
18 Q  And then starting at the bottom of page 2212 and
19    carrying onto 2213, it comments on the first six
20    months saying, "The GD adolescents' improved global
21    functioning after only 6 months of psychological
22    support may have different explanations.  First, it
23    could indicate a timely addressing of psychosocial
24    problems contributes to enhanced psychological
25    well-being."

Page 121

1          Do you see that?
2    A    Yes.
3          THE WITNESS:  Sorry, Chase, can you see?
4          MR. STRANGIO:  Shawn, if you could just scroll
5    again.  Thank you.
6          MR. BARTA:  Sorry, we're on the next page,
7    Shawn.
8          MR. STRANGIO:  There we go.  Thanks.
9    Q    So this is one of the authors' explanations for the
10        improvement they saw during that first six months?
11   A    It looks like they're listing possible reasons, and
12        that's one that they list.
13   Q    And the second explanation, possible explanation
14        they give, it says, "Second our clinical experience
15        suggests that patients attending a gender unit are
16        pleased in the knowledge that puberty suppression
17        will be performed within a reasonable time and
18        refer distress reduction because of their accepted
19        and understood requirements.  Moreover, the
20        initiation of pubertal suppression may have a
21        psychological meaning that which per se could be
22        fundamental in reducing distress.  In any case,
23        data are too limbed to express conclusively."
24            Do you see that passage?
25   A    Yes.  It's similar to, if you can imagine, any

Page 122

1    medical condition, if you think you're not going to
2    get treatment for it, that would be depressing, and
3    if you find out you can get treatment for it, your
4    mental health will improve.
5    Q    And then the authors also discuss some other
6        limitations further down on page 2213.  One is that
7        they focused --
8            MR. BARTA:  Sorry, scroll down, please.
9    Q    They say, "In the present study, there are some
10       limitations.  Even if psychosocial functioning is
11       of crucial importance to identify clinical or
12       sociocognitive difficulties, we focused only on one
13       measure of psychosocial well-being.  Also, the
14       study sample was relatively small and came from
15       only one clinic.  Most importantly, despite the
16       findings seem to suggest a cumulative and
17       increasing over time positive effect of
18       psychosocial support and GnRHa on young GD
19       patients' well-being, results could also have
20       different explanations because of the study design.
21       For instance, getting older has been positively
22       associated with maturity and well-being."
23            Do you see that passage?
24   A    Yes.
25   Q    So in this passage they've talked about some of the

Page 123

1    limitations we've already discussed.  One is this
2    is a non-probabilistic sample?
3          MR. STRANGIO:  Object to form.
4    A    I think that's an unusual criticism to make of a
5        study of a clinical intervention because those are
6        essentially never probability samples.  You've --
7        right, as I've described, to do a probability
8        sample, looking at the impact of any medical
9        intervention, you would have to randomly choose
10       people from the entire U.S. population and hope
11       that you get enough people with the given condition
12       that you have to give some of -- for some of them
13       to get treatment and some of them not to.  So
14       that's just not a realistic study design for this
15       type of research.
16   Q    The authors, nonetheless, consider their own study
17       sample to be relatively small and limited by the
18       fact it came from only one clinic; correct?
19           MR. STRANGIO:  Object to form.
20   A    I don't see them anywhere saying that they think it
21       would be reasonable to do a probability sample.
22   Q    That's not my question.  My question is, do the
23       authors themselves consider their study limited by
24       the fact it only involved a single clinic and a
25       small sample size?

Page 124

1          MR. STRANGIO:  Object to form.
2    A    They do say that in the discussion.
3    Q    The authors also say that there could be
4        alternative explanations such as getting older; is
5        that correct?
6          MR. STRANGIO:  Object to form.
7    A    It's hard for me to tell if they are saying that
8        for the whole impact or just for the psychological
9        support part because obviously both groups are
10       getting older and we're looking at how some groups
11       plateaued in their mental health and some groups
12       did not.
13   Q    So I think further in -- as part of that same
14       discussion of alternative explanations, they talk
15       about how they don't think they could design a
16       randomized control study for dis- -- that includes
17       disallowing pubertal suppression.
18           Do you see that?
19   A    Can you repeat the question?
20   Q    Do you see in that -- after the sentence on getting
21       older, the authors talk about how they don't think
22       you can design a study that dis- -- in which
23       puberty suppression is disallowed?
24   A    You're asking if they're saying that you can't
25       design a study in which pubertal suppression is

Page 125

1    disallowed?
2  Q  Do you see the discussion of a hypothetical study
3     that involves disallowing puberty suppression?
4  A  They say that ideally a randomized control trial
5     would be performed, but they don't imply that that
6     would be ethical or possible.
7  Q  Correct.  But I guess the only question is, it
8     seems like from the context this sentence about
9     getting older is talking about the entire -- the
10    effects of pubertal suppression, not just
11    psychological support.
12 A  That's not clear to me.
13 Q  So do you agree that this study by itself can't
14    establish that pubertal suppression causes improved
15    mental health outcomes?
16       MR. STRANGIO:  Object to form.
17 A  I wouldn't use any of these individual studies to
18    draw conclusions.  I would draw my conclusions
19    based on the full published body of literature.
20    But correct, I would not use this study in
21    isolation to say there's a causal impact.
22 Q  So I think we just went through every study cited
23    in paragraph 14 on pubertal suppression; is that
24    right?
25 A  Yes.

Page 126

1  Q  And you agree that taking each study
2     individually -- let me rephrase that.
3        Each study individually cannot establish
4     causation; correct?
5        MR. STRANGIO:  Object to form.
6  A  No single study can draw causal inferences in
7     isolation.
8  Q  At what -- at what point in time do you think
9     causation was established?
10       MR. STRANGIO:  Object to form.
11 A  So these studies all have different strengths and
12    limitations.  The longitudinal studies can show you
13    a temporal relationship between this treatment and
14    improved mental health.  As you saw, one was able
15    to separate out the impact of psychotherapy and
16    psychiatric medications from the treatment.  But
17    those studies can't tell you anything about the
18    people who get treatment do better than those
19    without.
20       Then the cross-sectional studies answer that
21    question, showing you that those who get treatment
22    do better than those who didn't get treatment, so
23    that the longitudinal studies weren't just because
24    people all improve over time, but, in fact, people
25    who get treatment end up better off than people who

Page 127

1     desire but can't access the treatment.
2        Then the Costa study is interesting in that it
3     kind of provides both, and also looks at the
4     psychotherapy question again where they give people
5     the psychotherapy, and that improves mental health.
6     But if you don't give people puberty blockers,
7     their mental health stays where it is, and those
8     who get puberty blockers continue to increase.  So
9     all of these are giving pieces of the puzzle.
10 Q  If you take out -- if you subtract any one of these
11    studies from the analysis, do you think you would
12    still be able to say there's causation?
13       MR. STRANGIO:  Object to form.
14 A  I think it's lucky that most of these studies have
15    been replicated.  So there's several longitudinal
16    studies, and similarly, there are two
17    cross-sectional studies that had similar findings.
18    So all of that reinforces this notion.
19 Q  My question is, if you subtract any one of these
20    studies, would you still have causation?
21       MR. STRANGIO:  Object to form.
22 A  My answer is that these studies in some ways do fit
23    each other, so you can remove one and still draw
24    similar conclusions.
25 Q  What is the minimum number of studies listed here

Page 128

1     that you would need to say there's causation?
2        MR. STRANGIO:  Object to form.
3  A  It's not really how we evaluate literature.  I
4     guess it's an interesting hypothetical.  But if you
5     had one very convincing longitudinal study and one
6     very convincing cross-sectional study, that both
7     were able to adjust for important variables, and
8     keep in mind that we're talking about an area of
9     medicine where you need to do something with
10    patients and we cannot do randomized control
11    trials, I think this is a very solid level of
12    evidence, even if you were to remove some of the
13    studies.
14       I don't have an answer for you that there's a
15    set number of studies you need to recommend a
16    treatment or say causation.  That's not really how
17    we think about this.
18 Q  Well, let's take it chronologically.  So the first
19    study we talked about was the 2011 de Vries study;
20    correct?
21 A  Yes.
22 Q  And you agree at that point if you just have 2011
23    de Vries, you can't say anything about causation?
24       MR. STRANGIO:  Object to form.
25 A  Yeah, with just that study, I think you would be

Page 129

1  left with a major question of, would these people
2  have had better mental health without the
3  treatment.  Although I think you'll see in their
4  discussion that in the, right, real world,
5  practicing medicine, we knew that this was a
6  population where their mental health tended to
7  deteriorate without any treatment, right.  Even if
8  it wasn't in this study, that was known clinically.
9      So the fact that they saw that their mental
10 health was improving and not deteriorating was a
11 major finding.  So if you were a doctor with one of
12 these patients who had severe gender dysphoria, you
13 might consider this medication after talking about
14 the risks and benefits and the fact that this is
15 the only study we have.  But if you have a patient
16 who's suicidal or has severe gender dysphoria, then
17 you might think about this.
18 Q  So I want to focus on the causation question for a
19    minute.  Then we'll turn to some of the treatment
20    implications.
21     So the next study that came out
22    chronologically is the de Vries 2014; is that
23    right?
24     MR. STRANGIO:  Object to form.
25 A  Yes, I believe that's correct.

Page 130

1  Q  If you put 2011 de Vries together with 2014
2     de Vries, do you have causation?
3      MR. STRANGIO:  Object to form.
4  A  2014 de Vries didn't so much give you more
5     information about pubertal suppression as that it
6     added additional information of longer term
7     follow-up with gender-affirming hormones and
8     gender-affirming surgery, so no.
9  Q  The next study was Costa 2015.  If you add 2011
10    de Vries, 2014 de Vries, and 2015 Costa, do you get
11    causation?
12     MR. STRANGIO:  Object to form.
13 A  That starts to add much stronger evidence for
14    causation because you, for the first time, see that
15    those who get just therapy don't do as well as
16    those who get therapy and hormones.  There's still
17    the limitation there that that wasn't -- those
18    groups are different in some ways.  They're the
19    delayed eligible versus the immediately eligible.
20    So there you're getting stronger implication of
21    causation.
22     But the reason I'm questioning you on this
23    line of questioning is that everything in medicine
24    is about statistics and probability, right.  So
25    you're never going to -- nowhere in medicine can

Page 131

1  you ever say something with a hundred percent
2  certainty of causation.  You can say things are
3  statistically significant.  You can say all
4  evidence is pointing in that direction.  You can
5  say we've accumulated more and more evidence.
6  We've yet to see evidence of people's mental health
7  getting worse.  But it's not like people are
8  sitting down and saying how many studies; is this
9  one more study going to be the answer.
10 Q  So do you think 2011 de Vries, 2014 de Vries, and
11    2015 Costa established causation?
12     MR. STRANGIO:  Object to form.
13 A  Again, what do you mean by "established causation"?
14 Q  Established that pubertal suppression causes
15    improved mental health.
16     MR. STRANGIO:  Object to form.
17 A  I think it makes a strong argument with the
18    statistics, yes.
19 Q  Is that a yes on establishes causation or no on
20    causation?
21     MR. STRANGIO:  Object to form.
22 A  Again, the way statistics work is I can never say
23    that something is a hundred percent certain.  But
24    you're asking when you can be certain, and that's
25    just not how statistics work.

Page 132

1  Q  I'm not asking about certainty.  I'm asking about
2     whether you think you have established causation.
3  A  Like when I would think that there's strong
4     evidence for causation, that it's likely causal?
5  Q  We can start there.  When is it likely causal?
6      MR. STRANGIO:  Object to form.
7  A  Yeah, I think after the Costa study you're starting
8     to feel more convinced that it's causal.  It
9     addresses the -- some of the major questions have
10    been addressed, like what if you just did therapy
11    without the intervention.
12 Q  Is there a way to assign a P-value to what you
13    have -- to the analysis?
14     MR. STRANGIO:  Object to form.
15 A  Yes.
16 Q  How would that be done?
17 A  It's what they did in the Costa study, that they
18    did a statistical analysis of where their global
19    functioning was before starting the puberty
20    blockers and after, and followed that P-value was
21    met a standard threshold of statistical
22    significance, which again is not certainty but a
23    strong argument.  Then when they looked at the
24    group that did not receive pubertal suppression and
25    looked from that time point to six months later of

Page 133

1   more therapy, it did not have a statistically
2   significant improvement.
3 Q   Maybe let me rephrase.
4       So you say you can put together 2011 de Vries,
5   2014 de Vries, and 2015 Costa and have strong
6   evidence of causation.  Can you assign a P-value to
7   the inference you're trying to draw?
8       MR. STRANGIO:  Object to form.
9 A   That's not how statistics work, no.
10 Q   Can you assign a level of confidence to the
11   inference you're trying to draw?
12 A   I can give you my subjective expert opinion based
13   on the evidence and the many P-values that are
14   involved in looking at these different studies
15   together.  But there's not a way to assign a
16   P-value to that, no.
17 Q   The -- I want to ask -- turn to something else you
18   mentioned about the, you know, when you're
19   approaching something as a clinician, how do you
20   decide, you know, when, what to treat.  When
21   someone is advocating for a new treatment in
22   psychiatry, generally, who has the burden of proof
23   to show that the new treatment will be effective
24   and safe?
25       MR. STRANGIO:  Object to form, calls for a

Page 134

1   legal conclusion.  I'm not sure where burden of
2   proof is coming from and as to what body.
3 Q   Let me -- well, let me rephrase.
4       So is the -- in psychiatry, if someone comes
5   to you with a condition, is the default to do --
6   what is the default treatment?
7       MR. STRANGIO:  Object to form.
8 A   It depends on the condition.
9 Q   So let me try asking this another way.
10       If someone comes to you with a condition for
11   which they're -- and the treatment and the proposed
12   treatments for that condition have not been studied
13   for efficacy or safety, is the -- what is the
14   default response?
15       MR. STRANGIO:  Object to form.
16 A   Are you asking if it would be standard practice to
17   prescribe a medication that's not -- that has no
18   FDA approval?
19 Q   That's not my question.  So let me try asking it a
20   different way.
21       Well, let me think about that, actually, just
22   to see if I can come up with a clearer way.  And
23   maybe this would be a good time to take the lunch
24   break so we could get into that afterwards.  But is
25   that okay for the rest of you all?

Page 135

1 A   Works for me.
2       MR. STRANGIO:  That works.  So let's say 40
3   minutes.  I'll do the math later with a calculator.
4   But we'll come back in 40.
5       MR. BARTA:  Okay.  And if you are ready to go
6   before then, just holler and we'll -- I'll leave
7   the speakers on.
8       MR. STRANGIO:  Thank you.
9       MR. BARTA:  Thank you so much.
10       (Lunch recess taken.)
11 BY MR. BARTA:
12 Q   All right.  We're going to move to a new topic and
13   start talking about gender-affirming hormones.
14       What are gender-affirming hormones?
15 A   Gender-affirming hormones are medications that are
16   meant to physically align one's body with their
17   gender identity, most commonly estrogen for trans
18   women or testosterone for trans men.
19 Q   When are gender-affirming hormones administered?
20       MR. STRANGIO:  Object to form.
21 A   I'm not sure I understand the question.
22 Q   At what stage in development are they first
23   administered?
24       MR. STRANGIO:  Object to form.
25 A   It depends on the patient.

Page 136

1 Q   Is there a typical answer?
2       MR. STRANGIO:  Object to form.
3 A   So the older Endocrine Society guidelines said, at
4   the earliest, age 16.  And then the most recent
5   Endocrine Society guidelines, based on there being
6   more clinical experience, noted that you might
7   consider earlier than that on a case-by-case basis.
8   The reason for that is, as we mentioned earlier,
9   the longer you're on pubertal suppression, the more
10   you're falling behind on bone density.
11       So if you were to start gender-affirming
12   hormones earlier, that person's going to achieve --
13   get back to normal bone density more quickly.  So
14   you can imagine if there were a patient who came
15   out as trans at a very young age, let's say seven
16   or eight, had been living in their affirmed gender
17   for many years, started a puberty blocker around
18   age 12, now that, you know, they're 14 or 15 and
19   they're falling behind on bone density, and also
20   they're having an experience where all of their
21   peers are going through puberty, but they're not.
22   And often these kids will say that that's just an
23   uncomfortable, awkward experience that they're not
24   socially in sync with their peers.
25       And then in this example, it seems relatively

Page 137

1  clear that that person has had a very stable gender
2  identity for a very long time.  It seems unlikely
3  that they're going to want to go through their
4  endogenous puberty, then you might consider the
5  medication a bit earlier.
6  Q  Once a transgender adolescent starts taking
7     gender-affirming hormones, how long do they
8     continue taking those?
9        MR. STRANGIO:  Object to form.
10 A  It also depends on the patient.
11 Q  Is it usually a matter of months, years?  Can you
12    give me a ballpark?
13 A  It takes months for there to be substantial
14    physical effects that are noticeable.  So usually
15    if somebody had physical gender dysphoria and they
16    wanted to have the physical changes of hormones, a
17    month or two wouldn't be enough.  But we've had
18    patients who have taken them for a few years,
19    particularly testosterone, and have felt that they
20    had enough masculinization or enough male puberty
21    from those few years that they were okay stopping
22    them.  Often because they just find it a hassle to
23    have to do the injections or pick up the
24    medications regularly.
25 Q  When you say enough masculinization, do you mean

Page 138

1     enough change in physical appearance?
2        MR. STRANGIO:  Object to form.
3  A  Yes.
4  Q  Do you know when gender-affirming hormones were
5     first administered to minors?
6        MR. STRANGIO:  Object to form.
7  A  So the first publications in the peer-reviewed
8     literature came from the Dutch group.  They
9     reported about a trans masculine adolescent who,
10    when he was very young, wrote a suicide note to his
11    family, saying that he wanted to die if he had to
12    continue to live in a female body, and the
13    endocrinologist gave that young person a puberty
14    blocker, then later gender-affirming hormones.  And
15    then they published the paper after that person had
16    gender-affirming surgery and was doing quite well.
17       So if you do the math, based on when that was
18    published and going back, somewhere around the
19    1980s.  But there's also been some academic
20    literature from historians that have looked back at
21    letters that were written back and forth between
22    patients and physicians that showed that outside of
23    academic medicine, there were physicians where
24    families were reaching out really desperate for
25    gender-affirming hormones for minors, going at

Page 139

1     least a few decades before the 1980s.
2  Q  Are there psychological reasons why someone would
3     not be eligible for gender-affirming hormones?
4        MR. STRANGIO:  Object to form.
5  A  So most guidelines emphasize that other mental
6     health conditions need to be reasonably well
7     controlled.
8        So as we were talking about earlier, if
9     somebody's mental health were so severe, let's say
10    they were acutely suicidal and that they needed
11    admission to hospitalization or they wouldn't be
12    able to come to follow-up appointments or blood
13    draws to make sure that they're doing everything
14    that's necessary to safely be on those medications,
15    then that could be a psychological reason that
16    somebody would be considered ineligible.
17 Q  Are there medical reasons why someone would be
18    considered ineligible?
19       MR. STRANGIO:  Object to form.
20 A  I'm not aware of absolute contraindications, but
21    there are situations where patients would be
22    unlikely to want to take hormones.
23       Again, earlier we talked about how estrogen
24    can increase your blood clotting risk.  It doesn't
25    seem to be a huge risk because you're bringing

Page 140

1     estrogen into the same levels as cis women.  It's
2     more very, very high levels where you get a higher
3     risk of clot.  But if you had an underlying blood
4     clotting condition, that might be a reason
5     that would be not an absolute contraindication but
6     a potential reason not to take them.
7        Also if you had any kind of cancer that was
8     hormone responsive, like a testosterone or an
9     estrogen responsive cancer.  Those are relatively
10    rare.
11 Q  Which medical provider would typically evaluate
12    someone for medical contraindications?
13       MR. STRANGIO:  Object to form.
14 A  The medical contraindications would be from the
15    nonmental health physician, so usually a pediatric
16    endocrinologist.
17 Q  So that's not something you would do?
18 A  No.
19 Q  So looking at paragraph 15 of your declaration.
20    I'll give you a moment to turn there.
21 A  I'm there.
22 Q  Okay.  The first sentence reads, "Peer-reviewed
23    research studies have, likewise, found improved
24    mental health outcomes following gender-affirming
25    hormone treatment (e.g., estrogen or testosterone)

Page 141

1    for individuals with gender dysphoria, including
2    adolescence."
3        Is that -- do you see that?
4  A  Yes.
5  Q  Are you saying -- do you believe the peer reviewed
6    studies mentioned here show that gender-affirming
7    hormone treatment causes improved mental health?
8        MR. STRANGIO:  Object to form.
9  A  I believe when you take all of the research
10    together, again, no single study is going to
11    convincingly show causation.  Also, these are going
12    to have strengths and limitations.  But when you
13    look at the body of research as a whole, there's a
14    strong indication that it's causal.
15  Q  To be clear, none of the -- to be clear, none of
16    these studies individually establish causation?
17        MR. STRANGIO:  Object to form.
18  A  Correct.
19  Q  I want to look at the studies you do talk about
20    here.  One of them is -- which I will bring up as
21    Exhibit 10, is Chen 2023.
22        MR. STRANGIO:  And for clarity, Jack has a
23    printed version in front of him, and I'm looking on
24    the screen.
25        MR. BARTA:  Okay.  So just in general, are you

Page 142

1    always going to be looking on the screen, Chase?
2        MR. STRANGIO:  Yeah, I am.  But it'll be --
3        MR. BARTA:  Well, don't worry about it.  We'll
4    go slow and make sure we scroll.
5        MR. STRANGIO:  Thank you.
6        (Deposition Exhibit 10 marked.)
7  Q  Dr. Turban, is this the Chen 2023 study you
8    mentioned?
9  A  Yes.
10  Q  What type of study is this?
11  A  It's a longitudinal cohort study.
12  Q  Where were the youth recruited from?
13        MR. STRANGIO:  Object to form.
14  A  So these were the results of an NIH-funded
15    foresight study, but let me go to the text just to
16    make sure.  So from gender clinics at Lurie
17    Children's Hospital in Chicago, UCSF Benioff
18    Children's Hospital in San Francisco, Boston
19    Children's Hospital, and Children's Hospital Los
20    Angeles.
21  Q  Okay.  Looking at page 241, I think just below
22    where you were reading, it says, "All participating
23    clinics employ a multidisciplinary team that
24    includes medical and mental health providers and
25    that collaboratively determines whether gender

Page 143

1    dysphoria is present and whether gender-affirming
2    medical care is appropriate."
3        Do you see that?
4  A  Yes.
5  Q  So this would be another study where youth are
6    receiving both medical and mental health support?
7        MR. STRANGIO:  Object to form.
8  A  Yes.  It's not -- there's involvement from mental
9    health professionals and medical professionals in
10    that multidisciplinary team.  Some of these clinics
11    have a mental health provider who's embedded in the
12    clinic, and then they work with therapists from the
13    community as well.  But yes, all of these clinics
14    would have involvement from both.
15  Q  And since this is a study drawn from the population
16    of clinics, this population would not necessarily
17    be representative of the entire U.S. transgender
18    population?
19        MR. STRANGIO:  Object to form.
20  A  I think you can assume that for any study looking
21    at a medical intervention, yes.
22  Q  So on page 242, towards the bottom, on the
23    right-hand side, it looks like there were 315
24    participants who were assessed up to five times
25    over a period of two years.

Page 144

1        Do you see that?
2  A  Yes.
3  Q  So there's -- and it looks like, data -- and then
4    it goes on to say data were available for 81 of all
5    possible observations.
6        Do you see that?
7  A  Yes.
8  Q  So just to make sure I'm right, this is 315
9    participants involved in the study; right?
10  A  Yes.
11  Q  And they had complete data on -- or they had data
12    for -- on 81 of their -- percent of their
13    interactions?
14  A  Of all possible observations.
15  Q  And they only looked at it two years; right?
16        MR. STRANGIO:  Object to form.
17  A  Correct.  They looked at over a period of two
18    years.
19  Q  Can this paper tell us anything about the effects
20    of gender-affirming hormones after two years?
21        MR. STRANGIO:  Object to form.
22  A  No.
23  Q  So turning to the next page on 243.  In the
24    left-hand column under "Sample Characteristics,"
25    close to the bottom of the paragraph, the authors

Page 145

1   say, "Two participants died by suicide during the
2   study (one after 6 months of follow-up and the
3   other after 12 months of follow-up)."
4        Do you see that?
5  A  Yes.
6  Q  What does that make the suicide rate among
7   participants?
8        MR. STRANGIO:  Object to form.
9  A  Yeah.  Again, I don't have a calculator, so I don't
10   want to do mental math for you, but it's two of the
11   215.
12  Q  Is that higher than the suicide rate of the general
13   population?
14        MR. STRANGIO:  Object to form.
15  A  I'm not sure, but I would expect, since it's a
16   sample of transgender patients who experience
17   substantial stigma and harassment and
18   discrimination, that we know worsen mental health
19   outcomes and drive suicidality, that I would expect
20   that it would be.
21  Q  Is two out of 315 higher than the rate of suicide
22   among the transgender population?
23        MR. STRANGIO:  Object to form.
24  A  I can't think of a specific study that followed
25   315 -- or even just followed trans youth for two

Page 146

1   years, so I don't have that statistic to give you.
2  Q  So in paragraph 15 you say that the study showed
3   improvements in, quotes, anxiety, depression, and
4   life satisfaction; is that right?
5  A  Yes.
6  Q  Are you aware that the authors of Chen 2023
7   originally set out to measure other
8   characteristics, including gender dysphoria,
9   self-injury, suicidality, and quality of life?
10        MR. STRANGIO:  Object to form.
11  A  I'm going to go to another section to check all of
12   their outcomes.
13        Sorry, so I have the list now.  Which ones are
14   you referencing again?
15  Q  I said, are you aware that the authors, when they
16   published their proposal for the study, were --
17   said they were also going to measure gender
18   dysphoria, suicidality, and quality of life?
19  A  Where are you drawing that from?
20  Q  I'm not referring to a specific passage of the
21   study.  I'm just asking if you're aware that the
22   authors originally set out to measure those other
23   characteristics?
24        MR. STRANGIO:  Object to form.
25  A  I haven't seen their original study proposal, so I

Page 147

1   wouldn't know what full battery of instruments they
2   considered using.
3  Q  Do you see data reported on those issues in the
4   study?
5  A  All right.  So specifically quality of life.  Which
6   other ones?
7  Q  Suicidality and gender dysphoria.
8  A  When they say "gender dysphoria," they may mean
9   appearance congruence, and I see that they reported
10   that appearance congruence had a significant,
11   within participant change, in the direction that
12   they expected, which was an improvement.  They say
13   life satisfaction increases significantly, which is
14   a quality of life measure.
15  Q  What about suicidality?
16        Dr. Turban, if you're not sure, we can move to
17   a different issue.
18  A  So -- it's a little complicated.  So they used the
19   Beck Depression Inventory, which I believe has a
20   suicidality question, but I'm not sure.  So it's
21   possible that that was kind of subsumed under their
22   depression outcome in their analyses as opposed to
23   reporting on it separately.
24        But they do specifically report in Table 2 the
25   number of patients who had suicidal ideation during

Page 148

1   a study visit or death by suicide.  But from the
2   best I can tell -- I don't have the Beck Depression
3   Inventory II in front of me.  Many depression
4   measures like that have suicidality included, so
5   that may or may not be in there.  I'm not sure.
6  Q  Okay.  So individually, can this study show that
7   gender-affirming hormones caused improved mental
8   health?
9        MR. STRANGIO:  Object to form.
10  A  Again, causal inferences are more complicated than
11   that, and generally one would not use a
12   longitudinal cohort study to imply causation.  But
13   they used somewhat sophisticated statistical
14   modeling here.  So if you go to the limitations
15   section, starting at 247.
16  Q  Well, maybe let's take the limitations individually
17   then.  So that would be -- let's make it easier.
18        All right.  So on 247, it says, "Our study has
19   certain limitations"; right?
20  A  Yes.
21  Q  And one limitation they discuss is "Because
22   participants were recruited from four urban
23   pediatric gender centers, the findings may not be
24   generalizable to youth without access to or to
25   comprehensive interdisciplinary services or to

1   transgender and nonbinary youth who are
2   self-medicating with GAH."
3       So that's one limitation; right?
4       MR. STRANGIO:  Object to form.
5 A  Yes, it's generally, as we've been saying, that any
6   of these studies that are looking at outcomes
7   following the standard of care can't tell you what
8   will happen if you don't follow the standard of
9   care.  In terms of the research being from urban
10  academic centers, yeah, certainly urban versus
11  rural could potentially be different.  But academic
12  centers are the ones that have the abilities to
13  conduct this kind of research.  So that is just an
14  inherent challenge with research.
15 Q  And so moving to page 248, towards the bottom, they
16  say, "In addition, despite improvement across
17  psychosocial outcomes on average, there was
18  substantial variability around the mean trajectory
19  of change.  Some participants continued to report
20  high levels of depression and anxiety and low
21  positive affect and life satisfaction, despite the
22  use of GAH."
23      Do you see that?
24 A  Yes.
25 Q  What does it mean by "substantial variability

1   around the mean trajectory of change"?
2 A  It just means that the treatment did not work for a
3   hundred percent of people.
4 Q  All right.  So third -- so let's turn to page 249.
5   It says at the top, "Finally, our study lacked a
6   comparison group, which limits our ability to
7   establish causality."
8       Do you see that?
9 A  Yes.  This is where I was trying to emphasize
10  the -- that normally you wouldn't use a
11  longitudinal cohort study to look at causality, but
12  this next sentence is the point I was making.  So
13  they say, "However, the large effects in
14  parallel-process models examining associations
15  between improvements in appearance congruence and
16  improvements in psychosocial outcomes provides
17  support for the concept that GAH may affect
18  psychosocial outcomes through increasing gender
19  congruence."
20      So by showing that, the treatment tracks along
21  with gender congruence, and gender congruence
22  tracks along with improved mental health, that
23  gives you more of a causal argument.  But, again,
24  you wouldn't --
25 Q  But --

1 A  -- use a single study to infer causation.  But this
2   one shows it more than the usual longitudinal
3   cohort study would.
4       MR. BARTA:  So let's take this down and turn
5   to the next study you talk about which we'll
6   introduce as Exhibit 11, Allen 2019.
7       (Deposition Exhibit 11 marked.)
8       MR. BARTA:  Sorry, Shawn, did you hear that
9   I'd like to introduce as Exhibit 11 Allen 2019.
10  Thank you.
11 Q  Dr. Turban, is this Allen 2019?
12 A  Yes.
13 Q  And what did this study look at?
14 A  This is another longitudinal cohort study that
15  looked at the impact of gender-affirming hormones
16  on suicidality.
17 Q  And how many participants were in this study?
18 A  This one had 47.
19 Q  Is that a small sample size?
20      MR. STRANGIO:  Object to form.
21 A  It's a subjective question.  Again, sometimes you
22  can have a small sample size and be adequately
23  powered to detect statistically significant
24  differences, in which case that's a useful finding.
25  Sometimes your sample size is small and so you

1   don't have statistically significant findings.
2   Certainly any time you have a smaller sample size,
3   you're less likely to find statistically
4   significant differences, but this study did.
5 Q  And this study is of youth from a single gender
6   clinic?
7 A  I believe so, but let me make sure.
8       Yes, it looks like all the participants were
9   found at Children's Mercy Hospital in Kansas City.
10 Q  So looking at page 303 under "Method Participants,"
11  it looks like it says participants were eligible if
12  they had been treated with GAH for at least three
13  months; is that right?
14 A  They were eligible if they had completed three
15  months of gender-affirming hormones by the end of
16  data collection, not the beginning.
17 Q  Okay.  And looking at page 304, at the top, it
18  says, "The range of treatment length was 113 to
19  1,016 days (M=349, SD=193)."
20      Do you see that?
21 A  The range of treatment length was 113 to 1,016
22  days.  Yeah, the median was 349 days and the
23  standard deviation was 193.
24 Q  So does that mean that the median length of
25  treatment for participants in the study was 349

1  days?
2  A  Yes.
3  Q  And then the next sentence says, "For most of our
4     sample (90 percent), duration of treatment was at,
5     or under, 600 days."
6         Do you see that?
7  A  Yes.
8  Q  So this study does not -- so most of -- 90 percent
9     of the participants had been treated less than two
10    years?
11 A  Yes.  That seems true.  But I think they actually
12    only -- oh, no.  Yes, that's correct.
13 Q  So this study can -- can this study tell us about
14    the long-term effects of gender-affirming hormones?
15        MR. STRANGIO:  Object to form.
16 A  It depends on your definition of long-term.
17 Q  What is the maximum length of insight we get from
18    this study?
19        MR. STRANGIO:  Object to form.
20 A  They report on the sample as a whole, so I would go
21    with the median of 349 days.
22 Q  So turn to page 308, please.
23 A  Okay.
24 Q  So at the top, in the right-hand column, it says,
25    Co-founding -- or Confounding variables of the

1     study may include level of familial support,
2     whether a participant is actively receiving
3     psychotherapy, or differences in the specifics of
4     gender-affirming medications (e.g., dosage).
5         Do you see that?
6  A  Yes.
7  Q  What is a confounding variable?
8  A  It's a variable that's associated with both the
9     exposure and the outcome.
10 Q  Is that something that can be a possible
11    alternative explanation for the improvement?
12        MR. STRANGIO:  Object to form.
13 A  Confounding variables, yes, could be reasons other
14    than the exposure you're looking at that explain
15    the difference in before and after.
16 Q  Further down in that column, the authors note,
17    "However, it should be noted at the baseline a
18    relatively high level of parental support was
19    required among all participants."
20        Do you see that?
21 A  Yes.
22 Q  Then two sentences down, they say, "Consequently,
23    these findings may not be generalizable to
24    transgender youth with unsupportive parents."
25        Do you see that?

1         MR. STRANGIO:  I have a --
2  A  Sorry, the Zoom closed for a second.
3         MR. STRANGIO:  So did you hear his answer?
4         MR. BARTA:  Let me ask it again because I'm
5     not sure I heard an answer.
6  Q  It says, also in this same column, you see a
7     sentence that says, "Consequently, these findings
8     may not be generalizable to transgender youth with
9     unsupportive parents."
10        Do you see that?
11 A  Yes.
12 Q  Moving to page 309, at the top it says,
13    "Additionally, it is also unclear whether the
14    beneficial outcomes associated with GAH take effect
15    immediately after administration of the medication,
16    come about after physical changes begin to
17    manifest, or vary over time."
18        Do you see that?
19 A  Yes.
20 Q  Why would -- what mechanism would explain
21    beneficial outcomes taking effect immediately after
22    administration of the medication?
23 A  Hopefully that their gender congruence will
24    improve as the medications take effect.
25 Q  All right.  And do you agree this Allen 2019 on its

1     own can't establish causation?
2         MR. STRANGIO:  Object to form.
3  A  I would not suggest taking any one paper in
4     isolation to conclude causation.
5         MR. BARTA:  I think I'm done with Allen 2019.
6     I'd like to introduce as Exhibit 12 Turban
7     2022 in the PLOS ONE.
8         (Deposition Exhibit 12 marked.)
9  Q  Dr. Turban, is this another study you cited in
10    paragraph 15?  I should say in paragraph 15,
11    footnote 10.
12 A  Yes.
13 Q  This is your -- you're the Dr. Turban on the
14    byline?
15 A  Yes.
16 Q  Glad to know there's not any other psychiatrists
17    with the name Jack Turban running around out there.
18 A  Not that I know of.
19 Q  So you cite this paper in paragraph 15 to support
20    your statement that "cross-sectional studies
21    comparing those who access gender-affirming
22    hormones during adolescence to those who did not
23    access these interventions have similarly linked
24    access to gender-affirming hormone treatment during
25    adolescence to lower odds of suicidality"; is that

1    right?
2  A   Sorry, it sounds like I wrote a run-on sentence.
3        Can you say it again?
4  Q   Maybe instead of reading it, you cite this study to
5      support the final sentence of paragraph 15 of your
6      declaration?
7  A   Yes.
8  Q   So this paper also relies on data from the 2015
9      U.S. Transgender Survey; is that correct?
10 A   Yes.
11 Q   So the data collection limitations we discussed
12     earlier with your other paper also apply to this
13     one?
14        MR. STRANGIO:  Object to form.
15 A   I don't remember specifically what you're referring
16     to.
17 Q   So one of the issues I think we discussed is
18     that -- so this was an online survey; correct?
19 A   This was a survey that -- sorry.
20        MR. STRANGIO:  Object to form.
21 A   This was --
22 Q   It said the underlying USTS data was collected
23     through an online portal?
24 A   Correct.
25 Q   You're not aware of any mechanisms that would

1      prevent people from filling out the survey multiple
2      times?
3        MR. STRANGIO:  Object to form.
4  A   It says, we discussed before there -- it was a very
5      long survey.  So if somebody wanted to take the
6      survey multiple times to try and bias a publication
7      in some way, they would have needed to know how
8      that study was going to be designed before that
9      study was even designed.
10       So it wouldn't have been possible to
11     intentionally take the survey many times to impact
12     our analysis.  But I'm not aware of specific
13     mechanisms that were put in place to prevent
14     someone from doing that.  It's a very long survey,
15     so it would be time intensive.
16 Q   And this survey was -- the data was -- people were
17     recruited for the survey through LGBTQ
18     organizations?
19       MR. STRANGIO:  Object to form.
20 A   I don't -- the way it was discussed in the original
21     survey methodology is that they worked with 400
22     community outreach organizations that would have
23     helped them find potential participants who were
24     transgender.
25 Q   And this study would only include people who

1      currently identify as -- who would currently
2      identify as transgender at the time of providing
3      the data?
4        MR. STRANGIO:  Object to form.
5  A   At the time of data collection, yes.
6  Q   And -- all right, so in paragraph 15 you say the
7      survey -- the data shows lower odds of suicidality.
8        What -- when you say "suicidality," what do
9      you mean?
10 A   I'm just looking at what specific outcome they
11     (audio interference).  We looked at different ones.
12     Past year suicidal ideation.
13 Q   What were the other -- what else did this -- did
14     your article measure?
15       MR. STRANGIO:  Object to form.
16 A   Can you scroll down to the "Methods" section,
17     please.  And to the "Outcomes" section, just a
18     little bit lower.  Thank you.
19       So we used the Kessler-6 in the past month,
20     which is a measure of severe psychological
21     distress, binge drinking in the past month,
22     lifetime illicit drug use, excluding marijuana, and
23     measures of suicidality including suicidality
24     during the past year and including suicidal
25     ideation, suicidal ideation with plan, suicide

1      attempt, and suicide attempt requiring
2      hospitalization.
3  Q   Scrolling down to page 9, Table 2.  This table is
4      reporting your results?
5  A   Yes.
6  Q   So I think -- so looking at the table, it looks
7      like you found statistically significant
8      improvement for past year suicidal ideation;
9      correct?
10 A   Which part are you looking at?
11 Q   Past year suicidal ideation.
12 A   There are three different columns.
13 Q   For each of the three different columns on past
14     year suicidal ideation, you found -- or which of
15     the columns did you find statistically significant
16     improvement?
17 A   It looks like the access to gender-affirming
18     hormones between the ages of 14 and 15, a second
19     category between 16 and 17, and a third category of
20     over 18.
21       THE WITNESS:  I have one question to ask Chase
22     about, like, a publishing confidentiality thing.
23     Is it okay if I sidebar with him for a moment?
24       MR. BARTA:  Sure, we can take a break.
25       MR. STRANGIO:  Okay, thanks.

Page 161

1            (Recess taken.)
2    BY MR. BARTA:
3    Q   Still looking at --
4    A   So the reason for the pause was to answer your
5        question most accurately.
6            So after this paper was published, we found
7        out that the first group that accessed
8        gender-affirming hormones between ages 14 and 15
9        included some participants who had accessed
10       gender-affirming hormones actually before age 13,
11       which is outside of medical guidelines and led us
12       to think that they were either not clinically
13       relevant or erroneous responses.  And so those were
14       removed.
15           So the paper's going to have a correction that
16       doesn't change the top level conclusions, but I
17       don't want to mislead you by talking about the
18       results on here, some of which may not be correct.
19   Q   Does that -- so which columns would the revision
20       affect on Table 2?
21   A   The first column.
22   Q   Sorry, the first row, first column?
23   A   The first, like, overarching column of "Accessed
24       gender-affirming hormones, ages 14 or 15."
25   Q   Okay.  Do you know what the new P-value would be?

Page 162

1    A   Yeah, I don't remember specifically what changed.
2    Q   So looking at the next row, "Past-year suicidal
3        ideation with plan," did you find statistically
4        significant improvement for any of the categories?
5    A   We didn't detect anything one way or another, so no
6        conclusions can be drawn.
7    Q   The same is true for past-year suicide attempt?
8    A   The same is true.
9    Q   The same is true for past-month binge drinking?
10   A   Yes.
11   Q   And lifetime illicit drug use?
12   A   Sorry, the same is not true for --
13   Q   Oh, I'm sorry.
14   A   I thought you were going to do the past year
15       suicide attempt requiring hospitalization.  You're
16       asking past-month's binge drinking?
17   Q   Let me -- past-year attempt requiring inpatient
18       hospitalization, same is true?
19   A   Yes.
20   Q   Okay.  And then we move to past-month binge
21       drinking.  Which of the -- who showed statistically
22       significant improvement?
23   A   Those who accessed gender-affirming hormones as
24       adults.
25   Q   Okay.  The minors did not?

Page 163

1    A   Correct.
2    Q   And the same is true for lifetime illicit drug use?
3    A   Correct.
4    Q   When we're looking at past-year suicidal ideation
5        for minors, did the study control for mental
6        health?
7            MR. STRANGIO:  Object to form.
8    Q   Let me reask it.  Did it control for support from
9        mental health professionals?
10   A   It looks like all of the models were adjusted for
11       whether or not anyone experienced gender identity
12       conversion efforts.  So attempts by professionals
13       to force them to be cisgender, but otherwise no.
14   Q   And I see on page 3 in your "Methods" section, you
15       were looking at groups who responded that they
16       wanted gender-affirming hormones; is that right?
17   A   So the control group for most of these analyses was
18       people who desired but did not access
19       gender-affirming hormones because, as we mentioned
20       earlier, not all trans people experience gender
21       dysphoria and would want or need gender-affirming
22       hormones.  So we only wanted to look at the
23       population that it would be relevant to.
24   Q   It's possible when someone wants an intervention
25       but doesn't receive it, they experience depression?

Page 164

1            MR. STRANGIO:  Object to form.
2    A   Certainly if it's a needed medical intervention.
3    Q   What about -- what about non-medically indicated
4        interventions that someone wants?
5            MR. STRANGIO:  Object to form.
6    A   I mean, this is a medically indicated intervention,
7        so a more apt analogy would be if somebody had
8        uncontrolled diabetes and couldn't access their
9        insulin, they would be depressed.  I think you're
10       asking if somebody didn't want candy if they would
11       be upset, but I don't think that's an apt analogy.
12   Q   Did you look at -- did this data allow you to
13       determine that everyone who wanted gender-affirming
14       hormones but did not receive them was medically
15       eligible?
16   A   No.
17           MR. STRANGIO:  Object to form.
18   Q   And so turning to page 12 of your study, when we're
19       looking at strengths and limitations, one
20       limitation you report, it says, "Limitations
21       include its non-probability cross-sectional design,
22       which reduces generalizability and limits
23       determination of causality."
24           Do you see that?
25   A   Yes.

Page 165

1  Q  And then the next sentence says, "It is possible
2     that people with better mental health status at the
3     baseline are more likely to be able to access GAH,
4     thus confounding associations between GAH access
5     and adult mental health outcomes measured."
6        Do you see that?
7  A  Sorry, I got -- it's possible that -- sorry, it's
8     really small on my screen.  It's possible that
9     people with better mental health status at baseline
10    are more likely to be able to access GAH thus
11    confounding associations between GAH access and
12    adult mental health outcomes measured.  We,
13    therefore, examined lifetime but no past year
14    suicidal ideation as an outcome with results
15    suggesting a lack of reverse causation due to such
16    confounding.  Nonetheless this method --
17 Q  Can you translate that sentence into simpler
18    English for me?
19 A  Yeah, sorry, it's a complicated way to look at
20    this.
21       So we created a new variable that was whether
22    or not you were suicidal in the past, but you're
23    not anymore, right, to try and have -- add a
24    temporal component.  Because the big question we're
25    asking here is, is your mental health better now in

Page 166

1     the hormone group because you always had good
2     mental health or did your mental health get better.
3        So we created this new variable where you used
4     to be suicidal and you're not anymore.  And when we
5     looked at those results, it suggested that it was
6     that their mental health improved, not that they
7     had better mental health to begin with.  It's not a
8     perfect way to look at it, but it was a way to try
9     and address that question.
10 Q  Can this study by itself establish that access to
11    gender-affirming hormones causes improved mental
12    health?
13       MR. STRANGIO:  Object to form.
14 A  So that additional measure is meant to examine
15    that, but I wouldn't use the study in isolation to
16    draw that conclusion.  I would look at the whole
17    body of literature as a whole.
18       MR. BARTA:  I'd like to introduce as
19    Exhibit 13 Green 2022.
20       (Deposition Exhibit 13 marked.)
21 Q  Dr. Turban, is this another article that you cite
22    in footnote 10 of your declaration?
23 A  Yes.
24 Q  What did this study look at?
25 A  So this one, I believe, was a pure online survey.

Page 167

1     It looks like the overall survey was 34,753 LGBT
2     youth ages 13 to 24, of whom 11,914 were
3     transgender or nonbinary.  And they looked at
4     associations between accessing gender-affirming
5     hormones and mental health outcomes.
6  Q  Does the fact they were recruited over the internet
7     through targeted ads limit the study's
8     generalizability?
9        MR. STRANGIO:  Object to form.
10 A  What do you mean by limits it?  Like, is it a
11    probability sample or it's not a probability
12    sample?
13 Q  This is a non-probability sample; right?
14 A  Correct.
15 Q  And the data is based on self-reporting by these
16    youth?
17 A  Correct.
18 Q  You say the study, I think, supports that there's
19    lower odds of suicidality with access to
20    gender-affirming hormones; is that right?
21 A  Correct.
22 Q  Does this study control for mental health support?
23       MR. STRANGIO:  Object to form.
24 A  It looked at whether or not adolescents were
25    exposed to gender identity conversion efforts, so

Page 168

1     mental health treatment in which someone tried to
2     force them to identify as cisgender, but it didn't
3     look at other more standard types of mental health
4     treatment, only that type that is considered
5     unethical by the American Psychiatric Association.
6  Q  Did it control for psychiatric medications?
7  A  I don't believe this one did.
8  Q  Does it control for the fact that people with
9     better mental health are more likely to be able to
10    access hormones?
11       MR. STRANGIO:  Object to form.
12 A  Because it's a cross-sectional study, it, yeah, has
13    that question of reverse causation similar to the
14    other cross-sectional studies.
15 Q  So can you infer causation from this study by
16    itself?
17       MR. STRANGIO:  Object to form.
18 A  I would not recommend inferring causation from any
19    one study but would recommend taking the full body
20    of literature as a whole.
21 Q  If we look at page 648 and Table 5.  So this is --
22    this table is reporting results after adjustment;
23    is that right?
24 A  Yes, after adjusting for the variables that are
25    listed below the table: Age, socioeconomic status,

Page 169

1  census region, gender identity, sexual orientation,
2  race/ethnicity, parent support through gender
3  identity, gender identity-based victimization,
4  gender identity conversion efforts, and history of
5  puberty blocker use.
6  **Q  And it looks like there was -- they found**
7  **statistically significant improvements for**
8  **depression and assisted suicide, but not seriously**
9  **considered suicide in youth ages 13 to 17.**
10 A  Correct.
11     MR. STRANGIO:  Object to form.
12 A  I think you misspoke and said assisted suicide.
13    Could you say that again?
14 **Q  No.  So for ages 13 to 17, it looks like they found**
15 **statistically significant improvement for**
16 **depression and attempted suicide but not seriously**
17 **considered suicide?**
18 A  Correct.  But I'm not finding -- with it not being
19    statistically significant, that doesn't mean that
20    there's not, it just means they weren't able to
21    tell one way or another.
22 **Q  Okay.  I think there is one other study that you**
23 **cite in paragraph 15 of your declaration is Achille**
24 **2020, Longitudinal Impact of Gender-Affirming**
25 **Endocrine Interventions on Mental Health Well-Being**

Page 170

1  of Transgender Youth; is that right?
2  A  Yes.
3  **Q  Can we flip over to Exhibit 8.  Can you go to the**
4  **first page, please.  This is the same study -- this**
5  **is that study?**
6  A  The study you were just referencing, yes.
7  **Q  And we've looked at -- we discussed this study**
8  **earlier; right?**
9  A  Yes.
10 **Q  This is the one where you had 90 percent of**
11 **participants in counseling; right?**
12 A  Right.
13 **Q  And there was -- and female to male participants**
14 **did not show statistically significant improvement**
15 **for cross-sex hormones; is that right?**
16     MR. STRANGIO:  Object to form.
17 A  I think you're referencing Table 4 where trans
18    masculine adolescents, after adjusting or
19    controlling for counseling or psychiatric
20    medications, had better quality of life scores
21    after cross-sex hormones.
22 **Q  So I'm looking at Table 4.  Where -- can you**
23 **scroll -- I'm sorry, Chase is going to -- can you**
24 **scroll down to page 4, Table 4.**
25 A  Oh, sorry.  This is where they called it a trend

Page 171

1  towards significance, but it's one -- it's one --
2  imply that it is -- it's a complicated stats thing.
3  I would not consider it to be statistically
4  significant, but they point out that it's a trend
5  towards statistical significance.
6  **Q  But you would not consider it statistically**
7  **significant for any of the participants who were**
8  **receiving cross-sex hormones?**
9     MR. STRANGIO:  Object to form.
10 A  Yeah, I wouldn't use this particular study to argue
11    any -- in either direction.  I think it -- just
12    nothing was statistically significant, so it
13    doesn't tell you much about cross-sex hormones,
14    only about pubertal suppression.
15     MR. BARTA:  Okay.  I'd like to introduce as
16    Exhibit 14 de Lara 2020.
17     (Deposition Exhibit 14 marked.)
18 **Q  This is a study cited in footnote 7 of your**
19 **declaration; right?**
20 A  Yes.
21 **Q  What did this study examine?**
22 A  This was a longitudinal cohort study that looked at
23    mental health before and after one year of
24    gender-affirming hormones from a clinic in Spain.
25 **Q  And looking at page 43 of the study, it looks like**

Page 172

1  in the study design they looked at 23 trans
2  patients; is that right?
3  A  Yes, that looks correct.
4  **Q  And these patients came from the pediatric**
5  **endocrinology clinic of Hospital Clinico San**
6  **Carlos?**
7  A  Yes.
8  **Q  So this would be a non-probabilistic sample?**
9     MR. STRANGIO:  Object to form.
10 A  Yes.
11 **Q  So I see they compared them to what they called 30**
12 **cisgender controls.**
13    **Do you see that?**
14 A  Yes.
15 **Q  Would the cisgender controls be eligible for**
16 **gender-affirming hormones?**
17     MR. STRANGIO:  Object to form.
18 A  Likely, no, unless they had hypogonadism or some
19    other extenuating circumstance.
20 **Q  So this study is not comparing -- this study is not**
21 **comparing the administration of gender-affirming**
22 **hormones versus withholding them for transgender**
23 **youth?**
24     MR. STRANGIO:  Object to form.
25 A  Correct.  It's an uncontrolled longitudinal cohort

1    study.

2  Q  And then on -- also on page 43, looking under
3      statistical analysis, it looks like they measured
4      changes after one year of treatment; is that right?

5  A  Yes.

6  Q  So flipping over to page 46.

7          MR. BARTA:  Scroll down further, please.

8  Q  So the -- at the -- near the bottom of the page, it
9      says, "In our sample, the families of transgender
10     participants provided a highly supportive
11     environment, as demonstrated by the family APGAR
12     scores.  This could explain the highly favourable
13     outcomes observed at 1 year of treatment with
14     CSHT."

15         Do you see that?

16 A  Yes.

17 Q  Is this saying that family support could be a
18     possible alternative explanation for the outcomes?

19         MR. STRANGIO:  Object to form.

20 A  I guess so, but presumably they had supportive
21     families when they entered the treatment also.  So
22     I wouldn't expect that necessarily family support
23     changed substantially from time point zero to time
24     point 1 if they were always supportive families.
25     But over that time point that they were on

1    gender-affirming hormones, their depression scores
2    dropped dramatically in a statistically significant
3    way.

4  Q  Can the results of this study be generalized to
5      transgender youth without supportive families?

6          MR. STRANGIO:  Object to form.

7  A  Likely, no, because they'd be very unlikely to
8      access gender-affirming hormones given that legal
9      guardian consent is required for all of the clinics
10     I'm aware of.

11 Q  Can this study tell us anything about the effects
12     of gender-affirming hormones after one year of
13     treatment?

14 A  No.

15 Q  Would you rely on this -- do you think this study
16     by itself establishes that gender-affirming
17     hormones cause improved mental health?

18         MR. STRANGIO:  Object to form.

19 A  I think the improvement in depression scores is
20     impressive, but I wouldn't use any one study in
21     isolation to make a causal inference.  I would use
22     the full body of literature available.

23 Q  So looking -- taking a step back and looking at the
24     full body of literature, how many of the studies do
25     you cite, do you need to draw a causal inference?

1  A  I think these are the same questions as before.

2  Q  Different topic, though.  For cross-sex hormones,
3      which of these studies -- at what point in the
4      development of the literature do you think
5      causation was established?

6          MR. STRANGIO:  Object to form.

7  A  Again, it would be the same as my answer for
8      pubertal suppression.

9  Q  What was that answer?

10 A  That each study provide -- has different strengths
11     and limitations.  Some of them, for instance,
12     establish that adolescents have better mental
13     health after treatment than before treatment.  That
14     alone raises the question of would their mental
15     health have improved anyway.  Or is the control
16     group, the cross-sectional studies, compare people
17     who accessed hormones to people who desired them
18     but didn't access hormones and provide additional
19     information.

20         All -- all of these studies, everything in
21     medicine, is going to have statistical analyses,
22     and these statistical analyses never tell you with
23     a hundred percent certainty that something is
24     causal, but every time there's more data that
25     accumulates, it increases your level of certainty.

1  Q  Okay.  So I think it looks like the --
2      chronologically, the first study you cite is Allen
3      2019; right?

4          MR. STRANGIO:  Object to form.

5  A  Sorry, remind me which footnote this is.

6  Q  I think we're looking at footnote 7 through 10.

7  A  Which one are you --

8  Q  Allen 2019.

9  A  No.  I mean, also, so all of these say, for
10     example, and they're listing example studies.  But,
11     for instance, the other study we discussed,
12     de Vries 2014, also was looking at patients after
13     gender-affirming hormones.

14 Q  So at what year in the development of the
15     literature do you think you can say causation was
16     likely established?

17         MR. STRANGIO:  Object to form.

18 A  Yeah.  Again, as I said, this is all about
19     statistics and increasing certainty.  You can never
20     say in anywhere in medicine that something is --
21     you've established it a hundred percent.  You're
22     always getting more and more research.  I think it
23     was really important to have studies with control
24     groups to supplement the, for instance, reverse
25     causation question of some of these other studies.

**Page 177**

1    I think it was really useful that we started
2  seeing data from more and more countries and more
3  and more clinics.  It was really useful that in the
4  New England Journal article that they found that
5  appearance congruence and improved mental health
6  tracked in the same direction.  All of these things
7  keep increasing your certainty.  There's no cutoff
8  number of studies the way you're asking.
9  Q  Do you -- so if I understand you correctly, you
10    think causation has likely been established?
11    MR. STRANGIO:  Object to form.
12  A  I think there's convincing evidence of causation.
13  Q  So you think it goes -- the literature -- the body
14    of literature shows it goes beyond association?
15    MR. STRANGIO:  Object to form.
16  A  I think there's convincing evidence of causation.
17  Q  So you mentioned the 2014 de Vries study again.
18    Was causation established in 2014?
19    MR. STRANGIO:  Object to form.
20  Q  Let me rephrase that.
21    Do you think there was convincing evidence of
22    causation in 2014?
23  A  I think the de Vries study alone is weak evidence
24    for causation.
25  Q  So the next study chronologically you cite is Allen

**Page 178**

1  2019.  Do you think there was convincing evidence
2    of causation in 2019?
3    MR. STRANGIO:  Object to form.
4  A  I think if you're just looking at those two
5    studies, there wasn't -- the additional study that
6    I think was really useful of having a control group
7    of people who didn't access care, but you also have
8    to keep in mind that all of this was happening in
9    the context of clinicians around the world having
10    clinical experience working with these patients and
11    also seeing the improvements.
12    So I would caution someone against saying, oh,
13    in -- it wasn't until 2019 or whatever year that we
14    had a control group that we shouldn't have been
15    doing this when there were patients who were
16    struggling who needed treatment and doctors
17    treating them and them doing well and having a long
18    history of experience in many adult patients who
19    didn't access this and did quite poorly.
20  Q  So which of the studies cited in your declaration
21    do you think moved the line from saying this is --
22    could be causal to there is convincing evidence of
23    causation?
24    MR. STRANGIO:  Object to form.
25  A  Yeah, as I said, I don't think I can answer that

**Page 179**

1  question.
2  Q  So in 2019, would you have had sufficient evidence
3    to say there is -- causation has likely been
4    established?
5    MR. STRANGIO:  Object to form, asked and
6  answered.
7    MR. BARTA:  I don't think I got an answer.
8  You can say yes or no.
9  A  I think I answered the question.
10  Q  Do you think there was convincing evidence of
11    causation in 2019?
12    MR. STRANGIO:  Object to form.
13  A  If you're looking at the de Vries study and the
14    Allen study alone, those are weak evidence for
15    causation.
16  Q  What about in 2020, do you think there was
17    convincing evidence of causation in 2020?
18    MR. STRANGIO:  Object to form.
19  A  Again, also without having all of the studies in
20    front of me and just having these example studies,
21    it's hard for me to give you a specific timeline of
22    every study that has come out.  These are
23    illustrative example studies.
24    MR. BARTA:  Why don't we take a break here.
25  Five minutes okay?

**Page 180**

1    MR. STRANGIO:  That's great.  Thank you.
2    (Recess taken.)
3  BY MR. BARTA:
4  Q  Looking at paragraph 16 of your declaration,
5    Dr. Turban, you say, "Peer reviewed" -- well,
6    actually, before we get there.
7    So you talk about gender-affirming surgeries
8    in paragraph 16; right?
9  A  Yes.
10  Q  What are the types of gender-affirming surgeries?
11    MR. STRANGIO:  Object to form.
12  A  There are more than I could easily list.  But, for
13    example, there's gender-affirming masculinizing
14    chest surgery.  The other surgeries generally
15    aren't considered for minors, but there's -- but
16    include vaginoplasty, phalloplasty, among others.
17  Q  Why are vaginoplasty and, I'm sorry, the
18    phalloplasty not generally considered for minors?
19  A  They're fairly big invasive surgeries that carry
20    substantial medical involvement and are difficult
21    to reverse.
22  Q  What does a vaginoplasty involve?
23  A  It's an involved procedure to go through all the
24    steps, but generally creating a vaginal canal and a
25    vulva.

Page 181

1  Q  How is that done?
2  A  You want me to walk you through it?
3  Q  Sure.
4  A  Through it step by step, surgical technique?
5  Q  Maybe I should start with, do you know how --
6  A  I'm not a surgeon.  It would be better to ask a
7     surgeon, but I have a general understanding of how
8     they're done.
9  Q  What's your general understanding?
10 A  So at a high level, skin is taken from the perineal
11    area, and the surgeon creates a space between the
12    rectum and the bladder, essentially, and then lines
13    that canal with skin and then creates a vulva
14    around that canal.  They also need to reposition
15    the urethra where urine flows through and move the
16    erectile tissue to create a clitoris.
17        There are also different types of
18    vaginoplasties, so if you really want the details
19    on all the different surgical variations, you would
20    need to talk to a surgeon.
21 Q  And what is your general understanding of what a
22    phalloplasty involves?
23 A  There are also different types of phalloplasties,
24    but most of them involve taking a piece of tissue
25    from somewhere else in the body and fashioning a

Page 182

1     phallus from that, and then positioning it in an
2     anatomically typical area.  You also have to
3     reposition the urethra and extend it.
4  Q  And what does gender-affirming chest surgery
5     involve?
6  A  Again, there are different techniques.  The least
7     invasive type for people who have a small amount of
8     chest tissue just involves essentially liposuction
9     of that small amount of tissue with a small
10    incision.  The more common surgery, because it's
11    rare that someone that early in the stage of
12    development would have surgery, is a double
13    incision approach where they make two incisions and
14    remove the breast tissue.  It's similar to the
15    surgery that cisgender women might have with a male
16    contour.  Then it generally also involves resizing
17    the nipple so that it has a more masculine
18    appearance.
19 Q  What is the average -- do you know what the average
20    age is for receiving gender-affirming chest
21    surgery?
22        MR. STRANGIO:  Object to form.
23        MR. BARTA:  Sorry, Chase, I think we've lost
24    your connection.
25        (Discussion held off the record.)

Page 183

1  Q  So I see in footnote 11 of your declaration, you
2     say, "All surgical" -- or "Of note, all surgical
3     interventions in pediatrics, for example, gender
4     dysphoria or otherwise are approached with
5     substantial caution given the risk inherent with
6     any type of surgery."  Chest affirming --
7     "Gender-affirming chest surgery is only considered
8     for adolescents with gender dysphoria when an
9     interdisciplinary team, including medical
10    providers, surgical providers, mental health
11    providers, adolescents, and their legal guardians
12    are in agreement that the benefits of such an
13    intervention would outweigh the risk."
14        Is that correct?
15 A  Yes.
16 Q  When weighing risks and benefits, are the
17    considerations different for chest surgery from
18    genital surgery?
19        MR. STRANGIO:  Object to form.
20 A  There are different risks for chest surgery than
21    genital surgery, so yes.
22 Q  What are the differences in risk?
23 A  Again, you should talk to a surgeon for the
24    details, but generally chest surgery is less
25    invasive.

Page 184

1  Q  If someone had -- if a transgender person has
2     pubertal suppression, gender-affirming hormones,
3     and gender-affirming surgeries, is that a result of
4     them having all the characteristics of the opposite
5     sex?
6        MR. STRANGIO:  Object to form.
7  A  No.
8  Q  What would they not have?
9        MR. STRANGIO:  Object to form.
10 A  Again, the idea of opposite sex is a somewhat
11    arbitrary distinction.  But if you mean, for
12    instance, like would their chromosomal makeup
13    change, no.
14 Q  Would it give them the reproductive capacity of the
15    opposite sex?
16        MR. STRANGIO:  Object to form.
17 A  Again, what do you mean by "opposite sex"?  Like
18    would a trans masculine person --
19 Q  Would a trans masculine person --
20 A  (Audio interference.)
21 Q  Would they what?
22        MR. STRANGIO:  Sorry, let me try -- I'm going
23    to take this off and go on our Wi-fi.
24        (Discussion held off the record.)
25

Page 185

1  BY MR. BARTA:
2  Q  Does receiving -- if a transgender person receives
3     pubertal suppression, gender-affirming hormones,
4     and gender-affirming surgeries, does that resolve
5     all symptoms of gender dysphoria?
6          MR. STRANGIO:  Object to form.
7  A  One of the criteria is having a gender identity
8     that's different than what's recorded on one's
9     birth certificate, so that criterion would not
10    change unless the birth certificate were updated.
11    But generally when people say sex assigned at
12    birth, they mean what their birth certificate said
13    when they were born.
14 Q  Would having all of those interventions resolve the
15    distress that accompanies gender dysphoria?
16         MR. STRANGIO:  Object to form.
17 A  It depends on the person.  So it was interesting
18    that in that de Vries study those were people with
19    gender dysphoria who got puberty blocker,
20    gender-affirming hormones, and gender-affirming
21    surgery, they probably had very supportive families
22    because these were families that were willing to
23    take them to a clinic for help.
24         They also live in a country where there's less
25    trans phobia than others.  So impressively, by the

Page 186

1     end of that study, those people did have general
2     mental health on par with the general population of
3     people who didn't experience gender dysphoria.
4          That being said, it's not -- it doesn't fix
5     everything, as our patients are routinely educated
6     about and generally know from common sense that,
7     you know, it can improve their physical symptoms of
8     gender dysphoria, which is what these interventions
9     are designed to do, but it can't get rid of the
10    impact of being harassed or being trans, being
11    discriminated against.
12         The impact of legislation that implies that
13    they are being singled out from other people, all
14    those things are still going to negatively impact
15    their mental health, even after these
16    interventions.  Their mental health may be better
17    than if they didn't receive interventions, but
18    those things can still have an impact.
19 Q  Do many people who have received the interventions
20    still require mental health support?
21         MR. STRANGIO:  Object to form.
22 A  Again, it depends on the population you're talking
23    about.  But generally, certainly, many of my
24    patients do because of those other factors that I
25    have described.

Page 187

1  Q  In paragraph 16 of your declaration -- I'll give
2     you a moment to turn there.
3  A  I have it.
4  Q  You say, "Peer-reviewed research has shown
5     improvements in mental health following
6     gender-affirming chest surgery for trans masculine"
7     adults "with gender dysphoria where medically
8     indicated."
9          Do you see that?
10 A  It says adolescents.
11 Q  Adolescents.  Thank you for the correction.
12         So when you say "shown improvements," do you
13    think the evidence shows that gender-affirming
14    chest surgery causes improvements in mental health?
15         MR. STRANGIO:  Object to form.
16 A  So for gender-affirming chest surgery for trans
17    masculine adolescents, the research -- there's not
18    as much research as there is for pubertal
19    suppression and gender-affirming hormones.  There
20    are the studies that I list, including one by
21    Olson-Kennedy, et al., where they compared people
22    who got surgery with those who didn't, and those
23    who got surgery had lower scores on a measure of
24    chest dysphoria.
25         And then the Mehringer, et al., study there

Page 188

1     did qualitative interviews with patients who had
2     that surgery, and they discussed how it had a
3     positive impact on their mental health.  But we
4     don't have the number of studies that we have for
5     pubertal suppression and gender-affirming hormones
6     where you would be able to make causal inferences
7     based on that data.
8          A lot of it is, you know, based on clinical
9     experience as well and individual patients and
10    knowing the risks and benefits of treatment, and
11    that's why top surgery is certainly not as commonly
12    done for adolescents compared to those other
13    interventions.
14 Q  Is it -- am I understanding you correctly that
15    you're saying you cannot make causal inferences
16    regarding gender-affirming chest surgery?
17         MR. STRANGIO:  Object to form.
18 A  I'm not an expert in the adult literature, so I
19    wouldn't venture to summarize the literature there.
20    But the literature in adolescents is at the level
21    of more case series qualitative data that doesn't
22    make a strong causal inference.
23 Q  Does the literature for adolescents allow you to
24    draw any causal inference?
25         MR. STRANGIO:  Object to form.

Page 189

1  A  We have the two studies that are listed there that
2     those who receive top surgery had better mental
3     health outcomes as far as chest dysphoria compared
4     to those who did not, and the qualitative study
5     that patients who underwent that surgery felt it
6     was very helpful for their mental health, but
7     there's no data beyond that in adolescent
8     literature, that I'm aware of, to show causal
9     effect.
10 Q  And are you aware of any adolescent literature
11    regarding vaginoplasties?
12       MR. STRANGIO:  Object to form.
13 A  I'm not familiar with them.  I have heard that
14    there have been cases where, say, a 17-year-old has
15    had a vaginoplasty with the full support of their
16    medical and mental health team and family because
17    they wanted to have their surgical recovery prior
18    to going to college.  I've seen maybe scattered
19    media reports of those sorts of things.  But I'm
20    not aware of peer reviewed research.
21 Q  Are you aware of peer reviewed research on
22    adolescents for phalloplasties?
23       MR. STRANGIO:  Object to form.
24 A  No.
25       MR. BARTA:  I'd like to introduce as

Page 190

1     Exhibit 15 Olson-Kennedy 2018.
2        (Deposition Exhibit 15 marked.)
3  Q  Is this one of the studies that you cite,
4     Dr. Turban, in paragraph 16?
5  A  Yes.
6  Q  And what did this look at?
7  A  Sorry, we're trying to see if we can find a hard
8     copy.
9        MR. STRANGIO:  I don't think so.
10 A  No.
11       So this study looked at -- if we can scroll
12    down.  So 68 -- I believe it was adolescents and
13    young adults, so between 13 and 25, 68 of whom had
14    masculinizing top surgery and 68 of whom did not.
15 Q  So let's turn to page 433, under "Study Recruitment
16    and Data Collection," it looks like the youth were
17    recruited from a gender clinic; is that right?
18 A  Yes.  I believe they're from Children's Hospital
19    Los Angeles.
20 Q  So this would be another non-probabilistic study?
21 A  Yes.
22 Q  And at the bottom of that paragraph it looks like
23    they only obtained data from 72 percent of post
24    surgical participants; is that right?
25 A  Yes, I think there's another section of this paper

Page 191

1     where they go into detail about how they
2     through extensive efforts to call people at
3     multiple numbers and that they were able to connect
4     with 72 percent.
5  Q  And then later in this paragraph -- and we don't
6     know -- so for the 18 percent that didn't
7     respond -- or sorry, for the 28 percent that didn't
8     respond, we don't know why?
9        MR. STRANGIO:  Object to form.
10 A  Yeah, I'm trying to look.  There's an area where
11    they go into detail.
12 Q  Okay.  Well, I can look at that, then, if you ...
13       And then it looks like further down, there
14    was -- in the study recruitment, it looks like they
15    had the participants fill out a ten-minute survey;
16    is that right?
17 A  Yes.
18 Q  And it looks like the survey measured demographic
19    information, characteristics of surgery in chest
20    dysphoria; is that right?
21 A  Yes.
22 Q  The study didn't separately measure mental health
23    or suicidality?
24 A  Not outside of the chest dysphoria measure.
25 Q  And this would be self-reported data?

Page 192

1  A  Yes.  We might want to look at the demographic data
2     because I don't know what all was in there.
3  Q  Let's flip over to page 434, page 2.  In Table 2,
4     in the -- it looks like the average -- the average
5     age at the time of surgery was 18.9 years; is that
6     right?
7  A  I'm not sure.  I think that's the age at the time
8     of survey.
9  Q  So maybe flip back a page to 433 at the bottom.  It
10    says, on the bottom right, "The mean (SD) age at
11    chest surgery in this cohort was 17.5 (2.4) years
12    (range, 13 to 24 years), with 33 (49 percent) being
13    younger than 18 years."
14       So if I'm reading this correctly, does this --
15    is this saying that the average age at chest
16    surgery was 17 -- average age was 17 and a half?
17 A  Yes.
18 Q  And 49 percent were younger than 18?
19 A  Yes.
20 Q  So 51 percent would have been older than 18?
21 A  Yes.
22 Q  Does this -- do you know, does this study report
23    data separately for minors versus adults?
24 A  I wish I had the full paper in front of me.  I'd
25    have to look at that section.

Page 193

1  Q  Okay.  We can scroll down to -- maybe go to page
2     434.  It's the bottom.
3        Is this the section you would need to look at?
4  A  So what they did, if you look on the right-hand
5     side.  So mean chest dysphoria scores among post
6     surgical participants was 3.3 and were not
7     significantly associated with length of time
8     between surgery and survey, complication rates, or
9     age group, i.e., minors versus those 18 or older.
10       So basically what that's saying is that the
11    overall sample chest dysphoria difference would
12    represent the under 18-year-olds also.
13 Q  Do you know how they measured chest dysphoria?
14       MR. STRANGIO:  Object to form.
15 A  They used a specific novel chest dysphoria scale.
16 Q  Can you flip over to page 435.  Scroll down,
17    please.  So the -- it says towards the bottom,
18    "Finally, the Chest Dysphoria Scale is not yet
19    validated, and may not represent distress or
20    correlate with validated measures of quality of
21    life, depression, anxiety, or functioning."
22       What does that mean?
23 A  That means what I was saying, that it's a novel
24    chest dysphoria scale.  It's a new scale that they
25    developed to be able to look at chest dysphoria

Page 194

1     before and after surgery.
2        I think if you go maybe to the "Methods"
3     section, they may have published elsewhere how they
4     actually developed the scale, but I don't remember
5     the details of it.
6  Q  But we don't know if this scale correlates with
7     improved mental health generally?
8        MR. STRANGIO:  Object to form.
9  A  To my knowledge, it has not been studied to see if
10    it tracks along with anxiety, depression,
11    et cetera.
12 Q  Okay.  Can we look at Table 2 on page 434.  So in
13    Table 2, it lists the time since surgery.
14       Do you see that?
15 A  Yes.
16 Q  So it looks like all but ten participants had had
17    surgery in the last two years; is that right?
18 A  Yes.
19 Q  And then the longest participant was five years;
20    right?
21 A  Yes.
22 Q  So this study can't tell us anything about impacts
23    on chest dysphoria after five years?
24 A  Correct.  You would probably need to look at the
25    adult literature and infer from there.

Page 195

1        MR. BARTA:  I'd like to introduce as
2     Exhibit 16 Mehringer 2021.
3        (Deposition Exhibit 16 marked.)
4  Q  Is this the other study that you cite in paragraph
5     16?
6  A  Yes.
7  Q  I believe you called it a qualitative study; right?
8  A  Yes.
9  Q  What is a qualitative study?
10 A  A qualitative study is when you use text-based data
11    and analyze things based on the meaning of the
12    text.  Often, but not always, it's based on
13    interviews with people who have had specific
14    experiences so that you can draw out specific
15    things from those experiences to better understand
16    them.
17 Q  What are some of the risks you're concerned about
18    when you're conducting a qualitative study?
19 A  One thing is you want to see if you reach thematic
20    saturation.  So generally you keep doing interviews
21    until you stop hearing new things or new themes.
22    Usually you want to have more than one person
23    coding the data.  Sometimes you'll calculate
24    something called a Kappa that is showing the degree
25    to which the two coders are aligning and what

Page 196

1     themes they think apply to different areas of text.
2  Q  Did this qualitative study control for potential
3     confounding variables?
4        MR. STRANGIO:  Object to form.
5  A  That's not generally something one would do with a
6     qualitative study because you're analyzing text and
7     themes.  So there's not usually a mathematical way
8     to adjust for confounders because it's not really
9     the type of data that you're looking at.  You're
10    looking at words, themes.
11 Q  So looking at page 2 of the study.  Continue
12    scrolling, please.  So under "Methods," it looks --
13    it says, "The study participants were recruited
14    from a large U.S. pediatric hospital based gender
15    clinic."
16       Do you see that?
17 A  Yes.
18 Q  So this would be another non-probabilistic sample?
19 A  Yes.
20 Q  And then on page 3, continue down, the results.  So
21    it says, Of the 35 youth for recruitment, 30 youth
22    enrolled and completed the study visit:  16 had had
23    MCS (non-MCS) and 14 had undergone MCS (post-MCS).
24       Do you see that?
25 A  Yes.  I think you reversed it a bit, but --

1  Q  Sorry, I'm getting tired.
2        So there were 30 participants in the study?
3  A  Yes.
4  Q  16 had not undergone chest surgery, 14 had; is that
5     correct?
6  A  Correct.
7  Q  Is this a small pool of participants for a
8     qualitative study?
9        MR. STRANGIO:  Object to form.
10 A  So qualitative studies usually don't -- the number
11    doesn't necessarily tell you if you did enough
12    interviews.  It's usually based on if you've met
13    saturation.  So we'd have to look through here for
14    where they describe if they reached thematic
15    saturation, which is when you are not identifying
16    new themes as you interview new participants.
17 Q  And if we scroll up on this page to Table 1, it's
18    reporting some of the data on this, and it says --
19    there's a column that says, "Time since MCS,
20    months."
21       Do you see that?
22 A  Yes.
23 Q  So it looks like this study only looked at people
24    who had had, on average, surgery 19 months earlier?
25 A  Correct.

1  Q  So it doesn't tell us -- and it looks like the
2     longest person who participated had had it 48
3     months earlier?
4  A  Correct.
5  Q  So this can't -- can this tell us anything about
6     the impact of chest surgery after 48 months?
7  A  No.
8        MR. BARTA:  And I'm done with this.  I
9     think -- I'd like to bring up as Exhibit 17, Tang
10    2022.
11       (Deposition Exhibit 17 marked.)
12 Q  Is this -- this is another publication you cite in
13    paragraph 16, note 13 of your declaration.
14 A  Yes.
15 Q  What did this study look at?
16 A  So if you could scroll down to the abstract,
17    please.  So it was looking at adolescents who had
18    gender-affirming masculinizing top surgery, and it
19    was looking at several things, including
20    complication rates and how many experienced regret.
21 Q  And I think you described this in your declaration
22    as finding a low -- extremely low rate of regret;
23    is that right?
24 A  Yes.  It was .95 percent.
25 Q  Moving to page 3 of the study.  So under "Methods,"

1     it says, "We conducted a retrospective cohort study
2     of adolescents who underwent gender-affirming
3     mastectomy within Kaiser Permanente Northern
4     California, a large integrated healthcare system";
5     correct?
6  A  Mastectomy, but yes.
7  Q  Thank you.
8        So this would be another non-probabilistic
9     sample?
10 A  Yes.
11 Q  And flipping over to page 4.  This discusses how it
12    measures regret, and it says, "For the entire
13    cohort of 209 patients, manual chart review was
14    performed to search for" --
15 A  Sorry, I lost where you are exactly.
16 Q  So in the -- near the bottom of the page, do you
17    see the sentence that says, "For the entire cohort
18    of 209 patients, manual chart review was performed
19    to search for satisfaction versus
20    regret/dissatisfaction within both post-operative
21    surgical and mental health provider records"?
22 A  Yes.
23 Q  Was this -- so data was collected by examining
24    providers' notes; is that right?
25 A  Yeah, this one is -- when we were talking about

1     retrospective studies before, this one really is a
2     true retrospective study that they're looking back
3     at data that had been collected in the past.
4  Q  Okay.  So this would not capture regret that was
5     not reported to providers?
6        MR. STRANGIO:  Object to form.
7  A  Correct.
8  Q  It also would not capture people who moved to a
9     different healthcare system; right?
10       MR. STRANGIO:  Object to form.
11 A  We would have to go through the methods, but they
12    probably --
13 Q  Why don't we flip over to page 8, then.  So under
14    the last paragraph there, it was discussing
15    limitations here.  So the first one they mention is
16    "First, its retrospective design meant we were
17    unable to measure patient satisfaction and
18    quality-of-life outcomes."
19       Do you see that?
20 A  Yes.
21 Q  So they were not measuring quality of life in this
22    study?
23 A  No.  I believe they were just looking at regret and
24    complications.
25 Q  So this wouldn't tell us if anxiety was reduced?

1  A  No.  The study didn't ask that question.
2  Q  Or depression was reduced?
3  A  It did not ask that question either.
4  Q  Or suicidality?
5  A  It did not ask that either.
6  Q  The next sentence says, Complications and any
7     mention of regret were obtained from provider
8     notes, which may be variable, and thus may be
9     under-reported.
10        Do you see that?
11 A  Yes.
12 Q  Is that saying that providers may not have reported
13    every instance of regret?
14        MR. STRANGIO:  Object to form.
15 A  I don't believe that's what they're saying.  I
16    think they're saying that it's possible that not
17    all patients who experience regret may have told
18    their therapist or their physician, so they may not
19    have reported it.
20 Q  And then the next sentence says, "In addition,
21    although an integrated healthcare system allows for
22    continuity of care, some members may have
23    transferred care or changed their insurance status
24    and thus subsequent complications of reversal
25    operations would not be captured."

1         Do you see that?
2  A  Yeah.  My question there is if they presumably --
3     I'd have to go back and look at their methods, but
4     they would have stopped their follow-up period at
5     the time when the -- they didn't have any more
6     records for the patient.  So that, I assume, that
7     would be reflected in the follow-up period.
8  Q  But you don't know looking at this?
9  A  I can only see this one part of the paper, but I
10    would need the full paper to answer that question.
11 Q  Okay.  So looking at page -- why don't we flip over
12    to page 6.  Oh, sorry, page 5.  So in the second
13    paragraph there, second sentence, it says,
14    "Patients had a median post-operative follow-up
15    length of 2.1 years."
16        Do you see that?
17 A  Yeah, that's what I was saying.  We'd have to look
18    at the methods, but I'm wondering if they -- if
19    that reflects the fact that if someone had left to
20    another healthcare system that they wouldn't have
21    any more notes.  So the follow-up period would only
22    be the period that they have notes for, which would
23    be reflected in this median follow-up.
24 Q  So can this tell us anything about the long-term
25    impact of regret -- or the long-term incidence of

1     regret?
2         MR. STRANGIO:  Object to form.
3  A  The term "long-term" is subjective.  I don't know
4     what you mean specifically.
5  Q  Would you rely on this study to determine
6     whether -- to determine incidence of regret after
7     2.1 years?
8  A  The study, I would say 2.1 years.  I'm not sure if
9     it's this study or another study, but they looked
10    at if regret was more likely less than one year
11    versus up to however many years they looked at, and
12    it wasn't different.  But you'd have to piece a few
13    different studies together to answer that question.
14    But this study alone only looks at a mean of two
15    years -- or a median of two years.
16 Q  Are you aware of literature that examines the
17    median time of regret for adolescents who went --
18    underwent gender-affirming chest surgery?
19        MR. STRANGIO:  Object to form.
20 A  No.  I think that would be difficult to conduct
21    since it's a relatively infrequent outcome.
22 Q  All right.  So I did want to -- oh, before we move
23    on to the next section of your declaration, I did
24    want to go back to paragraph 11 of your
25    declaration.

1  A  Yes.
2  Q  At the beginning of paragraph 11, you said, "I cite
3     relevant literature to support my opinions that
4     gender-affirming medical interventions improve
5     mental health for adolescents with gender dysphoria
6     when medically indicated."
7  A  Yes.
8  Q  Did you -- did you cite all relevant literature?
9         MR. STRANGIO:  Object to form.
10 A  I'm not sure.  I don't believe -- I didn't aim to
11    include every single study looking at the impact of
12    gender-affirming medical interventions on mental
13    health.  These were more meant to give examples of
14    the types of literature, so I can't tell you
15    definitively.  I'd have to look at my other
16    reference documents to know if I included every
17    single one.
18 Q  How did you decide what literature was relevant to
19    include?
20 A  For which part?
21 Q  Did you use a different -- did you use a different
22    criteria of relevance for different parts?
23 A  The different parts reference different questions,
24    so yes.  Is there a specific one that you're --
25 Q  So what -- so for pubertal suppression, how did you

Page 205

1   decide what was relevant to include there?
2        MR. STRANGIO:  Object to the form.
3 A Sorry, I'm finding which paragraph was pubertal
4   suppression.
5 Q Paragraph 14.
6 A So I wanted to highlight that there were
7   cross-sectional and longitudinal studies because I
8   think knowing that there are those two types of
9   studies is important because they complement each
10  other in their different strengths and limitations.
11  And then the examples I gave are some of the most
12  frequently cited ones in the field.
13 Q So for paragraph 15, when you talk about
14  gender-affirming hormones, how did you decide what
15  literature was relevant?
16 A Again, I wanted to emphasize that there were both
17  cross-sectional and longitudinal studies and
18  included the ones that are most frequently cited.
19 Q And for paragraph 16 where you talked about
20  surgical intervention, how did you decide what was
21  relevant?
22 A These are the only two studies that I'm aware of
23  that look at mental health following masculinizing
24  top surgery for adolescents.  Oh, sorry, for the
25  mental health outcomes and then the regret rate, if

Page 206

1   you -- I don't know if you consider that a mental
2   health outcome or something different.
3 Q All right.  So turning to --
4        MR. BARTA:  You can take the exhibit down,
5   thank you.
6 Q So in -- turning to paragraph 18 of your
7   declaration.
8 A Yes.
9 Q You say it's not correct that -- to regard, quote,
10  gender-affirming medical care as experimental in
11  nature.
12       What do you mean by "experimental"?
13 A So experimental is not a term that's really used
14  frequently in medicine, but I think its closest
15  analogy would be investigational as in a medication
16  that is not FDA approved for use in treating
17  medical conditions.
18       I think I later explain that what it is is
19  off-label prescribing, which is using an
20  FDA-approved medication, so we know that it's safe
21  for use in humans, and using it for a different
22  condition where there is published research showing
23  that it's safe and effective in these other
24  conditions.
25       And also when prescribing, as I put in this

Page 207

1   quote from the American Academy of Pediatrics, is
2   particularly common in pediatrics, and they
3   emphasize that it's not, per their words, improper,
4   illegal, contraindicated, investigational, nor is
5   it experimentation.
6 Q Since you say experimental is not a term that
7   medical professionals generally use, what terms do
8   they use to describe a treatment with -- where
9   there's so -- where the literature on risk and
10  benefits is still developing?
11 A That's true of all medical interventions.
12 Q Are there -- is there a different strength of
13  literature for different medical interventions;
14  right?
15       MR. STRANGIO:  Object to form.
16 A There are many different ways that people will
17  categorize different medications based on how
18  they've been reviewed or what research is
19  available.  Again, some of the ways are
20  investigational, which would imply that it has not
21  been reviewed by the FDA for use in humans.  Off
22  label is another common use, which means the FDA
23  has approved this medication for another condition
24  but hasn't evaluated the literature for that
25  specific condition.

Page 208

1        The reason that's particularly common in
2   pediatrics, and really medicine as a whole, is that
3   the incentive structures for pharmaceutical
4   companies are such that they're incentivized to get
5   their first FDA indication.  They invest millions
6   and millions of dollars in large studies, and a lot
7   of administrative work and paperwork with the FDA
8   to get the FDA to approve a medication.
9        Then once it's on the market, there's not a
10  lot of incentive for that pharmaceutical company to
11  pay a lot of money to that -- for all the studies
12  and all the paperwork the FDA requires to get a
13  second indication.
14       And usually what happens is kind of that work
15  of figuring out if that medication is useful for
16  other conditions goes to academic medical centers,
17  which is all the research that we've looked at for
18  gender-affirming care.  That the NIH has funded
19  this, a lot of different academic medical centers
20  have invested their time and money in researching
21  these questions to help patients with gender
22  dysphoria, and they've been the ones generating the
23  research.
24       But academic medical centers would never have
25  the money to go through all the administrative work

Page 209

1 and to get into a new FDA indication. So often
2 what doctors are doing is looking at the medical
3 literature, see what applies to their patients to
4 see if there's an off-label use that might be
5 appropriate.
6      And off-label use often becomes a medical
7 guideline because there may be a lot of research
8 that is done showing a medication is useful for a
9 condition, even though the FDA hasn't reviewed it
10 because FDA -- the FDA reviewing it involves a
11 pharmaceutical company paying a lot of money to go
12 through that process.
13 Q If a treatment is investigational, can that have
14   impacts on insurance coverage?
15      MR. STRANGIO: Object to form.
16 A Generally when I think of investigational, I think
17   of a drug that has not been FDA approved, so you
18   wouldn't be using it on patients so it wouldn't be
19   covered by insurance.
20 Q What about you say, you know, it's -- some people
21   say, you know, gender-affirming medical care is
22   experimental. If it was classified as
23   experimental, would that impact insurance
24   coverages?
25      MR. STRANGIO: Object to form.

Page 210

1 A That's not a -- that's not a classification that
2   would be used. Are you asking if off label would
3   impact insurance coverage?
4 Q No. Maybe just -- maybe we'll just go to a
5   different topic. I'm not sure if I'm asking very
6   good questions.
7      So we've looked at a lot of research on sort
8   of the -- on what you think the psychological
9   benefits of gender-affirming medical care. What
10   area -- are there any areas where you think further
11   research is needed?
12      MR. STRANGIO: Object to form.
13 A For -- sorry, in what respect?
14 Q What about for gender-affirming hormones, are there
15   any areas where you think further research is
16   needed?
17      MR. STRANGIO: Object to form.
18 A That's such a broad question. Do you mean like
19   for -- to reach some bar or because it would be
20   interesting?
21 Q I'm just asking if for impact of gender-affirming
22   hormones on mental health, is there any area where
23   you think further research is needed?
24      MR. STRANGIO: Object to form.
25 A It's such a broad question that I -- I mean, I

Page 211

1 could think of nearly infinite questions for
2 anything in psychiatry that would be interesting
3 additional data ranging from different formulations
4 would be better tolerated or resolving different
5 mental health outcomes. We always want to know how
6 we can improve care.
7 Q What do you think the most pressing open questions
8   are -- what do you think -- are there -- sorry, let
9   me rephrase that.
10      For gender-affirming hormones, what do you
11   think the questions are that most urgently need
12   research?
13      MR. STRANGIO: Object to form.
14 A I think the biggest question right now is that so
15   few patients are able to access this care, and
16   that's going to get worse in a lot of states as
17   this legislation is being introduced. And so
18   really, I think what a lot of my colleagues are
19   most interested in is what are going to be the
20   adverse mental health consequences of these laws
21   and how can that be mitigated for these patients
22   who aren't going to be able to receive what are the
23   standard medical treatments. To be honest, that's
24   what a lot of people have been focused on over the
25   past year or so.

Page 212

1 Q Do you think there is no room for reasonable
2   disagreement about the benefits of gender-affirming
3   hormones?
4      MR. STRANGIO: Object to form.
5 A What do you mean by "reasonable disagreement"?
6 Q Do you think reasonable professionals in your -- in
7   psychiatry could come to a different conclusion
8   than you about the benefits of gender-affirming
9   hormones?
10      MR. STRANGIO: Object to form.
11 A I think people could have different opinions on,
12   say, how the care is administered or the details,
13   you know, about what dosing forms are the best or,
14   like, if there are specific ways one should --
15   because I described earlier there's such a
16   diversity of patients that the way -- the type of
17   mental health evaluation you're doing is very
18   different for different patients.
19      So I think people are really interested in
20   figuring out if there's a way that could be -- that
21   there's -- you know, there's a question of -- right
22   now we do a lot of mental health assessment, and
23   when you do that, you're leaving patients without
24   care for the length of time that you're doing that
25   assessment. So there's argument to be made that

1  the leaner you can make the assessments could be
2  good because patients aren't going to have
3  untreated gender dysphoria for as long.
4       On the other side of the spectrum, people are
5  wondering, well, maybe it's important to keep them
6  long because if they're shorter, then that could
7  result in more people not having full, adequate
8  information about the care or that we haven't
9  repeated it enough times, maybe they need to hear
10  it from a mental health professional.  And the
11  medical professional, and then other people, would
12  point out that there aren't really other medical
13  interventions or psychiatric interventions where we
14  make people go through really, really long health
15  assessments before they can access the care.
16       So certainly there's discussion within our
17  field about that.  But I would say there's not
18  reasonable discussion within mainstream psychiatry
19  that this care should be banned.  I think the
20  discussions are more around the details of
21  tailoring the care and how specifically it should
22  be administered.
23       But I don't think you're going to find
24  reasonable mainstream psychiatrists who would agree
25  that this care should just not be available for

1  patients or who want to recognize that you need to
2  be able on a case-by-case basis to make a
3  determination on whether or not thinking a patient
4  might need this and that.  There are going to be
5  patients who do.
6  Q  So do you think a reasonable psychiatrist could
7     conclude that the risks outweigh the benefits for
8     gender-affirming hormones?
9       MR. STRANGIO:  Object to form.
10  A  I think for an individual patient you might
11     certainly conclude that.  I would conclude that for
12     some patients, right.  You could have a patient who
13     has a really serious clotting disorder or they're
14     acutely suicidal and they need acute mental health
15     stabilization before they'd be able to go through
16     the process of getting blood draws and having a
17     pubertal stage evaluation by an endocrinologist and
18     going through all the things that treatment
19     require.
20       So certainly I don't think you're going to
21     find a psychiatrist who would say there aren't
22     individual cases where you wouldn't consider this
23     treatment.  But I will tell you there are cases
24     where it's needed and cases where it's not.
25  Q  What about generally?

1  A  I don't understand the question.
2  Q  Do you think a reasonable psychiatrist could look
3     at the literature and say, as a general matter, I
4     think the risk of gender-affirming hormones
5     outweigh the benefits for most patients?
6       MR. STRANGIO:  Object to form.
7  A  For most patients?  No.
8  Q  Would you be able to sit --
9  A  So most patients, where it's medically indicated,
10     under current guidelines, no.
11       MR. BARTA:  I'm going to move to some
12     different material.  But do we need to take a break
13     now or are we okay to continue?
14       THE WITNESS:  Can I just grab some water?
15       MR. BARTA:  Five minutes?
16       MR. STRANGIO:  That would be good.
17       (Recess taken.)
18       MR. BARTA:  I would like to introduce as
19     Exhibit 18 the Ludvigsson 2023.  No, it's not that
20     one.  Shawn, I think it would be the next document,
21     not that one.  There you go.  Thank you.
22       (Deposition Exhibit 18 marked.)
23  BY MR. BARTA:
24  Q  Dr. Turban, this is an article titled "A systematic
25     review of hormone treatment for children with

1     gender dysphoria and recommendations for research."
2       Are you familiar with this article?
3  A  I saw that it was published.  The methodology
4     requires you to go to a lot of their source
5     documents that are very, very long to understand
6     their methodology, so I haven't been able to
7     adequately evaluate it.
8  Q  So this is -- this is from researcher -- this is a
9     study out of Sweden; is that right?
10  A  This is the one that was just published very
11     recently; right?
12  Q  Correct.
13  A  Yes.
14  Q  And it's a -- they call it a systematic review.
15     What is a systematic review?
16  A  Systematic review is -- there are different types
17     of review articles in which you summarize the
18     literature.  A narrative review is written by an
19     expert who is respected in the field, knows
20     literature well, and summarizes it for other
21     experts.  A systematic review is a specific type of
22     review where you search -- research databases with
23     a predefined methodology.
24       So you say, I'm going to use these search
25     terms and these databases, and I'm going to see all

Page 217

1  the articles that come out.  And then I'm going to
2  have criteria to decide which ones I'm going to
3  include and which ones I'm not going to include,
4  and then you summarize the final set of studies
5  that you have.
6  Q  So I want to flip to page 4 of this.
7        MR. BARTA:  Shawn, can we go to page 4.
8  Q  So do you see "3.3, Psychosocial and mental
9  health"?
10 A  Yes.
11 Q  So the first sentence says, "Table 2 outlines the
12    six studies that examined psychosocial outcomes and
13    cognitive effects."
14        Do you see that?
15 A  This is the sentence that made me want to evaluate
16    their underlying source documents in detail
17    because, as you see, we've discussed clearly more
18    than six.  So it seems clear that this review has
19    excluded many studies, but it's not clear to me
20    which ones they excluded and specifically why.
21 Q  Can we flip to page 13.  So do you see Notes 14 and
22    15?
23 A  The second page of citations?
24 Q  Correct.
25 A  Yes.

Page 218

1  Q  So Note 14 cites de Vries 2014?
2  A  Yes.
3  Q  And Note 15, Costa 2015?
4  A  Yes.
5  Q  And these were two of the studies we discussed
6    earlier; right?
7  A  Yes.
8  Q  So going back to page 4, on the left-hand column,
9    near the bottom, it says, "Because these studies
10    were hampered by small number of participants and
11    substantial risk of selection bias, the long-term
12    effects of hormone treatment on psychosocial health
13    cannot be evaluated.  Of note the above studies do
14    not allow the separation of potential effects of
15    psychological intervention independent of hormonal
16    effects."
17        Do you see that?
18 A  Yes.
19 Q  Do you disagree with this assessment?
20 A  Yes.
21 Q  Do you think their assessment is unreasonable?
22        MR. STRANGIO:  Object to form.
23 A  I think it's incorrect.
24 Q  Is it unreasonable?
25        MR. STRANGIO:  Object to form.

Page 219

1  A  I don't know what you mean by "unreasonable."
2  Q  Do you think a reasonable psychiatrist could not
3    reach this conclusion?
4        MR. STRANGIO:  Object to form.
5  A  I think it's incorrect.
6  Q  That was not my question.  My question was, could a
7    reasonable person reach this conclusion?
8  A  I don't know what you mean by a "reasonable
9    person."
10 Q  Could a reasonable psychiatrist reach this
11    conclusion?
12        MR. STRANGIO:  Object to form.
13 A  What do you mean by a "reasonable psychiatrist"?
14 Q  Okay.  Let's turn to page 12.
15        MR. BARTA:  Please scroll to the bottom.
16 Q  Under "Conclusion," it says, "This systematic
17    review of almost 10000 screened abstracts suggests
18    that long-term effects of hormone therapy on
19    psychosocial and somatic health are unknown, except
20    that GnRHa treatment seems to delay bone maturation
21    and gain in bone mineral density."
22        Do you see that?
23 A  Yes.
24 Q  Do you disagree with this conclusion?
25 A  Again, part of my concern with this study is that

Page 220

1  it did not include all of the relevant studies that
2  should have been included.  So when they say there
3  are 10,000 screened abstracts, it appears to be
4  missing many studies.  So maybe based on only the
5  studies that they look at.  But again, also do they
6  define what they mean by long-term?
7  Q  We -- all right.  So do you think that this -- if
8    you're looking at de Vries 2014 and Costa 2015, was
9    this conclusion -- is this a reasonable assessment
10    if you were just looking at those two studies?
11 A  De Vries 2014 looks at mean six years after
12    starting pubertal suppression.  As I put in my
13    declaration, if you want to put that in context,
14    the FDA used a six-week study of lurasidone for
15    bipolar and depression in children and adolescents
16    to approve that medication.  So, you know, it
17    depends on your definition of long-term.  I would
18    say the de Vries study, if you want to be precise,
19    followed up about six years.
20 Q  How long are the effects of gender-affirming
21    hormones?
22        MR. STRANGIO:  Object to form.
23 A  What do you mean by "the effects"?
24 Q  How long do the physical changes occasioned by
25    gender-affirming hormones last?

Page 221

```
 1        MR. STRANGIO:  Object to form.
 2  A  It depends on how long you've been taking them and
 3     which effect you're referencing.
 4  Q  Are some effects lifelong?
 5        MR. STRANGIO:  Object to form.
 6  A  If you've taken the medications for a sufficient
 7     period of time.
 8        MR. BARTA:  I'd like to go to the next exhibit
 9     as -- introducing as Exhibit 19, the document
10     "Evidence review:  Gonadotropin-releasing analogues
11     in children and adolescents with gender dysphoria."
12        (Deposition Exhibit 19 marked.)
13  Q  Do you see this document?
14  A  Yes.
15  Q  Are you familiar with this document commissioned by
16     the UK National Institute for Health and Care
17     Excellence?
18  A  I think it's come up for another case, so I've
19     reviewed it, but I don't remember it in great
20     detail, other than the fact that it was prepared in
21     2020 prior to when a lot of this research was
22     published in '19.  Similarly, to the paper we were
23     just looking at excluded important studies.
24  Q  Okay.  So can we go to page 4, please.
25        MR. BARTA:  Right there, that's fine.
```

Page 222

```
 1  Q  So do you see under "Critical outcomes," it says,
 2     "The critical outcomes for decision making are
 3     impact on gender dysphoria, impact on mental health
 4     and quality of life.  The quality of evidence for
 5     all these outcomes was assessed as very low
 6     certainty using modified GRADE."
 7        Do you see that?
 8  A  Yes.
 9  Q  What is GRADE?
10  A  GRADE is one of several different ways you can
11     assign a level, like excellent -- I don't know
12     exactly what theirs are, but something along the
13     lines of excellent, very good, poor, low quality,
14     depending on different types of study designs.  I
15     believe GRADE really has an emphasis on randomized
16     control trials which aren't possible or ethical in
17     this field, so it's not the most informative system
18     to use.  I believe it is the one that the Endocrine
19     Society guidelines uses, though.
20  Q  All right.  Can you flip to page 42, please.  Oh,
21     that's not the page I wanted.
22        MR. BARTA:  Shawn, I think you have the wrong
23     document up.  Is this the one titled
24     gonadotropin-releasing -- oh, well.  We'll stick
25     with this.  You have it as Exhibit 20?
```

Page 223

```
 1        (Discussion held off the record.)
 2  BY MR. BARTA:
 3  Q  Are you familiar with this document?
 4  A  Yes.  It's similar to the other document.  I
 5     believe there were two non-peer reviewed reviews,
 6     one about puberty blockers, which are
 7     gonadotropin-releasing hormone analogues.  That's
 8     this one.  The prior one you had up was about
 9     gender-affirming hormones.
10  Q  Can you flip to page 40.
11        MR. BARTA:  Scroll down just a little more.
12  Q  So do you see the paragraph where it says, "The
13     studies included in this evidence review are all
14     small, uncontrolled observational studies, which
15     are subject to bias and confounding, and are of
16     very low certainty as assessed using modified
17     GRADE"?
18        Do you see that sentence?
19  A  Yes.  And again, this is a non-peer reviewed
20     article.  If it had been peer reviewed, then they
21     would have probably identified the cross-sectional
22     studies that we just discussed that did have --
23     that were controlled, that compared those who
24     received the treatments to those who did not.
25  Q  Let's flip to page 42, please.  Do you see at the
```

Page 224

```
 1     paragraph, the two prospective observational
 2     studies, Costa 2015 and de Vries 2011?
 3  A  Yes.
 4  Q  These are two of the studies you discussed?
 5  A  Yes.
 6  Q  And I think -- and you -- do you think it's
 7     unreasonable to rate these two studies as very low
 8     certainty using GRADE?
 9        MR. STRANGIO:  Object to form.
10  A  I would have to have the GRADE criteria up in front
11     of me.  There are very specific scoring systems
12     with very specific meanings.  It's different from
13     the lay meanings of the words.
14  Q  I think we're going to finish with this document
15     and flip to what we have as the next exhibit, which
16     is the previous document we looked at.  There we
17     go.
18        MR. BARTA:  Can we get an exhibit number for
19     this, Debbi.
20        (Deposition Exhibit 20 marked.)
21  Q  So this is -- so I think you mentioned earlier,
22     this is the NICE's review of studies on
23     gender-affirming hormones?
24  A  For adolescents, yes.
25  Q  Can we flip to page 47.
```

Page 225

```
 1        MR. BARTA:  Scroll down a little bit more.
 2  Q  Do you see in the -- under "Discussion," the second
 3     sentence says, "All the studies included in this
 4     evidence review are uncontrolled observational
 5     studies, which are subject to bias and confounding
 6     and were of very low certainty using modified
 7     GRADE."
 8        Do you see that?
 9  A  Yes.
10  Q  Can we turn to page 40 -- page 50, please.
11        Do you see under "Conclusion," it says, "The
12     results from 5 observational" -- sorry, "The
13     results from 5 uncontrolled, observational studies
14     (Achille 2020, Allen 2019, Kaltiala 2020, Kuper
15     2020, de Lara 2020) suggest that, in children and
16     adolescents with gender dysphoria, gender-affirming
17     hormones are likely to improve symptoms of gender
18     dysphoria, and may also improve depression,
19     anxiety, quality of life, suicidality, and
20     psychosocial functioning. The impact of treatment
21     on body image is unclear.  All the results were
22     very low certainty."
23        Do you see that?
24  A  Yes.
25  Q  Is it unreasonable to assess Achille 2020 and Allen
```

Page 226

```
 1     2019 as of very low certainties in GRADE?
 2        MR. STRANGIO:  Object to form.
 3  A  I would have to have the GRADE criteria up in front
 4     of me to analyze that.  Again, they're specific and
 5     not the same as the lay definitions of the titles
 6     that the different levels have.
 7        MR. BARTA:  Okay.  Can we take this down.
 8  Q  So turning to paragraph 19 of your declaration.
 9     Let me know when you're there, please.
10  A  I'm there.
11  Q  The first sentence says, "Other than the
12     gender-affirming medical care banned under
13     S.E.A. 480, there are no evidence-based treatments
14     for adolescents with gender dysphoria."
15        Do you see that?
16  A  Yes.
17  Q  And then you say, "There are no evidence-based
18     psychotherapy protocols that effectively treat
19     gender dysphoria."
20        Do you see that?
21  A  Yes.
22  Q  Do you consider yourself an expert on
23     psychotherapy?
24        MR. STRANGIO:  Object to form.
25  A  Yes.
```

Page 227

```
 1  Q  Do you use psychotherapy in your practice?
 2        MR. STRANGIO:  Object to form.
 3  A  Yes.
 4  Q  How?
 5  A  I use various evidence-based psychotherapies,
 6     depending on what the patient is experiencing.  So
 7     if somebody is targeting social anxiety disorder,
 8     for instance, I may do cognitive behavioral therapy
 9     for social anxiety disorder, which has substantial
10     research to show that it's effective for that
11     condition.
12  Q  Are there evidence-based psychotherapy protocols
13     for depression?
14        MR. STRANGIO:  Object to form.
15  A  Yes.
16  Q  For suicidality?
17        MR. STRANGIO:  Object to form.
18  A  Dialectical behavioral therapy is evidence-based for
19     self-harm and suicidality, yes.
20  Q  For trauma?
21        MR. STRANGIO:  Object to form.
22  A  Do you mean PTSD?
23  Q  For PTSD.
24  A  Yes.
25  Q  And is psychotherapy effective in addressing those
```

Page 228

```
 1     conditions?
 2        MR. STRANGIO:  Object to form.
 3  A  Sorry, remind me, major depressive disorder, PTSD,
 4     and what was the other one?
 5  Q  Depression, anxiety, suicidality, PTSD.
 6  A  I just want to be more specific of the diagnoses.
 7     So depression is not a technical diagnosis, but
 8     major depressive disorder, cognitive behavioral
 9     therapy is an evidence-based treatment for major
10     depressive disorder.  Again, anxiety, there are
11     many different anxiety disorders.  But, for
12     instance, cognitive behavioral therapy is
13     evidence-based for social anxiety disorder.  And
14     trauma-focused cognitive behavioral therapy is
15     evidence-based for PTSD.
16  Q  If there is a minor who has experienced trauma and
17     also has gender dysphoria, would it be appropriate
18     to treat that minor using a trauma-based
19     psychotherapy protocol?
20        MR. STRANGIO:  Object to form.
21  A  I certainly have patients who both have gender
22     dysphoria and PTSD and have received
23     gender-affirming medical interventions that have
24     helped with their gender dysphoria and separately
25     trauma-focused CBT that have helped with their
```

Page 229

1  symptoms of PTSD.
2  Q  Are you aware of any studies evaluating the effects
3     of psychotherapy on gender dysphoria in minors?
4        MR. STRANGIO:  Object to form.
5  A  Not other than past studies looking at the impact
6     of gender identity conversion efforts which were
7     found to be linked to bad mental health outcomes.
8  Q  Do you think there could be a gender-affirming
9     psychotherapy developed for gender dysphoria?
10       MR. STRANGIO:  Object to form.
11 A  What would that -- I'm not sure what you're
12    describing.
13 Q  Do you think someone could try to develop a
14    gender-affirming psychotherapy for gender
15    dysphoria?
16       MR. STRANGIO:  Object to form.
17 A  What do you mean by "gender-affirming
18    psychotherapy"?
19 Q  Do you think there could be -- do you think that
20    the effects of psychotherapy on gender dysphoria
21    deserve to be researched?
22       MR. STRANGIO:  Object to form.
23 A  I would need you to be more specific about what
24    type of research you're suggesting.
25 Q  Are you aware of any literature that rules out the

Page 230

1     possibility of developing psychotherapy for gender
2     dysphoria that is effective in reducing distress?
3  A  The only research that I can think of is the
4     research that attempted to push people in gender
5     dysphoria to identify with their sex assigned at
6     birth, and that treatment was not found to be
7     successful based on clinical impression and then
8     based on research found to be associated with
9     suicide attempts and then was subsequently labeled
10    unethical by the American Psychiatric Association.
11 Q  Do you think the literature rules out the
12    possibility of developing a different kind of
13    psychotherapy that is helpful for reducing the
14    symptoms of gender dysphoria?
15 A  I can't think of what that would look like or what
16    that would be.
17 Q  Are you aware of any literature that would rule out
18    the possibility someone could develop it?
19       MR. STRANGIO:  Object to form.
20 A  This is so -- such a vague and hypothetical
21    question.  I don't know how to answer.
22 Q  All right.  So in looking at paragraph 20, you say,
23    "In the past, some clinicians have described
24    psychotherapeutic strategies that aimed to result
25    in youth with gender dysphoria identifying with

Page 231

1     their sex at birth."
2        Do you see that?
3  A  Yes.
4  Q  And then you cite a 2002 study.
5        Do you see that?
6  A  Yes.
7        MR. BARTA:  Could we bring up Meyer-Bahlburg
8     2002 as Exhibit 21.
9        (Deposition Exhibit 21 marked.)
10 Q  Is this the study you mentioned?
11 A  I wouldn't call this a study, but it more describes
12    therapy that aims to push transgender prepubertal
13    children to identify with their sex assigned at
14    birth.
15 Q  I see the first sentence that talks about gender
16    identity disorder.  Is that the same as gender
17    dysphoria?
18       MR. STRANGIO:  Object to form.
19 A  It's related but different.  So that was the
20    diagnosis in the DSM-IV.  There were several
21    problems with that diagnosis.  The biggest issue
22    was that one couldn't meet criteria for that
23    diagnosis without identifying as a gender different
24    than their sex assigned at birth.  So it could
25    potentially capture cisgender tomboys, for

Page 232

1     instance, or cisgender boys just with feminine
2     interests, like a cisgender boy who liked playing
3     with dolls or dresses and playing dress-up that,
4     like, obviously those aren't the types of kids that
5     we are thinking about as needing any kind of
6     intervention in the same way that you would for
7     gender dysphoria.
8        So that diagnosis was changed slightly to
9     highlight the one needed to have a gender identity
10    different from their sex assigned at birth.
11 Q  And then in the last sentence of the abstract, it
12    says, "We conclude this treatment approach holds
13    considerable promise as a cost-effective procedure
14    for families in which both parents are present."
15       Do you see that?
16 A  Oh, I see.  So it had the case series.  Yes.
17 Q  And if you could, flip to page 372.  So you -- do
18    you label this approach as gender identity
19    conversion?
20       MR. STRANGIO:  Object to form.
21 A  Yes.  And also, just to -- I think an important
22    clarification.  So in this, this is the only manual
23    where I've ever seen it described in peer reviewed
24    literature, this type of therapy that aims to --
25    they use the phrase "hasten desistance," but

Page 233

1  essentially push someone to identify with their sex
2  assigned at birth.  But they're describing it for
3  prepubertal children.
4       So when they're talking about the families in
5  here that were put through this therapy, it's not
6  the same population that would be considered for
7  gender-affirming medical interventions because
8  they're too young.
9  Q  But how do you define gender identity conversion?
10 A  I use the American Academy of Child and Adolescent
11    Psychiatry's definition, which is essentially any
12    psychotherapy that aims to push a person to
13    identify with their sex assigned at birth.
14 Q  So one component of this therapy was encouraging
15    children who were male to have a stronger
16    relationship with their father.
17           Would you say that itself is gender identity
18    conversion?
19         MR. STRANGIO:  Object to form.
20 A  No.  If you are trying to foster a child to have a
21    stronger relationship with their father and the
22    intention of that is for them to have a strong
23    family relationship, that certainly would not be
24    gender identity conversion efforts.
25           The gender identity conversion efforts are

Page 234

1  defined by the intention.  So if your intent is to
2  force the person to identify with their sex
3  assigned at birth and that's why you're doing all
4  the things in therapy, not for another positive
5  beneficial reason, that's when it becomes
6  conversion therapy or conversion effort.
7  Q  Is there a place for open-ended exploration of a
8    person's gender identity?
9         MR. STRANGIO:  Object to form.
10 A  Yes, I do that in my practice frequently.
11 Q  What do some of the techniques look like for that
12    open-ended exploration?
13         MR. STRANGIO:  Object to form.
14 A  Often -- it can be really different for different
15    people, but you sometimes have patients who say
16    that they're unsure about their identity or they
17    want to better understand themselves or they think
18    they might have gender dysphoria or might be trans,
19    but aren't sure.  So you, in a nondirective way,
20    provide them with a space and a scaffolding to
21    think about gender identity.
22           So you might talk about their physical -- how
23    they feel about their physical bodies.  You might
24    talk about their relationship to gender roles and
25    expectations.  You might talk to them about

Page 235

1  experiences of their gender identity that are
2  really hard to put into words.  And there can be
3  all different outcomes.
4       I think I mentioned earlier I work in our
5  eating disorders clinic also.  So sometimes I have
6  patients who are trying to figure out, you know, do
7  I have anorexia or do I have gender dysphoria.  Is
8  my -- am I restricting my eating because of a
9  gender-related concern or because of my eating
10 disorder or is it both or did one become the other
11 or the other way around.
12      So you can sit and talk with them through that
13 in a nondirective way to try and better understand
14 themselves.
15 Q  You might try to -- so one technique might be to
16    try to rule out alternative conditions such as
17    anorexia?
18         MR. STRANGIO:  Object to form.
19 A  So that would be different.  So there are different
20    types of therapies.  So you can be doing a
21    biopsychosocial evaluation for starting a
22    gender-affirming medical intervention, in which
23    case you would be evaluating for other mental
24    health conditions that might be something that they
25    thought was gender dysphoria that's not.  Like

Page 236

1  differentiating gender dysphoria from body
2  dysmorphic disorder, for instance, that would be
3  part of your biopsocosial evaluation for
4  starting a gender-affirming medical intervention.
5       Gender exploratory psychotherapy is a
6  different type of psychotherapy where you're just
7  helping the person explore to understand
8  themselves, not because you're trying to
9  necessarily figure out if they're candidates for
10 gender-affirming medical interventions.  So they
11 can be related, but different.
12      You know, another example would be talking to
13 someone who is maybe trying to figure out if they
14 have gender dysphoria or if this is more of a
15 gender role thing, and that person may finally
16 decide, actually, I do feel quite comfortable with
17 my body and with my male gender identity.  I just
18 have gender neutral interests.  Like, I really
19 enjoy knitting and dolls and, you know, I'm a boy
20 who likes dolls.  I'm not a transgender woman, for
21 instance.
22      So exploratory psychotherapy can help someone
23 understand that, but it's really important that the
24 way you do that is with prompts and with a
25 framework where you don't have a goal as the

Page 237

1  therapist for what the person's gender identity is
2  going to be, but you're really trying to help them
3  understand themselves rather than force a
4  particular narrative on them.
5        The reason for that is that if the patient is
6  trans and you're trying to force a cisgender
7  identity on them, that that has the risk of
8  instilling a lot of shame and stigma and damaging
9  relationships between the therapist and the patient
10 so that they're not being open and telling you
11 about their authentic experience.
12 Q  So this fundamentally comes down to what is the
13    intent behind it?
14 A  Exactly.
15    MR. BARTA:  I'd like to bring up as Exhibit 22
16 Turban Beckwith 2020.
17    (Deposition Exhibit 22 marked.)
18 Q  This is the study from that you cite in footnote 17 of your
19    declaration; right?
20 A  Yes.
21 Q  And you say it practices termed gender identity
22    conversion efforts have been linked to adverse
23    mental health outcomes?
24 A  Yes.
25 Q  When you say "linked to," do you mean has causation

Page 238

1  been established?
2  A  No.
3  Q  What type of study was this 2020 study?
4  A  This is a cross-sectional study.
5  Q  And it's based off the 2015 U.S. Transgender Survey
6    data we discussed earlier?
7  A  Yes.
8  Q  So turning to page 69 of the study.  In
9    "Exposures," it says, "The primary exposure of
10   interest was an affirmative response to the binary
11   survey question, 'Did any professional (such as a
12   psychologist, counselor, or religious advisor) try
13   to make you identify only with your sex assigned at
14   birth (in other words, try to stop you from being
15   trans)?'"
16   Do you see that?
17 A  Yes.
18 Q  So this was the key question you're looking at to
19   determine if someone had received what you call
20   conversion therapy?
21 A  Conversion efforts, but yes.
22 Q  And this was a binary response; right?  A yes/no?
23 A  Yes.  I believe it was a yes/no and then there were
24   follow-up.  If you answered yes, there would be
25   follow-up questions asking the age at which that

Page 239

1  happened, as well as if it was from a religious
2  professional or a secular professional.
3  Q  Okay.  So turning to page 75, under "Strengths and
4    Limitations," so one limitation you discuss is --
5    you say, "It is possible that those with worse
6    mental health or internalized transphobia may have
7    been more likely to seek out conversion therapy
8    rather than non-GICE therapy, suggesting that
9    conversion efforts themselves were not causative of
10   these poor mental health outcomes."
11   Do you see that?
12 A  Yes.
13 Q  And then under it, you say, "We have" -- or in the
14   next paragraph, "We also lack the" --
15 A  I do want to say on that one, though, that we did a
16   subgroup analysis, looking at only people who were
17   exposed to conversion efforts before age ten,
18   looking at that prepubertal age group.  And when we
19   did that, there was an even stronger association
20   with suicide attempts and presumably someone ten or
21   younger wouldn't seek out conversion therapy by
22   their own decision.
23 Q  Okay.  So the next paragraph begins, "We also lack
24   data regarding the degree to which GICE occurred
25   (eg, duration, frequency, and forcefulness of GICE,

Page 240

1  as well as what specific modalities were used."
2    Does GICE here refer to conversion therapy?
3  A  Gender identity conversion efforts.
4  Q  So you don't -- the data wasn't sufficient to tell
5    you anything about the sophistication of the
6    efforts?
7  A  It didn't ask the duration or intensity, but what
8    we -- the point we make in the following sentence
9    is if we assume that these were people reporting
10   mild or infrequent -- you know, the most to one
11   side type, that would be even more concerning,
12   right, if even mild conversion efforts were
13   associated with dramatic (audio interference)
14   suicide attempts, that would make you even more
15   concerned about this practice if even mild ones had
16   that impact (audio interference) severe ones.
17 Q  So is it correct that the data did not distinguish
18   between what an effort by a trained psychiatrist
19   and someone who was just a lay counselor?
20   MR. STRANGIO:  Object to form.
21 A  So we did look at two groups, those where the
22   gender identity conversion effort was from a
23   secular professional, a mental health professional,
24   or a religious advisor, I think was the term.  And
25   it didn't make a difference.  In both instances,

Page 241

1     there was the same strength of association between
2     conversion efforts and suicidality.
3  Q  Did you distinguish between different types of
4     secular professionals?
5        MR. STRANGIO:  Object to form.
6  A  No.
7  Q  And you didn't distinguish between the different
8     approaches secular professionals might have used?
9  A  No.
10  Q  And this study only included people who identified
11     as transgender at the time of data collection;
12     right?
13  A  Correct.  Though I would add there's really broad
14     understanding and consensus within the field that
15     there hasn't been any evidence of gender identity
16     conversion efforts being effective despite them
17     being frequently attempted.
18  Q  But we would -- this survey wouldn't capture data
19     from any instances in which it was effective?
20        MR. STRANGIO:  Object to form.
21  A  This survey was only of people who currently
22     identified as trans.
23        MR. BARTA:  So I think we're done with this.
24  Q  So in paragraph 20 of your declaration, you
25     don't -- is this -- this is the only study or peer

Page 242

1     reviewed study you cite regarding the effects of
2     gender identity conversion efforts; right?
3  A  It's the only one I cite.  I think there is one
4     additional one by Green, et al., that I did not
5     cite.
6  Q  Do you think there is further research needed in
7     this area about the effects of what you term
8     "gender identity conversion efforts"?
9        MR. STRANGIO:  Object to form.
10  A  So gender identity conversion efforts have been
11     labeled based on the consensus and expertise of the
12     members of the American Psychiatric Association,
13     the American Academy of Child and Adolescent
14     Psychiatry, the American Academy of Pediatrics, the
15     American Psychological Associations, all of them
16     have labeled it as unethical and dangerous based on
17     their clinical experience as well as the peer
18     reviewed research that's been published.
19        So it wouldn't be ethical under any of those
20     major organizations to conduct a study where you
21     prospectively expose people to conversion efforts.
22     If there were data available, of people who were
23     exposed in the past, certainly you could use that
24     data, but you wouldn't be able to collect
25     prospective data.

Page 243

1  Q  Do you think it would be -- do you think it
2     would -- further research on past data would be
3     useful?
4        MR. STRANGIO:  Object to form.
5  A  I can't think of -- I'm never going to say that
6     more data is not -- more information is always
7     better than less information, and more data is
8     always better than less data.  But I can't think of
9     something specific that you would be able to answer
10     with existing data that hasn't been examined.
11     Perhaps you could look at, like, degrees or types
12     to better understand, but it wouldn't -- I don't
13     know that it would really change things in terms of
14     clinical practice.
15  Q  Okay.  Looking at paragraph 22 of your declaration.
16     The first sentence reads, "Given the
17     well-documented benefits of gender-affirming
18     medical care outlined above, and the known harms of
19     untreated adolescent gender dysphoria, banning this
20     care is expected to lead to substantial
21     deterioration of mental health for adolescents with
22     gender dysphoria."
23        Do you see that?
24  A  Yes.
25  Q  Is your conclusion that banning this care is

Page 244

1     expected to lead to substantial deterioration based
2     on the benefits you mention and the harms of
3     untreated gender dysphoria?
4        MR. STRANGIO:  Object to form.
5  A  Sorry, could you repeat the question?  I didn't
6     understand exactly.
7  Q  Let's -- let me -- you say, "Banning this care is
8     expected to lead to substantial deterioration."
9        Are there any studies examining what the
10     observed effects of banning this care is?
11        MR. STRANGIO:  Object to form.
12  A  We've seen -- we've gone through studies that
13     looked at people who were able to access the care
14     versus people who weren't able to access the care
15     for various reasons.  So we have data showing what
16     happens when people can't access care, and the ban
17     will make it so that people cannot access care.
18     And those who aren't able to access care have worse
19     mental health outcomes than those who are.
20  Q  Are there any studies looking at observed effects
21     of what you term a ban?
22        MR. STRANGIO:  Object to form.
23  A  I'm not aware that any state bans have gone into
24     effect, so we wouldn't have data on that.  But we
25     have data that when you take the -- when you can't

Page 245

1  access the care, you have worse mental health
2  outcomes, which I think is relevant, though not the
3  same way in which the care is not being accessed.
4  Q  So here you cite Green 2022 in paragraph -- in
5    footnote 13 [sic] for the statement, "For many of
6    these patients, this is likely to include worsening
7    suicidality."
8        Do you see that?
9  A  Citation 23?
10 Q  Yes.
11 A  Yes.
12       MR. BARTA:  Can you flip over to Exhibit 13,
13   Shawn.  Can you go to the first page, please.
14 Q  This is the study you mentioned?
15 A  Yes.  I was just saying, the declaration earlier
16   goes through, as we just did, all of the studies on
17   suicidality and gender-affirming medical care.
18   This is just one example of those many studies that
19   we've gone through.  And again, if this saves us
20   time, I would not use this study in isolation to
21   draw causal conclusions.
22 Q  Okay.
23 A  It's the full body of literature that's cited
24   throughout the declaration.
25 Q  And in footnote 24, you mentioned a study called

Page 246

1  Kidd 2021 or --
2        MR. BARTA:  Shawn, can we bring that up as
3    Exhibit 23.
4        (Deposition Exhibit 23 marked.)
5  Q  Is this the study you mentioned?
6  A  Yes.
7  Q  And this is a qualitative study of parents of
8    transgender youth; right?
9  A  Yeah, so this study is more meant to show that
10   parents are particularly worried about these
11   legislative bans, but I wouldn't use this study to
12   look at mental health outcomes based on just parent
13   report.  You would want all of the many studies
14   that we discussed earlier that used the adolescent
15   report.  But this is just meant to illustrate that
16   parents are concerned about the bans.
17       MR. BARTA:  Can we bring up as Exhibit 24
18   Hughes 2021.
19       (Deposition Exhibit 24 marked.)
20 Q  Is this the study you mentioned?
21 A  In paragraph 22?
22 Q  Yes.
23 A  Yes.  So this is a similar study looking at the
24   perspectives of providers.  And again, I wouldn't
25   recommend using data just from providers'

Page 247

1  perspectives in that it's important -- I think the
2  more important literature is the literature that we
3  looked at earlier looking at the -- actually
4  collecting data from the patients.
5  Q  And when you say "providers," this is providers who
6    provide gender-affirming medical care; right?
7  A  Yes.
8  Q  So it wouldn't capture providers who do not think
9    the evidence supports gender-affirming medical
10   care?
11       MR. STRANGIO:  Object to form.
12 A  I think it would capture most providers who care
13   for transgender youth.
14 Q  Would it -- all right.  So can we draw any
15   conclusions from this study about what the actual
16   impacts of withholding gender-affirming care could
17   be?
18       MR. STRANGIO:  Object to form.
19 A  I wouldn't recommend using this study by itself,
20   but that it is a study by -- I forget if they were
21   physicians or various -- I don't know if they
22   included things like nurse practitioners and other
23   providers.  But that licensed medical providers
24   have substantial concerns about this legislation in
25   addition to everything we've discussed already.

Page 248

1  Q  If there was a study done on practitioners of
2    conversion therapy who said a conversion therapy
3    ban would be harmful, would you believe that study?
4        MR. STRANGIO:  Object to form.
5  A  I would be surprised if there were a study of 103
6    conversion therapy providers given that that is
7    illegal in much of the United States and labeled
8    unethical by all major medical organizations.
9    There's no evidence that it is effective, and we
10   went through the evidence that it is harmful.  So
11   no.
12       And again, for that reason, taking just a
13   study about qualitative interviews of healthcare
14   providers would not be the only evidence I would
15   rely on, but I do think it's useful to see that all
16   major medical organizations, including the American
17   Medical Association, the American Psychiatric
18   Association, the American Academy of Child and
19   Adolescent Psychiatry, the American Academy of
20   Pediatrics, all of those major medical
21   organizations, in addition to these hundred
22   doctors, have said that they have concerns that
23   these bans, like the one we're discussing, would be
24   dangerous and lead to adverse mental health
25   outcomes for our patients.

Page 249

1      MR. BARTA:  How about we take a five-minute
2   break here.
3      And can we get a time check as well from you,
4   Debbi?
5      THE REPORTER:  Yes.
6      (Recess taken.)
7   BY MR. BARTA:
8   Q  So I want to go to the next section of your
9   declaration where you talk about adolescents who
10  have experienced gender dysphoria at the onset of
11  puberty rarely come to identify with their assigned
12  sex at birth.
13      In paragraph 24, you mention, "The suggestion
14  that a majority of transgender minors affected by
15  the ban come to identify with their assigned sex at
16  birth inappropriately relies on studies of gender
17  diverse prepubertal children which have, in the
18  past, shown that many of these children will not
19  grow up to be transgender."
20      Do you see that?
21  A  Yes.
22  Q  What is the rate at which prepubertal children will
23  not grow up to be transgender?
24      MR. STRANGIO:  Object to form.
25  A  It's a complicated literature.  So there are

Page 250

1   studies that use the -- studies that you see cited
2   for the false assertion that the majority of trans
3   adolescents are going to grow up to be cisgender
4   are actually studies of prepubertal children who
5   aren't candidates for gender-affirming medical
6   interventions in part historically for this reason
7   who were referred to gender clinics.
8      But if you look at those studies, a large
9   proportion of those children didn't actually meet
10  criteria for gender identity disorder, which was
11  the diagnosis at the time.  So they were likely
12  cisgender boys who had found an interest, like we
13  discussed earlier, or potentially cisgender girls
14  who were tomboys, for the lay term.  And then
15  additionally, there are a lot of layers, so --
16  Q  Well, why don't we go and look -- we'll look at
17  those studies in a minute, how about, so -- would
18  that be okay?
19  A  Yeah, but to answer your study about what is the
20  percentage, you kind of have to understand these
21  things to know what that percentage means.
22      And so the other problem is that gender
23  identity disorder, we talked about earlier, right,
24  that even if you did meet criteria for the
25  diagnosis, you may not have been trans, right.  The

Page 251

1   kind of kid that would ever even consider wanting a
2   gender-affirming medical intervention.  So those
3   studies would say as many as 80 percent of those
4   kids are going to grow up to not be trans, but it's
5   perhaps not surprising because many of them weren't
6   trans to begin with.
7      More recent studies have looked at kids who
8   actually identify as trans, so Kristina Olson who
9   is at Princeton has a project called -- I believe
10  it's called the Trans Youth Project.  So I included
11  (audio interference) from one of her recent papers
12  where they followed those prepubertal children over
13  a period of five years, I believe it was.  And let
14  me pull it up.  But the vast majority of them
15  continued to identify as transgender.
16  Q  Okay.  Well, we'll look at that study in a minute
17  so we can talk more in detail about it.  I guess
18  maybe I have a more foundational question, which is
19  can a prepubertal child who identifies as
20  transgender grow up not to be transgender?
21      MR. STRANGIO:  Object to form.
22  A  I have not met such a child.  It would also -- it's
23  a really complex question because you have to
24  wonder because there's so much stigma, are they
25  reporting that they're no longer transgender

Page 252

1   because it's easier for them to live their life not
2   revealing that to other people.  I'll say
3   clinically we -- more what we see are kids who
4   change the language around how they're expressing
5   their gender identity.
6      So they usually are still falling under that
7   umbrella of trans but may identify as trans
8   masculine and then nonbinary, or nonbinary then
9   trans feminine, things like that.  And I think I
10  gave several examples of that in the declaration of
11  when they follow kids who have pubertal
12  suppression, that a small number of them stopped
13  and had some variation along those lines.
14  Q  Do you think it's possible for -- does the
15  literature indicate that it's possible for someone
16  who identifies as trans prepuberty to no longer
17  identify as trans?
18      MR. STRANGIO:  Object to form.
19  A  I'm not familiar with any published literature on
20  that.  There -- prepubertal, there have been, kind
21  of like at the case report level, and there was one
22  study that was able to find a hundred people in the
23  entire world who identified as, quote,
24  detransitioning in some way.  But detransition, as
25  I outlined in the report, has a really complex

Page 253

1    definition that doesn't necessarily mean that your
2    gender identity changed.  It could mean that you've
3    stopped gender-affirming medical hormones.  It
4    could mean a lot of different things.
5  Q  Do you think someone's gender identity can be
6    different as a child than as an adult?
7       MR. STRANGIO:  Object to form.
8  A  Again, the research that we have is that there is
9    the strong biological basis of our gender identity,
10   right.  There's something in our genes, in our
11   brains that determines trans identity.  There could
12   be a million reasons that people choose to share
13   that with others or not, and we've also seen what
14   is established in the literature, that the way
15   people ascribe language to that can change over
16   time.  So they may identify as trans and then
17   identify as nonbinary.
18       So depending on your definition of trans,
19   maybe, you know, if you're using trans as a broader
20   umbrella term to mean any identity other than
21   cisgender.
22  Q  Do you think the literature rules out the
23    possibility that someone could have one gender
24    identity as a child and a different gender identity
25    as an adult?

Page 254

1       MR. STRANGIO:  Object to form.
2  A  I hesitate with any question that says, are you
3    ruling out the possibility of, because, as I said,
4    nothing's ever known with a hundred percent
5    certainty.  Everything in medicine research is
6    based on statistics and the data that we have, like
7    could something that has never happened before
8    happen in the future?  In a broad theoretical
9    sense, the answer to that will probably always be
10   yes.  But it's certainly not a common occurrence,
11   not something that I've experienced in my clinical
12   practice.
13  Q  But you're not aware of any -- you can't cite me a
14    specific study that would rule out the possibility
15    someone could have two different gender identities
16    throughout their lives?
17       MR. BARTA:  Object to form.
18  A  Well, I could provide you with studies that would
19   rule in that people will use different language to
20   ascribe to their gender identity over time.  They
21   may identify as trans masculine and then later as
22   nonbinary.  So ...
23  Q  But can you cite to me a study that rules out the
24    possibility someone could have two different gender
25    identities over the course of their life?

Page 255

1       MR. STRANGIO:  Object to form.
2  A  No.  I just said people can describe their gender
3    identity in different ways over time.  So those are
4    different gender identities, if you will, right,
5    different language that they're using to describe
6    it, transgender, nonbinary.
7  Q  So how would you determine whether someone's
8    language is changing or whether their gender
9    identity is changing?
10       MR. STRANGIO:  Object to form.
11  A  You can only go off of the language they're
12   describing, but nonbinary and transgender are both
13   non-cisgender identities.  They're identities that
14   fall under that broader transgender umbrella.
15  Q  Is there any way to predict which prepubertal
16    children will come to have a -- or describe their
17    gender identity differently as adults?
18       MR. STRANGIO:  Object to form.
19  A  The research that was done on that, again, was
20   those studies of kids who were referred to gender
21   clinics, and basically what they found was that if
22   the kids actually met criteria for gender identity
23   disorder or had more severe gender dysphoria, or if
24   they socially transitioned, which is a proxy for
25   them actually being transgender versus not, that

Page 256

1    that predicted being trans in the future.  So being
2    trans could take being trans in the future is what
3    those studies essentially showed.
4  Q  But are you aware of any literature that
5    specifically identifies whose language --
6    predictors of whose language will change as an
7    adult?
8       MR. STRANGIO:  Object to form.
9  A  I don't really understand the question.
10  Q  Well, why don't we move to a different topic then.
11       So I -- so you say pre- -- you distinguish in
12    your declaration between studies of prepubertal
13    children and children who have gender dysphoria at
14    adolescence; right?
15       MR. STRANGIO:  Object to form.
16  A  I differentiate between the developmental phases of
17   children who are still prepubertal children and
18   those who have reached adolescence.
19  Q  What happens at puberty that affects whether
20    someone will continue identifying as transgender
21    into adulthood?
22       MR. STRANGIO:  Object to form.
23  A  So again, there were a million limitations with
24   those studies about prepubertal children that were
25   suggesting that many of them would grow up to

Pages 257..260

Page 257

1  identify as trans.  Even if you -- even if those
2  limitations weren't there, there's always been, for
3  many, many years, broad consensus that once trans
4  youth reach puberty, they're very unlikely to,
5  quote, desist or stop identifying as transgender.
6 Q What is the cause of that?
7     MR. STRANGIO:  Object to form.
8 A So I personally think it is that that whole
9  research really wasn't good and that that's
10  possibly also true for prepubertal children.
11 Q Well, what is that view based on?
12    MR. STRANGIO:  Object to form.
13 A The many things I just described, that most of the
14  kids in those studies didn't identify as trans.
15  They didn't meet the criteria for gender identity
16  disorder.  The gender identity disorder criteria
17  had problems.  And when Kristina Olson went back
18  and looked at kids who said they identified as
19  trans, they continued to identify as trans over the
20  five-year follow-up period that she had.
21 Q Puberty is generally when minors start receiving
22  gender-affirming care; right?
23    MR. STRANGIO:  Object to form.
24 A Minors are not candidates for any gender-affirming
25  medical interventions until puberty.

Page 258

1 Q Can providing gender-affirming care affect whether
2  someone will persist?
3     MR. STRANGIO:  Object to form.
4 A There's no evidence that that is the case, and
5  broad clinical experience would say that whether
6  you start treatment or not, that trans identities
7  are unlikely to persist once puberty starts.
8  That's the reason that people like Ken Zucker and
9  Annelou de Vries recommended waiting until puberty
10  to consider these interventions.
11 Q Can social transition before puberty affect whether
12  someone will persist in identifying as transgender?
13 A So there was a study by Rae, et al., also from
14  Kristina Olson's group, that looked at that
15  specific question and found that, no, it seems to
16  be that the kids who identify as trans are more
17  likely to socially transition rather than the
18  social transition makes kids identify more strongly
19  as trans.
20    MR. BARTA:  Can we pull up as Exhibit 25
21  Hembree 2017.
22    (Deposition Exhibit 25 marked.)
23 Q Is this the study you cite in footnote 28 of your
24  declaration?
25 A If you could scroll down, just because there are

Page 259

1  two different Hembrees from two different years.
2     Yes, this was published prior to that study by
3  Rae, et al., that I just described.  So this review
4  wouldn't have known that data.
5 Q If we can flip to page 3879.
6     MR. BARTA:  Okay, that's great.
7 Q So under the heading "Evidence," do you see there
8  is a statement towards the end of that paragraph
9  saying, "However, social transition (in addition to
10  GD/gender incongruence) has been found to
11  contribute to the likelihood of persistence"?
12 A Like I said, this was published before that Rae,
13  et al. study that showed that that is not the case.
14  This was sloppy language on behalf of this 2017
15  paper.  Social transition was found to be
16  associated with being -- with persistence, but that
17  was likely because social transition was a proxy
18  for the kids actually being trans, and they were
19  looking at studies where most of the kids or many
20  of the kids weren't trans.
21    So socially transitioning, which only a trans
22  kid would do, was predictive of being trans later.
23  But again, this was in 2017, published many years
24  prior to that Rae, et al., study I just described.
25 Q This language conflicts with the Rae, et al., study

Page 260

1  you described?
2     MR. STRANGIO:  Object to form.
3 A I think I just answered that question.
4     MR. BARTA:  All right.  Let's -- we can take
5  this down.
6 Q In paragraph 24 of your declaration, you state,
7  "Once a transgender youth begins puberty it is rare
8  for them to later identify as" transgender.
9 A Yes.  Well, did you say rare for them to later
10  identify as cisgender?
11 Q Oh, yes, cisgender.
12    And in footnote 27 you cite de Vries 2014?
13 A Yes.
14 Q Is that a study of persistence?
15    MR. STRANGIO:  Object to form.
16 A It wasn't designed for that purpose, but none of
17  the adolescents and young adults in that study that
18  they followed regretted their interventions or
19  subsequently identified as cisgender.
20 Q Did that study -- was that study capable of
21  separating out the effects of gender-affirming
22  medical interventions?
23    MR. STRANGIO:  Object to form.
24 A No.
25    MR. BARTA:  I'd also like to introduce as

1    Exhibit 26 Turban 2018. Can you scroll to the next
2    page.
3         (Deposition Exhibit 26 marked.)
4  Q  Is this the textbook chapter cited in footnote 27?
5  A  Yes.
6  Q  Did this -- in writing this chapter, did you
7     conduct any original research on persistence?
8         MR. STRANGIO: Object to form.
9  A  This was a review of the literature written by
10    myself, Annelou de Vries, and Ken Zucker, who are
11    both leading experts in the field with very
12    divergent opinions. So it was a review of the
13    literature from the three of us. It's not an
14    original research study, but it cites the bases for
15    all of its statements.
16 Q  Okay. Can we go to page 638. So in the left
17    column, do you see where it says, "Persistence of
18    Gender Dysphoria from Adolescence to Adulthood"?
19 A  Yes.
20 Q  It says, "In contrast to low rates of persistence
21    from childhood into adolescence, it appears that
22    the vast majority of transgender adolescents
23    persist in their transgender identity."
24         Do you see that?
25 A  Yes. Based on that citation and also the

1    perspectives of Ken Zucker and Annelou de Vries who
2    run the oldest clinics for trans youth in the
3    world.
4  Q  Okay. So that's footnote 76?
5  A  Yes.
6         MR. BARTA: Can we flip over to page 643.
7  Q  So I see Note 76 is for Cohen-Kettenis,
8     Transgenderism and Intersexuality in Childhood and
9     Adolescence?
10 A  Yes.
11 Q  So this is the basis for the statement we looked at
12    a moment ago?
13        MR. STRANGIO: Object to form.
14 A  That's a textbook with a large compilation of data
15    from the Dutch clinic, which is the oldest clinic
16    in the world. And so the basis of that statement
17    is that textbook, as well as the subsequent
18    experience of Ken Zucker and Annelou de Vries from
19    the two clinics that have existed for the longest
20    to treat adolescents and children with
21    gender-related concerns.
22 Q  So I don't -- in Note 76, I don't see you cite a
23    specific page of that textbook; is that right?
24 A  Correct.
25 Q  Do you know what part of the -- sitting here today,

1    do you know what part of the textbook you were
2    citing?
3         MR. STRANGIO: Object to form.
4  A  I don't have the textbook in front of me to find
5     the page.
6         MR. BARTA: Okay. You can take this down.
7  Q  So looking at paragraph 27, you say -- or sorry,
8     paragraph 26 of your declaration, you say, "The
9     utility of 'desistance' studies even for assessing
10    the likelihood that prepubertal children will
11    persist in their transgender identity has been
12    questioned."
13        Do you see that?
14 A  Due to their -- there's more to the sentence, yes.
15 Q  Yes. Which specific studies do you have in mind
16    here?
17 A  The one that's most frequently cited is Steensma,
18    et al., in the Journal of American Academy of Child
19    and Adolescent Psychiatry.
20 Q  Any other studies?
21 A  There have been several similar studies, but that's
22    the one most frequently cited.
23 Q  That's the one you have in mind here?
24 A  Yeah. I mean, there are several that have been
25    inappropriately used to suggest that most trans

1    kids are going to change their mind about their
2    trans identity, but that's one of the most commonly
3    cited for that incorrect conclusion.
4  Q  You say that the studies relied on an "outdated
5     diagnosis of 'gender identity disorder in
6     children,' which did not require a child to
7     identify as a sex different than their sex assigned
8     at birth."
9         Which definition are you referring to?
10        MR. STRANGIO: Object to form.
11 A  The old DSM-IV diagnosis of gender identity
12    disorder in children.
13 Q  Okay. And the -- and what is the appropriate
14    definition, do you believe?
15        MR. STRANGIO: Object to form.
16 A  The appropriate definition of what?
17 Q  Of gender dysphoria.
18        MR. STRANGIO: Object to form.
19 A  That's set out in the DSM-5 Text Revision.
20        MR. BARTA: Okay. Can we pull up as
21    Exhibit 27 Olson 2016.
22        (Deposition Exhibit 27 marked.)
23 Q  Is this the article that you cite in Note 30 of
24    your declaration?
25 A  Yes.

Page 265

1  Q  Okay.  So this is --
2      MR. BARTA:  So can you scroll down further on
3     the page.
4  Q  So it looks like this is discussing three studies
5     on desistance; is that right?
6  A  I'd have to look at the citation list, but it looks
7     like she's citing three of the most cited examples.
8     I don't think it's meant to be an exhaustive list,
9     but there were several studies that had similar
10    methodologies.  I would guess one of those is the
11    Steensma study.
12 Q  Do you cite any source in your declaration that
13    examines all the studies that have been done in
14    this area?
15     MR. STRANGIO:  Object to form.
16 A  No.
17 Q  So can you flip to page 156 of this.  So do you see
18    in the left-hand column towards the bottom, Olson
19    says, "The only way to draw clear conclusions about
20    the life-course and identity persistence of
21    transgender children is to conduct prospective
22    studies of children who state they are members of
23    the 'other' gender group consistently over time.
24    Studies with these samples can help us to truly
25    answer the question about persistence of 'opposite'

Page 266

1     gender identities."
2        Do you see that sentence?
3  A  Yes.  She subsequently received the MacArthur
4     Genius grant award and started doing that work, and
5     that is the paper that's cited in footnote 31.
6  Q  Okay.  Well, let's take a look at that paper.
7        MR. BARTA:  So can you bring up as Exhibit 28
8     Olson 2022.
9        (Deposition Exhibit 28 marked.)
10 Q  Is this the paper you cite?
11 A  That is footnote 31.
12 Q  And what type of study is this?
13 A  This is a prospective cohort study.
14 Q  So looking at the page 2, under "Methods," it looks
15    like it followed 317 children; is that right?
16 A  Yes.
17 Q  And all the children had to be between 3 and 12
18    years of age to be included; is that right?
19 A  Yes.
20 Q  And they had to make a complete binary social
21    transition, including changing their pronouns;
22    right?
23 A  Yes.
24 Q  So this would not include children who did not make
25    a complete transition; right?

Page 267

1        MR. STRANGIO:  Object to form.
2  A  A social transition which includes changing name,
3     pronouns, et cetera.
4  Q  So the children included in this had -- so they all
5     socially transitioned?
6        MR. STRANGIO:  Object to form.
7  A  Social transition is a broad term, but it looks
8     like this was defined as they needed to have not
9     adopted new pronouns than those used at birth.
10 Q  Given the age criteria of the study, would this
11    include people who first began identifying as
12    transgender during adolescence?
13     MR. STRANGIO:  Object to form.
14 A  They've not yet reached adolescence, so no.
15 Q  So looking at -- so can this study rule out that
16    social transition contributes to persistence?
17     MR. STRANGIO:  Object to form.
18 A  No, that would be the other study, Rae, et al.,
19    that we discussed a few minutes ago.
20 Q  And this -- and also on page 2, under the "Methods"
21    section, the middle column, it says, "This study
22    did not assess whether participants met criteria
23    for the Diagnostic and Statistics Manual of Mental
24    Disorders, Fifth edition, diagnosis of gender
25    dysphoria in children."

Page 268

1        Do you see that?
2  A  Yes.
3  Q  So this study was not applying the current
4     definition for gender dysphoria?
5        MR. STRANGIO:  Object to form.
6  A  So, again, there are two sets of criteria.  There's
7     a set of criteria for gender dysphoria in children,
8     which is for prepubertal children.  There's a
9     separate set of criteria and a separate diagnosis
10    of gender dysphoria in adolescents and adults,
11    which is what's relevant for gender-affirming
12    medical interventions.
13 Q  So, and this study only looked at the cohort for
14    five years; is that right?
15 A  Correct.
16 Q  Okay.  Can you turn to page 6, please.  In the
17    left-hand column, it says, "We anticipate
18    continuing to follow this cohort into adolescence
19    and adulthood.  This continued follow-up is
20    necessary because it is possible that as more youth
21    move into adolescence and adulthood, their" gender
22    "identities could change."
23        Do you see that?
24        MR. STRANGIO:  You're not read -- it doesn't
25    say "gender identities," just to clarify for the

Page 269

1  record.
2       MR. BARTA:  Sorry.  Thank you.
3  Q  Their identities could change.
4       Do you see that?
5  A  Speaking of this specific cohort, yes, but there's
6     extensive clinical experience from around the world
7     that following puberty, gender identity is not
8     likely to later be cisgender.  But again, I think
9     we look back at the study, there may have been,
10    like we discussed earlier, some shifts between,
11    like, binary and nonbinary identities, et cetera.
12    So yeah, I think that's a reasonable statement that
13    they made.
14 Q  So when this study was conducted in 2016, you think
15    it was still an open question about whether gender
16    identity can change?
17 A  I was talking about her specific cohort of kids who
18    have not been followed.
19 Q  Is there any reason why if their gender identity
20    could change, other children's gender identity
21    could not change?
22       MR. STRANGIO:  Object to form.  Just to
23    clarify again, this doesn't say gender identities
24    could change, so I just want to make sure we're
25    continuing to refer back to the text as you --

Page 270

1     because you had misread it.  It says identities
2     could change.
3  Q  Do you think Olson is referring to a gender
4     identity when she says "identities could change"?
5       MR. STRANGIO:  Object to form.
6  A  Potentially.
7  Q  Can you think of any other identity she's referring
8     to?
9  A  I mean, it's such a multidimensional construct of
10    identity, but the paper's about gender identity, so
11    presumably she's talking about gender identity.
12    You can't know for sure because for some reason she
13    didn't say, which is unusual.  I think she
14    generally -- right, since the rest of the paper
15    says gender identity, so I'm not sure if she had
16    something else in mind.
17 Q  Well, let's look at the final sentence.  She says,
18    "As we already saw, some youth will retransion
19    more than once so the present identity should not
20    be interpreted as final."
21       Would you say this sentence is referring to
22    gender identity?
23 A  Yes, in that -- but again, that retransion here
24    is describing things like going between using the
25    language of, you know, boy, trans boy, to

Page 271

1     nonbinary.  You know, still kind of under this
2     trans umbrella that, you know, would meet the
3     identity criterion for a gender dysphoria
4     diagnosis.
5  Q  Okay.
6  A  I believe.  Yeah, you know, and again, to the point
7     that there are a million reasons that people could
8     apply new language to this.  And as you can read in
9     the declaration, there are many reasons that people
10    will say that they are no longer transgender due to
11    the experiences of stigma.
12       MR. BARTA:  Can we pull up Exhibit 29, Rae
13    2019.
14       (Deposition Exhibit 29 marked.)
15 Q  Is this the study you cite in your declaration,
16    footnote 32?
17 A  Yes.
18 Q  So you say that this shows social transition does
19    not alter gender identification or preferences?
20       MR. STRANGIO:  Object to form.
21 A  Yes, you can see at the end of the abstract,
22    "gender identification and preferences may not
23    meaningfully" -- I don't know why they put may not,
24    because in the study they did not -- "meaningfully
25    differ before and after social transition."

Page 272

1  Q  Turn to page 670, please.  So it looks like the
2     participants were recruited through community
3     groups; is that right?  The bottom right.
4  A  Yes, I think -- well, the gender-nonconforming and
5     transgender children were recruited through -- oh,
6     she says a wide range of community groups.  I think
7     there was also snowball sampling, and then the
8     controls were recruited through a university
9     database.
10 Q  Is this a non-probabilistic sample?
11       MR. STRANGIO:  Object to form.
12 A  Yes.
13 Q  So if we go to -- and then it looks like to the
14    left of that, it says, "An average of two years
15    later we asked their parents whether each child had
16    socially transitioned."
17       Is this a two-year study?
18       MR. STRANGIO:  Object to form.
19 A  This study is really just looking at if before and
20    after -- you know, this isn't looking at the impact
21    of an intervention long term.  It's looking at if
22    the intervention itself changes gender identity.
23    So yeah, they looked a mean two years later.
24 Q  Okay.  Can with go to page 679.  So under
25    "Limitations," it says, "A primary limitation of

Pages 273..276

1    this work is the small sample size."
2        Do you see that?
3  A  Yes.
4  Q  So we don't know whether their conclusions can be
5    generalized to all transgender youth?
6        MR. STRANGIO:  Object to form.
7  A  That's not what that means.
8  Q  What does it mean?
9  A  So they talk about having a small sample size,
10    which makes it so that you're not as powered, and
11    then they try to adjust for that using these
12    advanced statistical techniques and using a
13    Bayesian approach that allows you to model data
14    with small samples to make better conclusions.
15        But that's a separate question about whether
16    or not this is a probability sample.  As we
17    discussed earlier, the only way you can get a
18    probability sample is to do something like random
19    digit dialing, and it wouldn't be possible without
20    a huge investment in time, calling random phone
21    numbers until you got enough kids to follow to do a
22    study like this.
23  Q  Okay.  So I think further down it says, "Finally,
24    as this research was exploratory."
25        What is exploratory research?

1  A  I think -- can I see the rest of the sentence?  I
2    think it finishes at the top of the next page.
3        So this is basically describing a trend in
4    research that has not fully taken off but is
5    becoming more popular of people registering their
6    exact study protocol before they run their data
7    analyses, so they're just pointing out that they
8    did not do that.  And to kind of reassure you that
9    they weren't -- that they were being forthcoming
10    with their results, they examined the data using
11    all these different methods that showed similar
12    results.
13        MR. STRANGIO:  James, I think I have -- well,
14    some of us have time on our end.  I don't know --
15        MR. BARTA:  I think we calculated as having
16    ten minutes left.
17        (Discussion held off the record.)
18  Q  All right.  So do you think Rae 2019 rules out that
19    social transition contributes to persistence?
20        MR. STRANGIO:  Object to form.
21  A  I don't know what you mean by "rules out."
22    Whenever you use that term, I think you're trying
23    to ask me to say with a hundred percent certainty,
24    and there's never a situation in medicine or
25    science where something is with a hundred percent

1    certainty.  It's always to a degree of statistical
2    significance that is considered acceptable.
3  Q  What degree of confidence do you think this gives?
4  A  If you want to go to their statistics section we
5    can --
6  Q  Well, we can do that later, given the time.
7        How about we move to -- so you talk some about
8    regret and cite some studies.
9        MR. BARTA:  Can we bring up as Exhibit 30
10    Turban Loo 2021.
11        (Deposition Exhibit 30 marked.)
12  Q  Is this the study that you mentioned in footnote 33
13    of your declaration?
14  A  Yes.
15  Q  And this is using the USTS data again?
16  A  Yes.
17  Q  And can the conclusions of that data be -- let me
18    reask that.
19        So this would only capture people who are --
20    who at the time of data collection identified as
21    transgender?
22  A  The point of the study was to show that among
23    people who currently identify as transgender, a
24    substantial proportion of them had detransitioned
25    at some point in the past and that most of those

1    reasons were external factors:  Stigma, harassment,
2    discrimination.
3        To highlight the fact that if somebody is
4    detransitioning at one point in time, that doesn't
5    mean they're not going -- that they're not still
6    transgender and not going to transition again in
7    the future since we know, among adult transgender
8    people, many of them have had this experience of
9    detransitioning at some point in the past.
10  Q  Does this study allow us to draw any conclusions
11    about the percentage of people who have identified
12    as transgender, detransitioned, and remained
13    detransitioned?
14        MR. STRANGIO:  Object to form.
15  A  No, that was not the purpose of the study.
16  Q  Okay.
17        MR. BARTA:  I'd like to bring up as Exhibit 31
18    Wiepjes 2018.  Apologies for butchering the name.
19  A  I'm not sure either.  I should really ask.
20        (Deposition Exhibit 31 marked.)
21  Q  Is this a study cited in footnote 4 of your
22    declaration?
23  A  Yes.
24  Q  What did this look at?
25  A  So this is from the Amsterdam clinic.  That's the

Page 277

1   largest clinic that we've talked about several
2   times that publishes data on their experience of
3   gender-affirming medical care.  They treat
4   adolescents as well as adults, so these were data
5   on trends and the prevalence of treatment and
6   regret over, it looks like the period of data
7   collection from 1972 until 2015.
8   Q  Did the population include adults?
9   A  Yes.
10  Q  Was this a non-probablistic sample?
11         MR. STRANGIO:  Object to form.
12  A  Yes.
13  Q  So I think in paragraph 29 of your declaration you
14     say that "Nearly all adolescents who start pubertal
15     suppression went on to receive gender-affirming
16     hormones."
17  A  Only 1.9 percent of those who started pubertal
18     suppression did not.
19  Q  Do you know whether this study analyzed the reasons
20     for continuing?
21         MR. STRANGIO:  Object to form.
22  A  It detailed the reasons for not continuing.
23  Q  Okay.  But it did not -- are you aware of whether
24     it detailed the reasons for continuing?
25  A  This group follows the WPATH standards of care, so

Page 278

1   presumably it's because they were medically
2   indicated.
3   Q  Is it possible someone could elect to continue
4      receiving gender-affirming hormones but not be
5      satisfied with their care?
6          MR. STRANGIO:  Object to form.
7   A  I don't know why they would do that, but it would
8      be possible that they could.
9   Q  On page -- turning to page 4, please.  Actually, I
10     am having trouble finding the passage I'm wanting
11     to look at.
12         So can we turn to page 8.  Page 8, please.
13     Right above "Conclusions," it said, "Although
14     transgender people receive lifelong care, a large
15     group (36 percent) did not return to our clinic
16     after several years of treatment."
17         Do you see that?
18  A  Sorry, where are you looking?
19  Q  Right above "Conclusions."  "Although transgender
20     people receive lifelong care."
21  A  Yes.
22  Q  So this study wouldn't allow us to know the reasons
23     why 36 percent stopped receiving care?
24  A  I don't know that you would know that they stopped
25     receiving care anywhere, but they stopped receiving

Page 279

1   care in this clinic, and it -- we can't know why.
2          MR. BARTA:  Can we bring up as Exhibit 32
3   Brook 2020.
4      (Deposition Exhibit 32 marked.)
5          MR. STRANGIO:  Just two minutes for this
6   exhibit.
7   BY MR. BARTA:
8   Q  Is this what you cite in footnote 35?
9   A  Yes.
10  Q  Is this a -- this looks at another study of Dutch
11     patients; right?
12  A  Yes.
13  Q  So non-probablistic sample?
14  A  Yes.
15  Q  And on page 2613, under "Participants," when it's
16     listing people who are excluded, do you see "Not
17     included in the study were children," and then it
18     goes on to say that "that did not wish hormonal
19     treatment."
20         Do you see that?
21  A  I'm seeing not included in the study were children
22     and adolescents in whom gender dysphoria was not
23     diagnosed, is that what you're talking about?
24  Q  Yes.  And the sentence continues to list other
25     groups that were excluded, one of which is "that

Page 280

1   did not wish hormonal treatment"?
2   A  Yes.
3   Q  And another group is those who had stopped to
4      attend appointments?
5   A  I presume they mean had stopped attending
6      appointments, but yes.
7   Q  Do you -- how long is the median -- do you know
8      what the literature suggests the median time to
9      experience regret is?
10         MR. STRANGIO:  Object to form.
11  A  No.  I don't have that number in front of me.
12  Q  Do you know if it's measured in months?
13         MR. STRANGIO:  Object to form.  And also I
14     think we're getting close to time.
15  A  Yeah, I'm not aware of reliable numbers on that.  I
16     think there was one internet recruited study that I
17     don't have the details of.
18  Q  Okay.  So is it -- if someone stops continuing
19     gender-affirming care, do you think it's more
20     likely than not that they -- that there's going to
21     be higher odds that they regret the care than
22     someone who elects to continue?
23         MR. STRANGIO:  Object to form.  I think we're
24     at time.  Debbi, where are we?
25         (Discussion held off the record.)

Page 281

1    MR. STRANGIO: All right. So let's end there.
2    MR. BARTA: Chase, can we get an answer to
3 this since we had some technical difficulties on
4 your end that cost us some time?
5    MR. STRANGIO: Yes, yes. Yes, we can get an
6 answer to this one, and then let's stop it after
7 that.
8    MR. BARTA: Maybe, yes, can I -- how about I
9 reask it so we're all on the same page?
10    MR. STRANGIO: Yes, I think that's fair now
11 because I've lost all track. I hope you can find
12 it in your mind again.
13 BY MR. BARTA:
14 Q  Do you think the odds of regret are going to be
15    higher among people who stop receiving
16    gender-affirming care compared to those who elect
17    to continue receiving gender-affirming care?
18    MR. STRANGIO: Object to form.
19 A  Yes, but that doesn't mean that -- that doesn't
20    tell you anything about the percentage of people
21    who discontinue care, who would experience regret,
22    just that the people who are continuing with care,
23    it's very unlikely that they regret it because
24    they're still taking it.
25    MR. BARTA: Okay. Anything from you, Chase?

Page 282

1    MR. STRANGIO: I just have, I promise, two
2 questions.
3 EXAMINATION
4 BY MR. STRANGIO:
5 Q  So you were asked -- I'm going to look at the Zoom.
6    You were asked Dr. Turban about care in the United
7    Kingdom based on some reports. To your knowledge
8    is care currently banned in the United Kingdom?
9 A  My understanding is that it is not banned, but that
10    they're restructuring care so that care is
11    administered in several clinics instead of one
12    centralized clinic that had a very long waitlist.
13 Q  And what about care in any Scandinavian countries,
14    is it banned to your knowledge?
15 A  No.
16 Q  And earlier you were asked, and recently any --
17    about persistence, and at some point you said
18    that -- that adolescents are unlikely to persist in
19    their transgender identity once puberty begins. Is
20    that what you meant?
21 A  I misspoke. I should have said -- I probably meant
22    they're unlikely to desist once puberty begins.
23    MR. STRANGIO: Great. Thank you. That's it
24 for me.
25    MR. BARTA: I have one clarifying question on

Page 283

1 that.
2 EXAMINATION
3 BY MR. BARTA:
4 Q  Do you consider a ban on gender-affirming care with
5    exceptions for research to be a ban?
6    MR. STRANGIO: Object to form.
7 A  No.
8    MR. BARTA: Okay.
9 A  That sounds like just making specific guidelines
10    for how you administer the care.
11    MR. BARTA: Okay. That's it for me.
12    MR. STRANGIO: So Debbi, we can have you send
13    it to Ken on our end. And I think -- James, I
14    think you guys have specific dates you want it by,
15    and I think we're on the same page.
16    MR. BARTA: I take it those have been
17    communicated to you, Debbi?
18    THE REPORTER: I have it for next Wednesday
19    delivery.
20    MR. BARTA: Yes, that sounds right. Thank
21    you. A rough as well.
22    (The deposition concluded at 8:14 p.m.)
23
24
25

Page 284

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF INDIANA
2         INDIANAPOLIS DIVISION
3
4
   K.C., ET AL.,                     )
5                                    )
        Plaintiffs,                  )
6                                    )
        -v-                          ) CASE NO.
                                     ) 1:23-cv-00595-JPH-KMB
7  THE INDIVIDUAL MEMBERS OF         )
8  THE MEDICAL LICENSING BOARD       )
   OF INDIANA, in their official)
9  capacities, et al.,               )
                                     )
10      Defendants.                  )
11
12         Job No. 181269
13
14    I, JACK TURBAN, M.D., MHS, state that I have
   read the foregoing transcript of the testimony given
15 by me at my deposition on May 19, 2023, and that said
   transcript constitutes a true and correct record of
16 the testimony given by me at said deposition except as
   I have so indicated on the errata sheets provided
17 herein.
18
19
20    _____
          JACK TURBAN, M.D., MHS
21
22
23    STEWART RICHARDSON & ASSOCIATES
       Registered Professional Reporters
24      One Indiana Square, Suite 2425
         Indianapolis, IN  46204
25           (800) 869-0873

Pages 285..286

Page 285

1   STATE OF INDIANA
2   COUNTY OF HENDRICKS
3
4        I, Debbi S. Austin, a Notary Public in and for
5   said county and state, do hereby certify that the
6   deponent herein was by me first duly sworn to tell the
7   truth, the whole truth, and nothing but the truth in
8   the aforementioned matter;
9        That the foregoing deposition was taken on
10  behalf of the Defendants; that said deposition was
11  taken at the time and place heretofore mentioned
12  between 12:01 p.m. and 8:14 p.m.;
13       That said deposition was taken down in
14  stenograph notes and afterwards reduced to typewriting
15  under my direction; and that the typewritten
16  transcript is a true record of the testimony given by
17  said deponent;
18       And thereafter presented to said witness for
19  signature; that this certificate does not purport to
20  acknowledge or verify the signature hereto of the
21  deponent.
22       I do further certify that I am a disinterested
23  person in this cause of action; that I am not a
24  relative of the attorneys for any of the parties.
25       IN WITNESS WHEREOF, I have hereunto set my

Page 286

1   hand and affixed my notarial seal this 24th day of
2   May, 2023.
3
4
5
6
7
8
9
10  My Commission Expires:
    July 13, 2023
11
12  Job No. 181269
13
14
15
16
17
18
19
20
21
22
23
24
25

## Exhibits

**Jack Turban Ex 01**  3:11 9:23,24

**Jack Turban Ex 02**  3:13 15:17,19

**Jack Turban Ex 03**  3:15 16:10,13

**Jack Turban Ex 04**  3:17 64:6,7

**Jack Turban Ex 05**  3:20 72:8,9,10

**Jack Turban Ex 06**  3:22 80:21,22

**Jack Turban Ex 07**  4:3 98:4,5

**Jack Turban Ex 08**  4:6 108:2 170:3

**Jack Turban Ex 09**  4:9 117:18,20

**Jack Turban Ex 10**  4:12 141:21 142:6

**Jack Turban Ex 11**  4:14 151:6,7,9

**Jack Turban Ex 12**  4:16 156:6,8

**Jack Turban Ex 13**  4:18 166:19,20 245:12

**Jack Turban Ex 14**  4:21 171:16,17

**Jack Turban Ex 15**  5:3 190:1,2

**Jack Turban Ex 16**  5:6 195:2,3

**Jack Turban Ex 17**  5:8 198:9,11

**Jack Turban Ex 18**  5:10 215:19,22

**Jack Turban Ex 19**  5:12 221:9,12

**Jack Turban Ex 20**  5:15 222:25 224:20

**Jack Turban Ex 21**  5:17 231:8,9

**Jack Turban Ex 22**  5:19 237:15,17

**Jack Turban Ex 23**  6:3 246:3,4

**Jack Turban Ex 24**  6:5 246:17,19

**Jack Turban Ex 25**  6:8 258:20,22

**Jack Turban Ex 26**  6:11 261:1,3

**Jack Turban Ex 27**  6:13 264:21,22

**Jack Turban Ex 28**  6:15 266:7,9

**Jack Turban Ex 29**  6:16 271:12,14

**Jack Turban Ex 30**  6:18 275:9,11

**Jack Turban Ex 31**  6:21 276:17,20

**Jack Turban Ex 32**  6:23 279:2,4

## (

**(1)**  99:1

**(2)**  99:2

**(3)**  99:4

## 0

**05**  113:3

**08**  113:13

## 1

**1**  9:23,24 108:12 110:6,7 173:13,24 197:17

**1,016**  152:19,21

**1,738**  94:7,10,13

**1,800**  94:18

**1.9**  67:2 277:17

**10**  141:21 142:6 156:11 166:22 176:6

**10,000**  220:3

**10000**  219:17

**103**  248:5

**11**  29:1 49:21,24 151:6,7,9 183:1 203:24 204:2

**11,31**  70:4

**11,914**  167:2

**111**  66:4

**113**  152:18,21

**12**  51:12 88:17 109:8,11 136:18 145:3 156:6,8 164:18 219:14 266:17

**12:01**  7:5

**13**  161:10 166:19,20 167:2 169:9,14 190:13 192:12 198:13 217:21 245:5, 12

**14**  63:7 79:12 97:5 108:4 117:25 125:23 136:18 160:18 161:8,24 171:16,17 196:23 197:4 205:5 217:21 218:1

**14.5**  106:10

**140**  65:22

**15**  74:2,11,16 136:18 140:19 146:2 156:10,19 157:5 159:6 160:18 161:8,24 169:23 190:1,2 205:13 217:22 218:3

**15.4**  101:3

**156**  265:17

**16**  58:2 66:1 136:4 160:19 180:4,8 187:1 190:4 195:2,3,5 196:22 197:4 198:13 205:19

**16.8**  106:11

**17**  86:4 160:19 169:9,14 192:16 198:9,11 237:18

**17-year-old**  37:15 189:14

**17.5**  192:11

**178**  97:12,14

**18**  37:8,16 160:20 191:6 192:13,18, 20 193:9 206:3 215:19,22

**18-year-olds**  193:12

**18.9**  192:5

**180**  87:11

**1800**  95:6

**19**  7:4 197:24 221:9,12,22 226:8

**193**  152:23

**196**  65:22

**1972**  277:7

**1980s**  138:19 139:1

**1998**  86:4,5

## 2

**2**  15:17,19 53:21 59:14 60:18 109:25 147:24 160:3 161:20 192:3 194:12, 13 196:11 217:11 266:14 267:20

**2.1**  202:15 203:7,8

**2.4**  192:11

**20**  222:25 224:20 230:22 241:24

**2000**  65:22

**2002**  231:4,8

**2003**  66:11

**2004**  73:5

**2008** 65:22

**2009** 66:12

**2011** 64:6 69:3 73:5,7,14,23 128:19, 22 130:1,9 131:10 133:4 224:2

**2014** 72:8,14 129:22 130:1,4,10 131:10 133:5 176:12 177:17,18,22 218:1 220:8,11 260:12

**2015** 82:5,6 117:19 130:9,10 131:11 133:5 157:8 218:3 220:8 224:2 238:5 277:7

**2016** 264:21 269:14

**2017** 258:21 259:14,23

**2018** 190:1 261:1 276:18

**2019** 151:6,9,11 155:25 156:5 176:3, 8 178:1,2,13 179:2,11 225:14 226:1 271:13 274:18

**2020** 79:14 80:21 97:7 98:4 107:22 169:24 171:16 179:16,17 221:21 225:14,15,25 237:16 238:3 279:3

**2021** 195:2 246:1,18 275:10

**2022** 12:5,6 156:7 166:19 198:10 245:4 266:8

**2023** 7:4 141:21 142:7 146:6 215:19

**209** 199:13,18

**21** 231:8,9

**215** 145:11

**22** 72:23 237:15,17 243:15 246:21

**2211** 119:3,11

**2212** 119:21 120:4,18

**2213** 120:19 122:6

**2277** 65:21

**2278** 65:14

**2281** 69:9

**2282** 67:10 71:21

**23** 172:1 245:9 246:3,4

**24** 167:2 192:12 245:25 246:17,19 249:13 260:6

**241** 142:21

**242** 143:22

**2425** 7:3

**243** 144:23

**247** 148:15,18

**248** 149:15

**249** 150:4

**25** 190:13 258:20,22

**26** 261:1,3 263:8

**2613** 279:15

**27** 260:12 261:4 263:7 264:21,22

**27,000** 84:10

**272** 97:11,13 100:20

**28** 191:7 258:23 266:7,9

**29** 66:1 104:8,14,17 105:1 271:12,14 277:13

**3**

**3** 11:2 16:10,13 85:13 89:4 90:24 91:2 93:7 108:4,10 110:6,22 163:14 196:20 198:25 266:17

**3,060** 94:19

**3,062** 93:23

**3.3** 193:6 217:8

**30** 75:15 172:11 196:21 197:2 264:23 275:9,11

**303** 152:10

**304** 152:17

**308** 153:22

**309** 155:12

**31** 266:5,11 276:17,20

**315** 143:23 144:8 145:21,25

**317** 266:15

**32** 271:16 279:2,4

**33** 72:24 113:21 114:1 192:12 275:12

**34** 110:12

**34,753** 167:1

**349** 152:22,25 153:21

**35** 196:21 279:8

**36** 86:7,18 278:15,23

**37** 94:6,8

**372** 232:17

**3879** 259:5

**4**

**4** 64:6,7 109:5 111:3 112:17,18,19 114:24 115:23 170:17,22,24 199:11 217:6,7 218:8 221:24 276:21 278:9

**40** 74:15 104:12 135:2,4 223:10 225:10

**400** 82:13 158:21

**41** 94:9

**42** 222:20 223:25

**43** 171:25 173:2

**433** 190:15 192:9

**434** 192:3 193:2 194:12

**435** 193:16

**45** 93:12 111:15,20

**46** 173:6

**47** 151:18 224:25

**48** 198:2,6

**480** 11:4 226:13

**49** 192:12,18

**5**

**5** 72:8,9,10 93:6 168:21 202:12 225:12,13

**50** 108:11,13,16 111:16,20 114:1 225:10

**51** 192:20

**51.2** 94:15

**55** 72:23 73:25 74:10

**6**

**6** 80:21,22 92:5 117:25 120:21 145:2 202:12 268:16

**600** 153:5

**638** 261:16

**643** 262:6

**648** 168:21

**67** 93:22

**670** 272:1

**679** 272:24

**68** 190:12,13,14

**69** 238:8

**697** 72:21 74:21

---

**7**

**7** 75:15 98:4,5 171:18 176:6

**70** 26:5 65:5,11 66:8 73:1 95:20

**700** 98:22 105:24 106:5

**702** 75:7

**703** 103:14 104:15 106:23

**72** 190:23 191:4

**75** 239:3

**75.3** 94:3

**76** 262:4,7,22

---

**8**

**8** 107:21 108:2 170:3 200:13 278:12

**80** 251:3

**81** 144:4,12

**8:14** 283:22

---

**9**

**9** 117:18,20 160:3

**90** 94:4 110:7 153:4,8 170:10

**95** 198:24

---

**A**

**abilities** 149:12

**ability** 150:6

**able** 20:12 22:19,22 37:17 38:23
42:18,19 49:15 68:4 71:19,25 82:20
84:2 87:12 89:16 104:9 126:14

127:12 128:7 139:12 165:3,10 168:9
169:20 188:6 191:3 193:25 211:15,
22 214:2,15 215:8 216:6 242:24
243:9 244:13,14,18 252:22

**about** 10:10 14:21,22 19:22,25
21:14,15,22 22:1,3,24 23:16,21
25:24 31:20,21,25 33:23 35:20
36:13 37:5 41:3 42:12,14,15,21,22
43:1,2,17 46:2,21 47:21 48:6,9,20
51:10 52:6,23 53:2,9,17 57:2 58:4
59:17 67:4 68:3 70:20 71:3 72:4
78:13 79:23 80:1,5,17 81:23 85:7
88:3,4,6,7,11,21 92:15 94:18,19
95:4 97:6,21 98:22 99:4 100:1
101:12 105:19,21 106:16,19 107:4,
13,16 114:2,7,13 115:23 116:21
117:10 122:25 124:15,21 125:8,9
126:17 128:8,17,19,23 129:13,17
130:5,24 132:1 133:18 134:21
135:13 138:9 139:8,23 141:19 142:3
144:19 147:15 151:5 153:13 155:16
160:22 161:17 164:3 171:13,14
174:11 176:18 179:16 180:7 186:6,
23 191:1 194:22 195:17 198:5
199:25 202:24 205:13,19 209:20
210:14 212:2,8,13 218:8,17 214:25
220:19 223:6,8 229:23 231:15 232:5
233:4 234:16,21,22,23,24,25 237:11
240:5,15 242:7 246:10,16 247:15,24
248:13 249:1,9 250:17,19,23 251:17
256:24 264:1 265:19,25 269:15,17
270:10,11 273:9,15 275:7 276:11
277:1 279:23 281:8,20 282:6,13,17

**above** 218:13 243:18 278:13,19

**absolute** 62:25 139:20 140:5

**abstract** 198:16 232:11 271:21

**abstracts** 219:17 220:3

**academic** 10:25 138:19,23 149:10,
11 208:16,19,24

**Academy** 207:1 233:10 242:13,14
248:18,19 263:18

**acceptable** 275:2

**accepted** 10:25 121:18

**access** 79:18 86:5 88:20 89:16
93:18 94:10,14 127:1 148:24
156:21,23,24 160:17 163:18 164:8
165:3,4,10,11 166:10 167:19 168:10
174:8 175:18 178:7,19 211:15
213:15 244:13,14,16,17,18 245:1

**accessed** 79:15 161:7,9,23 162:23

175:17 245:3

**accessing** 112:4 167:4

**accompanies** 185:15

**accumulated** 131:5

**accumulates** 175:25

**accurate** 10:20 16:4,18 81:13

**accurately** 9:2 161:5

**achieve** 136:12

**achille** 107:22 169:23 225:14,25

**acknowledge** 37:9 79:3

**ACLU** 7:11,13,14

**across** 149:16

**act** 11:3 80:17,18

**actively** 154:2

**activity** 47:18

**actual** 78:16 80:9 247:15

**actually** 36:2 43:23 49:13 53:3
96:21 102:12 134:21 153:11 161:10
180:6 194:4 236:16 247:3 250:4,9
251:8 255:22,25 259:18 278:9

**acute** 38:22 214:14

**acutely** 139:10 214:14

**add** 24:4 27:4 130:9,13 165:23
241:13

**added** 130:6

**addition** 69:4 70:2 96:16 116:4
149:16 201:20 247:25 248:21 259:9

**additional** 11:10 14:24 15:1 27:5
67:8 130:6 166:14 175:18 178:5
211:3 242:4

**additionally** 84:14 103:17 155:13
250:15

**address** 50:14 166:9

**addressed** 70:9 132:10

**addresses** 132:9

**addressing** 120:23 227:25

**adequate** 213:7

**adequately** 151:22 216:7

**adhere** 38:23

Index: adjust..along

**adjust** 84:14,21 90:20 110:22 128:7 196:8 273:11

**adjusted** 85:1 90:22 95:9 163:10

**adjusting** 51:4 95:18 111:11 112:5 114:21 115:16 116:15 168:24 170:18

**adjustment** 168:22

**administer** 283:10

**administered** 135:19,23 138:5 212:12 213:22 282:11

**administration** 155:15,22 172:21

**administrative** 208:7,25

**admission** 139:11

**adolescence** 30:6,9 36:8 53:18 54:1 75:5 79:18 141:2 156:22,25 256:14,18 261:18,21 262:9 267:12, 14 268:18,21

**adolescent** 12:1,15 30:2 34:19 35:24 36:20 40:22 43:12 44:5 58:13, 15 59:1,5 68:25 78:11,19 137:6 138:9 189:7,10 233:10 242:13 243:19 246:14 248:19 263:19

**adolescents** 17:14 30:19 35:8,10 44:3 50:1 51:14 63:12 65:23 66:4,9 70:1,5,6,12 71:24 73:1 77:10,22 97:11 99:1,2,4 100:2,14,20,22 101:17 104:3 106:9,10 108:7 119:12 120:8 167:24 170:18 175:12 183:8, 11 187:10,11,17 188:12,20,23 189:22 190:12 198:17 199:2 203:17 204:5 205:24 220:15 221:11 224:24 225:16 226:14 243:21 249:9 250:3 260:17 261:22 262:20 268:10 277:4, 14 279:22 282:18

**adolescents'** 120:20

**adopted** 267:9

**ads** 167:7

**adult** 12:20 30:3 69:22 72:1 165:5, 12 178:18 188:18 194:25 253:6,25 256:7 276:7

**adulthood** 30:6,9 36:15 37:4 53:23 75:5 256:21 261:18 268:19,21

**adults** 19:19 30:19 72:23 75:22 84:11 162:24 187:7 190:13 192:23 255:17 260:17 268:10 277:4,8

**advanced** 273:12

**adverse** 211:20 237:22 248:24

**advisor** 238:12 240:24

**advocating** 133:21

**affect** 149:21 150:17 161:20 258:1, 11

**affected** 249:14

**affects** 256:19

**affiliate** 12:16

**affirmation** 34:6

**affirmative** 103:22 238:10

**affirmed** 136:16

**affirming** 183:6

**after** 11:25 50:16 51:4 52:1 54:12,20 55:7 68:18,22 71:7 72:1 74:24 75:3 79:14 85:25 95:22 109:20,21 111:11 114:21 115:16 116:15 120:21 124:20 129:13 132:7,20 138:15 144:20 145:2,3 154:15 155:15,16,21 161:6 168:22,24 170:18,21 171:23 173:4 174:12 175:13 176:12 186:15 194:1,23 198:6 203:6 220:11 271:25 272:20 278:16 281:6

**afterwards** 16:7 134:24

**again** 7:25 19:8 21:16 30:15 31:19, 23 33:10,12 35:7 40:7 41:21 42:4 43:22 54:10 71:5 77:25 85:2 92:15 98:11 104:16 111:6 112:13 121:5 127:4 131:13,22 132:22 139:23 141:10 145:9 146:14 148:10 150:23 151:21 155:4 157:3 169:13 175:7 176:18 177:17 179:19 182:6 183:23 184:10,17 186:22 205:16 207:19 219:25 220:5 223:19 226:4 228:10 245:19 246:24 248:12 253:8 255:19 256:23 259:23 268:6 269:8,23 270:23 271:6 275:15 276:6 281:12

**against** 38:16,18 77:9 178:12 186:11

**age** 35:2,5,18 37:7,8 45:1 46:8 59:6 75:17 101:3,4 106:10,11,16 136:4, 15,18 161:10 168:25 182:20 192:5, 7,10,15,16 193:9 238:25 239:17,18 266:18 267:10

**ages** 56:4,10 160:18 161:8,24 167:2 169:9,14

**ago** 12:25 39:10 69:3 71:6 72:19 88:18 262:12 267:19

**agonist** 56:19

**agonists** 34:16 66:6

**agree** 64:25 71:9 105:3 107:12 113:14 116:13 125:13 126:1 128:22 155:25 213:24

**agreement** 36:21 183:12

**aim** 204:10

**aimed** 230:24

**aims** 231:12 232:24 233:12

**Alabama** 15:18

**align** 135:16

**aligning** 195:25

**all** 8:23 13:10,12 14:18,19 17:3 18:7 19:9 32:12 35:19 36:7,21 37:20,25 39:16 42:23 43:13,20 49:20 52:10, 12,14,16 53:24 54:3 58:23 63:7 64:4 70:7,10 73:9 76:16 80:7 82:18 85:2, 4 90:17 98:3 99:10 103:14 104:2,15 105:3,15 109:16,23 112:1 116:4 117:6,13 118:16,23 126:11,24 127:9,18 131:3 134:25 135:12 136:20 141:9 142:22 143:13 144:4, 14 146:11 147:5 148:18 150:4 152:8 154:19 155:25 159:6 163:10,20 174:9 175:20 176:9,18 177:6 178:8 179:19 180:23 181:19 183:2 184:4 185:5,14 186:13 192:2 194:16 201:17 203:22 204:8 206:3 207:11 208:11,12,17,25 214:18 216:25 220:1,7 222:5,20 223:13 225:3,21 230:22 234:3 235:3 242:15 245:16 246:13 247:14 248:8,15,20 260:4 261:15 265:13 266:17 267:4 273:5 274:11,18 277:14 281:1,9,11

**Allen** 151:6,9,11 155:25 156:5 176:2,8 177:25 179:14 225:14,25

**alleviate** 58:16

**allow** 96:2 100:3 103:1 164:12 188:23 218:14 276:10 278:22

**allowing** 69:21

**allows** 26:1 84:13 201:21 273:13

**alluding** 90:4

**almost** 219:17

**alone** 96:17 107:12 175:14 177:23 179:14 203:14

**along** 150:20,22 194:10 222:12

252:13

**already** 62:17 78:23 81:21 123:1 247:25 270:18

**also** 7:12 11:8 12:2,18,22 13:21 14:14 23:13 27:19 28:24 33:14 34:9 38:20 43:11,12,20 47:4 53:5,17 56:24 57:15 58:19 66:10,22 69:5,15 71:15 81:10 91:19 96:5 103:25 120:14 122:5,13,19 124:3 127:3 136:19 137:10 138:19 140:7 141:11 146:17 155:6,13 157:8,12 173:2,21 176:9,12 178:7,11 179:19 181:14, 17,23 182:2,16 185:24 193:12 200:8 206:25 220:5 225:18 228:17 232:21 235:5 239:14,23 251:22 253:13 257:10 258:13 260:25 261:25 267:20 272:7 280:13

**alter** 271:19

**alternative** 124:4,14 154:11 173:18 235:16

**although** 98:16 129:3 201:21 278:13,19

**always** 23:15 38:15 59:20 60:3,13 71:13 96:19 142:1 166:1 173:24 176:22 195:12 211:5 243:6,8 254:9 257:2 275:1

**am** 7:11 45:16 46:5,6,20 48:2 142:2 188:14 235:8 278:10

**America** 83:18

**American** 32:14 168:5 207:1 230:10 233:10 242:12,13,14,15 248:16,17, 18,19 263:18

**among** 145:6,22 154:19 180:16 193:5 275:22 276:7 281:15

**amount** 36:24 63:3 182:7,9

**Amsterdam** 65:25 276:25

**an** 7:1 10:3 12:15,18 15:6,11 19:8 22:4 30:3,7 36:20 39:24 40:22 43:5 44:10 45:2 48:9 51:25 52:6 58:13,15 59:1,5,6 61:23,25 62:8 66:3 71:7,18 78:19 80:9 82:6 90:5 92:17 93:1 112:9 118:4 123:4 128:4,8,14 136:20,22 140:3,5,8 142:14 147:12 149:13 155:5 157:18,23 163:24 164:11 165:14 172:25 179:7 180:23 182:1 183:8,12 186:18 188:18 191:10 201:21 206:19 209:4 214:10, 17 215:24 216:18 222:15 224:18 226:22 228:9 232:21 238:10 239:19

240:18 250:12 253:6,25 256:6 261:13 264:4 265:8 269:15 272:14, 21 281:2,5

**analogues** 221:10 223:7

**analogy** 164:7,11 206:15

**analyses** 81:20 84:3,14 87:9,13 91:14 110:25 147:22 163:17 175:21, 22 274:7

**analysis** 48:22 74:7 86:7 87:14 110:23 112:2,20 127:11 132:13,18 158:12 173:3 239:16

**analyze** 195:11 226:4

**analyzed** 277:19

**analyzing** 196:6

**anatomically** 182:2

**and** 7:8,13,14,17,21,22 8:1,7,9,13, 17,19 9:1,5,8,13,16 10:3,8,15,22 11:2,9,21 12:1,2,9,14,15,16,19,22, 23 13:4,21 14:5 16:4,6,7,17,18 18:2, 11,12,13,21 19:17,19 20:12 22:8,9, 10,13,17,21 24:14 25:11,23 26:1,3, 6,7,13,25 27:1,2,3 29:12,13,21 30:1, 4,6,7,19,22,24,25 31:1,25 32:2,4,12, 16,17,18,19 33:6,12,16,17,22 34:4, 5,24 35:2,6,10,18,19,25 36:11,18,20 37:4,8,16 38:13,23 39:7,8,15,17,22, 24 40:3,25 41:1,6,7,12,21,23 42:4,8, 11,12 43:9,10,12,22,24,25 44:5,8, 12,21 45:4,7,9,11,17 46:2,9,11,17, 21,24 47:4,18,20,22,23,25 49:9,12, 17 50:10,16 51:19 52:1,2,11,13,21 53:3,17,22 54:21 55:1,11,14,23 56:1,6 57:17,21,24 59:2 60:11 61:1, 11,12,16,17 62:4,7 63:3,9,23,24 64:11,25 65:16,18,22 66:1,9,12 67:14,17 68:18,19 69:2 70:3,17,19 71:13 72:3,7,17,24 73:4,5,11,16 74:6,11,14,16,20,24 75:16,20 76:4, 16 78:2,7,10,25 79:1 80:2,4,7,8,11, 12,14,17,24 81:3,10,18,19,20,23 82:15,25 83:1,13,14,16,19,21,23,25 84:14 85:17,24 87:12,15,24,25 88:6, 16 89:8,25 91:13 92:1,3,11 93:7,9, 18,21,23 94:4,5,7,18 95:22 96:5,8, 11 97:9,11 98:2,9,17,23 99:4,8,19, 22 100:1,10,14,24 103:5,10,16,21, 22,23,25 104:10 106:7,10,23 108:6, 16 110:3,6,12 111:2,9,12 112:4,5,22 113:15 114:21 115:16 116:2,3,6,10 118:8,15,16,23 119:12,16 120:18 121:11,13,17,19 122:2,5,14,16,18,

22 123:10,13,17,24 124:10,11 126:1,11,13,15 127:3,5,7,16,23 128:5,7,10,22 129:10,14 130:7,10, 16,24 131:5,8,10,24 132:20,24 133:5,13,24 134:2,11,22 135:5,6,12 136:4,18,19,22,25 137:15,19 138:12,14,16,18,21,22 139:10 141:12,22,23 142:4,19,24 143:1,6,9, 12,15 144:3,11,15 145:2,17,19 146:3,9,18 147:7,9 148:11,21 149:1, 15,20,21 150:15,21 151:4,13,17,22, 25 152:5,17,22 153:3 154:9,15 155:25 158:6,16,25 159:6,17,22,24 160:1,18,19 161:8,11,13 162:11,20 163:2,14,21 164:8,18,19,22 165:1,5, 11,23 166:4,9 167:3,5,15 168:21 169:4,6,8,12,16 170:7,13 171:23,25 172:4 173:2 174:23 175:11,18,22 176:10,19,22 177:2,3,5 178:10,16, 17,19 179:5,13,20 180:17,20,24 181:11,12,13,15,21,25 182:1,3,4,13 183:11,16 184:3,23 185:4,20 186:6 187:19,22,25 188:2,5,9,10 189:4,10, 16 190:6,12,13,14,16,22 191:3,5,13, 18,25 192:16,18 193:6,8,19 194:1, 19,25 195:11,25 196:6,20,22,23 197:17,18 198:1,8,18,20,21 199:11, 12,21 200:17,23 201:6,8,20,24 202:3 203:11 205:7,10,11,17,19,25 206:21,23,25 207:2,9 208:2,6,7,12, 14,20,22 209:1,6 211:15,17,21 212:22 213:10,11,21 214:4,14,16, 17,24 215:3 216:1,14,20,25 217:1,3, 4,8,12,20,21 218:3,5,10 219:19,21 220:8,15 221:2,11,16 222:4 223:15, 19 224:2,6,15 225:5,6,15,18,19,25 226:4,17 227:19,25 228:4,13,16,22, 24 230:6,7,9,20 231:4 232:3,11,17, 21 233:10,21 234:3,20,24 235:2,12, 13 236:15,17,19,24 237:6,8,9,10,21 238:5,22,23 239:3,13,18,20,25 240:19,24 241:2,7,10,14 242:11,13, 16 243:7,18 244:2,16,18 245:17,19, 25 246:7,24 247:5,22 248:7,9,12,18, 24 249:3 250:14,16,22 251:13 252:8,9,13,21 253:13,16,24 254:6, 21 255:12,21 256:13,17 257:9,17,18 258:4,8,15 259:18 260:12,17 261:10,25 262:1,8,16,18,20 263:19 264:13 265:20 266:4,12,17,20 267:20,23 268:9,10,13,19,21 269:11 271:6,8,22,25 272:4,7,13,19 273:10, 12,19 274:8,24 275:8,15,17,25 276:6,12 277:5 279:1,15,17,22,24 280:3,13 281:6 282:13,16,17 283:13,15

Index: Angeles..arm

Angeles 142:20 190:19

Annelou 258:9 261:10 262:1,18

anonymize 47:12

anorexia 235:7,17

another 30:5 50:25 64:1 66:21
70:17 75:6 85:16 97:9 99:14 108:3,
6,19 109:4 111:7 115:13,22 117:21
118:2,21 134:9 143:5 146:11 151:14
156:9 162:5 166:21 169:21 190:20,
25 196:18 198:12 199:8 202:20
203:9 207:22,23 221:18 234:4
236:12 279:10 280:3

answer 8:7 9:1 18:6 23:5 84:20
126:20 127:22 128:14 131:9 136:1
155:3,5 161:4 175:7,9 178:25 179:7
202:10 203:13 230:21 243:9 250:19
254:9 265:25 281:2,6

answered 78:23 179:6,9 238:24
260:3

answers 8:14 16:3,17 86:17,19

anticipate 268:17

anxiety 43:5 146:3 149:20 193:21
194:10 200:25 225:19 227:7,9
228:5,10,11,13

any 7:9 8:9,23 9:1,7,20 10:19,22
11:12 13:5,23 14:9 15:5 16:7 17:4
20:22 21:7 28:1 39:6,9 42:17,24
43:3 45:22 46:15 52:8 53:6 55:19
57:25 62:1,25 68:2 71:19 74:13 75:2
78:6,24 80:6 86:18,25 87:22 88:11,
12 89:6 90:11 99:16 101:2 104:11
115:8 120:1 121:22,25 123:8 125:17
127:10,19 129:7 140:7 143:20 149:5
152:2 156:3,16 157:25 162:4 168:18
171:7,11 174:20 183:6 188:24
189:10 201:6 202:5,21 210:10,15,22
229:2,25 230:17 232:5 233:11
238:11 241:15,19 242:19 244:9,20,
23 247:14 252:19 253:20 254:2,13
255:15 256:4 257:24 261:7 263:20
265:12 269:19 270:7 276:10 282:13,
16

anymore 165:23 166:4

anyone 9:10,13 10:7,10 26:10 43:15
163:11

anything 10:17 11:7 33:1 34:2 43:6,
14 70:20 84:4 99:18 106:19 107:13
117:10 126:17 128:23 144:19 162:5
174:11 194:22 198:5 202:24 211:2

240:5 281:20,25

anyway 43:23 175:15

anywhere 123:20 176:20 278:25

apart 49:4 106:16

APGAR 173:11

Apologies 98:13 276:18

apologize 83:6 120:12

Apparently 75:18

appearance 69:21 138:1 147:9,10
150:15 177:5 182:18

appears 33:12 66:16 75:23 220:3
261:21

Appelbaum 44:16

applicable 91:15

applied 44:20

applies 209:3

apply 27:1 29:23 31:24 73:14 104:2
116:4 157:12 196:1 271:8

applying 32:3 77:9 78:19 268:3

appointments 139:12 280:4,6

appreciate 8:19 20:7

approach 75:25 78:19 117:4 182:13
232:12,18 273:13

approached 113:7,12 183:4

approaches 241:8

approaching 95:5 133:19

appropriate 35:5 38:10 42:9 74:17
89:14 101:11 143:2 209:5 228:17
264:13,16

appropriately 34:4

approval 134:18

approve 208:8 220:16

approved 71:20 206:16 207:23
209:17

approximately 12:9 13:17

apt 164:7,11

arbitrary 184:11

are 7:13 14:21 17:22 18:2,19 19:11
21:3 22:12 23:14 24:7 25:11,20,22,
24 28:5,19 29:21 30:10,15,19 31:19

33:15,17,19 34:13,16,19 35:1 36:21
37:20 38:3,12,25 40:8,14 41:24
42:15,18,19,25 43:25 44:13 45:15,
25 46:23 50:5,9,13,25 51:1,15,21,23
52:23 53:1,9,12,18,24 54:7,11 55:2
56:22,23,24 57:1,5,9,16 58:20,21,25
60:14,25 61:4,9,13 62:5,9,14,21
66:5 68:2 74:8 75:13 77:4,7,8,13
80:7,11 82:24 84:15 86:11,22 91:17
92:2,13 93:17 94:2,24 95:1,2,3,5
97:17,22 98:10,16 100:13,17,19,20
101:17 103:8,12,15 104:8,21,23
105:15,18,19 107:16 111:3,25
115:24 116:14 117:12 118:5,6,14
119:8 121:15,23 122:9 123:5 124:7,
9 127:9,16 130:18 131:2,7 133:13
134:16 135:5,14,15,19,22 136:21
137:14 139:2,17,21 140:9 141:5,11,
25 143:5 146:6,13,15,19 148:10
149:1,6,12 160:10,12 165:3,10
168:9,24 175:1 176:7 179:14,22
180:10,12,17,20 181:17,23 182:6
183:4,12,16,20,22 186:5,9,13,14
187:20 189:1,10,21 195:17,25
197:15 199:15 203:16 205:8,11,18,
22 207:12,16,19 208:4 209:2 210:2,
10,14 211:8,11,15,18,19,22 212:13,
14,19 213:4,20 214:4,23 215:13
216:2,5,16 219:19 220:3,20 221:4,
15 222:2,12 223:3,6,13,15 224:4,11
225:4,5,17 226:13,17 227:12 228:10
229:2,25 230:17 232:5,14 233:20,25
235:1,6,19 244:9,19,20 246:10,16
249:25 250:3,4,15 251:4,24 252:3,6
254:2 255:3,12 256:4,17 257:24
258:7,16,25 261:10 263:24 264:1,9
265:22 268:6 271:7,9,10 275:19
277:23 278:18 279:16 280:24
281:14,22 282:18

area 14:25 49:8 61:21 62:6 90:5,9
116:23 128:8 181:11 182:2 191:10
210:10,22 242:7 265:14

areas 21:4 196:1 210:10,15

aren't 30:16 36:14 64:22 74:8
180:15 211:22 213:2,12 214:21
222:16 232:4 234:19 244:18 250:5

argue 171:10

argument 131:17 132:23 150:23
212:25

Arkansas 15:20,21,23 16:11,15

arm 57:1

**around** 13:19 23:18 61:25 86:22 136:17 138:18 149:18 150:1 156:17 178:9 181:14 213:20 235:11 252:4 269:6

**article** 159:14 166:21 177:4 215:24 216:2 223:20 264:23

**articles** 216:17 217:1

**as** 7:22 8:20 9:23 10:3 15:11,17 16:10,18 17:25 18:22 19:9 20:22 22:12 26:25 27:16 31:12,16 32:10 33:1,11 35:2,18 36:3,5 40:21 41:6 44:20 47:8,17 52:12,24 63:1 64:5 65:17 67:12 70:16 71:13 72:8 76:11 77:25 80:2,21 81:5,10 83:17 84:22 85:6 88:21 89:20 91:20,22 92:1,21 93:8 96:7,20 99:16 102:5 103:24 104:3 107:21 109:10,24 112:7 115:3 117:18 123:7 124:4,13 126:14 130:5,15 133:19 134:2 136:8,15 139:8 140:1 141:13,20 143:13 147:22 149:5 151:6,9 153:20 155:24 156:6 159:1,2 162:23 163:19 165:14 166:17,18 168:2,20 171:15 173:11 175:1,7 176:18 178:25 186:5 187:18 188:9,11 189:3,25 195:1 197:16 198:9,22 206:10,15,25 208:2 209:22 211:16 213:3 215:3,18 217:17 220:12 221:9 222:5,25 223:16 224:7,15 226:1,5 231:8,16,23 232:5, 13,18 235:16 236:25 237:15 238:11 239:1 240:1 241:11,22 242:16,17 245:16 246:2,17 249:3 251:3,8,15, 19 252:7,16,17,23,24 253:6,16,17, 19,24,25 254:3,21 255:17 256:6,20 257:1,5,14,18,19 258:12,16,19,20 260:8,10,19,25 262:17 264:7,20 266:7 267:8,11 268:20 269:25 270:18,20 271:8 273:10,16,24 274:15 275:9,20,23 276:12,17 277:4 279:2 283:21

**ascribe** 23:1,19 253:15 254:20

**ask** 8:6,10 48:6 50:21 133:17 155:4 160:21 181:6 201:1,3,5 240:7 274:23 276:19

**asked** 10:8 88:2,4,17 179:5 272:15 282:5,6,16

**asking** 14:21,22 21:6 22:18 31:20, 25 50:15 71:3 77:15 81:23 87:25 88:11,20 105:19,21 107:16 124:24 131:24 132:1 134:9,16,19 146:21 162:16 164:10 165:25 177:8 210:2, 5,21 238:25

**aspects** 49:3

**assent** 44:1,6,8

**assertion** 250:2

**assess** 225:25 267:22

**assessed** 74:21 143:24 222:5 223:16

**assessing** 263:9

**assessment** 39:24 40:3 99:2 100:21 212:22,25 218:19,21 220:9

**assessments** 213:1,15

**assign** 132:12 133:6,10,15 222:11

**assigned** 29:4 30:24 35:16 46:13 47:8,19 67:17,21,25 185:11 230:5 231:13,24 232:10 233:2,13 234:3 238:13 249:11,15 264:7

**assignment** 106:9

**assist** 10:7

**assistant** 12:15

**assisted** 169:8,12

**associate** 7:2

**associated** 33:19 63:10,15 69:24 115:14 120:6,16 122:22 154:8 155:14 193:7 230:8 240:13 259:16

**Associates** 7:2

**association** 32:14 51:25 63:24 64:2 93:2 112:4 168:5 177:14 230:10 239:19 241:1 242:12 248:17,18

**associations** 150:14 165:4,11 167:4 242:15

**assume** 68:14 143:20 202:6 240:9

**assuming** 34:20

**at** 10:9,24 11:18,21 12:2,12,16 13:4, 20,21 14:12,13 15:13 16:14 21:18 22:11 25:10 28:14 29:4 30:24 31:2, 15 33:3,9,11,15 35:4,5,16,24 36:7, 25 38:8 39:19,21,23 42:20 46:13 47:8,19 48:9 51:22 52:12 54:12,15, 17 55:7,10 56:4,9 57:25 59:6,14 60:2,18 63:19 65:20,24 66:8 67:14, 17,21,25 70:25 71:6 73:3,6,16,20,22 74:20,23 77:21 78:4 81:8,15,21,22 83:10 85:6 86:8 87:9,22 91:18,19, 22,23 92:3 93:6,15,21 94:5,6 95:6, 15 96:15 97:4,19 98:11 99:24 100:7 102:5,25 105:24 107:3 108:10

109:7,11 110:6,19 112:3,14,17 113:5 114:24 116:1 119:5,6,21 120:18 123:8 124:10 126:8 127:3 128:22 132:23 133:14 135:22 136:3, 15 138:20,25 140:19 141:13,19 142:16,21 143:21 144:15,17 148:15 149:6 150:5,11 151:13,15 152:9,10, 12,17 153:4,24 154:14,17 155:12 159:2,5,10,11 160:6,10 161:3 162:2 163:4,15,22 164:12,19 165:2,9,19 166:5,8,16,24 167:3,24 168:3,21 170:7,22 171:22,25 172:1 173:8,13 174:23 175:3 176:6,12,14 178:4 179:13 180:4 181:10 185:11 188:20 190:6,11,22 191:2,12 192:1,5,7,9, 10,15,25 193:3,25 194:12,24 196:9, 10,11 197:23 198:15,17,19 200:3,23 202:3,4,8,11,18 203:10,11,14 204:2, 11,15 205:23 208:17 209:2 210:7 215:3 220:5,8,10,11 221:23 223:25 224:16 229:5 230:5,22 231:1,13,24 232:10 233:2,13 234:3 238:13,18,25 239:16,18 240:21 241:11 243:11,15 244:13,20 246:12,23 247:3 249:10, 12,15,22 250:8,11,16 251:7,9,16 252:21 256:13,19 257:18 258:14 259:19 262:11 263:7 264:8 265:6 266:6,14 267:9,15 268:13 269:9 270:17 271:21 272:19,20,21 274:2 275:20,25 276:4,9,24 278:11 279:10 280:24 282:5,17 283:22

**attempt** 80:9 94:9,15 160:1 162:7, 15,17

**attempted** 88:4 169:16 230:4 241:17

**attempting** 79:24

**attempts** 80:11,12,13,14 92:8,20 93:9 94:6,13,20 95:1 97:24 163:12 230:9 239:20 240:14

**attend** 280:4

**attending** 12:18 121:15 280:5

**attention** 80:14

**attorneys** 9:5,11 10:11

**audio** 159:11 184:20 240:13,16 251:11

**Austin** 7:1

**authentic** 237:11

**author** 66:24 77:8

**author's** 28:17

**authors** 28:17 67:11 68:10 69:4,10, 15 70:14 71:22 76:20 99:19 103:15 104:21 113:9 116:13 122:5 123:16, 23 124:3,21 144:25 146:6,15,22 154:16 171:1

**authors'** 121:9

**autism** 25:13 26:6,13 47:15

**available** 78:8,9 86:3 144:4 174:22 207:19 213:25 242:22

**average** 71:7 106:16 149:17 182:19 192:4,15,16 197:24 272:14

**avoid** 18:10

**award** 266:4

**aware** 10:21 14:12 52:16 53:6,9 62:21,25 77:8,15 83:15 84:12 86:11 87:5 139:20 146:6,15,21 157:25 158:12 174:10 189:8,10,20,21 203:16 205:22 229:2,25 230:17 244:23 254:13 256:4 277:23 280:15

**awkward** 136:23

**axis** 35:7

---

**B**

**back** 17:13 39:16 63:18 73:20 79:11 81:19 87:25 97:4 104:15,19 105:22 106:5 135:4 136:13 138:18,20,21 174:23 192:9 200:2 202:3 203:24 218:8 257:17 269:9,25

**bad** 229:7

**ballet** 47:18,24 48:3

**ballpark** 137:12

**ban** 244:16,21 248:3 249:15 283:4,5

**banned** 213:19 226:12 282:8,9,14

**banning** 243:19,25 244:7,10

**bans** 244:23 246:11,16 248:23

**bar** 210:19

**Barta** 7:15,16,24 9:22 11:16 15:17 16:9,24 17:3,10,12 48:9,14,18 64:5 65:14,19 72:7 79:9 80:20 85:18 91:3 95:22 96:23 97:1,3,18 98:3,9,14 104:13,20 106:5,23 107:1,20 109:6 117:17 119:4 120:12 121:6 122:8 135:5,9,11 141:25 142:3 151:4,8 155:4 156:5 160:24 161:2 166:18 171:15 173:7 179:7,24 180:3 182:23

185:1 189:25 195:1 198:8 206:4 215:11,15,18,23 217:7 219:15 221:8,25 222:22 223:2,11 224:18 225:1 226:7 231:7 237:15 241:23 245:12 246:2,17 249:1,7 254:17 258:20 259:6 260:4,25 262:6 263:6 264:20 265:2 266:7 269:2 271:12 274:15 275:9 276:17 279:2,7 281:2, 8,13,25 282:25 283:3,8,11,16,20

**based** 11:10 25:7,15 28:15 46:12 81:20 87:18 125:19 133:12 136:5 138:17 167:15 188:7,8 195:11,12 196:14 197:12 207:17 220:4 230:7,8 238:5 242:11,16 244:1 246:12 254:6 257:11 261:25 282:7

**baseline** 154:17 165:3,9

**bases** 261:14

**basically** 193:10 255:21 274:3

**basis** 22:23 23:13 24:2,13 33:13 39:7 136:7 214:2 253:9 262:11,16

**bathroom** 42:18

**battery** 147:1

**Bayesian** 273:13

**be** 8:1,18 13:14 15:6 17:2 18:1,16,18 19:22 20:10,12,15 21:20,23 22:19 23:21 24:20 25:19,20,23 26:21 28:3 30:8,9,11 32:8 33:13 34:14,15 35:22 37:9,10,17 38:4,10,17,21,23 39:2,5, 8,19,22,23 40:8 41:4 42:8 43:7 44:15,19,24 45:17 46:6,16,20 47:10, 14,25 48:4,5,10 49:4,13 53:13 55:5 59:7,9,20,22,25 60:3,13,15 61:22 62:19 63:1 64:21 66:16 67:9,21,22, 25 68:6,23 69:11 70:2,9 71:9,19,23, 25 72:10 74:18 76:6,12,15,21,25 77:21 78:9 80:3,9,17 82:15,20 84:2, 8,13 85:3,18,20,21 86:18,24 87:8, 12,23 88:18 89:10,12,15,18 90:2 95:4 96:9,12,24 98:16,20 99:17 100:25 101:6 103:17 104:8,22 105:11,24 107:5 110:16 111:23 113:3 117:9 118:21 121:17,21 122:2 123:17,21 124:3 125:5,6 127:12 128:25 131:9,24 132:16 133:23 134:16,23 137:13,17 139:3,6,11,14, 15,16,17,21,25 140:4,5,14 141:15 142:1,2 143:5,17 145:20 148:5,17, 23 149:11 151:22 154:10,13,17,23 155:8 158:8,15 161:18,25 162:6 163:13,23 164:7,9,11 165:3,10 166:4 168:9 171:3 172:8,15 173:17

174:4,7 175:7 178:22 181:6 186:16 188:6 190:20 191:25 193:25 196:18 199:8 201:8,25 202:7,22,23 203:20 206:15 209:4,7,18 210:2,19 211:2,4, 19,21,22,23 212:20,25 213:1,19,22, 25 214:2,4,15 215:8,16,20 218:13 220:3,18 228:6,17 229:7,8,19,21,23 230:6,8,16 233:6,23 234:14,18 235:2,15,19,20,23,24 236:2,11,12 237:2 238:24 240:11 242:19,24 243:1,2,9 247:17 248:3,5,14,23 249:19,23 250:3,18 251:4,20 253:5, 12 254:9 258:16 259:15 265:8 266:17,18 267:18 269:8 270:20 273:4,19 275:17 278:4,8 280:21 281:14 283:5

**because** 13:18 18:11 19:15 23:5 27:25 28:7,15 29:10 30:9 36:2 37:16 38:12 41:2,10 42:6 44:10 46:7,11 47:22 48:5 52:7,8,10,22 54:25 57:11 65:12 67:15 70:4 85:1,4 87:8 89:11, 13,17 90:6 91:14 94:17 95:17 96:17 98:18 111:6 121:18 122:20 123:5 124:9 126:23 130:14 137:22 139:25 148:21 155:4 163:19 165:24 166:1 168:12 174:7 182:10 185:22 186:24 189:16 192:2 196:6,8 205:7,9 209:7, 10 210:19 212:15 213:2,6 217:17 218:9 233:7 235:8,9 236:8 251:5,23, 24 252:1 254:3 258:25 259:17 268:20 270:1,12 271:24 278:1 281:11,23

**Beck** 147:19 148:2

**Beckwith** 237:16

**become** 15:8 235:10

**becomes** 48:6 83:14 209:6 234:5

**becoming** 57:20 274:5

**been** 7:20 10:3,22 11:10 12:10,12 25:10,12 26:6,14 31:1 32:22,25 33:9,11,14,21 35:17 37:13 40:20,21, 24 41:2,6 57:2 61:7 68:4 70:4 71:1 75:4 85:15 87:16 100:19 122:21 127:15 132:10 134:12 136:16 138:19 149:5 152:12 153:9 158:10 177:10 178:14 179:3 189:14 192:20 194:9 200:3 207:18,21 208:22 209:17 211:24 216:6 220:2 221:2 223:20 237:22 238:1 239:7 241:15 242:10,18 243:10 250:25 252:20 257:2 259:10 263:11,21,24 265:13 269:9,18 283:16

**before** 8:4 25:13 35:22 37:17 40:3 41:3 48:20 50:18 51:11,21 52:1 54:9,13,18 55:5 59:14,19,24 63:1,4 68:18 71:17 79:21 84:16 95:16 103:9 119:22 132:19 135:6 139:1 154:15 158:4,8 161:10 171:23 175:1,13 180:6 194:1 200:1 203:22 213:15 214:15 239:17 254:7 258:11 259:12 271:25 272:19 274:6

**began** 267:11

**begin** 89:17 155:16 166:7 251:6

**beginning** 56:14 80:16 152:16 204:2

**begins** 59:21 239:23 260:7 282:19, 22

**behalf** 259:14

**behavioral** 227:8,18 228:8,12,14

**behind** 57:13,18 136:10,19 237:13

**being** 7:6 24:15 29:6 46:6 58:17 68:2 80:2 102:18 107:8 111:8 112:14 136:5 149:9 169:18 186:4, 10,13 192:12 211:17 237:10 238:14 241:16,17 245:3 255:25 256:1,2 259:16,18,22 274:9

**beings** 46:2

**believe** 12:5 15:1,15 32:15 54:5 55:9 64:11 66:21,22 73:13,21 76:24 79:8 103:5 109:15 116:13 117:25 118:19 129:25 141:5,9 147:19 152:7 166:25 168:7 190:12,18 195:7 200:23 201:15 204:10 222:15,18 223:5 238:23 248:3 251:9,13 264:14 271:6

**below** 89:6 142:21 168:25

**beneficial** 155:14,21 234:5

**benefit** 83:22 84:10

**benefits** 36:22 38:16 39:8 41:1 43:21 106:20 107:4 129:14 183:12, 16 188:10 207:10 210:9 212:2,8 214:7 215:5 243:17 244:2

**Benioff** 142:17

**besides** 9:14

**best** 8:13,17 19:16 44:13 54:15 61:9 78:7,25 148:2 212:13

**better** 27:12 35:25 44:11 45:5,10 50:17 51:8,9 52:2,4 62:20 71:13 77:18 84:13,23 96:10,19,22 101:22

102:1 111:13 113:17 115:14 120:7 126:18,22,25 129:2 165:2,9,25 166:2,7 168:9 170:20 175:12 181:6 186:16 189:2 195:15 211:4 234:17 235:13 243:7,8,12 273:14

**between** 33:6 44:8 51:25 53:21 54:7 63:24 65:21 66:11 73:5 74:10,15 93:2 98:17 112:4 118:15 126:13 138:21 150:15 160:18,19 161:8 165:4,11 167:4 181:11 190:13 193:8 237:9 240:18 241:1,3,7 256:12,16 266:17 269:10 270:24

**beyond** 177:14 189:7

**bias** 82:22 88:13,19 89:3 158:6 218:11 223:15 225:5

**bibliography** 11:4 14:20

**big** 36:18 92:16,21 165:24 180:19

**bigger** 92:17

**biggest** 211:14 231:21

**binary** 27:18 238:10,22 266:20 269:11

**binge** 159:21 162:9,16,20

**bio** 39:17

**biological** 18:25 19:3,6,12 22:23 23:13 24:2,13 25:8,9 26:9 33:10,13 39:19 40:1 253:9

**biomarker** 22:6

**biopsychosocial** 39:4,10,14 40:10 48:21 235:21 236:3

**bipolar** 43:6 220:15

**birth** 24:8 27:13,14 29:4,5 30:24 35:16 46:13 47:8,20 67:17,21,25 185:9,10,12 230:6 231:1,14,24 232:10 233:2,13 234:3 238:14 249:12,16 264:8 267:9

**birth-assigned** 46:10

**bit** 32:25 33:22 42:8 85:7 91:4 106:2 137:5 159:18 196:25 225:1

**bladder** 181:12

**blocker** 57:4,12,21 58:5 59:9 61:15 84:18 96:19 136:17 138:14 169:5 185:19

**blockers** 34:18 50:10 57:10 58:7, 11,12 59:8,15 60:11,13,15 61:3 66:6,18 67:22 71:8 84:25 86:22 102:9 110:2 118:9 127:6,8 132:20

223:6

**blood** 20:22 38:9,14,18,24 139:12, 24 140:3 214:16

**board** 60:6

**bodies** 234:23

**body** 52:12 58:17 125:19 134:2 135:16 138:12 141:13 166:17 168:19 174:22,24 177:13 181:25 225:21 236:1,17 245:23

**bone** 57:13,15,18 58:5 62:17 136:10,13,19 219:20,21

**bones** 57:12,20

**born** 185:13

**Boston** 142:18

**both** 8:13 19:19 50:9 80:1 110:4 118:7,15 119:12,17,23 124:9 127:3 128:6 143:6,14 154:8 199:20 205:16 228:21 232:14 235:10 240:25 255:12 261:11

**bottom** 55:15 109:7 120:18 143:22 144:25 149:15 173:8 190:22 192:9, 10 193:2,17 199:16 218:9 219:15 265:18 272:3

**boy** 46:11,19,20 47:25 48:2 232:2 236:19 270:25

**boys** 36:11 46:7 232:1 250:12

**brain** 24:15

**brains** 253:11

**Brandt** 15:15

**break** 39:25 48:11,20 85:17,19,25 95:22 96:24 134:24 160:24 179:24 215:12 249:2

**breakfast** 88:17

**breast** 36:23,25 182:14

**brief** 30:14

**bring** 9:22 15:17 31:4 64:5 80:20 141:20 198:9 231:7 237:15 246:2,17 266:7 275:9 276:17 279:2

**bringing** 139:25

**broad** 18:11 34:1 210:18,25 241:13 254:8 257:3 258:5 267:7

**broader** 27:18 253:19 255:14

**Brook** 279:3

**bullied** 34:4 68:2

**bullying** 42:17 54:25

**bunch** 22:7 51:4 83:12

**burden** 133:22 134:1

**but** 7:21 10:25 11:12 15:7 16:23 19:9
20:19 21:22 22:25 23:12 24:8,12,16
25:2 26:15,20 27:15 28:1 29:12 30:3
31:15,16 32:6,13 33:20 36:15,23
39:6,16 40:9 41:17,20 42:10 44:20
46:14,19 47:2,4,13,20 49:1,16,18
50:8 51:8,11 53:6 55:16,18 56:5
57:2,9 58:1 59:12 61:14 64:22 65:11
66:18,24 67:5,24 71:15 73:21 78:14,
16 79:5,7,17 80:4,6,24 82:8,18 83:7,
24 86:24 88:8,19 89:15 90:10,21,25
91:17 93:17 94:2 95:1 96:20 99:23
100:19 101:3 102:22,25 103:25
107:24 109:22 111:22 112:1,8,14
114:4,16 117:23 118:5,21 125:5,7,
20 126:16,24 127:1,6 128:4 129:15
130:22 131:7,23 132:22 133:15
134:24 135:4 136:21 137:17 138:19
139:20 140:3,5 141:12 142:2,15
143:13 145:10,15 147:20,24 148:1,
12 149:11 150:11,23,25 151:1
152:4,7 153:11 158:12 161:16
163:13,18,25 164:11,14 165:13,22
166:8,15 168:2,19 169:8,16,18
171:1,4,6 173:20,25 174:20 175:18,
24 176:10 178:7 180:12,15,24
181:7,24 183:24 184:11 185:11
186:9,17,23 188:3,20 189:6,19
194:4,6,16 195:12 196:25 199:6
200:11 202:3,8,9,18 203:9,12,14
206:14 207:24 208:24 213:17,23
214:23 215:12 217:19 220:5 221:19
222:12 228:7,11 231:11,19 232:25
233:2,9 234:15,19 236:11,23 237:2
238:21 240:7 241:18 242:24 243:8,
12 244:24 246:11,15 247:20,23
248:15 250:8,19 251:4,14 252:7,24
254:10,13,23 255:12 256:4 259:16,
23 260:16 261:14 263:21 264:2
265:6,9 267:7 269:5,8 270:10,23
273:15 274:4 277:23 278:4,7,25
280:6 281:19 282:9

**butchering** 276:18

**by** 7:24 15:22 17:12,24 19:25 22:11
27:8 28:17 32:1,14 39:4 40:1 45:18
46:23 48:18 49:6 50:25 51:19 58:2,
17 62:12 65:1 67:22 69:25 70:7
74:18 75:4 81:25 83:13 86:23 96:5
97:3 101:13 102:11 111:5,23 114:1

115:25 116:14 123:17,23 125:13
131:13 135:11 145:1 148:1 149:25
150:20 152:15 161:2,17 163:12
166:10 167:10,15 168:5,15 173:11
174:16 180:3 181:4 184:17 185:1,25
187:20 199:23 206:12 207:21
209:19 212:5 214:17 215:23 216:18
218:10 219:1,8,13 220:6,23,24
221:15 223:2 229:17 230:10 234:1
239:21 240:18 242:4 247:19,20
248:8 249:7,14 258:13 259:2 261:9
274:21 279:7 281:13 282:4 283:3,14

**byline** 156:14

---

### C

**calculate** 22:10,20 31:23 94:25
195:23

**calculated** 274:15

**calculator** 94:25 114:4 135:3 145:9

**California** 199:4

**call** 44:6 45:8 83:13 85:9 99:17
191:2 216:14 231:11 238:19

**called** 34:17,23 44:16 83:16 114:19
170:25 172:11 195:7,24 245:25
251:9,10

**calling** 83:17,20 95:3 113:14 273:20

**calls** 133:25

**came** 54:17,19,23 55:13 100:22
118:16 122:14 123:18 129:21
136:14 138:8 172:4

**can** 8:10,18 10:2 11:16 13:14 16:9,
16,21 17:10 18:1,16,19 19:2,22
20:7,14 21:4,6,23 22:24 23:2,8,17,
19 24:17 28:18,20 29:23 34:2,5,6,9,
10 35:24 38:11 40:8,18 41:25 45:20,
21 46:2,16 47:11,24 48:23,24 49:4
50:8 53:13 54:15 55:5 56:15 57:25
60:9 61:10,13 65:9,10,14,17 67:4
69:8 71:3 72:4,7 76:21 77:21 79:9
80:13,24 83:1,3,17 84:19,23 85:18,
19,24 90:21 98:3 101:5 104:11,15,
19 105:14,22 106:1,19 107:20
108:23 109:24 114:17 115:9 117:2,
12 119:4 120:11 121:3,25 122:3
124:19,22 126:6,12 127:23 130:25
131:2,3,4,22,24 132:5 136:4,6,10,12
134:22 136:14 137:11 139:24
143:20 144:19 147:16 148:2,6
151:22 153:13 154:10 157:3 159:16

160:24 162:6 165:17 166:10 168:15
170:3,22,23 174:4,11 176:15,19
178:25 179:8 186:7,18 190:7,11
191:12 193:1,16 194:12 195:14
198:5 202:9,24 206:4 209:13 211:6,
21 213:1,15 215:14 217:7,21 221:24
222:10,20 223:10 224:18,25 225:10
226:7 230:3 234:14 235:2,12,20
236:11,22 245:12,13 246:2,17
247:14 249:3 251:17,19 253:5,15
254:23 255:2,11 258:1,11,20 259:5
260:4 261:1,16 262:6 263:6 264:20
265:2,17,24 266:7 267:15 268:16
269:16 270:7 271:8,12,21 272:24
273:4,17 274:1 275:5,6,9,17 278:12
279:2 281:2,5,8,11 283:12

**can't** 9:1 11:12 20:19 24:3 36:4 40:9
44:3 60:17 84:7 86:24 96:17 104:22
105:8 115:8 117:9 124:24 125:13
126:17 127:1 128:23 145:24 149:7
156:1 186:9 194:22 198:5 204:14
230:15 243:5,8 244:16,25 254:13
270:12 279:1

**canal** 180:24 181:13,14

**cancer** 140:7,9

**candidate** 59:7,25

**candidates** 30:17 65:11 89:14
236:9 250:5 257:24

**candy** 164:10

**cannot** 8:23 64:25 96:9 104:22
107:12 126:3 128:10 188:15 218:13
244:17

**capable** 260:20

**capacity** 44:11,18 184:14

**capture** 200:4,8 231:25 241:18
247:8,12 275:19

**captured** 201:25

**care** 13:24 14:4 33:23,24 34:2,10
37:21,24 38:5 39:1 40:4,12 41:7,8
44:4 49:18 61:25 75:25 76:9,12
96:11 99:10 102:2 109:24 116:23
117:8,9,11,14 143:2 149:7,9 178:7
201:22,23 206:10 208:18 209:21
210:9 211:6,15 212:12,24 213:8,15,
19,21,25 221:16 226:12 243:18,20,
25 244:7,10,13,14,16,17,18 245:1,3,
17 247:6,10,12,16 257:22 258:1
277:3,25 278:5,14,20,23,25 279:1
280:19,21 281:16,17,21,22 282:6,8,
10,13 283:4,10

**careful** 61:22

**caregivers** 103:23

**Carlos** 172:6

**carry** 38:13 180:19

**carrying** 120:19

**case** 9:8 10:1,3 14:10 15:13,18,23 16:1,12 21:15 25:18 40:17 41:12,13 44:14,24 45:7 48:4 49:6 59:17 121:22 151:24 188:21 221:18 232:16 235:23 252:21 258:4 259:13

**case-by-case** 39:6 136:7 214:2

**cases** 15:12 38:15 39:6 41:19 49:9 59:10 60:14 189:14 214:22,23,24

**categories** 39:16 162:4

**categorize** 207:17

**category** 160:19

**causal** 63:21 65:4 107:19 125:21 126:6 132:4,5,8 141:14 148:10 150:23 174:21,25 175:24 178:22 188:6,15,22,24 189:8 245:21

**causality** 150:7,11 164:23

**causation** 50:15 51:7 52:10 65:1 68:19 96:3,9 107:13 126:4,9 127:12, 20 128:1,16,23 129:18 130:2,11,14, 21 131:2,11,13,19,20 132:2,4 133:6 141:11,16 148:12 151:1 156:1,4 165:15 168:13,15,18 175:5 176:15, 25 177:10,12,16,18,22,24 178:2,23 179:3,11,15,17 237:25

**causative** 239:9

**cause** 33:8,21 50:6 63:24,25 174:17 257:6

**caused** 51:19 58:17 63:16 148:7

**causes** 32:22 33:1 68:11 125:14 131:14 141:7 166:11 187:14

**caution** 78:21 107:6 178:12 183:5

**cautioned** 77:9

**cautious** 57:9 61:21 62:3,6 95:4

**cautiously** 68:23

**CBT** 228:25

**census** 169:1

**Center** 73:3,4

**centers** 148:23 149:10,12 208:16, 19,24

**centralized** 282:12

**certain** 55:23 56:6 61:8 63:25 74:7 81:18 87:7 131:23,24 148:19

**certainly** 8:17 23:2 26:23 41:20 46:3 49:4 53:12 78:9 79:2 149:10 152:2 164:2 186:23 188:11 213:16 214:11,20 228:21 233:23 242:23 254:10

**certainties** 226:1

**certainty** 108:24 131:2 132:1,22 175:23,25 176:19 177:7 222:6 223:16 224:8 225:6,22 254:5 274:23 275:1

**certificate** 27:14 29:5 185:9,10,12

**CESD-R** 115:13,22

**cetera** 19:11 37:6 101:25 194:11 267:3 269:11

**challenge** 149:14

**chance** 16:6

**change** 22:22 23:2,8,12,20 24:17,23 25:2,5 47:12 64:2 138:1 147:11 149:19 150:1 161:16 184:13 185:10 243:13 252:4 253:15 256:6 264:1 268:22 269:3,16,20,21,24 270:2,4

**changed** 42:16 64:1 162:1 173:23 201:23 232:8 253:2

**changes** 10:22 23:7 24:9 25:3 100:3 137:16 155:16 173:4 220:24 272:22

**changing** 34:7 46:14 255:8,9 266:21 267:2

**chapter** 32:15 261:4,6

**chapters** 32:15

**characteristics** 33:5 36:3 61:9 69:20 144:24 146:8,23 184:4 191:19

**chart** 199:13,18

**Chase** 7:10 9:14,16 120:12 121:3 142:1 160:21 170:23 182:23 281:2, 25

**check** 85:24 146:11 249:3

**Chen** 141:21 142:7 146:6

**chest** 180:14 182:4,8,20 183:6,7,17, 20,24 187:6,14,16,24 188:16 189:3

191:19,24 192:11,15 193:5,11,13, 15,18,24,25 194:23 197:4 198:6 203:18

**Chicago** 142:17

**child** 12:1,15 29:25 34:4 40:18 42:10 44:24 46:15 58:6,10,12 116:3 233:10,20 242:13 248:18 251:19,22 253:6,24 263:18 264:6 272:15

**childhood** 54:24 77:11,22 78:20 79:3 261:21 262:8

**children** 29:22 30:4,12,16 44:13 46:3 53:18 57:5 100:11,13,17,24 101:6 103:1,3,8 105:3 215:25 220:15 221:11 225:15 231:13 233:3, 15 249:17,18,22 250:4,9 251:12 255:16 256:13,17,24 257:10 262:20 263:10 264:12 265:21,22 266:15,17, 24 267:4,25 268:7,8 272:5 279:17, 21

**children's** 142:17,18,19 152:9 190:18 269:20

**children,'** 264:6

**cholesterol** 22:6,9,15

**choose** 123:9 253:12

**chromosomal** 184:12

**chromosomes** 18:15 19:10

**chronologically** 128:18 129:22 176:2 177:25

**circumstance** 60:17 172:19

**circumstances** 40:8

**cis** 140:1

**cisgender** 99:4 100:2,11,13,17,24 101:5,18,20 102:13,17,25 163:13 168:2 172:12,15 182:15 231:25 232:1,2 237:6 250:3,12,13 253:21 260:10,11,19 269:8

**citation** 104:8,14,16 105:1 116:21 245:9 261:25 265:6

**citations** 217:23

**cite** 64:8 72:15 108:3 117:21,23 156:19 157:4 166:21 169:23 174:25 176:2 177:25 190:3 195:4 198:12 204:2,8 231:4 237:18 242:1,3,5 245:4 254:13,23 258:23 260:12 262:22 264:23 265:12 266:10 271:15 275:8 279:8

**cited**  11:4,11 14:19,25 15:16 66:22
77:6 117:24 125:22 156:9 171:18
178:20 205:12,18 245:23 250:1
261:4 263:17,22 264:3 265:7 266:5
276:21

**cites**  218:1 261:14

**citing**  263:2 265:7

**City**  152:9

**claim**  68:10 76:20

**clarification**  8:10 10:9 232:22

**clarify**  28:21 268:25 269:23

**clarifying**  110:5 282:25

**clarity**  46:2,21,23 141:22

**classic**  83:11

**classification**  210:1

**classified**  209:22

**clean**  8:20

**clear**  28:3 33:20 40:19 44:25 45:2,6,
13,16,17,21,24 48:5,7 49:13 63:23
64:21 125:12 137:1 141:15 217:18,
19 265:19

**clearer**  60:9 134:22

**clearly**  217:17

**clerk**  7:18

**clinic**  14:6 45:4 59:6,13,19 60:12
65:23,25 66:22 67:1 76:17 78:11
81:18 88:23 99:11,16,21 100:22
105:4 118:3,17,20 122:15 123:18,24
143:12 152:6 171:24 172:5 185:23
190:17 196:15 235:5 262:15 276:25
277:1 278:15 279:1 282:12

**clinic's**  70:7

**clinical**  13:1,3 21:13 22:17 31:13
32:18 41:11 42:4,5 47:1 55:21 68:24
75:12,14,18 78:16 89:18 121:14
122:11 123:5 136:6 178:10 188:8
230:7 242:17 243:14 254:11 258:5
269:6

**clinically**  29:10 30:25 31:5 67:18
80:1 129:8 161:12 252:3

**clinician**  41:21 133:19

**clinicians**  53:4 178:9 230:23

**Clinico**  172:5

**clinics**  14:6,7 43:22 77:7 142:16,23
143:10,13,16 174:9 177:3 250:7
255:21 262:2,19 282:11

**clitoris**  181:16

**close**  101:19 114:6 144:25 280:14

**closed**  155:2

**closer**  57:3

**closest**  206:14

**clot**  38:18 140:3

**clots**  38:9,14

**clotting**  38:11 139:24 140:4 214:13

**cloud**  48:23

**clouding**  43:7

**Co-founding**  153:25

**co-morbidities**  62:14

**co-morbidity**  62:13

**code**  26:10

**coders**  195:25

**coding**  195:23

**cognitive**  217:13 227:8 228:8,12,14

**Cohen-kettenis**  262:7

**cohort**  64:11,14,15,16,23 65:21
68:15 73:1,7,13,25 74:5 77:1 95:15
99:20 102:6 118:5 142:11 148:12
150:11 151:3,14 171:22 172:25
192:11 199:1,13,17 266:13 268:13,
18 269:5,17

**cohorts**  118:5,6,7

**collaboratively**  142:25

**colleague**  7:17

**colleagues**  211:18

**collect**  242:24

**collected**  82:3 85:8 87:18 157:22
199:23 200:3

**collecting**  247:4

**collection**  87:1 91:23 152:16
157:11 159:5 190:16 241:11 275:20
277:7

**college**  37:18 189:18

**colloquially**  34:17

**column**  75:8,10 91:5 92:6 93:15
95:25 96:8 103:16 107:2 109:7
112:22 113:6 114:25 144:24 153:24
154:16 155:6 161:21,22,23 197:19
218:8 261:17 265:18 267:21 268:17

**columns**  160:12,13,15 161:19

**combination**  18:16

**come**  26:8 35:25 45:4 134:22 135:4
139:12 155:16 179:22 212:7 217:1
221:18 249:11,15 255:16

**comes**  10:17 59:19,24 60:2,12
134:4,10 237:12

**comfortable**  236:16

**coming**  39:16 41:4 60:18 134:2

**comments**  120:19

**commissioned**  221:15

**committee**  32:17

**common**  92:19 182:10 186:6 207:2,
22 208:1 254:10

**commonly**  135:17 188:11 264:2

**communicated**  283:17

**community**  82:13 143:13 158:22
272:2,6

**companies**  208:4

**company**  208:10 209:11

**comparable**  75:17

**compare**  22:14 33:16 51:2 103:12
175:16

**compared**  57:14 97:11,13 99:1
100:8,10 172:11 187:21 188:12
189:3 223:23 281:16

**compares**  119:6

**comparing**  21:20 32:7 99:24
101:13 102:25 106:15 112:3 118:12,
13 156:21 172:20,21

**comparison**  102:23 103:8 150:6

**comparisons**  98:17 118:14

**compelling**  37:10

**compilation**  262:14

**complaint**  9:8

**complement**  205:9

**complete** 10:15 74:15 144:11 266:20,25

**completed** 12:1,3 152:14 196:22

**complex** 251:23 252:25

**complexity** 40:17

**complicated** 38:12 41:19 147:18 148:10 165:19 171:2 249:25

**complication** 193:8 198:20

**complications** 60:8 200:24 201:6, 24

**component** 25:8,9 26:5,9 67:19 165:24 233:14

**comprehensive** 39:3 62:7 148:25

**conceivable** 90:20

**concept** 18:25 19:3,6 24:13 45:22 46:22 47:14 48:19 150:17

**concepts** 19:12 20:19 56:13

**concern** 61:19 86:15 219:25 235:9

**concerned** 195:17 240:15 246:16

**concerning** 240:11

**concerns** 40:23 247:24 248:22 262:21

**conclude** 68:23 156:4 214:7,11 232:12

**concluded** 283:22

**conclusion** 55:15 134:1 166:16 212:7 219:3,7,11,16,24 220:9 225:11 243:25 264:3

**conclusions** 67:11 101:12 107:4 110:16 112:11 125:18 127:24 161:16 162:6 245:21 247:15 265:19 273:4,14 275:17 276:10 278:13,19

**conclusively** 121:23

**concurrently** 65:17

**condition** 22:12,13 25:18 34:23,25 38:9 62:12 78:2,3 81:18 101:10 122:1 123:11 134:5,8,10,12 140:4 206:22 207:23,25 209:9 227:11

**conditions** 25:11 38:21 43:4 48:23 62:9,21 63:1 139:6 206:17,24 208:16 228:1 235:16,24

**conduct** 149:13 203:20 242:20 261:7 265:21

**conducted** 87:9 110:24 199:1 269:14

**conducting** 195:18

**confidence** 133:10 275:3

**confident** 63:4

**confidentiality** 160:22

**confirm** 107:9

**conflicts** 259:25

**conformity** 18:2

**confounders** 196:8

**confounding** 84:15 95:10 153:25 154:7,13 165:4,11,16 196:3 223:15 225:5

**confusion** 47:6

**congruence** 147:9,10 150:15,19,21 155:23 177:5

**connect** 191:3

**connection** 26:18 182:24

**conscious** 20:14

**consecutively** 65:22

**consensus** 241:14 242:11 257:3

**consent** 43:25 44:3,5,8,18,22 174:9

**consequences** 211:20

**Consequently** 154:22 155:7

**consider** 36:8 38:10 108:16 113:16 114:22 123:16,23 129:13 136:7 137:4 171:3,6 206:1 214:22 226:22 251:1 258:10 283:4

**considerable** 232:13

**consideration** 57:25

**considerations** 183:17

**considered** 34:14,19 36:15,16 37:7 40:11 61:18 65:23 96:12 113:4 139:16,18 147:2 168:4 169:9,17 180:15,18 183:7 233:6 275:2

**considering** 30:20 52:25 79:1

**consisted** 99:1

**consistent** 46:24 47:2

**consistently** 51:15 52:13 265:23

**construct** 24:3 270:9

**consult** 10:10

**context** 28:22 67:8 69:18 125:8 178:9 220:13

**contexts** 27:10

**continually** 58:23

**continue** 45:17 66:18 67:2 120:3 127:8 137:8 138:12 196:11,20 215:13 256:20 278:3 280:22 281:17

**continued** 71:14 73:4 103:23 118:10 119:25 149:19 251:15 257:19 268:19

**continues** 36:5 279:24

**continuing** 68:1 268:18 269:25 277:20,22,24 280:18 281:22

**continuity** 201:22

**continuously** 69:17

**continuum** 80:5

**contour** 182:16

**contraindicated** 207:4

**contraindication** 38:8 140:5

**contraindications** 62:25 139:20 140:12,14

**contrast** 261:20

**contribute** 259:11

**contributed** 70:10

**contributes** 26:11 120:24 267:16 274:19

**contributing** 39:20,22,23

**control** 50:20 51:2 52:3 64:18,19, 20,21,24 89:10,12,14 90:17,22,24 91:5 100:13 101:19 102:18,19,20,22 105:8,14 106:3 124:16 125:4 128:10 163:5,8,17 167:22 168:6,8 175:15 176:23 178:6,14 196:2 222:16

**controlled** 38:22 85:1 90:5,9,13 91:16 111:1 139:7 223:23

**controlling** 79:14 111:19 170:19

**controls** 101:20 102:13,17 172:12, 15 272:8

**conversations** 41:24 58:4

**conversion** 163:12 167:25 169:4 229:6 232:19 233:9,18,24,25 234:6 237:22 238:20,21 239:7,9,17,21

240:2,3,12,22 241:2,16 242:2,8,10,
21 248:2,6

**convinced** 132:8

**convincing** 128:5,6 177:12,16,21
178:1,22 179:10,17

**convincingly** 141:11

**copy** 9:25 65:17 72:12 80:23 81:1
98:10,18 190:8

**cords** 61:12

**core** 67:19

**correct** 11:20 15:24 24:13 25:4
28:23 31:7,10 51:18 53:19 63:16
64:22 66:16 67:8,13,14 68:12 69:2,6
73:8,13,18 74:25 75:1,4 76:3,5,19
82:5 85:10,12 86:9,10,19 89:10
91:15,17,20,24 92:2,10 93:10,13,25
94:24 96:3,4,6,7,13 97:15 98:1
99:16 106:3,12,14,18 108:12,15
110:9,11,13,14 111:18 118:19
119:2,7,20 120:10 123:18 124:5
125:7,20 126:4 128:20 129:25
141:18 144:17 153:12 157:9,18,24
160:9 161:18 163:1,3 167:14,17,21
169:10,18 172:3,25 183:14 194:24
197:5,6,25 198:4 199:5 200:7 206:9
216:12 217:24 240:17 241:13
262:24 268:15

**correction** 161:15 187:11

**corrections** 16:7

**correctly** 50:3 63:13 69:1 72:2
177:9 188:14 192:14

**correlate** 193:20

**correlates** 194:6

**cost** 281:4

**cost-effective** 232:13

**Costa** 117:18 127:2 130:9,10 131:11
132:7,17 133:5 218:3 220:8 224:2

**could** 8:19 18:18,20 20:10 23:12
24:20 29:13 38:7 43:7 44:19,24
47:9,10 49:1 50:21 51:5 54:10 59:17
63:4 64:5 70:9 73:20 76:25 77:18
80:9,17 83:9 87:6 91:3 93:2,3
110:16 115:12,21 116:5 120:23
121:4,21 122:19 124:3,15 134:24
139:15 149:11 154:13 169:13
173:12,17 178:22 180:12 198:16
211:1 212:7,11,20 213:1,6 214:6,12
215:2 219:2,6,10 229:8,13,19

230:18 231:7,24 232:17 242:23
243:11 244:5 247:16 253:2,4,11,23
254:7,15,18,24 256:2 258:25 268:22
269:3,20,21,24 270:2,4 271:7 278:3,
8

**couldn't** 115:10 164:8 231:22

**counsel** 7:8

**counseling** 110:8 111:2,12,16,19,
23 112:1 170:11,19

**counselor** 238:12 240:19

**count** 13:18

**countries** 177:2 282:13

**country** 77:5 83:24 185:24

**course** 46:9 60:12 63:5 74:22
254:25

**coverage** 209:14 210:3

**coverages** 209:24

**covered** 43:14 47:3 209:19

**create** 32:19 68:1 82:21,22 87:7
89:21 90:1 181:16

**created** 165:21 166:3

**creates** 24:14 88:8 181:11,13

**creating** 180:24

**creation** 37:14

**crisis** 38:23

**criteria** 21:17,21 29:9 30:4,5,15,19
31:14 32:4,5 34:21 44:17 103:21
185:7 204:22 217:2 224:10 226:3
231:22 250:10,24 255:22 257:15,16
267:10,22 268:6,7,9

**criterion** 185:9 271:3

**critical** 222:1,2

**criticism** 123:4

**cross-sectional** 51:1 63:9,20
79:13 81:6,8,11 96:2,16 97:9,22,24
98:25 126:20 127:17 128:6 156:20
164:21 168:12,14 175:16 205:7,17
223:21 238:4

**cross-sex** 66:2,14,19 74:23 110:3
113:11 114:20 170:15,21 171:8,13
175:2

**crucial** 122:11

**CSH** 66:2

**CSHT** 173:14

**cumulative** 122:16

**current** 12:12 30:18 40:6,7 76:12
107:9 215:10 268:3

**currently** 91:20 159:1 241:21
275:23 282:8

**cutoff** 113:3 177:7

**CV** 10:22 11:18 14:18 54:16

## D

**damaging** 237:8

**dancing** 47:18 48:3

**dangerous** 242:16 248:24

**data** 66:17 67:5 71:14,17 72:4 74:15,
16 75:2 78:5,7,25 79:1,2 81:20 82:2
84:12 85:8 87:1,14,18 91:23 94:20
95:6 111:1 115:24 121:23 144:3,4,
11 147:3 152:16 157:8,11,22 158:16
159:3,5,7 164:12 167:15 175:24
177:2 188:7,21 189:7 190:16,23
191:25 192:1,23 195:10,23 196:9
197:18 199:23 200:3 211:3 238:6
239:24 240:4,17 241:11,18 242:22,
24,25 243:2,6,7,8,10 244:15,24,25
246:25 247:4 254:6 259:4 262:14
273:13 274:6,10 275:15,17,20
277:2,4,6

**database** 272:9

**databases** 216:22,25

**date** 7:4 10:24 88:18

**dates** 283:14

**dating** 103:25

**days** 152:19,22 153:1,5,21

**de** 64:6 72:8,14 77:9 128:19,23
129:22 130:1,2,4,10 131:10 133:4,5
171:16 176:12 177:17,23 179:13
185:18 218:1 220:8,11,18 224:2
225:15 258:9 260:12 261:10 262:1,
18

**death** 148:1

**Debbi** 7:1 224:19 249:4 280:24
283:12,17

**decade** 69:3 71:6,20

**decades** 139:1

**decide** 78:10 133:20 204:18 205:1, 14,20 217:2 236:16

**decided** 66:18

**decision** 36:18 58:20 79:1,5 222:2 239:22

**decisions** 44:19

**declaration** 9:6,17,23,25 10:5,10, 13,15,19 11:2,5,17 14:25 15:6,16 17:13 28:5,7,14,20 49:20,21 51:12 63:7 72:15 79:11 92:2 97:5,19 98:7 117:22 140:19 157:6 166:22 169:23 171:19 178:20 180:4 183:1 187:1 198:13,21 203:23,25 206:7 220:13 226:8 237:19 241:24 243:15 245:15, 24 249:9 252:10 256:12 258:24 260:6 263:8 264:24 265:12 271:9,15 275:13 276:22 277:13

**decreases** 95:12

**deep** 20:18

**deepening** 61:10

**default** 134:5,6,14

**defendants** 7:16

**define** 220:6 233:9

**defined** 28:2 234:1 267:8

**defining** 28:5

**definitely** 89:13

**definition** 18:5,12 21:5 27:21,25 28:3 113:9 153:16 220:17 233:11 253:1,18 264:9,14,16 268:4

**definitions** 21:3 226:5

**definitive** 33:7

**definitively** 204:15

**degree** 195:24 239:24 275:1,3

**degrees** 243:11

**delay** 219:20

**delayed** 119:12,16 130:19

**delivery** 283:19

**delusions** 49:3

**demographic** 54:21 191:18 192:1

**demonstrated** 173:11

**density** 57:13,15,18 62:17 136:10, 13,19 219:21

**depend** 13:25 22:1 28:22 34:11

**dependent** 41:21,22

**depending** 15:4 27:24 222:14 227:6 253:18

**depends** 24:11 40:17 95:8 134:8 135:25 137:10 153:16 185:17 186:22 220:17 221:2

**deponent** 7:7

**deposition** 7:6 8:1,3 9:4,24 15:18, 19,22 16:3,13 64:7 72:9 80:22 98:5 108:2 117:20 142:6 151:7 156:8 166:20 171:17 190:2 195:3 198:11 215:22 221:12 224:20 231:9 237:17 246:4,19 258:22 261:3 264:22 266:9 271:14 275:11 276:20 279:4 283:22

**depressed** 164:9

**depressing** 122:2

**depression** 14:6 43:5 55:22,24,25 56:4 116:6 146:3 147:19,22 148:2,3 149:20 163:25 169:8,16 174:1,19 193:21 194:10 201:2 220:15 225:18 227:13 228:5,7

**depressive** 228:3,8,10

**der** 97:6 98:4

**describe** 17:25 20:11,12 23:2,23 24:6,9,16,20 25:3 26:25 59:17 65:21 74:4 81:5 83:2,3 197:14 207:8 255:2,5,16

**described** 40:19 41:14 49:9 52:24 73:23 81:10 103:19 113:10 123:7 186:25 198:21 212:15 230:23 232:23 257:13 259:3,24 260:1

**describes** 29:2 231:11

**describing** 19:10,17 26:22 32:6 39:16 42:4 229:12 233:2 255:12 270:24 274:3

**description** 23:7,11 48:21 73:13

**descriptors** 27:5

**deserve** 229:21

**design** 96:2,6 107:7 115:10 122:20 123:14 124:15,22,25 164:21 172:1 200:16

**designed** 60:25 61:25 158:8,9 186:9 260:16

**designs** 222:14

**desire** 127:1

**desired** 69:22 79:17 89:15 93:17 163:18 175:17

**desist** 257:5 282:22

**desistance** 232:25 263:9 265:5

**desperate** 138:24

**despite** 122:15 149:16,21 241:16

**detail** 27:5 50:8 191:1,11 217:16 221:20 251:17

**detailed** 15:5,7 277:22,24

**details** 32:12 47:13 85:7 181:18 183:24 194:5 212:12 213:20 280:17

**detect** 53:16 92:6,12,18,23 93:4 94:21 100:3 108:20,22 111:13 112:15,16 151:23 162:5

**detected** 22:12 95:16 114:19

**deteriorate** 129:7

**deteriorating** 129:10

**deterioration** 243:21 244:1,8

**determinant** 26:16 33:13

**determinants** 12:23 33:10

**determination** 65:4 96:3 164:23 214:3

**determine** 21:8 44:17 45:2 71:10 164:13 203:5,6 238:19 255:7

**determines** 142:25 253:11

**determining** 22:16

**detransition** 252:24

**detransitioned** 275:24 276:12,13

**detransitioning** 252:24 276:4,9

**develop** 36:4 42:11 46:1 61:8 75:22 229:13 230:18

**developed** 22:5 34:22 56:9 193:25 194:4 229:9

**developing** 45:22 58:18 90:7 207:10 230:1,12

**development** 34:12 59:7 69:19 103:24 135:22 175:4 176:14 182:12

**developmental** 44:11 256:16

**developmentally** 35:4

**deviation** 152:23

**diabetes** 164:8

**diagnosed** 99:3 100:14,19 279:23

**diagnoses** 29:12,21 32:16 79:4
228:6

**diagnosing** 31:11

**diagnosis** 21:13 29:1,11,19,23
30:10,22 31:17 32:1 49:11 56:6,7
228:7 231:20,21,23 232:8 250:11,25
264:5,11 267:24 268:9 271:4

**diagnostic** 22:3 43:7 63:2 267:23

**Dialectic** 227:18

**dialing** 83:10 273:19

**did** 9:4,7,10 10:7,10 11:7,21,25 12:4
13:5,11,14,22 14:9,12 39:11 42:14
49:18 50:3 55:9 63:13 67:2,12,13
69:1 72:2,3 86:15 88:16,17,20 90:17
92:6 93:17,24 94:4,7,14 97:14 99:19
100:9,10 105:8 106:3 110:22
111:10,13 112:8 115:18 120:1,3
124:12 132:10,17,18,24 133:1 150:2
151:8,13 152:4 155:3 156:22 159:13
160:15 162:3,25 163:5,8,18 164:12,
14 166:2,24 168:6,7 170:14 171:21
178:19 186:1 188:1 189:4 190:6,14
193:4 196:2 197:11 198:15 201:3,5
203:22,23 204:8,18,21,25 205:14,20
220:1 223:22,24 235:10 238:11
239:15,19 240:17,21 241:3 242:4
245:16 250:24 260:9,20 261:6 264:6
266:24 267:22 271:24 274:8 276:24
277:8,18,23 278:15 279:18 280:1

**didn't** 17:17 50:20,23 51:3 52:20
73:16 82:17 92:23 93:3 94:10 99:17
102:2,12 111:5,25 115:4,6,9 126:22
130:4 162:5 164:10 168:2 175:18
178:7,19 186:3,17 187:22 191:6,7,
22 201:1 202:5 204:10 240:7,25
241:7 244:5 250:9 257:14,15 270:13

**die** 138:11

**died** 145:1

**differ** 29:6 271:25

**difference** 53:16 55:12 63:23 74:14
83:2,3 92:6,18,23,25 93:1,5 94:25
108:20,23 109:1,3 112:15,16 154:15
193:11 240:25

**differences** 54:7,11,21 55:16 74:13
76:25 77:4 92:13 95:17 112:18
151:24 152:4 154:3 183:22

**different** 11:1 12:21 17:22 18:3,8,
13,16,19 19:5 20:15 21:3,4,6 22:3,6
24:20 25:23 27:2,10,23 29:3,14,21
30:23 32:16 37:2 38:12 42:6 45:7,15
48:8 52:11 54:22 55:3 56:2,3,4,10,
22 57:8,9 67:17,20,25 74:9 77:5
78:4 79:24 80:8 85:3,4 88:2 93:8,19
95:14 99:23 102:18,22 105:13
109:22 112:6 118:14 119:6 120:22
122:20 126:11 130:18 133:14
134:20 147:17 149:11 159:11
160:12,13 175:2,10 181:17,19,23
182:6 183:17,20 185:8 196:1 200:9
203:12,13 204:21,22,23 205:10
206:2,21 207:12,13,16,17 208:19
210:5 211:3,4 212:7,11,18 215:12
216:16 222:10,14 224:12 226:6
228:11 230:12 231:19,23 232:10
234:14 235:3,19 236:6,11 241:3,7
253:4,6,24 254:15,19,24 255:3,4,5
256:10 259:1 264:7 274:11

**differentiate** 256:16

**differentiating** 236:1

**differently** 27:3,9 42:8 255:17

**difficult** 49:4 87:8,17 180:20 203:20

**difficulties** 69:24 102:16 122:12
281:3

**digit** 83:10 273:19

**dimensions** 17:22,24 18:1,3,5

**direct** 12:17

**direction** 52:14 64:3 131:4 147:11
171:11 177:6

**directly** 24:4 59:22

**dis-** 124:16,22

**disagree** 218:19 219:24

**disagreement** 212:2,5

**disallowed** 124:23 125:1

**disallowing** 124:17 125:3

**discontinue** 281:21

**discriminated** 186:11

**discrimination** 70:3 101:25 145:18
276:2

**discuss** 17:14 122:5 148:21 239:4

**discussed** 43:15 56:13 76:16 96:7
123:1 157:11,17 158:4,20 170:7
176:11 188:2 217:17 218:5 223:22
224:4 238:6 246:14 247:25 250:13
267:19 269:10 273:17

**discusses** 199:11

**discussing** 28:18 98:18,19 102:8
103:15 200:14 248:23 265:4

**discussion** 38:12 57:19 64:9 68:21
103:23 120:4 124:2,14 125:2 129:4
182:25 184:24 213:16,18 223:1
225:2 274:17 280:25

**discussions** 213:20

**disorder** 43:5,6 214:13 227:7,9
228:3,8,10,13 231:16 235:10 236:2
250:10,23 255:23 257:16 264:5,12

**disorders** 12:19 228:11 235:5
267:24

**disqualify** 62:9

**distant** 88:7

**distinction** 23:24 44:7 184:11

**distinguish** 240:17 241:3,7 256:11

**distress** 31:6 53:1 58:17 78:12
121:18,22 159:21 185:15 193:19
230:2

**divergent** 261:12

**diverse** 12:24 249:17

**diversity** 212:16

**divided** 114:1

**DNA** 25:22,23

**do** 8:11,13,17,19 9:4,19 10:13 11:25
12:6,9,14,22 13:3,17 14:17 15:1,20
16:20 17:24 18:2 19:13,25 23:23
24:22 25:5,11,17 27:7,21 29:15
32:2,5 37:20 40:10,14 42:8 45:1,13
46:5,23 48:12 51:9,11,19 52:4,13
55:4,19 58:12,14 61:14 62:12 65:7
68:9 69:13,17 74:6 76:20 77:20
78:10 82:10 84:4,16 85:16 86:25
87:13 93:6 95:4,11 96:25 98:10
99:6,21 101:11,22 104:7 105:3,25
107:2,10,23 108:16 109:18 110:15
112:23 116:11,13,18 117:12 121:1,
24 122:23 123:7,21,22 124:2,18,20
125:2,13 126:8,18,22 127:11,22
128:9,10 130:2,10,15 131:10,13

133:19 134:5 135:3 137:7,23,25
138:4,17 140:17 141:3,5,19 143:3
144:1,6 145:4,10 147:3,24 149:25
150:8 152:20 153:6 154:5,20,25
155:10,18,25 159:8 161:25 162:14
164:24 166:5 167:10 172:13 173:15
174:15,24,25 175:4 176:15 177:9,21
178:1,21 179:10,16 181:5 182:19
184:17 186:9,19,24 187:9,12 192:22
193:13 194:14 196:5,16,24 197:21
199:16 200:19 201:10 202:1,16
206:12 207:7 210:18 211:7,8,10
212:1,5,6,22,23 214:5,6 215:2,12
217:8,14,21 218:13,17,19,21 219:2,
13,22,24 220:5,7,23,24 221:13
222:1,7 223:12,18,25 224:6 225:2,8,
11,23 226:15,20,22 227:1,8,22
229:8,13,17,19 230:11 231:2,5
232:15,17 233:9 234:10,11 235:6,7
236:16,24 237:25 238:16 239:11,15
242:6 243:1,23 245:8 247:8 248:15
249:20 252:14 253:5,22 259:7,22
261:17,24 262:25 263:1,13,15
264:14 265:12,17 266:2 268:1,23
269:4 270:3 273:2,18,21 274:8,18
275:3,6 277:19 278:7,17 279:16,20
280:7,12,19 281:14 283:4

**doctor** 129:11

**doctors** 178:16 209:2 248:22

**document** 215:20 221:9,13,15
222:23 223:3,4 224:14,16

**documents** 9:7,20 11:12 34:8
204:16 216:5 217:16

**does** 15:25 16:2,14 24:22 25:1,5
29:6 31:4,8 32:10 33:1 35:23 40:13
56:20 64:24 70:19 74:1 82:21 89:21,
25 90:1 96:2 103:1 104:1 110:15
112:25 114:5 145:6 149:25 152:24
153:8 161:19 167:6,22 168:8 180:22
182:4 185:2,4 188:23 192:14,22
193:22 240:2 252:14 271:18 273:8
276:10

**doesn't** 18:12 35:12 59:5 75:2 76:6
84:4 85:9 92:25 100:3 101:4 102:23
109:3 115:5,7 139:24 161:16 163:25
169:19 171:13 186:4 188:21 197:11
198:1 253:1 268:24 269:23 276:4
281:19

**doing** 41:23 55:22 95:8 138:16
139:13 158:14 178:15,17 195:20
209:2 212:17,24 234:3 235:20 266:4

**dollars** 208:6

**dolls** 232:3 236:19,20

**don't** 8:9,14 12:7 13:18 16:21 17:1
19:8 29:15 30:12 31:21 32:2,12 41:9
43:16 45:6 46:14 50:20 51:9 52:5
53:3,12 54:3,6 61:22 66:23 68:10
69:18 71:15 72:6 76:24 78:5 79:2,5,
6,8 80:20 81:13 91:8 97:20 100:18
101:22 102:14 103:5 107:24 109:2
112:1 114:3,4 123:20 124:15,21
125:5 127:6 128:14 130:15 142:3
145:9 146:1 148:2 149:8 152:1
157:15 158:20 161:17 162:1 164:11
168:7 178:25 179:7,24 188:4 190:9
191:5,8 192:2 194:4,6 197:10
200:13 201:15 202:8,11 203:3
204:10 206:1 213:23 214:20 215:1
219:1,8 221:19 222:11 230:21
236:25 240:4 241:25 243:12 247:21
250:16 256:9,10 262:22 263:4 265:8
271:23 273:4 274:14,21 278:7,24
280:11,17

**done** 14:24 25:13 26:3,6 32:22
71:10 75:4 87:24 100:1 117:17
132:16 156:5 181:1,8 188:12 198:8
209:8 241:23 248:1 255:19 265:13

**dosage** 154:4

**dosing** 212:13

**double** 182:12

**down** 11:16 16:9 17:11 40:1 69:15
72:7 79:9 91:3 94:5 96:5 105:25
106:2,24 107:20 109:6 119:4 122:6,
8 131:8 151:4 154:16,22 159:16
160:3 170:24 173:7 190:12 191:13
193:1,16 196:20 198:16 206:4
223:11 225:1 226:7 237:12 258:25
260:5 263:6 265:2 273:23

**downside** 83:25 84:7

**Dr** 7:25 9:23,25 17:13 64:8 79:11
108:3 117:22 119:7 142:7 147:16
151:11 156:9,13 166:21 180:5 190:4
215:24 282:6

**dramatic** 240:13

**dramatically** 174:2

**draw** 23:23 101:11 112:11 125:18
126:6 127:23 133:7,11 166:16
174:25 188:24 195:14 245:21
247:14 265:19 276:10

**drawing** 146:19

**drawn** 44:7 76:17 110:16 143:15
162:6

**draws** 139:13 214:16

**dress-up** 232:3

**dresses** 232:3

**drinking** 159:21 162:9,16,21

**drive** 145:19

**dropped** 74:2 75:15 174:2

**drug** 159:22 162:11 163:2 209:17

**drugs** 57:6 59:21 60:3

**DSM** 21:21 29:11,19 32:12

**DSM-5** 31:14,17 32:3,21 264:19

**DSM-BASED** 21:17

**DSM-IV** 231:20 264:11

**due** 38:9 165:15 263:14 271:10

**duly** 7:20

**duration** 118:24 153:4 239:25 240:7

**during** 54:8 73:23 79:18 121:10
145:1 147:25 156:22,24 159:24
267:12

**Dutch** 49:6 55:9 64:12 72:20 101:18
102:4 103:19 104:6 105:4 138:8
262:15 279:10

**dysmorphic** 236:2

**dysphoria** 13:15,22 14:2,8 17:15
21:14 28:8 29:12,17,18,19,22 30:4,6
31:9,11 32:23 33:2,11,20 35:9 37:25
38:4,18 42:25 49:11,17 50:1 51:15
53:25 54:5,8,12 58:11,15 59:1,13
60:12 63:12 67:11,16,24 68:5,25
73:3 77:11,23 78:20 79:4 100:15
129:12,16 137:15 141:1 143:1
146:8,18 147:7,8 163:21 183:4,8
185:5,15,19 186:3,8 187:7,24 189:3
191:20,24 193:5,11,13,15,18,24,25
194:23 204:5 208:22 213:3 216:1
221:11 222:3 225:16,18 226:14,19
228:17,22,24 229:3,9,15,20 230:2,5,
14,25 231:17 232:7 234:18 235:7,25
236:1,14 243:19,22 244:3 249:10
255:23 256:13 261:18 264:17
267:25 268:4,7,10 271:3 279:22

**dysphoric** 68:3 70:1,11 75:21

Index: e.g..evaluating

## E

**e.g** 70:3 140:25 154:4

**each** 32:15 126:1,3 127:23 160:13 175:10 205:9 272:15

**earlier** 18:22 31:16 37:12 40:19 44:23 52:24 55:13 56:15 63:18 76:16 77:25 88:21 92:15 96:7 115:3 116:22 136:7,8,12 137:5 139:8,23 157:12 163:20 170:8 197:24 198:3 212:15 218:6 224:21 235:4 238:6 245:15 246:14 247:3 250:13,23 269:10 273:17 282:16

**earliest** 34:14 136:4

**early** 34:20 35:2 53:22 54:24 59:6 73:23 182:11

**easier** 148:17 252:1

**easily** 20:20 180:12

**Eastern** 7:5

**eating** 12:19 43:5 235:5,8,9

**edition** 29:20 267:24

**educated** 186:5

**education** 42:11 43:11

**effect** 61:15 89:22 103:2 111:8 122:17 155:14,21,24 189:9 221:3 244:24

**effective** 133:23 206:23 227:10,25 230:2 241:16,19 248:9

**effectively** 226:18

**effects** 42:24 43:21 70:20 73:16 90:7 101:12 117:2 125:10 137:14 144:19 150:13 153:14 174:11 217:13 218:12,14,16 219:18 220:20, 23 221:4 229:2,20 242:1,7 244:10, 20 260:21

**efficacy** 134:13

**effort** 234:6 240:18,22

**efforts** 163:12 167:25 169:4 191:2 229:6 233:24,25 237:22 238:21 239:9,17 240:3,6,12 241:2,16 242:2, 8,10,21

**eg** 75:14 239:25

**eight** 136:16

**either** 31:23 36:24 52:16 57:21 59:25 161:12 171:11 201:3,5 276:19

**elect** 278:3 281:16

**elects** 280:22

**element** 50:14 68:24

**elevated** 22:5

**eligibility** 103:20

**eligible** 35:22 38:4 60:11 65:11,24 86:24 96:12 100:25 101:6,13 119:12 130:19 139:3 152:11,14 164:15 172:15

**else** 9:13 10:7,17 11:7 43:6 133:17 159:13 181:25 270:16

**elsewhere** 194:3

**emancipated** 44:14

**embedded** 143:11

**emphasis** 222:15

**emphasize** 68:16 71:15 139:5 150:9 205:16 207:3

**emphasizing** 75:24

**emphatic** 46:24

**employ** 142:23

**encompassed** 33:25

**encouraging** 233:14

**end** 27:25 42:21,22 83:21 102:11 107:3 126:25 152:15 186:1 259:8 271:21 274:14 281:1,4 283:13

**ending** 79:23

**endocrine** 35:6 109:9,20,21,23 136:3,5 169:25 222:18

**endocrinologist** 62:20 138:13 140:16 214:17

**endocrinologists** 57:8,15 58:2

**endocrinology** 172:5

**endogenous** 57:22 58:21 61:4 137:4

**endorsed** 92:14 93:19 94:9,11

**engaged** 41:6

**engagement** 111:2

**England** 177:4

**English** 165:18

**enhanced** 120:24

**enjoy** 236:19

**enjoyed** 47:16

**enough** 59:6 93:4 94:21 114:6 123:11 137:17,20,25 138:1 197:11 213:9 273:21

**enrolled** 11:3 196:22

**entails** 43:18

**enter** 35:1,10

**entered** 173:21

**entire** 35:19 40:24 43:24 113:24 123:10 125:9 143:17 199:12,17 252:23

**environment** 25:25 34:6 173:11

**environmental** 25:16 26:3 33:4,7

**erectile** 181:16

**erroneous** 86:17 161:13

**error** 20:25 21:3,5,20 31:16,19

**especially** 120:8

**essentially** 37:1 123:6 181:12 182:8 233:1,11 256:3

**establish** 65:1 125:14 126:3 141:16 150:7 156:1 166:10 175:12

**established** 32:10 126:9 131:11,13, 14 132:2 175:5 176:16,21 177:10,18 179:4 238:1 253:14

**establishes** 22:24 131:19 174:16

**establishing** 21:11

**estimate** 41:18 74:17

**estrogen** 33:18 36:10 38:10 61:6 135:17 139:23 140:1,9,25

**et** 19:11 37:6 101:25 194:11 267:3 269:11

**et al** 79:13 187:21,25 242:4 258:13 259:3,13,24,25 263:18 267:18

**ethical** 125:6 222:16 242:19

**evaluate** 14:9 128:3 140:11 216:7 217:15

**evaluated** 207:24 218:13

**evaluating** 229:2 235:23

**evaluation** 39:4,11,14,15,18 40:10
41:5,15 60:7 62:8 212:17 214:17
235:21 236:3

**evaluations** 40:14 41:23

**even** 52:21 56:8 92:17 101:25
108:21 115:16 116:15 122:10
128:12 129:7 145:25 158:9 186:15
209:9 239:19 240:11,12,14,15
250:24 251:1 257:1 263:9

**events** 82:9 88:1,6,7,9

**ever** 19:22 41:4 59:22 88:20 89:6,11
131:1 232:23 251:1 254:4

**every** 56:8 90:20 95:11 125:22
175:24 179:22 201:13 204:11,16

**everybody's** 42:5

**everyone** 31:8 164:13

**everything** 130:23 139:13 175:20
186:5 247:25 254:5

**evidence** 128:12 130:13 131:4,5,6
132:4 133:6,13 177:12,16,21,23
178:1,22 179:2,10,14,17 187:13
221:10 222:4 223:13 225:4 241:15
247:9 248:9,10,14 258:4 259:7

**evidence-based** 226:13,17 227:5,
12,18 228:9,13,15

**exact** 29:9 55:20 57:9 79:6 94:25
274:6

**exactly** 18:6 42:6 56:8,16 88:15
199:15 222:12 237:14 244:6

**EXAMINATION** 7:23 282:3 283:2

**examine** 71:24 166:14 171:21

**examined** 7:21 73:7 165:13 217:12
243:10 274:10

**examines** 203:16 265:13

**examining** 150:14 199:23 244:9

**example** 22:4 49:19 55:3 61:10
71:18 83:11 104:3 136:25 176:10
179:20,23 180:13 183:3 236:12
245:18

**examples** 204:13 205:11 252:10
265:7

**Excellence** 221:17

**excellent** 222:11,13

**except** 44:2 219:19

**exceptions** 44:3,14 283:5

**excluded** 86:12 89:16 217:19,20
221:23 279:16,25

**excluding** 159:22

**exhaustive** 265:8

**exhibit** 9:23,24 15:17,19 16:9,10,13
17:11 64:6,7 72:8,9,10 80:21,22
98:4,5 107:21 108:2 117:18,20
141:21 142:6 151:6,7,9 156:6,8
166:19,20 170:3 171:16,17 190:1,2
195:2,3 198:9,11 206:4 215:19,22
221:8,9,12 222:25 224:15,18,20
231:8,9 237:15,17 245:12 246:3,4,
17,19 258:20,22 261:1,3 264:21,22
266:7,9 271:12,14 275:9,11 276:17,
20 279:2,4,6

**existed** 262:19

**existing** 51:13 84:11 243:10

**exome** 33:14

**expect** 41:14 68:5 145:15,19 173:22

**expectations** 234:25

**expected** 67:21 147:12 243:20
244:1,8

**experience** 11:9 13:1,3 24:19 32:19
53:25 54:8,12 121:14 136:6,20,23
145:16 163:20,25 178:10,18 186:3
188:9 201:17 237:11 242:17 258:5
262:18 269:6 276:8 277:2 280:9
281:21

**experienced** 53:19 54:24 55:5,6
163:11 198:20 228:16 249:10
254:11

**experiences** 25:14 31:9 54:22
55:23 56:3 81:24 195:14,15 235:1
271:11

**experiencing** 54:4 101:24 227:6

**experimental** 206:10,12,13 207:6
209:22,23

**experimentation** 207:5

**expert** 10:3 15:11 39:7 133:12
188:18 216:19 226:22

**expertise** 41:11 73:3 242:11

**experts** 10:18 19:9 32:17 216:21
261:11

**explain** 46:12 48:24 154:14 155:20
173:12 206:18

**explained** 110:24

**explaining** 46:18 47:5

**explains** 92:11

**explanation** 21:12 92:22 121:13
154:11 173:18

**explanations** 69:5,11 70:13 120:22
121:9 122:20 124:4,14

**explicitly** 11:11

**exploration** 234:7,12

**exploratory** 45:8 236:5,22 273:24,
25

**explore** 43:16 236:7

**expose** 242:21

**exposed** 167:25 239:17 242:23

**exposure** 154:9,14 238:9

**Exposures** 238:9

**express** 10:16 121:23

**expressing** 35:17 252:4

**extend** 63:2 182:3

**extended** 109:8

**extensive** 70:5 73:11 191:2 269:6

**extenuating** 40:8 172:19

**external** 18:17 19:11 276:1

**extra** 103:6

**extreme** 107:6

**extremely** 198:22

**F**

**faced** 78:17

**facilitate** 116:2

**fact** 47:7 68:3,6 115:25 123:18,24
126:24 129:9,14 167:6 168:8 202:19
221:20 276:3

**factors** 25:16 26:2,3 33:4,7 39:19,
22,23 51:4 70:10 186:24 276:1

**faculty** 12:16

**fair** 281:10

**fairly** 180:19

**Falk** 7:13

**fall** 57:13 80:7 255:14

**falling** 57:17 136:10,19 252:6

**false** 21:19,23 22:2,10,20 31:20,22, 23,24 32:8 250:2

**familial** 154:1

**familiar** 189:13 216:2 221:15 223:3 252:19

**families** 138:24 173:9,21,24 174:5 185:21,22 232:14 233:4

**family** 41:3 42:16 57:19 60:5 70:5, 17 84:17,22,25 138:11 173:11,17,22 189:16 233:23

**far** 62:19 95:1 114:5 189:3

**fashion** 62:3

**fashioning** 181:25

**father** 233:16,21

**favourable** 173:12

**FDA** 34:24 134:18 206:16 207:21,22 208:5,7,8,12 209:1,9,10,17 220:14

**FDA-APPROVED** 206:20

**feel** 42:19 45:6,13 63:4 132:8 234:23 236:16

**feels** 24:20

**fellowship** 12:2,4 13:4

**felt** 18:1 137:19 189:5

**female** 27:15 35:17 47:18 72:24 113:5,11,19 114:17,24 138:12 170:13

**females** 72:25

**feminine** 232:1 252:9

**fertility** 42:23

**few** 8:2 12:25 41:19 56:23 137:18,21 139:1 203:12 211:15 267:19

**fewer** 95:1

**field** 101:21 205:12 213:17 216:19 222:17 241:14 261:11

**fifth** 29:20 267:24

**figure** 119:13,14,23 235:6 236:9,13

**figuring** 208:15 212:20

**filed** 10:1

**fill** 191:15

**filling** 158:1

**final** 157:5 217:4 270:17,20

**finally** 70:6 150:5 193:18 236:15 273:23

**find** 26:8 28:8 109:2 122:3 137:22 152:3 158:23 160:15 162:3 190:7 213:23 214:21 252:22 263:4 281:11

**finding** 69:6 80:23 92:25 113:16,17 117:24 129:11 151:24 169:18 198:22 205:3 278:10

**findings** 104:2,22 107:9 122:16 127:17 148:23 152:1 154:23 155:7

**fine** 48:14 98:14 107:1 221:25

**finish** 12:4 85:16 224:14

**finished** 59:8 96:23

**finishes** 274:2

**first** 7:20 10:2 16:16 34:19,22 42:14 50:13 53:24 54:12,17,19 55:4,6 60:12 61:1 65:10 66:8,24 69:9 70:23 71:6 73:1 94:18 95:25 109:8 119:24 120:5,19,22 121:10 128:18 130:14 135:22 138:5,7 140:22 161:7,21,22, 23 170:4 176:2 200:15,16 208:5 217:11 226:11 231:15 243:16 245:13 267:11

**fit** 127:22

**five** 41:18 46:4 48:12 96:25 111:22, 25 112:8 143:24 179:25 194:19,23 215:15 251:13 268:14

**five-minute** 249:1

**five-year** 257:20

**fix** 186:4

**fixed** 23:15 24:8

**flip** 75:6,7 112:17 119:3 170:3 192:3, 9 193:16 200:13 202:11 217:6,21 222:20 223:10,25 224:15,25 232:17 245:12 259:5 262:6 265:17

**flipping** 173:6 199:11

**flows** 181:15

**fluid** 26:17

**focus** 129:18

**focused** 14:7 28:7 98:20 122:7,12 211:24

**follow** 13:23 48:19 64:17 99:19,21 102:8 111:15 149:8 252:11 268:18 273:21

**follow-up** 70:24,25 71:17,23 72:4 107:7,15 130:7 139:12 145:2,3 202:4,7,14,21,23 238:24,25 257:20 268:19

**followed** 107:8 132:20 145:24,25 220:19 251:12 260:18 266:15 269:18

**following** 23:4 40:6 42:9 72:18 104:6 118:10 140:24 149:7 187:5 205:23 240:8 269:7

**follows** 7:22 277:25

**footnote** 108:4 117:25 156:11 166:22 171:18 176:5,6 183:1 237:18 245:5,25 258:23 260:12 261:4 262:4 266:5,11 271:16 275:12 276:21 279:8

**for** 7:9,12,16 8:10,20 9:4 10:8 12:12, 17,23 13:15,22,25 18:14 19:19 22:5 25:13 26:23 27:12 30:4,5,8,17,19,20 31:2,11,17 32:16,21 33:13 34:15,22, 24 35:8,22 36:10,16 37:25 38:4 41:3,17,20 44:2,18,22 45:18,20 49:25 50:9 51:4,7,14 53:14 54:24 55:21 56:23 57:5,14 58:5 59:7,12,25 60:5,11 61:7 62:20,22 63:5,11 65:24 66:3 68:2 69:5,11,21 70:13 72:20 76:19 77:5 79:14 81:18 82:11,20 83:6,7 84:14,21 85:1 86:2,6 88:16, 17 89:6,21 90:10,13,17,20,22 91:16 92:18,22 95:9,13,18,24 96:2,12,24 97:23 98:9 99:17,23 100:25 101:6 102:8 103:7,22 104:3 105:8,14 106:3 109:8 110:5,22 111:1,11,13, 19 112:6,25 113:10,12 114:7,13,17, 20,21 115:16 116:3,15,20 118:7,9, 24 119:24 121:9 122:2,3,21 123:12, 14 124:7,8,16 128:7,14 129:18 130:13,14 132:4 133:21,25 134:10, 12,13,25 135:1,17,18 136:8,17 137:2,13,18 138:24,25 139:3 140:12 141:1,22 143:20 144:4,12 145:10,25 146:16 150:2,17 152:12,25 153:3 154:11 155:2 158:17 160:8,13,23 161:4 162:4,7,9,12 163:2,5,8,10,17 165:18 167:22 168:6,8,24 169:7,14, 15 170:15,19 171:7 172:15,22 173:18 174:9 175:2,7,11 176:9,11, 24 177:24 179:14,21 180:12,15,18 182:7,20 183:3,8,17,20,23 184:11 185:23 187:6,11,16,18 188:4,12,23

Index: force..further

189:6,22 191:6,7 192:23 196:2,8,21
197:7,13 199:12,14,17,19 201:21
202:6,22 203:17 204:5,20,22,25
205:13,19,24 206:16,21 207:13,21,
23,24 208:3,10,11,15,17 209:8
210:13,14,19,21 211:1,10,21 212:1,
18,24 213:3,25 214:7,10,11 215:5,7,
25 216:1,20 220:14 221:6,16,18
222:2,4 224:18,24 226:14 227:8,9,
10,13,16,18,20,23 228:9,11,13,15
229:9,14 230:1,13 231:22,25 232:6,
14 233:2,6,22 234:4,7,11,14 235:21,
23 236:2,3,9,20 237:1,5 243:21
244:15 245:5 247:13 248:12,25
250:2,5,6,10,14,24 252:1,14,15
255:22,24 257:2,10,15,24 259:18
260:8,9,16 261:14 262:2,7,11,19
263:9 264:3 267:23 268:4,7,8,11,13,
25 270:12 271:3 273:11 276:18
277:20,22,24 279:5 282:24 283:5,
10,11,18

**force** 163:13 168:2 234:2 237:3,6

**forcefulness** 239:25

**Foremost** 69:19

**foresight** 142:15

**forget** 247:20

**forgetting** 88:25

**form** 12:11 13:7 14:3,11 15:3 17:19,
23 18:4,9 19:1,4,14,20,24 20:5,9,17
21:2,10,25 23:10,25 24:10,24 26:12,
19 28:6 29:8 31:18 32:24 37:22
38:1,6 40:5,16 41:16 42:3 44:9 45:3,
23 46:25 48:25 50:7 51:20 52:15
53:11,20 54:2,14 55:8 56:17,21 57:7
58:8 59:4,16,23 60:4,16,24 61:20
62:11,24 63:17 65:2 66:15,20 68:13
69:7 70:22 71:12 73:12,19 74:3
76:2,8,23 77:3,12,24 78:22 79:25
82:7,12,16,23 85:11 86:14,20 87:4,
21 88:10 89:23 90:3,15,19 91:10,12,
21 93:14 94:1,23 95:7 96:14 97:16,
25 99:12,15 100:6,12 101:1,8,15
102:21 103:4,11 104:25 105:6,10,17
106:13,17,21 107:14 108:8,18
109:14 110:10,18 111:17,24 112:12
113:23 114:10,15 115:2,20 116:16
117:5,15 118:18 119:1,19 123:3,19
124:1,6 125:16 126:5,10 127:13,21
128:2,24 129:24 130:3,12 131:12,
16,21 132:6,14 133:8,25 134:7,15
135:20,24 136:2 137:9 138:2,6
139:4,19 140:13 141:8,17 142:13

143:7,19 144:16,21 145:8,14,23
146:10,24 148:9 149:4 151:20
153:15,19 154:12 156:2 157:14,20
158:3,19 159:4,15 163:7 164:1,5,17
166:13 167:9,23 168:11,17 169:11
170:16 171:9 172:9,17,24 173:19
174:6,18 175:6 176:4,17 177:11,15,
19 178:3,24 179:5,12,18 180:11
182:22 183:19 184:6,9,16 185:6,16
186:21 187:15 188:17,25 189:12,23
191:9 193:14 194:8 196:4 197:9
200:6,10 201:14 203:2,19 204:9
205:2 207:15 209:15,25 210:12,17,
24 211:13 212:4,10 214:9 215:6
218:22,25 219:4,12 220:22 221:1,5
224:9 226:2,24 227:2,14,17,21
228:2,20 229:4,10,16,22 230:19
231:18 232:20 233:19 234:9,13
235:18 240:20 241:5,20 242:9 243:4
244:4,11,22 247:1,18 248:4 249:24
251:21 252:18 253:7 254:1,17
255:1,10,18 256:8,15,22 257:7,12,
23 258:3 260:2,15,23 261:8 262:13
263:3 264:10,15,18 265:15 267:1,6,
13,17 268:5 269:22 270:5 271:20
272:11,18 273:6 274:20 276:14
277:11,21 278:6 280:10,13,23
281:18 283:6

**formally** 100:19

**format** 8:6

**formerly** 75:21

**forms** 212:13

**formulations** 38:13 56:22 211:3

**forth** 32:14 138:21

**forthcoming** 274:9

**foster** 233:20

**found** 26:16 33:7 52:17,19 63:9
74:14 79:14 91:14 140:23 152:9
160:7,14 161:6 169:6,14 177:4
229:7 230:6,8 250:12 255:21 258:15
259:10,15

**foundational** 251:18

**four** 35:18 40:20 46:4 119:6 148:22

**framework** 236:25

**Francisco** 7:11 142:18

**fraternal** 25:23

**frequency** 239:25

**frequently** 19:9 92:14 117:23
205:12,18 206:14 234:10 241:17
263:17,22

**Freudian** 20:18

**friendly** 98:15

**friendships** 103:25

**from** 7:11,13,14 10:2 11:18 14:6
16:11,16 18:8 20:15 23:22 24:8
27:13 29:1,4,6 30:23 34:3 49:11
54:16 62:3,10,15 63:22 66:21 67:17,
18,20 71:6 73:14 74:5 75:13,15,23
76:17 77:1,7 79:24 80:3,5,25 82:3
84:5,17,18,24 87:2 88:12 94:8 95:6
97:6 99:5,8,10 101:5 102:9 109:5
110:16 112:10,11 116:7 117:3
118:3,16,19 119:11,23 120:5 122:14
123:10,18 125:8 126:16 127:11
132:25 134:2 137:21 138:8,20
140:14 142:12,16 143:8,12,14,15
146:19 148:1,22 149:9 152:5 153:17
157:8 158:1,14 163:8 168:15,18
171:24 172:4 173:23 177:2 178:21
181:10,25 182:1 183:17 186:6,13
190:17,18,23 194:25 195:15 196:14
201:7 207:1 211:3 213:10 216:8
224:12 225:12,13 232:10 236:1
238:14 239:1 240:22 241:19 246:25
247:4,15 249:3 251:11 258:13 259:1
261:13,18,21 262:15,18 269:6
276:25 277:7 281:25

**front** 9:17 15:25 55:20 65:18 78:7
107:25 141:23 148:3 179:20 192:24
224:10 226:3 263:4 280:11

**frustrated** 90:2

**full** 69:9,10 71:22 82:17 83:24 84:8
125:19 147:1 168:19 174:22,24
189:15 192:24 202:10 213:7 245:23

**fully** 20:7 43:16 274:4

**functioning** 31:1 68:7,9,12 71:25
75:11 120:7,17,21 122:10 132:19
193:21 225:20

**fundamental** 121:22

**fundamentally** 237:12

**funded** 208:18

**further** 17:4 69:15 96:5 106:24
115:23 119:4 120:2,16 122:6 124:13
154:16 173:7 191:13 210:10,15,23
242:6 243:2 265:2 273:23

**Furthermore** 69:25

**future** 58:20 87:14 254:8 256:1,2 276:7

---

**G**

**GAH** 99:4 149:2,22 150:17 152:12 155:14 165:3,4,10,11

**gain** 219:21

**gap** 102:5

**gave** 16:3,15 75:20 86:17 138:13 205:11 252:10

**Gavin** 7:13

**GD** 73:2 99:3 103:22 120:7,20 122:18

**GD/GENDER** 259:10

**gears** 33:22

**gender** 12:18,24 13:15,22 14:2,7 17:15,17,20,21,22 18:1,6,7,21,23,24 19:13,17,22,25 20:3,6,7,11,15,21,23 21:1,9,12,14,22 22:16,18,21,23 23:1,8,12,14,16,19,21 24:1,7,12,15, 22 25:1,5 26:11,18,22,25 27:5,11, 15,18,19,20 28:8,24 29:1,13,17, 18,19,22 30:4,5,23 31:9,11 32:23 33:2,11,19 34:7 35:9,13,15,17 36:1, 11 37:25 38:3,17 40:20 41:1 42:12, 13,25 44:25 45:5,9,10 49:11,17 50:1 51:14 53:25 54:4,5,25 55:13 58:11,15,19 59:1,12 60:11 63:12 65:23 67:11,15,16,20,23,24 68:4,5, 25 69:22,25 70:1,11 72:24,25 73:3 74:24 75:3,21 77:11,23 78:20 79:4 89:7 100:15 111:5 121:15 129:12,16 135:17 136:16 137:1,15 141:1 142:16,25 146:8,17 147:7,8 148:23 150:18,21 152:5 155:23 163:11,20 167:25 169:1,2,3,4 183:3,8 185:5,7, 15,19 186:3,8 187:7 190:17 196:14 204:5 208:21 213:3 216:1 221:11 222:3 225:16,17 226:14,19 228:17, 21,24 229:3,6,9,14,20 230:1,4,14,25 231:15,16,23 232:7,9,18 233:9,17, 24,25 234:8,18,21,24 235:1,7,25 236:1,5,14,15,17,18 237:1,21 240:3, 22 241:15 242:2,8,10 243:19,22 244:3 249:10,16 250:7,10,22 252:5 253:2,5,9,23,24 254:15,20,24 255:2, 4,8,17,20,22,23 256:13 257:15,16 261:18 264:5,11,17 265:23 266:1 267:24 268:4,7,10,21,25 269:7,15,

19,20,23 270:3,10,11,15,22 271:3, 19,22 272:22 279:22

**gender-affirming** 30:11,17,20 33:23,24 34:2,9 36:9,13,17 37:21,24 38:4 39:1 40:4 49:18,24 50:5,10,12, 16 51:13 57:24 60:19 61:6 66:3,11 67:3,6 99:10 102:2,10,14 103:18 109:24 130:7,8 135:13,14,15,19 136:11 137:7 138:4,14,16,25 139:3 140:24 141:6 143:1 144:20 148:7 151:15 152:15 153:14 154:4 156:21, 24 160:17 161:8,10,24 162:23 163:16,19,21 164:13 166:11 167:4, 20 169:24 171:24 172:16,21 174:1, 8,12,16 176:13 180:7,10,13 182:4, 20 183:7 184:2,3 185:3,4,20 187:6, 13,16,19 188:5,16 198:18 199:2 203:18 204:4,12 205:14 206:10 208:18 209:21 210:9,14,21 211:10 212:2,8 214:8 215:4 220:20,25 223:9 224:23 225:16 226:12 228:23 229:8,14,17 233:7 235:22 236:4,10 243:17 245:17 247:6,9,16 250:5 251:2 253:3 257:22,24 258:1 260:21 268:11 277:3,15 278:4 280:19 281:16,17 283:4

**gender-nonconforming** 272:4

**gender-related** 235:9 262:21

**gendered** 49:3

**gene** 33:20

**general** 11:10,22,23 24:12 37:6 75:13 99:5 100:2,22 102:4 105:20 113:1 141:25 145:12 181:7,9,21 186:1,2 215:3

**generalizability** 164:22 167:8

**generalizable** 148:24 154:23 155:8

**generalize** 56:1,7 78:2

**generalized** 55:6 76:21 77:22 104:22 174:4 273:5

**generally** 20:19 25:25 26:21 30:22 33:6 35:9 36:9,15 40:11 42:10 43:19 44:10,20 50:9 56:18 61:17 68:14 73:21 76:12 133:22 148:11 149:5 180:14,18,24 182:16 183:24 185:11 186:6,23 194:7 195:20 196:5 207:7 209:16 214:25 257:21 270:14

**generating** 208:22

**genes** 26:15 33:15,16,18 253:10

**genetic** 25:16 26:2,5,10,14,16 38:9

**genital** 183:18,21

**genitalia** 18:17 19:11

**Genius** 266:4

**gestures** 8:14 83:6

**get** 8:2,7,20 32:10 39:11 51:8 52:20 53:3,4 83:12 101:21 114:3 122:2,3 123:11,13 126:18,21,22,25 127:8 130:10,15,16 134:24 136:13 140:2 153:17 166:2 180:6 186:9 208:4,8, 12 209:1 211:16 224:18 249:3 273:17 281:2,5

**gets** 96:22 101:20 118:8,10

**getting** 20:18 52:21 88:24 122:21 124:4,10,20 125:9 130:20 131:7 176:22 197:1 214:16 280:14

**GICE** 239:24,25 240:2

**girl** 35:16,18 40:21 45:16 46:5,8,11, 20 47:20

**girls** 36:10 46:7,20 111:9,13 115:15 250:13

**give** 8:13 21:5 22:4 30:7 41:17 44:18 49:21 50:23 57:8 58:12 61:10 75:2 85:4 115:8 121:14 123:12 127:4,6 130:4 133:12 137:12 140:20 146:1 179:21 184:14 187:1 204:13

**given** 8:3 16:6 39:9 57:6 60:15 78:6, 24 86:2,22 92:13 102:13 111:3,4 123:11 174:8 183:5 243:16 248:6 267:10 275:6

**gives** 51:5 58:19 113:1 150:23 275:3

**giving** 43:15 58:6,10 59:3 86:19 127:9

**Glad** 156:16

**global** 120:16,20 132:18

**Gnrha** 66:4 86:6 122:18 219:20

**go** 17:4 28:18 32:17 37:18 41:20 43:20 50:8 56:25 57:21,23 58:20,22 59:2,14 60:22,25 61:3 62:2 68:4 81:19 94:5 95:23 104:13,15,19 105:22 106:1 110:22 121:8 135:5 137:3 142:4,15 146:11 148:14 153:20 170:3 180:23 184:23 191:1, 11 193:1 194:2 200:11 202:3 203:24 208:25 209:11 210:4 213:14 214:15 215:21 216:4 217:7 221:8,24 224:17 245:13 249:8 250:16 255:11 261:16

272:13,24 275:4

**goal** 58:15 103:5 236:25

**goes** 63:18 144:4 177:13,14 208:16 245:16 279:18

**going** 8:1 25:20,22 30:9 35:5,12,20, 21 41:4 42:6,18 43:8 46:5 50:23 52:9,23 55:20 56:11 57:13 58:20,21 59:9 60:13 63:8,19 67:24 84:2 85:16,24 87:13,23 88:23 91:13 97:4, 17 98:16,20 99:16 122:1 130:25 131:9 135:12 136:12,21 137:3 138:18,25 141:10,11 142:1 146:11, 17 158:8 161:15 162:14 170:23 175:21 184:22 186:14 189:18 211:16,19,22 213:2,23 214:4,18,20 215:11 216:24,25 217:1,2,3 218:8 224:14 237:2 243:5 250:3 251:4 264:1 270:24 276:5,6 280:20 281:14 282:5

**gold** 21:11,16,21 22:8,14,17,19 23:6 31:13 32:3,7,11

**gonadotropin-releasing** 34:16 56:19 66:5 221:10 222:24 223:7

**gonads** 18:18 19:11

**gone** 43:24 49:16 244:12,23 245:19

**good** 7:10,15,25 17:8 48:10 53:5 71:25 85:20,21,23 96:24 134:23 166:1 210:6 213:2 215:16 222:13 257:9

**got** 51:8 52:4 165:7 179:7 185:19 187:22,23 273:21

**gotten** 31:15

**GR** 70:2 72:1

**grab** 98:18 215:14

**GRADE** 222:6,9,10,15 223:17 224:8,10 225:7 226:1,3

**graded** 87:14

**grant** 266:4

**great** 7:25 9:16 48:12,15 72:14 180:1 221:19 259:6 282:23

**Green** 166:19 242:4 245:4

**group** 25:18 49:7 50:20 52:3 54:16 55:9,22 64:16,18,21,24 72:3 89:10, 12,15 94:8,13,16,17,19 96:19,20 101:16 102:23 103:6 112:10 118:8 119:25 120:2 132:24 138:8 150:6 161:7 163:17 166:1 175:16 178:6,14

193:9 239:18 258:14 265:23 277:25 278:15 280:3

**groups** 49:8 51:2 98:25 100:13 101:19 103:7,12 106:15 112:6 118:12,13,15 119:17 124:9,10,11 130:18 163:15 176:24 240:21 272:3, 6 279:25

**grow** 249:19,23 250:3 251:4,20 256:25

**GSR** 73:5

**guardian** 174:9

**guardians** 36:21 183:11

**guess** 23:4,21 31:4 45:19 46:13 51:11 94:19 125:7 128:4 173:20 251:17 265:10

**guide** 45:12

**guideline** 209:7

**guidelines** 13:23 30:18 37:7,8 38:20 40:7 41:9 60:25 76:13,14 136:3,5 139:5 161:11 215:10 222:19 283:9

**guys** 98:10 283:14

**gymnastics** 47:25


**H**

**had** 10:25 18:22 25:15 26:23 27:15 39:3 40:19 41:13 44:25 47:10,16 48:5 49:9 52:2 55:10 59:11 60:6 62:1,2,17 73:2,22 74:15,16 76:10 79:3,16 81:17 82:9 83:21 86:5 93:12 96:10,19 97:13,23 99:1,24 100:1,15, 21 101:9 106:11 116:1 117:7 127:17 128:5 129:2,12 136:16 137:1,15,17, 20 138:11,15 140:3,7 144:11 147:10,25 151:18 152:12,14 153:9 161:9 164:7 166:1,7 170:10,20 172:18 173:20 178:14 179:2 184:1 185:21 187:23 188:1,2 189:2,15 190:13 191:15 192:24 194:16 195:13 196:22,23 197:4,24 198:2,17 200:3 202:14,19 223:8,20 232:16 238:19 240:15 250:12 252:13 255:23 257:17,20 265:9 266:17,20 267:4 270:1,15 272:15 275:24 276:8 280:3,5 281:3 282:12

**hadn't** 60:6 87:14

**half** 192:16

**hampered** 218:10

**hand** 83:6

**handed** 65:16

**happen** 25:19 57:25 101:2 149:8 254:8

**happened** 81:21 88:15 89:1 239:1 254:7

**happening** 178:8

**happens** 46:8 208:14 244:16 256:19

**happiness** 75:17

**Happy** 16:24

**harassed** 186:10

**harassment** 101:25 145:17 276:1

**hard** 13:18 41:17 61:12 72:12 80:23 98:10,18 111:7 124:7 179:21 190:7 235:2

**harmful** 248:3,10

**harms** 243:18 244:2

**Harper** 7:14

**has** 22:23 23:13 24:1 25:12 26:10 30:2 31:1 32:15,22 35:18,21 37:13 39:15 40:22,25 41:5 42:15 44:18 60:11 64:21 68:10 77:9 84:10 122:21 129:16 133:22 134:17 137:1 141:22 147:19 148:18 168:12 175:10 177:10 179:3,22 182:17 184:1 187:4 189:14 194:9 207:20,23 208:18 209:17 214:13 217:18 222:15 227:9 228:16,17 237:7,25 251:9 252:25 254:7 259:10 263:11 274:4

**hasn't** 41:6 207:24 209:9 241:15 243:10

**hassle** 137:22

**hasten** 232:25

**hats** 12:21

**have** 7:15 8:2,3 9:17 10:22,25 11:10 13:3,20 14:17 15:11 18:12 20:11,25 24:4,12 25:7,22,23,25 26:6,8,14 27:4,19 29:9,12,23 30:22 31:15 32:1,2 33:3,7,10,14,17 35:11,15,17, 24 37:11,17 38:7 39:24 41:10 43:4, 12,17,23 44:11,25 45:6,7,13,21,24 46:2,5,6,15,21 49:2 50:20 51:2 52:10,11 53:4,15 55:1,9,16,20,23,25

56:2,5,6,7 57:19 59:18 61:23 63:9
64:16,24 65:7 70:4,10 71:1,14,15,16
72:12,13,24,25 75:4 76:9 77:14
78:1,5,6,25 79:1 81:18 83:8 84:1,18
86:5,12 87:16 88:11,17 89:5 90:6,8,
25 91:18 93:4,11 97:21 98:10 101:2
102:1,3,12,15 103:9,10 105:1,22
107:23,24 110:19 111:22,25 112:8,
13 114:4 116:7,19,24 120:22 121:20
122:19 123:9,12 126:11 127:14,20
128:14,22 129:2,15 130:2 132:2,9,
13 133:1,5 134:12 137:16,18,19,23
138:20 140:23 141:12 143:11,14
145:9 146:1,13 148:2,4 149:12
151:22 152:1,2 155:1 156:23 158:7,
10,22 160:21 161:15 165:23 175:12,
15,21 176:23 178:7,14 179:2 181:7
182:2,7,12,15 184:8 186:1,18,19,25
187:3 188:4 189:1,13,14,17 192:20,
25 194:3 195:13,22 197:13 200:11
201:12,17,19,22 202:3,4,5,17,20,22
203:12 204:15 208:20,24 209:13
211:24 212:11 213:2 214:12 217:2,5
220:2 222:22,25 223:21,22 224:10,
15 226:3,6 228:21,22,23,25 230:23
232:9 233:15,20,22 234:15,18
235:5,7 236:14,18,25 237:22 239:6,
13 241:8 242:10,16 244:15,18,23,
24,25 245:1 247:24 248:22 249:10,
17 250:20,25 251:7,18,22,23
252:11,20 253:8,23 254:6,15,24
255:16 256:13,18 259:4 262:19
263:4,15,21,23,24 265:6,13 267:8
269:9,18 274:13,14 276:8,11
280:11,17 282:1,21,25 283:12,14,
16,18

**haven't** 26:16 43:14,15 68:3 146:25
213:8 216:6

**having** 7:20 22:5,12,13 42:25 45:19
53:1 58:3 62:1 67:16,18,20 78:12
80:6,17,18,23 88:24 90:4 92:16
103:6 116:7,20 117:23 136:20
178:6,9,17 179:19,20 184:4 185:7,
14 213:7 214:16 273:9 274:15
278:10

**he** 138:10,11

**heading** 259:7

**health** 12:3,17,23 36:19 38:21 39:4,
7,14,17,20 40:22 41:7 42:7 43:4
49:25 50:6,13,17,22 51:16,24 52:2,
17,18,21 53:8 58:5 60:6 62:7 63:4,
11 68:17 71:7 73:22 75:19 76:4,7,9,
11 78:2,3 84:24 87:23 88:3,23 91:8

96:11,18,20,22 102:1,3,12,15
111:14 112:5 115:7 116:2,8,10,14,
24 122:4 124:11 125:15 126:14
127:5,7 129:2,6,10 131:6,15 139:6,9
140:15,24 141:7 142:24 143:6,9,11
145:18 148:8 150:22 163:6,9 165:2,
5,9,12,25 166:2,6,7,12 167:5,22
168:1,3,9 169:25 171:23 174:17
175:13,15 177:5 183:10 186:2,15,
16,20 187:5,14 188:3 189:3,6,16
191:22 194:7 199:21 204:5,13
205:23,25 206:2 210:22 211:5,20
212:17,22 213:10,14 214:14 217:9
218:12 219:19 221:16 222:3 229:7
235:24 237:23 239:6,10 240:23
243:21 244:19 245:1 246:12 248:24

**healthcare** 86:5 89:6 104:4 199:4
200:9 201:21 202:20 248:13

**hear** 21:12 26:17 28:24 36:13 37:5
47:1,2 151:8 155:3 213:9

**heard** 37:13 41:20 81:10 155:5
189:13

**hearing** 195:21

**held** 7:6 182:25 184:24 223:1 274:17
280:25

**help** 35:14 40:13 41:25 45:10,20
185:23 208:21 236:22 237:2 265:24

**helped** 116:9 158:23 228:24,25

**helpful** 17:5 31:3 37:19 83:7 96:15
107:25 189:6 230:13

**helping** 236:7

**helps** 34:25 48:2

**Hembree** 258:21

**Hembrees** 259:1

**her** 35:19 40:20,21 41:1,3 251:11
269:17

**here** 7:11,16 11:7 15:2 29:10 48:10
50:5 71:15 77:2 85:19 87:18,24
100:24 112:25 113:10 127:25 141:6,
20 148:14 161:18 165:25 179:24
197:13 200:15 233:5 240:2 245:4
249:2 262:25 263:16,23 270:23

**herself** 35:18

**hesitate** 254:2

**heterogenous** 18:12

**hey** 46:11

**high** 38:8 88:18 102:15 140:2
149:20 154:18 181:10

**higher** 140:2 145:12,21 280:21
281:15

**highlight** 69:2 108:19 205:6 232:9
276:3

**highlighting** 116:25

**highlights** 85:2

**highly** 103:19 173:10,12

**him** 65:18 141:23 160:23

**his** 138:10 155:3

**historians** 138:20

**historically** 46:14 250:6

**history** 42:13 77:11 169:4 178:18

**hold** 10:13 110:19

**holding** 107:24

**holds** 232:12

**holler** 135:6

**honest** 211:23

**honestly** 27:24

**hope** 123:10 281:11

**Hopefulness** 155:23

**hormonal** 109:11 218:15 279:18
280:1

**hormone** 34:16 56:19 66:5 113:11
140:8,25 141:7 156:24 166:1 215:25
218:12 219:18 223:7

**hormones** 36:9 50:10 57:11,24
59:3,15,22 60:14,15,19,23 61:6
66:2,3,11,14,19 67:3,7 74:24 102:10
110:3 114:20 130:7,16 135:1,14,
15,19 136:12 137:7,16 138:4,14,25
139:3,22 144:20 148:7 151:15
152:15 153:14 156:22 160:18 161:8,
10,24 162:23 163:16,19,22 164:14
166:11 167:5,20 168:10 170:15,21
171:8,13,24 172:16,22 174:1,8,12,
17 175:2,17,18 176:13 184:2 185:3,
20 187:19 188:5 205:14 210:14,22
211:10 212:3,9 214:8 215:4 220:21,
25 223:9 224:23 225:17 253:3
277:16 278:4

**hospital** 11:23,24 13:21 142:17,18,
19 152:9 172:5 190:18 196:14

**hospitalization** 14:5 80:15 92:9,21 139:11 160:2 162:15,18

**hospitals** 14:13

**hosted** 82:8

**hour** 48:9 85:16

**how** 12:9 13:17 18:6,7 19:13 24:5, 11,22 25:5,24 26:7 27:21 28:5,12 29:6 32:1,10 34:25 38:17 40:13,14 41:14 42:15,22 45:1,21 49:9 55:3 56:20 66:23 82:11 84:16 85:2 87:11 95:8 101:19 109:18 112:2 113:19 116:17,18 117:8 118:12 124:10,15, 21 128:3,16 131:8,25 132:16 133:9, 19 137:7 139:23 151:17 158:7 174:24 181:1,5,7 188:2 191:1 193:13 194:3 198:20 199:11 204:18, 25 205:14,20 207:17 211:5,21 212:12 213:21 220:20,24 221:2 227:4 230:21 233:9 234:22 249:1 250:17 252:4 255:7 275:7 280:7 281:8 283:10

**however** 41:12 68:7 71:23 101:23 109:2 150:13 154:17 203:11 259:9

**huge** 102:7 108:22 139:25 273:20

**Hughes** 246:18

**humans** 206:21 207:21

**hundred** 13:19 86:24 100:20 131:1, 23 150:3 175:23 176:21 248:21 252:22 254:4 274:23,25

**hypogonadism** 172:18

**hypothesis** 94:17

**hypothetical** 78:15 125:2 128:4 230:20

---

I

**I'D** 9:22 15:17 16:10 55:16 71:15 73:20 105:22 110:19 117:18 151:9 156:6 166:18 171:15 189:25 192:24 195:1 198:9 202:3 204:15 221:8 237:15 260:25 265:6 276:17

**I'LL** 8:6 29:9 43:11 47:12 49:21 75:9 80:4 85:24 98:18 135:3,6 140:20 187:1 252:2

**I'M** 7:25 10:21 12:15,18 14:12 23:4 24:25 28:8,12,15,17 29:15 45:19 46:4,7,11,19 47:19,20 52:16 53:6 59:18 60:7,10 62:18,25 63:8,23 67:8

68:19 71:3 77:15 83:15 84:12 85:22, 23 87:5 90:25 91:13 96:23 97:18,20 98:20 104:10,11,18 105:21 110:6 114:16 117:23 130:22 132:1 134:1 135:21 139:20 140:21 141:23 144:8 145:15 146:11,20,21 147:20 148:5 155:4 156:5 158:12 159:10 162:13 169:18 170:22,23 174:10 180:17 181:6 184:22 188:18 189:8,13,19 191:10 192:7,14 197:1 198:8 202:18 203:8 204:10 205:3,22 210:5,21 215:11 216:24,25 217:1,2,3 226:10 229:11 236:19,20 243:5 244:23 252:19 270:15 276:19 278:10 279:21 280:15 282:5

**I'VE** 12:12 14:4,24 15:13 17:25 19:9 26:20 27:23 37:13 41:19 81:10 82:17 123:7 189:18 221:18 232:23 254:11 281:11

**i.e.** 193:9

**ICD** 29:1,9,13

**idea** 184:10

**ideally** 125:4

**ideated** 93:23,24

**ideation** 79:17,22 80:7,15 92:19 93:9,11,20 94:12 96:10 147:25 159:12,25 160:8,11,14 162:3 163:4 165:14

**identical** 25:21

**identifiable** 47:13

**identification** 271:19,22

**identified** 26:10,15 33:17,21 91:22 223:21 241:10,22 252:23 257:18 260:19 275:20 276:11

**identifies** 251:19 252:16 256:5

**identify** 7:8 27:16 36:5 43:3 69:5 70:14 91:20 92:1 122:11 159:1,2 168:2 230:5 231:13 233:1,13 234:2 238:13 249:11,15 251:8,15 252:7,17 253:16,17 254:21 257:1,14,19 258:16,18 260:8,10 264:7 275:23

**identifying** 197:15 230:25 231:23 256:20 257:5 258:12 267:11

**identities** 25:19 27:20 55:2 254:15, 25 255:4,13 258:6 266:1 268:22,25 269:3,11,23 270:1,4

**identity** 17:18,20,22 18:6,7,21,24 19:13,18,23 20:1,3,12,15,21,23

21:1,9,12,22 22:16,18,21,23 23:1,8, 12,15,17,19,22 24:1,7,12,16,22 25:1,5 26:4,5,11,18,22,25 27:2,4,6, 11,15,18 29:3 30:23 35:13,15,17 36:1,12 40:20 41:1 42:12,14 45:1,6, 11 54:18,20 55:13 58:19 67:16,20, 24 68:5 72:24 73:1 89:7 135:17 137:2 163:11 167:25 169:1,3,4 185:7 229:6 231:16 232:9,18 233:9, 17,24,25 234:8,16,21 235:1 236:17 237:1,7,21 240:3,22 241:15 242:2,8, 10 250:10,23 252:5 253:2,5,9,11,20, 24 254:20 255:3,9,17,22 257:15,16 261:23 263:11 264:2,5,11 265:20 269:7,16,19,20 270:4,7,10,11,15,19, 22 271:3 272:22 282:19

**identity-based** 169:3

**if** 8:9,19 13:14 15:4,7 16:22,24 18:24 21:7,13,18,22 22:25 23:6,16 25:4 27:14 28:18,19 29:13 34:1 36:4,6, 19,24 38:22 39:3 40:6,18 41:13,17 43:4,17 44:17 46:10 49:10 50:23 52:6,22,25 56:8 57:17 59:8,18 60:6, 7,10,17 61:3 62:17,18 63:19 65:20 67:14,15 68:1,2 70:2 71:18 72:11 74:8,18 76:13 77:15 78:4,8,11,18 83:17 84:17,18 85:19 86:25 87:6 88:16 92:17 93:21 94:5 95:3,23 96:17,18 98:16 101:2 104:13 108:19,21,22 109:2 110:22 111:15 112:8,13,14 113:5 117:10 119:3,21 120:8 121:4,25 122:1,3,10 124:7,24 127:6,10,19 128:4,12,22 129:7,11, 15 130:1,9 132:10 134:4,10,16,22 135:5 136:11,14 137:15 138:11,17 139:8 140:3,7 146:21 147:16 148:14 149:8 152:11,14 158:5 160:23 164:2,7,10 168:21 173:24 177:9 178:4 179:13 181:18 184:1,11 185:2 186:17 190:7,11 191:12 192:14 193:4 194:2,6,9 195:19 197:11,12, 14,17 198:16 200:25 202:2,18,19 203:8,10 204:16 205:25 206:1 208:15 209:4,13,22 210:2,5,21 212:14,20 213:6 220:7,10,13,18 221:6 223:20 227:7 228:16 232:17 233:20 234:1 236:9,13,14 237:5 238:19,24 239:1 240:9,12,15 242:22 245:19 247:20,21 248:1,5 250:8,24 253:19 255:4,21,23 257:1 258:25 259:5 269:19 270:15 272:13,19,21 275:4 276:3 280:12,18

**II** 148:3

Index: illegal..includes

**illegal** 207:4 248:7

**illicit** 159:22 162:11 163:2

**illustrate** 246:15

**illustrative** 179:23

**image** 225:21

**imagine** 40:18 47:9 83:17 89:2
121:25 136:14

**imaging** 20:22 31:12

**immediate** 60:19

**immediately** 130:19 155:15,21

**impact** 26:2 42:23 51:5 71:10 105:9
111:12 123:8 124:8 125:21 126:15
151:15 158:11 169:24 186:10,12,14,
18 188:3 198:6 202:25 204:11
209:23 210:3,21 222:3 225:20 229:5
240:16 272:20

**impacted** 74:18

**impacts** 194:22 209:14 247:16

**impairment** 30:25 67:18

**implants** 56:24,25

**implication** 130:20

**implications** 129:20

**implies** 186:12

**imply** 68:19 104:1 125:5 148:12
171:2 207:20

**importance** 92:16 122:11

**important** 28:3 41:11 55:24 60:21
113:16 119:23 120:14 128:7 176:23
205:9 213:5 221:23 232:21 236:23
247:1,2

**importantly** 122:15

**imprecise** 19:8

**impression** 230:7

**impressive** 174:20

**impressively** 185:25

**improper** 207:3

**improve** 49:25 50:12,23 115:6
120:1,3 122:4 126:24 155:24 186:7
204:4 211:6 225:17,18

**improved** 50:6 51:15 63:11 68:8,10,
11 75:11 96:18 119:17,24 120:20
125:14 126:14 131:15 140:23 141:7

148:7 150:22 166:6,11 174:17
175:15 177:5 194:7

**improvement** 52:17 70:14 93:13
114:9,13 115:19 120:16 121:10
133:2 147:12 149:16 154:11 160:8,
16 162:4,22 169:15 170:14 174:19

**improvements** 113:13 146:3
150:15,16 169:7 178:11 187:5,12,14

**improves** 68:17 127:5

**improving** 51:24 129:10

**in** 7:11,17 9:8,13,17 10:1,3,13,17,19
11:2,4,8 12:6,10,19 13:3,5,22 14:5,
10,17,19,24,25 15:11,13,16,18,22
16:1,3,15,17 18:10 20:25 21:3,4
22:16,25 24:3,15,18 25:10,11,18
26:6,10,13,14,17 27:9,18,23 28:2,5,
16,20 29:10,14,19,22,25 30:4,6 32:6
33:8,18 34:5,24 35:9 36:5,8,21 37:4,
10,15 38:15,20,22 39:6,8,24 40:8,24
41:7 42:19 43:10 44:2,12,17 45:7,16
46:8,22 47:5 48:20 49:8,13,21,24
50:8 51:12 52:14 53:25 54:7,11,24
55:10,12,20,21,22 56:2,3,5,8,13
58:18,25 59:9 60:14,18,23 61:4,24
62:3,6,7 63:7 64:2,8,15,18 65:3,5,18
66:22 67:1 68:6,8,14,20,24 69:3,4,9,
15,20,22,24 70:2,5 71:1,3,16,20,21
72:4,15 73:9,23 74:1,8 75:4,5,8,12,
14 76:17,25 77:4,5,7,15 78:6,11
79:11,12 80:2 81:3,9,16,23,24 82:10
83:12,18,21,24 84:11,21,22 85:3
86:3,5,12,23 87:1,13 88:3,5,15,19
89:1 90:5,7,9,13 91:5,8,15,17 92:2,
5,7,8,24 93:4,20 94:12,13 95:11,25
96:8,16 97:6,18 98:6,23,24 99:11,
19,22,24 100:4,7,23 101:21,23
102:11,18,19 103:5,16,19 104:3,11
105:3,15,20 106:7,8,16,25 107:2,18,
24 108:4,11,12,19,25 109:25 110:8,
25 111:2,3,8,16 112:6,13,18 114:24
115:4,9,10 116:4,23 117:6,12,13,21
118:20,23 119:5,9,13,14,25 120:4,7,
16 121:16,22 122:9,25 124:2,11,13,
20,22,25 125:20,23 126:6,8,24
127:2,22 128:8 129:3,4,8 130:18,23,
25 131:4 132:17 133:14,21 134:4
135:4,22 136:16,24,25 138:1,7,12
141:23,25 142:17,18 143:9,11
144:9,23 146:2,3 147:3,11,22,24
148:3,5 149:9,16 150:13,15,16
151:17,24 152:9,25 153:24 154:3,
15,16 155:6 156:3,7,9,10,19 158:7,
13,20 159:6,19,21 163:14 165:22,25

166:15,22 168:1 169:9,23 170:11
171:11,18,24 172:1 173:9 174:2,19,
20 175:3,20 176:14,20 177:3,6,18,
22 178:2,8,13,18,20 179:2,11,16,17,
19 180:8 181:25 182:1,11 183:1,3,
12,22 185:18,24 187:1,5,14 188:18,
20 189:7 190:4 191:5,14,19 192:2,3,
4,11,24 194:12,17 195:4 197:2
198:12,21 199:16 200:3,21 201:20
202:7,12,23 205:10,12 206:6,10,14,
15,16,21,23,25 207:2,21 208:1,6,20
210:13 211:2,16,19 212:6,19 213:7
216:17,19 217:16 219:21 220:12,13,
15 221:11,19,20,22 222:16 223:13
224:10 225:2,3,15 226:1,3 227:1,25
229:3 230:2,4,22,23,25 231:20
232:6,11,14,22,23 233:4 234:4,10,
19 235:4,13,22 237:18 238:8,14
239:13 240:8,25 241:19,24 242:6,23
243:13 245:3,4,20,25 246:21 247:1,
24 248:7,21 249:13,17 250:6,17
251:16,17 252:10,22,24,25 253:10,
14 254:5,8,11,19 255:3 256:1,2,11
257:14 258:12,23 259:9,23 260:6,
12,17 261:4,6,11,16,20,23 262:2,8,
16,22 263:4,11,15,18,23 264:5,12,
19,23 265:12,13,18 266:5 267:4,25
268:7,10,16 269:14 270:16,23
271:8,15,24 273:20 274:3,24
275:12,25 276:4,6,9,21 277:13
279:1,8,17,21,22 280:11,12 281:12
282:6,8,11,13,18

**in-person** 82:9

**inappropriately** 249:16 263:25

**incentive** 208:3,10

**incentivized** 208:4

**incidence** 202:25 203:6

**incision** 182:10,13

**incisions** 182:13

**include** 27:19 66:17 67:5 86:16
91:25 96:1 101:18 154:1 158:25
164:21 180:16 204:11,19 205:1
217:3 220:1 245:6 266:24 267:11
277:8

**included** 66:13 72:23 74:6,8,9,19
76:4 94:18,19 148:4 161:9 204:16
205:18 220:2 223:13 225:3 241:10
247:22 251:10 266:18 267:4 279:17,
21

**includes** 116:24 124:16 142:24
267:2

**including** 53:14 74:18,19 103:21 141:1 146:8 159:23,24 183:9 187:20 198:19 248:16 266:21

**incomparable** 104:5

**inconclusive** 53:9

**incongruence** 29:1 30:24 259:10

**incongruent** 28:24 29:3 58:18

**incorrect** 218:23 219:5 264:3

**increase** 38:11 127:8 139:24

**increases** 147:13 175:25

**increasing** 122:17 150:18 176:19 177:7

**indefinitely** 57:10

**independent** 12:10 218:15

**Indiana** 7:3,4,14 11:3

**Indianapolis** 7:3

**indicate** 120:6,23 252:15

**indicated** 37:25 39:2,5 50:2 164:3,6 187:8 204:6 215:9 278:2

**indication** 34:24 141:14 208:5,13 209:1

**indistinguishable** 75:13

**individual** 52:6 125:17 188:9 214:10,22

**individually** 126:2,3 141:16 148:6, 16

**individuals** 74:12 87:19 107:8 141:1

**induces** 36:11

**ineligible** 62:22 101:13 139:16,18

**infer** 151:1 168:15 194:25

**inference** 107:19 133:7,11 174:21, 25 188:22,24

**inferences** 63:22 126:6 148:10 188:6,15

**inferring** 168:18

**infinite** 211:1

**influence** 116:6

**information** 15:5,8 88:25 115:8 130:5,6 175:19 191:19 213:8 243:6, 7

**informative** 222:17

**infrequent** 203:21 240:10

**inherent** 149:14 183:5

**inherited** 25:15

**initially** 119:17

**initiates** 35:7

**initiation** 74:23 121:20

**injections** 56:23 137:23

**innate** 25:15

**inpatient** 14:4 162:17

**insight** 153:17

**insistent** 47:2,4

**instance** 18:14 26:23 54:24 84:21 88:16 122:21 175:11 176:11,24 184:12 201:13 227:8 228:12 232:1 236:2,21

**instances** 28:20 240:25 241:19

**instead** 46:7 60:14,20,22 157:4 282:11

**instilling** 237:8

**Institute** 12:16 221:16

**instruments** 147:1

**insulin** 164:9

**insurance** 201:23 209:14,19,23 210:3

**intake** 74:23

**integrated** 11:24 199:4 201:21

**intend** 10:16

**intensity** 240:7

**intensive** 158:15

**intent** 80:6,17 234:1 237:13

**intention** 106:22 233:22 234:1

**intentionally** 41:9 158:11

**interactions** 33:5 144:13

**interdisciplinary** 148:25 183:9

**interest** 44:13 83:6,8 238:10 250:12

**interested** 100:23 211:19 212:19

**interesting** 103:12 127:2 128:4 185:17 210:20 211:2

**interests** 232:2 236:18

**interference** 159:11 184:20 240:13, 16 251:11

**internalized** 239:6

**internet** 167:6 280:16

**interpreted** 270:20

**interruption** 30:14

**Intersexuality** 262:8

**intervention** 30:11 43:18,22 50:21, 24 51:3 57:23 61:23 62:8 65:24 79:18 90:1 109:9,12,21 112:9 116:3 123:5,9 132:11 143:21 163:24 164:2,6 183:13 205:20 218:15 232:6 235:22 236:4 251:2 272:21,22

**interventions** 21:16 30:13,18,21 34:11,13 36:6 40:1,2 41:2 42:12,22, 23 44:12,22 49:25 50:6,12,17 51:23 52:25 60:1 61:1,2 62:2 91:9 109:16, 23 110:15 112:4 116:14 156:23 164:4 169:25 183:3 185:14 186:8, 16,17,19 188:13 204:4,12 207:11,13 213:13 228:23 233:7 236:10 250:6 257:25 258:10 260:18,22 268:12

**interview** 22:17 31:13 42:10 197:16

**interviews** 188:1 195:13,20 197:12 248:13

**into** 20:18 69:22,24 72:1 75:22 134:24 140:1 165:17 191:1,11 209:1 235:2 244:23 256:21 261:21 268:18, 21

**introduce** 16:10 107:21 117:18 151:6,9 156:6 166:18 171:15 189:25 195:1 215:18 260:25

**introduced** 211:17

**introducing** 221:9

**invasive** 36:6 180:19 182:7 183:25

**Inventory** 147:19 148:3

**invest** 208:5

**invested** 208:20

**investigate** 110:25

**investigational** 206:15 207:4,20 209:13,16

**investment** 273:20

**involve** 34:6 49:3 180:22 181:24

182:5

**involved** 14:10 76:10,11 123:24
133:14 144:9 180:23

**involvement** 143:8,14 180:20

**involves** 36:23 56:16,18 88:22
125:3 181:22 182:8,16 209:10

**irreversible** 61:14,17

**is** 7:1,4,5,6,7,10,17,18 8:6,23 9:13,
25 10:19,20 11:5,19 14:18 15:1,12,
14,15,22,23 17:18,20 18:7,10,11,24
19:3,5,6,13,16 20:3,8,22,25 21:7,9,
12,16,21 22:2,14,17,18,21 23:6,8,
15,17,23 24:2,7,13,15 25:7,9,17
26:11,18 27:12,21 28:10,24 29:1,2,
3,4,18,19,20,22 30:3,8,19,22,23
31:4,6,8,11,13,16,21 32:3,12 33:25
34:4,10,24 35:6,20,23 36:16,18
37:14,24 38:8,18,22 39:1,13,14
40:3,7,18 41:7,11,23 42:1,5,16,17
43:13 44:7 45:2,20 46:19 50:15,17,
19 51:17,24 52:9,21 53:5,17,19,22
54:16 55:24 57:20 58:6,10,16,18
59:8,9,10,18 60:10,11,12,17,21
61:10,16,19,21,25 62:6 63:10,23,25
64:2,8,11,12,14,15,16,20 65:5,18
66:7 67:23,24 69:6,23 70:14,15,17,
23 71:5,13 72:14,17 73:6 74:25
75:24,25 76:9,12,18 78:14 79:19,22,
24 80:25 81:3,5,6,8,15,25 82:3 83:1,
4,10,22,25 84:5,6,7,10,11,25 86:9,
15,18,21 87:18,19 88:14 89:2,9,21
90:4,14 91:2,5,11 92:10,19,22
93:13,15,25 94:15,17,20 95:9 96:5,
9,21 97:6,7,9 98:6,10 99:11,14,16,
21 100:7 101:3,4,16 102:11,18
103:19 104:4,9,10,18,24 105:11,18
106:12,15 107:23,24,25 108:3,6,12,
19,24 109:1,12 110:7,8,12 111:16
112:9,19,25 113:2,3,8,9 114:2,12,18
115:1,13,18 116:21,23 117:8,9,21
118:2,4,19,25 119:7,23 120:6,10,14
121:9 122:6,10 123:1,2,22 124:4,23,
25 125:7,9,23 127:2,7,19,22,25
128:11 129:14,22 130:23,24 131:4,
8,19,22,23 132:5,12,22 133:21
134:2,4,5,6,13,24 136:1,8 137:11
141:3,10,20,21 142:7,10 143:1,2,15
144:8 145:12,21 146:4 147:13
148:21 149:13 150:9,12 151:11,14,
19,25 152:5,13 153:17 154:2,7,10
155:13 156:9,13,25 157:9,17 158:21
159:20 160:3,23 161:11 162:7,8,9,
12,18 163:2,16 164:6 165:1,25

166:14,21 167:10,13,15,20 168:4,
21,22,23 169:22,23 170:1,4,5,10,15,
23,25 171:2,18 172:2,20 173:4,17
174:9,19 175:15,21,23 176:2,5,18,
20 177:23,25 178:21,22 179:3
181:1,10,21 182:12,19,20 183:7,14,
24 184:3,10 185:7 186:8 187:18
188:8,11,14,20 190:3,17,24 191:16,
20 192:5,15 193:3,10,18 194:17
195:4,9,10,19,24 197:4,7,15 198:12,
23 199:24,25 200:1,15 201:12 202:2
203:3 204:24 205:9 206:13,16,18,
19,22 207:1,4,6,10,12,18,22 208:2,
14,15,17 209:2,8,13,21 210:11,15,
22,23 211:14,17,19 212:1,12,17
215:24 216:8,9,10,15,16,18,19,21
217:15 218:21,24 219:25 220:9
222:9,10,18,23 223:19 224:16,21,22
225:21,25 227:6,7,18,25 228:7,9,12,
14,16 230:2,3,13,20 231:10,16
232:22 233:11,17,22 234:1,7 235:7,
10 236:5,13,14,24 237:1,5,12,18
238:4 239:4,5 240:9,17 241:25
242:3,6 243:6,7,20,25 244:7,10
245:2,3,6,14,18 246:5,7,9,15,20,23
247:2,5,20 248:6,9,10 249:22
250:19,22 251:9,18 253:8,14 254:5
255:8,9,15,24 256:2 257:6,8,11,21
258:4,23 259:8,13 260:7,14 261:4
262:7,11,15,17,23 263:17 264:13,23
265:1,4,5,10,21 266:5,10,11,12,13,
15,18 267:7 268:8,11,14,19,20
269:7,19 270:3,13,21,24 271:15
272:3,10,17,19 273:1,16,18,25
274:3,4,25 275:2,12,15 276:3,21,25
278:3 279:8,10,23,25 280:3,7,9,18
282:8,9,10,14,19

**isn't** 47:1 90:5 272:20

**isolate** 103:1 117:2

**isolation** 65:3 85:4 107:18 125:21
126:7 156:4 166:15 174:21 245:20

**issue** 147:17 231:21

**issues** 147:3 157:17

**it** 9:9 10:6,8 11:8 13:12,25 16:2,22,
24 17:25 18:3,11,13,14,16,17 20:10,
12,25 21:6,12 22:1 23:2,6,7,13,23
24:4,5,6,9,11 25:3,8 26:21 27:3,17,
18,23 28:2,5,13,15,22 29:2 32:14,20
33:1 34:6,9 35:5,23 38:9 39:2,5,15
40:7,17 41:10,12,24 45:7,17 46:16
47:5,13 48:4,6,7 49:4 51:7 52:19
53:21 54:23 56:18 57:4 59:5,13
60:9,21 66:10 67:19 68:16,22 71:5

72:21,22 74:4,21 75:23 76:13 80:2,
5,17,18 81:5,10 82:8,10 83:16 84:8
85:1,2,6,9,18 87:25 88:2,3,18 89:13,
15,16,17 90:24 91:5,25 93:2,3,21
94:2,6 95:3,8,24 96:5,9 97:11 98:15,
22,24 99:8 100:1 101:4 103:17
104:21 106:8 107:2,24 108:10
109:7,19 110:6,23 113:1,6,21
114:25 115:7,8,24 116:18 117:24
119:5,16 120:19,22 121:11,14
122:2,3 123:18,20,24 125:7 127:2,7
128:18 129:8 130:5 131:17 132:5,8
133:1 134:8,16,19 135:25 136:25
137:2,10,11,13,22 139:24 142:3,22
143:23 144:3,4,15 145:20 147:23
148:17,18 149:25 150:2,5 151:2
152:8,11,17 153:16,24 154:17
155:4,6,12,13 157:2,3,4,22 158:4,
10,15,20 160:6,17,23 163:8,10,23,
25 164:20 165:1 166:5,8 167:1,10,
24 168:2,6,8,12 169:6,14,18,20
170:25 171:2,3,6,11,12,25 173:3,8
175:7,25 176:1,21,22 177:1,3,13,14
178:13 181:2,4,6 182:1,3,16,17
184:14 185:17 186:4,7,9,22 187:3,
10 188:2,8,14 189:5 190:12,16,22
191:13,14,18 192:4,9 193:17 194:5,
9,10,13,16 195:7 196:12,13,21,25
197:18,23 198:1,2,17,18,24 199:1,
11,12 200:8,14 201:3,5,19 202:13
203:12 206:18,21 207:5,20 209:9,
10,18,22 210:19 213:9,10,21 215:20
216:3,7,14,20 217:18 218:9,24
219:16 220:1,3,16 221:2,19,20
222:1,18,25 223:12,20 225:11,25
228:17 230:18 231:11,24 232:11,16,
23 233:2 234:5,14 235:10 237:13,21
238:9,23 239:1,5,13 240:7,17,25
241:19 242:16,19 243:1,12,13
244:17 247:8,12,14,20 248:9,10
251:13,14,17,22 253:2,3 255:6
257:8 258:15 260:7,16 261:12,14,
17,20,21 265:4,6 266:14,15 267:7,
21 268:17,20,24 269:15 270:1
272:1,13,14,25 273:8,10,19,23
274:2 277:6,22,23,24 278:3,7,13
279:1,17 280:18 281:6,9,12,23,24
282:9,14,23 283:11,13,14,16,18

**it'll** 142:2

**it's** 11:23 13:18 17:5,6 19:15 26:13,
20 27:9 28:3 29:14 32:13,19 34:1
36:6 37:16 38:11 39:6,17 40:11
41:11,17,21 44:4,21 45:11,16 46:10,
11 55:3,18 56:5 59:5 61:17 63:5
66:3,22,24 70:24 71:22 77:25 78:24

81:16 90:20,25 92:11 93:18 94:2 96:15 101:11 104:13 108:21 110:21 111:25 112:7 118:4,12 119:9,11 121:25 124:7 127:14 128:3,4 131:7 132:4,8,17 140:1 141:14 142:11 143:8 145:10,15 147:18,20 149:5 151:21 154:8 158:14 163:24 164:2 165:7,8,19 166:7 167:11 168:12 171:1,2,4 172:25 179:21 180:23 182:10,14 186:4 193:2,23,24 195:12 196:8 197:12,17 201:16 203:9,21 206:9,20,23 207:3 208:9 209:20 210:25 213:5 214:24 215:9,19 216:14 217:19 218:23 219:5 221:18 222:17 223:4 224:6,12 227:10 231:19 233:5 236:23 238:5 242:3 245:23 247:1 248:15 249:25 251:4, 10,22 252:1,14,15 254:10 261:13 265:8 270:9 272:21 275:1 278:1 279:15 280:12,19 281:23

**iteration** 82:5

**its** 96:6 114:18 155:25 164:21 200:16 206:14 261:15

**itself** 58:24 65:1 79:21 116:5 125:13 166:10 168:16 174:16 233:17 247:19 272:22

**J**

**Jack** 7:7,19 15:18 16:11 107:24 141:22 156:17

**James** 7:15 16:20 274:13 283:13

**John** 7:18

**Joined** 7:16

**Journal** 177:4 263:18

**just** 8:2 9:13 15:13 16:20,21,23 17:2, 9 19:6 21:22 27:17 28:12,19 29:6,15 34:1 41:13,24 45:12 46:17,21,23 47:3 48:20 49:19 51:7,21 56:25 63:20,23 64:21 65:11,16 67:8 69:17 71:18 72:11 75:9 77:15,20,21 78:14 81:22 83:17 85:15,23 96:18 97:18 98:9,14 99:1 100:21 101:19 102:8, 22 106:16 107:16 109:16 110:2 112:7 115:9 118:10 119:22 121:4 123:14 124:8 125:10,22 126:23 128:22,25 130:15 131:25 132:10 134:21 135:6 136:22 137:22 141:25 142:15,21 144:8 145:25 146:21 149:13 150:2 159:10,17 169:20 170:6 171:11 178:4 179:20 182:8 200:23 210:4,21 213:25 215:14 216:10 220:10 221:23 223:11,22 228:6 232:1,21 236:6,17 240:19 245:15,16,18 246:12,15,25 248:12 255:2 257:13 258:25 259:3,24 260:3 268:25 269:22,24 272:19 274:7 279:5 281:22 282:1 283:9

**K**

**Kaiser** 199:3

**Kaltiala** 225:14

**Kansas** 152:9

**Kappa** 195:24

**keep** 13:18 85:24 128:8 177:7 178:8 195:20 213:5

**Ken** 7:13 258:8 261:10 262:1,18 283:13

**Kessler-6** 159:19

**key** 238:18

**kid** 46:19 47:9,10,15,19 251:1 259:22

**Kidd** 246:1

**kids** 33:6 35:15 52:25 53:3 136:22 232:4 251:4,7 252:3,11 255:20,22 257:14,18 258:16,18 259:18,19,20 264:1 269:17 273:21

**kind** 13:11 24:11 25:15 27:17 30:7 39:15 45:8 55:14 84:16 85:2 127:3 140:7 147:21 149:13 208:14 230:12 232:5 250:20 251:1 252:20 271:1 274:8

**Kingdom** 282:7,8

**knew** 25:14 129:5

**knitting** 47:22,24 48:3 236:19

**know** 8:17 12:9 13:17 16:22 17:6 18:6 19:16 20:20 24:1,18,22 25:5 32:12 42:13 43:13,23 45:5,15,25 46:3,10 47:5,8,25 50:22 51:6 52:1, 19 55:19 57:20,24 59:13 61:14 66:23 67:19 68:17 76:20 79:5,6 84:4,17,23 85:5 86:21,25 87:12,15 96:7 105:1 109:18 117:13 119:16 133:18,20 136:18 138:4 145:18 147:1 156:16,18 158:7 161:25 181:5 182:19 186:6,7 188:8 191:6,8 192:2, 22 193:13 194:6 202:8 203:3 204:16 206:1,20 209:20,21 211:5 212:13,21 219:1,8 220:16 222:11 226:9 230:21 235:6 236:12,19 240:10 243:13 247:21 250:21 253:19 262:25 263:1 270:12,25 271:1,2,6,23 272:20 273:4 274:14,21 276:7 277:19 278:7,22,24 279:1 280:7,12

**knowing** 188:10 205:8

**knowledge** 121:16 194:9 282:7,14

**known** 20:25 31:16,22 35:18 129:8 243:18 254:4 259:4

**knows** 216:19

**Kristina** 251:8 257:17 258:14

**Kuper** 225:14

**L**

**lab** 31:12

**label** 207:22 210:2 232:18

**labeled** 230:9 242:11,16 248:7

**lack** 27:12 74:14 165:15 239:14,23

**lacked** 150:5

**Lane** 7:17

**language** 20:11 23:1,18,22 24:4,6, 8,19 25:2 26:23 27:1,2,3 28:16 46:1 79:6 252:4 253:15 254:19 255:5,8, 11 256:5,6 259:14,25 270:25 271:8

**laptop** 80:24,25

**Lara** 171:16 225:15

**large** 84:19 94:21 108:16 111:8 150:13 196:14 199:4 208:6 250:8 262:14 278:14

**larger** 65:21 95:14

**largest** 84:11 277:1

**last** 19:5 40:15 41:15 56:20,23 57:1, 3 61:18 66:24 93:20 98:17,19 194:17 200:14 220:25 232:11

**lasted** 109:18

**later** 27:2 36:4,5,8 55:14 61:2,12,22, 24 67:4 72:4 132:25 135:3 138:14 191:5 206:18 254:21 259:22 260:8,9 269:8 272:15,23 275:6

**latest** 29:20 37:8

**law** 7:18 44:21

**laws** 211:20

**lawyers** 10:8

**lay** 224:13 226:5 240:19 250:14

**layers** 250:15

**LBTQ** 82:15

**lead** 32:16,17 77:8 243:20 244:1,8 248:24

**leading** 49:8 261:11

**leads** 30:24

**leaner** 213:1

**learned** 27:1 43:10

**least** 14:12 31:2 61:1 62:4 73:23 116:1 139:1 152:12 182:6

**leave** 57:10 135:6

**leaving** 212:23

**lecture** 80:4

**led** 51:7 161:11

**left** 75:8,9 93:15 95:25 129:1 202:19 261:16 272:14 274:16

**left-hand** 109:7 144:24 218:8 265:18 268:17

**legal** 34:6,8 36:21 134:1 174:8 183:11

**legislation** 186:12 211:17 247:24

**legislative** 246:11

**length** 152:18,21,24 153:17 193:7 202:15 212:24

**lengthen** 61:11

**less** 80:12 84:1 92:13 95:5,6 113:3 152:3 153:9 183:24 185:24 203:10 243:7,8

**let** 10:24 13:14 20:2 21:6 58:9 119:9 126:2 133:3 134:3,9,19,21 142:15 152:7 155:4 162:17 163:8 177:20 184:22 211:8 226:9 244:7 251:13 275:17

**let's** 21:19 22:4 24:18 35:15 38:19 40:18 47:15 51:10 56:11 81:17 83:8 85:7 96:25 112:17 128:18 135:2 136:15 139:9 148:16,17 150:4 151:4 190:15 192:3 219:14 223:25 244:7 260:4 266:6 270:17 281:1,6

**lethal** 80:12,13

**letters** 138:21

**level** 22:9,15 84:22 108:24 111:10 128:11 133:10 154:1,18 161:16 175:25 181:10 188:20 222:11 252:21

**levels** 80:8 140:1,2 149:20 226:6

**LGBT** 12:20 167:1

**LGBTQ** 158:17

**licensed** 247:23

**life** 35:19 36:6 40:21 54:22 55:23 75:16 79:23 113:13,18 116:6,10 146:4,9,18 147:5,13,14 149:21 170:20 193:21 200:21 222:4 225:19 252:1 254:25

**life-course** 265:20

**lifelong** 221:4 278:14,20

**lifetime** 79:16 92:7 93:21 94:12,15 159:22 162:11 163:2 165:13

**like** 9:22 12:7 15:17,25 16:10,14,25 17:3 18:1,18 19:10 21:19 22:25 23:6,16 24:3,20 25:13 26:4,16 27:4, 12,20 29:13 32:10 33:5,18 34:7 37:6,15 41:13 44:14 45:6,13 46:4, 17,18 47:2,6,7,9,17,18,20,22,24 48:1 52:18 55:21 60:8 61:6 62:12 63:20 64:18 66:10 67:19 68:14,19 71:5 74:4,21 80:3 81:22 84:16 87:11 88:20 90:5 93:20,21 94:2 95:15 99:8,18 104:21 106:8 108:11 109:19 110:7 112:10 113:6,21 114:25 117:18 121:11 125:8 131:7 132:3,10 140:8 143:23 144:3 148:4 151:9 152:8,11 156:6 157:2 160:7,17,22 161:23 163:10 166:18 167:1,10 169:6,14 171:15,25 173:3 176:1 184:12,17 189:25 190:16,22 191:13, 14,18 192:4 194:16 195:1 197:23 198:1,9 210:18 212:14 215:18 221:8 222:11 230:15 232:2,4 234:11 235:25 236:18 237:15 243:11 247:22 248:23 250:12 252:9,21 254:6 258:8 259:12 260:25 265:4,7 266:15 267:8 269:10,11 270:24 272:1,13 273:18,22 276:17 277:6 283:9

**liked** 232:2

**likelihood** 259:11 263:10

**likely** 33:1 55:1 62:4 83:23 86:21 96:12 132:4,5 152:3 165:3,10 168:9 172:18 174:7 176:16 177:10 179:3 203:10 225:17 239:7 245:6 250:11 258:17 259:17 269:8 280:20

**likes** 33:4 48:3 236:20

**likewise** 140:23

**limbed** 121:23

**limit** 110:16 167:7

**limitation** 50:19 130:17 148:21 149:3 164:20 239:4 272:25

**limitations** 52:11 96:1 103:15 122:6,10 123:1 126:12 141:12 148:14,16,19 157:11 164:19,20 175:11 200:15 205:10 239:4 256:23 257:2 272:25

**limited** 70:4 89:4,8 96:5 115:24 116:14 123:17,23

**limits** 150:6 164:22 167:10

**line** 55:15 130:23 178:21

**lines** 181:12 222:13 252:13

**linked** 51:15,19 52:7,13 156:23 229:7 237:22,25

**linking** 53:7

**liposuction** 36:25 182:8

**list** 13:12 82:17 90:21 91:8 121:12 146:13 180:12 187:20 265:6,8 279:24

**listed** 11:7 89:6 127:25 168:25 189:1

**listing** 121:11 176:10 279:16

**lists** 93:7 194:13

**literally** 39:17

**literature** 17:25 18:11 32:18 50:8 52:12 108:25 125:19 128:3 138:8,20 166:17 168:20 174:22,24 175:4 176:15 177:13,14 188:18,19,20,23 189:8,10 194:25 203:16 204:3,8,14, 18 205:15 207:9,13,24 209:3 215:3 216:18,20 229:25 230:11,17 232:24 245:23 247:2 249:25 252:15,19 253:14,22 256:4 261:9,13 280:8

**little** 8:18 33:22 42:8 45:19 56:25 85:7,19 91:3 94:19 104:11 106:24 147:18 159:18 223:11 225:1

Index: live..marijuana

**live**  56:3 77:5 101:23 138:12 185:24
252:1

**lives**  24:3 254:16

**living**  40:21 136:16

**logically**  47:23

**logistic**  98:9

**long**  12:9 13:12 40:13,14 41:12
56:20 72:17 83:20 102:9 109:18
110:21 137:2,7 158:5,14 178:17
213:3,6,14 216:5 220:20,24 221:2
272:21 280:7 282:12

**long-acting**  56:23

**long-term**  70:20 71:23 106:19
107:4,6 153:14,16 202:24,25 203:3
218:11 219:18 220:6,17

**longer**  10:20 41:20 58:4 71:9 72:18
85:19 92:1 130:6 136:9 251:25
252:16 271:10

**longest**  70:24,25 194:19 198:2
262:19

**longitudinal**  50:14 52:19 63:9,21
64:11,14,15,22,23 68:15 95:15
96:16,20 108:6 118:2,4 126:12,23
127:15 128:5 142:11 148:12 150:11
151:2,14 169:24 171:22 172:25
205:7,17

**Loo**  275:10

**look**  10:24 15:25 16:14 21:18 29:9
32:4 33:11,15 39:19,21,23 42:6
51:22 52:12 54:15 63:19 65:9,20
67:14 73:16,20 80:24 85:5 87:25
94:5 96:15 102:5 105:24 110:19
112:17 119:21 141:13,19 150:11
151:13 163:22 164:12 165:19 166:8,
16,24 168:3,21 190:6 191:10,12
192:1,25 193:3,4,25 194:12,24
197:13 198:15 202:3,17 204:15
205:23 215:2 220:5 230:15 234:11
240:21 243:11 246:12 250:8,16
251:16 265:6 266:6 269:9 270:17
276:24 278:11 282:5

**looked**  25:10 33:3 54:17 55:10 66:8
70:25 71:6 91:18,19 95:15 97:11
109:11 132:23,25 138:20 144:15,17
151:15 159:11 166:5 167:3,24 170:7
171:22 172:1 190:11 197:23 203:9,
11 208:17 210:7 224:16 244:13
247:3 251:7 257:18 258:14 262:11
268:13 272:23

**looking**  22:11 28:14 33:9 72:11 73:6
74:20 77:21 81:15,21 87:9,22 93:6,
15,21 95:6 97:4,19 98:11 100:7
102:25 108:10 110:6 112:3 113:5
114:24 119:8 123:8 124:10 133:14
140:19 141:23 142:1,21 143:20
149:6 152:10,17 154:14 159:10
160:6,10 161:3 162:2 163:4,15
164:19 170:22 171:25 173:2 174:23
176:6,12 178:4 179:13 180:4 196:9,
10,11 198:17 199:19 200:2,23 202:8,11
204:11 209:2 220:8,10 221:23 229:5
230:22 238:18 239:16,18 243:15
244:20 246:23 247:3 259:19 263:7
266:14 267:15 272:19,20,21 278:18

**looks**  66:10 71:5 74:4,21 81:8 92:3
93:21 94:2,6 99:8 106:8,14 108:11
109:19 110:7 113:6,21 114:25 119:5
121:11 127:3 143:23 144:3 152:8,11
160:6,17 163:10 167:1 169:6,14
171:25 172:3 173:3 176:1 190:16,22
191:13,14,18 192:4 194:16 196:12
197:23 198:1 203:14 220:11 265:4,6
266:14 267:7 272:1,13 277:6 279:10

**Los**  142:19 190:19

**lose**  69:18

**lost**  182:23 199:15 281:11

**lot**  12:21 42:11 43:11 46:14 61:24
84:13 188:8 208:6,10,11,19 209:7,
11 210:7 211:16,18,24 212:22 216:4
221:21 237:8 250:15 253:4

**lots**  95:9

**loud**  45:13

**low**  62:5,17 111:6 112:13 149:20
198:22 222:5,13 223:16 224:7
225:6,22 226:1 261:20

**lower**  38:13 79:16 89:3 156:25
159:7,18 167:19 187:23

**lucky**  127:14

**Ludvigsson**  215:19

**lunch**  134:23 135:10

**lurasidone**  220:14

**Lurie**  142:16

—————————————

**M**

—————————————

**M.D.**  7:7,19

**M=349**  152:19

**Macarthur**  266:3

**made**  28:19 107:5 212:25 217:15
269:13

**magnifying**  58:23

**main**  26:8

**mainstream**  213:18,24

**maintain**  71:25

**major**  129:1,11 132:9 228:3,8,9
242:20 248:8,16,20

**majority**  36:14 83:18 115:25 249:14
250:2 251:14 261:22

**make**  16:7 34:3 38:25 47:11,13
51:11 58:20 59:5 60:9 63:21 65:4
78:25 83:9 98:15 107:18 118:15
123:4 139:13 142:4,16 144:8 145:6
148:17 152:7 174:21 182:13 186:4,
15,22 213:1,14 214:2 238:13 240:8,
14,25 244:17 266:20,24 269:24
273:14

**makes**  54:25 59:13 112:9 131:17
258:18 273:10

**makeup**  184:12

**making**  79:4 98:15,16 116:22
150:12 222:2 283:9

**male**  27:14 35:16,20,21 46:10 47:19
72:25 113:6,11,20 114:17,24 137:20
170:13 182:15 233:15 236:17

**males**  72:24

**man**  26:24

**management**  68:24

**manifest**  155:17

**manipulate**  87:16

**manual**  32:13,19 199:13,18 232:22
267:23

**many**  13:17 18:19 32:1 36:3 38:15
41:10,14 45:18 57:14 71:16 73:20
82:9 87:11 95:1 111:9 113:19
118:14 131:8 133:13 136:17 148:3
151:17 158:11 174:24 178:18
186:19,23 198:20 203:11 207:16
217:19 220:4 228:11 245:5,18
246:13 249:18 251:3,5 256:25
257:3,13 259:19,23 271:9 276:8

**marijuana**  159:22

**mark** 48:10

**marked** 9:24 15:19 16:13 64:7 72:9
80:22 98:5 108:2 117:20 142:6
151:7 156:8 166:20 171:17 190:2
195:3 198:11 215:22 221:12 224:20
231:9 237:17 246:4,19 258:22 261:3
264:22 266:9 271:14 275:11 276:20
279:4

**markers** 34:7

**market** 208:9

**marketed** 57:1

**masculine** 138:9 170:18 182:17
184:18,19 187:6,17 252:8 254:21

**masculinization** 137:20,25

**masculinizing** 36:17 180:13
190:14 198:18 205:23

**Massachusetts** 11:21,23

**mastectomy** 199:3,6

**master's** 12:3

**match** 35:12

**material** 42:1 215:12

**materials** 11:4

**maternal** 33:4

**math** 114:3 135:3 138:17 145:10

**mathematical** 196:7

**matter** 44:20 137:11 215:3

**matters** 8:2

**maturation** 219:20

**mature** 44:15

**maturity** 122:22

**maximum** 153:17

**may** 7:4 10:25 11:10 15:8 18:14
28:22 31:15 35:16 38:10 39:1,2,5,
19,22,23,25 44:15,25 54:5 68:23
69:11 70:1,4,10 85:18 88:8,15 90:2
116:3 120:22 121:20 147:8 148:5,23
150:17 154:1,23 155:8 161:18
186:16 193:19 194:3 201:8,12,17,
18,22 209:7 225:18 227:8 236:15
239:6 250:25 252:7 253:16 254:21
269:9 271:22,23

**maybe** 13:19 23:4 26:24 40:24
41:18 45:20 47:9,10 50:22 51:10

56:4 60:9 87:11 110:20 133:3
134:23 148:16 157:4 181:5 189:18
192:9 193:1 194:2 210:4 213:5,9
220:4 236:13 251:18 253:19 281:8

**Mclean** 11:23 13:21

**MCS** 196:23 197:19

**me** 7:12,17 8:20 10:24 13:14 17:3
20:2 21:6 40:13 41:25 45:20 47:21
48:2 56:16 58:9 69:8 83:3 95:24
107:25 119:10 124:7 125:12 126:2
133:3 134:3,9,19,21 135:1 137:12
142:15 148:3 152:7 155:4 162:17
163:8 165:18 176:5 177:20 179:20,
21 181:2 184:22 192:24 211:9
217:15,19 224:11 226:4,9 228:3
244:7 251:14 254:13,23 263:4
274:23 275:17 280:11 282:24
283:11

**mean** 15:20 16:21 17:1,24 18:20
19:25 27:8,11,17 29:25 30:2 31:8
34:2,9 51:19 52:13 55:18 58:13
62:12 73:20 74:1 81:25 92:25 93:3
101:3 105:2 106:10,11 115:6 131:13
137:25 147:8 149:18,25 150:1
152:24 159:9 164:6 167:10 169:19
176:9 184:11,17 185:12 192:10
193:5,22 203:4,14 206:12 210:18,25
212:5 219:1,8,13 220:6,11,23
227:22 229:17 237:25 253:1,2,4,20
263:24 270:9 272:23 273:8 274:21
276:5 280:5 281:19

**meaning** 121:21 195:11

**meaningful** 84:3

**meaningfully** 271:23,24

**meanings** 224:12,13

**means** 36:9 63:25 66:2 74:2 81:17
102:22 150:2 169:20 193:23 207:22
250:21 273:7

**meant** 15:6 117:9 135:16 166:14
200:16 204:13 246:9,15 265:8
282:20,21

**measure** 33:12 107:7 115:19,21
122:13 146:7,17,22 147:14 159:14,
20 166:14 187:23 191:22,24 200:17

**measured** 165:5,12 173:3 191:18
193:13 280:12

**measures** 148:4 159:23 193:20
199:12

**measuring** 22:9 200:21

**mechanism** 155:20

**mechanisms** 87:1 157:25 158:13

**media** 189:19

**median** 152:22,24 153:21 202:14,23
203:15,17 280:7,8

**medical** 11:18 21:15 29:11 30:11,
17,20 34:9,11,13 36:20 37:21,24
38:5,7 39:1,7 40:4,6,7 41:2,25 42:21
43:18,20,22 44:3,12,19,22 49:18,25
50:5,12,17 51:14 60:8 62:12,14
65:24 73:4 80:14 81:19,20 89:25
92:4 102:2 116:2,5,8 122:1 123:8
139:17 140:11,12,14 142:24 143:2,
6,9,21 161:11 164:2 180:20 183:9
189:16 204:4,12 206:10,17 207:7,
11,13 208:16,19,24 209:2,6,21
210:9 211:23 213:11,12 226:12
228:23 233:7 235:22 236:4,10
243:18 245:17 247:6,9,23 248:8,16,
17,20 250:5 251:2 253:3 257:25
260:22 268:12 277:3

**medically** 37:24 39:2,5 50:1 164:6,
14 187:7 204:6 215:9 278:1

**medication** 35:6,22 58:22 71:17
89:2,21 90:11 101:10 110:12 129:13
134:17 137:5 155:15,22 206:15,20
207:23 208:8,15 209:8 220:16

**medications** 34:15,22 35:3 57:16
71:19 90:6 111:2,12 114:22 115:17
126:16 135:15 137:24 139:14 154:4
155:24 168:6 170:20 207:17 221:6

**medicine** 21:4 40:9 44:2,21 61:21
62:6 71:16 128:9 129:5 130:23,25
138:23 175:21 176:20 206:14 208:2
254:5 274:24

**meet** 32:5 34:21 43:9,19 46:3 53:12
231:22 250:9,24 257:15 271:2

**Mehringer** 187:25 195:2

**members** 201:22 242:12 265:22

**men** 135:18

**mental** 12:23 36:19 38:21 39:4,7,14,
17,20 40:22 41:7 42:7 43:4 49:25
50:6,13,17,22 51:16,23 52:2,17,18,
21 53:7 60:6 62:7 63:3,11 68:17
71:7 73:17,22 75:19 76:4,7,9,11
78:1,3 84:24 87:22 88:3,22 91:8
96:11,18,19,22 102:1,3,12,15
111:13 112:5 114:3 115:7 116:2,8,

10,14,24 122:4 124:11 125:15
126:14 127:5,7 129:2,6,9 131:6,15
139:5,9 140:24 141:7 142:24 143:6,
8,11 145:10,18 148:7 150:22 163:5,
9 165:2,5,9,12,25 166:2,6,7,11
167:5,22 168:1,3,9 169:25 171:23
174:17 175:12,14 177:5 183:10
186:2,15,16,20 187:5,14 188:3
189:2,6,16 191:22 194:7 199:21
204:5,12 205:23,25 206:1 210:22
211:5,20 212:17,22 213:10 214:14
217:8 222:3 229:7 235:23 237:23
239:6,10 240:23 243:21 244:19
245:1 246:12 248:24 267:23

**mention** 17:17 98:6 200:15 201:7
244:2 249:13

**mentioned** 9:16 12:25 14:14 18:22
19:10 29:17 31:15 39:10 44:24
48:22 56:15 71:14 90:12 100:24
133:18 136:8 141:6 142:8 163:19
177:17 224:21 231:10 235:4 245:14,
25 246:5,20 275:12

**mentioning** 72:19

**Mercy** 152:9

**met** 9:5 46:16 132:21 197:12 251:22
255:22 267:22

**method** 74:17 82:22 152:10 165:16

**methodologies** 265:10

**methodology** 158:21 216:3,6,23

**methods** 65:10,12,20 72:22 85:8
105:23,24 110:19 159:16 163:14
194:2 196:12 198:25 200:11 202:3,
18 266:14 267:20 274:11

**Meyer-bahlburg** 231:7

**MHS** 7:7,19

**middle** 91:5 267:21

**Miesen** 97:6 98:4

**might** 27:1,4,15 30:11 34:14 36:8
37:5,9,10 42:7 47:23 48:1 63:1
104:2 129:13,17 136:6 137:4 140:4
182:15 192:1 209:4 214:4,10
234:18,22,23,25 235:15,24 241:8

**mild** 240:10,12,15

**million** 253:12 256:23 271:7

**millions** 208:5,6

**mind** 13:3 14:17 24:3 45:17 46:22
69:17 105:25 128:8 178:8 263:15,23

264:1 270:16 281:12

**mineral** 219:21

**mineralize** 57:11

**minimum** 101:4 127:25

**minor** 30:1 43:25 44:20 62:10,15
228:16,18

**minors** 13:6,15,22 14:2,9 19:19
34:24 36:16 37:20,25 38:3 44:14,15
45:4 53:24 54:8,11 138:5,25 162:25
163:5 180:15,18 192:23 193:9 229:3
249:14 257:21,24

**minute** 39:10 129:19 250:17 251:16

**minutes** 48:13 135:3 179:25 215:15
267:19 274:16 279:5

**mislead** 161:17

**misread** 270:1

**misrecall** 88:9

**misremember** 88:9

**missing** 74:16 220:4

**misspoke** 100:18 169:12 282:21

**mistaken** 19:22,25 21:9

**mitigated** 211:21

**modalities** 240:1

**model** 273:13

**modeling** 148:14

**models** 111:9 150:14 163:10

**modest** 111:4

**modified** 222:6 223:16 225:6

**moment** 49:22 71:3 72:19 97:18
140:20 160:23 187:2 262:12

**moments** 12:25

**money** 208:11,20,25 209:11

**monitoring** 38:24

**monozygotic** 25:21

**month** 12:7,8 88:3 137:17 159:19,21

**months** 31:2 41:19 56:24 109:9,11,
20 118:8,9 119:25 120:20,21 121:10
132:25 137:11,13 145:2,3 152:13,15
197:20,24 198:3,6 280:12

**more** 10:25 13:14 15:4,7 16:22
20:18 27:1 33:10,19 34:10 35:4,24

38:11 43:16,17 46:8 47:21 48:6,24
51:10 52:7 54:24 55:1,11 56:12,13
58:3,19 59:10,17 61:9,14 71:13 75:2
80:10,12 85:7 86:21 88:6,7 92:3,18,
19 96:11 101:16 106:2 110:20 130:4
131:5,9 132:8 133:1 136:6,9,13
140:2 148:10 150:23 151:2 164:7
165:3,10 168:3,9 175:24 176:22
177:2,3 180:12 182:10,17 188:21
195:22 202:5,21 203:10 204:13
213:7,20 217:17 223:11 225:1 228:6
229:23 231:11 236:14 239:7 240:11,
14 243:6,7 246:9 247:2 251:7,17,18
252:3 255:23 258:16,18 263:14
268:20 270:19 274:5 280:19

**Moreover** 120:15 121:19

**morning** 7:10,15,25

**most** 28:7 30:8 32:20 43:22 46:9,13
53:3 58:1 60:25 61:16 62:3 67:9
111:5 122:15 127:14 135:17 136:4
139:5 153:3,8 161:5 163:17 181:24
205:11,18 211:7,11,19 215:5,7,9
222:17 240:10 247:12 257:13
259:19 263:17,22,25 264:2 265:7
275:25

**mostly** 33:5,18

**move** 119:22 135:12 147:16 162:20
181:15 203:22 215:11 256:10
268:21 275:7

**moved** 59:22 105:12 178:21 200:8

**moving** 149:15 155:12 198:25

**MR** 7:10,15,24 9:22 11:16 12:11 13:7
14:3,11 15:3,17 16:9,20,24 17:1,3,8,
10,12,19,23 18:4,9 19:1,4,14,20,24
20:5,9,17 21:2,10,25 23:10,25
24:10,24 26:12,19 28:6 29:8 31:18
32:24 37:22 38:1,6 40:5,16 41:16
42:3 44:9 45:3,23 46:25 48:9,12,14,
15,18,25 50:7 51:20 52:15 53:11,20
54:2,14 55:8 56:17,21 57:7 58:8
59:4,16,23 60:4,16,24 61:20 62:11,
24 63:17 64:5 65:2,9,14,16,19
66:15,20 68:13 69:7 70:22 71:12
72:7 73:12,19 74:3 76:2,8,23 77:3,
12,24 78:22 79:9,25 80:20 82:7,12,
16,23 85:11,15,18,21,23 86:14,20
87:4,21 88:10 89:23 90:3,15,19
91:3,10,12,21 93:14 94:1,23 95:7,
22,24 96:14,23,25 97:1,3,16,18,20,
25 98:3,9,13,14 99:12,15 100:6,12
101:1,8,15 102:21 103:4,11 104:10,
13,20,25 105:6,10,17 106:5,13,17,

21,23 107:1,14,20,23 108:8,18
109:6,14 110:10,18 111:17,24
112:12 113:23 114:10,15 115:2,20
116:16 117:5,15,17 118:18 119:1,4,
19 120:11,12,13 121:4,6,8 122:8
123:3,19 124:1,6 125:16 126:5,10
127:13,21 128:2,24 129:24 130:3,12
131:12,16,21 132:6,14 133:8,25
134:7,15 135:2,5,8,9,11,20,24 136:2
137:9 138:2,6 139:4,19 140:13
141:8,17,22,25 142:2,3,5,13 143:7,
19 144:16,21 145:8,14,23 146:10,24
148:9 149:4 151:4,8,20 153:15,19
154:12 155:1,3,4 156:2,5 157:14,20
158:3,19 159:4,15 160:24,25 161:2
163:7 164:1,5,17 166:13,18 167:9,
23 168:11,17 169:11 170:16 171:9,
15 172:9,17,24 173:7,19 174:6,18
175:6 176:4,17 177:11,15,19 178:3,
24 179:5,7,12,18,24 180:1,3,11
182:22,23 183:19 184:6,9,16,22
185:1,6,16 186:21 187:15 188:17,25
189:12,23,25 190:9 191:9 193:14
194:8 195:1 196:4 197:9 198:8
200:6,10 201:14 202:3,19 204:9
205:2 206:4 207:15 209:15,25
210:12,17,24 211:13 212:4,10 214:9
215:6,11,15,16,18,23 217:7 218:22,
25 219:4,12,15 220:22 221:1,5,8,25
222:22 223:2,11 224:9,18 225:1
226:2,7,24 227:2,14,17,21 228:2,20
229:4,10,16,22 230:19 231:7,18
232:20 233:19 234:9,13 235:18
237:15 240:20 241:5,20,23 242:9
243:4 244:4,11,22 245:12 246:2,17
247:11,18 248:4 249:1,7,24 251:21
252:18 253:7 254:1,17 255:1,10,18
256:8,15,22 257:7,12,23 258:3,20
259:6 260:2,4,15,23,25 261:8 262:6,
13 263:3,6 264:10,15,18,20 265:2,
15 266:7 267:1,6,13,17 268:5,24
269:2,22 270:5 271:12,20 272:11,18
273:6 274:13,15,20 275:9 276:14,17
277:11,21 278:6 279:2,5,7 280:10,
13,23 281:1,2,5,8,10,13,18,25
282:1,4,23,25 283:3,6,8,11,12,16,20

**MTF** 111:9

**much** 41:4 57:18 58:4 65:19 87:22
97:23 104:12 130:4,13 135:9 171:13
187:18 248:7 251:24

**multidimensional** 270:9

**multidisciplinary** 75:19,25 116:8,
20 117:4,7 142:23 143:10

**multiple** 87:2,7 158:1,6 191:3

**my** 7:1,17 8:9,17,24 9:6 11:8 12:1,12
13:4 14:18,21 15:16 17:5 27:14 28:7
45:5,17 54:16 66:22 78:11 81:18
92:2 105:18 115:18 123:22 125:18
127:19,22 133:12 134:19 165:8
175:7 186:23 194:9 202:2 204:3,15
211:18 219:6,25 220:12 234:10
235:8,9 236:17 254:1 282:9

**myself** 261:10

**N**

**name** 7:1 17:6 34:7 66:24 156:17
267:2 276:18

**narrative** 216:18 237:4

**natal** 72:23,25

**National** 221:16

**nature** 206:11

**near** 173:8 199:16 218:9

**nearly** 211:1 277:14

**necessarily** 23:11 76:13 143:16
173:22 197:11 236:9 253:1

**necessary** 38:24,25 139:14 268:20

**need** 17:1 18:5 29:15 31:5,24 38:21
39:8 43:11,16 44:22 46:20 57:11
67:14 71:9,16 77:17 78:7,19,24 85:5
92:17 94:24 95:4,13 128:1,9,15
139:6 163:21 174:25 181:14,20
193:3 194:24 202:10 211:11 213:9
214:1,4,14 215:12 229:23

**needed** 70:2 139:10 158:7 164:2
178:16 210:11,16,23 214:24 232:9
242:6 267:8

**needing** 107:6 232:5

**negative** 21:20,23 22:11,20 32:9
35:11

**negatively** 186:14

**negatives** 22:2 31:20,22,24

**Netherlands** 76:18 99:11

**neutral** 236:18

**never** 37:7 46:16 59:11 89:13,17
90:20 123:6 130:25 131:22 175:22
176:19 208:24 243:5 254:7 274:24

**new** 22:7,13 26:22 69:25 133:21,23
135:12 161:25 165:21 166:3 177:4
193:24 195:21 197:16 209:1 267:9
271:8

**next** 16:10 68:6,22 92:11 96:8 97:5
104:14 106:1 107:21 120:14 121:6
129:21 130:9 144:23 150:12 151:5
153:3 162:2 165:1 177:25 201:6,20
203:23 215:20 221:8 224:15 239:14,
23 249:8 261:1 274:2 283:18

**NICE's** 224:22

**NIH** 208:18

**NIH-FUNDED** 142:14

**nipple** 182:17

**no** 8:25 9:3,12,15,21 10:12,20 11:14
20:24 21:7 37:23 38:2 40:22 52:8
60:5 64:18 74:12 76:24 87:5 90:8
92:1 93:15 94:12 95:8 98:14,20
103:5 106:22 108:19 111:21 114:8,
12 117:16 126:6 130:8 131:19
133:9,16 134:17 140:18 141:10
144:22 153:12 162:5 163:13 164:16
165:13 169:14 172:18 174:7,14
176:9 177:7 179:8 184:7,13 189:7,
24 190:10 198:7 200:23 201:1
203:20 210:4 212:1 215:7,10,19
226:13,17 233:20 238:2 241:6,9
248:9,11 251:25 252:16 255:2
258:4,15 260:24 265:16 267:14,18
271:10 276:15 280:11 282:15 283:7

**non** 96:20

**non-cisgender** 255:13

**non-gice** 239:8

**non-mcs** 196:23

**non-medically** 164:3

**non-peer** 223:5,19

**non-probabilistic** 96:6 99:14
118:21 123:2 172:8 190:20 196:18
199:8 272:10 277:10 279:13

**non-probability** 82:25 83:1 84:6,7
164:21 167:13

**nonbinary** 27:4,20 149:1 167:3
252:8 253:17 254:22 255:6,12
269:11 271:1

**nondirective** 45:11 234:19 235:13

**none** 33:6 101:5 113:6 141:15
260:16

**nonetheless** 123:16 165:16

**nonmental** 140:15

**nonparticipating** 74:11

**nor** 207:4

**normal** 136:13

**normally** 150:10

**Northern** 199:3

**not** 8:14,18 10:21 11:7 14:12,25 20:7
22:13 23:4,11 24:22,25 25:1,5,14
26:20 28:12 29:23 30:1,3 31:8 32:5
33:17,20 34:4 37:15 38:4,10 39:2,3,
5 42:5 46:19 47:6,13 51:22 52:17,21
53:5,6 55:20 56:5,8 57:10 58:4 59:9,
10,25 62:25 63:15,21 64:24 65:3
66:17,18 67:2,12 68:18 70:24 74:19
75:5 77:15,25 78:14,16,24 80:6,15,
18 83:19 84:25 86:3 87:5 88:4,15,25
89:1,25 90:25 91:16 92:6,18,21,24
93:1,17,24 94:4,7,14,21 96:2 97:13
99:19 100:1,9,10,15 103:9 104:1,18,
23 106:3,4,22 107:18 108:22 109:16
112:2,7,8 113:1,14 114:16 115:5
116:3,17 120:1 122:1 123:13,14,22
124:12 125:10,12,20 128:3,16
129:10 131:7,25 132:1,22,24 133:1,
9,15 134:1,12,17,19 135:21 136:21,
23 139:3,20 140:5,6,17 143:8,16
145:15 146:20 147:16,20 148:5,11,
23 150:2 152:16 153:8 154:23
155:5,8 156:3,16,18,22 157:25
158:12 161:12,18 162:12,25 163:11,
18,20 164:14 165:22,23 166:4,6,7
167:11,24 168:18 169:8,16,18,20
170:14 171:3,6 172:20 180:18 181:6
184:8 185:9 186:4 187:17 188:11,18
189:4,13,20 190:14 191:24 192:7
193:6,18,19 194:9 195:12 196:5,7,8
197:4,15 200:4,5,8,21 201:3,5,12,
16,18,25 203:8 204:10 206:9,13,16
207:3,6,20 208:9 209:17 210:1,5
213:7,17,25 214:3,24 215:19,21
217:3,19 218:14 219:2,6 220:1
222:17,21 223:24 226:5 228:7
229:5,11 230:6 233:5,23 234:4
235:25 236:8,20 237:10 239:9
240:17 242:4 243:6 244:23 245:2,3,
20 247:8 248:14 249:18,23 250:25
251:4,5,20,22 252:1,19 253:13
254:10,11,13 255:25 257:24 258:6
259:13 261:13 264:6 266:24 267:8,
14,22 268:3,24 269:7,18,21 270:15,
19 271:19,22,23,24 273:7,10,16

274:4,8 276:5,6,15,19 277:18,22,23
278:4,15 279:16,18,21,22 280:1,15,
20 282:9

**notable** 52:22

**note** 138:10 154:16 183:2 198:13
218:1,3,13 262:7,22 264:23

**noted** 136:6 154:17

**notes** 11:8 199:24 201:8 202:21,22
217:21

**nothing** 7:21 10:24 11:1,14 171:12

**nothing's** 254:4

**noticeable** 137:14

**notion** 127:18

**novel** 22:5 193:15,23

**now** 12:14 28:13 40:22 42:15 65:18
72:6 90:25 96:24 107:24 136:18
146:13 165:25 211:14 212:22
215:13 281:10

**nowhere** 130:25

**number** 53:14 60:5 93:19 104:16
108:16,22 127:25 128:15 147:25
177:8 188:4 197:10 218:10 224:18
252:12 280:11

**numbers** 57:9 83:12,18,20 92:21
93:7 94:2,24 95:14 97:22,23 99:17
191:3 273:21 280:15

**nurse** 247:22

---

**O**

**oath** 114:3

**Object** 12:11 13:7 14:3,11 15:3
17:19,23 18:4,9 19:1,4,14,20,24
20:5,9,17 21:2,10,25 23:10,25
24:10,24 26:12,19 28:6 29:8 31:18
32:24 37:22 38:1,6 40:5,16 41:16
42:3 44:9 45:3,23 46:25 48:25 50:7
51:20 52:15 53:11,20 54:2,14 55:8
56:17,21 57:7 58:8 59:4,16,23 60:4,
16,24 61:20 62:11,24 63:17 65:2
66:15,20 68:13 69:7 70:22 71:12
73:12,19 74:3 76:2,8,23 77:3,12,24
78:22 79:25 82:7,12,16,23 85:11
86:14,20 87:4,21 88:10 89:23 90:3,
15,19 91:10,12,21 93:14 94:1,23
95:7 96:14 97:16,25 99:12,15 100:6,
12 101:1,8,15 102:21 103:4,11

104:25 105:6,10,17 106:13,17,21
107:14 108:8,18 109:14 110:10,18
111:17,24 112:12 113:23 114:10,15
115:2,20 116:16 117:5,15 118:18
119:1,19 123:3,19 124:1,6 125:16
126:5,10 127:13,21 128:2,24 129:24
130:3,12 131:12,16,21 132:6,14
133:8,25 134:7,15 135:20,24 136:2
137:9 138:2,6 139:4,19 140:13
141:8,17 142:13 143:7,19 144:16,21
145:8,14,23 146:10,24 148:9 149:4
151:20 153:15,19 154:12 156:2
157:14,20 158:3,19 159:4,15 163:7
164:1,5,17 166:13 167:9,23 168:11,
17 169:11 170:16 171:9 172:9,17,24
173:19 174:6,18 175:6 176:4,17
177:11,15,19 178:3,24 179:5,12,18
180:11 182:22 183:19 184:6,9,16
185:6,16 186:21 187:15 188:17,25
189:12,23 191:9 193:14 194:8 196:4
197:9 200:6,10 201:14 203:2,19
204:9 205:2 207:15 209:15,25
210:12,17,24 211:13 212:4,10 214:9
215:6 218:22,25 219:4,12 220:22
221:1,5 224:9 226:2,24 227:2,14,17,
21 228:2,20 229:4,10,16,22 230:19
231:18 232:20 233:19 234:9,13
235:18 240:20 241:5,20 242:9 243:4
244:4,11,22 247:11,18 248:4 249:24
251:21 252:18 253:7 254:1,17
255:1,10,18 256:8,15,22 257:7,12,
23 258:3 260:2,15,23 261:8 262:13
263:3 264:10,15,18 265:15 267:1,6,
13,17 268:5 269:22 270:5 271:20
272:11,18 273:6 274:20 276:14
277:11,21 278:6 280:10,13,23
281:18 283:6

**objective** 21:7

**observational** 223:14 224:1 225:4,
12,13

**observations** 144:5,14

**observed** 53:4 173:13 244:10,20

**obtained** 190:23 201:7

**obvious** 90:6

**obviously** 36:18 43:9 61:16 77:4
124:9 232:4

**occasioned** 220:24

**occupational** 31:1

**occurred** 239:24

**occurrence** 254:10

**occurrences** 92:4

**odds** 79:16 92:7 156:25 159:7 167:19 280:21 281:14

**of** 7:2,14 8:9,13 9:17,25 10:16,21 11:2,8,9,12 12:3,15,21,23 13:5,10, 11,12,23 14:1,4,9,12,13,18,19 15:5, 25 16:11 17:6,14,21 18:5,23 19:9,15 20:6,7,14,19,21 21:3,4,5,8,11,12,13 22:7,11 23:7,11,16 24:11,15 25:15, 18,20,22 26:2,7 27:12,17 28:7,17 29:9 30:4,5,7,8,15,18 31:22,23,25 32:4,12,17,22 33:1,3,6,9,15,16 34:11,12,20 35:14 36:2,3,4,11,14, 22,23,24 37:11,13,14 38:3,9,13,15, 18 39:6,15 40:9,11,17,19 41:1,2,23 42:1,11,13 43:1,7,11,20,21,23 44:13,20,25 45:7,8,14,22,24 46:7,9, 14,15,24 47:3,17 48:21 49:2,7,21 50:9,13,14,19,20 51:1,4,12,22,24 52:3,12,16,17,18,23 53:6,9,13,14, 22,25 54:3,11,15,19,20 55:3,14,20, 22 56:6,12,22 57:5 58:6,10,15,20,23 59:7,19,24,25 60:2,5,7,12,14,17,18, 20,22 61:8,21,24 62:1,5,6,18,22,25 63:3,5,7,11 64:4,8,9,12,16,20,25 65:7,10,12,18,22 66:1,24,25 67:2,5, 9,10,12,19,23 68:4,16,24 69:8,19 70:7,10,11,13,16,20,23 71:7,10,17, 19,21 72:21 73:1,3,6,9,13,14,16,25 74:5,13,14,22,23 75:7,12,16,18,23 76:9,14 77:6,10,11,16,20,23 78:1,7, 20 79:4,12,14,16 80:2,7,8,13,16 81:1,24 82:17,22,24 83:5,8,11,12, 15,19,23 84:9,12,13,16,25 85:2,5,8, 13 86:8 87:5,15,19 88:13,19,22,25 89:3,6 90:13,21,23 91:22,23 92:5,7, 16,22 93:6,7,19 94:3,4,10,15 95:9, 13,14,18,21 96:3 97:5,22 98:10,18 99:1,20 100:2 101:2,5,12,16 102:6, 9,15 103:2,14,15,22,23 104:2 105:9 106:4,10,11,20,22 107:3,4,25 108:6, 10,11,13,16,24 109:9,16,19,24 110:7,24 111:12,15,20 112:14,18,19 113:1,6,13,18,19,22,24 114:7,13,18 115:25 116:6,10,23 117:2,6,8,11,14 118:2,8,16,24 120:18,21,23 121:9, 18,20 122:11,13,17,20,25 123:4,5,8, 12,13,15 124:13,14 125:2,10,17,19 126:15 127:3,9,10,14,18,19,25 128:8,11,12,15 129:1,11,19 130:6, 20,23 131:2,6 132:9,18,21,25 133:6, 10,22 134:1,25 136:20 137:11,16 138:22 139:20 140:3,7,19 141:9,13, 15,20,23 142:10,14 143:10,13,16, 17,25 144:4,12,14,17,20,25 145:2,3, 10,12,16,21,24 146:6,9,11,18,20 147:1,5,14,21,25 148:3 149:6,7,8,9, 13,19,20,22 150:1,3,23 151:15 152:5,15,18,21,24 153:3,4,8,9,14, 16,17,21,25 154:1,3,18 155:15,22 156:18,25 157:4,5,17,25 158:12 159:2,5,7,20,23 160:13,14,18,19 161:11,18,23 162:4,21 163:10,17 164:18,23 165:15 166:17,22 167:2, 19 168:3,13,20 169:4,23,24 170:1, 10,20 171:7,18,23,25 172:5,21 173:4,8,9,13 174:4,9,10,12,22,24 175:3,4,11,14,20,25 176:9,14,25 177:6,8,12,14,16,21 178:2,6,7,8,9, 18,20,22 179:10,17,19,20,21 180:4, 10 181:7,17,21,23,24 182:7,9,11 183:1,2,6,12 184:3,4,10,14 185:5,7, 14 186:1,2,7,9,10,12,23,24 187:1,23 188:4,8,10,21 189:8,10,15,19,20,21 190:3,13,14,22,23,25 191:9,14,24 192:5,8,24 193:7,20 194:5 195:11, 17 196:1,9,11,21 197:7,18 198:6,13, 22,25 199:2,13,16,18 200:21 201:7, 13,22,24 202:9,15,25 203:6,14,15, 16,17,23,24 204:2,11,13,14,22 205:8,11,22 206:6 207:1,11,12,19 208:6,7,10,11,14,15,19 209:7,11,16, 17 210:7,8,9,21 211:1,16,18,20,24 212:2,8,16,21,22,24 213:4,20 214:16 215:4,25 216:4,9,17,21 217:4,6,23 218:5,10,11,12,13,14,15 219:17,18,25 220:1,14,17,20 221:7, 21 222:4,10,13,14 223:15 224:4,11, 13,22 225:6,17,19,20 226:1,4,5,8 228:6 229:1,2,3,6,20,24,25 230:1,3, 12,14,15,17 232:4,5,11,24 233:10, 14,22 234:7,11 235:1,8,9,20 236:3, 6,14 237:7,8,18 238:3,8,9 239:9,25 240:5 241:1,3,11,15,21,24 242:1,7, 11,12,13,14,15,19,22 243:5,8,13,15, 17,18,21 244:2,10,21 245:5,16,18, 23 246:7,13,24 247:16 248:1,5,7,13, 18,19,20 249:8,10,14,16,18 250:2,4, 9,15,20 251:1,3,5,11,13,14 252:7, 10,12,21 253:4,9,18 254:3,13,25 255:11,20 256:4,6,12,16,25 257:6, 13 258:23 259:8,11,14,19,20,22 260:6,14,16,20,21 261:9,12,13,15, 17,20,22 262:1,14,16,18,23,25 263:1,4,8,9,18 264:2,5,11,16,17,23 265:7,10,17,20,22,25 266:12,18 267:10,23,24 268:6,7,9,10 269:5,17 270:7,9,14,25 271:1,11,21 272:6,14, 21,25 274:1,2,5,8,14 275:1,3,13,17, 20,22,24,25 276:8,11,15,21 277:2,5, 6,13,17,23,25 278:16 279:10,25 280:11,15,17 281:14,20 282:11

**off** 87:18 114:5 126:25 182:25 184:23,24 207:21 210:2 223:1 238:5 255:11 274:4,17 280:25

**off-label** 206:19 209:4,6

**offer** 15:2

**offered** 14:2 70:2

**official** 34:8

**often** 25:11 28:14 43:11 59:5 74:7 101:18 102:4 136:22 137:22 195:12 209:1,6 234:14

**oh** 47:21 48:2 94:11,12 97:20 120:12 153:12 162:13 170:25 178:12 202:12 203:22 205:24 222:20,24 232:16 260:11 272:5

**okay** 8:6,9,21 10:19 11:2,15,25 14:19 15:10 18:7 37:3 48:15 51:10, 19 56:11 60:21 67:4 72:6,13,14 73:9 79:21 80:19,23,25 81:14 82:2 85:22, 23,24 88:8 93:6 95:20,23 97:1,20 98:21 100:24 103:7 104:18,19 106:3 107:12,20 109:18 110:5 112:17 113:19 114:24 120:4,13 134:25 135:5 137:21 140:22 141:25 142:21 148:6 152:17 153:23 160:23,25 161:25 162:20,25 169:22 171:15 176:1 179:25 191:12 193:1 194:12 200:4 202:11 215:13 219:14 221:24 226:7 239:3,23 243:15 245:22 250:18 251:16 259:6 261:16 262:4 263:6 264:13,20 265:1 266:6 268:16 271:5 272:24 273:23 276:16 277:23 280:18 281:25 283:8,11

**old** 264:11

**older** 37:6 47:10 66:1,3 122:21 124:4,10,21 125:9 136:3 192:20 193:9

**oldest** 262:2,15

**Olson** 251:8 257:17 264:21 265:18 266:8 270:3

**Olson's** 258:14

**Olson-kennedy** 187:21 190:1

**on** 7:12,16 8:15 10:2 11:8,10 13:1,25 14:4,7,14,18 15:4,5 18:2 24:11 25:7, 15 27:13,24 28:7,22 29:5 32:22 34:7,11 35:23 40:17 41:21,22 42:18 43:8 44:4 46:12 53:24 54:16 55:4 57:1,10,13,16,18 58:5 59:2,14,20

60:3,5 61:7 65:20 66:13 67:2,6 69:9
71:21 72:21 73:3 74:13,20 75:15
80:3,4,18,24,25 81:20 82:8 85:13
88:18 89:4 90:24 91:1 93:9,15,16,
23,24 94:13,20 95:8,25 97:4,24
98:20 99:3 103:2 104:13 105:12,24
106:7,11,16 107:25 108:16 109:22
110:6,12,20 111:15 113:6 115:11,
13,19,23 117:25 119:11,22 120:4,19
121:6 122:6,12,18 124:20 125:19,23
129:18 130:22 131:19 133:13 134:8
135:7,25 136:5,7,9,10,19 137:10
138:17 139:14 141:23 142:1 143:22
144:4,11,12,23 147:3,23 148:18
149:17 151:16 153:16,20 155:25
156:13 157:8 160:13 161:18,20
163:14 165:8 167:15 169:25 173:2,
25 174:15 181:19 184:23 185:8,17
186:2,22 187:23 188:3,7,8 189:21
192:10 193:4 194:12,23 195:11,12
196:20 197:12,17,18,24 203:5,23
204:12 207:9,17 208:9 209:14,18
210:7,8,22 211:24 212:11 213:4
214:2,3 218:8,12 219:18 220:4,17
221:2 222:3,14,15 224:22 225:21
226:22 227:6 229:3,20 230:7,8
237:4,7 239:15 242:11,16 243:2
244:2,24 245:16 246:12 248:1,15
249:16 252:19 253:18 254:6 255:19
257:11 259:14 261:7,25 264:4
265:2,5 267:20 274:14 277:2,5,15
278:9 279:15,18 280:15 281:3,9
282:7,25 283:4,13,15

**once** 61:7 74:23,24 137:6 208:9
257:3 258:7 260:7 270:19 282:19,22

**one** 7:3 14:13 15:13,14 19:8 20:10
26:7 31:4 34:14 36:15 37:13 41:23
44:23 45:19 46:16 48:19 49:7,19
50:14 52:8,9 54:16 55:2 63:20 64:4,
8,20 65:8 68:16 70:7,13,16,23 74:24
75:3,23 77:5 81:23 83:9,13,14,15
94:5 98:20 99:24 100:7 102:6,7
107:18,23 109:3 110:20 111:7
114:25 115:7,11,12,19,21 116:1
117:23 118:5,8 121:9,12 122:6,12,
15 123:1,18 126:14 127:10,19,23
128:5 129:11 131:9 141:20 145:2
148:11,21 149:3 151:2,18 156:3,7
157:13,17 160:21 162:5 164:19
166:25 168:7,19 169:21,22 170:10
171:1,23 173:4 174:12,20 176:7
185:7 187:20 190:3 195:19,22 196:5
199:25 200:1,15 202:9 203:10
204:17,24 212:14 215:20,21 216:10
222:10,18,23 223:6,8 228:4 231:22

232:9 233:14 235:10,15 239:4,15
240:10 242:3,4 245:18 248:23
251:11 252:21 253:23 263:17,22,23
264:2 265:10 276:4 279:25 280:16
281:6 282:11,25

**one's** 17:20 18:14,22 20:6,7,20
21:11 24:15 34:7 79:23 135:16
185:8

**ones** 73:10 91:15 115:11 146:13
147:6 149:12 159:11 205:12,18
208:22 217:2,3,20 240:15,16

**online** 82:6 157:18,23 166:25

**only** 24:8 25:2 36:19 37:13 66:13
67:5 68:16 73:25 78:8,15,18 83:15
86:4 91:19 94:18 109:8,10 111:22
112:8 114:25 115:12,18,21 116:22
120:21 122:12,15 123:18,24 125:7
129:15 144:15 153:12 158:25
163:22 168:4 171:14 183:7 190:23
197:23 202:9,21 203:14 205:22
220:4 230:3 232:22 238:13 239:16
241:10,21,25 242:3 248:14 255:11
259:21 265:19 268:13 273:17
275:19 277:17

**onset** 54:18,20 59:19,24 60:2
249:10

**onto** 120:19

**open** 211:7 237:10 269:15

**open-ended** 234:7,12

**operations** 201:25

**opinion** 133:12

**opinions** 10:13,16 11:10 15:2 204:3
212:11 261:12

**opportunity** 75:21

**opposed** 147:22

**opposite** 27:12 184:4,10,15,17
265:25

**or** 13:23 14:21 18:15,18 20:4,20,22
21:19,23 22:2,12,20 23:1 25:13,14,
21 27:4,5,16 28:19 29:3 30:7,9 31:1,
12,20,24 32:1,5,8 33:20 34:7,18
35:18,20 36:10,17 37:1 38:24 40:13,
20 41:18,20 42:7 43:5,6,14,15,17
44:14 45:1 47:18,24 48:3 51:22
52:17 53:7 54:12 55:7 56:3,9 57:22,
23 58:2,21 59:6,14,21 60:14 61:6
62:13 63:20 64:3 66:1,6 69:10 70:6,
8 71:20 73:17 74:19 80:18 82:21

84:17 85:17 86:4,7,19 88:4,9,25
89:1,7 91:22 92:7,18,20 93:1,3
95:10 96:18 97:12 98:10 99:18
100:14 101:9 103:23 105:12,19
106:3,4 108:10 109:4,12 111:7
113:1,16 115:7,11,12,21 119:6
122:11 124:8 125:6 128:16 129:16
131:19 134:13 135:18 136:16,18
137:17,20,23 139:11,12 140:8,25
144:11 145:25 148:1,5,25 153:5,25
154:3 155:17 160:14 161:13,24
162:5 163:11,21 165:22 166:2
167:3,11,24 169:21 170:18,19
172:18 175:15 178:13 179:8 183:2,4
186:10 191:7,23 193:8,9,19,21
195:21 201:2,4,18,23 202:25 203:9,
15 206:2 207:18 210:19 211:4,25
212:12,13 213:8,13 214:1,3,13
215:13 222:16 230:15 232:1,3
234:6,16,17,18 235:7,9,10,11
236:14 238:12 239:2,6,13,20 240:7,
10,24 241:25 243:11 246:1 247:21
250:13 252:8 253:13 255:8,16,23
257:5 258:6 259:19 260:18 263:7
271:19 273:16 274:24

**organizations** 82:14,15,18 158:18,
22 242:20 248:8,16,21

**orientation** 169:1

**original** 73:25 74:5 146:25 158:20
261:7,14

**originally** 146:7,22

**other** 9:7,10,20 10:11,18 11:9,12,25
15:11,13 27:19 31:1 34:18,21 37:5,
11 38:20,24 40:22 43:3 45:15 47:6
48:22 51:4,6 52:3 62:18 66:4 69:5
70:6 77:6 78:2,5 79:15 88:6 91:17
92:2 95:18 101:9 104:3 112:6 115:7,
11 122:5 127:23 139:5 145:3 146:7,
22 147:6 154:13 156:16 157:12
159:13 168:3,14 169:22 172:19
176:11,25 180:14 186:13,24 188:12
195:4 204:15 205:10 206:23 208:16
213:4,11,12 216:20 221:20 223:4
226:11 228:4 229:5 235:10,11,23
238:14 247:22 250:22 252:2 253:20
263:20 265:23 267:18 269:20 270:7
279:24

**others** 27:18 54:5 180:16 185:25
253:13

**otherwise** 163:13 183:4

**our** 7:18 54:16 104:2 107:21 109:8
115:24,25 121:14 148:18 150:5,6

153:3 158:12 173:9 184:23 186:5
213:16 235:4 248:25 253:9,10
274:14 278:14 283:13

**out** 26:1 27:9 45:13 74:2 78:14 83:5
96:9 115:3 122:3 126:15 127:10
129:21 136:15 138:24 145:21 146:7,
22 156:17 158:1 161:7 171:4 179:22
186:13 191:15 195:14 208:15
212:20 213:12 216:9 217:1 229:25
230:11,17 235:6,16 236:9,13 239:7,
21 253:22 254:3,14,23 260:21
264:19 267:15 274:7,18,21

**outcome** 53:6 61:25 92:3 147:22
154:9 159:10 165:14 203:21 206:2

**outcomes** 35:11 63:11 87:23 92:13,
19 93:8,20 112:5 125:15 140:24
145:19 146:12 149:6,17 150:16,18
155:14,21 159:17 165:5,12 167:5
173:13,18 189:3 200:18 205:25
211:5 217:12 222:1,2,5 229:7 235:3
237:23 239:10 244:19 245:2 246:12
248:25

**outdated** 264:4

**outlined** 14:18 243:18 252:25

**outlines** 217:11

**outpatient** 14:6

**outreach** 82:13,21 158:22

**outside** 76:14 117:11 138:22 161:11
191:24

**outweigh** 36:22 183:13 214:7 215:5

**ovaries** 18:19

**over** 8:19 23:2,7,8,12,20 24:16,21,
23 25:2,6 41:19 42:16 49:15 53:5
64:17 69:3 71:6 74:22 75:12 82:13
84:10 85:10 87:11,25 94:19 96:18
99:20,22 106:16,23 107:8 118:13
119:10 122:17 126:24 143:25
144:17 155:17 160:20 167:6 170:3
173:6,25 192:3 193:16 199:11
200:13 202:11 211:24 245:12
251:12 253:15 254:20,25 255:3
257:19 262:6 265:23 277:6

**overall** 167:1 193:11

**overarching** 161:23

**overview** 15:6 30:7 37:19

**own** 14:21,23 17:21 44:4,18 114:18
123:16 156:1 239:22

---

## P

**P-VALUE** 132:12,20 133:6,16
161:25

**P-VALUES** 113:7 133:13

**p.m.** 7:5 283:22

**page** 10:2 15:25 16:16 65:14,20
67:10 69:9 71:21 72:21 74:21 75:7
85:13 89:4 90:24,25 91:1 92:5 93:6
95:20 98:22 103:14 104:14,15,19
105:24 106:1,5,23 108:10 109:5
110:6,22 112:17 115:23 119:3,11,21
120:4,18 121:6 122:6 142:21 143:22
144:23 149:15 150:4 151:17
153:22 155:12 160:3 163:14 164:18
168:21 170:4,24 171:25 173:2,6,8
190:15 192:3,9 193:1,16 194:12
196:11,20 197:17 198:25 199:11,16
200:13 202:11,12 217:6,7,21,23
218:8 219:14 221:24 222:20,21
223:10,25 224:25 225:10 232:17
238:8 239:3 245:13 259:5 261:2,16
262:6,23 263:5 265:3,17 266:14
267:20 268:16 272:1,24 274:2
278:9,12 279:15 281:9 283:15

**paper** 27:25 28:2,17 54:15 55:17
65:17 68:14 69:2,8 71:1,4,5,6 72:5,
13 73:14,16,24 77:15 78:8,9 85:17
98:17,19 102:7 116:21 138:15
144:19 156:3,19 157:8,12 161:6
190:25 192:24 202:9,10 221:22
259:15 266:5,6,10 270:14

**paper's** 161:15 270:10

**papers** 15:8 27:24 70:23 77:6
251:11

**paperwork** 208:7,12

**par** 186:2

**paragraph** 11:2 49:21,24 51:12
63:7 69:10,15,17 71:22 79:12 97:5
98:24 106:8 107:4 108:4 117:25
125:23 140:19 144:25 146:2 156:10,
19 157:5 159:6 169:23 180:4,8
187:1 190:4,22 191:5 195:4 198:13
200:14 202:13 203:24 204:2 205:3,
5,13,19 206:6 223:12 224:1 226:8
230:22 239:14,23 241:24 243:15
245:4 246:21 249:13 259:8 260:6
263:7,8 277:13

**parallel-process** 150:14

---

**parent** 39:15 47:23 116:1 169:2
246:12

**parental** 154:18

**parents** 33:6 43:9,11,13,23,25 44:4,
11,21 46:9,13,14 47:7 88:24 103:23
154:24 155:9 232:14 246:7,10,16
272:15

**part** 17:6 23:16 40:11 49:2 51:6 62:5
68:16 77:6 80:16 117:6 124:9,13
160:10 202:9 204:20 219:25 236:3
250:6 262:25 263:1

**partial** 14:5

**participant** 147:11 154:2 194:19

**participants** 54:4 72:22 73:9 74:11,
15 85:9 86:4,7,11 98:23 99:9,18
100:4 105:15 106:7 108:11,17
109:22 110:8 111:20,22 112:2
113:11,19 114:8,14,17 115:25 117:6
118:16,23 143:24 144:9 145:1,7
148:22 149:19 151:17 152:8,10,11,
25 153:9 154:19 158:23 161:9
170:11,13 171:7 173:10 190:24
191:15 193:6 194:16 196:13 197:2,
7,16 218:10 267:22 272:2 279:15

**participate** 42:19

**participated** 74:1 198:2

**participating** 105:3 142:22

**particular** 78:10 171:10 237:4

**particularly** 44:15 52:22 78:4 111:4
137:19 207:2 208:1 246:10

**parts** 42:25 87:15 204:22,23

**passage** 121:24 122:23,25 146:20
278:10

**passing** 69:24

**past** 25:10 55:11 71:20 81:16,21,24
87:25 88:3,5,12,16 89:1 92:7 109:11
116:6,19 159:12,19,21,24 160:8,11,
13 162:14 165:13,22 200:3 211:25
229:5 230:23 242:23 243:2 249:18
275:25 276:9

**past-month** 162:9,20

**past-month's** 162:16

**past-year** 162:2,7,17 163:4

**patient** 41:5,24 47:11 63:6 78:6,24
129:15 135:25 136:14 137:10
200:17 202:6 214:3,10,12 227:6

237:5,9

**patients** 26:24 45:15 49:10,14,17
53:4 64:12,16 65:5 66:25 72:20
73:15,22 74:5,21 76:17 79:3 99:20,
22 118:2 121:15 128:10 129:12
137:18 138:22 139:21 145:16
147:25 172:2,4 176:12 178:10,15,18
186:5,24 188:1,9 189:5 199:13,18
201:17 202:14 208:21 209:3,18
211:15,21 212:16,18,23 213:2
214:1,5,12 215:5,7,9 228:21 234:15
235:6 245:6 247:4 248:25 279:11

**patients'** 122:19

**pause** 35:3,23 43:15 161:4

**pay** 208:11

**paying** 209:11

**pediatric** 44:2,21 57:8,15 58:1
62:20 140:15 148:23 172:4 196:14

**pediatrics** 71:1 72:5 79:13 80:21
183:3 207:1,2 208:2 242:14 248:20

**peer** 141:5 180:5 189:20,21 223:20
232:23 241:25 242:17

**peer-reviewed** 63:8 108:25 138:7
140:22 187:4

**peers** 57:14 75:17 136:21,24

**penis** 46:6

**people** 22:7,12,25 25:15,18,19
26:22 27:10,17,19 31:25 32:4 33:3,
15,16 35:1 42:5 50:20 51:2,3,8 52:2,
4,23 54:17,19,23 55:4,6,23 56:1,6,7
57:10,16 61:13,22 66:13,17 67:6
74:7,19 78:1,3 81:23 82:9,11,19
83:5,10,12,16,19 84:9,12 86:16,18
87:13 88:8 89:5,8,11,12,15,17,20
91:19,25 93:4,7,12,16,17,19,22
94:6,8,10,13,18 95:6 99:24,25
100:7,9,10 101:21,22 102:8,12,14
103:8 109:11 112:8 113:15 115:14
123:10,11 126:18,24,25 127:4,6
129:1 131:7 150:3 158:1,16,25
163:18,20 165:2,9 168:8 175:16,17
178:7 182:7 185:11,18 186:1,3,13,
19 187:21 191:2 195:13 197:23
200:8 207:16 209:20 211:24 212:11,
19 213:4,7,11,14 230:4 234:15
239:16 240:9 241:10,21 242:21,22
244:13,14,16,17 252:2,22 253:12,15
254:19 255:2 258:8 267:11 271:7,9
274:5 275:19,23 276:8,11 278:14,20
279:16 281:15,20,22

**people's** 50:22 131:6

**per** 121:21 207:3

**percent** 26:5 67:2 75:14,15 86:24
94:3,4,9,15 110:7,12 131:1,23
144:12 150:3 153:4,8 170:10 175:23
176:21 190:23 191:4,6,7 192:12,18,
20 198:24 251:3 254:4 274:23,25
277:17 278:15,23

**percentage** 22:11 113:22 250:20,
21 276:11 281:20

**perfect** 65:19 166:8

**perfectly** 84:9 98:14

**perform** 74:7

**performed** 71:24 121:17 125:5
199:14,18

**perhaps** 62:17 243:11 251:5

**perineal** 181:10

**period** 52:23 57:5 61:8 102:9 107:15
118:8 143:25 144:17 202:4,7,21,22
221:7 251:13 257:20 277:6

**periodically** 32:20

**permanent** 61:9

**Permanente** 199:3

**persist** 258:2,7,12 261:23 263:11
282:18

**persisted** 49:17

**persistence** 259:11,16 260:14
261:7,17,20 265:20,25 267:16
274:19 282:17

**persistent** 47:3,4

**person** 34:12 36:5 38:8,22 45:10
47:8 53:21 82:10 137:1 138:13,15
184:1,18,19 185:2,17 195:22 198:2
219:7,9 233:12 234:2 236:7,15

**person's** 38:17 39:17,20 136:12
234:8 237:1

**personally** 113:14 114:22 257:8

**persons** 7:9

**perspectives** 246:24 247:1 262:1

**phalloplasties** 181:23 189:22

**phalloplasty** 180:16,18 181:22

**phallus** 182:1

**pharmaceutical** 208:3,10 209:11

**phase** 63:2 73:23

**phases** 256:16

**phobia** 185:25

**phone** 83:12,18,20 99:17 273:20

**phrase** 232:25

**physical** 42:24 67:23 69:21 90:7
137:14,15,16 138:1 155:16 186:7
220:24 234:22,23

**physically** 135:16

**physician** 116:9 140:15 201:18

**physicians** 75:20 116:25 117:13
138:22,23 247:21

**pick** 83:5 84:5 137:23

**picking** 83:10

**picture** 43:7 48:23

**piece** 181:24 203:12

**pieces** 85:5 127:9

**place** 48:22 158:13 234:7

**placebo** 89:22 90:4,8,10

**places** 115:4

**plaintiff's** 9:5

**plaintiffs** 7:13

**plaintiffs'** 9:11 10:8,11

**plan** 39:25 80:6,18 159:25 162:3

**planning** 16:22

**plans** 87:15

**plateaued** 124:11

**plausible** 96:9

**playing** 232:2,3

**please** 7:8 8:10 9:23 104:19 106:1,
6,24 109:6 122:8 153:22 159:17
170:4 173:7 193:17 196:12 198:17
219:15 221:24 222:20 223:25
225:10 226:9 245:13 268:16 272:1
278:9,12

**pleased** 121:16

**PLOS** 156:7

**point** 14:13 27:9 33:1 35:6,24 49:16
69:8 78:14 81:9,23 99:24 100:7

Index: pointed..project

109:20 116:22 126:8 128:22 132:25
150:12 171:4 173:23,24,25 175:3
213:12 240:8 271:6 275:22,25
276:4,9 282:17

**pointed** 115:3

**pointing** 131:4 274:7

**points** 10:9 15:5 52:14

**Policy** 12:17

**pool** 197:7

**poor** 222:13 239:10

**poorly** 178:19

**popular** 274:5

**population** 54:11 55:20 75:14
76:22 77:1 83:5,8,23,24 84:5,8
85:14 86:1,12,21 89:19 92:3 99:5
100:2 101:20 102:4 113:22 114:18
123:10 129:6 143:15,16,18 145:13,
22 163:23 186:2,22 233:6 277:8

**populations** 54:7 101:14

**portal** 157:23

**position** 117:12

**positioning** 182:1

**positive** 21:19,23 22:10,20 32:8
122:17 149:21 188:3 234:4

**positively** 122:21

**positives** 22:2 31:20,24

**possibilities** 70:16

**possibility** 230:1,12,18 253:23
254:3,14,24

**possible** 20:10,25 36:7 69:5 90:6,20
92:12 121:11,13 125:6 144:5,14
147:21 154:10 158:10 163:24 165:1,
7,8 173:18 201:16 222:16 239:5
252:14,15 268:20 273:19 278:3,8

**possibly** 257:10

**post** 190:23 193:5

**post-mcs** 196:23

**post-operative** 199:20 202:14

**postoperative** 69:23

**potential** 26:15 33:3 38:16 42:23
43:3,21 70:13 84:14 88:8 90:10
92:22 140:6 158:23 196:2 218:14

**potentially** 15:4 38:7 39:25 77:4
80:12,13 86:16 87:5 90:17 95:10
149:11 231:25 250:13 270:6

**power** 53:15 84:2 95:12,19

**powered** 84:13 151:23 273:10

**practice** 12:10 42:4,5,9 134:16
227:1 234:10 240:15 243:14 254:12

**practiced** 117:14

**practices** 237:21

**practicing** 76:14 117:10 129:5

**practitioners** 247:22 248:1

**pre-** 256:11

**precise** 18:12 220:18

**precocious** 34:23 101:2,9

**predefined** 216:23

**predict** 255:15

**predicted** 256:1

**predictive** 259:22

**predictors** 111:5 256:6

**preferences** 271:19,22

**preliminary** 8:2 110:25

**prepare** 9:4

**prepared** 221:20

**preparing** 11:5

**prepubertal** 30:12,16 231:12 233:3
239:18 249:17,22 250:4 251:12,19
252:20 255:15 256:12,17,24 257:10
263:10 268:8

**prepuberty** 252:16

**prescribe** 134:17

**prescribed** 66:2,4 73:2

**prescribing** 206:19,25

**present** 7:9 31:2 122:9 143:1
232:14 270:19

**presentation** 39:21

**presenting** 120:8

**pressing** 211:7

**pressure** 36:2

**presumably** 173:20 202:2 239:20
270:11 278:1

**presume** 81:3 280:5

**presumed** 82:19

**presuming** 68:20

**pretreatment** 74:13

**pretty** 20:18 36:6 46:16 87:22

**prevalence** 277:5

**prevent** 62:15 87:2 158:1,13

**preventing** 61:25

**previous** 104:19 224:16

**primary** 238:9 272:25

**Princeton** 251:9

**printed** 141:23

**printout** 65:7

**prior** 62:8 189:17 221:21 223:8
259:2,24

**pro** 24:5

**probability** 82:25 83:4,11,15 123:6,
7,21 130:24 167:11 273:16,18

**probably** 27:23 46:18 55:1 57:19
81:25 185:21 194:24 200:12 223:21
254:9 282:21

**problem** 68:1 250:22

**problems** 70:9 75:12 120:9,24
231:21 257:17

**procedure** 98:23 106:7 180:23
232:13

**process** 32:13 88:22 99:2 100:21
106:9 209:12 214:16

**profession** 88:23

**professional** 36:19,20 39:5 63:4
76:10,11 213:10,11 238:11 239:2
240:23

**professionals** 42:7 75:20 76:4,7
143:9 163:9,12 207:7 212:6 241:4,8

**professor** 12:15

**program** 11:24 12:18,19,20

**programs** 14:5

**progressed** 62:19

**progressing** 36:2

**project** 251:9,10

**promise** 232:13 282:1

**prompts** 236:24

**pronounce** 66:23

**pronouns** 266:21 267:3,9

**proof** 133:22 134:2

**proportion** 55:12 250:9 275:24

**proposal** 146:16,25

**proposed** 134:11

**prospective** 107:6 224:1 242:25 265:21 266:13

**prospectively** 242:21

**protocol** 75:18 103:19,20 104:6 228:19 274:6

**protocols** 226:18 227:12

**provide** 13:5,11 42:11 44:4,22 71:18 82:17 175:10,18 234:20 247:6 254:18

**provided** 72:18 76:12 117:9 173:10

**provider** 116:9,25 140:11 143:11 199:21 201:7

**providers** 43:20 142:24 183:10,11 200:5 201:12 246:24 247:5,8,12,23 248:6,14

**providers'** 199:24 246:25

**provides** 10:15 23:18 44:1,5 127:3 150:16

**providing** 43:25 67:8 159:2 258:1

**proxy** 255:24 259:17

**psych** 110:12

**psychiatric** 13:5 14:4 25:11 32:13, 14 38:22 111:1,12 114:21 115:16 126:16 168:5,6 170:19 213:13 230:10 242:12 248:17

**psychiatrist** 12:19 214:6,21 215:2 219:2,10,13 240:18

**psychiatrists** 42:7 70:8 156:16 213:24

**psychiatry** 12:1,16,18,20 29:25 39:24 44:17 56:5 133:22 134:4 211:2 212:7 213:18 242:14 248:19 263:19

**Psychiatry's** 233:11

**psycho** 39:18 48:21

**Psycho-** 75:9

**psycho-education** 103:22

**psychological** 17:20 18:22,24 19:15 20:4 24:2,14 35:11 39:21 40:1 53:1 62:21 68:7,9,11 70:8,11,15 73:11,18 75:11 78:12 103:21 104:5, 24 105:5,9,14 110:15 118:7,10,24 119:17,24 120:1,6,21,24 121:21 124:8 125:11 139:2,15 159:20 210:8 218:15 242:15

**psychological/psychiatric** 120:9

**psychologist** 238:12

**psychologists** 70:8

**psychopathology** 69:23

**psychosexual** 103:24

**psychosis** 43:6 49:12,15,16

**psychosocial** 104:4 120:7,23 122:10,13,18 149:17 150:16,18 217:8,12 218:12 219:19 225:20

**psychotherapeutic** 230:24

**psychotherapies** 227:5

**psychotherapy** 45:9 126:15 127:4, 5 154:3 226:18,23 227:1,12,25 228:19 229:3,9,14,18,20 230:1,13 233:12 236:5,6,22

**PTSD** 41:6 227:22,23 228:3,5,15,22 229:1

**pubertal** 34:15,18 56:14,15,20 57:6 58:16 59:2,7,11,20 60:3,20,22 62:10,15,22 63:10 64:9 66:6,9 67:1 68:11 69:4,25 70:20 71:11 73:17 79:15 86:2,6,13 88:20 89:8,11 91:25 93:16,18,22,24 94:3,7,8,10,14 96:12,19 97:12,13 99:25 100:4,8,16, 23,25 101:6,12,17 103:2,9 106:11, 20 109:12,16 111:9 117:3 120:2 121:20 124:17,25 125:10,14,23 130:5 131:14 132:24 136:9 171:14 175:8 184:2 185:3 187:18 188:5 204:25 205:3 214:17 220:12 252:11 277:14,17

**puberty** 29:24 30:1,3 34:17,20,23 35:1,4,7,10,12,20,21 36:2,4,11 43:1 50:10 52:24 53:2,19,22 54:9,13,19, 20 55:5,7 57:10,12,21,22 58:5,6,11, 12,21,22,24 59:8,9,15,20,21,24 60:2,11,13,15,18 61:2,4,15 62:19

**psycho** 66:6,7,18 67:12,22 68:4,23 71:8 73:2 84:18,24 86:22 90:8 99:3 101:2,9 102:9 107:5 110:2 115:13, 15 118:9 120:15 121:16 124:23 125:3 127:6,8 132:19 136:17,21 137:4,20 138:13 169:5 185:19 223:6 249:11 256:19 257:4,21,25 258:7,9, 11 260:7 269:7 282:19,22

**publication** 158:6 198:12

**publications** 138:7

**publish** 49:8 71:14 72:3 99:22

**published** 49:6 69:3 70:24 71:2 125:19 138:15,18 146:16 161:6 194:3 206:22 216:3,10 221:22 242:18 252:19 259:2,12,23

**publishes** 277:2

**publishing** 160:22

**pull** 29:13 94:24 97:17 98:3 251:14 258:20 264:20 271:12

**pure** 166:25

**purpose** 58:6,10 260:16 276:15

**purposes** 98:9

**pursued** 36:19

**push** 230:4 231:12 233:1,12

**put** 32:13 59:20 60:3 72:8 130:1 133:4 158:13 206:25 220:12,13 233:5 235:2 271:23

**putative** 33:18

**puts** 35:23

**puzzle** 85:5 127:9

**Q**

**qualitative** 188:1,21 189:4 195:7,9, 10,18 196:2,6 197:8,10 246:7 248:13

**quality** 75:16 113:13,17 116:6,9 146:9,18 147:5,14 170:20 193:20 200:21 222:4,13 225:19

**quality-of-life** 200:18

**question** 19:2,5,6 24:25 31:4 52:10 54:10 62:20 68:17 78:23 84:20 89:5 105:11,18 114:11,16 115:18 123:22 124:19 125:7 126:21 127:4,19 129:1,18 134:19 135:21 147:20

151:21 160:21 161:5 165:24 166:9
168:13 175:14 176:25 179:1,9
201:1,3 202:2,10 203:13 210:18,25
211:14 212:21 215:1 219:6 230:21
238:11,18 244:5 251:18,23 254:2
256:9 258:15 260:3 265:25 269:15
273:15 282:25

**questioned** 263:12

**questioning** 130:22,23

**questions** 8:7,10,24 43:17 87:11
88:2,6,7 132:9 175:1 204:23 208:21
210:6 211:1,7,11 238:25 282:2

**quickly** 136:13

**quite** 23:4 26:20 32:25 37:16 81:22
138:16 178:19 236:16

**quote** 206:9 207:1 252:23 257:5

**quotes** 146:3

---

## R

**race/ethnicity** 169:2

**Rae** 258:13 259:3,12,24,25 267:18
271:12 274:18

**raised** 25:24

**raises** 175:14

**random** 83:10,18,20 273:18,20

**randomized** 64:19,20 102:20
124:16 125:4 128:10 222:15

**randomly** 83:5,13 84:5 99:17 123:9

**range** 14:1 33:3 34:11 63:11 75:15
79:14 90:13,23 152:18,21 192:12
272:6

**ranges** 80:5

**ranging** 14:6 34:3 211:3

**rare** 44:2 49:1 92:18,19 140:10
182:11 260:7,9

**rarely** 37:4 249:11

**rate** 20:25 21:3,5,20,24 22:20 31:16,
19,22 32:9 145:6,12,21 198:22
205:25 224:7 249:22

**rates** 22:11 62:5 75:12 102:15 193:8
198:20 261:20

**rather** 59:15 100:14 237:3 239:8
258:17

**raw** 93:7,18 94:2

**Razi** 7:17

**reach** 111:6,10 195:19 210:19
219:3,7,10 257:4

**reached** 29:24 30:1,2 197:14
256:18 267:14

**reaches** 34:20 58:2 115:1

**reaching** 138:24

**read** 9:7,8 10:8 50:3 63:13 67:13
69:1 72:2 75:9 105:22 109:10
110:21 116:17,18 268:24 271:8

**reading** 69:17 91:13 142:22 157:4
192:14

**reads** 140:22 243:16

**ready** 135:5

**real** 109:1 129:4

**realistic** 123:14

**really** 22:19 35:21 40:25 41:10,22
43:2 61:22 81:13 83:25 84:18 88:18
89:18 105:1 112:7 114:16 128:3,16
138:24 165:8 176:23 177:1,3 178:6
181:18 196:8 200:1 206:13 208:2
211:18 212:19 213:12,14 214:13
222:15 234:14 235:2 236:18,23
237:2 241:13 243:13 251:23 252:25
256:9 257:9 272:19 276:19

**realm** 79:12

**reask** 163:8 275:18 281:9

**reason** 8:23 9:1 37:11 51:23 57:14
58:5 60:21 62:5 64:1 68:2 130:22
136:8 139:15 140:4,6 161:4 208:1
234:5 237:5 248:12 250:6 258:8
269:19 270:12

**reasonable** 121:17 123:21 212:1,5,
6 213:18,24 214:6 215:2 219:2,7,8,
10,13 220:9 269:12

**reasonably** 38:21 139:6

**reasons** 38:3 53:14 60:5 74:4 102:6
121:11 139:2,17 154:13 244:15
253:12 271:7,9 276:1 277:19,22,24
278:22

**reassignment** 74:25 75:3

**reassure** 274:8

**recall** 88:13,19 89:3

**receive** 30:12 35:3 50:21 60:19
66:14 67:6 89:20,25 93:24 100:4
101:22 102:2,14,24 112:9 118:7
120:1 132:24 163:25 164:14 186:17
189:2 211:22 277:15 278:14,20

**received** 51:3 66:9,17 70:5 73:10
86:13 89:2 91:25 93:16,22 94:3,6
97:12,13 100:8,15 104:5 105:4
115:15 118:23 120:2 186:19 223:24
228:22 238:19 266:3

**receives** 90:11 185:2

**receiving** 62:15 69:25 99:9 104:23
105:16 109:23 110:2,3,4 143:6
154:2 171:8 182:20 185:2 257:21
278:4,23,25 281:15,17

**recent** 55:11 88:6 136:4 251:7,11

**recently** 32:20 41:7 216:11 282:16

**recess** 48:17 97:2 135:10 161:1
180:2 215:17 249:6

**recognize** 214:1

**recommend** 52:8 128:15 168:18,19
246:25 247:19

**recommendations** 216:1

**recommended** 258:9

**record** 7:9 8:20 97:4 182:25 184:24
223:1 269:1 274:17 280:25

**recorded** 185:8

**records** 41:25 81:19,20 199:21
202:6

**recovery** 37:17 189:17

**recruit** 82:20

**recruited** 82:11 99:5,10 142:12
148:22 158:17 167:6 190:17 196:13
272:2,5,8 280:16

**recruitment** 190:15 191:14 196:21

**rectum** 181:12

**reduced** 200:25 201:2

**reduces** 95:19 164:22

**reducing** 121:22 230:2,13

**reduction** 121:18

**refer** 18:13,14,17,18 34:10 121:18
240:2 269:25

**reference** 104:18 204:16,23

**referenced** 81:1

**references** 70:3

**referencing** 77:19 104:8 105:18 109:15 146:14 170:6,17 221:3

**referrals** 55:10,11

**referred** 65:22 99:16 250:7 255:20

**referring** 26:21 77:13,18 100:11 146:20 157:15 264:9 270:3,7,21

**refers** 18:21 30:16 53:21 67:16 80:16

**reflected** 202:7,23

**reflects** 202:19

**regard** 103:20 206:9

**regarding** 188:16 189:11 239:24 242:1

**region** 169:1

**registering** 274:5

**regression** 110:19,23,24 112:20

**regret** 61:23 62:5 198:20,22 199:12 200:4,23 201:7,13,17 202:25 203:1, 6,10,17 205:25 275:8 277:6 280:9, 21 281:14,21,23

**regret/dissatisfaction** 199:20

**regrets** 62:1

**regretted** 260:18

**regular** 116:5

**regularly** 70:7 137:24

**reinforces** 127:18

**related** 35:11 48:7 105:12 231:19 236:11

**relationship** 126:13 233:16,21,23 234:24

**relationships** 104:1 237:9

**relatively** 48:7 49:1 71:25 83:21 122:14 123:17 136:25 140:9 154:18 203:21

**relevance** 204:22

**relevant** 14:19 15:1,9 30:8,12,20 89:18 101:16 103:7 161:13 163:23 204:3,8,18 205:1,15,21 220:1 245:2 268:11

**reliable** 280:15

**relied** 11:8 12:25 14:14 264:4

**relies** 157:8 249:16

**relieving** 67:23

**religious** 238:12 239:1 240:24

**rely** 174:15 203:5 248:15

**remained** 276:12

**remarkable** 102:13

**remember** 12:6,7 55:14 67:15 88:12,15 157:15 162:1 194:4 221:19

**remind** 56:16 176:5 228:3

**removal** 36:23 37:1

**remove** 57:4 111:20 112:1 127:23 128:12 182:14

**removed** 37:8 161:14

**removing** 111:11 112:7

**render** 62:22

**repeat** 19:2 114:11 124:19 244:5

**repeated** 107:7 213:9

**rephrase** 60:9 126:2 133:3 134:3 177:20 211:9

**rephrasing** 20:2

**replicated** 127:15

**report** 56:13 61:24 66:23,25 81:20 112:18 147:24 149:19 153:20 164:20 192:22 246:13,15 252:21,25

**reported** 94:14 111:1 119:9 138:9 147:3,9 200:5 201:12,19

**REPORTER** 7:1 249:5 283:18

**reporting** 19:17 21:1 93:8 119:11 147:23 160:4 168:22 197:18 240:9 251:25

**reports** 189:19 282:7

**reposition** 181:14 182:3

**represent** 193:12,19

**representative** 83:23 143:17

**represents** 84:8

**reproductive** 184:14

**require** 63:2 111:19 186:20 214:19 264:6

**required** 40:3,7 71:18 154:19 174:9

**requirement** 37:9

**requirements** 121:19

**requires** 208:12 216:4

**requiring** 62:7 80:14 92:20 101:10 160:1 162:15,17

**research** 11:9,11 12:3,22 14:15,17, 18,19,21,23,24 15:1 22:24 25:7 32:22 33:9 49:8 51:13 52:14 55:19 57:2 71:13 77:10 80:2 123:15 140:23 141:9,13 149:9,13,14 176:22 187:4,17,18 189:20,21 206:22 207:18 208:17,23 209:7 210:7,11, 15,23 211:12 216:1,22 221:21 227:10 229:24 230:3,4,8 242:6,18 243:2 253:8 254:5 255:19 257:9 261:7,14 273:24,25 274:4 283:5

**researched** 229:21

**researcher** 216:8

**researching** 208:20

**residency** 11:21 13:4

**resizing** 182:16

**resolve** 185:4,14

**resolved** 67:22

**resolving** 211:4

**respect** 56:9 210:13

**respected** 34:5 216:19

**respects** 68:8

**respond** 191:7,8

**responded** 89:5 163:15

**responding** 93:12

**response** 89:4 90:11 134:14 238:10,22

**responses** 10:17 161:13

**responsive** 140:8,9

**rest** 65:12 134:25 270:14 274:1

**restate** 58:9

**restricted** 86:6

**restricting** 235:8

**restructuring** 282:10

**result** 67:12 84:25 87:7 184:3 213:7

230:24

**resulted**  69:20

**resulting**  75:12 92:8

**results**  51:5 69:12 74:18 76:6,15,21
77:10,20 84:22 99:22 111:3 112:19
113:10 116:14 119:5,6,9,11 120:5
122:19 142:14 160:4 161:18 165:14
166:5 168:22 174:4 196:20 225:12,
13,21 274:10,12

**retained**  10:3

**retransition**  270:18,23

**retrospective**  81:10,11,15,17 82:1
199:1 200:1,2,16

**return**  278:15

**reveal**  74:12

**revealing**  252:2

**reversal**  201:24

**reverse**  96:8 165:15 168:13 176:24
180:21

**reversed**  196:25

**reversibility**  61:19

**reversible**  61:1,2,5 62:4

**review**  11:7 16:6 42:2 43:10 55:16
199:13,18 215:25 216:14,15,16,17,
18,21,22 217:18 219:17 221:10
223:13 224:22 225:4 259:3 261:9,12

**reviewed**  11:3,13 141:5 180:5
189:20,21 207:18,21 209:9 221:19
223:5,19,20 232:23 242:1,18

**reviewing**  27:24 41:25 209:10

**reviews**  223:5

**revision**  29:21 31:14 32:21 161:19
264:19

**Richardson**  7:2

**rid**  186:9

**right**  8:23 9:18 11:5,19 13:1 15:12,
23 17:3,6,15 18:7 23:9,17,23 24:2
25:25 39:11 45:25 49:20 51:17 52:3
55:21,24 56:3,25 63:5,7 64:4,12
65:6 67:7 68:9 70:15 72:22 76:1,18
79:19 82:4,6 87:20 89:9,14 90:14,25
93:17 95:16 97:7,24 98:3 99:11
103:14 104:15,24 109:12 111:16
113:6,8 115:1 118:25 123:7 125:24

129:4,7,23 130:24 135:12 144:8,9,
15 146:4 147:5 148:18,19 149:3
150:4 152:13 155:25 157:1 159:6
163:16 165:23 167:13,20 168:23
170:1,8,11,12,15 171:19 172:2
173:4 176:3 180:8 190:17,24
191:16,20 192:6,10 194:17,20 195:7
198:23 199:24 200:9 203:22 206:3
207:14 211:14 212:21 214:12 216:9,
11 218:6 220:7 221:25 222:20
230:22 237:19 238:22 240:12
241:12 242:2 246:8 247:6,14
250:23,25 253:10 255:4 256:14
257:22 260:4 262:23 265:5 266:15,
18,22,25 268:14 270:14 272:3
274:18 278:13,19 279:11 281:1
283:20

**right-hand**  92:6 103:16 107:2
143:23 153:24 193:4

**rigid**  47:16 48:1

**risk**  38:9,18 82:22 88:13,19 89:3,21
90:1 112:14 139:24,25 140:3 183:5,
13,22 207:9 215:4 218:11 237:7

**risks**  36:22 38:11,13,16 39:8 41:1
43:21 129:14 183:16,20 188:10
195:17 214:7

**risky**  57:20

**role**  12:12 69:22 236:15

**roles**  13:5,9 234:24

**romantic**  103:25

**room**  7:18 9:13 212:1

**Rose**  7:13

**rough**  41:18 283:21

**roughly**  82:24 95:6

**routinely**  186:5

**row**  94:5 161:22 162:2

**rule**  230:17 235:16 254:14,19
267:15

**ruled**  96:9

**rules**  229:25 230:11 253:22 254:23
274:18,21

**ruling**  254:3

**run**  84:2,13 262:2 274:6

**run-on**  157:2

**running**  13:18 156:17

**rural**  149:11

**Rutledge**  15:15

**S**

**S.E.A.**  226:13

**sadness**  24:19,20

**safe**  39:1 42:19 133:24 206:20,23

**safely**  139:14

**safety**  134:13

**said**  11:3 20:2 23:5 25:1 27:14 51:21
63:1 72:17 77:25 86:12 90:12 93:11
98:2 111:8 136:3 146:15,17 157:22
169:12 176:18 178:25 185:12 186:4
204:2 248:2,22 254:3 255:2 257:18
259:12 278:13 282:17,21

**same**  8:20 19:19 24:18 25:22,25
32:2,4 42:6 47:14 52:14 56:8 64:3
66:22 72:3,13 73:7,10 75:17 78:3
101:10 104:24 112:7 124:13 140:1
155:6 162:7,8,9,12,18 163:2 170:4
175:1,7 177:6 226:5 231:16 232:6
233:6 241:1 245:3 281:9 283:15

**sample**  31:25 53:14 83:1,11,14,15,
21,22,23,25 84:1,6,7,19 92:16,17
96:6 108:21 111:4,7 112:13,15
115:3,9 118:21 122:14 123:2,8,17,
21,25 144:24 145:16 151:19,22,25
152:2 153:4,20 167:11,12,13 172:8
173:9 193:11 196:18 199:9 272:10
273:1,9,16,18 277:10 279:13

**sampled**  75:14

**samples**  82:25 123:6 265:24 273:14

**sampling**  272:7

**San**  7:11 142:18 172:5

**satisfaction**  75:16 146:4 147:13
149:21 199:19 200:17

**satisfied**  278:5

**saturation**  195:20 197:13,15

**saves**  245:19

**saw**  11:18 85:15 121:10 126:14
129:9 216:3 270:18

**say**  10:17 20:3 21:19 22:4 24:18
27:12 29:25 30:2 31:5,19 35:2,16
38:8,19,23 41:5,9,17 45:4 46:4,9
47:15,21,22,23 48:1 49:24 51:13,21

52:7,13,18 54:10 58:1 63:8,15,20
65:10 67:11 68:9,20 69:11,16 71:22
79:5,12 81:17 83:8 84:23 87:6 92:5
96:1,5,8 100:10 101:4 103:17
108:23 109:15 111:7 113:10 114:17
115:8,9,21 116:19 122:9 124:2,3
125:4,21 127:12 128:1,16,23 131:1,
2,3,5,22 133:4 135:2 136:15,22
137:25 139:9 144:4 145:1 146:2
147:8,12 149:16 150:13 154:22
156:10 157:3 159:6,8 167:18 169:13
176:9,15,20 179:3,8 180:5 183:2
185:11 187:4,12 189:14 203:8 206:9
207:6 209:20,21 212:12 213:17
214:21 215:3 216:24 220:2,18
226:17 230:22 233:17 234:15
237:21,25 239:5,13,15 243:5 244:7
247:5 251:3 252:2 256:11 258:5
260:9 263:7,8 264:4 268:25 269:23
270:13,21 271:10,18 274:23 277:14
279:18

saying 23:14 24:7 46:10,17 50:5
57:19 63:16,18 84:16 92:24 104:21
109:10 120:20 123:20 124:7,24
131:8 138:11 141:5 149:5 173:17
178:12,21 188:15 192:15 193:10,23
201:12,15,16 202:17 245:15 259:9

says 46:19 47:19 68:7,22 72:21,22
75:8 86:2 90:24 91:5 98:24 107:3
109:8 110:23 115:24 120:5 121:14
142:22 148:18 150:5 152:11,18
153:3,24 155:6,7,12 158:4 164:20
165:1 173:9 187:10 192:10 193:17
196:13,21 197:18,19 199:1,12,17
201:6,20 202:13 217:11 218:9
219:16 222:1 223:12 225:3,11
226:11 232:12 238:9 254:2 261:17,
20 265:19 267:21 268:17 270:1,4,
15,17 272:6,14,25 273:23

scaffolding 234:20

scale 67:14 193:15,18,24 194:4,6

Scandinavian 282:13

scattered 189:18

schizophrenia 25:13 26:7,13 41:6
49:2,12

school 11:18 34:5 42:17,20 46:8
103:24

schools 34:3

science 274:25

sciences 12:3

scientific 18:11 26:20

scope 42:1

scored 116:20

scores 115:14 170:20 173:12 174:1,
19 187:23 193:5

scoring 224:11

screen 98:11,12,13 107:25 141:24
142:1 165:8

screened 219:17 220:3

screens 7:17

scroll 16:21,24 65:14,17 91:3 104:9
106:2,5,23,24 109:6 119:4 120:11
121:4 122:8 142:4 159:16 170:23,24
173:7 190:11 193:1,16 197:17
198:16 219:15 223:11 225:1 258:25
261:1 265:2

scrolling 105:25 160:3 196:12

SD 192:10

SD=193 152:19

se 121:21

search 199:14,19 216:22,24

second 69:10 71:22 86:1 94:17
98:23 106:8 107:3 110:20 121:13,14
155:2 160:18 202:12,13 208:13
217:23 225:2

secondary 36:3 69:20

section 65:20 69:8 84:23 105:23
106:7 110:21 119:5,9 146:11 148:15
159:16,17 163:14 190:25 192:25
193:3 194:3 203:23 249:8 267:21
275:4

secular 239:2 240:23 241:4,8

see 10:2 11:2 13:14 17:1,5,9,17
18:13,19 23:17 24:4 26:4 29:13
32:1,4 33:12 38:20 41:4 43:13 45:18
47:7 57:17 61:24 65:10,11 68:6
69:13 72:11 73:25 74:8,10 77:17
80:25 84:22 89:4 90:21 91:8 93:11
99:6 101:19 104:7 105:1 107:2,10
109:5,7,24 112:22,23 116:11 121:1,
3,24 122:23 123:20 124:18,20 125:2
129:3 130:14 131:6 134:22 141:3
143:3 144:1,6 145:4 147:3,9 149:23
150:8 152:20 153:6 154:5,20,25
155:6,10,18 163:14 164:24 165:6
172:11,13 173:15 183:1 187:9 190:7
194:9,14 195:19 196:16,24 197:21

199:17 200:19 201:10 202:1,9,16
209:3,4 216:25 217:8,14,17,21
218:17 219:22 221:13 222:1,7
223:12,18,25 225:2,8,11,23 226:15,
20 231:2,5,15 232:15,16 238:16
239:11 243:23 245:8 246:15 249:20
250:1 252:3 259:7 261:17,24 262:7,
22 263:13 265:17 266:2 268:1,23
269:4 271:21 273:2 274:1 278:17
279:16,20

seeing 84:24 177:2 178:11 279:21

seek 239:7,21

seeking 41:7 96:11 101:17

seem 23:21 46:21 104:8 122:16
139:25

seems 19:5 23:6 26:21 95:3 101:3
104:21 112:10 125:8 136:25 137:2
153:11 217:18 219:20 258:15

seen 17:25 26:21 70:7 82:17 146:25
189:18 232:23 244:12 253:13

Seldin 7:14

selection 82:22 218:11

self-harm 227:19

self-injury 146:9

self-medicating 149:2

self-reported 87:23 191:25

self-reporting 21:8 23:6 87:19
167:15

self-understanding 20:4,8

Senate 11:3

send 283:12

sense 20:20 27:19 45:7 54:25
102:19 113:1 186:6 254:9

sentence 28:10,12 53:17 68:7,22
75:8,23 86:1 92:11 96:1 99:6
105:12,19 120:5,14 124:20 125:8
140:22 150:12 153:3 155:7 157:2,5
165:1,17 199:17 201:6,20 202:13
217:11,15 223:18 225:3 226:11
231:15 232:11 240:8 243:16 263:14
266:2 270:17,21 274:1 279:24

sentences 154:22

sentient 46:1

separate 7:16 23:22 26:1 49:11,14
126:15 268:9 273:15

**separated** 46:6 87:10

**separately** 147:23 191:22 192:23 228:24

**separating** 260:21

**separation** 218:14

**September** 12:13

**series** 49:6,13 110:24 188:21 232:16

**serious** 58:3 214:13

**seriously** 169:8,16

**services** 13:6,11 148:25

**session** 43:10,12

**sessions** 41:10,14,18 88:24

**set** 30:3,5,18 33:9 50:13 51:1,24 52:3 67:5 84:12 128:15 146:7,22 217:4 264:19 268:7,9

**sets** 30:15 50:9 51:22 268:6

**settings** 80:2

**seven** 136:15

**several** 32:15 33:17,24 34:21 49:9, 14 74:5 88:24 127:15 198:19 222:10 231:20 252:10 263:21,24 265:9 277:1 278:16 282:11

**severe** 38:17 53:1 78:12 80:10 129:12,16 139:9 159:20 240:16 255:23

**severity** 80:8

**sex** 18:8,10,14,20,24 19:3,6,10 29:4 30:23 35:16 36:3 46:12 47:8 57:11 67:17,21,25 69:20 184:5,10,15,17 185:11 230:5 231:1,13,24 232:10 233:1,13 234:2 238:13 249:12,15 264:7

**sexual** 169:1

**shame** 237:8

**share** 253:12

**Shawn** 9:22 17:10 64:5 65:15 72:7 79:9 104:10,14,20 120:11 121:4,7 151:8 215:20 217:7 222:22 245:13 246:2

**she** 35:22 40:22 257:20 266:3 270:4, 12,13,15,17 272:6

**she's** 40:20,21,24 41:2 265:7 270:7,

11

**shifts** 269:10

**shocking** 46:17

**shorter** 41:5 213:6

**should** 27:9 41:10 57:21 68:18 71:23 72:10 103:17 107:5 154:17 156:10 181:5 183:23 212:14 213:19, 21,25 220:2 270:19 276:19 282:21

**shouldn't** 85:3 178:14

**show** 8:14 50:11,16 51:25 52:3,9 96:21 115:18 126:12 133:23 141:6, 11 148:6 170:14 189:8 227:10 246:9 275:22

**showed** 93:12 138:22 146:2 162:21 256:3 259:13 274:11

**showing** 25:7 53:6 110:7 112:19 126:21 150:20 195:24 206:22 209:8 244:15

**shown** 116:7,19 187:4,12 249:18

**shows** 20:23 51:13 119:16 151:2 159:7 177:14 187:13 271:18

**sic** 245:5

**side** 42:24 43:21 143:23 193:5 213:4 240:11

**sidebar** 160:23

**sign** 43:23

**signaling** 33:18

**significance** 53:13 94:22 111:6 113:7,12 114:20 115:1 132:22 171:1,5 275:2

**significant** 30:25 31:5 67:18 74:12 90:17 92:25 93:5 95:17 108:20,23 109:3 111:10 113:2,4,15 114:8,12, 23 115:5,19 131:3 133:2 147:10 151:23 152:1,4 160:7,15 162:4,22 169:7,15,19 170:14 171:4,7,12 174:2

**significantly** 95:12 147:13 193:7

**similar** 26:6,13 51:11 117:1 121:25 127:17,24 168:13 182:14 223:4 246:23 263:21 265:9 274:11

**similarly** 25:12 35:8 127:16 156:23 221:22

**simple** 41:13 44:24

**simpler** 165:17

**simply** 93:3

**since** 12:12 23:5 28:2 30:12 35:17 40:20 45:1 143:15 145:15 194:13 197:19 203:21 207:6 270:14 276:7 281:3

**single** 26:16 33:20 52:9 63:19,22 65:3 68:18 76:17 77:1 81:9 105:19 118:16 123:24 126:6 141:10 151:1 152:5 204:11,17

**singled** 186:13

**sit** 215:8 235:12

**sitting** 131:8 262:25

**situation** 32:6 39:9 41:22 60:23 78:6,16 274:24

**situations** 37:10 58:25 139:21

**six** 31:2 41:18 109:20 118:8,9 119:25 120:19 121:10 132:25 217:12,18 220:11,19

**six-week** 220:14

**size** 53:15 84:19 92:16,17 108:21 111:4,7,8 112:14,15 115:3,10 123:25 151:19,22,25 152:2 273:1,9

**skin** 56:25 181:10,13

**skip** 59:2

**slightly** 47:10 232:8

**sloppy** 259:14

**slow** 142:4

**small** 36:24 53:15 83:21,25 112:10 115:4 122:14 123:17,25 151:19,22, 25 165:8 182:7,9 197:7 218:10 223:14 252:12 273:1,9,14

**smaller** 84:1 97:23 152:2

**smooth** 69:21

**snowball** 272:7

**so** 8:1,6 11:9 12:9,12,25 13:14 14:14 15:11,22 16:21 17:13,17 18:2,7,10, 13,15,19,24 20:2,3 21:11,18 22:1,4, 16,18,19,21,23 23:4,11,14 24:4,7,22 25:1,7,10,12,17,18 26:1,17,23 27:7, 9,10,14 28:8,18,22 29:2,17,19,25 30:3,15 31:5,23 32:8,20 33:3,10,22, 23 34:5,14 35:1,2,8,23 36:9 38:8,16, 22 39:14,19,25 40:17 41:9,13 42:4, 25 43:4 44:19,23 45:1,4 46:16,23

47:3,4,10,15 48:4,19 49:14,20,21,24
50:21,25 51:5 52:6 53:3,5 55:2,9,21
56:11,14,22 57:8,12,14,24 58:3,12,
15 59:5,8,9,12 60:25 61:2,4,17,24
62:2,5,9,14 63:7,15,18,23,25 64:4,
18,25 65:17,19,20,21 66:13,17
67:10,19 68:1,9,22 69:3,9,15,18
70:13,24 71:5,20,21 72:14,21 73:6,
9,16,25 74:10,20 75:2,6,23 76:6,10,
24 77:18 78:8,15 79:11,21 80:13,15,
25 81:5,16 82:2,24 83:4,8,19,22
84:6,21,23 85:2,7,8 86:1,15 87:12,
18 88:2,5,16 89:4,10,16 90:8,12
91:8,16,19,25 92:5,15,19,21 93:6,9,
11,15,21 94:17 95:3,4,8,13,20,25
97:4,22 98:3,6,22 99:8,14 100:1,3,
21 101:3,5,21,24,25 102:4,17 103:7,
14 104:21 105:8 106:7,15,25 107:2,
12,21,23,25 108:10,22 109:5,7,19
110:6,22,23 111:9,11,15,19 112:13,
19 113:2,5,6 114:7,24 115:4,18
116:19,22 117:2,9,17 118:2,4,5,7,12
119:3,5,9,11,21 120:4 121:9 122:25
123:13 124:13 125:13,22 126:11,22
127:8,15,18,23 128:18 129:9,11,18,
21 130:4,8,20,24 131:10 133:4
134:4,9,19,24 135:2,9 136:3,11,13
137:14 138:7,17 139:5,8,9 140:15,
17,19 141:25 142:14,16 143:5,22
144:3,8,23 145:9 146:1,2,13,25
147:5,18,20 148:4,6,14,17,18 149:3,
13,15 150:4,12,20 151:4,25 152:7,
10,24 153:8,13,20,22,24 155:3
156:19 157:8,11,17,18 158:5,10,15
159:6,19 160:6 161:4,6,13,15,19
162:2,5 163:12,17,22 164:7,18
165:21 166:3,14,25 167:25 168:15,
21 169:14 170:22 171:12 172:8,11,
20 173:6,8,20,21 174:23 176:1,9,14
177:9,13,17,25 178:12,20 179:2
180:7 181:10,18 182:17 183:1,21
185:9,17,25 187:12,16 188:18
190:9,11,12,13,15,20 191:6 192:9,
14,20 193:4,5,10,17 194:12,16,22
195:14,20 196:7,11,12,18,20 197:2,
10,13,23 198:1,5,16,17,25 199:8,16,
23 200:4,13,15,21,25 201:18 202:6,
11,12,21,24 203:22 204:14,24,25
205:6,13 206:3,6,13,20 207:9 209:1,
17,18 210:7 211:14,17,25 212:19,25
213:16 214:6,20 215:9 216:6,8,24
217:6,8,11,18,21 218:1,8 220:2,4,7,
16 221:18,24 222:1,17 223:12
224:21 226:8 227:6 228:7 230:20,22
231:19,24 232:8,16,17,22 233:4,14
234:1,19,22 235:5,12,15,19,20

236:10,22 237:10,12 238:8,18
239:3,4,23 240:4,17,21 241:23,24
242:10,19 244:15,17,24 245:4
246:9,23 247:8,14 248:10 249:8,25
250:11,15,17,22 251:2,8,10,17,24
252:6 253:16,18 254:22 255:3,7
256:1,11,23 257:8 258:13 259:3,7,
21 261:12,16 262:4,7,11,16,22
263:7 265:1,2,4,17 266:7,14,24
267:4,14,15 268:3,6,13 269:12,14,
24 270:10,15,19 271:18 272:1,13,
23,24 273:4,9,10,23 274:3,7,18
275:7,19 276:25 277:4,13,25
278:12,22 279:13 280:18 281:1,9
282:5,10 283:12

social  30:25 39:18,23 40:2 70:6,9,
17 73:11 227:7,9 228:13 258:11,18
259:9,15,17 266:20 267:2,7,16
271:18,25 274:19

socially  136:24 255:24 258:17
259:21 267:5 272:16

society  101:24 136:3,5 222:19

sociocognitive  122:12

socioeconomic  168:25

solid  128:11

somatic  219:19

some  11:9 14:13 25:20,22 27:10,17
35:14 37:11 38:3,13 44:2 45:4,24
48:24 54:5,21 56:12,22 57:2 59:12
69:5 74:16 77:6 78:21 81:24 88:5
101:9 103:15 109:24 110:2,3 112:18
113:15 122:5,9,25 123:12,13
124:10,11 127:22 128:12 129:19
130:18 132:9 138:19 143:10 149:19
158:7 161:9,18 172:18 175:11
176:25 195:17 197:18 201:22
205:11 207:19 209:20 210:19
214:12 215:11,14 221:4 230:23
234:11 252:13,24 269:10 270:12,18
274:14 275:7,8,25 276:9 281:3,4
282:7,17

somebody  24:6 27:11 90:11 137:15
139:16 158:5 164:7,10 227:7 276:3

somebody's  29:2 139:9

someone  19:22 20:7 23:18,22 24:9
25:2 30:2 42:2 44:18 48:1 49:2 55:1
58:2 59:12,19,24 60:2,10,17 62:1,22
87:2 88:12,17 89:25 114:19 133:21
134:4,10 139:2,17 140:12 158:14
163:24 164:4 168:1 178:12 182:11

184:1 202:19 229:13 230:18 233:1
236:13,22 238:19 239:20 240:19
252:15 253:23 254:15,24 256:20
258:2,12 278:3 280:18,22

someone's  19:13 20:14 21:8 22:16
23:7 253:5 255:7

something  21:18 32:10 44:16 48:7
88:12 89:20 113:2 128:9 131:1,23
133:17,19 140:17 154:10 175:23
176:20 195:24 196:5 206:2 222:12
235:24 243:9 253:10 254:7,11
270:16 273:18 274:25

sometimes  8:18 18:16,17 26:17
34:17 35:10 36:16 49:3 151:21,25
195:23 234:15 235:5

somewhat  115:24 148:13 184:10

somewhere  53:21 68:20 138:18
181:25

sophisticated  40:25 148:13

sophistication  240:5

sorry  15:21 66:23 78:23 85:15 91:13
94:11,12 97:12,20,21 100:18,20
104:10,11 105:11,18 108:10 109:12
110:20 119:8,22 121:3,6 122:8
146:13 151:8 155:2 157:2,19 161:22
162:12,13 165:7,19 170:23,25 176:5
180:17 182:23 184:22 190:7 191:7
197:1 199:15 202:12 205:3,24
210:13 211:8 225:12 228:3 244:5
263:7 269:2 278:18

sort  14:1 42:1 46:23 78:1 109:24
210:7

sorts  189:19

sound  114:5

sounds  157:2 283:9,20

source  216:4 217:16 265:12

space  181:11 234:20

Spain  171:24

spare  80:4

speak  8:19 9:10

speakers  135:7

Speaking  269:5

specific  11:14 12:7 13:14,23 28:10,
12,19,20 34:10 40:9 43:1 56:12,13
60:8 77:13,17 95:13 145:24 146:20
158:12 159:10 179:21 193:15

195:13,14 204:24 207:25 212:14
216:21 224:11,12 226:4 228:6
229:23 240:1 243:9 254:14 258:15
262:23 263:15 269:5,17 283:9,14

**specifically** 14:7 18:21 54:3 64:23
147:5,24 157:15 162:1 203:4 213:21
217:20 256:5

**specifics** 154:3

**specify** 100:18

**spectrum** 80:3,16 213:4

**spent** 83:20

**sports** 42:20

**Square** 7:3

**stabilization** 214:15

**stable** 137:1

**stage** 34:12 53:22 59:7,14 60:18
135:22 182:11 214:17

**stages** 34:20

**stand** 112:25

**standard** 7:5 21:11,16,21 22:8,14,
17,19 23:6 31:13 32:3,7,11 40:11
71:16 76:9 108:24 113:3 116:23
117:8,11,14 132:21 134:16 149:7,8
152:23 168:3 211:23

**standards** 13:23 277:25

**Stanford** 12:2 13:21

**start** 33:22 35:5,10,20,21 40:3 42:14
46:4 56:11 57:23 58:3 60:22 61:8
67:1 99:4 119:10 132:5 135:13
136:11 181:5 257:21 258:6 277:14

**started** 54:4 56:4 66:10 78:4 99:2
100:21 103:9 106:9 136:17 177:1
266:4 277:17

**starting** 31:21 46:1 62:8,10 71:8
120:18 132:7,19 148:15 220:12
235:21 236:4

**starts** 35:7 130:13 137:6 258:7

**state** 54:3,5 244:23 260:6 265:22

**statement** 10:15 51:12 77:13,17
156:20 245:5 259:8 262:11,16
269:12

**statements** 28:19 56:12 261:15

**states** 56:3 83:13 86:4,23 211:16
248:7

**statistic** 146:1

**statistical** 53:13,15 74:6,17 84:1,19
91:14 94:21 95:12,19 111:6 113:7,
12 114:20 115:1 132:18,21 148:13
171:5 173:3 175:21,22 273:12 275:1

**statistically** 93:5 95:16 108:20,23
109:2 113:2,4,15 114:8,12,23 115:5,
18 131:3 133:1 151:23 152:1,3
160:7,15 162:3,21 169:7,15,19
170:14 171:3,6,12 174:2

**statistics** 21:4 92:24 108:19 112:13
130:24 131:18,22,25 133:9 176:19
254:6 267:23 275:4

**stats** 171:2

**status** 165:2,9 168:25 201:23

**stay** 58:4

**stays** 127:7

**steadily** 75:11

**Steensma** 263:17 265:11

**step** 174:23 181:4

**step-wise** 62:3

**steps** 180:24

**stereotypical** 47:17

**Stewart** 7:2

**stick** 222:24

**stigma** 145:17 237:8 251:24 271:11
276:1

**stigmatization** 70:3

**stigmatized** 55:2

**still** 10:13 42:8 45:22 47:25 67:24
68:3,6 74:20 101:23 102:3 105:11,
18 127:12,20,23 130:16 161:3
186:14,18,20 207:10 252:6 256:17
269:15 271:1 276:5 281:24

**stop** 57:4,21 90:7 195:21 238:14
257:5 281:6,15

**stopped** 35:6 61:3 202:4 252:12
253:3 278:23,24,25 280:3,5

**stopping** 137:21

**stops** 280:18

**straight** 59:2

**Strangio** 7:10,11 12:11 13:7 14:3,11
15:3 16:20 17:1,8,19,23 18:4,9 19:1,

4,14,20,24 20:5,9,17 21:2,10,25
23:10,25 24:10,24 26:12,19 28:6
29:8 31:18 32:24 37:22 38:1,6 40:5,
16 41:16 42:3 44:9 45:3,23 46:25
48:12,15,25 50:7 51:20 52:15 53:11,
20 54:2,14 55:8 56:17,21 57:7 58:8
59:4,16,23 60:4,16,24 61:20 62:11,
24 63:17 65:2,9,16 66:15,20 68:13
69:7 70:22 71:12 73:12,19 74:3
76:2,8,23 77:3,12,24 78:22 79:25
82:7,12,16,23 85:11,15,21,23 86:14,
20 87:4,21 88:10 89:23 90:3,15,19
91:10,12,21 93:14 94:1,23 95:7,24
96:14,25 97:16,20,25 98:13 99:12,
15 100:6,12 101:1,8,15 102:21
103:4,11 104:10,25 105:6,10,17
106:13,17,21 107:14,23 108:8,18
109:14 110:10,18 111:17,24 112:12
113:23 114:10,15 115:2,20 116:16
117:5,15 118:18 119:1,19 120:11,13
121:4,8 123:3,19 124:1,6 125:16
126:5,10 127:13,21 128:2,24 129:24
130:3,12 131:12,16,21 132:6,14
133:8,25 134:7,15 135:2,8,20,24
136:2 137:9 138:2,6 139:4,19
140:13 141:8,17,22 142:2,5,13
143:7,19 144:16,21 145:8,14,23
146:10,24 148:9 149:4 151:20
153:15,19 154:12 155:1,3 156:2
157:14,20 158:3,19 159:4,15 160:25
163:7 164:1,5,17 166:13 167:9,23
168:11,17 169:11 170:16 171:9
172:9,17,24 173:19 174:6,18 175:6
176:4,17 177:11,15,19 178:3,24
179:5,12,18 180:1,11 182:22 183:19
184:6,9,16,22 185:6,16 186:21
187:15 188:17,25 189:12,23 190:9
191:9 193:14 194:8 196:4 197:9
200:6,10 201:14 203:2,19 204:9
205:2 207:15 209:15,25 210:12,17,
24 211:13 212:4,10 214:9 215:6,16
218:22,25 219:4,12 220:22 221:1,5
224:9 226:2,24 227:2,14,17,21
228:2,20 229:4,10,16,22 230:19
231:18 232:20 233:19 234:9,13
235:18 240:20 241:5,20 242:9 243:4
244:4,11,22 247:11,18 248:4 249:24
251:21 252:18 253:7 254:1 255:1,
10,18 256:8,15,22 257:7,12,23
258:3 260:2,15,23 261:8 262:13
263:3 264:10,15,18 265:15 267:1,6,
13,17 268:5,24 269:22 270:5 271:20
272:11,18 273:6 274:13,20 276:14
277:11,21 278:6 279:5 280:10,13,23
281:1,5,10,18 282:1,4,23 283:6,12

**strategies** 230:24

**stratified** 111:5

**strength** 207:12 241:1

**strengths** 52:11 126:11 141:12
164:19 175:10 205:10 239:3

**stress** 58:23 67:23

**stressed** 103:18

**strictly** 40:6

**strong** 22:23 23:13 25:8 33:13
131:17 132:3,23 133:5 141:14
188:22 233:22 253:9

**stronger** 130:13,20 233:15,21
239:19

**strongly** 33:19 258:18

**structures** 208:3

**struggling** 178:16

**studied** 77:1 134:12 194:9

**studies** 12:17 25:12,17 26:6,14
33:11,14 50:9,13,14,16,19,25 51:1,
10,22,24 52:3,10,16 53:6,9,12,24
54:3 55:4 63:9 64:4,8 71:9,23 79:13
82:24 85:3 91:18 92:2 95:5 96:16,
17,21 99:23 102:22 107:7 116:7,19
125:17 126:11,12,17,20,23 127:11,
14,16,17,20,22,25 128:13,15 131:8
133:14 140:23 141:6,16,19 149:6
156:20 168:14 174:24 175:3,16,20
176:10,23,25 177:8 178:5,20
179:19,20,23 187:20 188:4 189:1
190:3 197:10 200:1 203:13 205:7,9,
17,22 208:6,11 217:4,12,19 218:5,9,
13 220:1,4,5,10 221:23 223:13,14,
22 224:2,4,7,22 225:3,5,13 229:2,5
244:9,12,20 245:16,18 246:13
249:16 250:1,4,8,17 251:3,7 254:18
255:20 256:3,12,24 257:14 259:19
263:9,15,20,21 264:4 265:4,9,13,22,
24 275:8

**study** 26:1 52:7,8,9,19 55:9,19,22
56:2,5 63:19,20,21,22 64:11,14,15,
18,20,23,24,25 65:3,5 66:8,13,21
67:4,10 68:15,19 70:5,19 71:21
72:8,14,17,21 73:6,7,10 74:1,8,20
75:2,7 76:10,19 77:20,21 78:1,15,18
79:21 80:21 81:1,6,7,8,11,12,15,17
82:2,20 83:1,4 84:11,21 85:13 86:1
90:9,14 91:17,19 92:5 93:4,6 95:8,9,
13,14,15,20,21 96:17,23 97:5,6,9,
22,24 98:6,25 99:14,16,19,23 100:3,

7 102:11 103:14,16 104:2 105:4,8,
14,15,20,21 106:15,19,22 107:12,
18,22 108:3,6,10,12 109:8,10,18
110:17 113:24 115:10 117:3,6,9,18,
21 118:2,4,5,25 120:5 122:9,14,20
123:5,14,16,23 124:16,22,25 125:2,
13,20,22 126:1,3,6 127:2 128:5,6,
19,25 129:8,15,21 130:9 131:9
132:7,17 141:10 142:7,10,11,15
143:5,15,20 144:9 145:2,24 146:2,
16,21,25 147:4 148:1,6,12,18 150:5,
11 151:1,3,5,13,14,17 152:4,5,25
153:8,13,18 154:1 156:9 157:4
158:8,9,25 163:5 164:18 166:10,15,
24 167:18,22 168:12,15,19 169:22
170:4,5,6,7 171:10,18,21,22,25
172:1,20 173:1 174:4,11,15,20
175:10 176:2,11 177:17,23,25 178:5
179:13,14,22 185:18 186:1 187:25
189:4 190:11,15,20 191:14,22
192:22 194:22 195:4,7,9,10,18
196:2,6,11,13,22 197:2,8,23 198:15,
25 199:1 200:2,22 201:1 203:5,8,9,
14 204:11 216:9 219:25 220:14,18
222:14 231:4,10,11 237:18 238:3,4,
8 241:10,25 242:1,20 245:14,20,25
246:5,7,9,11,20,23 247:15,19,20
248:1,3,5,13 250:19 251:16 252:22
254:14,23 258:13,23 259:2,13,24,25
260:14,17,20 261:14 265:11 266:12,
13 267:10,15,18,21 268:3,13 269:9,
14 271:15,24 272:17,19 273:22
274:6 275:12,22 276:10,15,21
277:19 278:22 279:10,17,21 280:16

**study's** 77:8 96:1 167:7

**studying** 12:22

**sub** 114:18

**subconscious** 20:15,20

**subcutaneous** 56:24

**subgroup** 73:6 239:16

**subject** 223:15 225:5

**subjective** 75:17 133:12 151:21
203:3

**submitted** 10:23

**subsequent** 201:24 262:17

**subsequently** 66:10 230:9 260:19
266:3

**subset** 73:14

**substantial** 10:24 55:16 79:6

113:16 137:13 145:17 149:18,25
180:20 183:5 218:11 227:9 243:20
244:1,8 247:24 275:24

**substantially** 11:1 173:23

**subsumed** 147:21

**subtract** 127:10,19

**successful** 230:7

**such** 20:22 21:1 31:12 49:9 89:20
93:8 102:7,15 103:24 124:4 165:15
183:12 208:4 210:18,25 212:15
230:20 235:16 238:11 251:22 270:9

**sudden** 35:19

**sufficient** 108:21 112:16 179:2
221:6 240:4

**sufficiently** 47:12

**suggest** 57:3 122:16 156:3 225:15
263:25

**suggested** 166:5

**suggesting** 47:6 113:17 165:15
229:24 239:8 256:25

**suggestion** 249:13

**suggests** 121:15 219:17 280:8

**suicidal** 79:16 80:7,15 92:19 93:9,
20 94:11 95:2 96:10 129:16 139:10
147:25 159:12,24,25 160:8,11,14
162:2 163:4 165:14,22 166:4 214:14

**suicidality** 80:1 93:8 145:19 146:9,
18 147:7,15,20 148:4 151:16 156:25
159:7,8,23 167:19 191:23 201:4
225:19 227:16,19 228:5 241:2
245:7,17

**suicide** 79:22,24 80:5,9,11,14 88:5
92:7,20 93:9,23,25 94:9,15,20 95:1
97:24 138:10 145:1,6,12,21 148:1
159:25 160:1 162:7,15 169:8,9,12,
16,17 230:9 239:20 240:14

**Suite** 7:3

**summarize** 15:7 188:19 216:17
217:4

**summarizes** 216:20

**summary** 30:8

**summer** 7:18

**supplement** 176:24

**supplemented** 50:25

**support** 70:6,15,17 73:11,18 84:17, 22,25 103:21 104:4,5,24 105:5,9,15, 16 116:7 118:7,11,24 119:18,24 120:1,6,22 122:18 124:9 125:11 143:6 150:17 154:1,18 156:19 157:5 163:8 167:22 169:2 173:17,22 186:20 189:15 204:3

**supportive** 42:16,17 116:1 173:10, 20,24 174:5 185:21

**supports** 73:22 167:18 247:9

**suppose** 28:13

**supposed** 105:11

**suppress** 66:7

**suppressing** 57:6

**suppression** 34:15,18 56:14,15,20 58:16 59:2,11,21 60:3,20,22 62:10, 16,23 63:10 64:9 66:6,9 67:1,12 68:11,23 69:4,19 70:1,21 71:11 73:2,17 79:16 86:2,6,13 88:21 89:9, 11 92:1 93:16,18,23,24 94:4,7,8,11, 14 96:13 97:12,14 99:3,25 100:5,8, 16,23,25 101:7,13,17 103:2,10 106:11,20 107:5 109:13,17 111:10 115:13,15 117:3 120:3,15 121:16,20 124:17,23,25 125:3,10,14,23 130:5 131:14 132:24 136:9 171:14 175:8 184:2 185:3 187:19 188:5 204:25 205:4 220:12 252:12 277:15,18

**sure** 24:25 34:3 38:25 41:17 47:11 65:13,15 69:9,19 83:9 84:8 86:18,24 91:1 98:15 104:18 114:16 134:1 135:21 139:13 142:4,16 144:8 145:15 147:16,20 148:5 152:7 155:5 160:24 181:3 192:7 203:8 204:10 210:5 229:11 234:19 269:24 270:12, 15 276:19

**surgeon** 181:6,7,11,20 183:23

**surgeons** 75:20 116:9,25

**surgeries** 36:14 37:5,6,11 61:13 180:7,10,14,19 184:3 185:4

**surgery** 36:17,18,22 37:2,7 61:16 74:25 75:3 102:11 130:8 138:16 180:14 182:4,10,12,15,21 183:6,7, 17,18,20,21,24 185:21 187:6,14,16, 22,23 188:2,11,16 189:2,5 190:14 191:19 192:5,11,16 193:8 194:1,13, 17 197:4,24 198:6,18 203:18 205:24

**surgical** 37:1,14,17 181:4,19 183:2, 10 189:17 190:24 193:6 199:21 205:20

**surprised** 248:5

**surprising** 251:5

**survey** 82:3,6,8,11,24 85:9 86:8 87:2,7,12,15 88:11,16,19 157:9,18, 19 158:1,5,6,11,14,16,17,21 159:7 166:25 167:1 191:15,18 192:8 193:8 238:5,11 241:18,21

**Sweden** 216:9

**switch** 33:22

**sworn** 7:20

**symptoms** 53:25 55:5,7 56:9 77:23 78:20 185:5 186:7 225:17 229:1 230:14

**sync** 136:24

**synonyms** 64:22

**system** 199:4 200:9 201:21 202:20 222:17

**systematic** 215:24 216:14,15,16,21 219:16

**systems** 104:4 224:11

---

### T

**table** 93:7 108:12 109:25 110:6,7 111:3 112:18,19 114:24 147:24 160:3,6 161:20 168:21,22,25 170:17,22,24 192:3 194:12,13 197:17 217:11

**tailoring** 213:21

**take** 11:16 13:12 16:9 17:10 25:17 40:18 48:10 58:22 65:3 72:7 78:1 79:9 85:17,19,25 87:6,12 95:22 107:20 127:10 128:18 134:23 139:22 140:6 141:9 148:16 151:4 155:14,24 158:5,11 160:24 179:24 184:23 185:23 206:4 215:12 226:7 244:25 249:1 256:2 260:4 263:6 266:6 283:16

**taken** 8:3 14:4 48:17 50:11 85:3 97:2 135:10 137:18 161:1 180:2 181:10 215:17 221:6 249:6 274:4

**takes** 41:12 48:22 49:5 137:13

**taking** 8:1 52:8 57:12 87:2 126:1

**talk** 21:14 22:24 31:21 45:12 51:10 67:4 72:4 85:7 97:6 124:14,21 141:19 151:5 180:7 181:20 183:23 205:13 234:22,24,25 235:12 249:9 251:17 273:9 275:7

**talked** 88:21 122:25 128:19 139:23 205:19 250:23 277:1

**talking** 21:15,22 22:1,3 23:16,21 28:13 33:23 41:3 42:21,22 48:20 52:6,22 53:17 92:15 115:23 116:21 125:9 128:8 129:13 135:13 139:8 161:17 186:22 199:25 233:4 236:12 269:17 270:11 279:23

**talks** 10:25 98:22 231:15

**Tang** 198:9

**Tanner** 53:21 59:14 60:18

**targeted** 167:7

**targeting** 227:7

**Tavistock** 118:19

**team** 39:8 75:19 116:5,8,20,24 117:1,7 142:23 143:10 183:9 189:16

**tease** 49:4

**technical** 228:7 281:3

**technique** 181:4 235:15

**techniques** 182:6 234:11 273:12

**tell** 7:20 16:16 19:13 45:16 47:21 70:19 76:6,13 96:17 101:5 106:19 107:13 109:3 115:10,12 117:10,12 124:7 126:17 144:19 148:2 149:7 153:13 169:21 171:13 174:11 175:22 194:22 197:11 198:1,5 200:25 202:24 204:14 214:23 240:4 281:20

**telling** 237:10

**tells** 68:16

**temporal** 126:13 165:24

**temporarily** 35:3

**ten** 194:16 239:17,20 274:16

**ten-minute** 191:15

**tend** 102:3

**tended** 129:6

Index: term..that

**term** 18:10 26:17,20 27:7,8 28:24 29:2 31:6 33:24,25 34:1,10,18 39:11 47:1 66:3 71:9 72:18 102:17,19 130:6 203:3 206:13 207:6 240:24 242:7 244:21 250:14 253:20 267:7 272:21 274:22

**termed** 237:21

**terminology** 27:13

**terms** 149:9 207:7 216:25 243:13

**test** 20:22 21:1,7 22:5,7,8,13 31:11, 12,13,25 32:1,3

**testes** 18:18

**testified** 7:22 15:11,13,22

**testimony** 16:11,15,17

**testosterone** 36:10 61:7,11 135:18 137:19 140:8,25

**tests** 22:3 74:12

**text** 29:20 31:14 32:21 142:15 195:12 196:1,6 264:19 269:25

**text-based** 195:10

**textbook** 261:4 262:14,17,23 263:1, 4

**than** 9:10 10:11 16:22 19:5 41:5 47:6 50:17 51:9 52:5 59:10,15 61:15 67:25 71:10 74:9 75:2 79:17 92:20 95:2,5,6,14 96:20 97:23 101:22 102:1,3,13,19 110:20 113:3 126:18, 22,25 136:7 145:12,21 148:10 151:2 153:9 154:14 175:13 180:12 183:20 185:8,25 186:17 192:13,18,20 195:22 203:10 212:8 217:18 221:20 226:11 229:5 231:24 237:3 239:8 243:7,8 244:19 253:6,20 258:17 264:7 267:9 270:19 280:20,21

**thank** 15:21 17:9,10 31:3 37:19 48:16 65:19 79:10 97:1 106:2 108:1 110:5 121:5 135:8,9 142:5 151:10 159:18 180:1 187:11 199:7 206:5 215:21 269:2 282:23 283:20

**thanks** 72:11 104:20 120:13 121:8 160:25

**that** 8:11 10:21 11:5,11,19,25 12:25 14:7,12,24,25 15:1,12,14,15,23 16:1,9,17 17:11,18 18:10,20 19:5,8, 16 20:2,10,23 21:14,21 22:2,6,12, 13,14,18,24,25 23:2,4,5,8,14,17,18, 19,23 24:3,6,7,8,13,14,15,16,18,22 25:1,7,8,10,11,14,15,21 26:1,3,8,13,

14,18 27:1,8,9,17 28:1,2,15,16,25 29:2,6,15,23 30:22,23,24 31:4,6,8 32:1,2 33:8,11,19,25 34:2,3,10,11, 14,16,25 35:7,9,12,23,24 36:4,5,9, 11,16,21,22,23,25 37:8,9 38:10,17, 20,25 39:11,13,19,22,23 40:3,18 42:16 43:1,7,14,16,22,24,25 44:7, 10,14,17,19,24 45:6,7,8,19 46:3,8, 12,21 47:5,7,18,21,24 48:2,4,5,7,22, 24 49:3,13,16 50:3,5,11,14,16,19 51:1,2,5,6,7,8,17,21,22,23,24,25 52:4,9,14,19 53:7,12,14,18,19 54:15,16 55:10,14,15,18,22,24 56:1, 7,9,16,23,25 57:3,14,17,24 58:9,18, 20 59:5 60:18,23 61:4,9,22,23 62:2, 5,6,9,14,19,21 63:1,5,10,13,19,25 64:1,2,12,21 65:5,10,16,18 66:16,25 67:1,4,9,13,18,19,21,23 68:3,10,16, 17,20,22,23 69:1,6,13,15 70:2,14, 15,23 71:1,9,15,16,18,20 72:2,3,4, 17 73:7,9,10,20,21,23 74:1,4,5,7,25 75:8,13,23,24,25 76:4,16,18,20 77:1,5,8,13,16,20 78:2,3,9,12,14,15, 16,23,24,25 79:1,2,3,4,14,19,24 80:4,16,20 81:8,21,22 82:3,6,8,11, 17,19,21 83:9,14,22 84:4,8,12,15, 20,24 85:1,5,19,21 86:2,9,11,15,16, 18,22,23 87:1,5,8,10,14,19 88:8,14, 15,25 89:2,9,21 90:1,2,7,12,14,22 91:11,15,16,18 92:3,10,11,12,13,24, 25 93:3,13,25 94:13,16,17,20 95:5, 11,15,23 96:10 97:7,21 98:2,17,25 99:6,11,18 101:3,10 102:5,6,7,11, 14,23 103:1,5,18 104:1,7,9,18,21,24 105:3,16,24 106:12,14,15,22 107:10,23 108:12,24,25 109:1,3,10, 12,15 110:7,8,12,15,16 111:7,15,16, 25 112:1,6,9,10,16,23,25 113:8,9, 14,16,17,22 114:2,5,22,25 115:1,5, 6,8,9,13,21,25 116:7,11,13,19,20, 23,24,25 117:1,21 118:14,25 119:7, 16,23,25 120:2,6,10,14,15 121:1,10, 12,15,16,21,24 122:2,6,23 123:11, 12,20 124:2,3,5,7,13,16,18,20,22,24 125:3,4,5,13,14,23 126:1,2,20,21,23 127:2,5,14,17,18,22 128:1,6,8,14, 22,25 129:4,5,8,9,14,21,22 130:5, 13,14,17,23 131:4,14,19,23 132:3,4, 8,16,17,20,24,25 133:13,16,23 134:12,17,21,24,25 135:2,15 136:6, 7,8,12,18,22,23 137:1,3,14,19,21 138:11,13,15,17,20,21,22 139:5,10, 13,15 140:4,5,7 141:3,6,14 142:23, 25 143:3,10,20 144:1,6 145:4,6,12, 18,19,20,24 146:1,2,4,6,15,19,21 147:9,10,11,21 148:4,5,6,11,17

149:5,6,12,13,23 150:2,8,10,17,20, 22 151:8,14,19 152:13,20,24 153:6, 11 154:5,10,14,16,20,25 155:7,10, 18,23 156:18,20,25 157:9,18,19,25 158:8,13,14,21,22 161:7,12,15,19 163:15,16,23 164:4,13,24 165:2,6,7, 8,17,21 166:5,6,9,10,14,15,16,21 167:18,20 168:4,8,13,23,24 169:13, 19,22 170:1,5,15 171:2,4,22 172:2, 3,13 173:4,15,17,22,25 174:8,16 175:9,10,12,13,23,24 176:20 177:1, 3,4,20 178:5,8,13,14,25 179:22 180:19 181:1,13,14 182:1,9,11,15, 17 183:12,14 184:3 185:4,9,15,18, 22 186:1,4,6,12,24 187:9,13,20 188:2,4,7,14,21 189:1,5,7,8,13 190:3,17,22,24 191:3,6,7,12,16,20 192:5,15,25 193:10,22,23,24 194:14,17 195:4,14,24 196:9,16,24 197:4,19,21 198:23 199:17,24 200:2,3,4,19 201:1,3,5,10,12,16 202:1,6,10,16,19,20,22 203:13,16, 20 204:3,24 205:6,8,16,18,22,23 206:1,9,16,18,20,23 207:3,6,16,20, 24 208:2,4,10,11,14,15,17,18 209:4, 8,12,13,17,23 210:1,25 211:2,9,11, 14,21 212:16,20,23,24,25 213:6,8, 12,17,19,25 214:1,4,7,11,18 215:16, 19,21 216:3,5,9,10 217:1,5,12,14, 15,18 218:17 219:6,18,20,22,25 220:1,5,7,13,16 221:20 222:7,18 223:18,22,23 225:8,15,23 226:4,6, 15,18,20 227:10 228:18,23,25 229:11,19,25 230:2,3,4,6,13,15,16, 17,24 231:2,5,12,15,16,19,21,22 232:3,4,6,8,15,24 233:5,6,12,17,22, 23 234:10,11,16 235:1,12,19,24 236:2,15,23,24 237:5,7,10 238:16, 25 239:5,8,11,15,18,19 240:9,11,14, 16,17 241:14 242:4,23 243:5,9,10, 13,23,25 244:12,17,23,24,25 245:8, 18 246:2,9,14,15 247:1,2,20,23 248:3,6,9,10,12,15,22 249:14,18,20 250:1,2,18,21,22,24 251:1,16,25 252:2,6,9,10,15,20,22 253:1,2,8, 11,12,13,14,15,23 254:2,6,7,9,11, 14,18,19,23 255:5,13,14,19,21,25 256:1,4,19,24,25 257:3,6,8,9,11,13, 20 258:4,5,6,8,14,15,16 259:2,3,4,8, 12,13,16,24 260:3,14,16,17,20 261:21,24,25 262:16,17,19,23 263:10,13,24,25 264:3,4,23 265:5,9, 12,13 266:2,4,6,15,16 267:15, 18,19 268:1,14,20,23 269:4,7,12 270:23 271:2,7,9,10,18 272:3,14 273:2,7,10,11,13 274:4,7,8,9,11,18,

22 275:2,6,12,17,18,22,25 276:3,4,
5,15 277:1,2,14 278:7,8,17,24
279:18,20,23,25 280:11,15,16,20,21
281:4,7,19,22,23 282:9,10,12,18,20
283:1,9,20

**that's**  9:9,17 15:8 17:8 19:19 22:9
24:5 25:10 26:7 28:16 30:10 31:3
33:21 34:23 37:1,5,19 38:24 41:4
43:15 46:10,13 47:6 48:12,14 49:7,
19 54:16 55:2 58:3,17 61:12,14,17
62:2,4 66:21 67:16,20 68:1,15
74:10,14,16 77:6 78:15 81:13 83:7
86:15 87:24 88:11 89:16 90:24
91:14 95:23 96:15 98:14 107:1,15
108:15 112:2,6 116:17 120:13
121:12 123:4,14,22 125:12 128:16
129:25 131:24 133:9 134:17,19
136:22 139:14 140:17 149:3 151:24
153:12 154:8 164:11 180:1 185:8
188:11 192:7 193:10 196:5 201:15
202:17 206:13 207:11 208:1 210:1,
18 211:16,23 221:25 222:21 223:7
234:3,5 235:25 242:18 245:23 257:9
258:8 259:6 262:4,14 263:17,21,23
264:2,19 266:5 269:12 273:7,15
276:25 281:10 282:23 283:11

**the**  7:1,4,7,9,11,12,16,18,20,21 8:6,
13,15,20 9:5,8,10,13,25 10:2,10,11,
13,16,24 11:4,9,16,23 12:7,16,17,
19,20,22 14:1,9,19,25 15:2,5,18,23,
25 16:3,6,10,11,14 17:2,5,6,14
18:10 19:2,6,16,19 20:3,11 21:11,
13,16,17,20,21 22:8,9,11,14,17,18,
24,25 23:1,5,16,22 24:6,8,11,12,16,
18,19,25 25:2,7,9,10,17,22,25 26:2,
7,10,17,24 27:7,10,12,24,25 28:2,9,
14,16,17,20,22,24 29:1,9,10,11,13,
19,20 30:10,18 31:6,13,14,17,24
32:1,3,6,7,10,12,13,14,16,18,19,21,
22 33:12,15,16,24 34:1,12,14,15,18,
19,20 35:6,12 36:1,3,11,14,15,21,22
37:6,8,13 38:3,18,20,23,24 39:7,8,
16,20 40:6,11,17 41:1,9,21,22,24
42:1,6,10,13,21,23 43:1,10,12,18,
19,20,21,23,24,25 44:4,5,11,12,16
45:9,18 46:7,8,18,19,20 47:7,12,14
48:16,20,21,23 49:6,7,11,16 50:8,
13,19,23 51:3,6,8,23,25 52:2,3,4,9,
10,14,16 53:7,14,22 54:3,4,7,10,11,
15,18,20,23 55:9,10,12,16,20,24
56:2,8,12,25 57:1,4,19,21,22 58:2,5,
6,10,15,16,23 59:17,19,24 60:2,5,
12,25 61:1,9,11,15,16,24 62:1,5
63:2,3,5,23,25 64:1,2,4,6,8 65:7,10,
11,12,20,24 66:4,5,8,11,17,22,23,24

67:8,11,23 68:3,4,5,6,10,20,22 69:4,
8,9,10,15,17,19,22 70:4,6,7,10,13,
14,16,20,23,24,25 71:1,10,19,20,21,
22,25 72:3,8,13,14,17 73:1,3,4,6,7,
9,10,13,14,16,20,22,23,25 74:4,5,8,
10,11,13,15,16,19,21,22,23 75:4,8,
9,13,14,15,18,21,24,25 76:6,9,11,
14,16,17,18,20,21,25 77:1,6,7,8,9,
10,17,20 78:7,8,15,16,18,25 79:1,6,
12,21 80:16,24,25 81:1,3,16,24
82:2,3,5,18,20 83:1,2,3,5,11,12,18,
21,22,23,24,25 84:1,7,8,10,11,18,
22,24,25 85:5,7,8,22 86:1,3,7,8,12,
15,21,23 87:1,2,6,8,9,12,13,15,18
88:3,5,8,12,13,16 89:1,4,5,6,10,14,
18 90:10,21,25 91:5,13,22,23 92:5,
7,11,16,21,23 93:7,15,16,17,18,19,
20 94:2,8,10,13,17,18,20,24,25
95:8,20,25 96:1,8,18,20 97:4,5,19,
22,23 98:6,11,17,18,23,25 99:2,5,8,
9,11,19 100:2,4,7,21,24 101:3,4,12,
16,18 102:4,6,7,8,9,11,17,19 103:2,
7,8,12,14,15,16,18,19 104:1,6,13,
14,16,19,21,24 105:3,4,8,15,19,21,
22,23,24,25 106:1,4,7,8,9,10,19,22,
25 107:2,3,9,15,19,22,25 108:3,10,
24 109:7,8,10,16,18 110:8,16,25
111:2,8,11,13,15,20 112:1,2,3,4,5,7,
18,19,25 113:5,6,7,9,10,13,19,22,24
114:7,11,13,16,17,24 115:6,7,11,12,
13,21,22,24,25 116:3,5,13,21,22,23
117:2,3,8,9,11,13,14 118:6,9,19,20,
23,24 119:5,9,12,13,14,22,24,25
120:2,4,18,19,20 121:3,6,9,13,16,19
122:5,9,13,15,20,25 123:8,10,11,16,
17,22,24 124:2,3,8,19,20,21 125:2,
7,8,9,19 126:12,15,16,17,20,23
127:1,2,3,5,9,11,25 128:12,18,19
129:2,4,9,14,15,18,19,21,22 130:9,
14,17,18,19,22 131:9,17,22 132:7,9,
11,13,17,19,23 133:7,10,13,17,18,
22,23 134:4,5,6,8,11,13,23,25
135:3,7,21,25 136:3,4,8,9 137:4,10,
16,23 138:7,8,12,15,17,18 139:1
140:1,14,22 141:5,9,13,15,19,24
142:1,7,12,14,15 143:11,12,15,17,
22 144:9,19,23,25 145:1,2,6,10,12,
21,22 146:2,6,13,15,16,20,21 147:3,
11,18,24 148:1,2,14,16,23 149:7,8,
9,12,15,18,21 150:1,2,5,10,12,13,
17,20 151:2,5,15 152:8,15,16,17,18,
21,22,24,25 153:3,9,14,17,20,21,24,
25 154:3,8,9,11,14,15,16,17 155:2,
12,13,15,22,24 156:7,13,17 157:5,8,
11,17,22 158:1,5,11,16,17,20 159:2,
3,5,6,7,13,16,17,19,21,24 160:6,13,

15,17,18,21 161:4,7,15,16,17,19,21,
22,23,25 162:2,4,7,8,9,12,14,21,25
163:2,5,10,17,22 165:1,2,22,24
166:1,15,16 167:1,6,7,15,18 168:5,
8,13,19,24,25 170:3,4,6,10 171:1,7,
25 172:1,4,15,21 173:8,9,11,12,18,
21 174:4,9,11,19,22,23,24 175:1,3,
4,7,14,15,16 176:1,2,11,14,24
177:3,6,8,13,17,23,25 178:5,9,11,
20,21 179:9,13,19 180:10,14,17,23
181:10,11,12,15,18,19,25 182:3,6,
10,11,14,17,19,25 183:5,12,13,16,
22,23 184:4,10,14,24 185:7,10,14,
17,25 186:2,9,12,19,22 187:11,13,
17,20,25 188:4,10,18,19,20,23
189:1,4,15 190:3,16,22 191:6,7,14,
15,18,22,24 192:1,4,5,7,9,10,15,24
193:2,3,4,10,12,17,18 194:2,4,5,13,
17,19,24 195:4,11,17,23,24,25
196:9,11,13,20,21,22 197:2,10,18
198:1,6,16,25 199:12,16,17 200:3,
11,14,15 201:1,6,20 202:5,6,7,9,10,
12,18,19,21,22,24,25 203:3,8,16,23
204:2,11,14,23 205:2,11,12,18,22,
24,25 206:4 207:1,9,19,21,22,24
208:1,3,7,8,9,11,12,17,18,22,25
209:2,9,10 210:8 211:7,11,14,19,22,
24 212:2,8,12,13,16,24 213:1,4,8,
10,15,19,20,21 214:7,16,18 215:1,3,
4,5,14,19,20 216:3,10,17,19 217:1,
4,11,15,23 218:5,8,9,11,13,14
219:15 220:1,4,14,18,20,23,24
221:6,8,9,16,20,22 222:2,4,12,17,
18,21,22,23 223:1,4,8,12,21,24,25
224:1,4,10,13,15,16,22 225:2,3,11,
12,20,21 226:3,5,6,11 227:6 228:4,6
229:2,5,20,25 230:3,10,11,13,18,23
231:10,15,16,19,20,21 232:4,6,9,11,
16,22,25 233:4,6,10,21,25 234:1,2,
4,11 235:10,11 236:7,23,25 237:1,5,
7,9,12,18 238:5,8,9,10,18,25
239:13,14,23,24 240:4,5,7,8,10,17,
21,24 241:1,7,11,14,25 242:1,3,7,
11,12,13,14,17,23 243:16,18 244:2,
5,9,13,14,16,25 245:1,2,3,5,13,14,
15,16,23,24 246:5,13,14,16,20,23
247:1,2,3,4,9,15 248:7,10,14,16,17,
18,19,23 249:5,8,10,13,15,17,22
250:1,2,11,14,19,22,24,25 251:10,
14 252:4,10,14,21,22,25 253:8,9,14,
22 254:3,6,8,9,14,23,25 255:11,19,
22 256:1,2,9,16 257:6,13,15,16,19
258:4,8,16,17,23 259:7,8,11,13,18,
19,20,25 260:17,21 261:1,4,9,11,12,
13,14,16,22,25 262:2,11,15,16,17,
19,25 263:1,4,5,8,10,14,17,18,22,23

264:2,4,11,13,16,19,23 265:3,6,7,
10,13,18,19,20,23,25 266:3,5,10,14,
17 267:4,10,18,20,21,23 268:3,13,
16,25 269:6,9,25 270:10,14,17,19,
24 271:2,6,9,11,15,21,24 272:1,3,4,
7,13,20,22 273:1,17 274:1,2,10,17
275:6,12,15,17,20,22,25 276:3,7,9,
11,15,18,25 277:5,6,8,19,22,24,25
278:10,22 279:17,21,24 280:7,8,17,
21,25 281:9,14,20,22 282:5,6,8
283:10,15,18,22

**their** 17:21 18:23 19:15,17,22,25
20:8,11,14,21 21:12 22:18 23:1,11,
12,19 24:15 26:22,25 27:2,5,13
29:4,5 32:18 34:5,24 35:6,12,15
36:1,11,20 37:17 42:13,16,17 43:13
44:1,4,13,18,25 46:22 47:8 49:2,12,
15 53:12 54:18,20 55:10,11,13,14
56:4 58:17,18,21 65:23 69:6,24 71:5
72:1 74:22 76:20 81:23 87:14 88:3
94:12 99:18,21 101:19 102:6 103:5,
16 104:22 110:19 111:4 112:19
114:21 115:3,10 117:1 121:18
123:16,23 124:11 127:7 129:3,6,9
132:18 135:16 136:16,20,24 137:3
144:12 146:12,16,25 147:21,22
155:23 164:8 166:6 174:1 175:14
183:11 184:12 185:12 186:7,15,16
188:3 189:6,15,17 201:18,23 202:3,
4 205:10 207:3 208:5,20 209:3
216:4,6 217:16 218:21 228:24,25
230:5 231:1,13,24 232:10 233:1,13,
16,21 234:2,16,22,23,24 235:1
237:11 239:22 242:17 249:11,15
252:1,5 254:16,20,25 255:2,8,16
260:18 261:23 263:11,14 264:1,7
266:21 268:21 269:3,19 272:15
273:4 274:5,6,10 275:4 277:2 278:5
282:19

**theirs** 222:12

**them** 8:7 9:1 13:12,20,25 14:4 19:16
22:18 33:16 38:13 41:3 45:10,12,18
48:6 51:8 52:12 56:22 58:19 61:7
67:2,9 83:13 87:25 88:2,4 90:23
101:2 112:7 114:18 116:15 119:6
123:12,13,20 137:18,22 140:6
141:20 158:23 163:13 164:14 168:2
172:11,22 175:11,17 178:17 181:24
184:4,14 185:23 189:13 195:16
213:5 221:2 233:22 234:20,25
235:12 237:2,4,7 241:16 242:15
251:5,14 252:1,12 255:25 256:25
260:8,9 275:24 276:8

**thematic** 195:19 197:14

**themes** 103:24 195:21 196:1,7,10
197:16

**themselves** 7:8 19:16 45:11,14
123:23 234:17 235:14 236:8 237:3
239:9

**then** 11:21 12:22 17:6 18:21 22:8,9
25:24 26:6,25 30:5 32:2,16,19 33:9
35:19 36:13 37:4 39:21,22 43:9,19
47:23 49:17 52:2 56:1,6 61:16 64:25
65:18 66:8 70:19 72:3 74:6 80:8,11
85:17,24 89:8,13 93:18 94:5 95:22
96:8 108:16,21 109:5 112:15,17
118:8,9 119:21,25 120:18 122:5
126:20 127:2 129:16,19 132:23
135:6 136:4,25 137:4 138:14,15
139:15 143:12 144:3 148:17 153:3
154:22 162:20 165:1 173:2 181:12,
13 182:1,16 187:25 191:5,12,13
194:19 196:20 200:13 201:20
205:11,25 208:9 213:6,11 217:1,4
223:20 226:17 230:7,9 231:4 232:11
238:23 239:13 250:14 252:8 253:16
254:21 256:10 272:7,13 273:11
279:17 281:6

**theoretical** 254:8

**theoretically** 20:10 44:19

**therapies** 235:20

**therapist** 35:25 201:18 237:1,9

**therapists** 143:12

**therapy** 40:24 45:8,12 106:4 113:12
115:16 130:15,16 132:10 133:1
219:18 227:8,18 228:9,12,14 231:12
232:24 233:5,14 234:4,6 238:20
239:7,8,21 240:2 248:2,6

**there** 8:23 10:19,22 11:8 16:3 17:22,
25 18:2,19 20:22 21:3,7,23 24:13
26:14 28:10,18,19 29:12,21 30:15
31:5,11,16,22 32:8,22 33:10,12,14
37:9,10 38:12 40:8,18 42:17,25
43:14 44:7,13 47:15 49:13,22 50:9
51:21 53:12 54:7,11,21 55:12,15
56:22,24 58:25 60:14,21 61:12 62:9,
14 63:1 65:5 66:2 68:6 69:11 71:3
72:6 75:24 76:25 77:4 80:8,11 82:24
86:11,18,25 87:10 88:2,5 90:21
91:11,17 92:2 93:22 95:1,2 96:21
100:13,19,20 104:10 106:8 108:11
111:25 113:17 114:12 116:23 118:5,
14 121:8 122:9 124:3 127:16
130:17,20 132:5,12 136:1,5,14

137:13 138:23 139:2,17,21 140:20,
21 143:23 148:5 149:17 156:17
158:4 160:12 169:6,22 170:13
177:21 178:1,5,15,22 179:3,10,16
180:6,12 181:17,23 182:6 183:20
187:2,18,19,25 188:19 189:1,14
191:13 192:2 194:25 197:2 200:14
202:2,13 204:24 205:1,6,8,16
206:22 207:12,16 209:7 210:10,14,
22 211:8 212:1,14 213:12 214:4,21,
23 215:21 216:16 220:2 221:25
223:5 224:11,16 226:9,10,13,17
227:12 228:10,16 229:8,19 231:20
234:7 235:2,19 238:23,24 239:19
241:1,15 242:3,6,22 244:9,20 248:1,
5 249:25 250:15 252:20,21 253:8,11
255:15 256:23 257:2 258:13,25
259:7 263:21,24 265:9 268:6 269:9,
19 271:7,9 272:7 280:16 281:1

**there's** 14:24 21:7 25:8 26:4 29:14,
22 30:3,5 32:16,25 33:9,20 36:24
44:10,16 49:6 51:24,25 52:8 56:9
57:2 61:13 64:18 66:21 75:7 88:13
90:8,10 92:24 93:1 112:22 114:8,25
125:21 127:12,15 128:1,14 130:16
132:3 133:15 138:19 141:13 143:8
144:3 156:16 167:18 169:20 175:24
177:7,12,16 180:13,15 185:24
187:17 189:7 190:25 191:10 196:7
197:19 207:9 208:9 209:4 212:15,
20,21,25 213:16,17 241:13 248:9
251:24 253:10 257:2 258:4 263:14
268:6,8 269:5 274:24 280:20

**therefore** 98:24 103:17 116:3
165:13

**thereof** 18:16

**these** 15:5 25:14 35:3,9,14 38:15
39:6 40:14 41:2,23 42:22 50:22
51:23 52:1,24,25 53:24 57:16 69:11
70:10,11 71:24 73:21 75:20 79:3
82:15 85:3 90:6 99:9 100:21 101:5,
18 118:16 125:17 126:11 127:9,10,
14,19,22 129:1,12 133:14 136:22
141:11,16 142:14 143:10,13 149:6
154:23 155:7 156:23 163:17 167:15
172:4 175:1,3,20,22 176:9,25 177:6
178:10 179:20,22 185:22 186:8,15
204:13 205:22 206:23 208:21
211:20,21 216:24,25 218:5,9 222:5
224:4,7 239:10 240:9 245:6 246:10
248:21,23 249:18 250:20 265:24
273:11 274:11 277:4

**they** 14:13 16:17 23:2,19 24:16

25:25 26:4,15,25 27:1 28:1 32:17
33:12,15 34:5,20,25 37:16,17 38:7
39:1 40:14 42:14,15,18,19 43:4,17,
19 45:13,25 46:21 47:22 48:5 49:9,
10,14,15 50:19 52:19 54:25 55:10,
25 57:3,17,18 58:3,20,21 59:14,20,
21 60:3,6,7,18 61:4,23 62:2,17,18
65:21 66:25 67:15 68:9,20 70:23
71:1,14 74:4,6,8 77:5 78:11 82:9,13,
17,18 83:17,19 85:4 86:12,22,23
88:4,15 89:13,18,20 90:1,2 95:16,17
99:17,21,23 100:18,25 101:9,23
102:1,3,8 103:17 104:8,21 105:2
106:3 109:15,23 110:22,23 111:13
112:18 113:10 114:18 115:4,10,12,
18,21 116:19 118:12,14 119:23
121:10,12,14 122:7,9 123:20 124:2,
7,14,15,21 125:4,5 127:4 129:9
132:17,23 135:22 137:7,15,19,21,22
138:8,15 139:10,11 143:12 144:11,
15,17 146:15,17 147:1,8,9,12,18,24
148:13,21 149:15 150:13 152:12,14
153:11,20 154:22 158:7,21 159:10
161:12 163:15,25 164:9,10 166:6
167:3,6 169:6,14,20 170:25 171:4
172:1,11,18 173:3,20,21,24,25
177:4 181:14 182:13 184:8,21
185:12,13,21,24 186:13,17 187:21
188:2 189:17 190:23 191:1,3,11,14
193:4,13,15,24 194:3 196:1 197:14
200:11,15,21,23 201:18 202:2,4,5,
18,20,22 203:9,11 205:9 207:2,8
208:5 213:9,15 214:14 216:14
217:20 220:2,5,6 223:20 232:25
234:16,17,18,23 235:24 236:10,13
247:20,21 248:22 250:11 251:12,24
252:6,11 253:16 254:20 255:21,24
257:15,18,19 259:18 260:18 265:22
266:20 267:4,8 269:13 271:10,23,24
272:23 273:9,11 274:6,7,9,10 277:3
278:1,7,8,24,25 280:5,20,21 281:23

**they'd** 174:7 214:15

**they'll** 35:2 45:16 68:15

**they're** 18:15 34:17 35:4,8 42:25
43:2 45:22 46:1,17 47:5 49:1,7
52:25 56:8 57:17 65:12 75:24 87:23
101:24 102:22 109:15 115:23
116:22 121:11 124:24 130:18
134:11 136:18,19,20,21,23 137:3
139:13 176:10 180:19 181:8 190:18
200:2 201:15,16 208:4 213:6 214:13
226:4 233:2,4,8 234:16 236:9
237:10 251:25 252:4 255:5,11,13
257:4 274:7 276:5 281:24 282:10,22

**they've** 26:3,15 39:3 43:24 46:16
52:16 59:10 70:25 100:19 122:25
207:18 208:22 267:14

**thicken** 61:11

**thing** 17:2 32:2 43:24 44:23 45:19
55:24 108:19 119:23 160:22 171:2
195:19 236:15

**things** 18:13,20 19:9 25:13 26:8
33:4 38:25 42:8 43:1 45:12,24 46:2,
4 73:21 75:24 81:16,21 88:20 115:4
131:2 177:6 186:14,18 189:19
195:11,15,21 198:19 214:18 234:4
243:13 247:22 250:21 252:9 253:4
257:13 270:24

**think** 9:8,16 11:12,16 14:14 17:5,25
18:2,5 20:19 22:21 24:12 25:24
28:14 29:15 31:15 34:24 40:9 44:23
47:3,11,17 48:9,20 50:15 53:17
54:3,15,23 55:4,12 56:11 60:7,17
62:18 71:13,21 72:11,13 76:16
77:20 78:23 80:1,2,13 81:5,13,25
83:7 85:18 87:5,10 90:12,21 91:2
95:4 101:11,16 103:7 104:13 107:15
116:22 117:17 120:14 122:1 123:4,
20 124:13,15,21 125:22 126:8
127:11,14 128:11,17,25 129:3,17
131:10,17 132:2,3,7 134:21 142:21
143:20 145:24 153:11 156:5 157:17
160:6 161:12 164:9,11 167:18
169:12,22 170:17 171:11 174:15,19
175:1,4 176:1,6,15,22 177:1,10,12,
13,16,21,23 178:1,4,6,21,25 179:7,
9,10,16 182:23 187:13 190:9,25
192:7 194:2 196:1,25 198:9,21
201:16 203:20 205:8 206:14,18
209:16 210:8,10,15,23 211:1,7,8,11,
14,18 212:1,6,11,19 213:19,23
214:6,10,20 215:2,4,20 218:21,23
219:2,5 220:7 221:18 222:22 224:6,
14,21 229:8,13,19 230:3,11,15
232:21 234:17,21 235:4 240:24
241:23 242:3,6 243:1,5,8 245:2
247:1,8,12 248:15 252:9,14 253:5,
22 257:8 260:3 265:8 269:8,12,14
270:3,7,13 272:4,6 273:23 274:1,2,
13,15,18,22 275:3 277:13 280:14,
16,19,23 281:10,14 283:13,14,15

**thinking** 21:13 42:14,15 46:23
47:16 48:1 79:23 80:5,17 214:3
232:5

**third** 95:25 150:4 160:19

**this** 7:5,10 9:25 10:1,3,5,15,22 11:5

14:10,24 15:22,25 16:14,16,22
21:14 25:12,18 30:8 31:16 32:10
35:14,22 40:24 41:10,14 42:15
46:18,21 47:1,9,12,13 48:10 49:8
53:17 57:20 58:23 60:9 61:21,25
62:6 63:18 64:8,11,18,23,25 65:3,5,
7 66:8,13 67:5,10 68:14,19 69:2
70:5,19,23 71:4,5,21 72:7,10,14,17,
21 73:6,10,14,16 74:1,20 75:2,7,23
76:6,10,11,19 77:15,20,21 78:8,14,
18,19 79:9,18 80:3,25 81:3,5,22
82:2 84:6,10,17,21,23 85:8,17 86:15
88:18,19 90:5,9,13 91:2,8,17,19,22
93:7,15 95:9,13,20 96:17,23 97:9,
17,22 98:3,6,10,20,24 99:14,19,21,
23 100:3 101:21 102:25 103:6 104:1
105:12,14,19 106:15,19 107:12,18,
20,25 108:3,6,12 109:10 113:5
115:9 116:17,23 117:3,6,8,17,21
118:2,4,19,21,23 119:5,23 120:5
121:9 122:25 123:1,14 125:8,13,20
126:13 127:18 128:11,17 129:5,8,
13,14,17 130:22 131:8 134:9,23
136:25 142:7,10 143:5,15,16 144:8,
19 148:6 149:13 150:9,12 151:1,4,
11,13,14,17,18 152:4,5 153:8,13,18
155:6,25 156:9,13,19 157:4,8,12,18,
19,21 158:16,25 159:13 160:3 161:6
164:6,12 165:16,20 166:3,10,21,24,
25 167:13,22 168:7,15,21,22 170:4,
7,10,25 171:10,18,21,22 172:8,20
173:12,17 174:4,11,15 176:5,18
178:8,15,19,21 184:23 190:3,6,11,
20,25 191:5,25 192:11,14,15,22
193:3 194:6,22 195:4 196:2,18
197:17,17,18,23 198:5,8,12,15,21
199:8,11,23,25 200:1,4,21,25 202:8,
9,23,24 203:5,9,14 206:25 207:23
208:19 211:15,17 213:19,25 214:4,
22 215:24 216:2,8,10 217:6,15,18
218:19 219:3,7,10,16,24,25 220:7,9
221:13,15,21 222:17,23,25 223:3,8,
13,19 224:14,19,21,22 225:3 226:7
230:20 231:10,11 232:12,18,22,24
233:5,14 236:14 237:12,18 238:3,4,
18,22 240:15 241:10,18,21,23,25
242:7 243:19,25 244:7,10 245:6,14,
18,19,20 246:5,7,9,11,15,20,23
247:5,15,19,24 250:6 258:23 259:2,
3,12,14,23,25 260:5 261:4,6,9
262:11 263:6 264:23 265:1,4,14,17
266:10,12,13,24 267:4,8,10,15,20,
21 268:3,13,18,19 269:5,14,23
270:21 271:1,8,15,18 272:10,17,19,
20 273:1,16,22,24 274:3 275:3,12,
15,19 276:8,10,21,24,25 277:10,19,

25 278:22 279:1,5,8,10 281:3,6

**thorough** 40:14

**those** 13:5,10 14:13 15:8 19:9,11
25:17,20,22 30:9,15 31:21,23 32:4
33:7,17 34:13,19,22 35:1 36:14
37:11 47:4 49:10,17 50:16,19,25
51:5,9,10 52:5 53:4,10,18 57:1
59:10,25 64:22 66:1,5 72:20 73:15
74:9 79:15,17 80:7 81:19 83:19
92:12,13,22 93:2 94:2,3,4 96:10
99:22 102:1,11 103:10,12 110:15
115:11 118:12,13 123:5 126:17,18,
21,22 127:7 130:15,16,17 137:8,21
139:14 140:9 146:22 147:3 156:21,
22 161:13 162:23 166:5 178:4
179:14 185:14,18 186:1,14,18,24
187:22 188:12 189:2,4,19 193:9
195:15 205:8 220:10 223:23,24
227:25 232:4 239:5 240:21 242:19
244:18,19 245:18 248:20 250:8,9,17
251:2,3,12 252:13 255:3,20 256:3,
18,24 257:1,14 258:10 265:10 267:9
275:25 277:17 280:3 281:16 283:16

**though** 102:1 120:15 175:2 209:9
222:19 239:15 241:13 245:2

**thought** 23:5 25:1 162:14 235:25

**thoughts** 95:2

**three** 13:10 35:2,18 39:15 40:20
45:1 46:3 74:22 98:25 152:12,14
160:12,13 261:13 265:4,7

**three-year-old** 45:21

**threshold** 53:13 132:21

**thrive** 34:5

**through** 8:2 9:6 16:21,24 24:5 25:12
27:3 28:18 32:18 35:5,12,20,21
36:24,25 37:1 41:12 43:20,24 45:12
50:8 52:24 57:22,23 58:21,22 61:3
62:19 68:4 81:19 85:9 91:13 95:23
105:22 125:22 136:21 137:3 150:18
157:23 158:17 167:7 169:2 176:6
180:23 181:2,4,15 191:2 197:13
200:11 208:25 209:12 213:14
214:15,18 233:5 235:12 244:12
245:16,19 248:10 272:2,5,8

**throughout** 21:14 35:19 245:24
254:16

**thus** 20:12 70:9 86:6 96:11 107:5
165:4,10 201:8,24

**time** 7:4,5 13:4,12 23:3,7,8,12,20

24:16,21,23 25:2,6 28:1 33:5 35:25
36:25 40:9,24 42:16 45:18 48:10
49:5,15 51:7 52:23 53:5 55:19 57:5,
25 58:2,19 61:8 63:3 64:17 75:12
78:4 81:9,23 83:20 85:10 86:8,23
87:22 88:11 90:11 91:22,23 95:11
96:18,22,24 99:20,22,24 100:7
102:9 107:8 109:19 118:13 121:17
122:17 126:8,24 130:14 132:25
134:23 137:2 152:2 155:17 158:15
159:2,5 173:23,25 175:24 192:5,7
193:7 194:13 197:19 202:5 203:17
208:20 212:24 221:7 241:11 245:20
249:3 250:11 253:16 254:20 255:3
265:23 273:20 274:14 275:6,20
276:4 280:8,14,24 281:4

**timeline** 179:21

**timely** 70:9 120:23

**times** 33:24 74:22 87:3,7 119:7
143:24 158:2,6,11 213:9 277:2

**timing** 52:1

**tired** 197:1

**tissue** 36:23,25 181:16,24 182:8,9,
14

**titled** 112:22 215:24 222:23

**titles** 226:5

**to** 7:20 8:1,2,7,13,18,20 9:4,13,22
10:16,17,22 11:18 12:11 13:6,7,12
14:2,3,7,11 15:2,3,6,17 16:6,10,20,
22,23,24 17:1,2,3,5,9,13,19,22,23
18:3,4,6,9,10,13,14,17,18,22 19:1,4,
14,16,17,20,24 20:5,9,11,12,13,17,
19,25 21:2,7,10,12,16,18,20,25
22:4,14,19,22 23:1,10,19,21,22,25
24:4,5,6,9,10,19,24 25:3,8,19,20,23
26:1,5,8,11,12,13,19,21,24 27:2,5,
11,17,19 28:3,6,8 29:8,9,15,16,23
30:7,9,16,25 31:16,18,24,25 32:2,7,
24 33:1,12,16,22 34:3,11 35:3,5,10,
11,14,20,21,25 36:5 37:9,11,16,17,
18,22 38:1,6,9,10,21,23,25 39:8,16,
20 40:5,13,16 41:4,11,12,15,16,17
42:3,6,13,18,19,24 43:3,13,16 44:3,
9,11,14,17,18,20,22 45:3,4,5,10,12,
17,23 46:1,4,5,6,12,20,21,25 47:11,
13,19 48:7,10,19,25 49:4,8,10,13,
15,16,20,22 50:7,23 51:3,6,8,15,19,
20 52:9,12,15 53:7,11,15,20,21
54:2,14,15,17,19,23 55:1,6,8,13,16,
20 56:1,5,7,11,12,17,21 57:1,2,3,7,
9,11,13,14,17,20 58:4,8,16,19,20,22

59:3,4,5,7,9,13,16,18,19,22,23 60:4,
7,9,10,12,13,16,21,22,24,25 61:8,
12,20,22 62:4,8,11,18,24 63:2,8,17,
18,19 64:21 65:2,3,11,14,23 66:7,
13,15,16,18,20,23 67:2,6,10,14,16,
21,25 68:1,4,5,13,19 69:2,4,7,8
70:10,22 71:9,10,12,14,16,18,19,24,
25 72:11 73:12,14,19 74:3,8,17
75:6,7,15,17,21,25 76:2,8,9,12,21,
23 77:3,10,12,13,17,18,22,24,25
78:2,7,10,19,22,25 79:11,17,21,25
80:16,17,18 82:7,12,16,19,20,23
83:3 84:2,13,20 85:5,11,16,24 86:5,
7,14,18,20,21 87:4,6,7,12,13,15,16,
21,23,25 88:10,12,23 89:1,4,5,8,10,
12,16,17,18,23 90:3,4,8,15,19,20
91:10,12,21 92:5,12,17 93:4,14
94:1,21,23,24,25 95:4,7,20 96:12,
14,15,16 97:16,17,25 98:15,16,20,
22 99:4,12,15,16 100:1,3,6,8,10,11,
12,22 101:1,2,8,11,15,19,20 102:3,
10,21,25 103:1,4,11,12,14,20 104:2,
5,8,9,14,15,19,22,25 105:1,6,10,11,
12,14,17,22 106:1,5,13,17,21,23
107:8,14,15,18,21 108:8,18,19
109:5,14 110:10,18,19,21,22,25
111:7,15,17,19,24 112:10,11,12,16,
17 113:5,11,19,23 114:3,10,15,17,
24 115:2,20 116:2,4,16,24 117:1,5,
9,13,15,18 118:18 119:1,3,19,22,25
120:3,24 121:23,25 122:1,11,16
123:3,4,7,9,12,13,17,19,21 124:1,6,
7 125:12,16,17,21 126:5,10,15
127:8,12,13,21 128:1,2,7,9,12,15,24
129:6,18,19,24 130:3,12,13,25
131:6,9,12,16,21 132:6,8,12,13,14,
25 133:6,7,8,10,11,15,16,17,20,23,
25 134:2,5,7,10,15,16,22,23 135:5,
12,16,20,24 136:2,11,12,13 137:3,9,
13,16,22,23 138:2,5,6,10,11,12
139:4,6,11,12,13,14,19,22,25 140:6,
13,20 141:8,10,12,15,17,19 142:1,
13,15 143:7,19,24 144:4,8,16,21,23,
25 145:8,10,14,23 146:1,7,10,11,17,
20,22,24 147:16,22 148:9,12,14,24,
25 149:4,12,15,19 150:4,6,9,11
151:1,5,9,20,23 152:3,18,21 153:15,
19,22 154:12,23 155:8,12,16 156:2,
4,6,16,19,22,24,25 157:4,12,14,16,
20 158:3,5,6,7,8,10,11,13,19 159:4,
15,16,17 160:3,17,21 161:4,12,15,
17 162:14,20 163:7,13,22,23 164:1,
5,12,17,18 165:3,10,15,19,23 166:4,
7,8,10,13,14,15,18 167:2,9,19,23,25
168:1,2,9,11,13,17 169:9,11,14,20
170:3,13,16,23,24 171:3,9,10,15

172:9,11,17,24 173:6,19,23 174:4,6,
7,18,21,25 175:6,17,21 176:4,17,23,
24 177:11,15,19 178:3,8,22,24
179:3,5,12,18,21 180:11,21,23
181:2,6,14,16,20 182:2,14,22
183:19,23 184:6,9,16,23 185:6,16,
22,23 186:9,14,21 187:2,15 188:6,
12,17,19,23,25 189:4,8,12,17,18,23,
25 190:7,15 191:2,3,9,10 192:1,3,9,
12,25 193:1,3,14,16,25 194:2,8,9,24
195:1,15,19,22,25 196:1,4,8 197:9,
13,17 198:9,16,25 199:11,14,19
200:5,6,8,10,11,13,17 201:14 202:3,
10,12,17,19 203:2,5,6,11,12,13,19,
20,22,23,24 204:3,9,10,13,15,16,18
205:1,2,6,16 206:3,6,9 207:8,15
208:4,8,10,11,12,16,21,25 209:1,3,
11,15,25 210:4,12,17,19,24 211:5,
13,15,16,19,22,23 212:4,7,10,25
213:2,5,9,23 214:1,2,4,9,15,20
215:6,8,11,12,13,18 216:4,5,6,24,25
217:1,2,3,6,7,15,19,21 218:8,22,25
219:4,12,14,15,20 220:3,13,16,18,
22 221:1,5,8,21,22,24 222:18,20
223:4,10,15,24,25 224:7,9,10,14,15,
25 225:5,10,17,25 226:2,3,4,8,24
227:2,10,14,17,21 228:2,6,18,20
229:4,7,10,13,16,21,22,23 230:4,5,
6,8,19,21,24 231:12,13,18 232:8,9,
17,20,21,24 233:1,12,15,19,20,22
234:1,2,9,13,17,20,24,25 235:2,6,
13,15,16,18 236:7,8,12,13 237:2,6,
12,15,22,25 238:8,10,13,14,18
239:3,7,15,17,24 240:2,4,10,20
241:5,20 242:9,20,21,24 243:4,5,9,
12,20 244:1,4,8,11,13,14,18,22
245:6,12,13,20 246:9,11,15 247:11,
18,25 248:4,15,21,24 249:8,11,15,
19,23,24 250:3,7,19,20,21 251:4,6,
15,20,21,23 252:1,2,16,18,22 253:7,
12,15,20 254:1,9,17,19,20,23 255:1,
5,10,15,16,18,20 256:8,10,15,22,25
257:4,7,12,19,23 258:3,7,10,15,17
259:2,5,9,10,11,15,24 260:2,8,9,15,
23,25 261:1,8,16,18,20 262:6,13,20
263:3,4,14,25 264:1,6,9,10,15,18
265:6,8,15,17,19,21,24 266:17,18,
20 267:1,6,8,13,16,17 268:5,16,18,
25 269:8,22,24,25 270:3,5,8,21,25
271:6,8,10,20 272:1,11,13,18,24
273:5,6,11,13,14,18,21 274:8,19,20,
23 275:1,4,7,22 276:3,6,10,14,17
277:11,15,21 278:3,6,9,11,12,15,22
279:18,24 280:3,8,10,13,14,20,22,
23 281:2,6,14,16,17,18 282:5,7,14,
18,22 283:5,6,13,17

**today** 8:1,23 262:25

**today's** 7:4 9:4

**Toddlers** 45:24

**together** 43:13 50:11 64:3 130:1
133:4,15 141:10 203:13

**told** 55:1 201:17

**tolerated** 211:4

**tomboys** 231:25 250:14

**ton** 88:25 95:18

**too** 53:15 57:18 62:18 114:5 121:23
233:8

**tool** 82:21

**top** 36:17 150:5 152:17 153:24
155:12 161:16 188:11 189:2 190:14
198:18 205:24 274:2

**topic** 135:12 175:2 210:5 256:10

**total** 108:11,13 109:19 113:22

**toward** 96:21

**towards** 114:19 143:22 149:15
171:1,5 193:17 259:8 265:18

**track** 57:15 64:3 281:11

**tracked** 177:6

**tracks** 150:20,22 194:10

**trained** 240:18

**training** 11:25 61:13

**trajectory** 149:18 150:1

**trans** 25:19 26:4,5,24 35:16 36:5,10
55:2 83:24 84:9,10,12 111:9,13
115:15 135:17,18 136:15 138:9
145:25 163:20 170:17 172:1 184:18,
19 185:25 186:10 187:6,16 234:18
237:6 238:15 241:22 250:2,25
251:4,6,8,10 252:7,9,16,17 253:11,
16,18,19 254:21 256:1,2 257:1,3,14,
19 258:6,16,19 259:18,20,21,22
262:2 263:25 264:2 270:25 271:2

**transcript** 8:15 16:1,7,14 17:7

**transferred** 201:23

**transgender** 12:23 27:7,11,16 28:9
29:7 31:8 33:16 37:20 46:15 76:21,
25 82:3,19 83:16,19 86:3 87:19
91:20,23 92:1 103:1,2 104:3,23
116:4 137:6 143:17 145:16,22 149:1

154:24 155:8 157:9 158:24 159:2
167:3 170:1 172:22 173:9 174:5
184:1 185:2 231:12 236:20 238:5
241:11 246:8 247:13 249:14,19,23
251:15,20,25 255:6,12,14,25 256:20
257:5 258:12 260:7,8 261:22,23
263:11 265:21 267:12 271:10 272:5
273:5 275:21,23 276:6,7,12 278:14,
19 282:19

**Transgenderism** 262:8

**transition** 69:22 89:7 258:11,17,18
259:9,15,17 266:21,25 267:2,7,16
271:18,25 274:19 276:6

**transitioned** 255:24 267:5 272:16

**transitioning** 259:21

**translate** 165:17

**transmen** 72:25

**transphobia** 101:24 239:6

**Transpop** 83:16

**transsexuals** 69:23

**transwomen** 72:23

**trauma** 227:20 228:16

**trauma-based** 228:18

**trauma-focused** 228:14,25

**treat** 13:15 49:15 133:20 226:18
228:18 262:20 277:3

**treated** 13:20 34:4 152:12 153:9

**treating** 13:22,25 59:1 178:17
206:16

**treatment** 17:14 51:9 52:4 53:3,7
56:18 60:13 63:5 74:22 101:22,23
102:15,24 103:18,20 115:6 122:2,3
123:13 126:13,16,18,21,22,25 127:1
128:16 129:3,7,19 133:21,23 134:6,
11 140:25 141:7 150:2,20 152:18,
21,25 153:4 156:24 168:1,4 173:4,
13,21 174:13 175:13 178:16 188:10
207:8 209:13 214:18,23 215:25
218:12 219:20 225:20 228:9 230:6
232:12 258:6 277:5 278:16 279:19
280:1

**treatments** 14:1 51:14 134:12
211:23 223:24 226:13

**trend** 96:21 114:19 170:25 171:4
274:3

Index: trends..up

**trends** 110:25 277:5

**trial** 15:13 16:11,14 17:7 64:19,20 90:5 102:20 125:4

**trials** 55:21 128:11 222:16

**tricks** 84:19

**tricky** 8:18

**tried** 168:1

**trouble** 45:19 80:23 117:23 278:10

**true** 66:21 111:25 153:11 162:7,8,9, 12,18 163:2 200:2 207:11 257:10

**truly** 83:9 265:24

**trust** 70:1

**truth** 7:20,21

**truthful** 16:4,18

**truthfully** 9:1

**try** 8:13,20 18:10 20:2 21:6 46:12 80:24 87:16 101:11 112:11 134:9,19 158:6 165:23 166:8 184:22 229:13 235:13,15,16 238:12,14 273:11

**trying** 28:8 29:15 59:18 60:7,10 62:18 78:10 87:6 133:7,11 150:9 190:7 191:10 233:20 235:6 236:8,13 237:2,6 274:22

**Turban** 7:7,19,25 9:25 16:11 17:13 64:8 79:11,13 80:21 81:3 108:3 117:22 119:7 142:7 147:16 151:11 156:6,9,13,17 166:21 180:5 190:4 215:24 237:16 261:1 275:10 282:6

**Turban's** 9:23 15:18

**turn** 49:20,22 71:3 72:6 79:21 129:19 133:17 140:20 150:4 151:4 153:22 187:2 190:15 219:14 225:10 268:16 272:1 278:12

**turning** 17:13 56:12 67:10 79:11 92:5 95:20 98:22 103:14 109:5 144:23 164:18 206:3,6 226:8 238:8 239:3 278:9

**twin** 25:12 33:11

**twins** 25:20,21,22,23,24

**two** 29:21 30:15 47:3 50:9 51:22 57:3 64:2 71:7,10 82:24 93:2 100:13 103:12 106:15,16 118:5,6,12,13 127:16 137:17 143:25 144:15,17,20 145:1,10,21,25 153:9 154:22 178:4 182:13 189:1 194:17 195:25 203:14,

15 205:8,22 218:5 220:10 223:5 224:1,4,7 240:21 254:15,24 259:1 262:19 268:6 272:14,23 279:5 282:1

**two-thirds** 114:2,7,13

**two-year** 272:17

**type** 64:20,25 95:13,14 106:4 123:15 142:10 168:4 182:7 183:6 196:9 212:16 216:21 229:24 232:24 236:6 238:3 240:11 266:12

**types** 82:24 168:3 180:10 181:17,23 204:14 205:8 216:16 222:14 232:4 235:20 241:3 243:11

**typical** 55:18 136:1 182:2

**typically** 56:20 57:5 140:11

## U

**U.S.** 29:10 76:21,25 77:7 82:3 84:8 117:13 123:10 143:17 157:9 196:14 238:5

**UCSF** 12:12,17 13:4,20,21 142:17

**Uh-huh** 14:16 49:1 110:1

**UK** 118:20 221:16

**umbrella** 252:7 253:20 255:14 271:2

**unable** 79:17 200:17

**unaffected** 111:23

**unclear** 155:13 225:21

**uncomfortable** 136:23

**uncommon** 56:5 77:25

**unconscious** 20:20

**uncontrolled** 164:8 172:25 223:14 225:4,13

**under** 30:18 37:6 56:25 67:10 72:21, 22 76:12 85:13 86:1 114:3 144:24 147:21 152:10 153:5 173:2 190:15 193:12 196:12 198:25 200:13 215:10 219:16 222:1 225:2,11 226:12 239:3,13 242:19 252:6 255:14 259:7 266:14 267:20 271:1 272:24 279:15

**under-reported** 201:9

**undergo** 100:1

**undergone** 99:25 196:23 197:4

**underlying** 140:3 157:22 217:16

**underpowered** 92:12 112:14

**understand** 8:6,9,24 22:21 24:25 27:3 29:16 34:25 35:14 36:1 40:13 42:1,24 43:17 44:12 45:5,10 48:2 49:10 54:18,19,23 55:13 59:18 60:10 77:18 99:8 114:16 135:21 177:9 195:15 215:1 216:5 234:17 235:13 236:7,23 237:3 243:12 244:6 250:20 256:9

**understanding** 17:21 18:23 19:15 20:14,16 24:5,14 40:19,25 44:10,25 45:2,14,20,21 46:15 48:5 83:7 181:7,9,21 188:14 241:14 282:9

**understandings** 45:24

**understood** 8:16 15:10 35:15 121:19

**underwent** 189:5 199:2 203:18

**undo** 36:4 61:12

**unethical** 168:5 230:10 242:16 248:8

**unit** 121:15

**United** 83:13 86:3,23 248:7 282:6,8

**units** 14:5

**university** 73:4 272:8

**unknown** 219:19

**unless** 10:17 14:12 101:9 172:18 185:10

**unlikely** 101:3 137:2 139:22 174:7 257:4 258:7 281:23 282:18,22

**unpack** 45:20

**unreasonable** 218:21,24 219:1 224:7 225:25

**unrelated** 107:15,16,17

**unsupportive** 154:24 155:9

**unsure** 234:16

**until** 35:4 36:15 37:7 41:7 45:13 86:4 178:13 195:21 257:25 258:9 273:21 277:7

**untreated** 213:3 243:19 244:3

**unusual** 118:4 123:4 270:13

**up** 8:14 9:22 10:17 15:17 27:25 29:9, 13 31:4 37:8 42:21,22 48:19 64:5

72:8,18 80:20 90:25 94:25 97:17
98:3 102:8 106:5 111:15 115:23
126:25 134:22 137:23 141:20
143:24 197:17 198:9 203:11 220:19
221:18 222:23 223:8 224:10 226:3
231:7 237:15 246:2,17 249:19,23
250:3 251:4,14,20 256:25 258:20
264:20 266:7 271:12 275:9 276:17
279:2

**updated** 32:20,21 185:10

**upset** 43:2 164:11

**urban** 148:22 149:9,10

**urethra** 181:15 182:3

**urgently** 211:11

**urine** 181:15

**us** 8:13 33:1 70:19 75:2 76:6 103:1
106:19 107:13 117:12 144:19
153:13 161:11 174:11 194:22 198:1,
5 200:25 202:24 245:19 261:13
265:24 274:14 276:10 278:22 281:4

**use** 16:22 19:8 21:16 24:19 27:10,
17,18,21 28:1,15 29:11 32:18 33:23
41:11 42:18 44:17 68:18 71:19
74:17 78:7,25 84:19 102:17,19
107:18 108:25 113:9 125:17,20
148:11 149:22 150:10 151:1 159:22
162:11 163:2 166:15 169:5 171:10
174:20,21 195:10 204:21 206:16,21
207:7,8,21,22 209:4,6 216:24
222:18 227:1,5 232:25 233:10
242:23 245:20 246:11 250:1 254:19
274:22

**used** 18:17,18 26:17,21,24 27:7,9,
23 28:9,16 31:6 34:15 35:8 67:15
79:7 82:2 102:18 147:18 148:13
159:19 166:3 193:15 206:13 210:2
220:14 240:1 241:8 246:14 263:25
267:9

**useful** 59:9 151:24 177:1,3 178:6
208:15 209:8 243:3 248:15

**user** 98:15

**uses** 23:22 24:6,9 25:3 222:19

**using** 21:21 24:11 27:22,25 28:4,13,
15 29:11 31:14,17 34:1 71:17 78:9
83:6 85:8 147:2 206:19,21 209:18
222:6 223:16 224:8 225:6 228:18
246:25 247:19 253:19 255:5 270:24
273:11,12 274:10 275:15

**USTS** 157:22 275:15

**usual** 151:2

**usually** 22:2 28:1 37:15,16 39:24
43:12 44:21 46:12,17 53:1 57:1
81:16 101:21,23 108:25 137:11,14
140:15 195:22 196:7 197:10,12
208:14 252:6

**utility** 263:9

---

## V

**vagina** 37:15 46:5

**vaginal** 180:24

**vaginoplasties** 181:18 189:11

**vaginoplasty** 37:14 180:16,17,22
189:15

**vague** 230:20

**validated** 193:19,20

**valuable** 68:24

**value** 114:25

**values** 111:8

**van** 97:6 98:4

**variability** 149:18,25

**variable** 63:25 64:1 90:21 91:16
112:6 154:7,8 165:21 166:3 201:8

**variables** 64:2 74:13 79:15 84:15
87:10 90:13,18,22,24 91:6 93:2
95:10,11,18 128:7 153:25 154:13
168:24 196:3

**variation** 252:13

**variations** 181:19

**various** 68:8 69:11 227:5 244:15
247:21

**vary** 155:17

**vast** 36:14 83:18 251:14 261:22

**Vastag** 7:18

**venture** 188:19

**verbal** 8:14

**version** 141:23

**versus** 15:15 25:16 26:2 54:9,13
55:11,14 80:15 130:19 149:10
172:22 192:23 193:9 199:19 203:11

244:14 255:25

**very** 35:1 36:24 41:19,21 45:16,17
47:16 48:1 61:12,21 62:3,17 70:23
73:22 83:20 87:8,16 92:18 95:4
104:12 112:10 128:5,6,11 136:15
137:1,2 138:10 140:2 158:4,14
174:7 185:21 189:6 210:5 212:17
216:5,10 222:5,13 223:16 224:7,11,
12 225:6,22 226:1 257:4 261:11
281:23 282:12

**via** 7:6

**victimization** 169:3

**videoconference** 7:6

**view** 257:11

**visit** 148:1 196:22

**visits** 116:5

**vocal** 61:11,13

**voice** 61:10

**Vries** 64:6 72:8,14 77:9 128:19,23
129:22 130:1,2,4,10 131:10 133:4,5
176:12 177:17,23 179:13 185:18
218:1 220:8,11,18 224:2 258:9
260:12 261:10 262:1,18

**VU** 73:4

**vulva** 180:25 181:13

---

## W

**W-I-E-P-J-E-S** 66:25

**wait** 94:12 104:16

**waiting** 58:4 258:9

**waitlist** 282:12

**walk** 181:2

**want** 16:20 17:2 21:18 33:22 37:16,
20 42:13,24 43:3 45:5,25 47:11
49:20 51:6 61:22 64:21 65:11 75:6,7
85:16 89:12,20 90:1 92:17 98:15
107:21 114:3 119:22 129:18 133:17
137:3 139:22 141:19 145:10 161:17
163:21 164:10 181:2,18 192:1
195:19,22 203:22,24 211:5 214:1
217:6,15 220:13,18 228:6 234:17
239:15 246:13 249:8 269:24 275:4
283:14

**wanted** 15:4,7 17:9 48:19 85:23
87:16 89:6,8,10,11,13,17 137:16

138:11 158:5 163:16,22 164:13
189:17 205:6,16 222:21

**wanting** 251:1 278:10

**wants** 163:24 164:4

**was** 7:21 13:25 14:1,19,25 15:6,15
22:6 28:7,16 32:20 37:7 47:15,19
48:7 49:11,16 50:22 53:15 54:16
55:12,15 63:18 69:2 74:14 75:19,24
77:1 78:11,12 81:22 82:6,8 83:16
84:17 85:8 86:3,25 87:24,25 91:16
94:9 102:6,7,13 103:5 104:16
106:22 108:21 109:19 112:15
113:17,22 115:3,14,22 116:1 117:1
120:15 122:14 126:9,14 128:19
129:5,8,10 130:9 132:19,20 138:10,
16,17 140:7 147:12,21 149:17
150:9,12 152:18,21,22,23,25 153:4
154:18 157:18,19,21,22 158:4,8,9,
16,20 161:4,6 163:17 164:14 165:21
166:5,8,25 167:1 169:6 170:13
171:12,22 175:5,9 176:12,15,23
177:1,3,18,21 178:1,6,8 179:10,16
185:17 189:6 190:12 191:14 192:2,
5,11,16 193:6,23 194:19 198:17,19,
24 199:13,18,23 200:4,14,25 201:2
202:17 203:10 204:18 205:1,3,15,20
209:22 216:3,10 219:6 220:8
221:20,21 222:5 223:8 228:4 230:6,
9 231:19,22 232:8 233:14 235:25
238:3,10,18,22,23 239:1,19 240:19,
22,24 241:1,19,21 245:15 248:1
250:10 251:13 252:21,22 255:19,21
258:13 259:2,12,14,15,17,22,23
260:20 261:9,12 267:8 268:3
269:14,15,17 272:7 273:24 275:22
276:15 277:10 279:22 280:16

**wasn't** 11:11 51:7 60:5 81:22 129:8
130:17 178:5,13 203:12 240:4 257:9
260:16

**water** 215:14

**way** 10:19 19:16 20:19 21:6,7,11
22:25 23:2 24:15,16,18 25:10,17
26:14 29:14 33:8 43:1 46:18 47:5
58:18 61:4 62:7 75:4 76:11 83:9
86:18 87:8 90:8 104:11 109:4 111:7
115:7,11,12,21 131:22 132:12
133:15 134:9,20,22 158:7,20 162:5
165:19 166:8 169:21 174:3 177:8
196:7 212:16,20 232:6 234:19
235:11,13 236:24 245:3 252:24
253:14 255:15 265:19 273:17

**ways** 26:8 27:23 127:22 130:18

207:16,19 212:14 222:10 255:3

**we** 8:1,20 16:21 17:1,6 18:10 19:8
21:14 22:24 24:1,3 25:7,11,14 26:7,
8 28:18 29:11,12,13,15,25 30:1,2
31:21 36:4 39:24 43:14,16 44:5,17
45:7,8,9 48:19 50:8 51:11 54:17
55:18 56:1 57:9 58:12 61:21 62:2
65:7,14 67:4,14 68:22 69:18 71:3,
15,16,19 72:4,6,11,13 74:7 76:16,20
77:25 79:21 80:1,2,20 83:8 84:21,23
85:1,18,19,24 86:6,15,16 87:8,9
88:19,21 89:10,16 90:22,25 91:14
92:6,12,15,23 95:4,9,15,23 96:7
97:20 98:11,17,19 102:7 104:15,19
108:25 110:24 116:21 119:3,21,22
120:11 121:8 122:12 125:22 128:3,
10,17,19 129:5,15 132:5 134:24
136:8 139:8,23 142:4 145:18 147:16
153:17 157:11,17 158:4 159:11,19
160:24 161:6 162:5,20 163:19,22
165:12,21 166:3,4 168:21 170:3,7
176:11 177:1 178:13,14 179:24
180:6 188:3,4 189:1 190:7,11 191:5,
8 192:1 193:1 194:6,12 197:17
199:1,25 200:11,13,16 202:11
203:22 206:20 211:5,6 212:22
213:8,13 215:12,13 217:7,21 218:5
220:7 221:22,24 223:22 224:15,16,
18,25 225:10 226:7 231:7 232:5,12
238:6 239:13,14,15,18,23 240:8,9,
21 241:18 244:15,24 245:16 246:2,
14,17 247:2,14 248:9 249:1,3
250:12,16,23 251:17 252:3 253:8
254:6 256:10 258:20 259:5 260:4
261:16 262:6,11 264:20 267:19
268:17 269:9,10 270:18 271:12
272:13,15 273:4,16 274:15 275:4,6,
7,9 276:7 278:12 279:1,2 280:24
281:2,3,5 283:12

**we'd** 197:13 202:17

**we'll** 48:12 95:22 129:19 135:4,6
142:3 151:5 210:4 222:24 250:16
251:16

**we're** 21:15,22 28:13 29:10 42:4
48:9 56:11 72:11 78:16 80:23 84:24
91:1 93:21 98:15 113:5 117:17
121:6 124:10 128:8 135:12 163:4
164:18 165:24 176:6 190:7 224:14
241:23 248:23 269:24 280:14,23
281:9 283:15

**we've** 85:15 123:1 131:5,6 137:17
149:5 170:7 182:23 208:17 210:7
217:17 244:12 245:19 247:25

253:13 277:1

**weak** 177:23 179:14

**website** 82:8

**Wednesday** 283:18

**weekly** 40:25

**weighing** 38:15,17 39:8 183:16

**well** 7:25 8:15 16:18 21:6 24:1 28:7
38:21 47:22,24 49:18 65:10,17 72:6
75:9 80:20 102:5 112:17 128:18
130:15 134:3,21 138:16 139:6 142:3
143:13 148:16 178:17 180:5 188:9
191:12 213:5 216:20 222:24 239:1
240:1 242:17 249:3 250:16 251:16
254:18 256:10 257:11 260:9 262:17
266:6 270:17 272:4 274:13 275:6
277:4 283:21

**well-being** 70:11 120:25 122:13,19,
22 169:25

**well-documented** 243:17

**well-functioning** 75:22

**went** 9:5 11:18 66:13 67:6 125:22
191:1 203:17 248:10 257:17 277:15

**were** 14:7,13 16:3,6,17 21:18 25:14
28:10,18 34:22 41:17 48:19 49:14,
15 54:21,25 57:17 62:18 65:5,23
66:1,4 70:7 71:18,20 72:18 73:2,10
74:6,9,19,21 76:14,17 78:8,11,18
79:17 81:24 82:11,18 83:17,19
84:16 86:4,7,11,18,19,22,23,25
87:6,9,10,13 88:2,5,19 91:15 92:8,
12,15,21 93:22 96:11 98:17,19,25
99:3,10,23,25 100:22 102:7 106:9,
11,15 108:11 109:22,23 110:2,3,8,
12 111:8,16 113:19 115:5,15 116:21
117:6,10 128:7,12 129:11 136:11,14
137:21 138:4,21,23,24 139:8,9,10
142:12,14,22 143:23,24 144:4
146:16,17 148:22 151:17 152:8,11,
14 158:13,16,23 159:13 161:12,13
162:14 163:10,15 165:22 167:2,6,24
170:6 171:7 173:24,25 178:15
185:10,13,18,22 190:16 191:3
192:18 193:6 196:13 197:2 199:25
200:16,21,23 201:7 204:13 205:6,16
218:5,10 220:10 221:22 223:5,23
225:6,21 229:6 231:20 233:5,15
238:23 239:9,16 240:1,9,12 242:22
244:13 247:20 248:5 250:7,11,14
255:20 256:23,24 259:18 263:1
265:9 272:2,5,8 274:9 276:1 277:4

Index: weren't..why

278:1 279:17,21,25 282:5,6,16

**weren't** 55:15 56:2 89:14,15 95:17 126:23 169:20 244:14 251:5 257:2 259:20 274:9

**WEYERBACHER** 65:15

**what** 9:4 10:2 11:25 12:14 13:3,11, 25 14:1,17 16:16 17:9,17,18,24 19:13,25 20:8 23:17 24:20 25:9 26:10,18 27:7,21 28:24 29:17 30:8, 19 33:25 34:13,23 35:23 38:3 39:13 42:1 43:10,18 44:5 45:25 47:17 50:15 51:21 53:9 56:16 57:5 58:6,10 59:18 60:10 62:12 63:18,23 64:14 67:14,22 76:6,14,20 77:18 78:10 79:6,21 80:25 81:6,25 86:21 87:12, 24 88:14,15,17 90:4 91:1 101:4,5 104:9,16,18 105:1 107:24 108:24 112:25 113:22 114:19 118:6 126:8 127:25 131:13 132:10,12,17 133:20 134:2,6,13 135:14,22 142:10 145:6 147:1,15 149:7,25 151:13 153:17 154:7 155:20 157:15 159:8,10,13 161:25 162:1 164:3 166:24 167:10 171:21 172:11 175:3,9 176:14 179:16 180:10,22 181:21 182:4,19 183:22 184:8,17,21 185:12 186:8 190:6 192:2 193:4,10,22,23 195:9, 17,25 198:15 201:15 202:17 203:4 204:18,25 205:1,14,20 206:12,18 207:7,18 208:14 209:2,3,20 210:8,9, 13,14 211:7,8,10,18,19,22,24 212:5, 13 214:25 216:15 219:1,8,13 220:6, 23 222:9,12 224:15 227:6 228:4 229:11,17,23 230:15 234:11 237:1, 12 238:3,19 240:1,7,18 242:7 244:9, 15,21 247:15 249:22 250:19,21 252:3 253:13 255:21 256:2,19 257:6,11 262:25 263:1 264:13,16 266:12 273:7,8,25 274:21 275:3 276:24 279:8,23 280:8 282:13,20

**what's** 27:13 29:4 43:8 44:12 81:11 181:9 185:8 268:11

**whatever** 178:13

**when** 12:4,6 15:8 21:15 22:1 26:3,20 28:13,15 29:2,10,17,25 30:1,22 31:19,23 34:19 37:5 41:23 42:14 45:22 46:5 48:6 50:1,11 52:13,23 54:4 57:3 58:3 59:21 60:2 63:15 74:7 79:4,5 80:1 81:15 89:20,25 92:15 96:11 98:22 100:10 102:17 105:15 109:15 111:1,5 113:10 115:14,23 116:19 131:24 132:3,5,23 133:18,20 135:19 137:25 138:4,10,

17 141:9,12 146:15 147:8 159:8 163:4,24 164:18 166:4 173:21 178:15 183:8,16 185:11,13 187:12 195:10,18 197:15 199:25 202:5 204:6 205:13 206:25 209:16 212:23 220:2 221:21 226:9 233:4 234:5 237:25 239:18 244:16,25 247:5 252:11 257:17,21 269:14 270:4 279:15

**Whenever** 274:22

**where** 17:17 26:14 28:8,10 30:10 33:14 39:7 40:10 42:18 45:9 48:4 49:2,9,14 51:12 54:17 55:9 61:21 62:1 66:25 74:10,14 82:9 83:4 84:2 90:24 91:5,14 92:8 95:9 99:21 101:24 102:8 107:2 110:23 115:4 117:24 119:8 127:4,7 128:9 129:6 132:18 134:1 136:20 138:23 139:21 140:2 142:12,22 143:5 146:19 150:9 166:3 170:10,17,22,25 181:15 182:13 185:24 187:7,21 188:6 189:14 191:1,10 197:14 199:15 205:19 206:22 207:8,9 210:10,15,22 213:13 214:22,24 215:9 216:22 223:12 232:23 236:6,25 240:21 242:20 249:9 251:12 259:19 261:17 274:25 278:18 280:24

**whereas** 120:2

**whether** 18:15 21:8 25:14 45:2 51:22 71:24 88:4,25 89:1 100:18 106:3 113:1 117:13 132:2 142:25 143:1 154:2 155:13 163:11 165:21 167:24 203:6 214:3 255:7,8 256:19 258:1,5,11 267:22 269:15 272:15 273:4,15 277:19,23

**which** 8:14,17 10:19 13:9 15:14 22:14,25 23:17 24:1 28:3 29:4,14,22 32:3,4 34:10 35:5 36:18 37:10,14 50:15 53:13,22 54:25 58:19,25 59:10 60:14 64:15,16 66:7 71:5 75:4 80:9 81:24 84:11,12,15 87:15 88:21 90:5 91:15 92:22 93:11 94:9,15 95:18 96:2 102:13 112:10 114:18 117:8 121:21 124:22,25 132:22 134:11 140:11 141:20 146:13 147:5, 12,13,19 150:6 151:5,24 159:20 160:10,14 161:11,18,19 162:21 164:22 168:1 175:3 176:5,7 178:20 186:8 195:25 197:15 201:8 202:22 204:20 205:3 206:19 207:20,22 208:17 216:17 217:2,3,20 221:3 222:16 223:6,14 224:15 225:5 227:9 229:6 232:14 233:11 235:22 238:25

239:24 241:19 245:2,3 249:17,22 250:10 251:18 255:15,24 259:21 262:15 263:15 264:6,9 267:2 268:8, 11 270:13 273:10 279:25

**while** 12:2 57:12,16

**who** 10:5 22:12 25:19,23 26:24 27:19 29:23 30:2,16 31:8 33:15,17 35:1 37:20 40:19 41:5 42:5 43:20 44:4,15 47:11,15,16 48:2 50:20 51:2,3,8,9 52:4,5 53:24 54:8,12,17, 19,23 55:4,6,12,23 56:1,2,3,6,7 59:13,19,24 60:11 64:16 66:9,13,17 67:1,6 72:24,25 73:2 74:9,15,16,19 78:1,11 79:15,17 86:4,7,11,12,16,18 89:5,8,11,13,15,17 91:19,22,25 93:16,17,19,22,23,24 94:3,4,6,7,10 97:11,13,14 99:1,3,24,25 100:4,8,9, 10,15,20,22 101:17,21,22 102:2,14 103:9,10 104:23 106:9,10 111:22,25 112:8 115:15 116:1 126:18,21,22,25 127:8 129:12 130:15,16 133:22 136:14 137:18 138:9 143:24 145:16 147:25 149:1 156:21,22 158:23,25 159:1 161:9 162:21,23 163:15,18 164:13 171:7 175:17 178:7,15,16,18 182:7 185:19 186:3,19 187:22,23 188:1 189:2,4,5 195:13 197:24 198:2,17 199:2 200:8 201:17 203:17 211:22 213:24 214:1,5,12,21 216:19 223:23,24 228:16,21 232:2 233:15 234:15 235:6 236:13,20 239:16 240:19 241:10,21 242:22 244:13,14, 18,19 247:5,8,12 248:2 249:9 250:4, 7,12,14 251:7,8,19 252:3,11,16,23 255:20 256:13,17,18 257:18 258:16 261:10 262:1 265:22 266:24 267:11 269:17 275:19,20,23 276:11 277:14, 17 279:16 280:3,22 281:15,16,21,22

**who's** 27:24 30:1 37:15 129:16 143:11

**who've** 53:18

**whole** 7:21 17:2 33:14 40:21 51:4 75:9 80:3 85:6 88:22 124:8 141:13 153:20 166:16,17 168:20 208:2 257:8

**whom** 167:2 190:13,14 279:22

**whose** 27:11 256:5,6

**why** 31:21 44:7 46:5,6,19 47:21 61:17,19 62:2 72:6 77:6 80:20 86:15 89:16 92:22 96:15 139:2,17 155:20 179:24 180:17 188:11 191:8 200:13 202:11 217:20 234:3 250:16 256:10

269:19 271:23 278:7,23 279:1

**Wi-fi** 184:23

**wide** 90:22 272:6

**Wiepjes** 276:18

**will** 7:8 8:13,17 30:8 36:22 38:4
45:4,17 46:3,4,9,12 47:13,23 57:8
61:11 70:2 71:24 87:6 97:18 101:18
102:4 121:17 122:4 133:23 136:22
141:20 149:8 155:23 207:16 214:23
244:17 249:18,22 254:9,19 255:4,16
256:6,20 258:2,12 263:10 270:18
271:10

**willing** 116:1 185:22

**wish** 192:24 279:18 280:1

**with** 7:9,12,17 8:18 9:5,10,13 10:10,
11 14:2 17:14 22:7,8,13 25:18,19
26:4,18,22 29:3 31:21 32:2 33:19
34:3 35:8,25 37:25 38:3 41:3,24
43:9,12,19 45:9 46:6,7,20 47:15
48:1,19 49:2,10,18 50:1 51:14 54:19
56:14,18 57:19 58:10,15,18 59:1,12
60:22,25 63:3,10,12,15 69:24 73:4
75:16 78:3,10,17,20,24 82:2,13,19
85:16 88:22,23 89:17 95:5 96:22,23
97:12,14 99:3,25 100:15 101:13
103:16,20,24 105:4 107:5,7,8
108:24 113:14 115:14 116:5,9
117:17 119:17,24 120:7,8,16 122:22
123:11 128:9,25 129:1,11 130:1,7
131:1,17 134:5,10,22 135:3,16
136:24 141:1 143:12 149:2,14
150:21,22 152:12 153:21 154:8,24
155:8,14 156:5,17 157:12 158:21
159:25 160:23 162:3 165:2,9,14
166:7 167:19 168:8 169:18 173:13
175:22 176:23 178:10 181:5,13
182:9,15 183:4,5,8 185:18 186:2
187:7,22 188:1 189:13,15 191:4
192:12 193:7,20 194:6,10 195:13
196:5 198:8 204:5 207:8 208:7,21
215:25 216:2,22 218:19 219:24,25
221:11,15 222:25 223:3 224:12,14
225:16 226:14 228:24,25 230:5,8,25
231:13,21 232:1,3 233:1,13,16,21
234:2,20 235:12 236:16,17,24
238:13 239:5,20 240:13 241:23
243:10,21 249:11,15 251:6 252:19
253:13 254:2,4,18 256:23 259:16,25
261:11 262:14,20 265:24 272:24
273:14 274:10,23,25 278:5 281:22
283:4

**withholding** 172:22 247:16

**within** 33:25 80:7,11 118:15 121:17
147:11 199:3,20 213:16,18 241:14

**without** 21:1 36:1,6 57:23 58:22
60:15 73:17 76:7 77:10,22 78:20
96:10 102:23 104:23 117:3 126:19
129:2,7 132:11 148:24 174:5 179:19
212:23 231:23 273:19

**witness** 7:12 17:5 48:16 65:7 85:22
105:25 121:3 160:21 215:14

**woman** 27:16 236:20

**women** 135:18 140:1 182:15

**wonder** 251:24

**wondering** 28:11,12 202:18 213:5

**word** 27:10 28:2,9,15

**words** 24:11 26:24 196:10 207:3
224:13 235:2 238:14

**work** 34:25 35:25 41:12 45:9 82:19
115:9 131:22,25 133:9 143:12 150:2
208:7,14,25 235:4 266:4 273:1

**worked** 49:10 82:13 158:21

**working** 10:11 13:4 34:3 57:4 63:3
88:22,23 178:10

**works** 95:24 112:2 135:1,2

**world** 129:4 178:9 252:23 262:3,16
269:6

**worried** 78:13 246:10

**worry** 142:3

**worse** 52:20,21 53:4,7 102:3,12
131:7 211:16 239:5 244:18 245:1

**worsen** 145:18

**worsening** 52:18 53:5 245:6

**would** 8:19 13:12,13,20,25 16:25
17:3 21:20 22:1,7,8,10 34:14 35:22
41:14 42:2,10 43:19 44:23 46:18
47:17 48:4,10 51:21 52:7 57:4,18,23
58:1,25 59:2,14,20,21,24 60:2,15,19
62:9,14,19,22 63:2,21 65:3 66:17
67:5,9 68:5,14 70:25 71:9 73:14
74:18 75:4,6 76:6,15 77:17 78:9,14,
18 79:2 80:3,9 82:9,15,19 85:20,21
86:5 87:1,8,16 88:18 89:2,15 94:24
96:24 100:25 101:6 102:19 105:1,24
107:12,18 111:19,22 113:3,9,14,15
118:21 122:2 123:9,21 125:5,6,18,
20 127:11,20 128:1,25 129:1 132:3,

16 134:16,23 139:2,16,17,21 140:5,
11,14,17 143:5,14,16 145:15,19,20
148:11,17 151:3 153:20 155:20
156:3 157:25 158:7,15,22,25 159:1
161:19,25 163:21,23 164:7,9,10
166:16 168:18,19 171:3,6 172:8,15
174:15,21 175:7,14 178:12 179:2
181:6,19 182:12 183:13 184:8,12,
14,18,19,21 185:9,14 188:6 190:20
191:25 192:20 193:3,11 194:24
196:5,18 199:8 200:4,8,11 201:25
202:4,7,10,21,22 203:5,8,20 206:15
207:20 208:24 209:23 210:2,19
211:2,4 213:11,17,24 214:11,21
215:8,16,18,20 220:17 223:21
224:10 226:3 228:17 229:11,23
230:15,16,17 232:6 233:6,17,23
235:19,23 236:2,12 238:24 240:11,
14 241:13,18 243:1,2,9,13 245:20
246:13 247:12,14 248:3,5,14,23
250:17 251:1,3,22 254:14,18 255:7
256:25 258:5 259:22 265:10 266:24
267:10,18 270:21 271:2 275:19
278:7,24 281:21

**wouldn't** 20:11,12 22:19 32:8 38:23
40:10 48:4 52:7 58:12 67:21 71:19
76:13 86:16 89:12,18 91:25 114:22
125:17 137:17 139:11 147:1 150:10,
24 158:10 166:15 171:10 173:22
174:20 188:19 200:25 202:20
209:18 214:22 231:11 239:21
241:18 242:19,24 243:12 244:24
246:11,24 247:8,19 259:4 273:19
278:22

**WPATH** 277:25

**writing** 261:6

**written** 138:21 216:18 261:9

**wrong** 114:3 222:21

**wrote** 10:5,6 138:10 157:2

---

### X

**XX** 18:15

**XY** 18:15

---

### Y

**Yale** 11:19 12:2

**yeah** 28:14 31:19 47:1 83:3,4 95:24
113:25 114:4 128:25 132:7 142:2

145:9 149:10 152:22 162:1 165:19
168:12 171:10 176:18 178:25
191:10 199:25 202:2,17 246:9
250:19 263:24 269:12 271:6 272:23
280:15

**year** 41:20 57:2 74:24 75:3 88:5 92:7
93:20 109:19,21 159:12,24 160:8,
11,14 162:14 165:13 171:23 173:4,
13 174:12 176:14 178:13 203:10
211:25

**years** 11:8 41:3 45:18 46:8 57:3
66:11 71:7,10,17 72:1 87:13 88:18
106:10,12,16 136:17 137:11,18,21
143:25 144:15,18,20 146:1 153:10
192:5,11,12,13 194:17,19,23 202:15
203:7,8,11,15 220:11,19 251:13
257:3 259:1,23 266:18 268:14
272:14,23 278:16

**yes** 8:5,8,12,22 10:2,4,14,18 11:6,24
13:2,8,16 14:16 16:2,5,8,16,19
17:16 19:7,8,21 20:6 32:25 39:12
49:23 50:4 63:14 64:10,13 69:14
70:16,18 72:3,16,20 73:21 76:10
79:5,20 81:2,4 87:24 89:24 90:10,16
91:7 92:11 93:12 96:15,25 97:8,10
98:8 99:7,13 103:13 105:7 106:14
107:11 108:5,9,14,15 112:21,24
116:12 118:1,22 119:15 121:2,25
122:24 125:25 128:21 129:25
131:18,19 132:15 138:3 141:4 142:9
143:4,8,13,21 144:2,7,10 145:5
146:5 148:20 149:5,24 150:9 151:12
152:8 153:2,7,11,12 154:6,13,21
155:11,19 156:12,15 157:7,10 159:5
160:5 162:10,19 164:25 166:23
168:24 170:2,6,9 171:20 172:3,7,10,
14 173:5,16 179:8 180:9 183:15,21
190:5,18,21,25 191:17,21 192:1,17,
19,21 194:15,18,21 195:6,8 196:17,
19,25 197:3,22 198:14,24 199:6,10,
22 200:20 201:11 204:1,7,24 206:8
216:13 217:10,25 218:2,4,7,18,20
219:23 221:14 222:8 223:4,19
224:3,5,24 225:9,24 226:16,21,25
227:3,15,19,24 231:3,6 232:16,21
234:10 237:20,24 238:7,17,21,23,24
239:12 243:24 245:10,11,15 246:6,
22,23 247:7 249:5,21 254:10 259:2
260:9,11,13 261:5,19,25 262:5,10
263:14,15 264:25 266:3,16,19,23
268:2 269:5 270:23 271:17,21
272:4,12 273:3 275:14,16 276:23
277:9,12 278:21 279:9,12,14,24
280:2,6 281:5,8,10,19 283:20

**yes/no** 238:22,23

**yet** 29:23 30:1,3 37:16 39:3 87:14
100:1,15,19 103:9 131:6 193:18
267:14

**you** 7:9,15 8:3,6,9,10,17,19,23 9:1,4,
7,10,13,16,17,25 10:7,10,13,16,22
11:3,7,12,16,18,21,25 12:6,9,14,25
13:3,5,11,13,14,17,20,22 14:1,9,14,
17,21 15:1,2,4,7,11,20,21,22 16:3,6,
9,15,20,24 17:3,9,10,14,17,24 18:2,
19 19:2,13,17,25 20:2,3,13 21:4,18,
20 22:4,6,8,10,19 23:5,14,17,21,23
24:4,5,7,12,18,19,22 25:1,5,17,24
26:1 27:7,21,25 28:1,5,10 29:17
30:7,22 31:3,5,6,15,19,23,24 32:2
33:23 34:25 35:14 36:8 37:5,19
38:20 39:10,19,21,22,25 40:3,10,17
41:4,9,13,14,18,24,25 42:10,21,22,
24 43:3,9,13 44:23 45:1,4,15,16,18,
20 46:2,3,9,18,23 47:3,5,8,9,17,19,
20,23,24,25 48:6,16,22,24 49:1,22,
24 50:5,21,22,23 51:6,11,13 52:1,
52:1,9,11,13,19 53:9 54:10 55:4,19,
21 56:14,15 57:4,9,11,20,21,22,24
58:13,25 59:1,13,17,18 61:14 62:12,
21 63:2,4,8,15 64:5,8,15,17,25
65:17,19,20 67:15,19 68:2,3,5,16,
17,18 69:8,13,17 71:9 72:7,15,17,18
74:10 75:6 76:13,14 77:8,13,20
78:4,6,7,18,24,25 79:1,2,5,7,9,10,12
80:4,13,25 81:1,3,5,25 82:2 83:3,4,
9,11,13,17 84:1,4,7,13,16,18,19,22,
23 85:4,5,16 86:11,24,25 87:5,6,15
88:11,17,20 89:1,4,5,12 90:7,12,13,
17,21 91:3 92:5,16,17 93:3,6,11
94:5 95:3,4,11,13 96:1,5,7,8,17,21
97:1,6,17,23 98:2,3,6,10,16 99:6
100:3,10 101:5,11 102:17,19 103:7
104:7,8,11,13 105:3,14,18,19,22,25
106:1,2 107:2,10,12,16,20 108:1,3,
16,20,22,23 109:2,3,18,24 110:5,22
111:15,19,22 112:1,8,13,15,23
113:1 115:3,8,9,10,12 116:11,13,18
117:2,10,12,21 119:4,8,16 121:1,3,
4,5,24,25 122:1,3,23 123:9,11,12
124:18,19,20,22,24 125:2,13 126:1,
8,12,14,17,21 127:6,10,11,19,20,23
128:1,4,9,12,14,15,22,23,25 129:11,
12,15,17 130:1,2,4,9,10,14,22
131:1,2,3,4,10,13,24 132:2,10,12
133:4,6,10,12,17,18,19,20 134:5,10,
16,25 135:5,8,9 136:6,11,14,18
137:4,11,25 138:4,17 140:2,3,7,17,
20 141:3,5,9,12,19,25 142:5,7,22
143:3,20 144:1,6 145:4,10 146:1,2,

6,14,15,19 147:3 148:14 149:7,8,23
150:8,10,23,24 151:5,8,10,21,25
152:2,20 153:6 154:5,20,25 155:3,6,
10,18,25 156:9,19 157:3,4 159:6,8,
9,16,18 160:7,10,14,15 161:17,25
162:3,14 163:14 164:12,20,24
165:6,17,22 166:1,3,21 167:10,18
168:15 169:12,13,22 170:3,6,10,22,
23 171:6,13 172:13 173:15 174:15,
25 175:4,22 176:2,7,15,19 177:9,13,
17,21,25 178:1,7,21 179:2,8,10,16,
21 180:1,5,7 181:2,5,18,19 182:2,19
183:1,23 184:11,17 186:7 187:2,4,9,
11,12 188:6,8,14,15,23 189:10,21
190:3 191:12 192:22 193:3,4,13,16
194:2,14,24 195:4,7,10,14,19,20,21,
22 196:16,24,25 197:11,15,16,21
198:12,16,21 199:7,15,16 200:19
201:10 202:1,8,16 203:4,5,16 204:2,
8,14,18,21,25 205:13,14,19,20
206:1,4,5,9,12 207:6 209:17,20,21
210:2,8,10,15,18,23 211:7,8,10
212:1,5,6,8,13,21,23 213:1 214:1,6,
10,12,22,23 215:2,8,21 216:2,4,17,
22,24 217:4,5,8,14,17,21 218:17,19,
21 219:1,2,8,13,22,24 220:7,10,13,
16,18,23 221:13,15 222:1,7,10,20,
22,25 223:3,8,10,12,18,25 224:4,6,
21 225:2,8,11,23 226:15,17,20,22
227:1,22 229:2,8,13,17,19,23,25
230:11,17,22 231:2,4,5,10 232:6,15,
17,18 233:9,17,20 234:15,19,22,23,
25 235:6,12,15,20,23 236:12,19,24,
25 237:10,18,21,25 238:13,14,16,
19,24 239:4,5,11,13 240:4,5,10,14
241:3,7,24 242:1,6,7,20,23,24
243:1,9,11,23 244:2,5,7,21,25
245:1,4,8,12,13,14,25 246:5,13,20
247:5 248:3 249:3,9,13,20 250:1,8,
20,24,25 251:23 252:14 253:5,19,22
254:2,13,18,23 255:4,7,11 256:4,11
257:1 258:6,23,25 259:7 260:1,6,9,
12 261:1,6,17,24 262:22,25 263:1,6,
7,8,13,15,23 264:4,9,14,23 265:2,
12,17 266:2,7,10 268:1,16,23 269:2,
4,14,25 270:1,3,7,12,21,25 271:1,2,
6,8,15,18,21 272:20 273:2,13,17,21
274:8,18,21,22 275:3,4,7,12 277:13,
19,23 278:17,18,24 279:8,16,20
280:7,12,19 281:11,14,20,25 282:5,
6,16,17,20,23 283:4,10,12,14,17,21

**you'd** 22:25 29:13 38:17 42:12
203:12

**you'll** 8:7 18:13 36:13 47:1,2 61:3,8,
24 68:6 129:3 195:23

**you're**  16:22 20:18 21:13 22:1
23:14,16 24:11 27:21 28:3,13 31:25
32:6 34:1 38:15 41:23 46:11,19
50:15 52:6,22 55:19,22 57:12,13
63:15,19 67:22 68:2 77:15,17,19
81:15 83:9 84:2 87:22 90:4 94:13
95:3,8 98:16 100:11 112:3,5,14
122:1 124:24 130:20,25 131:24
132:7 133:7,11,18 136:9,10 139:25
146:21 147:16 152:3 154:14 156:13
157:15,25 162:15 164:9 165:22
166:4 170:17 176:21 177:8 178:4
179:13 186:22 188:15 195:17,18
196:6,9 204:24 212:17,23,24 213:23
214:20 220:8 221:3 226:9 229:11,24
234:3 236:6,8 237:2,6 238:18
253:19 254:13 268:24 273:10
274:22 279:23

**you've**  10:3 12:10 14:14 27:7 28:2
43:10 61:7 105:12 123:6 176:21
197:12 221:2,6 253:2

**young**  35:1 38:8 59:6 72:23 122:18
136:15 138:10,13 190:13 233:8
260:17

**younger**  86:5,7,19,21 192:13,18
239:21

**your**  8:1 9:17 10:16,19 11:2,4,18,21
12:4 14:14,20,23 15:25 16:3,17
17:13 18:5 19:5 21:5 22:7,10,13,14
23:11 24:1,3,7 27:21 28:5 30:23
39:25 41:11 43:7 48:21 49:20,21
51:12 56:13 57:11,14,20,22 61:3
63:7 64:9 67:17,20,24,25 68:4 72:15
74:18 79:11 83:14 84:1 85:13 88:24
89:7,12 90:7 92:5 93:4,6 94:17
95:12,19,21 97:5,23 98:6 102:23
105:11 108:21 112:15 117:21 122:3
139:24 140:19 151:25 153:16
156:13,20 157:5,12 159:14 160:4
161:4 163:14 164:18 165:25 166:2,
22 169:23 171:18 175:25 177:7
178:20 180:4 181:9,21 182:24 183:1
187:1 198:13,21 203:23,24 206:6
212:6 220:17 226:8 227:1 234:1
236:3 237:18 238:13 241:24 243:15,
25 249:8 250:19 253:1,18 256:12
258:23 260:6 263:8 264:24 265:12
271:15 275:13 276:21 277:13 281:4,
12 282:7,14

**yourself**  50:21 226:22

**youth**  12:24 29:23 75:21 86:3
103:22 104:23 116:4 142:12 143:5
145:25 148:24 149:1 152:5 154:24

155:8 167:2,16 169:9 170:1 172:23
174:5 190:16 196:21 230:25 246:8
247:13 251:10 257:4 260:7 262:2
268:20 270:18 273:5

**YSR/ASR**  75:15

---

**Z**

---

**zero**  109:20 173:23

**zoom**  7:6,12 8:18 104:11 155:2
282:5

**Zucker**  258:8 261:10 262:1,18