# EXHIBIT 12

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Beth Clawson

*May 22, 2023*

_____



**StewartRichardson**

DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

Page 3

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF INDIANA
 3               INDIANAPOLIS DIVISION
 4         CAUSE NO. 1:23-cv-00595-JPH-KMB
 5    K.C., et al.,               )
 6          Plaintiffs,           )
 7          -vs-                  )
 8    THE INDIVIDUAL MEMBERS OF    )
 9    THE MEDICAL LICENSING BOARD  )
10    OF INDIANA, in their         )
11    official capacities, et al., )
12          Defendants.           )
13
14         DEPOSITION OF BETH CLAWSON
15               May 22, 2023
16              12:37 p.m. EDT
17
18
19    TAKEN BY: AMY DOMAN, RMR, CRR, CSR (CA/IL/TX/WA)
      PAGES: 1 - 84
20
21
22
23
24       STEWART RICHARDSON & ASSOCIATES
         Registered Professional Reporters
25               (800)869-0873
```

Page 2

```
 1         The deposition upon oral examination of
 2    BETH CLAWSON, a witness produced and sworn before
 3    me, Amy Doman, Registered Merit Reporter,
 4    Certified Realtime Reporter, California CSR
 5    14465, Texas CSR 6203, Illinois CSR 084004926,
 6    Washington CSR 22031067, Notary Public in and for
 7    the County of Hamilton, State of Indiana, taken
 8    on behalf of the Defendants, at the offices of
 9    Stewart Richardson, One Indiana Square, Suite
10    2425, 211 N. Pennsylvania Street, Indianapolis,
11    Indiana, scheduled to begin at 12:37 p.m. EDT, on
12    Monday, May 22, 2023, pursuant to the Federal
13    Rules of Civil Procedure.
```

Page 3

```
 1            A P P E A R A N C E S
 2    FOR THE PLAINTIFFS:
 3         Kenneth J. Falk, Esq.
           Stevie Pactor, Esq. (Via Videoconference)
 4         ACLU of INDIANA
           1031 East Washington Street
 5         Indianapolis, IN  46202
           kfalk@aclu-in.org
 6         spactor@aclu-in.org
 7    FOR THE DEFENDANTS:
 8         Melinda Holmes, Esq.
           OFFICE OF THE ATTORNEY GENERAL
 9         302 West Washington Street
           IGCS Fifth Floor
10         Indianapolis, IN  46204-2770
           melinda.holmes@atg.in.gov
11
12    ALSO PRESENT:
13         Brad Davis
```

Page 4

```
 1              INDEX OF EXAM
 2    BETH CLAWSON............................  5
 3    EXAMINATION.............................  5
 4       QUESTIONS BY MS. HOLMES
 5    EXAMINATION............................. 74
 6       QUESTIONS BY MR. FALK
 7    FURTHER EXAMINATION..................... 77
 8       QUESTIONS BY MS. HOLMES
 9    FURTHER EXAMINATION..................... 78
10       QUESTIONS BY MR. FALK
11    FURTHER EXAMINATION..................... 78
12       QUESTIONS BY MS. HOLMES
13            INDEX OF EXHIBITS
14       (All exhibits attached hereto.)
15    Deposition Exhibits:              Page
16    Exhibit 1   - Notice of Deposition.....  7
17    Exhibit 2   - Complaint................  7
18    Exhibit 3   - Declaration............. 10
```

Page 5

1          (Time noted: 12:37 p.m.)
2              BETH CLAWSON,
3    having been duly sworn, testified as follows:
4              EXAMINATION
5    BY MS. HOLMES:
6        Q.   Hello.
7        A.   Hi.
8        Q.   I'm Melinda Holmes, attorney for
9    the defendants.  I'm taking your deposition
10   today.  And I will be using K.C. instead of
11   K.C.'s name throughout this deposition.  But I
12   believe the court reporter will be kind of
13   covering us if either of us forget.
14           Have you ever given a deposition
15   before?
16       A.   No.
17       Q.   So just to kind of explain, I'm
18   going to ask questions.  The court reporter is
19   here recording everything we say.  You'll need
20   to answer my questions to the best of your
21   ability, and your answers will be the truth as
22   we just swore with the court reporter.  Does
23   that sound good?
24       A.   Yes.
25       Q.   And I will assume you understand my

Page 6

1    questions unless you tell me you don't.  And
2    if you don't understand a question, please
3    just let me know, and we'll try to clarify it.
4        A.   Okay.
5        Q.   And you're doing a great job
6    already, but please continue to give verbal
7    answers, not gestures.
8        A.   Okay.
9        Q.   Thank you.
10           I don't expect this to take too
11   long, but if you need a break for any reason,
12   just let me know.  I'll just ask that you
13   answer whatever pending question before we
14   take the break.  Okay?
15       A.   Okay.
16       Q.   Is there any reason you cannot
17   understand my questions today?
18       A.   No.
19       Q.   And is there any reason you can't
20   answer my questions with the truth?
21       A.   No.
22       Q.   Other than meeting with your
23   attorneys, did you do anything to prepare for
24   today's deposition?
25       A.   Not really, no.

Page 7

1        Q.   Not really?
2        A.   Just going through my own head the
3    past seven years.  It's a lot to remember.
4        Q.   Are you being compensated for your
5    testimony?
6        A.   No.
7            (Exhibit 1 marked for
8        identification.)
9        Q.   I'm going to introduce our first
10   exhibit.  This will be Exhibit 1.
11           Do you recognize this document?
12       A.   I do.
13       Q.   And this is the notice of your
14   deposition in this case?
15       A.   Yes.
16       Q.   And you're here in response to it
17   today?
18       A.   Correct.
19           (Exhibit 2 marked for
20       identification.)
21   BY MS. HOLMES:
22       Q.   I'll introduce our exhibit.  Do you
23   recognize this document?
24       A.   I do.
25       Q.   This is the complaint in the

Page 8

1    lawsuit that you're a plaintiff in; is that
2    correct?
3        A.   That is correct, yes.
4        Q.   Are you familiar with the contents
5    of this document?
6        A.   Yes.  I've read it several times.
7        Q.   Now, this lawsuit concerns your
8    challenge against Indiana's law that's
9    referred to as SEA 480; is that --
10       A.   Correct.
11       Q.   -- your understanding?
12           How did you first hear about this
13   law?
14       A.   I first heard about this law by
15   using the IGA website.  I, every year, start
16   tracking the laws as soon as the session
17   starts, the legislative session starts.
18       Q.   So did you see the law in its kind
19   of first iteration?
20       A.   I've seen it in every iteration,
21   yes.
22       Q.   And what was your reaction when
23   you --
24       A.   My reaction was fear for my child
25   and anger for my child and my family and the

Page 9

1  community.
2      Q.    Did you participate in the
3  legislative process?
4      A.    I did.
5      Q.    And what did that look like?
6      A.    Just like my husband, I testified
7  at, I believe, two hearings, I believe both
8  the Senate and the House.  And I also met with
9  Senator Bray and Senator Johnson asking for
10 the case to not be -- not case -- the bill to
11 not be heard.
12     Q.    And did you take any other actions
13 apart from that?
14     A.    I spoke at the ACLU LGBTQ day at
15 the statehouse.  And I delivered some letters
16 to the statehouse from K.C. and her classmates
17 that they wrote to senators and
18 representatives opposing the bill.
19     Q.    Anything else?
20     A.    I don't think so.
21     Q.    When did you decide to bring this
22 lawsuit?
23     A.    We started thinking about bringing
24 this lawsuit as soon as we realized that it
25 was probably going to pass.

Page 10

1      Q.    And why did you bring it?
2      A.    Because it is taking away my
3  child's right to necessary healthcare, and it
4  is taking our rights away as parents to make
5  the best choice for our child.
6      Q.    And other than your attorneys, did
7  you talk to anyone else about it as you were
8  planning to bring the lawsuit?
9      A.    Only after him saying that it had
10 been filed.
11            (Exhibit 3 marked for
12            identification.)
13 BY MS. HOLMES:
14     Q.    I'll introduce our third exhibit.
15 Do you recognize this document?
16     A.    Yes, I do.
17     Q.    And what is this document?
18     A.    I believe it is our declaration for
19 the lawsuit.  I don't know if I'm using the
20 correct wordage.
21     Q.    That's fine.  And on page 4, is
22 that your signature?
23     A.    It is.
24     Q.    To your knowledge, is there
25 anything in your declaration that is no longer

Page 11

1  accurate?
2            MR. FALK:  I'll make the same
3            objection I made before, which is
4            obviously there's been some changes we
5            know, that you can talk about.
6      A.    I don't see anything other than now
7  she's on a puberty blocker.
8  BY MS. HOLMES:
9      Q.    Thanks.  We'll put that to the side
10 for now and start some background questions.
11 Have you ever been arrested?
12     A.    Embarrassingly, yes.
13     Q.    What was that for?
14     A.    When I was 18 for a bounced check.
15     Q.    And what was the result of that?
16     A.    I paid whatever fine I needed to
17 pay.
18     Q.    And how old are you?
19     A.    48.
20     Q.    Where do you live?
21     A.    Bloomington, Indiana.
22     Q.    Have you lived elsewhere in
23 Indiana?
24     A.    No, not in Indiana.
25     Q.    When did you first come to Indiana?

Page 12

1      A.    I believe we moved here in 2010
2  originally.
3      Q.    And why did you come to Indiana for
4  the first time?
5      A.    Because my husband was transferred
6  here for his job.
7      Q.    Before Indiana, where were you
8  living?
9      A.    We were living in Charlotte, North
10 Carolina.
11     Q.    And where did you and your husband
12 meet?
13     A.    We met in Boone, North Carolina at
14 school.
15     Q.    At school, okay.  Can you tell me
16 about your educational background?
17     A.    I have a bachelor's degree in child
18 development birth through kindergarten.
19     Q.    Where did you receive that degree?
20     A.    At Appalachian State University.
21     Q.    And that's where you met your
22 husband?
23     A.    Uh-huh, or yes.
24            MR. FALK:  Yes.
25

Page 13

BY MS. HOLMES:
2      Q.    Do you have any postgraduate
3  education?
4      A.    No.
5      Q.    And can you tell me about your
6  professional background?
7      A.    I was a teacher, then I was a
8  stay-at-home mom for 18 years.  And then I
9  went back to work as a teacher's aide at an
10  elementary school, but I am again no longer
11  working.
12      Q.    And when did that last job wrap up?
13      A.    I stopped in March of 2023.
14      Q.    And why did you stop?
15      A.    Truthfully, because of all of the
16  legislation and having to fight for K.C.  And
17  it was hard to juggle both caring for my
18  family and work.
19      Q.    What about the legislation made it
20  hard?
21      A.    I was -- I have the privilege of
22  being able to speak out.  And so I was going
23  to the statehouse often to speak out, and the
24  emotional toll it has taken on our family made
25  it very hard to continue to work.

Page 14

1      Q.    Are you a member of any
2  organizations?
3      A.    I am the secretary of the Stonewall
4  Democrats of South Central Indiana.  I don't
5  think I'm -- I'm always busy, but I don't
6  think I'm on any other organizations.
7      Q.    Have you held any other position in
8  that --
9      A.    No.
10      Q.    -- organization?
11          How long have you been a member?
12      A.    Probably -- what is it, 2023?
13  Probably almost two years.
14      Q.    Why did you first become a member?
15      A.    I first became a member because I
16  was concerned about the path that I see
17  legislation going down, and I wanted to make
18  sure that politicians and legislation was
19  being represented in a positive way for the
20  LGBTIQ+ community, really just protect my kid.
21      Q.    And what kinds of activities do you
22  participate in with this organization?
23      A.    We have meetings and we do
24  fundraisers to help with advocacy and helping
25  candidates that uplift LGBTQ citizens and

Page 15

1  policies.
2      Q.    What is your gender identity?
3      A.    I am a cisgender woman.
4      Q.    And how long have you identified
5  that way?
6      A.    My whole life.
7      Q.    I think you already mentioned your
8  husband?
9      A.    Uh-huh, or yes.
10      Q.    And your husband is also a
11  plaintiff in this case?
12      A.    Yes.
13      Q.    How long have you two been married?
14      A.    21 years in July, so 20 years.
15      Q.    Have you been married before?
16      A.    No.
17      Q.    How many children do you have?
18      A.    We have three children.
19      Q.    And what are their ages and
20  genders?
21      A.    We have a 19-year-old son, a
22  17-year-old daughter, and a ten-year-old
23  daughter.
24      Q.    And how many are transgender?
25      A.    We have one transgender child.

Page 16

1      Q.    And that's your youngest, K.C.?
2      A.    Yes.
3      Q.    Do you know K.C.'s sexual
4  orientation?
5          MR. FALK:  Again, I'll object.
6      It's a ten-year-old.
7          But if you know.
8      A.    I don't know, like my husband said,
9  I believe she's just starting to figure that
10  out.
11  BY MS. HOLMES:
12      Q.    Okay.  What was K.C.'s sex at
13  birth?
14      A.    She was assigned male at birth.
15      Q.    And when you say "assigned male at
16  birth," what do you mean?
17      A.    It means the doctor told us that we
18  had a boy.  But that was -- that's what it
19  means.
20      Q.    How does K.C. identify now?
21      A.    She identifies as a girl.
22      Q.    How long has K.C. identified as a
23  girl?
24      A.    Formally, since she was about
25  three.

Page 17

1    However, she has been showing us
2 since she was a toddler.
3    Q.   And starting when K.C. was a
4 toddler, how was K.C. telling you?
5    A.   She was telling us in the way that
6 she dressed and presented herself.  She would
7 only wear dress-up clothes.  We provided her
8 with -- I don't know how to do -- quote, boy
9 clothes, end quote.
10    And then she would always find,
11 whether it be a skirt or a dress or a scarf or
12 something to make herself look more feminine.
13    And when she would come home from
14 places, she would immediately take off the boy
15 clothes and just put back on the girl clothes.
16    She would try to put ponytails in
17 her hair when we went out, she would wear
18 towels in her hair.  She played with makeups
19 and things like that.
20    Q.   Did you consider whether these
21 behaviors meant something other than K.C. was
22 telling you she was a girl?
23    A.   For a long time we just thought she
24 liked to play dress-up.  As a child
25 development major, I knew that allowing your

Page 18

1 child to dress up -- or your child wanting to
2 dress up was perfectly normal.  So for a
3 long time we just thought she liked frilly
4 things.
5    Q.   And what changed the way you
6 thought about it?
7    A.   She started withdrawing and
8 becoming depressed, such as asking or talking
9 about cutting her penis.
10    She also would -- more of a mom
11 struggle than a dad would see, but she would
12 also throw -- not throw temper tantrums -- she
13 would become very distressed when I would lay
14 out her clothes for her when they were boy
15 clothes.
16    And getting her to get dressed in
17 the morning would become a giant struggle for
18 a little while.  And that's -- until she was
19 also given a piece of girl clothes to wear, to
20 accompany whatever she was wearing.
21    Not playing with friends at the
22 playground; becoming unusually upset about
23 things that previously had seemed small to
24 her.  We knew something was going on that we
25 didn't quite understand.

Page 19

1    Q.   Do you have an example of becoming
2 upset at something small?
3    A.   Not wanting to put the clothes on
4 that I would give her would be an excellent
5 example.
6    Q.   And what did you do in response to
7 those behaviors?
8    A.   First, we would try to -- we tried
9 solving them; so we would let her, you know,
10 wear something out, other girl clothes.  And
11 that just kind of gave us an idea that it was
12 more than just playing dress-up.  So we
13 started researching what it might be.
14    And that is when we talked to our
15 pediatrician, around that same time.  But I am
16 probably a doctor's worst nightmare, in that I
17 arm myself with all the knowledge before I go.
18 So.
19    Q.   Where was the pediatrician that you
20 took K.C. to?
21    A.   In Bloomington.
22    Q.   And what hospital system or health
23 system?
24    A.   IU Health -- or Riley.  I don't
25 know, I guess they're the same.

Page 20

1    Q.   And do you recall about what time
2 period or how old K.C. was when you first went
3 to the pediatrician at Riley?
4    A.   I mean, she's been seeing the
5 pediatrician, the same pediatrician, since
6 we -- since she was a baby.  And the doctor,
7 just like everyone else in the community, I
8 mean, she would wear the tutus to the doctor's
9 office.  It was a very natural conversation.
10 The doctor wasn't surprised when I mentioned
11 it.  She had experienced K.C. presenting in a
12 very feminine way for a long time.
13    Q.   But there was an appointment that
14 you went to specifically in response to these
15 behaviors?
16    A.   I mean, I don't know -- I don't
17 remember if it was an appointment specifically
18 about that or if it was something that came up
19 at another appointment.  I don't remember that
20 for sure.
21    Q.   Gotcha.
22    But at the first appointment that
23 these behaviors were discussed, do you recall
24 what that conversation looked like?
25    A.   I remember our pediatrician telling

Page 21

1  us that -- she handled it very
2  matter-of-factly, and she's like -- she said,
3  you know, it's a thing.  It's real.
4       And she had had experience with --
5  not lots of experience, but had experience
6  with trans children at a previous job in
7  Boston.  So it wasn't something that was new
8  or scary to her, which helped ease my fears a
9  lot.
10      And so we just had an open line of
11 communication from that moment on.
12      Q.   Were any next steps discussed at
13 that appointment?
14      A.   Not that I remember specifically
15 other than just, you know, paying attention to
16 how our child was feeling and letting them
17 know if we had any concerns or worries.
18      And they helped connect us with our
19 mental health -- or a mental health care
20 provider.
21      Q.   And what was the connection with
22 the mental health provider for?
23      A.   I mean, it was a confusing time for
24 our whole family.  So someone to help us work
25 through our fears and questions and K.C.'s

Page 22

1  fears or questions, or just to make sure she
2  was doing okay.
3       Q.   Do you know what kind of therapy
4  was recommended?
5       A.   We saw a play therapist.
6       Q.   So what came next after that
7  appointment?
8       A.   I don't remember specifically when
9  that appointment was.  We just continued to
10 listen to K.C., and we started when we bought
11 her the shoes, the sparkly shoes, which led to
12 us allowing her to pick the clothes that she
13 would like from the side of the store that she
14 would like, which happened to be the girls'
15 side.
16      And then we started using she/her
17 pronouns at home and at school and in the
18 world at large and started -- continued on
19 with our -- I guess we started seeing the
20 therapist and just continued with our life.
21      Q.   Had you begun to use she/her
22 pronouns before or after that first discussion
23 with the pediatrician?
24      A.   I think after.  I'm pretty sure it
25 was after.  I should say I think.  I'm not

Page 23

1  pretty sure.  I think it was after.
2       Q.   Do you recall discussing pronouns
3  with the pediatrician?
4       A.   I don't recall.  We might have
5  talked about that as something that would be a
6  next step, but I -- I don't specifically
7  recall.
8       Q.   Do you know, had that been
9  something you had thought about or discussed
10 before going to the pediatrician?
11      A.   Probably between my husband and I,
12 yes, probably.
13      Q.   And where did you get information,
14 apart from the medical providers?
15      A.   We read books.  I searched on the
16 internet.  I talked to parents of other trans
17 kids.  I joined support groups for parents of
18 trans kids.  I talked to trans kids.
19      Q.   Do you know what books you read?
20      MR. FALK:  Sorry.
21      A.   Yes, I do know what books I read.
22 "Raising My Rainbow," by Lori Duron; "Raising
23 the Transgender Child," by Dr. Michele Angello
24 and Ali Bowman; and "Becoming Nicole" by Amy
25 Ellis Nutt.

Page 24

1  BY MS. HOLMES:
2       Q.   And why did you read these books?
3       A.   We read those books because we had
4  lots of questions, and we didn't know what we
5  were doing.  K.C. was the first trans person
6  that we knew, and we wanted to make sure that
7  we were supporting our child and not causing
8  more harm.
9       Q.   How did you identify these books?
10      A.   I searched for books about
11 transgender children.  Becoming Nicole was one
12 of my book club books, so that one was not
13 chosen.  It was given to me.
14      Q.   You mentioned doing some internet
15 searches.
16      Do you recall what kinds of sites
17 you went to during --
18      A.   Oh, I'm sure -- I can't remember
19 specifically at the time.  I'm sure I went to
20 things like Human Rights Campaign,
21 Gender Spectrum, Gender -- I don't know if
22 GenderNexus was around then.  Places like
23 that.
24      Q.   You also mentioned support groups
25 for parents of trans kids.

Page 25

1    A.    Uh-huh.

2    Q.    What were those groups?

3    A.    I don't -- like, just groups that
4    are on Facebook, the private groups on
5    Facebook, things like that.

6    Q.    Any in-person groups?

7    A.    No, other than the TASC, but that's
8    not something that I often -- the introvert in
9    me did not often go to meetings.

10    Q.    And you said you also spoke with
11    trans kids?

12    A.    Yes.

13    Q.    In what context?

14    A.    Bloomington, Indiana, has a youth
15    LGBTQ+ group and they would do trainings and
16    hold events, and we would take K.C. to those
17    or go by ourselves to learn more.

18    Q.    Throughout K.C.'s childhood, did
19    K.C. experience any big changes or stressful
20    situations?

21    A.    Say that one more time?  I
22    apologize.

23    Q.    That's okay.

24    So throughout K.C.'s childhood, has
25    K.C. experienced any big changes or stressful

Page 26

1    situations?

2    A.    Yes.  She has been -- she was
3    diagnosed and was sick with Type 1 diabetes.
4    So that changed everything about her life.
5    She's been diagnosed with celiac disease.
6    She's been hospitalized for bone infection.
7    She's had family members die.

8    Q.    When was K.C. diagnosed with Type 1
9    diabetes?

10    A.    I believe it was in December of
11    2017, I believe.  December 27th, 2017.  I'll
12    never forget the date.

13    Q.    And what happened?

14    A.    She had been sick, and she had
15    begun wetting the bed.  And so I was
16    concerned.  And then she got what they thought
17    was strep throat.  It turned out to be thrush,
18    which is a yeast infection in her mouth.

19    And I called, and I, like, always,
20    research things.  And I called the doctor and
21    I said, I think she has diabetes, and they
22    said, bring her in.  And then they said, she
23    has diabetes, take her to the hospital.  So
24    that's how she was diagnosed.

