# EXHIBIT 13

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Nathaniel Clawson

*May 22, 2023*

_____



800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

```
 1         UNITED STATES DISTRICT COURT
 2         SOUTHERN DISTRICT OF INDIANA
 3            INDIANAPOLIS DIVISION
 4         CAUSE NO. 1:23-cv-00595-JPH-KMB
 5  K.C., et al.,              )
 6         Plaintiffs,         )
 7         -vs-                )
 8  THE INDIVIDUAL MEMBERS OF  )
 9  THE MEDICAL LICENSING BOARD )
10  OF INDIANA, in their       )
11  official capacities, et al., )
12         Defendants.         )
13
14
15        DEPOSITION OF NATHANIEL CLAWSON
16              May 22, 2023
17              9:30 a.m. EDT
18
19
20  TAKEN BY: AMY DOMAN, RMR, CRR, CSR (CA/IL/TX/WA)
    PAGES: 1 - 81
21
22
23
24     STEWART RICHARDSON & ASSOCIATES
       Registered Professional Reporters
25            (800)869-0873
```

```
 1            A P P E A R A N C E S
 2  FOR THE PLAINTIFFS:
 3       Kenneth J. Falk, Esq.
         Stevie Pactor, Esq. (Via Videoconference)
 4       ACLU of INDIANA
         1031 East Washington Street
 5       Indianapolis, IN 46202
         kfalk@aclu-in.org
 6       spactor@aclu-in.org
 7  FOR THE DEFENDANTS:
 8       Melinda Holmes, Esq.
         OFFICE OF THE ATTORNEY GENERAL
 9       302 West Washington Street
         IGCS Fifth Floor
10       Indianapolis, IN  46204-2770
         melinda.holmes@atg.in.gov
11
12  ALSO PRESENT:
13       Brad Davis
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1         The deposition upon oral examination of
 2  NATHANIEL CLAWSON, a witness produced and sworn
 3  before me, Amy Doman, Registered Merit Reporter,
 4  Certified Realtime Reporter, California CSR
 5  14465, Texas CSR 6203, Illinois CSR 084004926,
 6  Washington CSR 22031067, Notary Public in and for
 7  the County of Hamilton, State of Indiana, taken
 8  on behalf of the Defendants, at the offices of
 9  Stewart Richardson, One Indiana Square, Suite
10  2425, 211 N. Pennsylvania Street, Indianapolis,
11  Indiana, scheduled to begin at 9:30 a.m. EDT, on
12  Monday, May 22, 2023, pursuant to the Federal
13  Rules of Civil Procedure.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            INDEX OF EXAM
 2  NATHANIEL CLAWSON........................  5
 3  EXAMINATION..............................  5
 4     QUESTIONS BY MS. HOLMES
 5  EXAMINATION.............................. 71
 6     QUESTIONS BY MR. FALK
 7  FURTHER EXAMINATION...................... 76
 8     QUESTIONS BY MS. HOLMES
 9            INDEX OF EXHIBITS
10     (All exhibits attached hereto.)
11  Deposition Exhibits:               Page
12  Exhibit 1   - Notice of Deposition.....  7
13  Exhibit 2   - Class Action Complaint...  8
14  Exhibit 3   - Declaration.............. 12
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

1          (Time noted:  9:21 a.m.)
2               NATHANIEL CLAWSON,
3    having been duly sworn, testified as follows:
4               EXAMINATION
5    BY MS. HOLMES:
6         Q.   Good morning.  My name is Melinda
7    Holmes.  I'm an attorney for the defendants.
8    I'm going to be taking your deposition today.
9         A.   Uh-huh.
10        Q.   Will you state your full name for
11   the record?
12        A.   My name is Nathaniel Clawson.
13        Q.   And just as an initial note, I'm
14   going to be using your child's initials
15   throughout the deposition, just trying to keep
16   confidentiality as much as possible.
17        A.   Uh-huh.
18             (Discussion off the record.)
19        Q.   Have you ever given a deposition
20   before?
21        A.   No.
22        Q.   Okay.  So just to kind of lay out
23   some of the ground rules of what to expect,
24   I'm going to ask you some questions, and the
25   court reporter here is recording everything we

Page 6

1    say.  So you'll need to answer your questions
2    to the best of your ability.  Your answers
3    will be the truth as you just swore with the
4    court reporter.  I will assume you understood
5    my questions unless you tell me that you
6    don't.
7              Does that make sense?
8         A.   That does make sense.
9         Q.   And if you don't understand a
10   question, please just let me know and we'll do
11   our best to clarify.
12             And finally, please give verbal
13   answers, not gestures, again, so we have that
14   recorded.
15             And finally, I don't expect this to
16   take very long; however, if you need a break,
17   that's fine.  Just let me know.  The only
18   thing I ask is that you answer any pending
19   question before we take that break.  Okay?
20        A.   Okay.  That makes sense.
21        Q.   Is there any reason you cannot
22   understand my questions?
23        A.   No.
24        Q.   Okay.  And is there any reason you
25   can't answer my questions with the truth?

Page 7

1         A.   No.
2         Q.   Now, other than meeting with your
3    attorneys, did you do anything else to prepare
4    for today's deposition?
5         A.   No.
6         Q.   Are you being compensated for your
7    testimony?
8         A.   No.
9         Q.   So we're going to start with an
10   exhibit.
11             (Exhibit 1 marked for
12        identification.)
13   BY MS. HOLMES:
14        Q.   So this will be Exhibit 1.  Do you
15   recognize this document?
16        A.   Yes.
17        Q.   This is the deposition notice in
18   this case.
19        A.   Yes.
20        Q.   And you're here in response?
21        A.   Uh-huh.
22        Q.   Yes?
23        A.   Yes.  Sorry.
24        Q.   No, that's fine.
25             MR. FALK:  I'll try and keep track.

Page 8

1              (Exhibit 2 marked for
2         identification.)
3    BY MS. HOLMES:
4         Q.   We'll also go with Exhibit 2.  Do
5    you recognize this document?
6         A.   Just going to my part of the
7    document and --
8         Q.   That's fine.
9         A.   Yes, I do recognize it.
10        Q.   And this is the complaint in this
11   case?
12        A.   If "complaint" is the proper
13   word --
14        Q.   Sure.
15        A.   -- then --
16        Q.   Sure.  Page 2 of the title "Class
17   Action Complaint"?
18        A.   Yes.
19        Q.   And are you familiar with the
20   contents of this document?
21        A.   I am familiar with the contents of
22   this document and the contents that are
23   associated with my complaint and my wife's
24   complaint.
25        Q.   And so is it your understanding

Page 9

1  that this is the complaint that you -- for the
2  lawsuit that you've brought challenging
3  Indiana's law referred to as SEA 480?
4       A.   Yes.
5       Q.   How did you first hear about this
6  law, SEA 480?
7       A.   My wife and I have gotten to where
8  we watch out for anti-trans laws.  And my wife
9  let me know that there was an anti-trans law
10  that was opposing gender-affirming healthcare
11  that was coming our way.
12      Q.   And do you know how your wife heard
13  about SEA 480?
14      A.   Beth does a great job of
15  researching laws that are coming our way, and
16  she has multiple sources that she looks at
17  online regularly.
18      Q.   So when you heard about the law,
19  what was your reaction?
20      A.   I was terrified.
21      Q.   Why were you terrified?
22      A.   I was terrified because
23  gender-affirming healthcare is so important to
24  our family.
25      Q.   Now, did you participate in the

Page 10

1  legislative process for SEA 480?
2       A.   I did testify.
3       Q.   And did you take any other actions
4  apart from testifying while the law was being
5  considered?
6       A.   What would be other things that
7  you're asking about?
8       Q.   I don't know.  Did you write, like,
9  any open letters or letters to the editor
10  perhaps or something along those lines?
11      A.   I went to the Owen County
12  legislative breakfast and mentioned to the
13  lawmakers that were present the impact this
14  would have on my family.  I also met with
15  Senator Bray and met with the author of the
16  bill.  And I am terrible with names, so I will
17  not always remember the names of all the
18  people.
19      Q.   Understood.  When did you decide to
20  bring this lawsuit?
21      A.   My wife and I talked about it.  And
22  seeing that this law was going to pass, we
23  decided that we wanted to be first in line to
24  sue the state when this law was passed.
25      Q.   And why was that?

Page 11

1       A.   Because this law takes away my
2  parental rights to make medical decisions with
3  my daughter's healthcare providers.  It also
4  takes away my daughter's future at a healthy
5  lifestyle.
6            (Discussion off the record.)
7       Q.   So other than your attorneys and
8  your wife, did you talk to anyone else about
9  bringing this lawsuit?
10      A.   I have mentioned it to close
11  friends, but other than that, no.
12      Q.   And were you seeking counsel from
13  your close friends, or was it for a different
14  purpose?
15      A.   I'm thinking about that one.
16      Q.   Sure.
17      A.   Counsel is probably the best way to
18  put it.
19      Q.   So I guess just to be clear so I
20  understand, were you asking your close friends
21  for help in making the decision to bring the
22  lawsuit?
23      A.   I was bouncing it off of them to
24  understand if there were any things that they
25  could think of that I needed to watch out for.

Page 12

1       Q.   What do you mean by that?
2       A.   Bringing a lawsuit isn't something
3  that people do every day.  I just wanted to
4  get their perspective.
5       Q.   We're going to introduce another
6  exhibit.
7            (Exhibit 3 marked for
8       identification.)
9  BY MS. HOLMES:
10      Q.   So this is Exhibit 3.  Do you
11  recognize this document?
12      A.   I do.
13      Q.   And this is the declaration that
14  you and Beth Clawson submitted in this
15  lawsuit?
16      A.   That is correct.
17      Q.   Okay.  And page 4, is that your
18  signature?
19      A.   That is my signature.
20      Q.   Now, is there anything in your
21  declaration that is no longer accurate?
22           MR. FALK:  And just for the record,
23      there's been changes since this, in
24      terms of the child getting -- you can
25      ask about getting a device for puberty

Page 13

1    blockers.
2          So I guess the question is, is
3    there anything in there that's not
4    accurate, at least as of the date that
5    you signed it?
6          And then the attorney can ask you
7    what's changed since then.
8          MS. HOLMES:  Thank you.
9    A.   I'm sorry.  I am reading it because
10   I want to make sure that, with Ken's statement
11   about -- she has received a puberty
12   blocker, I don't think there's really anything
13   other than that that is different.
14   BY MS. HOLMES:
15   Q.   Okay.  Is K.C. still 10 years old?
16   A.   Yes.
17   Q.   So, we'll put this to the side for
18   now.  I just want to ask you some background
19   questions about yourself.  And we're going to
20   start with just a very general question.
21         Have you ever been arrested?
22   A.   No.
23   Q.   And how old are you?
24   A.   43.
25         MR. FALK:  Don't make it sound old.

Page 14

1    BY MS. HOLMES:
2    Q.   And where do you live?
3    A.   We live in Bloomington, Indiana.
4    Q.   Have you lived anywhere else in
5    Indiana besides Bloomington?
6    A.   No.
7    Q.   Have you lived anywhere other than
8    outside of Indiana?
9    A.   I grew up in the mountains of North
10   Carolina, went to Appalachian State
11   University, moved from there to Charlotte,
12   North Carolina, then we came to Bloomington.
13   Then we went to China for two years, came back
14   to Bloomington, and that's it.
15   Q.   Okay.  What brought you to
16   Bloomington when you first came to
17   Bloomington?
18   A.   I worked for -- I got a job with
19   Carlisle Brake & Friction.  And they
20   transferred me up here.
21   Q.   And what generally was your role at
22   that location?
23   A.   So I'm a CPA by training.  And I
24   had worked at Carlisle corporate, and then I
25   was requested to become the manager of

Page 15

1    financial planning and analysis for Carlisle
2    Brake & Friction.
3    Q.   And do you know what year that was
4    that you first came to Bloomington?
5    A.   2010.
6    Q.   And then you said you went to China
7    for two years?
8    A.   Yes.
9    Q.   So what years were those?
10   A.   It was 2011 to 2013.
11   Q.   And what brought you to China for
12   that time?
13   A.   I had been trying to find a company
14   that would send me to China, because I did a
15   study abroad in China when I was in college.
16   So I worked very hard to find a company that
17   would send me to China.
18   Q.   And was that the same company?
19   A.   Uh-huh.
20         MR. FALK:  Yes.
21         THE WITNESS:  Yes.  Sorry.  Thank
22   you.
23         MR. FALK:  No problem, that's why I
24   get paid the big bucks.
25

Page 16

1    BY MS. HOLMES:
2    Q.   Can you tell me about your
3    educational background?
4          I think you mentioned you went to
5    college out east?
6    A.   So I went to Appalachian State and
7    I did two majors and a minor.  I did computer
8    information systems and accounting with a
9    minor in Spanish.  And I lost all my Spanish
10   when I moved to China.
11   Q.   Did you learn any Chinese while you
12   were there?
13   A.   I learned enough to get us to and
14   from the restaurant.
15   Q.   Perfect.
16         And did you have any postgraduate
17   education?
18   A.   No.
19   Q.   And what is your current role?
20   A.   I am a project manager for Boston
21   Scientific.  And they're located in Spencer,
22   Indiana.
23   Q.   Are you a member of any
24   organizations?
25   A.   By "organizations," what do you

Page 17

1  mean?
2      Q.    I don't know.  I mean, are you a
3  member of an organization of people?  I don't
4  know.
5      A.    I am -- I'm the treasurer for
6  Spencer Pride, Inc. in Spencer, Indiana.
7      Q.    Is that the only one?
8      A.    Yep, yes.
9          MR. FALK:  "Yep" is okay.
10 BY MS. HOLMES:
11     Q.    And you said you're the treasurer
12 of that organization?
13     A.    I am.
14     Q.    Have you held any other roles in
15 that organization?
16     A.    No.
17     Q.    And just an overview, what's the
18 purpose of that organization?
19     A.    The mission statement of Spencer
20 Pride is to make Indiana a more welcoming
21 place for all people.
22     Q.    Do you put on events with that
23 organization?
24     A.    I don't put on events, but I show
25 up to the events.  They have a Pride festival

Page 18

1  that is happening October 15th.
2      Q.    And what is your gender identity?
3      A.    I am a cisgender heterosexual male.
4      Q.    And how long have you identified
5  that way?
6          MR. FALK:  Just for the record, I'm
7          going to object that these questions
8          have nothing to do with this lawsuit.
9          But you can answer.
10     A.    My whole life.
11 BY MS. HOLMES:
12     Q.    And you're married to Beth Clawson?
13     A.    I am.
14     Q.    And Beth is a coplaintiff in this
15 lawsuit?
16     A.    Yes.
17     Q.    How long have you two been married?
18         MR. FALK:  Here's the tough
19         question.
20     A.    We celebrated our 20th anniversary
21 last year.
22 BY MS. HOLMES:
23     Q.    Congratulations.
24         And have you been married before
25 this?

Page 19

1      A.    No.
2      Q.    How many children do you have?
3      A.    We have three.
4      Q.    And you said "we," just to be
5  clear, all of them are you and Beth together?
6      A.    Yes.
7      Q.    And what ages are your children?
8      A.    19, 17, and 10.
9      Q.    And what genders are they?
10     A.    M.C. is male, I.C. is female, and
11 K.C. is female.
12     Q.    And how many of your children are
13 transgender?
14     A.    Just one.
15     Q.    And that's K.C.?
16     A.    Uh-huh, yes.
17     Q.    Now, do you know K.C.'s sexual
18 orientation?
19         MR. FALK:  I guess I'm going to
20         object on the grounds of relevance also.
21         If you can answer, we're dealing with a
22         ten-year-old, so...
23     A.    I think she's still trying to
24 figure that out.
25

Page 20

1  BY MS. HOLMES:
2      Q.    And what was K.C.'s sex at birth?
3      A.    She was born with a penis.
4      Q.    And what was K.C.'s sex at birth,
5  though?
6      A.    I'm going to say she was born with
7  a penis.
8      Q.    Do you know what the word "sex"
9  means, or what does that mean to you?
10     A.    She was assigned male at birth by
11 the doctors.
12     Q.    Do you know why the doctors
13 assigned K.C. male at birth?
14         (Unreportable simultaneous
15         conversation.)
16         MR. FALK:  I'm going to object that
17         he has no way of indicating why the
18         doctors did what they did.
19         So he can answer if he knows what's
20         in the doctor's mind.
21     A.    I don't know what was in the
22 doctor's mind.  But I can only assume that
23 it's because she had a penis -- or has a
24 penis.
25

Page 21

BY MS. HOLMES:

2      Q.    And how does K.C. identify now?

3      A.    She has identified, since she has
4  been able to tell us, as a girl.

5      Q.    Now, at what point did K.C. tell
6  you that she's a girl?

7      A.    She started telling us before she
8  had all the words to say it.  She started
9  grabbing tutus and dresses from the dress-up
10  bin, and she would put a towel over her hair
11  as if it was long hair and would dance around
12  our house.  And Beth and I -- well, she's the
13  first trans person we ever met.

14      Q.    So when K.C. was exhibiting these
15  different behaviors, did you think immediately
16  that K.C. was trans, or were you thinking of
17  other things?

18      A.    Beth and I didn't know.  We started
19  reading books and trying to understand what
20  was going on.  We also talked to our
21  pediatrician.

22      Q.    How old was K.C., I guess, when you
23  started seeing these behaviors?

24      A.    Somewhere between 18 and 36 months.

25      Q.    And what was your first response?

Page 22

1      A.    She really likes playing dress-up.

2      Q.    And how did things progress from
3  there?

4      A.    So at first, we thought it was just
5  she likes playing dress-up.  Then she started
6  to withdraw and become depressed.  And based
7  on my first two kids, I've never seen a little
8  kid be depressed.  And then at about three --
9  I mean, K.C. used to be the kid at the park
10  that everyone -- all the other kids were drawn
11  to.  She could make friends with anybody.  And
12  then seeing her get depressed, it really
13  floored Beth and I.

14           And then she got out of the bathtub
15  and was running around and grabbed a pair of
16  scissors and basically just as we said here,
17  she asked if she could cut her penis off
18  because she didn't think she should have it.
19  And that was an "oh, no" moment for Beth and
20  I.  And we did more research and we consulted
21  our pediatrician.

22           And the first time we bought her a
23  pair of little Elsa and Anna shoes, she slept
24  in them.  And seeing her that happy over a
25  pair of shoes and seeing our daughter come

Page 23

back, we decided to let her socially
2  transition.

3      Q.    So when you first started noticing
4  K.C. withdraw, express some depression
5  symptoms, around what age was that?

6      A.    That was just before three, right
7  around three.

8      Q.    And at that point, did you consult
9  a pediatrician?

10      A.    We consulted our pediatrician right
11  around -- probably in -- I think it was in
12  2016.

13      Q.    Was it before or after this
14  scissors incident that you first consulted a
15  pediatrician?

16      A.    I don't remember if we had been in
17  conversations before or after the scissors.

18      Q.    And when you decided to let K.C.
19  socially transition, was that before or after
20  the pediatrician?

21      A.    Beth will tell you that I'm really
22  bad at dates, but it was after she got her
23  shoes.

24      Q.    And do you recall whether you
25  talked with the pediatrician about social

Page 24

1  transition?

2      A.    Beth has handled most of the
3  doctors' appointments.  And I don't remember
4  if that was a joint visit or if that was a
5  Beth visit, but I trust my wife so much.

6      Q.    So what went into the decision to
7  let K.C. socially transition at that point?

8      A.    Seeing how happy those shoes made
9  her and seeing that without any medication or
10  anything else that we had our daughter back
11  was enough.  And when I say "medication," I
12  mean depression meds or something to that
13  effect.

14      Q.    I think you said that you and Beth
15  had done some research at this time as well.

16           Can you tell me what that research
17  looked like?

18      A.    We read a couple different books.
19  I am terrible with the title of books.  I'm
20  happy to look at my phone and give you the
21  names of the books, if that's okay.

22      Q.    I don't see why not, if you think
23  you could find them.  That's fine by me.

24           MR. FALK:  Can we do that at a
25  break, if that's okay?

Page 25

1          MS. HOLMES:  Sure.
2      A.    But we read a few different books,
3  and I think one of the books was "Parenting a
4  Transgender Child."  And it pushed us to get
5  letters from the doctor and things like that
6  because we realized that not everyone would
7  understand.
8  BY MS. HOLMES:
9      Q.    So what kind of letters were you
10  trying to get from the doctors?
11      A.    One of the letters from the doctor,
12  which we sent, which you have, is a letter
13  saying that we are basically -- that we take
14  our daughter's health very seriously, and that
15  we are working with the pediatrician in the
16  event that social services was called.
17      Q.    So was that the only purpose of
18  those letters were in case social services or
19  child services were called?
20      A.    Yep.
21      Q.    And I think you said this, but the
22  reason you got those letters was based on the
23  book you read?
24      A.    Yes.
25      Q.    Besides reading those books, was

Page 26

1  there anything else you did as part of your
2  research at that time?
3      A.    We reached out to a group in
4  Bloomington called TASC, which is the
5  Trans & Allies Support Community, just to get
6  a better understanding.
