# EXHIBIT 14

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CIVIL ACTION NO. 1:23-cv-00595-JPH-KMB

K.C., et al.,                    )
                                 )
        Plaintiffs,              )
                                 )
          -vs-                   )
                                 )
THE INDIVIDUAL MEMBERS OF THE    )
MEDICAL LICENSING BOARD OF       )
INDIANA, in their official       )
capacities, et al.,              )
                                 )
        Defendants.              )


REMOTE DEPOSITION OF EMILY MORRIS


    The deposition upon oral examination of EMILY
MORRIS, a witness produced and sworn before me,
Colleen Brady, Notary Public in and for the County
of Monroe, State of Indiana, taken on behalf of the
Defendants, with the witness located in Indiana, on
the 17th day of May 2023, at 9:26 a.m., pursuant to
the Federal Rules of Civil Procedure with written
notice as to time and place thereof.

Page 2

```
1         APPEARANCES
2    (All appearances via videoconference)
3  FOR THE PLAINTIFFS:
4      Kenneth J. Falk
        ACLU of Indiana
5      1031 E Washington Street
        Indianapolis, IN 46202
6      317.635.4105
        kfalk@aclu-in.org
7
8
    FOR THE DEFENDANTS:
9
        Corrine Youngs
10   OFFICE OF THE INDIANA ATTORNEY GENERAL
        302 West Washington Street
11     IGCS, 5th Floor
        Indianapolis, IN 46204
12     317.234.0276
        corrine.youngs@atg.in.gov
13
14
15  ALSO PRESENT:
16     Dewey Nelson, concierge tech
        Harper Seldin, counsel for plaintiffs
17     Gavin Rose, counsel for plaintiffs
18
19
20
21
22
23
24
25
```

Page 4

```
1        INDEX OF EXHIBITS
2                           Page
    Deposition Exhibit No.:
3
    Exhibit 1   - Notice of deposition . . . . . . . . . 7
4
    Exhibit 2   - Complaint  . . . . . . . . . . . . . . 8
5
    Exhibit 3   - Declaration of Emily Morris  . . . . .10
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1       INDEX OF EXAMINATION
2                         Page
3  DIRECT EXAMINATION . . . . . . . . . . . . . . . 5
    Questions by Corrine Youngs
4
    CROSS-EXAMINATION . . . . . . . . . . . . . . . .50
5  Questions by Kenneth J. Falk
6  REDIRECT EXAMINATION  . . . . . . . . . . . . . .52
    Questions by Corrine Youngs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1  (Time noted:  9:26 a.m.)
2            EMILY MORRIS,
3  having been duly sworn to tell the truth, the whole
4  truth, and nothing but the truth relating to said
5  matter, was examined and testified as follows:
6
7  DIRECT EXAMINATION,
8    QUESTIONS BY CORRINE YOUNGS:
9  Q   Thank you.  Will the witness state her name and
10     spell it for the record?
11 A  Emily Morris, E-m-i-l-y M-o-r-r-i-s.
12 Q  Now Ms. Morris, have you been deposed before?
13 A  No.
14 Q  Okay.  So I'm going to lay out a few rules here
15     so this deposition can go more smoothly.  I'm
16     going to ask you a series of questions, and
17     these questions concern the facts and incidents
18     alleged in this lawsuit.  And you're going to
19     answer to the best of your ability.
20         Do you understand?
21 A  Yes.
22 Q  And your answers are under oath; so they must be
23     the truth.
24         You understand?
25 A  Yes.
```

2 (Pages 2 - 5)

Page 6

1  Q   If at any time you do not understand my
2      question, please say so and I will repeat it or
3      I will rephrase the question.
4          Do you understand?
5  A   Yes.
6  Q   And as you have been doing, please continue to
7      make verbal responses so that the court reporter
8      can take down the answers.  This is especially
9      important given Zoom.
10         Do you understand that?
11 A   Yes.
12 Q   Okay.  If you need a break, please let me know
13     and we can certain take a break, but I ask you
14     finish answering the pending question before we
15     take a break.
16         Do you understand?
17 A   Yes, I do.
18 Q   Is there any reason you cannot understand my
19     questions today?
20 A   No.
21 Q   Other than speak with your attorney, is there
22     anything else you did in preparation for today's
23     deposition?
24 A   No.
25     MS. YOUNGS:  Okay.  I'd like to present to

Page 7

1      you Exhibit 1, which is your deposition notice.
2          If the concierge could mark that as
3      Exhibit 1.
4          THE CONCIERGE:  That's being introduced
5      now.
6          Is that the declaration?  Oh no, I'm sorry.
7      I see here.
8          (Deposition Exhibit 1 marked for
9      identification.)
10 BY MS. YOUNGS
11 Q   Do you have that in front of you?
12 A   Yes, I do.
13 Q   Do you recognize this document?
14 A   Yes.
15 Q   Is it your understanding you are here in
16     response to this notice today?
17 A   Yes.
18 Q   Are you familiar with Senate Enrolled Act 480?
19 A   Yes, I am.
20 Q   How did you hear about this law?
21 A   Through the news and through various social
22     media posts regarding the law.
23 Q   When was that?
24 A   When it was first introduced to the House and
25     Senate.

Page 8

1  Q   What was your reaction to this law?
2  A   I was very upset because it affects my child and
3      wanted to speak out against it for her sake.
4  Q   Were you involved in any way in the passage of
5      this law?
6  A   No.
7  Q   You did not testify in committee?
8  A   Did I?  I didn't testify in committee, no.
9  Q   Did you write any letters or blog posts about
10     Senate Enrolled Act 480?
11 A   No.
12     MS. YOUNGS:  I would like to present
13     Exhibit 2, the complaint.
14     THE CONCIERGE:  Being introduced now.
15     (Deposition Exhibit 2 marked for
16     identification.)
17 Q   Do you recognize this document?
18     MR. FALK:  We are not seeing any of the
19     documents.  I have the document.
20     MS. YOUNGS:  Oh, okay.
21     MR. FALK:  I can't imagine there's a
22     different complaint or different deposition
23     notice, but we did not see the documents.
24     THE CONCIERGE:  Exhibit 1 seems to still be
25     loading, but Exhibit 2 is in the folder.

Page 9

1      MS. YOUNGS:  Do you have the Veritext
2      document share app?
3      MR. FALK:  Yeah, let me look.  I'm sorry.
4      I assumed it would be on screen as well.
5      THE CONCIERGE:  That can be done.  Is that
6      what we would like to proceed with?
7      MR. FALK:  If you wouldn't mind just so
8      we -- I'm sure it's the same document, but if
9      you wouldn't mind.
10     THE CONCIERGE:  Certainly.  Bear with me.
11     Exhibit 1 is still being slow.  I cant try
12     something else really quick.
13     MR. FALK:  Actually, I have it up now.  I
14     can show her.
15     MS. YOUNGS:  Yeah, Exhibit 2 is in the
16     marked exhibit folder.
17     MR. FALK:  Okay.  She has it in front of
18     her.
19 BY MS. YOUNGS
20 Q   Do you recognize this document?
21 A   Yes, I do.
22 Q   Are you familiar with its contents?
23 A   Yes, I am.
24 Q   Did you decide to bring this lawsuit?
25 A   Yes.

3 (Pages 6 - 9)

Page 10

1 Q Other than your attorney, did you discuss this
2   lawsuit with anyone else as you planned to bring
3   suit?
4 A No.
5     MS. YOUNGS: Then I'd like to present
6   Exhibit 3, the deponent's declaration.
7     THE CONCIERGE: It's being introduced now.
8     (Deposition Exhibit 3 marked for
9   identification.)
10 Q Do you have it in front of you?
11 A Yes, I do.
12 Q Do you recognize this document?
13 A Yes.
14 Q Are you familiar with the statements made in
15   this document?
16 A Yes, I am.
17 Q If you turn to page 6 of the document, that is
18   your signature; correct?
19 A Correct.
20 Q Is there anything in respect to this declaration
21   that you'd like to change or is no longer
22   accurate?
23 A No, I believe it's all correct.
24 Q Okay. Ms. Morris, where do you live?
25 A Indianapolis.

Page 11

1 Q How long have you lived in Indianapolis?
2 A Six and a half years.
3 Q Have you lived elsewhere in Indiana?
4 A Greenwood.
5 Q And how long were you in Greenwood?
6 A Two years -- no, sorry. Four years.
7 Q Okay. Other than Greenwood, have you lived
8   anywhere else in Indiana?
9 A Yes, Paragon, P-a-r-a-g-o-n.
10 Q Okay. And other than Paragon, where else have
11   you lived?
12 A Martinsville.
13 Q Quite a traveler of Indiana. Anywhere else in
14   Indiana?
15 A No.
16 Q Have you lived in any other state other than
17   Indiana?
18 A No.
19 Q Do you work?
20 A Not currently.
21 Q Have you worked previously?
22 A Yes.
23 Q Where have you worked previously?
24 A I have worked at the Gifted and Talented
25   Academy, as well as for Parallel Education, for

Page 12

1   the Children's Courtyard.
2     There's quite a lot. So if you need me to
3   stop or pause, let me know.
4 Q Okay. Where -- with regard to Gifted and
5   Talented, what type of institution is that?
6 A It was a preschool.
7 Q Is Parallel also a preschool?
8 A No, that's a substitute staffing program for the
9   IPS District.
10 Q And then Children's Courtyard, is that a
11   preschool?
12 A Yes.
13 Q Where else have you worked?
14 A H & R Block. Applied Marketing. I worked for
15   Instacart.
16 Q Where --
17 A Oh, go ahead.
18 Q Oh, continue please.
19 A Rainbow Shops, ATC Group Services, Library
20   Restaurant and Pub. Red Lobster, Chilies.
21 Q Are these all within the last 10 years or so, or
22   are we going back all the way to the beginning?
23 A We're going back. The last --
24 Q What are the most recent?
25 A Most recent? It stopped at Applied Marketing.

Page 13

1 Q What is Applied Marketing?
2     MR. FALK: Sorry. Was the question what
3   was her most recent job? Because I think she
4   answered --
5     (Simultaneous conversation.)
6     THE WITNESS: The most recent was Gifted
7   and Talented.
8 BY MS. YOUNGS:
9 Q Was Gifted and Talented. Then before that was
10   Parallel?
11 A Yep.
12 Q Before that was Children's Courtyard?
13 A I named in order.
14 Q So most recently Gifted and Talented was a
15   preschool. What was your role at that
16   preschool?
17 A I was the lead teacher for the 3-year-olds.
18 Q How long were you there?
19 A For a month.
20 Q Prior to Gifted and Talented, at Parallel --
21   what was your role at Parallel?
22 A Substitute teacher.
23 Q What grade?
24 A It varied. Anywhere from pre-K up to 8 was the
25   oldest I worked with.

4 (Pages 10 - 13)

Page 14

1 Q How long were you at Parallel?
2 A I worked there July to August but also February
3   to May of 2022. Through -- yeah, 2022.
4 Q Okay. And at Children's Courtyard preschool,
5   what was your role at that school?
6 A Lead teacher for the 4 and 5-year-olds.
7 Q How long were you at Children's Courtyard?
8 A From June through August 2022.
9 Q And prior to that, you were at H & R Block?
10 A Correct.
11 Q What was your role at H & R Block?
12 A Receptionist.
13 Q Are all these organization in Indianapolis?
14 A Correct.
15 Q Okay. Are you a member of any organizations?
16 A No.
17 Q Not a member of any political organizations?
18 A No, no membership to any political
19   organizations.
20 Q You're not a member of any transgender related
21   organizations?
22 A Just Facebook groups.
23 Q Okay. What is your sexual orientation?
24 A Pansexual.
25 Q What does that mean?

Page 15

1      MR. FALK: I'm going to interpose an
2   objection because that has absolutely nothing to
3   do with this case whatsoever. And the witness
4   is free to answer, but this is not a case about
5   her sexual orientation.
6      You can answer.
7      THE WITNESS: I feel okay with answering.
8 A It means I'm attracted to someone regardless of
9   gender.
10 Q Okay. What pronouns do you use with that?
11   (Audio distortion.)
12   (The reporter requested clarification.)
13 A He/they.
14 Q At what point did you identify as pansexual?
15      MR. FALK: Again, I'm going to continue to
16   object. And I'm going to, at some point in the
17   near future, instruct the client not to respond
18   to these questions because this case has nothing
19   to do with her sexual orientation. And this is
20   a gross invasion of privacy that you would not
21   be asking if her first answer to the question
22   was she was heterosexual.
23      But you can answer.
24 A High school when I was 14.
25 Q How many children do you have?

