# EXHIBIT 15

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Ryan Welch

*May 24, 2023*

_____



800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

Page 3

```
 1              UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF INDIANA
 3               INDIANAPOLIS DIVISION
 4          CAUSE NO. 1:23-cv-00595-JPH-KMB
 5   K.C., et al.,                 )
 6          Plaintiffs,            )
 7          -v-                    )
 8   THE INDIVIDUAL MEMBERS OF     )
 9   THE MEDICAL LICENSING BOARD   )
10   OF INDIANA, in their          )
11   official capacities, et al., )
12          Defendants.            )
13
14           DEPOSITION OF RYAN WELCH
15               May 24, 2023
16               9:30 a.m. EDT
17
18
19
20
21   TAKEN BY: AMY DOMAN, RMR, CRR, CSR (CA/IL/TX/WA)
     PAGES: 1 - 99
22
23        STEWART RICHARDSON & ASSOCIATES
          Registered Professional Reporters
24               (800)869-0873
25
```

Page 2

```
 1           The deposition upon oral examination of
 2   RYAN WELCH, a witness produced and sworn before
 3   me, Amy Doman, Registered Merit Reporter,
 4   Certified Realtime Reporter, California CSR
 5   14465, Texas CSR 6203, Illinois CSR 084004926,
 6   Washington CSR 22031067, Notary Public in and for
 7   the County of Hamilton, State of Indiana, taken
 8   on behalf of the Defendants, at the offices of
 9   Stewart Richardson, One Indiana Square, Suite
10   2425, 211 N. Pennsylvania Street, Indianapolis,
11   Indiana, scheduled to begin at 9:30 a.m. EDT, on
12   Wednesday, May 24, 2023, pursuant to the Federal
13   Rules of Civil Procedure.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3         Kenneth J. Falk, Esq.
           Stevie Pactor, Esq. (Via videoconference)
 4         Chase Strangio, Esq. (Via videoconference)
           ACLU of INDIANA
 5         1031 East Washington Street
           Indianapolis, IN  46202
 6         kfalk@aclu-in.org
           spactor@aclu-in.org
 7         cstrangio@aclu-in.org
 8   FOR THE DEFENDANTS:
 9         Razi Lane, Esq.
           OFFICE OF THE ATTORNEY GENERAL
10         302 West Washington Street
           IGCS Fifth Floor
11         Indianapolis, IN  46204-2770
           razi.lane@atg.in.gov
12
     ALSO PRESENT:
13         William Smeltzer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX OF EXAM
 2   RYAN WELCH...............................  5
 3   EXAMINATION..............................  5
 4     QUESTIONS BY MR. LANE
 5   EXAMINATION.............................. 94
 6     QUESTIONS BY MR. FALK
 7   FURTHER EXAMINATION...................... 95
 8     QUESTIONS BY MR. LANE
 9            INDEX OF EXHIBITS
10     (All exhibits attached hereto.)
11   Deposition Exhibits:              Page
12   Exhibit 1   - Deposition Notice........  8
13   Exhibit 2   - Complaint................  8
14   Exhibit 3   - SEA 480.................  9
15   Exhibit 4   - Declaration of Ryan ..... 10
16               and Lisa Welch
17
18
19
20
21
22
23
24
25
```

Page 5

1          (Time noted:  9:28 a.m.)
2                RYAN WELCH,
3  having been duly sworn, testified as follows:
4                EXAMINATION
5  BY MR. LANE:
6      Q.   Good morning, Mr. Welch.  My name
7  is Razi Lane, I'm an attorney for the
8  defendants.  With me today is one of the law
9  student externs working with our team this
10  summer, William Smeltzer.  I'm going to be
11  asking you some questions today, and as you
12  know, the parties have agreed to follow a
13  protective order that will help keep any
14  confidential information that we do not get
15  into during this deposition confidential.
16  I'll be using your child's initials throughout
17  this deposition to help maintain that
18  confidentiality.  And obviously, the court
19  reporter will make any edits that are
20  appropriate to the transcript to reflect that
21  anonymity throughout the course of the
22  deposition.
23          Have you ever given a deposition
24  before?
25      A.   No.

Page 6

1      Q.   Okay.  So I'm just going to ask you
2  some questions, and the court reporter is
3  here, she's going to record everything that we
4  say, and you'll need to answer my questions to
5  the best of your ability.
6          Your answers will be the truth as
7  the court reporter swore you in to do.  And
8  I'll assume that you understand those
9  questions unless you tell me that you don't.
10  If you don't understand a question, we just
11  ask that you please let me know, and we'll do
12  our best to clarify it on my end.
13          Do you understand that?
14      A.   Yes.
15      Q.   Great.  We'd ask that you give
16  verbal answers, please, and not gestures.  And
17  if at any point anything is unclear, feel free
18  to stop me and just say, hey, I'm not
19  understanding something or not following
20  something.
21          And the same goes if we're talking
22  too fast for the court reporter, I trust that
23  she'll jump in and correct us there.  But we
24  want to make sure we go at a slow pace for her
25  benefit as well as everyone else online.

Page 7

1      So I don't expect this to take too
2  long.  But depositions can be tiring, and it's
3  okay to ask for a break anytime you need to.
4  I'd just ask that you answer the pending
5  question before we take any breaks.
6          MR. FALK:  Can I have a break now?
7  I'm just kidding.
8  BY MR. LANE:
9      Q.   Any reason that you cannot
10  understand the questions today?
11      A.   No.
12      Q.   Any reason that you can't
13  understand -- or answer, rather -- my
14  questions with the truth today?
15      A.   No.
16      Q.   Thank you.
17          All right.  So other than meeting
18  with your attorneys, did you do anything else
19  to prepare for today's deposition?
20      A.   I reviewed the documents, the
21  complaint, things like that.
22      Q.   Excellent.
23          Do you remember any other specific
24  documents besides the complaint?
25      A.   No.

Page 8

1      Q.   And are you being compensated for
2  your testimony today?
3      A.   No.
4      Q.   All right.  With that, we're going
5  to move into evidence, for identification
6  only, Exhibit 1, which is the deposition
7  notice.  And Will is going to pass those
8  around.
9          (Exhibit 1 marked for
10      identification.)
11  BY MR. LANE:
12      Q.   Are you familiar with this
13  document, sir?
14      A.   Yes.
15      Q.   And you're here in response to this
16  document; is that correct?
17      A.   That is correct.
18      Q.   All right.  With that, we'll move
19  into evidence Exhibit Number 2.
20          (Exhibit 2 marked for
21      identification.)
22  BY MR. LANE:
23      Q.   Do you recognize the document
24  placed in front of you?
25      A.   Yes.

Page 9

1    Q.    What is it?
2    A.    It is the complaint.
3    Q.    Are you familiar with its contents?
4    A.    Yes.
5    Q.    And this is the complaint for the
6    lawsuit that you've brought challenging
7    Indiana's law with respect to Senate Enrolled
8    Act 480; is that correct?
9    A.    That's correct.
10   Q.    Now we'll move into evidence, for
11   identification only, Exhibit Number 3. We'll
12   get all these exhibits in early, and we'll
13   refer to them throughout the course of the
14   deposition.
15              (Exhibit 3 marked for
16              identification.)
17   BY MR. LANE:
18   Q.    All right.  Do you recognize this
19   document?
20   A.    Yes.
21   Q.    Exhibit Number 3, is that -- it
22   should be -- I have on my sheet it should be
23   Senate Enrolled Act 480, but it may not be.
24              Which is that, that you have?
25              MR. FALK:  Yeah, it's the

Page 10

1    declaration.
2    BY MR. LANE:
3    Q.    So Exhibit 3 is the declaration.
4    All right.
5              Are you familiar with this
6    document?
7    A.    Yes.
8    Q.    Is this your signature down on
9    page ID 265?
10             That page ID number is going to be
11   in the top right-hand corner.
12   A.    That is my signature, yes.
13   Q.    Excellent.
14             Is there anything in your
15   declaration that is no longer accurate, true,
16   or correct?
17   A.    No.
18   Q.    Okay.  With that, let's move into
19   evidence, or for identification, Exhibit
20   Number 4.
21             (Exhibit 4 marked for
22             identification.)
23   BY MR. LANE:
24   Q.    It should be our last exhibit for
25   today's deposition.

Page 11

1    Q.    We'll put in Exhibit Number 4,
2    which should be Senate Enrolled Act 480.
3              All right.  Do you recognize this
4    document?
5    A.    Yes, I do.
6    Q.    All right.  How did you first hear
7    about the law?
8    A.    I think from my wife, and we read
9    about it in the news.
10   Q.    Okay.  And just to confirm, the
11   document you have before you, that is Senate
12   Enrolled Act 480, correct?
13   A.    That is correct.
14   Q.    What was your reaction when you
15   heard about the law?
16   A.    Anger, disappointment.
17   Q.    Did you participate at all in the
18   legislative process for the law?
19   A.    Can you clarify?
20   Q.    Sure.
21             Did you provide any testimony for
22   the general assembly or were you involved in
23   any advocacy organizations with respect to the
24   law or anything along those lines, either for
25   or in opposition of it?

Page 12

1    A.    We were there during the testimony.
2    We did not present testimony, but we were
3    there protesting outside.
4    Q.    Okay.  When you were protesting
5    outside, were you doing so in your own
6    capacity personally, or was it with an
7    organization or with others through some
8    affiliated group?
9    A.    Our own capacity.
10   Q.    Did you take any other actions
11   apart from this lawsuit as the law was being
12   considered?
13             So by that I mean drafting any blog
14   posts, doing any interviews, going on any
15   radio shows, or anything like that?
16   A.    The social media account.
17   Q.    Okay.  Tell me about that.
18   A.    Just a few posts on Facebook in
19   opposition of the law.
20   Q.    Sure.  When did you decide to bring
21   the lawsuit?
22   A.    As soon as it began to be clear
23   that it was going to become a law.
24   Q.    At what point did you know that it
25   was clear that it was going to become a law?

Page 13

1      A.    When it passed so easily in the
2  Senate.
3          Q.    Okay.
4      A.    We had actually contacted the ACLU,
5  I think, just before that.
6          Q.    And why did you bring the lawsuit
7  in this case?
8      A.    Because we oppose it.
9          Q.    Is it a matter of policy
10  disagreement or why do you oppose it?
11      A.    Because it's very harmful to my
12  child and many others.
13          Q.    Okay.  We'll talk about that as
14  well.
15              Other than your attorneys, did you
16  talk to anyone about the law or about the
17  plans that you planned to bring the lawsuit?
18              Was it just ACLU, or was it any
19  other organization as well?
20      A.    Just the ACLU.
21          Q.    Thank you.
22              All right.  With that, Mr. Welch,
23  we're just going to move into some general
24  questions, general background.
25              How old are you, sir?

Page 14

1      A.    51.
2          Q.    And where do you live?
3      A.    Indianapolis.
4          Q.    Have you lived elsewhere in Indiana
5  or just Indianapolis?
6      A.    Yes, I have lived in Indiana my
7  entire life.  So I was born and raised in
8  Winchester, Indiana, went to -- lived in
9  Muncie when I was at college at Ball State,
10  lived in Anderson for a year, and then I've
11  lived in Indianapolis for 20-plus years.
12          Q.    So what's your degree in from Ball
13  State?
14              And what year did you graduate?
15      A.    Clinical psychology.
16          Q.    Clinical psychology.
17              And what year did you graduate?
18      A.    1995.
19          Q.    Excellent.
20              There's a little bit of a football
21  rivalry between Notre Dame and Ball State, but
22  we won't get into that stuff.
23              MR. FALK:  I think it's fairly
24      one-sided, historically.
25              THE WITNESS:  Yes, it is.

Page 15

1  BY MR. LANE:
2          Q.    Have you ever been arrested, sir?
3      A.    No.
4          Q.    Do you have any other postgraduate
5  education besides Ball State?
6      A.    Yes, I do.  I have a master's
7  degree in clinical psychology from the
8  University of Indianapolis.
9          Q.    Okay.
10      A.    1998.
11          Q.    So how about your professional
12  background?
13              Are you currently employed?
14      A.    Yes.
15          Q.    All right.  Where do you work?
16      A.    Eli Lilly and Company.
17          Q.    How long have you worked there?
18      A.    20 years.
19          Q.    Have you always done work with
20  Eli Lilly since graduation or has there been
21  any other intervening?
22      A.    No.  I have worked at various
23  hospitals in Indianapolis areas, Regenstrief
24  Institute of Health, the Roudebush VA Medical
25  Center, the IU Medical School, and then to

Page 16

1  Eli Lilly.
2          Q.    Tell me a little bit about what
3  your occupation entails, both with the
4  hospitals and now in the capacity that you're
5  at with Lilly.
6      A.    In the hospitals, I was a couple
7  different roles.  Mostly a clinical trial
8  study coordinator, but I also was a
9  psychometrician.  And then at Eli Lilly, I
10  have worked various roles there but mainly in
11  clinical research.
12          Q.    What does a psychometrician do?
13      A.    It is somebody who administrators
14  psychological tests.
15          Q.    Are you a member of any
16  organizations?
17      A.    Other than my homeowners'
18  association, no.
19          Q.    Understood.  So, no political
20  organizations?
21      A.    No.
22          Q.    No transgender-related
23  organizations?
24      A.    No.
25          Q.    What is your gender identity, sir?

Page 17

1    A.    I'm heterosexual.
2        Q.    What are your pronouns?
3    A.    He/him.
4        Q.    How long have you identified or
5    used these pronouns?
6    A.    For 51 years.
7        Q.    What is your sexual orientation?
8        MR. FALK:  Asked and answered.
9    BY MR. LANE:
10        Q.    We'll move on.
11        At what point did you recognize the
12    he/him pronouns and sexual orientation for
13    yourself?
14    A.    Can you clarify?
15        Q.    Sure.  At what point did you
16    realize that you were heterosexual?
17        MR. FALK:  And I'm going to object
18    just for the record, this has nothing to
19    do with our case, but go ahead.
20    A.    For 51 years.
21    BY MR. LANE:
22        Q.    Thank you.  Have you ever been
23    diagnosed with a mental disorder of any kind?
24        MR. FALK:  Again, I'll object as --
25    on the grounds it's way beyond what our

Page 18

1    case is about, but go ahead and answer.
2    A.    I have at times been diagnosed with
3    depression.
4    BY MR. LANE:
5        Q.    Is that the only mental disorder?
6    A.    Anxiety.
7        Q.    Any others?
8    A.    No.
9        Q.    When were you diagnosed with
10    depression?
11    A.    There have been two occasions, one
12    was about six years ago.  They were both
13    episodic.  The other one was around 1998 --
14        Q.    Okay.
15    A.    -- so when I was graduating with my
16    master's degree.
17        Q.    And for anxiety, when were you
18    diagnosed for that?
19    A.    Actually, around the same time as
20    the first episode, just before that.
21        Q.    Have you taken any steps to manage
22    either of these diagnoses, subsequent to
23    diagnosis?
24    A.    Taken medications.  I'm not
25    currently taking medications for it.  But at

Page 19

1    the time I take, you know, a medication for a
2    month or two, usually it breaks the episode.
3        Q.    Okay.  Have you sought any
4    counseling?
5    A.    Yes.
6        Q.    Tell me about that, please.
7    A.    It's kind of the same thing.
8    Around the same time, find a therapist,
9    usually talk for a month or two, maybe.
10    Currently not seeing anyone and haven't for
11    many years.
12        Q.    And you're married to your wife,
13    Lisa Welch?
14    A.    That is correct.
15        Q.    And Lisa is a coplaintiff in this
16    lawsuit, correct?
17    A.    That is correct.
18        Q.    How long have you two been married?
19    A.    On June 14th it will be 20 years.
20        Q.    Congratulations.
21    A.    Thank you.
22        Q.    Have you ever been married before
23    this?
24    A.    No.
25        Q.    How many children?

Page 20

1    A.    One.
2        Q.    All right.  All with Lisa?
3    A.    Yes.
4        Q.    And that one child, that's just
5    M.W.; is that correct?
6    A.    That is correct.
7        Q.    Do you know M.W.'s sexual
8    orientation?
9    A.    Yes.
10        Q.    What is it?
11    A.    Well, can you clarify what you mean
12    by "sexual orientation"?
13        Q.    Sure.  How would M.W. describe
14    the -- whether M.W. is attracted to natal
15    males, transgenders, natal females, in terms
16    of attraction, if that's ever been described
17    to you in your own experience?
18    A.    I'm not sure I can answer that
19    question because he has been attracted to both
20    at periods of time but primarily males now.
21        Q.    Okay.
22        Did you have any conversations with
23    M.W. about sexual orientation?
24    A.    Yes.
25        Q.    What did those conversations

Page 21

1  involve?
2       A.   Which one?
3       Q.   All of them, sir.
4       A.   Well, there have been several.
5  He's my son, so we've had several
6  conversations about this, and I think that's
7  very difficult to answer because there have
8  been so many over time.
9       Q.   Let's start with the first
10 conversation that you ever had with M.W.
11 regarding sexual orientation.
12            What was discussed?
13            Was there any confusion?
14            How did you work through that with
15 M.W.?
16            MR. FALK:  Just to clarify, I
17       apologize, I stopped listening for a
18       second.  We were talking first about who
19       M.W. was attracted to, but now you're
20       asking about conversations concerning
21       his own sexual orientation; is that
22       correct?
23            MR. LANE:  That's correct.  Yes.
24            MR. FALK:  Sorry.
25            MR. LANE:  Thanks, Ken.

Page 22

1       A.   I honestly do not remember the
2  first conversation we had about it.
3  BY MR. LANE:
4       Q.   Do you remember any of the
5  conversations that you had about it?
6       A.   Sure, yes.
7       Q.   Tell me about the conversations
8  that you remember about it.
9            What was discussed?
10            How did you work through those
11 conversations with M.W.?
12       A.   We've had, like I said, multiple
13 conversations about it.  He has explained
14 that, you know, his sexual orientation has
15 changed over time.
16            But I think a lot of that had to do
17 with -- and that was part of the conversation,
18 or conversations over time, is, you know,
19 whether -- how -- you know, with the knowledge
20 that he had at the time, you know, we were
21 talking, might be around 11 or 12 when we
22 first started having those conversations.
23            I don't think he completely
24 understood, you know, exactly what -- I don't
25 think he had the words to match what he was

Page 23

1  trying to say, but we've talked through it.
2            And for a lot of the times, the
3  conversations are about, especially recently,
4  about how he's primarily and almost
5  exclusively attracted to males.
6       Q.   And M.W.'s sex at birth, what was
7  that?
8       A.   Female.
9       Q.   And how long has M.W. identified as
10 a boy?
11       A.   Since about 12 years old.
12       Q.   And how did you know that M.W. was
13 identifying as a boy?
14       A.   He told me.
15       Q.   And has it been since about age 12
16 that M.W. has lived as a boy at home and
17 outside the home?
18       A.   Yes.
19       Q.   Has there been any difference in
20 presentation inside the home versus outside
21 the home?
22            MR. FALK:  I'm sorry.  You need to
23       wait until he finishes.
24            THE WITNESS:  Thank you, Ken.
25       A.   Yes.  He has always -- there's

Page 24

1  never been a difference between inside the
2  home and outside the home since age 12.
3  BY MR. LANE:
4       Q.   Okay.  Where does M.W. attend
5  school?
6       A.   Currently, Herron High School.
7       Q.   Does M.W. enjoy school?
8       A.   Yes.
9       Q.   Does M.W. do well in school?
10       A.   Yes.
11       Q.   Do other students at the school
12 know M.W. is transgender?
13       A.   Yes.
14       Q.   Throughout M.W.'s childhood, has
15 M.W. experienced any big changes or stressful
16 situations?
17       A.   No.
18       Q.   There's never been a loss of a
19 family member in the family, any moves from
20 state to state or anywhere that --
21       A.   No moves from state to state.  Loss
22 of one grandparent, but he wasn't close to
23 that grandparent.
24       Q.   And how old was M.W. at the time
25 that the grandparent was lost?

Page 25

1    A.    Seven or eight, I think.
2    Q.    Does M.W. use social media?
3    A.    Yes.
4    Q.    What apps?
5    A.    Instagram and TikTok.
6    Q.    Okay.  Do you know -- and you may
7 not -- but do you know to what extent M.W.
8 uses those apps?
9    A.    Well, what do you mean by "use"?
10    Q.    In terms of spending time on those
11 apps, have them open.
12    A.    I would say viewing information on
13 the apps, I would say probably daily.
14    Q.    Do you supervise M.W.'s social
15 media use at all?
16    A.    Not anymore.
17    Q.    When did you supervise his use?
18    A.    When he first started, around -- I
19 don't think he really got involved with it
20 until around age 13 or so.
21    Q.    So was there -- strike.
22          Does M.W. have any friends who are
23 transgender?
24    A.    Not currently, no.
25    Q.    Has M.W. ever been in or currently

Page 26

1 in a romantic relationship of any kind?
2    A.    Yes.
3    Q.    Is that a current relationship?
4    A.    Not currently, no.
5    Q.    So it was a past relationship?
6    A.    Yes.
7    Q.    Tell me about that relationship.
8    A.    Well, he's had boyfriends that are
9 just boyfriends.  I mean, at the time he was
10 14, 15, so it wasn't very serious.
11    Q.    Were there any breakups?
12    A.    Yes.
13    Q.    Tell me about the breakup.
14    A.    Which breakup?
15    Q.    Let's start with the first breakup.
16    A.    I mean, there's not really much to
17 talk about.  They are very young teenagers.
18 They broke up.  They stopped saying that they
19 were boyfriends.
20    Q.    Okay.  Were any of the -- how many
21 breakups has M.W. experienced?
22    A.    I don't know exactly, three to
23 four.
24    Q.    Were any of them more stressful
25 than others?

Page 27

1    A.    No.
2    Q.    Were any of the breakups worked
3 through with a therapist?
4    A.    I don't know.
5    Q.    Okay.  Let's turn to the
6 declaration that you and your wife filed.  I
7 believe that is marked as Exhibit 3.
8          We're going to start with me first
9 at Paragraph 3 here.  When did you first have
10 any indication that M.W. was potentially
11 suffering from some condition of distress?
12    A.    It was probably around 11, age 11
13 or 12.
14    Q.    What were those signs?
15    A.    Depressed mood, isolation,
16 withdrawal socially from friends and family.
17    Q.    Were there any other symptoms?
18    A.    He told us he was depressed and at
19 times anxious.
20    Q.    Were there any specific times when
21 M.W. was more anxious than others that you
22 observed?
23    A.    At that time, no.
24    Q.    Were there any difficulties in
25 social situations other than that which you've

Page 28

1 mentioned?
2    A.    No.
3    Q.    Did you seek counseling or
4 treatment for any of these symptoms?
5    A.    Yes.
6    Q.    Tell me about that.
7    A.    We found a therapist for him, and
8 he has -- at that time he was -- he had tried
9 a few antidepressants, but nothing really --
10 he had a lot of side effects from them, so he
11 stopped taking them.
12    Q.    How long did M.W. stay with the
13 therapist?
14    A.    I think eight to ten months, I
15 think.
16    Q.    And why didn't M.W. stay with the
17 therapist longer?
18    A.    We didn't -- well, because we met
19 with the therapist on a couple of occasions
20 and felt like it wasn't benefiting him.
21    Q.    Okay.  Why did you feel that way?
22    A.    Just from the conversations we had
23 with the therapist and with the fact that, you
24 know, his anxiety and depression was
25 continuing.

