# EXHIBIT 16

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Lisa Welch

*May 24, 2023*

_____



DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

Reporting Driven by Excellence — Since 1975

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

Page 3

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF INDIANA
 3              INDIANAPOLIS DIVISION
 4         CAUSE NO. 1:23-cv-00595-JPH-KMB
 5  K.C., et al.,                )
 6         Plaintiffs,           )
 7           -v-                 )
 8  THE INDIVIDUAL MEMBERS OF    )
 9  THE MEDICAL LICENSING BOARD  )
10  OF INDIANA, in their         )
11  official capacities, et al., )
12         Defendants.           )
13
14
15            DEPOSITION OF LISA WELCH
16                 May 24, 2023
17                12:30 p.m. EDT
18
19
20
21
22  TAKEN BY: AMY DOMAN, RMR, CRR, CSR (CA/IL/TX/WA)
    PAGES: 1 - 107
23
24         STEWART RICHARDSON & ASSOCIATES
            Registered Professional Reporters
25                (800)869-0873
```

Page 2

```
 1       The deposition upon oral examination of
 2  LISA WELCH, a witness produced and sworn before
 3  me, Amy Doman, Registered Merit Reporter,
 4  Certified Realtime Reporter, California CSR
 5  14465, Texas CSR 6203, Illinois CSR 084004926,
 6  Washington CSR 22031067, Notary Public in and for
 7  the County of Hamilton, State of Indiana, taken
 8  on behalf of the Defendants, at the offices of
 9  Stewart Richardson, One Indiana Square, Suite
10  2425, 211 N. Pennsylvania Street, Indianapolis,
11  Indiana, scheduled to begin at 12:30 p.m. EDT, on
12  Wednesday, May 24, 2023, pursuant to the Federal
13  Rules of Civil Procedure.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1             A P P E A R A N C E S
 2  FOR THE PLAINTIFFS:
 3         Kenneth J. Falk, Esq.
           Stevie Pactor, Esq. (Via videoconference)
 4         Harper Seldin, Esq. (Via videoconference)
           ACLU of INDIANA
 5         1031 East Washington Street
           Indianapolis, IN  46202
 6         kfalk@aclu-in.org
           grose@aclu-in.org
 7         hseldin@aclu-in.org
 8  FOR THE DEFENDANTS:
 9         Razi Lane, Esq.
           OFFICE OF THE ATTORNEY GENERAL
10         302 West Washington Street
           IGCS Fifth Floor
11         Indianapolis, IN  46204-2770
           razi.lane@atg.in.gov
12
13  ALSO PRESENT:
14         William Smeltzer
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1             INDEX OF EXAM
 2  LISA WELCH.............................  5
 3  EXAMINATION............................  5
 4  QUESTIONS BY MR. LANE
 5         INDEX OF EXHIBITS
 6     (All exhibits attached hereto.)
 7  Deposition Exhibits:             Page
 8  Exhibit 1  - Deposition Notice........  7
 9  Exhibit 2  - Complaint................  8
10  Exhibit 3  - SEA 480..................  8
11  Exhibit 4  - Declaration of Ryan .....  12
12               and Lisa Welch
13  Exhibit 5  - March 2023 Emails........  83
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

1          (Time noted:  11:58 a.m.)
2              LISA WELCH,
3   having been duly sworn, testified as follows:
4          EXAMINATION
5   BY MR. LANE:
6      Q.   Good morning, Ms. Welch.
7      A.   Good morning.
8      Q.   My name is Razi Lane.  I'm an
9   attorney for the defendants.  With me today is
10  one of the law student externs working with
11  our team this summer, William Smeltzer.
12          I'm going to be asking you some
13  questions today.  As you know, the parties
14  have agreed to follow a protective order that
15  will help keep any confidential information we
16  do not get into during this deposition
17  strictly confidential.  I'll be using your
18  child's initials throughout this deposition to
19  help maintain that confidentiality.
20          Now, have you ever given a
21  deposition before?
22      A.   No.
23      Q.   Okay.  I'm going to ask some
24  questions.  The court reporter is here
25  recording everything that we say.  You'll need

Page 6

1   to answer my questions to the best of your
2   ability, and your answers will be the truth,
3   as the court reporter has asked you to swear.
4          I will assume you understand my
5   questions unless you tell me that you don't.
6   If you don't understand a question, please let
7   me know, and we will do our best to clarify
8   it.
9          Do you understand?
10      A.   Yes.
11      Q.   Now, we ask that you please give
12  verbal answers, not gestures, so that the
13  court reporter can take those down.
14          Do you understand?
15      A.   Yes.
16      Q.   Thanks.
17          I don't expect this to take too
18  long, but depositions can be tiring.  It's
19  okay to ask for a break if you need one at any
20  time.  I just ask that you answer any pending
21  questions prior to our taking a break.
22          Is that understood?
23      A.   Yes.
24      Q.   Is there any reason that you cannot
25  understand my questions today?

Page 7

1      A.   No.
2      Q.   Is there any reason that you cannot
3   answer my questions today with the truth?
4      A.   No.
5      Q.   All right.  Other than meeting with
6   your attorneys, did you do anything else to
7   prepare for today's deposition?
8      A.   I reviewed our declaration and
9   the -- sorry, I forgot the name.  The notice
10  to appear here for this deposition.  I forget
11  what it's called.
12      Q.   That is okay.
13          So with that, actually, are you
14  being compensated for your testimony today?
15      A.   No.
16      Q.   So with that, let's ID Exhibit
17  Number 1.  That is the deposition notice.  So
18  we'll have Will pass that around to counsel
19  and the court reporter and to you, Ms. Welch.
20          (Exhibit 1 marked for
21          identification.)
22  BY MR. LANE:
23      Q.   Do you recognize that document?
24      A.   I do.
25      Q.   Are you here in response to it?

Page 8

1      A.   Yes.
2      Q.   Let's move in for identification
3   Exhibit Number 2.
4          (Exhibit 2 marked for
5          identification.)
6   BY MR. LANE:
7      Q.   Do you recognize this document?
8      A.   I do.
9      Q.   What is it?
10      A.   It is a copy of our complaint.
11      Q.   Are you familiar with its contents?
12      A.   Yes.
13      Q.   And specifically, this is a
14  complaint for the lawsuit you've brought
15  challenging Indiana law referenced to as SEA
16  480, correct?
17      A.   Yes.
18      Q.   And with that, let's move Exhibit
19  Number 3 in for identification.
20          (Exhibit 3 marked for
21          identification.)
22  BY MR. LANE:
23      Q.   Do you recognize this document?
24      A.   I do.
25      Q.   All right.  What is it?

Page 9

1    A.    This is SEA 480.
2    Q.    Okay.  How did you first hear about
3    the law?
4    A.    I first heard about the law through
5    the general assembly website.
6    Q.    Did you participate any in that
7    legislative process?
8    A.    I did.
9    Q.    Tell me about that.
10    A.    I did.  I wrote my legislators in
11    opposition to what was then SB 480.  I wrote
12    members of the committee when the bill was in
13    committee.  I wrote leaders of the House and
14    Senate.  I appeared in protest at the
15    statehouse.
16    Q.    Anything else?
17    A.    I encouraged friends and family and
18    loved ones of M.W. to also contact their
19    legislators in opposition to what was then the
20    bill.
21    Q.    So you said that you wrote some
22    communications to leaders, some letters --
23    A.    Uh-huh.
24    Q.    -- is that correct?
25    A.    Yes.

Page 10

1    Q.    What did you write in those
2    letters?
3    A.    Basically, that I was a parent of a
4    transgender child, that this law would have a
5    devastating effect on not only my child's
6    well-being but the well-being of our entire
7    family, and that I urged them to vote no on
8    the bill.
9    Q.    Was it the same letter that you
10    submitted to leadership and to other members?
11    A.    Basically.  Sometimes if it was my
12    legislator, who wasn't necessarily sitting on
13    the committee, the wording would be changed
14    slightly to make it make sense.  But that was
15    the same -- it was the same message.
16    Q.    Okay.  And when you appeared in
17    protest, was that during hearings, was it
18    during votes?
19    A.    Yes.
20    Q.    Tell me a little bit about that.
21    A.    Yes.
22    Q.    Both?
23    A.    Yes.  I mean, it was in committee
24    hearings that resulted in that vote.
25    Q.    Okay.  Did you take any other

Page 11

1    actions, apart from those letters and the
2    other things that you described, encouraging
3    friends and family, you know, one way or the
4    other on SEA 480?
5    A.    Yes.  Anticipating that I would be
6    sitting here today at some point, I contacted
7    the ACLU.
8    Q.    Okay.  So when was that?
9          When did you decide to bring this
10    lawsuit?
11    A.    I don't remember the exact date.
12          Okay, so I want to say I first
13    reached out in March -- February or March.  At
14    some point when session was underway.  You
15    know, it goes through several stages, and I'm
16    not exactly sure at what point I became
17    alarmed enough to reach out.  But I think it
18    was definitely February or March.
19    Q.    Of which year?
20    A.    Oh, 2023.
21    Q.    Okay.
22    A.    Just to be thorough.
23    Q.    No, absolutely.  We appreciate the
24    thoroughness.
25          Other than your attorneys, did you

Page 12

1    talk to anyone else as you planned to bring a
2    lawsuit?
3    A.    No, no.
4          Well, I informed our immediate
5    family that we had contacted the ACLU.
6    Q.    All right.  With that, let's move
7    Exhibit Number 4 into evidence -- or into
8    identification, let's say.
9          (Exhibit 4 marked for
10          identification.)
11    BY MR. LANE:
12    Q.    Do you recognize this document?
13    A.    I do.
14    Q.    What is it?
15    A.    This is our declaration.
16    Q.    Okay.  Is this your signature down
17    on page ID -- and again, page ID is that top
18    right-hand corner -- page ID 265?
19          Is that your signature down at the
20    bottom?
21    A.    Yes.
22    Q.    Is there anything in this
23    declaration that is no longer accurate?
24    A.    No, not that I'm aware of.
25    Q.    Okay.  So now let's just move into

Page 13

1    some general background questions.
2           How old are you, ma'am?
3    A.    I am 49.
4    Q.    And where do you live?
5    A.    Indianapolis.
6    Q.    Have you lived elsewhere in Indiana
7    or just Indy?
8    A.    Yes, I grew up in Zionsville.
9    Q.    Have you ever been arrested?
10   A.    Yes.
11   Q.    Yes, so what for?
12   A.    For a single sip of beer in a
13   bowling alley when I was 20 years old.
14   Q.    Were you ever charged with a crime
15   related to that?
16   A.    It was a misdemeanor, underage
17   consumption.
18   Q.    Okay.  What was the result of that
19   charge?
20   A.    I had to pay $13 in court costs.
21   Q.    Can you tell me about your
22   educational background?
23   A.    Yes.  I have a bachelor's degree in
24   English from Ball State University and a
25   master's in communication from Purdue.

Page 14

1    Q.    There is also a rivalry of Purdue
2    and Notre Dame.  We won't get into that.
3           MR. FALK:  Who sometimes has done
4           better than Ball State has.
5           MR. LANE:  Yes, it's closer.
6    BY MR. LANE:
7    Q.    Did you do any graduate work?
8    A.    Yes, my master's.
9    Q.    Master's, that's right.
10          Are you currently employed?
11   A.    Yes.
12   Q.    Where do you work?
13   A.    For the State of Indiana, in the
14   Department of Health.
15   Q.    Okay.  How long have you worked
16   with the Department of Health?
17   A.    Since January, mid-January of 2023.
18   Q.    Okay.  What did you do before then?
19   A.    I was the director of the Indiana
20   Native American Affairs Commission.
21   Q.    Did you do anything else prior to
22   that, or any other employment background?
23   A.    Yes.  I was a manager of
24   communications at the Regenstrief Institute.
25   Q.    Are you a member of any

Page 15

1    organizations?
2    A.    No.
3    Q.    No political organizations?
4    A.    No.
5    Q.    Or transgender-related
6    organizations as well?
7    A.    No.
8    Q.    Okay.  And what is your gender
9    identity?
10   A.    I identify as female.
11   Q.    And what are your pronouns?
12   A.    She/her.
13   Q.    And how long have you identified
14   and used these pronouns?
15   A.    As long as memory has served.
16   Q.    And what is your sexual
17   orientation?
18   A.    I am heterosexual.
19   Q.    And at what point did you recognize
20   that sexual orientation for yourself?
21   A.    I suppose, you know, as soon as I
22   was aware of what sexual orientation was,
23   probably before then.
24   Q.    Sure.  When was that?
25   A.    I don't know.  I'd have to go back

Page 16

1    into the archives, but if I had to guess, I
2    would say, you know, when you become aware of
3    these things, maybe six, seven years old.  I
4    don't know.
5    Q.    So six, seven years old?
6    A.    I mean, that's -- yeah, I would say
7    that's the first consciousness of it, I
8    suppose.
9    Q.    Okay.  Have you ever been diagnosed
10   with a mental health disorder?
11   A.    Yes.  I have received treatment for
12   anxiety.
13   Q.    Okay.  Anything else?
14   A.    No.
15   Q.    No diagnosed depression?
16   A.    No.
17   Q.    No diagnosed ADD?
18   A.    No.
19   Q.    You said you received some
20   treatment for anxiety.
21   A.    Uh-huh.
22   Q.    What treatments?
23   A.    Lexapro, I think.
24   Q.    Have you ever had any therapy with
25   a therapist or a mental health professional?

Page 17

1      A.   No.
2      Q.   Why not?
3      A.   I found -- well, I found the
4  Lexapro to be ineffective.  And I, in
5  consultation with my doctor, ceased taking it
6  and did my own mindfulness work, which has
7  proven very effective in easing my anxiety.
8      Q.   Oh, okay.  Tell me about that
9  mindfulness work.
10          What does that involve?
11     A.   It can involve meditation.
12  Mindfulness is somewhat more either guided or
13  open meditation.  Mindfulness is somewhat more
14  structured where you are called to pay
15  attention to particular things, like things
16  that you can perceive sensorially, and
17  mindfulness, walking, you know, things like
18  that have just been really effective.
19     Q.   Has M.W. ever participated in
20  mindfulness with you?
21     A.   No.
22     Q.   Why not?
23     A.   He's never expressed any real
24  interest in that.
25     Q.   Okay.  Have you explored that with

Page 18

1  M.W.?
2      A.   No, I have not.
3      Q.   Okay.
4      A.   No, I have not.
5      Q.   Has your anxiety had any effects on
6  your parenting for M.W.?
7      A.   I don't think so, not until
8  recently.  My anxiety has gone up, obviously,
9  with all of the bills that came through this
10  legislative session that could potentially
11  negatively impact my family.
12          So there's been a heightened stress
13  and anxiety for our entire family.  So I would
14  say other than our current external forces
15  that are affecting us, no, it hasn't affected
16  my parenting.
17     Q.   What bills do you have in mind?
18  Are there any besides SEA 480?
19     A.   I had a spreadsheet and checked
20  them all off as they died in committee, but
21  no, my main focus is the one that slithered
22  through.
23     Q.   And you're married to Ryan Welch?
24     A.   Yes.
25     Q.   And Ryan is a coplaintiff in this

Page 19

1  lawsuit?
2      A.   Yes.
3      Q.   How long have you been married?
4      A.   It will be 20 years this year.
5      Q.   Congratulations.  Have you ever
6  been married before this?
7      A.   No.
8      Q.   And how many children?
9      A.   One.
10     Q.   All with Ryan?
11     A.   Yes.
12     Q.   Is that child just M.W.?
13     A.   Yes.
14     Q.   What is your parenting philosophy?
15     A.   That's a pretty broad question.  I
16  think that your parenting style has to remain
17  fluid based on a lot of factors.
18          I think it can vary from child to
19  child, as you assess what they need.  I
20  believe in listening to my children.  I
21  believe -- child.  I believe in listening to
22  children, taking their thoughts and feelings
23  into consideration, ultimately making the best
24  decisions that you can for them, weighing lots
25  of different information.

Page 20

1      Q.   Sure.  So what are some of the
2  factors that you mentioned that you would
3  balance in that calculus?
4      A.   I would balance a child's thoughts,
5  feelings, needs, hopes, dreams, and fears with
6  the information that I have from advanced
7  experience on this planet, seeking counsel
8  from other parent friends, from my own
9  parents, try to stay away from too much online
10  advice.  And, of course, any experts.
11     Q.   How would you define an expert?
12     A.   Someone that I'm engaging with in a
13  professional way to, you know, make sure that
14  my child has the best resources in life that I
15  can provide, whether there's a doctor,
16  educator or counselor, anyone interacting with
17  our family in that professional capacity.
18     Q.   Okay.  Do you know M.W.'s sexual
19  orientation?
20     A.   I do.  He currently identifies as a
21  homosexual male.
22     Q.   Tell me about what that means.
23     A.   That means he is romantically and
24  sexually attracted to males.
25     Q.   And what was M.W.'s sex assigned at

Page 21

1   birth?
2        A.    Female.
3        Q.    Was there any confusion over sexual
4   orientation with M.W.?
5        A.    At what point?
6        Q.    Let's start at the time you had
7   your first conversation with M.W. about sexual
8   orientation, was there any confusion during
9   that conversation in terms of what was
10  identified?
11       A.    No, because the first conversations
12  I had with him where sexual orientation was on
13  the periphery were in the context of family
14  and different kinds of family, and
15  age-appropriate conversations for a younger
16  child.
17            So it was more in the context of,
18  there are a lot of different kinds of
19  families, different people fall in love with
20  different people and start families that look
21  like ours or don't look like ours.  And that's
22  really all it was.  It wasn't a --
23       Q.    How do you decide whether a
24  particular conversation is age appropriate or
25  not?

Page 22

1        A.    I think that varies from parent to
2   parent.  And, again, it's just knowing your
3   child and knowing what they're ready for,
4   having a clear sense of values within your own
5   family and kind of going from there.  But I
6   think that can look different for a lot of
7   different families.
8        Q.    Right.  How does it look in your
9   family?
10       A.    Well, at the time of those first
11  conversations, like I said, you know, he was
12  probably kindergarten, early elementary.  We
13  just talked about it in the context of
14  families, not necessarily romantic or sexual
15  relationships and what different families look
16  like.
17       Q.    Okay.  And so that was, you said,
18  about the first conversations that you had?
19       A.    Uh-huh.
20       Q.    When were the --
21            MR. FALK:  Yes?
22  BY MR. LANE:
23       Q.    I'm sorry.  You have to say yes.
24       A.    Oh, I'm sorry.  Yes.
25            MR. FALK:  That's okay.  He was

Page 23

1   perfect.
2   BY MR. LANE:
3        Q.    So you had said those first
4   conversations happened around kindergarten
5   age, and then were there additional
6   conversations with M.W. regarding sexual
7   orientation later in life?
8        A.    No, not really, I don't think,
9   until he wrote us that letter, you know, it's
10  hard to remember every conversation you had
11  with your child.  You know, if they have
12  questions about things, you simply answer them
13  and you move on with life.
14            But I think that the next
15  conversation of great import was, you know,
16  with the letter that he left for us.
17       Q.    Okay.  Let's talk about that
18  letter.  How old was M.W. when M.W. penned
19  this letter?
20       A.    He was 12, I believe.
21       Q.    And tell me about this letter.
22  What was in that letter?
23       A.    He expressed some nervousness about
24  telling us what was going on with him.  But he
25  had come to the realization that he was

Page 24

1   bisexual.  And he said, "So now you know.
2   Love, me."
3        Q.    Okay.  Was bisexuality the only
4   sexual orientation that M.W. has had?
5        A.    No.  After we talked about the
6   letter and reassured him that there's nothing
7   wrong with him, that that's perfectly fine,
8   that we love and accept him, he didn't have
9   anything to worry about, then the conversation
10  evolved where he explained that he felt he was
11  pansexual.
12            At the time, I think he was
13  searching for the language to describe what he
14  would eventually discover was that he was
15  transgender.  And he was confusing sexual
16  orientation with gender identity because it
17  wasn't something that we had talked about.  It
18  wasn't something he was really familiar with.
19  So I don't think that he had the vocabulary to
20  really articulate to us what he was feeling.
21            So while we were very accepting and
22  open to anything that he wanted to reveal
23  about himself, he was searching for the
24  language to do so.
25       Q.    So what does "transgender" mean to

Page 25

1  you?
2      A.   Transgender, when someone is
3  transgender, to me it means that there is a
4  misalignment between their physicality of the
5  body that they are in with the gender that
6  they identify with.
7      Q.   Okay.  How many genders are there?
8      A.   I think that gender is on a
9  spectrum.  I don't actually know how many
10  genders there are.
11      Q.   Okay.
12      A.   It's not my area of expertise.
13      Q.   I understand.
14          So how does M.W. identify now?
15      A.   He's a boy.
16      Q.   Would you say M.W. identifies as
17  transgender now?
18      A.   Yes.
19      Q.   And how long has M.W. lived as a
20  boy at home?
21      A.   I would say at least two years.
22      Q.   Okay.
23      A.   Yeah.  Yes, his social transition
24  began when he was 14.
25      Q.   All right.  How long has M.W. lived

Page 26

1  as a boy outside the home?
2      A.   Same, yeah.
3      Q.   Where does M.W. attend school?
4      A.   Herron High School.
5      Q.   Okay.  And does M.W. enjoy Herron
6  High School?
7      A.   Very much so.
8      Q.   Did M.W. attend any high schools
9  before Herron High School?
10      A.   Yes, he attended North Central High
11  School.
12      Q.   Why the switch?
13      A.   Most of it had to do with school
14  size.  We thought, especially once we knew
15  that we had a transgender child, that a larger
16  school by definition would likely be more
17  diverse, would provide a better opportunity
18  for him to gain acceptance, to find his
19  people, to find friends.
20          We had been in Washington Township
21  schools for his entire school career.  So that
22  was just a natural progression.
23          But when he got there, it was a
24  little overwhelming.  I told people that he
25  always seemed a little lost in the sauce.  And

Page 27

1  we decided that we would make a switch when
2  he -- after his first year of high school.
3      Q.   When you say, "find his people,"
4  who do you mean?
5          Do you mean friends?
6          Do you mean --
7      A.   Yeah, friends, people that he had
8  things in common with, people he had shared
9  interests with, you know.
10      Q.   Okay.  Throughout M.W.'s childhood,
11  has M.W. experienced any big changes or
12  stressful situations?
13      A.   No.  He did lose a grandparent when
14  he was in mid elementary.  My father-in-law
15  passed.  They weren't particularly close.
16      Q.   Okay.  How old was M.W. at that
17  time?
18      A.   I want to say that he was eight.
19      Q.   Okay.  Does M.W. use social media?
20      A.   Yes.
21      Q.   All right.  Which applications on
22  social media?
23      A.   He has TikTok and Instagram.
24      Q.   To what extent does M.W. use social
25  media?

Page 28

1          And by that I mean, how often would
2  you say M.W. uses TikTok and Instagram?
3      A.   I would say he visits them daily.
4      Q.   Okay.  Would you say multiple times
5  a day?
6      A.   No.  Well, maybe sometimes.  Yeah.
7      Q.   Would you say that M.W. only opens
8  the app one time per day?
9      A.   No, probably not.  Yeah, he
10  probably does use them multiple times a day.
11      Q.   Okay.  Do you ever supervise M.W.'s
12  social media use?
13      A.   Yes, I do.
14      Q.   Tell us how?
15      A.   I open accounts on social media as
16  well and I spot-check.  I don't -- I give him
17  space.  He's a 16-year-old.  But I just
18  monitor from a distance to, you know, make
19  sure he's safe.
20      Q.   Does M.W. have any friends who are
21  transgender?
22      A.   No.
23      Q.   Has M.R. [sic] ever been in or
24  currently in a romantic relationship?
25      A.   Yes.

Page 29

1    Q.    Currently in a relationship or
2    previous relationship?
3        A.    He has been.  He is not currently
4    in a relationship.
5        Q.    Okay.  How many relationships
6    throughout M.R.'s life has -- M.W., excuse
7    me -- been in?
8        A.    I believe he has been in four.
9        Q.    Four.  Okay.
10       A.    Uh-huh.
11       Q.    So let's start with the -- we'll go
12   through each.
13             So let's start with the first.
14             How long did that relationship
15   last?
16       A.    A few weeks.  It's more of a puppy
17   love.
18       Q.    Understood.  How old was M.W. at
19   that time?
20       A.    Maybe 12 --
21       Q.    Okay.
22       A.    -- 13.
23       Q.    How about the second relationship?
24             How long did that one last?
25       A.    Again, I think it was maybe a

Page 30

1    month.
2        Q.    Okay.  Was there a breakup
3    involved?
4        A.    Yes.
5        Q.    Was that breakup stressful for
6    M.W.?
7        A.    Sure, you know, nothing out of the
8    ordinary for that age, but yeah, those are
9    always a little painful.
10       Q.    How about the third relationship,
11   how old was M.W.?
12       A.    The third relationship was a few
13   months.  And that was a little bit more
14   serious.
15       Q.    Okay.  How so?
16       A.    Just length, length of the
17   relationship.  He's a little bit older, he's
18   learning more about relationships and their
19   complexities and things like that.  So it was
20   a little bit more sophisticated.
21       Q.    Was this relationship with a natal
22   male or natal female?
23       A.    Natal female.
24       Q.    Natal female.  Okay.
25             Was there a breakup involved?