25    Q.    And how was K.C. around that time?

Page 27

1    A.    She was sick.  She didn't feel good
2    a lot of the time, and we didn't know why.

3    Q.    And then after the diagnosis?

4    A.    She was overwhelmed, and we had to
5    relearn how to take care of her in order to
6    keep her alive.  So stressful and still --
7    it's still stressful and still scary.

8    Q.    How does K.C. manage right now?

9    A.    I would say remarkably well.  She
10    is very responsible with her diabetes care.
11    She takes of -- she independently takes care
12    of herself as much as developmentally
13    appropriate for a ten-year-old.

14    Q.    You mentioned celiac disease.

15    A.    Uh-huh, yes.

16    Q.    When was K.C. diagnosed with
17    celiac?

18    A.    I believe October of 2018, almost a
19    year after diabetes.

20    Q.    And what was happening around that
21    time?

22    A.    She was just having horrible
23    stomachaches.  And it is also an autoimmune
24    disease, so it's common once you've been
25    diagnosed with Type 1 diabetes to get that

Page 28

1    disease.

2    Q.    And how was the diagnosis?

3    A.    It was just -- we went in for a
4    blood test, and she was diagnosed, but we had
5    to change her diet completely because she
6    could no longer eat gluten.

7    Q.    What was K.C.'s reaction to that
8    diagnosis?

9    A.    Totally bummed.  No more doughnuts.

10    Q.    How does K.C. manage with the
11    celiac disease now?

12    A.    Oh, totally fine.  It's very easy
13    to avoid gluten, and she can even eat
14    doughnuts.

15    Q.    You mentioned hospitalization
16    related to a bone infection.

17    A.    Uh-huh, yes.

18    Q.    When was that?

19    A.    That was last summer.  I think it
20    was July of 2022.

21    Q.    And what happened there?

22    A.    She somehow, we don't know how, the
23    doctors don't know how, had an infection in
24    her heel bone, probably related because she
25    has diabetes.  And they like -- those

Page 29

1  infections like sugar.  And so she was in a
2  lot of pain, and we took her to the emergency
3  room.  They diagnosed it.  Again, I told them
4  what she had when we went into the emergency
5  room.  And then they said, you're right, and
6  they put her in the hospital for a week for
7  treatment.
8       Q.    How is K.C. doing following the
9  hospitalization?
10      A.    She's fine.  She's all cured.
11      Q.    You mentioned family members
12  passing away.
13      A.    Uh-huh.
14      Q.    Can you tell me about that?
15      A.    She's just had grandmother die,
16  grandfather die, and an uncle die.
17      Q.    When did K.C.'s grandmother pass
18  away?
19      A.    Probably when she was three or
20  four.  I don't remember exactly.  It's been a
21  while.
22      Q.    Do you recall what K.C.'s reaction
23  was?
24      A.    She was very sad.  They were very
25  close.

Page 30

1            MR. CLAWSON:  Great grandmother.
2       A.    Oh, sorry.  It is.  It's her great
3  grandmother, not her grandmother.
4  BY MS. HOLMES:
5       Q.    And K.C.'s grandfather?
6       A.    Yeah, K.C.'s grandfather.  He died
7  when she probably two.  And she doesn't
8  remember that as much, but it was traumatic
9  with me.  She did experience it.
10      Q.    With respect to the great
11  grandmother, was that expected?
12      A.    I mean, it was -- she was old, but
13  it wasn't expected, no.
14      Q.    And for the grandfather?
15      A.    He had cancer.  Yes, it was
16  expected.
17      Q.    And then you mentioned an uncle?
18      A.    Uh-huh.
19      Q.    Can you tell me about that?
20            MR. FALK:  Yes?
21            THE WITNESS:  Yes.
22      A.    He died in September of 2022, and
23  it was unexpected.
24  BY MS. HOLMES:
25      Q.    And how was that for K.C.?

Page 31

1       A.    It was very hard.  They were close.
2       Q.    Does K.C. use social media?
3       A.    A little bit.
4       Q.    Which apps?
5       A.    She will -- I don't know if YouTube
6  counts as social media, but she sometimes
7  watches videos on YouTube.  Sometimes she
8  will, with me, look at my Facebook with me.
9  And sometimes -- I think she's allowed
10  five minutes a day on Instagram.
11      Q.    Does K.C. have, like, an individual
12  phone or iPad?
13      A.    She has an iPad, and she has a
14  phone to track her blood sugar.
15      Q.    Okay.  So with respect to the
16  YouTube videos, do you know what kinds of
17  channels?
18      A.    Oh, she watches Minecraft channels,
19  ASMR as Nathaniel said, she watches makeup
20  tutorials, she watches those silly unboxing
21  things, silly stuff like that.  She likes some
22  survivalist on YouTube.  I don't even remember
23  his name.  But things like that.
24      Q.    And when you're referring to ASMR,
25  can you describe that a little bit?

Page 32

1       A.    I have no idea honestly what it is.
2  I think it's when someone is, like, tapping on
3  a microphone or whispering into a microphone.
4  I don't know what it is.  It makes my skin
5  crawl.
6       Q.    It's about the sound?
7       A.    Yes.  She said it makes her brain
8  feel good.
9       Q.    Do you know if K.C. is involved in,
10  like, comment sections on YouTube videos?
11      A.    She has told us in the past, and we
12  have made it so that she cannot.
13      Q.    By using YouTube parental controls?
14      A.    Yes, yes.
15      Q.    Do you know about how much time
16  K.C. spends on YouTube a week?
17      A.    Oh, more than we would like.  Hours
18  a week.
19      Q.    Would it be better to talk about in
20  terms of a day?
21      A.    More than we would like.
22      Q.    Yeah.
23      A.    You know, she -- like every
24  ten-year-old, it's a fight to keep her away
25  from it, to be honest.

Page 33

1    Q.    Sure.
2    A.    That's why we try to keep her busy.
3    Q.    Yeah.  You mentioned K.C. will look
4 at Facebook with you?
5    A.    Yes.
6    Q.    And it's your account?
7    A.    Yes.
8    Q.    So K.C. doesn't have --
9    A.    No.
10    Q.    -- an account?
11          And then five minutes a day on
12 Instagram?
13    A.    Yes.
14    Q.    Does K.C. have an account?
15    A.    She has a little account that is
16 monitored by us.  She makes little pictures of
17 people.  I don't even know what she does.  So
18 she doesn't really use it to, like, see
19 things.  She uses it to post pictures of
20 little cartoon things she makes, and that's
21 very rarely.
22    Q.    And how do you monitor K.C.'s use
23 on Instagram?
24    A.    Well, we set it on her phone.  We
25 have a timer on her phone with a time limit on

Page 34

1 her phone.  And we also tell her that we can
2 always have her phone at any time that we want
3 it.  And it's also locked during times when
4 she cannot use it.
5    Q.    What do K.C.'s friendships look
6 like?
7    A.    They are fun and lovely.  She is a
8 very loyal friend to her friends.  And she is
9 well liked by many.
10    Q.    Of K.C.'s friends, how many are
11 boys?  How many are girls?
12    A.    I don't know.  She has friends of
13 all genders.
14    Q.    Are any of K.C.'s friends
15 transgender?
16    A.    I don't know how her friends
17 identify.  I do know that she does have some
18 friends that have told me that they are, yes.
19 So she has some.  I don't know how many.
20    Q.    And when did these friends tell you
21 that they were transgender?
22    A.    I don't know.  When I got to meet
23 them.  I don't know.  It's -- some I know
24 because their parents told me.  Some I know
25 because they told me.  Some I have -- they may

Page 35

1 or may not be, because they haven't told me.
2    Q.    And are these recent friends?  Are
3 these friends, like, K.C. has had for a
4 long time?
5    A.    K.C. has had trans friends and
6 nontrans friends her whole life.
7    Q.    Who diagnosed K.C. with gender
8 dysphoria?
9    A.    I don't remember specifically.  I
10 would assume that, if I remember -- if I
11 remember correctly, it was probably her
12 pediatrician in Bloomington.
13    Q.    Do you recall when K.C. was
14 diagnosed?
15    A.    The most -- the farthest back I
16 remember seeing it was in September of 2016.
17 I don't know if it happened before then, but
18 that's the farthest back I have seen.
19    Q.    And when you're talking about that
20 you've seen, did you, like, review records
21 or --
22    A.    We just have -- we have a copy of
23 some of the letters that -- that's the
24 earliest letter that we had a doctor write for
25 us.

Page 36

1    Q.    What do you recall about that 2016
2 letter?
3    A.    I believe it was a letter saying
4 that K.C. -- I don't remember.  I just know it
5 said that she had gender dysphoria.
6    Q.    And who wrote that letter?
7    A.    I believe it was her pediatrician.
8    Q.    And why did the pediatrician write
9 that letter?
10    A.    She wrote it in case -- so we'd
11 have proof that we were following the advice
12 and care of our doctor, in case someone
13 questioned us and didn't agree with the way
14 that K.C. was being raised.
15    Q.    Did you ask for that letter?
16    A.    We did ask for that letter.
17    Q.    Why did you ask for that letter?
18    A.    Because there's many people that
19 don't understand gender dysphoria and being
20 transgender.  And sometimes they try to harm
21 families and children.  And we wanted to make
22 sure that we were doing everything necessary
23 to keep our family and K.C. safe.
24    Q.    What made you think that you needed
25 the letter?

Page 37

1      A.    Part of it was our research.
2            Specifically, the Raising the
3    Transgender Child book was very helpful in
4    understanding the lack of understanding in the
5    country.  And also, it was a time when
6    anti-trans rhetoric was getting louder.  And
7    also, it was scary for us, we didn't know what
8    we were necessarily doing, either.
9      Q.    What did the pediatrician say when
10   you asked for the letter?
11     A.    She said, absolutely, and wrote the
12   letter for us.
13     Q.    When K.C. was diagnosed with gender
14   dysphoria, do you know what kinds of
15   assessments were done by the doctor?
16     A.    Talking -- I guess similar, taking
17   a history and hearing our concerns and our
18   story, our stories, and seeing that this was
19   consistent and persistent on K.C.'s part and
20   was causing her distress when she was not
21   being affirmed.  And that when we were
22   affirming her, her distress was easing.
23     Q.    You mentioned that the pediatrician
24   connected you with a health provider for K.C.
25           And K.C. started with play therapy?

Page 38

1      A.    Yes.
2      Q.    Could you tell me a little bit
3    about how frequently K.C. went to see that
4    provider?
5      A.    For -- it's been so long; I will do
6    my best.  That was probably one of our most
7    extended periods of time.  I believe we saw
8    her weekly at first, I think.  And then maybe
9    graduated to biweekly.  But I honestly don't
10   remember, specifically.
11     Q.    And what was the goal of that -- of
12   those counseling visits?
13     A.    To make sure that K.C. was -- that
14   her emotional well-being was being addressed
15   and taken care of and teaching her how to
16   understand her feelings and regulate her
17   feelings and voice her -- learning how -- she
18   was very young, so learning how to put words
19   to her feelings so that she could communicate
20   them.
21     Q.    Was this mental health provider
22   involved at all in the gender dysphoria
23   diagnosis?
24     A.    I don't think so.  I don't -- I
25   don't remember.

Page 39

1      Q.    Has K.C. received any diagnoses,
2    other than gender dysphoria, more in the
3    mental health sphere?
4      A.    She has been diagnosed with
5    depressive disorder, blah, blah, blah, I don't
6    remember exactly how it's worded; and I
7    believe generalized anxiety.
8      Q.    When was K.C. diagnosed with the
9    depressive disorder?
10     A.    It's something that we have been
11   aware of for a long time, but formally, she
12   was diagnosed, I believe it was in August of
13   2022, very recently.
14     Q.    How long did you know about the
15   depressive disorder?
16     A.    I mean, I don't know that we knew
17   it was called depressive disorder.  But we had
18   definitely, since she was younger, seen
19   different episodes of prolonged sadness or
20   depression.
21     Q.    Why was K.C. formally diagnosed in
22   August 2022?
23     A.    Can I go backwards?
24     Q.    Sure.
25     A.    I apologize.

Page 40

1            She also has been diagnosed with
2    ADHD, which is -- I don't know if that's
3    necessarily mental health, but it all plays
4    together.
5      Q.    Yeah, thank you.
6            So for the depressive disorder, why
7    August 2022 for the formal diagnosis?
8      A.    We did a -- I suspected that she
9    was having -- she was having problems with
10   spelling and reading at school, and I wanted
11   to investigate whether she had dyslexia or
12   dysgraphia or something like that.  And we
13   went ahead and just did a full developmental
14   evaluation across the board.
15     Q.    And who performed that evaluation?
16     A.    Sarah Ragonese.
17     Q.    And I'm actually not familiar
18   with -- is this a person or is it a --
19     A.    Oh, it's a person.  I don't -- I
20   don't know how psychology -- psychologists and
21   psychiatrists work.  But she's not a part of
22   IU Health.  I know that.
23     Q.    And why go to this person?
24     A.    She's an educational psychologist.
25           And someone that K.C. had -- that

1  we -- someone that we know and has used and
2  has a private practice.  And so we went
3  through there.
4       Q.  I'm sorry, you know Sarah Ragonese
5  or you know someone who recommended this
6  person?
7       A.  She -- I mean, I don't know her as
8  a friend, but I know her in our circle of
9  friends.  So it was like a -- like, I know
10 this person does that.
11      Q.  Got it.
12      A.  I guess it's a referral of sorts.
13      Q.  And what was the results -- what
14 was the result of the evaluation that was done
15 on K.C.?
16      A.  The results were that she had
17 already been diagnosed with ADHD, but it
18 reaffirmed her ADHD diagnosis.
19          It diagnosed her with dysgraphia,
20 which is a learning disability that has to do
21 with how words get from your brain to the
22 piece of paper.
23          And the depression and anxiety as
24 well.
25      Q.  Do you know what else that

1  evaluation was testing for?
2       A.  I think that was the things.  I
3  think -- dyslexia, I think, was also looked
4  at.  But she did not get diagnosed with that.
5  But I think those are the things that it was
6  looking at.
7       Q.  What were the -- I guess, were
8  there next steps discussed with respect to the
9  depressive disorder diagnosis?
10      A.  We met with a psychiatrist and we
11 decided to give antidepressants a try.  She
12 went through two different medicines.  The
13 first one she had an allergic reaction on her
14 skin to.  And then the second one just -- it
15 did not make her feel better.  It made her
16 feel worse, so we discontinued.
17      Q.  What was the timeline for that?
18      A.  I guess we tried the two medicines
19 between September to January.
20      Q.  Of --
21      A.  I'm sorry.  September 2022 to
22 January 2023.
23      Q.  Besides seeing a psychiatrist for
24 these antidepressants, did you take any other
25 steps with respect to the depressive disorder?

1       A.  We -- I can't remember -- it all --
2  she sees so many doctors it all runs together.
3  She did see -- she was seeing her therapist
4  again for a while.  I don't remember -- I
5  don't remember the months, but I'm pretty sure
6  it was in 2022.
7           And we have not tried anything
8  medication-wise.  We've worked on, at home,
9  like working on doing meditation and breathing
10 exercises and writing down how she's feeling
11 and coming up with a good routine, things like
12 that.  But nothing medically.
13      Q.  When K.C. saw the therapist again
14 in 2022, was that in response to this
15 diagnosis, or was it for another reason?
16      A.  It wasn't in response to that
17 diagnosis.  It was -- I think that we probably
18 went to, I think...
19          You asking that question reminds
20 me, she was seeing her therapist before that
21 appointment.  And we have -- I don't think
22 we've been back since that appointment.
23          So other than a couple of meetings
24 with the psychiatrist when the medicine was
25 being trialed, we had not seen anybody.

1       Q.  So you said she was seeing the
2  therapist before and maybe after the
3  diagnosis?
4       A.  Definitely before.
5       Q.  Definitely before.
6       A.  Maybe not after, but we did see a
7  psychiatrist a few times when trying the
8  medicine.
9       Q.  And when you decided to discontinue
10 the medication, what did that decision look
11 like?
12      A.  We told the doctor how it was
13 making her feel, and they agreed that it would
14 probably be best for her to not take it.  So
15 we -- she was taking such a low dose anyways,
16 that we just stopped it.  And she started
17 feeling better.
18      Q.  Did the psychiatrist discuss any
19 other course of treatment for the depression
20 or depressive disorder?
21      A.  Just that we needed to seek, if we
22 wanted to try something else -- and K.C. and
23 myself both did not want to try any more
24 medicine because it just wasn't making her
25 feel good -- so if we ever decided to try

Page 45

1  something again, to talk to her, or if we
2  needed to speak to her again, we could; we
3  were welcome to do that.
4      **Q.   You mentioned a diagnosis of**
5  **generalized anxiety.**
6      A.   Uh-huh.
7      **Q.   When was that diagnosis?**
8      A.   Same time.
9      **Q.   Same time, same evaluation?**
10     A.   Same evaluation.
11     **Q.   And in response to that diagnosis,**
12  **did you take any steps?**
13     A.   No, it was considered that perhaps
14  the both -- the medication would help both.
15     **Q.   And when you decided to discontinue**
16  **the medication, did you have any consideration**
17  **specific to the generalized anxiety?**
18     A.   Just like I said earlier, we tried
19  to work with coping techniques that she could
20  utilize on her own, and letting us know when
21  she was worried or anxious.
22     **Q.   You mentioned ADHD.**
23        **When was K.C. diagnosed with ADHD?**
24     A.   I believe that -- she was diagnosed
25  with that, I mean -- it was before the

Page 46

1  pandemic. I believe it was in 2019. Either
2  the end of 2019 or the very beginning of 2020.
3  I just know it was before the pandemic.
4      **Q.   And I guess, how did that diagnosis**
5  **come about?**
6      A.   She was having a really hard time
7  at school. She was very unhappy at school.
8  To be honest, we've known since she was about
9  six months old. But she was not able to --
10  school was just very hard for her to sit still
11  and pay attention and things like that.
12     **Q.   So noticing that the difficulty in**
13  **school, what was your next step?**
14     A.   I believe we had an evaluation, I
15  believe we had both an evaluation with her
16  doctor and then also the school did an
17  evaluation as well. And they both said ADHD.
18     **Q.   And what were the next steps after**
19  **the diagnosis?**
20     A.   We just worked -- again worked with
21  coping strategies for her in the classroom and
22  behavioral strategies for the teacher to use
23  to help her handle the long day.
24     **Q.   And I guess, who suggested those**
25  **strategies?**

Page 47

1      A.   I'm sure they were in some sort of
2  paperwork that we were given by the doctor and
3  psychologist. I also researched things
4  online, and her teacher had had experience
5  with children before. So it was a team effort
6  between myself and the teacher.
7      **Q.   Was medication ever considered for**
8  **K.C. for ADHD?**
9      A.   We started medication, but not
10  until -- I'm trying to think -- sometime in
11  the -- the pandemic messed everything up.
12  Sometime in the fall of -- fall or winter of
13  2020.
14     **Q.   Okay. And what did that discussion**
15  **look like around that decision?**
16     A.   Oh, it's something that we knew was
17  always an option. But we didn't want to
18  unless we needed to. And it was during the
19  pandemic. And her learning -- her school was
20  online. And it was very, very, very hard for
21  her. And she just -- she couldn't focus and
22  it was -- she was just really struggling.
23        So we went back to the doctor and
24  talked about it and started taking ADHD
25  medicine, and it has definitely helped.

Page 48

1      **Q.   Is K.C. still taking that**
2  **medication?**
3      A.   I'm sure we've changed a couple of
4  times, dosage and stuff, but, yes, she still
5  takes it.
6      **Q.   Why didn't you want to start the**
7  **medication if you didn't need to?**
8      A.   Say that again, I'm sorry.
9      **Q.   I'm sorry. I was just repeating**
10  **what you said. But why -- I think you said,**
11  **we didn't want to start the medications if we**
12  **didn't need to.**
13     A.   Because the strategies that we were
14  using in the classroom, like giving her clear
15  expectations and decreasing the time that she
16  needed to be still, they were having a
17  positive enough effect that we didn't need
18  medication at the time. And she was still
19  little, and the class was pretty active still.
20  So there wasn't a lot of prolonged sitting.
21     **Q.   And you also mentioned dysgraphia?**
22     A.   Uh-huh.
23     **Q.   Is that right?**
24     A.   Yes.
25     **Q.   I'm not very familiar with that. I**

1  guess, what is that condition?

2      A.   It's hard for me to understand.
3  It's a learning disability.  It's a writing --
4  I don't know if it's a reading -- it's not a
5  reading disability.  It's a writing disability
6  that affects, one, your spelling.  She can't
7  even as a fourth grader sometimes spell the
8  word "no."  I mean, it's just -- the letters
9  get scrambled.  Like if she -- she can read it
10 correctly and know if it's correct.  But she
11 can't take it -- like if she saw the word
12 spelled correctly and incorrectly, she could
13 always tell you which one was correctly, but
14 then when she went to write it, she would not
15 be able to write it correctly unless she was
16 looking at it.

17      So it affects her ability to
18 process what's in her brain and send it to her
19 hand to write the thing.

20      Q.   Gotcha.  Any -- I guess any
21 strategies or anything in response to that
22 diagnosis?

23      A.   Other than modifying classroom
24 things, such as being able to dictate things
25 instead of writing them.  Sometimes even

1  typing will help make a difference.  And
2  getting notes from the teacher so that she
3  doesn't have to take all the notes because she
4  gets overwhelmed by writing.

5      Q.   Any other diagnoses that you
6  haven't mentioned?

7      A.   I don't think so.

8      Q.   Has K.C. ever been tested for
9  autism?

10     A.   I actually think that might have
11 been on the evaluation that they did in
12 August.  But she was not diagnosed with it.

13     MS. HOLMES:  Let's go off the
14     record.

15     (A recess was taken between 1:39
16     p.m. and 1:47 p.m.)

17 BY MS. HOLMES:

18     Q.   So we were talking about that first
19 appointment with the pediatrician, talking
20 about gender dysphoria and the behaviors that
21 you'd observed with K.C.  Do you know when the
22 next appointment was regarding that same
23 issue?

24     A.   I don't remember.

25     Q.   Do you know how frequently K.C. was

1  seeing the pediatrician with respect to this
2  issue?