7      Q.    And what kind of information did
8  you get from TASC?
9      A.    One of the events that we went to
10  was they had an information session, and I
11  don't remember if it was on Transgender Day of
12  Remembrance or if it was an event during Pride
13  month.  But we just went to an event and heard
14  them speak, and seeing trans adults helped us
15  understand that this wasn't something that was
16  unique to our daughter.
17      Q.    So you said that -- sorry.  Let me
18  start again.
19          At what age, then, did K.C. began
20  to socially transition?
21      A.    About three and a half.
22      Q.    And what did that social transition
23  look like?
24      A.    We did not change her name, but we
25  started using she/her pronouns and letting her

Page 27

1  shop at the girls' section in stores.
2      Q.    And just as a broader question, did
3  you ever change K.C.'s name?
4      A.    (Shakes head.)
5      Q.    Okay.
6      A.    No.
7          MR. FALK:  I was that close.
8  BY MS. HOLMES:
9      Q.    And was this mostly at home or was
10  this also in other contexts?
11      A.    So when she socially transitioned,
12  she socially transitioned everywhere.  And I'm
13  going to volunteer a story, but I find it
14  funny.
15          MR. FALK:  And your attorney is
16          thrilled about you volunteering.
17      A.    So when K.C. was at preschool, she
18  used to always grab dresses from the dress-up
19  bin, and she would wear them all day as
20  opposed to just at dress-up time.  But when
21  she was at preschool, after she socially
22  transitioned and we started using she/her
23  pronouns and everything for her, one of her
24  teachers was helping her in the bathroom.  And
25  she, after using the bathroom, she wiped back

Page 28

1  to front.  And the teacher was like, oh, no,
2  no, no, you can't do that.  And it made me so
3  happy because her teacher was seeing her as
4  the girl she is.
5  BY MS. HOLMES:
6      Q.    I guess let's move forward a little
7  bit.  So at what point -- I believe this is in
8  your declaration -- did you change K.C.'s
9  birth certificate, gender marker?
10      A.    We did.
11      Q.    At what point was that?  Do you
12  know what age K.C. was?
13      A.    It was, I think, in 2017.
14      Q.    And why was that change made?
15      A.    I'm giggling because we made the
16  change because we were seeing the attacks on
17  transgender people increasing under Donald
18  Trump.  And we, as a family, made the decision
19  to go ahead and change her birth certificate,
20  basically saying, hey, things are so bad, we
21  don't know if Trump is going to change the
22  laws so that gender marker can't ever been
23  changed again.
24          And we basically said, if she
25  changes her mind, we can change it back.  But

1 she has not changed her mind in the seven
2 years that she's been living as herself.
3      Q.   Was that the only reason that you
4 decided to change the gender marker?
5      A.   She was also -- we also wanted to
6 change it so her life was easier in relation
7 to school, when she went to doctors'
8 appointments, all of the things worked
9 together.  But the push to make it happen when
10 it did was who was in office, and we weren't
11 sure if we would be able to do it again later.
12 But it was to make her life easier on many
13 levels.
14      Q.   Was there anything in particular
15 that made you think that the law was going to
16 change so that K.C. wouldn't be able to change
17 gender markers later on?
18      A.   Donald Trump's stand on trans folks
19 in the military was a big piece of it.  But
20 looking since 2017, there have been so many
21 laws attacking trans kids that I'm very happy
22 that we made the decision we made.
23      Q.   And did anyone tell you that that
24 sort of change was coming up, or was this just
25 one of, like, a broader array of

1 considerations?
2      A.   It was just part of multiple
3 considerations.
4      Q.   And you said that part of the
5 decision was to make it easier at school, at
6 doctors' appointments.
7           Could you just talk a little bit
8 about what you expected to be easier at
9 school, to start with?
10      A.   Well, for a child who's trans,
11 being misgendered is very triggering.  And we
12 wanted to prevent her from being misgendered
13 as much as possible.
14      Q.   So is that the same reason -- let
15 me ask again.
16           What did you think would be easier
17 for doctors' appointments?
18      A.   We wanted to make sure that at
19 doctors' appointments that they used the
20 correct pronouns.
21      MS. HOLMES:  What time is it?
22      MR. FALK:  10:17.
23      (Discussion off the record.)
24 BY MS. HOLMES:
25      Q.   So where does K.C. go to school

1 now?
2      A.   She goes to The Project School.
3      Q.   And is that in Bloomington?
4      A.   It is.
5      Q.   And how long has K.C. been at that
6 school?
7      A.   She's been there -- she started
8 this year at that school.
9      Q.   Where was K.C. before that?
10      A.   She was at Childs Elementary.
11      Q.   And what was the reason for
12 switching to The Project School?
13      A.   We got in.
14      Q.   Congratulations.
15           And does K.C. enjoy school?
16      A.   Everything but math class, and I
17 think she's getting to where she likes math a
18 little bit better.
19      Q.   And does K.C. do well in school?
20      A.   She does, or I think she does.  And
21 what I mean by that is, she really -- she
22 enjoys school.  There are times when, like,
23 during the Labor Day holiday, she was upset
24 that it was a long weekend because she
25 couldn't go to school.

1      Q.   Does K.C. participate in any, like,
2 extracurriculars at school?
3      A.   She does.  I think she does a Greek
4 class, and I think she also does Dungeons and
5 Dragons.
6      Q.   Are those both with The Project
7 School?
8      A.   That's my understanding.
9      Q.   Do other students know that K.C. is
10 transgender?
11      A.   Yes.
12      Q.   Can you tell me about that?
13      A.   So K.C. has never really been in
14 the closet.  And so as I mentioned earlier,
15 I've got a 19-year-old, a 17-year-old.  And
16 when Beth would go pick them up from school,
17 and we live walking distance away from the
18 elementary school, K.C. would be in her tutu
19 and would be walking to pick up her older
20 brother and sister.  And we didn't know who
21 knew, who didn't.  So K.C. has never been in
22 the closet or shy about telling who she is.
23 And so her friends know.  And her friends at
24 her old school knew as well.
25      Q.   Does K.C. have any friends who are

Page 33

1 transgender?
2    A.   Yes.
3       Q.   How many?
4    A.   I don't know.
5       Q.   Are these friends at school?
6    A.   Yes.
7       Q.   How long have they been friends?
8    A.   So as long as she's been in school
9 at The Project School.
10      Q.   Any -- so these are friends at
11 Project School.
12    A.   Uh-huh.
13      Q.   Any friends that are transgender
14 from the elementary school, the other school?
15    A.   I don't know.
16      Q.   Does K.C. have any friends outside
17 of school?
18    A.   So she had a friend who was outside
19 of school that was our neighbor, but when she
20 moved to The Project School, our neighbor went
21 to The Project School as well.
22      Q.   Okay.  I see.  And do you know when
23 these friends began identifying as
24 transgender?
25    A.   I do not.

Page 34

1       Q.   Is it for as long as you've known
2 them?
3    A.   Yes.
4       Q.   And this friend who was your
5 neighbor, how long have you known the friend?
6    A.   Oh, so we moved into the
7 house -- basically, since K.C. started
8 kindergarten because the friend went to Childs
9 and then transferred to The Project School.
10      Q.   Does K.C. use any social media?
11    A.   She watches a lot of YouTube.  But
12 I don't think she uses social media.  She
13 might have a profile, but I don't think she
14 posts often, or I don't think that -- Beth
15 will know all that.
16      Q.   That's fine.  Okay.
17       So would you say that you don't
18 know -- or do you know to what extent K.C. is
19 using social media?
20    A.   My impression is, is that, like I
21 said, she watches a lot of YouTube, but I
22 don't think she uses social media that much.
23      Q.   Besides YouTube, do you know what
24 other kinds of apps K.C. uses?
25    A.   I can look it up.  I mean, I know

Page 35

1 she plays a lot of Genshin Impact, which is a
2 video game with a lot of fighting in it.
3       Q.   And what kinds of channels is K.C.
4 watching on YouTube?
5    A.   Lots of ASMR.  And ASMR, I don't
6 handle sounds well, so I leave the room.
7       Q.   I want to go back to talking about
8 those first moments of K.C. starting to
9 exhibit the behaviors you described --
10    A.   Uh-huh.
11      Q.   -- and when you first went to see a
12 pediatrician.
13       So just to confirm, did you say
14 that you were not sure if you were at that
15 first appointment?
16    A.   That is correct --
17      Q.   Okay.
18    A.   -- I'm not sure if I was at that
19 first appointment.
20      Q.   Do you know what sorts of
21 discussions were made at that appointment
22 about K.C.?
23    A.   That was so long ago that -- I
24 don't have the best memory.
25      Q.   Do you know whether K.C.'s

Page 36

1 depression, or however you described it,
2 whether that was discussed at that
3 appointment?
4    A.   I can't imagine that it was not
5 discussed.  But seeing how much she improved
6 from -- just seeing how we got our daughter
7 back, it is wonderful.
8       Q.   And when you say "got our daughter
9 back," what do you mean by that?
10    A.   I've never seen a sad or depressed
11 three-year-old -- or I had never seen until I
12 saw it with my own kid.  And it was
13 terrifying.
14       And so when I say "got my daughter
15 back," she has always been a girl.  We just
16 didn't know.  And once she told us, and once
17 she got to live as her true self, seeing her
18 smile and her gregariousness has been
19 wonderful.
20      Q.   Do you know at what point -- or how
21 long after that first appointment did K.C. go
22 back to see a medical provider on this issue?
23    A.   I don't really know.  I mean, I
24 think the first letter we got was in -- I
25 mean, looking back through some of those

Page 37

1  letters -- was in September of 2016.
2          And then I know we had to get some
3  other letters to get the gender marker changed
4  in 2017. So I'm sure we spoke about it in '16
5  and '17 with our pediatrician.
6      Q.   And what health system is your
7  pediatrician in; or is it an independent
8  practice?
9      A.   IU Health.
10     Q.   IU Health.
11     A.   And they're right off of Clarizz
12  Boulevard in Bloomington.
13     Q.   And do you know at what appointment
14  was K.C. diagnosed with gender dysphoria?
15     A.   It would have been the appointment
16  around the -- it would have either been -- it
17  would have definitely been before the
18  September letter.
19     Q.   Do you know if it was at that first
20  appointment?
21     A.   I don't know.
22     Q.   And it was this pediatrician
23  through IU Health --
24     A.   Yes.
25     Q.   -- that diagnosed?

Page 38

1      A.   I apologize for speaking over you.
2      Q.   That's okay.
3          And around that time that the
4  pediatrician diagnosed K.C. with gender
5  dysphoria, what did the pediatrician tell you
6  at that time?
7      A.   Truly, between -- I don't
8  necessarily remember what I had for lunch two
9  days ago. So between the books we were
10  reading and talking with the pediatrician and
11  all of those things, all of those things are
12  kind of running together in my brain. I can't
13  tell you exactly what the doctor said back
14  then.
15     Q.   Do you recall, when you were going
16  to the pediatrician after seeing these
17  behaviors, were you coming -- identifying
18  gender dysphoria as a potential reason for
19  K.C.'s behavior?
20     A.   I don't remember if we brought it
21  up or if the doctor brought it up. I'm not
22  sure.
23     Q.   Around that time, was K.C.
24  diagnosed with any other conditions,
25  specifically more on the mental health side?

Page 39

1      A.   I don't think K.C. was diagnosed
2  with any other mental health conditions until
3  later.
4      Q.   After you saw the changes in K.C.
5  that you're describing, after getting K.C.
6  those shoes, generally what was K.C.'s
7  demeanor?
8          Were you seeing anything else that
9  you were worried about?
10     A.   No. I mean, I think I remember her
11  being worried about how fast her hair was
12  going to grow out. And watching her put on
13  makeup and stuff like that was really awesome
14  because Beth doesn't wear makeup. My older
15  daughter wears it sparingly. And K.C.
16  basically became a makeup artist.
17     Q.   Where do you think K.C. got the
18  inspiration or knowledge on makeup?
19     A.   I think that makeup was something
20  that she could easily do to make her see
21  herself the way she felt on the inside. And
22  seeing that was just -- it was just awesome.
23     Q.   So is K.C.'s primary care physician
24  with IU Health?
25     A.   Yes.

Page 40

1      Q.   And is it specifically -- is the
2  pediatrician within the Riley Gender Clinic,
3  or is it IU Health more broadly?
4      A.   IU Health more broadly. I mean, so
5  Riley has a pediatrician's office in
6  Bloomington, right off of Clarizz Boulevard.
7      Q.   Okay. Does K.C. receive any other
8  medical care outside of the IU Health system?
9      A.   Medical care, I do not think so.
10  IU Health does -- her endocrinologist and all
11  of her diabetes care is through IU as well.
12         MR. FALK: You okay?
13         THE WITNESS: Yeah.
14  BY MS. HOLMES:
15     Q.   I want to move on to puberty
16  blockers, puberty blocking drugs.
17     A.   Uh-huh.
18     Q.   Are you familiar with puberty
19  blockers?
20     A.   Uh-huh.
21         MR. FALK: Yes.
22         THE WITNESS: Yes. K.C. has one.
23  BY MS. HOLMES:
24     Q.   And what do you know about them?
25     A.   I know that puberty blocking drugs

Page 41

1  have been used safely on folks with precocious
2  puberty for decades.  In talking with K.C.'s
3  endocrinologist, I know that there could be
4  issues with bone density, and I also know that
5  K.C. was really excited to get her puberty
6  blockers because puberty terrifies her.
7      Q.   When did you first learn about
8  puberty blockers?
9           Do you recall if it was, you know,
10  your own research, if it was in a doctor's
11  appointment?
12      A.   I'm going to say, C, all of the
13  above.
14      Q.   And then in terms of the timeline,
15  do you recall approximately what year or what
16  age K.C. was when you first learned about
17  puberty blockers?
18      A.   I do not.
19      Q.   Do you know when K.C. first
20  mentioned puberty blockers?
21      A.   I don't remember when she first
22  mentioned them.  I know that it's probably
23  been six or seven months ago, she started --
24  her armpits started smelling.  And when that
25  happened, she would take three or four baths a

Page 42

1  day because she was so afraid of going through
2  what she and I consider the wrong puberty.
3      Q.   Do you recall when puberty blockers
4  were first mentioned as a potential option for
5  K.C.?
6           MR. FALK:  I'm just going to
7      object, that's asked and answered.
8           But if you remember better now than
9      you did a few minutes ago, that's fine.
10      A.   I don't remember.
11           MS. HOLMES:  I'm sorry, I thought I
12  was asking a different question.
13           MR. FALK:  Okay, I'm sorry.
14  BY MS. HOLMES:
15      Q.   I mean when were the physicians
16  involved, first discussing with you puberty
17  blockers as a treatment for K.C.?
18      A.   I don't really remember.  I know
19  that her endocrinologist has been keeping us
20  up to date on where she is and where K.C. is,
21  in the Tanner stages of puberty.  And so I
22  think it's something that we may have talked
23  about a while back, but I don't remember
24  exactly.
25      Q.   But it's your understanding that

Page 43

1  the endocrinologist has been tracking where
2  K.C. is at in the Tanner stages, with a mind
3  toward identifying when puberty blockers would
4  begin?
5      A.   I know that the endocrinologist has
6  been tracking the Tanner stages.  I don't know
7  that it was purely with the intent of starting
8  puberty blockers.
9      Q.   Has K.C. been prescribed puberty
10  blockers?
11      A.   Yes.
12      Q.   And when was K.C. prescribed these?
13      A.   Again, I am terrible with dates,
14  but K.C. got her puberty blocker within the
15  last month.
16      Q.   And what was the process for
17  deciding that K.C. would take puberty
18  blockers?
19      A.   The first part was identifying
20  through a blood test that her testosterone was
21  high enough to need the blocker.  The next
22  piece was my wife and I talking with K.C. and
23  us talking with the endocrinologist to make
24  sure we're doing the right thing.
25      Q.   So what does it mean to you to

Page 44

1  determine whether you're doing the right
2  thing?
3      A.   Doing the right thing is making
4  sure my kid doesn't -- that no harm comes to
5  my kid.
6      Q.   So was the decision that K.C. would
7  take puberty blockers, was that decision made
8  last month when the prescription happened, or
9  was it a different time frame for when that
10  decision was made?
11      A.   It is something that Beth and K.C.
12  and I have talked about.  And then the formal
13  decision, I would say, was within -- since the
14  first of the year.  I mean, we had talked
15  about it, but until K.C. met the requirements
16  to receive the puberty blocker, it was just
17  things we were talking about.  We don't make
18  decisions until all the things line up to
19  where we meet all the requirements for those.
20      Q.   So there was a chance, perhaps,
21  that you would decide not to have K.C. begin
22  puberty blockers?
23      A.   We made the decision we made with
24  our daughter's best interest in mind.  I can't
25  really comment on -- yeah, I can't say that we

Page 45

1   would have done something different.
2       Q.   Okay.   I guess I'm just wondering,
3   because you said you couldn't make the
4   decision until you had all of the
5   information --
6       A.   Uh-huh.
7       Q.   -- or I don't want to misrepresent
8   what you were saying.   And so I guess I'm
9   wondering, what information did you still need
10  before you could make that decision?
11      A.   The information we needed was if
12  she had hit the level of puberty necessary.
13  And we talked it over as a family.
14      Q.   Okay.   So I guess assuming that
15  K.C. was going to meet that puberty level,
16  what other information were you waiting to get
17  before you made your decision that K.C. would
18  go on puberty blockers?
19      A.   As I said, it was a discussion as a
20  family.   And we couldn't fully have that
21  discussion until she hit the right level of
22  puberty because K.C. is involved with our
23  decision-making.   And we, as parents, I feel
24  like get the final say.   But as I said
25  earlier, she's the first trans person we ever

Page 46

1   met.   And we know a lot more trans people now.
2   But there are things where we do talk to her
3   quite a bit.   And we explain what can go wrong
4   and what can go right on all sides of the
5   issue.
6           MR. FALK:   Can we take a break, a
7       five-minute break?   It's been an hour.
8           MS. HOLMES:   Could we do, just,
9       like, a couple questions?
10          MR. FALK:   Yeah, sure.
11  BY MS. HOLMES:
12      Q.   Did K.C. express a desire for
13  puberty blockers before reaching the
14  appropriate stage of puberty?
15      A.   When she was taking three baths a
16  day and was terrified that she was hitting
17  puberty, we did talk about it.
18      Q.   And when you say "we," do you know
19  who mentioned it first?   Parents or K.C. or
20  medical provider?
21      A.   I don't recall.
22      Q.   And about at what age or what time
23  was K.C. beginning to take these multiple
24  baths a day?
25      A.   I think, as I said earlier, it was

Page 47

1   about six to seven months ago.
2           MS. HOLMES:   Okay.   Let's take a
3       break.
4           (A recess was taken between
5       10:56 a.m. and 11:08 a.m.)
6   BY MS. HOLMES:
7       Q.   So when you were asking that K.C.
8   would receive puberty blockers, what were you
9   thinking the purpose of the puberty blockers
10  would be?
11      A.   So for us, it was to give K.C. more
12  time.
13      Q.   And what do you mean by that?
14      A.   So by giving K.C. more time, she
15  isn't feeling distressed about going through a
16  puberty that she can't undo and -- yeah.
17      Q.   I guess I just -- I don't know if I
18  quite understand.   More time for what?
19      A.   Okay.   So one of the things that we
20  have talked about with our doctor and with
21  K.C. is that going straight on to estrogen is
22  not something that is an option.
23          In talking to our doctor, the
24  doctor has explained to us that by going on
25  puberty blockers, K.C. will continue to grow

Page 48

1   and will -- basically, when you look at -- in
2   middle school, a lot of girls are taller than
3   boys because girls tend to hit puberty sooner.
4   And this is purely my understanding.   I'm not
5   speaking for anybody else, and I'm not a
6   doctor.
7           But the growth plates fuse much
8   quicker when estrogen is introduced.   And so
9   by K.C. doing a puberty blocker before she
10  goes to estrogen, it gives her the opportunity
11  to grow a little bit taller and her growth
12  plates not get fused immediately.
13  And "immediately" is not -- isn't really what
14  happens at all.
15      Q.   And is this something that the
16  doctors talked to you about?
17      A.   Yes.
18      Q.   And so did the doctors recommend
19  K.C. starting puberty blockers for the purpose
20  of growing more before estrogen starts?
21      A.   Yes.
22      Q.   And you also mentioned about giving
23  K.C. more time so that K.C. doesn't go through
24  a puberty or go through physical changes that
25  can't be undone.   I don't want to

Page 49

1  misrepresent.
2           Is that what you said, or can you
3  clarify that?
4       A.  K.C. is terrified of having a
5  deeper voice, growing facial hair, all of the
6  things that don't fit with her gender
7  identity.  And with that, as a parent and not
8  wanting any harm to come to my child, I'm
9  happy to give her a puberty blocker so she
10 doesn't have that stress of going through the
11 wrong puberty.
12      Q.  And then just what do you mean
13 by "wrong puberty"?
14      A.  If she were to go through a
15 testosterone-rich puberty, based on how she's
16 lived her life for the last seven years, it
17 would be the wrong puberty.
18      Q.  You mentioned that going straight
19 into an estrogen therapy isn't an option.  Did
20 you say that that was what your doctor advised
21 you?