Page 16

1 A Three.
2 Q And what are their ages?
3 A 15, 11, 8.
4 Q And what are their genders?
5 A They are all girls.
6 Q Do your children identify as a particular sexual
7   orientation?
8      MR. FALK: I'm going to object. I don't
9   know what it means to ask if a 8-year-old has a
10   particular sexual orientation. And we're
11   talking about A.M. here, who is the 11-year-old,
12   and I simply don't think it's relevant to discus
13   the other children. Again, this seems to be a
14   gross invasion of privacy.
15 A I will agree. I'm not going to answer that. My
16   8-year-old does not have a sexual orientation as
17   she has not experienced sexual attraction at
18   8 years old.
19 Q Do they identify as transgender?
20 A A.M. does and my youngest as well.
21 Q Are you married?
22 A No.
23 Q Have you been married?
24 A Yes.
25 Q When were you married?

Page 17

1 A To my first husband in 2008, and to my second
2   husband in 2013. I divorced from my first
3   husband officially in 2010. And for my second
4   husband, it was granted in 2019.
5 Q Is your second husband A.M.'s father?
6 A Yes, he is.
7 Q Do you live with any other family?
8 A No, I do not.
9 Q Just your children live with you?
10 A A.M. and my youngest live with me, yes.
11 Q Do you have any other family close by?
12 A They are all within an hour, hour and a half
13   distance.
14 Q Is A.M.'s father at all involved in A.M.'s life?
15 A He is not.
16 Q When's the last time A.M. has seen her father?
17 A 2018.
18 Q Has A.M.'s father lost custody?
19 A Yes, he has.
20 Q Can you explain the reason of loss of custody?
21      MR. FALK: I'm going to object. This is
22   ridiculous. This is not a family matter, a
23   custody issue. This is an issue concerning the
24   child and I object. This is not relevant.
25      You can certainly answer briefly since it's

5 (Pages 14 - 17)

Page 18

1    in the medical records. But this has noting to
2    do with our case.
3  A  I will give a brief answer to that. He was
4    extremely abusive. I will not go into detail
5    for A.M.'s sake.
6  Q  How old is A.M.?
7  A  11 years old.
8  Q  And what was A.M.'s sex at birth?
9  A  Male.
10 Q  And what does A.M. identify as now?
11 A  Trans girl.
12 Q  How long has A.M. lived in this -- has lived as
13   a trans girl?
14 A  Since she was 3 1/2 years old.
15 Q  Has A.M. changed the marker on A.M.'s birth
16   certificate?
17 A  Yes.
18 Q  And when did this happen?
19 A  In 2021 it was granted. I believe in September
20   of 2021.
21 Q  Where does A.M. attend school?
22       (Audio distortion.)
23       (Discussion re: technical difficulty.)
24 A  A.M. is homeschooled as of April of 2023.
25 Q  Prior to homeschool, where did A.M. attend?

Page 19

1  A  Kipp, K-i-p-p, Indy.
2  Q  How long was A.M. at Kipp Indy?
3  A  From September of 2022 until April of 2023.
4  Q  Do you homeschool A.M.?
5  A  Yes.
6  Q  Why did you decide to homeschool A.M.?
7       MR. FALK: I'll object. Again, this has
8    nothing to do with our case.
9       If you can answer the question -- it's
10   allowed in depositions, but this is really,
11   really far off view -- go ahead.
12 A  A.M. has had recent disabilities --
13      MR. FALK: Court reporter, the child's
14   first name was just used. In this case, the
15   child is known as A.M.; so if any of us slip, as
16   is very common, please just put the name as A.M.
17 A  A.M. has physical disabilities that have started
18   to come to light as of 2022 and was being
19   bullied for her use of a cane and a walker; so
20   she felt the need to withdraw from school.
21 Q  Does A.M. do well in school?
22 A  Yes.
23 Q  Do other students, when A.M. was in school, know
24   that A.M. was transgender or is transgender?
25 A  No.

Page 20

1  Q  In the past several years -- I mean, since A.M.
2    was born, has A.M. had any big changes or
3    stressful situations?
4  A  Yes.
5  Q  What were those situations?
6  A  As previously stated, abuse from her father,
7    death of pets, and recent eviction in September
8    of 2022.
9  Q  How long did the abuse last?
10 A  From 2015 until he was forced from the home in
11   2018. So for three years.
12 Q  How old was A.M. during this time?
13 A  It started when she was 3 and ended when she was
14   6.
15 Q  Does A.M. use social media?
16 A  No.
17 Q  Does A.M. have any transgender friends?
18 A  Yes.
19 Q  How many friends?
20 A  Two.
21 Q  And how old are those friends?
22 A  One is 9; the other is 12.
23 Q  Did these friends identify as transgender before
24   or after A.M.?
25 A  I am unaware because she met them just in the

Page 21

1    past three years.
2  Q  When did you first have an indication that A.M.
3    was suffering in some sort of --
4  A  So in 2015, shortly before -- or, no, in 2016.
5    I apologize.
6       Shortly before her 4th birthday, her older
7    sister brought her to me because she had
8    confided in her older sister that she wished to
9    cut her penis off because girls can't have
10   penises and she's a girl.
11 Q  Were there other symptoms besides these
12   statements?
13 A  Aside from preferring feminine clothing and toys
14   that are generally gendered for girls by
15   society, no.
16 Q  What was A.M.'s general emotional and behavioral
17   state at this time?
18 A  She seems withdrawn. I wasn't sure why, and
19   seemed not as bubbly as she used to be.
20 Q  Did A.M. seem anxious?
21 A  Yes.
22 Q  Did A.M. have difficulties in social situations?
23 A  No.
24 Q  Did you ever suspect A.M. might be autistic?
25 A  Yes.

6 (Pages 18 - 21)

Page 22

1 Q   Did you have A.M. tested for autism?
2 A   We are on the waitlist.  We have had issues with
3     that due to insurance.
4 Q   Have you sought counseling for A.M. for issues
5     other than gender dysphoria before seeking help
6     for gender dysphoria?
7 A   They were sought at the same time.
8 Q   What were the other conditions you were seeking
9     help with treating?
10 A   Depression and PTSD as well as anxiety.
11 Q   Did the depression and anxiety and PTSD arise at
12     the same time?
13 A   The depression and anxiety did, but not the
14     PTSD.
15 Q   The PTSD occurred before the 3 1/2?
16 A   No.  PTSD occurred afterwards due to the abuse
17     when she was 6.
18 Q   Okay.  But the depression/anxiety occurred about
19     the same time as gender dysphoria?
20 A   Yes.
21 Q   So how long did A.M. act this way before you
22     sought medical attention?
23 A   Medical attention was sought when she was 6, but
24     she had acted that way at about 3 1/2, 4 years
25     old when she came out to me and her sister.

Page 23

1 Q   When did A.M. come out?
2 A   3 1/2.
3 Q   And when you say coming out, that is the
4     instance where A.M. wanted to cut off her penis
5     and said "I want to be a girl"?
6 A   She stated she is a girl.
7 Q   Is a girl.  Okay.
8 A   But, yes.
9 Q   And then you sought medical attention at 6?
10 A   Yes, she socially transitioned prior.
11 Q   When did A.M. socially transition?
12 A   3 1/2.
13 Q   The social transition and coming out are the
14     exact same instance?
15 A   Yes.
16 Q   Have you ever considered that these behaviors of
17     A.M. at 3 1/2 are something other than gender
18     dysphoria?
19 A   No.
20 Q   Who decided that A.M. socially transition?
21 A   A.M.
22 Q   Okay.  And you agreed to the social transition?
23 A   Yes.
24 Q   What are the different steps taken between 3 1/2
25     is six to socially transition?

Page 24

1 A   It started with her choice to get a more
2     feminine wardrobe, grow her hair out, and choose
3     a feminine name; as well as tell her at-the-time
4     speech and occupational therapist that she was a
5     girl and asked to be addressed as a girl, and to
6     tell family members that she was a girl.
7 Q   Okay.  So during this time, A.M. also went to
8     see an occupational therapist?
9 A   Yes.
10 Q   What was that for?
11 A   Sensory processing disorder.
12 Q   What age between 3 1/2 and 6 were these
13     therapies started?
14 A   Started at 2 and went until 5.
15 Q   What is this disorder?
16 A   Sensory processing disorder deals with aversions
17     and stress occurring due to different sensory
18     related events such as texture, food, and sound.
19 Q   Do these stresses go away at about 5 years old
20     then?
21 A   No.  She was able to handle the events and used
22     coping skills in those situations to where they
23     no longer caused issues for functioning.
24 Q   Where did A.M. seek medical treatment?
25 A   I have forgotten the name of that place.  It is

Page 25

1     in Greenwood, Indiana, however.
2 Q   Okay.  And after these therapies, you sought
3     medical care for gender dysphoria; correct?
4 A   Correct.
5 Q   When was this?
6 A   This was in 2018.  The first place we went to
7     was Families First as well as our primary care
8     physician.
9 Q   What did the providers tell you at those
10     appointments?
11 A   To continue allowing her to present as a girl
12     and to watch for any signs of it worsening as
13     far as wanting to mutilate her body.
14 Q   Were there any next steps other than that
15     follow-up appointments?
16 A   When the gender clinic was opened at Riley
17     Children Hospital, we were placed on the
18     waitlist per our doctor's recommendation.
19 Q   And when was that?
20 A   I'm trying to recall when we were placed on it
21     because we were placed on it when they opened --
22     I believe it was in 2017 -- but we weren't seen
23     until 2019.
24 Q   Did the Family First or primary care physicians
25     prescribe any medication for A.M.?

7 (Pages 22 - 25)

Page 26

1  A  No.
2  Q  So their only advice at that time was to
3     socially transition and monitor?
4  A  Correct.
5  Q  Did the doctors at Family First or primary care
6     perform any tests or evaluations?
7        MR. FALK:  You mean for gender dysphoria or
8     general?  One of the doctors is her primary care
9     doctor; so, I assume, her primary care doctor
10    was performing tests and evaluations on primary
11    care doctor things.
12 Q  Yeah.  Like an annual checkup-type visit --
13       MR. FALK:  Sure.  Understood.
14 Q  Were there any other --
15 A  I mean, normal medical examinations.  The only
16    thing to do for gender dysphoria to examine is
17    to talk to her and see how she feels with her
18    gender and identity.  That was the only exam
19    that they did.
20 Q  And then fast forward to 2019, and you were seen
21    by Riley Gender Clinic?
22 A  Correct.
23 Q  What happened at that appointment?
24 A  We discussed whether or not she was entering
25    precocious puberty, what signs to watch for, and

Page 27

1     to learn what we would need to do once she began
2     precocious puberty in order to stall going
3     through male puberty.
4  Q  What were the signs you were watching for?
5  A  Whether her testicle had dropped, increased body
6     odor, as well as the start of body hair forming
7     in the pubic region.
8  Q  Was there any other advice given at this
9     appointment?
10 A  To continue therapy.
11 Q  Did you schedule any follow-up appointments?
12 A  Yes.
13 Q  When was this?  When was the follow-up
14    appointment after this first visit?
15 A  I believe virtually in 2020.  Or was it 2021?
16    The pandemic caused an issue with the
17    appointment.  So, unfortunately, I can't
18    remember off the top of my head.  I do know it
19    caused us to pause because they weren't doing
20    any appointments for a while during the
21    pandemic; so it lengthened the time in between
22    the appointments.
23 Q  Okay.  Yeah, the pandemic really messed
24    everything up.  Was your first appointment in
25    person?

Page 28

1  A  Yes.
2  Q  And then your second appointment was virtual?
3  A  I believe it was just as a check-in.  After
4     that, we did go physical to see if the signs of
5     puberty had manifested.
6  Q  Okay.  Was your next appointment after the
7     virtual one an appointment where you were
8     suspect of precocious puberty?
9  A  Yes.
10 Q  What happened at that appointment?
11 A  They did a physical evaluation to look for the
12    physical signs of precocious puberty and discuss
13    our next steps, which would be prescribing the
14    Lupron injections.
15 Q  So did they determine at that appointment that
16    there was precocious puberty?
17 A  Yes.
18 Q  And did they prescribe the Lupron at that
19    appointment?
20 A  First, we did the bone density scans and then
21    prescribed the Lupron injection.
22 Q  Why did they do bone density scans?
23 A  They do it to track growth to make sure the
24    Lupron is working.  They have to have a
25    beginning scan to compare it to later scans.

Page 29

1  Q  To ensure that A.M. is still growing over this
2     time?
3  A  Yes.  To see how her growth is developing while
4     on the Lupron.
5  Q  At what appointment was A.M. diagnosed with
6     gender dysphoria?
7  A  That was --
8        MR. FALK:  I guess I'm going to, just, not
9     objection but, she will testify, the diagnosis
10    came long before she went to Riley.  I don't
11    know if you were asking what appointment at
12    Riley or when she was diagnosed.
13 Q  Okay.  So was that at --
14       (Simultaneous conversation.)
15 A  -- primary.
16       MR. FALK:  Let her ask the question.
17 Q  So the diagnosis of gender dysphoria happened at
18    the primary care --
19 A  Yes.
20 Q  -- physician?  Was A.M. diagnosed with any other
21    conditions at IU Riley?
22 A  No.
23 Q  Was A.M. diagnosed with any other conditions at
24    the primary care physician?
25 A  Depression/anxiety.