Page 29

1    Q.    Did the therapist recommend
2  anything else?
3    A.    No.  We didn't -- I mean, we
4  severed the relationship, but we didn't ask
5  for a referral or anything.
6    Q.    Have you ever had M.W. tested for
7  autism?
8    A.    Yes.
9    Q.    What were the results?
10    A.    We don't have them.
11    Q.    When was that test done?
12    A.    Last week.
13    Q.    Oh.  Where was the test done?
14    A.    I don't remember the name --
15    Q.    Okay.
16    A.    -- other than -- offhand.
17    Q.    Why wasn't the test done before
18  medical care in terms of testosterone?
19    A.    Because they're not related.
20    Q.    What's your basis for "not
21  related"?
22    A.    Because autism and gender dysphoria
23  are not the same thing.
24    Q.    So apart from the gender
25  noncongruence that we've talked about, when

Page 30

1  did you first suspect that M.W. was
2  experiencing gender dysphoria?
3    A.    When he told us he was transgender.
4    Q.    What's your understanding of gender
5  dysphoria, generally?
6    A.    Well, it is -- are you asking me to
7  define it or how do I know what it is?
8    Q.    Just how do you understand it
9  generally?
10    A.    So do you want me to -- I'm sorry.
11  I don't understand the question.
12    Q.    Well, let's start with, if you'll
13  define it, and then next if you'll explain how
14  you know what it is.
15    A.    Okay.  So gender dysphoria is an
16  incongruence between the birth -- someone who
17  is assigned -- or the gender they're assigned
18  at birth and their sexual identity, or their
19  gender identity, I'm sorry.  And the -- which
20  tends to cause conflict, anxiety, and
21  depression, those types of things.
22    Q.    Were there any behaviors besides
23  anxiety and depression that made you suspect
24  M.W. was experiencing gender dysphoria?
25    A.    Well, after he told us that he

Page 31

1  thought he was trans, and we spent -- we had
2  lots of conversations about those and then
3  sought professional help.
4    Q.    How did those conversations go?
5    A.    Just him explaining how he felt, us
6  listening, asking lots of questions of him,
7  you know, so we kind of went that direction.
8    Q.    Understood.  What kind of questions
9  were asked?
10    A.    Did we ask him?
11    Q.    Yes.
12    A.    How do you know, you know, there
13  were questions about, you know, for myself,
14  just, you know, asking how he knows that, you
15  know, asking about things that have happened
16  in the past, you know, just kind of -- you
17  know, with a lot of his answers, some things
18  started to make sense of things that he did
19  when he was smaller, when he was younger.
20    Q.    Okay.  So --
21    A.    A lot of times those conversations
22  also were starting to make the connection of,
23  you know, his struggles with depression and
24  anxiety.
25    Q.    When you say things that happened

Page 32

1  in the past, what are you referring to?
2    A.    The way he played, the toys he
3  played with, his behavior, things he enjoyed
4  doing, and not enjoyed doing.
5    Q.    What toys?  What --
6    A.    We always made sure that, you know,
7  there wasn't gender-specific toys.  He had a
8  plethora of different things between Hot
9  Wheels and trucks and dolls and plushies and
10  those types of things.  And, you know, he --
11  at the time he played with pretty much
12  everything.
13       You know, other things, like he
14  hated wearing dresses, always did.  Hated
15  wearing very feminine clothes.  Would usually
16  create quite a ruckus in order to change into
17  something that was more either gender-neutral,
18  or not really masculine when he was small but
19  more gender-neutral.
20    Q.    And at what age was M.W. when you
21  say that there was, in your words, creating a
22  ruckus about clothes?
23    A.    Kind of always, his whole life.
24  Obviously not when he was an infant because, I
25  mean, he couldn't talk then.  But, you know,

Page 33

1  as soon as we started, you know -- he -- I
2  think it's around three or four, right when
3  they're a toddler and they start having a
4  little bit more of an opinion on what they
5  wear and things.
6          Yeah, it was -- you know, there
7  were Christmas dresses that we paid quite a
8  bit of money for but lasted about
9  five minutes.  Just enough for grandma and
10 grandpa to see them.
11     Q.    And when you say that M.W. sort of
12 played with almost everything in terms of
13 toys, how old was M.W. when you observed that
14 was going on?
15     A.    As soon as he started playing with
16 toys.  You know, it's -- I would imagine
17 around two.  It doesn't take much to roll a
18 truck around on the floor or put a doll in the
19 back of it.
20     Q.    Did you ever think at any time that
21 those behaviors might indicate something other
22 than gender dysphoria?
23     A.    Yes.
24     Q.    And how did you react?
25     A.    You know, concern, confusion.  No

Page 34

1  one -- I don't think anyone can really
2  expect -- any parent can expect to hear that
3  their child is transgender, not that I have a
4  problem with that, but it does change things
5  dramatically when you think about, you know,
6  every parent, I think, has visions of what
7  their child might be, and it changes a lot of
8  that.
9          So there's also concern for the
10 safety of -- his safety.  Transgender people
11 don't typically have a very safe and healthy
12 life.
13     Q.    Okay.  So as a result of that
14 reaction, what did you decide to do as a
15 result of M.W.'s behavior and the reaction
16 that you had?
17     A.    Well, I talked to my wife a lot.
18 Talked to him a lot.  You know, that's part of
19 those conversations we were talking about
20 earlier.  You know, just really making sure
21 that he understood what transgender meant, you
22 know, having conversations about how that
23 might impact his life.
24     Q.    All right.  Let's move down to
25 Paragraph Number 4 in the declaration that the

Page 35

1  two of you filed.
2     A.    Uh-huh.
3     Q.    You say there, and I
4  read: "Socially transitioned at 14 and has
5  consistently used a boy's first name since
6  then and dresses and presents as male."
7          What do you mean by social
8  transition?
9     A.    He changed his name and pronouns.
10     Q.    Was that a legal change?
11     A.    No.
12     Q.    Why not?
13     A.    Because we weren't ready to do that
14 then.  I think part of the social transition
15 with a lot of transgendered kids is, you know,
16 that's part of the, you know, feeling out to
17 make sure that this truly is a thing.
18     Q.    So besides the name and the
19 pronouns, were there any other steps that were
20 taken to socially transition?
21     A.    He started dressing more masculine.
22 That was really it.
23     Q.    And who decided M.W. would live and
24 present as a boy?
25     A.    He did.

Page 36

1     Q.    And when was that decision made?
2     A.    About age 14.
3     Q.    And you agreed with that decision?
4     A.    Yes.
5     Q.    Was there ever a legal gender
6  marker change?
7     A.    No.
8     Q.    Why not?
9     A.    Because we're -- that's not
10 something you do when they first tell you
11 they're transgender.
12     Q.    Have you looked into either, like,
13 a legal name change at this point or a legal
14 gender marker change at this point?
15     A.    Yes.
16     Q.    How has that gone?
17     A.    Pretty well.  In fact, we're in the
18 process of getting the name change.
19     Q.    When did that process begin?
20     A.    About two months -- a month ago.
21     Q.    Has that been since filing the
22 lawsuit?
23     A.    Yes.
24     Q.    In paragraph 7 of your declaration,
25 so flip with me here over to page ID 263.  It

1  says there that "we purchased a chest binder
2  for M.W."
3          Do you see where that says that?
4      A.  Yes.
5      Q.  What is a chest binder?
6      A.  It is a foundation undergarment
7  used to bring the breasts in to make him look
8  more male.
9      Q.  Okay.  What led you to your
10 decision to purchase one?
11     A.  It seemed like the logical next
12 step for his transition.  He asked for one.
13 We looked into it, did some research on that,
14 and purchased one for him to try.
15     Q.  What resources did you find in your
16 research?
17     A.  We went to various websites for,
18 you know, in order to purchase one, did some
19 research online on the proper ways to use one,
20 how safe are they, you know, any -- not side
21 effects, but, you know, how safe is it.  Those
22 types of things.
23     Q.  Social transition notwithstanding,
24 will M.W.'s body ever be able to produce
25 sperm?

1      A.  No.
2      Q.  Has anyone discussed that with
3  M.W.?
4      A.  Not that I'm aware of.
5      Q.  Why not?
6      A.  I don't think he expects to ever
7  produce sperm.
8      Q.  Does M.W. ever want to have kids?
9      A.  No.
10     Q.  Does M.W. ever want to adopt kids?
11     A.  Yes.
12     Q.  Let's move on to medical treatment.
13 So at what point did you seek
14 professional medical care?
15         MR. FALK:  Just to clarify, for?
16         MR. LANE:  For gender dysphoria.
17         MR. FALK:  Thank you.
18         MR. LANE:  Thanks, Ken.
19     A.  That would be, I think it was
20 November 2021.  Yep.
21 BY MR. LANE:
22     Q.  And where did you go?
23     A.  To Riley Children's Hospital.
24     Q.  Why did you go to Riley Children's
25 Hospital?

1      A.  You know, after, you know, several
2  conversations with him, we had decided that it
3  was time to, you know, get more professional
4  opinions and treatments -- or opinions,
5  actually, is what we were looking for at the
6  time.
7          And, you know, did a lot of
8  research online about what possibilities we
9  had in Indiana.  Riley was obviously close,
10 but it's also one of the only ones.  So we
11 contacted them at that time.
12     Q.  Is M.W.'s primary care physician at
13 Riley?
14     A.  No.
15     Q.  Does M.W. receive any medical care
16 anywhere besides Riley?
17     A.  Yes.
18     Q.  Where?
19     A.  St. Vincent Hospital.
20     Q.  What kind of medical care?
21     A.  That's where his pediatrician is.
22     Q.  Has the pediatrician been involved
23 with the gender transition procedures that
24 have recently been undertaken with M.W.?
25     A.  He's not involved but informed.

1      Q.  Did you consult that pediatrician?
2      A.  At that time, no.
3      Q.  Why not?
4      A.  Because that's not his specialty.
5      Q.  Okay.  So, moving back to Riley.
6      A.  Uh-huh.
7      Q.  How did the initial appointment at
8  Riley go?
9      A.  Well, it was the pandemic.  So it
10 was virtually.  It was online through a Zoom
11 link.
12         It went well.  We met the
13 physicians.  The three of us sat down and had
14 a conversation with them.  And then they asked
15 to speak to M.W. alone, which they did.  And
16 then they gave us some more resource
17 materials, and then we scheduled a follow-up
18 appointment.
19     Q.  Tell me about those conversations.
20         What was discussed with the
21 physicians?
22     A.  More of a history, you know, his
23 history of, you know, his transgender -- being
24 transgender, his medical history without
25 being -- you know, before he was transgender

1  or came out as transgender.  You know, it was
2  a lot of that conversation.
3      Q.  And you said they provided resource
4  materials to you over at Riley.
5      A.  Uh-huh.
6      Q.  What resource materials were
7  provided?
8      A.  Support groups, legal groups to
9  contact, those types of things.
10      Q.  Okay.  What did you tell the
11  providers when they asked about M.W.'s history
12  prior to that appointment?
13      A.  We explained the history of
14  anxiety/depression, we explained, you know,
15  the -- when he came out to us, we talked about
16  the conversations that we've had.
17      Q.  Were there any evaluations or tests
18  that were conducted?
19      A.  I'm assuming that there was when
20  they talked to him alone.
21      Q.  Okay.  Were you ever apprised of
22  any of those tests?
23      A.  We talked about them.  I don't
24  think -- we talked about them -- I think at
25  the second appointment that we had, I think it

1  was.  And then we've talked about them when we
2  started seeing -- the first time we went in
3  actually physically to see them.
4      Q.  How long was that first
5  appointment?
6      A.  About an hour and a half.
7      Q.  And what was the result of the
8  appointment?
9      A.  They wanted to speak to him again.
10  He was asked to join a support group, as we
11  were as well.
12      Q.  And were there any follow-up
13  appointments?
14      A.  Yes.
15      Q.  Tell me about those.
16      A.  Like I said, there was a follow-up
17  appointment that was virtual.  It went very
18  much the same way, asked how he was doing,
19  asked how the support groups were doing, and,
20  you know, he had several questions about
21  starting testosterone, those types of things.
22      Q.  What were those questions?
23      A.  You know, for him, his was like,
24  can I start it now?
25      Which, the answer was no, from both

1  them and us.  They had not been able to
2  evaluate him appropriately or the way that
3  they wanted to.  But the conversations were
4  started.  My wife and I had conversations with
5  them about it as well at that time.
6      Q.  Okay.  Was M.W. diagnosed formally
7  with gender dysphoria at that first
8  appointment or for the follow-up appointment?
9      A.  I believe so, yes.
10      Q.  At a follow-up appointment?
11      A.  Well, I mean, I think it was at the
12  first appointment, so that diagnosis carried
13  over.
14      Q.  Okay.  Was M.W. diagnosed with any
15  other conditions at that point?
16      A.  No.
17      Q.  Does M.W. have any other conditions
18  besides gender dysphoria?
19      A.  Depression, anxiety.
20      Q.  Are those diagnosed conditions?
21      A.  Yes.
22      Q.  When were they diagnosed?
23      A.  Years beforehand, as we talked
24  about.
25      Q.  Was there any treatment prescribed

1  for depression or anxiety?
2      A.  Yes.
3      Q.  Talk to me about what those are.
4      A.  The therapist and the medication
5  that he tried.  He's currently -- he has a
6  prescription that he hasn't started yet.
7      Q.  Okay.  When did he get that
8  prescription?
9      A.  Yesterday.
10      Q.  Is that prescription for depression
11  or for anxiety?
12      A.  Depression.
13      Q.  Is there any medication for
14  anxiety?
15      A.  No.  Although antidepressants
16  usually work for anxiety as well.
17      Q.  What's your basis for that?
18      Sorry, what's your basis for the
19  statement that antidepressants work for
20  anxiety as well?
21      A.  Because they often are.  Physicians
22  will tell you that.  I work in the field, you
23  know, often they're -- they're often
24  prescribed for both.
25      Q.  Did the medical providers at Riley

Page 45

1  discuss whether M.W.'s behavior may be related
2  to something other than gender dysphoria?
3       A.   No.
4       Q.   All right.  I think this is a great
5  opportunity to take our first break.  We
6  are -- by my read, we're exactly 40 minutes
7  in.
8            So let's go ahead and break now
9  for, let's say, five minutes, resuming at
10 10:15 a.m.?
11           THE WITNESS:  Okay.
12           (A recess was taken between
13       10:10 a.m. and 10:18 a.m.)
14 BY MR. LANE:
15      Q.   Mr. Welch?
16      A.   Uh-huh.
17      Q.   Has M.W. ever been diagnosed with
18 ADD?
19      A.   Yes, he has.
20      Q.   Tell me about that diagnosis.
21      A.   He received that diagnosis --
22 trying to remember.  I would say he was about
23 eight, eight or nine.  We saw -- I saw signs
24 of it early on when he was, like, in early
25 elementary school, kindergarten, first grade.

Page 46

1            We eventually got him tested when
2  we thought he was old enough to really like --
3  the behaviors persisted.  So he was tested and
4  was diagnosed with ADD.
5       Q.   ADD.  And you understand ADD to be
6  what?
7       A.   Attention deficit disorder.  He
8  does not have hyperactivity with it, so
9  there's no H there.
10      Q.   Okay.  What were the signs with ADD
11 that you noticed?
12      A.   Extremely easily distracted, you
13 know, things like helping him with his
14 homework and he would drop his pencil about
15 every other letter he wrote, things like that.
16 Interrupting conversations, those types of
17 things.
18      Q.   Okay.
19      A.   More than you would expect a
20 seven-year-old to do.
21      Q.   Thank you.
22           Let's switch gears just a little
23 bit.  What do you know about puberty-blocking
24 drugs?
25      A.   They block puberty.

Page 47

1       Q.   When did you first learn about
2  puberty blockers?
3       A.   A couple years ago.
4       Q.   Was that from doctors?  From your
5  own research?
6       A.   Just when we first started looking
7  into him being transgender.
8       Q.   So is it from your own research?
9       A.   My own research, yeah, but some
10 questions with the doctors at Riley.
11      Q.   Okay.
12      A.   But they don't apply to his case.
13      Q.   So that's interesting to me.  So
14 the conversations at Riley in terms of
15 treatment, was there any discussion about
16 puberty blockers in this case?
17      A.   No, because he had already started
18 puberty, and it wasn't needed for transition
19 from female to male.
20      Q.   Okay.  And did you bring that up to
21 the physicians or vice versa?
22      A.   We had a conversation about it.
23      Q.   Do you remember who brought up the
24 idea that it might not be necessary at this
25 juncture?

Page 48

1       A.   We asked about it and they told us
2  it wasn't necessary.
3       Q.   All right.  Let's move down in your
4  declaration.  Again, this is Exhibit Number 3
5  as I have it.  We're going to look at
6  Paragraph Number 8, the medical professionals
7  at Riley, and I'm quoting from it:  "The
8  medical professionals at Riley also prescribed
9  testosterone."
10           Do you see where it says that?
11      A.   Yes.
12      Q.   Did M.W. ever receive
13 norethindrone, spelled
14 n-o-r-e-t-h-i-n-d-r-o-n-e, for menstrual
15 suppression or any other menstrual-suppressing
16 drug?
17      A.   Yes.
18      Q.   Would you consider menstrual
19 suppression a puberty blocker?
20      A.   I don't know.  I mean, I don't know
21 if it is or not.
22      Q.   Okay.  When was it decided that
23 M.W. would receive norethindrone for menstrual
24 suppression?
25      A.   Actually, that was at the -- it was

Page 49

1   either at the first or second appointment, the
2   virtual appointments we had.
3        Q.   Why was M.W. taking norethindrone?
4        A.   To block his menstrual cycle.
5        Q.   Was that for gender dysphoria
6   diagnosis purposes or was it for another
7   purpose?
8        A.   That was for gender dysphoria.
9        Q.   Okay.  What was that process, if
10  you'll just walk me through it, in deciding
11  whether M.W. would take norethindrone for
12  menstrual suppression with respect to gender
13  dysphoria?
14       A.   Yeah.  So remembering now the
15  conversation that we had with Riley, that was
16  one of the first steps.  They did not want to
17  prescribe testosterone right away.  They
18  wanted to start with blocking his menstrual
19  cycles to -- you know, it's part of the gender
20  dysphoria.
21       Q.   Okay.
22       A.   It did not work well.  He did not
23  take it for very long.
24       Q.   Why is that?
25       A.   It didn't work for him.  Like I had

Page 50

1   stated before, he's pretty sensitive to
2   medication, so a lot of stuff that he takes,
3   you know, we've struggled with actually the
4   ADD medicines, antidepressants, antianxiety
5   medications.  So when we find one, we tend to
6   stick with it, but that one did not work
7   really well for him.
8        Q.   Were there side effects that were
9   specific to norethindrone?
10       A.   Yeah.  I think it just upset his
11  stomach a lot.
12       Q.   When did you discuss that side
13  effect, that nausea or upset stomach, as you
14  say, with the medical providers that
15  prescribed it?
16       A.   Yeah.  At the second appointment.
17       Q.   What did they say?
18       A.   Stop taking it, which we already
19  have.
20       Q.   What were you told as to the extent
21  or the evidence as to the benefits of using
22  norethindrone versus the risks with respect to
23  gender dysphoria?
24       A.   Well, the benefits were that, you
25  know, it more closely aligned his gender

Page 51

1   identity with his -- not with his assigned
2   gender, but it made him feel a lot more like
3   the gender identity that he has.
4        Q.   And why was that?
5        A.   Because he wasn't -- he had very
6   strong menstrual cycles, and he wasn't -- the
7   point was to not have menstrual cycles
8   anymore, because boys don't have those.
9        Q.   Were there any unknowns that were
10  presented to you during that conversation
11  about norethindrone?
12       A.   No.
13       Q.   What are some of the risks of
14  norethindrone, notwithstanding the nausea and
15  upset stomach?
16       A.   I don't remember.
17       Q.   Were you told about any alternative
18  courses for treatment for gender dysphoria?
19       A.   No.  They explained to us that
20  there were -- especially with his age, there
21  was a fairly standard process, you know.  You
22  start for transitioning from female to male,
23  and that was usually the first step was to
24  stop the menstrual cycle.
25       Q.   Okay.  So psychotherapy, for

Page 52

1   example, was not discussed?
2        A.   Yes, it was discussed.
3        Q.   Tell me about that conversation.
4        A.   They suggested that he have it.  I
5   mean, we -- and he has a therapist that he
6   works with.
7        Q.   So what does the -- how long has he
8   been seeing the therapist?
9        A.   His current therapist, it's been
10  just less than a year, I think.
11       Q.   Okay.  So I assume, as you said,
12  that norethindrone has stopped at this point;
13  is that correct?
14       A.   That is correct.
15       Q.   Is there any intent to go back to
16  that?
17       A.   No.
18       Q.   Has menstrual cycles persisted with
19  M.W. at this point, now that norethindrone has
20  been stopped?
21       A.   No.
22       Q.   Were you ever aware of the
23  percentage of individuals who stop identifying
24  as transgender or stop experiencing gender
25  dysphoria over time after puberty?

Page 53

1      A.   No.
2      Q.   All right.  Are you familiar with
3  cross-sex hormones?
4      A.   I don't know what that is, or at
5  least by that word.
6      Q.   Okay.  Are you familiar with
7  testosterone supplements?
8      A.   Yes.
9      Q.   Are you familiar with using
10  testosterone as a drug to treat gender
11  dysphoria?
12      A.   Yes.
13      Q.   So what do you know about that
14  process?
15      A.   That someone gets prescribed
16  testosterone, and they take it.
17      Q.   Is that what we might think of as
18  an on-label use?
19      A.   I don't know the label use for
20  testosterone.
21      Q.   Okay.  Can you think of any reason
22  besides gender dysphoria that a person with
23  ovaries would be prescribed testosterone?
24      A.   No.  Not my specialty.
25      Q.   Were any of those reasons ever

Page 54

1  communicated to you by physicians at Riley?
2      A.   No.
3      Q.   So have M.W.'s medical providers
4  discussed providing testosterone to M.W. with
5  you?
6      A.   Yes.
7      Q.   What did those conversations look
8  like?
9      A.   They were conversations -- we had
10  that conversation with -- well, with almost
11  every appointment we've had, but specifically,
12  the first time we actually went in to Riley,
13  we had -- we had had conversations with them
14  before about, you know, what testosterone
15  does, you know, what are the effects of it,
16  what are any of the side effects of it, you
17  know, what -- you know, how it's used,
18  different ways, different routes to administer
19  it, those types of things.
20      Q.   What does testosterone do?
21      A.   Well, for my son, it produced a lot
22  more male physical characteristics on his
23  body.
24      Q.   Can you describe those for us?
25      A.   Facial hair, hair all over the

Page 55

1  body, increased hair, lowered his voice,
2  stopped his menstrual cycle.
3      Q.   Okay.  Let's talk about the side
4  effects.  Were those communicated to you?
5      A.   Yeah, I believe so.
6      Q.   By whom?
7      A.   The doctors.
8      Q.   Okay.  The doctors at Riley?
9      A.   Yes.
10      Q.   Okay.  Did you do any independent
11  research on testosterone?
12      A.   A little bit, yes.
13      Q.   Okay.  Tell me about that.
14      A.   Online.  Just looked online, WebMD,
15  those types of things.  Just seeing, you know,
16  what the effects were, side effects, is it
17  reversible, those type of -- you know, any --
18  what are the lasting effects of somebody who
19  would actually stop taking testosterone.
20      Q.   Are you aware of any risks to
21  fertility in the long-term as a result of
22  testosterone to a person born with ovaries?
23      A.   Yes.
24      Q.   Tell me about those.
25      A.   That was one of our concerns.  We

Page 56

1  had a discussion with the physicians at Riley
2  about that, a long discussion about that and
3  some of the other effects.
4      Q.   All right.  Tell me about that
5  conversation.
6      A.   We just had concerns.  As I
7  previously stated, M.W. has always stated that
8  he does not want to give birth to children.
9  Although he has considered, you know, or has
10  talked about possibly adopting children later.
11          But we wanted to make sure, because
12  he was too young to truly make that decision
13  for himself.  So we had a discussion with the
14  physicians at Riley about fertility, the
15  effects of testosterone on fertility, and they
16  explained to us that although there is some
17  risk to fertility, clearly it was not
18  something that we were -- you know, he's
19  already expressed that he didn't want to have
20  children.
21          But they also said that there were
22  also ways they could, you know, remove some of
23  his eggs if that's something he really, really
24  wanted to do, or we wanted to have done with
25  his permission.  But also that they explained

Page 57

1  to us they have fertility clinics that they
2  have worked with.
3      **Q.    When you had this conversation with**
4  **the physicians, how old was M.W.?**
5      A.    He was about 14 and a half.
6      **Q.    Were there any other concerns or,**
7  **as you say in paragraph 9 of your declaration,**
8  **potential negative side effects besides**
9  **fertility that you were thinking about at this**
10 **time?**
11     A.    No.    They explained the vast
12 majority of the effects of the testosterone
13 are reversible.    He stops taking it, you know,
14 the hair eventually goes away.    The only
15 permanence would be a lowered voice.
16     **Q.    Okay.    Have you talked to M.W.**
17 **about the lowered voice?**
18     A.    Yes.
19     **Q.    Were there any unknowns that were**
20 **presented to you by the physicians at Riley or**
21 **anything you discovered in your own research**
22 **with respect to providing hormone therapy in**
23 **this regard to M.W.?**
24     A.    Not that I remember.
25     **Q.    Okay.    Will M.W. continue to**

Page 58

1  receive hormones in the future?
2      A.    Yes.
3      **Q.    For how long?**
4      A.    Right now, it looks like for the
5  rest of his life.
6      **Q.    Let's go back.    I knew you had**
7  **mentioned that M.W. also received some mental**
8  **health therapy.    This is paragraph 10 of your**
9  **declaration.**
10         **Do you see that there?**
11     A.    Yep.
12     **Q.    And you also mentioned the negative**
13 **mental health effects of his gender dysphoria**
14 **there in paragraph 10.**
15         **Do you see that there?**
16     A.    Yes.
17     **Q.    What are the negative mental health**
18 **effects of gender dysphoria?**
19     A.    Depression and anxiety.
20     **Q.    Are those the only ones?**
21     A.    I mean, mainly it's the depression.
22 I mean, there's a lot of anxiety with gender
23 dysphoria.    I mean, it's not easy to walk
24 around like that these days, especially around
25 here.    But the depression has gotten a lot

Page 59

1  worse recently.
2      **Q.    Okay.    In what ways?**
3      A.    His mood has darkened, some
4  suicidal ideation.
5      **Q.    Okay.    When would you say the**
6  **moods -- you noticed a change in mood**
7  **recently?**
8      A.    The closer we get to the trial date
9  for this law.    This has had a very large
10 impact on him, you know.    And he understands
11 that there are adults in this state who don't
12 want him to exist.
13     **Q.    What's your basis for that?**
14     A.    Conversations with him.
15     **Q.    And so this is M.W.'s understanding**
16 **of the law?**
17     A.    Well, he understands more about the
18 law than that, but as -- he also understands
19 that if the law takes effect, he can't take
20 the testosterone, which is one of the things
21 that have actually greatly improved his mood
22 over time.
23     **Q.    Okay.    Is there any way to isolate**
24 **the testosterone supplements as opposed to the**
25 **mental health therapy, in terms of that**

Page 60

1  improved mood that you see?
2      A.    Well, I don't know if you can
3  actually separate them.    But he has seen
4  therapists for anxiety and depression long
5  before he was diagnosed with gender dysphoria.
6         A lot of that anxiety and
7  depression actually subsided as soon as he
8  started the testosterone and living a more
9  authentic life that aligned with his gender
10 identity.
11         The depression has returned as this
12 law has come into effect, and the pressure
13 that he feels, and the risk of losing that
14 treatment that has greatly improved his
15 anxiety and depression.
16     **Q.    Okay.    Let's unpack this a little**
17 **bit further.**
18         **So how many therapists has M.W.**
19 **seen over the course of M.W.'s life?**
20     A.    Two.
21     **Q.    Two.    So he's on the second**
22 **therapist.**
23         **When did this mental health**
24 **therapist start treating M.W.?**
25     A.    This was about eight months ago.