Page 31

1        A.    Yes.
2        Q.    Was that breakup stressful?
3        A.    Yes.  But at this point, he's
4    learning more about amiable breakups and how
5    relationships can continue in other ways after
6    the romantic relationship has ended.  So that
7    helped.
8        Q.    And just so we're clear, how old
9    was M.W. at the time of relationship
10   number three?
11       A.    16.  16.
12       Q.    16.
13             So this was fairly recent?
14       A.    Yes.
15       Q.    Okay.  Was this relationship before
16   or after M.W. identified as transgender?
17       A.    After.
18       Q.    After.  Okay.
19             And my understanding is there's one
20   more relationship that M.W.'s been in?
21       A.    I think I made a mistake.  Those
22   are the only three that I can think of.
23       Q.    Okay.  But after that third
24   breakup, at age 16, did M.W. seek any help
25   from mental health professionals or anything

Page 32

1    after that?
2        A.    Well, he was seeing a counselor so
3    they may have discussed it during his
4    sessions --
5        Q.    Okay.
6        A.    -- but no additional help.  Talk to
7    his parents a little bit, as much as he's
8    willing to.
9        Q.    Certainly.  So the counselor that
10   you mentioned, is this the first mental health
11   counselor or the second or the third?
12       A.    The second.
13       Q.    The second.
14       A.    The one that's he's currently
15   seeing.
16       Q.    So how many mental health
17   counselors has M.W. seen throughout the course
18   of M.W.'s life?
19       A.    Two.
20       Q.    All right.  Let's start with the
21   first.
22       A.    Uh-huh.
23       Q.    When did M.W. start seeing the
24   first mental health counselor?
25       A.    That would have been in middle

1 school, so 12, 13, I think.
2      Q.   Okay.
3      A.   I'm remembering these timelines as
4 best I can.
5      Q.   Understood.
6           And how often, to the best of your
7 recollection, did M.W. meet with this
8 counselor?
9      A.   I would say he met with the first
10 counselor two to four times month.
11     Q.   Do you know generally what was
12 discussed with this first counselor?
13     A.   I think that a lot of the
14 conversations were focused on what at the time
15 was just anxiety and depression.
16     Q.   Okay.  Has M.W. ever been diagnosed
17 with anxiety?
18     A.   Yes.
19     Q.   Has M.W. ever been diagnosed with
20 depression?
21     A.   Yes.
22     Q.   Has M.W. ever been diagnosed with
23 ADD?
24     A.   Yes.
25     Q.   What steps have been taken, besides

1 the counselor, to help manage any of these
2 three diagnoses?
3      A.   We have tried several medications.
4 He was on medication for -- well, he was seen
5 by his pediatrician, referred to a
6 psychologist for testing, where he obtained
7 the additional diagnosis.
8           And then he had received treatment
9 for ADD over the years that had changed and
10 had started growing less effective as puberty
11 came on and hormones changed and, you know,
12 that balance wasn't ideal anymore.
13     Q.   So are you saying that the change
14 in hormones through puberty had some effect on
15 the ADD and the medication?
16     A.   Yes.
17     Q.   How about for depression?
18          Does their change in puberty have
19 any effect on depression?
20     A.   The medications that he was on for
21 depression, we had struggled with because he's
22 never really been able to adhere to a regimen
23 for a significant length of time because he's
24 had a lot of side effects with the nausea, a
25 lot of stomach issues.  So we're still

1 currently trying to find something that will
2 assist him in that area.
3      Q.   Has M.W. ever been tested for
4 autism?
5      A.   Yes.
6      Q.   When was that?
7      A.   Last week.
8      Q.   Have you received results yet?
9      A.   No.
10     Q.   Were you told when you would
11 receive results?
12     A.   Mid-June, mid to late June.
13     Q.   So let's turn to the declaration
14 that you and your husband filed.  This is
15 Exhibit Number 4.
16          Do you see that there?
17     A.   Yes.
18     Q.   Okay.  We're going to look at
19 Paragraph Number 3.  And here it discusses, as
20 you see and I'll quote, "birth-assigned sex
21 was female for some time."
22          And then it goes on to discuss
23 depression and anxiety concerning the fact
24 that his gender identity was that of a boy.
25          Do you see that there in Paragraph

1 3?
2      A.   Yes.
3      Q.   When did you first have an
4 indication that M.W. was potentially suffering
5 from some condition or distress; so very
6 general?
7      A.   Condition or distress?
8           Or condition or distress regarding
9 gender dysphoria?
10     Q.   Condition or distress generally.
11     A.   Oh, okay.  I would say, then,
12 probably around 11 or 12, when we started
13 looking at this anxiety and depression.
14     Q.   Okay.  What were the symptoms that
15 you observed then?
16     A.   Gloomy, gloomy mood, isolation,
17 pessimism, struggling to enjoy things,
18 withdrawing from friends, withdrawing from
19 family, withdrawing from activities and
20 interests.
21     Q.   Okay.
22     A.   Trouble sleeping.
23     Q.   Did you seek any counseling or
24 treatment at that general season?
25     A.   Yes.

Page 37

1    Q.    Okay.

2    A.    Yes.

3    Q.    Is that when the mental health

4 professional was called in?

5    A.    Yeah.

6    Q.    Okay.  So let's narrow that scope a

7 little bit.  I think you were already getting

8 there, but we'll narrow it down now.

9          What were the symptoms that you

10 noticed of gender dysphoria in M.W. more

11 specifically?

12    A.    What I saw, I didn't necessarily

13 recognize as gender dysphoria because he

14 wasn't telling me.  It was basically just

15 that, that withdrawn, that wanting to isolate,

16 wanting to hide himself.  At that point, he

17 wasn't telling me it was because of gender

18 dysmorphia.

19    Q.    You say "gender dysmorphia."  Is

20 there a difference between that and gender

21 dysphoria?

22    A.    I misspoke.  I meant to say gender

23 dysphoria.

24    Q.    How do you understand gender

25 dysphoria generally?  How would you define it?

Page 38

1    A.    Again, I would say it's a

2 misalignment with the physical body that a

3 person has versus the gender that they

4 identify with.

5    Q.    All right.  You had mentioned that

6 some of the symptoms that you saw of this

7 gender dysphoria were changes in mood and

8 similar ways.  Was there anything markedly

9 different in the gender dysphoria context as

10 opposed to the more general anxiety and

11 depression context that you noticed in terms

12 of symptoms?

13    A.    I would say that there was a lack

14 of comfort with his body, but it coincided

15 with him beginning to find the language and to

16 tell me what was going on.

17          So he was very interested in

18 swimming, but as he was able to help me

19 understand his symptoms of gender dysphoria

20 and that he wasn't comfortable in his body, he

21 was also withdrawing from those kinds of

22 activities because he was self-conscious and

23 uncomfortable.

24    Q.    Okay.  But M.W. was not -- are you

25 saying that M.W. was not uncomfortable or

Page 39

1 self-conscious before being diagnosed with

2 gender identity?

3    A.    Oh, sorry.

4    MR. FALK:  I'm going to object that

5    that's not what she said.  In fact, I

6    believe she was saying he wasn't

7    diagnosed yet.  She didn't know what the

8    problem was.

9    THE WITNESS:  Correct.

10    MR. LANE:  Okay.  Thank you for

11    that clarification.

12    THE WITNESS:  Correct, yes.

13 BY MR. LANE:

14    Q.    So as you observed these attributes

15 in M.W., what made you think gender dysphoria

16 or gender incongruence, for example, were the

17 causes for why M.W. was feeling this way as

18 opposed to anxiety or depression?

19          How did you differentiate that as a

20 parent?

21    A.    Because he began to explain it to

22 me.  He began to find the language that he

23 needed to really tell me what was going on.

24    Q.    Let's move down now to Paragraph

25 Number 4 where you say:  "He socially

Page 40

1 transitioned at 14 and has consistently used a

2 boy's first name since then and dresses and

3 presents as male."

4          That's a quote from Paragraph

5 Number 4.

6          Do you see that there?

7    A.    Yes.

8    Q.    Okay.  What do you mean by

9 "socially transitioned"?

10    A.    That means that he was dressing in

11 boys' clothing, that he was making it known to

12 his friends, his family, and his teachers that

13 he identified as a boy, and he shared his

14 preferred name and pronouns.

15    Q.    Okay.  Who decided M.W. would live

16 and present as a boy?

17    A.    Well, we all did.  He presented it

18 to us, and then we agreed that we would

19 support him.

20    Q.    What did those conversations look

21 like for your family?

22    A.    They looked like conversations you

23 have when you're discussing anything, you

24 know, of reasonable import within a family.

25          From my point of view, the

1  conversations provoked some anxiety because
2  I'm aware of what kind of world awaits people
3  who are transgender, and I didn't want that
4  for my son.
5         Q.   Do you mean anxiety in yourself or
6  in M.W., just to be clear?
7         A.   In myself.
8         Q.   Was there ever a legal name change
9  that was undertaken for M.W.?
10        A.   No.
11        Q.   Why not?
12        A.   I think it was really about wanting
13  to make sure that he was sure.  He's still
14  young.  We were still learning about what it
15  means to be transgender.  And my need for more
16  knowledge, before I could confidently move
17  forward with a plan for him, was what I needed
18  to attend to first.  So it was a bit of a
19  triage.
20             We also felt that social transition
21  is a great way to start to see what effects
22  this would have on him, something that can
23  easily be changed back if it doesn't seem to
24  be addressing the issue.
25             So that seemed like a more

1  appropriate place for us to begin as a family
2  rather than diving into a bunch of legal
3  action and making name changes and things like
4  that.
5         Q.   How about a gender marker change,
6  have you pursued anything like that as a legal
7  matter?
8         A.   Oh, yes.  I have now.
9         Q.   Okay.  When did you pursue that?
10        A.   About two weeks ago.
11        Q.   Okay.
12        A.   A month ago, two to four weeks ago.
13        Q.   Thanks.  And why didn't you pursue
14  that sooner?
15        A.   Again, it's a triage.  We felt like
16  social transition was more important, see the
17  results and look at gender-affirming care, see
18  the results, and this seemed like the logical
19  next step.
20        Q.   Okay.  And in Paragraph 7 of your
21  declaration, if we flip over to that, you'll
22  see that it says, and I quote:  "Before he
23  began to seek care at Riley, we purchased a
24  chest binder for M.W."
25        A.   Yes.

1         Q.   Tell me a little bit about the
2  research process.  Actually, first, tell me
3  about what a chest binder is.
4         A.   It is an undergarment that is
5  designed to minimize the appearance of
6  breasts.  It's used for transgender men and
7  boys to feel more comfortable in their bodies,
8  and it is part of gender-affirming care.
9         Q.   How did you come about that
10  information?
11        A.   Just looking at it online, doing
12  research, you know, what it was, you know, who
13  made them, proper use, those kinds of things.
14        Q.   Were there any particular resources
15  online that you consulted or just internet
16  generally?
17        A.   Just internet generally.
18        Q.   So did M.W. ever request a chest
19  binder?
20        A.   Yes.
21        Q.   Was it before or after that request
22  that you consulted the internet generally?
23        A.   After.
24        Q.   So social transition,
25  notwithstanding, and even hormone treatment,

1  which we'll get into, notwithstanding, will
2  M.W.'s body ever be able to produce sperm?
3         A.   No.
4         Q.   Has anyone ever discussed that with
5  M.W.?
6         A.   I don't believe that it ever needed
7  to be discussed.  I think that he just is
8  aware of biology, that he does not have the
9  mechanism to produce sperm.
10        Q.   Okay.  And you say that M.W. was
11  aware of that biology and that mechanism, as
12  you say.
13             What was M.W.'s reaction to not
14  having that male attribute?
15        A.   I don't think we have ever -- I
16  don't think I've ever specifically asked him
17  how he felt about not being able to produce
18  sperm.
19        Q.   So at what point did you decide to
20  seek professional medical care for M.W.?  And
21  correct me if I'm wrong, but it sounds like
22  that's after the chest binder.
23        A.   Shortly after the chest binder.  At
24  that point, he had already been socially
25  transitioned for a while.  That was the next

Page 45

1  step.  That was a decision we felt comfortable
2  managing on our own.  Obviously, everything
3  else we would want to consult with physicians,
4  which is exactly what we did.
5      Q.   Okay.  So just walk me back through
6  this timeline just so I can have it straight
7  in my head.
8           So you started with social
9  transition to chest binder --
10      A.   Uh-huh.
11      Q.   -- to medical treatment; is that
12  correct?
13      A.   That is correct.
14      Q.   And where did you go for your
15  professional medical care?
16      A.   The gender clinic at IU Riley.
17      Q.   Okay.  Why did you go to Riley?
18      A.   Through our research, trying to
19  find somewhere where he could obtain
20  gender-affirming care.  It was actually the
21  only one I was able to find in the state.
22      Q.   So were you looking for
23  gender-affirming care?
24      A.   I was.
25      Q.   Did you consult the pediatrician

Page 46

1  you mentioned earlier about gender-affirming
2  care?
3      A.   No.
4      Q.   Okay.
5      A.   But he's been brought in in
6  consultation with that care, but my initial
7  decision to seek the gender-affirming care was
8  our own.
9      Q.   Okay.  How far into
10  gender-affirming care or into that decision
11  process was it that you consulted the original
12  physician -- pediatrician?
13      A.   I don't know.
14      Q.   Okay.
15      A.   I don't know.  I apologize.  It's
16  been a lot of doctors.
17      Q.   Does M.W. receive medical care
18  anywhere else besides Riley?
19      A.   Yes.  Through St. Vincent
20  Ascension.
21      Q.   What medical care at St. Vincent
22  does M.W. receive?
23      A.   That's where his pediatrician
24  practices.
25      Q.   Let's focus on this initial

Page 47

1  appointment at Riley.
2           How did that initial appointment
3  go?
4      A.   It went well.  It happened on a
5  screen during the pandemic, but I think it
6  went well.
7      Q.   Okay.  Were you asked to fill out
8  any questionnaires for that initial
9  appointment?
10      A.   Yes.  I was, Ryan, and M.W. were
11  given extensive questionnaires to fill out --
12      Q.   Okay.
13      A.   -- before that initial visit.
14      Q.   You say "extensive questionnaires."
15           Tell me a little bit about what was
16  involved in those questionnaires, some of the
17  types of questions, to the extent that memory
18  serves, and how you answered them.
19      A.   Uh-huh.  I think that we were asked
20  to just sort of describe what we were hearing
21  from our son, what he was experiencing, our
22  own feelings.
23           One that stands out, really, to
24  me -- I don't have a clear memory of all of
25  those questions, but I do remember voicing my

Page 48

1  anxieties and concerns about what would await
2  my son.
3      Q.   Sure.  Which anxieties and concerns
4  did you have?
5      A.   I had fears for his safety, fears
6  that he won't be accepted, that he won't have
7  a sense of community because people aren't
8  accepting of him.
9           And also, legislation that has
10  passed that can deeply affect this well-being.
11      Q.   And what did the providers tell you
12  when you voiced those concerns to them?
13      A.   They told me that it was completely
14  understandable and reasonable to have those
15  fears and concerns, and we were provided with
16  some resources to address those.
17      Q.   Which resources?
18      A.   We were pointed to an organization
19  called GenderNexus.  And that was actually
20  where we found a list of affirming counselors
21  that we were seeking.
22           So we weren't recommended -- I
23  don't believe that we were referred from IU
24  Riley.
25           We contacted the counselors from

Page 49

1  the resources that they provided that were
2  with GenderNexus, if that's clear, if that
3  makes sense.  Okay.
4       Q.   Okay.
5            Tell me a little bit about
6  GenderNexus, what do you know about it?
7       A.   They're an organization that
8  provides resources for people who exist on the
9  gender spectrum, members of the LGBTQ
10  community, and their parents and loved ones.
11      Q.   Thank you.
12      A.   Uh-huh.
13      Q.   When you say "resources" that are
14  provided by GenderNexus, let's drill down on
15  that just a little better.
16           Are you talking about, kind of
17  documentary resources, in terms of pamphlets
18  and things like that, are you talking about
19  consultation opportunities or potential
20  providers?
21           If you could unpack that for me a
22  little bit?
23      A.   Sure.  What I remember is that they
24  had their own resources, we attended a parent
25  support group that was online, that

Page 50

1  GenderNexus provides.  And they also provided
2  a list of affirming counselors.
3       Q.   Okay.  So this parent support group
4  that you found online, did you find them
5  through GenderNexus?
6       A.   Uh-huh.
7            MR. FALK:  Yes.
8            THE WITNESS:  Yes.
9            MR. LANE:  Thank you, Ken, thank
10  you.
11           THE WITNESS:  I apologize.  That's
12  two now.
13           MR. FALK:  He had none, just
14  pointing it out.  She remembered the
15  questionnaires.
16           MR. LANE:  Thank you.
17  BY MR. LANE:
18      Q.   So for this parent support group,
19  talk me through what that looked like for you
20  and your family and what your involvement was
21  and generally what you learned from that
22  group, etcetera.
23      A.   Okay.  It's a walk-in group.  Well,
24  it's online.  But it's a walk-in that's held
25  monthly.  It's open, people can come and go.

Page 51

1  It's not, like, a group therapy.  Pretty open
2  structure.
3            There's a facilitator there who is
4  sort of helping people find the words to
5  express themselves, you know, to get
6  comfortable in that setting, to open up about
7  their experiences, their hopes, their fears.
8  All that stuff.
9       Q.   So this facilitator, is it somebody
10  with a mental health background?
11      A.   Yes.  I don't know what initials
12  specifically trail after their name, but, yes,
13  it was someone who had training in
14  facilitating things of that nature.
15      Q.   Okay.  So when you say "parental
16  support group," is this a support group for
17  parents with children that identify in the
18  LGBTQ community broadly, or is it just for
19  transgender children?
20      A.   Oh, it was specifically for parents
21  of transgender children.
22      Q.   Okay.  How big was the group?
23      A.   We only attended one, but I think
24  that there were five families.
25      Q.   Okay.  Why did you only attend one?

Page 52

1       A.   You know, I think that because we
2  were feeling like we were doing okay -- so
3  when you get busy, if we're doing okay, that
4  will drop off for us.  And we're more focused
5  on M.W. and making sure that he was getting
6  what he needed.
7       Q.   So refocusing back on that first
8  appointment at Riley --
9       A.   Uh-huh.
10      Q.   -- this was the -- was this the
11  appointment when gender dysphoria was
12  diagnosed?
13      A.   I don't know.  I don't know if it
14  was diagnosed in that appointment or after.
15  It was either the first or the second --
16      Q.   Okay.
17      A.   -- as far as I know.
18      Q.   Do you remember, whenever gender
19  dysphoria was diagnosed for M.W., what those
20  conversations with providers looked like?
21           Talk me through some of those
22  conversations.
23      A.   Sure.  So we, obviously, by that
24  point, were familiar and more educated on how
25  gender dysphoria is treated and steps going

Page 53

1  forward, understanding what the risks were.  I
2  wanted to have an additional conversation to
3  allay my own concerns about his fertility.
4      Q.  Okay.
5      A.  And those concerns were set to
6  rest.
7      Q.  Okay.  Let's talk about those --
8      A.  Uh-huh.
9      Q.  -- concerns, briefly.
10      A.  Sure.
11      Q.  And we'll skip around a little bit.
12  But I want to focus on that now, as it's
13  germane.
14      A.  Uh-huh.
15      Q.  What were those concerns?
16      A.  Still not quite being as educated
17  as I am now, I was equating M.W.'s certainty
18  that he did not want to have children -- he
19  did not want to give birth to children -- with
20  being beholden to decisions that I might have
21  made at that age about completely unrelated
22  topics.
23      Q.  Which topics?
24      A.  I don't know.  What boy I thought I
25  would just be in love with forever and ever

Page 54

1  and ever.  Not understanding at the time that
2  these are completely two different and
3  unrelated things that have nothing to do with
4  each other, other than the age of the person
5  who holds those -- you know, who has those
6  decisions before them, who has those thoughts
7  and feelings before them.
8          Other than the age, they are
9  completely unrelated.  But at the time, I
10  didn't want him to get older and come back and
11  regret these decisions, not understanding that
12  these aren't those same kinds of decisions.
13  This is just who he is.  And at 16, he is
14  quite aware of who he is.
15      Q.  And so you said that those concerns
16  were allayed?
17      A.  Uh-huh.
18      Q.  So talk to me about that process,
19  maybe, for how those concerns were allayed?
20          What were you told from providers
21  at Riley that helped you to think through
22  this --
23      A.  Uh-huh.
24      Q.  -- in the way that you describe?
25      A.  Sure.  Well, we were given the

Page 55

1  facts, factual information about the risk of
2  fertility being affected by using hormone
3  treatment as gender-affirming care.  We
4  weighed those risks with the, at the time,
5  potential rewards and came to the decision
6  that this was the best course of action for
7  our son.
8      Q.  What risks specifically were
9  communicated to you for hormone therapy?
10      A.  That some fertility issues can
11  result, some are reversible, often are
12  reversible with a cessation of treatment, but
13  it is not entirely without risk.  And we were
14  well educated on that before we made that
15  decision to move forward.
16      Q.  So during these consultations, when
17  you're going back and forth in this
18  conversation with providers about gender
19  dysphoria and about this diagnosis, were any
20  other conditions discussed with the providers
21  at that time?
22      A.  I suppose anxiety and depression,
23  because those were still factors, and those
24  were things that were occurring because of the
25  gender dysphoria.

Page 56

1      Q.  So are you saying the anxiety and
2  the depression were caused by gender dysphoria
3  or that they predated gender dysphoria?
4      A.  I think that they were present
5  before we knew that gender dysphoria was
6  present.  So not having -- not being armed
7  with the language to have those conversations
8  at the time that we knew about the anxiety and
9  depression, there's no way I can say with
10  complete certainty that those timelines ran
11  exactly parallel.
12          But I do know that the anxiety and
13  depression, while there may be -- while those
14  could be stand-alone issues, I think it's a
15  Venn diagram.  And part of that is caused by
16  that gender dysphoria.
17      Q.  Okay.  You say part of that is
18  caused by the gender dysphoria.
19          So not the entirety of anxiety and
20  depression is caused by gender dysphoria?
21      A.  No.  I have suffered from anxiety,
22  but I don't have gender dysphoria, so...
23      Q.  Did the providers -- at this first
24  appointment, did they talk to you -- was this
25  when they talked to you about hormone therapy

Page 57

1 and/or puberty blockers, or did they not talk
2 to you about puberty blockers at all?
3      A.   I don't recollect the conversation
4 mentioning that term, puberty blockers,
5 because at this point, obviously, puberty has
6 well set in.  I think it was more about the
7 hormones, although there was a prescription to
8 end his or to pause his or cease his menstrual
9 cycle.
10     Q.   Would you consider that
11 prescription a puberty blocker?
12     A.   I don't think I know enough about
13 that, when we're talking about someone who has
14 already experienced puberty, to answer that
15 clearly.
16     Q.   And this prescription that you're
17 talking about, is that the norethindrone drug?
18     A.   Yes.
19     Q.   Okay.  And when was norethindrone
20 prescribed?
21     A.   That was prescribed either upon
22 that first visit or shortly after.
23     Q.   Okay.  Was testosterone also
24 prescribed with norethindrone?
25     A.   I don't believe -- I don't believe

Page 58

1 that they were prescribed at the same time.
2      Q.   Okay.
3      A.   No, no.
4      Q.   And why was M.W. taking the
5 norethindrone?  Was it for gender dysphoria or
6 was it for any other causes?
7      A.   It was for the gender dysphoria.
8 As it happened, he had really unpleasant
9 periods, but it was very distressing to him to
10 menstruate as a boy, just the symptoms of, you
11 know, menstrual cycle aside, that was the key
12 issue that we were addressing.
13     Q.   Okay.  And who was included in the
14 conversations about norethindrone at the time
15 it was prescribed?
16     A.   M.W., his father, and I.
17     Q.   And the providers, I presume?
18     A.   And the providers, yes.
19     Q.   So sometimes drugs like
20 norethindrone might be prescribed to suppress
21 menstruation so as to give a child more time
22 to decide what their gender identity is.  Was
23 that something you were thinking about with
24 M.W.?
25     A.   No, I wasn't thinking about it in

Page 59

1 the context of giving him time to decide.
2 Obviously, menstruation had already begun, and
3 it was very distressing to him and was
4 exacerbating the dysphoria.  So it was to
5 mainly address that rather than to give him
6 more time to decide.
7      The decision -- I won't say the
8 decision.
9      The illumination had already
10 occurred where he knew who he was.  And having
11 this process happen in his body was very
12 distressing to him because it was not aligned
13 with who he is.
14     Q.   Okay.  And has M.W. experienced any
15 side effects from norethindrone?
16     A.   He did.  He was not able to take it
17 for very long because the side effects
18 outweighed any benefits that we might have
19 derived from them.  The physical side effects
20 were keeping him from, you know, daily
21 activities.
22     Q.   Did menstruation resume after
23 norethindrone was terminated?
24     A.   I believe it did, but he was moved
25 on to testosterone, so that sort of stopped

Page 60

1 it.  I'm sorry.  I didn't have conversations
2 with him about what he was -- you know.
3      Q.   I understand.
4      A.   It was later.  It was later on.  We
5 didn't talk about it at the time of
6 transition.
7      Q.   Understood.
8      So was there any overlap between
9 taking norethindrone and taking the
10 testosterone?
11     A.   No.  I don't think so.
12     Q.   Okay.  Is there any intent to go
13 back on norethindrone now?
14     A.   No.  No, that was not an effective
15 treatment for him.
16     Q.   Were you aware at the time that the
17 percentage of individuals who, as we say,
18 detransitioned or stopped identifying as
19 transgender who were experiencing gender
20 dysphoria after puberty?
21     A.   I don't have exact statistics.  I
22 know it's infinitesimal.
23     Q.   What's the basis for that?
24     A.   Oh, gosh, you know, now that I'm a
25 parent of a transgender child, you know, you

Page 61

1  start to read things, you look at research,
2  you look at articles that have been written
3  that are sort of digesting that research that
4  share those statistics.  I can't quote exact
5  sources.  You know, it's been a lot of
6  perusing.
7       Q.   What were you perusing just
8  generally?
9       A.   Scholarly research and articles,
10  you know, from reasonable sources.
11       Q.   What's a reasonable source, just an
12  example?
13       A.   Something that's not, you know,
14  highly politically biased or has a history of
15  nonfactual reporting or things like that.
16       Q.   So stepping back from this
17  particular appointment that we've been talking
18  about, first appointment, first couple of
19  appointments at Riley --
20       A.   Uh-huh.
21       Q.   -- for you, how did you really know
22  that M.W. was transgender?
23       A.   Because once he found the language,
24  he was deeply persistent about asserting who
25  he was.  Once he was finally able to express

Page 62

1  it in a way that was true and authentic, he
2  was quite persistent, even with his mother,
3  who was not always receptive to the idea
4  because, again, my fears of what that would
5  mean for him.
6       Q.   Did M.W. ever, for example, play
7  with toys that are stereotypically associated
8  with men or with boys?
9       A.   Yes.
10       Q.   Okay.  Tell me about some of those
11  observations in early childhood maybe that you
12  saw that would have indicated to you one way
13  or the other as to gender identity for M.W.
14       A.   Uh-huh.  Looking back, there were
15  no strong indications of any gender identity.
16  He was given a wide range of things that are
17  typically associated with girls and typically
18  associated with boys.
19            If he showed interest in something,
20  we got more of it.  So there were dolls.  Cars
21  and trucks were fleeting.  Building sets,
22  science kits, plushies, you know, anything
23  that seemed to spark an interest, he was
24  provided with.  But I wouldn't say that he
25  strongly identified with his birth gender or

Page 63

1  as a boy.
2       Q.   And around what age did you notice
3  this?
4       A.   Very early on.  Very early on.  As
5  soon as he could express it, he let me know in
6  no uncertain terms of his distress for
7  dresses.
8       Q.   Is there a specific age that you're
9  thinking of very early on?
10       A.   Three or four.
11            MR. LANE:  I think now might be a
12       good time for our first break.  Let's do
13       ten minutes, if that's all right with
14       everyone.
15            THE WITNESS:  That's fine.
16            (A recess was taken between
17       1:02 p.m. and 1:13 p.m.)
18  BY MR. LANE:
19       Q.   Ms. Welch, I want to just go back
20  to a couple of things that we had talked about
21  earlier.
22            So you mentioned that M.W. was
23  visiting with that first therapist you met a
24  couple of times a month, right?
25       A.   Uh-huh.

Page 64

1       Q.   So why was the therapy with that
2  therapist discontinued?
3       A.   That was discontinued because we
4  didn't see a real sense of structure coming
5  from that therapist.  We didn't really feel
6  like we were connecting on goal setting, skill
7  building.
8            What we wanted to come out of that
9  therapy, we didn't feel like -- at that time,
10  the focus was on anxiety and depression.  It
11  didn't really seem like we were effectively
12  addressing those issues as part of his care
13  plan.  So we decided to make a change.
14       Q.   Was gender dysphoria ever brought
15  into that conversation with the first
16  therapist?
17       A.   I believe that the subject was
18  broached towards the end of that relationship
19  but was not discussed in any great depth.
20       Q.   Even on that cursorily level, what
21  was the first therapist's reaction to the
22  gender dysphoria conversation that you had?
23       A.   I think that we just -- she said,
24  well, he doesn't have to figure all that out
25  right now.