3      A.   We very rarely would see the
4  pediatrician for this issue.  We had yearly
5  appointments with the gender clinic to have
6  checkups and follow-through -- not
7  follow-through, follow-up.  But rarely with
8  K.C. seeing the pediatrician, if ever, for
9  gender dysphoria.

10     Q.   Who at the gender clinic was K.C.
11 seeing for gender dysphoria?

12     A.   I don't remember their names.  When
13 you meet with the gender clinic, it's a whole
14 team of people from social workers,
15 psychologists or psychiatrists, pediatrician,
16 nurse practitioner.  I have no idea who they
17 were.  That was seven years ago or six years
18 ago.

19     Q.   And you met with -- so would you
20 meet with multiple people at the gender clinic
21 each time you went?

22     A.   Yes.

23     Q.   Okay.  And do you recall what
24 happened for each --

25     A.   I guess --

1      Q.   -- visit?

2      A.   -- for each appointment they would
3  do the typical, checking the height, weight,
4  whatever -- I can't remember the name of the
5  things they check.  The things they check when
6  you go to the doctor's office, height, weight,
7  blood pressure, all those things.  And then
8  they would check on K.C.'s development, ask
9  K.C. any questions.  I don't remember what
10 they were.  Ask us if we had any questions.  I
11 guess the first visit had the most questions.

12     I do know that typically, at least
13 at that time, typically the patients they saw
14 were much older than K.C.  K.C. was one of the
15 younger patients they ever saw.  So there
16 wasn't really much to do other than make
17 contact and create a relationship with them.

18     Q.   So I guess who suggested a yearly
19 meeting or appointment?

20     A.   They didn't suggest it, but they
21 said that we were welcome to do that if we
22 wanted to just so that, again, just to create
23 the relationship.  It was not required because
24 K.C. was so young.  But we're proactive and we
25 did it anyways.

Page 53

1    Q.    And when -- or did the doctors ever
2    talk about -- or medical providers talk about
3    a plan of treatment for K.C.?
4        A.    I mean, yes, I guess they did in
5    the sense that they told us the steps -- or
6    what transitioning can mean and all the
7    different iterations of it.
8            K.C. was at an age that the only
9    necessary -- there wasn't even any medical
10   intervention.  It was just all social.  So
11   they explained to us -- or we listened to all
12   the information they had.
13           A lot of it we already knew because
14   we had done our own research as well.  But
15   they shared what it means to socially
16   transition.  They talked to us about the next
17   step, which would be puberty blockers, and
18   then the next step, if it was chosen, would be
19   hormone replacement therapy, and then the next
20   step being after she was 18, surgery.  But not
21   talking to us about when K.C. has them, but
22   just talking to us about it in a general
23   timeline of a transgender human.
24   Q.    Did you have any concerns about any
25   of the information they shared?

Page 54

1        A.    I did not have -- I did not have
2    any concerns.  I'm sure I had questions.  I
3    don't remember what they were.  But I
4    especially didn't have any concerns because
5    there were no medical things that applied to
6    K.C.
7    Q.    Do you recall what information they
8    gave about social transition?
9        A.    I'm sure they -- I don't recall
10   specifically.  I'm sure they told us that it
11   was about changing -- by using the affirmed
12   pronouns of the child's choice, using the new
13   name, if there was a new name.  K.C. did not
14   have a new name.  If using -- letting K.C.
15   grow her hair out if she wanted to and wearing
16   the appropriate clothes.
17           K.C. had already socially
18   transitioned, I believe, before our first
19   appointment there.  So we already knew this
20   stuff.
21   Q.    Were you aware of the percentage of
22   individuals who either stopped identifying as
23   transgender or stopped experiencing gender
24   dysphoria over time?
25       A.    Repeat your question one more time,

Page 55

1    please.
2    Q.    Were you aware of the percentage of
3    individuals who stopped identifying as
4    transgender or stopped experiencing gender
5    dysphoria over time?
6        A.    I wasn't concerned about the
7    percentage of people that stopped care.  I was
8    just concerned about my child.
9    Q.    And why weren't you concerned?
10       A.    Because my child was just socially
11   transitioning, and the worst thing that
12   happened is that we changed pronouns and
13   changed clothes.  And she knew that we loved
14   her and listened to her.
15   Q.    So as part of that discussion of a
16   general plan or course of treatment, were
17   puberty blockers mentioned?
18       A.    I'm sure they were -- I mean, yes,
19   I'm sure they were as one of the stages of
20   going through transition, yes.
21   Q.    Was that the first time you learned
22   about puberty blockers?
23       A.    I doubt it.  I'm sure I had read
24   about them.
25   Q.    And what was your understanding at

Page 56

1    that time of puberty blockers?
2        A.    My understanding is that it gave a
3    pause, stopped puberty until we were ready to
4    move on to puberty.
5    Q.    And when you say "ready to move on
6    to puberty," what do you mean?
7        A.    When she would be allowed to be
8    taken off puberty blockers and start either
9    hormone replacement therapy or not.
10   Q.    And what would that decision
11   process look like?
12       A.    I mean, we're not there yet, so I
13   can only speculate, but I would assume it
14   would like them telling us that it is the
15   appropriate time for K.C. to begin, and then
16   as a family and with the doctor, we discuss
17   the pros and cons of hormone replacement
18   therapy and then we make a decision.  And then
19   we go forward from there.
20   Q.    I think you mentioned that the
21   puberty blockers would give a pause to decide
22   when puberty would start, either hormone
23   replacement therapy or not.  And I think I
24   was -- I'm curious what you meant by that
25   statement.

Page 57

1     A.   Well, we have protocol -- or the
2  standard of care is that trans children be on
3  a blocker for two years before they progress
4  to hormone replacement therapy, so that would
5  be the pause.
6          And then at the appropriate time, I
7  would assume, for my child, it will be to take
8  hormone replacement therapy.  But that's also
9  two years from now, and so I don't want to
10  make any assumptions --
11     Q.   Why do you --
12     A.   -- for her.
13     Q.   Why do you assume for your child
14  it's going to be hormone replacement?
15     A.   Because she's been living as
16  herself for the past seven years.
17     Q.   But why are you leaving it open, I
18  guess?
19     A.   Because I'm not forcing my child to
20  do anything, whether she transition or not.
21  It's -- it's a -- it's a decision that we all
22  make with all of the knowledge that we have.
23  And I would not force her to continue
24  something just because she started that way.
25  Again, she would know that we loved her and

Page 58

1  listened to her and that we trust her.
2     Q.   Have you had any conversations with
3  K.C. along those lines?
4     A.   Often, yes.
5     Q.   What do those conversations look
6  like?
7     A.   We talk about the fact that what
8  your body looks like has nothing to do with
9  your identity; that there are many ways to be
10  a man or a woman; and that it's also okay to
11  be unsure about things, and that is why we
12  have watchfully waited for seven years and
13  have another two years to go -- to work on
14  that.
15     Q.   And --
16     A.   I will say that those are my
17  conversations to her, and she's like, yeah,
18  yeah, yeah, whatever, Mom, I know who I am.
19          MR. FALK:  She's not even a
20  teenager yet.
21          THE WITNESS:  No, she's totally a
22  teenager.
23  BY MS. HOLMES:
24     Q.   Are you aware of any influence that
25  socially transitioning can have on someone's

Page 59

1  decision to continue identifying a certain
2  way?
3     A.   I know that --
4          MR. FALK:  Let her finish.
5     A.   I'm sorry.  I apologize.  And
6  repeat it again, because I was --
7  BY MS. HOLMES:
8     Q.   Sure.  Are you aware of whether
9  there's an influence that social transition
10  itself has on a person's decision to continue
11  identifying in a certain way?
12     A.   I'm aware in my child's specific
13  case that -- say the first part again?
14          I want to get the wording right.
15     Q.   Are you aware of whether there's an
16  influence --
17     A.   Influence, that was the word I was
18  looking for, sorry.
19     Q.   Sorry.
20     A.   In my child's specific case, I am
21  aware of the influence that she knows that she
22  is free to talk to us and present herself --
23  present to others her true self, and that she
24  knows that we'll listen.  And so I guess in a
25  sense, I guess it has influenced her to know

Page 60

1  that she is safe to do that.
2     Q.   So what's K.C.'s true self?
3     A.   She's a girl.
4     Q.   Okay.  Has K.C. been prescribed
5  puberty blockers?
6     A.   She has.
7     Q.   And when were those prescribed?
8     A.   They were prescribed in March.
9     Q.   March of 2023?
10     A.   Yes.  I don't remember the exact
11  date.  Sometime in March.
12     Q.   That's okay.
13          And when was the question of
14  puberty blockers specific to K.C., when did
15  that conversation begin with the medical
16  providers?
17     A.   We have been having an ongoing
18  conversation, with K.C.'s endocrinologist
19  specifically, for a year or two.  Just because
20  of her diabetes, we see her every three
21  months.  Yeah, we see her four times a year.
22  So it's something that her pubertal -- puberty
23  progression has been being observed for the
24  past year to two years.
25     Q.   And what was the purpose of

1  **observing pubertal protection?**
2      A.   Because before a puberty blocker is
3  started, they must reach a certain stage of
4  puberty, which is the Tanner Stage 2.
5      **Q.   So I guess, for the last**
6  **couple years, when the endocrinologist was**
7  **observing the pubertal progression, was that**
8  **just with an idea that puberty blockers would**
9  **begin as soon as Tanner Stage 2 was reached?**
10     A.   Yes.
11     **Q.   And so when puberty blockers were**
12 **prescribed in March of 2023 -- well, let's**
13 **see.  I'm going to start that question again.**
14         **What information has your medical**
15 **provider given you about puberty blockers?**
16     A.   They have told us that they will
17 stop puberty and that they can ease K.C. --
18 they could ease K.C.'s -- or will ease K.C.'s,
19 what was increasing her gender dysphoria.
20     **Q.   What was this progressing gender**
21 **dysphoria?**
22     A.   Worrying about bodily odor, taking
23 lots of showers.  She had stopped, as a person
24 who loves to look at herself, she had stopped
25 looking in the mirror.

1          Getting more upset than usual if
2  someone accidentally used the wrong pronoun.
3  And since we have five animals and four other
4  humans, it happens in our house.
5          Worrying about if her voice sounds
6  lower, asking us if her voice sounds lower.
7  Just general discomfort in her own body.
8  Sometimes not quite able to verbalize it but
9  knowing she didn't feel right.
10     **Q.   And how have you responded to**
11 **witnessing those behaviors?**
12     A.   We have helped her find things to
13 help her, such as coming up with routines to
14 make herself feel better, whether it be
15 getting a routine care for, like, you know,
16 getting her using deodorant and helping her
17 set up a daily care routine that makes her
18 feel better.  Letting her take a bath whenever
19 she wants to.
20         At a point before she started the
21 blocker, I guess when she first started
22 noticing body odor, I do believe that is one
23 of those times we went back to the therapist
24 for a while, so she could kind of work through
25 those feelings.  I don't remember the dates

1  specifically.
2      **Q.   Who was involved in the decision**
3  **that K.C. would begin puberty blockers?**
4      A.   Her doctor, in the sense of making
5  sure that she was at the right stage of
6  puberty.  And us, understanding the step that
7  we were taking.  And then conversations with
8  myself, my husband, and K.C., and making sure
9  K.C. understood what it meant and what it
10 entailed.
11     **Q.   What were you told about the**
12 **long-term effects of puberty blockers?**
13     A.   We were told it would ease her
14 gender dysphoria.  That's a long-term effect.
15 We were told that her calcium -- well, that
16 her -- through lab work, her levels of various
17 things would be monitored to make sure that
18 she was doing well and healthy.
19         We were aware that it can cause --
20 she has very sensitive skin, hence the skin
21 infections from medicine.  So we were aware of
22 the possible skin infections or irritations
23 that can happen from the procedure.
24         And I'm sure you're not surprised
25 to know this, but I'm the one that reads all

1  the things on side effects.  So I can go
2  through all of them if you'd like.  But I know
3  them.
4      **Q.   So you were given written**
5  **information --**
6      A.   Yes.
7      **Q.   -- about it?**
8          **Okay.  Written information about**
9  **the risks of the puberty blockers?**
10     A.   Yes.
11     **Q.   What do you know about the risks, I**
12 **guess, apart from some of the things you've**
13 **already mentioned?**
14     A.   I know that there is an increase
15 with mental health -- with depression or
16 anxiety that can be increased.  I know that
17 there can -- at the onset of blockers, the --
18 there can be a -- how do I say it correctly --
19 an increase in signs of puberty before it
20 takes effect.  I know that it can cause skin
21 infections.  I know, in rare occasions, it can
22 cause, like, water on the brain or something
23 like that.
24         And I know that if those things
25 happen to call our doctor and schedule its

Page 65

1 removal. And then try different methods of
2 blocking puberty or a different medicine that
3 does the same thing.
4    Q.   So how does K.C. receive these
5 puberty blockers?
6    A.   She has an implant in her biceps, I
7 guess, right here.
8    Q.   Have puberty blockers been
9 administered to K.C. in any other way?
10    A.   No.
11    Q.   How did K.C. react to the puberty
12 blockers being implanted?
13    A.   You mean physically or emotionally?
14    Q.   Both.
15    A.   She was very excited to know that
16 it was going to happen. She was nervous about
17 the procedure, obviously. But we talked about
18 that and had a child life specialist to help
19 her work through that anxiety while we were
20 having it.
21       And physically, I haven't
22 noticed -- and physically there has been no --
23 I have not noticed anything physical, other
24 than having a little tiny scar on her arm for
25 now, I have not noticed any physical reactions

Page 66

1 from the puberty blocker.
2       And she is very relieved that she
3 doesn't have to worry for a while about
4 puberty.
5    Q.   What were you told about the extent
6 of the evidence regarding benefits of puberty
7 blockers for gender dysphoria?
8    A.   What was I told about --
9    Q.   The extent of the evidence
10 regarding benefits?
11    A.   I was -- I was told that it
12 would -- that -- both from the doctor and my
13 own research, I've been told and learned that
14 it will ease her gender dysphoria.
15    Q.   Were you aware of any unknowns
16 about puberty blockers and their effect?
17    A.   I was more worried about the
18 unknown of not starting the puberty blocker
19 than any unknowns of starting the puberty
20 blocker.
21    Q.   What do you mean by that?
22    A.   I was more worried about what --
23 the trauma she might go through if she went
24 through testosterone-rich puberty more than I
25 was worried about not going through puberty at

Page 67

1 this time.
2    Q.   What do you expect to change in the
3 next couple of years between starting the
4 puberty blockers and making the decision about
5 going forward with puberty?
6    A.   You mean for K.C.?
7       I would assume she would just
8 continue to grow and be happy, I mean, and not
9 go through puberty.
10    Q.   And how about for you?
11       Do you expect anything to change?
12    A.   I don't know how -- I don't expect
13 anything for me to change other than the fact
14 that I'll be parenting an 11-year-old and a
15 12-year-old as opposed to a ten-year-old.
16    Q.   Do you expect to discuss the
17 decision about starting either estrogen or
18 going off of puberty blockers without starting
19 estrogen in the next couple of years?
20       MR. FALK: Objection, asked and
21 answered. Go ahead.
22    A.   As I said, I do expect to discuss
23 that in the next couple of years.
24 BY MS. HOLMES:
25    Q.   And what do you expect that

Page 68

1 conversation to look like?
2    A.   I don't know who I'll be having
3 that conversation with. But I expect to be
4 having a conversation that K.C. has met the
5 requirements of being on a blocker for
6 two years and then them going over the
7 benefits versus risks of hormone replacement
8 therapy and then as a family, we'll make a
9 decision.
10    Q.   What are the possible -- what are
11 the possible choices that you are deciding
12 between as a family?
13    A.   I mean, we're only on blockers now,
14 so I 100 percent -- I don't know. I'm
15 assuming the choice would be to take estrogen
16 or not to take estrogen.
17    Q.   Have you talked with the doctors
18 about that decision?
19    A.   Not very much because she's only
20 ten.
21    Q.   Have you been told the percentage
22 of children who receive puberty blockers go on
23 to receive cross-sex hormones?
24    A.   I have -- I don't remember being
25 told a specific number. I know that it's a --

Page 69

1  many that -- most that start the process
2  continue the process.  I do know that.
3      Q.  Do you know, was that a part of
4  your conversation with the medical providers?
5      A.  I don't remember.
6      Q.  Is that important to your decision?
7      A.  The only person that's important to
8  my decision is my child.
9      Q.  Does K.C. know the percentage of
10  children who receive puberty blockers --
11      A.  She is not worried about every
12  child.  She is worried about herself and her
13  friends.
14      Q.  What information have you been
15  given by medical providers about the benefits
16  of cross-sex hormones?
17      A.  Again, not very much because she's
18  ten and we haven't really started having those
19  conversations.
20      Q.  And what information have medical
21  providers given you about the risks of
22  hormones?
23      A.  Same answer, not very much.  We
24  have not reached that stage yet.
25      Q.  Are you familiar with gender

Page 70

1  transition surgeries?
2      A.  I am familiar with it.
3      Q.  Are you considering any surgeries
4  for K.C.?
5      A.  It's not even a decision we have
6  made yet.  And by that time, she'll be an
7  adult, so it will be her decision.
8      Q.  Why is that?
9      A.  Because that's the law, or the
10  standard of care would probably be a better
11  word.
12      Q.  If the standard of care were more
13  different, would you have a different answer?
14      MR. FALK:  Objection, completely
15      speculative.  You can answer if you --
16      A.  She's still growing, and I imagine
17  that she'll still be growing when she's 17 and
18  18.  So I don't think that it would -- I can't
19  imagine a world where it's happening.  So, no,
20  I don't -- I can't even answer it, I guess, is
21  my answer.
22  BY MS. HOLMES:
23      Q.  Does K.C. know about surgeries?
24      A.  She's aware of it.
25      Q.  What does K.C. think about them?

Page 71

1      A.  She is glad to know that when she's
2  older, if that's an option that she chooses to
3  take, that she can.
4      Q.  What does K.C. think about the
5  18-year-old kind of requirement before you
6  consider it?
7      A.  She's fine with it, I guess.  I
8  don't -- I don't really think she has an
9  opinion.
10      Q.  Have the medical providers talked
11  with you at all about surgeries?
12      A.  Only that it is something that can
13  take place, but nothing specific.
14      Q.  So I guess right now, do you want
15  K.C. to have a surgery for gender transition?
16      A.  I have no -- I have no opinion.
17  That's at least eight years from now, and
18  probably not my decision at all, as she'll be
19  18.  But I'll support my child in whatever she
20  chooses.
21      MS. HOLMES:  I think we're just
22      about done, so maybe let's take
23      five minutes.
24      MR. FALK:  Great.
25      (A recess was taken between

Page 72

1      2:16 p.m. and 2:25 p.m.)
2  BY MS. HOLMES:
3      Q.  Are you aware of any alternative
4  treatments to help K.C.'s gender dysphoria?
5      A.  The only alternative treatments I'm
6  aware of are ones that we're already doing
7  through therapy and social transition.
8      Q.  And did you how learn about those
9  alternative treatments?
10      A.  Through talking to doctors and our
11  research.
12      Q.  Do you feel concerned about the
13  risks posed by puberty blockers?
14      A.  No, I'm not concerned.
15      Q.  And what made you think that the
16  benefits outweighed the risks?
17      A.  Well, one, I'm seeing the
18  improvement to my child's quality of life
19  already after not even a month, and I know
20  that if something is going wrong, we can
21  remove it if it were necessary, for health
22  risks, and that the doctors will be monitoring
23  that.
24      Q.  How often is K.C. being seen
25  following the implant?

Page 73

1       A.   I am not 100 percent sure of the
2   schedule yet.  I know that we have an
3   appointment June 23rd.  After that, there's
4   the chance that we'll have to find new care
5   somewhere else, so I don't know.
6       Q.   What do you mean by that?
7       A.   We won't be able to get the care
8   here in Indiana.
9       Q.   Have you talked with your doctors
10  about that?
11      A.   In the sense that they will no
12  longer be able to care for her, yes.
13      Q.   And why did you decide to consent
14  to this treatment for K.C.?
15      A.   To ease her gender dysphoria as it
16  was increasing and also to allow her to
17  continue to live as herself, like she has been
18  for the past seven years.
19      Q.   I'll just ask a couple of
20  concluding questions.  Did you understand each
21  of my questions today?
22      A.   Yes.
23      Q.   Do you need to correct any of your
24  answers?
25      A.   I don't think so.

Page 74

1               MS. HOLMES:  Then I'm finished.
2       I'll turn it over to Ken.
3               MR. FALK:  Thank you.
4                   EXAMINATION
5   BY MR. FALK:
6       Q.   You testified about the diagnosis
7   that K.C. had of Type 1 diabetes, celiac
8   disease, I guess the bone infection, and PTSD
9   [sic].  Did all these diagnoses come after her
10  gender dysphoria diagnosis?
11      A.   Do you mean ADHD?
12      Q.   What did I say, PTSD?
13      A.   Yes.
14      Q.   I'm sorry, I'm tired.  Thank you.
15  Yes.  Thank you for correcting.
16      A.   She might have PTSD.
17      Q.   I have PTSD.  The D stands for
18  depositions in that.
19               Did all those diagnoses come after
20  her gender dysphoria diagnosis?
21      A.   Yes.
22      Q.   And you talked about her anxiety
23  and depression.  Do you remember talking about
24  that?
25      A.   Yes.

Page 75

1       Q.   Is that related, at least in part
2   to her gender dysphoria, in your opinion?
3       A.   Yes, I believe it is.
4       Q.   And has that -- was that increasing
5   leading up to the implant of the device that
6   gives her a puberty blocker?
7       A.   Yes.
8       Q.   And has that decreased now?
9       A.   Yes.  I see it decreasing every
10  day.
11      Q.   You were asked about the potential
12  negative effects of the puberty blocker, and
13  you mentioned something about calcium.
14               What was that related to?
15      A.   To bone density.  There's a chance
16  that it can affect bone density.
17      Q.   And is that being monitored?
18      A.   Yes.
19      Q.   And you testified that one of the
20  things you were told as the benefits of gender
21  dysphoria was that it would -- one of the
22  benefits, excuse me, of the puberty blocker is
23  that would ease her gender dysphoria.
24               Do you remember that testimony?
25      A.   Yes.

Page 76

1       Q.   And has it?
2       A.   Yes, I think so.
3       Q.   And you were asked there at the
4   very end about alternatives to the puberty
5   blocker, and you talked about social
6   transition and therapy?