22      A.  Yes.  The doctor talked to us about
23 the options, and going straight to estrogen
24 was not advised.
25      Q.  Do you know why?

Page 50

1       A.  I'm not a doctor.
2           MR. FALK:  I'm going to object
3       unless he actually knows, unless the
4       doctor told him.  Obviously we don't
5       know what's in the doctor's head.
6       A.  Yeah.
7  BY MS. HOLMES:
8       Q.  So the doctor didn't give you a
9  reason for why the doctor wouldn't advise
10 estrogen?
11      A.  The part that I already mentioned
12 about fusing the growth plates faster and her
13 lacking height were things that we talked
14 about with the doctor about why we wouldn't go
15 with estrogen first.
16      Q.  Okay.  Was estrogen something that
17 K.C. wanted?
18      A.  K.C. would have jumped on
19 the chance to take estrogen, but that is the
20 part where we, as parents, working with our
21 doctor, got to say, no, this is how we're
22 going to proceed.
23      Q.  Is there a plan for K.C. to receive
24 estrogen in the future?
25      A.  As I mentioned earlier, we make

Page 51

1  those decisions with our doctor and K.C. when
2  we meet all of the criteria.  And so when we
3  meet all of the criteria, working with our
4  doctor, we'll have that discussion.
5       Q.  And what are those criteria?
6       A.  We just got the puberty blocker.
7  And so we're working through that right now.
8  I'm not sure what's the next stage.
9       Q.  Have you talked with the doctors
10 about what criteria will be required before
11 hormones can be part of K.C.'s treatment plan?
12      A.  I personally have been so concerned
13 with where we are right now that I have not
14 talked to the doctor about what's next.
15      Q.  Do you know the percentage of
16 children who are taking puberty blockers who
17 go on to receive a hormone treatment?
18      A.  I have no idea.
19      Q.  Going back to the puberty blockers
20 and when that decision was made for K.C. to
21 receive them, what information did the medical
22 provider give you about puberty blockers at
23 that time?
24           MR. FALK:  And I just -- for a
25      clarifying question, as you know from

Page 52

1       looking through medical records, there's
2       been progressive medical visits.  Are
3       you asking about what information was
4       given at the time it was definitely
5       decided or what information was given
6       throughout the process?
7           MS. HOLMES:  I mean, I was going
8       off of what Mr. Clawson was saying.
9           MR. FALK:  Okay.  I'm sorry.
10          MS. HOLMES:  I mean, maybe it is
11      better if we can clarify that.
12 BY MS. HOLMES:
13      Q.  I guess which medical providers
14 have you spoken with about puberty blockers
15 for K.C.?  Not names, but, you know,
16 pediatrician, endocrinologist?
17      A.  We've worked primarily with the
18 endocrinologist.
19      Q.  And what information has the
20 endocrinologist given you about puberty
21 blockers?
22      A.  Basically all the things that I
23 said earlier about -- I mentioned side effects
24 with bone density.  I mentioned growth plates
25 fusing.  So we've had conversations about that

Page 53

1   and -- yeah.
2       Q.   Has it been mostly conversations,
3   then, that you've been discussing puberty
4   blockers with the endocrinologist?  Has the
5   endocrinologist given you written materials on
6   puberty blockers?
7       A.   I'm sure she has, but Beth reads
8   everything.  I just listen.  And I'm not even
9   really good at that.
10      Q.   Okay.  So what were you told about
11  the short-term effects of puberty blockers?
12      A.   Just that it could lead to low bone
13  density, and that was the primary thing that
14  was brought up.
15      Q.   Would you call that a short-term or
16  a long-term effect?
17      A.   Being that it can be solved with
18  calcium, I call it a short-term.
19      Q.   And I guess who told you that it
20  can be solved with calcium?
21      A.   It's one of the things that Beth
22  and I have talked about with our doctor.
23      Q.   Okay.  And any other effects that
24  you've been told about?
25      A.   I think we've talked about some of

Page 54

1   the rare effects, but I don't really look at
2   the most rare effects.  I look at the more
3   predominant effects.
4       Q.   Okay.  What you were told about the
5   extent of the evidence regarding benefits of
6   puberty blockers for gender dysphoria?
7       A.   The thing I am most terrified about
8   and the thing that K.C. is terrified about is
9   voice changes -- basically, K.C. is terrified
10  about going through a testosterone-rich
11  puberty.  And with that, I mean, puberty sucks
12  for everybody.  But it really sucks for trans
13  kids because they're going through a puberty
14  that doesn't align with how they see
15  themselves.
16           And so if I can help my kid by
17  giving her a puberty blocker and keep her
18  here, then it's do no harm to my kid.
19      Q.   And is that information that the
20  endocrinologist gave you?
21      A.   The endocrinologist has been very
22  supportive of how we're handling K.C.'s
23  situation and has given us information.
24  Hearing my daughter's panic about going
25  through a testosterone-rich puberty is

Page 55

1   something that we've been living for -- I said
2   six to seven months, but my wife corrected me.
3   It's been about a year.
4       Q.   Okay.  So what information about
5   the evidence of benefits did the medical
6   provider give you?
7           MR. FALK:  Objection, asked and
8       answered.
9           You can answer.
10      A.   The medical provider mentioned that
11  there were positive benefits.  But seeing and
12  hearing my daughter's concern is first and
13  foremost.
14  BY MS. HOLMES:
15      Q.   I mean, did you have any questions
16  about the potential benefits of puberty
17  blockers?
18      A.   No.
19      Q.   And why not?
20      A.   Seeing how terrified my kid is of
21  going through a testosterone-rich puberty is
22  all I really need to see.  If my kid were
23  forced to go through a testosterone-rich
24  puberty, she wouldn't be here.  She would kill
25  herself.

Page 56

1       Q.   How do you know that?
2       A.   K.C. is a -- she's a powerful
3   personality.  She is one of the most amazing
4   people I've ever met.  And for her to speak up
5   at age 3 to tell us who she is, I have no --
6   and for her -- no boy that I've ever known had
7   wanted to cut off their penis.  They may have
8   wanted a bigger one or a second one, but they
9   have never wanted to cut theirs off.  So when
10  my kid comes to me and says, I'm going to
11  cut -- I want to cut my penis off, I don't
12  think I should have it, that's terrifying.
13           And I can't picture -- I don't want
14  to even think about where it would go if we
15  didn't do what we're doing.
16      Q.   Has K.C. expressed any other
17  desires for self-harm besides that incident
18  that you mentioned?
19      A.   There was a time where she put a
20  bag over her head.  And I think that was back
21  in, like, 2017.  So I know that -- yeah.
22  That's it.
23      Q.   And was that incident -- was that a
24  purposeful action by K.C.?
25      A.   Yes.

Page 57

1    Q.    What happened in response to that
2  incident?
3       A.    My wife worked with her therapist.
4    Q.    With K.C.'s therapist?
5       A.    Uh-huh.
6    Q.    Any other incidents of self-harm?
7       A.    No.
8    Q.    Any other expressions of a desire
9  to self-harm?
10       A.    Not that I'm aware.
11    Q.    When did K.C. start seeing a
12  therapist?
13       A.    K.C. started seeing a therapist
14  right in, I think starting in, like, 2016.
15  Right when -- when we were working through her
16  depression over her gender identity, she
17  started seeing a therapist.
18    Q.    Why did you take K.C. to see a
19  therapist for that issue?
20       A.    Just, we want what's best for our
21  kid.
22    Q.    I was just wondering if the
23  pediatrician recommended it or if this was
24  kind of concurrent and you decided to take
25  K.C. to both?

Page 58

1       A.    That's one of those where Beth
2  is -- you can ask her.
3    Q.    That's fine.
4         How frequently was K.C. seeing a
5  therapist, I guess, beginning in 2016?
6       A.    There was a while where she was
7  going regularly.  And whenever K.C. gets --
8  whenever her mental or her emotional state
9  starts trending down and she asks to see the
10  therapist, we take her back.
11    Q.    What type of therapy was K.C.
12  receiving beginning in 2016?
13       A.    Play therapy.
14    Q.    And what type of therapy has K.C.
15  received since then?
16       A.    She's seeing the same therapist off
17  and on, but they do different things.
18    Q.    Do you know what is the goal of the
19  therapy that K.C. receives?
20       A.    To improve her emotional health.
21    Q.    Does K.C. receive any -- actually,
22  let me restart my question.
23         Has K.C. received any diagnoses in
24  the mental health sphere?
25       A.    Yes.

Page 59

1    Q.    What are those diagnoses?
2       A.    That's a question for Beth.
3    Q.    Do you know any of them?
4       A.    She was diagnosed with, I guess,
5  depression or depressive disorder.  And that's
6  the only one that I remember word for word
7  offhand.
8    Q.    Does K.C. receive any -- or has she
9  received any prescriptions for any medications
10  for depression?
11       A.    I think she did, but I think
12  that -- I think she did, but it didn't end up
13  working or it had adverse effects.
14    Q.    So K.C. no longer receives
15  medication for depression?
16       A.    Correct.
17    Q.    And where is K.C.'s therapist?
18         Is that within IU's health system
19  or somewhere else?
20       A.    No.  It's a different.
21    Q.    And what health system or practice
22  is it?
23       A.    I don't know if it's a full
24  practice.  But I know her name.  It's Heather
25  Maritano.

Page 60

1    Q.    Could you spell that?
2       A.    I'll give you a link later.
3    Q.    Could you say it again?
4       MR. FALK:  It's Heather
5    M-a-r-i-t-a-n-o.
6       MS. HOLMES:  Okay.
7       MR. FALK:  And I'm reading from
8    documents that we gave you.
9       MS. HOLMES:  Thank you.
10  BY MS. HOLMES:
11    Q.    And is this therapist located in
12  Bloomington?
13       A.    Yes.
14    Q.    So we've talked about pediatrician
15  within IU Health, an endocrinologist within IU
16  Health, this therapist outside of IU Health.
17         Does K.C. see any other medical
18  providers?
19       A.    To my knowledge, she doesn't see
20  anyone else.  She was diagnosed with some
21  other conditions through Sarah Ragonese.
22    Q.    And these are not related to mental
23  health or gender dysphoria or other similar
24  things?
25       A.    I don't know all the things that

Page 61

1 Sarah Ragonese diagnosed, but -- yeah, I'm not
2 sure.
3       Q.   Okay.  When you were deciding that
4 K.C. would receive puberty blockers, did the
5 medical provider tell you about any
6 alternative courses of treatment?
7       A.   Because we've been working with the
8 medical provider, they -- when you say other
9 courses of treatment, like, what are you
10 talking about?
11       Q.   I don't have anything necessarily
12 in mind.  I'm just wondering if K.C.'s medical
13 providers talked with you and Beth about
14 alternatives to K.C. receiving puberty
15 blockers?
16       A.   Because we've been working with
17 this provider since roughly 2017, I mean,
18 we've already done counseling and stuff like
19 that.  So there weren't really any other
20 options.
21       Q.   So my understanding is that you
22 were mostly talking with an endocrinologist
23 when making the decision on puberty blockers,
24 correct?
25       A.   Yes.  And so our endocrinologist

Page 62

1 works at the Riley Gender Clinic and is also
2 K.C.'s endocrinologist for Type 1 diabetes.
3 So we see her a lot.
4       Q.   And what did the endocrinologist
5 say about the counseling that K.C. had
6 received?
7       A.   That part, I don't recall.
8       Q.   Are you aware of the percentage of
9 individuals who stop identifying as
10 transgender or stop experiencing gender
11 dysphoria over time?
12       A.   I have heard it's a ridiculously
13 small number.
14       Q.   Do you know where you heard that?
15       A.   There have been various things that
16 I have read.
17       Q.   Do you recall if it was in the
18 discussions with the medical provider about
19 puberty blockers?
20       A.   I know it wasn't from the doctor.
21       Q.   Has K.C. experienced any side
22 effects from taking puberty blockers?
23       A.   No.
24       Q.   And how are the puberty blockers
25 administered to K.C.?

Page 63

1       A.   It's an implant in her biceps.
2       Q.   Talking about estrogen, I know we
3 sort of talked about it earlier, but I don't
4 think we went in a logical line.
5       A.   I very rarely go in a logical line.
6       Q.   Well, I think it was partly my
7 questions.
8            What do you know about an estrogen
9 treatment for gender dysphoria?
10            MR. FALK:  I'm just going to object
11       for the record.  Even though you're not
12       going in a logical line, these questions
13       have been asked before.
14            But go ahead and answer.
15       A.   As far as estrogen goes, I know
16 that if K.C. receives estrogen, she would
17 develop in the same way that other females go
18 through puberty, with the exception of the
19 fact that she will never menstruate.  But she
20 would still grow breasts and things like that.
21 BY MS. HOLMES:
22       Q.   Do you know what K.C. knows about
23 these hormones?
24       A.   I don't know everything that she
25 knows about them.  But I know that -- and have

Page 64

1 explained to her that she would develop the
2 way I just explained.
3       Q.   Does K.C. know what menstruation
4 is?
5       A.   Oh, yes.
6       Q.   What's K.C.'s reaction to knowing
7 that menstruation won't be part of her
8 puberty?
9       A.   When she was four or five, we
10 explained to her that she would not be able to
11 get pregnant.  And that was a blow to her.
12       Q.   Before that conversation, had K.C.
13 expressed a desire to become pregnant in the
14 future?
15       A.   She played with baby dolls and --
16 yeah.
17            My older daughter has offered a
18 uterine and ovary transplant if possible.
19       Q.   When talking with the medical
20 providers about hormones, what information was
21 given to you about the benefits of hormone
22 therapy?
23       A.   The benefits that were given were
24 that K.C. would develop like the way she sees
25 herself internally.

Page 65

1      Q.   And what information was given to
2  you about the risks of hormones?
3      A.   As far as the risks go, I think as
4  we have mentioned in talking with our provider
5  and the way K.C. has seen herself since she
6  was three and a half -- or her whole life, but
7  she told us at three and a half, I think the
8  benefits have always been portrayed as
9  outweighing the side effects.
10     Q.   And when you say they've always
11 been portrayed, do you mean by the doctors or
12 in your own view?
13     A.   Again, C, all of the above, because
14 we talked about earlier if K.C. were to go
15 through a testosterone-rich puberty, that's
16 not okay.
17     Q.   Could you name any of the specific
18 risks that were disclosed to you by the
19 medical providers?
20          MR. FALK:  And I'm going to
21          object -- of course, you can answer.
22          But I do believe his earlier testimony
23          was that they haven't really gotten to
24          the formal discussion of this yet
25          because she's only ten and just started

Page 66

1          puberty blockers, but if they discussed
2          it with you, by all means.
3      A.   To Ken's point, we haven't gotten
4  to that part yet.
5  BY MS. HOLMES:
6      Q.   Do you know when you might get to
7  that part?
8      A.   Well, what the doctors have told us
9  is that puberty blockers should be for two to
10 three years, and we'll start having those
11 discussions a little closer to that time.
12     Q.   And for you, what kind of
13 information are you going to want once you
14 start having those discussions?
15     A.   Having an older son and an older
16 daughter, I've seen both puberties come about.
17 I'll ask for side effects, but I'm not really
18 worried about them because my goal here is to
19 keep my kid around.
20     Q.   Are you familiar with gender
21 transition surgeries?
22     A.   I am.  But that's not something
23 that we're looking into until K.C. is over the
24 age of 18.
25     Q.   And why not?

Page 67

1      A.   Because she's not done growing.
2      Q.   Has K.C. expressed a desire for
3  surgeries?
4      A.   When she was four, she asked when
5  she was going to get her vagina, but we
6  explained that that wasn't an option, and
7  that's all.
8      Q.   What was K.C.'s reaction when you
9  explained that?
10     A.   She was a little discouraged, but,
11 I mean, she took it in stride.
12     Q.   Have any medical providers
13 mentioned surgeries to you?
14     A.   No.  They've specifically told us
15 that surgeries are not available until she's
16 18.
17     Q.   Do you feel concerned about the
18 risks of puberty blockers for K.C.?
19     A.   No.
20     Q.   And what made you think that the
21 benefits outweighed the risks?
22          MR. FALK:  Objection, asked and
23          answered repeatedly, but go ahead.
24     A.   Just seeing my kid's mental health.
25

Page 68

1  BY MS. HOLMES:
2      Q.   Why did you decide to consent to
3  these treatments for K.C.?
4          MR. FALK:  Asked and answered.
5      A.   Her mental health.
6  BY MS. HOLMES:
7      Q.   What mental health assessments were
8  performed on K.C. prior to receiving the
9  puberty blockers?
10     A.   I am not sure of all the
11 assessments that were done.
12     Q.   And I'm specifically talking about
13 through Riley Health by the medical providers
14 who are going to perform -- or prescribe the
15 puberty blockers.
16     A.   So as I mentioned earlier, Beth
17 does more of the doctors' appointments than I
18 do.  So I'm not aware.
19          MS. HOLMES:  I think I'm just about
20          done.
21          MR. FALK:  Okay.
22          MS. HOLMES:  I will note that I
23          think we have a pending question about
24          the names of the books.
25          MR. FALK:  Right.  We got them.

Page 69

1    Why don't we talk after break.
2        MS. HOLMES:  Yeah, we can take a
3    break now.
4        (A recess was taken between
5        11:58 a.m. and 12:14 p.m.)
6    BY MS. HOLMES:
7        Q.   I just have, I believe, a couple
8    more questions.
9            Now, you mentioned earlier TASC?
10       A.   Uh-huh.
11       Q.   And I was wondering, have you
12   sought information or support for any other
13   groups related to K.C. growing up transgender?
14       A.   No other groups.  K.C. does go to a
15   camp for gender-diverse kids.
16       Q.   When did K.C. start going to that
17   camp?
18       A.   Two years ago.
19       Q.   Is that, like, a summer camp?
20       A.   It is.
21       Q.   Sleep away?
22       A.   Yes.  But because she's Type 1
23   diabetic, I have to stay up there.
24       Q.   And what's the name of that camp?
25       A.   Really, like, the camp is -- am I

Page 70

1    allowed to say the name?
2        MS. CLAWSON:  You're allowed to say
3    the name.  You're just not allowed to
4    say the name.
5        A.   Camp Aranu'tiq.  And how you spell
6    that, I have no idea.  And it's an indigenous
7    word.
8    BY MS. HOLMES:
9        Q.   Do you know who, like, is there an
10   organization that puts on this camp?
11       A.   Harbor Camps.
12       Q.   In closing, did you understand each
13   of my questions that I asked you today?
14       A.   Mostly.
15       Q.   Are there any questions that we
16   need to go back to clarify?
17       A.   I don't think so.
18       Q.   Do you need to correct any of your
19   answers?
20       A.   No.
21       MS. HOLMES:  Okay.  Then that is
22   all I have.
23       MR. FALK:  Off the record for a
24   second.
25

Page 71

1        (Discussion off the record.)
2            EXAMINATION
3    BY MR. FALK:
4        Q.   You were asked some questions about
5    books that you had read.  I think you
6    mentioned one of them.  You now have the names
7    of the others; is that correct?
8        A.   Yes.
9        Q.   Would you mind reading them into
10   the record?
11       A.   Yes.
12           The one that I mentioned, I was
13   wrong with the title.  It's called "Raising
14   the Transgender Child" by Dr. Michele Angello
15   and Ali Bowman.
16           Then there was "Raising My Rainbow"
17   by Lori Duron, and then "Becoming Nicole" by
18   Amy Ellis Nutt.
19       Q.   Thank you.  During your deposition,
20   you were asked why you wanted to change K.C.'s
21   gender marker.  You answered the question.
22   How did she react to having her gender marker
23   changed?  Did she view it?
24       A.   Oh, she loved it.
25       Q.   Why is that?

Page 72

1        A.   Well, seeing her birth certificate
2    with the F on it just made her feel validated,
3    and that she was who she knew herself to be.
4        Q.   And you were asked a number of
5    questions throughout the deposition about the
6    doctors you saw, and you mentioned that the
7    endocrinologist from Riley is the person you
8    primarily have been working with; is that
9    right?
10       A.   Yes.  But when we went to -- when
11   we had gone to the gender clinic, we didn't
12   meet with our endocrinologist.  We met with a
13   couple other doctors and nurses at the gender
14   clinic.  We went once, and then we went
15   basically a year later.  But we interacted
16   with the endocrinologist the most, but yeah,
17   we saw other people.
18       Q.   And if I've learned something in
19   this deposition, it's not to ask you directly
20   about a specific date.  So if the medical
21   records reflect that you first went to the
22   Riley gender health clinic in May of 2017, is
23   that consistent with what you remember?
24       A.   Yes.
25       Q.   And at that point, you were asked

Page 73

1  some questions by counsel about what you were
2  told and what have you.  Did they also talk to
3  you about hormones and development and --
4  pubertal development and when hormones would
5  be appropriate?
6      A.   Yes.  It was one of those where
7  they talked about those things, and we --
8  because this was 2017-2018, like, they laid
9  out a road map, but we weren't there yet.
10     Q.   And that's why your appointment was
11 a year apart?
12     A.   Yes.
13     Q.   And did they give you written
14 materials as well as talking to you about
15 puberty blockers?