8 (Pages 26 - 29)

Page 30

1 Q The depression/anxiety, were those diagnosed
2  before the gender dysphoria at other
3  appointments?
4 A No.
5 Q So the depression/anxiety were diagnosed at the
6  exact same appointments as the gender dysphoria?
7 A Yes.
8 Q What was the treatment plan for the
9  depression/anxiety?
10 A They recommended to -- at the time, because she
11  was so young, they didn't quite want her in
12  therapy because they didn't know if it would
13  help her; but if it worsened, to seek therapy.
14  They felt that allowing her to socially
15  transition would help with that.
16 Q Was PTSD also treated at that appointment?
17 A No.
18 Q Was PTSD treated prior to that appointment?
19 A No.
20 Q At what point was the PTSD treated?
21 A 2019.
22 Q Who diagnosed the PTSD?
23 A Our therapist at Families First.
24 Q Which was around the same time as the primary
25  care physician appointment?

Page 31

1 A Primary, regarding which things? The dysphoria
2  or the depression? No, dysphoria was diagnosed
3  at the primary before 2017.
4 Q So the Family First happened after the primary
5  care physician?
6 A Correct.
7 Q Did the Family First recommend therapy for the
8  PTSD?
9 A Yes. They offered those services for her.
10 Q How long has A.M. stopped therapy at Family
11  Frist?
12 A She stopped at -- she started in May of 2018 and
13  stopped in August.
14 Q Of 2018?
15 A Yes, sorry.
16 Q Were those services sought by another provider?
17 A We stopped them because we felt they weren't
18  enough and then sought treatment -- emergency
19  treatment at Riley emergency room due to
20  suicidal ideation. And they recommended
21  Eskenazi Midtown Clinic, which is where we
22  sought further treatment.
23 Q When did that treatment begin at Eskenazi?
24 A I believe that was all in August of 2018.
25 Q What happened at the Riley emergency room visit?

Page 32

1 A They did an evaluation of her mental state as
2  far as whether or not she had a plan for harming
3  herself and a plan for attempting suicide. And
4  they tried to find a bed for her within the
5  state, but there were no beds for inpatient.
6  We created a safety plan for at home and
7  school to keep her safe from harm until we were
8  able to get into Eskenazi.
9 Q What was the date of the emergency room visit?
10 A I don't recall the exact date.
11 Q Okay. But it was in 2018?
12 A Correct.
13  MR. FALK: The witness testified it was in
14  August of 2018.
15 Q Did the providers indicate that
16  depression/anxiety were a result of gender
17  dysphoria?
18 A That was one of the reasons, yes.
19 Q What were the other reasons for
20  depression/anxiety?
21 A The abuse that she had gone through with her
22  father.
23 Q Was A.M. prescribed any meditation for
24  anxiety/depression?
25 A At Riley, no, but at Eskenazi, yes.

Page 33

1 Q Through the therapy at Eskenazi?
2 A Yes.
3 Q What was A.M. prescribed?
4 A The first medication, I believe, was Zoloft.
5 Q How long was A.M. on Zoloft?
6 A I can't remember the exact time frame. I know
7  it was at least six months.
8 Q Why was A.M. taken off Zoloft?
9 A It increased her anger and irritability.
10 Q Was A.M. prescribed something else instead?
11 A Yes, Prozac.
12 Q How long was A.M. on Prozac?
13 A She is still currently on Prozac.
14 Q And Prozac was prescribed in 2019?
15 A Correct.
16 Q Has A.M. been prescribed any other medication
17  for depression/anxiety?
18 A I know there was one at the time of Zoloft that
19  helped with her difficulty sleeping and
20  nightmares, but I cannot recall the name off the
21  top of my head. But she is no longer on it.
22 Q Why was A.M. taken off of that?
23 A It was making her extremely drowsy in the
24  mornings and having difficulty paying attention
25  in school.

9 (Pages 30 - 33)

Page 34

1  Q  How long was A.M. on that medication?
2  A  I believe -- I want to say she stopped taking it
3     in 2020 if I'm remembering correctly.
4  Q  Was that sleeping medication prescribed the same
5     time as Zoloft?
6  A  Yes.
7  Q  When did you first learn about the puberty
8     blockers?
9  A  That was in 2015.
10 Q  Did you learn about those on your own?
11 A  No.  I attended a support group for parents and
12    family of transgender children.
13 Q  But the support group was for a different child,
14    not A.M.?
15 A  It was for A.M. as well as the older sibling at
16    the time.
17 Q  Was the support group before A.M. had come out?
18 A  No.
19 Q  Okay.
20 A  Yeah, no.  It was after.
21 Q  What was said about puberty blocker?
22 A  That it helps delay puberty while they -- while
23    the parents and children discussed whether or
24    not they wanted to go on either testosterone or
25    estrogen after, when they did begin puberty.  It

Page 35

1     helped stall puberty with precocious puberty, as
2     well as gave them some time to decide what was
3     the next best step for that child.
4  Q  With your appointments with A.M. for gender
5     dysphoria, when were puberty blockers mentioned
6     as a potential treatment?
7  A  After I learned about it in 2015, I just -- and
8     so it would be during our first visit discussing
9     it with the doctor, officially, in 2017 because
10    I started noticing body odor.  And so we
11    discussed whether or not, in the future, we
12    would try those -- if they felt that that would
13    help since her dysphoria was increasing as she
14    got older.
15 Q  And then 2017 appointment was the -- where was
16    this appointment at?
17 A  At the Franciscan Family Medical Group.
18 Q  And that Franciscan Family Medical Group is the
19    primary care physician?
20 A  Correct.
21 Q  At that appointment, the primary care mentioned
22    that puberty blockers were not -- were not --
23    the physician mentioned it was not a good time
24    for A.M. to take puberty blockers?
25 A  Correct.  She wasn't old enough for her to need

Page 36

1     it.
2  Q  So when was A.M. prescribed puberty blockers?
3  A  In August of 2021.
4  Q  And when did A.M. start taking them?
5  A  In August of 2021.
6  Q  And how are these taken?
7  A  Through injection at the doctor's office at
8     Riley.
9  Q  How frequently do the injections occur?
10 A  Every three months.
11 Q  How many times has the puberty blockers been
12    administered?
13 A  I would have to do the math, but there were some
14    times where we had delay due to insurance
15    issues; so I'm not quite sure.
16       Because it's been a little less than two
17    years, and it was every three months.  So at the
18    very least, she's had it four if not five times.
19 Q  So A.M. has taken the puberty blockers every
20    three months since August on 2021?
21 A  Yes.  And about five, maybe six because there
22    were some periods where we had issues with
23    insurance that caused a laps in getting them on
24    schedule.
25 Q  What were you told by your physician about the

Page 37

1     short-term effects of the puberty blockers?
2  A  It would delay the growth of body hair, voice
3     change, any onset of more masculine features as
4     far as voice and developing tissue in the pubic
5     region and body hair.
6  Q  Were there any long-term effects of puberty
7     blockers shared with you?
8  A  I mean, it would continue so long as she was on
9     them.  But if she stopped taking them, she would
10    start puberty.
11 Q  Were there any medical risks of taking puberty
12    blockers shared with you?
13 A  I'm sure there were, as there is with any
14    medication a child starts; but, again, since
15    it's been two years, off the top of my head, I
16    cannot recall.
17 Q  Does A.M. experience any side effects from
18    taking the puberty blockers?
19 A  No.  She has had a very good experience with
20    them.
21 Q  And who decided to take the puberty blockers?
22 A  A.M. made the decision after discussing it with
23    me and her physician.
24 Q  And you consented to the puberty blockers?
25 A  Correct.

10 (Pages 34 - 37)

Page 38

1 Q  Were you offered any alternative course of
2    treatment besides puberty blockers?
3 A  The only alternative would be go without them.
4 Q  Was that ever suggested to you by the physician?
5 A  No, because the physician felt that in order to
6    help A.M.'s dysphoria not increase, that the
7    puberty blockers would be necessary.
8 Q  Okay.  What do you know about cross-sex
9    hormones?
10 A  I know that when given either estrogen or
11    testosterone, you develop the characteristics
12    that come along side those.
13       So for estrogen, it would be a more
14    feminine voice, the Adam's apple would not
15    become more prominent, the hips would develop in
16    a way that is associated more with having a
17    feminine body, and breast tissue would develop
18    as well.  As well as feminine facial features; a
19    more feminine looking face.
20 Q  Where did you first learn about cross-sex
21    hormones?
22 A  Again, at the support group for the transgender
23    families.
24 Q  What's the name of the support group?
25 A  GEKCO.  How do they spell it?  Do you recall?

Page 39

1    Because it's different than the actual animal.
2       Is it G-E-C-K-O?  I can't recall how they
3    spell it because it's slightly different.
4    Because it's an acronym.  It's not the actual
5    animal.
6       MS. PACTOR:  Corrine, can we go off the
7    record?
8       (Off the record.)
9 BY MS. YOUNGS
10 Q  Are you still a member of this support group?
11 A  Online, yes, because we stopped doing in-person
12    due to the pandemic and also with my own
13    immunocompromised issues.
14 Q  And by online, is this through their website or
15    Facebook?
16 A  Both.
17 Q  When was the first instance that doctors -- or
18    have doctors discussed with you cross-sex
19    hormones?
20 A  We discussed it with our primary physician when
21    I brought up needing a referral to Riley when
22    their clinic opened.
23 Q  What did this physician tell you about cross-sex
24    hormones?
25 A  The same thing that I told you about how they

Page 40

1    would affect her body, that it would need to
2    happen towards a more normal age of puberty,
3    after we had stalled the precocious puberty to
4    give her body time to be ready for it.
5 Q  And has A.M. been prescribed cross-sex hormones?
6 A  Not yet.  We decided it would be at least
7    2 years after being on Lupron.
8 Q  And it's almost been 2 years that A.M. has been
9    on Lupron?
10 A  Correct.
11 Q  So at the 2 years mark, what hormones exactly
12    are you planning?
13 A  Estrogen.
14 Q  Are there any other hormones?
15 A  I'm not sure.  We're going to have a more
16    thorough discussion before taking that step.  At
17    her next appointment, we'll have that
18    discussion.
19 Q  When is the next appointment?
20 A  I believe May 31.  I know it's at the end of
21    this month.
22       MS. YOUNGS:  Do you mind if we take a break
23    for a minute?
24       (A recess was taken between 10:23 a.m. and
25    10:30 a.m.)

Page 41

1 BY MS. YOUNGS
2 Q  Were you provided informed consent for the
3    puberty blockers?
4 A  Informed consent forms to sign off on them, yes.
5 Q  And these were just forms?
6 A  I was given pamphlets to know more about them.
7 Q  Did you learn anything from pamphlets?
8 A  No, because I had already done my own personal
9    research on them before making the decision with
10    the doctor to go ahead with them.
11 Q  Did the doctor discuss with you anything else
12    along with the pamphlets?
13 A  Just the general information about what to
14    expect with them, how it would affect her, and
15    possible side effects, as we would any other
16    medication.
17 Q  Have you received informed consent concerning
18    cross-sex hormones?
19 A  Not yet.  As I stated, we're going to discuss
20    that at her next appointment.
21 Q  Have you consider any cognitive behavior therapy
22    for A.M.?
23 A  Can you be -- clarify by what you mean by
24    cognitive behavior.
25 Q  Any other type of therapy such as -- any other

11 (Pages 38 - 41)

Page 42

1  therapy other than for depression/anxiety?
2      MR. FALK: I guess I'm going to object
3  because I think the record already reflects that
4  she sought therapy through Eskenazi's mental
5  health center for both the dysphoria and PTSD.
6  So I think it's already in the record that she
7  did seek therapy.
8  Q  I'm merely asking if there was any other therapy
9  considered?
10 A  I'm not sure what other therapy there would be.
11 Q  Okay. Have you considered seeing a neurologist?
12      MR. FALK: And this is in reference to the
13  gender dysphoria? Is that the question?
14      MS. YOUNGS: I mean, I'm -- I'm asking
15  generally about medical conditions.
16      MR. FALK: I guess I will object to the
17  extent you are asking about stuff that's outside
18  of gender dysphoria.
19      However, I think the witness can testify as
20  to whether there are other issues requiring --
21  excuse me -- potential consultation of a
22  neurologist occurring.
23 A  As for dysphoria, there is no need for
24  neurological visit as we have discussed with the
25  doctor and therapist, they don't believe there's

Page 43

1  a need for that. But she does -- with her
2  disabilities, with her legs and walking, there
3  is a need for neurology appointment to see
4  what's going on with that. But that has nothing
5  to do with her dysphoria.
6      We do have an appointment with the
7  neurologist in July. But, again, that won't be
8  pertaining to the dysphoria or anything
9  regarding that.
10 Q  And that's concerning some other medical
11  condition?
12 A  Correct.
13 Q  What is that medical condition?
14 A  We don't know. That's why we are seeking a
15  neurology appointment.
16 Q  Okay. Are you considering any transition
17  surgeries for A.M.?
18 A  No, because she is a minor.
19 Q  Are you considering them for the future?
20 A  That is entirely up to her because she will be
21  an adult.
22 Q  Okay. So you are not considering any while A.M.
23  is a minor?
24 A  Correct.
25 Q  Do you feel concerned about the risks of any of

Page 44

1  the treatment for gender dysphoria?
2 A  No.
3 Q  What made you feel -- what made you think that
4  the benefits outweighed the risks?
5      MR. FALK: Again, are we just -- to be
6  clear, at this point, the only treatment she is
7  receiving is the puberty blockers.
8      MS. YOUNGS: Correct.
9      MR. FALK: So I assume we're talking about
10  that.
11      MS. YOUNGS: Correct.
12 A  Well, I think the risk of medication is nothing
13  compared to losing my child to suicide if she
14  were to go without or her mutilating herself. I
15  think that's a greater than any risk she
16  would have wile on the puberty blockers.
17 BY MS. YOUNGS
18 Q  Tell me more about specific instances of
19  suicidality?
20 A  When she was getting closer to signs of puberty,
21  before she started the blockers, she vocalized
22  that if she was unable to get them, she did not
23  want to live because she could not stand living
24  presenting male because it didn't feel right to
25  her.