Page 61

1    Q.   Okay.  And how did you decide on
2  this particular provider?
3    A.   I believe this provider was one
4  listed in the resources that we received from
5  the gender clinic at Riley Hospital.
6    Q.   Okay.  Which provider is it?
7    A.   I think the organization is called
8  Better Life.
9    Q.   Okay.  So talk to me a little bit
10  about what this therapy that M.W. is currently
11  receiving, what does that therapy entail?
12    A.   It's primarily for the anxiety and
13  depression, but we do know that they talk
14  about, you know, his gender dysphoria issues.
15    Q.   Okay.  And do you know in what way
16  they talked about those gender dysphoria
17  issues?
18    A.   No, we're not -- we don't attend
19  them.
20    Q.   Does M.W. ever tell you anything
21  about how those sessions go?
22    A.   Very little.  We talk about it, if
23  he feels like it was a good session or not.
24    Q.   I'm sorry, please continue.
25    A.   No, that was it.  Just, you know,

Page 62

1  whether he -- you know, we ask if it was a
2  good session or not.  I mean, we respect his
3  privacy.
4         It's kind of a -- granted, we do
5  have contact with the therapist, we do talk,
6  but we don't get into the details of exactly
7  what they discuss.
8         I also know that he brings home
9  work that are, you know, helping to deal with
10  coping mechanisms, those types of things.
11    Q.   What kind of coping mechanisms,
12  what kind of work does M.W. bring home?
13    A.   It hasn't been a whole lot.  He has
14  brought home a few sheets where they've gone
15  over ways that he can, you know, cope with,
16  like I said, the depression in particular.
17         He recently brought home what's
18  called a safety plan.  As I mentioned, he
19  has -- his depression has increased.  There
20  was a bit of suicidal ideation, so they put
21  together, like, a safety plan on things that
22  he can do depending on where he's at, whether
23  it's at school or at home or those types of
24  things.
25    Q.   And how often does the therapist

Page 63

1  meet with M.W.?
2    A.   Approximately once a week.
3    Q.   Has anyone at Riley ever offered
4  you and M.W. fertility counseling in any way?
5    A.   Yes.
6    Q.   Tell me about that conversation.
7    A.   They asked us, you know, before --
8  it was within the -- the first appointment
9  that we attended in person, when we had long
10  discussions about this.  And they just offered
11  that if that's something that he or we were
12  interested in, that it was always a
13  possibility.
14    Q.   Did you accept or decline it?
15    A.   We declined it.
16    Q.   Why?
17    A.   Because one, there is a risk of it
18  with testosterone, but it's not -- it doesn't
19  guarantee that, right?
20         There's -- you can come off,
21  there's plenty of people that come off of
22  testosterone and still are able to have
23  children.  And he's not interested.
24    Q.   Okay.  So the first clause of what
25  you said, there's plenty of people that come

Page 64

1  off of testosterone that still continue to be
2  fertile subsequently, I kind of want to zero
3  in on that just a little bit.
4         What is your basis for saying that?
5         Is it conversations with
6  physicians, your own research, combination?
7         Walk me through how you're
8  balancing that.
9    A.   That's the conversation with the
10  physician.
11    Q.   Okay.  Did you do any independent
12  research on that?
13    A.   No.
14    Q.   Okay.
15    A.   Not that I remember.
16    Q.   Did you consult one physician or
17  multiple physicians?
18    A.   We talked to multiple physicians at
19  Riley.
20    Q.   Okay.  Let's move on over to
21  Paragraph 12.  This is page ID -- it's in your
22  declaration, Exhibit Number 3, page ID 264.
23  Here you say the positive changes in M.W.
24         Talk to me a little bit about the
25  positive changes that you've seen after

Page 65

1  testosterone.
2       A.   Yes, I would love to.
3            So I mean, he's a different kid.
4  His mood is much greater, and it's sustained.
5  It's not like, you know, I got the thing that
6  I wanted, and then it goes away.  His mood is
7  greatly improved over the testosterone -- or
8  since he's been taking the testosterone.  And,
9  you know, we see -- he's far more talkative.
10 He spends more time with us.  He's not
11 isolated himself in his room.  His friends --
12 his friend group has expanded.  He -- his
13 grades have gone up.  So you know,
14 everything -- those are a lot of the positive
15 changes that I can think of offhand.
16      Q.   Is there anything in your mind that
17 makes these changes more profound than any
18 other changes?
19           Just looking at the wording in
20 page 12, as opposed to present changes?
21      A.   So, profound?
22           I mean, I just went over a lot of
23 them.  I mean, he's funnier, does that help?
24           I mean, his sense of humor is
25 better.  His, you know, his communication with

Page 66

1  us, he talks to us, you know, about a lot of
2  things going on in his life.
3       Q.   And you attribute that to the
4  testosterone?
5       A.   To -- yes.
6       Q.   Why?
7       A.   Because aligning with his gender
8  identity, becoming more aligned with that, has
9  decreased the amount of anxiety and
10 depression, up until recently.  So, you know,
11 he's -- he feels more himself.  He doesn't
12 have that contradiction that his -- as defined
13 by gender dysphoria.
14      Q.   Okay.  When you say "as defined by
15 gender dysphoria," walk me through how you
16 understand that, as you say, "contradiction."
17      A.   Because gender dysphoria is a
18 contradiction of the gender that you are
19 assigned at birth and the gender you identify
20 with.
21      Q.   So you said in Paragraph 14 down
22 here way at the bottom, right, "the attitude
23 has changed for the better."  Describe for me
24 M.W.'s attitude before the chest binder.
25 Start way back at the beginning.

Page 67

1            MR. FALK:  Just -- I'm going to
2       object, if you can define "beginning,"
3       since beginning is zero.
4            MR. LANE:  Thank you, Ken.  I'll
5       clarify.
6  BY MR. LANE:
7       Q.   So starting back to the period of
8  time before M.W. received the chest binder,
9  describe for me up until the point the chest
10 binder was received and started to be used,
11 how was M.W.'s attitude?
12      A.   You know, like I said, it was a lot
13 of depression, a lot of dark days, a lot of
14 isolation.  You know, the binder is one of
15 many steps that we've taken to align more with
16 that gender identity, and the binder is just
17 one part of that.  And each time we hit one of
18 those milestones, that attitude improves.
19      Q.   Okay.  So when you were -- did you
20 research the binder?
21      A.   Yes.
22      Q.   Was that something that you
23 consulted anybody about, or was it something
24 that you just decided on your own to do, to
25 provide?

Page 68

1       A.   We did some research on our own,
2  where to purchase, how to wear it, how long to
3  wear it, those types of things.
4            That discussion has also been had
5  with the physicians at Riley where they've
6  reinforced with him, you know, how long he
7  should wear it, when he should not wear it,
8  those types of things.
9       Q.   And so then, after the chest
10 binder, how was M.W.'s attitude?
11      A.   It was improved.  You know, again,
12 he feels more aligned with the gender he
13 identifies with.
14      Q.   Right.  When you say the attitude
15 was improved, what specific signs did you
16 observe in M.W. that indicates that it had
17 been improved?
18      A.   You know, a lightening of the
19 depression, being a little bit more talkative,
20 those types of things.
21      Q.   Okay.  And so then there was a
22 period of time, as I understand it, just in a
23 matter of a timeline, where M.W. then received
24 norethindrone; is that correct?
25      A.   Yes.

Page 69

1      Q.   So first we have the chest binder,
2  and then we have norethindrone, correct?
3      A.   Uh-huh.
4      Q.   What was M.W.'s attitude after
5  norethindrone had started?
6      A.   Well, when first prescribed, his
7  attitude was better.  Again, he's making
8  strides, you know, milestones along the way to
9  more align with that gender identity.  It
10  was -- he was disappointed when it made him
11  not feel so great and he had to stop taking
12  it.
13          But yeah, initially, it improved
14  his mood.  But, you know -- but he also knows
15  that this is one of many steps along the way.
16      Q.   Okay.  And then after
17  norethindrone, this is when testosterone was
18  started after some consultation; is that
19  correct?
20      A.   That is correct.
21      Q.   Okay.  And tell me a little bit in
22  general terms -- and you may have already
23  discussed some of this, but in terms of what
24  the attitude has been since testosterone and
25  how that compares back to what you noticed

Page 70

1  before.
2      A.   Yeah.  Testosterone was probably
3  the best -- the biggest improvement that we've
4  seen in him once he started taking that.
5          You know, it's -- when we initially
6  agreed to it, you know, he was very happy.
7  But, you know, that subsided pretty quickly
8  when he realized he had to inject it into
9  himself.  And this is not a kid who enjoys a
10  paper cut, let alone needles.  But, you know,
11  he was -- we met with the -- we went back to
12  the Riley Clinic a couple weeks later where
13  they gave him all the instructions.
14          In fact, I thought I was going to
15  have to do it for a while.  But, you know, he
16  started doing the injections right there on
17  the spot himself.  And other than the
18  injections, which he did not care for, didn't
19  like at all, but the effects from it really
20  greatly improved his mood, improved the
21  depression, he felt -- like I said, he was
22  like -- he was a very different kid.  The
23  conversations increased.
24          That's when we saw the friends
25  group increase, the grades went up.  He was

Page 71

1  more interested in doing other things,
2  especially things outside of the house, eating
3  dinner with us and not asking to always eat
4  dinner in his room.  You know, the isolation
5  was gone -- well, not gone, but I mean, no
6  more or less isolation than you could expect
7  any 15-year-old to have.
8      Q.   Were there any alternative ways
9  discussed with you to administer testosterone
10  to M.W.?
11      A.   Yes.
12      Q.   Tell me about those.
13      A.   When we agreed to do the
14  testosterone, they explained all the different
15  routes.  The injections, the gels, the
16  patches, all those types of things.
17      Q.   Has M.W. ever been prescribed a gel
18  patch?
19      A.   He currently takes gel, the gel
20  that he rubs on his arm.
21      Q.   Okay.
22      A.   He no longer does the injections.
23      Q.   Was there a reason why M.W. was
24  started on gel as opposed to injections for
25  testosterone?

Page 72

1      A.   Yeah.  The injections, although
2  they were effective, they also left painful
3  welts in his side at the injection spots.
4      Q.   Were there any other side effects?
5      A.   No.
6      Q.   Let's move over now -- we're going
7  to look at Paragraph 17 of your declaration.
8  It's marked at the top right-hand corner page
9  ID Number 265.
10          Do you see that?
11      A.   Yes.
12      Q.   And here in Paragraph 17 you say,
13  and I quote:  "The hormones are a medical
14  necessity."
15          Do you see that?
16      A.   Yes.
17      Q.   What do you mean by "medical
18  necessity"?
19      A.   Well, the -- as I described
20  earlier, the depression/anxiety were pretty
21  bad before.  It has -- the testosterone has
22  greatly improved that, as I've already talked
23  about.  I think that, you know, I think
24  removing the testosterone from him would be
25  the equivalent of removing insulin from a

Page 73

1   diabetic.
2           Can he survive off of it?
3   Possibly, yes.  Physically?  Yes.  But
4   removing this from him would be devastating to
5   him mentally.
6       Q.   Walk me through what you mean when
7   you say "devastating to him mentally."
8           What would happen?
9       A.   What would happen?
10      Q.   What do you think would happen?
11      A.   Yes.  I think -- I mean, I think
12  the depression would be larger than it ever
13  has been.  I mean, he's finally feeling good
14  about himself, feeling good about his body and
15  how it aligns, you know, with his, you know,
16  gender dysphoria.  He's becoming less
17  dysphoric on it.
18          Removing that, that dysphoria would
19  come back probably, you know -- it would be a
20  worse outcome because he knows that there's a
21  possibility for him to live more
22  authentically, and that's being removed from
23  him.
24          And without there being any side
25  effects of the medication, of the

Page 74

1   testosterone, why is this being removed from
2   me, why am I not having access to this thing
3   that makes me feel more like myself when
4   there's no side effects.
5       Q.   Okay.  And when you say "not having
6   access to," let's talk a little about -- are
7   you talking about SEA 480, the law at issue in
8   this case?
9       A.   Yes.
10      Q.   Let's revisit some of the
11  conversations that you've had with M.W. with
12  respect to SEA 480.  What is the basis for --
13  what -- strike that.
14          What are those conversations in
15  terms of what's going to be prohibited versus
16  not going to be prohibited?
17          What did those conversations look
18  like with M.W.?
19      A.   Well, I mean, we've had the
20  conversation with him, exactly what the law
21  means, that, you know, that the law takes
22  effect July 1st.  But he would be allowed to
23  take testosterone until December 31st.
24          But his -- you know, he would have
25  at least a year in Indiana where he would not

Page 75

1   have access to that, and he knows that.
2       Q.   Okay.  So switching gears a little
3   bit again, does M.W. ever use E-cigarettes?
4       A.   No.
5       Q.   Has M.W. ever vaped?
6       A.   No.
7       Q.   Has M.W. ever used nicotine?
8       A.   No.
9           MR. LANE:  Let's take one more
10      break at this point.  Let's do a
11      ten-minute break.  And we'll go off the
12      record.
13          (A recess was taken between
14      10:51 a.m. and 11:07 a.m.)
15  BY MR. LANE:
16      Q.   Mr. Welch, I want to go back into
17  some of our Paragraph 10 discussion in your
18  declaration.  If you'll take a look back with
19  me there, you see the mental health therapy.
20  We're going to talk about this just a little
21  more.
22          You had mentioned that M.W. had
23  brought home some worksheets, and we talked a
24  little bit about those.  Can you tell me a
25  little bit more about what those worksheets --

Page 76

1   what you observed in those?
2       A.   I did not take a look at them.
3       Q.   Okay.  The therapist that M.W. is
4   seeing now, you said, was recommended by
5   Riley; is that correct?
6       A.   I believe they were on a list of
7   people that Riley had suggested because they
8   are LGBTQ+ friendly.
9       Q.   All right.  And since M.W. has had
10  a gender dysphoria diagnosis, have you sought
11  any parental support groups or any assistance
12  like that?
13      A.   Yes.  So we've attended one support
14  group as a couple, and then there's actually
15  one where I work that I've attended.
16      Q.   You said you work.  Do you
17  volunteer for that group?
18      A.   It's just a parent support group at
19  Eli Lilly and Company.
20          MR. FALK:  I'm sorry, he said where
21      he works.
22          THE WITNESS:  Yes, where I work.
23          MR. LANE:  My apologies, thank you.
24      Okay.
25

Page 77

BY MR. LANE:
2      Q.    What do you cover in those parental
3  support groups?
4      A.    You know, things that are bothering
5  people, ways to deal with unkind people,
6  unkind relatives, those kinds of things.  How
7  to deal with the stress of raising transgender
8  children in particular.
9      Q.    What are some of the ways to deal
10  with unkind relatives discussed in these
11  groups?
12      A.    You know, just, it varies by
13  opinion.  Some people are, you know, talk to
14  them about it, ask for their support.  Others
15  are -- cut them off completely.  I mean,
16  everyone has an opinion.  I mean, it's a
17  support group, so people are just giving their
18  opinions.  And they vary greatly.
19      Q.    Have you found the groups helpful?
20      A.    Helpful as far as, like, you know,
21  strength in numbers type of helpful.  Helpful
22  in the sense that, you know, I think as a
23  parent of a trans child, one of the things
24  that, you know, I feel like we and others do
25  is, you tend to isolate yourself, even from

Page 78

1  the people that are supporting you.  It's --
2  you almost want to protect, like, you know,
3  you get very involved in what's happening.  So
4  it's nice to know that you, know, there are
5  other parents out there that are dealing with
6  the same stuff.
7      Q.    And besides those groups, do you
8  have any plans to join any other groups along
9  these lines; parental support groups, that is?
10      A.    Not at this time.
11      Q.    Let's flip back to some of our
12  discussions about the medical consultations
13  and things like that, if you will.
14      A.    Uh-huh.
15      Q.    Are you familiar with gender
16  transition surgeries?
17      A.    Yes.
18      Q.    Tell me, how so?
19      A.    Just from a little bit of research
20  on my own, but with the discussions with the
21  physicians at Riley Hospital.
22      Q.    What did those discussions involve?
23             What did the physicians generally
24  tell you?
25      A.    You know, with M.W. being, you

Page 79

1  know, the age that he is, we haven't really
2  had a lot of discussions about it.  We've had
3  some discussions of top surgery.  They have
4  made it very clear to us that those do not
5  occur until after the age of 18.  But we have
6  talked about that.  We have not even discussed
7  any other surgeries.
8      Q.    Okay.  What is the reason top
9  surgery isn't available until after 18?
10             Did they communicate any of that to
11  you?
12      A.    Why it's not available until
13  they're 18?
14      Q.    Yes.
15      A.    You know, it's just waiting,
16  probably.  You know, people are still growing
17  up until 18.  So, you know, it's just -- I
18  know that they can occur, but they don't in
19  Indiana very often, from what I understand.
20      Q.    So tell me a little bit about what
21  a top surgery is, in your understanding.
22      A.    It's a surgery for those
23  transitioning from female to male to remove,
24  you know, a fair amount of breast material
25  from the chest, to basically remove to make it

Page 80

1  look more like a man.
2      Q.    Are you considering any surgeries
3  at this time for M.W.?
4      A.    We were considering top surgery,
5  but we're not even having those -- I mean,
6  we're not having that discussion because he's
7  not old enough yet.  I mean, we're having the
8  discussions, but we don't plan on, you know --
9  we'll go through the consultations and stuff,
10  but there's no surgery until after he's 18.
11      Q.    When you say, "you're having those
12  discussions," do you mean having discussions
13  with M.W. or with the physicians?
14      A.    Both.
15      Q.    Okay.  Let's start with M.W.
16             What do those discussions look like
17  with M.W. at this time?
18      A.    He's very interested in getting top
19  surgery.  Would actually -- would like to have
20  it sooner rather than later.  But we've had
21  the discussion with him that, you know, that's
22  just not going to be possible, that it's going
23  to have to be until -- wait until he is after
24  18.
25             But we have talked with the

Page 81

1  physicians at Riley about it.  He knows that.
2  And that we are going to start at a reasonable
3  time, probably after he's 17 -- well,
4  definitely after he's 17, we can do
5  conversations and consultations with the
6  doctors who could perform the surgery, but he
7  would not be able to, you know, have that
8  surgery until he's -- after he's 18.
9      Q.   If, at the age of 18, the majority
10  requirement were not in place, would you be
11  comfortable proceeding with a top surgery for
12  M.W. at this time?
13      A.   I would have to talk to the
14  physicians about that.
15      Q.   Without talking to the physicians,
16  would you be comfortable?
17          MR. FALK:  Objection, asked and
18          answered.  And truly speculative, given
19          that there's no one doing these
20          surgeries before 18.
21          MR. LANE:  Okay.  We'll move on,
22          then.
23  BY MR. LANE:
24      Q.   Were any of the risks of any
25  surgeries communicated to you?

Page 82

1      A.   No, not at this time, because we're
2  not close enough to that point to talk about
3  those risks.  I mean, I'm fairly familiar with
4  what the risks of any surgery are.  So, you
5  know, I would definitely assume those risks
6  are at hand.  But we haven't gotten into it
7  because we haven't had those consultations
8  yet.
9      Q.   You say you're fairly familiar with
10  these risks.
11          Talk me through the risks with
12  which you are fairly familiar.
13      A.   Well, the risks of going under
14  anesthesia, the risk of infection with any
15  surgery, those types of things.
16      Q.   Okay.  Has M.W. received any
17  additional counsel with respect to surgery at
18  all, or none besides this?
19      A.   No.  Just the conversations we've
20  had with multiple physicians at Riley.
21      Q.   Are you aware of any alternative
22  treatments, besides that ones that we've
23  discussed, to help M.W.'s gender dysphoria?
24      A.   Can you define "alternate
25  treatments"?

Page 83

1      Q.   So what I have in mind are
2  different psychotherapies, certain other
3  activities maybe somebody might engage in, but
4  specifically mental health counseling with
5  respect to gender dysphoria?
6      A.   No, we have not -- are you asking
7  if we're interested in those, or that we know
8  about them, or?
9          I'm sorry, I forget the question.
10      Q.   No.  So I'm asking whether you're
11  aware, so whether you know about any
12  alternative treatments to the testosterone
13  that M.W. is currently receiving in order to
14  treat gender dysphoria?
15      A.   No, I mean as far as -- we're doing
16  everything that we've talked to the physicians
17  about.
18      Q.   Okay.  And do you feel concerned
19  now about any of the risks?
20      A.   No.
21      Q.   Why not?
22      A.   Well, because with the risks for
23  testosterone, one is, you know, just from our
24  conversations, has been low.  But he's not
25  having any side effects whatsoever.  The only

Page 84

1  effects he's having are the ones that we
2  anticipated and are trying to achieve.
3      Q.   And what made you think those
4  benefits outweighed the risks?
5      A.   The improved mood that I talked
6  about prior to this, the -- and it's not -- I
7  mean, the improved mood, him being just more
8  his authentic self and, you know, you can see
9  that, the difference between when -- before he
10  was taking it and after.
11      Q.   Right.  And I know a lot of those
12  are very narrow specific questions.
13          But in terms of, when you say "his
14  more authentic self," to use your words, talk
15  me through a little bit about what that means.
16          When you say that, what are you
17  talking about in particular?
18      A.   Well, he's not -- you know, he's
19  not currently -- when he's being his more
20  authentic self, I mean, he's not being --
21  experiencing the depressed mood, the
22  isolation, those types of things.
23          And he is more -- he's more
24  talkative, he's more funny.  His art -- I
25  mean, he's a very prolific artist and his art

1  has really increased.  You know, he did a lot
2  of digital art, he's included photography into
3  that now, and now he's mixing the two of those
4  together and have lots of conversations about
5  that.  He's willing to do things outside of
6  the house more often.
7          You know, his -- you know, the
8  conversations we hear him having with his
9  friends when his friends are over or we're in
10 the car together or whatever, they're just --
11 you know, there's just a sound in his voice
12 that is -- you can -- it's the same sound that
13 he had as a child before, you know, a lot of
14 this started coming to light.  He's one of my
15 favorite people.
16         MR. LANE:  Let's do one more
17         15-minute break and then we're going to
18         tidy up anything at the end and it will
19         just be a few more questions after that
20         and I'll turn it over to your lawyer.
21         So thank you so much.  We'll be right
22         back.
23         (A recess was taken between
24         11:18 a.m. and 11:34 a.m.)
25

1  BY MR. LANE:
2          Q.  All right.  Mr. Welch, just a few
3  more final questions for you.
4              Was there any point in time that
5  M.W. identified as bisexual?
6          A.  Yes.
7          Q.  Tell me about that.
8          A.  That was when he initially came out
9  to us.  I think he was around 12 years old.
10 He had left a note for his mother and I
11 explaining that he was bisexual.
12         Q.  Okay.  And do you understand
13 bisexuality to be a sexual orientation or
14 gender identity?
15         A.  It's sexual orientation.  I think
16 at the time, I think, you know, he was
17 trying to figure out what was going on.  He
18 didn't have the language.  He didn't have the
19 words to understand exactly what was going on.
20         I mean, we had a journey through --
21 first it was bisexual and then pansexual.  But
22 I think after a while, he came to understand
23 that he was actually feeling was being
24 transgender.
25         Q.  Okay.  Can somebody be -- well,

1  strike.
2          Were there any other sexual
3  orientations besides bisexuality and
4  pansexuality?
5          A.  No, not that I remember.
6          Q.  So you'd mentioned earlier in the
7  deposition, kind of having a transgender child
8  and how that might differ in terms of
9  sometimes the parenting between having
10 somebody that's not a transgender child as
11 your child.
12         How has having a transgender child
13 affected your parenting style?
14         A.  Not necessarily my parenting style.
15 I don't think that's changed at all.  But what
16 we -- well, one, what we can expect as his
17 future has changed, right?  But also parents
18 of transgender children have -- there's just a
19 different set of things that we have to be
20 mindful of, right?
21         So, you know, when you have a trans
22 child, one, you're always concerned for their
23 safety.  There's plenty of, I think, news
24 outlets and media and research that shows that
25 transgender people are often more susceptible