Page 65

1    Q.   Okay.  And then you had mentioned
2  that M.W. has gone through some body
3  discomfort --
4    A.   Uh-huh.
5    Q.   -- when you were talking about the
6  gender dysphoria --
7    A.   Uh-huh.
8    Q.   -- that you had observed; is that
9  correct?
10    A.   Yes.
11    Q.   Would you say that children going
12  through puberty generally go through body
13  discomfort or not?
14    A.   Not to this degree.
15    Q.   Okay.  What made this degree
16  different?
17    A.   This was not awkwardness.  This was
18  not having to get used to changes that were
19  happening but were acceptable.  This was
20  having to try to deal with changes that were
21  happening that were unacceptable.
22    Q.   When you say "unacceptable," what
23  do you mean?
24    A.   They were causing a great deal of
25  distress, that withdrawing, the hiding away,

Page 66

1  hiding himself, isolating himself.
2    Q.   And how do you know that the
3  isolating and the withdrawing, as you say,
4  were direct corollaries with the gender
5  dysphoria as opposed to the anxiety or the
6  depression or the ADD that we discussed?
7    A.   Because he expressed his discomfort
8  to me.
9    Q.   Verbally?
10    A.   Yes.
11    Q.   So let's talk a little bit more
12  about the chest binder.  So this is the chest
13  binder that you had researched yourself as
14  well, right?
15    A.   Yes.
16    Q.   And when you went to Riley, for
17  your first initial appointment at Riley, did
18  the Riley providers talk to you about the
19  chest binder at all?
20    A.   Yes.  They asked us about it right
21  away.  They asked us if we had any questions.
22  They quizzed M.W. on the proper use of it to
23  make sure that he was using it in a proper
24  way, that he was, you know, using it for the
25  proper duration, and he was.

Page 67

1    So that decision was affirmed for
2  us that we were able to manage that on our
3  own, and they affirmed that the use of the
4  chest binder, the way we were doing it, was
5  the way you were supposed to.
6    Q.   Okay.  Let's transition now and
7  look at the cross-sex hormones in particular.
8  So in our timeline now, we just finished with
9  that initial appointment, and you said that,
10  and correct me if I'm wrong on this, are you
11  saying that at that first appointment, gender
12  dysphoria was or was not diagnosed?
13    MR. FALK:  I'm going to object.
14    Just if you know, obviously, if you
15    know.
16    A.   I honestly don't.  I don't remember
17  that exact moment, and I don't want to say,
18  you know, it happened then when I don't know
19  if it did.
20  BY MR. LANE:
21    Q.   So turning to the second
22  appointment at Riley for gender dysphoria, or
23  for your concerns over it --
24    A.   Uh-huh.
25    Q.   -- was that when testosterone was

Page 68

1  prescribed?
2    A.   I know that my concerns were
3  discussed in that appointment.  And my fears
4  were put to rest.  I do believe that that is
5  when the prescription was issued, at that
6  appointment or after.
7    Q.   Okay.
8    A.   But I'm struggling with the
9  timeline because there's been a lot of
10  appointments.  So --
11    Q.   Understood.
12    A.   -- I hesitate to say 100 percent it
13  was this one, the second one, or the third
14  one.  I'm really -- I just want to make sure
15  I'm telling the truth.
16    Q.   Did you do independent research on
17  testosterone?
18    A.   Very little.  You know, my approach
19  to that is, is get some good general
20  knowledge, don't go down too many internet
21  rabbit holes where there's lot of
22  misinformation.  Put a list of questions
23  together, bring those to your doctors.  And
24  that's where I tend to rely more on our
25  physicians to give me information.  I want to

Page 69

1 know enough to formulate good questions.
2      Q.    Did the physicians -- when you
3 brought your questions to physicians, did the
4 physicians discuss the risks of cross-sex
5 hormones, if we can call them that -- or in
6 this case, testosterone?
7      A.    Testosterone, uh-huh.
8      Q.    Did they discuss those risks with
9 you, any risks with you?
10      A.    Yes.
11      Q.    Okay.
12      A.    Yes, because those were the
13 concerns that I brought to them.  I mean, yes,
14 they would discuss the risk of, like any
15 physician would, for any medication.
16      Q.    Which risks, specifically?
17      A.    My concern was with future
18 fertility.  I didn't really have any other
19 concerns, because I knew the effects of the
20 testosterone were the desired effects.
21      Q.    How about voice change?
22            Was that discussed?
23      A.    Yes.  That was discussed as being
24 one of the permanent changes.
25      Q.    Okay.  How about issues of bone

Page 70

1 density?
2            Was that discussed?
3      A.    I don't remember.
4      Q.    Okay.  Are you aware of any risks
5 to bone density as a result of taking
6 testosterone for gender dysphoria?
7      A.    We may have been given information
8 about that, but it probably didn't stick in my
9 mind as cause for alarm if we were given that
10 information.
11            So, yeah, my focus was really on
12 that fertility and wanting to make sure we
13 were making the right decision there.
14      Q.    Okay.  Are you familiar with
15 fertility counseling?
16      A.    Yes.
17      Q.    Were you offered fertility
18 counseling?
19      A.    Yes.
20      Q.    Did you accept fertility
21 counseling?
22      A.    No.
23      Q.    So what is your familiarity with
24 fertility counseling; what does that mean?
25      A.    Well, since we didn't partake in

Page 71

1 it, I don't really have a lot of knowledge
2 about it.  But I did know that they would
3 provide options for M.W. if, you know,
4 fertility was an issue in the future.  And we
5 wanted to make sure that if he decided he did
6 want to give birth, that those options were
7 available.  In the end, that's the extent of
8 my knowledge, however, though, because we did
9 not take that option.
10      Q.    So you're saying that there were
11 options available.
12            What options did you mean, that
13 were explained to you?
14      A.    Fertility counseling.  We did take
15 that option of engaging in fertility
16 counseling.
17      Q.    Okay.  I think you had said -- I'll
18 clarify it.  But I think you had said that
19 there are -- there were options for
20 maintaining fertility as well.
21            Did you say that or no?
22      A.    Oh, no.
23      Q.    No?
24      A.    No, I didn't.  If I did, I didn't
25 intend to.

Page 72

1      Q.    Okay.  Thank you for clarifying.
2      A.    Yeah.
3      Q.    So how long has M.W. been receiving
4 testosterone?
5      A.    I would say about a year.
6      Q.    Were there any alternatives to
7 testosterone that were discussed as a
8 treatment for gender dysphoria?
9      A.    Not alternatives to, but it was
10 discussed as a component of his care.
11      Q.    Okay.  Was psychotherapy ever
12 discussed as a potential supplement to that
13 care?
14      A.    Yes, yes.  Mental healthcare, yeah,
15 absolutely.
16      Q.    What was discussed in terms of
17 psychotherapy?
18      A.    Finding a counselor, building that
19 relationship to work on the symptoms of gender
20 dysphoria, as well as, you know, anything that
21 comes up in the process of transitioning into
22 his authentic self.
23      Q.    Has M.W. ever had a formal mental
24 health exam completed?
25      A.    Yes.  He was --

1      MR. FALK:  I'm going to object just
2   for a second as to what a definition of
3   a "formal mental health exam" is.
4      MR. LANE:  Sure.  I'll clarify.
5   BY MR. LANE:
6      Q.   So a biopsychosocial assessment.
7      A.   Oh, no, no, no.  He took a T.O.V.A.
8   test for his ADD.
9      Q.   Okay.
10     A.   Sorry.
11     Q.   Not a worry.
12     A.   Yeah, I misunderstood.
13     Q.   No, thank you.
14          And if there's any point where you
15   misunderstand a question, just say hey.  Just
16   let me know, and I'm happy to clarify.
17     MR. LANE:  Thank you, Ken, as well,
18   for that.
19   BY MR. LANE:
20     Q.   So we're going to talk a little bit
21   more about, in your declaration you say, in
22   Paragraph 9:  "We were fully" -- "We were
23   informed of its benefits and potential
24   negative side effects."
25          Here you're talking about

1   testosterone hormone therapy, correct?
2      A.   Yes.
3      Q.   Okay.  What were some of the
4   potential negative side effects that you were
5   informed about at Riley?
6      A.   Well, I'm sure that we were
7   informed about any that they know exist.  My
8   focus, and the one I remember, which was my
9   concern, was the issue of fertility.
10     Q.   Did you follow up with physicians
11   after some of these appointments?
12     A.   I did.  I did.  I asked for a
13   follow-up conversation, just to get more
14   information and reassurance before making that
15   decision, which I received.
16     Q.   Reassurance of what in particular?
17     A.   That while the risk exists, I had
18   enough information to assess that the benefits
19   would outweigh any potential risks of negative
20   side effects.
21     Q.   Talk me through some of your
22   thinking on maybe even a granular level, if
23   you can, as to what those risks are and how
24   you balance that out with the benefits that
25   you believed you would see?

1      A.   Well, the possibility that
2   fertility could be affected, but not the
3   guarantee, allayed my fears.  The fact that my
4   son has always expressed that he never wishes
5   to experience a pregnancy, and does not want
6   to give birth to a child, and has expressed
7   interest in adopting a child somewhere much,
8   much later down the road, all were factors in
9   contributing to our family's decision that
10  ultimately, the then-potential benefits
11  outweighed the risks.
12     Q.   Were there any unknowns that were
13  discussed with you about testosterone
14  treatment for M.W.?
15     A.   No.
16     Q.   Did you ever feel like treatment
17  was moving too quickly?
18     A.   Yes, when I had that one let's pump
19  the brakes conversation.  I just needed to be
20  sure.  But not since then, no.
21     Q.   Okay.  Let's talk about that.
22          What was the "let's pump the brakes
23  conversation," as you call it?
24          Walk me through what that looked
25  like.

1      A.   Sure.  I talked about it before,
2   where I was not making the right comparison
3   between my son's certainty of who he was with
4   what I was certain of when I was that age, of
5   those being two totally disparate things.
6          But I was still functioning in that
7   space, just because that's where I was in my
8   education as a parent of a transgender teen.
9      Q.   Sure.  In terms of certainty that
10  M.W. had, in terms of where M.W. was --
11     A.   Uh-huh.
12     Q.   -- what made you sure that M.W. was
13  sure, in terms of certainty that M.W.
14  identifies as a boy?
15     A.   His persistence, some hindsight,
16  looking back on the things that we discussed
17  earlier from his earlier childhood, how this
18  was not necessarily a drastic change at all.
19          The fact that he was willing to
20  give himself weekly injections into his
21  stomach in order to achieve the results that
22  he did through testosterone.
23          Learning more about transgender
24  young people, how there's not one path.  Not
25  everybody says, I'm actually this gender, when

1  they're three or seven or 13 --
2        Q.   Can someone --
3        A.   -- that everyone's path is very
4  different.
5              So yeah, those were all -- those
6  were all factors in kind of getting me caught
7  up with where everyone else was.
8        Q.   Can someone be certain of their
9  gender at three?
10             MR. FALK:  Objection.
11             If you know.
12       A.   I don't think I'm -- I think it's
13  possible.
14  BY MR. LANE:
15       Q.   Was M.W. certain of M.W.'s gender
16  at three?
17       A.   I think so.
18       Q.   What's the basis for that?
19       A.   Because who he has been at his core
20  has always been consistent.  It is his
21  language that has changed and his
22  understanding of how to express it that has
23  changed.
24       Q.   Okay.  Are you looking at anything
25  in particular that M.W. said around the age of

1  three, four, that you could point to and say,
2  this is how I am certain that M.W. was certain
3  about gender identity?
4        A.   No, gender wasn't really discussed.
5  He was just a kid doing kid stuff.  Wasn't
6  really interested in that.  Once gender
7  started to become more of a factor, as puberty
8  approaches, those were the conversations that
9  I saw evolving.  Never the certainty, only the
10  accuracy of the language that he was equipped
11  with to use.
12       Q.   Okay.  So let's talk about that
13  language, because you've said several times
14  that they'll use different -- that M.W. could
15  use different language to describe similar
16  things.
17       A.   Uh-huh.
18       Q.   Why were you so certain with
19  respect to when M.W. was saying, I identify as
20  a boy or I identify as bisexual, that the
21  correct language was being used?
22       A.   Because I asked questions about
23  what he thought that that meant, and that was
24  when the conversations started to change about
25  who he felt he was versus who he thought he

1        was attracted to, that language surrounding
2  orientation versus gender identity -- excuse
3  me -- sexual orientation versus gender
4  identity.
5        Q.   Would you say that your own
6  understanding of sexual orientation and gender
7  identity has gotten a bit more advanced as
8  you've learned more about these things?
9        A.   Yeah, I think so.
10       Q.   What resources have you consulted
11  to better understand sexual orientation and
12  gender identity?
13       A.   Just, again, I don't have the
14  bibliography, but it was just looking at
15  things, you know, online.  You know, we bought
16  some books that I haven't cracked yet.  But --
17       Q.   Thanks.
18       A.   Yeah.  Just Google is your friend,
19  you know, learning about what other people
20  have experienced, you know, where other people
21  lie on that spectrum.
22       Q.   Are you certain that you're using
23  the right language now to discuss gender
24  identity, sexual orientation, gender
25  dysphoria?

1        A.   Fairly, yes.  I worry so much about
2  saying "dysphoria" or "dysmorphia" instead of
3  "dysphoria," but I mean "dysphoria."  It's
4  just a thing I have to consciously think about
5  every time and will probably use the wrong
6  word, but I never mean to.
7        Q.   So when you say fairly certain, is
8  it only to that extent, or is it -- do you
9  have some doubts about some of the language
10  that's being used to determine gender
11  dysphoria, sexual orientation, how those are
12  understood?
13       A.   Oh, no, no, I feel certain about
14  that.  I just may misspeak.
15       Q.   Oh, okay.  Thanks.
16       A.   Yeah.  Sorry.
17       Q.   So will M.W. continue to receive
18  hormones in the future?
19       A.   Yes.
20       Q.   For how long?
21       A.   Well, I suppose that's what this is
22  going to determine, but I assume for the rest
23  of his life.
24       Q.   Okay.  Let's talk a little bit
25  about the second mental health therapist.

Page 81

1  It's my understanding there's two; is that
2  correct?
3      A.  Yes.
4      Q.  So we have a second mental health
5  therapist.  When did that therapist start
6  seeing M.W.?
7      A.  About a year ago, a little less
8  than a year.
9      Q.  Okay.
10     A.  Yeah, it's been almost a year, I
11 think.
12     Q.  And is this the same mental health
13 therapist that's being discussed in Paragraph
14 10 of your declaration here?  This is down --
15     A.  Yes.
16     Q.  Okay.  Excellent.  How did you
17 decide on this provider?
18     A.  I was provided a list of possible
19 providers in different settings from
20 GenderNexus, and I visited all of their
21 websites, you know, and you eliminate the ones
22 that aren't currently taking patients, and you
23 look at ones that seem like they might be a
24 good fit, and I reached out to them, and we
25 got very lucky.  We have a wonderful

Page 82

1  counselor.
2      Q.  Is GenderNexus a gender-affirming
3  organization?
4      A.  Yes.
5      Q.  And was there anybody on the list
6  of counselors that was not a gender-affirming
7  counselor?
8      A.  I don't know.  I only contacted a
9  few offices, and I had only spoke extensively
10 with one, which is the one that we currently
11 utilize.
12     Q.  Okay.  What questions did you ask
13 in that vetting process to decide which
14 provider you would visit?
15     A.  If there was -- well, I was looking
16 for someone who specialized in the teens and
17 adolescents.  Someone who had experience with
18 or, you know, LGBTQ youth, anxiety and
19 depression, gender dysphoria, you know, all
20 the things that we were dealing with.
21     Q.  Okay.  And who is this provider?
22     A.  Brave Life Therapy.
23     Q.  I know you had mentioned earlier
24 that you engage in mindfulness, and that you
25 also struggle sometimes with anxiety and

Page 83

1  depression; is that correct?
2      A.  Anxiety.
3      Q.  Anxiety, my apologies.
4          Have you ever contacted Brave Life
5  regarding potential help for yourself?
6      A.  No.  But regarding the stress that
7  we're undergoing right now because of this
8  law, M.W.'s therapist touched base with us and
9  offered to meet with Ryan and I to kind of
10 unpack the additional distress that this is
11 causing our family.
12     Q.  Okay.  So with that, let's
13 introduce Exhibit Number 5.
14         (Exhibit 5 marked for
15         identification.)
16         MR. FALK:  This I don't have a copy
17     of.  I probably do have a copy of it.
18         MR. LANE:  Does everyone have a
19     copy now?
20         MR. FALK:  Thank you.
21 BY MR. LANE:
22     Q.  Are you familiar with these emails?
23     A.  Yes.
24     Q.  Okay.  So if we flip over and we
25 see an email that you sent.  That's Wednesday,

Page 84

1  March 8, 2023, 2:00 p.m.?
2      A.  Yes.
3      Q.  You say towards the bottom, and I
4  quote:  "I or we will get something scheduled
5  with the colleagues you recommended," and then
6  a little later on you say:  "We are open to
7  all options."
8      A.  Uh-huh.
9      Q.  What are you talking about there?
10     A.  Oh, at that time, I was questioning
11 whether she was saying -- she recommended that
12 we all be seen together as a family, as a
13 couple, or as individuals.  So I was just
14 saying, I don't know what exactly what you're
15 recommending, but I'm open --
16     Q.  Okay.
17     A.  -- to any of those.
18     Q.  Have you scheduled anything with
19 them --
20     A.  No.
21     Q.  -- as far as a family?
22     A.  No.  We've been immersed in this.
23     Q.  Let's move over back to your
24 declaration again.
25     A.  Okay.

Page 85

1    Q.    And we're done with the emails for
2  now.
3          Let's look at Paragraph 12 of the
4  declaration.  That appears on page ID 264 on
5  the record.
6    A.    Yes.
7    Q.    So there you say, and I quote:
8  "The positive changes in M.W. since he has
9  begun to receive testosterone are profound."
10         Do you see where it says that?
11   A.    Yes.
12   Q.    Talk me through some of those
13 positive changes.
14   A.    There's a light in his eyes.  He is
15 energetic, except when he's not.  He's 16.
16 He's fun, he's funny, he's social, he's
17 excited about the future.  He's a lot of
18 things besides transgender.
19         And when he gets his affirming
20 care, that becomes less of a factor, less of a
21 preoccupation, and all these other things can
22 come out.  He can start thinking about his
23 future.  He can start thinking about things
24 he's passionate about, like art and
25 photography and pop culture.

Page 86

1          He hangs out with us, he jokes with
2  us, he rolls his eyes at us, all the things
3  that you want to see when someone is full of
4  life and happy and healthy.
5    Q.    Okay.  Have you observed anything
6  that helps you to isolate the testosterone
7  treatment as the cause for the positive
8  changes as opposed to the mental health
9  therapy with the therapist he just started
10 seeing?
11   A.    Yes.  Okay.  Well, he very
12 excitedly shows, like, the advancements in his
13 facial hair.  He'll lift up his shirt a
14 little, show me the hair that's growing on his
15 stomach, his leg hair, all those affirming
16 things that are making him feel more like who
17 he is, he gets very excited about.
18   Q.    Is that all?
19   A.    His voice.  All the changes that
20 testosterone have brought about have been
21 received very, very well with a lot of
22 excitement, relief, finally feeling a little
23 bit more comfortable, a little bit more at
24 home in his own skin.
25   Q.    At the time you observed these

Page 87

1  changes, how old was M.W.?
2    A.    15.
3    Q.    15?
4    A.    When he began receiving the
5  testosterone, yes.
6    Q.    How long after testosterone before
7  these changes appeared?
8    A.    It takes a few months for things to
9  start happening.  I think it was within a
10 couple of months, two months, maybe even less
11 than that when his voice started to change,
12 and he was really excited about that.  And
13 just things have gradually unfolded during the
14 course of his treatment.  It's been pretty
15 consistent since about two months after he
16 started.
17   Q.    So here on Paragraph 17 of your
18 declaration -- this is at page ID 265.
19   A.    Uh-huh.
20   Q.    You and your husband say:  "The
21 hormones are a medical necessity for him."
22         What does "medical necessity" mean
23 to you?
24   A.    That means it is essential to
25 maintain his health and well-being, mentally,

Page 88

1  physically, and emotionally.
2    Q.    And what is that based on?
3    A.    That's just based on my common
4  knowledge for why we would seek any medical
5  treatment.
6    Q.    Does M.W. ever use E-cigarettes?
7    A.    No.
8    Q.    Has M.W. ever vaped?
9    A.    No.
10   Q.    Has M.W. ever used nicotine?
11   A.    No.
12        MR. LANE:  All right.  Let's take a
13 quick five-minute break now, if that's
14 all right.
15        THE WITNESS:  Yeah.
16        MR. LANE:  And we will resume
17 around -- well, like 1:48.  How's that?
18        THE WITNESS:  Okay.
19        (A recess was taken between
20 1:42 p.m. and 1:49 p.m.)
21 BY MR. LANE:
22   Q.    So, Ms. Welch, I want to go back to
23 our discussion about cross-sex hormones -- or
24 as we discussed it, testosterone supplements
25 for M.W.

Page 89

1      Did M.W. ever have any reservations
2  about taking testosterone?
3      A.    Zero.
4      Q.    How was testosterone initially
5  administered to M.W.?
6      A.    Injection.
7      Q.    Is M.W. still taking injection
8  testosterone?
9      A.    He is not.
10     Q.    Why not?
11     A.    He was having a reaction, which
12 happens from time to time, to the agent that
13 is -- it's called an agent.  It makes the
14 testosterone injectable.  It is, you know,
15 whatever that is.  And at the injection site,
16 it can cause irritation, much like an allergic
17 reaction, like a hive.
18            We continued treatment after
19 checking in on that and making sure that
20 everything was okay.  And making sure that,
21 you know, no more severe symptoms were
22 happening because of it.  And the doctor said,
23 keep an eye on it, we'll continue because
24 sometimes that resolves on its own.
25            When it became apparent that that

Page 90

1  was not going to resolve on its own, it was
2  going to continue to be an irritation, even
3  though it had not gotten more or less severe,
4  we opted to go with the gel and just do away
5  with that problem.
6      Q.    Okay.  So the side effects to the
7  injection of testosterone, were those
8  discussed with you during the consultations
9  about starting testosterone?
10     A.    I believe so, yes.
11     Q.    And how long has M.W. been using
12 the gel testosterone application?
13     A.    At least four months.
14     Q.    Okay.
15     A.    Probably more between four and
16 six months.
17     Q.    Have there been any side effects to
18 the gel application?
19     A.    No, not that I'm aware of.
20     Q.    You also mentioned, with respect to
21 social media, that you monitor some of his
22 apps?
23     A.    Uh-huh.
24     Q.    Do you know if M.W. follows any
25 transgender influencers?

Page 91

1      A.    No.
2            MR. FALK:  I'm sorry, was the
3      answer no, you don't know that he
4      follows any transgender influencers, or
5      was your answer that he does not follow
6      any transgender influencers?
7            THE WITNESS:  No, I don't know if
8      he follows any transgender influencers.
9  BY MR. LANE:
10     Q.    So are you familiar at all with
11 gender transition surgeries?
12     A.    Yes.
13     Q.    In what ways?
14     A.    I think I know the basics of what
15 they entail, what their purpose is, to
16 continue someone's gender-affirming care and
17 to continue to assist in that alignment with
18 gender identity and outward appearance.
19     Q.    Are you considering any surgeries
20 at this time for M.W.?
21     A.    Not at this time.  We are in an
22 information-gathering stage now.  I'm
23 probably, once again, moving at the pace that
24 an impatient 16-year-old would rather me not
25 move at.  I have initiated a conversation with

Page 92

1  our physician to get a referral for a
2  consultation.  So I am in the stage now where
3  I'm putting together my questions.
4      Q.    Okay.  You say "an impatient
5  16-year-old."
6            By that you mean M.W.?
7      A.    Yes.
8      Q.    Does M.W. want the gender-affirming
9  surgery at some point?
10     A.    Yes.
11     Q.    Which specific gender-affirming
12 surgery?
13     A.    He's interested in what's called
14 top surgery, which is the removal of the
15 breast tissue to make the chest area appear
16 more like what you would see in a typical
17 male.
18     Q.    Okay.  And when does M.W. want top
19 surgery?
20     A.    Again, I think that he would want
21 it sooner rather than later.  However, those
22 surgeries, to my knowledge, don't occur in
23 Indiana until you are past the age of 18.
24     Q.    Okay.  Do you have any concerns
25 about top surgery as you do information

Page 93

1  gathering?
2      A.   Not at this time.  I'm at the stage
3  where I don't know what I don't know.  So I'm
4  probably going to find out more about it.
5          I'm aware of it, just like I'm
6  aware of an appendectomy.  But I haven't
7  really done a deep dive into, you know, what
8  would be of particular concern for me, that
9  would formulate the questions that I would
10  want to ask the physician.
11      Q.   Do you think a top surgery is
12  similar to an appendectomy?
13      A.   No.  I don't.  I mean, they are
14  both surgical procedures that are done for
15  different reasons.  But my knowledge of both
16  is the same at this point.
17      Q.   Okay.  So you said you were seeking
18  a consultation at this time --
19      A.   Yes.
20      Q.   -- for surgery?
21          Specifically a top surgery; is that
22  correct?
23      A.   Yes, correct.
24      Q.   Talk me through that process for
25  how you're seeking that referral for a

Page 94

1  consultation?
2      A.   Well, not much has happened.  It's
3  just really begun.  I got back in contact with
4  the physician at the gender clinic and just
5  said, you know, this is something that my son
6  is interested in, I am not going to be making
7  any decisions about that until I get more
8  information, so I wanted to contact you first
9  to see where I should best go to get that
10  information.
11      Q.   Are there any specific questions
12  about top surgery that you'd like answered?
13      A.   I'm sure there will be.  Like I
14  said, right now I don't know what I don't
15  know.
16          So I asked to be able to talk to
17  somebody who performs those surgeries on
18  people who are over the age of 18.  And by
19  that time I'm hoping to have a list of
20  questions that I can get answered.
21      Q.   Are you aware of any risks to the
22  surgery?
23      A.   No risks that are not present with
24  any other surgery.  You know, when you go
25  under a general anesthetic, you can get an

Page 95

1  infection.
2      Q.   Is top surgery reversible?
3      A.   Cosmetically, maybe?
4          Obviously, physically, no.
5          Whether it's reversible
6  cosmetically, I don't know.  That would
7  actually be a very good question to ask.
8      Q.   Would M.W. be able to nurse a child
9  on breast milk after top surgery?
10      A.   I do not know.
11          I believe so, because I do believe
12  that there are transgender men who have had
13  top surgery who have breast-fed.  But I don't
14  know enough about that.
15      Q.   Okay.
16      A.   Again, what we're talking about
17  here is I've had a single phone call saying I
18  would like to get more information.
19      Q.   Okay.  Is there any date set for a
20  surgery?
21      A.   No, oh, no.
22          There's no date set even for the
23  question and answer consultation.
24      Q.   Does M.W. have any interest in any
25  other kinds of surgery?