7       A.   Yes.
8       Q.   Is that a viable alternative once
9   K.C. would begin puberty?
10      A.   No.
11      Q.   Why?
12      A.   Well, the distress of puberty would
13  be very hard for her despite the social
14  transition.  It's not enough, I guess, would
15  be the way to say that.
16      Q.   Give me a second to look at my
17  notes.
18               And I may have asked this, and I
19  apologize.  I'm losing it.
20               You first were seen at the Riley
21  Gender Clinic when?
22      A.   I believe it was in 2017, I think
23  at the beginning of the year sometime.
24      Q.   And at that point, there was a --
25  was there a discussion of puberty blockers at

Page 77

1  that point?
2      A.   In a general sense, explaining to
3  us that it was an option and what it meant,
4  but not specific to K.C.
5      Q.   And was that discussion, the
6  context of we'll monitor her pubertal
7  development and then discuss it more when we
8  get closer?
9      A.   Yes.
10         MR. FALK:  I have no further
11         questions.  Thank you.
12         MS. HOLMES:  Just a couple
13         follow-ups.
14             FURTHER EXAMINATION
15  BY MS. HOLMES:
16      Q.   So when you were talking with
17  medical providers about deciding K.C. would
18  receive puberty blockers, did the doctors at
19  that point tell you about any treatments that
20  would be an alternative to puberty blockers?
21      A.   The only alternative I know of is
22  the social transition and the therapy, which
23  is something that we are already participating
24  in.  I don't think there are -- that I know
25  of -- any other options.

Page 78

1         MS. HOLMES:  No further questions.
2             FURTHER EXAMINATION
3  BY MR. FALK:
4      Q.   And I believe you testified that
5  that is not a viable alternative once K.C.
6  would start puberty -- strike the question
7  because it was a terrible question.
8         Did you testify that counseling and
9  social transition alone is not a viable
10  treatment for K.C. once she starts puberty?
11      A.   Correct.  I did testify that it is
12  something that we will always continue in
13  conjunction with puberty blockers.
14         MR. FALK:  I have no further
15         questions.
16         MS. HOLMES:  Just again, following
17         up on Ken's questions.
18         MR. FALK:  She blames me.
19             FURTHER EXAMINATION
20  BY MS. HOLMES:
21      Q.   So you said you were aware of the
22  alternatives of psychotherapy and social
23  transition.
24         Did you discuss those with the
25  medical providers?

Page 79

1      A.   I mean, we're already doing them,
2  so yes.
3      Q.   Yeah, I mean in the context of
4  deciding K.C. would receive puberty blockers,
5  specifically?
6      A.   Yes, in the sense that it's already
7  actively taking place and we weren't going to
8  stop.  It would be a continuation and be in
9  addition to the blockers.  I guess, yes, in
10  that sense we did.
11      Q.   And did the medical providers tell
12  you it was not a viable option to receive
13  psychotherapy in the social transition?
14      A.   Absolutely not.  No, they believe
15  that the whole child should be cared for.
16      Q.   So when you're saying it wasn't a
17  viable alternative to puberty blockers, is
18  that your own assessment?
19      A.   Not doing puberty blockers is not
20  viable.  Therapy and socially transitioning is
21  viable and very important, but it is not
22  enough once puberty starts.  And it will need
23  to be in conjunction with medical care, gender
24  affirming medical care.
25      Q.   And so that assessment -- is that

Page 80

1  your own assessment or is that what the
2  medical providers -- information they gave
3  you?
4      A.   It is my own assessment from my
5  child that it is not an option.  And it is my
6  child's assessment for her that that is not an
7  option.
8         The doctors did not tell us what
9  option to take.  They just gave us the
10  information that we needed to make an informed
11  decision.
12      Q.   So just to be clear, then, you kind
13  of gave -- you said that since K.C. was
14  already receiving therapy and social
15  transition, the doctors were aware of it.
16         But my question, I think, is more,
17  was that part of their conversation with
18  respect to the puberty blockers?
19      A.   I think I don't understand your
20  question.
21         What I'm hearing you say is, would
22  we stop doing those things once she was given
23  a puberty blocker?
24         It wasn't necessarily discussed
25  because we were already actively doing the

Page 81

1  alternatives, or the other aspects of
2  transitions.
3      Q.   Okay.  I think I see.  I'll try to
4  clarify.
5          What I'm talking about is, were any
6  treatments proposed by the medical providers
7  that would be an alternative to puberty
8  blockers?
9          As in, if K.C. didn't receive
10  puberty blockers, were any alternatives
11  proposed by the medical providers at that
12  time?
13      A.   The options were, she's already
14  socially transitioned, we see a therapist; the
15  only two options were to take a puberty
16  blocker or not take a puberty blocker.  And we
17  chose to take the puberty blocker.  We were
18  given both choices of to take it or not to
19  take it.  They did not tell us what to do.
20      Q.   And the decision not to take it
21  would include continuing the social transition
22  and psychotherapy; is that correct?
23      A.   Yes.
24          MS. HOLMES:  I think I understand.
25      Thank you.  No further questions.

Page 82

1      MR. FALK:  I'm not going to ask you
2  any more questions.  We will take
3  signature.
4      MS. HOLMES:  And same rough draft,
5  expedite request as the other one.
6
7      (Time noted:  2:36 p.m.)
8
9  FURTHER THE DEPONENT SAITH NOT.
10
11  (Signature requested.)
12
13
14
15
16
17
18  _____
    BETH CLAWSON
19
20
21
22
23
24
25

Page 83

1  CERTIFICATE OF CERTIFIED MACHINE STENOGRAPHER
2      I, Amy Doman, Registered Merit Reporter,
3  Certified Realtime Reporter, Certified
4  Shorthand Reporter in the states of
5  California, Texas, Illinois, and Washington,
6  and Notary Public in and for the County of
7  Hamilton, State of Indiana, do hereby certify
8  that BETH CLAWSON, the deponent herein, was by
9  me first duly sworn to tell the truth in the
10  aforementioned matter;
11      That the foregoing deposition was taken on
12  behalf of the Defendants, on Monday,
13  May 22, 2023, pursuant to the Federal Rules of
14  Civil Procedure;
15      That said deposition was taken down by me,
16  a certified machine stenographer, in
17  stenographic notes translated in realtime to
18  English; the final transcript prepared and
19  certified by me as a true and accurate record
20  of all proceedings held on the record; that
21  the opportunity to review and sign was
22  requested; that counsel and all in attendance,
23  both in person and remotely, have been noted
24  on the appearance page.
25      I do further certify that I am a

Page 84

1  disinterested person in this cause of action;
2  that I am not a relative or attorney of either
3  party or otherwise interested in the event of
4  this action, financial or otherwise; that I am
5  not in the employ of the attorneys for any
6  party; that I, as an independent contractor,
7  have not accepted nor been advised of any
8  discounted rates offered to any party in this
9  action for my stenographic services;
10      In witness whereof, I have hereunto set my
11  hand and affixed my notarial seal on this
12  completed 84-page transcript on this 23rd of
13  May, 2023.
14
15
16
17
18
19      Amy Doman, RMR, CRR, CSR
        California CSR Number 14465
20      Texas CSR Number 6203
        Illinois CSR Number 084004926
21      Washington CSR Number 22031067
        Notary Public NE0705866
22  My Commission Expires:
23  September 30, 2025
24  Residing in Hamilton County, Indiana
25

## Exhibits

**Beth Clawson Ex 01** 4:16 7:7,10

**Beth Clawson Ex 02** 4:17 7:19

**Beth Clawson Ex 03** 4:18 10:11

### 1

**1** 7:7,10 26:3,8 27:25 74:7

**100** 68:14 73:1

**11-year-old** 67:14

**12-year-old** 67:15

**12:37** 5:1

**17** 70:17

**17-year-old** 15:22

**18** 11:14 13:8 53:20 70:18 71:19

**18-year-old** 71:5

**19-year-old** 15:21

**1:39** 50:15

**1:47** 50:16

### 2

**2** 7:19 61:4,9

**20** 15:14

**2010** 12:1

**2016** 35:16 36:1

**2017** 26:11 76:22

**2018** 27:18

**2019** 46:1,2

**2020** 46:2 47:13

**2022** 28:20 30:22 39:13,22 40:7 42:21 43:6,14

**2023** 13:13 14:12 42:22 60:9 61:12

**21** 15:14

**23rd** 73:3

**27th** 26:11

**2:16** 72:1

**2:25** 72:1

**2:36** 82:7

### 3

**3** 10:11

### 4

**4** 10:21

**48** 11:19

**480** 8:9

### A

**A** 50:15 71:25

**ability** 5:21 49:17

**able** 13:22 46:9 49:15,24 62:8 73:7, 12

**about** 8:12,14 9:23 10:7 11:5 12:16 13:5,19 14:16 16:24 18:6,9,22 20:1, 18 23:5,9 24:10 26:4 29:14 30:19 32:6,15,19 35:19 36:1 38:3 39:14 46:5,8 47:24 50:18,20 53:2,16,21, 22,24 54:8,11 55:6,8,22,24 58:7,11 61:15,22 62:5 63:11 64:7,8,11 65:16,17 66:3,5,8,16,17,22,25 67:4, 10,17 68:18 69:11,12,15,21 70:23, 25 71:4,11,22 72:8,12 73:10 74:6, 22,23 75:11,13 76:4,5 77:17,19 81:5

**absolutely** 37:11 79:14

**accidentally** 62:2

**accompany** 18:20

**account** 33:6,10,14,15

**accurate** 11:1

**ACLU** 9:14

**across** 40:14

**actions** 9:12

**active** 48:19

**actively** 79:7 80:25

**activities** 14:21

**actually** 40:17 50:10

**addition** 79:9

**addressed** 38:14

**ADHD** 40:2 41:17,18 45:22,23 46:17 47:8,24 74:11

**administered** 65:9

**adult** 70:7

**advice** 36:11

**advocacy** 14:24

**affect** 75:16

**affects** 49:6,17

**affirmed** 37:21 54:11

**affirming** 37:22 79:24

**after** 10:9 22:6,22,24,25 23:1 27:3, 19 44:2,6 46:18 53:20 72:19 73:3 74:9,19

**again** 13:10 16:5 29:3 43:4,13 45:1, 2 46:20 48:8 52:22 57:25 59:6,13 61:13 69:17 78:16

**against** 8:8

**age** 53:8

**ages** 15:19

**ago** 51:17,18

**agree** 36:13

**agreed** 44:13

**ahead** 40:13 67:21

**aide** 13:9

**Ali** 23:24

**alive** 27:6

**all** 13:15 19:17 29:10 34:13 38:22 40:3 43:1,2 50:3 52:7 53:6,10,11 57:21,22 63:25 64:2 71:11,18 74:9, 19

**allergic** 42:13

**allow** 73:16

**allowed** 31:9 56:7

**allowing** 17:25 22:12

**almost** 14:13 27:18

**alone** 78:9

**along** 58:3

**already** 6:6 15:7 41:17 53:13 54:17, 19 64:13 72:6,19 77:23 79:1,6 80:14,25 81:13

Index: also..bachelor's

**also**  9:8 15:10 18:10,12,19 24:24 25:10 27:23 34:1,3 37:5,7 40:1 42:3 46:16 47:3 48:21 57:8 58:10 73:16

**alternative**  72:3,5,9 76:8 77:20,21 78:5 79:17 81:7

**alternatives**  76:4 78:22 81:1,10

**always**  14:5 17:10 26:19 34:2 47:17 49:13 78:12

**am**  13:10 14:3 15:3 19:15 58:18 59:20 70:2 73:1

**Amy**  23:24

**an**  13:9 19:1,4,11 20:13,17 21:10 27:23 28:23 29:16 30:17 31:11,13 33:10,14 40:24 42:13 46:14,15,16 47:17 53:8 59:9,15 60:17 61:8 64:14,19 65:6 67:14 70:6 71:2,8 73:2 77:3,20 80:5,6,10 81:7

**and**  5:10,21,25 6:1,3,5,19 7:13,16 8:22,25 9:5,8,9,12,15,16,17 10:1,3, 6,17,21 11:10,15,18 12:3,11,21 13:5,8,12,14,16,18,22,23 14:17,18, 21,23,24,25 15:4,10,19,22,24 16:1, 15 17:3,6,10,13,15,19 18:5,7,16,18 19:6,10,14,22 20:1,6 21:2,4,10,16, 18,21,25 22:10,16,17,18,20 23:11, 13,24 24:2,4,6,7 25:10,15,16 26:3, 13,14,15,16,19,20,21,22,25 27:2,3, 4,6,7,20,23 28:2,4,13,21,25 29:1,2, 5,16 30:5,7,14,17,22,25 31:9,13,24 32:11 33:6,11,20,22 34:1,3,7,8,20 35:2,5,19 36:6,8,12,13,19,20,21,23 37:5,6,11,17,18,19,21,25 38:8,11, 15,16,17 39:6 40:10,12,13,15,17,20, 23,25 41:1,2,13,23 42:10,14 43:7,9, 10,11,21 44:2,9,13,16,22 45:11,15, 20 46:4,11,16,17,18,21,24 47:2,4,6, 14,18,19,20,21,23,24,25 48:4,15,18, 19,21 49:10,12,18 50:1,16,20 51:6, 19,23 52:7,17,24 53:1,6,17,19 54:15 55:9,11,12,13,14,25 56:5,8,10,15, 16,17,18,23 57:6,9,23,25 58:1,10, 11,12,15,17 59:5,22,23,24 60:7,13, 25 61:11,17 62:3,10,16 63:6,7,8,9, 18,24 64:24,25 65:1,18,21,22 66:2, 12,13,16 67:4,8,10,14,20,25 68:6,8 69:12,18,20 70:6,16,17 71:17 72:1, 7,8,10,15,19,22 73:13,16 74:8,22,23 75:4,8,12,17,19 76:1,3,5,6,18,24 77:3,5,7,22 78:4,8,22 79:7,8,11,20, 21,22,25 80:5,14 81:16,20,22 82:4

**Angello**  23:23

**anger**  8:25

**animals**  62:3

**another**  20:19 43:15 58:13

**answer**  5:20 6:13,20 69:23 70:13, 15,20,21

**answered**  67:21

**answers**  5:21 6:7 73:24

**anti-trans**  37:6

**antidepressants**  42:11,24

**anxiety**  39:7 41:23 45:5,17 64:16 65:19 74:22

**anxious**  45:21

**any**  6:11,16,19 9:12 13:2 14:1,6,7 21:12,17 25:6,19,25 34:2,14 39:1 42:24 44:18,23 45:12,16 49:20 50:5 52:9,10 53:9,24 54:2,4 57:10 58:2, 24 65:9,25 66:15,19 70:3 72:3 73:23 77:19,25 81:5,10 82:2

**anybody**  43:25

**anyone**  10:7

**anything**  6:23 9:19 10:25 11:6 43:7 49:21 57:20 65:23 67:11,13

**anyways**  44:15 52:25

**apart**  9:13 23:14 64:12

**apologize**  25:22 39:25 59:5 76:19

**Appalachian**  12:20

**applied**  54:5

**appointment**  20:13,17,19,22 21:13 22:7,9 43:21,22 50:19,22 52:2,19 54:19 73:3

**appointments**  51:5

**appropriate**  27:13 54:16 56:15 57:6

**apps**  31:4

**are**  7:4 8:4 11:18 14:1 15:19,24 25:4 34:7,10,11,14,18 35:2 42:5 57:17 58:9,16,24 59:8,15 68:10,11 69:25 70:3 72:3,6 77:23,24

**arm**  19:17 65:24

**around**  19:15 24:22 26:25 27:20 47:15

**arrested**  11:11

**as**  5:3,21 8:9,16 9:24 10:4,7 13:9 16:21,22 17:24 18:8 23:5 27:12 30:8 31:6,19 41:7,23 46:17 49:7,24 53:14 54:22 55:3,15,19 56:16 57:15 61:9, 23 62:13 67:15,22 68:8,12 71:18 73:15,17 75:20 81:9 82:5

**ask**  5:18 6:12 36:15,16,17 52:8,10 73:19 82:1

**asked**  37:10 67:20 75:11 76:3,18

**asking**  9:9 18:8 43:19 62:6

**ASMR**  31:19,24

**aspects**  81:1

**assessment**  79:18,25 80:1,4,6

**assessments**  37:15

**assigned**  16:14,15

**assume**  5:25 35:10 56:13 57:7,13 67:7

**assuming**  68:15

**assumptions**  57:10

**at**  9:7,14 12:13,15,20 13:9 16:12,14, 15 18:21 19:2 20:3,19,22 21:6,12 22:17,18 24:19 31:8 33:4 34:2 38:8, 22 40:10 42:4,6 43:8 46:7 48:18 49:16 51:10,20 52:12,13 53:8 55:25 57:6 61:24 62:20 63:5 64:17 66:25 71:11,17,18 75:1 76:3,16,20,23,24, 25 77:18 81:11

**attention**  21:15 46:11

**attorney**  5:8

**attorneys**  6:23 10:6

**August**  39:12,22 40:7 50:12

**autism**  50:9

**autoimmune**  27:23

**avoid**  28:13

**aware**  39:11 54:21 55:2 58:24 59:8, 12,15,21 63:19,21 66:15 70:24 72:3, 6 78:21 80:15

**away**  10:2,4 29:12,18 32:24

**B**

**baby**  20:6

**bachelor's**  12:17

**back** 13:9 17:15 35:15,18 43:22 47:23 62:23

**background** 11:10 12:16 13:6

**backwards** 39:23

**bath** 62:18

**be** 5:10,12,21 7:10 9:10,11 17:11 19:4,13 22:14 23:5 26:17 32:19,25 