16     A.   They did.  As I mentioned, Beth
17 handles more of -- all that stuff.
18     Q.   I think we know why too.
19     A.   Exactly.
20     Q.   But you remember that they gave you
21 written materials?
22     A.   Yes.
23     Q.   Now, both they and your
24 endocrinologist at various times talked to you
25 about the effects of puberty blockers; is that

Page 74

1  right?
2      A.   Yes.
3      Q.   And this is -- I'm sorry.  Strike
4  that.
5           Did they tell you what the primary
6  effect of the puberty blocker would be?
7      A.   Yes.
8      Q.   And what would that be?
9      A.   That K.C.'s gender dysphoria would
10 decrease while she was taking it because she
11 wasn't going through a testosterone-rich
12 puberty.
13     Q.   And you had talked about her fear
14 of a testosterone-based puberty.  Have you
15 seen an increase as -- and you mentioned the
16 taking the frequent baths with the body odor.
17 Have you witnessed an increase in her distress
18 and anxiety leading up to the puberty blocker?
19     A.   Unfortunately, we have.  She talks
20 about being a burden to Beth and I.  And she
21 also -- I mean, even yesterday, we went to
22 Target, and we went all up and down the
23 cosmetic aisles and the skin care aisles
24 looking for things that -- she carried the
25 basket.  And she grabbed so many things that

Page 75

1  would help her just feel better about herself.
2      Q.   And this feeling of not feeling
3  good about herself, has that been increasing
4  with her approaching puberty?
5      A.   Very much so.
6      Q.   And you mentioned that she's been
7  saying that she's a burden to you and your
8  wife; is that correct?
9      A.   Yes.
10     Q.   And you were asked some questions
11 about the incident where she put a bag over
12 her head.
13          At that time was she also voicing
14 that concern or that statement, that she's a
15 burden?
16     A.   Beth has told me that she did.
17     Q.   Okay.
18     A.   But she is such a mama's girl that
19 I end up hearing a lot of the things from Beth
20 about K.C.'s mental health.
21     Q.   Okay.  That sort of reporting from
22 your wife or hearing it yourself, is that
23 something that had lessened since that time,
24 with her social transition leading up to
25 increasing for puberty?

Page 76

1      A.   Yes, in that she -- basically
2  everything kind of comes in waves.  And she,
3  with being worried about the onset of puberty,
4  I feel like right now we're on the downward
5  slope from a peak that happened when her
6  armpits started stinking.
7      Q.   A bad peak?
8      A.   A bad peak.
9      Q.   Usually I think of peaks as good
10 things.
11     A.   Yeah.
12          MR. FALK:  I have no further
13 questions, thank you.
14          MS. HOLMES:  I have a few more
15 questions just in light of Ken's
16 questions.
17          FURTHER EXAMINATION
18 BY MS. HOLMES:
19     Q.   We were talking about the medical
20 providers at Riley laying out a road map.
21          Was that at that first appointment?
22     A.   So when we went to that first
23 appointment, they talked through how,
24 basically, when trans kids with gender
25 dysphoria can go through and, like, they

Page 77

1  mentioned that the first step was social
2  transition, the second step was puberty
3  blockers, then it was the correct hormones for
4  their gender identity. And that was what they
5  laid out for us. Really every time -- because
6  we were very accepting parents, when we went
7  to Riley, they laid it out, and we were, like,
8  okay, this makes sense.
9      Q. At that point, had K.C. socially
10 transitioned?
11     A. Yes. K.C. had socially
12 transitioned before we went to Riley the first
13 time.
14     Q. You described an increase in
15 distress and anxiety recently.
16         Has K.C. been to counseling during
17 the same time period?
18     A. So because I was off on the timing
19 and I said, like, six to seven months, and in
20 talking to Beth it was closer to a year, I
21 don't recall if she has been back to the
22 therapist in the last year.
23     Q. And is it correct that K.C. goes to
24 a therapist when K.C. asks to go?
25     A. Uh-huh, that is correct.

Page 78

1          MS. HOLMES: I have no --
2      A. And there are times where, as
3  parents, we also say, hey, you might want to
4  go and see the therapist right now.
5  BY MS. HOLMES:
6      Q. And does K.C. agree when you
7  suggest it?
8      A. Yes.
9      Q. And have you suggested it in the
10 last year?
11     A. That's a question for Beth.
12         MR. FALK: She has the answers.
13 BY MS. HOLMES:
14     Q. But in your knowledge, you have not
15 suggested?
16     A. I'm really bad with time. But it
17 hasn't been something that we have suggested.
18     Q. Okay. Thank you.
19         MS. HOLMES: No further questions.
20 Thank you very much.
21         MR. FALK: Thank you. I have
22 nothing further. Thank you.
23         CERTIFIED STENOGRAPHER: Are we
24 doing signature on these?
25         MR. FALK: Please.

Page 79

1          MS. HOLMES: And rough draft and
2  expedite delivery, please.
3          MR. FALK: I don't need a rough,
4  but I will take the expedited, please.
5          (Time noted: 12:30 p.m.)
6
7          FURTHER THE DEPONENT SAITH NOT.
8
9          (Signature requested.)
10
11
12
13
14
15
16
17
18     _____
       NATHANIEL CLAWSON
19
20
21
22
23
24
25

Page 80

1  CERTIFICATE OF CERTIFIED MACHINE STENOGRAPHER
2      I, Amy Doman, Registered Merit Reporter,
3  Certified Realtime Reporter, Certified
4  Shorthand Reporter in the states of
5  California, Texas, Illinois, and Washington,
6  and Notary Public in and for the County of
7  Hamilton, State of Indiana, do hereby certify
8  that NATHANIEL CLAWSON, the deponent herein,
9  was by me first duly sworn to tell the truth
10 in the aforementioned matter;
11     That the foregoing deposition was taken on
12 behalf of the Defendants, on Monday,
13 May 22, 2023, pursuant to the Federal Rules of
14 Civil Procedure;
15     That said deposition was taken down by me,
16 a certified machine stenographer, in
17 stenographic notes translated in realtime to
18 English; the final transcript prepared and
19 certified by me as a true and accurate record
20 of all proceedings held on the record; that
21 the opportunity to review and sign was
22 requested; that counsel and all in attendance,
23 both in person and remotely, have been noted
24 on the appearance page.
25     I do further certify that I am a

Page 81

```
 1   disinterested person in this cause of action;
 2   that I am not a relative or attorney of either
 3   party or otherwise interested in the event of
 4   this action, financial or otherwise; that I am
 5   not in the employ of the attorneys for any
 6   party; that I, as an independent contractor,
 7   have not accepted nor been advised of any
 8   discounted rates offered to any party in this
 9   action for my stenographic services;
10       In witness whereof, I have hereunto set my
11   hand and affixed my notarial seal on this
12   completed 81-page transcript on this 23rd of
13   May, 2023.
14
15
16
17
18
19           Amy Doman, RMR, CRR, CSR
             California CSR Number 14465
             Texas CSR Number 6203
20           Illinois CSR Number 084004926
             Washington CSR Number 22031067
21           Notary Public NE0705866
22   My Commission Expires:
23   September 30, 2025,
24   Residing in Hamilton County, Indiana
25
```

## Exhibits

**Nathaniel Clawson Ex 01** 4:12 7:11,14

**Nathaniel Clawson Ex 02** 4:13 8:1,4

**Nathaniel Clawson Ex 03** 4:14 12:7,10

## 1

**1** 7:11,14 62:2 69:22

**10** 13:15 19:8

**10:17** 30:22

**10:56** 47:5

**11:08** 47:5

**11:58** 69:5

**12:14** 69:5

**12:30** 79:5

**15th** 18:1

**16** 37:4

**17** 19:8 37:5

**17-year-old** 32:15

**18** 21:24 66:24 67:16

**19** 19:8

**19-year-old** 32:15

## 2

**2** 8:1,4,16

**2010** 15:5

**2011** 15:10

**2013** 15:10

**2016** 23:12 37:1 57:14 58:5,12

**2017** 28:13 29:20 37:4 56:21 61:17 72:22

**2017-2018** 73:8

**20th** 18:20

## 3

**3** 12:7,10 56:5

**36** 21:24

## 4

**4** 12:17

**43** 13:24

**480** 9:3,6,13 10:1

## 9

**9:21** 5:1

## A

**A** 47:4 69:4

**a.m.** 5:1 47:5 69:5

**ability** 6:2

**able** 21:4 29:11,16 64:10

**about** 9:5,13,18 10:7,21 11:8,15 12:25 13:11,19 16:2 22:8 23:25 26:21 27:16 30:8 32:12,22 35:7,22 37:4 39:9,11 40:24 41:7,16 42:23 44:12,15,17 46:17,22 47:1,15,20 48:16,22 49:22 50:12,14 51:10,14, 22 52:3,14,20,23,25 53:10,22,24,25 54:4,7,8,10,24 55:3,4,16 56:14 60:14 61:5,10,13 62:5,18 63:2,3,8, 22,25 64:20,21 65:2,14 66:16,18 67:17 68:12,19,23 71:4 72:5,20 73:1,3,7,14,25 74:13,20 75:1,3,11, 20 76:3,19

**above** 41:13 65:13

**abroad** 15:15

**accepting** 77:6

**accounting** 16:8

**accurate** 12:21 13:4

**action** 8:17 56:24

**actions** 10:3

**actually** 50:3 58:21

**administered** 62:25

**adults** 26:14

**adverse** 59:13

**advise** 50:9

**advised** 49:20,24

**afraid** 42:1

**after** 23:13,17,19,22 27:21,25 36:21 38:16 39:4,5 69:1

**again** 6:13 26:18 28:23 29:11 30:15 43:13 60:3 65:13

**age** 23:5 26:19 28:12 41:16 46:22 56:5 66:24

**ages** 19:7

**ago** 35:23 38:9 41:23 42:9 47:1 69:18

**agree** 78:6

**ahead** 28:19 63:14 67:23

**aisles** 74:23

**Ali** 71:15

**align** 54:14

**all** 10:17 16:9 17:21 19:5 21:8 22:10 27:19 29:8 34:15 38:11 40:10 41:12 44:18 45:4 46:4 48:14 49:5 52:22 55:22 60:25 65:13 66:2 67:7 68:10 70:22 73:17 74:22

**Allies** 26:5

**allowed** 70:1,2,3

**along** 10:10

**already** 50:11 61:18

**also** 8:4 10:14 11:3 19:20 21:20 27:10 29:5 32:4 41:4 48:22 62:1 73:2 74:21 75:13 78:3

**alternative** 61:6

**alternatives** 61:14

**always** 10:17 27:18 36:15 65:8,10

**am** 8:21 10:16 13:9 16:20 17:5,13 18:3,13 24:19 43:13 54:7 66:22 68:10 69:25

**amazing** 56:3

**Amy** 71:18

**an** 5:7,13 7:9 9:9 17:3,17 22:19 26:10,12,13 37:7 46:7 47:22 49:19 60:15 61:22 63:1,8 66:15 67:6 70:6,

9 74:15,17 77:14

**analysis** 15:1

**and** 5:13,24 6:9,10,12,15,24 7:20,25 8:7,10,19,22,23,25 9:7,8,12,15 10:3, 12,15,16,21,25 11:7,12 12:13,14,17, 22 13:6,19,23 14:2,14,19,21,23,24 15:1,3,6,11,18 16:6,7,8,9,13,16,19, 21 17:11,17 18:2,4,12,14,24 19:4,5, 7,8,9,10,12,15 20:2,4 21:2,9,10,11, 12,18,19,24,25 22:2,6,8,11,13,14, 15,16,19,20,22,23,24,25 23:8,18,24 24:3,9,11,14,20 25:3,4,5,14,21 26:7, 10,13,14,21,22,25 27:2,9,12,15,19, 22,23,24 28:1,2,14,18,19,24 29:10, 23 30:4,11 31:3,5,11,15,16,19,20 32:4,14,15,17,19,20,23 33:22 34:4,9 35:3,5,11 36:8,12,14,16,18 37:2,5,6, 11,13,22 38:3,10 39:12,13,15,21 40:1,10,24 41:4,14,24 42:2,7,20,21 43:12,16,22 44:11,12 45:8,13,20,23 46:1,3,4,16,18,22 47:5,13,16,20 48:1,4,5,8,11,13,15,18,22 49:7,12, 23 50:12 51:1,2,5,7,20,24 52:19 53:1,8,13,19,22,23 54:8,11,16,17, 19,23 55:7,11,12,19 56:4,6,10,13, 20,23 57:24 58:7,9,14,17 59:5,17,21 60:7,11,22 61:13,18,25 62:1,4,24 63:14,20,25 64:11,15,18 65:1,5,6,7, 10,20,25 66:10,12,15,25 67:6,20,22 68:4,12 69:5,11,24 70:5,6 71:15,17 72:3,4,6,13,14,18,25 73:2,3,4,7,10, 13,23 74:3,8,13,15,18,20,22,23,25 75:2,6,7,10 76:2,25 77:4,7,15,19,23 78:2,4,6,9 79:1

**Angello** 71:14

**Anna** 22:23

**anniversary** 18:20

**another** 12:5

**answer** 6:1,18,25 18:9 19:21 20:19 55:9 63:14 65:21

**answered** 42:7 55:8 67:23 68:4 71:21

**answers** 6:2,13 70:19 78:12

**anti-trans** 9:8,9

**anxiety** 74:18 77:15

**any** 6:18,21,24 10:3,9 11:24 16:11, 16,23 17:14 24:9 32:1,25 33:10,13, 16 34:10 38:24 39:2 40:7 49:8 53:23 55:15 56:16 57:6,8 58:21,23 59:3,8, 9 60:17 61:5,19 62:21 65:17 67:12

69:12 70:15,18

**anybody** 22:11 48:5

**anyone** 11:8 29:23 60:20

**anything** 7:3 12:20 13:3,12 24:10 26:1 29:14 39:8 61:11

**anywhere** 14:4,7

**apart** 10:4 73:11

**apologize** 38:1

**Appalachian** 14:10 16:6

**appointment** 35:15,19,21 36:3,21 37:13,15,20 41:11 73:10 76:21,23

**appointments** 24:3 29:8 30:6,17,19 68:17

**approaching** 75:4

**appropriate** 46:14 73:5

**approximately** 41:15

**apps** 34:24

**Aranu'tiq** 70:5

**are** 7:6 8:19,22 9:15 13:23 16:23 17:2 19:5,7,9,12 25:13,15 28:20 31:22 32:6,25 33:5,10,13 38:11 40:18 46:2 48:2 51:5,13,16 52:2 59:1 60:22 61:9 62:8,24 66:13,20 67:15 68:14 70:15 78:2,23

**armpits** 41:24 76:6

**around** 21:11 22:15 23:5,7,11 37:16 38:3,23 66:19

**array** 29:25

**arrested** 13:21

**artist** 39:16

**as** 5:3,13,16 6:3 9:3 13:4 21:4,11 22:16 24:15 26:1 27:2,19 28:3,18 29:2 30:13 32:14,24 33:8,21,23 34:1 36:17 38:18 40:11 42:4,17 45:13,19, 23,24 46:25 49:7 50:20,25 51:25 62:9 63:15 65:3,8 68:16 73:14,16 74:15 76:9 78:2

**ask** 5:24 6:18 12:25 13:6,18 30:15 58:2 66:17 72:19

**asked** 22:17 42:7 55:7 63:13 67:4, 22 68:4 70:13 71:4,20 72:4,25 75:10

**asking** 10:7 11:20 42:12 47:7 52:3

**asks** 58:9 77:24

**ASMR** 35:5

**assessments** 68:7,11

**assigned** 20:10,13

**associated** 8:23

**assume** 6:4 20:22

**assuming** 45:14

**at** 9:16 11:4 13:4 14:21,24 20:2,4,10, 13 21:5 22:4,8,9 23:8,22 24:7,15,20, 24 26:2,19 27:1,9,17,20,21 28:7,11 30:5,8,18 31:5,8,10 32:2,23 33:5,9, 10 35:14,18,21 36:2,20 37:13,19 38:6 43:2 46:22 48:1,14 51:22 52:4 53:9 54:1,2 56:5 62:1 65:7 72:13,25 73:24 75:13 76:20,21 77:9

**attacking** 29:21

**attacks** 28:16

**attorney** 5:7 13:6 27:15

**attorneys** 7:3 11:7

**author** 10:15

**available** 67:15

**aware** 57:10 62:8 68:18

**away** 11:1,4 32:17 69:21

**awesome** 39:13,22

---