Page 45

1      When there was a lapse in receiving the
2  blockers due to insurance and pharmacy issues,
3  her depression and suicidal ideations increased
4  because she was anxious that she would not
5  receive them. She did vocalize that to me
6  because it was worrying her.
7 Q  Again, what age was that?
8 A  The most recent was 2022 when there was an issue
9  with the insurance.
10 Q  Has A.M. conveyed any suicidal thoughts since
11  being on the puberty blockers besides this last
12  instance?
13 A  No. On the blockers, there has been no increase
14  risk of suicide.
15 Q  How many instances were there prior to the
16  puberty blockers?
17      MR. FALK: I'm sorry, instances of her
18  discussing suicide? Not mutilating --
19      MS. YOUNGS: Yes.
20 A  There were at least four conversations revolving
21  around it. No actual attempts were made because
22  she did confide in me and talk it out with me.
23 Q  What were these conversations like?
24 A  I mean, feeling the desire to end her life
25  either by jumping from the roof of our home or

12 (Pages 42 - 45)

Page 46

1 injuring herself with knives because she was
2 feeling an overwhelming feeling of despair at
3 the thought of not being able to live as a girl.
4 Q  So these were specific moments, not a daily
5 routine or a daily --
6 A  They weren't daily conversations, but she had
7 the constant thoughts.  And the thoughts were
8 overwhelming for her to the point where she
9 broke down and then came to me.
10 Q  Broke down, you mean broke down crying?
11 A  I mean broke down functioning, not being able to
12 do anything.  Crying, yes.
13 Q  Now in regard to the mutilation, how many times
14 had that been conveyed?
15 A  Any time she is not on the blockers, she gets
16 the urge.  And also due to trauma received from
17 her father, that increased it.  And so the PTSD
18 does tie to increased thoughts of mutilation
19 because of one of the forms of abuse that she
20 went through.  So I can't give an exact number
21 because it's been so frequent when she's not on
22 blockers.
23 Q  Oh, when she is not on puberty blockers?
24 A  Yes.  While she is on blockers, she has no
25 feelings of wanting to mutilate herself because

Page 47

1 she knows that's not going to give her away due
2 to clothing.  It's only if -- when she's not on
3 the blockers, the anxiety increases; and when
4 her anxiety increases, the desire to mutilate
5 herself increases.
6     (Audio distortion.)
7     (The reporter requested clarification.)
8     MS. YOUNGS:  I think she froze for a
9 second.  I didn't hear the end of it.
10 A  I stated when she is not on the blockers, her
11 anxiety increases; and when her anxiety
12 increases, the desire to mutilate herself
13 increases.
14 Q  With the desire to mutilate herself does she
15 also have meltdowns similar to suicide thoughts?
16 A  Yes, because they become very overwhelming for
17 her.
18 Q  Has the puberty blockers also kept the symptoms
19 of odor and hair and such away?
20 A  She still has to use deodorant, but it's not as
21 overwhelming as it would be without it.  And she
22 hasn't developed any pubic hair or armpit hair.
23 Q  Has A.M. conveyed that she would like to get
24 surgery?
25 A  She has stated that, when she is an adult, that

Page 48

1 is her goal.
2 Q  Oh.  So A.M. has conveyed that she would like to
3 wait until she's an adult?
4 A  I mean, she knows that the surgeries are not
5 done to children and that it's not safe for her
6 to do as a child.  It would need to happen when
7 she's an adult.  So, yes, she has conveyed it
8 will happen when she's an adult.
9 Q  I think I'm reaching the end of my questions
10 here.
11     Have you told me everything about this case
12 that you believe is important?
13     MR. FALK:  Objection.  You can't ask that
14 in a deposition.  That's not a question.  You
15 have to ask a question; she has to give the
16 answers.  It's not her role to volunteer stuff
17 that she thinks is important.  It's your job to
18 ask questions.  I will instruct her not to
19 answer that because that's an impossible
20 question.
21 Q  Did you understand each question I asked?
22     MR. FALK:  I'm sorry.  We had a fire truck
23 drive through.
24     MS. YOUNGS:  Pardon?
25     MR. FALK:  Just had a fire truck drive

Page 49

1 through the office.  You'll have to ask the
2 question again.
3 BY MS. YOUNGS:
4 Q  Did you understand each question I asked today?
5 A  Other than the ones I asked you clarify on, yes.
6 Q  Okay.  Did you want to change any answers?
7 A  Aside from when I said I didn't discuss it with
8 anyone, I did discuss it with A.M., on the
9 things pertaining to puberty blockers,
10 dysphoria, things like that and the case.  I did
11 discuss filing suit with A.M. because it was
12 also her decision.
13 Q  Okay.  So when I asked is there anything you did
14 in preparation -- which question was that?
15     MR. FALK:  I think the question you asked
16 was did you discuss this with anyone.  And what
17 she said -- correcting her answer, said -- she
18 did discuss it with her daughter because, as she
19 told you.
20     MS. YOUNGS:  Okay.  Well, that's all the
21 questions I have.
22     MR. FALK:  Let's take a little break and
23 we'll come back.
24     (Off the record.)
25

13 (Pages 46 - 49)

Page 50

1 CROSS-EXAMINATION,
2    QUESTIONS BY KENNETH J. FALK:
3 Q  Ms. Morris, just a couple of things.  Throughout
4    the deposition, talking about A.M.'s recent
5    biological development, you referred to the fact
6    that she was starting precocious puberty.
7       Was that correct?
8 A  Yes.  That was in reference to when she first
9    started her Lupron.  It was due to precocious
10    puberty.
11 Q  At this point, she is showing the signs of her
12    endogenous puberty; is that correct?
13 A  Correct.
14 Q  I just like to use big words.
15       And throughout the deposition there were
16    discussion about anxiety and depression.
17       Do you remember those discussions?
18 A  Yes.
19 Q  And has that been a symptom of her gender
20    dysphoria from the very beginning?
21 A  Yes.
22 Q  So when your primary care physician first
23    discussed that with you, I guess before A.M. was
24    4; is that correct?
25 A  Correct.

Page 51

1 Q  She was suffering from deposition/anxiety
2    because of the gender dysphoria?
3 A  Correct.
4 Q  Has that depression/anxiety increased recently
5    with the passage of this statute?
6 A  Yes.  We're seeing an increase in her anxiety
7    about the lack of access to the medication that
8    she will need to go through puberty as a girl.
9    And so her deposition has also increased.
10 Q  You were asked some questions about informed
11    consent.  It's my understanding from your
12    response that you received forms and pamphlets
13    about the puberty blockers; is that correct?
14 A  Correct.
15 Q  And did you have discussions with your medical
16    staff about that as well?
17 A  Yes.
18 Q  Was it just one medical person or did a number
19    of persons at Riley talk to you about that?
20 A  It was a doctor, a nurse, as well as an advocate
21    from the GenderNexus group, which does work with
22    transgender patients.
23 Q  So you were able too discuss the benefits and
24    drawbacks?
25 A  Yes.

Page 52

1 Q  Did you feel that you got more information from
2    them than you get from -- in other situations
3    where doctors are discussing with you potential
4    treatment?
5 A  It was about the same as I would expect with any
6    doctor's visit:  going over treatment, symptoms,
7    what to expect; if I had any worries, to contact
8    them just as I would with any other medical
9    treatment with my children.
10       MR. FALK:  I have no further questions.
11    Thank you.
12 REDIRECT EXAMINATION,
13    QUESTIONS BY CORRINE YOUNGS:
14 BY MS. YOUNGS
15 Q  I just have one follow-up question from cross.
16    What is this GenderNexus group that was just
17    mentioned?
18 A  It's a nonprofit group that helps families and
19    transgender people have access to medical
20    groups, any questions they may have about
21    obtaining legal -- you know, the legal paperwork
22    in the process for name change, as well as being
23    there at doctors appointments as an advocate for
24    the patient to help them understand what's being
25    discussed.

Page 53

1 Q  Is this group contracted with Riley?
2 A  I don't know.
3       MS. YOUNGS:  Okay.  No further questions.
4       MR. FALK:  Thank you.  We'll take
5    signature.
6       (Time noted:  10:53 a.m.)
7       AND FURTHER THE DEPONENT SAITH NOT.

14 (Pages 50 - 53)

Page 54

1 STATE OF INDIANA          )
                          ) SS:
2 COUNTY OF MONROE          )
3      I, Colleen Brady, a Notary Public in and for
4 the County of Monroe, State of Indiana at large, do
5 hereby certify that EMILY MORRIS, the deponent
6 herein, was by me first duly sworn to tell the
7 truth, the whole truth, and nothing but the truth
8 in the aforementioned matter;
9      That the foregoing deposition was remotely
10 taken on behalf of the Defendants, with the witness
11 located in Indiana, on the 17th day of May 2023,
12 commencing at the hour of 9:26 a.m., pursuant to
13 the Federal Rules of Civil Procedure;
14      That said deposition was taken down
15 stenographically and transcribed under my direction
16 as accurately as possible, considering the quality
17 of the videoconference communication, and that the
18 typewritten transcript is a true record of the
19 testimony given by the said deponent; and
20 thereafter presented to said deponent for her
21 signature;
22      That the parties were represented by their
23 counsel as aforementioned.
24      I do further certify that I am a disinterested
25 person in this cause of action; that I am not a

Page 55

1 relative or attorney of any party, or otherwise
2 interested in the event of this action, and am not
3 in the employ of the attorneys for any party.
4      IN WITNESS WHEREOF, I have hereunto set my
5 hand and affixed my notarial seal on this 24th
6 day of May 2        *Colleen Brady*
7
8                    Colleen Brady
9
10
11 Seal, Notary Public        My Commission Expires:
   State of Indiana          March 8, 2029
12
   Colleen Brady             County of Residence:
13 Commission No. NP0732235   Monroe
14
15
16
17
18
19
20
21
22
23
24
25

Page 56

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

May 24, 2023

To: Mr. Falk

Case Name: K.C., Et Al. v. The Individual Members Of The Medical
Licensing Board Of Indiana, Et Al.
Veritext Reference Number: 5915520
Witness: Emily Morris        Deposition Date: 5/17/2023

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness
review the transcript and note any changes or corrections on the
included errata sheet, indicating the page, line number, change, and
the reason for the change. Have the witness' signature notarized and
forward the completed page(s) back to us at the Production address
shown

above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of
this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

NO NOTARY REQUIRED IN CA

Page 57

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5915520
CASE NAME: K.C., Et Al. v. The Individual Members Of The
Medical Licensing Board Of Indiana, Et Al
DATE OF DEPOSITION: 5/17/2023
WITNESS' NAME: Emily Morris
In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me
I have made no changes to the testimony
as transcribed by the court reporter

_____        _____
Date        Emily Morris
Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn
Statement; and
Their execution of this Statement is of
their free act and deed

I have affixed my name and official seal

this _____ day of_____, 20____

_____
Notary Public

_____
Commission Expiration Date

Page 58

```
 1          DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
 2
            ASSIGNMENT REFERENCE NO: 5915520
 3      CASE NAME: K C , Et Al  v  The Individual Members  Of The
    Medical Licensing Board Of Indiana, Et Al
            DATE OF DEPOSITION: 5/17/2023
 4      WITNESS' NAME: Emily Morris
 5      In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me
 7      I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s)
 9      I request that these changes be entered
    as part of the record of my testimony
10
        I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein
13  _____
    Date            Emily Morris
14
        Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18          in the appended Errata Sheet;
        They signed the foregoing Sworn
19          Statement; and
        Their execution of this Statement is of
20          their free act and deed
21      I have affixed my name and official seal
22  this _____ day of _____, 20_____
23  _____
        Notary Public
24
25      Commission Expiration Date
```

Page 59

```
 1              ERRATA SHEET
            VERITEXT LEGAL SOLUTIONS MIDWEST
 2          ASSIGNMENT NO: 5915520
 3  PAGE/LINE(S) /      CHANGE      /REASON
 4  _____
 5  _____
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19
    _____  _____
20  Date            Emily Morris
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
        Notary Public
24
    _____
25      Commission Expiration Date
```

Veritext Legal Solutions
www.veritext.com                                                    888-391-3376

[& - a.m.]