1  to acts of violence.
2          But also, you know, having a trans
3  child and how people will react to that,
4  having a trans child and going anywhere and,
5  you know, making sure that they have access to
6  bathrooms, making sure that, you know, they're
7  going to be treated well.
8          So there is a larger -- I don't
9  want to say larger, but there's a lot of
10 stress involved with being the parent of a
11 trans child.
12         Q.  When you say "acts of violence,"
13 what do you mean specifically?
14         A.  Anywhere from bullying to murder.
15         Q.  Do you have any examples of murder?
16         A.  There's been several mass shootings
17 at LGBTQ+ organizations and, you know, there's
18 been media news of transgender people being
19 murdered, yes.
20         Q.  Do you consult anything else
21 besides news on these issues specifically?
22         A.  You know, just news, but, you know,
23 there's been some research -- like reading
24 stuff online on research on, you know, the
25 amount of -- sometimes, you know, that these

Page 89

1  things happen.  Yeah.
2       Q.   Of course.  So when you say
3  bathroom access is one of your concerns in
4  terms of expectations that might have changed,
5  talk me through that a little bit.
6            Are you talking about laws that
7  prohibit, kind of like North Carolina's House
8  Bill 2, if you are familiar with that, that
9  would prevent somebody from using the bathroom
10  that was not their natal or assigned-at-birth
11  sex, is that what you're talking about?
12           Walk me through some of what you're
13  thinking of there.
14       A.   Well, just how people would react.
15  So I mean, M.W. has, you know, facial hair.
16  He looks a lot more like a male than a female,
17  but, you know, he has relatively long hair,
18  no -- actually shorter than some boys I see
19  nowadays, but you don't know how people are
20  going to react if he goes into the boys' room
21  or how someone would react if he goes into the
22  girls' room.
23           So it's just a heightened
24  hypervigilance of how people are reacting to
25  him with the bathroom, but with a lot of

Page 90

1  things.
2       Q.   Do you have conversations with M.W.
3  about those situations, about bathrooms and
4  things like that?
5       A.   We've had conversations about his
6  access to bathroom at school and anyplace else
7  that he would go regularly.  But, you know, we
8  had -- we've had -- we had bathroom
9  conversations when he was previously at North
10  Central High School.
11           He's actually come home throughout
12  junior high, and I think once in high school,
13  where he's had accidents on the way home
14  because he refused to use the bathroom because
15  he wasn't sure how people would react to him.
16       Q.   Okay.  And what do you tell M.W. in
17  those situations about bathrooms and how to
18  approach those scenarios?
19       A.   Well, more recently with him going
20  to Herron High School, you know, he's had
21  conversations with guidance counselors about
22  where he can go to the bathroom.
23           I think he eventually had that same
24  conversation at North Central, probably -- I
25  think it was right after the accident that he

Page 91

1  had on the way home.
2            But, you know, a lot of times, you
3  know, it depends on where we're at and what
4  we're doing.  If we're in a large social
5  setting, you know, we'll ask him if he needs
6  to go.
7            A lot of times it's the last thing
8  he does before he leaves the house because
9  he's aware of the situation, obviously.  But
10  if he -- you know, if he really needs to go to
11  the bathroom and he lets us know that, then a
12  lot of times we're looking for either unisex
13  bathrooms or parental bathrooms.
14       Q.   So notwithstanding the
15  conversations that M.W. has had with
16  counselors and with others and with you when
17  you're with M.W., what do you tell M.W. about
18  the way people might react, how M.W. should
19  deal with that situation?
20           Do you have conversations about
21  that reaction in particular?
22       A.   Sure.
23       Q.   What do those look like?
24       A.   Yeah, absolutely.  So I mean, well,
25  he's pretty good at handling a lot of this on

Page 92

1  his own.  He has not had a lot of problems
2  with that, even at North Central.  But there's
3  always some.
4            He's even had one incident at -- at
5  his new high school.  But he tends to handle
6  those on his own.  But we've talked about it
7  and, you know, just, you know, making sure
8  that he stands his ground.
9            You know, he explains to them that
10  he's a boy because oftentimes he is called
11  names.  He tells them it's not appropriate.
12  He doesn't want to be called that.  You know,
13  and if it persists, he has been -- you know,
14  he has informed adults or teachers or those
15  types of things, you know, in handling
16  himself.
17           A lot of times he's -- I don't --
18  you know, I don't think he's ever asked us to
19  handle one of those for him.
20       Q.   You mentioned an incident.  Tell me
21  about that incident.
22       A.   The more recent one, there was a
23  boy in his class that insisted on misgendering
24  him and calling him a girl and saying a lot of
25  things like that.

Page 93

1       He had a conversation -- multiple
2   conversations with him, asked him to stop, you
3   know, corrected him, you know, and he -- I
4   mean, the boy persisted for a while.
5       M.W. continued to, like, tell him
6   to stop it.  And then a lot of the other --
7   his classmates actually also informed the
8   bully, if you will, to stop.  And a lot of --
9   for most -- I think it's all completely
10  resolved.
11      Q.   Okay.  Were any adults consulted in
12  that situation, or was it just the children
13  that --
14      A.   I don't think so.
15      Q.   Okay.  Has M.W. ever had any issues
16  with others criticizing M.W.'s use of
17  restrooms, specifically male restrooms as
18  opposed to female restrooms as traditionally
19  understood?
20      A.   No.
21      Q.   Did you understand each question I
22  asked you today?
23      A.   I did.
24      Q.   Do you need to correct any of your
25  answers?

Page 94

1       A.   Not that I'm aware of right now.
2       Q.   Did you leave anything out?
3       MR. FALK:  Objection.  I don't know
4       what -- I don't know how you could
5       possibly answer whether he left anything
6       out.  The question is, did he answer
7       your questions to the best of his
8       ability.  So I'll object.
9   BY MR. LANE:
10      Q.   Did you answer all the questions to
11  the best of your ability, sir?
12      A.   I did.
13      Q.   All right.
14      MR. LANE:  Thank you.  The state
15      has no further questions.  It's all
16      yours, Ken.
17      MR. FALK:  I just have one.
18          EXAMINATION
19  BY MR. FALK:
20      Q.   Early in the deposition, I believe
21  you were asked about -- and I don't remember
22  if you asked whether you and your wife or M.W.
23  or maybe all of you received any sort of
24  testing from Riley.  Do you remember those
25  questions?

Page 95

1       A.   Yes, I do.
2       Q.   And do you remember filling out
3   questionnaires, you, your wife, and M.W.
4   before your first visit?
5       A.   Yes.  That was part of -- it was
6   something we needed to do before the -- before
7   we had the first appointment.  Each one of us
8   had to fill out a pretty lengthy
9   questionnaire.  So I filled out one
10  individually, my wife filled out one, and then
11  M.W. filled out a lot.
12      MR. FALK:  I have no further
13      questions.
14      MR. LANE:  I'll follow up on that.
15          FURTHER EXAMINATION
16  BY MR. LANE:
17      Q.   What were some of those questions
18  on those questionnaires that you answered?
19      A.   If M.W., you know, what toys he
20  played with.  I'm trying to remember because
21  it was -- it was two years ago.  I mean, a lot
22  about his preferences as far as, like, dress,
23  how he liked to wear his hair, the types of
24  things he enjoyed doing.  Those are the main
25  things that I remember.  It was -- it was

Page 96

1   several pages long, so I'm sorry, I don't
2   remember anything really past that.
3       MR. LANE:  Okay.  No further
4       questions.  Thank you, Mr. Welch, for
5       your time.
6       THE WITNESS:  Thank you.
7       MR. FALK:  I have nothing, and
8       we'll take signature.
9       (Time noted:  11:45 a.m.)
10
11      FURTHER THE DEPONENT SAITH NOT.
12
13      (Signature requested.)
14
15
16
17
18
19
20
21
22
23
24
25

Pages 97..99

Page 97

```
1          UNITED STATES DISTRICT COURT
2          SOUTHERN DISTRICT OF INDIANA
3             INDIANAPOLIS DIVISION
4        CAUSE NO. 1:23-cv-00595-JPH-KMB
5   K.C., et al.,              )
6          Plaintiffs,         )
7            -v-               )
8   THE INDIVIDUAL MEMBERS OF   )
9   THE MEDICAL LICENSING BOARD )
10  OF INDIANA, in their        )
11  official capacities, et     )
12  al.,                        )
13          Defendants.
14       JOB NUMBER:  181678
15     I, RYAN WELCH, state that I have read the
16  foregoing transcript of the testimony give by
17  me at my deposition on May 24, 2023, and that
18  said transcript constitutes a true and correct
19  record of the testimony given by me at said
20  deposition except as I have so indicated on
21  the errata sheets provided herein.
22  _____
              RYAN WELCH
23
24     STEWART RICHARDSON & ASSOCIATES
          Registered Professional Reporters
25            (800)869-0873
```

Page 98

```
1   CERTIFICATE OF CERTIFIED MACHINE STENOGRAPHER
2      I, Amy Doman, Registered Merit Reporter,
3   Certified Realtime Reporter, Certified
4   Shorthand Reporter in the states of
5   California, Texas, Illinois, and Washington,
6   and Notary Public in and for the County of
7   Hamilton, State of Indiana, do hereby certify
8   that RYAN WELCH, the deponent herein, was by
9   me first duly sworn to tell the truth in the
10  aforementioned matter;
11     That the foregoing deposition was taken on
12  behalf of the Defendants, on Wednesday,
13  May 24, 2023, pursuant to the Federal Rules of
14  Civil Procedure;
15     That said deposition was taken down by me,
16  a certified machine stenographer, in
17  stenographic notes translated in realtime to
18  English; the final transcript prepared and
19  certified by me as a true and accurate record
20  of all proceedings held on the record; that
21  the opportunity to review and sign was
22  requested; that counsel and all in attendance,
23  both in person and remotely, have been noted
24  on the appearance page.
25     I do further certify that I am a
```

Page 99

```
1   disinterested person in this cause of action;
2   that I am not a relative or attorney of either
3   party or otherwise interested in the event of
4   this action, financial or otherwise; that I am
5   not in the employ of the attorneys for any
6   party; that I, as an independent contractor,
7   have not accepted nor been advised of any
8   discounted rates offered to any party in this
9   action for my stenographic services;
10     In witness whereof, I have hereunto set my
11  hand and affixed my notarial seal on this
12  completed 99-page transcript on this 25th of
13  May, 2023.
14
15
16        Amy Doman, RMR, CRR, CSR
17        California CSR Number 14465
18        Texas CSR Number 6203
19        Illinois CSR Number 084004926
20        Washington CSR Number 22031067
21        Notary Public NE0705866
22  My Commission Expires:
23  September 30, 2025
24  Residing in Hamilton County, Indiana
25
```

**Exhibits**

**Ryan Welch Ex 01**  4:12 8:6,9

**Ryan Welch Ex 02**  4:13 8:19,20

**Ryan Welch Ex 03**  4:14 9:11,15,21 10:3 27:7 48:4 64:22

**Ryan Welch Ex 04**  4:15 10:19,20, 21 11:1

**1**

**1**  8:6,9

**10**  58:8,14 75:17

**10:10**  45:13

**10:15**  45:10

**10:18**  45:13

**10:51**  75:14

**11**  22:21 27:12

**11:07**  75:14

**11:18**  85:24

**11:34**  85:24

**11:45**  96:9

**12**  22:21 23:11,15 24:2 27:13 64:21 65:20 86:9

**13**  25:20

**14**  26:10 35:4 36:2 57:5 66:21

**14th**  19:19

**15**  26:10

**15-minute**  85:17

**15-year-old**  71:7

**17**  72:7,12 81:3,4

**18**  79:5,9,13,17 80:10,24 81:8,9,20

**1995**  14:18

**1998**  15:10 18:13

**1st**  74:22

**2**

**2**  8:19,20 89:8

**20**  15:18 19:19

**20-plus**  14:11

**2021**  38:20

**263**  36:25

**264**  64:22

**265**  10:9 72:9

**3**

**3**  9:11,15,21 10:3 27:7,9 48:4 64:22

**31st**  74:23

**4**

**4**  10:20,21 11:1 34:25

**40**  45:6

**480**  9:8,23 11:2,12 74:7,12

**5**

**51**  14:1 17:6,20

**7**

**7**  36:24

**8**

**8**  48:6

**9**

**9**  57:7

**9:28**  5:1

**A**

**A**  45:12 75:13 85:23

**a.m.**  5:1 45:10,13 75:14 85:24 96:9

**ability**  6:5 94:8,11

**able**  37:24 43:1 63:22 81:7

**about**  11:7,9,15 12:17 13:13,16 15:11 16:2 18:1,12 19:6 20:23 21:6, 18,20 22:2,5,7,8,13 23:3,4,11,15

26:7,13,17 28:6 29:25 31:2,13,15 32:22 33:8 34:5,19,22 36:2,20 39:8 40:19 41:11,15,23,24 42:1,6,15,20 43:5,24 44:3 45:20,22 46:14,23 47:1,15,22 48:1 51:11,17 52:3 53:13 54:14 55:3,13,24 56:2,4,10,14 57:5, 9,17 59:17 60:25 61:10,14,16,21,22 63:6,10 64:24 66:1 67:23 71:12 72:23 73:14 74:6,7 75:20,24,25 77:14 78:12 79:2,6,20 81:1,14 82:2 83:8,11,17,19 84:6,15,17 85:4 86:7 89:6,11 90:3,5,17,21 91:17,20 92:6, 21 94:21 95:22

**absolutely**  91:24

**accept**  63:14

**access**  74:2,6 75:1 88:5 89:3 90:6

**accident**  90:25

**accidents**  90:13

**account**  12:16

**accurate**  10:15

**achieve**  84:2

**ACLU**  13:4,18,20

**Act**  9:8,23 11:2,12

**actions**  12:10

**activities**  83:3

**acts**  88:1,12

**actually**  13:4 18:19 39:5 42:3 48:25 50:3 54:12 55:19 59:21 60:3,7 76:14 80:19 86:23 89:18 90:11 93:7

**ADD**  45:18 46:4,5,10 50:4

**additional**  82:17

**administer**  54:18 71:9

**administrators**  16:13

**adopt**  38:10

**adopting**  56:10

**adults**  59:11 92:14 93:11

**advocacy**  11:23

**affected**  87:13

**affiliated**  12:8

**after**  30:25 39:1 52:25 64:25 68:9 69:4,16,18 79:5,9 80:10,23 81:3,4,8 84:10 85:19 86:22 90:25

Index: again..as

**again** 17:24 42:9 48:4 68:11 69:7 75:3

**age** 23:15 24:2 25:20 27:12 32:20 36:2 51:20 79:1,5 81:9

**ago** 18:12 36:20 47:3 60:25 95:21

**agreed** 5:12 36:3 70:6 71:13

**ahead** 17:19 18:1 45:8

**align** 67:15 69:9

**aligned** 50:25 60:9 66:8 68:12

**aligning** 66:7

**aligns** 73:15

**all** 7:17 8:4,18 9:18 10:4 11:3,6,17 13:22 15:15 20:2 21:3 25:15 34:24 45:4 48:3 53:2 54:25 56:4 70:13,19 71:14,16 76:9 82:18 86:2 87:15 93:9 94:10,13,15,23

**allowed** 74:22

**almost** 23:4 33:12 54:10 78:2

**alone** 40:15 41:20

**along** 11:24 69:8,15 78:8

**already** 47:17 50:18 56:19 69:22 72:22

**also** 16:8 31:22 34:9 39:10 48:8 56:21,22,25 58:7,12 59:18 62:8 68:4 69:14 72:2 87:17 88:2 93:7

**alternate** 82:24

**alternative** 51:17 71:8 82:21 83:12

**although** 44:15 56:9,16 72:1

**always** 15:19 23:25 32:6,14,23 56:7 63:12 71:3 87:22 92:3

**am** 74:2

**amount** 66:9 79:24 88:25

**an** 5:7 12:6 30:15 32:24 33:4 42:6 53:18 77:16 92:20

**and** 5:11,18 6:2,4,7,11,16,18,21,23 7:2 8:1,7,15 9:5,12 11:8,10 13:6,12 14:2,7,10,14,17,21 15:16,25 16:4,9 17:8,12,17 18:1,17 19:10,15 20:4 21:6 22:17 23:2,4,6,9,12,15,16 24:2, 24 25:5,6 27:6,16,18 28:7,16,20,23, 24 29:22 30:13,18,19,20,23 31:1,2, 23 32:4,9,10,20 33:3,5,9,11,24 34:7, 11,15 35:3,4,6,9,18,23 36:1,3 37:14 38:22 39:4,7 40:13,14,15,17 41:3

42:1,6,7,12,19 43:1,4 44:4 45:8,13 46:3,5,14 47:18,20 48:1,7 51:4,6,14, 23 52:5 53:16 56:2,15 57:5 58:12,19 59:10,15 60:4,6,8,12,13,15 61:1,12, 15 62:25 63:4,10,22,23 65:4,6,8 66:3,9,19 67:10,16,17 68:9,21 69:2, 11,16,21,22,24 70:9,17 71:3 72:12, 13 73:14,22,24 74:5 75:1,11,14,23 76:9,14,19 77:18,24 78:7,13 80:9 81:2,5,17,18 83:18 84:2,3,6,8,10,11, 23,25 85:3,4,17,18,20,24 86:10,12, 21 87:3,8,24 88:3,4,17 90:3,6,12,16, 17 91:3,11,16 92:7,13,24 93:3,6,8 94:21,22 95:2,3,10 96:7

**Anderson** 14:10

**anesthesia** 82:14

**Anger** 11:16

**anonymity** 5:21

**another** 49:6

**answer** 6:4 7:4,13 18:1 20:18 21:7 42:25 94:5,6,10

**answered** 17:8 81:18 95:18

**answers** 6:6,16 31:17 93:25

**antianxiety** 50:4

**anticipated** 84:2

**antidepressants** 28:9 44:15,19 50:4

**anxiety** 18:6,17 28:24 30:20,23 31:24 43:19 44:1,11,14,16,20 58:19, 22 60:4,6,15 61:12 66:9

**anxiety/depression** 41:14

**anxious** 27:19,21

**any** 5:13,19 6:17 7:5,9,12,23 11:21, 23 12:10,13,14 13:18 15:4,21 16:15 17:23 18:7,21 19:3 20:22 21:13 22:4 23:19 24:15,19 25:22 26:1,11,20,24 27:2,10,17,20,24 28:4 30:22 33:20 34:2 35:19 37:20 39:15 41:17,22 42:12 43:14,17,25 44:13 47:15 48:15 51:9,17 52:15 53:21,25 54:16 55:10,17,20 57:6,19 59:23 63:4 64:11 65:17 71:7,8 72:4 73:24 76:11 78:8 79:7,10 80:2 81:24 82:4,14,16, 21 83:11,19,25 86:4 87:2 88:15 93:11,15,24 94:23

**anybody** 67:23

**anymore** 25:16 51:8

**anyone** 13:16 19:10 34:1 38:2 63:3

**anyplace** 90:6

**anything** 6:17 7:18 10:14 11:24 12:15 29:2,5 57:21 61:20 65:16 85:18 88:20 94:2,5 96:2

**anytime** 7:3

**anywhere** 24:20 39:16 88:4,14

**apart** 12:11 29:24

**apologies** 76:23

**apologize** 21:17

**apply** 47:12

**appointment** 40:7,18 41:12,25 42:5,8,17 43:8,10,12 49:1 50:16 54:11 63:8 95:7

**appointments** 42:13 49:2

**apprised** 41:21

**approach** 90:18

**appropriate** 5:20 92:11

**appropriately** 43:2

**Approximately** 63:2

**apps** 25:4,8,11,13

**are** 5:19 8:1,12 9:3 10:5 13:25 15:13 16:15 17:2 23:3 25:22 26:8,17 29:23 30:6 32:1 37:20 43:20 44:3,21 45:6 51:13 53:2,6,9 54:15,16 55:18,20 57:13 58:17,20 59:11 62:9 63:22 65:14 66:18 72:13 74:6,14 76:8 77:4,9,13,15,17 78:1,4,5,15 79:16 80:2 81:2 82:4,6,12,21 83:1,6 84:1, 2,12,16 85:9 87:25 89:6,8,19,24 95:24

**areas** 15:23

**arm** 71:20

**around** 8:8 18:13,19 19:8 22:21 25:18,20 27:12 33:2,17,18 58:24 86:9

**arrested** 15:2

**art** 84:24,25 85:2

**artist** 84:25

**as** 5:3,11 6:6,25 12:11,22 13:13,19 17:24 18:19 23:9,13,16 27:7 33:1,15 34:13,14 35:6,24 41:1 42:10,11 43:5,23 44:16,20 48:5 50:13,20,21

Index: ask..body

52:11,24 53:10,17 55:21 56:6 57:7 59:18,24 60:7,11 62:18 65:20 66:12, 14,16 68:22 71:24 72:19,22 76:14 77:20,22 83:15 85:13 86:5 87:10,16 93:17,18 95:22

**ask** 6:1,11,15 7:3,4 29:4 31:10 62:1 77:14 91:5

**asked** 17:8 31:9 37:12 40:14 41:11 42:10,18,19 48:1 63:7 81:17 92:18 93:2,22 94:21,22

**asking** 5:11 21:20 30:6 31:6,14,15 71:3 83:6,10

**assembly** 11:22

**assigned** 30:17 51:1 66:19

**assigned-at-birth** 89:10

**assistance** 76:11

**association** 16:18

**assume** 6:8 52:11 82:5

**assuming** 41:19

**at** 6:17,24 11:17 12:24 14:9 15:22 16:5,9 17:11,15 18:2,25 20:20 22:20 23:6,16 24:11,24 25:15 26:9 27:9, 18,23 28:8 30:18 32:11,20 33:20 35:4 36:13,14 38:13 39:5,11,12 40:2,7 41:4,24 43:5,7,10,11,15 44:25 45:9 47:10,14,24 48:5,7,8,25 49:1 50:16 52:12,19 53:4 54:1 55:8 56:1,14 57:9,20 61:5 62:22,23 63:3 64:18 65:19 66:19,22,25 68:5 70:19 72:3,7,8 74:7,25 75:10 76:2,18 78:10,21 80:3,17 81:1,2,9,12 82:1,6, 17,20 85:18 86:16 87:15 88:17 90:6, 9,24 91:3,25 92:2,4

**attend** 24:4 61:18

**attended** 63:9 76:13,15

**Attention** 46:7

**attitude** 66:22,24 67:11,18 68:10,14 69:4,7,24

**attorney** 5:7

**attorneys** 7:18 13:15

**attracted** 20:14,19 21:19 23:5

**attraction** 20:16

**attribute** 66:3

**authentic** 60:9 84:8,14,20

**authentically** 73:22

**autism** 29:7,22

**available** 79:9,12

**aware** 38:4 52:22 55:20 82:21 83:11 91:9 94:1

**away** 49:17 57:14 65:6

**B**

**back** 33:19 40:5 52:15 58:6 66:25 67:7 69:25 70:11 73:19 75:16,18 78:11 85:22

**background** 13:24 15:12

**bad** 72:21

**balancing** 64:8

**Ball** 14:9,12,21 15:5

**basically** 79:25

**basis** 29:20 44:17,18 59:13 64:4 74:12

**bathroom** 89:3,9,25 90:6,8,14,22 91:11

**bathrooms** 88:6 90:3,17 91:13

**be** 5:10,16 6:6 7:2 9:22,23 10:10,24 11:2 12:22 19:19 22:21 34:7 37:24 38:19 45:1 46:5 47:24 53:23 57:15 64:1 67:10 72:24 73:4,12,19 74:15, 16,22 80:22,23 81:7,10,16 85:19,21 86:13,25 87:19 88:7 92:12

**because** 13:8,11 20:19 21:7 28:18 29:19,22 32:24 35:13 36:9 40:4 44:21 47:17 51:5,8 56:11 63:17 66:7,17 73:20 76:7 80:6 82:1,7 83:22 90:14 91:8 92:10 95:20

**become** 12:23,25

**becoming** 66:8 73:16

**been** 5:3 15:2,20 17:22 18:2,11 19:18,22 20:16,19 21:4,8 23:15,19 24:1,18 25:25 36:21 39:22,24 43:1 45:17 52:8,9,20 62:13 65:8 68:4,17 69:24 71:17 73:13 83:24 88:16,18, 23 92:13

**before** 5:24 7:5 11:11 13:5 18:20 19:22 29:17 40:25 50:1 54:14 60:5 63:7 66:24 67:8 70:1 72:21 81:20 84:9 85:13 91:8 95:4,6