Page 96

1          Genital surgery, for instance?
2      A.   Not at this time.
3      Q.   Okay.
4      A.   Not that he's expressed to me.
5      Q.   Have you had any conversations with
6  M.W. beyond top surgery, general surgery of
7  any variety?
8      A.   No.
9      Q.   Okay.  Has M.W. received any
10  consultation -- I mean, I know you haven't.
11  But has M.W. received any consultation with
12  respect to a surgery of any kind?
13      A.   No.
14      Q.   Are you aware of any alternative
15  treatments that may help with gender dysphoria
16  for M.W.?
17      A.   Alternative treatments to
18  testosterone or alternative treatments to his
19  entire care plan?
20      Q.   Let's start with testosterone in
21  particular.
22      A.   No.  I don't know any other
23  treatment that can produce the gender aligning
24  results that testosterone provides.
25      Q.   When you say "gender aligning

Page 97

1  results," do you mean physical results
2  exclusively, secondary sex characteristics?
3          What do you mean when you say that?
4      A.   Those physical traits and secondary
5  sex characteristics, yes, absolutely.
6      Q.   Okay.  How about primary sex
7  characteristics?
8          And by "primary sex
9  characteristics," I obviously mean the ability
10  to, for instance, for a natal male to father a
11  child with biologically-produced semen with
12  male gametes from that individual; and by
13  contrast, a natal female to produce ovum.
14          Is that an issue at all for M.W.?
15      MR. FALK:  Just to clarify, you had
16      started off asking if there was
17      alternative treatments to transgender,
18      for a transgender person, other than
19      hormones.  And now you asked -- are you
20      saying that's an alternative treatment?
21      I'm confused about your question.
22      I apologize.
23      MR. LANE:  Sure, I'll clarify.
24  BY MR. LANE:
25      Q.   So starting with -- let's just go

Page 98

1  back and start with testosterone, then.
2          Were there any -- were there any
3  alternatives to testosterone that were
4  communicated to you, or is it just
5  testosterone?
6      MR. FALK:  And I guess I'll object.
7      The question has been asked and
8      answered, and she has testified that
9      there were alternatives which was the
10      testosterone combined with the therapy
11      that the child has.
12      So I'm not sure what -- I don't
13      know if you're asking, was there
14      anything other than testosterone,
15      because she's testified that, in fact,
16      there is stuff other than testosterone.
17      MR. LANE:  Okay.
18      MR. FALK:  Go ahead.  I'm sorry.
19      THE WITNESS:  It was not discussed
20      that there was another treatment that
21      would produce the results of
22      testosterone.  Testosterone, however, is
23      just a single component of his overall
24      care.
25

Page 99

1  BY MR. LANE:
2      Q.   Okay.  And that testosterone, does
3  that testosterone produce secondary sex
4  characteristics?
5      A.   Yes.
6      Q.   Will it ever produce primary sex
7  characteristics?
8      A.   No.
9      Q.   Would genital surgery or chest
10  surgery or top surgery, as you call it, ever
11  produce primary sex characteristics?
12      A.   No.
13      MR. LANE:  Let's take one more
14      five-minute -- let's do a ten-minute
15      break, and then we'll come back, and
16      we'll tidy up, and we'll be done.
17      THE WITNESS:  Okay.
18      (A recess was taken between
19      2:01 p.m. and 2:09 p.m.)
20  BY MR. LANE:
21      Q.   So let's go and talk more broadly
22  about Senate Enrolled Act 480 and your
23  understanding of that.  Have you had
24  conversations with M.W. about the bill?
25      A.   Yes.  We've had some, you know, try

Page 100

1  to not scare him, but also help him
2  understand, you know, what may happen, why we
3  are challenging this law, and what he can
4  expect his parents to do to protect him.
5      Q.   Okay.  What can he expect?
6      A.   That we're going to fight this law
7  that would devastate our family and disrupt
8  his care that he needs.
9      Q.   Has M.W. been involved with any of
10  the letters that you've written or any of that
11  advocacy?
12      A.   No.
13      Q.   Okay.
14      A.   No.  We've tried to let him focus
15  on friends and school and all that as much as
16  possible.
17      Q.   Certainly.
18          What are some of the worries that
19  you have as a parent over SEA 480?
20      A.   That he will be denied the care
21  that has breathed life into him and that that
22  could all get taken away from him.  That would
23  send him back to his darkest period and worse
24  because he's had a taste of what life could be
25  like when he has that alignment within

Page 101

1 himself. And to rob him of that would be
2 devastating.
3      Q.   Was M.W. at M.W.'s darkest period
4 after social transition or before social
5 transition?
6      A.   Before social transition. In fact,
7 I will tell you a story.
8           THE WITNESS: Don't be scared, Ken.
9           MR. FALK: I don't scare easy.
10     A.   Once he socially transitioned, but
11 before he started wearing a chest binder, he
12 started dressing more masculine. He had a
13 different haircut that was more masculine.
14           And the three of us went away on a
15 trip to French Lick, and we were in a little
16 cafe during one of his school breaks. And the
17 server thought she had misgendered him and
18 called him young man. I'm sorry.
19           There was a smile on his face over
20 her supposed mistake I hadn't seen in years.
21 He just lit up like a firefly. And that's
22 when I knew that we were going to keep going.
23 Not as fast as he wanted to, but we were going
24 to keep going to make sure that I could
25 continue to see that smile.

Page 102

1 BY MR. LANE:
2      Q.   Okay.
3      A.   And I did. And it grew more and
4 more and more as we continued to put all of
5 these different components of care.
6           It's not just the therapy. It's
7 not just the testosterone. It's not just any
8 one component. It is all an overarching care
9 plan that helps him become himself.
10           That will go away if we remove any
11 component of this care. This law is going
12 after the specific component. If it was going
13 after another component, we would be fighting
14 that too. Because it's all necessary to keep
15 that smile on his face.
16     Q.   Will M.W. stop socially
17 transitioning if the plaintiffs lose the
18 lawsuit?
19     A.   No.
20     Q.   Did you understand each question?
21     A.   I did.
22     Q.   Do you have any need to correct any
23 of your answers?
24     A.   I do.
25     Q.   Okay.

Page 103

1      A.   I do. I believe that I said that
2 we were pursuing a gender marker change. If I
3 did, that was incorrect because we were
4 discussing gender marker change and name
5 change at the same time, and I meant name
6 change.
7      Q.   Okay.
8      A.   Yeah.
9      Q.   Why would you not pursue a gender
10 marker change at this time?
11     A.   Well, the Supreme Court in the
12 State of Indiana refused to hear the cases
13 that would have given judicial guidance on
14 granting gender marker changes.
15           So there's a lot of judicial
16 confusion surrounding whether or not the
17 courts can grant a gender marker change or if
18 it has to come -- if that has to be made
19 possible through the general assembly.
20           We don't really need it for
21 anything that he needs right now. So the next
22 part of his gender-affirming care is to make
23 sure that his identification reflects his name
24 and gender. So we are pursuing making those
25 changes there.

Page 104

1      Q.   Okay. So would you wait until
2 after there was judicial guidance before you
3 pursued a -- if there is any at all -- before
4 you pursued any gender marker changes?
5      A.   I suppose -- so no, not
6 necessarily. If we get everything else taken
7 care of -- again, I'm prioritizing. If we get
8 all these things taken care of, and I still
9 have the spoons to pursue that afterwards,
10 then I would do so. Not necessarily -- if
11 circumstances right now didn't change, and I
12 got everything else done, I would probably go
13 ahead and do that.
14     Q.   Do you have any concerns, given
15 M.W.'s age at this point, in making a legal
16 decision about the name?
17     A.   No.
18     Q.   And for the gender marker?
19     A.   No.
20     Q.   Okay.
21     A.   None.
22           MR. LANE: All right. Well, thank
23 you so much, Ms. Welch, for your time.
24 That's all the state has.
25           MR. FALK: I have no questions.

Page 105

1  We'll take signature.

2       (Time noted:  2:16 p.m.)

3

4       FURTHER THE DEPONENT SAITH NOT.

5

6       (Signature requested.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 107

1  CERTIFICATE OF CERTIFIED MACHINE STENOGRAPHER
       I, Amy Doman, Registered Merit Reporter,
2  Certified Realtime Reporter, Certified
   Shorthand Reporter in the states of
3  California, Texas, Illinois, and Washington,
   and Notary Public in and for the County of
4  Hamilton, State of Indiana, do hereby certify
   that LISA WELCH, the deponent herein, was by
5  me first duly sworn to tell the truth in the
   aforementioned matter;
6       That the foregoing deposition was taken on
   behalf of the Defendants, on Wednesday,
7  May 24, 2023, pursuant to the Federal Rules of
   Civil Procedure;
8       That said deposition was taken down by me,
   a certified machine stenographer, in
9  stenographic notes translated in realtime to
   English; the final transcript prepared and
10 certified by me as a true and accurate record
   of all proceedings held on the record; that
11 the opportunity to review and sign was
   requested; that counsel and all in attendance,
12 both in person and remotely, have been noted
   on the appearance page.
13      I do further certify that I am a
   disinterested person in this cause of action;
14 that I am not a relative or attorney of either
   party or otherwise interested in the event of
15 this action, financial or otherwise; that I am
   not in the employ of the attorneys for any
16 party; that I, as an independent contractor,
   have not accepted nor been advised of any
17 discounted rates offered to any party in this
   action for my stenographic services;
18      In witness whereof, I have hereunto set my
   hand and affixed my notarial seal on this
19 completed 107-page transcript on this 25th of
   May, 2023.
20
21                 Amy Doman, RMR, CRR, CSR
                   California CSR Number 14465
22                 Texas CSR Number 6203
                   Illinois CSR Number 084004926
23                 Washington CSR Number 22031067
                   Notary Public NE0705866
24                 My Commission Expires:
                        September 30, 2025
25                 Residing in Hamilton County, Indiana

Page 106

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF INDIANA

3               INDIANAPOLIS DIVISION

4          CAUSE NO. 1:23-cv-00595-JPH-KMB

5   K.C., et al.,              )

6          Plaintiffs,         )

7          -v-                 )

8   THE INDIVIDUAL MEMBERS OF  )

9   THE MEDICAL LICENSING BOARD )

10  OF INDIANA, in their       )

11  official capacities, et    )

12  al.,                       )

13       Defendants.           )

14       JOB NUMBER:  181678

15    I, LISA WELCH, state that I have read the

16  foregoing transcript of the testimony give by

17  me at my deposition on May 24, 2023, and that

18  said transcript constitutes a true and correct

19  record of the testimony given by me at said

20  deposition except as I have so indicated on

21  the errata sheets provided herein.

22  _____

            LISA WELCH

23

24       STEWART RICHARDSON & ASSOCIATES

         Registered Professional Reporters

25              (800)869-0873

Index: $13..advocacy

---

**Exhibits**

**Lisa Welch Ex 01**  4:8 7:16,17,20

**Lisa Welch Ex 02**  4:9 8:3,4

**Lisa Welch Ex 03**  4:10 8:18,19,20

**Lisa Welch Ex 04**  4:11 12:7,9 35:15

**Lisa Welch Ex 05**  4:13 83:13,14

---

**$**

**$13**  13:20

---

**1**

**1**  7:17,20

**10**  81:14

**100**  68:12

**11**  36:12

**11:58**  5:1

**12**  23:20 29:20 33:1 36:12 85:3

**13**  29:22 33:1 77:1

**14**  25:24 40:1

**15**  87:2,3

**16**  31:11,12,24 54:13 85:15

**16-year-old**  28:17 91:24 92:5

**17**  87:17

**18**  92:23 94:18

**1:02**  63:17

**1:13**  63:17

**1:42**  88:20

**1:48**  88:17

**1:49**  88:20

---

**2**

**2**  8:3,4

**20**  13:13 19:4

**2023**  11:20 14:17 84:1

---

**264**  85:4

**265**  12:18 87:18

**2:00**  84:1

**2:01**  99:19

**2:09**  99:19

**2:16**  105:2

---

**3**

**3**  8:19,20 35:19 36:1

---

**4**

**4**  12:7,9 35:15 39:25 40:5

**480**  8:16 9:1,11 11:4 18:18 99:22 100:19

**49**  13:3

---

**5**

**5**  83:13,14

---

**7**

**7**  42:20

---

**8**

**8**  84:1

---

**9**

**9**  73:22

---

**A**

**A**  63:16 88:19 99:18

**a.m.**  5:1

**ability**  6:2 97:9

**able**  34:22 38:18 44:2,17 45:21 59:16 61:25 67:2 94:16 95:8

**about**  9:2,4,9 10:20 13:21 17:8 20:22 21:7 22:13,18 23:12,17,21,23 24:5,9,17,23 29:23 30:10,18 31:4 34:17 41:12,14 42:5,10 43:1,3,9

44:17 46:1 47:15 48:1 49:5,6,16,18 51:6 53:3,7,21 54:18 55:1,18,19 56:8,25 57:2,6,12,13,17 58:14,23,25 60:2,5 61:18,24 62:10 63:20 65:5 66:12,18,20 69:21,25 70:8 71:2 72:5 73:21,25 74:5,7 75:13,21 76:1,23 78:3,12,22,24 79:8,19 80:1,4,9,13, 25 81:7 84:9 85:17,22,23,24 86:17, 20 87:12,15 88:23 89:2 90:9 92:25 93:4 94:7,12 95:14,16 97:6,21 99:22,24 104:16

**absolutely**  11:23 72:15 97:5

**accept**  24:8 70:20

**acceptable**  65:19

**acceptance**  26:18

**accepted**  48:6

**accepting**  24:21 48:8

**accounts**  28:15

**accuracy**  78:10

**accurate**  12:23

**achieve**  76:21

**ACLU**  11:7 12:5

**Act**  99:22

**action**  42:3 55:6

**actions**  11:1

**activities**  36:19 38:22 59:21

**actually**  7:13 25:9 43:2 45:20 48:19 76:25 95:7

**ADD**  16:17 33:23 34:9,15 66:6 73:8

**additional**  23:5 32:6 34:7 53:2 83:10

**address**  48:16 59:5

**addressing**  41:24 58:12 64:12

**adhere**  34:22

**administered**  89:5

**adolescents**  82:17

**adopting**  75:7

**advanced**  20:6 79:7

**advancements**  86:12

**advice**  20:10

**advocacy**  100:11

**Affairs** 14:20

**affect** 48:10

**affected** 18:15 55:2 75:2

**affecting** 18:15

**affirmed** 67:1,3

**affirming** 48:20 50:2 85:19 86:15

**after** 24:5 27:2 31:5,16,17,18,23 32:1 43:21,23 44:22,23 51:12 52:14 57:22 59:22 60:20 68:6 74:11 87:6, 15 89:18 95:9 101:4 102:12,13 104:2

**afterwards** 104:9

**again** 12:17 22:2 29:25 38:1 42:15 62:4 79:13 84:24 91:23 92:20 95:16 104:7

**age** 21:24 23:5 30:8 31:24 53:21 54:4,8 63:2,8 76:4 77:25 92:23 94:18 104:15

**age-appropriate** 21:15

**agent** 89:12,13

**ago** 42:10,12 81:7

**agreed** 5:14 40:18

**ahead** 98:18 104:13

**alarm** 70:9

**alarmed** 11:17

**aligned** 59:12

**aligning** 96:23,25

**alignment** 91:17 100:25

**all** 7:5 8:25 12:6 18:9,20 19:10 21:22 25:25 27:21 32:20 38:5 40:17 47:24 51:8 57:2 63:13 64:24 66:19 75:8 76:18 77:5,6 81:20 82:19 84:7,12 85:21 86:2,15,18,19 88:12,14 91:10 97:14 100:15,22 102:4,8,14 104:3,8, 22,24

**allay** 53:3

**allayed** 54:16,19 75:3

**allergic** 89:16

**alley** 13:13

**almost** 81:10

**already** 37:7 44:24 57:14 59:2,9

**also** 9:18 14:1 38:21 41:20 48:9 50:1 57:23 82:25 90:20 100:1

**alternative** 96:14,17,18 97:17,20

**alternatives** 72:6,9 98:3,9

**although** 57:7

**always** 26:25 30:9 62:3 75:4 77:20

**am** 13:3 15:18 53:17 78:2 92:2 94:6

**American** 14:20

**amiable** 31:4

**an** 5:8 20:11 36:3 43:4 48:18 49:7 53:2 60:14 61:11 62:23 71:4 83:25 89:13,16,23 90:2 91:21,24 92:4 93:6,12 94:25 97:14,20 102:8

**and** 6:2,7 7:8,19 8:13,18 9:13,17 10:7,10,16 11:1,3,15 12:17 13:4,24 14:2 15:8,11,13,14,16,19 17:4,6,16 18:13,19,23,25 19:8,22 20:5,10,23, 25 21:14,20,21 22:2,3,5,15,17 23:5, 13,21 24:1,6,8,15,21 25:19 26:5,25 27:23 28:1,2,16 30:13,18,19 31:4,8, 19 33:6,15 34:8,9,11,15 35:14,19, 20,22,23 36:13,19 37:20 38:7,10,15, 20,22 40:1,2,12,13,14,16,18 41:3,15 42:3,13,17,18,20,22 43:6,8,25 44:10,11,20 45:14 47:10,18 48:1,3, 9,11,14,15,19 49:10,18 50:1,20,21, 25 52:4,5,24,25 53:5,11,25 54:1,2,7, 10,13,15 55:5,13,17,19,22,23 56:1, 8,12,15,19 57:16,19 58:4,13,16,17, 18 59:2,3,10,14 60:9 61:9 62:1,17, 21 63:2,17 64:10 65:1 66:2,3,16,25 67:3,6,9,10,17 68:3,23 70:12 71:4 73:14,16,23 74:8,14,23 75:5,6 77:21 78:1,23 79:6,11 80:5 81:12,20,21, 22,24 82:5,9,16,18,21,24,25 83:8,9, 24 84:3,5 85:1,7,19,21,24,25 86:4 87:12,20,25 88:1,2,16,20 89:15,19, 20,22 90:4,11,15 91:16,18 92:18 94:4,18 95:23 97:4,8,12,19 98:1,6,7, 8 99:2,15,16,19,21,22 100:3,7,15, 21,23 101:1,14,15,16,17,21 102:3,4 103:4,5,24 104:8,11,13,18

**and/or** 57:1

**anesthetic** 94:25

**another** 98:20 102:13

**answer** 6:1,20 7:3 23:12 57:14 91:3, 5 95:23

**answered** 47:18 94:12,20 98:8

**answers** 6:2,12 102:23

**Anticipating** 11:5

**anxieties** 48:1,3

**anxiety** 16:12,20 17:7 18:5,8,13 33:15,17 35:23 36:13 38:10 39:18 41:1,5 55:22 56:1,8,12,19,21 64:10 66:5 82:18,25 83:2,3

**any** 5:15 6:19,20,24 7:2 9:6 10:25 14:7,22,25 16:24 17:23 18:5,18 20:10 21:3,8 26:8 27:11 28:20 31:24 34:1,19 36:23 43:14 47:8 55:19 58:6 59:14,18 60:8,12 62:15 64:19 66:21 69:9,14,15,18 70:4 72:6 73:14 74:7, 19 75:12 84:17 88:4 89:1 90:17,24 91:4,6,8,19 92:24 94:7,11,21,24 95:19,24 96:5,7,9,11,12,14,22 98:2 100:9,10 102:7,10,22 104:3,4,14

**anybody** 82:5

**anymore** 34:12

**anyone** 12:1 20:16 44:4

**anything** 7:6 9:16 12:22 14:21 16:13 24:9,22 31:25 38:8 40:23 42:6 62:22 72:20 77:24 84:18 86:5 98:14 103:21

**anywhere** 46:18

**apart** 11:1

**apologies** 83:3

**apologize** 46:15 50:11 97:22

**app** 28:8

**apparent** 89:25

**appear** 7:10 92:15

**appearance** 43:5 91:18

**appeared** 9:14 10:16 87:7

**appears** 85:4

**appendectomy** 93:6,12

**application** 90:12,18

**applications** 27:21

**appointment** 47:1,2,9 52:8,11,14 56:24 61:17,18 66:17 67:9,11,22 68:3,6

**appointments** 61:19 68:10 74:11

**appreciate** 11:23

Index: approach..believe

**approach** 68:18

**approaches** 78:8

**appropriate** 21:24 42:1

**apps** 90:22

**archives** 16:1

**are** 7:13,25 8:11 13:2 14:10,25 15:11 17:14 18:15,18 20:1 21:18 25:5,7,10 28:20 30:8 31:22 34:13 38:24 41:3 49:13,16,18 54:2,8 55:11 56:1 61:3 62:7,16 67:10 70:4,14 71:19 74:23 77:24 79:22 80:11 83:22 84:6,9 85:9 86:16 87:21 91:10,19,21 92:23 93:13,14 94:11,18,21,23 95:12 96:14 97:19 100:3,18 103:24

**area** 25:12 35:2 92:15

**aren't** 48:7 54:12 81:22

**armed** 56:6

**around** 7:18 23:4 36:12 53:11 63:2 77:25 88:17

**arrested** 13:9

**art** 85:24

**articles** 61:2,9

**articulate** 24:20

**as** 5:3,13 6:3 8:15 12:1 15:6,10,15, 21 18:20 19:19 20:20 25:16,19 26:1 28:15 31:16 32:7 33:3 34:10 35:19 37:13 38:9,18 39:14,17,19 40:3,13, 16 42:1,6 44:11 52:17 53:12,16,17 55:3 58:8,10,21 60:17,18 62:13 63:1,4,5 64:12 66:3,5,13 69:23 70:5, 9 71:20 72:7,10,12,20 73:2,17 74:23 75:23 76:8,14 78:7,19,20 79:7 84:12,13,21 86:7,8 88:24 92:25 99:10 100:15,19 101:23 102:4

**Ascension** 46:20

**aside** 58:11

**ask** 5:23 6:11,19,20 82:12 93:10 95:7

**asked** 6:3 44:16 47:7,19 66:20,21 74:12 78:22 94:16 97:19 98:7

**asking** 5:12 97:16 98:13

**assembly** 9:5 103:19

**asserting** 61:24

**assess** 19:19 74:18

**assessment** 73:6

**assigned** 20:25

**assist** 35:2 91:17

**associated** 62:7,17,18

**assume** 6:4 80:22

**at** 6:19 9:14 11:6,13,16 12:19 14:24 15:19 20:25 21:5,6 22:10 24:12 25:20,21 27:16 29:18 31:3,9,24 33:14 35:18 36:13,24 37:16 40:1 42:17,23 43:11 44:19,23 45:16 46:21 47:1 52:8 53:21 54:1,9,13,21 55:4,21 56:8,23 57:2,5 58:1,14 60:5, 16 61:1,2,19 64:9 66:17,19 67:7,11, 22 68:5 74:5 76:18 77:9,16,19,24 79:14 81:23 84:10 85:3 86:2,23,25 87:18 89:15 90:13 91:10,20,21,23, 25 92:9 93:2,16,18 94:4 96:2 97:14 101:3 103:5,10 104:3,15

**attend** 26:3,8 41:18 51:25

**attended** 26:10 49:24 51:23

**attention** 17:15

**attorney** 5:9

**attorneys** 7:6 11:25

**attracted** 20:24 79:1

**attribute** 44:14

**attributes** 39:14

**authentic** 62:1 72:22

**autism** 35:4

**available** 71:7,11

**await** 48:1

**awaits** 41:2

**aware** 12:24 15:22 16:2 41:2 44:8, 11 54:14 60:16 70:4 90:19 93:5,6 94:21 96:14

**away** 20:9 65:25 66:21 90:4 100:22 101:14 102:10

**awkwardness** 65:17

---

**B**

**bachelor's** 13:23

**back** 15:25 41:23 45:5 52:7 54:10 55:17 60:13 61:16 62:14 63:19 76:16 84:23 88:22 94:3 98:1 99:15

100:23

**background** 13:1,22 14:22 51:10

**balance** 20:3,4 34:12 74:24

**Ball** 13:24 14:4

**base** 83:8

**based** 19:17 88:2,3

**basically** 10:3,11 37:14

**basics** 91:14

**basis** 60:23 77:18

**be** 5:12,17 6:2,18 10:13 11:5,22 17:4 19:4 26:16 41:6,15,23,24 44:2,7 48:6 53:25 56:13,14 58:20 63:11 75:2,19 77:8 81:23 84:12 90:2 93:8 94:6,13,16 95:7,8 99:16 100:20,24 101:1,8 102:13 103:18

**became** 11:16 89:25

**because** 21:11 24:16 34:21,23 37:13,17 38:22 39:21 41:1 48:7 52:1 55:23,24 57:5 59:12,17 61:23 62:4 64:3 66:7 68:9 69:12,19 71:8 76:7 77:19 78:13,22 83:7 89:22,23 95:11 98:15 100:24 102:14 103:3

**become** 16:2 78:7 102:9

**becomes** 85:20

**been** 5:3 13:9 16:9 17:18 18:12 19:3,6 26:20 28:23 29:3,7,8 31:20 32:25 33:16,19,22,25 34:22 35:3 44:24 46:5,16 61:2,5,17 68:9 70:7 72:3 77:19,20 81:10 84:22 86:20 87:14 90:11,17 98:7 100:9

**beer** 13:12

**before** 5:21 14:18 15:23 19:6 26:9 31:15 39:1 41:16 42:22 43:21 47:13 54:6,7 55:14 56:5 74:14 76:1 87:6 101:4,6,11 104:2,3