35:1 44:14 46:8 48:16 49:15 53:17, 18 56:7 57:2,5,7,14 58:9,11 62:14 63:17 64:16,18 67:8,14 68:2,3,15 70:6,7,10,17 71:18 72:22 73:7,12 76:13,15 77:20 79:8,15,23 80:12 81:7

**became** 14:15

**because** 10:2 12:5 13:15 14:15 24:3 28:5,24 34:24,25 35:1 36:18 44:24 48:13 50:3 52:23 53:13 54:4 55:10 57:15,19,24 59:6 60:19 61:2 68:19 69:17 70:9 78:7 80:25

**become** 14:14 18:13,17

**becoming** 18:8,22 19:1 23:24 24:11

**bed** 26:15

**been** 5:3 10:10 11:4,11 14:11 15:13, 15 17:1 20:4 23:8 26:2,5,6,14 27:24 29:20 38:5 39:4,10 40:1 41:17 43:22 50:8,11 57:15 60:4,17,23 65:8,22 66:13 68:21 69:14 73:17

**before** 5:15 6:13 11:3 12:7 15:15 19:17 22:22 23:10 35:17 43:20 44:2, 4,5 45:25 46:3 47:5 54:18 57:3 61:2 62:20 64:19 71:5

**begin** 56:15 60:15 61:9 63:3 76:9

**beginning** 46:2 76:23

**begun** 22:21 26:15

**behavioral** 46:22

**behaviors** 17:21 19:7 20:15,23 50:20 62:11

**being** 7:4 13:22 14:19 36:14,19 37:21 38:14 43:25 49:24 53:20 60:23 65:12 68:5,24 72:24 75:17

**believe** 5:12 9:7 10:18 12:1 16:9 26:10,11 27:18 36:3,7 38:7 39:7,12 45:24 46:1,14,15 54:18 62:22 75:3 76:22 78:4 79:14

**benefits** 66:6,10 68:7 69:15 72:16 75:20,22

**Besides** 42:23

**best** 5:20 10:5 38:6 44:14

**BETH** 5:2 82:18

**better** 32:19 42:15 44:17 62:14,18 70:10

**between** 23:11 42:19 47:6 50:15 67:3 68:12 71:25

**biceps** 65:6

**big** 25:19,25

**bill** 9:10,18

**birth** 12:18 16:13,14,16

**bit** 31:3,25 38:2

**biweekly** 38:9

**blah** 39:5

**blames** 78:18

**blocker** 11:7 57:3 61:2 62:21 66:1, 18,20 68:5 75:6,12,22 76:5 80:23 81:16,17

**blockers** 53:17 55:17,22 56:1,8,21 60:5,14 61:8,11,15 63:3,12 64:9,17 65:5,8,12 66:7,16 67:4,18 68:13,22 69:10 72:13 76:25 77:18,20 78:13 79:4,9,17,19 80:18 81:8,10

**blocking** 65:2

**blood** 28:4 31:14 52:7

**Bloomington** 11:21 19:21 25:14 35:12

**board** 40:14

**bodily** 61:22

**body** 58:8 62:7,22

**bone** 26:6 28:16,24 74:8 75:15,16

**book** 24:12 37:3

**books** 23:15,19,21 24:2,3,9,10,12

**Boone** 12:13

**Boston** 21:7

**both** 9:7 13:17 44:23 45:14 46:15,17 65:14 66:12 81:18

**bought** 22:10

**bounced** 11:14

**Bowman** 23:24

**boy** 16:18 17:8,14 18:14

**boys** 34:11

**brain** 32:7 41:21 49:18 64:22

**Bray** 9:9

**break** 6:11,14

**breathing** 43:9

**bring** 9:21 10:1,8 26:22

**bringing** 9:23

**bummed** 28:9

**busy** 14:5 33:2

**but** 5:11 6:6,11 13:10 14:5 16:7,18 18:11 19:15 20:13,22 21:5 23:6 25:7 28:4 30:8,12 31:6,23 35:17 38:9 39:11,17 40:3,21 41:8,17 42:4,5 43:5,12 44:6 46:9 47:9,17 48:4,10 49:10,13 50:12 51:7 52:20,24 53:14, 20,21 54:3 56:13 57:8,17 62:8 63:25 64:2 65:17 68:3 71:13,19 77:4 79:21 80:16

**by** 5:5 7:21 8:14 10:13 11:8 13:1 16:11 23:22,23,24 24:1 25:17 30:4, 24 32:13 33:16 34:9 37:15 47:2 50:4,17 54:11 56:24 58:23 59:7 66:21 67:24 69:15 70:6,22 72:2,13 73:6 74:5 77:15 78:3,20 81:6,11

---

# C

**calcium** 63:15 75:13

**call** 64:25

**called** 26:19,20 39:17

**came** 20:18 22:6

**Campaign** 24:20

**can** 11:5 12:15 13:5 28:13 29:14 30:19 31:25 34:1 39:23 49:9 53:6 56:13 58:25 61:17 63:19,23 64:1,16, 17,18,20,21 70:15 71:3,12 72:20 75:16

**can't** 6:19 24:18 43:1 49:6,11 52:4 70:18,20

**cancer** 30:15

**candidates** 14:25

**cannot** 6:16 32:12 34:4

**care** 21:19 27:5,10,11 36:12 38:15

55:7 57:2 62:15,17 70:10,12 73:4,7, 12 79:23,24

**cared** 79:15

**caring** 13:17

**Carolina** 12:10,13

**cartoon** 33:20

**case** 7:14 9:10 15:11 36:10,12 59:13,20

**cause** 63:19 64:20,22

**causing** 24:7 37:20

**celiac** 26:5 27:14,17 28:11 74:7

**Central** 14:4

**certain** 59:1,11 61:3

**challenge** 8:8

**chance** 73:4 75:15

**change** 28:5 67:2,11,13

**changed** 18:5 26:4 48:3 55:12,13

**changes** 11:4 25:19,25

**changing** 54:11

**channels** 31:17,18

**Charlotte** 12:9

**check** 11:14 52:5,8

**checking** 52:3

**checkups** 51:6

**child** 8:24,25 10:5 12:17 15:25 17:24 18:1 21:16 23:23 24:7 37:3 55:8,10 57:7,13,19 65:18 69:8,12 71:19 79:15 80:5

**child's** 10:3 54:12 59:12,20 72:18 80:6

**childhood** 25:18,24

**children** 15:17,18 21:6 24:11 36:21 47:5 57:2 68:22 69:10

**choice** 10:5 54:12 68:15

**choices** 68:11 81:18

**chooses** 71:2,20

**chose** 81:17

**chosen** 24:13 53:18

**circle** 41:8

**cisgender** 15:3

**citizens** 14:25

**clarify** 6:3 81:4

**class** 48:19

**classmates** 9:16

**classroom** 46:21 48:14 49:23

**CLAWSON** 5:2 30:1 82:18

**clear** 48:14 80:12

**clinic** 51:5,10,13,20 76:21

**close** 29:25 31:1

**closer** 77:8

**clothes** 17:7,9,15 18:14,15,19 19:3, 10 22:12 54:16 55:13

**club** 24:12

**come** 11:25 12:3 17:13 46:5 74:9,19

**coming** 43:11 62:13

**comment** 32:10

**common** 27:24

**communicate** 38:19

**communication** 21:11

**community** 9:1 14:20 20:7

**compensated** 7:4

**complaint** 7:25

**completely** 28:5 70:14

**concerned** 14:16 26:16 55:6,8,9 72:12,14

**concerns** 8:7 21:17 37:17 53:24 54:2,4

**concluding** 73:20

**condition** 49:1

**confusing** 21:23

**conjunction** 78:13 79:23

**connect** 21:18

**connected** 37:24

**connection** 21:21

**cons** 56:17

**consent** 73:13

**consider** 17:20 71:6

**consideration** 45:16

**considered** 45:13 47:7

**considering** 70:3

**consistent** 37:19

**contact** 52:17

**contents** 8:4

**context** 25:13 77:6 79:3

**continuation** 79:8

**continue** 6:6 13:25 57:23 59:1,10 67:8 69:2 73:17 78:12

**continued** 22:9,18,20

**continuing** 81:21

**controls** 32:13

**conversation** 20:9,24 60:15,18 68:1,3,4 69:4 80:17

**conversations** 58:2,5,17 63:7 69:19

**coping** 45:19 46:21

**copy** 35:22

**correct** 7:18 8:2,3,10 10:20 49:10 73:23 78:11 81:22

**correcting** 74:15

**correctly** 35:11 49:10,12,13,15 64:18

**could** 28:6 38:2,19 45:2,19 49:12 61:18 62:24

**couldn't** 47:21

**counseling** 38:12 78:8

**country** 37:5

**counts** 31:6

**couple** 43:23 48:3 61:6 67:3,19,23 73:19 77:12

**course** 44:19 55:16

**court** 5:12,18,22

**covering** 5:13

**crawl** 32:5

**create** 52:17,22

**cross-sex** 68:23 69:16

**cured** 29:10

**curious** 56:24

**cutting** 18:9

---

**D**

**dad** 18:11

**daily** 62:17

**date** 26:12 60:11

**dates** 62:25

**daughter** 15:22,23

**day** 9:14 31:10 32:20 33:11 46:23 75:10

**December** 26:10,11

**decide** 9:21 56:21 73:13

**decided** 42:11 44:9,25 45:15

**deciding** 68:11 77:17 79:4

**decision** 44:10 47:15 56:10,18 57:21 59:1,10 63:2 67:4,17 68:9,18 69:6,8 70:5,7 71:18 80:11 81:20

**declaration** 10:18,25

**decreased** 75:8

**decreasing** 48:15 75:9

**defendants** 5:9

**definitely** 39:18 44:4,5 47:25

**degree** 12:17,19

**delivered** 9:15

**Democrats** 14:4

**density** 75:15,16

**deodorant** 62:16

**DEPONENT** 82:9

**deposition** 5:9,11,14 6:24 7:14

**depositions** 74:18

**depressed** 18:8

**depression** 39:20 41:23 44:19 64:15 74:23

**depressive** 39:5,9,15,17 40:6 42:9, 25 44:20

**describe** 31:25

**despite** 76:13

**development** 12:18 17:25 52:8 77:7

**developmental** 40:13

**developmentally** 27:12

**device** 75:5

**diabetes** 26:3,9,21,23 27:10,19,25 28:25 60:20 74:7

**diagnosed** 26:3,5,8,24 27:16,25 28:4 29:3 35:7,14 37:13 39:4,8,12, 21 40:1 41:17,19 42:4 45:23,24 50:12

**diagnoses** 39:1 50:5 74:9,19

**diagnosis** 27:3 28:2,8 38:23 40:7 41:18 42:9 43:15,17 44:3 45:4,7,11 46:4,19 49:22 74:6,10,20

**dictate** 49:24

**did** 6:23 8:12,18 9:2,4,5,12,21 10:1,6 11:25 12:3,11,19 13:12,14 14:14 17:20 19:6 23:13 24:2,9 25:9,18 29:17 30:9 34:20 35:20 36:8,15,16, 17 37:9 39:14 40:8,13 42:4,15,24 43:3 44:6,10,18,23 45:12,16 46:4,16 47:14 50:11 52:25 53:1,4,24 54:1,13 60:14 65:11 72:8 73:13,20 74:9,12, 19 77:18 78:8,11,24 79:10,11 80:8 81:19

**didn't** 18:25 24:4 27:1,2 36:13 37:7 47:17 48:6,7,11,12,17 52:20 54:4 62:9 81:9

**die** 26:7 29:15,16

**died** 30:6,22

**diet** 28:5

**difference** 50:1

**different** 39:19 42:12 53:7 65:1,2 70:13

**difficulty** 46:12

**disability** 41:20 49:3,5

**discomfort** 62:7

**discontinue** 44:9 45:15

**discontinued** 42:16

**discuss** 44:18 56:16 67:16,22 77:7 78:24

**discussed** 20:23 21:12 23:9 42:8 80:24

**discussing** 23:2

**discussion** 22:22 47:14 55:15 76:25 77:5

**disease** 26:5 27:14,24 28:1,11 74:8

**disorder** 39:5,9,15,17 40:6 42:9,25 44:20

**distress** 37:20,22 76:12

**distressed** 18:13

**do** 6:23 7:11,12,22,24 10:15,16 11:20 13:2 14:21,23 15:17 16:3,16 17:8 19:1,6 20:1,23 22:3 23:2,8,19, 21 24:16 25:15 29:22 31:16 32:9,15 33:22 34:5,17 35:13 36:1 37:14 38:5 41:20,25 45:3 50:21,25 51:23 52:3, 12,16,21 54:7 56:6 57:11,13,20 58:5,8 60:1 62:22 64:11,18 66:21 67:2,11,16,22,25 69:2,3 71:14 72:12 73:6,23 74:11,23 75:24 81:19

**doctor** 16:17 20:6,10 26:20 35:24 36:12 37:15 44:12 46:16 47:2,23 56:16 63:4 64:25 66:12

**doctor's** 19:16 20:8 52:6

**doctors** 28:23 43:2 53:1 68:17 72:10,22 73:9 77:18 80:8,15

**document** 7:11,23 8:5 10:15,17

**does** 5:22 16:20 27:8 28:10 31:2,11 33:14,17 34:17 41:10 65:3,4 69:9 70:23,25 71:4

**doesn't** 30:7 33:8,18 50:3 66:3

**doing** 6:5 22:2 24:5,14 29:8 36:22 37:8 43:9 63:18 72:6 79:1,19 80:22, 25

**don't** 6:1,2,10 9:20 10:19 11:6 14:4, 5 16:8 17:8 19:24 20:16,19 22:8 23:4,6 24:21 25:3 28:22,23 29:20 31:5,22 32:4 33:17 34:12,16,19,22, 23 35:9,17 36:4,19 38:9,24,25 39:5, 16 40:2,19,20 41:7 43:4,5,21 49:4 50:7,24 51:12 52:9 54:3,9 57:9 60:10 62:25 67:12 68:2,14,24 69:5 70:18,20 71:8 73:5,25 77:24 80:19

**done** 37:15 41:14 53:14 71:22

**dosage** 48:4

**dose** 44:15

**doubt** 55:23

**doughnuts** 28:9,14

**down** 14:17 43:10

**Dr** 23:23

**draft** 82:4

**dress** 17:11 18:1,2

**dress-up** 17:7,24 19:12

**dressed** 17:6 18:16

**duly** 5:3

**during** 24:17 34:3 47:18

**Duron** 23:22

**dysgraphia** 40:12 41:19 48:21

**dyslexia** 40:11 42:3

**dysphoria** 35:8 36:5,19 37:14 38:22 39:2 50:20 51:9,11 54:24 55:5 61:19,21 63:14 66:7,14 72:4 73:15 74:10,20 75:2,21,23

**E**

**each** 51:21,24 52:2 73:20

**earlier** 45:18

**earliest** 35:24

**ease** 21:8 61:17,18 63:13 66:14 73:15 75:23

**easing** 37:22

**easy** 28:12

**eat** 28:6,13

**education** 13:3

**educational** 12:16 40:24

**effect** 48:17 63:14 64:20 66:16

**effects** 63:12 64:1 75:12

**effort** 47:5

**eight** 71:17

**either** 5:13 37:8 46:1 54:22 56:8,22 67:17

**elementary** 13:10

**Ellis** 23:25

**else** 9:19 10:7 20:7 41:25 44:22 73:5

**elsewhere** 11:22

**Embarrassingly** 11:12

**emergency** 29:2,4

**emotional** 13:24 38:14

**emotionally** 65:13

**end** 17:9 46:2 76:4

**endocrinologist** 60:18 61:6

**enough** 48:16 76:14 79:22

**entailed** 63:10

**episodes** 39:19

**especially** 54:4

**estrogen** 67:17,19 68:15,16

**evaluation** 40:14,15 41:14 42:1 45:9,10 46:14,15,17 50:11

**even** 28:13 31:22 33:17 49:7,25 53:9 58:19 70:5,20 72:19

**events** 25:16

**ever** 5:14 11:11 44:25 47:7 50:8 51:8 52:15 53:1

**every** 8:15,20 32:23 60:20 69:11 75:9

**everyone** 20:7

**everything** 5:19 26:4 36:22 47:11

**evidence** 66:6,9

**exact** 60:10

**exactly** 29:20 39:6

**EXAMINATION** 5:4 74:4 77:14 78:2,19

**example** 19:1,5

**excellent** 19:4

**excited** 65:15

**excuse** 75:22

**exercises** 43:10

**exhibit** 7:7,10,19,22 10:11,14

**expect** 6:10 67:2,11,12,16,22,25 68:3

**expectations** 48:15

**expected** 30:11,13,16

**expedite** 82:5

**experience** 21:4,5 25:19 30:9 47:4

**experienced** 20:11 25:25

**experiencing** 54:23 55:4

**explain** 5:17

**explained** 53:11

**explaining** 77:2

**extended** 38:7

**extent** 66:5,9

**F**

**Facebook** 25:4,5 31:8 33:4

**fact** 58:7 67:13

**FALK** 11:2 12:24 16:5 23:20 30:20 58:19 59:4 67:20 70:14 71:24 74:3,5 77:10 78:3,14,18 82:1

**fall** 47:12

**familiar** 8:4 40:17 48:25 69:25 70:2

**families** 36:21

**family** 8:25 13:18,24 21:24 26:7 29:11 36:23 56:16 68:8,12

**farthest** 35:15,18

**fear** 8:24

**fears** 21:8,25 22:1

**feel** 27:1 32:8 42:15,16 44:13,25 62:9,14,18 72:12

**feeling** 21:16 43:10 44:17

**feelings** 38:16,17,19 62:25

**feminine** 17:12 20:12

**few** 44:7

**fight** 13:16 32:24

**figure** 16:9

**filed** 10:10

**find** 17:10 62:12 73:4

**fine** 10:21 11:16 28:12 29:10 71:7

**finish** 59:4

**finished** 74:1

**first** 7:9 8:12,14,19 11:25 12:4 14:14,15 19:8 20:2,22 22:22 24:5 38:8 42:13 50:18 52:11 54:18 55:21 59:13 62:21 76:20

**five** 31:10 33:11 62:3 71:23

Index: focus..has

**focus** 47:21

**follow-through** 51:6,7

**follow-up** 51:7

**follow-ups** 77:13

**following** 29:8 36:11 72:25 78:16

**follows** 5:3

**for** 5:8 6:11,23 7:4,7,19 8:24,25 9:9 10:5,11,18 11:10,13,14 12:3,6 13:8, 16,17 14:19 17:23 18:2,14,17 20:12, 20 21:22,23 23:17 24:10,25 26:6 27:13 28:3 29:6 30:14,25 35:3,24 36:15,16,17 37:7,10,12,24 38:5 39:11 40:6,7 42:1,17,23 43:4,15 44:14,19 46:10,21,22 47:7,8,20 49:2 50:8 51:4,8,11,24 52:2 53:3 56:15 57:3,7,12,13,16 58:12 59:18 60:19, 23 61:5 62:15,24 65:24 66:3,7 67:6, 10,13 68:5 70:4 71:15 72:21 73:12, 14,18 74:15,17 76:13 78:10 79:15 80:6

**force** 57:23

**forcing** 57:19

**forget** 5:13 26:12

**formal** 40:7

**formally** 16:24 39:11,21

**forward** 56:19 67:5

**four** 29:20 60:21 62:3

**fourth** 49:7

**free** 59:22

**frequently** 38:3 50:25

**friend** 34:8 41:8

**friends** 18:21 34:8,10,12,14,16,18, 20 35:2,3,5,6 41:9 69:13

**friendships** 34:5

**frilly** 18:3

**from** 9:13,16 17:13 21:11 22:13 23:14 32:25 41:21 50:2 51:14 56:19 57:9 63:21,23 64:12 66:1,12 71:17 80:4

**full** 40:13

**fun** 34:7

**fundraisers** 14:24

**further** 77:10,14 78:1,2,14,19 81:25 82:9

## G

**gave** 19:11 54:8 56:2 80:2,9,13

**gender** 15:2 24:21 35:7 36:5,19 37:13 38:22 39:2 50:20 51:5,9,10, 11,13,20 54:23 55:4 61:19,20 63:14 66:7,14 69:25 71:15 72:4 73:15 74:10,20 75:2,20,23 76:21 79:23

**Gendernexus** 24:22

**genders** 15:20 34:13

**general** 53:22 55:16 62:7 77:2

**generalized** 39:7 45:5,17

**gestures** 6:7

**get** 18:16 23:13 27:25 41:21 42:4 49:9 59:14 73:7 77:8

**gets** 50:4

**getting** 18:16 37:6 50:2 62:1,15,16

**giant** 18:17

**girl** 16:21,23 17:15,22 18:19 19:10 60:3

**girls** 34:11

**girls'** 22:14

**give** 6:6 19:4 42:11 56:21 76:16

**given** 5:14 18:19 24:13 47:2 61:15 64:4 69:15,21 80:22 81:18

**gives** 75:6

**giving** 48:14

**glad** 71:1

**gluten** 28:6,13

**go** 19:17 25:9,17 39:23 40:23 50:13 52:6 56:19 58:13 64:1 66:23 67:9,21 68:22

**goal** 38:11

**going** 5:18 7:2,9 9:25 13:22 14:17 18:24 23:10 55:20 57:14 61:13 65:16 66:25 67:5,18 68:6 72:20 79:7 82:1

**good** 5:23 27:1 32:8 43:11 44:25

**got** 26:16 34:22 41:11

**Gotcha** 20:21 49:20

**grader** 49:7

**graduated** 38:9

**grandfather** 29:16 30:5,6,14

**grandmother** 29:15,17 30:1,3,11

**great** 6:5 30:1,2,10 71:24

**group** 25:15

**groups** 23:17 24:24 25:2,3,4,6

**grow** 54:15 67:8

**growing** 70:16,17

**guess** 19:25 22:19 37:16 41:12 42:7,18 46:4,24 49:1,20 51:25 52:11,18 