**B**

**baby** 64:15

**back** 14:13 23:1 24:10 27:25 28:25 35:7 36:7,9,15,22,25 38:13 42:23 51:19 56:20 58:10 70:16 77:21

**background** 13:18 16:3

**bad** 23:22 28:20 76:7,8 78:16

**bag** 56:20 75:11

**based** 22:6 25:22 49:15

**basically** 22:16 25:13 28:20,24 34:7 39:16 48:1 52:22 54:9 72:15 76:1,24

**basket** 74:25

**bathroom** 27:24,25

**baths** 41:25 46:15,24 74:16

**bathtub** 22:14

**be** 5:8,14 6:3 7:14 10:6,23 11:19 19:4 22:8,9 29:11,16 30:8,16 32:18, 19 41:3 47:10 48:25 49:17 51:10,11 53:17,20 55:24 64:7,10 66:9 72:3 73:5 74:6,8

**became** 39:16

**because** 9:22 11:1 13:9 15:14 20:23 22:18 25:6 28:3,15,16 31:24 34:8 39:14 41:6 42:1 45:3,22 48:3 54:13 61:7,16 65:13,25 66:18 67:1 69:22 73:8 74:10 77:5,18

**become** 14:25 22:6 64:13

**Becoming** 71:17

**been** 5:3 12:23 13:21 15:13 18:17, 24 21:4 23:16 28:22 29:2,20 31:5,7 32:13,21 33:7,8 36:15,18 37:15,16, 17 41:1,23 42:19 43:1,6,9 46:7 51:12 52:2 53:2,3,24 54:21 55:1,3 61:7,16 62:15 63:13 65:8,11 72:8 75:3,6 77:16,21 78:17

**before** 5:20 6:19 18:24 21:7 23:6,13, 17,19 31:9 37:17 45:10,17 46:13 48:9,20 51:10 63:13 64:12 77:12

**began** 26:19 33:23

**begin** 43:4 44:21

**beginning** 46:23 58:5,12

**behavior** 38:19

**behaviors** 21:15,23 35:9 38:17

**being** 7:6 10:4 30:11,12 39:11 53:17 74:20 76:3

**believe** 28:7 65:22 69:7

**benefits** 54:5 55:5,11,16 64:21,23 65:8 67:21

**besides** 14:5 25:25 34:23 56:17

**best** 6:2,11 11:17 35:24 44:24 57:20

**Beth** 9:14 12:14 18:12,14 19:5 21:12,18 22:13,19 23:21 24:2,5,14 32:16 34:14 39:14 44:11 53:7,21 58:1 59:2 61:13 68:16 73:16 74:20 75:16,19 77:20 78:11

**better** 26:6 31:18 42:8 52:11 75:1

**between** 21:24 38:7,9 47:4 69:4

**biceps** 63:1

**big** 15:24 29:19

**bigger** 56:8

**bill** 10:16

**bin** 21:10 27:19

**birth** 20:2,4,10,13 28:9,19 72:1

**bit** 28:7 30:7 31:18 46:3 48:11

**blocker** 13:12 43:14,21 44:16 48:9 49:9 51:6 54:17 74:6,18

**blockers** 13:1 40:16,19 41:6,8,17, 20 42:3,17 43:3,8,10,18 44:7,22 45:18 46:13 47:8,9,25 48:19 51:16, 19,22 52:14,21 53:4,6,11 54:6 55:17 61:4,15,23 62:19,22,24 66:1,9 67:18 68:9,15 73:15,25 77:3

**blocking** 40:16,25

**blood** 43:20

**Bloomington** 14:3,5,12,14,16,17 15:4 26:4 31:3 37:12 40:6 60:12

**blow** 64:11

**body** 74:16

**bone** 41:4 52:24 53:12

**book** 25:23

**books** 21:19 24:18,19,21 25:2,3,25 38:9 68:24 71:5

**born** 20:3,6

**Boston** 16:20

**both** 32:6 57:25 66:16 73:23

**bought** 22:22

**Boulevard** 37:12 40:6

**bouncing** 11:23

**Bowman** 71:15

**boy** 56:6

**boys** 48:3

**brain** 38:12

**Brake** 14:19 15:2

**Bray** 10:15

**break** 6:16,19 24:25 46:6,7 47:3 69:1,3

**breakfast** 10:12

**breasts** 63:20

**bring** 10:20 11:21

**bringing** 11:9 12:2

**broader** 27:2 29:25

**broadly** 40:3,4

**brother** 32:20

**brought** 9:2 14:15 15:11 38:20,21 53:14

**bucks** 15:24

**burden** 74:20 75:7,15

**but** 11:11 17:24 18:9 20:22 23:22 24:5 25:2,21 26:13,24 27:13,20 28:25 29:9,12,19 31:16 33:19 34:11, 13,21 36:5 42:8,23,25 43:14 44:15 45:24 46:2 48:7 50:19 52:15 53:7 54:1,12 55:2,11 56:8 58:17 59:11, 12,24 61:1 63:3,14,19,25 65:6,22 66:1,17,22 67:5,10,23 69:22 72:10, 15,16 73:9,20 75:18 78:14,16 79:4

**by** 5:5 7:13 8:3 12:1,9 13:14 14:1,23 16:1,25 17:10 18:11,22 20:1,10 21:1 24:23 25:8 27:8 28:5 30:24 31:21 36:9 40:14,23 42:14 46:11 47:6,13, 14,24 48:9 49:13 50:7 52:12 54:16 55:14 56:24 60:10 63:21 65:11,18 66:2,5 68:1,6,13 69:6 70:8 71:3,14, 17 73:1 76:18 78:5,13

---

**C**

**calcium** 53:18,20

**call** 53:15,18

**called** 25:16,19 26:4 71:13

**came** 14:12,13,16 15:4

**camp** 69:15,17,19,24,25 70:5,10

**Camps** 70:11

**can** 12:24 13:6 16:2 18:9 19:21 20:19,22 24:16,24 28:25 32:12 34:25 46:3,4,6 49:2 51:11 52:11 53:17,20 54:16 55:9 58:2 65:21 69:2 76:25

**can't** 6:25 28:2,22 36:4 38:12 44:24, 25 47:16 48:25 56:13

**cannot** 6:21

**care** 39:23 40:8,9,11 74:23

**Carlisle** 14:19,24 15:1

**Carolina** 14:10,12

**carried**  74:24

**case**  7:18 8:11 25:18

**celebrated**  18:20

**certificate**  28:9,19 72:1

**CERTIFIED**  78:23

**challenging**  9:2

**chance**  44:20 50:19

**change**  26:24 27:3 28:8,14,16,19, 21,25 29:4,6,16,24 71:20

**changed**  13:7 28:23 29:1 37:3 71:23

**changes**  12:23 28:25 39:4 48:24 54:9

**channels**  35:3

**Charlotte**  14:11

**child**  12:24 25:4,19 30:10 49:8 71:14

**child's**  5:14

**children**  19:2,7,12 51:16

**Childs**  31:10 34:8

**China**  14:13 15:6,11,14,15,17 16:10

**Chinese**  16:11

**cisgender**  18:3

**clarify**  6:11 49:3 52:11 70:16

**clarifying**  51:25

**Clarizz**  37:11 40:6

**class**  8:16 31:16 32:4

**Clawson**  5:2,12 12:14 18:12 52:8 70:2 79:18

**clear**  11:19 19:5

**clinic**  40:2 62:1 72:11,14,22

**close**  11:10,13,20 27:7

**closer**  66:11 77:20

**closet**  32:14,22

**closing**  70:12

**college**  15:15 16:5

**come**  22:25 49:8 66:16

**comes**  44:4 56:10 76:2

**coming**  9:11,15 29:24 38:17

**comment**  44:25

**Community**  26:5

**company**  15:13,16,18

**compensated**  7:6

**complaint**  8:10,12,17,23,24 9:1

**computer**  16:7

**concern**  55:12 75:14

**concerned**  51:12 67:17

**concurrent**  57:24

**conditions**  38:24 39:2 60:21

**confidentiality**  5:16

**confirm**  35:13

**Congratulations**  18:23 31:14

**consent**  68:2

**consider**  42:2

**considerations**  30:1,3

**considered**  10:5

**consistent**  72:23

**consult**  23:8

**consulted**  22:20 23:10,14

**contents**  8:20,21,22

**contexts**  27:10

**continue**  47:25

**conversation**  20:15 64:12

**conversations**  23:17 52:25 53:2

**coplaintiff**  18:14

**corporate**  14:24

**correct**  12:16 30:20 35:16 59:16 61:24 70:18 71:7 75:8 77:3,23,25

**corrected**  55:2

**cosmetic**  74:23

**could**  11:25 22:11,17 24:23 30:7 39:20 41:3 45:10 46:8 53:12 60:1,3 65:17

**couldn't**  31:25 45:3,20

**counsel**  11:12,17 73:1

**counseling**  61:18 62:5 77:16

**County**  10:11

**couple**  24:18 46:9 69:7 72:13

**course**  65:21

**courses**  61:6,9

**court**  5:25 6:4

**CPA**  14:23

**criteria**  51:2,3,5,10

**current**  16:19

**cut**  22:17 56:7,9,11

**D**

**dance**  21:11

**date**  13:4 42:20 72:20

**dates**  23:22 43:13

**daughter**  22:25 24:10 26:16 36:6,8, 14 39:15 64:17 66:16

**daughter's**  11:3,4 25:14 44:24 54:24 55:12

**day**  12:3 26:11 27:19 31:23 42:1 46:16,24

**days**  38:9

**dealing**  19:21

**decades**  41:2

**decide**  10:19 44:21 68:2

**decided**  10:23 23:1,18 29:4 52:5 57:24

**deciding**  43:17 61:3

**decision**  11:21 24:6 28:18 29:22 30:5 44:6,7,10,13,23 45:4,10,17 51:20 61:23

**decision-making**  45:23

**decisions**  11:2 44:18 51:1

**declaration**  12:13,21 28:8

**decrease**  74:10

**deeper**  49:5

**defendants**  5:7

**definitely**  37:17 52:4

**delivery**  79:2

**demeanor**  39:7

**density** 41:4 52:24 53:13

**DEPONENT** 79:7

**deposition** 5:8,15,19 7:4,17 71:19 72:5,19

**depressed** 22:6,8,12 36:10

**depression** 23:4 24:12 36:1 57:16 59:5,10,15

**depressive** 59:5

**described** 35:9 36:1 77:14

**describing** 39:5

**desire** 46:12 57:8 64:13 67:2

**desires** 56:17

**determine** 44:1

**develop** 63:17 64:1,24

**development** 73:3,4

**device** 12:25

**diabetes** 40:11 62:2

**diabetic** 69:23

**diagnosed** 37:14,25 38:4,24 39:1 59:4 60:20 61:1

**diagnoses** 58:23 59:1

**did** 7:3 9:5,25 10:2,3,8,19 11:8 15:14 16:7,11,16 20:18 21:5,15 22:2,20 23:8 26:1,7,19,22,24 27:2 28:8,10 29:10,23 30:16 35:13 36:21 38:5 41:7 42:9 45:9 46:12,17 48:18 49:19 51:21 55:5,15 57:11,18 59:11,12 61:4 62:4 68:2 69:16 70:12 71:22,23 73:2,13,16 74:5 75:16

**didn't** 21:18 22:18 32:20,21 36:16 50:8 56:15 59:12 72:11

**different** 11:13 13:13 21:15 24:18 25:2 42:12 44:9 45:1 58:17 59:20

**directly** 72:19

**disclosed** 65:18

**discouraged** 67:10

**discussed** 36:2,5 66:1

**discussing** 42:16 53:3

**discussion** 5:18 11:6 30:23 45:19, 21 51:4 65:24 71:1

**discussions** 35:21 62:18 66:11,14

**disorder** 59:5

**distance** 32:17

**distress** 74:17 77:15

**distressed** 47:15

**do** 6:10 7:3,14 8:4,9 9:12 12:1,3,10, 12 14:2 15:3 16:25 17:22 18:8 19:2, 17 20:8,12 23:24 24:24 28:2,11 29:11 31:19 32:9 33:22,25 34:18,23 35:20,25 36:9,20 37:13,19 38:15 39:17,20 40:9,24 41:9,15,18,19 42:3 46:2,8,18 47:13 49:12,25 51:15 54:18 56:1,15 58:17,18 59:3 62:14, 17 63:8,22 65:11,22 66:6 67:17 68:18 70:9,18

**doctor** 25:5,11 38:13,21 47:20,23, 24 48:6 49:20,22 50:1,4,8,9,14,21 51:1,4,14 53:22 62:20

**doctor's** 20:20,22 41:10 50:5

**doctors** 20:11,12,18 25:10 48:16,18 51:9 65:11 66:8 72:6,13

**doctors'** 24:3 29:7 30:6,17,19 68:17

**document** 7:15 8:5,7,20,22 12:11

**documents** 60:8

**does** 6:7,8 9:14 20:9 21:2 30:25 31:15,19,20 32:1,3,4,25 33:16 34:10 40:7,10 43:25 58:21 59:8 60:17 64:3 68:17 69:14 78:6

**doesn't** 39:14 44:4 48:23 49:10 54:14 60:19

**doing** 43:24 44:1,3 48:9 56:15 78:24

**dolls** 64:15

**don't** 6:6,9,15 10:8 13:12,25 17:2,3, 24 20:21 23:16 24:3,22 26:11 28:21 33:4,15 34:12,13,14,17,22 35:5,24 36:23 37:21 38:7,20 39:1 41:21 42:10,18,23 43:6 44:17 45:7 46:21 47:17 48:25 49:6 50:4 54:1 56:11,13 59:23 60:25 61:11 62:7 63:3,24 69:1 70:17 77:21 79:3

**Donald** 28:17 29:18

**done** 24:15 45:1 61:18 67:1 68:11, 20

**down** 58:9 74:22

**downward** 76:4

**Dr** 71:14

**draft** 79:1

**Dragons** 32:5

**drawn** 22:10

**dress-up** 21:9 22:1,5 27:18,20

**dresses** 21:9 27:18

**drugs** 40:16,25

**duly** 5:3

**Dungeons** 32:4

**during** 26:12 31:23 71:19 77:16

**Duron** 71:17

**dysphoria** 37:14 38:5,18 54:6 60:23 62:11 63:9 74:9 76:25

### E

**each** 70:12

**earlier** 32:14 45:25 46:25 50:25 52:23 63:3 65:14,22 68:16 69:9

**easier** 29:6,12 30:5,8,16

**easily** 39:20

**east** 16:5

**editor** 10:9

**education** 16:17

**educational** 16:3

**effect** 24:13 53:16 74:6

**effects** 52:23 53:11,23 54:1,2,3 59:13 62:22 65:9 66:17 73:25

**either** 37:16

**elementary** 31:10 32:18 33:14

**Ellis** 71:18

**Elsa** 22:23

**else** 7:3 11:8 14:4 24:10 26:1 39:8 48:5 59:19 60:20

**emotional** 58:8,20

**end** 59:12 75:19

**endocrinologist** 40:10 41:3 42:19 43:1,5,23 52:16,18,20 53:4,5 54:20, 21 60:15 61:22,25 62:2,4 72:7,12,16 73:24

**enjoy** 31:15

**enjoys** 31:22

**enough** 16:13 24:11 43:21

**estrogen** 47:21 48:8,10,20 49:19,23 50:10,15,16,19,24 63:2,8,15,16

**even** 53:8 56:14 63:11 74:21

**event** 25:16 26:12,13

**events** 17:22,24,25 26:9

**ever** 5:19 13:21 21:13 27:3 28:22 45:25 56:4,6

**every** 12:3 77:5

**everybody** 54:12

**everyone** 22:10 25:6

**everything** 5:25 27:23 31:16 53:8 63:24 76:2

**everywhere** 27:12

**evidence** 54:5 55:5

**exactly** 38:13 42:24 73:19

**EXAMINATION** 5:4 71:2 76:17

**exception** 63:18

**excited** 41:5

**exhibit** 7:10,11,14 8:1,4 12:6,7,10 35:9

**exhibiting** 21:14

**expect** 5:23 6:15

**expected** 30:8

**expedite** 79:2

**expedited** 79:4

**experienced** 62:21

**experiencing** 62:10

**explain** 46:3

**explained** 47:24 64:1,2,10 67:6,9

**express** 23:4 46:12

**expressed** 56:16 64:13 67:2

**expressions** 57:8

**extent** 34:18 54:5

**extracurriculars** 32:2

---

**F**

**facial** 49:5

**fact** 63:19

**FALK** 7:25 12:22 13:25 15:20,23 17:9 18:6,18 19:19 20:16 24:24 27:7,15 30:22 40:12,21 42:6,13 46:6,10 50:2 51:24 52:9 55:7 60:4,7 63:10 65:20 67:22 68:4,21,25 70:23 71:3 76:12 78:12,21,25 79:3

**familiar** 8:19,21 40:18 66:20

**family** 9:24 10:14 28:18 45:13,20

**far** 63:15 65:3

**fast** 39:11

**faster** 50:12

**fear** 74:13

**feel** 45:23 67:17 72:2 75:1 76:4

**feeling** 47:15 75:2

**felt** 39:21

**female** 19:10,11

**females** 63:17

**festival** 17:25

**few** 25:2 42:9 76:14

**fighting** 35:2

**figure** 19:24

**final** 45:24

**finally** 6:12,15

**financial** 15:1

**find** 15:13,16 24:23 27:13

**fine** 6:17 7:24 8:8 24:23 34:16 42:9 58:3

**first** 9:5 10:23 14:16 15:4 21:13,25 22:4,7,22 23:3,14 35:8,11,15,19 36:21,24 37:19 41:7,16,19,21 42:4,16 43:19 44:14 45:25 46:19 50:15 55:12 72:21 76:21,22 77:1,12

**fit** 49:6

**five** 64:9

**five-minute** 46:7

**floored** 22:13

---

**folks** 29:18 41:1

**follows** 5:3

**for** 5:7,10 7:4,6,11 8:1 9:1,8 10:1 11:13,21,25 12:7,22,25 13:17 14:13, 18 15:1,7,11 16:20 17:5,21 18:6 22:19 27:23 30:10,17 31:11 34:1 38:1,8,18 41:2 42:4,17 43:16 44:9, 19 46:12 47:11,18 48:5,19 49:16 50:9,23 51:20,24 52:15 54:6,12 55:1 56:4,6,17 57:19,20 59:2,6,9,10,15 62:2 63:9,11 66:9,12,17 67:2,18 68:3 69:12,15 70:23 74:24 75:25 77:3,5 78:11

**forced** 55:23

**foremost** 55:13

**formal** 44:12 65:24

**forward** 28:6

**four** 41:25 64:9 67:4

**frame** 44:9

**frequent** 74:16

**frequently** 58:4

**Friction** 14:19 15:2

**friend** 33:18 34:4,5,8

**friends** 11:11,13,20 22:11 32:23,25 33:5,7,10,13,16,23

**from** 10:4 11:12 14:11 16:14 21:9 22:2 25:5,10,11 26:8 27:18 30:12 32:16,17 33:14 36:6 51:25 60:7 62:20,22 72:7 75:19,21 76:5

**front** 28:1

**full** 5:10 59:23

**fully** 45:20

**funny** 27:14

**further** 76:12,17 78:19,22 79:7

**fuse** 48:7

**fused** 48:12

**fusing** 50:12 52:25

**future** 11:4 50:24 64:14

---