**&**

**&** 12:14 14:9
14:11

**0**

**00595** 1:3

**1**

**1** 4:3 7:1,3,8
8:24 9:11
**1/2** 18:14 22:15
22:24 23:2,12
23:17,24 24:12
**10** 4:5 12:21
**1031** 2:5
**10:23** 40:24
**10:30** 40:25
**10:53** 53:6
**11** 16:3,11 18:7
**1100** 56:1
**12** 20:22
**14** 15:24
**15** 16:3
**17th** 1:16 54:11
**1820** 56:2
**1:23** 1:3

**2**

**2** 4:4 8:13,15
8:25 9:15
24:14 40:7,8
40:11
**20** 57:16 58:22
59:22
**2008** 17:1
**2010** 17:3

**2013** 17:2
**2015** 20:10
21:4 34:9 35:7
**2016** 21:4
**2017** 25:22
31:3 35:9,15
**2018** 17:17
20:11 25:6
31:12,14,24
32:11,14
**2019** 17:4
25:23 26:20
30:21 33:14
**2020** 27:15
34:3
**2021** 18:19,20
27:15 36:3,5
36:20
**2022** 14:3,3,8
19:3,18 20:8
45:8
**2023** 1:16
18:24 19:3
54:11 55:6
56:4
**2029** 55:11
**216-523-1313**
56:3
**24** 56:4
**24th** 55:5
**25563** 55:7

**3**

**3** 4:5 10:6,8
13:17 18:14
20:13 22:15,24

23:2,12,17,24
24:12
**302** 2:10
**31** 40:20
**317.234.0276**
2:12
**317.635.4105**
2:6

**4**

**4** 14:6 22:24
50:24
**44114** 56:2
**46202** 2:5
**46204** 2:11
**480** 7:18 8:10
**4th** 21:6

**5**

**5** 3:3 14:6
24:14,19
**5/17/2023** 56:9
57:3 58:3
**50** 3:4
**52** 3:6
**5915520** 56:8
57:2 58:2 59:2
**5th** 2:11

**6**

**6** 10:17 20:14
22:17,23 23:9
24:12

**7**

**7** 4:3

**8**

**8** 4:4 13:24
16:3,9,16,18
55:11

**9**

**9** 20:22
**9:26** 1:16 5:1
54:12

**a**

**a.m.** 1:16 5:1
16:11,20 17:10
17:16 18:6,10
18:12,15,21,24
18:25 19:2,4,6
19:12,15,16,17
19:21,23,24
20:1,2,12,15,17
20:24 21:2,20
21:22,24 22:1
22:4,21 23:1,4
23:11,17,20,21
24:7,24 25:25
29:1,5,20,23
31:10 32:23
33:3,5,8,10,12
33:16,22 34:1
34:14,15,17
35:4,24 36:2,4
36:19 37:17,22
40:5,8,24,25
41:22 43:17,22
45:10 47:23
48:2 49:8,11
50:23 53:6

54:12
**a.m.'s** 17:5,14
  17:14,18 18:5
  18:8,15 21:16
  38:6 50:4
**ability** 5:19
**able** 24:21 32:8
  46:3,11 51:23
**above** 56:17
**absolutely** 15:2
**abuse** 20:6,9
  22:16 32:21
  46:19
**abusive** 18:4
**academy** 11:25
**access** 51:7
  52:19
**accordance**
  57:5 58:5
**accurate** 10:22
**accurately**
  54:16
**acknowledge**
  57:11 58:16
**aclu** 2:4,6
**acronym** 39:4
**act** 7:18 8:10
  22:21 57:14
  58:20
**acted** 22:24
**action** 1:3
  54:25 55:2
**actual** 39:1,4
  45:21

**actually** 9:13
**adam's** 38:14
**address** 56:16
**addressed** 24:5
**administered**
  36:12
**adult** 43:21
  47:25 48:3,7,8
**advice** 26:2
  27:8
**advocate** 51:20
  52:23
**affect** 40:1
  41:14
**affects** 8:2
**affixed** 55:5
  57:15 58:21
**aforemention...**
  54:8,23
**age** 24:12 40:2
  45:7
**ages** 16:2
**agree** 16:15
**agreed** 23:22
**ahead** 12:17
  19:11 41:10
**al** 1:4,8 56:6,7
  57:3,3 58:3,3
**alleged** 5:18
**allowed** 19:10
**allowing** 25:11
  30:14
**alternative**
  38:1,3

**anger** 33:9
**animal** 39:1,5
**annual** 26:12
**answer** 5:19
  15:4,6,21,23
  16:15 17:25
  18:3 19:9
  48:19 49:17
**answered** 13:4
**answering** 6:14
  15:7
**answers** 5:22
  6:8 48:16 49:6
**anxiety** 22:10
  22:11,13,18
  29:25 30:1,5,9
  32:16,20,24
  33:17 42:1
  47:3,4,11,11
  50:16 51:1,4,6
**anxious** 21:20
  45:4
**apologize** 21:5
**app** 9:2
**appear** 57:11
  58:15
**appearances**
  2:1,2
**appended**
  58:11,18
**apple** 38:14
**applied** 12:14
  12:25 13:1
**appointment**
  26:23 27:9,14

27:17,24 28:2
  28:6,7,10,15,19
  29:5,11 30:16
  30:18,25 35:15
  35:16,21 40:17
  40:19 41:20
  43:3,6,15
**appointments**
  25:10,15 27:11
  27:20,22 30:3
  30:6 35:4
  52:23
**april** 18:24
  19:3
**armpit** 47:22
**aside** 21:13
  49:7
**asked** 24:5
  48:21 49:4,5
  49:13,15 51:10
**asking** 15:21
  29:11 42:8,14
  42:17
**assignment**
  57:2 58:2 59:2
**associated**
  38:16
**assume** 26:9
  44:9
**assumed** 9:4
**atc** 12:19
**atg.in.gov** 2:12
**attached** 58:7
**attempting**
  32:3

**attempts** 45:21
**attend** 18:21,25
**attended** 34:11
**attention** 22:22
  22:23 23:9
  33:24
**attorney** 2:10
  6:21 10:1 55:1
**attorneys** 55:3
**attracted** 15:8
**attraction**
  16:17
**audio** 15:11
  18:22 47:6
**august** 14:2,8
  31:13,24 32:14
  36:3,5,20
**authorize**
  58:11
**autism** 22:1
**autistic** 21:24
**ave** 56:1
**aversions** 24:16

**b**

**back** 12:22,23
  49:23 56:16
**bear** 9:10
**bed** 32:4
**beds** 32:5
**began** 27:1
**beginning**
  12:22 28:25
  50:20
**behalf** 1:15
  54:10

**behavior** 41:21
  41:24
**behavioral**
  21:16
**behaviors**
  23:16
**believe** 10:23
  18:19 25:22
  27:15 28:3
  31:24 33:4
  34:2 40:20
  42:25 48:12
**benefits** 44:4
  51:23
**best** 5:19 35:3
**big** 20:2 50:14
**biological** 50:5
**birth** 18:8,15
**birthday** 21:6
**block** 12:14
  14:9,11
**blocker** 34:21
**blockers** 34:8
  35:5,22,24
  36:2,11,19
  37:1,7,12,18,21
  37:24 38:2,7
  41:3 44:7,16
  44:21 45:2,11
  45:13,16 46:15
  46:22,23,24
  47:3,10,18
  49:9 51:13
**blog** 8:9

**board** 1:7 56:7
  57:3 58:3
**body** 25:13
  27:5,6 35:10
  37:2,5 38:17
  40:1,4
**bone** 28:20,22
**born** 20:2
**brady** 1:15
  54:3 55:8,12
**break** 6:12,13
  6:15 40:22
  49:22
**breast** 38:17
**brief** 18:3
**briefly** 17:25
**bring** 9:24 10:2
**broke** 46:9,10
  46:10,11
**brought** 21:7
  39:21
**bubbly** 21:19
**bullied** 19:19

**c**

**c** 39:2
**ca** 56:25
**cane** 19:19
**capacities** 1:8
**care** 25:3,7,24
  26:5,8,9,11
  29:18,24 30:25
  31:5 35:19,21
  50:22
**case** 15:3,4,18
  18:2 19:8,14

48:11 49:10
  56:6 57:3 58:3
**cause** 54:25
**caused** 24:23
  27:16,19 36:23
**center** 42:5
**certain** 6:13
**certainly** 9:10
  17:25
**certificate**
  18:16 58:11
**certification**
  57:1 58:1
**certify** 54:5,24
**change** 10:21
  37:3 49:6
  52:22 56:14,15
  58:8 59:3
**changed** 18:15
**changes** 20:2
  56:13 57:7
  58:7,9
**characteristics**
  38:11
**check** 28:3
**checkup** 26:12
**child** 8:2 17:24
  19:15 34:13
  35:3 37:14
  44:13 48:6
**child's** 19:13
**children** 15:25
  16:6,13 17:9
  25:17 34:12,23
  48:5 52:9

**[children's - cv]** Page 4

children's 12:1
  12:10 13:12
  14:4,7
chilies 12:20
choice 24:1
choose 24:2
civil 1:3,17
  54:13 57:5
  58:5
clarification
  15:12 47:7
clarify 41:23
  49:5
clear 44:6
cleveland 56:2
client 15:17
clinic 25:16
  26:21 31:21
  39:22
close 17:11
closer 44:20
clothing 21:13
  47:2
cognitive 41:21
  41:24
colleen 1:15
  54:3 55:8,12
come 19:18
  23:1 34:17
  38:12 49:23
coming 23:3,13
commencing
  54:12
commission
  55:11,13 57:19

58:25 59:25
committee 8:7
  8:8
common 19:16
communication
  54:17
compare 28:25
compared
  44:13
complaint 4:4
  8:13,22
completed
  56:16
concern 5:17
concerned
  43:25
concerning
  17:23 41:17
  43:10
concierge 2:16
  7:2,4 8:14,24
  9:5,10 10:7
condition 43:11
  43:13
conditions 22:8
  29:21,23 42:15
confide 45:22
confided 21:8
consent 41:2,4
  41:17 51:11
consented
  37:24
consider 41:21
considered
  23:16 42:9,11

considering
  43:16,19,22
  54:16
constant 46:7
consultation
  42:21
contact 52:7
contents 9:22
continue 6:6
  12:18 15:15
  25:11 27:10
  37:8
contracted
  53:1
conversation
  13:5 29:14
conversations
  45:20,23 46:6
conveyed 45:10
  46:14 47:23
  48:2,7
coping 24:22
correct 10:18
  10:19,23 14:10
  14:14 25:3,4
  26:4,22 31:6
  32:12 33:15
  35:20,25 37:25
  40:10 43:12,24
  44:8,11 50:7
  50:12,13,24,25
  51:3,13,14
correcting
  49:17

corrections
  56:13 58:17
correctly 34:3
corrine 2:9 3:3
  3:6 5:8 39:6
  52:13
corrine.youngs
  2:12
counsel 2:16,17
  54:23
counseling 22:4
county 1:15
  54:2,4 55:12
  57:10 58:15
couple 50:3
course 38:1
court 1:1 6:7
  19:13 57:7
courtyard 12:1
  12:10 13:12
  14:4,7
created 32:6
cross 3:4 38:8
  38:20 39:18,23
  40:5 41:18
  50:1 52:15
crying 46:10,12
currently 11:20
  33:13
custody 17:18
  17:20,23
cut 21:9 23:4
cv 1:3