**beforehand** 43:23

**began** 12:22

**begin** 36:19

**beginning** 66:25 67:2,3

**behavior** 32:3 34:15 45:1

**behaviors** 30:22 33:21 46:3

**being** 8:1 12:11 40:23,25 47:7 68:19 73:22,24 74:1 78:25 84:7,19,20 86:23 88:10,18

**believe** 27:7 43:9 55:5 61:3 76:6 94:20

**benefit** 6:25

**benefiting** 28:20

**benefits** 50:21,24 84:4

**besides** 7:24 15:5 30:22 35:18 39:16 43:18 53:22 57:8 78:7 82:18, 22 87:3 88:21

**best** 6:5,12 70:3 94:7,11

**better** 61:8 65:25 66:23 69:7

**between** 14:21 24:1 30:16 32:8 45:12 75:13 84:9 85:23 87:9

**beyond** 17:25

**big** 24:15

**biggest** 70:3

**Bill** 89:8

**binder** 37:1,5 66:24 67:8,10,14,16, 20 68:10 69:1

**birth** 23:6 30:16,18 56:8 66:19

**bisexual** 86:5,11,21

**bisexuality** 86:13 87:3

**bit** 14:20 16:2 33:4,8 46:23 55:12 60:17 61:9 62:20 64:3,24 68:19 69:21 75:3,24,25 78:19 79:20 84:15 89:5

**block** 46:25 49:4

**blocker** 48:19

**blockers** 47:2,16

**blocking** 49:18

**blog** 12:13

**body** 37:24 54:23 55:1 73:14

Index: born..confusion

**born** 14:7 55:22

**both** 16:3 18:12 20:19 42:25 44:24 80:14

**bothering** 77:4

**bottom** 66:22

**boy** 23:10,13,16 35:24 92:10,23 93:4

**boy's** 35:5

**boyfriends** 26:8,9,19

**boys** 51:8 89:18

**boys'** 89:20

**break** 7:3,6 45:5,8 75:10,11 85:17

**breaks** 7:5 19:2

**breakup** 26:13,14,15

**breakups** 26:11,21 27:2

**breast** 79:24

**breasts** 37:7

**bring** 12:20 13:6,17 37:7 47:20 62:12

**brings** 62:8

**broke** 26:18

**brought** 9:6 47:23 62:14,17 75:23

**bully** 93:8

**bullying** 88:14

**but** 6:23 7:2 9:23 12:2 14:21 16:8,10 17:19 18:1,25 20:20 21:19 22:16 23:1 24:22 25:7 28:9 29:4 32:18,25 33:8 34:4 37:21 39:10,25 43:3 47:9, 12 50:6 51:2 54:11 56:11,21,25 58:25 59:18 60:3 61:13 62:6 63:18 69:13,14,23 70:7,10,15,19 71:5 73:3 74:22,24 78:20 79:5,18 80:5,8,10, 20,25 81:6 82:6 83:3,24 84:13 86:21 87:15,17 88:2,9,22 89:17,19,25 90:7 91:2,9 92:2,5,6

**by** 5:5 7:8 8:11,22 9:17 10:2,23 12:13 15:1 17:9,21 18:4 20:12 22:3 24:3 25:9 35:7 38:21 45:6,14 53:5 54:1 55:6 57:20 66:13,14 67:6 72:17 75:15 76:4 77:1,12 81:23 86:1 94:9, 19 95:16

---

**C**

**called** 61:7 62:18 92:10,12

**calling** 92:24

**came** 41:1,15 86:8,22

**can** 7:2,6 11:19 17:14 20:11,18 34:1, 2 42:24 53:21 54:24 60:2 62:15,22 63:20 65:15 67:2 73:2 75:24 79:18 81:4 82:24 84:8 85:12 86:25 87:16 90:22

**can't** 7:12 59:19

**cannot** 7:9

**capacity** 12:6,9 16:4

**car** 85:10

**care** 29:18 38:14 39:12,15,20 70:18

**Carolina's** 89:7

**carried** 43:12

**case** 13:7 17:19 18:1 47:12,16 74:8

**cause** 30:20

**Center** 15:25

**Central** 90:10,24 92:2

**certain** 83:2

**challenging** 9:6

**change** 32:16 34:4 35:10 36:6,13, 14,18 59:6

**changed** 22:15 35:9 66:23 87:15,17 89:4

**changes** 24:15 34:7 64:23,25 65:15, 17,18,20

**characteristics** 54:22

**chest** 37:1,5 66:24 67:8,9 68:9 69:1 79:25

**child** 13:12 20:4 34:3,7 77:23 85:13 87:7,10,11,12,22 88:3,4,11

**child's** 5:16

**childhood** 24:14

**children** 19:25 56:8,10,20 63:23 77:8 87:18 93:12

**Children's** 38:23,24

**Christmas** 33:7

**clarify** 6:12 11:19 17:14 20:11 21:16 38:15 67:5

**class** 92:23

**classmates** 93:7

**clause** 63:24

**clear** 12:22,25 79:4

**clearly** 56:17

**clinic** 61:5 70:12

**clinical** 14:15,16 15:7 16:7,11

**clinics** 57:1

**close** 24:22 39:9 82:2

**closely** 50:25

**closer** 59:8

**clothes** 32:15,22

**college** 14:9

**combination** 64:6

**come** 60:12 63:20,21,25 73:19 90:11

**comfortable** 81:11,16

**coming** 85:14

**communicate** 79:10

**communicated** 54:1 55:4 81:25

**communication** 65:25

**Company** 15:16 76:19

**compares** 69:25

**compensated** 8:1

**complaint** 7:21,24 9:2,5

**completely** 22:23 77:15 93:9

**concern** 33:25 34:9

**concerned** 83:18 87:22

**concerning** 21:20

**concerns** 55:25 56:6 57:6 89:3

**condition** 27:11

**conditions** 43:15,17,20

**conducted** 41:18

**confidential** 5:14,15

**confidentiality** 5:18

**confirm** 11:10

**conflict** 30:20

**confusion** 21:13 33:25

Index: Congratulations..didn't

**Congratulations** 19:20

**connection** 31:22

**consider** 48:18

**considered** 12:12 56:9

**considering** 80:2,4

**consistently** 35:5

**consult** 40:1 64:16 88:20

**consultation** 69:18

**consultations** 78:12 80:9 81:5 82:7

**consulted** 67:23 93:11

**contact** 41:9 62:5

**contacted** 13:4 39:11

**contents** 9:3

**continue** 57:25 61:24 64:1

**continued** 93:5

**continuing** 28:25

**contradiction** 66:12,16,18

**conversation** 21:10 22:2,17 40:14 41:2 47:22 49:15 51:10 52:3 54:10 56:5 57:3 63:6 64:9 74:20 90:24 93:1

**conversations** 20:22,25 21:6,20 22:5,7,11,13,18,22 23:3 28:22 31:2, 4,21 34:19,22 39:2 40:19 41:16 43:3,4 46:16 47:14 54:7,9,13 59:14 64:5 70:23 74:11,14,17 81:5 82:19 83:24 85:4,8 90:2,5,9,21 91:15,20 93:2

**coordinator** 16:8

**cope** 62:15

**coping** 62:10,11

**coplaintiff** 19:15

**corner** 10:11 72:8

**correct** 6:23 8:16,17 9:8,9 10:16 11:12,13 19:14,16,17 20:5,6 21:22, 23 52:13,14 68:24 69:2,19,20 76:5 93:24

**corrected** 93:3

**could** 56:22 71:6 81:6 94:4

**couldn't** 32:25

**counsel** 82:17

**counseling** 19:4 28:3 63:4 83:4

**counselors** 90:21 91:16

**couple** 16:6 28:19 47:3 70:12 76:14

**course** 5:21 9:13 60:19 89:2

**courses** 51:18

**court** 5:18 6:2,7,22

**cover** 77:2

**create** 32:16

**creating** 32:21

**criticizing** 93:16

**cross-sex** 53:3

**current** 26:3 52:9

**currently** 15:13 18:25 19:10 24:6 25:24,25 26:4 44:5 61:10 71:19 83:13 84:19

**cut** 70:10 77:15

**cycle** 49:4 51:24 55:2

**cycles** 49:19 51:6,7 52:18

## D

**daily** 25:13

**Dame** 14:21

**dark** 67:13

**darkened** 59:3

**date** 59:8

**days** 58:24 67:13

**deal** 62:9 77:5,7,9 91:19

**dealing** 78:5

**December** 74:23

**decide** 12:20 34:14 61:1

**decided** 35:23 39:2 48:22 67:24

**deciding** 49:10

**decision** 36:1,3 37:10 56:12

**declaration** 10:1,3,15 27:6 34:25 36:24 48:4 57:7 58:9 64:22 72:7 75:18

**decline** 63:14

**declined** 63:15

**decreased** 66:9

**defendants** 5:8

**deficit** 46:7

**define** 30:7,13 67:2 82:24

**defined** 66:12,14

**definitely** 81:4 82:5

**degree** 14:12 15:7 18:16

**depending** 62:22

**depends** 91:3

**DEPONENT** 96:11

**deposition** 5:15,17,22,23 7:19 8:6 9:14 10:25 87:7 94:20

**depositions** 7:2

**depressed** 27:15,18 84:21

**depression** 18:3,10 28:24 30:21,23 31:23 43:19 44:1,10,12 58:19,21,25 60:4,7,11,15 61:13 62:16,19 66:10 67:13 68:19 70:21 73:12

**depression/anxiety** 72:20

**describe** 20:13 54:24 66:23 67:9

**described** 20:16 72:19

**details** 62:6

**devastating** 73:4,7

**diabetic** 73:1

**diagnosed** 17:23 18:2,9,18 43:6,14, 20,22 45:17 46:4 60:5

**diagnoses** 18:22

**diagnosis** 18:23 43:12 45:20,21 49:6 76:10

**did** 7:18 11:6,17,21 12:2,10,20,24 13:6,15 14:14,17 17:11,15 20:22,25 21:14 22:10 23:12 25:17 27:9 28:3, 12,21 29:1 30:1 31:4,10,18 32:14 33:20,24 34:14 35:25 36:19 37:13, 15,18 38:13,22,24 39:7 40:1,7,15 41:10 44:7,25 47:1,20 48:12 49:16, 22 50:6,12,17 54:7 55:10 60:23 61:1 63:14 64:11,16 67:19 68:1,15 70:18 74:17 76:2 78:22,23 79:10 85:1 93:21,23 94:2,6,10,12

**didn't** 28:16,18 29:3,4 49:25 56:19 70:18 86:18

**differ** 87:8

**difference** 23:19 24:1 84:9

**different** 16:7 32:8 54:18 65:3 70:22 71:14 83:2 87:19

**difficult** 21:7

**difficulties** 27:24

**digital** 85:2

**dinner** 71:3,4

**direction** 31:7

**disagreement** 13:10

**disappointed** 69:10

**disappointment** 11:16

**discovered** 57:21

**discuss** 45:1 50:12 62:7

**discussed** 21:12 22:9 38:2 40:20 52:1,2 54:4 69:23 71:9 77:10 79:6 82:23

**discussion** 47:15 56:1,2,13 68:4 75:17 80:6,21

**discussions** 63:10 78:12,20,22 79:2,3 80:8,12,16

**disorder** 17:23 18:5 46:7

**distracted** 46:12

**distress** 27:11

**do** 5:14 6:7,11,13 7:18,23 8:23 9:18 11:3,5 13:10 14:2 15:4,6,15 16:12 17:19 20:7 22:1,4,16 24:9,11 25:6,7, 9,14 30:7,8,10 31:12 34:14 35:7,13 36:10 37:3 46:20,23 47:23 48:10 53:13 54:20 55:10 56:24 58:10,15 61:13,15 62:4,5,22 64:11 67:24 70:15 71:13 72:10,15,17 73:10 75:10 76:16 77:2,24 78:7 79:4 80:12,16 81:4 83:18 85:5,16 86:12 88:13,15,20 90:2,16 91:17,20,23 93:24 94:24 95:1,2,6

**doctors** 47:4,10 55:7,8 81:6

**document** 8:13,16,23 9:19 10:6 11:4,11

**documents** 7:20,24

**does** 16:12 24:4,7,9 25:2,22 34:4 38:8,10 39:15 43:17 46:8 52:7 54:15,20 56:8 61:11,20 62:12,25 65:23 71:22 75:3 91:8

**doesn't** 33:17 63:18 66:11 92:12

**doing** 12:5,14 32:4 42:18,19 70:16 71:1 81:19 83:15 91:4 95:24

**doll** 33:18

**dolls** 32:9

**don't** 6:9,10 7:1 22:23,24 25:19 26:22 27:4 29:10,14 30:11 34:1,11 38:6 41:23 47:12 48:20 51:8,16 53:4,19 59:11 60:2 61:18 62:6 79:18 80:8 87:15 88:8 89:19 92:17,18 93:14 94:3,4,21 96:1

**done** 15:19 29:11,13,17 56:24

**down** 10:8 34:24 40:13 48:3 66:21

**drafting** 12:13

**dramatically** 34:5

**dress** 95:22

**dresses** 32:14 33:7 35:6

**dressing** 35:21

**drop** 46:14

**drug** 48:16 53:10

**drugs** 46:24

**duly** 5:3

**during** 5:15 12:1 51:10

**dysphoria** 29:22 30:2,5,15,24 33:22 38:16 43:7,18 45:2 49:5,8,13,20 50:23 51:18 52:25 53:11,22 58:13, 18,23 60:5 61:14,16 66:13,15,17 73:16,18 76:10 82:23 83:5,14

**dysphoric** 73:17

———————————

**E**

**E-CIGARETTES** 75:3

**each** 67:17 93:21 95:7

**earlier** 34:20 72:20 87:6

**early** 9:12 45:24 94:20

**easily** 13:1 46:12

**easy** 58:23

**eat** 71:3

**eating** 71:2

**edits** 5:19

**education** 15:5

**effect** 50:13 59:19 60:12 74:22

**effective** 72:2

**effects** 28:10 37:21 50:8 54:15,16 55:4,16,18 56:3,15 57:8,12 58:13,18 70:19 72:4 73:25 74:4 83:25 84:1

**eggs** 56:23

**eight** 25:1 28:14 45:23 60:25

**either** 11:24 18:22 32:17 36:12 49:1 91:12

**elementary** 45:25

**Eli** 15:16,20 16:1,9 76:19

**else** 6:25 7:18 29:2 88:20 90:6

**elsewhere** 14:4

**employed** 15:13

**end** 6:12 85:18

**engage** 83:3

**enjoy** 24:7

**enjoyed** 32:3,4 95:24

**enjoys** 70:9

**enough** 33:9 46:2 80:7 82:2

**Enrolled** 9:7,23 11:2,12

**entail** 61:11

**entails** 16:3

**entire** 14:7

**episode** 18:20 19:2

**episodic** 18:13

**equivalent** 72:25

**especially** 23:3 51:20 58:24 71:2

**evaluate** 43:2

**evaluations** 41:17

**even** 77:25 79:6 80:5 92:2,4

**eventually** 46:1 57:14 90:23

**ever** 5:23 15:2 17:22 19:22 20:16 21:10 25:25 29:6 33:20 36:5 37:24 38:6,8,10 41:21 45:17 48:12 52:22 53:25 61:20 63:3 71:17 73:12 75:3, 5,7 92:18 93:15

**every** 34:6 46:15 54:11

**everyone** 6:25 77:16

**everything** 6:3 32:12 33:12 65:14 83:16

**evidence** 8:5,19 9:10 10:19 50:21

**exactly** 22:24 26:22 45:6 62:6 74:20 86:19

**EXAMINATION** 5:4 94:18 95:15

**example** 52:1

**examples** 88:15

**Excellent** 7:22 10:13 14:19

**exclusively** 23:5

**exhibit** 8:6,9,19,20 9:11,15,21 10:3, 19,21,24 11:1 27:7 48:4 64:22

**exhibits** 9:12

**exist** 59:12

**expanded** 65:12

**expect** 7:1 34:2 46:19 71:6 87:16

**expectations** 89:4

**expects** 38:6

**experience** 20:17

**experienced** 24:15 26:21

**experiencing** 30:2,24 52:24 84:21

**explain** 30:13

**explained** 22:13 41:13,14 51:19 56:16,25 57:1 71:14

**explaining** 31:5 86:11

**explains** 92:9

**expressed** 56:19

**extent** 25:7 50:20

**externs** 5:9

**Extremely** 46:12

---

**F**

---

**Facebook** 12:18

**facial** 54:25 89:15

**fact** 28:23 36:17 70:14

**fair** 79:24

**fairly** 14:23 51:21 82:3,9,12

**FALK** 7:6 9:25 14:23 17:8,17,24 21:16,24 23:22 38:15,17 67:1 76:20 81:17 94:3,17,19 95:12 96:7

**familiar** 8:12 9:3 10:5 53:2,6,9 78:15 82:3,9,12 89:8

**family** 24:19 27:16

**far** 65:9 77:20 83:15 95:22

**fast** 6:22

**favorite** 85:15

**feel** 6:17 28:21 51:2 69:11 74:3 77:24 83:18

**feeling** 35:16 73:13,14 86:23

**feels** 60:13 61:23 66:11 68:12

**felt** 28:20 31:5 70:21

**female** 23:8 47:19 51:22 79:23 89:16 93:18

**females** 20:15

**feminine** 32:15

**fertile** 64:2

**fertility** 55:21 56:14,15,17 57:1,9 63:4

**few** 12:18 28:9 62:14 85:19 86:2

**field** 44:22

**figure** 86:17

**filed** 27:6 35:1

**filing** 36:21

**fill** 95:8

**filled** 95:9,10,11

**filling** 95:2

**final** 86:3

**finally** 73:13

**find** 19:8 37:15 50:5

**finishes** 23:23

**first** 11:6 18:20 21:9,18 22:2,22 25:18 26:15 27:8,9 30:1 35:5 36:10 42:2,4 43:7,12 45:5,25 47:1,6 49:1, 16 51:23 54:12 63:8,24 69:1,6 86:21 95:4,7

**five** 33:9 45:9

**flip** 36:25 78:11

**floor** 33:18

**follow** 5:12 95:14

**follow-up** 40:17 42:12,16 43:8,10

**following** 6:19

**follows** 5:3

**football** 14:20

**for** 5:7 6:22,24 7:3,19 8:1,5,9,20 9:5, 10,15 10:19,21,24 11:18,21,24 14:10,11 17:6,12,18,20 18:17,18,25 19:1,9,10 21:17 23:2 28:4,7 29:5,6, 20 31:13 33:8,9 34:9 37:2,12,14,17 38:15,16 39:5 42:23 43:8 44:1,10, 11,13,16,17,18,19,24 45:9 47:18 48:14,23 49:5,6,8,11,23,25 50:7 51:18,22,25 53:19 54:21,24 56:13 58:3,4 59:9,13 60:4 61:12 64:4 66:23 67:9 70:15,18 71:24 73:21 74:12 76:17 77:14 79:22 80:3 81:11 83:22 86:3,10 87:22 91:12 92:19 93:4,9 96:4

**forget** 83:9

**formally** 43:6

**found** 28:7 77:19

**foundation** 37:6

**four** 26:23 33:2

**free** 6:17

**friend** 65:12

**friendly** 76:8

**friends** 25:22 27:16 65:11 70:24 85:9

**from** 11:8 12:11 14:12 15:7 24:19,21 27:11,16 28:10,22 29:24 42:25 47:4, 8,19 48:7 51:22 61:4 70:19 72:24,25 73:4,22 74:1 77:25 78:19 79:19,23, 25 83:23 88:14 89:9 94:24

**front** 8:24

**funnier** 65:23

**funny** 84:24

**further** 60:17 94:15 95:12,15 96:3, 11

**future** 58:1 87:17

## G

**gave** 40:16 70:13

**gears** 46:22 75:2

**gel** 71:17,19,24

**gels** 71:15

**gender** 16:25 29:22,24 30:2,4,15, 17,19,24 33:22 36:5,14 38:16 39:23 43:7,18 45:2 49:5,8,12,19 50:23,25 51:2,3,18 52:24 53:10,22 58:13,18, 22 60:5,9 61:5,14,16 66:7,13,15,17, 18,19 67:16 68:12 69:9 73:16 76:10 78:15 82:23 83:5,14 86:14

**gender-neutral** 32:17,19

**gender-specific** 32:7

**general** 11:22 13:23,24 69:22

**generally** 30:5,9 78:23

**gestures** 6:16

**get** 5:14 14:22 39:3 44:7 59:8 62:6 78:3

**get all** 9:12

**gets** 53:15

**getting** 36:18 80:18

**girl** 92:24

**girls'** 89:22

**give** 6:15 56:8

**given** 5:23 81:18

**giving** 77:17

**go** 6:24 17:19 18:1 31:4 38:22,24 40:8 45:8 52:15 58:6 61:21 75:11,16 80:9 90:7,22 91:6,10

**goes** 6:21 57:14 65:6 89:20,21

**going** 5:10 6:1,3 8:4,7 10:10 12:14, 23,25 13:23 17:17 27:8 33:14 48:5 66:2 67:1 70:14 72:6 74:15,16 75:20 80:22 81:2 82:13 85:17 86:17,19 88:4,7 89:20 90:19

**gone** 36:16 62:14 65:13 71:5

**good** 5:6 61:23 62:2 73:13,14 91:25

**got** 25:19 46:1 65:5

**gotten** 58:25 82:6

**grade** 45:25

**grades** 65:13 70:25

**graduate** 14:14,17

**graduating** 18:15

**graduation** 15:20

**grandma** 33:9

**grandpa** 33:10

**grandparent** 24:22,23,25

**granted** 62:4

**great** 6:15 45:4 69:11

**greater** 65:4

**greatly** 59:21 60:14 65:7 70:20 72:22 77:18

**ground** 92:8

**grounds** 17:25

**group** 12:8 42:10 65:12 70:25 76:14,17,18 77:17

**groups** 41:8 42:19 76:11 77:3,11,19 78:7,8,9

**growing** 79:16

**guarantee** 63:19

**guidance** 90:21

## H

**had** 13:4 21:5,10 22:2,5,12,16,20,25 26:8 28:8,10,22 29:6 31:1 32:7 34:16 39:2,9 40:13 41:16,25 42:20 43:1,4 47:17,22 49:2,15,25 51:5 54:9,11,13 56:1,6,13 57:3 58:6 59:9 63:9 68:4,16 69:5,11 70:8 74:11,19 75:22 76:7,9 79:2 80:20 82:7,20 85:13 86:10,20 90:5,8,13,20,23 91:1,15 92:1,4 93:1,15 95:7,8

**hair** 54:25 55:1 57:14 89:15,17 95:23

**half** 42:6 57:5

**hand** 82:6

**handle** 92:5,19

**handling** 91:25 92:15

**happen** 73:8,9,10 89:1

**happened** 31:15,25

**happening** 78:3

**happy** 70:6

**harmful** 13:11

**has** 15:20 17:18 20:19 22:13,14 23:9,15,16,19,25 24:14 25:25 26:21 28:8 34:6 35:4 36:16,21 38:2 39:22 44:5 45:17,19 51:3 52:5,7,12,18,19 56:7,9 58:25 59:3,9 60:3,11,12,14, 18 62:13,19 63:3 65:12 66:8,23 68:4 69:24 71:17 72:21 73:13 75:5,7 76:9 77:16 82:16 83:24 85:1 87:12,17 89:15,17 91:15 92:1,13,14 93:15 94:15

**hasn't** 44:6 62:13

**hated** 32:14

**have** 5:12,23 7:6 9:22,24 11:11 14:4, 6 15:2,4,6,17,19,22 16:10 17:4,22 18:2,11,21 19:3,18,22 20:22 21:4,7 25:11,22 27:9 29:6,10 31:15 34:3,11 36:12 38:8 39:24 43:17 46:8 48:5 50:19 51:7,8 52:4 54:3 56:19,24 57:1,2,16 59:21 62:5 63:22 66:5,13 66:12 69:1,2,22 70:15 71:7 74:24 75:1 76:10 77:19 78:8 79:3,5,6 80:19,23,25 81:7,13 83:1,6 85:4 86:18 87:18,19,21 88:5,15 89:4 90:2 91:20 94:17 95:12 96:7

**haven't** 19:10 79:1 82:6,7

**having** 5:3 22:22 33:3 34:22 74:2,5 80:5,6,7,11,12 83:25 84:1 85:8 87:7, 9,12 88:2,4

**he** 20:19 22:13,20,23,25 23:14,23,25 24:22 25:18,19 26:9 27:18 28:8,10 30:3,25 31:1,5,14,18,19 32:2,3,7,10, 11,13,18,24,25 33:1,15 34:21 35:9, 21,25 37:12 38:6 40:25 41:15 42:10, 18,20 44:5,6,7 45:19,21,24 46:2, 3,7,14,15 47:17 49:22 50:2 51:3,5,6 52:4,5,7 56:8,9,12,19,23 57:5,13 59:10,17,18,19 60:3,5,7,13 61:23 62:1,8,13,15,17,18,22 63:11 65:10, 12 66:1,11 68:6,7,12 69:10,11,14 70:4,6,8,11,15,18,21,22,25 71:19, 20,22 73:2,20 74:22,24,25 75:1 76:20,21 79:1 80:23 81:1,6 84:9,23 85:1,13 86:8,9,10,11,16,17,18,22,23 89:16,17,20,21 90:7,9,14,15,22,23, 25 91:5,8,10,11 92:1,5,8,9,10,11,12, 13,14 93:1,3 94:5,6 95:19,23,24

**he's** 21:5 23:4 26:8 39:25 44:5 50:1 56:18 60:21 62:22 63:23 65:3,8,9,

10,23 66:11 69:7 73:13,16 80:6,10, 18 81:3,4,8 83:24 84:1,18,19,20,23, 24,25 85:2,3,5,14 90:11,13,20 91:9, 25 92:4,10,17,18