**began** 25:24 39:21,22 42:23 87:4

**begin** 42:1

**beginning** 38:15

**begun** 59:2 85:9 94:3

**beholden** 53:20

**being** 7:14 39:1 44:17 53:16,20 55:2 56:6 69:23 76:5 78:21 80:10 81:13

**believe** 19:20,21 23:20 29:8 39:6 44:6 48:23 57:25 59:24 64:17 68:4

90:10 95:11 103:1

**believed** 74:25

**benefits** 59:18 73:23 74:18,24 75:10

**besides** 18:18 33:25 46:18 85:18

**best** 6:1,7 19:23 20:14 33:4,6 55:6 94:9

**better** 14:4 26:17 49:15 79:11

**between** 25:4 37:20 60:8 63:16 76:3 88:19 90:15 99:18

**beyond** 96:6

**biased** 61:14

**bibliography** 79:14

**big** 27:11 51:22

**bill** 9:12,20 10:8 99:24

**bills** 18:9,17

**binder** 42:24 43:3,19 44:22,23 45:9 66:12,13,19 67:4 101:11

**biologically-produced** 97:11

**biology** 44:8,11

**biopsychosocial** 73:6

**birth** 21:1 53:19 62:25 71:6 75:6

**birth-assigned** 35:20

**bisexual** 24:1 78:20

**bisexuality** 24:3

**bit** 10:20 30:13,17,20 32:7 37:7 41:18 43:1 47:15 49:5,22 53:11 66:11 73:20 79:7 80:24 86:23

**blocker** 57:11

**blockers** 57:1,2,4

**bodies** 43:7

**body** 25:5 38:2,14,20 44:2 59:11 65:2,12

**bone** 69:25 70:5

**books** 79:16

**both** 10:22 93:14,15

**bottom** 12:20 84:3

**bought** 79:15

**bowling** 13:13

**boy** 25:15,20 26:1 35:24 40:13,16 53:23 58:10 63:1 76:14 78:20

**boy's** 40:2

**boys** 43:7 62:8,18

**boys'** 40:11

**brakes** 75:19,22

**Brave** 82:22 83:4

**break** 6:19,21 63:12 88:13 99:15

**breaks** 101:16

**breakup** 30:2,5,25 31:2,24

**breakups** 31:4

**breast** 92:15 95:9

**breast-fed** 95:13

**breasts** 43:6

**breathed** 100:21

**briefly** 53:9

**bring** 11:9 12:1 68:23

**broached** 64:18

**broad** 19:15

**broadly** 51:18 99:21

**brought** 8:14 46:5 64:14 69:3,13 86:20

**building** 62:21 64:7 72:18

**bunch** 42:2

**busy** 52:3

**but** 6:18 10:6,14 11:17 16:1 18:20 22:5 23:14,24 26:23 28:17 30:8 31:3,23 32:6 37:8 38:14,18,24 44:21 46:5,6 47:5,25 50:24 51:12,23 53:12 54:9 55:12 56:12,22 58:9 59:24 62:24 64:19 65:19 68:8 70:8 71:2,18 72:9 75:2,20 76:6 79:14,16 80:3,6, 22 83:6 84:15 93:6,15 95:13 96:11 100:1 101:10,23

**by** 5:5 7:22 8:6,22 12:11 14:6 22:22 23:2 26:16 28:1 34:5 39:13 40:8 49:14 50:17 52:23 55:2 56:2,15,18, 20 63:18 67:20 73:5,19 77:14 83:21 88:21 91:9 92:6 94:18 97:8,12,24 99:1,20 102:1

**C**

**cafe** 101:16

**calculus** 20:3

**call** 69:5 75:23 95:17 99:10

**called** 7:11 17:14 37:4 48:19 89:13 92:13 101:18

**came** 18:9 34:11 55:5

**can** 6:13,18 13:21 17:11,16 19:18,24 20:15 22:6 31:5,22 33:4 41:22 45:6 48:10 50:25 55:10 56:9 69:5 74:23 77:2,8 85:21,22,23 89:16 94:20,25 96:23 100:3,5 103:17

**can't** 61:4

**cannot** 6:24 7:2

**capacity** 20:17

**care** 42:17,23 43:8 44:20 45:15,20, 23 46:2,6,7,10,17,21 55:3 64:12 72:10,13 85:20 91:16 96:19 98:24 100:8,20 102:5,8,11 103:22 104:7,8

**career** 26:21

**Cars** 62:20

**case** 69:6

**cases** 103:12

**caught** 77:6

**cause** 70:9 86:7 89:16

**caused** 56:2,15,18,20

**causes** 39:17 58:6

**causing** 65:24 83:11

**cease** 57:8

**ceased** 17:5

**Central** 26:10

**certain** 76:4 77:8,15 78:2,18 79:22 80:7,13

**Certainly** 32:9 100:17

**certainty** 53:17 56:10 76:3,9,13 78:9

**cessation** 55:12

**challenging** 8:15 100:3

**change** 34:13,18 41:8 42:5 64:13 69:21 76:18 78:24 87:11 103:2,4,5,

6,10,17 104:11

**changed** 10:13 34:9,11 41:23 77:21,23

**changes** 27:11 38:7 42:3 65:18,20 69:24 85:8,13 86:8,19 87:1,7 103:14,25 104:4

**characteristics** 97:2,5,7,9 99:4,7, 11

**charge** 13:19

**charged** 13:14

**checked** 18:19

**checking** 89:19

**chest** 42:24 43:3,18 44:22,23 45:9 66:12,19 67:4 92:15 99:9 101:11

**child** 10:4 19:12,18,19,21 20:14 21:16 22:3 23:11 26:15 58:21 60:25 75:6,7 95:8 97:11 98:11

**child's** 5:18 10:5 20:4

**childhood** 27:10 62:11 76:17

**children** 19:8,20,22 51:17,19,21 53:18,19 65:11

**circumstances** 104:11

**clarification** 39:11

**clarify** 6:7 71:18 73:4,16 97:15,23

**clarifying** 72:1

**clear** 22:4 31:8 41:6 47:24 49:2

**clearly** 57:15

**clinic** 45:16 94:4

**close** 27:15

**closer** 14:5

**clothing** 40:11

**coincided** 38:14

**colleagues** 84:5

**combined** 98:10

**come** 23:25 43:9 50:25 54:10 64:8 85:22 99:15 103:18

**comes** 72:21

**comfort** 38:14

**comfortable** 38:20 43:7 45:1 51:6 86:23

**coming** 64:4

**Commission** 14:20

**committee** 9:12,13 10:13,23 18:20

**common** 27:8 88:3

**communicated** 55:9 98:4

**communication** 13:25

**communications** 9:22 14:24

**community** 48:7 49:10 51:18

**comparison** 76:2

**compensated** 7:14

**complaint** 8:10,14

**complete** 56:10

**completed** 72:24

**completely** 48:13 53:21 54:2,9

**complexities** 30:19

**component** 72:10 98:23 102:8,11, 12,13

**components** 102:5

**concern** 69:17 74:9 93:8

**concerning** 35:23

**concerns** 48:1,3,12,15 53:3,5,9,15 54:15,19 67:23 68:2 69:13,19 92:24 104:14

**condition** 36:5,7,8,10

**conditions** 55:20

**confidential** 5:15,17

**confidentiality** 5:19

**confidently** 41:16

**confused** 97:21

**confusing** 24:15

**confusion** 21:3,8 103:16

**Congratulations** 19:5

**connecting** 64:6

**consciously** 80:4

**consciousness** 16:7

**consider** 57:10

**consideration** 19:23

**considering** 91:19

**consistent** 77:20 87:15

**consistently** 40:1

**consult** 45:3,25

**consultation** 17:5 46:6 49:19 92:2 93:18 94:1 95:23 96:10,11

**consultations** 55:16 90:8

**consulted** 43:15,22 46:11 79:10

**consumption** 13:17

**contact** 9:18 94:3,8

**contacted** 11:6 12:5 48:25 82:8 83:4

**contents** 8:11

**context** 21:13,17 22:13 38:9,11 59:1

**continue** 31:5 80:17 89:23 90:2 91:16,17 101:25

**continued** 89:18 102:4

**contrast** 97:13

**contributing** 75:9

**conversation** 21:7,9,24 23:10,15 24:9 53:2 55:18 57:3 64:15,22 74:13 75:19,23 91:25

**conversations** 21:11,15 22:11,18 23:4,6 33:14 40:20,22 41:1 52:20,22 56:7 58:14 60:1 78:8,24 96:5 99:24

**coplaintiff** 18:25

**copy** 8:10 83:16,17,19

**core** 77:19

**corner** 12:18

**corollaries** 66:4

**correct** 8:16 9:24 39:9,12 44:21 45:12,13 65:9 67:10 74:1 78:21 81:2 83:1 93:22,23 102:22

**cosmetically** 95:3,6

**costs** 13:20

**could** 18:10 41:16 45:19 49:21 56:14 63:5 75:2 78:1,14 100:22,24 101:24

**counsel** 7:18 20:7

**counseling** 36:23 70:15,18,21,24 71:14,16

**counselor** 20:16 32:2,9,11,24 33:8,

Index: counselors..documentary

10,12 34:1 72:18 82:1,7

**counselors** 32:17 48:20,25 50:2 82:6

**couple** 61:18 63:20,24 84:13 87:10

**course** 20:10 32:17 55:6 87:14

**court** 5:24 6:3,13 7:19 13:20 103:11

**courts** 103:17

**cracked** 79:16

**crime** 13:14

**cross-sex** 67:7 69:4 88:23

**culture** 85:25

**current** 18:14

**currently** 14:10 20:20 28:24 29:1,3 32:14 35:1 81:22 82:10

**cursorily** 64:20

**cycle** 57:9 58:11

**D**

**daily** 28:3 59:20

**Dame** 14:2

**darkest** 100:23 101:3

**date** 11:11 95:19,22

**day** 28:5,8,10

**deal** 65:20,24

**dealing** 82:20

**decide** 11:9 21:23 44:19 58:22 59:1, 6 81:17 82:13

**decided** 27:1 40:15 64:13 71:5

**decision** 45:1 46:7,10 55:5,15 59:7, 8 67:1 70:13 74:15 75:9 104:16

**decisions** 19:24 53:20 54:6,11,12 94:7

**declaration** 7:8 12:15,23 35:13 42:21 73:21 81:14 84:24 85:4 87:18

**deep** 93:7

**deeply** 48:10 61:24

**defendants** 5:9

**define** 20:11 37:25

**definitely** 11:18

**definition** 26:16 73:2

**degree** 13:23 65:14,15

**denied** 100:20

**density** 70:1,5

**Department** 14:14,16

**DEPONENT** 105:4

**deposition** 5:16,18,21 7:7,10,17

**depositions** 6:18

**depression** 16:15 33:15,20 34:17, 19,21 35:23 36:13 38:11 39:18 55:22 56:2,9,13,20 64:10 66:6 82:19 83:1

**depth** 64:19

**derived** 59:19

**describe** 24:13 47:20 54:24 78:15

**described** 11:2

**designed** 43:5

**desired** 69:20

**determine** 80:10,22

**detransitioned** 60:18

**devastate** 100:7

**devastating** 10:5 101:2

**diagnosed** 16:9,15,17 33:16,19,22 39:1,7 52:12,14,19 67:12

**diagnoses** 34:2

**diagnosis** 34:7 55:19

**diagram** 56:15

**did** 7:6 9:2,6,8,10 10:1,25 11:9,25 14:7,18,21 15:19 17:6 26:8 27:13 29:14,24 31:24 32:23 33:7 36:3,23 39:19 40:17,20 42:9 43:9,18 44:19 45:4,14,17,25 47:2 48:4,11 50:4 51:25 53:18,19 56:23,24 57:1 59:16, 22,24 61:21 62:6 63:2 66:17 67:19 68:16 69:2,3,8 70:20 71:2,5,8,12,14, 21,24 74:10,12 75:16 76:22 81:5,16 82:12 89:1 102:3,20,21 103:3

**didn't** 24:8 37:12 39:7 41:3 42:13 54:10 60:1,5 64:4,5,9,11 69:18 70:8, 25 71:24 104:11

**died** 18:20

**difference** 37:20

**different** 19:25 21:14,18,19,20 22:6, 7,15 38:9 54:2 65:16 77:4 78:14,15 81:19 93:15 101:13 102:5

**differentiate** 39:19

**digesting** 61:3

**direct** 66:4

**director** 14:19

**discomfort** 65:3,13 66:7

**discontinued** 64:2,3

**discover** 24:14

**discuss** 35:22 69:4,8,16 79:23

**discussed** 32:3 33:12 44:4,7 55:20 64:19 66:6 68:3 69:22,23 70:2 72:7, 10,12,16 75:13 76:16 78:4 81:13 88:24 90:8 98:19

**discusses** 35:19

**discussing** 40:23 103:4

**discussion** 88:23

**disorder** 16:10

**disparate** 76:5

**disrupt** 100:7

**distance** 28:18

**distress** 36:5,7,8,10 63:6 65:25 83:10

**distressing** 58:9 59:3,12

**dive** 93:7

**diverse** 26:17

**diving** 42:2

**do** 5:16 6:7,9,14 7:6,23,24 8:7,8,23, 24 12:12,13 13:4 14:7,12,18,21 18:17 20:18,20 21:23 24:24 26:13 27:4,5,6 28:11,13 33:11 35:16,25 37:24 40:6,8 41:5 47:25 49:6 52:18 54:3 56:12 63:12 65:23 66:2 68:4,16 80:8 83:17 85:10 90:4,24 92:24,25 93:11 95:10,11 97:1,3 99:14 100:4 102:22,24 103:1 104:10,13,14

**doctor** 17:5 20:15 89:22

**doctors** 46:16 68:23

**document** 7:23 8:7,23 12:12

**documentary** 49:17

**does** 17:10 22:8 24:25 25:14 26:3,5 27:19,24 28:10,20 34:18 44:8 46:17, 22 70:24 75:5 83:18 87:22 88:6 91:5 92:8,18 95:24 99:2

**doesn't** 41:23 64:24

**doing** 43:11 52:2,3 67:4 78:5

**dolls** 62:20

**don't** 6:5,6,17 11:11 15:25 16:4 18:7 21:21 23:8 24:19 25:9 28:16 44:6, 15,16 46:13,15 47:24 48:23 51:11 52:13 53:24 56:22 57:3,12,25 60:11, 21 67:16,17,18 68:20 70:3 71:1 77:12 79:13 82:8 83:16 84:14 91:3,7 92:22 93:3,13 94:14 95:6,13 96:22 98:12 101:8,9 103:20

**done** 14:3 85:1 93:7,14 99:16 104:12

**doubts** 80:9

**down** 6:13 12:16,19 37:8 39:24 49:14 68:20 75:8 81:14

**drastic** 76:18

**dreams** 20:5

**dresses** 40:2 63:7

**dressing** 40:10 101:12

**drill** 49:14

**drop** 52:4

**drug** 57:17

**drugs** 58:19

**duly** 5:3

**duration** 66:25

**during** 5:16 10:17,18 21:8 32:3 47:5 55:16 87:13 90:8 101:16

**dysmorphia** 37:18,19 80:2

**dysphoria** 36:9 37:10,13,21,23,25 38:7,9,19 39:15 52:11,19,25 55:19, 25 56:2,3,5,16,18,20,22 58:5,7 59:4 60:20 64:14,22 65:6 66:5 67:12,22 70:6 72:8,20 79:25 80:2,3,11 82:19 96:15

---

**E**

---

**E-CIGARETTES** 88:6

**each** 29:12 54:4 102:20

**earlier** 46:1 63:21 76:17 82:23

**early** 22:12 61:11 63:4,9

**easily** 41:23

**easing** 17:7

**easy** 101:9

**educated** 52:24 53:16 55:14

**education** 76:8

**educational** 13:22

**educator** 20:16

**effect** 10:5 34:14,19

**effective** 17:7,18 34:10 60:14

**effectively** 64:11

**effects** 18:5 34:24 41:21 59:15,17, 19 69:19,20 73:24 74:4,20 90:6,17

**eight** 27:18

**either** 17:12 52:15 57:21

**elementary** 22:12 27:14

**eliminate** 81:21

**else** 7:6 9:16 12:1 14:21 16:13 45:3 46:18 77:7 104:6,12

**elsewhere** 13:6

**email** 83:25

**emails** 83:22 85:1

**emotionally** 88:1

**employed** 14:10

**employment** 14:22

**encouraged** 9:17

**encouraging** 11:2

**end** 57:8 64:18 71:7

**ended** 31:6

**energetic** 85:15

**engage** 82:24

**engaging** 20:12 71:15

**English** 13:24

**enjoy** 26:5 36:17

**enough** 11:17 57:12 69:1 74:18 95:14

**Enrolled** 99:22

**entail** 91:15

**entire** 10:6 18:13 26:21 96:19

**entirely** 55:13

**entirety** 56:19

**equating** 53:17

**equipped** 78:10

**especially** 26:14

**essential** 87:24

**etcetera** 50:22

**even** 43:25 62:2 64:20 74:22 87:10 90:2 95:22

**eventually** 24:14

**ever** 5:20 13:9,14 16:9,24 17:19 19:5 28:11,23 33:16,19,22 35:3 41:8 43:18 44:2,4,6,15,16 53:25 54:1 62:6 64:14 72:11,23 75:16 83:4 88:6,8,10 89:1 99:6,10

**every** 23:10 80:5

**everybody** 76:25

**everyone** 63:14 77:7 83:18

**everyone's** 77:3

**everything** 5:25 45:2 89:20 104:6, 12

**evidence** 12:7

**evolved** 24:10

**evolving** 78:9

**exacerbating** 59:4

**exact** 11:11 60:21 61:4 67:17

**exactly** 11:16 45:4 56:11 84:14

**exam** 72:24 73:3

**EXAMINATION** 5:4

**example** 39:16 61:12 62:6

**Excellent** 81:16

**except** 85:15

**excited** 85:17 86:17 87:12

**excitedly** 86:12

**excitement** 86:22

**exclusively** 97:2

**excuse** 29:6 79:2

**exhibit** 7:16,20 8:3,4,18,20 12:7,9 35:15 83:13,14

**exist** 49:8 74:7

**exists** 74:17

**expect** 6:17 100:4,5

**experience** 20:7 75:5 82:17

**experienced** 27:11 57:14 59:14 79:20

**experiences** 51:7

**experiencing** 47:21 60:19

**expert** 20:11

**expertise** 25:12

**experts** 20:10

**explain** 39:21

**explained** 24:10 71:13

**explored** 17:25

**express** 51:5 61:25 63:5 77:22

**expressed** 17:23 23:23 66:7 75:4,6 96:4

**extensive** 47:11,14

**extensively** 82:9

**extent** 27:24 47:17 71:7 80:8

**external** 18:14

**externs** 5:10

**eye** 89:23

**eyes** 85:14 86:2

**F**

**face** 101:19 102:15

**facial** 86:13

**facilitating** 51:14

**facilitator** 51:3,9

**fact** 35:23 39:5 75:3 76:19 98:15 101:6

**factor** 78:7 85:20

**factors** 19:17 20:2 55:23 75:8 77:6

**facts** 55:1

**factual** 55:1

**fairly** 31:13 80:1,7

**FALK** 14:3 22:21,25 39:4 50:7,13 67:13 73:1 77:10 83:16,20 91:2 97:15 98:6,18 101:9 104:25

**fall** 21:19

**familiar** 8:11 24:18 52:24 70:14 83:22 91:10

**familiarity** 70:23

**families** 21:19,20 22:7,14,15 51:24

**family** 9:17 10:7 11:3 12:5 18:11,13 20:17 21:13,14 22:5,9 36:19 40:12, 21,24 42:1 50:20 83:11 84:12,21 100:7

**family's** 75:9

**far** 46:9 52:17 84:21

**fast** 101:23

**father** 58:16 97:10

**father-in-law** 27:14

**fears** 20:5 48:5,15 51:7 62:4 68:3 75:3

**February** 11:13,18

**feel** 43:7 64:5,9 75:16 80:13 86:16

**feeling** 24:20 39:17 52:2 86:22

**feelings** 19:22 20:5 47:22 54:7

**felt** 24:10 41:20 42:15 44:17 45:1 78:25

**female** 15:10 21:2 30:22,23,24 35:21 97:13

**fertility** 53:3 55:2,10 69:18 70:12, 15,17,20,24 71:4,14,15,20 74:9 75:2

**few** 29:16 30:12 82:9 87:8

**fight** 100:6

**fighting** 102:13

**figure** 64:24

**filed** 35:14

**fill** 47:7,11

**finally** 61:25 86:22

**find** 26:18,19 27:3 35:1 38:15 39:22 45:19,21 50:4 51:4 93:4

**Finding** 72:18

**fine** 24:7 63:15

**finished** 67:8

**firefly** 101:21

**first** 9:2,4 11:12 16:7 21:7,11 22:10, 18 23:3 27:2 29:13 32:10,21,24 33:9,12 36:3 40:2 41:18 43:2 52:7, 15 56:23 57:22 61:18 63:12,23 64:15,21 66:17 67:11 94:8

**fit** 81:24

**five** 51:24

**five-minute** 88:13 99:14

**fleeting** 62:21

**flip** 42:21 83:24

**fluid** 19:17

**focus** 18:21 46:25 53:12 64:10 70:11 74:8 100:14

**focused** 33:14 52:4

**follow** 5:14 74:10 91:5

**follow-up** 74:13

**follows** 5:3 90:24 91:4,8

**for** 5:9 6:19 7:7,10,14,20 8:2,4,14, 19,20 12:9 13:11,12 14:13 15:20 16:11,20 18:6,13 19:24 21:15 22:3,6 23:16 24:13,23 26:18,21 30:5,8 34:4,6,9,17,20,23 35:3,21 39:10,16, 17 40:21 41:4,9,15,17 42:1,24 43:6 44:20,25 45:14,22 47:8 48:5 49:8,21 50:18,19 51:16,18,20 52:4,19 54:19 55:6,9 58:5,6,7 59:17 60:15,23 61:21 62:5,6,13 63:6,12 66:16,24 67:1,22,23 69:15 70:6,9 71:3,19 72:1,8 73:2,8,18 74:12 75:14 77:18 80:20,22 82:16 83:5,14 85:1 86:7 87:8,21 88:4,25 91:20 92:1 93:8,14, 20,24,25 95:19,22 96:1,16 97:10,14, 18 103:20 104:18,23

**forces** 18:14

**forever** 53:25

**forget** 7:10

**forgot** 7:9

**formal** 72:23 73:3

**formulate** 69:1 93:9

**forth** 55:17

**forward** 41:17 53:1 55:15

**found** 17:3 48:20 50:4 61:23

**four** 29:8,9 33:10 42:12 63:10 78:1 90:13,15

**French** 101:15

**friend** 79:18

**friends** 9:17 11:3 20:8 26:19 27:5,7 28:20 36:18 40:12 100:15

**from** 11:1 13:24,25 19:18 20:6,8,9 22:1,5 28:18 31:25 36:5,18,19 38:21 40:4,25 47:21 48:23,25 50:21 54:20 56:21 59:15,19,20 61:10,16 64:5 76:17 81:19 89:12 97:12 100:22

**full** 86:3

**fully** 73:22

**fun** 85:16

**functioning** 76:6

**funny** 85:16

**FURTHER** 105:4

**future** 69:17 71:4 80:18 85:17,23

---

## G

**gain** 26:18

**gametes** 97:12

**gathering** 93:1

**gel** 90:4,12,18

**gender** 15:8 24:16 25:5,8 35:24 36:9 37:10,13,17,19,20,22,24 38:3, 7,9,19 39:2,15,16 42:5 45:16 49:9 52:11,18,25 55:18,25 56:2,3,5,16, 18,20,22 58:5,7,22 60:19 62:13,15, 25 64:14,22 65:6 66:4 67:11,22 70:6 72:8,19 76:25 77:9,15 78:3,4,6 79:2, 3,6,12,23,24 80:10 82:19 91:11,18 94:4 96:15,23,25 103:2,4,9,14,17,24 104:4,18

**gender-affirming** 42:17 43:8 45:20,23 46:1,7,10 55:3 82:2,6 91:16 92:8,11 103:22

**Gendernexus** 48:19 49:2,6,14 50:1,5 81:20 82:2

**genders** 25:7,10

**general** 9:5 13:1 36:6,24 38:10

**generally** 33:11 36:10 37:25 43:16, 17,22 50:21 61:8 65:12

**genital** 96:1 99:9

**germane** 53:13

**gestures** 6:12

**get** 5:16 14:2 44:1 51:5 52:3 54:10 65:18 68:19 74:13 84:4 92:1 94:7,9, 20,25 95:18 100:22 104:6,7

**gets** 85:19 86:17

**getting** 37:7 52:5 77:6

**girls** 62:17

**give** 6:11 28:16 53:19 58:21 59:5 68:25 71:6 75:6 76:20

**given** 5:20 47:11 54:25 62:16 70:7,9 103:13 104:14

**giving** 59:1

**gloomy** 36:16

**go** 15:25 29:11 45:14,17 47:3 50:25 60:12 63:19 65:12 68:20 88:22 90:4 94:9,24 97:25 98:18 99:21 102:10 104:12

**goal** 64:6

**goes** 11:15 35:22

**going** 5:12,23 22:5 23:24 35:18 38:16 39:4,23 52:25 55:17 65:11 67:13 73:1,20 80:22 90:1,2 93:4 94:6 100:6 101:22,23,24 102:11,12

**gone** 18:8 65:2

**good** 5:6,7 63:12 68:19 69:1 81:24 95:7

**Google** 79:18

**gosh** 60:24

**got** 26:23 62:20 81:25 94:3 104:12

**gotten** 79:7 90:3

**gradually** 87:13

**graduate** 14:7

**grandparent** 27:13

**grant** 103:17

**granting** 103:14

**granular** 74:22

**great** 23:15 41:21 64:19 65:24

**grew** 13:8 102:3

**group** 49:25 50:3,18,22,23 51:1,16, 22

**growing** 34:10 86:14

**guarantee** 75:3

**guess** 16:1 98:6

**guidance** 103:13 104:2

**guided** 17:12

---

## H

**had** 12:5 13:20 16:1,24 18:5,19 21:6, 12 22:18 23:3,10,25 24:4,17,19 26:13,15,20 27:7,8 34:8,9,10,14,21, 24 38:5 44:24 48:5 49:24 50:13 51:13 58:8 59:2,9 63:20 64:22 65:1, 8 66:13,21 71:17,18 72:23 74:17 75:18 76:10 82:9,17,23 90:3 95:12, 17 96:5 97:15 99:23,25 100:24 101:12,17

**hadn't** 101:20

**hair** 86:13,14,15

**haircut** 101:13

**hangs** 86:1

**happen** 59:11 100:2

**happened** 23:4 47:4 58:8 67:18 94:2

**happening** 65:19,21 87:9 89:22

**happens** 89:12

**happy** 73:16 86:4

**hard** 23:10

**has** 6:3 14:3,4 15:15 17:6,19 18:5,8 19:16 20:14 24:4 25:19,25 27:11,23 28:23 29:3,6,8 31:6 32:17 33:16,19, 22 35:3 38:3 40:1 44:4 48:9 54:5,6 57:5,13 59:14 61:14 65:2 72:3,23 75:4,6 77:19,20,21,22 79:7 85:8 88:8,10 90:11 94:2 96:9,11 98:7,8, 11 100:9,21,25 103:18 104:24

**hasn't** 18:15

**have** 5:14,20 7:18 10:4 13:6,9,23 14:15 15:13,25 16:9,11,24 17:18,25 18:2,4,17 19:3,5 20:6 22:23 23:11 24:8 28:20 32:3,25 33:25 34:3,18

35:8 36:3 40:23 41:22 42:6,8 44:8, 15 45:6 47:24 48:4,6,14 53:2,18,20 54:3 56:7,21,22 59:18 60:1,21 61:2 62:12 64:24 69:18 70:7 71:1 79:10, 13,20 80:4,9 81:4,25 83:4,16,17,18 84:18 86:5,20 87:13 89:1 90:17 91:25 92:24 94:19 95:12,13,24 96:5 99:23 100:19 102:22 103:13 104:9, 14,25