53:4 57:18 59:24,25 61:5 62:21 64:12 65:7 70:20 71:7,14 74:8 76:14 79:9

## H

**had** 10:9 16:18 18:23 20:11 21:4,5, 10,17 22:21 23:8,9 24:3 26:7,14 27:4 28:4,23 29:4,15 30:15 35:3,5, 24 36:5 39:17 40:11,25 41:16 42:13 43:25 46:14,15 47:4 51:4 52:10,11 53:12,14 54:2,17 55:23 58:2 61:23, 24 65:18 74:7

**hair** 17:17,18 54:15

**hand** 49:19

**handle** 46:23

**handled** 21:1

**happen** 63:23 64:25 65:16

**happened** 22:14 26:13 28:21 35:17 51:24 55:12

**happening** 27:20 70:19

**happens** 62:4

**happy** 67:8

**hard** 13:17,20,25 31:1 46:6,10 47:20 49:2 76:13

**harm** 24:8 36:20

**has** 13:24 16:22 17:1 25:14,24 26:2, 21,23 28:25 31:13 32:11 33:15 34:12,19 35:3,5 39:1,4 40:1 41:1,2, 20 47:25 50:8 53:21 58:8 59:10,25 60:4,6,23 61:14 63:20 65:6,22 68:4 71:8 73:17 75:4,8 76:1

**have** 5:14 11:11,22 12:17 13:2,21 14:7,11,23 15:4,13,15,17,18,21,25 19:1 23:4 31:11 32:1,12 33:8,14,25 34:2,17,18,25 35:18,22 36:11 39:10 43:7,21 45:16 50:3,10 51:5,16 53:24 54:1,4,14 57:1,22 58:2,12,13,25 60:17 61:16 62:3,10,12 65:8,23,25 66:3 68:17,21,24 69:14,20,24 70:5, 13 71:10,15,16 73:2,4,9 74:16,17 76:18 77:10 78:14

**haven't** 35:1 50:6 65:21 69:18

**having** 5:3 13:16 27:22 40:9 46:6 48:16 60:17 65:20,24 68:2,4 69:18

**He** 30:6,15,22

**head** 7:2

**health** 19:22,24 21:19,22 37:24 38:21 39:3 40:3,22 64:15 72:21

**healthcare** 10:3

**healthy** 63:18

**hear** 8:12

**heard** 8:14 9:11

**hearing** 37:17 80:21

**hearings** 9:7

**heel** 28:24

**height** 52:3,6

**held** 14:7

**Hello** 5:6

**help** 14:24 21:24 45:14 46:23 50:1 62:13 65:18 72:4

**helped** 21:8,18 47:25 62:12

**helpful** 37:3

**helping** 14:24 62:16

**hence** 63:20

**her** 9:16 17:7,17,18 18:9,14,16,24 19:4,9 21:8 22:11,12 26:4,18,22,23 27:5,6,10 28:5,24 29:2,6 30:2,3 31:14 32:7,24 33:2,24,25 34:1,2,8, 16 35:6,11 36:7 37:20,22 38:8,14, 15,16,17,19 41:7,8,18,19 42:13,15 43:3,20 44:13,14,24 45:1,2,20 46:10,15,21,23 47:4,19,21 48:14 49:17,18 54:15 55:14 57:12,23,25 58:1,17 59:4,23,25 60:20,21,22 61:19 62:5,6,7,12,13,16,17,18 63:4, 13,15,16 65:6,19,24 66:14 69:12

**here** 5:19 7:16 12:1,6 65:7 73:8

**herself** 17:6,12 27:12 57:16 59:22 61:24 62:14 69:12 73:17

**Hi** 5:7

**him** 10:9

**his** 12:6 31:23

**history** 37:17

**hold** 25:16

**Holmes** 5:5,8 7:21 10:13 11:8 13:1 16:11 24:1 30:4,24 50:13,17 58:23 59:7 67:24 70:22 71:21 72:2 74:1 77:12,15 78:1,16,20 81:24 82:4

**home** 17:13 22:17 43:8

**honest** 32:25 46:8

**honestly** 32:1 38:9

**hormone** 53:19 56:9,17,22 57:4,8, 14 68:7

**hormones** 68:23 69:16,22

**horrible** 27:22

**hospital** 19:22 26:23 29:6

**hospitalization** 28:15 29:9

**hospitalized** 26:6

**Hours** 32:17

**house** 9:8 62:4

**how** 8:12 11:18 14:11 15:4,13,17,24 16:20,22 17:4,8 20:2 21:16 24:9 26:24,25 27:5,8 28:2,10,22,23 29:8 30:25 32:15 33:22 34:10,11,16,19 38:3,15,17,18 39:6,14 40:20 41:21 43:10 44:12 46:4 50:25 62:10 64:18 65:4,11 67:10,12 72:8,24

**However** 17:1

**human** 24:20 53:23

**humans** 62:4

**husband** 9:6 12:5,11,22 15:8,10 16:8 23:11 63:8

---

**I**

---

**I'LL** 6:12 7:22 10:14 11:2 16:5 26:11 67:14 68:2 71:19 73:19 74:2 81:3

**I'M** 5:8,9,17 7:9 10:19 14:5,6 22:24, 25 24:18,19 40:17 41:4 42:21 43:5 47:1,10 48:3,8,9,25 54:2,9,10 55:18, 19,23 56:24 57:19 59:5,12 61:13 63:24,25 68:14 72:5,14,17 74:1,14 76:19 80:21 81:5 82:1

**I'VE** 8:6,20 66:13

**idea** 19:11 32:1 51:16 61:8

**identification** 7:8,20 10:12

**identified** 15:4 16:22

**identifies** 16:21

**identify** 16:20 24:9 34:17

**identifying** 54:22 55:3 59:1,11

**identity** 15:2 58:9

**if** 5:13 6:2,11 10:19 16:7 20:17,18 21:17 24:21 31:5 32:9 35:10,17 40:2 44:21,25 45:1 48:7,11 49:4,9,10,11 51:8 52:10,21 53:18 54:13,14,15 62:1,5,6 64:2,24 66:23 70:12,15 71:2 72:20,21 81:9

**IGA** 8:15

**imagine** 70:16,19

**immediately** 17:14

**implant** 65:6 72:25 75:5

**implanted** 65:12

**important** 69:6,7 79:21

**improvement** 72:18

**in** 7:14,16,25 8:1,18,20 9:2 10:25 11:22,24 12:1,9,13,17 13:13 14:7, 19,22 15:11,14 17:5,16,18 18:16 19:6,16,21 20:7,11,14 21:6 22:17 25:8,13 26:10,18,22 27:5 28:3,23 29:1,6 30:22 32:9,11,19 35:12,16 36:10,12 37:3,4 38:22 39:2,12,21 41:8 43:6,14,16 45:11 46:1,12,21 47:1,10,12 48:14 49:18,21 50:11 53:4,22 59:11,12,20,24 60:8,11 61:12,25 62:4,7 63:2,4 64:19,21 65:6,9 67:2,19,23 71:19 73:8,11 74:18 75:1,2 76:22 77:2,24 78:12 79:3,6,8,9,13,23 81:9

**in-person** 25:6

**include** 81:21

**incorrectly** 49:12

**increase** 64:14,19

**increased** 64:16

**increasing** 61:19 73:16 75:4

**independently** 27:11

**Indiana** 11:21,23,24,25 12:3,7 14:4 25:14 73:8

**Indiana's** 8:8

**individual** 31:11

**individuals** 54:22 55:3

**infection** 26:6,18 28:16,23 74:8

**infections** 29:1 63:21,22 64:21

**influence** 58:24 59:9,16,17,21

**influenced** 59:25

**information** 23:13 53:12,25 54:7 61:14 64:5,8 69:14,20 80:2,10

**informed** 80:10

**Instagram** 31:10 33:12,23

**instead** 5:10 49:25

**internet** 23:16 24:14

**intervention** 53:10

**into** 29:4 32:3

**introduce** 7:9,22 10:14

**introvert** 25:8

**investigate** 40:11

**involved** 32:9 38:22 63:2

**ipad** 31:12,13

**irritations** 63:22

**is** 5:18 6:16,19 7:13,25 8:1,3,9 10:2, 4,17,18,21,23,24,25 11:3 14:12 15:2,10 19:14 26:18 27:10,23 29:8 30:2 32:1,2,4,9 33:15 34:7,8 40:2,18 41:20 48:1,23 49:1 55:12 56:2,14 57:2 58:11 59:22 60:1 61:2,4 62:22 64:14 66:2 69:6,8,11,12 70:8,20 71:1,12 72:20,24 75:1,3,17,22 76:8 77:21,23 78:5,9,11 79:17,19,20,21, 25 80:1,4,5,6,16,21 81:5,22

**issue** 50:23 51:2,4

**it** 6:3 7:16 8:6,20 9:24 10:1,2,3,7,9, 18,23 13:17,19,24,25 14:12 16:17, 18 17:11 18:6 19:11,13 20:9,11,17, 18 21:1,7,23 22:24 23:1 24:13 26:10,17 27:23 28:3,19 29:3 30:2,8,

9,12,13,15,23 31:1 32:1,4,7,12,19, 25 33:18,19,24 34:3,4 35:11,16,17 36:3,4,7,10 37:1,5,7 39:12,17 40:3, 18 41:9,11,17,19 42:5,14,15 43:1,2, 6,15,16,17 44:12,13,14,16,24 45:13, 25 46:1,3 47:5,18,20,22,24 48:5 49:9,11,14,15,16,17,18 50:12 52:20, 23,25 53:7,10,13,15,18,22 54:10 55:23 56:2,13,14 57:7,17 59:6,25 62:4,8,14 63:9,13,19 64:7,18,19,20, 21 65:16,20 66:11,14 70:2,7,18,20, 24 71:6,7,12 72:21 73:15 74:2 75:3, 9,16,21 76:1,19,22 77:3,7 78:7,11 79:8,12,16,21,22 80:4,5,15,24 81:18,19,20

**it's** 7:3 16:6 21:3 27:7,24 28:12 29:20 30:2 32:2,6,24 33:6 34:3,23 38:5 39:6,10 40:19 41:12 47:16 49:2,3,4,5,8,10 51:13 57:14,21 58:10 60:22 68:25 70:5,19 76:14 79:6

**iteration** 8:19,20

**iterations** 53:7

**its** 8:18 64:25

**itself** 59:10

**IU** 19:24 40:22

---

**J**

**January** 42:19,22

**job** 6:5 12:6 13:12 21:6

**Johnson** 9:9

**joined** 23:17

**juggle** 13:17

**July** 15:14 28:20

**June** 73:3

**just** 5:17,22 6:3,12 7:2 9:6 14:20 16:9 17:15,23 18:3 19:11,12 20:7 21:10,15 22:1,9,20 25:3 27:22 28:3 29:15 35:22 36:4 40:13 42:14 44:16, 21,24 45:18 46:3,10,20 47:21,22 48:9 49:8 52:22 53:10,22 55:8,10 57:24 60:19 61:8 62:7 67:7 71:21 73:19 77:12 78:16 80:9,12

---

**K**

**K.C.** 5:10 9:16 13:16 16:1,20,22

17:3,4,21 19:20 20:2,11 22:10 24:5 25:16,19,25 26:8,25 27:8,16 28:10 29:8 30:25 31:2,11 32:9,16 33:3,8, 14 35:3,5,7,13 36:4,14,23 37:13,24, 25 38:3,13 39:1,8,21 40:25 41:15 43:13 44:22 45:23 47:8 48:1 50:8, 21,25 51:8,10 52:9,14,24 53:3,8,21 54:6,13,14,17 56:15 58:3 60:4,14 61:17 63:3,8,9 65:4,9,11 67:6 68:4 69:9 70:4,23,25 71:4,15 72:24 73:14 74:7 76:9 77:4,17 78:5,10 79:4 80:13 81:9

**K.c.'s** 5:11 16:3,12 21:25 25:18,24 28:7 29:17,22 30:5,6 33:22 34:5,10, 14 37:19 52:8 60:2,18 61:18 72:4

**keep** 27:6 32:24 33:2 36:23

**Ken** 74:2

**Ken's** 78:17

**kid** 14:20

**kids** 23:17,18 24:25 25:11

**kind** 5:12,17 8:18 19:11 22:3 62:24 71:5 80:12

**kindergarten** 12:18

**kinds** 14:21 24:16 31:16 37:14

**knew** 17:25 18:24 24:6 39:16 47:16 53:13 54:19 55:13

**know** 6:3,12 10:19 11:5 16:3,7,8 17:8 19:9,25 20:16 21:3,15,17 22:3 23:8,19,21 24:4,21 27:2 28:22,23 31:5,16 32:4,9,15,23 33:17 34:12, 16,17,19,22,23,24 35:17 36:4 37:7, 14 39:14,16 40:2,20,22 41:1,4,5,7,8, 9,25 45:20 46:3 49:4,10 50:21,25 52:12 57:25 58:18 59:3,25 62:15 63:25 64:2,11,14,16,20,21,24 65:15 67:12 68:2,14,25 69:2,3,9 70:23 71:1 72:19 73:2,5 77:21,24

**knowing** 62:9

**knowledge** 10:24 19:17 57:22

**known** 46:8

**knows** 59:21,24

---

**L**

**lab** 63:16

**lack** 37:4

**large** 22:18

**last** 13:12 28:19 61:5

**law** 8:8,13,14,18 70:9

**laws** 8:16

**lawsuit** 8:1,7 9:22,24 10:8,19

**lay** 18:13

**leading** 75:5

**learn** 25:17 72:8

**learned** 55:21 66:13

**learning** 38:17,18 41:20 47:19 49:3

**least** 52:12 71:17 75:1

**leaving** 57:17

**led** 22:11

**legislation** 13:16,19 14:17,18

**legislative** 8:17 9:3

**let** 6:3,12 19:9 59:4

**let's** 50:13 61:12 71:22

**letter** 35:24 36:2,3,6,9,15,16,17,25 37:10,12

**letters** 9:15 35:23 49:8

**letting** 21:16 45:20 54:14 62:18

**levels** 63:16

**LGBTIQ+** 14:20

**LGBTQ** 9:14 14:25

**LGBTQ+** 25:15

**life** 15:6 22:20 26:4 35:6 65:18 72:18

**like** 9:5,6 16:8 17:19 20:7,24 21:2 22:13,14 24:20,22 25:3,5 26:19 28:25 29:1 31:11,21,23 32:2,10,17, 21,23 33:18 34:6 35:3,20 40:12 41:9 43:9,11 44:11 45:18 46:11 47:15 48:14 49:9,11 56:11,14 58:6,8,17 62:15 64:2,22,23 68:1 73:17

**liked** 17:24 18:3 34:9

**likes** 31:21

**limit** 33:25

**line** 21:10

**lines** 58:3

**listen** 22:10 59:24

**listened** 53:11 55:14 58:1

**little** 18:18 31:3,25 33:15,16,20 38:2 48:19 65:24

**live** 11:20 73:17

**lived** 11:22

**living** 12:8,9 57:15

**locked** 34:3

**long** 6:11 14:11 15:4,13 16:22 17:23 18:3 20:12 35:4 38:5 39:11,14 46:23

**long-term** 63:12,14

**longer** 10:25 13:10 28:6 73:12

**look** 9:5 17:12 31:8 33:3 34:5 44:10 47:15 56:11 58:5 61:24 68:1 76:16

**looked** 20:24 42:3

**looking** 42:6 49:16 59:18 61:25

**looks** 58:8

**Lori** 23:22

**losing** 76:19

**lot** 7:3 21:9 27:2 29:2 48:20 53:13

**lots** 21:5 24:4 61:23

**louder** 37:6

**loved** 55:13 57:25

**lovely** 34:7

**loves** 61:24

**low** 44:15

**lower** 62:6

**loyal** 34:8

**M**

**made** 11:3 13:19,24 32:12 36:24 42:15 70:6 72:15

**major** 17:25

**make** 10:4 11:2 14:17 17:12 22:1 24:6 36:21 38:13 42:15 50:1 52:16 56:18 57:10,22 62:14 63:17 68:8 80:10

**makes** 32:4,7 33:16,20 62:17

**makeup** 31:19

**makeups** 17:18

**making** 44:13,24 63:4,8 67:4

**male** 16:14,15

**man** 58:10

**manage** 27:8 28:10

**many** 15:17,24 34:9,10,11,19 36:18 43:2 58:9 69:1

**March** 13:13 60:8,9,11 61:12

**marked** 7:7,19 10:11

**married** 15:13,15

**matter-of-factly** 21:2

**may** 34:25 35:1 76:18

**maybe** 38:8 44:2,6 71:22

**me** 6:1,3,12 12:15 13:5 24:13 25:9 29:14 30:9,19 31:8 34:18,24,25 35:1 38:2 43:20 49:2 67:13 75:22 76:16 78:18

**mean** 16:16 20:4,8,16 21:23 30:12 39:16 41:7 45:25 49:8 53:4,6 55:18 56:6,12 65:13 66:21 67:6,8 68:13 73:6 74:11 79:1,3

**means** 16:17,19 53:15

**meant** 17:21 56:24 63:9 77:3

**media** 31:2,6

**medical** 23:14 53:2,9 54:5 60:15 61:14 69:4,15,20 71:10 77:17 78:25 79:11,23,24 80:2 81:6,11

**medically** 43:12

**medication** 44:10 45:14,16 47:7,9 48:2,7,18

**medication-wise** 43:8

**medications** 48:11

**medicine** 43:24 44:8,24 47:25 63:21 65:2

**medicines** 42:12,18

**meditation** 43:9

**meet** 12:12 34:22 51:13,20

**meeting** 6:22 52:19

**meetings** 14:23 25:9 43:23

**Melinda** 5:8

**member** 14:1,11,14,15

**members** 26:7 29:11

**mental** 21:19,22 38:21 39:3 40:3 64:15

**mentioned** 15:7 20:10 24:14,24 27:14 28:15 29:11 30:17 33:3 37:23 45:4,22 48:21 50:6 55:17 56:20 64:13 75:13

**messed** 47:11

**met** 9:8 12:13,21 42:10 51:19 68:4

**methods** 65:1

**Michele** 23:23

**microphone** 32:3

**might** 19:13 23:4 50:10 66:23 74:16

**Minecraft** 31:18

**minutes** 31:10 33:11 71:23

**mirror** 61:25

**modifying** 49:23

**mom** 13:8 18:10 58:18

**moment** 21:11

**monitor** 33:22 77:6

**monitored** 33:16 63:17 75:17

**monitoring** 72:22

**month** 72:19

**months** 43:5 46:9 60:21

**more** 17:12 18:10 19:12 24:8 25:17, 21 28:9 32:17,21 39:2 44:23 54:25 62:1 66:17,22,24 70:12 77:7 80:16 82:2

**morning** 18:17

**most** 35:15 38:6 52:11 69:1

**mouth** 26:18

**move** 56:4,5

**moved** 12:1

**MR** 11:2 12:24 16:5 23:20 30:1,20 58:19 59:4 67:20 70:14 71:24 74:3,5 77:10 78:3,14,18 82:1

**MS** 5:5 7:21 10:13 11:8 13:1 16:11 24:1 30:4,24 50:13,17 58:23 59:7 67:24 70:22 71:21 72:2 74:1 77:12, 15 78:1,16,20 81:24 82:4

**much** 27:12 30:8 32:15 52:14,16

68:19 69:17,23

**multiple** 51:20

**must** 61:3

**my** 5:20,25 6:17,20 7:2 8:24,25 9:6 10:2 12:5 13:17 14:20 15:6 16:8 21:8 23:11,22 24:12 31:8 32:4 38:6 55:8,10 56:2 57:7,19 58:16 59:12,20 63:8 66:12 69:8 70:21 71:18,19 72:18 73:21 76:16 80:4,5,16

**myself** 19:17 44:23 47:6 63:8

---

**N**

**name** 5:11 31:23 52:4 54:13,14

**names** 51:12

**Nathaniel** 31:19

**natural** 20:9

**necessarily** 37:8 40:3 80:24

**necessary** 10:3 36:22 53:9 72:21

**need** 5:19 6:11 48:7,12,17 73:23 79:22

**needed** 11:16 36:24 44:21 45:2 47:18 48:16 80:10

**negative** 75:12

**nervous** 65:16

**never** 26:12

**new** 21:7 54:12,13,14 73:4

**next** 21:12 22:6 23:6 42:8 46:13,18 50:22 53:16,18,19 67:3,19,23

**Nicole** 23:24 24:11

**nightmare** 19:16

**no** 5:16 6:18,21,25 7:6 10:25 11:24 13:4,10 14:9 15:16 25:7 28:6,9 30:13 32:1 33:9 45:13 49:8 51:16 54:5 58:21 65:10,22 70:19 71:16 72:14 73:11 76:10 77:10 78:1,14 79:14 81:25

**nontrans** 35:6

**normal** 18:2

**North** 12:9,13

**not** 6:7,25 7:1 9:10,11 11:24 18:12, 21 19:3 21:5,14 22:25 24:7,12 25:8, 9 30:3 35:1 37:20 40:17,21 42:4,15

43:7,25 44:6,14,23 46:9 47:9 48:25 49:4,14 50:12 51:6 52:23 53:20 54:1,13 56:9,12,23 57:19,20,23 58:19 62:8 63:24 65:23,25 66:18,25 67:8 68:16,19 69:11,17,23,24 70:5 71:18 72:14,19 73:1 76:14 77:4 78:5,9 79:12,14,19,21 80:5,6,8 81:16,18,19,20 82:1,9

**noted** 5:1 82:7

**notes** 50:2,3 76:17

**nothing** 43:12 58:8 71:13

**notice** 7:13

**noticed** 65:22,23,25

**noticing** 46:12 62:22

**now** 8:7 11:6,10 16:20 27:8 28:11 57:9 65:25 68:13 71:14,17 75:8

**number** 68:25

**nurse** 51:16

**Nutt** 23:25

---

**O**

**object** 16:5

**objection** 11:3 67:20 70:14

**observed** 50:21 60:23

**observing** 61:1,7

**obviously** 11:4 65:17

**occasions** 64:21

**October** 27:18

**odor** 61:22 62:22

**of** 5:10,12,13,17,20 7:13 8:5,19 11:15 13:13,15,21 14:1,3,4,21 18:10,19 19:1,11 21:5,10 22:3,13 23:16,17 24:4,12,16,25 26:10 27:2, 5,11,12,18 28:20 29:2 30:22 31:16 32:20 33:16,19 34:10,12,14 35:16, 22,23 36:12 37:1,4,14 38:6,7,11,15 39:11,12,19 40:21 41:8,12,14,22 42:20 43:23 44:19 45:4 46:2 47:1,12 48:3,20 49:25 51:14 52:4,14 53:3,7, 13,23,25 54:12,21 55:2,7,15,16,19 56:1,17 57:2,22 58:24 59:8,15,21 60:9,13,20,25 61:3,12,23 62:23,24 63:4,5,12,16,21 64:2,9,12,17,19 65:1 66:6,9,15,18,19 67:3,18,19,23 68:5,7,22 69:3,9,16,21 70:10,12,24

71:5 72:3,6,18 73:1,19,21,23 74:7 75:5,12,19,20,21,22 76:12,23,25 77:6,21,25 78:21,22 79:3 80:13,15, 17 81:1,18