**G**

**game** 35:2

**gave** 54:20 60:8 73:20

**gender** 18:2 28:9,22 29:4,17 37:3, 14 38:4,18 40:2 49:6 54:6 57:16 60:23 62:1,10 63:9 66:20 71:21,22 72:11,13,22 74:9 76:24 77:4

**gender-affirming** 9:10,23

**gender-diverse** 69:15

**genders** 19:9

**general** 13:20

**generally** 14:21 39:6

**Genshin** 35:1

**gestures** 6:13

**get** 12:4 15:24 16:13 22:12 25:4,10 26:5,8 37:2,3 41:5 45:16,24 48:12 64:11 66:6 67:5

**gets** 58:7

**getting** 12:24,25 31:17 39:5

**giggling** 28:15

**girl** 21:4,6 28:4 36:15 75:18

**girls** 48:2,3

**girls'** 27:1

**give** 6:12 24:20 47:11 49:9 50:8 51:22 55:6 60:2 73:13

**given** 5:19 52:4,5,20 53:5 54:23 64:21,23 65:1

**gives** 48:10

**giving** 47:14 48:22 54:17

**go** 8:4 28:19 30:25 31:25 32:16 35:7 36:21 45:18 46:3,4 48:23,24 49:14 50:14 51:17 55:23 56:14 63:5,14,17 65:3,14 67:23 69:14 70:16 76:25 77:24 78:4

**goal** 58:18 66:18

**goes** 31:2 48:10 63:15 77:23

**going** 5:8,14,24 7:9 8:6 10:22 12:5 13:19 18:7 19:19 20:6,16 21:20 27:13 28:21 29:15 38:15 39:12 41:12 42:1,6 45:15 47:15,21,24 49:10,18,23 50:2,22 51:19 52:7 54:10,13,24 55:21 56:10 58:7 63:10, 12 65:20 66:13 67:5 68:14 69:16 74:11

**gone** 72:11

**good** 5:6 53:9 75:3 76:9

**got** 14:18 22:14 23:22 25:22 31:13 32:15 36:6,8,14,17,24 39:17 43:14 50:21 51:6 68:25

**gotten** 9:7 65:23 66:3

**grab** 27:18

**grabbed** 22:15 74:25

**grabbing** 21:9

**great** 9:14

**Greek** 32:3

**gregariousness** 36:18

**grew** 14:9

**ground** 5:23

**grounds** 19:20

**group** 26:3

**groups** 69:13,14

**grow** 39:12 47:25 48:11 63:20

**growing** 48:20 49:5 67:1 69:13

**growth** 48:7,11 50:12 52:24

**guess** 11:19 13:2 19:19 21:22 28:6 45:2,8,14 47:17 52:13 53:19 58:5 59:4

**H**

**had** 14:24 15:13 20:23 21:8 23:16 24:10,15 26:10 33:18 36:11 37:2 38:8 44:14 45:4,12 52:25 56:6 59:13 62:5 64:12 71:5 72:11 74:13 75:23 77:9,11

**hair** 21:10,11 39:11 49:5

**half** 26:21 65:6,7

**handle** 35:6

**handled** 24:2

**handles** 73:17

**handling** 54:22

**happen** 29:9

**happened** 41:25 44:8 57:1 76:5

**happening** 18:1

**happens** 48:14

**happy** 22:24 24:8,20 28:3 29:21 49:9

**Harbor** 70:11

**hard** 15:16

**harm** 44:4 49:8 54:18

**has** 9:16 13:11 20:17,23 21:3 24:2 29:1 31:5 32:13,21 36:15,18 40:5,22 42:19 43:1,5,9 47:24 52:19 53:2,4,7 54:21,23 56:16 58:14,23 59:8 62:21 64:17 65:5 67:2 75:3,16 77:16,21 78:12

**hasn't** 78:17

**have** 5:19 6:13 9:7 10:14 11:10 13:21 14:4,7 16:16 17:14,25 18:4,8, 17,24 19:2,3 22:18 25:12 29:20 32:25 33:7,16 34:5,13 35:24 37:15, 16,17 41:1 42:22 44:12,21 45:1,20 47:20 49:10 50:18 51:4,9,12,13,18 52:14 53:22 55:15 56:5,7,9,12 61:11 62:12,15,16 63:13,25 65:4,8 66:8 67:12 68:23 69:7,11,23 70:6,22 71:6 72:8 73:2 74:14,17,19 76:12,14 78:1,9,14,17,21

**haven't** 65:23 66:3

**having** 5:3 49:4 66:10,14,15 71:22

**he** 20:17,19 50:3

**head** 27:4 50:5 56:20 75:12

**health** 25:14 37:6,9,10,23 38:25 39:2,24 40:3,4,8,10 58:20,24 59:18, 21 60:15,16,23 67:24 68:5,7,13 72:22 75:20

**healthcare** 9:10,23 11:3

**healthy** 11:4

**hear** 9:5

**heard** 9:12,18 26:13 62:12,14

**hearing** 54:24 55:12 75:19,22

**Heather** 59:24 60:4

**height** 50:13

**held** 17:14

**help** 11:21 54:16 75:1

**helped** 26:14

**helping** 27:24

**her** 21:10 22:12,17,22,24 23:1,22 24:9 26:24,25 27:23,24 28:3,19,25

29:1,6,12 30:12 32:18,19,23,24 36:17,18 39:10,11,12,20 40:10,11 41:5,6,24 42:19 43:14,20 46:2 48:10,11 49:6,9,16 50:12 54:17 56:4,6,20 57:3,15,16 58:2,8,10,20 59:24 62:3 63:1 64:1,7,10,11 65:6 67:5 68:5 71:22 72:1,2 74:13,17 75:1,4,12,24 76:5

**here** 5:25 7:20 14:20 22:16 54:18 55:24 66:18

**Here's** 18:18

**herself** 29:2 39:21 55:25 64:25 65:5 72:3 75:1,3

**heterosexual** 18:3

**hey** 28:20 78:3

**high** 43:21

**him** 50:4

**his** 65:22

**hit** 45:12,21 48:3

**hitting** 46:16

**holiday** 31:23

**Holmes** 5:5,7 7:13 8:3 12:9 13:8,14 14:1 16:1 17:10 18:11,22 20:1 21:1 25:1,8 27:8 28:5 30:21,24 40:14,23 42:11,14 46:8,11 47:2,6 50:7 52:7, 10,12 55:14 60:6,9,10 63:21 66:5 68:1,6,19,22 69:2,6 70:8,21 76:14, 18 78:1,5,13,19 79:1

**home** 27:9

**hormone** 51:17 64:21

**hormones** 51:11 63:23 64:20 65:2 73:3,4 77:3

**hour** 46:7

**house** 21:12 34:7

**how** 9:5,12 13:23 18:4,17 19:2,12 21:2,22 22:2 24:8 31:5 33:3,7 34:5 36:5,6,20 39:11 49:15 50:21 54:14, 22 55:20 56:1 58:4 62:24 70:5 71:22 76:23

**however** 6:16 36:1

---

**I**

---

**I'LL** 7:25 60:2 66:17

**I'M** 5:7,8,13,24 11:15 13:9 14:23 17:5 18:6 19:19 20:6,16 23:21 24:19 27:12 28:15 29:21 35:18 37:4 38:21 41:12 42:6,11,13 45:2,8 48:4,5 49:8 50:1,2 51:8 52:9 53:7,8 56:10 57:10 60:7 61:1,12 63:10 65:20 66:17 68:12,18,19 74:3 78:16

**I'VE** 22:7 32:15 36:10 56:4,6 66:16 72:18

**I.C.** 19:10

**idea** 51:18 70:6

**identification** 7:12 8:2 12:8

**identified** 18:4 21:3

**identify** 21:2

**identifying** 33:23 38:17 43:3,19 62:9

**identity** 18:2 49:7 57:16 77:4

**if** 6:9,16 8:12 11:24 19:21 20:19 21:11 22:17 23:16 24:4,21,22,25 26:11,12 28:21,24 29:11 35:14,18 37:19 38:20,21 41:9,10 42:8 45:11 47:17 49:14 52:11 54:16 55:22 56:14 57:22,23 59:23 61:12 62:17 63:16 64:18 65:14 66:1 72:18,20 77:21

**imagine** 36:4

**immediately** 21:15 48:12,13

**impact** 10:13 35:1

**implant** 63:1

**important** 9:23

**impression** 34:20

**improve** 58:20

**improved** 36:5

**in** 7:17,20 8:10 9:25 10:23 11:21 12:14,20,23 13:3 14:3,4,9 15:15 16:9,21 17:6,14 18:14 20:20,21 22:24 23:11,16 25:15,18 26:3 27:1, 10,24 28:7,13 29:1,6,10,14,19 31:3, 13,19 32:1,13,18,21 33:8 35:2 36:24 37:1,4,7,12 38:12 39:4 40:5 41:2,10, 14 42:21 43:2 44:24 47:23 48:1 50:5,24 56:21 57:1,14 58:5,12,23 60:11 61:12 62:17 63:1,4,5,12,17 64:13 65:4,12 67:11 70:12 72:18,22 74:17 76:1,2,15 77:14,19,22 78:9,14

**Inc** 17:6

**incident** 23:14 56:17,23 57:2 75:11

**incidents** 57:6

**increase** 74:15,17 77:14

**increasing** 28:17 75:3,25

**independent** 37:7

**Indiana** 14:3,5,8 16:22 17:6,20

**Indiana's** 9:3

**indicating** 20:17

**indigenous** 70:6

**individuals** 62:9

**information** 16:8 26:7,10 45:5,9,11, 16 51:21 52:3,5,19 54:19,23 55:4 64:20 65:1 66:13 69:12

**initial** 5:13

**initials** 5:14

**inside** 39:21

**inspiration** 39:18

**intent** 43:7

**interacted** 72:15

**interest** 44:24

**internally** 64:25

**into** 24:6 34:6 49:19 66:23 71:9

**introduce** 12:5

**introduced** 48:8

**involved** 42:16 45:22

**is** 5:6,12,25 6:18,21,24 7:17 8:10,12, 25 9:1,23 11:17 12:10,13,16,17,19, 20,21 13:2,13,15 16:19 17:7,9,20 18:1,2,14 19:10,11 25:12 26:4 27:15 28:4,7,21 30:11,14,21 31:3,4,21 32:9,22 34:1,18,20 35:1,3,16 36:7 37:6,7 39:23 40:1,3,11 42:20 43:2 44:3,11 45:22 47:21,22 48:4,8,13,15 49:2,4 50:19,21,23 52:10 54:8,9,19, 25 55:12,20,21 56:2,3,5 58:2,18 59:17,18,22 60:11 61:21 62:1 64:4 66:9,18,23 69:19,20,25 70:9,21 71:7,25 72:7,8,22 73:25 74:3 75:8, 18,22 77:23,25

**isn't** 12:2 47:15 48:13 49:19

**issue** 36:22 46:5 57:19

**issues** 41:4

**it** 8:9,25 10:21 11:3,10,13,18,23 13:5,9,25 14:14 15:10 21:8,11 22:4, 12,18 23:11,13,22 25:4 26:11,12 27:13 28:2,13,25 29:6,9,10,11,12,19 30:2,5,21 31:4,24 34:1,25 35:2 36:1, 4,7,12 37:4,7,15,16,19,22 38:20,21 39:15,22 40:1,3 41:9,10 43:7,25 44:9,11,15,16 45:13,19 46:17,19,25 47:11 48:10 49:16 52:4,10 53:2,12, 17,18,19 54:12 56:12,14,22 57:23 59:12,13,22 60:3 62:17,20 63:3,6 66:2 67:11 69:20 71:23,24 72:2 73:6 74:10 75:22 77:3,7,20,23 78:7,9,16

**it's** 20:23 41:22 42:22,25 46:7 53:21 54:18 55:3 59:20,23,24 60:4 62:12 63:1 70:6 71:13 72:19

**IU** 37:9,10,23 39:24 40:3,4,8,10,11 60:15,16

**IU's** 59:18

---

### J

**job** 9:14 14:18

**joint** 24:4

**jumped** 50:18

**just** 5:13,15,22 6:3,10,17 8:6 11:19 12:3,22 13:18,20 17:17 18:6 19:4,14 22:4,16 23:6 26:5,13 27:2,20 29:24 30:2,7 35:13 36:6,15 39:22 42:6 44:16 45:2 46:8 47:17 49:12 51:6,24 53:8,12 57:20,22 61:12 63:10 64:2 65:25 67:24 68:19 69:7 70:3 72:2 75:1 76:15

---

### K

**K.C.** 13:15 19:11,15 20:13 21:2,5,14, 16,22 22:9 23:4,18 24:7 26:19 27:17 28:12 29:16 30:25 31:5,9,15,19 32:1,9,13,18,21,25 33:16 34:7,10, 18,24 35:3,8,22 36:21 37:14 38:4,23 39:1,4,5,15,17 40:7,22 41:5,16,19 42:5,17,20 43:2,9,12,14,17,22 44:6, 11,15,21 45:15,17,22 46:12,19,23 47:7,11,14,21,25 48:9,19,23 49:4 50:17,18,23 51:1,20 52:15 54:8,9 56:2,16,24 57:11,13,18,25 58:4,7, 11,14,19,21,23 59:8,14 60:17 61:4, 14 62:5,21,25 63:16,22 64:3,12,24 65:5,14 66:23 67:2,18 68:3,8 69:13, 14,16 77:9,11,16,23,24 78:6

**K.c.'s** 19:17 20:2,4 27:3 28:8 35:25 38:19 39:6,23 41:2 51:11 54:22 57:4 59:17 61:12 62:2 64:6 67:8 71:20 74:9 75:20

**keep** 5:15 7:25 54:17 66:19

**keeping** 42:19

**Ken's** 13:10 66:3 76:15

**kid** 22:8,9 36:12 44:4,5 54:16,18 55:20,22 56:10 57:21 66:19

**kid's** 67:24

**kids** 22:7,10 29:21 54:13 69:15 76:24

**kill** 55:24

**kind** 5:22 25:9 26:7 38:12 57:24 66:12 76:2

**kindergarten** 34:8

**kinds** 34:24 35:3

**knew** 32:21,24 72:3

**know** 6:10,17 9:9,12 10:8 15:3 17:2, 4 19:17 20:8,12,21 21:18 28:12,21 32:9,20,23 33:4,15,22 34:15,18,23, 25 35:20,25 36:16,20,23 37:2,13,19, 21 40:24,25 41:3,4,9,19,22 42:18 43:5,6 46:1,18 47:17 49:25 50:5 51:15,25 52:15 56:1,21 58:18 59:3, 23,24 60:25 62:14,20 63:2,8,15,22, 24,25 64:3 66:6 70:9 73:18

**knowing** 64:6

**knowledge** 39:18 60:19 78:14

**known** 34:1,5 56:6

**knows** 20:19 50:3 63:22,25

---

### L

**Labor** 31:23

**lacking** 50:13

**laid** 73:8 77:5,7

**last** 18:21 43:15 44:8 49:16 77:22 78:10

**later** 29:11,17 39:3 60:2 72:15

**law** 9:3,6,9,18 10:4,22,24 11:1 29:15

**lawmakers** 10:13

**laws** 9:8,15 28:22 29:21

**lawsuit** 9:2 10:20 11:9,22 12:2,15 18:8,15

**lay** 5:22

**laying** 76:20

**lead** 53:12

**leading** 74:18 75:24

**learn** 16:11 41:7

**learned** 16:13 41:16 72:18

**least** 13:4

**leave** 35:6

**legislative** 10:1,12

**lessened** 75:23

**let** 6:10,17 9:9 23:1,18 24:7 26:17 30:14 58:22

**let's** 28:6 47:2

**letter** 25:12 36:24 37:18

**letters** 10:9 25:5,9,11,18,22 37:1,3

**letting** 26:25

**level** 45:12,15,21

**levels** 29:13

**life** 18:10 29:6,12 49:16 65:6

**lifestyle** 11:5

**light** 76:15

**like** 10:8 24:17 25:5 26:23 28:1 29:25 31:22 32:1 34:20 39:13 45:24 46:9 56:21 57:14 61:9,18 63:20 64:24 69:19,25 70:9 73:8 76:4,25 77:7,19

**likes** 22:1,5 31:17

**line** 10:23 44:18 63:4,5,12

**lines** 10:10

**link** 60:2

**listen** 53:8

**little** 22:7,23 28:6 30:7 31:18 48:11 66:11 67:10

**live** 14:2,3 32:17 36:17

**lived** 14:4,7 49:16

**living** 29:2 55:1

**located** 16:21 60:11

**location** 14:22

**logical** 63:4,5,12

**long** 6:16 18:4,17 21:11 31:5,24 33:7,8 34:1,5 35:23 36:21

**long-term** 53:16

**longer** 12:21 59:14

**look** 24:20 26:23 34:25 48:1 54:1,2

**looked** 24:17

**looking** 29:20 36:25 52:1 66:23 74:24

**looks** 9:16

**Lori** 71:17

**lost** 16:9

**lot** 34:11,21 35:1,2 46:1 48:2 62:3 75:19

**Lots** 35:5

**loved** 71:24

**low** 53:12

**lunch** 38:8

---

**M**

---

**M-A-R-I-T-A-N-O** 60:5

**M.C.** 19:10

**made** 24:8 28:2,14,15,18 29:15,22 35:21 44:7,10,23 45:17 51:20 67:20 72:2

**majors** 16:7

**make** 6:7,8 11:2 13:10,25 17:20 22:11 29:9,12 30:5,18 39:20 43:23 44:17 45:3,10 50:25

**makes** 6:20 77:8

**makeup** 39:13,14,16,18,19

**making** 11:21 44:3 61:23

**male** 18:3 19:10 20:10,13

**mama's** 75:18

**manager** 14:25 16:20

**many** 19:2,12 29:12,20 33:3 74:25

**map** 73:9 76:20

**Maritano** 59:25

**marked** 7:11 8:1 12:7

**marker** 28:9,22 29:4 37:3 71:21,22

**markers** 29:17

**married** 18:12,17,24

**materials** 53:5 73:14,21

**math** 31:16,17

**may** 42:22 56:7 72:22

**maybe** 52:10

**me** 6:5,10,17 9:9 14:20 15:14,17 16:2 24:16,23 26:17 28:2 30:15 32:12 55:2 56:10 58:22 75:16

**mean** 12:1 17:1,2 20:9 22:9 24:12 31:21 34:25 36:9,23,25 39:10 40:4 42:15 43:25 44:14 47:13 49:12 52:7, 10 54:11 55:15 61:17 65:11 67:11 74:21

**means** 20:9 66:2

**media** 34:10,12,19,22

**medical** 11:2 36:22 40:8,9 46:20 51:21 52:1,2,13 55:5,10 60:17 61:5, 8,12 62:18 64:19 65:19 67:12 68:13 72:20 76:19

**medication** 24:9,11 59:15

**medications** 59:9

**meds** 24:12

**meet** 45:15 72:12

**meet all** 44:19 51:2,3

**meeting** 7:2

**Melinda** 5:6

**member** 16:23 17:3

**memory** 35:24

**menstruate** 63:19

**menstruation** 64:3,7

**mental** 38:25 39:2 58:8,24 60:22 67:24 68:5,7 75:20

**mentioned** 10:12 11:10 16:4 32:14 41:20,22 42:4 46:19 48:22 49:18 50:11,25 52:23,24 55:10 56:18 65:4 67:13 68:16 69:9 71:6,12 72:6 73:16 74:15 75:6 77:1

**met** 10:14,15 21:13 44:15 46:1 56:4 72:12

**Michele** 71:14

**middle** 48:2

**might** 34:13 66:6 78:3

**military** 29:19

**mind** 20:20,22 28:25 29:1 43:2 44:24 61:12 71:9

**minor** 16:7,9

**minutes** 42:9

**misgendered** 30:11,12

**misrepresent** 45:7 49:1

**mission** 17:19

**moment** 22:19

**moments** 35:8

**month** 26:13 43:15 44:8

**months** 21:24 41:23 47:1 55:2 77:19

**more** 17:20 22:20 38:25 40:3,4 46:1 47:11,14,18 48:20,23 54:2 68:17 69:8 73:17 76:14

**morning** 5:6

**most** 24:2 54:2,7 56:3 72:16

**mostly** 27:9 53:2 61:22 70:14

**mountains** 14:9

**move** 28:6 40:15

**moved** 14:11 16:10 33:20 34:6

**Mr** 7:25 12:22 13:25 15:20,23 17:9 18:6,18 19:19 20:16 24:24 27:7,15 30:22 40:12,21 42:6,13 46:6,10 50:2 51:24 52:8,9 55:7 60:4,7 63:10 65:20 67:22 68:4,21,25 70:23 71:3 76:12 78:12,21,25 79:3

**MS** 5:5 7:13 8:3 12:9 13:8,14 14:1 16:1 17:10 18:11,22 20:1 21:1 25:1, 8 27:8 28:5 30:21,24 40:14,23 42:11,14 46:8,11 47:2,6 50:7 52:7, 10,12 55:14 60:6,9,10 63:21 66:5 68:1,6,19,22 69:2,6 70:2,8,21 76:14, 18 78:1,5,13,19 79:1

**much** 5:16 24:5 30:13 34:22 36:5 48:7 75:5 78:20

**multiple** 9:16 30:2 46:23

**my** 5:6,12 6:5,22,25 8:6,23 9:7,8 10:14,21 11:1,3,4 12:19 16:9 18:10

22:7 24:5,20 32:8 34:20 36:12,14
38:12 39:14 43:22 44:4,5 48:4 49:8
54:16,18,24 55:2,12,20,22 56:10,11
57:3 58:22 60:19 61:21 63:6 64:17
66:18,19 67:24 70:13 71:16

## N

**name**  5:6,10,12 26:24 27:3 59:24
65:17 69:24 70:1,3,4

**names**  10:16,17 24:21 52:15 68:24
71:6

**Nathaniel**  5:2,12 79:18

**necessarily**  38:8 61:11

**necessary**  45:12

**need**  6:1,16 43:21 45:9 55:22 70:16,
18 79:3

**needed**  11:25 45:11

**neighbor**  33:19,20 34:5

**never**  22:7 32:13,21 36:10,11 56:9
63:19

**next**  43:21 51:8,14

**Nicole**  71:17

**no**  5:21 6:23 7:1,5,8,24 11:11 12:21
13:22 14:6 15:23 16:18 17:16 19:1
20:17 22:19 27:6 28:1,2 39:10 44:4
50:21 51:18 54:18 55:18 56:5,6 57:7
59:14,20 62:23 67:14,19 69:14 70:6,
20 76:12 78:1,19

**North**  14:9,12

**not**  6:13 10:17 13:3 24:22 25:6 26:24
29:1 33:25 35:14,18 36:4 38:21 40:9
41:18 44:21 47:22 48:4,5,12,13
49:7,24 50:1 51:8,13 52:15 53:8
55:19 57:10 60:22 61:1 63:11 64:10
65:16 66:17,22,25 67:1,15 68:10,18
70:3 72:19 75:2 78:14 79:7

**note**  5:13 68:22

**noted**  5:1 79:5

**nothing**  18:8 78:22

**notice**  7:17

**noticing**  23:3

**now**  7:2 9:25 12:20 13:18 19:17
21:2,5 31:1 42:8 46:1 51:7,13 69:3,9
71:6 73:23 76:4 78:4

**number**  62:13 72:4

**nurses**  72:13

**Nutt**  71:18

## O

**object**  18:7 19:20 20:16 42:7 50:2
63:10 65:21

**Objection**  55:7 67:22

**Obviously**  50:4

**October**  18:1

**odor**  74:16

**of**  5:22,23 6:2 8:6,16,20,21 9:14
10:15,17 11:23,25 12:24 13:4 14:8,