| d | | | |
|---|---|---|---|
| **daily** 46:4,5,6 | **deponent** 53:7 | **development** | **discussions** |
| **date** 32:9,10 | 54:5,19,20 | 50:5 | 50:17 51:15 |
| 56:9 57:3,9,19 | **deponent's** | **dewey** 2:16 | **disinterested** |
| 58:3,13,25 | 10:6 | **diagnosed** 29:5 | 54:24 |
| 59:20,25 | **deposed** 5:12 | 29:12,20,23 | **disorder** 24:11 |
| **daughter** 49:18 | **deposition** 1:11 | 30:1,5,22 31:2 | 24:15,16 |
| **day** 1:16 54:11 | 1:14 4:2,3 5:15 | **diagnosis** 29:9 | **distance** 17:13 |
| 55:6 57:16 | 6:23 7:1,8 8:15 | 29:17 | **distortion** |
| 58:22 59:22 | 8:22 10:8 | **different** 8:22 | 15:11 18:22 |
| **days** 56:19 | 48:14 50:4,15 | 8:22 23:24 | 47:6 |
| **deals** 24:16 | 51:1,9 54:9,14 | 24:17 34:13 | **district** 1:1,1 |
| **dear** 56:10 | 56:9,12 57:1,3 | 39:1,3 | 12:9 |
| **death** 20:7 | 58:1,3 | **difficulties** | **division** 1:2 |
| **decide** 9:24 | **depositions** | 21:22 | **divorced** 17:2 |
| 19:6 35:2 | 19:10 | **difficulty** 18:23 | **doctor** 26:9,9 |
| **decided** 23:20 | **depression** | 33:19,24 | 26:11 35:9 |
| 37:21 40:6 | 22:10,11,13,18 | **direct** 3:3 5:7 | 41:10,11 42:25 |
| **decision** 37:22 | 29:25 30:1,5,9 | **direction** 54:15 | 51:20 |
| 41:9 49:12 | 31:2 32:16,20 | **disabilities** | **doctor's** 25:18 |
| **declaration** 4:5 | 32:24 33:17 | 19:12,17 43:2 | 36:7 52:6 |
| 7:6 10:6,20 | 42:1 45:3 | **discus** 16:12 | **doctors** 26:5,8 |
| **deed** 57:14 | 50:16 51:4 | **discuss** 10:1 | 39:17,18 52:3 |
| 58:20 | **desire** 45:24 | 28:12 41:11,19 | 52:23 |
| **deemed** 56:20 | 47:4,12,14 | 49:7,8,11,16,18 | **document** 7:13 |
| **defendants** 1:9 | **despair** 46:2 | 51:23 | 8:17,19 9:2,8 |
| 1:16 2:8 54:10 | **detail** 18:4 | **discussed** 26:24 | 9:20 10:12,15 |
| **delay** 34:22 | **determine** | 34:23 35:11 | 10:17 |
| 36:14 37:2 | 28:15 | 39:18,20 42:24 | **documents** |
| **density** 28:20 | **develop** 38:11 | 50:23 52:25 | 8:19,23 |
| 28:22 | 38:15,17 | **discussing** 35:8 | **doing** 6:6 27:19 |
| **deodorant** | **developed** | 37:22 45:18 | 39:11 |
| 47:20 | 47:22 | 52:3 | **drawbacks** |
| **department** | **developing** | **discussion** | 51:24 |
| 56:22 | 29:3 37:4 | 18:23 40:16,18 | **drive** 48:23,25 |
| | | 50:16 | |

[dropped - father]                                                          Page 6

| | | | |
|---|---|---|---|
| **dropped** 27:5 | **emotional** | 33:6 46:20 | **f** |
| **drowsy** 33:23 | 21:16 | **exactly** 40:11 | |
| **due** 22:3,16 | **employ** 55:3 | **exam** 26:18 | **face** 38:19 |
| 24:17 31:19 | **enclosed** 56:12 | **examination** | **facebook** 14:22 |
| 36:14 39:12 | **ended** 20:13 | 1:14 3:1,3,4,6 | 39:15 |
| 45:2 46:16 | **endogenous** | 5:7 50:1 52:12 | **facial** 38:18 |
| 47:1 50:9 | 50:12 | **examinations** | **fact** 50:5 |
| **duly** 5:3 54:6 | **enrolled** 7:18 | 26:15 | **facts** 5:17 |
| **dysphoria** 22:5 | 8:10 | **examine** 26:16 | **falk** 2:4 3:5 |
| 22:6,19 23:18 | **ensure** 29:1 | **examined** 5:5 | 8:18,21 9:3,7 |
| 25:3 26:7,16 | **entered** 58:9 | **excuse** 42:21 | 9:13,17 13:2 |
| 29:6,17 30:2,6 | **entering** 26:24 | **executed** 58:10 | 15:1,15 16:8 |
| 31:1,2 32:17 | **entire** 57:5 58:5 | **execution** | 17:21 19:7,13 |
| 35:5,13 38:6 | **entirely** 43:20 | 57:14 58:19 | 26:7,13 29:8 |
| 42:5,13,18,23 | **errata** 56:14,19 | **exhibit** 4:2,3,4 | 29:16 32:13 |
| 43:5,8 44:1 | 58:7,10,18 | 4:5 7:1,3,8 | 42:2,12,16 |
| 49:10 50:20 | 59:1 | 8:13,15,24,25 | 44:5,9 45:17 |
| 51:2 | **eskenazi** 31:21 | 9:11,15,16 | 48:13,22,25 |
| | 31:23 32:8,25 | 10:6,8 | 49:15,22 50:2 |
| **e** | 33:1 | **exhibits** 4:1 | 52:10 53:4 |
| | **eskenazi's** 42:4 | **expect** 41:14 | 56:5 |
| **e** 2:5 5:11 39:2 | **especially** 6:8 | 52:5,7 | **familiar** 7:18 |
| **education** | **estrogen** 34:25 | **experience** | 9:22 10:14 |
| 11:25 | 38:10,13 40:13 | 37:17,19 | **families** 25:7 |
| **effects** 37:1,6 | **et** 1:4,8 56:6,7 | **experienced** | 30:23 38:23 |
| 37:17 41:15 | 57:3,3 58:3,3 | 16:17 | 52:18 |
| **either** 34:24 | **evaluation** | **expiration** | **family** 17:7,11 |
| 38:10 45:25 | 28:11 32:1 | 57:19 58:25 | 17:22 24:6 |
| **email** 56:17 | **evaluations** | 59:25 | 25:24 26:5 |
| **emergency** | 26:6,10 | **expires** 55:11 | 31:4,7,10 |
| 31:18,19,25 | **event** 55:2 | **explain** 17:20 | 34:12 35:17,18 |
| 32:9 | **events** 24:18,21 | **extent** 42:17 | **far** 19:11 25:13 |
| **emily** 1:11,14 | **eviction** 20:7 | **extremely** 18:4 | 32:2 37:4 |
| 4:5 5:2,11 54:5 | **exact** 23:14 | 33:23 | **fast** 26:20 |
| 56:9 57:4,9 | 30:6 32:10 | | **father** 17:5,14 |
| 58:4,13 59:20 | | | 17:16,18 20:6 |

32:22 46:17
**features** 37:3
38:18
**february** 14:2
**federal** 1:17
54:13
**feel** 15:7 43:25
44:3,24 52:1
**feeling** 45:24
46:2,2
**feelings** 46:25
**feels** 26:17
**felt** 19:20 30:14
31:17 35:12
38:5
**feminine** 21:13
24:2,3 38:14
38:17,18,19
**filing** 49:11
**find** 32:4 56:12
**finish** 6:14
**fire** 48:22,25
**first** 7:24 15:21
17:1,2 19:14
21:2 25:6,7,24
26:5 27:14,24
28:20 30:23
31:4,7 33:4
34:7 35:8
38:20 39:17
50:8,22 54:6
**five** 36:18,21
**floor** 2:11
**folder** 8:25
9:16

**follow** 25:15
27:11,13 52:15
**follows** 5:5
**food** 24:18
**forced** 20:10
**foregoing** 54:9
57:13 58:18
**forgotten** 24:25
**forming** 27:6
**forms** 41:4,5
46:19 51:12
**forward** 26:20
56:16
**four** 11:6 36:18
45:20
**frame** 33:6
**franciscan**
35:17,18
**free** 15:4 57:14
58:20
**frequent** 46:21
**frequently** 36:9
**friends** 20:17
20:19,21,23
**frist** 31:11
**front** 7:11 9:17
10:10
**froze** 47:8
**functioning**
24:23 46:11
**further** 31:22
52:10 53:3,7
54:24
**future** 15:17
35:11 43:19

**g**

**g** 11:9 39:2
**gavin** 2:17
**gekco** 38:25
**gender** 15:9
22:5,6,19
23:17 25:3,16
26:7,16,18,21
29:6,17 30:2,6
32:16 35:4
42:13,18 44:1
50:19 51:2
**gendered** 21:14
**gendernexus**
51:21 52:16
**genders** 16:4
**general** 2:10
21:16 26:8
41:13
**generally** 21:14
42:15
**getting** 36:23
44:20
**gifted** 11:24
12:4 13:6,9,14
13:20
**girl** 18:11,13
21:10 23:5,6,7
24:5,5,6 25:11
46:3 51:8
**girls** 16:5 21:9
21:14
**give** 18:3 40:4
46:20 47:1
48:15

**given** 6:9 27:8
38:10 41:6
54:19
**go** 5:15 12:17
18:4 19:11
24:19 34:24
38:3 39:6
41:10 44:14
51:8
**goal** 48:1
**going** 5:14,16
5:18 12:22,23
15:1,15,16
16:8,15 17:21
27:2 29:8
40:15 41:19
42:2 43:4 47:1
52:6
**good** 35:23
37:19
**grade** 13:23
**granted** 17:4
18:19
**greater** 44:15
**greenwood**
11:4,5,7 25:1
**gross** 15:20
16:14
**group** 12:19
34:11,13,17
35:17,18 38:22
38:24 39:10
51:21 52:16,18
53:1

[groups - ips]

| | | | |
|---|---|---|---|
| **groups** 14:22 52:20 | **hereunto** 55:4 | **important** 6:9 48:12,17 | **individual** 1:7 56:6 57:3 58:3 |
| **grow** 24:2 | **heterosexual** 15:22 | **impossible** 48:19 | **indy** 19:1,2 |
| **growing** 29:1 | **high** 15:24 | **in.org** 2:6 | **information** 41:13 52:1 |
| **growth** 28:23 29:3 37:2 | **hips** 38:15 | **incidents** 5:17 | **informed** 41:2 41:4,17 51:10 |
| **guess** 29:8 42:2 42:16 50:23 | **home** 20:10 32:6 45:25 | **included** 56:14 | **injection** 28:21 36:7 |
| **h** | **homeschool** 18:25 19:4,6 | **incorporated** 58:12 | **injections** 28:14 36:9 |
| **h** 12:14 14:9,11 | **homeschooled** 18:24 | **increase** 38:6 45:13 51:6 | **injuring** 46:1 |
| **hair** 24:2 27:6 37:2,5 47:19 47:22,22 | **hormones** 38:9 38:21 39:19,24 40:5,11,14 41:18 | **increased** 27:5 33:9 45:3 46:17,18 51:4 51:9 | **inpatient** 32:5 |
| **half** 11:2 17:12 | **hospital** 25:17 | **increases** 47:3 47:4,5,11,12,13 | **instacart** 12:15 |
| **hand** 55:5 | **hour** 17:12,12 54:12 | **increasing** 35:13 | **instance** 23:4 23:14 39:17 45:12 |
| **handle** 24:21 | **house** 7:24 | **index** 3:1 4:1 | **instances** 44:18 45:15,17 |
| **happen** 18:18 40:2 48:6,8 | **husband** 17:1,2 17:3,4,5 | **indiana** 1:1,8 1:15,16 2:4,10 11:3,8,13,14,17 25:1 54:1,4,11 55:11 56:7 57:3 58:3 | **institution** 12:5 |
| **happened** 26:23 28:10 29:17 31:4,25 | **i** | **indianapolis** 1:2 2:5,11 10:25 11:1 14:13 | **instruct** 15:17 48:18 |
| **harm** 32:7 | **ideation** 31:20 | **indicate** 32:15 | **insurance** 22:3 36:14,23 45:2 45:9 |
| **harming** 32:2 | **ideations** 45:3 | **indicating** 56:14 | **interested** 55:2 |
| **harper** 2:16 | **identification** 7:9 8:16 10:9 | **indication** 21:2 | **interpose** 15:1 |
| **head** 27:18 33:21 37:15 | **identify** 15:14 16:6,19 18:10 20:23 | | **introduced** 7:4 7:24 8:14 10:7 |
| **health** 42:5 | **identity** 26:18 | | **invasion** 15:20 16:14 |
| **hear** 7:20 47:9 | **igcs** 2:11 | | **involved** 8:4 17:14 |
| **help** 22:5,9 30:13,15 35:13 38:6 52:24 | **imagine** 8:21 | | **ips** 12:9 |
| **helped** 33:19 35:1 | **immunocom...** 39:13 | | |
| **helps** 34:22 52:18 | | | |

**irritability** 33:9
**issue** 17:23,23
  27:16 45:8
**issues** 22:2,4
  24:23 36:15,22
  39:13 42:20
  45:2
**iu** 29:21