**he/him** 17:3,12

**health** 15:24 58:8,13,17 59:25 60:23 75:19 83:4

**healthy** 34:11

**hear** 11:6 34:2 85:8

**heard** 11:15

**heightened** 89:23

**help** 5:13,17 31:3 65:23 82:23

**helpful** 77:19,20,21

**helping** 46:13 62:9

**her** 6:24

**here** 6:3 8:15 27:9 36:25 58:25 64:23 66:22 72:12

**Herron** 24:6 90:20

**heterosexual** 17:1,16

**hey** 6:18

**high** 24:6 90:10,12,20 92:5

**him** 28:7,20 31:5,6,10 34:18 37:7,14 39:2 41:20 42:9,23 43:2 46:1,13 47:7 49:25 50:7 51:2 59:10,12,14 68:6 69:10 70:4,13 72:24 73:4,5,7, 21,23 74:20 80:21 84:7 85:8 89:25 90:15,19 91:5 92:19,24 93:2,3,5

**himself** 56:13 65:11 66:11 70:9,17 73:14 92:16

**his** 21:21 22:14 25:17 28:24 31:17, 23 32:3,23 34:10,23 35:9 37:12 39:21 40:4,22,23,24 42:23 46:13,14 47:12 49:4,18 50:10,25 51:1,20 52:9 54:22 55:1,2 56:23,25 58:5,13 59:3, 21 60:9,14 61:14 62:2,19 65:4,6,11, 12,24,25 66:2,7,12 69:6,14 70:20 71:4,20 72:3 73:14,15 74:24 84:8, 13,19,24,25 85:7,8,9,11 86:10 87:16 90:5 92:1,5,6,8,23 93:7 94:7 95:22, 23

**historically** 14:24

**history** 40:22,23,24 41:11,13

**hit** 67:17

**home** 23:16,17,20,21 24:2 62:8,12,

14,17,23 75:23 90:11,13 91:1

**homeowners'** 16:17

**homework** 46:14

**honestly** 22:1

**hormone** 57:22

**hormones** 53:3 58:1 72:13

**Hospital** 38:23,25 39:19 61:5 78:21

**hospitals** 15:23 16:4,6

**Hot** 32:8

**hour** 42:6

**house** 71:2 85:6 89:7 91:8

**how** 11:6 13:25 15:11,17 17:4 19:18, 25 20:13 21:14 22:10,19 23:4,9,12 24:24 26:20 28:12 30:7,8,13 31:4,5, 12,14 33:13,24 34:22 36:16 37:20, 21 40:7 42:4,18,19 52:7 54:17 57:4 58:3 60:18 61:1,21 62:25 64:7 66:15 67:11 68:2,6,10 69:25 73:15 77:6 78:18 87:8,12 88:3 89:14,19,21,24 90:15,17 91:18 94:4 95:23

**humor** 65:24

**hyperactivity** 46:8

**hypervigilance** 89:24

---

**I**

**I'D** 7:4

**I'LL** 5:16 6:8 17:24 67:4 85:20 94:8 95:14

**I'M** 5:7,10 6:1,18 7:7 17:1,17 18:24 20:18 23:22 30:10,19 38:4 41:19 48:7 61:24 67:1 76:20 82:3 83:9,10 94:1 95:20 96:1

**I'VE** 14:10 72:22 76:15

**ID** 10:9,10 36:25 64:21,22 72:9

**idea** 47:24

**ideation** 59:4 62:20

**identification** 8:5,10,21 9:11,16 10:19,22

**identified** 17:4 23:9 86:5

**identifies** 68:13

**identify** 66:19

**identifying** 23:13 52:23

**identity** 16:25 30:18,19 51:1,3 60:10 66:8 67:16 69:9 86:14

**if** 6:10,17,21 20:16 30:12,13 48:21 49:9 56:23 59:19 60:2 61:22 62:1 63:11 67:2 75:18 78:13 81:9 83:7 89:8,20,21 91:4,5,10 92:13 93:8 94:22 95:19

**imagine** 33:16

**impact** 34:23 59:10

**improved** 59:21 60:1,14 65:7 68:11, 15,17 69:13 70:20 72:22 84:5,7

**improvement** 70:3

**improves** 67:18

**in** 6:7,23 8:15,24 9:12 10:11,14 11:1, 9,17,22,25 12:5,18 13:1,7,14 14:6,7, 8,10,11,12 15:7,23 16:4,6,10 19:15 20:15,17 23:19 24:9,19 25:10,25 26:1 27:24 29:18 31:16 32:1,16,21 33:12,18 34:25 36:17,24 37:7,15,18 39:9 42:2 44:22 45:7,24 47:14,16 48:3 49:10 54:12 55:21 57:7,21,22 58:1,14 59:2,6,11,25 61:4,15 62:16 63:4,9,12 64:3,21,23 65:11,16,19 66:2,21 68:16,22 69:21,23 70:4,14 71:1,4 72:3,12 74:7,14,25 75:17 76:1 77:2,8,10,21,22 78:3 79:18,21 80:18 81:10 83:1,3,7,13 84:13,17 85:9,11 86:4 87:6,8 89:3 90:12,16 91:4,21 92:15,23 93:11 94:20

**incident** 92:4,20,21

**included** 85:2

**incongruence** 30:16

**increase** 70:25

**increased** 55:1 62:19 70:23 85:1

**independent** 55:10 64:11

**Indiana** 14:4,6,8 39:9 74:25 79:19

**Indiana's** 9:7

**Indianapolis** 14:3,5,11 15:8,23

**indicate** 33:21

**indicates** 68:16

**indication** 27:10

**individually** 95:10

**individuals** 52:23

**infant** 32:24

**infection** 82:14

**information** 5:14 25:12

**informed** 39:25 92:14 93:7

**initial** 40:7

**initially** 69:13 70:5 86:8

**initials** 5:16

**inject** 70:8

**injection** 72:3

**injections** 70:16,18 71:15,22,24 72:1

**inside** 23:20 24:1

**insisted** 92:23

**Instagram** 25:5

**Institute** 15:24

**instructions** 70:13

**insulin** 72:25

**intent** 52:15

**interested** 63:12,23 71:1 80:18 83:7

**interesting** 47:13

**Interrupting** 46:16

**intervening** 15:21

**interviews** 12:14

**into** 5:15 8:5,19 9:10 10:18 13:23 14:22 32:16 36:12 37:13 47:7 60:12 62:6 70:8 75:16 82:6 85:2 89:20,21

**involve** 21:1 78:22

**involved** 11:22 25:19 39:22,25 78:3 88:10

**is** 5:7,8 6:2,17 8:6,7,16,17 9:1,2,5,8, 21,24 10:3,8,10,12,14,15 11:11,13 13:9 14:25 16:13,25 17:7 18:1,5 19:14,15,17 20:5,6,10,14 21:21 22:18 24:12 26:3 27:7 30:6,7,14,15, 17 34:3 35:15,17 37:5,6,21 39:5,12, 21 44:10,13 45:4 47:8 48:4,21 49:24 52:13,14,15 53:4,17 55:16 56:16 58:8 59:15,20,23 61:6,7,10 63:17 64:4,5,21 65:4,6,16,24 66:17 67:3, 14,16 68:24 69:15,17,18,20 70:9 74:1,12 76:3,5 77:25 78:9 79:1,8,21 80:23 83:13,23 84:23 85:12 88:8 89:3,11 92:10 94:6

**isn't** 79:9

**isolate** 59:23 77:25

**isolated** 65:11

**isolation** 27:15 67:14 71:4,6 84:22

**issue** 74:7

**issues** 61:14,17 88:21 93:15

**it** 6:12 9:1,2,21,22,23 10:24 11:9,25 12:6,22,23,24,25 13:1,8,9,10,18 14:25 16:13 18:25 19:2,19 20:10 22:2,5,8,13 23:1,15 25:19 26:5,10 27:12 28:20 30:6,7,8,13,14 33:6,17, 19 34:4,7 35:22 36:25 37:6,11,13,21 38:19 39:2 40:9,10,12 41:1,25 42:17,24 43:5,11 45:24 46:8 47:8, 18,22,24 48:1,2,5,7,10,21,22,25 49:6,10,22,23,25 50:6,10,15,18,25 51:2 52:2,4 53:16 54:15,16,19,21 55:16 56:17 57:13 58:4 61:6,22,23, 25 62:1,13 63:8,12,14,15,17,18 64:5 65:6 67:12,23 68:2,3,7,11,16,22 69:9,10,12,13 70:6,8,15,19 72:21 73:2,12,15,17,19 77:12,14 79:2,4,25 80:20 81:1 82:6 84:10 85:18,20 86:21 90:25 91:3 92:6,13 93:6,12 95:5,21,25

**it's** 7:2 9:25 13:11 14:23 17:25 19:7 33:2,16 39:10 49:19 52:9 54:17 58:21,23 61:12 62:4,23 63:18 64:21 65:4,5 70:5 72:8 76:18 77:16 78:1,4 79:12,15,17,22 80:22 84:6 85:12 86:15 89:23 91:7 92:11 93:9 94:15

**its** 9:3

**IU** 15:25

## J

**join** 42:10 78:8

**journey** 86:20

**July** 74:22

**jump** 6:23

**juncture** 47:25

**June** 19:19

**junior** 90:12

**just** 6:1,10,18 7:4,7 11:10 12:18 13:5,18,20,23 14:5 17:18 18:20 20:4 21:16 26:9 28:22 30:8 31:5,14,16 33:9 34:20 38:15 46:22 47:6 49:10

50:10 52:10 55:14,15 56:6 61:25 63:10 64:3 65:19,22 67:1,16,24 68:22 75:20 76:18 77:12,17 78:19 79:15,17 80:22 82:19 83:23 84:7 85:10,11,19 86:2 87:18 88:22 89:14, 23 92:7 93:12 94:17

## K

**keep** 5:13

**Ken** 21:25 23:24 38:18 67:4 94:16

**kid** 65:3 70:9,22

**kidding** 7:7

**kids** 35:15 38:8,10

**kind** 17:23 19:7 26:1 31:7,8,16 32:23 39:20 62:4,11,12 64:2 87:7 89:7

**kindergarten** 45:25

**kinds** 77:6

**knew** 58:6

**know** 5:12 6:11 12:24 19:1 20:7 22:14,18,19,20,24 23:12 24:12 25:6, 7 26:22 27:4 28:24 30:7,14 31:7,12, 13,14,15,16,17,23 32:6,10,13,25 33:1,6,16,25 34:5,18,20,22 35:15,16 37:18,20,21 39:1,3,7 40:22,23,25 41:1,14 42:20,23 44:23 46:13,23 48:20 49:19 50:3,25 51:21 53:4,13, 19 54:14,15,17 55:15,17 56:9,18,22 57:13 59:10 60:2 61:13,14,15,25 62:1,8,9,15 63:7 65:5,9,13,25 66:1, 10 67:12,14 68:6,11,18 69:8,14 70:5,6,7,10,15 71:4 72:23 73:15,19 74:21,24 77:4,12,13,20,22,24 78:2, 4,25 79:1,15,16,17,18,24 80:8,21 81:7 82:5 83:7,11,23 84:8,11,18 85:1,7,11,13 86:16 87:21 88:2,5,6, 17,22,24,25 89:15,17,19 90:7,20 91:2,3,5,10,11 92:7,9,12,13,15,18 93:3 94:3,4 95:19

**knowledge** 22:19

**knows** 31:14 69:14 73:20 75:1 81:1

## L

**label** 53:19

**Lane** 5:5,7 7:8 8:11,22 9:17 10:2,23 15:1 17:9,21 18:4 21:23,25 22:3 24:3 38:16,18,21 45:14 67:4,6 75:9,

Index: language..married

15 76:23 77:1 81:21,23 85:16 86:1 94:9,14 95:14,16 96:3

**language** 86:18

**large** 59:9 91:4

**larger** 73:12 88:8,9

**last** 10:24 29:12 91:7

**lasted** 33:8

**lasting** 55:18

**later** 56:10 70:12 80:20

**law** 5:8 9:7 11:7,15,18,24 12:11,19, 23,25 13:16 59:9,16,18,19 60:12 74:7,20,21

**laws** 89:6

**lawsuit** 9:6 12:11,21 13:6,17 19:16 36:22

**lawyer** 85:20

**learn** 47:1

**least** 53:5 74:25

**leave** 94:2

**leaves** 91:8

**led** 37:9

**left** 72:2 86:10 94:5

**legal** 35:10 36:5,13 41:8

**legislative** 11:18

**lengthy** 95:8

**less** 52:10 71:6 73:16

**let** 6:11

**let alone** 70:10

**let's** 10:18 21:9 26:15 27:5 30:12 34:24 38:12 45:8,9 46:22 48:3 55:3 58:6 60:16 64:20 72:6 74:6,10 75:9, 10 78:11 80:15 85:16

**lets** 91:11

**letter** 46:15

**LGBTQ+** 76:8 88:17

**life** 14:7 32:23 34:12,23 58:5 60:9,19 61:8 66:2

**light** 85:14

**lightening** 68:18

**like** 7:21 12:15 22:12 28:20 32:13 36:12 37:11 42:16,23 45:24 46:2,13, 15 49:25 51:2 54:8 58:4,24 61:23 62:16,21 65:5 67:12 70:19,21,22 74:3,18 76:12 77:20,24 78:2,13 80:1,16,19 88:23 89:7,16 90:4 91:23 92:25 93:5 95:22

**liked** 95:23

**Lilly** 15:16,20 16:1,5,9 76:19

**lines** 11:24 78:9

**link** 40:11

**Lisa** 19:13,15 20:2

**list** 76:6

**listed** 61:4

**listening** 21:17 31:6

**little** 14:20 16:2 33:4 46:22 55:12 60:16 61:9,22 64:3,24 68:19 69:21 74:6 75:2,20,24,25 78:19 79:20 84:15 89:5

**live** 14:2 35:23 73:21

**lived** 14:4,6,8,10,11 23:16

**living** 60:8

**logical** 37:11

**long** 7:2 15:17 17:4 19:18 23:9 28:12 42:4 49:23 52:7 56:2 58:3 60:4 63:9 68:2,6 89:17 96:1

**long-term** 55:21

**longer** 10:15 28:17 71:22

**look** 37:7 48:5 54:7 72:7 74:17 75:18 76:2 80:1,16 91:23

**looked** 36:12 37:13 55:14

**looking** 39:5 47:6 65:19 91:12

**looks** 58:4 89:16

**losing** 60:13

**loss** 24:18,21

**lost** 24:25

**lot** 22:16 23:2 28:10 31:17,21 34:7, 17,18 35:15 39:7 41:2 50:2,11 51:2 54:21 58:22,25 60:6 62:13 65:14,22 66:1 67:12,13 79:2 84:11 85:1,13 88:9 89:16,25 91:2,7,12,25 92:1,17, 24 93:6,8 95:11,21

**lots** 31:2,6 85:4

**love** 65:2

**low** 83:24

**lowered** 55:1 57:15,17

---

**M**

**M.W.** 20:5,13,14,23 21:10,15,19 22:11 23:9,12,16 24:4,7,9,12,15,24 25:2,7,22,25 26:21 27:10,21 28:12, 16 29:6 30:1,24 32:20 33:11,13 35:23 37:2 38:3,8,10 39:15,24 40:15 43:6,14,17 45:17 48:12,23 49:3,11 52:19 54:4 56:7 57:4,16,23,25 58:7 60:18,24 61:10,20 62:12 63:1,4 64:23 67:8 68:16,23 71:10,17,23 74:11,18 75:3,5,7,22 76:3,9 78:25 80:3,13,15,17 81:12 82:16 83:13 86:5 89:15 90:2,16 91:15,17,18 93:5,15 94:22 95:3,11,19

**M.w.'s** 20:7 23:6 24:14 25:14 34:15 37:24 39:12 41:11 45:1 54:3 59:15 60:19 66:24 67:11 68:10 69:4 82:23 93:16

**made** 30:23 32:6 36:1 51:2 69:10 79:4 84:3

**main** 95:24

**mainly** 16:10 58:21

**maintain** 5:17

**majority** 57:12 81:9

**make** 5:19 6:24 31:18,22 35:17 37:7 56:11,12 79:25

**makes** 65:17 74:3

**making** 34:20 69:7 88:5,6 92:7

**male** 35:6 37:8 47:19 51:22 54:22 79:23 89:16 93:17

**males** 20:15,20 23:5

**man** 80:1

**manage** 18:21

**many** 13:12 19:11,25 21:8 26:20 60:18 67:15 69:15

**marked** 8:9,20 9:15 10:21 27:7 72:8

**marker** 36:6,14

**married** 19:12,18,22

**masculine** 32:18 35:21

**mass** 88:16

**master's** 15:6 18:16

**match** 22:25

**material** 79:24

**materials** 40:17 41:4,6

**matter** 13:9 68:23

**may** 9:23 25:6 45:1 69:22

**maybe** 19:9 83:3 94:23

**me** 5:8 6:9,11,18 12:17 16:2 19:6 22:7 23:14 26:7,13 27:8 28:6 30:6, 10 36:25 40:19 42:15 44:3 45:20 47:13 49:10 52:3 55:13,24 56:4 61:9 63:6 64:7,24 66:15,23 67:9 69:21 71:12 73:6 74:2,3 75:19,24 78:18 79:20 82:11 84:15 86:7 89:5,12 92:20

**mean** 12:13 20:11 25:9 26:9,16 29:3 32:25 35:7 43:11 48:20 52:5 58:21, 22,23 62:2 65:3,22,23,24 71:5 72:17 73:6,11,13 74:19 77:15,16 80:5,7,12 82:3 83:15 84:7,20,25 86:20 88:13 89:15 91:24 93:4 95:21

**means** 74:21 84:15

**meant** 34:21

**mechanisms** 62:10,11

**media** 12:16 25:2,15 87:24 88:18

**medical** 15:24,25 29:18 38:12,14 39:15,20 40:24 44:25 48:6,8 50:14 54:3 72:13,17 78:12

**medication** 19:1 44:4,13 50:2 73:25

**medications** 18:24,25 50:5

**medicines** 50:4

**meet** 63:1

**meeting** 7:17

**member** 16:15 24:19

**menstrual** 48:14,18,23 49:4,12,18 51:6,7,24 52:18 55:2

**menstrual-suppressing** 48:15

**mental** 17:23 18:5 58:7,13,17 59:25 60:23 75:19 83:4

**mentally** 73:5,7

**mentioned** 28:1 58:7,12 62:18 75:22 87:6 92:20

**met** 28:18 40:12 70:11

**might** 22:21 33:21 34:7,23 47:24 53:17 83:3 87:8 89:4 91:18

**milestones** 67:18 69:8

**mind** 65:16 83:1

**mindful** 87:20

**minutes** 33:9 45:6,9

**misgendering** 92:23

**mixing** 85:3

**money** 33:8

**month** 19:2,9 36:20

**months** 28:14 36:20 60:25

**mood** 27:15 59:3,6,21 60:1 65:4,6 69:14 70:20 84:5,7,21

**moods** 59:6

**more** 26:24 27:21 32:17,19 33:4 35:21 37:8 39:3 40:16,22 46:19 50:25 51:2 54:22 59:17 60:8 65:9, 10,17 66:8,11 67:15 68:12,19 69:9 71:1,6 73:21 74:3 75:9,21,25 80:1 84:7,14,19,23,24 85:6,16,19 86:3 87:25 89:16 90:19 92:22

**morning** 5:6

**most** 93:9

**Mostly** 16:7

**mother** 86:10

**move** 8:5,18 9:10 10:18 13:23 17:10 34:24 38:12 48:3 64:20 72:6 81:21

**moves** 24:19,21

**moving** 40:5

**Mr** 5:5,6 7:6,8 8:11,22 9:17,25 10:2, 23 13:22 14:23 15:1 17:8,9,17,21,24 18:4 21:16,23,24,25 22:3 23:22 24:3 38:15,16,17,18,21 45:14,15 67:1,4,6 75:9,15,16 76:20,23 77:1 81:17,21, 23 85:16 86:1,2 94:3,9,14,17,19 95:12,14,16 96:3,4,7

**much** 26:16 32:11 33:17 42:18 65:4 85:21

**multiple** 22:12 64:17,18 82:20 93:1

**Muncie** 14:9

**murder** 88:14,15

**murdered** 88:19

**my** 5:6 6:4,12 7:13 9:22 10:12 11:8 13:11 14:6 16:17 18:15 21:5 34:17 43:4 45:6 47:9 53:24 54:21 76:23 78:20 85:14 87:14 95:10

**myself** 31:13 74:3

**N**

**n-o-r-e-t-h-i-n-d-r-o-n-e** 48:14

**name** 5:6 29:14 35:5,9,18 36:13,18

**names** 92:11

**narrow** 84:12

**natal** 20:14,15 89:10

**nausea** 50:13 51:14

**necessarily** 87:14

**necessary** 47:24 48:2

**necessity** 72:14,18

**need** 6:4 7:3 23:22 93:24

**needed** 47:18 95:6

**needles** 70:10

**needs** 91:5,10

**negative** 57:8 58:12,17

**never** 24:1,18

**new** 92:5

**news** 11:9 87:23 88:18,21,22

**next** 30:13 37:11

**nice** 78:4

**nicotine** 75:7

**nine** 45:23

**no** 5:25 7:11,15,25 8:3 10:15,17 15:3,22 16:18,19,21,22,24 18:8 19:24 24:17,21 25:24 26:4 27:1,23 28:2 29:3 33:25 35:11 36:7 38:1,9 39:14 40:2 42:25 43:16 44:15 45:3 46:9 47:17 51:12,19 52:17,21 53:1, 24 54:2 57:11 61:18,25 64:13 71:5, 22 72:5 74:4 75:4,6,8 80:10 81:19 82:1,19 83:6,10,15,20 87:5 89:18 93:20 94:15 95:12 96:3

**noncongruence** 29:25

**none** 82:18

**norethindrone** 48:13,23 49:3,11 50:9,22 51:11,14 52:12,19 68:24 69:2,5,17

**North** 89:7 90:9,24 92:2

**not** 5:14 6:16,18,19 9:23 12:2 18:24 19:10 20:18 22:1 25:7,16,24 26:4,16 29:19,20,23 32:4,18,24 34:3 35:12 36:8,9 37:20 38:4,5 39:25 40:3,4 43:1 46:8 47:24 48:21 49:16,22 50:6 51:1,7 52:1 53:24 56:8,17 57:24 58:23 61:18,23 62:2 63:18,23 64:15 65:5,10 68:7 69:11 70:9,18 71:3,5 74:2,5,16,25 76:2 78:10 79:4,6,12 80:5,6,7,22 81:7,10 82:1,2 83:6,21, 24 84:6,18,19,20 87:5,10,14 89:10 92:1,11 94:1 96:11

**note** 86:10

**noted** 5:1 96:9

**nothing** 17:18 28:9 96:7

**notice** 8:7

**noticed** 46:11 59:6 69:25

**Notre** 14:21

**notwithstanding** 37:23 51:14 91:14

**November** 38:20

**now** 7:6 9:10 16:4 20:20 21:19 42:24 45:8 49:14 52:19 58:4 72:6 76:4 83:19 85:3 94:1

**nowadays** 89:19

**number** 8:19 9:11,21 10:10,20 11:1 34:25 48:4,6 64:22 72:9

**numbers** 77:21

---

### O

**object** 17:17,24 67:2 94:8

**Objection** 81:17 94:3

**observe** 68:16

**observed** 27:22 33:13 76:1

**obviously** 5:18 32:24 39:9 91:9

**occasions** 18:11 28:19

**occupation** 16:3

**occur** 79:5,18

**of** 5:8,21 6:5 8:24 9:13 11:25 12:19 13:9 14:20 15:8,24 16:15 17:23 18:22 19:7 20:16,20 21:3 22:4,16,17 23:2 24:18,22 25:10 26:1,20,24 27:2,11 28:4,10,19 29:18 30:4,21 31:2,6,7,8,16,17,18,21,22 32:8,10, 23 33:4,8,11,12,19 34:6,7,10,13,15, 18 35:1,14,15,16 36:18,24 37:22 38:4 39:7,10,20 40:13,22,23 41:2,9, 13,21,22 42:7,21 45:24 46:16 47:14 49:16,19 50:2,21 51:13 52:22,23 53:17,21,25 54:15,16,19 55:15,17, 18,20,21,25 56:3,15,22 57:7,12 58:5,8,13,18,22 59:16,20,25 60:6, 13,19 62:4,6,10,11,12,20,23 63:17, 21,24,25 64:1,2 65:14,15,22,24 66:1,9,18 67:7,13,14,17 68:3,8,18, 20,22,23 69:15,23 71:2,16 72:7,25 73:2,25 74:10,15 75:17 76:6 77:6,7, 9,21,23 78:11,19 79:2,3,5,10,24 81:9,24 82:4,13,14,15,21 83:19 84:11,13,22 85:2,3,4,5,13,14 87:7,8, 18,19,20,23 88:1,9,10,12,15,18,25 89:2,3,4,7,12,13,24,25 91:2,7,9,12, 25 92:1,15,17,19,24 93:6,8,16,24 94:1,7,11,23 95:5,7,17,23

**off** 63:20,21 64:1 73:2 75:11 77:15

**offered** 63:3,10

**offhand** 29:16 65:15

**often** 44:21,23 62:25 79:19 85:6 87:25

**oftentimes** 92:10

**Oh** 29:13

**okay** 6:1 7:3 10:18 11:10 12:4,17 13:3,13 15:9 18:14 19:3 20:21 24:4 25:6 26:20 27:5 28:21 29:15 30:15 31:20 34:13 37:9 40:5 41:10,21 43:6,14 44:7 45:11 46:10,18 47:11, 20 48:22 49:9,21 51:25 52:11 53:6, 21 55:3,8,10,13 57:16,25 59:2,5,23 60:16 61:1,6,9,15 63:24 64:11,14,20 66:14 67:19 68:21 69:16,21 71:21 74:5 75:2 76:3,24 79:8 80:15 81:21 82:16 83:18 86:12,25 90:16 93:11, 15 96:3