**haven't** 79:16 93:6 96:10

**having** 5:3 22:4 44:14 56:6 59:10 65:18,20 89:11

**he** 20:20,23 22:11,25 23:9,16,20,23, 24,25 24:1,8,10,12,13,14,15,18,19, 20,22,23 25:24 26:10,23,24 27:2,7, 8,13,14,18,23 28:3,9 29:3,8 32:2 33:9 34:4,6,8,20 37:13,16 38:17,18, 20,22 39:6,21,22,25 40:10,11,13,17 41:13 42:22 44:7,8,17,24 45:19 47:21 48:6 50:13 52:5,6 53:18 54:13,14 58:8 59:10,13,16,24 60:2 61:23,24,25 62:1,16,19,23,24 63:5 64:24 66:7,23,24,25 71:5 72:25 73:7 75:4 76:3,19,22 77:19 78:5,10,23,25 85:8,14,19,22,23 86:1,2,9,11,17 87:4,12,15 89:9,11 91:3,5,8 92:20 100:3,5,8,20,25 101:10,11,12,21,23 103:21

**He'll** 86:13

**he's** 17:23 25:15 28:17,19 30:17 31:3 32:7,14 34:21,23 41:13 46:5 85:15,16,17,24 92:13 96:4 100:24

**head** 45:7

**health** 14:14,16 16:10,25 31:25 32:10,16,24 37:3 51:10 72:24 73:3 80:25 81:4,12 86:8 87:25

**healthcare** 72:14

**healthy** 86:4

**hear** 9:2 103:12

**heard** 9:4

**hearing** 47:20

**hearings** 10:17,24

**heightened** 18:12

**held** 50:24

**help** 5:15,19 31:24 32:6 34:1 38:18 83:5 96:15 100:1

**helped** 31:7 54:21

**helping** 51:4

**helps** 86:6 102:9

**her** 101:20

**here** 5:24 7:10,25 11:6 35:19 73:25 81:14 87:17 95:17

**Herron** 26:4,5,9

**hesitate** 68:12

**heterosexual** 15:18

**hey** 73:15

**hide** 37:16

**hiding** 65:25 66:1

**high** 26:4,6,8,9,10 27:2

**highly** 61:14

**him** 21:12 23:24 24:6,7,8 26:18 28:16 35:2 38:15 40:19 41:17,22 44:16 48:8 54:10 58:9 59:1,3,5,12, 20 60:2,15 62:5 86:16 87:21 100:1, 4,14,21,22,23 101:1,17,18 102:9

**himself** 24:23 37:16 66:1 76:20 101:1 102:9

**hindsight** 76:15

**his** 25:23 26:18,21 27:2,3 32:3,7 34:5 35:24 38:14,19,20 40:12,13 46:23 48:5 53:3 57:8 58:16 59:11 62:2,25 63:6 64:12 66:7 72:10,22 73:8 76:15,17,20 77:19,20,21 80:23 85:14,19,22 86:2,12,13,14,15,19,24 87:11,14,25 90:21 96:18 98:23 100:4,8,23 101:16,19 102:15 103:22,23

**history** 61:14

**hive** 89:17

**holds** 54:5

**holes** 68:21

**home** 25:20 26:1 86:24

**homosexual** 20:21

**honestly** 67:16

**hopes** 20:5 51:7

**hoping** 94:19

**hormone** 43:25 55:2,9 56:25 74:1

**hormones** 34:11,14 57:7 67:7 69:5 80:18 87:21 88:23 97:19

**House** 9:13

**how** 9:2 13:2 14:15 15:13 19:3,8 20:11 21:23 22:8 23:18 25:7,9,14, 19,25 27:16 28:1,14 29:5,14,18,23, 24 30:10,11,15 31:4,8 32:16 33:6 34:17 37:24,25 39:19 42:5 43:9 44:17 46:9 47:2,18 51:22 52:24 54:19 61:21 66:2 69:21,25 72:3 74:23 76:17,24 77:22 78:2 80:11,20 81:16 87:1,6 89:4 90:11 93:25 97:6

**How's** 88:17

**however** 71:8 92:21 98:22

**husband** 35:14 87:20

**I**

**I'D** 15:25

**I'LL** 5:17 35:20 71:17 73:4 97:23 98:6

**I'M** 5:8,12,23 11:15 12:24 20:12 22:23,24 33:3 39:4 41:2 44:21 60:1, 24 67:10,13 68:8,14,15 73:1,16 74:6 76:25 77:12 84:15 90:19 91:2,22 92:3 93:2,3,5 94:13,19 97:21 98:12, 18 101:18 104:7

**I'VE** 44:16 95:17

**ID** 7:16 12:17,18 85:4 87:18

**idea** 62:3

**ideal** 34:12

**identification** 7:21 8:2,5,19,21 12:8,10 83:15 103:23

**identified** 15:13 21:10 31:16 40:13 62:25

**identifies** 20:20 25:16 76:14

**identify** 15:10 25:6,14 38:4 51:17 78:19,20

**identifying** 60:18

**identity** 15:9 24:16 35:24 39:2 58:22 62:13,15 78:3 79:2,4,7,12,24 91:18

**if** 6:6,19 10:11 16:1 23:11 41:23 42:21 44:21 49:2,21 52:3,13 62:19 63:13 66:21 67:10,14,19 69:5 70:9 71:3,5,24 73:14 74:22 77:11 82:15 83:24 88:13 90:24 91:7 97:16 98:13 102:10,12,17 103:2,17,18 104:3,6,7, 10

**illumination** 59:9

**immediate** 12:4

**immersed** 84:22

**impact** 18:11

**impatient** 91:24 92:4

**import** 23:15 40:24

**important** 42:16

**in** 7:25 8:2,19 9:6,10,12,14,19 10:1, 16,23,24 11:13 12:22 13:6,8,12,20, 23,25 14:13 17:4,7,19,24 18:17,20, 25 19:20,21 20:3,12,14,17 21:9,13, 17,19 22:8,13 23:7,22 25:5 26:20,25 27:8,14 28:23,24 29:1,4,7,8 31:5,20 32:25 34:14,18 35:2,25 37:4,10 38:7,9,11,17,20 39:5,15 40:10 41:5, 6,7 42:20 43:7 45:7,21 46:5 47:16 49:17 51:6,13,17 52:14 53:25 54:24 55:17 57:6 58:13,25 59:11 62:1,11, 19 63:5 64:19 66:23 67:7,8 68:3 69:5 70:8,25 71:4,7,15 72:16,21 73:21 74:16 75:7,8 76:6,7,9,10,13, 21 77:6,25 78:6 80:18 81:13,19 82:13,16,24 84:22 85:8,14 86:12,24 89:19 91:13,17,21 92:2,13,16,22 94:3,6 95:24 96:20 98:15 101:6,15, 20 103:11 104:15

**included** 58:13

**incongruence** 39:16

**incorrect** 103:3

**independent** 68:16

**Indiana** 8:15 13:6 14:13,19 92:23 103:12

**Indianapolis** 13:5

**indicated** 62:12

**indication** 36:4

**indications** 62:15

**individual** 97:12

**individuals** 60:17 84:13

**Indy** 13:7

**ineffective** 17:4

**infection** 95:1

**infinitesimal** 60:22

**influencers** 90:25 91:4,6,8

**information** 5:15 19:25 20:6 43:10 55:1 68:25 70:7,10 74:14,18 92:25 94:8,10 95:18

**information-gathering** 91:22

**informed** 12:4 73:23 74:5,7

**initial** 46:6,25 47:2,8,13 66:17 67:9

**initially** 89:4

**initials** 5:18 51:11

**initiated** 91:25

**injectable** 89:14

**injection** 89:6,7,15 90:7

**injections** 76:20

**Instagram** 27:23 28:2

**instance** 96:1 97:10

**instead** 80:2

**Institute** 14:24

**intend** 71:25

**intent** 60:12

**interacting** 20:16

**interest** 17:24 62:19,23 75:7 95:24

**interested** 38:17 78:6 92:13 94:6

**interests** 27:9 36:20

**internet** 43:15,17,22 68:20

**into** 5:16 12:7,25 14:2 16:1 19:23 42:2 44:1 46:9,10 64:15 72:21 76:20 93:7 100:21

**introduce** 83:13

**involve** 17:10,11

**involved** 30:3,25 47:16 100:9

**involvement** 50:20

**irritation** 89:16 90:2

**is** 5:8,9,24 6:22,24 7:2,12,17 8:9,10, 13,25 9:1,24 12:14,15,16,17,19,22, 23 14:1 15:8,16 17:12,13 18:21,25 19:12,14 20:23 21:24 25:2,3,8 29:3 31:19 32:10 35:14 37:3,19 41:21 43:3,4,8 44:7 45:4,11,13 49:23 51:3, 9,16,18 52:25 54:13,14 55:13 56:15, 17,20 57:17 58:22 59:13 60:12 63:8 65:8 66:12 68:4,19 70:23 73:3 77:3, 20 78:2 79:18 80:7,8,21 81:1,12,14 82:2,10,21 83:1,10 85:14 86:3,17,18

87:18,24 88:2 89:7,9,13,14,15 91:15 92:14 93:11,16,21 94:5,6 95:2,17,19 97:14 98:4,16,22 102:8,11 103:22 104:3

**isolate** 37:15 86:6

**isolating** 66:1,3

**isolation** 36:16

**issue** 41:24 58:12 71:4 74:9 97:14

**issued** 68:5

**issues** 34:25 55:10 56:14 64:12 69:25

**it** 6:8 7:25 8:9,10,25 10:9,11,14,15, 17,23 11:15,17 12:14 13:16 16:7 17:5,11 18:15 19:4,18 21:17,22 22:8,13 24:16,17 25:3 26:13,23 29:25 30:19 32:3 35:19,22 37:8,14, 17,25 38:14 39:21 40:11,17 41:12, 14,18,23 42:22 43:4,8,11,12,21 44:6,21 45:6,20 46:11 47:4,5 48:13 49:6 50:14 51:9,13,18,20 52:13,15 55:13 57:6 58:5,6,7,8,9,15,25 59:3, 4,12,16,24 60:1,4,5 62:1,20 63:5 64:10 66:20,22,23,24 67:4,18,19,23 68:12 70:8 71:1,2,18 72:9 75:23 76:1 77:20,22 79:14 80:8 83:17 85:10 87:8,9,24 88:24 89:13,14,16, 22,23,25 90:1,3 92:21 93:4,5 98:4, 19 99:6,10 102:3,8,12 103:18,20

**it's** 6:18 7:11 14:5 22:2 23:9 25:12 29:16 38:1 42:15 43:6 46:15 50:23, 24,25 51:1 53:12 56:14 60:22 61:5 77:12 80:3 81:1,10 87:14 89:13 94:2 95:5 102:6,7,14

**its** 8:11 73:23 89:24 90:1

**IU** 45:16 48:23

**J**

**January** 14:17

**jokes** 86:1

**judicial** 103:13,15 104:2

**June** 35:12

**just** 6:20 11:22 12:25 13:7 17:18 19:12 22:2,13 26:22 28:17 30:16 31:8 33:15 37:14 41:6 43:11,15,17 44:7 45:5,6 47:20 49:15 50:13 51:18 53:25 54:13 58:10 61:7,11 63:19 64:23 67:8,14 68:14 73:1,15 74:13

75:19 76:7 78:5 79:13,14,18 80:4,14 84:13 86:9 87:13 88:3 90:4 93:5 94:3,4 97:15,25 98:4,23 101:21 102:6,7

**K**

**keep** 5:15 89:23 101:22,24 102:14

**keeping** 59:20

**Ken** 50:9 73:17 101:8

**key** 58:11

**kid** 78:5

**kind** 22:5 41:2 49:16 77:6 83:9 96:12

**kindergarten** 22:12 23:4

**kinds** 21:14,18 38:21 43:13 54:12 95:25

**kits** 62:22

**knew** 26:14 56:5,8 59:10 69:19 101:22

**know** 5:13 6:7 11:3,15 15:21,25 16:2,4 17:17 20:13,18 22:11 23:9, 11,15 24:1 25:9 27:9 28:18 30:7 33:11 34:11 39:7 40:24 43:12 46:13, 15 49:6 51:5,11 52:1,13,17 53:24 54:5 56:12 57:12 58:11 59:20 60:2, 22,24,25 61:5,10,13,21 62:22 63:5 66:2,24 67:14,15,18 68:2,18 69:1 71:2,3 72:20 73:16 74:7 77:11 79:15,19,20 81:21 82:8,18,19,23 84:14 89:14,21 90:4 91:3,7,14 93:3,7 94:5,14,15,24 95:6,10,14 96:10,22 98:13 99:25 100:2

**knowing** 22:2,3

**knowledge** 41:16 68:20 71:1,8 88:4 92:22 93:15

**known** 40:11

**L**

**lack** 38:13

**Lane** 5:5,8 7:22 8:6,22 12:11 14:5,6 22:22 23:2 39:10,13 50:9,16,17 63:11,18 67:20 73:4,5,17,19 77:14 83:18,21 88:12,16,21 91:9 97:23,24 98:17 99:1,13,20 102:1 104:22

**language** 24:13,24 38:15 39:22 56:7 61:23 77:21 78:10,13,15,21

79:1,23 80:9

**larger** 26:15

**last** 29:15,24 35:7

**late** 35:12

**later** 23:7 60:4 75:8 84:6 92:21

**law** 5:10 8:15 9:3,4 10:4 83:8 100:3, 6 102:11

**lawsuit** 8:14 11:10 12:2 19:1 102:18

**leaders** 9:13,22

**leadership** 10:10

**learned** 50:21 79:8

**learning** 30:18 31:4 41:14 76:23 79:19

**least** 25:21 90:13

**left** 23:16

**leg** 86:15

**legal** 41:8 42:2,6 104:15

**legislation** 48:9

**legislative** 9:7 18:10

**legislator** 10:12

**legislators** 9:10,19

**length** 30:16 34:23

**less** 34:10 81:7 85:20 87:10 90:3

**let** 6:6 63:5 73:16 100:14

**let's** 7:16 8:2,18 12:6,8,25 21:6 23:17 29:11,13 32:20 35:13 37:6 39:24 46:25 49:14 53:7 63:12 66:11 67:6 75:18,21,22 78:12 80:24 83:12 84:23 85:3 88:12 96:20 97:25 99:13, 14,21

**letter** 10:9 23:9,16,18,19,21,22 24:6

**letters** 9:22 10:2 11:1 100:10

**level** 64:20 74:22

**Lexapro** 16:23 17:4

**LGBTQ** 49:9 51:18 82:18

**Lick** 101:15

**lie** 79:21

**life** 20:14 23:7,13 29:6 32:18 80:23 82:22 83:4 86:4 100:21,24

**lift** 86:13

**light** 85:14

**like** 17:15,17 21:21 22:11,16 30:19 40:21,22 41:25 42:3,6,15,18 44:21 49:18 50:19 51:1 52:2,20 58:19 61:15 64:6,9,11 69:14 75:16,25 81:23 85:24 86:12,16 88:17 89:16, 17 92:16 93:5 94:12,13 95:18 100:25 101:21

**likely** 26:16

**LISA** 5:2

**list** 48:20 50:2 68:22 81:18 82:5 94:19

**listening** 19:20,21

**lit** 101:21

**little** 10:20 26:24,25 30:9,13,17,20 32:7 37:7 43:1 47:15 49:5,15,22 53:11 66:11 68:18 73:20 80:24 81:7 84:6 86:14,22,23 101:15

**live** 13:4 40:15

**lived** 13:6 25:19,25

**logical** 42:18

**long** 6:18 14:15 15:13,15 19:3 25:19,25 29:14,24 59:17 72:3 80:20 87:6 90:11

**longer** 12:23

**look** 21:20,21 22:6,8,15 35:18 40:20 42:17 61:1,2 67:7 81:23 85:3

**looked** 40:22 50:19 52:20 75:24

**looking** 36:13 43:11 45:22 62:14 76:16 77:24 79:14 82:15

**lose** 27:13 102:17

**lost** 26:25

**lot** 19:17 21:18 22:6 33:13 34:24,25 46:16 61:5 68:9,21 71:1 85:17 86:21 103:15

**lots** 19:24

**love** 21:19 24:2,8 29:17 53:25

**loved** 9:18 49:10

**lucky** 81:25

## M

**M.R.** 28:23

**M.r.'s** 29:6

**M.W.** 9:18 17:19 18:1,6 19:12 21:4,7 23:6,18 24:4 25:14,16,19,25 26:3,5,8 27:11,16,19,24 28:2,7,20 29:6,18 30:6,11 31:9,16,24 32:17,23 33:7,16,19,22 35:3 36:4 37:10 38:24,25 39:15,17 40:15 41:6,9 42:24 43:18 44:5,10,20 46:17,22 47:10 52:5,19 58:4,16,24 59:14 61:22 62:6,13 63:22 65:2 66:22 71:3 72:3,23 75:14 76:10,12,13 77:15,25 78:2,14,19 80:17 81:6 85:8 87:1 88:6,8,10,25 89:1,5,7 90:11,24 91:20 92:6,8,18 95:8,24 96:6,9,11,16 97:14 99:24 100:9 101:3 102:16

**M.w.'s** 20:18,25 27:10 28:11 31:20 32:18 44:2,13 53:17 77:15 83:8 101:3 104:15

**ma'am** 13:2

**made** 31:21 39:15 43:13 53:21 55:14 65:15 76:12 103:18

**main** 18:21

**mainly** 59:5

**maintain** 5:19 87:25

**maintaining** 71:20

**make** 10:14 20:13 27:1 28:18 41:13 64:13 66:23 68:14 70:12 71:5 92:15 101:24 103:22

**makes** 49:3 89:13

**making** 19:23 40:11 42:3 52:5 70:13 74:14 76:2 86:16 89:19,20 94:6 103:24 104:15

**male** 20:21 30:22 40:3 44:14 92:17 97:10,12

**males** 20:24

**man** 101:18

**manage** 34:1 67:2

**manager** 14:23

**managing** 45:2

**many** 19:8 25:7,9 29:5 32:16 68:20

**March** 11:13,18 84:1

**marked** 7:20 8:4,20 12:9 83:14

**markedly** 38:8

**marker** 42:5 103:2,4,10,14,17 104:4,18

**married** 18:23 19:3,6

**masculine** 101:12,13

**master's** 13:25 14:8,9

**matter** 42:7

**may** 32:3 56:13 70:7 80:14 96:15 100:2

**maybe** 16:3 28:6 29:20,25 54:19 62:11 74:22 87:10 95:3

**me** 5:9 6:5,7 9:9 10:20 13:21 17:8 20:22 23:21 24:2 25:3 29:7 37:14,17 38:16,18 39:22,23 43:1,2 44:21 45:5 47:15,24 48:13 49:5,21 50:19 52:21 54:18 62:10 63:5 66:8 67:10 68:25 73:16 74:21 75:24 77:6 79:3 85:12 86:14 91:24 93:8,24 96:4

**mean** 10:23 16:6 24:25 27:4,5,6 28:1 40:8 41:5 62:5 65:23 69:13 70:24 71:12 80:3,6 87:22 92:6 93:13 96:10 97:1,3,9

**means** 20:22,23 25:3 40:10 41:15 87:24

**meant** 37:22 78:23 103:5

**mechanism** 44:9,11

**media** 27:19,22,25 28:12,15 90:21

**medical** 44:20 45:11,15 46:17,21 87:21,22 88:4

**medication** 34:4,15 69:15

**medications** 34:3,20

**meditation** 17:11,13

**meet** 33:7 83:9

**meeting** 7:5

**member** 14:25

**members** 9:12 10:10 49:9

**memory** 15:15 47:17,24

**men** 43:6 62:8 95:12

**menstrual** 57:8 58:11

**menstruate** 58:10

**menstruation** 58:21 59:2,22

**mental** 16:10,25 31:25 32:10,16,24 37:3 51:10 72:14,23 73:3 80:25 81:4,12 86:8

**mentally** 87:25

**mentioned** 20:2 32:10 38:5 46:1 63:22 65:1 82:23 90:20

**mentioning** 57:4

**message** 10:15

**met** 33:9 63:23

**mid** 27:14 35:12

**mid-january** 14:17

**Mid-june** 35:12

**middle** 32:25

**might** 53:20 58:20 59:18 63:11 81:23

**milk** 95:9

**mind** 18:17 70:9

**mindfulness** 17:6,9,12,13,17,20 82:24

**minimize** 43:5

**minutes** 63:13

**misalignment** 25:4 38:2

**misdemeanor** 13:16

**misgendered** 101:17

**misinformation** 68:22

**misspeak** 80:14

**misspoke** 37:22

**mistake** 31:21 101:20

**misunderstand** 73:15

**misunderstood** 73:12

**moment** 67:17

**monitor** 28:18 90:21

**month** 30:1 33:10 42:12 63:24

**monthly** 50:25

**months** 30:13 87:8,10,15 90:13,16

**mood** 36:16 38:7

**more** 17:12,13 21:17 26:16 29:16 30:13,18,20 31:4,20 37:10 38:10

41:15,25 42:16 43:7 52:4,24 57:6 58:21 59:6 62:20 66:11 68:24 73:21 74:13 76:23 78:7 79:7,8 86:16,23 89:21 90:3,15 92:16 93:4 94:7 95:18 99:13,21 101:12,13 102:3,4

**morning** 5:6,7

**Most** 26:13

**mother** 62:2

**move** 8:2,18 12:6,25 23:13 39:24 41:16 55:15 84:23 91:25

**moved** 59:24

**moving** 75:17 91:23

**MR** 5:5 7:22 8:6,22 12:11 14:3,5,6 22:21,22,25 23:2 39:4,10,13 50:7,9, 13,16,17 63:11,18 67:13,20 73:1,4, 5,17,19 77:10,14 83:16,18,20,21 88:12,16,21 91:2,9 97:15,23,24 98:6,17,18 99:1,13,20 101:9 102:1 104:22,25

**Ms** 5:6 7:19 63:19 88:22 104:23

**much** 20:9 26:7 32:7 75:7,8 80:1 89:16 94:2 100:15 104:23

**multiple** 28:4,10

**my** 5:8 6:1,4,25 7:3 9:10 10:5,11 14:8 17:5,6,7 18:8,11,16,21 19:20 20:8,14 25:12 27:14 31:19 40:25 41:4,15 45:7 46:6 47:25 48:2 53:3 62:4 68:2,3,18 69:17 70:8,11 71:8 74:7,8 75:3 76:3,7 81:1 83:3 88:3 92:3,22 93:15 94:5

**myself** 41:7

**N**

**name** 5:8 7:9 40:2,14 41:8 42:3 51:12 103:4,5,23 104:16

**narrow** 37:6,8

**natal** 30:21,22,23,24 97:10,13

**Native** 14:20

**natural** 26:22

**nature** 51:14

**nausea** 34:24

**necessarily** 10:12 22:14 37:12 76:18 104:6,10

**necessary** 102:14

**necessity** 87:21,22

**need** 5:25 6:19 19:19 41:15 102:22 103:20

**needed** 39:23 41:17 44:6 52:6 75:19

**needs** 20:5 100:8 103:21

**negative** 73:24 74:4,19

**negatively** 18:11

**nervousness** 23:23

**never** 17:23 34:22 75:4 78:9 80:6

**next** 23:14 42:19 44:25 103:21

**nicotine** 88:10

**no** 5:22 7:1,4,15 10:7 11:23 12:3,23, 24 15:2,3,4,7 16:14,15,16,17,18 17:1,21 18:2,4,15,21 19:7 21:11 23:8 24:5 27:13 28:6,9,22 32:6 35:9 41:10 44:3 46:3 56:9,21 58:3,25 60:11,14 62:15 63:6 70:22 71:21,22, 23,24 73:7,13 75:15,20 78:4 80:13 83:6 84:20,22 88:7,9,11 89:21 90:19 91:1,3,7 93:13 94:23 95:4,21,22 96:8,13,22 99:8,12 100:12,14 102:19 104:5,17,19,25

**none** 50:13 104:21

**nonfactual** 61:15

**norethindrone** 57:17,19,24 58:5, 14,20 59:15,23 60:9,13

**North** 26:10

**not** 5:16 6:12 10:5 11:16 12:24 17:2, 22 18:2,4,7 21:25 22:14 23:8 25:12 28:9 29:3 38:24,25 39:5 41:11 44:8, 13,17 51:1 53:16,18,19 54:1,11 55:13 56:6,19 57:1 59:12,16 60:14 61:13 62:3 64:19 65:13,14,17,18 67:12 71:9 72:9 73:11 75:2,5,20 76:2,18,24 82:6 85:15 89:9,10 90:1, 3,19 91:5,21,24 93:2 94:2,6,23 95:10 96:2,4 98:12,19 100:1 101:23 102:6,7 103:9,16 104:5,10 105:4

**noted** 5:1 105:2

**nothing** 24:6 30:7 54:3

**notice** 7:9,17 63:2

**noticed** 37:10 38:11

**Notre** 14:2

**notwithstanding** 43:25 44:1

**now** 5:20 6:11 12:25 24:1 25:14,17 37:8 39:24 42:8 50:12 53:12,17 60:13,24 63:11 64:25 67:6,8 79:23 83:7,19 85:2 88:13 91:22 92:2 94:14 97:19 103:21 104:11

**number** 7:17 8:3,19 12:7 31:10 35:15,19 39:25 40:5 83:13

**nurse** 95:8

**O**

**object** 39:4 67:13 73:1 98:6

**Objection** 77:10

**observations** 62:11

**observed** 36:15 39:14 65:8 86:5,25

**obtain** 45:19

**obtained** 34:6

**obviously** 18:8 45:2 52:23 57:5 59:2 67:14 95:4 97:9

**occur** 92:22

**occurred** 59:10

**occurring** 55:24

**of** 5:10 6:1 8:10 9:12,13,18 10:3,6 11:19 12:24 13:12,18 14:1,13,14,16, 17,19,23,25 15:22 16:2,7 18:9 19:17,25 20:1,10 21:9,13,18 22:4,5,6,10,13 23:15 25:4,12 26:13 27:2 29:16 30:7,16 31:9,22 32:18 33:6,13 34:1,23,24,25 35:24 37:10, 17 38:6,12,14,19,21 40:24,25 41:2, 18 42:2,20 43:5,8,13 44:8,11 46:16 47:16,17,20,24 48:7,8,20 49:9,16,17 50:2 51:4,14,21 52:21 54:4,12,14 55:1,6,12,24 56:15,17,19 58:10 59:1,25 60:5,17,25 61:3,5,14,18 62:4,10,15,16,20 63:6,9,20,24 64:4, 8,12,18 65:24 66:22 67:3 68:9,21,22 69:4,14,19,24,25 70:4,5 71:1,7,15 72:10,16,19,21 73:2,23 74:3,9,11, 16,19,21 76:3,4,8,9,10,13 77:6,8,15, 22,25 78:7,10 79:6 80:2,9,23 81:14, 18,20 82:6 83:7,9,17 84:17 85:3,12, 17,20 86:3,21 87:10,14,17 89:22 90:7,19,21 91:14 92:14,23 93:5,6,8, 15 94:18,19,21 95:25 96:6,12,14 98:21,23 99:23 100:9,10,18,24 101:1,14,16 102:4,5,11,23 103:12,