**off** 17:14 50:13 56:8 67:18

**office** 20:9 52:6

**often** 13:23 25:8,9 58:4 72:24

**Oh** 24:18 28:12 30:2 31:18 32:17 40:19 47:16

**okay** 6:4,8,14,15 12:15 16:12 22:2 25:23 31:15 47:14 51:23 58:10 60:4, 12 64:8 81:3

**old** 11:18 20:2 30:12 46:9

**older** 52:14 71:2

**on** 10:21 11:7 13:24 14:6 17:15 18:24 19:3 21:11 22:18 23:15 25:4 31:7,10,22 32:2,10,16 33:11,23,24, 25 37:19 41:15 42:13 43:8,9 45:20 50:11 52:8 56:4,5 57:2 58:13,25 59:10 64:1,22 65:24 68:5,13,22 78:17

**once** 27:24 76:8 78:5,10 79:22 80:22

**one** 15:25 24:11,12 25:21 38:6 42:13,14 49:6,13 52:14 54:25 55:19 62:22 63:25 72:17 75:19,21 82:5

**ones** 72:6

**ongoing** 60:17

**online** 47:4,20

**only** 10:9 17:7 53:8 56:13 68:13,19 69:7 71:12 72:5 77:21 81:15

**onset** 64:17

**open** 21:10 57:17

**opinion** 71:9,16 75:2

**opposed** 67:15

**opposing** 9:18

**option** 47:17 71:2 77:3 79:12 80:5,7, 9

**options** 77:25 81:13,15

**or** 12:23 15:9 17:11 18:1,8 19:22,24 20:2,18 21:8,17,19 22:1,22 23:9 25:17,19,25 29:19 31:12 32:3 35:1, 21 39:19 40:11,12,18 41:5 43:15 44:20 45:1,21 46:2 47:12 49:21

51:15,17 52:19 53:1,2,5,11 54:23 55:4,16 56:9,23 57:1,20 58:10 60:19 61:18 63:22 64:15,22 65:2,13 67:17 68:16 70:9 80:1 81:1,16,18

**order** 27:5

**organization** 14:10,22

**organizations** 14:2,6

**orientation** 16:4

**originally** 12:2

**other** 6:22 9:12 10:6 11:6 14:6,7 17:21 19:10 21:15 23:16 25:7 39:2 42:24 43:23 44:19 49:23 50:5 52:16 62:3 65:9,23 67:13 77:25 81:1 82:5

**others** 59:23

**our** 7:9,22 10:4,5,14,18 13:24 19:14 20:25 21:16,18,24,25 22:19,20 24:7 36:12,23 37:1,17,18 38:6 41:8 53:14 54:18 62:4 64:25 72:10

**ourselves** 25:17

**out** 13:22,23 16:10 17:17 18:14 19:10 26:17 54:15

**outweighed** 72:16

**over** 54:24 55:5 68:6 74:2

**overwhelmed** 27:4 50:4

**own** 7:2 45:20 53:14 62:7 66:13 79:18 80:1,4

_____

**P**

**p.m.** 5:1 50:16 72:1 82:7

**page** 10:21

**paid** 11:16

**pain** 29:2

**pandemic** 46:1,3 47:11,19

**paper** 41:22

**paperwork** 47:2

**parental** 32:13

**parenting** 67:14

**parents** 10:4 23:16,17 24:25 34:24

**part** 37:1,19 40:21 55:15 59:13 69:3 75:1 80:17

**participate** 9:2 14:22

**participating** 77:23

**pass** 9:25 29:17

**passing** 29:12

**past** 7:3 32:11 57:16 60:24 73:18

**path** 14:16

**patients** 52:13,15

**pause** 56:3,21 57:5

**pay** 11:17 46:11

**paying** 21:15

**pediatrician** 19:15,19 20:3,5,25 22:23 23:3,10 35:12 36:7,8 37:9,23 50:19 51:1,4,8,15

**pending** 6:13

**penis** 18:9

**people** 33:17 36:18 51:14,20 55:7

**percent** 68:14 73:1

**percentage** 54:21 55:2,7 68:21 69:9

**perfectly** 18:2

**performed** 40:15

**perhaps** 45:13

**period** 20:2

**periods** 38:7

**persistent** 37:19

**person** 24:5 40:18,19,23 41:6,10 61:23 69:7

**person's** 59:10

**phone** 31:12,14 33:24,25 34:1,2

**physical** 65:23,25

**physically** 65:13,21,22

**pick** 22:12

**pictures** 33:16,19

**piece** 18:19 41:22

**place** 71:13 79:7

**places** 17:14 24:22

**plaintiff** 8:1 15:11

**plan** 53:3 55:16

**planning** 10:8

**play**  17:24 22:5 37:25

**played**  17:18

**playground**  18:22

**playing**  18:21 19:12

**plays**  40:3

**please**  6:2,6 55:1

**point**  62:20 76:24 77:1,19

**policies**  15:1

**politicians**  14:18

**ponytails**  17:16

**posed**  72:13

**position**  14:7

**positive**  14:19 48:17

**possible**  63:22 68:10,11

**post**  33:19

**postgraduate**  13:2

**potential**  75:11

**practice**  41:2

**practitioner**  51:16

**prepare**  6:23

**prescribed**  60:4,7,8 61:12

**present**  59:22,23

**presented**  17:6

**presenting**  20:11

**pressure**  52:7

**pretty**  22:24 23:1 43:5 48:19

**previous**  21:6

**previously**  18:23

**private**  25:4 41:2

**privilege**  13:21

**proactive**  52:24

**probably**  9:25 14:12,13 19:16 23:11,12 28:24 29:19 30:7 35:11 38:6 43:17 44:14 70:10 71:18

**problems**  40:9

**procedure**  63:23 65:17

**process**  9:3 49:18 56:11 69:1,2

**professional**  13:6

**progress**  57:3

**progressing**  61:20

**progression**  60:23 61:7

**prolonged**  39:19 48:20

**pronoun**  62:2

**pronouns**  22:17,22 23:2 54:12 55:12

**proof**  36:11

**proposed**  81:6,11

**pros**  56:17

**protect**  14:20

**protection**  61:1

**protocol**  57:1

**provided**  17:7

**provider**  21:20,22 37:24 38:4,21 61:15

**providers**  23:14 53:2 60:16 69:4,15, 21 71:10 77:17 78:25 79:11 80:2 81:6,11

**psychiatrist**  42:10,23 43:24 44:7, 18

**psychiatrists**  40:21 51:15

**psychologist**  40:24 47:3

**psychologists**  40:20 51:15

**psychology**  40:20

**psychotherapy**  78:22 79:13 81:22

**PTSD**  74:8,12,16,17

**pubertal**  60:22 61:1,7 77:6

**puberty**  11:7 53:17 55:17,22 56:1,3, 4,6,8,21,22 60:5,14,22 61:2,4,8,11, 15,17 63:3,6,12 64:9,19 65:2,5,8,11 66:1,4,6,16,18,19,24,25 67:4,5,9,18 68:22 69:10 72:13 75:6,12,22 76:4, 9,12,25 77:18,20 78:6,10,13 79:4, 17,19,22 80:18,23 81:7,10,15,16,17

**purpose**  60:25

**put**  11:9 17:15,16 19:3 29:6 38:18

**Q**

**quality**  72:18

**question**  6:2,13 43:19 54:25 60:13 61:13 78:6,7 80:16,20

**questioned**  36:13

**questions**  5:18,20 6:1,17,20 11:10 21:25 22:1 24:4 52:9,10,11 54:2 73:20,21 77:11 78:1,15,17 81:25 82:2

**quite**  18:25 62:8

**quote**  17:8,9

**R**

**Ragonese**  40:16 41:4

**Rainbow**  23:22

**raised**  36:14

**Raising**  23:22 37:2

**rare**  64:21

**rarely**  33:21 51:3,7

**reach**  61:3

**reached**  61:9 69:24

**react**  65:11

**reaction**  8:22,24 28:7 29:22 42:13

**reactions**  65:25

**read**  8:6 23:15,19,21 24:2,3 49:9 55:23

**reading**  40:10 49:4,5

**reads**  63:25

**ready**  56:3,5

**reaffirmed**  41:18

**real**  21:3

**realized**  9:24

**really**  6:25 7:1 14:20 33:18 46:6 47:22 52:16 69:18 71:8

**reason**  6:11,16,19 43:15

**recall**  20:1,23 23:2,4,7 24:16 29:22 35:13 36:1 51:23 54:7,9

**receive**  12:19 65:4 68:22,23 69:10 77:18 79:4,12 81:9

**received**  39:1

**receiving**  80:14

**recent** 35:2

**recently** 39:13

**recess** 50:15 71:25

**recognize** 7:11,23 10:15

**recommended** 22:4 41:5

**record** 50:14

**recording** 5:19

**records** 35:20

**referral** 41:12

**referred** 8:9

**referring** 31:24

**regarding** 50:22 66:6,10

**regulate** 38:16

**related** 28:16,24 75:1,14

**relationship** 52:17,23

**relearn** 27:5

**relieved** 66:2

**remarkably** 27:9

**remember** 7:3 20:17,19,25 21:14 22:8 24:18 29:20 30:8 31:22 35:9, 10,11,16 36:4 38:10,25 39:6 43:1,4, 5 50:24 51:12 52:4,9 54:3 60:10 62:25 68:24 69:5 74:23 75:24

**reminds** 43:19

**removal** 65:1

**remove** 72:21

**repeat** 54:25 59:6

**repeating** 48:9

**replacement** 53:19 56:9,17,23 57:4,8,14 68:7

**reporter** 5:12,18,22

**representatives** 9:18

**represented** 14:19

**request** 82:5

**requested** 82:11

**required** 52:23

**requirement** 71:5

**requirements** 68:5

**research** 26:20 37:1 53:14 66:13 72:11

**researched** 47:3

**researching** 19:13

**respect** 30:10 31:15 42:8,25 51:1 80:18

**responded** 62:10

**response** 7:16 19:6 20:14 43:14,16 45:11 49:21

**responsible** 27:10

**result** 11:15 41:14

**results** 41:13,16

**review** 35:20

**rhetoric** 37:6

**right** 10:3 27:8 29:5 48:23 59:14 62:9 63:5 65:7 71:14

**rights** 10:4 24:20

**Riley** 19:24 20:3 76:20

**risks** 64:9,11 68:7 69:21 72:13,16, 22

**room** 29:3,5

**rough** 82:4

**routine** 43:11 62:15,17

**routines** 62:13

**runs** 43:2

---

**S**

**sad** 29:24

**sadness** 39:19

**safe** 36:23 60:1

**said** 16:8 21:2 25:10 26:21,22 29:5 31:19 32:7 36:5 37:11 44:1 45:18 46:17 48:10 52:21 67:22 78:21 80:13

**SAITH** 82:9

**same** 11:2 19:15,25 20:5 45:8,9,10 50:22 65:3 69:23 82:4

**Sarah** 40:16 41:4

**saw** 22:5 38:7 43:13 49:11 52:13,15

**say** 5:19 16:15 22:25 25:21 27:9

37:9 48:8 56:5 58:16 59:13 64:18 74:12 76:15 80:21

**saying** 10:9 36:3 79:16

**scar** 65:24

**scarf** 17:11

**scary** 21:8 27:7 37:7

**schedule** 64:25 73:2

**school** 12:14,15 13:10 22:17 40:10 46:7,10,13,16 47:19

**scrambled** 49:9

**SEA** 8:9

**searched** 23:15 24:10

**searches** 24:15

**second** 42:14 76:16

**secretary** 14:3

**sections** 32:10

**see** 8:18 11:6 14:16 18:11 33:18 38:3 43:3 44:6 51:3 60:20,21 61:13 75:9 81:3,14

**seeing** 20:4 22:19 35:16 37:18 42:23 43:3,20 44:1 51:1,8,11 72:17

**seek** 44:21

**seemed** 18:23

**seen** 8:20 35:18,20 39:18 43:25 72:24 76:20

**sees** 43:2

**self** 59:23 60:2

**Senate** 9:8

**Senator** 9:9

**senators** 9:17

**send** 49:18

**sense** 53:5 59:25 63:4 73:11 77:2 79:6,10

**sensitive** 63:20

**September** 30:22 35:16 42:19,21

**session** 8:16,17

**set** 33:24 62:17

**seven** 7:3 51:17 57:16 58:12 73:18

**several** 8:6

**sex** 16:12

**sexual** 16:3

**shared** 53:15,25

**she** 16:14,21,24 17:1,2,5,6,10,13,14, 16,17,18,22,23 18:3,7,10,11,12,18, 20 20:6,8,11 21:1,2,4 22:1,12,13 26:2,14,16,21,22,24 27:1,4,9,11,22 28:4,5,13,22,24 29:1,4,19,24 30:7,9, 12 31:5,6,7,13,18,19,20,21 32:7,11, 12,23 33:15,16,17,18,19,20 34:4,7, 8,12,17,19 36:5,10 37:11,20 38:17, 19 39:4,11,18 40:1,8,9,11 41:7,16 42:4,11,13 43:2,3,20 44:1,15,16 45:19,21,24 46:6,7,8,9 47:21,22 48:4,15,18 49:6,9,10,11,12,14,15 50:2,3,12 53:20 54:15 55:13 56:7 57:20,24,25 59:21,23 60:1,6 61:23, 24 62:9,19,20,21,24 63:5,18,20 65:6,15,16 66:2,23 67:7 69:11,12 71:1,2,3,8,19 73:17 74:16 78:10,18 80:22

**she'll** 70:6,17 71:18

**she's** 11:7 16:9 20:4 21:2 26:5,6,7 29:10,15 31:9 40:21,24 43:10 57:15 58:17,19,21 60:3 68:19 69:17 70:16, 17,24 71:1,7 81:13

**she/her** 22:16,21

**shoes** 22:11

**should** 22:25 79:15

**showers** 61:23

**showing** 17:1

**sic** 74:9

**sick** 26:3,14 27:1

**side** 11:9 22:13,15 64:1

**signature** 10:22 82:3,11

**signs** 64:19

**silly** 31:20,21

**similar** 37:16

**since** 16:24 17:2 20:5,6 39:18 43:22 46:8 62:3 80:13

**sit** 46:10

**sites** 24:16

**sitting** 48:20

**situations** 25:20 26:1

**six** 46:9 51:17

**skin** 32:4 42:14 63:20,22 64:20

**skirt** 17:11

**small** 18:23 19:2

**so** 5:17 8:18 9:20 13:22 15:14 18:2 19:9,12,18 21:7,10,24 22:6 24:12 25:24 26:4,15,23 27:6,24 29:1 31:15 32:12 33:8,17 34:19 36:10 38:5,18, 19,24 40:6 41:2,9 42:16 43:2,23 44:1,14,25 46:12 47:5,23 48:20 49:17 50:2,7,18 51:19 52:15,18,22, 24 53:10 54:19 55:15 56:12 57:4,9 59:24 60:2,22 61:5,11 62:24 63:21 64:1,4 65:4 68:14 70:7,18,19 71:14, 22 73:5,25 76:2 77:16 78:21 79:2, 16,25 80:12

**social** 31:2,6 51:14 53:10 54:8 59:9 72:7 76:5,13 77:22 78:9,22 79:13 80:14 81:21

**socially** 53:15 54:17 55:10 58:25 79:20 81:14

**solving** 19:9

**some** 9:15 11:4,10 24:14 31:21 34:17,19,23,24,25 35:23 47:1 64:12

**somehow** 28:22

**someone** 21:24 32:2 36:12 40:25 41:1,5 62:2

**someone's** 58:25

**something** 17:12,21 18:24 19:2,10 20:18 21:7 23:5,9 25:8 39:10 40:12 44:22 45:1 47:16 57:24 60:22 64:22 71:12 72:20 75:13 77:23 78:12

**sometime** 47:10,12 60:11 76:23

**sometimes** 31:6,7,9 36:20 49:7,25 62:8

**somewhere** 73:5

**son** 15:21

**soon** 8:16 9:24 61:9

**sorry** 23:20 30:2 41:4 42:21 48:8,9 59:5,18,19 74:14

**sort** 47:1

**sorts** 41:12

**sound** 5:23 32:6

**sounds** 62:5,6

**South** 14:4

**sparkly** 22:11

**speak** 13:22,23 45:2

**specialist** 65:18

**specific** 45:17 59:12,20 60:14 68:25 71:13 77:4

**specifically** 20:14,17 21:14 22:8 23:6 24:19 35:9 37:2 38:10 54:10 60:19 63:1 79:5

**Spectrum** 24:21

**speculate** 56:13

**speculative** 70:15

**spell** 49:7

**spelled** 49:12

**spelling** 40:10 49:6

**spends** 32:16

**sphere** 39:3

**spoke** 9:14 25:10

**stage** 61:3,4,9 63:5 69:24

**stages** 55:19

**standard** 57:2 70:10,12

**stands** 74:17

**start** 8:15 11:10 48:6,11 56:8,22 61:13 69:1 78:6

**started** 9:23 18:7 19:13 22:10,16, 18,19 37:25 44:16 47:9,24 57:24 61:3 62:20,21 69:18

**starting** 16:9 17:3 66:18,19 67:3,17, 18

**starts** 8:17 78:10 79:22

**State** 12:20

**statehouse** 9:15,16 13:23

**statement** 56:25

**stay-at-home** 13:8

**step** 23:6 46:13 53:17,18,20 63:6

**steps** 21:12 42:8,25 45:12 46:18 53:5

**still** 27:6,7 46:10 48:1,4,16,18,19 70:16,17

**stomachaches** 27:23

**Stonewall** 14:3

**stop** 13:14 61:17 79:8 80:22

**stopped** 13:13 44:16 54:22,23 55:3, 4,7 56:3 61:23,24

**store** 22:13

**stories** 37:18

**story** 37:18

**strategies** 46:21,22,25 48:13 49:21

**strep** 26:17

**stressful** 25:19,25 27:6,7

**strike** 78:6

**struggle** 18:11,17

**struggling** 47:22

**stuff** 31:21 48:4 54:20

**such** 18:8 44:15 49:24 62:13

**sugar** 29:1 31:14

**suggest** 52:20

**suggested** 46:24 52:18

**summer** 28:19

**support** 23:17 24:24 71:19

**supporting** 24:7

**sure** 14:18 20:20 22:1,24 23:1 24:6, 18,19 33:1 36:22 38:13 39:24 43:5 47:1 48:3 54:2,9,10 55:18,19,23 59:8 63:5,8,17,24 73:1

**surgeries** 70:1,3,23 71:11

**surgery** 53:20 71:15

**surprised** 20:10 63:24

**survivalist** 31:22

**suspected** 40:8

**swore** 5:22

**sworn** 5:3

**system** 19:22,23

——————————

**T**

**take** 6:10,14 9:12 17:14 25:16 26:23 27:5 42:24 44:14 45:12 49:11 50:3 57:7 62:18 68:15,16 71:3,13,22 80:9 81:15,16,17,18,19,20 82:2

**taken** 13:24 38:15 50:15 56:8 71:25

**takes** 27:11 48:5 64:20

**taking** 5:9 10:2,4 37:16 44:15 47:24 48:1 61:22 63:7 79:7

**talk** 10:7 11:5 32:19 45:1 53:2 58:7 59:22

**talked** 19:14 23:5,16,18 47:24 53:16 65:17 68:17 71:10 73:9 74:22 76:5

**talking** 18:8 35:19 37:16 50:18,19 53:21,22 72:10 74:23 77:16 81:5

**Tanner** 61:4,9

**tantrums** 18:12

**tapping** 32:2

**TASC** 25:7

**teacher** 13:7 46:22 47:4,6 50:2

**teacher's** 13:9

**teaching** 38:15

**team** 47:5 51:14

**techniques** 45:19

**teenager** 58:20,22

**tell** 6:1 12:15 13:5 29:14 30:19 34:1, 20 38:2 49:13 77:19 79:11 80:8 81:19

**telling** 17:4,5,22 20:25 56:14

**temper** 18:12

**ten** 68:20 69:18

**ten-year-old** 15:22 16:6 27:13 32:24 67:15

**terms** 32:20

**terrible** 78:7

**test** 28:4

**tested** 50:8

**testified** 5:3 9:6 74:6 75:19 78:4

**testify** 78:8,11

**testimony** 7:5 75:24

**testing** 42:1

**testosterone-rich** 66:24

**than** 6:22 10:6 11:6 17:21 18:11 19:12 21:15 25:7 32:17,21 39:2 43:23 49:23 52:14,16 62:1 65:24

66:19,24 67:13