9,25 16:23 17:3,12,18,19 19:5,12,20
20:17 21:16 22:14,15,23,25 24:2,19,
21 25:3,9,11,17 26:1,7,9,11 27:23
29:8,19,24,25 30:2,4 33:17,19
34:11,21,24 35:1,2,3,5,8,20 36:25
37:1,11 38:11,12 40:6,8,11 41:12,14
42:1,21 43:7 44:14 45:4,12,21 46:4,
14 47:9,19 48:2,20 49:4,5,10 51:2,3,
11,15 52:8 53:11,21,25 54:5,22
55:5,16,20 56:3 57:6,8,24 58:1,11,
14,18 59:3 60:16 61:6,9 62:8 63:3,
18 64:7,21 65:2,13,17,21,24 66:12,
24 67:18 68:10,17,24 69:24 70:13,
18 71:6,7 72:4,22 73:6,17,25 74:6,
14 75:2,19,21 76:2,3,9,15

**off**  5:18 11:6,23 22:17 30:23 37:11
40:6 52:8 56:7,9,11 58:16 70:23
71:1 77:18

**offered**  64:17

**offhand**  59:7

**office**  29:10 40:5

**often**  34:14

**oh**  22:19 28:1 34:6 64:5 71:24

**okay**  5:22 6:19,20,24 12:17 13:15
14:15 17:9 24:21,25 27:5 33:22
34:16 35:17 38:2 40:7,12 42:13
45:2,14 47:2,19 50:16 52:9 53:10,23
54:4 55:4 60:6 61:3 65:16 68:21
70:21 75:17,21 77:8 78:18

**old**  13:15,23,25 21:22 32:24

**older**  32:19 39:14 64:17 66:15

**on**  10:14 17:22,24 19:20 21:20 22:7

25:22 26:11 28:16 29:12,17,18 35:4
36:22 38:25 39:12,18,21 40:15 41:1
42:20 44:25 45:18 46:4 47:21,24
49:15 50:18 51:17 53:5 58:17 61:23
68:8 70:10 72:2 76:4 77:18 78:24

**once**  36:16 66:13 72:14

**one**  11:15 17:7 19:14 25:3,11 26:9
27:23 29:25 40:22 47:19 53:21 56:3,
8 58:1 59:6 71:6,12 73:6

**online**  9:17

**only**  6:17 17:7 20:22 25:17 29:3 59:6
65:25

**onset**  76:3

**open**  10:9

**opportunity**  48:10

**opposed**  27:20

**opposing**  9:10

**option**  42:4 47:22 49:19 67:6

**options**  49:23 61:20

**or**  10:9,10 11:13 20:9,23 21:16
23:13,17,19 24:4,9,12 25:18 26:12
27:9 29:24 31:20 32:22 34:14,18
36:1,10,11,20 37:7 38:21 39:18 40:3
41:15,23,25 44:8 45:7 46:19,22
48:24 49:2 52:5 53:15 56:8 57:23
58:8 59:5,8,13,19,21 60:23 62:10
64:9 65:6,11 68:14 69:12 75:14,22

**organization**  17:3,12,15,18,23
70:10

**organizations**  16:24,25

**orientation**  19:18

**other**  7:2 10:3,6 11:7,11 13:13 14:7
17:14 21:17 22:10 27:10 32:9 33:14
34:24 37:3 38:24 39:2 40:7 45:16
53:23 56:16 57:6,8 60:17,21,23
61:8,19 63:17 69:12,14 72:13,17

**others**  71:7

**our**  6:11 9:11,15,24 18:20 21:12,20
22:21,25 23:10 24:10 25:14 26:16
33:19,20 36:6,8 37:5 44:24 45:22
47:20,23 50:20 51:1,3 53:22 57:20
61:25 65:4 72:12

**out**  5:22 9:8 11:25 16:5 19:24 22:14
26:3 39:12 73:9 76:20 77:5,7

**outside**  14:8 33:16,18 40:8 60:16

**outweighed** 67:21

**outweighing** 65:9

**ovary** 64:18

**over** 21:10 22:24 38:1 45:13 56:20 57:16 62:11 66:23 75:11

**overview** 17:17

**Owen** 10:11

**own** 36:12 41:10 65:12

**P**

**p.m.** 69:5 79:5

**page** 8:16 12:17

**paid** 15:24

**pair** 22:15,23,25

**panic** 54:24

**parent** 49:7

**parental** 11:2

**Parenting** 25:3

**parents** 45:23 46:19 50:20 77:6 78:3

**park** 22:9

**part** 8:6 26:1 30:2,4 43:19 50:11,20 51:11 62:7 64:7 66:4,7

**participate** 9:25 32:1

**particular** 29:14

**partly** 63:6

**pass** 10:22

**passed** 10:24

**peak** 76:5,7,8

**peaks** 76:9

**pediatrician** 21:21 22:21 23:9,10, 15,20,25 25:15 35:12 37:5,7,22 38:4,5,10,16 40:2 52:16 57:23 60:14

**pediatrician's** 40:5

**pending** 6:18 68:23

**penis** 20:3,7,23,24 22:17 56:7,11

**people** 10:18 12:3 17:3,21 28:17 46:1 56:4 72:17

**percentage** 51:15 62:8

**Perfect** 16:15

**perform** 68:14

**performed** 68:8

**perhaps** 10:10 44:20

**period** 77:17

**person** 21:13 45:25 72:7

**personality** 56:3

**personally** 51:12

**perspective** 12:4

**phone** 24:20

**physical** 48:24

**physician** 39:23

**physicians** 42:15

**pick** 32:16,19

**picture** 56:13

**piece** 29:19 43:22

**place** 17:21

**plan** 50:23 51:11

**planning** 15:1

**plates** 48:7,12 50:12 52:24

**Play** 58:13

**played** 64:15

**playing** 22:1,5

**plays** 35:1

**please** 6:10,12 78:25 79:2,4

**point** 21:5 23:8 24:7 28:7,11 36:20 66:3 72:25 77:9

**portrayed** 65:8,11

**positive** 55:11

**possible** 5:16 30:13 64:18

**postgraduate** 16:16

**posts** 34:14

**potential** 38:18 42:4 55:16

**powerful** 56:2

**practice** 37:8 59:21,24

**precocious** 41:1

**predominant** 54:3

**pregnant** 64:11,13

**prepare** 7:3

**preschool** 27:17,21

**prescribe** 68:14

**prescribed** 43:9,12

**prescription** 44:8

**prescriptions** 59:9

**present** 10:13

**prevent** 30:12

**Pride** 17:6,20,25 26:12

**primarily** 52:17 72:8

**primary** 39:23 53:13 74:5

**prior** 68:8

**probably** 11:17 23:11 41:22 50:18

**problem** 15:23

**proceed** 50:22

**process** 10:1 43:16 52:6

**profile** 34:13

**progress** 22:2

**progressive** 52:2

**project** 16:20 31:2,12 32:6 33:9,11, 20,21 34:9

**pronouns** 26:25 27:23 30:20

**proper** 8:12

**provider** 36:22 46:20 51:22 55:6,10 61:5,8,17 62:18 65:4

**providers** 11:3 52:13 60:18 61:13 64:20 65:19 67:12 68:13 76:20

**pubertal** 73:4

**puberties** 66:16

**puberty** 12:25 13:11 40:15,16,18,25 41:2,5,6,8,17,20 42:2,3,16,21 43:3, 8,9,14,17 44:7,16,22 45:12,15,18,22 46:13,14,17 47:8,9,16,25 48:3,9,19, 24 49:9,11,13,15,17 51:6,16,19,22 52:14,20 53:3,6,11 54:6,11,13,17,25 55:16,21,24 61:4,14,23 62:19,22,24 63:18 64:8 65:15 66:1,9 67:18 68:9, 15 73:15,25 74:6,12,14,18 75:4,25 76:3 77:2

**purely** 43:7 48:4

**purpose** 11:14 17:18 25:17 47:9 48:19

**purposeful** 56:24

**push** 29:9

**pushed** 25:4

**put** 11:18 13:17 17:22,24 21:10 39:12 56:19 75:11

**puts** 70:10

——————————

**Q**

**question** 6:10,19 13:2,20 18:19 27:2 42:12 51:25 58:22 59:2 68:23 71:21 78:11

**questions** 5:24 6:1,5,22,25 13:19 18:7 46:9 55:15 63:7,12 69:8 70:13, 15 71:4 72:5 73:1 75:10 76:13,15,16 78:19

**quicker** 48:8

**quite** 46:3 47:18

——————————

**R**

**Ragonese** 60:21 61:1

**Rainbow** 71:16

**Raising** 71:13,16

**rare** 54:1,2

**rarely** 63:5

**reached** 26:3

**reaching** 46:13

**react** 71:22

**reaction** 9:19 64:6 67:8

**read** 24:18 25:2,23 62:16 71:5

**reading** 13:9 21:19 25:25 38:10 60:7 71:9

**reads** 53:7

**realized** 25:6

**really** 13:12 22:1,12 23:21 31:21 32:13 36:23 39:13 41:5 42:18 44:25 48:13 53:9 54:1,12 55:22 61:19 65:23 66:17 69:25 77:5 78:16

**reason** 6:21,24 25:22 29:3 30:14 31:11 38:18 50:9

**recall** 23:24 38:15 41:9,15 42:3 46:21 62:7,17 77:21

**receive** 40:7 44:16 47:8 50:23 51:17,21 58:21 59:8 61:4

**received** 13:11 58:15,23 59:9 62:6

**receives** 58:19 59:14 63:16

**receiving** 58:12 61:14 68:8

**recently** 77:15

**recess** 47:4 69:4

**recognize** 7:15 8:5,9 12:11

**recommend** 48:18

**recommended** 57:23

**record** 5:11,18 11:6 12:22 18:6 30:23 63:11 70:23 71:1,10

**recorded** 6:14

**recording** 5:25

**records** 52:1 72:21

**referred** 9:3

**reflect** 72:21

**regarding** 54:5

**regularly** 9:17 58:7

**related** 60:22 69:13

**relation** 29:6

**relevance** 19:20

**remember** 10:17 23:16 24:3 26:11 38:8,20 39:10 41:21 42:8,10,18,23 59:6 72:23 73:20

**Remembrance** 26:12

**repeatedly** 67:23

**reporter** 5:25 6:4

**reporting** 75:21

**requested** 14:25 79:9

**required** 51:10

**requirements** 44:15,19

**research** 22:20 24:15,16 26:2 41:10

**researching** 9:15

**response** 7:20 21:25 57:1

**restart** 58:22

**restaurant** 16:14

**ridiculously** 62:12

**right** 23:6,10 37:11 40:6 43:24 44:1, 3 45:21 46:4 51:7,13 57:14,15 68:25 72:9 74:1 76:4 78:4

**rights** 11:2

**Riley** 40:2,5 62:1 68:13 72:7,22 76:20 77:7,12

**risks** 65:2,3,18 67:18,21

**road** 73:9 76:20

**role** 14:21 16:19

**roles** 17:14

**room** 35:6

**rough** 79:1,3

**roughly** 61:17

**rules** 5:23

**running** 22:15 38:12

——————————

**S**

**sad** 36:10

**safely** 41:1

**said** 15:6 17:11 19:4 22:16 24:14 25:21 26:17 28:24 30:4 34:21 38:13 45:3,19,24 46:25 49:2 52:23 55:1 77:19

**SAITH** 79:7

**same** 15:18 30:14 58:16 63:17 77:17

**Sarah** 60:21 61:1

**saw** 36:12 39:4 72:6,17

**say** 6:1 20:6 21:8 24:11 34:17 35:13 36:8,14 41:12 44:13,25 45:24 46:18 49:20 50:21 60:3 61:8 62:5 65:10 70:1,2,4 78:3

**saying** 25:13 28:20 45:8 52:8 75:7

**says** 56:10

**school** 29:7 30:5,9,25 31:2,6,8,12, 15,19,22,25 32:2,7,16,18,24 33:5,8, 9,11,14,17,19,20,21 34:9 48:2

**Scientific** 16:21

**scissors** 22:16 23:14,17

**SEA** 9:3,6,13 10:1

**second** 56:8 70:24 77:2

**section** 27:1

**see** 24:22 33:22 35:11 36:22 39:20 54:14 55:22 57:18 58:9 60:17,19 62:3 78:4

**seeing** 10:22 21:23 22:12,24,25 24:8,9 26:14 28:3,16 36:5,6,17 38:16 39:8,22 55:11,20 57:11,13,17 58:4,16 67:24 72:1

**seeking** 11:12

**seen** 22:7 36:10,11 65:5 66:16 74:15

**sees** 64:24

**self** 36:17

**self-harm** 56:17 57:6,9

**Senator** 10:15

**send** 15:14,17

**sense** 6:7,8,20 77:8

**sent** 25:12

**September** 37:1,18

**seriously** 25:14

**services** 25:16,18,19

**session** 26:10

**seven** 29:1 41:23 47:1 49:16 55:2 77:19

**sex** 20:2,4,8

**sexual** 19:17

**shakes** 27:4

**she** 9:16 13:11 20:3,6,10,23 21:3,7, 8,10 22:1,5,11,14,17,18,23 23:22 27:11,12,17,19,21,25 28:4,24 29:1, 5,7 31:2,7,10,17,20,21,23,24 32:3,4, 22 33:18,19 34:11,12,13,21,22 35:1 36:5,15,16,17 39:20,21 41:21,23,25 42:1,2,20 45:12,21 46:15,16 47:14, 16 48:9 49:9,14 53:7 55:24 56:3,5, 19 57:16 58:6,9 59:4,8,11,12 60:19, 20 63:16,19,24 64:1,9,10,15,24 65:5,7 67:4,5,10,11 71:22,23,24 72:3 74:10,19,20,24,25 75:11,13,16, 18 76:1,2 77:21 78:12

**she's** 19:23 21:6,12 29:2 31:7,17 33:8 45:25 49:15 56:2 58:16 65:25 67:1,15 69:22 75:6,7,14

**she/her** 26:25 27:22

**shoes** 22:23,25 23:23 24:8 39:6

**shop** 27:1

**short-term** 53:11,15,18

**should** 22:18 56:12 66:9

**show** 17:24

**shy** 32:22

**side** 13:17 38:25 52:23 62:21 65:9 66:17

**sides** 46:4

**signature** 12:18,19 78:24 79:9

**signed** 13:5

**similar** 60:23

**simultaneous** 20:14

**since** 12:23 13:7 21:3 29:20 34:7 44:13 58:15 61:17 65:5 75:23

**sister** 32:20

**situation** 54:23

**six** 41:23 47:1 55:2 77:19

**skin** 74:23

**Sleep** 69:21

**slept** 22:23

**slope** 76:5

**small** 62:13

**smelling** 41:24

**smile** 36:18

**so** 5:22 6:1,13 7:9,14 8:25 9:18,23 10:16 11:7,19 12:10 13:2,17 14:23 15:9,16 16:6 19:22 20:19 21:14 22:4 23:3 24:5,6 25:9,17 26:17 27:11,17 28:2,7,20,22 29:6,16,20 30:14,25 32:13,14,21,23 33:8,10,18 34:6,17 35:6,13,23 36:14 37:4 38:9 39:23 40:4,9 42:1,21 43:25 44:6,20 45:8, 14 47:7,11,14,19 48:8,18,23 49:9 50:8 51:2,7,12 52:25 53:10 54:16 55:4 56:9,21 59:14 60:14 61:19,21, 25 62:3 68:16,18 70:17 72:20 74:25 75:5 76:22 77:18

**social** 23:25 25:16,18 26:22 34:10, 12,19,22 75:24 77:1

**socially** 23:1,19 24:7 26:20 27:11,

12,21 77:9,11

**solved** 53:17,20

**some** 5:23,24 13:18 23:4 24:15 36:25 37:2 53:25 60:20 71:4 73:1 75:10

**something** 10:10 12:2 24:12 26:15 39:19 42:22 44:11 45:1 47:22 48:15 50:16 55:1 66:22 72:18 75:23 78:17

**somewhere** 21:24 59:19

**son** 66:15

**sooner** 48:3

**sorry** 7:23 13:9 15:21 26:17 42:11, 13 52:9 74:3

**sort** 29:24 63:3 75:21

**sorts** 35:20

**sought** 69:12

**sound** 13:25

**sounds** 35:6

**sources** 9:16

**Spanish** 16:9

**sparingly** 39:15

**speak** 26:14 56:4

**speaking** 38:1 48:5

**specific** 65:17 72:20

**specifically** 38:25 40:1 67:14 68:12

**spell** 60:1 70:5

**Spencer** 16:21 17:6,19

**sphere** 58:24

**spoke** 37:4

**spoken** 52:14

**stage** 46:14 51:8

**stages** 42:21 43:2,6

**stand** 29:18

**start** 7:9 13:20 26:18 30:9 57:11 66:10,14 69:16

**started** 21:7,8,18,23 22:5 23:3 26:25 27:22 31:7 34:7 41:23,24 57:13,17 65:25 76:6

**starting** 35:8 43:7 48:19 57:14

Index: starts..the

**starts** 48:20 58:9

**state** 5:10 10:24 14:10 16:6 58:8

**statement** 13:10 17:19 75:14

**stay** 69:23

**STENOGRAPHER** 78:23

**step** 77:1,2

**still** 13:15 19:23 45:9 63:20

**stinking** 76:6

**stop** 62:9,10

**stores** 27:1

**story** 27:13

**straight** 47:21 49:18,23

**stress** 49:10

**stride** 67:11

**Strike** 74:3

**students** 32:9

**study** 15:15

**stuff** 39:13 61:18 73:17

**submitted** 12:14

**such** 75:18

**sucks** 54:11,12

**sue** 10:24

**suggest** 78:7

**suggested** 78:9,15,17

**summer** 69:19

**support** 26:5 69:12

**supportive** 54:22

**sure** 8:14,16 11:16 13:10 25:1 29:11
  30:18 35:14,18 37:4 38:22 43:24
  44:4 46:10 51:8 53:7 61:2 68:10

**surgeries** 66:21 67:3,13,15

**switching** 31:12

**swore** 6:3

**sworn** 5:3

**symptoms** 23:5

**system** 37:6 40:8 59:18,21

**systems** 16:8

---

**T**

---

**take** 6:16,19 10:3 25:13 41:25 43:17
  44:7 46:6,23 47:2 50:19 57:18,24
  58:10 69:2 79:4

**taken** 47:4 69:4

**takes** 11:1,4

**taking** 5:8 46:15 51:16 62:22 74:10,
  16

**talk** 11:8 30:7 46:2,17 69:1 73:2

**talked** 10:21 21:20 23:25 42:22
  44:12,14 45:13 47:20 48:16 49:22
  50:13 51:9,14 53:22,25 60:14 61:13
  63:3 65:14 73:7,24 74:13 76:23

**talking** 35:7 38:10 41:2 43:22,23
  44:17 47:23 61:10,22 63:2 64:19
  65:4 68:12 73:14 76:19 77:20

**talks** 74:19

**taller** 48:2,11

**Tanner** 42:21 43:2,6

**Target** 74:22

**TASC** 26:4,8 69:9

**teacher** 28:1,3

**teachers** 27:24

**tell** 6:5 16:2 21:4,5 23:21 24:16
  29:23 32:12 38:5,13 56:5 61:5 74:5

**telling** 21:7 32:22

**ten** 65:25

**ten-year-old** 19:22

**tend** 48:3

**terms** 12:24 41:14

**terrible** 10:16 24:19 43:13

**terrified** 9:20,21,22 46:16 49:4 54:7,
  8,9 55:20

**terrifies** 41:6

**terrifying** 36:13 56:12

**test** 43:20

**testified** 5:3

**testify** 10:2

**testifying** 10:4

**testimony** 7:7 65:22

**testosterone** 43:20

**testosterone-based** 74:14

**testosterone-rich** 49:15 54:10,25
  55:21,23 65:15 74:11

**than** 7:2 11:7,11 13:13 14:7 42:8
  48:2 68:17

**thank** 13:8 15:21 60:9 71:19 76:13
  78:18,20,21,22

**that** 6:5,7,8,13,18,19,20 8:22 9:1,2,
  9,10,11,15,16 10:6,13,22,23,25
  11:11,15,24,25 12:1,3,13,16,17,19,
  21 13:4,10,11,13 14:22 15:3,4,12,
  14,16,18 17:7,12,15,18,22 18:1,5,7
  19:24 20:9,16,22 21:6,16 22:10,19,
  24 23:5,6,8,14,19,21 24:4,7,9,10,12,
  14,16,24 25:5,6,13,14,16,17 26:2,9,
  15,17,22 27:7 28:2,11,14,22 29:2,3,
  15,16,21,22,23 30:4,14,18,19 31:3,
  5,8,9,21,24 32:9,12 33:13,19 34:14,