**j**

**j** 2:4 3:5 50:2
**job** 13:3 48:17
**jph** 1:3
**july** 14:2 43:7
**jumping** 45:25
**june** 14:8

**k**

**k** 13:24 19:1
  39:2
**k.c.** 1:4 56:6
  57:3 58:3
**keep** 32:7
**kenneth** 2:4 3:5
  50:2
**kept** 47:18
**kfalk** 2:6
**kipp** 19:1,2
**kmb** 1:3
**knives** 46:1
**know** 6:12 12:3
  16:9 19:23
  27:18 29:11
  30:12 33:6,18
  38:8,10 40:20
  41:6 43:14

  52:21 53:2
**known** 19:15
**knows** 47:1
  48:4

**l**

**l** 5:11
**lack** 51:7
**laps** 36:23
**lapse** 45:1
**large** 54:4
**law** 7:20,22 8:1
  8:5
**lawsuit** 5:18
  9:24 10:2
**lay** 5:14
**lead** 13:17 14:6
**learn** 27:1 34:7
  34:10 38:20
  41:7
**learned** 35:7
**legal** 52:21,21
  56:1 59:1
**legs** 43:2
**lengthened**
  27:21
**letter** 56:20
**letters** 8:9
**library** 12:19
**licensing** 1:7
  56:7 57:3 58:3
**life** 17:14 45:24
**light** 19:18
**line** 56:14 58:7
  59:3

**listed** 58:7,17
**listing** 58:7
**little** 36:16
  49:22
**live** 10:24 17:7
  17:9,10 44:23
  46:3
**lived** 11:1,3,7
  11:11,16 18:12
  18:12
**living** 44:23
**loading** 8:25
**lobster** 12:20
**located** 1:16
  54:11
**long** 11:1,5
  13:18 14:1,7
  18:12 19:2
  20:9 22:21
  29:10 31:10
  33:5,12 34:1
  37:6,8
**longer** 10:21
  24:23 33:21
**look** 9:3 28:11
**looking** 38:19
**losing** 44:13
**loss** 17:20
**lost** 17:18
**lot** 12:2
**lupron** 28:14
  28:18,21,24
  29:4 40:7,9
  50:9

**m**

**m** 5:11,11
**madam** 56:10
**made** 10:14
  37:22 44:3,3
  45:21 57:7
**make** 6:7 28:23
**making** 33:23
  41:9
**male** 18:9 27:3
  44:24
**manifested**
  28:5
**march** 55:11
**mark** 7:2 40:11
**marked** 7:8
  8:15 9:16 10:8
**marker** 18:15
**marketing**
  12:14,25 13:1
**married** 16:21
  16:23,25
**martinsville**
  11:12
**masculine** 37:3
**math** 36:13
**matter** 5:5
  17:22 54:8
**mean** 14:25
  20:1 26:7,15
  37:8 41:23
  42:14 45:24
  46:10,11 48:4
**means** 15:8
  16:9

[media - office]                                                          Page 10

media  7:22
  20:15
medical  1:7
  18:1 22:22,23
  23:9 24:24
  25:3 26:15
  35:17,18 37:11
  42:15 43:10,13
  51:15,18 52:8
  52:19 56:6
  57:3 58:3
medication
  25:25 33:4,16
  34:1,4 37:14
  41:16 44:12
  51:7
meditation
  32:23
meltdowns
  47:15
member  14:15
  14:17,20 39:10
members  1:7
  24:6 56:6 57:3
  58:3
membership
  14:18
mental  32:1
  42:4
mentioned  35:5
  35:21,23 52:17
merely  42:8
messed  27:23
met  20:25

midtown  31:21
midwest  56:17
  59:1
mind  9:7,9
  40:22
minor  43:18,23
minute  40:23
moments  46:4
monitor  26:3
monroe  1:15
  54:2,4 55:13
month  13:19
  40:21
months  33:7
  36:10,17,20
mornings
  33:24
morris  1:11,14
  4:5 5:2,11,12
  10:24 50:3
  54:5 56:9 57:4
  57:9 58:4,13
  59:20
mutilate  25:13
  46:25 47:4,12
  47:14
mutilating
  44:14 45:18
mutilation
  46:13,18

**n**

n  11:9
name  5:9 19:14
  19:16 24:3,25
  33:20 38:24

52:22 56:6
  57:3,4,15 58:3
  58:4,21
named  13:13
near  15:17
necessary  38:7
need  6:12 12:2
  19:20 27:1
  35:25 40:1
  42:23 43:1,3
  48:6 51:8
needing  39:21
nelson  2:16
neurological
  42:24
neurologist
  42:11,22 43:7
neurology  43:3
  43:15
news  7:21
nightmares
  33:20
nonprofit
  52:18
normal  26:15
  40:2
notarial  55:5
notarized
  56:15
notary  1:15
  54:3 55:11
  56:25 57:10,18
  58:15,23 59:23
note  56:13

noted  5:1 53:6
notice  1:17 4:3
  7:1,16 8:23
noticing  35:10
noting  18:1
np0732235
  55:13
number  46:20
  51:18 56:8,14
numbers  58:7
nurse  51:20

**o**

o  5:11 11:9
  39:2
oath  5:22
object  15:16
  16:8 17:21,24
  19:7 42:2,16
objection  15:2
  29:9 48:13
obtaining
  52:21
occupational
  24:4,8
occur  36:9
occurred  22:15
  22:16,18
occurring
  24:17 42:22
odor  27:6
  35:10 47:19
offered  31:9
  38:1
office  2:10 36:7
  49:1

Case 1:23-cv-00595-JPH-KMB   Document 48-14   Filed 06/01/23   Page 28 of 36 PageID #: 2052

**official** 1:8 57:15 58:21
**officially** 17:3 35:9
**oh** 7:6 8:20 12:17,18 46:23 48:2
**ohio** 56:2
**okay** 5:14 6:12 6:25 8:20 9:17 10:24 11:7,10 12:4 14:4,15 14:23 15:7,10 22:18 23:7,22 24:7 25:2 27:23 28:6 29:13 32:11 34:19 38:8 42:11 43:16,22 49:6,13,20 53:3
**old** 16:9,11,16 16:18 18:6,7 18:14 20:12,21 22:25 24:19 35:25
**older** 21:6,8 34:15 35:14
**oldest** 13:25
**olds** 13:17 14:6
**once** 27:1
**ones** 49:5
**online** 39:11,14
**onset** 37:3

**opened** 25:16 25:21 39:22
**oral** 1:14
**order** 13:13 27:2 38:5
**organization** 14:13
**organizations** 14:15,17,19,21
**orientation** 14:23 15:5,19 16:7,10,16
**outside** 42:17
**outweighed** 44:4
**overwhelming** 46:2,8 47:16 47:21
**own** 34:10 39:12 41:8

### p

**p** 11:9 19:1,1
**pactor** 39:6
**page** 3:2 4:2 10:17 56:14,16 58:7 59:3
**pamphlets** 41:6 41:7,12 51:12
**pandemic** 27:16,21,23 39:12
**pansexual** 14:24 15:14
**paperwork** 52:21

**paragon** 11:9 11:10
**parallel** 11:25 12:7 13:10,20 13:21 14:1
**pardon** 48:24
**parents** 34:11 34:23
**part** 58:9
**particular** 16:6 16:10
**parties** 54:22
**party** 55:1,3
**passage** 8:4 51:5
**past** 20:1 21:1
**patient** 52:24
**patients** 51:22
**pause** 12:3 27:19
**paying** 33:24
**pending** 6:14
**penis** 21:9 23:4
**penises** 21:10
**people** 52:19
**perform** 26:6
**performing** 26:10
**periods** 36:22
**person** 27:25 39:11 51:18 54:25
**personal** 41:8
**personally** 57:11 58:15

**persons** 51:19
**pertaining** 43:8 49:9
**pets** 20:7
**pharmacy** 45:2
**phone** 56:3
**physical** 19:17 28:4,11,12
**physician** 25:8 29:20,24 30:25 31:5 35:19,23 36:25 37:23 38:4,5 39:20 39:23 50:22
**physicians** 25:24
**place** 1:17 24:25 25:6
**placed** 25:17,20 25:21
**plaintiffs** 1:5 2:3,16,17
**plan** 30:8 32:2 32:3,6
**planned** 10:2
**planning** 40:12
**please** 6:2,6,12 12:18 19:16 56:12,12
**point** 15:14,16 30:20 44:6 46:8 50:11
**political** 14:17 14:18

[possible - recall]                                                    Page 12

| | | | |
|---|---|---|---|
| **possible** 41:15 | **primary** 25:7 | **ptsd** 22:10,11 | 48:14,15,20,21 |
| 54:16 | 25:24 26:5,8,9 | 22:14,15,16 | 49:2,4,14,15 |
| **posts** 7:22 8:9 | 26:10 29:15,18 | 30:16,18,20,22 | 52:15 |
| **potential** 35:6 | 29:24 30:24 | 31:8 42:5 | **questions** 3:3,5 |
| 42:21 52:3 | 31:1,3,4 35:19 | 46:17 | 3:6 5:8,16,17 |
| **pre** 13:24 | 35:21 39:20 | **pub** 12:20 | 6:19 15:18 |
| **precocious** | 50:22 | **puberty** 26:25 | 48:9,18 49:21 |
| 26:25 27:2 | **prior** 13:20 | 27:2,3 28:5,8 | 50:2 51:10 |
| 28:8,12,16 | 14:9 18:25 | 28:12,16 34:7 | 52:10,13,20 |
| 35:1 40:3 50:6 | 23:10 30:18 | 34:21,22,25 | 53:3 |
| 50:9 | 45:15 | 35:1,1,5,22,24 | **quick** 9:12 |
| **preferring** | **privacy** 15:20 | 36:2,11,19 | **quite** 11:13 |
| 21:13 | 16:14 | 37:1,6,10,11,18 | 12:2 30:11 |
| **preparation** | **procedure** 1:17 | 37:21,24 38:2 | 36:15 |
| 6:22 49:14 | 54:13 57:5 | 38:7 40:2,3 | |
| **preschool** 12:6 | 58:5 | 41:3 44:7,16 | **r** |
| 12:7,11 13:15 | **proceed** 9:6 | 44:20 45:11,16 | **r** 5:11,11 11:9 |
| 13:16 14:4 | **process** 52:22 | 46:23 47:18 | 12:14 14:9,11 |
| **prescribe** 25:25 | **processing** | 49:9 50:6,10 | **rainbow** 12:19 |
| 28:18 | 24:11,16 | 50:12 51:8,13 | **reaching** 48:9 |
| **prescribed** | **produced** 1:14 | **pubic** 27:7 37:4 | **reaction** 8:1 |
| 28:21 32:23 | **production** | 47:22 | **read** 57:5,6,12 |
| 33:3,10,14,16 | 56:16,17,22 | **public** 1:15 | 58:5,6,17 |
| 34:4 36:2 40:5 | **program** 12:8 | 54:3 55:11 | **reading** 56:20 |
| **prescribing** | **prominent** | 57:10,18 58:15 | **ready** 40:4 |
| 28:13 | 38:15 | 58:23 59:23 | **really** 9:12 |
| **present** 2:15 | **pronouns** | **pursuant** 1:16 | 19:10,11 27:23 |
| 6:25 8:12 10:5 | 15:10 | 54:12 | **reason** 6:18 |
| 25:11 | **provided** 41:2 | **put** 19:16 | 17:20 56:15 |
| **presented** | **provider** 31:16 | | 58:8 59:3 |
| 54:20 | **providers** 25:9 | **q** | **reasons** 32:18 |
| **presenting** | 32:15 | **quality** 54:16 | 32:19 |
| 44:24 | **prozac** 33:11 | **question** 6:2,3 | **recall** 25:20 |
| **previously** | 33:12,13,14 | 6:14 13:2 | 32:10 33:20 |
| 11:21,23 20:6 | | 15:21 19:9 | 37:16 38:25 |
| | | 29:16 42:13 | 39:2 |

**receipt** 56:19
**receive** 45:5
**received** 41:17
  46:16 51:12
**receiving** 44:7
  45:1
**recent** 12:24,25
  13:3,6 19:12
  20:7 45:8 50:4
**recently** 13:14
  51:4
**receptionist**
  14:12
**recess** 40:24
**recognize** 7:13
  8:17 9:20
  10:12
**recommend**
  31:7
**recommendat...**
  25:18
**recommended**
  30:10 31:20
**record** 5:10
  39:7,8 42:3,6
  49:24 54:18
  58:9
**records** 18:1
**red** 12:20
**redirect** 3:6
  52:12
**reference** 42:12
  50:8 56:8 57:2
  58:2

**referenced**
  57:11 58:15
**referral** 39:21
**referred** 50:5
**reflects** 42:3
**regard** 12:4
  46:13
**regarding** 7:22
  31:1 43:9
**regardless** 15:8
**region** 27:7
  37:5
**related** 14:20
  24:18
**relating** 5:4
**relative** 55:1
**relevant** 16:12
  17:24
**remember**
  27:18 33:6
  50:17
**remembering**
  34:3
**remote** 1:11
**remotely** 54:9
**repeat** 6:2
**rephrase** 6:3
**reporter** 6:7
  15:12 19:13
  47:7 57:7
**represented**
  54:22
**request** 58:9,11
**requested**
  15:12 47:7