**old** 13:25 23:11 24:24 33:13 46:2 57:4 80:7 86:9

**on** 6:12 9:22 10:8 12:14,18 17:10,25 19:19 25:10,12 28:19 33:4,14,18 37:13,19 38:12 45:24 54:22 55:11 56:15 59:10 60:21 61:1 62:21,22 64:3,12,20 66:2 67:24 68:1 70:16 71:20,24 73:17 76:6 78:20 80:8 81:21 86:17,19 88:21,24 90:13 91:1, 3,25 92:6,23 95:14,18

**on-label** 53:18

**once** 63:2 70:4 90:12

**one** 5:8 18:11,13 20:1,4 21:2 24:22 34:1 37:10,12,14,18,19 39:10 49:16 50:5,6 55:25 59:20 61:3 63:17 64:16 67:14,17 69:15 75:9 76:13,15 77:23 81:19 83:23 85:14,16 87:16,22 89:3 92:4,19,22 94:17 95:7,9,10

**one-sided** 14:24

**ones** 39:10 58:20 82:22 84:1

**online** 6:25 37:19 39:8 40:10 55:14 88:24

**only** 8:6 9:11 18:5 39:10 57:14 58:20 83:25

**open** 25:11

**opinion** 33:4 77:13,16

**opinions** 39:4 77:18

**opportunity** 45:5

**oppose** 13:8,10

**opposed** 59:24 65:20 71:24 93:18

**opposition** 11:25 12:19

**or** 6:19 7:13 10:16,19 11:22,24,25 12:6,7,15 13:10,16,18 14:5 15:20 17:4 19:2,9 22:18,21 24:15,20 25:1, 20,25 27:13 28:3 29:5 30:7,17,18 32:18 33:2,18 36:13 39:4 41:1,17 43:2,8 44:1,11 45:23 47:21 48:15,21 49:1,6 50:13,21 52:24 53:4 56:9,24 57:6,20 61:23 62:2,23 63:11,14 64:16 65:7 67:23 71:6 76:11 80:13 82:18 83:7,8 85:9,10 86:13 89:10,21 91:13 92:14 93:12 94:22,23

**order** 5:13 32:16 37:18 83:13

**organization** 12:7 13:19 61:7

**organizations** 11:23 16:16,20,23 88:17

**orientation** 17:7,12 20:8,12,23 21:11,21 22:14 86:13,15

Index: orientations..primarily

**orientations** 87:3

**other** 7:17,23 12:10 13:15,19 15:4, 21 16:17 18:13 24:11 27:17,25 29:16 32:13 33:21 35:19 43:15,17 45:2 46:15 48:15 56:3 57:6 65:18 70:17 71:1 72:4 78:5,8 79:7 83:2 87:2 93:6

**others** 12:7 13:12 18:7 26:25 27:21 77:14,24 91:16 93:16

**our** 5:9 6:12 10:24 12:9 17:19,25 45:5 55:25 68:1 75:17 78:11 83:23

**out** 35:16 41:1,15 78:5 86:8,17 94:2, 6 95:2,8,9,10,11

**outcome** 73:20

**outlets** 87:24

**outside** 12:3,5 23:17,20 24:2 71:2 85:5

**outweighed** 84:4

**ovaries** 53:23 55:22

**over** 21:8 22:15,18 36:25 41:4 43:13 52:25 54:25 59:22 60:19 62:15 64:20 65:7,22 72:6 85:9,20

**own** 12:5,9 20:17 21:21 47:5,8,9 57:21 64:6 67:24 68:1 78:20 92:1,6

**P**

**pace** 6:24

**page** 10:9,10 36:25 64:21,22 65:20 72:8

**pages** 96:1

**paid** 33:7

**painful** 72:2

**pandemic** 40:9

**pansexual** 86:21

**pansexuality** 87:4

**paper** 70:10

**paragraph** 27:9 34:25 36:24 48:6 57:7 58:8,14 64:21 66:21 72:7,12 75:17

**parent** 34:2,6 76:18 77:23 88:10

**parental** 76:11 77:2 78:9 91:13

**parenting** 87:9,13,14

**parents** 78:5 87:17

**part** 22:17 34:18 35:14,16 49:19 67:17 95:5

**participate** 11:17

**particular** 61:2 62:16 77:8 84:17 91:21

**parties** 5:12

**pass** 8:7

**passed** 13:1

**past** 26:5 31:16 32:1 96:2

**patch** 71:18

**patches** 71:16

**pediatrician** 39:21,22 40:1

**pencil** 46:14

**pending** 7:4

**people** 34:10 63:21,25 76:7 77:5,13, 17 78:1 79:16 85:15 87:25 88:3,18 89:14,19,24 90:15 91:18

**percentage** 52:23

**perform** 81:6

**period** 67:7 68:22

**periods** 20:20

**permanence** 57:15

**permission** 56:25

**persisted** 46:3 52:18 93:4

**persists** 92:13

**person** 53:22 55:22 63:9

**personally** 12:6

**photography** 85:2

**physical** 54:22

**physically** 42:3 73:3

**physician** 39:12 64:10,16

**physicians** 40:13,21 44:21 47:21 54:1 56:1,14 57:4,20 64:6,17,18 68:5 78:21,23 80:13 81:1,14,15 82:20 83:16

**place** 81:10

**placed** 8:24

**plan** 62:18,21 80:8

**planned** 13:17

**plans** 13:17 78:8

**played** 32:2,3,11 33:12 95:20

**playing** 33:15

**please** 6:11,16 19:6 61:24

**plenty** 63:21,25 87:23

**plethora** 32:8

**plushies** 32:9

**point** 6:17 12:24 17:11,15 36:13,14 38:13 43:15 51:7 52:12,19 67:9 75:10 82:2 86:4

**policy** 13:9

**political** 16:19

**positive** 64:23,25 65:14

**possibilities** 39:8

**possibility** 63:13 73:21

**possible** 80:22

**possibly** 56:10 73:3 94:5

**postgraduate** 15:4

**posts** 12:14,18

**potential** 57:8

**potentially** 27:10

**preferences** 95:22

**prepare** 7:19

**prescribe** 49:17

**prescribed** 43:25 44:24 48:8 50:15 53:15,23 69:6 71:17

**prescription** 44:6,8,10

**present** 12:2 35:24 65:20

**presentation** 23:20

**presented** 51:10 57:20

**presents** 35:6

**pressure** 60:12

**pretty** 32:11 36:17 50:1 70:7 72:20 91:25 95:8

**prevent** 89:9

**previously** 56:7 90:9

**primarily** 20:20 23:4 61:12

**primary** 39:12

**prior** 41:12 84:6

**privacy** 62:3

**probably** 25:13 27:12 70:2 73:19 79:16 81:3 90:24

**problem** 34:4

**problems** 92:1

**procedures** 39:23

**proceeding** 81:11

**process** 11:18 36:18,19 49:9 51:21 53:14

**produce** 37:24 38:7

**produced** 54:21

**professional** 15:11 31:3 38:14 39:3

**professionals** 48:6,8

**profound** 65:17,21

**prohibit** 89:7

**prohibited** 74:15,16

**prolific** 84:25

**pronouns** 17:2,5,12 35:9,19

**proper** 37:19

**protect** 78:2

**protective** 5:13

**protesting** 12:3,4

**provide** 11:21 67:25

**provided** 41:3,7

**provider** 61:2,3,6

**providers** 41:11 44:25 50:14 54:3

**providing** 54:4 57:22

**psychological** 16:14

**psychology** 14:15,16 15:7

**psychometrician** 16:9,12

**psychotherapies** 83:2

**psychotherapy** 51:25

**puberty** 46:25 47:2,16,18 48:19 52:25

**puberty-blocking** 46:23

**purchase** 37:10,18 68:2

**purchased** 37:1,14

**purpose** 49:7

**purposes** 49:6

**put** 11:1 33:18 62:20

**Q**

**question** 6:10 7:5 20:19 30:11 83:9 93:21 94:6

**questionnaire** 95:9

**questionnaires** 95:3,18

**questions** 5:11 6:2,4,9 7:10,14 13:24 31:6,8,13 42:20,22 47:10 84:12 85:19 86:3 94:7,10,15,25 95:13,17 96:4

**quickly** 70:7

**quite** 32:16 33:7

**quote** 72:13

**quoting** 48:7

**R**

**radio** 12:15

**raised** 14:7

**raising** 77:7

**rather** 7:13 80:20

**Razi** 5:7

**react** 33:24 88:3 89:14,20,21 90:15 91:18

**reacting** 89:24

**reaction** 11:14 34:14,15 91:21

**read** 11:8 35:4 45:6

**reading** 88:23

**ready** 35:13

**realize** 17:16

**realized** 70:8

**really** 25:19 26:16 28:9 32:18 34:1, 20 35:22 46:2 50:7 56:23 70:19 79:1 85:1 91:10 96:2

**reason** 7:9,12 53:21 71:23 79:8

**reasonable** 81:2

**reasons** 53:25

**receive** 39:15 48:12,23 58:1

**received** 45:21 58:7 61:4 67:8,10 68:23 82:16 94:23

**receiving** 61:11 83:13

**recent** 92:22

**recently** 23:3 39:24 59:1,7 62:17 66:10 90:19

**recess** 45:12 75:13 85:23

**recognize** 8:23 9:18 11:3 17:11

**recommend** 29:1

**recommended** 76:4

**record** 6:3 17:18 75:12

**refer** 9:13

**referral** 29:5

**referring** 32:1

**reflect** 5:20

**refused** 90:14

**regard** 57:23

**regarding** 21:11

**Regenstrief** 15:23

**regularly** 90:7

**reinforced** 68:6

**related** 29:19,21 45:1

**relationship** 26:1,3,5,7 29:4

**relatively** 89:17

**relatives** 77:6,10

**remember** 7:23 22:1,4,8 29:14 45:22 47:23 51:16 57:24 64:15 87:5 94:21,24 95:2,20,25 96:2

**remembering** 49:14

**remove** 56:22 79:23,25

**removed** 73:22 74:1

**removing** 72:24,25 73:4,18

**reporter** 5:19 6:2,7,22

**requested** 96:13

**requirement** 81:10

**research** 16:11 37:13,16,19 39:8 47:5,8,9 55:11 57:21 64:6,12 67:20

68:1 78:19 87:24 88:23,24

**resolved** 93:10

**resource** 40:16 41:3,6

**resources** 37:15 61:4

**respect** 9:7 11:23 49:12 50:22 57:22 62:2 74:12 82:17 83:5

**response** 8:15

**rest** 58:5

**restrooms** 93:17,18

**result** 34:13,15 42:7 55:21

**results** 29:9

**resuming** 45:9

**returned** 60:11

**reversible** 55:17 57:13

**reviewed** 7:20

**revisit** 74:10

**right** 7:17 8:4,18 9:18 10:4 11:3,6 13:22 15:15 20:2 33:2 34:24 45:4 48:3 49:17 53:2 56:4 58:4 63:19 66:22 68:14 70:16 76:9 84:11 85:21 86:2 87:17,20 90:25 94:1,13

**right-hand** 10:11 72:8

**Riley** 38:23,24 39:9,13,16 40:5,8 41:4 44:25 47:10,14 48:7,8 49:15 54:1,12 55:8 56:1,14 57:20 61:5 63:3 64:19 68:5 70:12 76:5,7 78:21 81:1 82:20 94:24

**risk** 56:17 60:13 63:17 82:14

**risks** 50:22 51:13 55:20 81:24 82:3, 4,5,10,11,13 83:19,22 84:4

**rivalry** 14:21

**roles** 16:7,10

**roll** 33:17

**romantic** 26:1

**room** 65:11 71:4 89:20,22

**Roudebush** 15:24

**routes** 54:18 71:15

**rubs** 71:20

**ruckus** 32:16,22

**RYAN** 5:2

## S

**safe** 34:11 37:20,21

**safety** 34:10 62:18,21 87:23

**said** 22:12 41:3 42:16 52:11 56:21 62:16 63:25 66:21 67:12 70:21 76:4, 16,20

**SAITH** 96:11

**same** 6:21 18:19 19:7,8 29:23 42:18 78:6 85:12 90:23

**sat** 40:13

**saw** 45:23 70:24

**say** 6:4,18 23:1 25:12,13 31:25 32:21 33:11 35:3 45:9,22 50:14,17 57:7 59:5 64:23 66:14,16 68:14 72:12 73:7 74:5 80:11 82:9 84:13,16 88:9,12 89:2

**saying** 26:18 64:4 92:24

**says** 37:1,3 48:10

**scenarios** 90:18

**scheduled** 40:17

**school** 15:25 24:5,6,7,9,11 45:25 62:23 90:6,10,12,20 92:5

**SEA** 74:7,12

**second** 21:18 41:25 49:1 50:16 60:21

**see** 33:10 37:3 42:3 48:10 58:10,15 60:1 65:9 72:10,15 75:19 84:8 89:18

**seeing** 19:10 42:2 52:8 55:15 76:4

**seek** 28:3 38:13

**seemed** 37:11

**seen** 60:3,19 64:25 70:4

**self** 84:8,14,20

**Senate** 9:7,23 11:2,11 13:2

**sense** 31:18 65:24 77:22

**sensitive** 50:1

**separate** 60:3

**serious** 26:10

**session** 61:23 62:2

**sessions** 61:21

**set** 87:19

**setting** 91:5

**Seven** 25:1

**seven-year-old** 46:20

**several** 21:4,5 39:1 42:20 88:16 96:1

**severed** 29:4

**sex** 23:6 89:11

**sexual** 17:7,12 20:7,12,23 21:11,21 22:14 30:18 86:13,15 87:2

**she'll** 6:23

**she's** 6:3

**sheet** 9:22

**sheets** 62:14

**shootings** 88:16

**shorter** 89:18

**should** 9:22 10:24 11:2 68:7 91:18

**shows** 12:15 87:24

**side** 28:10 37:20 50:8,12 54:16 55:3, 16 57:8 72:3,4 73:24 74:4 83:25

**signature** 10:8,12 96:8,13

**signs** 27:14 45:23 46:10 68:15

**since** 15:20 23:11,15 24:2 35:5 36:21 65:8 67:3 69:24 76:9

**sir** 8:13 13:25 15:2 16:25 21:3 94:11

**situation** 91:9,19 93:12

**situations** 24:16 27:25 90:3,17

**six** 18:12

**slow** 6:24

**small** 32:18

**smaller** 31:19

**Smeltzer** 5:10

**so** 6:1 7:1,17 10:3 12:5,13 13:1 14:7, 12 15:11 16:19 18:15 21:5,8 25:20, 21 26:5,10 28:10 29:24 30:10,15 31:7,20 34:9,13 35:18 36:25 38:13 39:10 40:5,9 43:9,12 45:8 46:3,8 47:8,13 49:14 50:2,5 51:25 52:7,11 53:13 54:3 55:5 56:13 59:15 60:18, 21 61:9 62:20 63:24 65:3,13,21 66:10,21 67:7,19 68:9,21 69:1,11

Index: social..talk

75:2 76:13 77:17 78:3,18 79:17,20
82:4 83:1,10,11 85:21 87:6,21 88:8
89:2,15,23 91:14,24 93:14 94:8 95:9
96:1

**social**  12:16 25:2,14 27:25 35:7,14
37:23 91:4

**socially**  27:16 35:4,20

**some**  5:11 6:2 12:7 13:23 27:11
31:17 37:13,18 40:16 47:9 51:13
56:3,16,22 58:7 59:3 68:1 69:18,23
74:10 75:17,23 77:9,13 78:11 79:3
88:23 89:12,18 92:3 95:17

**somebody**  16:13 55:18 83:3 86:25
87:10 89:9

**someone**  30:16 53:15 89:21

**something**  6:19,20 32:17 33:21
36:10 45:2 56:18,23 63:11 67:22,23
95:6

**sometimes**  87:9 88:25

**son**  21:5 54:21

**soon**  12:22 33:1,15 60:7

**sooner**  80:20

**sorry**  21:24 23:22 30:10,19 44:18
61:24 76:20 83:9 96:1

**sort**  33:11 94:23

**sought**  19:3 31:3 76:10

**sound**  85:11,12

**speak**  40:15 42:9

**specialty**  40:4 53:24

**specific**  7:23 27:20 50:9 68:15
84:12

**specifically**  54:11 83:4 88:13,21
93:17

**speculative**  81:18

**spelled**  48:13

**spending**  25:10

**spends**  65:10

**spent**  31:1

**sperm**  37:25 38:7

**spot**  70:17

**spots**  72:3

**St**  39:19

**standard**  51:21

**stands**  92:8

**start**  21:9 26:15 27:8 30:12 33:3
42:24 49:18 51:22 60:24 66:25
80:15 81:2

**started**  22:22 25:18 31:18 33:1,15
35:21 42:2 43:4 44:6 47:6,17 60:8
67:10 69:5,18 70:4,16 71:24 85:14

**starting**  31:22 42:21 67:7

**state**  14:9,13,21 15:5 24:20,21
59:11 94:14

**stated**  50:1 56:7

**statement**  44:19

**stay**  28:12,16

**step**  37:12 51:23

**steps**  18:21 35:19 49:16 67:15
69:15

**stick**  50:6

**still**  63:22 64:1 79:16

**stomach**  50:11,13 51:15

**stop**  6:18 50:18 51:24 52:23,24
55:19 69:11 93:2,6,8

**stopped**  21:17 26:18 28:11 52:12,
20 55:2

**stops**  57:13

**strength**  77:21

**stress**  77:7 88:10

**stressful**  24:15 26:24

**strides**  69:8

**strike**  25:21 74:13 87:1

**strong**  51:6

**struggled**  50:3

**struggles**  31:23

**student**  5:9

**students**  24:11

**study**  16:8

**stuff**  14:22 50:2 78:6 80:9 88:24

**style**  87:13,14

**subsequent**  18:22

**subsequently**  64:2

**subsided**  60:7 70:7

**suffering**  27:11

**suggested**  52:4 76:7

**suicidal**  59:4 62:20

**summer**  5:10

**supervise**  25:14,17

**supplements**  53:7 59:24

**support**  41:8 42:10,19 76:11,13,18
77:3,14,17 78:9

**supporting**  78:1

**suppression**  48:15,19,24 49:12

**sure**  6:24 11:20 12:20 17:15 20:13,
18 22:6 32:6 34:20 35:17 56:11
88:5,6 90:15 91:22 92:7

**surgeries**  78:16 79:7 80:2 81:20,25

**surgery**  79:3,9,21,22 80:4,10,19
81:6,8,11 82:4,15,17

**survive**  73:2

**susceptible**  87:25

**suspect**  30:1,23

**sustained**  65:4

**switch**  46:22

**switching**  75:2

**swore**  6:7

**sworn**  5:3

**symptoms**  27:17 28:4

**T**

**take**  7:1,5 12:10 19:1 33:17 45:5
49:11,23 53:16 59:19 74:23 75:9,18
76:2 96:8

**taken**  18:21,24 35:20 45:12 67:15
75:13 85:23

**takes**  50:2 59:19 71:19 74:21

**taking**  18:25 28:11 49:3 50:18 55:19
57:13 65:8 69:11 70:4 84:10

**talk**  13:13,16 19:9 26:17 32:25 44:3
55:3 61:9,13,22 62:5 64:24 74:6

75:20 77:13 81:13 82:2,11 84:14 89:5

**talkative** 65:9 68:19 84:24

**talked** 23:1 29:25 34:17,18 41:15, 20,23,24 42:1 43:23 56:10 57:16 61:16 64:18 72:22 75:23 79:6 80:25 83:16 84:5 92:6

**talking** 6:21 21:18 22:21 34:19 74:7 81:15 84:17 89:6,11

**talks** 66:1

**teachers** 92:14

**team** 5:9

**teenagers** 26:17

**tell** 6:9 12:17 16:2 19:6 22:7 26:7,13 28:6 36:10 40:19 41:10 42:15 44:22 45:20 52:3 55:13,24 56:4 61:20 63:6 69:21 71:12 75:24 78:18,24 79:20 86:7 90:16 91:17 92:20 93:5

**tells** 92:11

**ten** 28:14

**ten-minute** 75:11

**tend** 50:5 77:25

**tends** 30:20 92:5

**terms** 20:15 25:10 29:18 33:12 47:14 59:25 69:22,23 74:15 84:13 87:8 89:4

**test** 29:11,13,17

**tested** 29:6 46:1,3

**testified** 5:3

**testimony** 8:2 11:21 12:1,2

**testing** 94:24

**testosterone** 29:18 42:21 48:9 49:17 53:7,10,16,20,23 54:4,14,20 55:11,19,22 56:15 57:12 59:20,24 60:8 63:18,22 64:1 65:1,7,8 66:4 69:17,24 70:2 71:9,14,25 72:21,24 74:1,23 83:12,23

**tests** 16:14 41:17,22

**than** 7:17 13:15 16:17 26:25 27:21, 25 29:16 33:22 45:2 46:19 52:10 59:18 65:17 70:17 71:6 73:12 80:20 89:16,18

**thank** 7:16 13:21 17:22 19:21 23:24 38:17 46:21 67:4 76:23 85:21 94:14

96:4,6

**Thanks** 21:25 38:18

**that** 5:13,14,17,19,20 6:3,8,9,11,13, 15,22 7:4,9,12,21 8:4,16,17,18 9:6, 8,21,24 10:10,12,15,18 11:11,13 12:13,15,17,23,24,25 13:5,13,17,22 14:22 16:4 17:16 18:5,18,20 19:6, 14,17 20:4,5,6,18 21:10,14,21 22:5, 8,14,16,17,20 23:7,12,16 24:20,23, 25 26:3,7,8,18 27:6,7,10,21,23,25 28:6,8,21,23 29:11,25 30:1,23,25 31:7,14,15,18,25 32:6,17,21 33:7, 11,13,20 34:2,3,4,8,13,16,21,22,25 35:10,13,17,19,22 36:1,3,16,19,21 37:1,3,13 38:2,4,19 39:2,11,23 40:1, 2 41:2,12,16,18,19,25 42:4,17 43:2, 5,7,12,15 44:5,6,7,10,17,19,22 45:20,21 46:11,15 47:4,20,24 48:10, 22,25 49:5,8,9,15,24 50:2,6,8,12,13, 14,24 51:3,4,9,10,19,23 52:3,4,5,12, 13,14,16,19 53:4,5,13,15,17,22 54:10 55:13,25 56:2,4,7,12,16,18, 19,21,25 57:1,9,19,24 58:7,10,15,24 59:11,13,18,19,21,25 60:1,6,9,13,14 61:4,10,11,13,25 62:8,9,15,21 63:6, 9,11,12,19,21,25 64:1,3,4,8,12,15, 25 65:5,15,16,23 66:3,8,12,16,18 67:15,16,17,18,22,24 68:4,16,24 69:9,15,18,20,25 70:3,4,7 71:20 72:10,15,22,23 73:18,20 74:3,11,13, 21 75:1,22 76:3,5,7,12,15,17 77:4, 22,24 78:1,4,5,9,13 79:1,4,6,10,18 80:6,21,22 81:1,2,7,14,19 82:2,22 83:7,13,16 84:1,5,9,15,16 85:3,5,12, 19 86:4,7,8,11,23 87:5,8,19,24 88:3, 5,6,25 89:4,5,6,8,10,11 90:4,7,23,25 91:11,15,19,21 92:2,8,9,12,21,23,25 93:12,13 94:1 95:5,14,18,25 96:2

**that's** 9:9 20:4,16 21:6,23 34:18 35:16 36:9 39:21 40:4 47:13 56:23 63:11 64:9 70:24 73:22 80:21 87:10, 15

**the** 5:7,8,12,18,20,21 6:2,5,6,7,21,22 7:4,10,14,20,24 8:6,23 9:2,5,13,25 10:3,11 11:7,9,10,15,17,18,22,23 12:1,11,16,19,21 13:1,4,6,16,17,20 14:25 15:7,24,25 16:3,4,6 17:11,18, 25 18:5,13,19,20 19:1,2,7,8 20:14 21:9 22:1,4,7,17,19,20,25 23:2,17, 20,21,24 24:1,2,11,19,24,25 25:13 26:9,13,15,20 27:2,5 28:12,16,19, 22,23 29:1,4,9,13,14,17,23,24 30:11,16,17,19 31:16,22 32:1,2,11 33:18 34:9,15,25 35:14,16,18 36:17,