15,22 104:7,8

**off** 18:20 52:4 97:16

**offered** 70:17 83:9

**offices** 82:9

**often** 28:1 33:6 55:11

**oh** 11:20 17:8 22:24 36:11 39:3 42:8 51:20 60:24 71:22 73:7 80:13,15 84:10 95:21

**okay** 5:23 6:19 7:12 9:2 10:16,25 11:8,12,21 12:16,25 13:18 14:15,18 15:8 16:9,13 17:8,25 18:3 20:18 22:17,25 23:17 24:3 25:7,11,22 26:5 27:10,16,19 28:4,11 29:5,9,21 30:2, 15,24 31:15,18,23 32:5 33:2,16 35:18 36:11,14,21 37:1,6 38:24 39:10 40:8,15 42:9,11,20 44:10 45:5,17 46:4,9,14 47:7,12 49:3,4 50:3,23 51:15,22,25 52:2,3,16 53:4, 7 56:17 57:19,23 58:2,13 59:14 60:12 62:10 65:1,15 67:6 68:7 69:11,25 70:4,14 71:17 72:1,11 73:9 74:3 75:21 77:24 78:12 80:15,24 81:9,16 82:12,21 83:12,24 84:16,25 86:5,11 88:18 89:20 90:6,14 92:4, 18,24 93:17 95:15,19 96:3,9 97:6 98:17 99:2,17 100:5,13 102:2,25 103:7 104:1,20

**old** 13:2,13 16:3,5 23:18 27:16 29:18 30:11 31:8 87:1

**older** 30:17 54:10

**on** 10:5,7,12 11:4 12:17 18:5 19:17 20:7 21:12 23:13,24 25:8 27:21 28:15 33:14 34:4,11,14,19,20 35:22 38:16 39:23 41:22 45:2 46:25 47:4 49:8,14 52:5,7,24 53:12 55:14 59:25 60:4,13 63:4,9 64:6,10,20 66:22 67:2,10 68:16,24 70:11 72:19 74:22 76:16 79:21 81:17 82:5 84:6 85:4 86:14 87:17 88:2,3 89:19,23,24 90:1 94:17 95:9 100:15 101:14,19 102:15 103:13

**once** 26:14 61:23,25 78:6 91:23 101:10

**one** 5:10 6:19 11:3 18:21 19:9 28:8 29:24 31:19 32:14 45:21 47:23 51:23,25 62:12 68:13,14 69:24 74:8 75:18 76:24 82:10 99:13 101:16 102:8

**ones** 9:18 49:10 81:21,23

**online** 20:9 43:11,15 49:25 50:4,24 79:15

**only** 10:5 24:3 28:7 31:22 45:21 51:23,25 78:9 80:8 82:8,9

**open** 17:13 24:22 28:15 50:25 51:1, 6 84:6,15

**opens** 28:7

**opportunities** 49:19

**opportunity** 26:17

**opposed** 38:10 39:18 66:5 86:8

**opposition** 9:11,19

**opted** 90:4

**option** 71:9,15

**options** 71:3,6,11,12,19 84:7

**or** 11:3,13,18 12:7 13:7 14:22 15:5 16:25 17:12 20:16 21:21,24 22:14 27:11 28:23 29:1 30:22 31:16,25 32:11 36:5,7,8,10,12,23 38:25 39:16,18 41:5 43:15,21 46:10 49:19 51:18 52:14,15 56:3 57:1,8,22 58:5 60:18 61:14,15 62:8,13,25 63:10 65:13 66:5,6 67:12,22 68:6,13 69:5 71:21 77:1 78:20 80:2,8 82:18 84:4, 13 88:23 90:3 91:4 96:18 98:4 99:9, 10 100:10 101:4 103:16,17

**order** 5:14 76:21

**ordinary** 30:8

**organization** 48:18 49:7 82:3

**organizations** 15:1,3,6

**orientation** 15:17,20,22 20:19 21:4, 8,12 23:7 24:4,16 79:2,3,6,11,24 80:11

**original** 46:11

**other** 7:5 10:10,25 11:2,4,25 14:22 18:14 20:8 31:5 54:4,8 55:20 58:6 62:13 69:18 79:19,20 85:21 94:24 95:25 96:22 97:18 98:14,16

**our** 5:11 6:7,21 7:8 8:10 10:6 12:4, 15 18:13,14 20:17 45:2,18 46:8 47:21 55:7 63:12 67:2,8 68:24 75:9 83:11 88:23 92:1 100:7

**ours** 21:21

**out** 11:13,17 30:7 47:7,11,23 50:14 64:8,24 74:24 81:24 85:22 86:1 93:4

**outside** 26:1

**outward** 91:18

**outweigh** 74:19

**outweighed** 59:18 75:11

**over** 21:3 34:9 42:21 67:23 83:24 84:23 94:18 100:19 101:19

**overall** 98:23

**overarching** 102:8

**overlap** 60:8

**overwhelming** 26:24

**ovum** 97:13

**own** 17:6 20:8 22:4 45:2 46:8 47:22 49:24 53:3 67:3 79:5 86:24 89:24 90:1

**P**

**p.m.** 63:17 84:1 88:20 99:19 105:2

**pace** 91:23

**page** 12:17,18 85:4 87:18

**painful** 30:9

**pamphlets** 49:17

**pandemic** 47:5

**pansexual** 24:11

**Paragraph** 35:19,25 39:24 40:4 42:20 73:22 81:13 85:3 87:17

**parallel** 56:11

**parent** 10:3 20:8 22:1,2 39:20 49:24 50:3,18 60:25 76:8 100:19

**parental** 51:15

**parenting** 18:6,16 19:14,16

**parents** 20:9 32:7 49:10 51:17,20 100:4

**part** 43:8 56:15,17 64:12 103:22

**partake** 70:25

**participate** 9:6

**participated** 17:19

**particular** 17:15 21:24 43:14 61:17 67:7 74:16 77:25 93:8 96:21

**particularly** 27:15

**parties** 5:13

**pass** 7:18

**passed** 27:15 48:10

**passionate** 85:24

**past** 92:23

**path** 76:24 77:3

**patients** 81:22

**pause** 57:8

**pay** 13:20 17:14

**pediatrician** 34:5 45:25 46:12,23

**pending** 6:20

**penned** 23:18

**people** 21:19,20 26:19,24 27:3,7,8 41:2 48:7 49:8 50:25 51:4 76:24 79:19,20 94:18

**per** 28:8

**perceive** 17:16

**percent** 68:12

**percentage** 60:17

**perfect** 23:1

**perfectly** 24:7

**performs** 94:17

**period** 100:23 101:3

**periods** 58:9

**periphery** 21:13

**permanent** 69:24

**persistence** 76:15

**persistent** 61:24 62:2

**person** 38:3 54:4 97:18

**perusing** 61:6,7

**pessimism** 36:17

**philosophy** 19:14

**phone** 95:17

**photography** 85:25

**physical** 38:2 59:19 97:1,4

**physicality** 25:4

**physically** 88:1 95:4

**physician** 46:12 69:15 92:1 93:10 94:4

**physicians** 45:3 68:25 69:2,3,4 74:10

**place** 42:1

**plaintiffs** 102:17

**plan** 41:17 64:13 96:19 102:9

**planet** 20:7

**planned** 12:1

**play** 62:6

**please** 6:6,11

**plushies** 62:22

**point** 11:6,14,16 15:19 21:5 31:3 37:16 40:25 44:19,24 52:24 57:5 73:14 78:1 92:9 93:16 104:15

**pointed** 48:18

**pointing** 50:14

**political** 15:3

**politically** 61:14

**pop** 85:25

**positive** 85:8,13 86:7

**possibility** 75:1

**possible** 77:13 81:18 100:16 103:19

**potential** 49:19 55:5 72:12 73:23 74:4,19 83:5

**potentially** 18:10 36:4

**practices** 46:24

**predated** 56:3

**preferred** 40:14

**pregnancy** 75:5

**preoccupation** 85:21

**prepare** 7:7

**prescribed** 57:20,21,24 58:1,15,20 68:1

**prescription** 57:7,11,16 68:5

**present** 40:16 56:4,6 94:23

**presented** 40:17

**presents** 40:3

**presume** 58:17

**pretty** 19:15 51:1 87:14

**previous** 29:2

**primary** 97:6,8 99:6,11

**prior** 6:21 14:21

**prioritizing** 104:7

**probably** 15:23 22:12 28:9,10 36:12 70:8 80:5 83:17 90:15 91:23 93:4 104:12

**problem** 39:8 90:5

**procedures** 93:14

**process** 9:7 43:2 46:11 54:18 59:11 72:21 82:13 93:24

**produce** 44:2,9,17 96:23 97:13 98:21 99:3,6,11

**professional** 16:25 20:13,17 37:4 44:20 45:15

**professionals** 31:25

**profound** 85:9

**progression** 26:22

**pronouns** 15:11,14 40:14

**proper** 43:13 66:22,23,25

**protect** 100:4

**protective** 5:14

**protest** 9:14 10:17

**proven** 17:7

**provide** 20:15 26:17 71:3

**provided** 48:15 49:1,14 50:1 62:24 81:18

**provider** 81:17 82:14,21

**providers** 48:11 49:20 52:20 54:20 55:18,20 56:23 58:17,18 66:18 81:19

**provides** 49:8 50:1 96:24

**provoked** 41:1

**psychologist** 34:6

**psychotherapy** 72:11,17

**puberty** 34:10,14,18 57:1,2,4,5,11, 14 60:20 65:12 78:7

**pump** 75:18,22

**puppy** 29:16

purchased 42:23

Purdue 13:25 14:1

purpose 91:15

pursue 42:9,13 103:9 104:9

pursued 42:6 104:3,4

pursuing 103:2,24

put 68:4,22 102:4

putting 92:3

**Q**

question 6:6 19:15 73:15 95:7,23 97:21 98:7 102:20

questioning 84:10

questionnaires 47:8,11,14,16 50:15

questions 5:13,24 6:1,5,21,25 7:3 13:1 23:12 47:17,25 66:21 68:22 69:1,3 78:22 82:12 92:3 93:9 94:11, 20 104:25

quick 88:13

quickly 75:17

quite 53:16 54:14 62:2

quizzed 66:22

quote 35:20 40:4 42:22 61:4 84:4 85:7

**R**

rabbit 68:21

ran 56:10

range 62:16

rather 42:2 59:5 91:24 92:21

Razi 5:8

reach 11:17

reached 11:13 81:24

reaction 44:13 64:21 89:11,17

read 61:1

ready 22:3

real 17:23 64:4

realization 23:25

really 17:18 21:22 23:8 24:18,20 34:22 39:23 41:12 47:23 58:8 61:21 64:5,11 68:14 69:18 70:11 71:1 78:4,6 87:12 93:7 94:3 103:20

reason 6:24 7:2

reasonable 40:24 48:14 61:10,11

reasons 93:15

reassurance 74:14,16

reassured 24:6

receive 35:11 46:17,22 80:17 85:9

received 16:11,19 34:8 35:8 74:15 86:21 96:9,11

receiving 72:3 87:4

recent 31:13

recently 18:8

receptive 62:3

recess 63:16 88:19 99:18

recognize 7:23 8:7,23 12:12 15:19 37:13

recollect 57:3

recollection 33:7

recommended 48:22 84:5,11

recommending 84:15

record 85:5

recording 5:25

referenced 8:15

referral 92:1 93:25

referred 34:5 48:23

reflects 103:23

refocusing 52:7

refused 103:12

regarding 23:6 36:8 83:5,6

Regenstrief 14:24

regimen 34:22

regret 54:11

related 13:15

relationship 28:24 29:1,2,4,14,23 30:10,12,17,21 31:6,9,15,20 64:18

72:19

relationships 22:15 29:5 30:18 31:5

relief 86:22

rely 68:24

remain 19:16

remember 11:11 23:10 47:25 49:23 52:18 67:16 70:3 74:8

remembered 50:14

remembering 33:3

removal 92:14

remove 102:10

reporter 5:24 6:3,13 7:19

reporting 61:15

request 43:18,21

requested 105:6

research 43:2,12 45:18 61:1,3,9 68:16

researched 66:13

reservations 89:1

resolve 90:1

resolves 89:24

resources 20:14 43:14 48:16,17 49:1,8,13,17,24 79:10

respect 78:19 90:20 96:12

response 7:25

rest 53:6 68:4 80:22

result 13:18 55:11 70:5

resulted 10:24

results 35:8,11 42:17,18 76:21 96:24 97:1 98:21

resume 59:22 88:16

reveal 24:22

reversible 55:11,12 95:2,5

reviewed 7:8

rewards 55:5

right 7:5 8:25 12:6 14:9 22:8 25:25 27:21 32:20 38:5 63:13,24 64:25 66:14,20 70:13 76:2 79:23 83:7 88:12,14 94:14 103:21 104:11,22

Index: right-hand..situations

**right-hand** 12:18

**Riley** 42:23 45:16,17 46:18 47:1 48:24 52:8 54:21 61:19 66:16,17,18 67:22 74:5

**risk** 55:1,13 69:14 74:17

**risks** 53:1 55:4,8 69:4,8,9,16 70:4 74:19,23 75:11 94:21,23

**rivalry** 14:1

**road** 75:8

**rob** 101:1

**rolls** 86:2

**romantic** 22:14 28:24 31:6

**romantically** 20:23

**Ryan** 18:23,25 19:10 47:10 83:9

**S**

**safe** 28:19

**safety** 48:5

**said** 9:21 16:19 22:11,17 23:3 24:1 39:5 54:15 64:23 67:9 71:17,18 77:25 78:13 89:22 93:17 94:5,14 103:1

**SAITH** 105:4

**same** 10:9,15 26:2 54:12 58:1 81:12 93:16 103:5

**sauce** 26:25

**saw** 37:12 38:6 62:12 78:9

**say** 5:25 11:12 12:8 16:2,6 18:14 22:23 25:16,21 27:3,18 28:2,3,4,7 33:9 36:11 37:19,22 38:1,13 39:25 44:10,12 47:14 49:13 51:15 56:9,17 59:7 60:17 62:24 65:11,22 66:3 67:17 68:12 71:21 72:5 73:15,21 78:1 79:5 80:7 84:3,6 85:7 87:20 92:4 96:25 97:3

**saying** 34:13 38:25 39:6 56:1 67:11 71:10 78:19 80:2 84:11,14 95:17 97:20

**says** 42:22 76:25 85:10

**SB** 9:11

**scare** 100:1 101:9

**scared** 101:8

**scheduled** 84:4,18

**Scholarly** 61:9

**school** 26:3,4,6,9,11,13,16,21 27:2 33:1 100:15 101:16

**schools** 26:8,21

**science** 62:22

**scope** 37:6

**screen** 47:5

**SEA** 8:15 9:1 11:4 18:18 100:19

**searching** 24:13,23

**season** 36:24

**second** 29:23 32:11,12,13 52:15 67:21 68:13 73:2 80:25 81:4

**secondary** 97:2,4 99:3

**see** 35:16,20,25 40:6 41:21 42:16, 17,22 64:4 74:25 83:25 85:10 86:3 92:16 94:9 101:25

**seeing** 32:2,15,23 81:6 86:10

**seek** 31:24 36:23 42:23 44:20 46:7 88:4

**seeking** 20:7 48:21 93:17,25

**seem** 41:23 64:11 81:23

**seemed** 26:25 41:25 42:18 62:23

**seen** 32:17 34:4 84:12 101:20

**self** 72:22

**self-conscious** 38:22 39:1

**semen** 97:11

**Senate** 9:14 99:22

**send** 100:23

**sense** 10:14 22:4 48:7 49:3 64:4

**sensorially** 17:16

**sent** 83:25

**serious** 30:14

**served** 15:15

**server** 101:17

**serves** 47:18

**session** 11:14 18:10

**sessions** 32:4

**set** 53:5 57:6 95:19,22

**sets** 62:21

**setting** 51:6 64:6

**settings** 81:19

**seven** 16:3,5 77:1

**several** 11:15 34:3 78:13

**severe** 89:21 90:3

**sex** 20:25 35:20 97:2,5,6,8 99:3,6,11

**sexual** 15:16,20,22 20:18 21:3,7,12 22:14 23:6 24:4,15 79:3,6,11,24 80:11

**sexually** 20:24

**share** 61:4

**shared** 27:8 40:13

**she** 39:5,6,7 50:14 64:23 84:11 98:8 101:17

**she's** 98:15

**She/her** 15:12

**shirt** 86:13

**shortly** 44:23 57:22

**should** 94:9

**show** 86:14

**showed** 62:19

**shows** 86:12

**sic** 28:23

**side** 34:24 59:15,17,19 73:24 74:4, 20 90:6,17

**signature** 12:16,19 105:1,6

**significant** 34:23

**similar** 38:8 78:15 93:12

**simply** 23:12

**since** 14:17 40:2 70:25 75:20 85:8 87:15

**single** 13:12 95:17 98:23

**sip** 13:12

**site** 89:15

**sitting** 10:12 11:6

**situations** 27:12

Index: six..suppose

**six** 16:3,5 90:16

**size** 26:14

**skill** 64:6

**skin** 86:24

**skip** 53:11

**sleeping** 36:22

**slightly** 10:14

**slithered** 18:21

**Smeltzer** 5:11

**smile** 101:19,25 102:15

**so** 6:12 7:13,16,17 9:21 11:8,12
12:25 13:11 16:5 18:7,12,13 20:1
21:17 22:17 23:3 24:1,19,21,24,25
25:14 26:7,21 29:11,13 30:15,19
31:6,8,13 32:2,9,16 33:1 34:13,25
35:13 36:5 37:6 38:17 39:14 41:18,
25 43:18,24 44:19 45:5,6,8,22 48:22
50:3,18 51:9,15 52:2,7,23 54:15,18
55:16 56:1,6,19,22 58:19,21 59:4,25
60:8,11 61:16 62:20 63:22 64:1,13
66:11,12 67:1,8,21 68:10 70:11,23
71:10 72:3 73:6,20 77:5,17 78:12,18
79:9 80:1,7,17 81:4 83:12,24 84:13
85:7 87:17 88:22 90:6,10 91:10 92:2
93:3,17 94:8,16 95:11 97:25 98:12
99:21 103:15,21,24 104:1,5,10,23

**social** 25:23 27:19,22,24 28:12,15
41:20 42:16 43:24 45:8 85:16 90:21
101:4,6

**socially** 39:25 40:9 44:24 101:10
102:16

**some** 5:12,23 9:21,22 11:6,14 13:1
16:19 20:1 23:23 34:14 35:21 36:5
38:6 41:1 47:16 48:16 52:21 55:10,
11 62:10 65:2 68:19 74:3,11,21
76:15 79:16 80:9 85:12 90:21 92:9
99:25 100:18

**somebody** 51:9 94:17

**someone** 20:12 25:2 51:13 57:13
77:2,8 82:16,17 86:3

**someone's** 91:16

**something** 24:17,18 35:1 41:22
58:23 61:13 62:19 84:4 94:5

**sometimes** 10:11 14:3 28:6 58:19
82:25 89:24

**somewhat** 17:12,13

**somewhere** 45:19 75:7

**son** 41:4 47:21 48:2 55:7 75:4 94:5

**son's** 76:3

**soon** 15:21 63:5

**sooner** 42:14 92:21

**sophisticated** 30:20

**sorry** 7:9 22:23,24 39:3 60:1 73:10
80:16 91:2 98:18 101:18

**sort** 47:20 51:4 59:25 61:3

**sounds** 44:21

**source** 61:11

**sources** 61:5,10

**space** 28:17 76:7

**spark** 62:23

**specialized** 82:16

**specific** 63:8 92:11 94:11 102:12

**specifically** 8:13 37:11 44:16
51:12,20 55:8 69:16 93:21

**spectrum** 25:9 49:9 79:21

**sperm** 44:2,9,18

**spoke** 82:9

**spoons** 104:9

**spot-check** 28:16

**spreadsheet** 18:19

**St** 46:19,21

**stage** 91:22 92:2 93:2

**stages** 11:15

**stand-alone** 56:14

**stands** 47:23

**start** 21:6,20 29:11,13 32:20,23
41:21 61:1 81:5 85:22,23 87:9 96:20
98:1

**started** 34:10 36:12 45:8 78:7,24
86:9 87:11,16 97:16 101:11,12

**starting** 90:9 97:25

**state** 13:24 14:4,13 45:21 103:12
104:24

**statehouse** 9:15

**statistics** 60:21 61:4

**stay** 20:9

**step** 42:19 45:1

**stepping** 61:16

**steps** 33:25 52:25

**stereotypically** 62:7

**stick** 70:8

**still** 34:25 41:13,14 53:16 55:23 76:6
89:7 104:8

**stomach** 34:25 76:21 86:15

**stop** 102:16

**stopped** 59:25 60:18

**story** 101:7

**straight** 45:6

**stress** 18:12 83:6

**stressful** 27:12 30:5 31:2

**strictly** 5:17

**strong** 62:15

**strongly** 62:25

**structure** 51:2 64:4

**structured** 17:14

**struggle** 82:25

**struggled** 34:21

**struggling** 36:17 68:8

**student** 5:10

**stuff** 51:8 78:5 98:16

**style** 19:16

**subject** 64:17

**submitted** 10:10

**suffered** 56:21

**suffering** 36:4

**summer** 5:11

**supervise** 28:11

**supplement** 72:12

**supplements** 88:24

**support** 40:19 49:25 50:3,18 51:16

**suppose** 15:21 16:8 55:22 80:21
104:5

**supposed** 67:5 101:20

**suppress** 58:20

**Supreme** 103:11

**sure** 11:16 15:24 20:1,13 28:19 30:7 41:13 48:3 49:23 52:5,23 53:10 54:25 66:23 68:14 70:12 71:5 73:4 74:6 75:20 76:1,9,12,13 89:19,20 94:13 97:23 98:12 101:24 103:23

**surgeries** 91:11,19 92:22 94:17

**surgery** 92:9,12,14,19,25 93:11,20, 21 94:12,22,24 95:2,9,13,20,25 96:1,6,12 99:9,10

**surgical** 93:14

**surrounding** 79:1 103:16

**swear** 6:3

**swimming** 38:18

**switch** 26:12 27:1

**sworn** 5:3

**symptoms** 36:14 37:9 38:6,12,19 58:10 72:19 89:21

---

**T**

**T.O.V.A.** 73:7

**take** 6:13,17 10:25 59:16 71:9,14 88:12 99:13 105:1

**taken** 33:25 63:16 88:19 99:18 100:22 104:6,8

**takes** 87:8

**taking** 6:21 17:5 19:22 58:4 60:9 70:5 81:22 89:2,7

**talk** 12:1 23:17 32:6 50:19 52:21 53:7 54:18 56:24 57:1 60:5 66:11,18 73:20 74:21 75:21 78:12 80:24 85:12 93:24 94:16 99:21

**talked** 22:13 24:5,17 56:25 63:20 76:1

**talking** 49:16,18 57:13,17 61:17 65:5 73:25 84:9 95:16

**taste** 100:24

**teachers** 40:12

**team** 5:11

**teen** 76:8

**teens** 82:16

**tell** 6:5 9:9 10:20 13:21 17:8 20:22 23:21 28:14 38:16 39:23 43:1,2 47:15 48:11 49:5 62:10 101:7

**telling** 23:24 37:14,17 68:15

**ten** 63:13

**ten-minute** 99:14

**tend** 68:24

**term** 57:4

**terminated** 59:23

**terms** 21:9 38:11 49:17 63:6 72:16 76:9,10,13

**test** 73:8

**tested** 35:3

**testified** 5:3 98:8,15

**testimony** 7:14

**testing** 34:6

**testosterone** 57:23 59:25 60:10 67:25 68:17 69:6,7,20 70:6 72:4,7 74:1 75:13 76:22 85:9 86:6,20 87:5, 6 88:24 89:2,4,8,14 90:7,9,12 96:18, 20,24 98:1,3,5,10,14,16,22 99:2,3 102:7

**than** 7:5 11:25 14:4 18:14 42:2 54:4, 8 59:5 81:8 87:11 92:21 97:18 98:14,16

**thank** 39:10 49:11 50:9,16 72:1 73:13,17 83:20 104:22

**Thanks** 6:16 42:13 79:17 80:15

**that** 5:14,19,25 6:5,11,12,20,22,24 7:2,12,13,16,17,18,23 8:18 9:6,9,21, 24 10:3,4,7,9,14,17,20,24 11:2,5,8 12:5,6,17,19,23,24 13:15,18 14:2,22 15:20,24 17:8,10,16,18,24,25 18:9, 10,15,21 19:12,16,24 20:2,3,6,12, 13,14,17,22,23 21:9,20 22:1,6,17,18 23:9,14,16,17,22,25 24:4,6,7,8,10, 14,17,19,22 25:3,5,8 26:15,21,24 27:1,7,16,18 28:1,7 29:14,19,24 30:5,8,13,19 31:2,6,20,22,23 32:1,9, 25 33:13 34:9,12,13,20 35:1,2,6,14, 16,24,25 36:4,14,24 37:3,6,9,15,16, 20 38:2,3,5,6,11,13,20,25 39:4,11, 19,22 40:6,10,11,12,18 41:3,9,13, 20,22,25 42:4,6,9,14,21,22 43:4,9, 15,21,22 44:4,6,7,8,10,11,14,24,25 45:1,11,13 46:6,10,11 47:2,8,13,17,

19,23 48:6,9,10,13,19,21,23 49:1,2, 7,13,15,18,21,23,25 50:4,19,21 51:6,8,14,17,24 52:1,3,5,7,14,23 53:12,18,20,21 54:1,3,11,15,18,21, 24 55:6,10,14,21,24 56:3,4,5,8,10, 12,15,16,17 57:4,10,13,14,16,17,21, 22 58:1,11,12,23 59:5,18,25 60:14, 16,23,24 61:2,3,15,17,22 62:1,4,7, 11,12,16,23,24 63:8,20,22,23 64:1, 3,5,8,9,15,17,18,20,22,23,24 65:2,8, 11,18,20,21,25 66:2,6,13,23,24 67:1,2,3,9,11,17,25 68:2,3,4,5,19 69:5,13,22,23 70:2,8,9,12,24 71:2,5, 6,9,10,12,15,18,21 72:7,12,18,20 73:18 74:4,6,7,14,17,18,24 75:1,3,4, 9,12,18,21,24 76:4,6,9,12,13,16,19, 21 77:3,18,21,22,25 78:1,2,6,8,10, 12,14,20,23 79:1,5,16,21,22 80:8,14 81:1,5,22,23 82:6,10,13,20,24 83:1, 6,10,12,25 84:10,11 85:4,10,20 86:3,6,16,18,19 87:11,12,24 88:2,17 89:12,15,19,20,24,25 90:5,19,21 91:3,5,17,23 92:6,20 93:8,9,14,21, 24,25 94:5,7,9,12,19,20,23 95:6,12, 14 96:4,15,23,24 97:3,12,14 98:3,8, 11,15,20 99:2,3,23 100:6,7,8,10,15, 18,20,21,22,25 101:1,13,22,24,25 102:9,10,14,15 103:1,3,13,18,21,23 104:9,13

**that's** 14:9 16:6,7 19:15 21:21 22:25 24:7 32:14 39:5 40:4 44:22 46:23 49:2 50:11,24 61:13 63:13,15 68:24 71:7 76:7 80:10,21 81:13 83:25 86:14 88:3,13 97:20 101:21 104:24