**thank** 6:9 40:5 74:3,14,15 77:11 81:25

**Thanks** 11:9

**that** 5:23 6:12 8:1,3,9 9:5,13,17,24 10:9,22,25 11:5,9,13,15 12:19 13:12 14:8,16,18,25 15:5 16:9,17,18 17:5, 19,25 18:23,24 19:4,11,14,15,16,19 20:13,18,19,22,24 21:1,7,11,13,14 22:6,9,12,13,22 23:5,8 24:6,12,23 25:3,5,8,21 26:4,25 27:20,25 28:7, 18,19 29:14 30:8,11,19,25 31:21,23, 25 32:12 33:15 34:1,2,17,18,21 35:10,19,23,24 36:1,4,5,6,9,11,14, 15,16,17,18,22,24 37:18,21,23 38:3, 6,11,13,19 39:10,16 40:8,12,15,22, 25 41:1,10,14,16,20,25 42:2,4,5,17 43:12,14,16,17,19,20,22 44:10,13, 16,21 45:3,7,11,13,19,24,25 46:4, 11,12 47:2,14,15,16 48:1,8,13,15, 17,23,25 49:1,6,21 50:2,5,10,11,18, 20,22 51:17 52:12,13,21,22 53:5,8 54:5,10 55:7,11,12,13,15,21 56:1,2, 10,14,20,24 57:2,4,21,22,24,25 58:1,7,9,10,11,14,16,24 59:3,9,13, 17,21,23,24 60:1,15,22 61:7,8,13, 16,17 62:17,22 63:3,5,6,15,17,19, 23,25 64:14,16,20,23,24 65:2,15,18, 19 66:2,11,12,13,21 67:14,23,25 68:3,4,11,18,25 69:1,2,3,6,24 70:6, 8,17,18 71:1,2,3,12 72:6,15,20,22, 23 73:2,3,4,6,10,11 74:7,18,24 75:1, 4,5,8,14,16,17,19,21,23,24 76:8,15, 24 77:1,3,5,19,23,24 78:4,5,8,11,12 79:6,10,15,18,25 80:1,5,6,10,13,17 81:7,11,22

**that's** 8:8 10:21 12:21 16:1,18 18:18 25:7,23 26:24 33:2,20 35:18,23 40:2 57:8 60:12 63:14 69:7 70:9 71:2,17

**the** 5:9,12,18,20,21,22 6:14,20 7:2, 13,25 8:4,15,16,17,18,25 9:2,8,10, 14,15,16,18 10:5,8,19 11:2,9,15 12:4 13:15,19,21,23 14:3,16,19 16:17 17:5,14,15 18:5,17,21 19:3, 17,19,25 20:3,4,5,6,7,8,10,22 21:21, 22 22:11,12,13,14,17,19,23 23:3,10, 14,15,23 24:5,19 25:4,7,8 26:12,15, 20,23 27:2,3 28:2,10,22 29:2,4,6,8 30:10,14,21 31:15 32:6,11 35:15,18, 23 36:8,11,13,25 37:2,4,9,10,11,15, 23 38:11,22 39:2,8,14 40:6,7,14 41:13,14,16,21,23 42:2,5,7,8,12,14, 17,18,25 43:5,13,24 44:1,2,7,10,12,

18,19 45:14,16,17,25 46:2,3,12,16, 18,19,21,22,23 47:2,6,11,12,18,23 48:6,11,13,14,15,18,19 49:7,8,11,19 50:2,3,11,13,19,20,21 51:1,3,5,8,10, 13,20 52:3,4,5,6,11,13,14,23 53:1,5, 6,8,12,16,18,19,25 54:11,12,16,21 55:2,6,11,19,21 56:14,16,17,20 57:1,5,6,16,22 58:7,21 59:13,14,17, 21 60:10,13,15,23,25 61:4,5,6,7,25 62:2,20,23,25 63:2,4,5,6,11,20,22, 23,25 64:1,9,11,12,17,22 65:3,11,17 66:1,5,6,9,12,17,18,19,23 67:2,3,4, 13,16,19,23 68:4,6,10,11,15,17,21 69:1,2,4,7,9,15,21 70:9,12 71:4,10 72:5,12,15,16,17,22,25 73:1,4,7,11, 18 74:6,8,17 75:5,11,12,19,20,21,22 76:3,4,12,13,15,20,23 77:5,18,21,22 78:6,21,24 79:3,6,9,11,13,15 80:1,8, 9,15,18,25 81:1,6,11,13,14,17,20,21 82:5,9

**their**  15:19 34:24 51:12 66:16 80:17

**them**  19:9 21:16 29:3 34:23 38:20 49:25 52:17 53:21 55:24 56:14 64:2, 3 68:6 70:25 79:1

**then**  13:7,8 17:10 22:16 24:22 26:16,22 27:3 29:5 30:17 33:11 35:17 38:8 42:14 46:16 49:14 52:7 53:18,19 56:15,18 57:6 63:7 65:1 68:6,8 74:1 77:7 80:12

**therapist**  22:5,20 43:3,13,20 44:2 62:23 81:14

**therapy**  22:3 37:25 53:19 56:9,18, 23 57:4,8 68:8 72:7 76:6 77:22 79:20 80:14

**there**  6:16,19 10:24 20:13 28:21 41:3 42:8 48:20 52:15 53:9 54:5,13, 19 56:12,19 58:9 64:14,17,18 65:22 76:3,24,25 77:24

**there's**  11:4 36:18 59:9,15 73:3 75:15

**these**  17:20 20:14,23 24:2,9 34:20 35:2,3 42:24 65:4 74:9

**they**  9:17 18:14 21:18 25:15 26:16, 21,22 28:25 29:3,5,6,24 31:1 34:7, 18,21,25 35:1 36:20 44:13 46:17 47:1 48:16 50:11 51:16 52:2,5,8,10, 13,15,20 53:4,5,11,12,15,16,25 54:3,7,9,10 55:18,19 57:3 60:8 61:3, 16,17,18 73:11 79:14 80:2,9 81:19

**they're**  19:25

**thing**  21:3 49:19 55:11 65:3

**things**  17:19 18:4,23 24:20 25:5 26:20 31:21,23 33:19,20 42:2,5 43:11 46:11 47:3 49:24 52:5,7 54:5 58:11 62:12 63:17 64:1,12,24 75:20 80:22

**think**  9:20 14:5,6 15:7 22:24,25 23:1 26:21 28:19 31:9 32:2 36:24 38:8,24 42:2,3,5 43:17,18,21 47:10 48:10 50:7,10 56:20,23 70:18,25 71:4,8,21 72:15 73:25 76:2,22 77:24 80:16,19 81:3,24

**thinking**  9:23

**third**  10:14

**this**  5:11 6:10 7:10,11,13,14,23,25 8:5,7,12,14 9:21,24 10:15,17 14:22 15:11 37:18 38:21 40:18,23 41:5,10 43:14 51:1,4 54:19 61:20 63:25 67:1 73:14 76:18

**those**  19:7 24:3 25:2,16 28:25 31:20 38:12 42:5 46:24 52:7 58:3,5,16 60:7 62:11,23,25 64:24 69:18 72:8 74:19 78:24 80:22

**thought**  17:23 18:3,6 23:9 26:16

**three**  15:18 16:25 29:19 60:20

**throat**  26:17

**through**  7:2 12:18 21:25 41:3 42:12 55:20 62:24 63:16 64:2 65:19 66:23, 24,25 67:9 72:7,10

**throughout**  5:11 25:18,24

**throw**  18:12

**thrush**  26:17

**time**  5:1 12:4 17:23 18:3 19:15 20:1, 12 21:23 24:19 25:21 26:25 27:2,21 32:15 33:25 34:2 35:4 37:5 38:7 39:11 45:8,9 46:6 48:15,18 51:21 52:13 54:24,25 55:5,21 56:1,15 57:6 67:1 70:6 81:12 82:7

**timeline**  42:17 53:23

**timer**  33:25

**times**  8:6 34:3 44:7 48:4 60:21 62:23

**tiny**  65:24

**tired**  74:14

**to**  5:17,18,20 6:3,6,10,23 7:3,9,16 8:9 9:10,16,17,21,25 10:3,4,7,8,24

11:9,16,25 12:3 13:9,16,17,22,23,25 14:17,24 16:9 17:8,12,16,24 18:1, 16,19,23 19:3,6,8,14,20 20:3,8,14 21:8,15,24 22:1,9,10,11,12,14,21 23:10,16,18 24:6,13,17,19 25:9,16, 17 26:17,23 27:4,5,25 28:5,7,13,16 29:2 30:10 31:14,15,24 32:19,24,25 33:2,18,19 34:8,22 36:20,21,23 38:3,9,13,15,18,19 40:11,23 41:20, 21 42:8,11,14,19,21,25 43:14,16,18 44:9,14,21,22,23,25 45:1,2,3,11,15, 17,19 46:8,9,10,22,23 47:10,17,18, 23 48:6,7,11,12,16 49:2,14,15,17, 18,19,21,24 50:3 51:1,5 52:6,16,21, 22 53:11,15,16,21,22 54:5,15 55:14 56:3,4,5,6,7,15,21 57:4,7,9,14,19,23 58:1,8,9,10,13,17 59:1,10,14,22,23, 25 60:1,14,24 61:13,24 62:8,10,12, 13,19,23 63:17,25 64:25 65:9,11,15, 16,18 66:3 67:2,8,11,13,15,16,22 68:1,3,15,16,23 69:6,7 71:1,2,15 72:4,10,18 73:4,7,12,13,14,15,16, 17,23 74:2 75:2,5,14,15 76:4,15,16 77:2,4,20 79:7,9,12,17,23 80:9,10, 12,18 81:3,7,15,17,18,19,20 82:1

**today**  5:10 6:17 7:17 73:21

**today's**  6:24

**toddler**  17:2,4

**together**  40:4 43:2

**told**  16:17 29:3 32:11 34:18,24,25 35:1 44:12 53:5 54:10 61:16 63:11, 13,15 66:5,8,11,13 68:21,25 75:20

**toll**  13:24

**too**  6:10

**took**  19:20 29:2

**totally**  28:9,12 58:21

**towels**  17:18

**track**  31:14

**tracking**  8:16

**trainings**  25:15

**trans**  21:6 23:16,18 24:5,25 25:11 35:5 57:2

**transferred**  12:5

**transgender**  15:24,25 23:23 24:11 34:15,21 36:20 37:3 53:23 54:23 55:4

**transition**  53:16 54:8 55:20 57:20

59:9 70:1 71:15 72:7 76:6,14 77:22
78:9,23 79:13 80:15 81:21

**transitioned** 54:18 81:14

**transitioning** 53:6 55:11 58:25
79:20

**transitions** 81:2

**trauma** 66:23

**traumatic** 30:8

**treatment** 29:7 44:19 53:3 55:16
73:14 78:10

**treatments** 72:4,5,9 77:19 81:6

**trialed** 43:25

**tried** 19:8 42:18 43:7 45:18

**true** 59:23 60:2

**trust** 58:1

**truth** 5:21 6:20

**Truthfully** 13:15

**try** 6:3 17:16 19:8 33:2 36:20 42:11
44:22,23,25 65:1 81:3

**trying** 44:7 47:10

**turn** 74:2

**turned** 26:17

**tutorials** 31:20

**tutus** 20:8

**two** 9:7 14:13 15:13 30:7 42:12,18
57:3,9 58:13 60:19,24 68:6 81:15

**Type** 26:3,8 27:25 74:7

**typical** 52:3

**typically** 52:12,13

**typing** 50:1

**U**

**Uh-huh** 12:23 15:9 25:1 27:15 28:17
29:13 30:18 45:6 48:22

**unboxing** 31:20

**uncle** 29:16 30:17

**understand** 5:25 6:2,17 18:25
36:19 38:16 49:2 73:20 80:19 81:24

**understanding** 8:11 37:4 55:25
56:2 63:6

**understood** 63:9

**unexpected** 30:23

**unhappy** 46:7

**University** 12:20

**unknown** 66:18

**unknowns** 66:15,19

**unless** 6:1 47:18 49:15

**unsure** 58:11

**until** 18:18 47:10 56:3

**unusually** 18:22

**up** 13:12 18:1,2 20:18 43:11 47:11
62:13,17 75:5 78:17

**uplift** 14:25

**upset** 18:22 19:2 62:1

**us** 5:13 16:17 17:1,5 19:11 21:1,18,
24 22:12 32:11 33:16 35:25 36:13
37:7,12 45:20 52:10 53:5,11,16,21,
22 54:10 56:14 59:22 61:16 62:6
63:6 77:3 80:8,9 81:19

**use** 22:21 31:2 33:18,22 34:4 46:22

**used** 41:1 62:2

**uses** 33:19

**using** 5:10 8:15 10:19 22:16 32:13
48:14 54:11,12,14 62:16

**usual** 62:1

**utilize** 45:20

**V**

**various** 63:16

**verbal** 6:6

**verbalize** 62:8

**versus** 68:7

**very** 13:25 18:13 20:9,12 21:1 27:10
28:12 29:24 31:1 33:21 34:8 37:3
38:18 39:13 46:2,7,10 47:20 48:25
51:3 63:20 65:15 66:2 68:19 69:17,
23 76:4,13 79:21

**viable** 76:8 78:5,9 79:12,17,20,21

**videos** 31:7,16 32:10

**visit** 52:1,11

**visits** 38:12

**voice** 38:17 62:5,6

**W**

**waited** 58:12

**want** 34:2 44:23 47:17 48:6,11 57:9
59:14 71:14

**wanted** 14:17 24:6 36:21 40:10
44:22 52:22 54:15

**wanting** 18:1 19:3

**wants** 62:19

**was** 8:22,24 9:25 11:13,14,15 12:5
13:7,17,21,22 14:16,18 16:12,14,18,
24 17:2,3,4,5,21,22 18:2,18,20,24
19:11,19 20:2,6,9,13,17,18 21:7,16,
21,23 22:2,4,9,25 23:1 24:5,11,12,
13,22 26:2,3,8,10,15,17,24,25 27:1,
4,16,20,22 28:2,3,4,7,18,19,20 29:1,
19,23,24 30:7,8,11,12,15,23,25 31:1
35:11,13,16 36:3,7,14 37:1,3,5,6,7,
13,18,20,22 38:6,11,13,14,18,21
39:8,12,17,18,21 40:9 41:9,13,14
42:1,2,3,5,17 43:3,6,14,15,17,20,24
44:1,12,15 45:7,13,21,23,24,25
46:1,3,6,7,8,9,10,13 47:5,7,16,18,
19,20,22 48:9,18,19 49:13,15 50:12,
15,22,25 51:10,17 52:14,23,24 53:8,
10,18,20 54:11,13 55:7,10,21,25
56:24 59:6,17 60:13,25 61:6,7,9,19,
20 63:2,5,18 65:15,16 66:8,11,17,
22,25 69:3 71:25 73:16 75:4,14,21
76:22,24,25 77:3,5 78:7 79:12
80:13,17,22

**wasn't** 20:10 21:7 30:13 43:16
44:24 48:20 52:16 53:9 55:6 79:16
80:24

**watches** 31:7,18,19,20

**watchfully** 58:12

**water** 64:22

**way** 14:19 15:5 17:5 18:5 20:12
36:13 57:24 59:2,11 65:9 76:15

**ways** 58:9

**we** 5:19,22 6:13 9:23,24 11:4 12:1,9,
13 14:23 15:18,21,25 16:17 17:7,17,
23 18:3,24 19:8,9,12,14 20:6 21:10,
17 22:5,9,10,16,19 23:4,15 24:3,4,6,
7 25:16 27:2,4 28:3,4,22 29:2,4

32:11,17,21 33:2,24 34:1,2 35:22,24 36:11,16,21,22 37:7,8,21 38:7 39:10,16,17 40:8,12 41:1,2 42:10, 16,18 43:1,7,17,21,25 44:6,12,15, 16,21,25 45:1,2,18 46:14,15,20 47:2,9,16,17,18,23 48:11,13,17 50:18 51:3,4 52:10,21,24 53:11,13, 14 54:19 55:12,13 56:3,16,18,19 57:1,21,22,25 58:1,7,11 60:17,20,21 62:3,12,23 63:7,13,15,19,21 65:17, 19 69:18,23 70:5 72:20 73:2,7 77:7, 23 78:12 79:7,10 80:10,22,25 81:14, 16,17 82:2

**we'd** 36:10

**we'll** 6:3 11:9 59:24 68:8 73:4 77:6

**we're** 52:24 56:12 68:13 71:21 72:6 79:1

**we've** 43:8,22 46:8 48:3

**wear** 17:7,17 18:19 19:10 20:8

**wearing** 18:20 54:15

**website** 8:15

**week** 29:6 32:16,18

**weekly** 38:8

**weight** 52:3,6

**welcome** 45:3 52:21

**well** 27:9 33:24 34:9 41:24 46:17 53:14 57:1 61:12 63:15,18 72:17 76:12

**well-being** 38:14

**went** 13:9 17:17 20:2,14 24:17,19 28:3 29:4 38:3 40:13 41:2 42:12 43:18 47:23 49:14 51:21 62:23 66:23

**were** 10:7 12:7,9 18:14 20:23 21:12 24:5,7 25:2 29:24 31:1 34:21 36:11, 22 37:8,15,21 41:16 42:7 45:3 46:18 47:1,2 48:13,16 50:18 51:17 52:10, 14,21 54:3,5,21 55:2,16,18,19 56:3 60:7,8 61:11 63:7,11,13,15,19,21 64:4 65:19 66:5,15 70:12 72:21 75:11,20 76:3,20 77:16 78:21 80:15, 25 81:5,10,13,15,17

**weren't** 55:9 79:7

**wetting** 26:15

**what** 8:22 9:5 10:17 11:13,15 13:19 14:12,21 15:2,19 16:12,16,18 18:5 19:6,13,22 20:1,24 21:21 22:3,6

23:19,21 24:4,16 25:2,13 26:13,16 27:20 28:7,21 29:4,22 31:16 32:1,4 33:17 34:5 36:1,24 37:7,9,14 38:11 41:13,25 42:7,17 44:10 46:13,18 47:14 48:10 49:1 51:23 52:9 53:6,15 54:3,7 55:25 56:6,10,24 58:5,7 60:25 61:14,19,20 63:9,11 64:11 66:5,8,21,22 67:2,25 68:10 69:14,20 70:25 71:4 72:15 73:6 74:12 75:14 77:3 80:1,8,21 81:5,19

**what's** 49:18 60:2

**whatever** 6:13 11:16 18:20 52:4 58:18 71:19

**when** 8:22 9:21 11:14,25 13:12 16:15 17:3,13,17 18:13,14 19:14 20:2,10 22:8,10 26:8 27:16 28:18 29:4,17,19 30:7 31:24 32:2 34:3,20, 22 35:13,19 37:5,9,13,20,21 39:8 43:13,24 44:7,9 45:7,15,20,23 49:14 50:21 51:12 52:5 53:1,21 56:5,7,22 60:7,13,14 61:6,11 62:21 70:17 71:1 76:21 77:7,16 79:16

**whenever** 62:18

**where** 11:20 12:7,11,19,21 19:19 23:13 70:19

**whether** 17:11,20 40:11 57:20 59:8, 15 62:14

**which** 11:3 21:8 22:11,14 26:18 31:4 40:2 41:20 49:13 53:17 61:4 77:22

**while** 18:18 29:21 43:4 62:24 65:19 66:3

**whispering** 32:3

**who** 35:7 36:6 40:15 41:5 46:24 51:10,16 52:18 54:22 55:3 58:18 61:24 63:2 68:2,22 69:10

**whole** 15:6 21:24 35:6 51:13 79:15

**why** 10:1 12:3 13:14 14:14 24:2 27:2 33:2 36:8,17 39:21 40:6,23 48:6,10 55:9 57:11,13,17 58:11 70:8 73:13 76:11

**will** 5:10,12,21,25 7:10 31:5,8 33:3 38:5 50:1 57:7 58:16 61:16,18 66:14 70:7 72:22 73:11 78:12 79:22 82:2

**winter** 47:12

**with** 5:22 6:20,22 8:4 9:8 14:22,24 17:8,18 18:21 19:17 21:4,6,18,21 22:19,20,23 23:3 25:10 26:3,5,8

27:10,16,25 28:10 30:9,10 31:8,15 33:4,25 35:7 36:13 37:13,24,25 39:4,8 40:1,9,18 41:17,19,21 42:4,8, 10,25 43:11,24 45:19,23,25 46:15, 20 47:5 48:25 50:12,19,21 51:1,5,7, 13,19,20 52:17 56:16 57:22 58:2,8 60:15,18 61:8 62:13 63:7 64:15 67:5 68:3,17 69:4,25 70:2 71:7,11 73:9 77:16 78:13,24 79:23 80:17

**withdrawing** 18:7

**without** 67:18

**WITNESS** 30:21 58:21

**witnessing** 62:11

**woman** 15:3 58:10

**won't** 73:7

**word** 49:8,11 59:17 70:11

**wordage** 10:20

**worded** 39:6

**wording** 59:14

**words** 38:18 41:21

**work** 13:9,18,25 21:24 40:21 45:19 58:13 62:24 63:16 65:19

**worked** 43:8 46:20

**workers** 51:14

**working** 13:11 43:9

**world** 22:18 70:19

**worried** 45:21 66:17,22,25 69:11,12

**worries** 21:17

**worry** 66:3

**Worrying** 61:22 62:5

**worse** 42:16

**worst** 19:16 55:11

**would** 17:6,10,13,14,16,17 18:10, 11,13,17 19:4,8,9 20:8 22:13,14 23:5 25:15,16 27:9 32:17,19,21 35:10 44:13 45:14 49:14 51:3,19 52:2,8 53:17,18 56:7,10,13,14,21,22 57:4,7,23,25 61:8 63:3,13,17 66:12 67:7 68:15 70:10,13,18 75:21,23 76:9,12,14 77:17,20 78:6 79:4,8 80:21 81:7,21

**wrap** 13:12

**write** 35:24 36:8 49:14,15,19

**writing** 43:10 49:3,5,25 50:4

**written** 64:4,8

**wrong** 62:2 72:20

**wrote** 9:17 36:6,10 37:11

---

### Y

**yeah** 30:6 32:22 33:3 40:5 58:17,18 60:21 79:3

**year** 8:15 27:19 60:19,21,24 76:23

**yearly** 51:4 52:18

**years** 7:3 13:8 14:13 15:14 51:17 57:3,9,16 58:12,13 60:24 61:6 67:3, 19,23 68:6 71:17 73:18

**yeast** 26:18

**yes** 5:24 7:15 8:3,6,21 10:16,23 11:12 12:23,24 15:9,12 16:2 23:12, 21 25:12 26:2 27:15 28:17 30:15,20, 21 32:7,14 33:5,7,13 34:18 38:1 48:4,24 51:22 53:4 55:18,20 58:4 60:10 61:10 64:6,10 73:12,22 74:13, 15,21,25 75:3,7,9,18,25 76:2,7 77:9 79:2,6,9 81:23

**yet** 56:12 58:20 69:24 70:6 73:2

**you** 5:14,25 6:1,2,9,11,12,16,19,23 7:4,11,22 8:4,12,18,23 9:2,12,21 10:1,7,15 11:5,11,18,20,22,25 12:3, 7,11,15,19,21 13:2,5,14 14:1,7,11, 14,21 15:4,7,13,15,17 16:3,7,15,16 17:4,20,22 18:5 19:1,6,9,19 20:1,2, 14,23 21:3,15 22:3,21 23:2,8,9,13, 19 24:2,9,14,16,17,24 25:10 27:14 28:15 29:11,14,22 30:17,19 31:16, 25 32:9,15,23 33:3,4,22 34:20 35:13,20 36:1,15,17,24 37:10,14,23, 24 38:2 39:14 40:5 41:4,5,25 42:24 43:19 44:1,9 45:4,12,15,16,22 48:6, 7,10,21 49:13 50:5,21,25 51:13,19, 21,23 52:6 53:24 54:7,21 55:2,9,21 56:5,6,20,24 57:11,13,17 58:2,24 59:8,15 61:15 62:10,15 63:11 64:4, 11 65:13 66:5,15,21 67:2,6,10,11, 16,25 68:11,17,21 69:3,14,21,25 70:3,13,15 71:5,11,14 72:3,8,12,15 73:6,9,13,20,23 74:3,6,11,14,15,22, 23 75:11,13,19,20,24 76:3,5,20 77:11,16,19 78:4,8,21,24 79:12 80:3,12,13,21 81:25 82:1

**you'd** 50:21 64:2

**You'll** 5:19

**you're** 6:5 7:16 8:1 29:5 31:24 35:19 63:24 79:16

**you've** 27:24 35:20 64:12

**young** 38:18 52:24

**younger** 39:18 52:15

**youngest** 16:1

**your** 5:9,20,21 6:22 7:4,13 8:7,11,22 10:6,22,24,25 12:11,16,21 13:5 15:2,7,10 16:1 17:25 18:1 33:6 41:21 46:13 49:6 54:25 55:25 57:13 58:8,9 61:14 69:4,6 73:9,23 75:2 79:18 80:1,19

**youth** 25:14

**Youtube** 31:5,7,16,22 32:10,13,16