  15,17,20,22 35:14,16,18,21,23 36:2,
  4,9,21 37:19,25 38:3,6,23 39:5,8,13,
  19,20,22 40:25 41:3,4,22,24 42:19,
  22,25 43:5,7,17,20 44:4,6,7,9,11,21,
  25 45:10,14,15,17,20 46:16 47:7,13,
  16,19,21,22,24 48:15,23,24 49:2,3,
  6,7,10,18,20 50:11,13,16,19 51:4,7,
  13,20,23 52:11,22,25 53:3,9,12,13,
  15,17,19,21,23 54:8,11,14,19 55:1,
  10 56:1,6,17,18,20,21,23 57:1,10,19
  58:19 59:6,12,18 60:1,8,25 61:3,19,
  21 62:5,7,14,15 63:16,17,19,20,24,
  25 64:1,7,10,11,12,23,24 65:18,23
  66:4,7,9,11,23 67:6,9,15,20 68:11,
  22 69:16,19,24 70:6,10,13,15,21
  71:5,7,12,25 72:3,6,8,21,23,25
  73:17,20,25 74:4,8,9,24,25 75:3,6,7,
  8,13,14,16,18,21,22,23 76:1,5,21,22
  77:1,4,9,23,25 78:17

**that's** 6:17 7:24 8:8 13:3 14:14
  15:23 19:15 24:21,23,25 32:8 34:16
  38:2 42:7,9 56:12,22 58:1,3 59:2,5
  65:15 66:22 67:7 73:10 78:11

**the** 5:7,11,15,18,23,24 6:2,3,17,25
  7:17 8:6,10,12,16,19,21,22 9:1,18,
  25 10:4,9,11,12,13,15,17,24 11:6,
  17,21 12:13,22,24 13:2,4,6,17 14:9,
  25 15:18,21,24 16:14 17:5,7,11,17,
  19,25 18:6,18 19:20 20:8,11,12,17,
  20,21 21:8,9,12 22:9,10,14,22
  23:17,20,25 24:2,6,19,20,21 25:3,5,
  10,11,15,17,21,22 26:4,9 27:1,18,

24,25 28:1,4,15,16,18,21 29:1,3,4,8,
9,15,19,22 30:4,14,19,23 31:2,11,
12,23 32:6,14,17,22 33:9,14,20,21
34:5,6,8,9 35:6,9,24 36:24 37:3,15,
16,17 38:3,5,9,10,13,16,21,25 39:4,
17,21 40:1,2,8,13,22 41:12,14 42:2,
15,21 43:1,2,5,6,7,14,16,19,21,23,
24 44:1,3,6,8,12,13,14,15,16,18,19,
23 45:3,4,11,12,21,24,25 46:4,13
47:9,19,23 48:7,10,15,18,19 49:5,
10,16,17,22,23 50:3,5,8,9,11,12,14,
19,24 51:2,3,6,8,9,14,15,19,21 52:4,
6,17,19,22 53:4,11,13,21 54:1,2,4,5,
7,8,19,21 55:5,10,16 56:3 57:22
58:9,16,18,24 59:6 60:25 61:4,7,23
62:1,4,5,8,17,18,20,24 63:11,17,18
64:1,13,19,21,23,24 65:2,3,5,7,9,11,
13,17,18,24 66:8,23 67:17,20,21
68:8,10,13,14,17,24 69:24,25 70:1,
3,4,23 71:1,6,7,10,12,13,14,21 72:2,
5,6,7,11,13,16,20,21 73:25 74:5,6,
15,16,18,22,23,24 75:11,19 76:3,4,
19 77:1,2,3,12,17,18,21,22 78:4,9,
12 79:4,7

**their** 12:4 56:7 77:4

**theirs** 56:9

**them** 11:23 19:5 22:24 24:23 26:14
27:19 32:16 34:2 40:24 41:22 51:21
59:3 63:25 66:18 68:25 71:6,9

**themselves** 54:15

**then** 8:15 13:6,7 14:12,13,24 15:6
22:5,8,12,14 26:19 34:9 37:2 38:14
41:14 44:12 49:12 53:3 54:18 58:15
70:21 71:16,17 72:14 77:3

**therapist** 57:3,4,12,13,17,19 58:5,
10,16 59:17 60:11,16 77:22,24 78:4

**therapy** 49:19 58:11,13,14,19 64:22

**there** 6:21,24 9:9 11:24 12:20 13:3
14:11 16:12 22:3 26:1 29:14,20
31:7,22 41:3 44:20 46:2 50:23 55:11
56:19 58:6 61:19 62:15 69:23 70:9,
15 71:16 73:9 78:2

**there's** 12:23 13:12 52:1

**these** 18:7 21:14,23 33:5,10,23
38:16 43:12 46:23 60:22 63:12,23
68:3 78:24

**they** 11:24 14:19 17:25 19:9 20:18
26:10 30:19 33:7 54:14 56:7,8 58:17
61:8 65:23 66:1 73:2,7,8,13,16,20,
23 74:5 76:23,25 77:4,7

**they're** 16:21 37:11 54:13

**they've** 65:10 67:14

**thing** 6:18 43:24 44:2,3 53:13 54:7,8

**things** 10:6 11:24 21:17 22:2 25:5
28:20 29:8 38:11 44:17,18 46:2
47:19 49:6 50:13 52:22 53:21 58:17
60:24,25 62:15 63:20 73:7 74:24,25
75:19 76:10

**think** 11:25 13:12 16:4 19:23 21:15
22:18 23:11 24:14,22 25:3,21 28:13
29:15 30:16 31:17,20 32:3,4 34:12,
13,14,22 36:24 39:1,10,17,19 40:9
42:22 46:25 53:25 56:12,14,20
57:14 59:11,12 63:4,6 65:3,7 67:20
68:19,23 70:17 71:5 73:18 76:9

**thinking** 11:15 21:16 47:9

**this** 6:15 7:14,15,17,18 8:5,10,20,22
9:1,5 10:13,20,22,24 11:1,9 12:10,
11,13,14,23 13:17 18:8,14,25 23:13
24:15 25:21 26:15 27:9,10 28:7
29:24 31:8 34:4 36:22 37:22 48:4,15
50:21 57:23 60:11,16 61:17 65:24
70:10 72:19 73:8 74:3 75:2 77:8

**those** 10:10 15:9 24:8 25:18,22,25
32:6 35:8 36:25 38:11 39:6 44:19
51:1,5 58:1 59:1 66:10,14 73:6,7

**though** 20:5 63:11

**thought** 22:4 42:11

**three** 19:3 22:8 23:6,7 26:21 41:25
46:15 65:6,7 66:10

**three-year-old** 36:11

**thrilled** 27:16

**through** 36:25 37:23 40:11 42:1
43:20 47:15 48:23,24 49:10,14 51:7
52:1 54:10,13,25 55:21,23 57:15
60:21 63:18 65:15 68:13 74:11
76:23,25

**throughout** 5:15 52:6 72:5

**time** 5:1 15:12 22:22 24:15 26:2
27:20 30:21 38:3,6,23 44:9 46:22
47:12,14,18 48:23 51:23 52:4 56:19
62:11 66:11 75:13,23 77:5,13,17
78:16 79:5

**timeline** 41:14

**times** 31:22 73:24 78:2

**timing** 77:18

**title** 8:16 24:19 71:13

**to** 5:8,14,15,22,23,24 6:1,2,11,15
7:3,9 8:6 9:3,7,23 10:9,11,12,19,22,
23 11:2,8,10,17,19,21,23,25 12:3,5
13:10,17,18,19 14:10,11,12,13,14,
15,16,25 15:4,6,10,11,13,14,16,17
16:4,6,10,13 17:20,25 18:7,8,12
19:4,19,23 20:6,9,16 21:4,8,19,20
22:6,9,11 23:1,18 24:6,12,20 25:4,
10 26:3,5,9,13,16,20 27:13,18,20
28:1,19,21 29:4,5,7,9,11,12,15,16
30:5,8,9,12,18,25 31:2,12,17,25
32:19 33:20,21 34:8,9,18 35:7,8,11,
13 36:17,22 37:2,3 38:16 39:12,20
40:15 41:5,12 42:6,20 43:21,23,25
44:4,16,18,21 45:7,15,16 46:2,23
47:1,11,21,23,24,25 48:3,10,11,16,
25 49:8,9,14,22,23 50:2,19,21,22,23
51:14,17,19,20 53:12 54:18 55:2,22,
23 56:4,5,7,9,10,11,14 57:1,9,18,24,
25 58:9,20 60:19,22 61:14 62:25
63:10 64:1,6,10,11,13,21 65:1,14,
18,20,23 66:3,4,6,9,11,13,18 67:5,
13 68:2,8,14 69:13,14,16,23 70:1,2,
3,16,18 71:20,22 72:3,10,11,19,21
73:2,14,24 74:18,20,21 75:7,24
76:22 77:7,12,16,19,20,21,23,24
78:3

**today** 5:8 70:13

**today's** 7:4

**together** 19:5 29:9 38:12

**told** 36:16 50:4 53:10,19,24 54:4
65:7 66:8 67:14 73:2 75:16

**too** 73:18

**took** 67:11

**tough** 18:18

**toward** 43:3

**towel** 21:10

**track** 7:25

**tracking** 43:1,6

**training** 14:23

**trans** 21:13,16 26:5,14 29:18,21
30:10 45:25 46:1 54:12 76:24

**transferred** 14:20 34:9

**transgender** 19:13 25:4 26:11
28:17 32:10 33:1,13,24 62:10 69:13
71:14

**transition** 23:2,19 24:1,7 26:20,22 66:21 75:24 77:2

**transitioned** 27:11,12,22 77:10,12

**transplant** 64:18

**treasurer** 17:5,11

**treatment** 42:17 51:11,17 61:6,9 63:9

**treatments** 68:3

**trending** 58:9

**triggering** 30:11

**true** 36:17

**Truly** 38:7

**Trump** 28:18,21

**Trump's** 29:18

**trust** 24:5

**truth** 6:3,25

**try** 7:25

**trying** 5:15 15:13 19:23 21:19 25:10

**tutu** 32:18

**tutus** 21:9

**two** 14:13 15:7 16:7 18:17 22:7 38:8 66:9 69:18

**type** 58:11,14 62:2 69:22

U

**Uh-huh** 5:9,17 7:21 15:19 19:16 33:12 35:10 40:17,20 45:6 57:5 69:10 77:25

**under** 28:17

**understand** 6:9,22 11:20,24 21:19 25:7 26:15 47:18 70:12

**understanding** 8:25 26:6 32:8 42:25 48:4 61:21

**understood** 6:4 10:19

**undo** 47:16

**undone** 48:25

**Unfortunately** 74:19

**unique** 26:16

**University** 14:11

**unless** 6:5 50:3

**unreportable** 20:14

**until** 36:11 39:2 44:15,18 45:4,21 66:23 67:15

**up** 14:9,20 17:25 29:24 32:16,19 34:25 38:21 42:20 44:18 53:14 56:4 59:12 69:13,23 74:18,22 75:19,24

**upset** 31:23

**us** 16:13 21:4,7 25:4 26:14 36:16 42:19 43:23 47:11,24 49:22 54:23 56:5 65:7 66:8 67:14 77:5

**use** 34:10

**used** 22:9 27:18 30:19 41:1

**uses** 34:12,22,24

**using** 5:14 26:25 27:22,25 34:19

**Usually** 76:9

**uterine** 64:18

V

**vagina** 67:5

**validated** 72:2

**various** 62:15 73:24

**verbal** 6:12

**very** 6:16 13:20 15:16 25:14 29:21 30:11 54:21 63:5 75:5 77:6 78:20

**video** 35:2

**view** 65:12 71:23

**visit** 24:4,5

**visits** 52:2

**voice** 49:5 54:9

**voicing** 75:13

**volunteer** 27:13

**volunteering** 27:16

W

**waiting** 45:16

**walking** 32:17,19

**want** 13:10,18 35:7 40:15 45:7 48:25 56:11,13 57:20 66:13 78:3

**wanted** 10:23 12:3 29:5 30:12,18 50:17 56:7,8,9 71:20

**wanting** 49:8

**was** 9:9,10,11,19,20,22 10:4,22,24, 25 11:13,23 14:21,25 15:3,10,15,18 20:2,3,4,6,10,21 21:11,14,16,20,22, 25 22:4,15,19 23:5,6,11,13,19,22 24:4,11 25:3,16,17,22,25 26:10,11, 12,15 27:7,9,17,21,24 28:1,3,11,12, 13,14 29:3,5,6,10,12,14,15,19,24 30:2,5 31:9,10,11,23,24 33:18,19 34:4 35:18,23 36:2,4,12,24 37:1,14, 19,22 38:23 39:1,6,11,13,19,22 41:5,9,10,16 42:1,12 43:7,12,16,19, 20,22 44:6,7,9,10,13,16,20 45:11, 15,19 46:15,16,23,25 47:4,11 49:20, 24 50:16 51:20 52:3,4,5,7,8 53:13, 14 56:19,20,23 57:22,23 58:4,6,11 59:4 60:20 62:17 63:6 64:9,11,20 65:1,6,23 67:4,5,8,10 69:4,11 71:12, 16 72:3 73:6,8,10 74:10 75:13 76:21 77:1,2,3,4,18,20

**wasn't** 26:15 62:20 67:6 74:11

**watch** 9:8 11:25

**watches** 34:11,21

**watching** 35:4 39:12

**waves** 76:2

**way** 9:11,15 11:17 18:5 20:17 39:21 63:17 64:2,24 65:5

**we** 5:25 6:13,19 9:8 10:22,23 14:3, 12,13 18:20 19:3,4 21:13,18,20 22:4,16,20,22 23:1,10,16 24:10,18, 24 25:2,6,12,13,15 26:3,9,13,24 27:22 28:10,15,16,18,20,24,25 29:5, 10,11,22 30:11,18 31:13 32:17,20 34:6 36:6,15,24 37:2,4 38:9,20 42:22 44:14,17,19,23,25 45:11,13, 20,23,25 46:1,2,3,6,8,17,18 47:19 50:4,13,14,20,25 51:2,6,13 52:11 56:14 57:15,20 58:10 60:8 62:3 63:2,4 64:9 65:4,14 66:3 67:5 68:23, 25 69:1,2 70:15 72:10,11,12,14,15, 17 73:7,9,18 74:19,21,22 76:19,22 77:6,7,12 78:3,17,23

**we'll** 6:10 8:4 13:17 51:4 66:10

**we're** 7:9 12:5 13:19 19:21 43:24 50:21 51:7 54:22 56:15 66:23 76:4

**we've** 52:17,25 53:25 55:1 60:14 61:7,16,18

**wear** 27:19 39:14

**wears** 39:15

**weekend** 31:24

**welcoming** 17:20

**well** 21:12 24:15 30:10 31:19 32:24 33:21 35:6 40:11 63:6 66:8 72:1 73:14

**went** 10:11 14:10,13 15:6 16:4,6 24:6 26:9,13 29:7 33:20 34:8 35:11 63:4 72:10,14,21 74:21,22 76:22 77:6,12

**were** 9:21 10:13 11:12,20,24 15:9 16:12 21:16 22:10 25:9,18,19 28:16 35:14,21 38:9,15,17 39:8,9 42:4,15 44:17 45:8,16 47:7,8 49:14 50:13 53:10 54:4 55:11,22 57:15 61:3,22 64:23 65:14,18 68:7,11 71:4,20 72:4,25 73:1 75:10 76:19 77:6,7

**weren't** 29:10 61:19 73:9

**what** 5:23 9:19 10:6 12:1 14:15,21 15:3,9,11 16:19,25 18:2 19:7,9 20:2, 4,8,9,18,21 21:5,19,25 23:5 24:6,16 25:9 26:7,19,22 28:7,11,12 30:8,16, 21 31:11,21 34:18,23 35:3,20 36:9, 20 37:6,13 38:5,8,13 39:6 40:24 41:15 42:2 43:16,25 45:8,9,16 46:3, 4,22 47:8,13,18 48:13 49:2,12,20 51:5,10,21 52:3,5,8,19 53:10 54:4 55:4 56:15 57:1 58:11,14,18 59:1,21 61:9 62:4 63:8,22 64:3,20 65:1 66:8, 12 67:8,20 68:7 72:23 73:1,2 74:5,8 77:4

**what's** 13:7 17:17 20:19 50:5 51:8, 14 57:20 64:6 69:24

**when** 9:18 10:19,24 14:16 15:15 16:10 21:14,22 23:3,18 24:11 27:11, 17,20 29:7,9 31:22 32:16 33:19,22 35:11 36:8,14 38:15 41:7,16,19,21, 24 42:3,15 43:3,12 44:8,9 46:15,18 47:7 48:1,8 51:1,2,20 56:9 57:11,15 61:3,8,23 64:9,19 65:10 66:6 67:4,8 69:16 72:10 73:4 76:5,22,24 77:6,24 78:6

**whenever** 58:7,8

**where** 9:7 14:2 30:25 31:9,17 39:17 42:20 43:1 44:19 46:2 50:20 51:13 56:14,19 58:1,6 59:17 62:14 73:6 75:11 78:2

**whether** 23:24 35:25 36:2 44:1

**which** 25:12 26:4 35:1 52:13

**while** 10:4 16:11 42:23 58:6 74:10

**who** 29:10 32:20,21,22,25 33:18 34:4 46:19 51:16 53:19 56:5 62:9 68:14 70:9 72:3

**who's** 30:10

**whole** 18:10 65:6

**why** 9:21 10:25 15:23 20:12,17 24:22 28:14 49:25 50:9,14 55:19 57:18 66:25 68:2 69:1 71:20,25 73:10,18

**wife** 9:7,8,12 10:21 11:8 24:5 43:22 55:2 57:3 75:8,22

**wife's** 8:23

**will** 5:10 6:3,4 7:14 10:16 23:21 34:15 47:25 48:1 51:10 63:19 68:22 79:4

**wiped** 27:25

**with** 6:3,25 7:2,9 8:4,19,21,23 10:14, 15,16 11:2 13:10,20 14:18 16:8 17:22 18:8 19:21 20:3,6 22:11 23:25 24:19 25:15 30:9 32:6 35:2 36:12 37:5,14 38:4,10,24 39:2,24 40:18 41:1,2,4 42:16 43:2,7,13,22,23 44:23 45:22 47:20 49:6,7 50:14,15, 20 51:1,3,9,13 52:14,17,24 53:4,17, 20,22 54:11,14 57:3,4 59:4 60:20 61:7,13,16,22 62:18 63:18 64:15,19 65:4 66:2,20 71:13 72:2,8,12,16,23 74:16 75:4,24 76:3,24 78:16

**withdraw** 22:6 23:4

**within** 40:2 43:14 44:13 59:18 60:15

**without** 24:9

**WITNESS** 15:21 40:13,22

**witnessed** 74:17

**won't** 64:7

**wonderful** 36:7,19

**wondering** 45:2,9 57:22 61:12 69:11

**word** 8:13 20:8 59:6 70:7

**words** 21:8

**worked** 14:18,24 15:16 29:8 52:17 57:3

**working** 25:15 50:20 51:3,7 57:15

59:13 61:7,16 72:8

**works** 62:1

**worried** 39:9,11 66:18 76:3

**would** 10:6,14 15:14,17 21:10,11 25:6 27:19 29:11 30:16 32:16,18,19 34:17 37:15,16,17 41:25 43:3,17 44:6,13,21 45:1,17 47:8,10 49:17 50:18 53:15 55:24 56:14 61:4 63:16, 20 64:1,10,24 71:9 73:4 74:6,8,9 75:1

**wouldn't** 29:16 50:9,14 55:24

**write** 10:8

**written** 53:5 73:13,21

**wrong** 42:2 46:3 49:11,13,17 71:13

---

**Y**

**yeah** 40:13 44:25 46:10 47:16 50:6 53:1 56:21 61:1 64:16 69:2 72:16 76:11

**year** 15:3 18:21 31:8 41:15 44:14 55:3 72:15 73:11 77:20,22 78:10

**years** 13:15 14:13 15:7,9 29:2 49:16 66:10 69:18

**Yep** 17:8,9 25:20

**yes** 7:16,19,22,23 8:9,18 9:4 13:16 15:8,20,21 17:8 18:16 19:6,16 25:24 32:11 33:2,6 34:3 37:24 39:25 40:21,22 43:11 48:17,21 49:22 56:25 58:25 60:13 61:25 64:5 69:22 71:8,11 72:10,24 73:6,12,22 74:2,7 75:9 76:1 77:11 78:8

**yesterday** 74:21

**yet** 65:24 66:4 73:9

**you** 5:10,19,24 6:3,4,5,9,16,18,21,24 7:3,6,14 8:5,19 9:1,5,12,18,21,25 10:3,8,19 11:8,12,20 12:1,10,14,24 13:5,6,8,18,21,23 14:2,4,7,15,16 15:3,4,6,11,22 16:2,4,11,16,23,25 17:2,11,14,22 18:4,9,17,24 19:2,4,5, 17,21 20:8,9,12 21:6,15,16,22 23:3, 8,14,18,21,24 24:14,16,20,22,23 25:9,12,21,22,23 26:1,8,17 27:3,16 28:2,8,11 29:3,15,23 30:4,7,8,16 32:12 33:22 34:5,17,18,23 35:9,11, 13,14,20,25 36:1,8,9,20 37:13,19 38:1,5,13,15,17 39:4,8,9,17 40:12, 18,24 41:7,9,15,16,19 42:3,8,9,16

43:25 44:21 45:3,4,8,9,10,16,17
46:18 47:7,8,13 48:1,16,22 49:2,12,
18,20,21,25 50:8 51:9,15,22,25
52:3,14,15,20 53:5,10,15,19 54:4,20
55:6,9,15 56:1,18 57:18,24 58:2,18
59:3 60:1,2,3,8,9 61:3,5,8,9,13,21
62:8,14,17 63:8,22 64:21 65:2,10,
11,17,18,21 66:2,6,12,13,20 67:8,
13,17,20 68:2 69:9,11 70:5,9,12,13,
18 71:4,5,6,9,19,20,21 72:4,6,7,19,
21,23,25 73:1,2,3,13,14,20,24 74:5,
13,14,15,17 75:6,7,10 76:13 77:14
78:3,6,9,14,18,20,21,22

**you'll**  6:1

**you're**  7:20 10:7 17:11 18:12 39:5
44:1 63:11 70:2,3

**you've**  9:2 34:1 53:3,24

**your**  5:8,10,14 6:1,2 7:2,6 8:25 9:12,
19 11:7,8,13,20 12:17,20 14:21
16:2,19 18:2 19:7,12 21:25 26:1
27:15 28:8 34:4 37:6 41:10 42:25
45:17 49:20 65:12 70:18 71:19
73:10,23 75:7,22 78:14

**yourself**  13:19 75:22

**Youtube**  34:11,21,23 35:4