**required** 56:25
**requiring**
  42:20
**research** 41:9
**residence** 55:12
**respect** 10:20
**respond** 15:17
**response** 7:16
  51:12
**responses** 6:7
**restaurant**
  12:20
**result** 32:16
**returned** 56:19
**review** 56:13
  57:1 58:1
**revolving** 45:20
**ridiculous**
  17:22
**right** 44:24
**riley** 25:16
  26:21 29:10,12
  29:21 31:19,25
  32:25 36:8
  39:21 51:19
  53:1
**risk** 44:12,15
  44:15 45:14
**risks** 37:11
  43:25 44:4
**role** 13:15,21
  14:5,11 48:16
**roof** 45:25
**room** 31:19,25
  32:9

**rose** 2:17
**routine** 46:5
**rules** 1:17 5:14
  54:13 57:5
  58:5

**s**

**s** 5:11 56:16
  58:8,8 59:3
**safe** 32:7 48:5
**safety** 32:6
**saith** 53:7
**sake** 8:3 18:5
**scan** 28:25
**scans** 28:20,22
  28:25
**schedule** 27:11
  36:24
**school** 14:5
  15:24 18:21
  19:20,21,23
  32:7 33:25
**screen** 9:4
**seal** 55:5,11
  57:15 58:21
**second** 17:1,3,5
  28:2 47:9
**see** 7:7 8:23
  24:8 26:17
  28:4 29:3 43:3
**seeing** 8:18
  42:11 51:6
**seek** 24:24
  30:13 42:7
**seeking** 22:5,8
  43:14

**[seem - stopped]**

| | | | |
|---|---|---|---|
| **seem** 21:20 | **showing** 50:11 | **slow** 9:11 | **start** 27:6 36:4 |
| **seemed** 21:19 | **shown** 56:16 | **smoothly** 5:15 | 37:10 |
| **seems** 8:24 | **sibling** 34:15 | **social** 7:21 | **started** 19:17 |
| 16:13 21:18 | **side** 37:17 | 20:15 21:22 | 20:13 24:1,13 |
| **seen** 17:16 | 38:12 41:15 | 23:13,22 | 24:14 31:12 |
| 25:22 26:20 | **sign** 41:4 | **socially** 23:10 | 35:10 44:21 |
| **seldin** 2:16 | **signature** 10:18 | 23:11,20,25 | 50:9 |
| **senate** 7:18,25 | 53:5 54:21 | 26:3 30:14 | **starting** 50:6 |
| 8:10 | 55:7 56:15 | **society** 21:15 | **starts** 37:14 |
| **sensory** 24:11 | **signed** 57:13 | **solutions** 56:1 | **state** 1:15 5:9 |
| 24:16,17 | 58:18 | 59:1 | 11:16 21:17 |
| **september** | **signing** 56:20 | **sorry** 7:6 9:3 | 32:1,5 54:1,4 |
| 18:19 19:3 | **signs** 25:12 | 11:6 13:2 | 55:11 57:10 |
| 20:7 | 26:25 27:4 | 31:15 45:17 | 58:15 |
| **series** 5:16 | 28:4,12 44:20 | 48:22 | **stated** 20:6 |
| **services** 12:19 | 50:11 | **sort** 21:3 | 23:6 41:19 |
| 31:9,16 | **similar** 47:15 | **sought** 22:4,7 | 47:10,25 |
| **set** 55:4 | **simply** 16:12 | 22:22,23 23:9 | **statement** |
| **several** 20:1 | **simultaneous** | 25:2 31:16,18 | 57:13,14 58:19 |
| **sex** 18:8 38:8 | 13:5 29:14 | 31:22 42:4 | 58:19 |
| 38:20 39:18,23 | **sincerely** 56:21 | **sound** 24:18 | **statements** |
| 40:5 41:18 | **sir** 56:10 | **southern** 1:1 | 10:14 21:12 |
| **sexual** 14:23 | **sister** 21:7,8 | **speak** 6:21 8:3 | **states** 1:1 |
| 15:5,19 16:6 | 22:25 | **specific** 44:18 | **statute** 51:5 |
| 16:10,16,17 | **situations** 20:3 | 46:4 | **stenographic...** |
| **share** 9:2 | 20:5 21:22 | **speech** 24:4 | 54:15 |
| **shared** 37:7,12 | 24:22 52:2 | **spell** 5:10 38:25 | **step** 35:3 40:16 |
| **sheet** 56:14 | **six** 11:2 23:25 | 39:3 | **steps** 23:24 |
| 58:7,10,18 | 33:7 36:21 | **ss** 54:1 | 25:14 28:13 |
| 59:1 | **skills** 24:22 | **staff** 51:16 | **stop** 12:3 |
| **shops** 12:19 | **sleeping** 33:19 | **staffing** 12:8 | **stopped** 12:25 |
| **short** 37:1 | 34:4 | **stall** 27:2 35:1 | 31:10,12,13,17 |
| **shortly** 21:4,6 | **slightly** 39:3 | **stalled** 40:3 | 34:2 37:9 |
| **show** 9:14 | **slip** 19:15 | **stand** 44:23 | 39:11 |

street  2:5,10
stress  24:17
stresses  24:19
stressful  20:3
students  19:23
stuff  42:17
  48:16
subscribed
  57:10 58:14
  59:21
substitute  12:8
  13:22
suffering  21:3
  51:1
suggested  38:4
suicidal  31:20
  45:3,10
suicidality
  44:19
suicide  32:3
  44:13 45:14,18
  47:15
suit  10:3 49:11
suite  56:2
superior  56:1
support  34:11
  34:13,17 38:22
  38:24 39:10
sure  9:8 21:18
  26:13 28:23
  36:15 37:13
  40:15 42:10
surgeries  43:17
  48:4

surgery  47:24
suspect  21:24
  28:8
sworn  1:14 5:3
  54:6 57:10,13
  58:14,18 59:21
symptom  50:19
symptoms
  21:11 47:18
  52:6

**t**

take  6:8,13,15
  35:24 37:21
  40:22 49:22
  53:4
taken  1:15
  23:24 33:8,22
  36:6,19 40:24
  54:10,14
talented  11:24
  12:5 13:7,9,14
  13:20
talk  26:17
  45:22 51:19
talking  16:11
  44:9 50:4
teacher  13:17
  13:22 14:6
tech  2:16
technical  18:23
tell  5:3 24:3,6
  25:9 39:23
  44:18 54:6
term  37:1,6

tested  22:1
testicle  27:5
testified  5:5
  32:13
testify  8:7,8
  29:9 42:19
testimony
  54:19 57:6,7
  58:6,9,12
testosterone
  34:24 38:11
tests  26:6,10
texture  24:18
thank  5:9 52:11
  53:4
therapies  24:13
  25:2
therapist  24:4
  24:8 30:23
  42:25
therapy  27:10
  30:12,13 31:7
  31:10 33:1
  41:21,25 42:1
  42:4,7,8,10
thereof  1:17
thing  26:16
  39:25
things  26:11
  31:1 49:9,10
  50:3
think  13:3
  16:12 42:3,6
  42:19 44:3,12
  44:15 47:8

48:9 49:15
thinks  48:17
thirty  56:19
thorough  40:16
thought  46:3
thoughts  45:10
  46:7,7,18
  47:15
three  16:1
  20:11 21:1
  36:10,17,20
tie  46:18
time  1:17 5:1
  6:1 17:16
  20:12 21:17
  22:7,12,19
  24:3,7 26:2
  27:21 29:2
  30:10,24 33:6
  33:18 34:5,16
  35:2,23 40:4
  46:15 53:6
times  36:11,14
  36:18 46:13
tissue  37:4
  38:17
today  6:19 7:16
  49:4
today's  6:22
told  36:25
  39:25 48:11
  49:19
top  27:18 33:21
  37:15

**[towards - witness]**

| | | | |
|---|---|---|---|
| **towards** 40:2 | **true** 54:18 | **used** 19:14 | **walker** 19:19 |
| **toys** 21:13 | **truth** 5:3,4,4,23 | 21:19 24:21 | **walking** 43:2 |
| **track** 28:23 | 54:7,7,7 | **v** | **want** 23:5 |
| **trans** 18:11,13 | **try** 9:11 35:12 | **v** 56:6 57:3 | 30:11 34:2 |
| **transcribed** | **trying** 25:20 | 58:3 | 44:23 49:6 |
| 54:15 57:7 | **turn** 10:17 | **varied** 13:24 | **wanted** 8:3 |
| **transcript** | **two** 11:6 20:20 | **various** 7:21 | 23:4 34:24 |
| 54:18 56:12,13 | 36:16 37:15 | **verbal** 6:7 | **wanting** 25:13 |
| 57:5,12 58:5 | **type** 12:5 26:12 | **veritext** 9:1 | 46:25 |
| 58:11,17 | 41:25 | 56:1,8 59:1 | **wardrobe** 24:2 |
| **transgender** | **typewritten** | **veritext.com.** | **washington** 2:5 |
| 14:20 16:19 | 54:18 | 56:17 | 2:10 |
| 19:24,24 20:17 | **u** | **videoconfere...** | **watch** 25:12 |
| 20:23 34:12 | **unable** 44:22 | 2:2 54:17 | 26:25 |
| 38:22 51:22 | **unaware** 20:25 | **view** 19:11 | **watching** 27:4 |
| 52:19 | **under** 5:22 | **virtual** 28:2,7 | **way** 8:4 12:22 |
| **transition** | 54:15 | **virtually** 27:15 | 22:21,24 38:16 |
| 23:11,13,20,22 | **understand** | **visit** 26:12 | **website** 39:14 |
| 23:25 26:3 | 5:20,24 6:1,4 | 27:14 31:25 | **went** 24:7,14 |
| 30:15 43:16 | 6:10,16,18 | 32:9 35:8 | 25:6 29:10 |
| **transitioned** | 48:21 49:4 | 42:24 52:6 | 46:20 |
| 23:10 | 52:24 | **vocalize** 45:5 | **west** 2:10 |
| **trauma** 46:16 | **understanding** | **vocalized** 44:21 | **whatsoever** |
| **traveler** 11:13 | 7:15 51:11 | **voice** 37:2,4 | 15:3 |
| **treated** 30:16 | **understood** | 38:14 | **when's** 17:16 |
| 30:18,20 | 26:13 | **volunteer** | **whereof** 55:4 |
| **treating** 22:9 | **unfortunately** | 48:16 | **wile** 44:16 |
| **treatment** | 27:17 | **vs** 1:6 | **wished** 21:8 |
| 24:24 30:8 | **united** 1:1 | **w** | **withdraw** |
| 31:18,19,22,23 | **upset** 8:2 | **wait** 48:3 | 19:20 |
| 35:6 38:2 44:1 | **urge** 46:16 | **waitlist** 22:2 | **withdrawn** |
| 44:6 52:4,6,9 | **use** 15:10 19:19 | 25:18 | 21:18 |
| **tried** 32:4 | 20:15 47:20 | **waived** 56:20 | **witness** 1:14,16 |
| **truck** 48:22,25 | 50:14 | | 5:9 13:6 15:3,7 |
| | | | 32:13 42:19 |

**[witness - zoom]**                                                    Page 17

| | |
|---|---|
| 54:10 55:4 | **yep** 13:11 |
| 56:9,12 57:1,4 | **young** 30:11 |
| 57:11 58:1,4 | **youngest** 16:20 |
| 58:15 | 17:10 |
| **witness'** 56:15 | **youngs** 2:9 3:3 |
| **words** 50:14 | 3:6 5:8 6:25 |
| **work** 11:19 | 7:10 8:12,20 |
| 51:21 | 9:1,15,19 10:5 |
| **worked** 11:21 | 13:8 39:9 |
| 11:23,24 12:13 | 40:22 41:1 |
| 12:14 13:25 | 42:14 44:8,11 |
| 14:2 | 44:17 45:19 |
| **working** 28:24 | 47:8 48:24 |
| **worries** 52:7 | 49:3,20 52:13 |
| **worrying** 45:6 | 52:14 53:3 |
| **worsened** | **z** |
| 30:13 | **zoloft** 33:4,5,8 |
| **worsening** | 33:18 34:5 |
| 25:12 | **zoom** 6:9 |
| **write** 8:9 | |
| **written** 1:17 | |
| **y** | |
| **y** 5:11 | |
| **yeah** 9:3,15 | |
| 14:3 26:12 | |
| 27:23 34:20 | |
| **year** 13:17 14:6 | |
| 16:9,11,16 | |
| **years** 11:2,6,6 | |
| 12:21 16:18 | |
| 18:7,14 20:1 | |
| 20:11 21:1 | |
| 22:24 24:19 | |
| 36:17 37:15 | |
| 40:7,8,11 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.