18,21 37:7,11,19 39:5,10,22,23 40:7,9,12,13,20 41:10,13,15,16,25 42:2,7,18,19,25 43:2,3,8,11 44:4,18, 22,25 45:11 46:3,10 47:10,14,21,23 48:6,7,25 49:1,14,16,19 50:3,14,16, 20,21,22,24 51:3,6,13,14,23,24 52:7,8,22 53:19 54:12,15,16,25 55:3,7,8,16,18,21 56:1,3,13,14 57:4, 11,12,14,17,20 58:1,4,12,17,20,21, 25 59:5,8,16,17,19,20,24 60:8,11, 12,13,19,21 61:4,5,7,12 62:5,6,16, 25 63:8,24 64:9,23,24 65:5,7,8,14, 19 66:3,9,18,19,22,23,24,25 67:7,8, 9,14,16,20 68:5,9,12,14,18 69:1,8, 15,24 70:3,11,12,13,16,17,19,20,22, 24,25 71:2,4,13,14,15,19,22 72:1,3, 8,13,19,20,21,24,25 73:12,25 74:7, 10,12,19,20,21 75:11,19 76:3,22 77:7,9,19,22,23 78:1,6,12,20,23 79:1,5,8,25 80:7,9,13,21,25 81:5,6, 9,13,15,24 82:4,11,13,14,19 83:9, 12,16,19,22,25 84:1,4,5,6,7,9,21 85:3,6,7,10,12,18 86:16,18 87:6,9 88:10,24 89:9,20,21,25 90:13,14,22, 25 91:1,7,8,9,11,14,18 92:22 93:4,6, 7,12 94:6,7,10,11,14,20 95:6,7,23, 24 96:6,11

**their** 30:18 34:3,7 77:14,17 87:22 89:10

**them** 9:13 21:3 25:11 26:24 28:10, 11 29:10 33:10 39:11 40:14 41:23, 24 42:1,3 43:1,5 54:13 60:3 61:19 65:23 76:2 77:14,15 83:8 92:9,11

**then** 14:10 15:25 16:9 30:13 31:2 32:25 35:6,14 40:14,16,17 42:1 65:6 68:9,21,23 69:2,16 76:14 81:22 85:17 86:21 91:11 93:6 95:10

**therapist** 19:8 27:3 28:7,13,17,19, 23 29:1 44:4 52:5,8,9 60:22,24 62:5, 25 76:3

**therapists** 60:4,18

**therapy** 57:22 58:8 59:25 61:10,11 75:19

**there** 6:23 10:14 12:1,3 15:17,20 16:10 18:11 21:4,7,13 23:19 25:21 26:11 27:17,20,24 30:22 31:12 32:7, 21 33:6 35:3,19 36:5 37:1 41:17,19 42:12,16 43:25 44:13 46:9 47:15 50:8 51:9,20 52:15 56:16,21 57:6,19 58:10,14,15 59:11,23 62:19 63:17 65:16 68:21 70:16 71:8,23 72:4 73:24 75:19 78:4,5 86:4 87:2 88:8

89:13 92:22

**there's** 14:20 23:25 24:18 26:16 34:9 46:9 58:22 63:20,21,25 73:20 74:4 76:14 80:10 81:19 85:11 87:18, 23 88:9,16,17,23 92:2

**these** 9:12 17:5 18:22 28:4 58:24 65:17 77:10 78:9 81:19 82:10 88:21, 25

**they** 18:12 26:17,18 33:3,4 36:10 37:20 40:14,15,16 41:3,11,20 42:9 43:1,3,22 44:21 46:25 47:12 48:1 49:16,17 50:17 51:19 52:4 53:16 54:9 56:15,21,22,25 57:1,11 61:13, 16 62:7,20 63:7,10 70:13 71:14 72:2 76:6,7 77:18 79:3,10,18 88:5

**they're** 29:19 30:17 33:3 36:11 44:23 79:13 85:10 88:6

**they've** 62:14 68:5

**thing** 19:7 29:23 35:17 65:5 74:2 91:7

**things** 7:21 30:21 31:15,17,18,25 32:3,8,10,13 33:5 34:4 37:22 41:9 42:21 46:13,15,17 54:19 55:15 59:20 62:10,21,24 66:2 68:3,8,20 71:1,2,16 77:4,6,23 78:13 82:15 84:22 85:5 87:19 89:1 90:1,4 92:15, 25 95:24,25

**think** 11:8 13:5 14:23 21:6 22:16,23, 25 25:1,19 28:14,15 33:2,20 34:1,5, 6 35:14 38:6,19 41:24,25 43:11 45:4 50:10 52:10 53:17,21 61:7 65:15 72:23 73:10,11 77:22 84:3 86:9,15, 16,22 87:15,23 90:12,23,25 92:18 93:9,14

**thinking** 57:9 89:13

**this** 5:9,15,17 7:1 8:12,15 9:5,18 10:5,8 11:3 12:11 13:7 17:18 19:15, 23 21:6 35:17 36:13,14 45:4 47:16, 24 48:4 52:12,19 57:3,9,23 58:8 59:9,11,15 60:11,16,23,25 61:2,3,10 63:10 64:21 69:15,17,23 70:9 73:4 74:1,2,8 75:10,20 78:10 80:3,17 81:12 82:1,18 84:6 85:14 91:25

**those** 6:8 8:7 11:24 20:25 22:10,22 25:8,10 27:14 30:21 31:2,4,21 32:10 33:21 34:19 37:21 40:19 41:9,22 42:15,21,22 43:20 44:3 46:16 51:8 53:25 54:7,19,24 55:4,15,17,24 58:20 61:16,21 62:10,23 65:14 67:18 68:3,8,20 71:12,16 74:14,17

75:24,25 76:1 77:2,6 78:7,22 79:4, 22 80:5,11,16 82:3,5,7,15 83:7 84:3, 11,22 85:3 90:3,17,18 91:23 92:6, 14,19 94:24 95:17,18,24

**thought** 31:1 46:2 70:14

**three** 26:22 33:2 40:13

**through** 12:7 21:14 22:10 23:1 27:3 40:10 49:10 64:7 66:15 73:6 80:9 82:11 84:15 86:20 89:5,12

**throughout** 5:16,21 9:13 24:14 90:11

**tidy** 85:18

**Tiktok** 25:5

**time** 5:1 18:19 19:1,8 20:20 21:8 22:15,18,20 24:24 25:10 26:9 27:23 28:8 32:11 33:20 39:3,6,11 40:2 42:2 43:5 52:25 54:12 57:10 59:22 65:10 67:8,17 68:22 78:10 80:3,17 81:3,12 82:1 86:4,16 96:5,9

**timeline** 68:23

**times** 18:2 23:2 27:19,20 31:21 91:2,7,12 92:17

**tiring** 7:2

**to** 5:10,12,17,20 6:1,3,4,7,12,18,24 7:1,3,19 8:5,7,15 9:7,13 10:10 11:10,23 12:20,22,23,25 13:11,16, 17,23 14:8 15:25 17:17,18 18:21,22 19:12 20:14,17,19 21:7,16,19 22:16, 25 23:1,5,22 24:20,21,22 25:7 26:16,22 27:5,8 28:14 30:6,10,20 31:18,22 32:1,16 33:10,17 34:2,14, 17,18,24 35:13,16,20 36:25 37:7,9, 10,14,17,18,19,24 38:6,8,10,12,15, 23,24 39:3 40:5,15 41:4,8,12,15,20 42:3,9,10 43:1,3 44:3 45:2,5,22 46:2,5,20 47:12,13,19,20 48:5 49:4, 12,16,18,19 50:1,5,9,20,21,22 51:7, 10,19,22,23 52:15 53:10 54:1,4,12, 18 55:4,20,22 56:8,11,12,16,17,19, 24 57:1,16,20,22,23,25 58:23 59:8, 12,23,24 61:9 62:9 63:22 64:1,2,18, 20,24 65:2,20 66:1,3,5 67:1,7,10,15, 24 68:2 69:8,11,25 70:6,8,11,14,15 71:3,7,9,10,13,24 72:7 73:4,7,21 74:2,6,12,15,16,22 75:1,16,20 77:5, 7,9,13,25 78:2,4,8,11 79:4,10,23,25 80:19,22,23 81:2,7,13,15,25 82:2, 17,23 83:5,12,13,16 84:2,6,14 85:5, 14,17,20 86:9,13,17,19,22 87:19 88:1,3,5,7,9,14 89:20,24 90:6,14,15,

17,20,22 91:6,10 92:5,9,12,18 93:2, 5,6,8,18,24 94:7,10 95:6,8,20,23

**today** 5:8,11 7:10,14 8:2 93:22

**today's** 7:19 10:25

**toddler** 33:3

**together** 62:21 85:4,10

**told** 23:14 27:18 30:3,25 48:1 50:20 51:17

**too** 6:22 7:1 56:12

**top** 10:11 72:8 79:3,8,21 80:4,18 81:11

**toys** 32:2,5,7 33:13,16 95:19

**traditionally** 93:18

**trans** 31:1 77:23 87:21 88:2,4,11

**transcript** 5:20

**transgender** 24:12 25:23 30:3 34:3, 10,21 36:11 40:23,24,25 41:1 47:7 52:24 77:7 86:24 87:7,10,12,18,25 88:18

**transgender-related** 16:22

**transgendered** 35:15

**transgenders** 20:15

**transition** 35:8,14,20 37:12,23 39:23 47:18 78:16

**transitioned** 35:4

**transitioning** 51:22 79:23

**treat** 53:10 83:14

**treated** 88:7

**treating** 60:24

**treatment** 28:4 38:12 43:25 47:15 51:18 60:14

**treatments** 39:4 82:22,25 83:12

**trial** 16:7 59:8

**tried** 28:8 44:5

**truck** 33:18

**trucks** 32:9

**true** 10:15

**truly** 35:17 56:12 81:18

**trust** 6:22

**truth** 6:6 7:14

**try** 37:14

**trying** 23:1 45:22 84:2 86:17 95:20

**turn** 27:5 85:20

**two** 18:11 19:2,9,18 33:17 35:1
36:20 60:20,21 85:3 95:21

**type** 55:17 77:21

**types** 30:21 32:10 37:22 41:9 42:21
46:16 54:19 55:15 62:10,23 68:3,8,
20 71:16 82:15 84:22 92:15 95:23

**typically** 34:11

---

**U**

**Uh-huh** 35:2 40:6 41:5 45:16 69:3
78:14

**unclear** 6:17

**under** 82:13

**undergarment** 37:6

**understand** 6:8,10,13 7:10,13 30:8,
11 46:5 66:16 68:22 79:19 86:12,19,
22 93:21

**understanding** 6:19 30:4 59:15
79:21

**understands** 59:10,17,18

**understood** 16:19 22:24 31:8 34:21
93:19

**undertaken** 39:24

**unisex** 91:12

**University** 15:8

**unkind** 77:5,6,10

**unknowns** 51:9 57:19

**unless** 6:9

**unpack** 60:16

**until** 23:23 25:20 66:10 67:9 74:23
79:5,9,12,17 80:10,23 81:8

**up** 26:18 47:20,23 65:13 66:10 67:9
70:25 79:17 85:18 95:14

**upset** 50:10,13 51:15

**us** 6:23 27:18 30:3,25 31:5 40:13,16
41:15 43:1 48:1 51:19 54:24 56:16
57:1 63:7 65:10 66:1 71:3 79:4 86:9

**use** 25:2,9,15,17 37:19 53:18,19
75:3 84:14 90:14 93:16

**used** 17:5 35:5 37:7 54:17 67:10
75:7

**uses** 25:8

**using** 5:16 50:21 53:9 89:9

**usually** 19:2,9 32:15 44:16 51:23

---

**V**

**VA** 15:24

**vaped** 75:5

**varies** 77:12

**various** 15:22 16:10 37:17

**vary** 77:18

**vast** 57:11

**verbal** 6:16

**versa** 47:21

**versus** 23:20 50:22 74:15

**very** 13:11 21:7 26:10,17 32:15
34:11 42:17 49:23 51:5 59:9 61:22
70:6,22 78:3 79:4,19 80:18 84:12,25

**vice** 47:21

**viewing** 25:12

**Vincent** 39:19

**violence** 88:1,12

**virtual** 42:17 49:2

**virtually** 40:10

**visions** 34:6

**visit** 95:4

**voice** 55:1 57:15,17 85:11

**volunteer** 76:17

---

**W**

**wait** 23:23 80:23

**waiting** 79:15

**walk** 49:10 58:23 64:7 66:15 73:6
89:12

**want** 6:24 30:10 38:8,10 49:16 56:8,
19 59:12 64:2 75:16 78:2 88:9 92:12

**wanted** 42:9 43:3 49:18 56:11,24
65:6

**was** 11:14 12:6,11,23,25 13:18 14:7,
9 16:6,8 18:12,13,15 21:12,13,19
22:9,17,25 23:6,12 24:24,25 25:21
26:5,9 27:10,12,18,21 28:8,24
29:11,13 30:1,3,24 31:1,19 32:17,
18,20,21,24 33:6,13,14 35:10,22
36:1,5 38:19 39:3,9 40:9,10,20,25
41:1,19 42:1,4,7,10,16,17,18,23,25
43:6,11,14,25 45:12,22,24 46:2,3,4
47:4,15 48:22,25 49:3,5,6,8,9,15
51:4,7,21,23 52:1,2 55:25 56:12,17
57:4,5 60:5,25 61:3,23,25 62:1,20
63:8,12 67:10,11,12,22,23 68:10,11,
15,21 69:4,7,10,17 70:2,6,11,14,21,
22,25 71:5,23 75:13 76:4 84:10
85:23 86:4,8,9,11,16,17,19,21,23
89:10 90:9,25 92:22 93:12 95:5,21,
25

**wasn't** 24:22 26:10 28:20 29:17
32:7 47:18 48:2 51:5,6 90:15

**way** 17:25 28:21 32:2 42:18 43:2
59:23 61:15 63:4 66:22,25 69:8,15
90:13 91:1,18

**ways** 37:19 54:18 56:22 59:2 62:15
71:8 77:5,9

**we** 5:14 6:3,10,23,24 7:5 11:8 12:1,2
13:4,8 14:22 21:18 22:2,20,21 28:7,
18,22 29:3,4,10 31:1,7,10 32:6 33:1,
7 34:19 35:13 37:1,13,17 39:2,5,8,
10 40:12,17 41:13,14,15,23,24,25
42:1,2,10 43:23 45:5,23 46:1,2 47:6,
22 48:1 49:2,15 50:5,18 52:5 53:17
54:9,12,13 55:25 56:6,11,13,18,24
59:8 61:4,13,18,22 62:1,2,4,5,6
63:9,11,15 64:18 65:9 67:17 68:1
69:1,2 70:5,11,24 71:13 75:23 77:24
79:1,5,6 80:4,8,25 81:2,4 82:6,7
83:6,7 84:1 85:8 86:20 87:16,19
90:7,8 95:6,7

**We'd** 6:15

**we'll** 6:11 8:18 9:10,11,12 11:1
13:13 17:10 75:11 80:9 81:21 85:21
91:5 96:8

**we're** 6:21 8:4 13:23 27:8 36:9,17
45:6 48:5 61:18 72:6 75:20 80:5,6,7
82:1 83:7,15 85:9,17 91:3,4,12

**we've** 21:5 22:12 23:1 29:25 41:16 42:1 50:3 54:11 67:15 70:3 74:19 76:13 79:2 80:20 82:19,22 83:16 90:5,8 92:6

**wear** 33:5 68:2,3,7 95:23

**wearing** 32:14,15

**Webmd** 55:14

**websites** 37:17

**week** 29:12 63:2

**weeks** 70:12

**Welch** 5:2,6 13:22 19:13 45:15 75:16 86:2 96:4

**well** 6:25 13:14,19 20:11 21:4 24:9 25:9 26:8 28:18 30:6,12,25 34:17 36:17 40:9,12 42:11 43:5,11 44:16, 20 49:22 50:7,24 54:10,21 59:17 60:2 69:6 71:5 72:19 74:19 81:3 82:13 83:22 84:18 86:25 87:16 88:7 89:14 90:19 91:24

**welts** 72:3

**went** 14:8 31:7 37:17 40:12 42:2,17 54:12 65:22 70:11,25

**were** 11:22 12:1,2,4,5 17:16 18:9,12, 17 21:18 22:20 26:11,19,20,24 27:2, 14,17,20,24 29:9 30:22 31:9,13,22 33:7 34:19 35:19 39:5 41:6,17,18,21 42:11,12,19,22 43:3,22 46:10 50:8, 20,24 51:9,17,20 52:22 53:25 54:9 55:4,16 56:18,21 57:6,9,19 63:11 67:19 71:8 72:2,4,20 76:6 80:4 81:10,24 87:2 93:11 94:21 95:17

**weren't** 35:13

**what** 9:1 11:14 12:24 14:14,17 16:2, 12,25 17:2,7,11,15,25 20:10,11,25 21:12 22:9,24,25 23:6 25:4,7,9 27:14 29:9 30:7,14 31:8 32:1,5,20 33:4 34:6,14,21 35:7 37:5,9,15 38:13 39:5,8,20 40:20 41:6,10 42:7, 22 44:3 46:6,10,23 49:9 50:17,20 51:13 52:7 53:4,13,17 54:7,14,15, 16,17,20 55:16,18 58:17 59:2 61:10, 11,15 62:7,11,12 63:24 64:4 68:15 69:4,23,25 72:17 73:6,8,9,10 74:12, 13,14,17,20 75:25 76:1 77:2,9 78:22,23 79:8,19,20 80:16 82:4 83:1 84:3,15,16 86:17,19,23 87:15,16 88:13 89:11,12 90:16 91:3,17,23 94:4 95:17,19

**what's** 14:12 29:20 30:4 44:17,18 59:13 62:17 74:15 78:3

**whatever** 85:10

**whatsoever** 83:25

**Wheels** 32:9

**when** 11:14 12:4,20 13:1 14:9 18:9, 15,17 22:21 25:17,18 27:9,20 29:11, 25 30:3 31:19,25 32:18,20,24 33:2, 11,13 34:5 36:1,10,19 41:11,15,19 42:1 43:22 44:7 45:24 46:1 47:1,6 48:22 50:5,12 57:3 59:5 60:23 63:9 66:14 67:19 68:7,14 69:6,10,17 70:5,8,24 71:13 73:6 74:3,5 80:11 84:9,13,16,19 85:9 86:8 87:21 88:12 89:2 90:9 91:16

**where** 14:2 15:15 24:4 29:13 37:3 38:22 39:18,21 48:10 62:14,22 68:2, 5,23 70:12 74:25 76:15,20,22 90:13, 22 91:3

**whether** 20:14 22:19 45:1 49:11 62:1,22 83:10,11 94:5,22

**which** 8:6 9:24 11:2 21:2 26:14 27:25 30:19 40:15 42:25 50:18 59:20 61:6 70:18 82:12

**while** 70:15 86:22 93:4

**who** 16:13 21:18 25:22 30:16 35:23 47:23 52:23 55:18 59:11 70:9 81:6

**whole** 32:23 62:13

**whom** 55:6

**why** 13:6,10 28:16,21 29:17 35:12 36:8 38:5,24 40:3 49:3,24 51:4 63:16 66:6 71:23 74:1,2 79:12 83:21

**wife** 11:8 19:12 27:6 34:17 43:4 94:22 95:3,10

**will** 5:13,19 6:6 8:7 19:19 37:24 44:22 57:25 78:13 85:18 88:3 93:8

**William** 5:10

**willing** 85:5

**Winchester** 14:8

**with** 5:8,9 7:14,18 8:4,12,18 9:3,7 10:5,18 11:23 12:6,7 13:22 15:19 16:3,5 17:19,23 18:2,9,15 20:2,22 21:9,10,14 22:11,17,19 25:19 26:15 27:3,8 28:12,16,19,23 30:12 31:17, 23 32:3,11 33:12,15 34:4 35:15 36:3,25 38:2 39:2,23,24 40:14,20 43:4,7,14 45:17 46:4,8,10,13 47:10

49:12,15,18 50:3,6,14,22 51:1,20 52:6,18 53:2,6,9,22 54:4,10,13 55:22 56:1,13,24 57:2,3,22 58:22 59:14 60:5,9 62:5,9,15 63:1,18 64:5, 9 65:10,25 66:7,8,20 67:15 68:5,6, 12,13 69:9 70:11 71:3,9 73:15 74:11,18,20 75:18 77:5,7,10 78:5, 15,20,25 80:13,15,17,21,25 81:5,11 82:3,9,11,14,17,20 83:4,22 85:8 88:10 89:8,25 90:2,19,21 91:15,16, 17,19 92:2 93:2,16 95:20

**withdrawal** 27:16

**within** 63:8

**without** 40:24 73:24 81:15

**WITNESS** 14:25 23:24 45:11 76:22 96:6

**won't** 14:22

**word** 53:5

**wording** 65:19

**words** 22:25 32:21 84:14 86:19

**work** 15:15,19 21:14 22:10 44:16, 19,22 49:22,25 50:6 62:9,12 76:15, 16,22

**worked** 15:17,22 16:10 27:2 57:2

**working** 5:9

**works** 52:6 76:21

**worksheets** 75:23,25

**worse** 59:1 73:20

**would** 20:13 25:12,13 32:15 33:16 35:23 38:19 45:22 46:14,19 48:18, 23 49:11 53:23 55:19 57:15 59:5 65:2 72:24 73:4,8,9,10,12,18,19 74:22,24,25 80:19 81:7,10,13,16 82:5 89:9,14,21 90:7,15

**wrote** 46:15

---

**Y**

---

**yeah** 9:25 33:6 47:9 49:14 50:10,16 55:5 69:13 70:2 72:1 89:1 91:24

**year** 14:10,14,17 52:10 74:25

**years** 14:11 15:18 17:6,20 18:12 19:11,19 23:11 43:23 47:3 86:9 95:21

**Yep** 38:20 58:11

**yes** 6:14 8:14,25 9:4,20 10:7,12 11:5
14:6,25 15:6,14 19:5 20:3,9,24
21:23 22:6 23:18,25 24:8,10,13 25:3
26:2,6,12 28:5 29:8 31:11 33:23
36:4,15,23 37:4 38:11 39:17 42:14
43:9,21 44:2 45:19 48:11,17 52:2
53:8,12 54:6 55:9,12,23 57:18 58:2,
16 63:5 65:2 66:5 67:21 68:25 71:11
72:11,16 73:3,11 74:9 76:13,22
78:17 79:14 86:6 88:19 95:1,5

**Yesterday** 44:9

**yet** 44:6 80:7 82:8

**you** 5:11,23 6:1,7,8,9,10,11,13,15
7:3,4,9,12,16,18,23 8:1,12,23,24
9:3,18,24 10:5 11:3,6,11,14,17,19,
21,22 12:4,5,10,20,24 13:6,10,15,
17,21,25 14:2,4,14,17 15:2,4,13,15,
17,19 16:15 17:4,11,14,15,16,22
18:9,17,21 19:1,3,18,21,22 20:7,11,
17,22 21:10,14 22:4,5,8,10,14,18,
19,20,24 23:12,22,24 25:6,7,9,14,17
27:6,9,21 28:3,21,23 29:6 30:1,6,8,
10,14,23 31:7,12,13,14,16,23,25
32:1,6,10,13,20,25 33:1,6,11,13,16,
20,24,25 34:5,14,16,18,20,21 35:1,
3,7,15,16 36:3,10,12 37:3,9,15,18,
20,21 38:13,17,22,24 39:1,3,7 40:1,
22,23,25 41:1,3,4,10,14,21 42:20,23
44:22 46:5,11,12,19,21,23 47:1,20,
23 48:10,18 49:19 50:3,12,13,20,24
51:10,17,21 52:11,22 53:2,6,9,13,21
54:1,5,14,15,16,17,24 55:4,10,15,
17,20 56:9,18,22 57:3,7,9,13,16,20,
21 58:6,10,12,15 59:5,6,10 60:1,2
61:1,14,15,20,25 62:1,9,15 63:4,7,
14,20,25 64:11,16,23 65:5,9,13,25
66:1,3,10,14,15,16,18,19,21 67:2,4,
12,14,19,22,24 68:6,11,14,15,18
69:8,14,22,25 70:5,6,7,10,15 71:4,6,
9 72:10,12,15,17,23 73:6,7,10,15,19
74:5,7,21,24 75:19,22,24 76:1,4,10,
16,23 77:2,4,12,13,19,20,22,24,25
78:1,2,3,4,7,13,15,24,25 79:11,15,
16,17,24 80:2,8,11,12,21 81:7,10,
16,25 82:4,9,12,21,24 83:6,11,18,23
84:3,8,13,16,18 85:1,7,11,12,13,21
86:3,12,16 87:21 88:2,5,6,12,13,15,
17,20,22,24,25 89:2,6,8,15,17,19
90:2,7,16,20 91:2,5,10,16,17,20
92:7,9,12,13,15,18,20 93:2,3,8,21,
22,24 94:2,4,10,14,21,22,23,24
95:2,3,18,19 96:4,6

**you'd** 87:6

**you'll** 6:4 30:12,13 49:10 75:18

**you're** 8:15 16:4 19:12 21:19 64:7
80:11 82:9 83:10 87:22 89:11,12
91:17

**you've** 9:6 27:25 64:25 74:11

**young** 26:17 56:12

**younger** 31:19

**your** 5:16 6:5,6 7:18 8:2 10:8,14
11:14 12:5 13:15 14:12 15:11 16:3,
25 17:2,7 19:12 20:17 27:6 29:20
30:4 32:21 36:24 37:9,15 44:17,18
47:4,8 48:3 57:7,21 58:8 59:13 64:4,
6,21 65:16 67:24 72:7 75:17 79:21
84:14 85:20 87:11,13 89:3 93:24
94:7,11,22 95:3,4 96:5

**yours** 94:16

**yourself** 17:13 77:25

---

**Z**

**zero** 64:2 67:3

**Zoom** 40:10