**the** 5:9,10,13,24 6:1,2,3,12 7:3,9,17, 19 8:14 9:3,4,5,12,13,14,19 10:6,8, 9,13,15 11:1,3,7,11,23 12:5,19 13:18 14:13,16,19,24 16:1,7 17:3 18:9,21 19:23 20:1,6,14 21:6,11,13, 17 22:10,13,18,20 23:14,16,25 24:3, 5,9,12,13,19,23 25:4,5 26:1,12,25 28:8 29:11,13,23 30:7,10,12,16 31:6,9,22 32:9,10,11,12,13,14,17, 20,23 33:6,9,13,14 34:1,7,9,13,15, 20,24 35:13,23 36:14 37:3,9 38:2,3, 6,9,10,15 39:7,9,12,16,22 40:25 41:24 42:16,18 43:1,5,22 44:8,22, 23,25 45:16,20,21,25 46:7,11 47:5, 16,17 48:11,25 49:1,8,9 50:8,11,14 51:4,17,22 52:10,15 53:1 54:1,4,8,9, 24,25 55:1,4,5,6,20,24 56:1,2,7,8, 12,18,19,23 57:3,6,17 58:1,4,7,10, 11,13,14,17,18 59:1,4,7,9,17,19 60:5,9,16,23 61:23 62:3,13 63:15 64:1,10,15,17,18,21 65:5,25 66:2,3,

4,5,6,12,18,22,24 67:3,4,5,7,21 68:5,8,13,15 69:2,3,4,12,14,19,20, 24 70:13 71:4,7 72:19,21 74:3,8,9, 17,18,24 75:1,2,3,8,10,11,19,22 76:2,16,19,21 77:18,25 78:8,9,10, 20,24 79:13,23 80:5,9,18,22,25 81:12,21 82:5,10,16,20 83:6,10 84:3,5 85:1,3,5,8,17 86:2,6,7,8,9,12, 14,19,25 87:4,13,20 88:15,18 89:12, 13,15,22 90:4,6,8,12,18 91:2,7,14, 23 92:2,8,14,15,23 93:2,9,10,16 94:4,18,21 95:22 96:23 97:9 98:7,9, 10,11,19,21 99:17,24 100:10,18,20 101:8,14,16 102:6,7,12,17 103:5,11, 12,16,19,21 104:9,16,18,24 105:4

**their** 9:18 19:22 25:4 30:18 34:18 43:7 49:10,24 51:7,12 58:22 77:8 81:20 91:15

**them** 10:7 18:20 19:24 23:12 28:3, 10 43:13 47:18 48:12 50:4 54:6,7 59:19 69:5,13 81:24 84:19

**themselves** 51:5

**then** 9:11,19 14:18 15:23 23:5 24:9 34:8 35:22 36:11,15 40:2,18 65:1 67:18 75:20 84:5 98:1 99:15 104:10

**then-potential** 75:10

**therapist** 16:25 63:23 64:2,5,16 80:25 81:5,13 83:8 86:9

**therapist's** 64:21

**therapy** 16:24 51:1 55:9 56:25 64:1, 9 74:1 82:22 86:9 98:10 102:6

**there** 6:24 7:2 12:22 14:1 18:18 21:3,8,18 22:5 23:5 25:3,7,10 26:23 30:2,25 35:16,25 37:8,20 38:8,13 40:6 41:8 43:14 51:3,24 56:13 57:7 60:8,12 62:14,20 63:8 70:13 71:10, 19 72:6 75:12 82:5,15 84:9 85:7 90:17 94:11,13 95:12,19 97:16 98:2, 9,13,16,20 101:19 103:25 104:2,3

**there's** 18:12 20:15 24:6 31:19 51:3 56:9 68:9,21 73:14 76:24 81:1 85:14 95:22 103:15

**these** 15:14 16:3 33:3 34:1 39:14 54:2,11,12 55:16 74:11 79:8 83:22 85:21 86:25 87:7 102:5 104:8

**they** 18:20 19:19 23:11 25:5,6 27:15 32:3 38:3 40:22 48:13 49:1,23 50:1 54:8 56:3,4,24,25 57:1 58:1 65:24 66:20,21,22 67:3 69:8,14 71:2 74:7 81:23 91:15 93:13

**they'll** 78:14

**they're** 22:3 49:7 77:1

**thing** 80:4

**things** 11:2 16:3 17:15,17 23:12 27:8 30:19 36:17 42:3 43:13 49:18 51:14 54:3 55:24 61:1,15 62:16 63:20 76:5,16 78:16 79:8,15 82:20 85:18,21,23 86:2,16 87:8,13 104:8

**think** 11:17 16:23 18:7 19:16,18 22:1,6 23:8,14 24:12,19 25:8 29:25 31:21,22 33:1,13 37:7 39:15 41:12 44:7,15,16 47:5,19 51:23 52:1 54:21 56:4,14 57:6,12 60:11 63:11 64:23 71:17,18 77:12,17 79:9 80:4 81:11 87:9 91:14 92:20 93:11

**thinking** 58:23,25 63:9 74:22 85:22, 23

**third** 30:10,12 31:23 32:11 68:13

**this** 5:11,16,18 6:17 7:10 8:7,13,23 9:1 10:4 11:9 12:12,15,16,22 18:9, 25 19:4,6 20:7 23:19,21 30:21 31:3, 13,15 32:10 33:7,12 35:14 36:13 38:6 39:17 41:22 42:18 45:6 46:25 48:10 50:3,18 51:9,16 52:10 54:13, 22 55:6,17,19 56:23,24 57:5,16 59:11 61:16 63:3 65:14,15,17,19 66:12 67:10 68:13 69:6 76:17,25 78:2 80:21 81:12,14,17 82:21 83:7, 10,16 84:22 87:18 91:20,21 93:2,16, 18 94:5 96:2 100:3,6 102:11 103:10 104:15

**thorough** 11:22

**thoroughness** 11:24

**those** 6:13 10:1 11:1 22:10 23:3 30:8 31:21 38:21 40:20 43:13 47:16, 25 48:12,14,16 52:19,21 53:5,7,15 54:5,6,12,15,19 55:4,23 56:7,10,13 61:4 62:10 64:12 68:23 69:8,12 71:6 74:23 76:5 77:5 78:8 80:11 84:17 85:12 86:15 90:7 92:21 94:17 97:4 103:24

**though** 71:8 90:3

**thought** 26:14 53:24 78:23,25 101:17

**thoughts** 19:22 20:4 54:6

**three** 31:10,22 34:2 63:10 77:1,9,16 78:1 101:14

**through** 9:4 11:15 18:9,22 29:12

34:14 45:5,18 46:19 50:5,19 52:21 54:21 65:2,12 74:21 75:24 76:22 85:12 93:24 103:19

**throughout** 5:18 27:10 29:6 32:17

**tidy** 99:16

**Tiktok** 27:23 28:2

**time** 5:1 6:20 21:6 22:10 24:12 27:17 28:8 29:19 31:9 33:14 34:23 35:21 54:1,9 55:4,21 56:8 58:1,14,21 59:1, 6 60:5,16 63:12 64:9 80:5 84:10 86:25 89:12 91:20,21 93:2,18 94:19 96:2 103:5,10 104:23 105:2

**timeline** 45:6 67:8 68:9

**timelines** 33:3 56:10

**times** 28:4,10 33:10 63:24 78:13

**tiring** 6:18

**tissue** 92:15

**to** 5:12,14,18,23 6:1,3,7,17,19,21 7:6,10,18,19,25 8:15 9:11,18,19,22 10:7,10,14 11:9,12,17,22 12:1 13:15,20 14:21 15:25 16:1 17:4,14, 15 18:23 19:16,18,20,21 20:9,13,24 22:1,23 23:10,25 24:9,13,19,20,22, 24,25 25:3 26:13,18,19 27:18,24 28:18 32:6,8 33:6,10 34:1,5,22 35:1, 12,13,18,22 36:17 37:15,16,22 38:10,15,18 39:4,18,21,22,23,24 40:11,18 41:6,13,15,18,21,23 42:1, 12,21,23 43:5,7 44:2,7,9,13,17,19 45:3,9,11,17,18,21 46:7 47:7,11,17, 20,23 48:12,14,16,18 51:4,5,6 53:2, 5,12,18,19,20 54:3,10,18,21 55:5,9, 15 56:7,24,25 57:2,7,8,14 58:9,20, 21,22 59:1,3,4,5,6,12,16,25 60:12 61:1,25 62:3,12,13,23 63:19,20 64:8,13,21,24 65:14,18,20 66:5,8, 16,18,22 67:2,5,13,17,21 68:4,12, 14,19,23,24,25 69:1,3,13 70:5,12 71:5,6,13,25 72:6,9,12,19 73:1,2,16, 20 74:13,18,23 75:5,6,9,19 76:19,21 77:22 78:1,7,11,15,19,24 79:1,11,23 80:4,6,8,10,17,22 81:24 82:13 83:9 84:6,17,23 85:9 86:3,6,8 87:8,11,23, 24 88:22 89:5,12 90:1,2,4,6,17,20 91:15,17 92:1,15,22 93:4,10,12 94:6,8,9,16,19,21 95:7,8,18 96:4,12, 17,18 97:10,13,15,17 98:3,4 100:1, 4,6,14,23 101:1,15,22,23,24,25 102:4,14,22 103:12,18,22 104:9

**today** 5:9,13 6:25 7:3,14 11:6

Index: today's..voice

**today's** 7:7

**together** 68:23 84:12 92:3

**told** 26:24 35:10 48:13 54:20

**too** 6:17 20:9 68:20 75:17 102:14

**took** 73:7

**top** 12:17 92:14,18,25 93:11,21
94:12 95:2,9,13 96:6 99:10

**topics** 53:22,23

**totally** 76:5

**touched** 83:8

**towards** 64:18 84:3

**Township** 26:20

**toys** 62:7

**trail** 51:12

**training** 51:13

**traits** 97:4

**transgender** 10:4 24:15,25 25:2,3,
17 26:15 28:21 31:16 41:3,15 43:6
51:19,21 60:19,25 61:22 76:8,23
85:18 90:25 91:4,6,8 95:12 97:17,18

**transgender-related** 15:5

**transition** 25:23 41:20 42:16 43:24
45:9 60:6 67:6 91:11 101:4,5,6

**transitioned** 40:1,9 44:25 101:10

**transitioning** 72:21 102:17

**treated** 52:25

**treatment** 16:11,20 34:8 36:24
43:25 45:11 55:3,12 60:15 72:8
75:14,16 86:7 87:14 88:5 89:18
96:23 97:20 98:20

**treatments** 16:22 96:15,17,18
97:17

**triage** 41:19 42:15

**tried** 34:3 100:14

**trip** 101:15

**Trouble** 36:22

**trucks** 62:21

**true** 62:1

**truth** 6:2 7:3 68:15

**try** 20:9 65:20 99:25

**trying** 35:1 45:18

**turn** 35:13

**turning** 67:21

**two** 25:21 32:19 33:10 42:10,12
50:12 54:2 76:5 81:1 87:10,15

**types** 47:17

**typical** 92:16

**typically** 62:17

---

**U**

**uh-huh** 9:23 16:21 22:19 29:10
32:22 45:10 47:19 49:12 50:6 52:9
53:8,14 54:17,23 61:20 62:14 63:25
65:4,7 67:24 69:7 76:11 78:17 84:8
87:19 90:23

**ultimately** 19:23 75:10

**unacceptable** 65:21,22

**uncertain** 63:6

**uncomfortable** 38:23,25

**under** 94:25

**underage** 13:16

**undergarment** 43:4

**undergoing** 83:7

**understand** 6:4,6,9,14,25 25:13
37:24 38:19 60:3 79:11 100:2
102:20

**understandable** 48:14

**understanding** 31:19 53:1 54:1,11
77:22 79:6 81:1 99:23

**understood** 6:22 29:18 33:5 60:7
68:11 80:12

**undertaken** 41:9

**underway** 11:14

**unfolded** 87:13

**University** 13:24

**unknowns** 75:12

**unless** 6:5

**unpack** 49:21 83:10

**unpleasant** 58:8

**unrelated** 53:21 54:3,9

**until** 18:7 23:9 92:23 94:7 104:1

**up** 13:8 18:8 51:6 72:21 74:10 77:7
86:13 99:16 101:21

**upon** 57:21

**urged** 10:7

**us** 18:15 23:9,16,24 24:20 28:14
40:18 42:1 52:4 66:20,21 67:2 83:8
86:1,2 101:14

**use** 27:19,24 28:10,12 43:13 66:22
67:3 78:11,14,15 80:5 88:6

**used** 15:14 40:1 43:6 65:18 78:21
80:10 88:10

**uses** 28:2

**using** 5:17 55:2 66:23,24 79:22
90:11

**utilize** 82:11

---

**V**

**values** 22:4

**vaped** 88:8

**varies** 22:1

**variety** 96:7

**vary** 19:18

**Venn** 56:15

**verbal** 6:12

**Verbally** 66:9

**versus** 38:3 78:25 79:2,3

**very** 17:7 24:21 26:7 36:5 38:17 58:9
59:3,11,17 63:4,9 68:18 77:3 81:25
86:11,17,21 95:7

**vetting** 82:13

**view** 40:25

**Vincent** 46:19,21

**visit** 47:13 57:22 82:14

**visited** 81:20

**visiting** 63:23

**visits** 28:3

**vocabulary** 24:19

**voice** 69:21 86:19 87:11

**voiced** 48:12

**voicing** 47:25

**vote** 10:7,24

**votes** 10:18

---

**W**

**wait** 104:1

**walk** 45:5 75:24

**walk-in** 50:23,24

**walking** 17:17

**want** 11:12 27:18 41:3 45:3 53:12, 18,19 54:10 63:19 67:17 68:14,25 71:6 75:5 86:3 88:22 92:8,18,20 93:10

**wanted** 24:22 53:2 64:8 71:5 94:8 101:23

**wanting** 37:15,16 41:12 70:12

**was** 9:11,12,19 10:3,9,11,14,15,17, 23 11:8,14,18 13:13,16,18 14:19,23 15:22,24 20:25 21:3,8,9,12,17,22 22:11,17,25 23:15,18,20,22,24,25 24:3,10,12,14,15,18,20,23 25:24 26:22,23 27:14,16,18 29:18,25 30:2, 5,11,12,13,19,21,25 31:2,9,13,15 32:2 33:11,15 34:4,20 35:6,21,24 36:4 37:4,14,17 38:8,13,16,17,18, 21,22,24,25 39:6,8,17,23 40:10,11 41:8,9,12,13,17,18 42:16 43:12,21 44:10,13,25 45:1,20,21,24 46:7,11 47:10,15,21 48:13,19 49:25 50:20 51:13,20,22 52:5,10,11,14,15,19 53:17 55:6 56:5,24 57:6,7,19,21,23 58:4,5,6,7,9,11,13,15,22 59:3,4,10, 11,12,16,23,24 60:2,4,8,14 61:22, 24,25 62:1,2,3,16,23 63:16,22 64:1, 3,10,14,17,19,21 65:17,19 66:23,24, 25 67:1,4,12,25 68:5,13 69:17,22,23 70:2,11 71:4 72:9,11,16,25 74:8,9 75:17,22 76:2,3,4,6,7,10,12,18,19 77:7,15 78:2,5,10,19,21,23,25 79:1, 14 81:18 82:5,6,15 84:10,11,13 87:1,9,12 88:19 89:4,11,20 90:1 91:2,5 97:16 98:9,13,19,20 99:18 101:3,13,19 102:12 103:3 104:2

**Washington** 26:20

**wasn't** 10:12 21:22 24:17,18 34:12 37:14,17 38:20 39:6 58:25 78:4,5

**way** 11:3 20:13 39:17 41:21 54:24 56:9 62:1,12 66:24 67:4,5

**ways** 31:5 38:8 91:13

**we** 5:15,25 6:7,11 11:23 12:5 14:2 22:12 24:5,8,17,21 26:14,15,20 27:1 34:3,21 36:12 40:17,18 41:14,20 42:15,21,23 44:15 45:1,3,4 47:19,20 48:15,18,20,21,22,23,25 49:24 51:23 52:1,2,23 54:25 55:3,13,14 56:5,8 58:12 59:18 60:4,17 62:20 63:20 64:3,5,6,8,10,11,13,23 66:6,21 67:2,4,8 69:5 70:7,9,12,25 71:4,8,14 73:22 74:6 76:16 79:15 81:4,24,25 82:10,20 83:24 84:4,6,12 88:4,16,24 89:18 90:4 91:21 100:2 101:15,22, 23 102:4,10,13 103:2,3,20,24 104:6, 7

**we'll** 7:18 29:11 37:8 44:1 53:11 89:23 99:15,16 105:1

**we're** 31:8 34:25 35:18 52:3,4 57:13 73:20 83:7 85:1 95:16 100:6

**we've** 61:17 84:22 99:25 100:14

**wearing** 101:11

**website** 9:5

**websites** 81:21

**Wednesday** 83:25

**week** 35:7

**weekly** 76:20

**weeks** 29:16 42:10,12

**weighed** 55:4

**weighing** 19:24

**Welch** 5:2,6 7:19 18:23 63:19 88:22 104:23

**well** 12:4 15:6 17:3 22:10 28:6,16 32:2 34:4 40:17 47:4,6 50:23 54:25 55:14 57:6 64:24 66:14 70:25 71:20 72:20 73:17 74:6 75:1 80:21 82:15 86:11,21 88:17 94:2 103:11 104:22

**well-being** 10:6 48:10 87:25

**went** 47:4,6 66:16 101:14

**were** 13:14 21:13 22:20 23:5 24:21 33:14 35:10 36:14 37:7,9 38:7 39:16 41:14 43:14 45:22 47:7,10,19,20 48:15,18,21,23 49:1 51:24 52:2,24 53:1,5,15 54:16,19,20,25 55:8,13, 19,23,24 56:2,4 58:1,12,23 59:20

60:16,19 61:7 62:14,20,21 64:6,11 65:5,18,19,20,21,24 66:4 67:2,4,5 68:2,4 69:12,20 70:9,13,17 71:6,10, 13,19 72:6,7 73:22 74:3,4,6 75:8,12 77:5,6 78:8,18 82:20 89:21 90:7 93:17 98:2,3,9 101:15,22,23 103:2,3

**weren't** 27:15 48:22

**what** 7:11 8:9,25 9:11,19 10:1 11:16 12:14 13:11,18 14:18 15:8,11,16,19, 22 16:22 17:10 18:17 19:14,19 20:1, 22,25 21:5,9 22:3,15 23:2,22,24 24:13,20,25 27:24 33:11,14,25 36:14 37:9,12 38:16 39:5,7,15,23 40:8,20 41:2,14,17,21 43:3,12 44:13,19 45:4 46:21 47:15,20,21 48:1,11 49:6,23 50:19,20,21 51:11 52:6,19 53:1,15,24 54:20 55:8 58:22 60:2 61:7 62:4 63:2 64:8,20 65:15, 22 70:23,24 71:12 72:16 73:2 74:3, 16,23 75:22,24 76:4,12 78:23 79:10, 19 80:21 82:12 84:9,14 87:22 88:2 91:13,14,15 92:16 93:3,7 94:14 95:16 97:3 98:12 100:2,3,5,18,24

**what's** 60:23 61:11 77:18 92:13

**whatever** 89:15

**when** 9:12 10:16 11:8,9,14 13:13 15:24 16:2 22:20 23:18 25:2,24 26:23 27:1,3,13 32:23 35:6,10 36:3, 12 37:3 40:23 42:9 48:12 49:13 51:15 52:3,11 55:16 56:25 57:13,19 65:5,22 66:16 67:18,25 68:5 69:2 75:18 76:4,25 78:19,24 80:7 81:5 85:15,19 86:3 87:4,11 89:25 92:18 94:24 96:25 97:3 100:25 101:22

**whenever** 52:18

**where** 13:4 14:12 17:14 21:12 24:10 26:3 34:6 39:25 45:14,19 46:23 48:20 59:10 68:21,24 73:14 76:2,7, 10 77:7 79:20 85:10 92:2 93:3 94:9

**whether** 20:15 21:23 84:11 95:5 103:16

**which** 11:19 17:6 27:21 44:1 45:4 48:3,17 53:23 69:16 74:8,15 82:10, 13 89:11 92:11,14 98:9

**while** 24:21 44:25 56:13 74:17

**who** 10:12 14:3 27:4 28:20 40:15 41:3 43:12 49:8 51:3,13 54:5,6,13, 14 57:13 58:13 59:10,13 60:17,19 61:24 62:3 76:3 77:19 78:25 82:16, 17,21 86:16 94:17,18 95:12,13

**why** 17:2,22 26:12 39:17 41:11 42:13 45:17 51:25 58:4 64:1 78:18 88:4 89:10 100:2 103:9

**wide** 62:16

**will** 5:15 6:2,4,7 7:18 19:4 35:1 44:1 52:4 80:5,17 84:4 88:16 94:13 99:6 100:20 101:7 102:10,16

**William** 5:11

**willing** 32:8 76:19

**wishes** 75:4

**with** 5:9,10 7:3,5,13,16 8:11,18 12:6 13:14 14:16 16:10,24 17:5,20,25 18:9 19:10 20:5,12,16 21:4,7,12,19 23:6,11,13,16,24 24:7,16,18 25:5,6 26:13 27:8,9 29:11,13 30:21 32:20 33:7,9,12,17,19,22 34:21,24 38:2,4, 14,15 39:1 41:17 44:4 45:3,8 46:6 48:15 49:2 51:10,17 52:20 53:19,25 54:3 55:4,12,18,20 56:7,9 57:24 58:23 59:13 60:2 62:2,7,8,17,18,24, 25 63:13,23 64:1,15 65:20 66:4 67:8 68:8 69:8,9,17 70:14,23 74:10,24 75:13 76:3 77:7 78:11,18 82:10,17, 20,25 83:8,9,12,22 84:5,18 85:1 86:1,9,21 90:4,5,8,20 91:10,17,25 94:3,23 96:5,11,15,20 97:11,25 98:1,10 99:24 100:9

**withdrawing** 36:18,19 38:21 65:25 66:3

**withdrawn** 37:15

**within** 22:4 40:24 87:9 100:25

**without** 55:13

**WITNESS** 39:9,12 50:8,11 63:15 88:15,18 91:7 98:19 99:17 101:8

**won't** 14:2 48:6 59:7

**wonderful** 81:25

**word** 80:6

**wording** 10:13

**words** 51:4

**work** 14:7,12 17:6,9 72:19

**worked** 14:15

**working** 5:10

**world** 41:2

**worries** 100:18

**worry** 24:9 73:11 80:1

**worse** 100:23

**would** 10:4,13 11:5 16:2,6 18:13 20:2,4,11 24:14 25:16,21 26:16,17 27:1 28:1,3,4,7 32:25 33:9 35:10 36:11 37:25 38:1,13 40:15,18 41:22 45:3 48:1 53:25 57:10 62:4,12 65:11 69:14,15 71:2 72:5 74:19,25 79:5 82:14 88:4 91:24 92:16,20 93:8,9 95:6,8,18 98:21 99:9 100:7,22 101:1 102:13 103:9,13 104:1,10,12

**wouldn't** 62:24

**write** 10:1

**written** 61:2 100:10

**wrong** 24:7 44:21 67:10 80:5

**wrote** 9:10,11,13,21 23:9

---

**Y**

**yeah** 16:6 25:23 26:2 27:7 28:6,9 30:8 37:5 70:11 72:2,14 73:12 77:5 79:9,18 80:16 81:10 88:15 103:8

**year** 11:19 19:4 27:2 72:5 81:7,8,10

**years** 13:13 16:3,5 19:4 25:21 34:9 101:20

**yes** 6:10,15,23 8:1,12,17 9:25 10:19, 21,23 11:5 12:21 13:8,10,11,23 14:5,8,11,23 16:11 18:24 19:2,11,13 22:21,23,24 25:18,23 26:10 27:20 28:13,25 30:4 31:1,3,14 33:18,21,24 34:16 35:5,17 36:2,25 37:2 39:12 40:7 42:8,25 43:20 46:19 47:10 50:7,8 51:11,12 57:18 58:18 62:9 65:10 66:10,15,20 69:10,12,13,23 70:16,19 72:14,25 74:2 75:18 80:1, 19 81:3,15 82:4 83:23 84:2 85:6,11 86:11 87:5 90:10 91:12 92:7,10 93:19,23 97:5 99:5,25

**yet** 35:8 39:7 79:16

**you** 5:12,13,20 6:3,4,5,6,9,11,14,19, 20,24 7:2,6,13,19,23,25 8:7,11,23 9:2,6,21 10:1,9,16,25 11:2,3,9,14,25 12:1,12 13:2,4,6,9,14,21 14:7,10,12, 15,18,21,25 15:13,19,21 16:2,9,19, 24 17:14,16,17,20,25 18:17 19:3,5, 19,24 20:2,11,13,18 21:6,23 22:11, 17,18,23 23:3,9,10,11,12,13,15 24:1 25:1,16 27:3,4,5,6,9 28:2,4,7,11,18 30:7 32:10 33:11 34:11,13 35:8,10,

14,16,20,25 36:3,15,23 37:7,9,19, 24,25 38:5,6,11,24 39:10,14,15,19, 25 40:6,8,22,23 41:5 42:6,9,13 43:9, 12,15,22 44:10,12,19 45:8,14,17,22, 25 46:1,11 47:7,14,18 48:4,11,12 49:6,11,13,16,18,21 50:4,9,10,16, 19,21 51:5,15,25 52:1,3,18 54:5,15, 20,21,24 55:9 56:1,17,24,25 57:2,10 58:10,23 59:20 60:2,16,24,25 61:1, 2,5,7,10,13,21 62:11,12,22 63:2,22, 23 64:22 65:1,5,8,11,22,23 66:2,3, 13,16,18,24 67:5,9,10,14,18 68:16, 18 69:2,9 70:4,14,17,20 71:3,12,13, 17,18,21 72:1,20 73:13,14,17,21 74:4,10,23,24,25 75:13,16,23 76:12 77:11,24 78:1,18 79:5,10,15,19,20, 22 80:7,8 81:16,21,22 82:12,14,18, 19,23,24 83:4,20,22,25 84:3,5,6,9, 18 85:7,10 86:3,5,6,25 87:20,23 89:14,21 90:8,20,21,24 91:3,10,19 92:4,6,16,23,24,25 93:7,11,17 94:5, 8,21,24,25 96:5,10,14,25 97:1,3,15, 19 98:4 99:10,23,25 100:2,19 101:7 102:20,22 103:9 104:1,2,4,14,23

**you'd** 94:12

**you'll** 5:25 42:21

**you're** 18:23 40:23 55:17 57:16 63:8 71:10 73:25 79:22 84:14 93:25 98:13

**you've** 8:14 78:13 79:8 100:10

**young** 41:14 76:24 101:18

**younger** 21:15

**your** 5:17 6:1,2 7:6,14 11:25 12:16, 19 13:21 15:8,11,16 18:5,6 19:14,16 21:7 22:2,4,8 23:11 33:6 35:14 40:21 42:20 45:14 50:20 66:17 67:23 68:23 69:3 70:23 73:21 74:21 79:5,18 81:14 84:23 87:17,20 91:5 97:21 99:22 102:23 104:23

**yourself** 15:20 41:5 66:13 83:5

**youth** 82:18

---

**Z**

**Zero** 89:3

**Zionsville** 13:8