# EXHIBIT 17

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

_____

## Maria Rivera

*May 25, 2023*

_____



**StewartRichardson**

DEPOSITION SERVICES

800.869.0873 | www.StewartRichardson.com

*Reporting Driven by Excellence — Since 1975*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

Page 3

1           UNITED STATES DISTRICT COURT
2          SOUTHERN DISTRICT OF INDIANA
3             INDIANAPOLIS DIVISION
4        CAUSE NO. 1:23-cv-00595-JPH-KMB
5    K.C., et al.,              )
6          Plaintiffs,          )
7          -v-                  )
8    THE INDIVIDUAL MEMBERS OF   )
9    THE MEDICAL LICENSING BOARD )
10   OF INDIANA, in their        )
11   official capacities, et     )
12   al.,                        )
13         Defendants.           )
14
15   VIDEOCONFERENCE DEPOSITION OF MARIA RIVERA
16              May 25, 2023
17             9:30 a.m. EDT
18
19
20
21
22
23
24       STEWART RICHARDSON & ASSOCIATES
         Registered Professional Reporters
25              (800)869-0873

Page 2

1          The deposition upon oral examination of
2    MARIA RIVERA, a witness produced and remotely sworn
3    before me, Amy Doman, Registered Merit Reporter,
4    Certified Realtime Reporter, California CSR 14465,
5    Texas CSR 6203, Illinois CSR 084004926, Washington
6    CSR 22031067, Notary Public in and for the County
7    of Hamilton, State of Indiana, taken on behalf of
8    the Defendants, at the offices of Stewart
9    Richardson, One Indiana Square, Suite 2425, 211 N.
10   Pennsylvania Street, Indianapolis, Indiana,
11   scheduled to begin at 9:30 a.m. EDT, on Thursday,
12   May 25, 2023, pursuant to the Federal Rules of
13   Civil Procedure.
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1          A P P E A R A N C E S
2    (All appearances via videoconference.)
3    FOR THE PLAINTIFFS:
4              Kenneth J. Falk, Esq.
               Gavin Rose, Esq.
5              Chase Strangio, Esq.
               ACLU of INDIANA
6              1031 East Washington Street
               Indianapolis, IN  46202
7              kfalk@aclu-in.org
8
9    FOR THE DEFENDANTS:
10             James Barta, Esq.
               OFFICE OF THE ATTORNEY GENERAL
11             302 West Washington Street
               IGCS Fifth Floor
12             Indianapolis, IN  46204-2770
               james.barta@atg.in.gov
13
14   ALSO PRESENT:
           Shawn Weyerbacher
15         Brad Davis
           Mixhi Marquis
16         Chase Strangio
17
18
19
20
21
22
23
24
25

Page 4

1              INDEX OF EXAM
2    MARIA RIVERA...........................   6
3    EXAMINATION............................   6
4    QUESTIONS BY MR. BARTA
5    EXAMINATION............................  81
6    QUESTIONS BY MR. FALK
7           INDEX OF EXHIBITS
8    (All exhibits attached hereto.)
9    Deposition Exhibits:             Page
10   Exhibit 1   - Complaint..............   9
11   Exhibit 2   - Declaration of Maria ...  11
12              Rivera
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1  (Time noted:  9:28 a.m.)
2     CERTIFIED STENOGRAPHER:  My name is Amy Doman,
3  a certified stenographer in association with
4  Stewart Richardson & Associates, located in
5  Indianapolis, Indiana.  Today's date is
6  May 25, 2023.  The time is 9:28 a.m.  This
7  deposition is being held remotely.  The deponent is
8  Maria Rivera.
9     Will counsel please identify themselves and
10  any person present with you for the record.
11     MR. FALK:  This is Ken Falk, attorney for the
12  plaintiffs.  Gavin Rose, attorney for the
13  plaintiffs, is also on the line.  We may be joined
14  by Chase Strangio.  And as I told the court
15  reporter, Mixhi Marquis, who is the representative
16  of Mosaic, which is where we are right now, is also
17  in the room.
18     MR. BARTA:  And you have James Barta for the
19  defendants, and our summer law clerk, Brad Davis,
20  is joining me in the room.
21     (Witness sworn.)
22     MR. FALK:  The questions get harder.  We're a
23  little nervous here, James.
24
25

Page 6

1     MR. BARTA:  All right.  Well, we'll do our
2  best.
3            MARIA RIVERA,
4     called as a witness by the Defendants, having
5     been first duly sworn, was examined and testified
6     as follows:
7  EXAMINATION
8  BY MR. BARTA:
9  Q.  Good morning, Ms. Rivera.  I'm going to be asking
10     you some questions today, and, hopefully, we'll try
11     to keep this as easy as possible for you.
12  A.  Okay.  Thank you.
13     MR. BARTA:  Ken, before we get started,
14     logistically, is there a way to maybe move the
15     microphone a little closer to Ms. Rivera?  I'm
16     having a little trouble hearing.
17     MR. FALK:  Okay.  But I'm warning you, you may
18     not get to see all of me.  Okay?
19     MR. BARTA:  Okay.
20     MR. FALK:  Just keep my image in mind, and
21     then you can continue.  Okay?
22     THE WITNESS:  Don't forget him.
23     MR. FALK:  Is that better?
24     MR. BARTA:  That's better.  Thank you.
25

Page 7

1  BY MR. BARTA:
2  Q.  Ms. Rivera, have you given a deposition before?
3  A.  No.
4  Q.  Okay.  So we'll just start going over a few
5     logistical matters.  So the format of this is, I'm
6     going to ask some questions to you.  You get to
7     answer them.  And the court reporter here is going
8     to take down everything we say.
9        Understood?
10  A.  Yes, I understand.
11  Q.  Okay.  So as the court reporter said, you know,
12     your answers are being given under oath.  So you'll
13     need to answer your questions truthfully and to the
14     best of your ability.
15        If you don't remember something, that's fine.
16     I just ask that you try to be as truthful and
17     accurate as you can.  Okay?
18  A.  Okay.
19  Q.  And you're doing right now.  Verbal answers are
20     great.  Gestures, nodding of the head, shaking of
21     the head don't show up well on screen, so please
22     answer verbally.  Okay?
23  A.  Okay.
24  Q.  And if at any point I ask a question and you don't
25     understand, can you ask for clarification?

Page 8

1  A.  Yes.  I will ask for clarification.
2  Q.  Okay.  So I don't expect this deposition to take
3     too long, but if at any point you need a break,
4     just let me know.  Okay?
5  A.  Okay.  I will.
6  Q.  Thank you.  And is there any reason that you cannot
7     understand my questions today?
8  A.  No.  I don't have a reason.
9  Q.  Is there any reason you can't answer the questions
10     truthfully and accurately?
11  A.  No.  I don't have a reason.
12  Q.  Okay.  And one more logistical thing is, you know,
13     the parties have taken steps to protect the
14     confidentiality of your child, so I will try to use
15     the initials M.R. when referring to your child to
16     help the process.
17        Is that okay with you?
18  A.  That's okay with me.
19  Q.  And if either of us uses the first name or says
20     something that might identify him, the lawyers will
21     clean that up later.  So you don't have to worry
22     about that.  Okay?
23  A.  Okay.
24  Q.  Okay, great.
25        So other than meeting with your attorneys, did

Page 9

1  you do anything to prepare for today's deposition?
2  A.  No.
3  Q.  And other than Ken Falk and Mixhi Marquis, is there
4      anyone else in the room with you?
5  A.  No, just them two.
6  Q.  And do you have any notes in front of you?
7  A.  No.
8  Q.  I would like to introduce as Exhibit 1, the
9      complaint.
10     (Exhibit 1 marked for identification.)
11 Q.  All right.  So do you recognize this document,
12     Ms. Rivera?
13 A.  Yes, I do.
14 Q.  And this is a copy of the complaint that was filed
15     in this case?
16 A.  Yes.
17 Q.  And in this lawsuit, you brought claims challenging
18     the Indiana law referred to as Senate Enrolled Act
19     480; is that right?
20 A.  That is correct.
21 Q.  When did you first hear about the law?
22 A.  It was here at work.
23 Q.  Where do you work?
24 A.  I work here at Mosaic Health & Healing Arts.
25 Q.  How long have you worked there?

Page 10

1  A.  Six months.
2  Q.  And what's your role?
3  A.  I'm a medical assistant.
4  Q.  Okay.  What does that mean?
5  A.  A medical assistant is vitals, like, blood
6      pressure, oxygen, pulse intake.
7  Q.  So who did you hear about the law from?
8  A.  What do you mean by "the law"?
9  Q.  So you said you heard about the law at work?
10 A.  Yes.  So I don't exactly remember how everything
11     happened.  I do remember hearing about the law.
12     And then I was just -- I didn't feel okay about it
13     because it was going to affect my child.  And then
14     that was it.  I was just, like, it doesn't feel
15     right to me.
16 Q.  Did you participate in any of the process leading
17     up to the law's enactment?
18 A.  I don't understand that question.
19 Q.  Let me rephrase it.
20     Did you work with any legislators leading up
21     to the law's enactment?
22 A.  No.
23 Q.  And did you write letters or call any legislators?
24 A.  No.
25 Q.  And when did you decide to bring this lawsuit?

Page 11

1  A.  As soon as I heard about it, I just felt that I
2      needed to speak up.
3  Q.  And I understand M.R.'s father is not participating
4      in the lawsuit; is that right?
5  A.  I don't -- I mean, we had agreed that it would be
6      proper for me to just be doing it.  But he's in
7      complete agreement of me being involved in this.
8  Q.  Okay.  Why is he not participating?
9  A.  He doesn't like to be in front of cameras and
10     talking to other people.
11     MR. BARTA:  Shawn, you can take the exhibit
12     down, thank you.  I would like to introduce as
13     Exhibit 2, the declaration of Maria Rivera.
14     (Exhibit 2 marked for identification.)
15 BY MR. BARTA:
16 Q.  Ms. Rivera, do you recognize this document?
17 A.  Yes, I do.
18 Q.  Is this your declaration?
19 A.  Yes.
20 Q.  And that's your signature at the bottom?
21 A.  Yes.
22 Q.  Is there anything in this declaration that's no
23     longer accurate?
24 A.  Everything is accurate.
25 Q.  Thanks.

Page 12

1      MR. BARTA:  You can take the exhibit down,
2      Shawn.
3  BY MR. BARTA:
4  Q.  So I do want to just start with some more general
5      background questions to better understand.
6      So how old are you?
7  A.  33.
8  Q.  Where do you live?
9      MR. FALK:  Let me just step in.  Don't give
10     your home address, just the city.
11 BY MR. BARTA:
12 Q.  What city do you live in?
13 A.  I was going to say Elkhart County.
14 Q.  How long have you lived in Elkhart County?
15 A.  I moved here summer of 2007.
16 Q.  Okay.  So I think you mentioned earlier you're a
17     medical assistant; is that right?
18 A.  That is correct.
19 Q.  Did you go to college?
20 A.  Yes, I did.
21 Q.  Where did you go?
22 A.  I went to Brown Mackie.
23 Q.  Where is that?
24 A.  They used to have a location in South Bend.
25 Q.  And what was your degree in?

Page 13

1　A.　It was a certification.  So it was just a medical
2　　　certificate.
3　Q.　When did you start working as a medical assistant?
4　A.　I usually get those dates mixed up, like, the year.
5　　　I think it was in February of 2013.
6　Q.　Okay.  Do you know how many places you've worked as
7　　　a medical assistant?
8　A.　Including the one where I'm at would be three.
9　Q.　What were the previous places?
10　A.　The one before this one, I worked for Beacon, and I
11　　　was there for six years.
12　Q.　And before that?
13　A.　And then before that, I worked for Windsor
14　　　WorkCare.
15　Q.　Why did you switch from Beacon to Mosaic?
16　A.　It was time for a new change, something different.
17　Q.　Did you already know about Mosaic before you
18　　　switched jobs?
19　A.　No.
20　Q.　How did you find out about Mosaic?
21　A.　I just went on Indeed, looked for something in my
22　　　area, and Mosaic came up.
23　Q.　Okay.  And you said you've been there about
24　　　six months?
25　A.　Yeah, uh-huh.

Page 14

1　Q.　Do you remember what month you started?
2　A.　It would have been in November, yes.
3　Q.　Are you a member of any political organizations?
4　A.　No.
5　Q.　Are you a member of any organizations related to
6　　　transgender advocates?
7　A.　No.
8　Q.　What is your gender identity?
9　A.　My gender identity?  I mean, I feel like a female.
10　Q.　Okay.  Do you use female pronouns?
11　A.　Yes.  I use she/her pronouns.
12　Q.　Okay.  Are you married?
13　A.　Yes.
14　Q.　For how long have you been married?
15　A.　I have been with my spouse for about -- since 2005,
16　　　so that's 18 years.
17　Q.　Wow, congratulations.
18　A.　Yeah.
19　Q.　And how many children do you have?
20　A.　We have five.
21　Q.　What is the age range?
22　A.　Ages?  It will be oldest 15, 14, ten, seven, and
23　　　three.  Sorry.  So many of them.
24　Q.　I'm sure it's hard to keep track of them at times.
25　　　And what are the genders of your children?

Page 15

1　A.　Their assigned gender are female.
2　Q.　All of them?
3　A.　All of them.
4　Q.　How many of your children identify as something
5　　　other than female?
6　A.　They are fairly young, so I don't -- they're still
7　　　processing.
8　Q.　Do any of them -- are any of them unsure about
9　　　whether they're female?
10　A.　It hasn't come up.
11　　　　　MR. FALK:  Hold on for a second.
12　A.　M.R. has come up as -- what is the word I'm looking
13　　　for?  I'm so sorry -- that he doesn't identify as a
14　　　female.  He identifies as male.
15　BY MR. BARTA:
16　Q.　Okay.  But the other ones, it hasn't come up?
17　A.　My other four, no.
18　Q.　All right.  And your oldest child, M.R., is 15 now;
19　　　is that right?
20　A.　This is correct.
21　Q.　Where does M.R. go to school?
22　A.　Goshen High School.
23　Q.　Okay.  Does M.R. like school?
24　A.　Yes, yes, he does.
25　Q.　Does M.R. do well in school?

Page 16

1　A.　Struggling a little bit, but he does his best.
2　Q.　What does M.R. like doing outside of school?
3　A.　Marching band, anything that has to do with
4　　　marching band.
5　Q.　What instrument?
6　A.　The alto, the saxophone.
7　Q.　Very cool.
8　　　　　Any other activities that M.R. enjoys doing
9　　　outside of school?
10　A.　I mean, whenever it's not marching band season, it
11　　　will be winter percussion, jazz band, orchestra,
12　　　and so basically music.
13　Q.　How would you describe M.R.?
14　A.　Happy, just trying to live life, just trying to
15　　　enjoy himself.  And he just wants to be a happy kid
16　　　and wants to do his thing and just enjoy life.
17　Q.　Would you have ever described M.R. significantly
18　　　differently at another point in his life?
19　A.　No.
20　Q.　Throughout M.R.'s life, has M.R. experienced any
21　　　big changes or stressful situations?
22　A.　Yes.  When he came out to us, it was pretty
23　　　stressful for him to open up.
24　Q.　Any other big changes or stressful situations?
25　A.　Not that I know of.

Page 17

1  Q.  Was there a move at some point?

2  A.  Like, moving houses?

3  Q.  Yes.

4      Did M.R. have to move houses at some point?

5  A.  I mean, we have moved a few times, but it was

6      nothing stressful because he still kept on -- we

7      still stayed in the same area.

8  Q.  Has M.R. ever lost any close friends or family

9      members?

10 A.  No.

11 Q.  Was there any trauma in M.R.'s background?

12 A.  Not that I know of.

13 Q.  Any abuse?

14 A.  Any what?

15 Q.  Any abuse?

16 A.  No.

17 Q.  Any emotional abuse?

18 A.  No.

19 Q.  Okay.  So as far as you're aware, there's been no

20     stressful situations in M.R.'s life, other than

21     coming out?

22 A.  Other than coming out, there was a point a little

23     bit where him and his father didn't agree with

24     things.  But it was when he was trying to come out,

25     or when he came out, and he just didn't know how to

Page 18

1      express his feelings and how to talk to us about

2      it.

3  Q.  So when did M.R. come out?

4  A.  So when he told us that he identified as a male was

5      around -- it was Christmas, the 24th of 2021.

6  Q.  And what was M.R.'s interaction with his father

7      like at that point?

8  A.  I mean, my husband didn't understand, and he was

9      just trying to find a way of how to understand him.

10     And M.R. didn't understand what my husband couldn't

11     understand, if that makes sense.

12         And, then, so it was just kind of -- yeah,

13     they weren't -- we weren't communicating right.

14     And we weren't using the proper words to

15     communicate the message that we were trying to

16     give.

17 Q.  What specifically was your husband having trouble

18     understanding?

19 A.  How M.R. didn't identify with his assigned sex.

20 Q.  And when you say you weren't -- I think you said

21     something about not using proper words.

22         Can you explain what you mean by that?

23 A.  Like, we just -- it was just a learning process.

24     We didn't know how to communicate, like, the

25     pronouns and the name change.

Page 19

1      And, then, so once we had decided that M.R.

2      identified as a female [sic] and it was okay to

3      continue to do the transition, we still make

4      mistakes here and there where we will use the

5      pronouns she/her or still use the legal name.  And

6      then that's when we start -- he would just pull

7      back because he just felt like we weren't

8      understanding.  And, then, so by not identifying

9      him right is where we were having a rough patch

10     there.

11 Q.  Before that point, how was M.R.'s relationship with

12     your husband?

13 A.  Normal.  I mean, just communication of, like, just

14     a normal kid and father relationship.

15 Q.  And how is M.R.'s relationship with you?

16 A.  With me?  I feel like we have a pretty good

17     connection.

18 Q.  Good.

19     Has that relationship ever been strained?

20 A.  No, I don't think so.  I have always been

21     supportive.  If I don't know something, then I'll

22     just ask, and then I try to find the research to

23     help him out.  And, then, so...

24 Q.  Does M.R. make friends easily?

25 A.  I want to say yes.  I feel like he does have a lot

Page 20

1      of friends.

2  Q.  Do you feel like M.R. has always made friends

3      easily?

4  A.  Not before the transition.  I feel like he would

5      struggle with it.  But ever since we started the

6      social transitioning, I have seen a bigger -- like

7      an increase of him being more social, more

8      outgoing, and just living life.

9  Q.  And when did that social transition happen?

10 A.  The social transition happened about a year before

11     December 2021.

12 Q.  In late 2020?  Does that sound right?

13 A.  Yeah, the beginning of 2021, around there.

14 Q.  And what does social transition look like for M.R.?

15 A.  For M.R., the social transition that we did was

16     clothing, just a haircut, shorter haircut, and just

17     using or wearing male clothes.

18 Q.  But at that point, M.R. had not told you that he

19     identified as a male?

20 A.  Correct.

21 Q.  So the pronouns were still female pronouns at that

22     point?

23 A.  Correct, yes.

24 Q.  Do you know how many friends M.R. has now?

25 A.  No.  I wouldn't be able to keep track because

Page 21

1   there's so many kids in marching band.
2   Q.  Do you know if M.R. has any friends who are
3       transgender?
4   A.  That I know of?  No.
5   Q.  Does M.R. use social media?
6   A.  Yes.
7   Q.  What applications?
8   A.  Instagram.
9   Q.  Any others?
10  A.  That I know of, no.
11  Q.  Do you know, to what extent does M.R. use
12      Instagram?
13  A.  So I will just see, like, marching band stuff.
14      (Unreportable simultaneous conversation.)
15  A.  Sorry.
16  Q.  Can you approximate how many hours a week M.R.
17      spends on Instagram?
18  A.  I won't be able to.  No, I don't know.
19  Q.  Do you supervise M.R.'s social media use?
20  A.  I don't.
21  Q.  Does M.R.'s father?
22  A.  He doesn't.  He doesn't have social media.
23  Q.  What was M.R.'s sex at birth?
24  A.  You said, "What was M.R.'s sex at birth?"
25  Q.  Yes.

Page 22

1   A.  Female.
2   Q.  You said M.R. identifies as a male now; is that
3       right?
4   A.  Correct.
5   Q.  So you said that the social transition happened in
6       late 2020; is that right?
7   A.  Yeah.
8   Q.  Early 2021?
9   A.  Like, earlyish, yeah.
10  Q.  How has that social transition evolved over time?
11  A.  It was just -- I mean, we would just go shopping
12      for clothes, and we just kind of kept doing that.
13      I mean, we just gave him the option of just doing
14      however he wanted to dress.  And we have always
15      given him that option to wear whatever they want
16      and whatever makes them comfortable.  So it's just
17      kind of -- it's just -- I don't know.  It just
18      one -- it just happened.
19  Q.  Who made the decision that M.R. would start wearing
20      more masculine clothes?
21  A.  We had gave him the decision to decide what he
22      wanted to wear.
23  Q.  Did you or your husband offer any input into that
24      decision?
25  A.  Sometimes there was, like, depending on, like, the

Page 23

1   men's clothing, M.R. would ask my husband if it was
2   the proper size or length or stuff like that
3   because M.R. didn't know what male clothing sizes
4   were.  So when it came to sizing, yes.
5   Q.  Did you have a conversation about why M.R. wanted
6       to start wearing more masculine clothes?
7   A.  No.  We didn't see anything wrong with it.
8   Q.  And who made the decision that M.R. would start
9       having a more masculine haircut?
10  A.  It was his decision.
11  Q.  Did you or your husband have a conversation with
12      M.R. about why M.R. wanted a more masculine
13      haircut?
14  A.  No.  We asked how he wanted to style it.
15  Q.  Do you know what prompted M.R. to start styling his
16      hair more masculine?
17  A.  I'm assuming because he was a teenager, and he
18      wanted to look good.
19  Q.  So when did you find out that M.R. might be
20      transgender?
21  A.  I had a feeling when he was young, just by the
22      clothing, his clothing.  He would just try to
23      use -- like, the female clothing look more
24      masculine.  And, then, so when he came out, it just
25      made sense.

Page 24

1   Q.  How young did you suspect that M.R. might be
2       transgender?
3   A.  To be exactly on age, I don't remember, but I know
4       he was young.
5   Q.  Can you give an -- can you ballpark what the age
6       might have been?
7   A.  Maybe, like, five or six.  He was young.
8   Q.  And you said that M.R. came out in December -- on
9       Christmas 2021; is that right?
10  A.  Correct.
11  Q.  Was that the first time that M.R. expressed being
12      transgender?
13  A.  That was the first time he expressed that his
14      assigned birth was not what he felt that he was.
15  Q.  How did you react?
16  A.  I stayed a little bit quiet.  I processed.  I
17      thought about it.  And I said, okay.  It'll be
18      fine.  It will be okay.  We'll figure it out.
19  Q.  How did M.R.'s father react?
20  A.  He was a little shocked.  His concern was what is
21      his family going to say.  I mean, yeah, it took him
22      a little bit to get out of that shock moment.  So
23      yeah, it was just -- like, what are people going to
24      say was his concern.
25  Q.  How did M.R.'s friends react?

Page 25

1  A.  So that I know, one of them, she was very
2      supportive.
3  Q.  When M.R. came out, did anyone suggest that M.R.
4      might want to seek counseling?
5  A.  Yes, I did.
6  Q.  What was M.R.'s response?
7  A.  He was like, yes, I would like to speak to a
8      therapist, yeah.
9  Q.  Did you see a therapist?
10 A.  We did.
11 Q.  Which therapist?
12 A.  I don't know.  I don't remember the name of the
13     facility, but it's here in Goshen.  His name is
14     Kevin Moore.
15 Q.  How long did M.R. see the therapist?
16 A.  On and off.  To be exact, it was -- at the
17     beginning, I remember it being every two weeks, but
18     I don't remember for how long it was.  It could
19     have been maybe two, three months.
20 Q.  Did you attend the therapy sessions?
21 A.  Did I?  I did attend the first therapy session,
22     yes.
23 Q.  Did you attend any others?
24 A.  No.  The therapist didn't think it was necessary.
25 Q.  Do you know what went on during the therapy

Page 26

1      sessions?
2  A.  No, because it was patient confidentiality.
3  Q.  Did the therapist -- at the first session, did the
4      therapist tell you anything about his approach?
5  A.  "Approach" as in?
6  Q.  Did the therapist tell you anything about what the
7      therapy would involve?
8  A.  No.  The therapist actually, at the first session,
9      asked me what is it that we wanted to address.
10     And, then, so we talked about the -- trying to
11     have -- helping M.R. figure out whatever he had
12     going on with him, whatever was going on in his
13     head.  And so Kevin said, okay.  We'll do some
14     therapy sessions.  And then they just went from
15     there.
16 Q.  When you say "whatever was going on in his head,"
17     what are you referring to?
18 A.  As in, like, trying to figure out whatever -- he
19     had too many emotions.  He just had a lot of things
20     going on with himself that he felt like he couldn't
21     figure out because he didn't have the guidance.
22     And I couldn't give him that guidance because I
23     couldn't relate.  And so then that's why we decided
24     to go with the therapy.
25 Q.  Okay.  Do you know if M.R. talked with the

Page 27

1      therapist about the question, how can I be sure
2      that I'm male?
3  A.  I don't know.
4  Q.  What is M.R.'s sexual orientation?
5  A.  I don't know.  He's 15.
6  Q.  Okay.  Has M.R. had any romantic relationships?
7  A.  I wouldn't call them romantic, but he's had a few
8      relationships, like, a week or two.
9  Q.  Do you know approximately how many?
10 A.  Maybe, like, five.
11 Q.  Were the partners in the relationship male or
12     female?
13 A.  They were both sex, yeah.
14 Q.  Okay.  Have you ever had any conversations with
15     M.R. about sexual orientation?
16 A.  We had.  And I always say, you're young, you have
17     time to figure it out.
18 Q.  Did M.R. have any conversations with your husband
19     about sexual orientation?
20 A.  No.
21 Q.  When you talked with M.R. about sexual orientation,
22     what did M.R. say?
23 A.  He said, okay.  He just said, okay.  I told him it
24     was okay to make mistakes, and it's okay to figure
25     things out.

Page 28

1  Q.  When did M.R. first start having relationships with
2      women?
3  A.  Sorry.
4  Q.  Maybe -- let me reask that.
5      (Unreportable simultaneous conversation.)
6  Q.  You mentioned some romantic relationships, you
7      know, five different partners.
8          When did those start?
9  A.  So dating -- that I know, dating, it started in
10     eighth grade.
11 Q.  When M.R. started dating, was it with males or
12     females?
13 A.  It was a female.
14 Q.  And what age was M.R. in eighth grade?
15 A.  14, 14, 13.
16 Q.  Do you remember what year M.R. started having
17     relationships, dating?
18 A.  Dating?  It would have been that year that I knew
19     of, yeah.
20 Q.  Are you familiar with the term "gender dysphoria"?
21 A.  Yes.
22 Q.  How?
23 A.  It's when you don't identify as your assigned sex.
24 Q.  How are you familiar with the term?
25 A.  How familiar am I?

Page 29

1           MR. FALK:  How are you?
2     BY MR. BARTA:
3     Q.    How are you?
4           MR. FALK:  How do you know about it?
5     A.    How do I know about it?  I just did research.
6     BY MR. BARTA:
7     Q.    On the internet?
8     A.    Yeah.
9     Q.    Anywhere else?
10    A.    No.
11    Q.    Do you believe M.R. suffers from gender dysphoria?
12    A.    Yes.
13    Q.    What behavior made you suspect that?
14    A.    The clothing, the way he walked, the way he talked,
15          just the way he carried himself.
16    Q.    Did you ever think those behaviors could indicate
17          something other than gender dysphoria?
18    A.    No.
19    Q.    Has M.R. dealt with any mental health issues during
20          his life?
21    A.    Mental health issues?  Yes.
22    Q.    What are those?
23    A.    Just trying to figure out how he feels.
24    Q.    What about anxiety?
25    A.    He has anxiety, panic attacks.  And, then, so...

Page 30

1     Q.    Has M.R. suffered from depression?
2     A.    Yes.
3     Q.    Has M.R. suffered from suicidal thoughts?
4     A.    He was cutting, so I don't know if that would be
5           considered a suicide thought.
6     Q.    Okay.  Are there any other mental health issues
7           that M.R. has dealt with?
8     A.    No.
9     Q.    So with the anxiety, when did you first notice M.R.
10          seemed to have anxiety?
11    A.    I noticed them right as soon as he came out to us
12          in December of 2021.
13    Q.    Did you notice any anxiety before that time?
14    A.    No.
15    Q.    When did you first notice that M.R. seemed to have
16          depression?
17    A.    The depression, I noticed it right after, like,
18          starting the transition.
19    Q.    Did you notice any depression before that time?
20    A.    No.
21    Q.    And when did M.R. start cutting?
22    A.    M.R. starting cutting -- I'm sorry.  I get my dates
23          mixed up.
24          So this would have been around -- it might
25          have been -- it was before February 2023.

Page 31

1     Q.    What else was going on in M.R.'s life in
2           February of 2023?
3     A.    He was just trying to figure out his identity.
4     Q.    Do you know why M.R. started cutting?
5     A.    Because he didn't feel like himself and didn't
6           know how to cope with that feeling or how to speak
7           up about that feeling.
8     Q.    Have you sought any treatment or counseling for the
9           anxiety?
10    A.    Yes.
11    Q.    Who have you seen for the anxiety?
12    A.    Primary physician.
13    Q.    And who is the primary care physician?
14    A.    Dr. Bast.
15    Q.    And when did you first see Dr. Bast?
16    A.    It would have been -- I think it was, like, end of
17          February, right after coming out of the hospital.
18    Q.    February of which year?
19    A.    2023, sorry.
20    Q.    And have you seen any other providers for anxiety?
21    A.    No.
22    Q.    Have you sought any treatment or counseling for the
23          depression?
24    A.    Yes.  We went back to Kevin Moore.
25    Q.    When did you go back to Kevin Moore?

Page 32

1           MR. FALK:  I will object, James.  And I
2           apologize.  I think the witness is answering your
3           question as if it's focused solely on one provider.
4           She did mention that M.R. was in the hospital in
5           February of 2023.  So I assume you'll be asking
6           about that.  But I think she's answering a
7           different question than perhaps you're asking.
8           MR. BARTA:  Well, let me try to clarify then,
9           Ken.
10          MR. FALK:  Okay.
11    BY MR. BARTA:
12    Q.    So you mentioned that M.R. has suffered from
13          depression.
14    A.    Right.
15    Q.    And you have sought treatment or counseling for the
16          depression, correct?
17    A.    Yes.
18    Q.    How many providers -- how many counselors or
19          medical providers have you seen for that?
20    A.    Three.
21    Q.    Which are the counselors?  Can you give me a list
22          of those?
23    A.    It would be the Michiana Behavioral and then
24          Dr. Bast and Kevin Moore.
25    Q.    Which was the first provider you saw for the

Page 33

1  depression?
2  A.  The first official diagnosis for depression was
3      with Behavioral.
4  Q.  Michiana Behavioral?
5  A.  Yes.
6  Q.  And then which was the second provider you saw?
7  A.  Dr. Bast.
8  Q.  And then the third was Kevin Moore?
9  A.  And then Kevin Moore, yes.
10 Q.  And when did you see Michiana Behavioral?
11 A.  It was, like, the first or second week of
12     February 2023.
13 Q.  And when did you see Dr. Bast for the depression?
14 A.  It would have been a few days right after he came
15     out of the hospital.
16 Q.  And when did he start seeing Kevin Moore?
17 A.  I think it was in March of 2023.
18 Q.  Have you sought any counseling or medical treatment
19     for the cutting?
20 A.  Yes.  They would have been with Kevin Moore during
21     that time.
22 Q.  Any other providers for the cutting?
23 A.  No.
24 Q.  Has M.R. dealt with any other chronic medical
25     conditions?

Page 34

1  A.  Like other diagnoses?
2  Q.  Yes.
3  A.  He has ADD.
4  Q.  Any others?
5  A.  No.
6  Q.  When was M.R. diagnosed with ADD?
7  A.  It was diagnosed with Behavioral, the health -- in
8      the hospital.
9  Q.  So that would have been this year?
10 A.  Yes.
11 Q.  Did you suspect M.R. might have ADD before this
12     time?
13 A.  Yes.
14 Q.  When did you first suspect M.R. might have ADD?
15 A.  At the beginning of the school year, for his
16     freshman year.
17 Q.  The beginning of ninth grade?
18 A.  Yes.
19 Q.  And that was fall 2022; is that right?
20 A.  Yes, yeah, yeah.  I'm so bad with dates.  I'm so
21     sorry.
22 Q.  Don't worry.  I'm in the same position.
23     And what behaviors made you suspect M.R. had
24     ADD?
25 A.  Having a hard time focusing with schoolwork and

Page 35

1      then just not being able to understand whatever was
2      happening on the board.  So he was having a hard
3      time focusing with schoolwork.
4  Q.  Did M.R. have a hard time focusing before ninth
5      grade?
6  A.  Yes, but when I noticed it getting worse was
7      freshman year.
8  Q.  Was there anything else going on in M.R.'s life at
9      the beginning of freshman year?
10 A.  Marching band.
11 Q.  Anything else?
12 A.  In summer of 2022?  Yeah, just marching band and
13     school stuff, yes.
14 Q.  No big changes in M.R.'s life around summer 2022?
15 A.  Not for summer of 2022, no.
16 Q.  So the first provider you saw for the mental health
17     issues, I think, was Michiana Behavioral Health?
18 A.  Uh-huh.
19         MR. FALK:  And I'm going to just object.  I
20     think she testified that she had first seen the
21     counselor for a while, and then there was a break,
22     and then Michiana.  So...
23         MR. BARTA:  Okay.  Let me rephrase that.
24 BY MR. BARTA:
25 Q.  So at some point you took M.R. to Michiana

Page 36

1      Behavioral Health, right?
2  A.  Yes.
3  Q.  When was that?
4  A.  That was February 2023.
5  Q.  What prompted you to take M.R. to Michiana
6      Behavioral Health?
7  A.  He said to us that he was going to kill himself.
8  Q.  Did he tell you why he was going to kill himself?
9  A.  Yes.
10 Q.  Why?
11 A.  A few days before that, we had received a phone
12     call from the school counselor letting us know that
13     he had skipped 13 days in a row of school.
14     And, then, so the way we proceeded with it was
15     we talked to him about it and said, hey, we need
16     you to go to your classes.  We need you to do your
17     schoolwork if you want to continue with marching
18     band.  He did say he was going to try and then
19     turned around and didn't do that.
20     And, then, so me and my husband had decided
21     that we were going to withdraw him from Goshen.
22     And then that's when he said, if you withdraw me
23     from Goshen, I'm going to kill myself.
24 Q.  How did you respond?
25 A.  My response was, we're going to the hospital.

Page 37

1    That's -- yeah.  You having that feeling of I want
2    to kill myself, I don't think it was -- yeah.  I
3    said, we're going to the hospital.  We're going to
4    have to talk to somebody at the ER to see what we
5    can do.
6  Q.  Did you go to the hospital then?
7  A.  Yes.
8  Q.  And what happened at the hospital?
9  A.  They did, like, an interview or they asked some
10   questions.  And then they said, I feel like it's
11   appropriate for him to go to Michiana Behavioral
12   for a couple of days and go from there.
13 Q.  Did the hospital diagnose M.R. with anything?
14 A.  Not that I remember.
15 Q.  So you then took -- after the hospital, you took
16   M.R. to Michiana?
17 A.  Uh-huh, yes.  We drove him there.
18 Q.  What happened at Michiana?
19 A.  We just arrived.  They had us sign some papers, and
20   then they said that early in the morning they were
21   going to do an evaluation, and then they were going
22   to contact me.
23 Q.  Were you present for the evaluation?
24 A.  I was not.
25 Q.  What did they tell you about evaluation?

Page 38

1  A.  They called and said that they diagnosed him with
2    ADD and said that his ADD had gotten so bad that
3    the depression had gotten over.  And then they
4    diagnosed it with gender dysphoria and said that
5    due to the ADD and the gender dysphoria not being
6    taken care of, had taken over by depression.
7  Q.  What else was said on the call?
8  A.  They just said that they were going to treat the
9    depression first, and then I need to follow up with
10   someone else to get treated for the ADD and the
11   gender dysphoria.
12 Q.  Do you know how they treated the depression?
13 A.  Yes.  They gave him -- I don't remember the
14   medication, but they gave him medication for the
15   depression.
16 Q.  Do you know whether Michiana did any other
17   treatments?
18 A.  They just did -- they just taught him how to --
19   taught him, like, coping skills of, like, ways of
20   not to cut, ways of how to deal with anxiety.  I
21   think that -- yeah, and they just had, like, little
22   meetings of stuff just to talk about how to process
23   things and how to communicate and then how to have
24   better coping skills than cutting.
25 Q.  Did you attend any of these meetings?

Page 39

1  A.  No.  We weren't allowed to.
2  Q.  Did you have any other phone calls with Michiana?
3  A.  Yes.  We had one phone call with one of the
4    therapists.
5  Q.  What was that call about?
6  A.  It was a family meeting with my husband, M.R., the
7    therapist, and I.
8  Q.  And what happened on that call?
9  A.  The call was to see ways of how to help M.R. cope
10   with whatever he needed.
11 Q.  What were some of those ways?
12 A.  One of the ways was giving him time to listen to
13   his music, because he likes to hear music, writing
14   things down.  And I don't remember the rest.
15   Sorry.
16 Q.  Did you have any other interactions with the
17   providers at Michiana?
18 A.  No.
19 Q.  So it was just the first call, and then the call
20   with the therapist were your only interactions?
21 A.  Yes, yeah.
22 Q.  Did anyone at Michiana talk to you about how they
23   diagnosed M.R. with ADD?
24 A.  No, no.  They just called me and just said, this is
25   what we think is going on.

Page 40

1  Q.  Did anyone talk with you about how they diagnosed
2    M.R. with depression?
3  A.  No.
4  Q.  Did anyone talk with you about how they diagnosed
5    M.R. with gender dysphoria?
6  A.  No.
7  Q.  How long was M.R. at Michiana?
8  A.  It was, like, ten, 11 days.
9  Q.  What happened when M.R. was discharged?
10 A.  We went home, and then he just kind of talked to us
11   about his experience with Michiana.  And then we
12   just kind of -- that day, we just kind of just let
13   things settle.  And then the next following day, we
14   had a meeting with the school counselor.
15 Q.  So what did M.R. tell you about his experience with
16   Michiana?
17 A.  That they were really nice people.  Like, they
18   used to have activities, learned how to play a lot
19   of card games.  He liked the staff.  And then just
20   talking -- really didn't talk much about, like, his
21   coping skills, but he just kept saying, I learned a
22   lot, I learned a lot, and I learned a lot.  And he
23   was saying, thank you so much for sending me there.
24   I learned a lot of things of how to help my anxiety
25   and how to not use cutting as a first resource to

Page 41

1    cope.
2    Q.   But it sounds like M.R. found the treatment or the
3         counseling at Michiana helpful; is that right?
4    A.   That is correct.
5    Q.   Were you given any follow-up instructions from
6         Michiana?
7    A.   Yes.
8    Q.   What were those?
9    A.   To follow up with the primary physician for
10        treatment for the ADD and the gender dysphoria,
11        continue medications for depression.
12   Q.   Who was M.R.'s primary physician at that time?
13   A.   Dr. Bast.
14   Q.   How long has Dr. Bast been M.R.'s primary care
15        physician?
16   A.   February 2023 would have been the first time they
17        saw him.
18   Q.   Did Dr. Bast see M.R. before being released from
19        Michiana?
20   A.   No.
21   Q.   So did M.R. have a primary care physician before
22        Dr. Bast?
23   A.   Yes, but we haven't been to that physician for more
24        than a year.
25   Q.   Who was that previous physician?

Page 42

1    A.   It would have been Beacon Pediatrics.
2    Q.   You also said that you had a meeting with the
3         school counselor after he was released from
4         Michiana, right?
5    A.   Yes.
6    Q.   What was that meeting about?
7    A.   We talked about how to help M.R. out whenever he
8         had his panic attacks, like, where can he go, who
9         he can talk to, and just so we can communicate with
10        him, like, what's going on with him, what's going
11        on with his classes, and then just try to see,
12        like, how can we help him be better with
13        schoolwork.
14   Q.   Did you come with a plan to help M.R. at that
15        meeting?
16   A.   Yes.
17   Q.   What was the plan?
18   A.   The plan was that if he needed to -- I don't
19        remember the name of the -- how they call it, but
20        there's a room that kids can go to for 15 minutes
21        to kind of, like, re-collect themselves.  And,
22        then, so he was allowed access to that room.
23   Q.   Who's M.R.'s school counselor?
24   A.   That is a very good question.  I don't remember his
25        name.  But most of my communication that I did

Page 43

1    would have been with the vice principal, which is
2    Mr. Wolf.
3    Q.   Has the plan you came up with with the school
4         counselor been helpful to M.R.?
5    A.   Yes.
6    Q.   When did M.R. first start experiencing panic
7         attacks?
8    A.   That I have known of would have been freshman year.
9    Q.   Can you help me date that?
10   A.   That would have been February -- no.  Sorry.  They
11        start school in August.  So that would have been
12        August 2022.
13   Q.   And how frequently does M.R. have panic attacks?
14   A.   He was having them maybe, like, three to four at a
15        time in a week, within the week.
16   Q.   Did you ever find out why M.R. had missed 13 days
17        of classes?
18   A.   No.
19   Q.   Why did M.R. miss those classes?
20   A.   Because his teachers were misgendering him and not
21        using his name that he wanted to be used.
22             MR. BARTA:  So I think this may be a good
23        point to take a five- or ten-minute break.
24             Would that be okay with y'all?
25             MR. FALK:  Sure.

Page 44

1             MR. BARTA:  Do you have a preference between
2         five or ten?
3             MR. FALK:  We can compromise at seven and a
4         half, but five is fine.
5             MR. BARTA:  Okay.  We'll do five.  All right.
6         Thank you all.
7             THE WITNESS:  Thank you.
8         (A recess was taken between 10:25 a.m. and
9         10:31 a.m.)
10   BY MR. BARTA:
11   Q.   Just before the break, we were talking about some
12        of the treatment you sought and some of the issues
13        that M.R. was dealing with.  I think you mentioned
14        M.R. had skipped some classes and had -- you know,
15        was doing some cutting.
16             Was there any other ways that M.R. was acting
17        out?
18   A.   Not doing his chores.  He wouldn't want to
19        participate with any of the family stuff because he
20        just wanted to be inside his room.
21   Q.   Any other ways?
22   A.   That I noticed?  No.
23   Q.   Then how long had M.R. not been doing chores?
24   A.   For, like, a month or two.
25   Q.   So that would have been starting when?

1   A.  I think November of --
2   Q.  Did M.R. -- I'm sorry.
3           Did you have more to say?
4   A.  I would say November of 2022.
5   Q.  Did M.R. say why he was not doing his chores?
6   A.  Because he just didn't feel like it.
7   Q.  And how long had M.R. not been wanting to
8       participate in family activities?
9   A.  About the same, about two months.
10  Q.  Did M.R. say why?
11  A.  No.  He would just be, like, I don't feel like
12      doing it.  I'm just really tired.  I just want to
13      go to my bed.
14  Q.  Did you ever have a conversation with M.R. about
15      not participating?
16  A.  Yes.
17  Q.  What was said during the conversation?
18  A.  I don't remember all of it, but most of it I
19      remember just saying, if you need to talk to me, if
20      there's something going on, I'm always here.  We
21      will help you find whatever you need help with.
22  Q.  And did you have a conversation with M.R. about
23      chores?
24  A.  Yes.
25  Q.  What was said during that conversation?

1   A.  That I would like for him to just do his chores, he
2       can get them out of the way and move on with
3       whatever he needs to do.
4   Q.  How did M.R. respond?
5   A.  He said, I will try.
6   Q.  So I think you mentioned that you started seeing
7       Dr. Bast in February 2023; is that right?
8   A.  That is right.
9   Q.  Why did you switch providers to Dr. Bast?
10  A.  One of my kids had got dismissed from Beacon
11      Pediatrics, so they dismissed all my kids.
12  Q.  Why was your child dismissed?
13  A.  Because they missed one appointment, uh-huh.
14  Q.  So how did you find Dr. Bast?
15  A.  Because of employment.
16  Q.  And what was the reason you decided to go with
17      Dr. Bast instead of a different provider?
18  A.  Family care, just the way things -- I mean, it's
19      just a nice, really good practice, and I just feel
20      really comfortable bringing my children here with
21      her.
22  Q.  And you're still taking M.R. to Mosaic?
23  A.  Yes.
24  Q.  When was M.R.'s initial appointment with Dr. Bast?
25  A.  I don't remember exactly the date, but it was right

1       after coming out of the Michiana Behavioral, in
2       February 2023.
3   Q.  Did you go to that initial appointment?
4   A.  Yes.
5   Q.  Did anyone else go?
6   A.  My husband was there.
7   Q.  Anyone else?
8   A.  M.R.
9   Q.  I would hope so.
10  A.  Well, yes, M.R.
11  Q.  And how long was that appointment?
12  A.  It might have been between half an hour to an hour.
13  Q.  And what was discussed at that appointment?
14  A.  My concerns of the depression, concerns of the
15      anxiety, and treatment for the gender dysphoria.
16  Q.  Did you have any other concerns you raised?
17  A.  So, yeah.  So the ADD, the anxiety, the depression,
18      and the gender.  Those four were my main concerns.
19  Q.  Did your husband raise any additional concerns?
20  A.  The depression.
21  Q.  What was said about the depression at the
22      appointment?
23  A.  That we just noticed that M.R. -- we felt that the
24      reason why he wasn't doing, like, the schoolwork or
25      not going to classes, not doing the chores, staying

1       away from us was because of the depression.
2   Q.  What did Dr. Bast say about the depression?
3   A.  I don't remember the exact words.  It was --
4       because they had already started the medication at
5       the other place.  And that medicine was giving him
6       an upset stomach, and it was making him feel weird.
7       And, then, so I asked and said, is there a way that
8       maybe we could start a different medication.  And,
9       then, so we talked about starting another
10      depression medicine during that time.
11  Q.  Did you talk about any other treatments for
12      depression?
13  A.  We talked about how the gender dysphoria can be
14      connected with depression.
15  Q.  Did you talk about seeing a counselor for the
16      depression?
17  A.  Yes.
18  Q.  Did Dr. Bast recommend seeing a counselor for the
19      depression?
20  A.  Well, actually, I brought it up.  And I said that I
21      was already -- I had already had an appointment
22      with Kevin Moore, and Dr. Bast felt that that was
23      appropriate.
24  Q.  And how many appointments has M.R. had with Kevin
25      Moore about the depression?

Page 49

1  A.  I want to say maybe, like, possibly six.  I don't
2      remember.
3  Q.  Have those appointments been helpful for M.R.?
4  A.  Yes.
5  Q.  You mentioned starting a different medication.
6      Was M.R. prescribed a different depression
7      medication?
8  A.  Yes.
9  Q.  And did M.R. start taking that medicine?
10 A.  Yes.
11 Q.  Is M.R. still taking that medicine?
12 A.  No.
13 Q.  When did M.R. stop?
14 A.  He stopped taking that medication, I want to say
15     about a month ago.
16 Q.  Okay.  And who made the decision that M.R. should
17     stop taking the medication?
18 A.  I reached out to Dr. Bast, and I said, M.R. is
19     having some side effects with this medication.  He
20     doesn't feel good with that medicine.  So we
21     decided to try a different medication.
22 Q.  And so M.R. has been prescribed a third medication
23     now?
24 A.  Yes.
25 Q.  And is M.R. taking that medication?

Page 50

1  A.  No.
2  Q.  Why not?
3  A.  Because he took it for a week, and we talked about
4      how he was feeling with his medication.  And he
5      said that he had only taken it for a week.  He
6      stopped taking it because he felt like he no longer
7      needed to be treated for the depression.
8  Q.  Did you talk about this decision with Dr. Bast?
9  A.  Yes.
10 Q.  And what did Dr. Bast say about stopping the
11     medication?
12 A.  We decided to go back on it.
13 Q.  Has M.R. resumed taking it?
14 A.  He tells me he does.
15 Q.  You're not sure?
16 A.  I am not 100 percent sure if he is taking it again.
17 Q.  Why did Dr. Bast say M.R. needed to start taking it
18     again?
19 A.  Just so we can -- if, like, we didn't give the
20     medication a try long enough, and, then, so I felt
21     like that he needed to be on medication for a
22     little bit longer.
23 Q.  Going back to your first appointment with Dr. Bast,
24     you mentioned that you discussed anxiety.
25     What was said about anxiety?

Page 51

1  A.  The panic attacks, that it just -- it would trigger
2      him to just have panic attacks with just random
3      things, just -- so I wanted to see if there was
4      something that can help him try to keep him calm to
5      be able to function through school.
6  Q.  And what did Dr. Bast say about the anxiety and
7      panic attacks?
8  A.  So we talked about how there's medications that can
9      help.  And then we talked about using our coping
10     skills.  And then we talked about going to therapy
11     for it.
12 Q.  So I have medications, coping skills, and therapy.
13     Was there anything else?
14 A.  No.
15 Q.  And did Dr. Bast prescribe medication for the
16     anxiety?
17 A.  No.
18 Q.  Do you know why?
19 A.  Because I decided that I wanted to wait a little
20     bit longer.
21 Q.  What made you want to wait?
22 A.  Because before the appointment, we had decided that
23     we wanted to start HRT.
24 Q.  What is HRT?
25 A.  It's hormone replacement therapy.

Page 52

1  Q.  And you also mentioned coping skills.  Did Dr. Bast
2      recommend M.R. continue with coping skills?
3  A.  Yes, and to continue to follow up with the
4      therapist.
5  Q.  Okay.  And the coping skills were the ones that
6      M.R. learned at Michiana?
7  A.  Yes.
8  Q.  Were there any new coping skills added?
9  A.  With the therapist?  It was, like, like a band of
10     essential oils.  I don't know, that maybe smelling
11     essential oils might help him relax his brain if he
12     was familiar with, like, a scent.
13 Q.  And who is the therapist you mentioned?
14 A.  It's Kevin Moore.
15 Q.  Okay.  So Kevin Moore also dealt with the anxiety
16     and panic attacks?
17 A.  I don't remember.  Sorry.
18 Q.  Okay.  So you mentioned -- let me start that over.
19     You mentioned Dr. Bast talked about therapy
20     for the anxiety and panic attacks?
21 A.  Uh-huh.
22 Q.  Did Dr. Bast recommend a therapist?
23 A.  I had told Dr. Bast that I was taking him to the
24     therapist.
25 Q.  And that would be Kevin Moore?

Page 53

1   A.   Yes.
2   Q.   You also mentioned you talked about ADD at the
3        initial appointment.
4             What was said about the ADD?
5   A.   That he was just -- that Michiana Behavioral had
6        diagnosed him with ADD, and I wanted to know if
7        there was medication for him to help him with that.
8   Q.   And what did Dr. Bast say about the ADD?
9   A.   Just said, yeah, we can help you.  There's
10       medication for it that we can help treat.
11  Q.   Did Dr. Bast prescribe medication?
12  A.   Yes.
13  Q.   And is M.R. taking that medication?
14  A.   It is a different medication now.
15  Q.   So the medication was changed at some point?
16  A.   Yes.
17  Q.   Why was it changed?
18  A.   It was giving him side effects.
19  Q.   Okay.
20  A.   He was -- yeah.
21  Q.   Then you also mentioned you talked about gender
22       dysphoria with Dr. Bast at that first appointment,
23       right?
24  A.   Correct.
25  Q.   What was said about the gender dysphoria?

Page 54

1   A.   So I had -- I talked to Dr. Bast and said, hey,
2        M.R. doesn't identify as his assigned sex.  I did a
3        little bit of research, and it shows that gender
4        dysphoria is linked to depression and anxiety.  And
5        M.R. agreed that part of him not feeling as the
6        assigned sex that he was, was not with him.
7             And, then, so between me and M.R., we agreed
8        that we wanted to treat the gender dysphoria to see
9        if the depression and the anxiety would help with
10       that.
11  Q.   What did Dr. Bast say about the gender dysphoria at
12       the initial appointment?
13  A.   I don't remember.
14  Q.   Did Dr. Bast conduct -- oh, go -- you were -- go
15       ahead.  You remembered something?
16  A.   Yes.  It was, if you would like, we can give you
17       treatment, and we can start at a very low dosage.
18  Q.   What is the treatment you mentioned?
19  A.   HRT.
20  Q.   Did Dr. Bast conduct an independent evaluation
21       about M.R.'s gender dysphoria?
22  A.   I mean, she asked -- they asked questions.
23  Q.   What kinds of questions?
24  A.   It was one -- I don't remember the wording of it.
25       It was, like, do you identify as your assigned sex,

Page 55

1        and M.R. said no.  And how long have you been
2        feeling this way; and then M.R. said, since I was
3        young.  And I don't remember much of it.  Sorry.
4   Q.   Do you remember approximately how long Dr. Bast
5        talked with M.R. about the gender dysphoria?
6   A.   We talked for, like, 30 to an hour, 30 minutes to
7        an hour.
8   Q.   Was that the entire appointment, 30 minutes to an
9        hour?
10  A.   I think, yeah.  But we talked about anxiety, we
11       talked about the ADD, we talked about depression,
12       the HRT, and then just coming up with a plan on how
13       we can help M.R. to start feeling like himself.
14  Q.   Did Dr. Bast ask a lot of questions about the
15       gender dysphoria?
16  A.   Yes.
17  Q.   Can you ballpark how many questions?
18  A.   Like, it was questions, like, how do you -- do you
19       feel like the gender dysphoria is affecting your
20       depression.  There were questions of, like, do you
21       feel like your anxiety has been triggered because
22       of your gender dysphoria; do you feel like anxiety
23       is just anxiety; do you feel like the depression is
24       just depression; questions like that.
25  Q.   Do you think Dr. Bast asked more than 15 questions

Page 56

1        about the gender dysphoria?
2   A.   I want to say yes.
3   Q.   More than 30?
4   A.   Not more than 30.  I don't remember because it
5        was -- we had three -- four things that we
6        discussed.  And it was just kind of all within that
7        30 to an hour.
8   Q.   Okay.  Did Dr. Bast order any tests or evaluations?
9   A.   No, because we had already had the evaluation from
10       the Behavioral in Michigan.
11  Q.   So you mentioned treatment options for gender
12       dysphoria.
13            What was said about treatment options?
14  A.   Treatment options were, we can help with the
15       depression and the anxiety, treat that, see where
16       that goes, and then just give it some time and see
17       how we feel, or we can try HRT and see how we go
18       from there, if it helps with treatment of the
19       anxiety and the depression.
20  Q.   And what decisions were made about treatment?
21  A.   What do you mean by --
22  Q.   I think you just laid out two options.
23            Did Dr. Bast offer any other options?
24  A.   So I mean, the therapy, we had already tried the
25       therapy before that.

Page 57

1  Q.  So what decision was made about how to treat the
2      gender dysphoria?
3  A.  My husband and I decided that we wanted to give a
4      try to the hormone therapy.
5  Q.  I think you mentioned you had already decided you
6      wanted to try that before going to the appointment;
7      is that right?
8  A.  Yes, because we had talked to M.R. about the
9      Michiana stuff, what had happened over there, how
10     he felt, and -- yeah.
11 Q.  What did you consider in that conversation about
12     whether to go on HRT?
13 A.  Just M.R. was getting identified as a female a lot,
14     even though he had socially transitioned.  So the
15     social transition itself was not helping his mental
16     state.  He was still having a lot of panic attacks.
17     He was still depressed.  He wasn't going anywhere
18     because every time that we went somewhere, somebody
19     always misgendered him, and that just triggered his
20     anxiety.
21         He just didn't feel comfortable.  He didn't
22     feel safe.  He always expressed that he always
23     wanted to -- like he always had that feeling that
24     something was missing.  And, then, so I was the one
25     that suggested HRT.

Page 58

1  Q.  How did you find out about HRT?
2  A.  Here, my employment.
3  Q.  Did you do any research on HRT before having that
4      conversation with M.R.?
5  A.  I did a little bit, yeah.
6  Q.  Where did you go for the research?
7  A.  I just Googled.  I Googled, and then I went based
8      on the research we had here.
9  Q.  Do you remember what websites you visited?
10 A.  No.  I just Googled "gender dysphoria" or "HRT" or
11     "ways of how to help with gender" -- I don't
12     remember exactly what I Googled.  And then
13     something came up, and I just clicked on it.
14 Q.  You said you looked at documents at your
15     employment?
16 A.  Yes.
17 Q.  What were those documents?
18 A.  Just the package.
19 Q.  Can you say a little bit more -- what kind of
20     package is this?
21 A.  So we have a package that talks about possible side
22     effects.  I think there's, like, long-term things
23     in there, short-term stuff, benefits, of, like,
24     HRT, things that can happen when you're on the
25     hormones.

Page 59

1          I saw that HRT can give you -- well,
2      testosterone can help you develop male
3      characteristics like facial hair, like your face
4      structure can help you, your voice could get
5      deeper, just -- your body fat distributes
6      differently.
7          And, then, so seeing that that hormone can
8      help him develop more male characteristics, so,
9      like, it was appropriate for him because it will
10     help out out there to not misgender him, to help
11     him feel like a male, that people see him as a
12     male.
13 Q.  So when you, your husband, and M.R. met to discuss
14     HRT before seeing Dr. Bast, who made the decision
15     that you should go with HRT?
16 A.  I did.
17 Q.  Okay.  And what factors went into your decision?
18 A.  Just based on what M.R. was telling me that he was
19     feeling.  He was just saying, people are
20     misgendering me.  I just -- I just feel like
21     something's missing.  I don't feel like myself.
22         And, then, so based on what the testosterone
23     can do for you, I said, maybe this might be proper
24     for him.  And, then, so I had talked to him about
25     that.

Page 60

1          And then we decided -- he said, yeah, let's
2      give it a try.  And if it doesn't work out for me,
3      we can always stop.
4  Q.  So going back to your initial appointment with
5      Dr. Bast, so the two treatment options were -- one
6      was to -- I think you said to treat the depression
7      and anxiety and see how it goes.
8          And the second option was to start the HRT and
9      see what happens; is that right?
10 A.  Yes.
11 Q.  Did Dr. Bast say anything about the pros and cons
12     of one treatment option over the other?
13 A.  Because it was not like either you go with this, or
14     you go with that.  It was more like, this is how we
15     can treat anxiety.  This can help.  This is how we
16     can treat depression.  This can help.  Gender
17     dysphoria, this is how we can help.
18         So it was, like, all kind of -- it was four
19     choices, but then they all just felt like they
20     connected together.
21         And, then, so for me, I just put the little
22     pieces together, and I felt that treating the
23     gender dysphoria first would help out with the
24     anxiety and the depression.
25         I didn't want to just push too many things at

Page 61

1 once at him, because he was already trying to
2 process whatever, like, the coping skills and stuff
3 like that.
4     And, then, so I just felt like it was
5 appropriate for us to just give him that
6 opportunity to be able to do this therapy and see
7 if it will help him feel like himself.
8 Q.  Did Dr. Bast suggest you may want to treat the
9     depression and anxiety and wait on the HRT?
10 A. It was given to us as an option to choose what we
11    wanted to treat or not.
12 Q.  Did Dr. Bast mention if there's any advantages to
13     treating the depression and anxiety and waiting on
14     the HRT?
15 A. Yes.
16 Q.  What were those?
17 A. Just medication can help you out.
18 Q.  Okay.  Was HRT prescribed at your initial
19     appointment?
20 A. Yes.
21 Q.  And when did M.R. start taking that medication?
22 A. Two -- it was, like, two weeks after the
23    appointment.
24 Q.  And at your initial appointment, did Dr. Bast say
25     there needed to be any follow-up appointments?

Page 62

1 A. Yes.
2 Q.  What was said about follow-up appointments?
3 A. That we needed to follow up in a month to see how
4    he was doing on the HRT and to follow up to see how
5    he was doing on the ADD medication and the
6    depression, just -- yeah.  Just to follow up and
7    see how he was doing in a month.
8 Q.  Are you familiar with drugs used to suppress
9     natural puberty?
10 A. Puberty blockers?
11 Q.  Yes.
12 A. Do I know anything about it?
13 Q.  Yes.
14 A. Yes.
15 Q.  Has M.R. ever been put on those drugs?
16 A. No.
17 Q.  So I want to ask you a few more questions about the
18     HRT so I can better understand that.
19     Before you started the HRT, did Dr. Bast say
20     any tests or evaluations needed to be run?
21 A. They asked if we had done -- what we had done in
22    the past to help with the transition, which we had
23    done the -- we had done the therapy.  We did the
24    social transition.  So we had -- yeah, we talked
25    about what we had already done.  And we just didn't

Page 63

1 feel like it was helping him out enough.
2 Q.  But no lab tests were ordered?
3 A. Yes.
4 Q.  Oh, there were?  What lab tests were ordered?
5 A. It was CMP and the hormone-level checks.
6 Q.  Do you know why those were ordered?
7 A. It's to make sure -- to see where the levels are at
8    and just to make sure that the -- everything else
9    is good.
10 Q.  Did you have any questions for Dr. Bast about the
11     HRT?
12 A. Yes.
13 Q.  What were your questions?
14 A. Questions were, like, the benefits of how this can
15    help him out.
16 Q.  What was said about the benefits?
17 A. That it just can help with giving you more male
18    characteristics.  And it has helped other patients
19    feel more secure.
20 Q.  Did Dr. Bast say anything about the research on
21     benefits?
22 A. I don't remember.
23 Q.  Other than your question about benefits, did you
24     have any other questions for Dr. Bast?
25 A. I just -- we talked about -- I asked about

Page 64

1 treatment for ADD.
2 Q.  Did your husband have any questions about the HRT
3     for Dr. Bast?
4 A. He had questions about fertility.
5 Q.  Okay.  What did Dr. Bast say about fertility?
6 A. Said that there has been cases where adults later
7    on in their life decide that they want to have a
8    pregnancy, so they stopped testosterone.  And then
9    within a year or two, they do have pregnancies.
10    But it's something that is not recommended to have
11    when you're on testosterone because we don't know
12    much of what -- there's not enough research of
13    that.
14 Q.  Did Dr. Bast say there was a risk of infertility?
15 A. Yes.
16 Q.  Did your husband have -- did Dr. Bast say anything
17     about needing to talk about fertility with M.R.?
18 A. If we had talked about it?
19 Q.  Let me reask the question.
20     Did Dr. Bast recommend any counseling about
21     fertility to M.R. before starting testosterone?
22 A. Dr. Bast asked if we had thought about it or talked
23    about it, and we said yes.
24 Q.  Did M.R. receive any counseling specifically about
25     fertility before starting testosterone?

Page 65

```
 1   A.   I don't know if they talked to the therapist about
 2        it, but we talked about it as a family.
 3   Q.   What did you say as a family?
 4   A.   My husband and I with M.R.
 5   Q.   What was said about it?
 6   A.   We just -- I asked him, I said, hey, I mean -- I
 7        said, hey, I did a little bit of research of this
 8        HRT stuff.  And it looks like it can help you with
 9        the depression and anxiety because it can give you
10        male characteristics.  And you'll -- it looks like
11        you can feel more like yourself.  And I said, there
12        is some risk, and one of the risks is fertility.
13             And M.R. said, I don't want to have kids.  I'm
14        not thinking about having kids.
15             And then, to be honest, he has always said
16        that before as he was younger too.  So for him,
17        yeah, it was not an issue for him.  It's not an
18        issue for him.
19   Q.   So you said your husband asked about fertility.
20             Did your husband have any other questions
21        about the HRT?
22   A.   No.
23   Q.   Did M.R. have any questions about the HRT?
24   A.   No.
25   Q.   Did Dr. Bast give you a packet of information about
```

Page 66

```
 1        HRT?
 2   A.   Yes.
 3   Q.   Did you look through that at the appointment?
 4   A.   Yes.
 5   Q.   What was included in that packet?
 6   A.   There's timelines, there's side effects, there's
 7        things that -- what can happen, like, a timeline of
 8        things, what you can expect when you're on HRT and
 9        then that there's some research, but there's not
10        much research on, like, the fertility stuff.  And I
11        don't remember the rest.
12   Q.   Aside from fertility, were you told any -- were
13        other risks mentioned?
14   A.   I don't remember.
15   Q.   Do you remember if anything was said about risk for
16        cardiovascular health?
17   A.   No, I don't remember.
18   Q.   Do you know if there was anything said about risk
19        for cognitive development?
20   A.   What's "cognitive"?  Sorry.
21   Q.   Like, brain development.
22   A.   Oh, brain development?  Yes, yes.
23   Q.   And what was said about that?
24   A.   I kind of don't really much remember much about it.
25        But it was something about it can make your brain
```

Page 67

```
 1        function differently, as in make you -- I took it
 2        as in it can help him feel more like himself.
 3   Q.   Do you remember if there was any other -- did
 4        Dr. Bast say anything about what they don't know
 5        about the effects of HRT?
 6   A.   Yeah.  There was something about there's -- there's
 7        been research out there, and it's proven that --
 8        and it helps with depression and anxiety, but
 9        there's still a lot of room of things that we still
10        don't know.  And that's referring, as in, like,
11        fertility and -- it was more towards, like,
12        fertility.
13   Q.   Okay.  Do you remember any other things falling
14        into, we don't know this?
15   A.   It's just that there's a lot that we don't know.
16        It's more of, like, a little bit of we know now and
17        what it can help with now, but we don't know a lot
18        of what can happen.
19   Q.   Did you talk specifically about long-term effects?
20   A.   The long-term effects, the benefits that will be
21        the deeper voice, long-term, the hair growth.
22   Q.   What about things you don't know long-term?
23   A.   Long-term, like --
24             THE WITNESS:  I'm going to need a break.  I'm,
25        like, so confused right now.
```

Page 68

```
 1             MR. BARTA:  We can take a break.
 2             THE WITNESS:  Yeah.  I'm going to need a
 3        break.
 4             MR. FALK:  Can you answer the question?
 5   A.   What was the question one more time?
 6   BY MR. BARTA:
 7   Q.   Were you told anything -- let me -- was anything
 8        said about long-term effects about what the doctors
 9        don't know?
10   A.   I don't remember.
11             MR. BARTA:  That's fine.  Well, why don't we
12        take a break since --
13             THE WITNESS:  Yeah.
14             MR. BARTA:  Do you think five minutes would be
15        enough, or do you need longer?
16             THE WITNESS:  Let's do five minutes.  Yeah.
17             MR. BARTA:  Okay.
18        (A recess was taken between 11:09 a.m. and
19        11:16 a.m.)
20   BY MR. BARTA:
21   Q.   Let's pick back up.  And, Ms. Rivera, just so you
22        know, I think we're getting pretty close to the
23        end, so not too much longer.
24   A.   Okay.
25   Q.   So I just have a few more questions about your
```

Page 69

1    initial appointment with Dr. Bast.
2        The first one is, were you told anything about
3    whether the effects of HRT are reversible?
4  A.  The effects of HRT reversible?  Some, yes, and
5    some, no.  There is some stuff that is reversible,
6    and some are not.
7  Q.  Okay.  Do you remember what fell into each
8    category?
9  A.  So the long-term -- the things that stay would be,
10   like, the deeper voice and the facial hair.  And
11   then the things that will come back will be, like,
12   a menstrual cycle, I think.  I don't remember the
13   rest.
14 Q.  Okay.  That's fine.  I just was trying to get a
15   general flavor.
16 A.  Okay.
17 Q.  And did Dr. Bast say anything about how some
18   children who identify as transgender stop
19   identifying as transgender as adults?
20 A.  No.  That question didn't come up, no.
21 Q.  Okay.  Were you told anything about alternative
22   treatments for gender dysphoria?
23 A.  It would have been the treating the depression and
24   the anxiety.
25 Q.  Any other alternative treatments mentioned?

Page 70

1  A.  Social transitioning, therapy, counseling.
2        MR. FALK:  James, I just want to interrupt.
3    They're mowing the lawn right outside our window.
4    So if you miss anything, let us know, and we'll
5    repeat it.  They're going back and forth, so it's
6    intermittent.
7        MR. BARTA:  It sounds pretty good right now,
8    but I appreciate it.
9        MR. FALK:  Let us know.
10 BY MR. BARTA:
11 Q.  So you said M.R. started taking testosterone about
12   two weeks after the initial appointment?
13 A.  Uh-huh, correct.
14 Q.  Did M.R. report any improvement?
15 A.  Yes.  I noticed it within two -- like, about a week
16   or two.
17 Q.  Had any physical changes occurred within that first
18   week or two?
19 A.  Physical, as in appearance?
20 Q.  Yes.
21 A.  No.
22 Q.  Had any other changes occurred in that first week
23   or two?
24 A.  Changes were he had more energy, more smiling, more
25   bubbly.  He was more outgoing.  He was more

Page 71

1    motivated to go to school.
2  Q.  Any other changes you can think of?
3  A.  He was -- I mean, he just kind of just -- he had
4    more energy, so he was able to, like, get up and do
5    more stuff.
6  Q.  Okay.  Has M.R. experienced any side effects from
7    testosterone?
8  A.  He was feeling pretty sleepy.
9  Q.  When was he feeling that?
10 A.  He was feeling really sleepy three days before his
11   injection.
12 Q.  Does the injection resolve the sleepiness?
13 A.  I reached out to Dr. Bast, and I said, hey, M.R. is
14   getting really sleepy, like, three or four days
15   before his next injection.  And the suggestion was
16   to split the dosage in twos and do every week
17   instead of biweekly.
18 Q.  Okay.  Aside from sleepiness, have there been any
19   other side effects?
20 A.  No, not that I notice, no.
21 Q.  Have you had follow-up appointments with Dr. Bast
22   about the HRT?
23 A.  Yes.
24 Q.  How many?
25 A.  It's been two.

Page 72

1  Q.  Okay.  How long were those -- was the first
2    follow-up appointment?
3  A.  I don't remember how long it was, but I feel like
4    it was short because that was the appointment that
5    we had talked about him getting really sleepy and
6    wanting to switch the injections weekly.
7  Q.  Was anything else discussed at that first follow-up
8    appointment?
9  A.  No.  My concerns were only him being sleepy.
10 Q.  And when was the second follow-up appointment?
11 A.  The second follow-up appointment just happened.
12 Q.  And do you know approximately how long ago?
13 A.  A week ago.
14 Q.  Okay.  And how long was that appointment?
15 A.  I want to say about a half an hour.
16 Q.  Okay.  And what was discussed at that appointment?
17 A.  I did not make it to the appointment at the
18   beginning of it.  It was towards the end of it.  I
19   let M.R. go in by himself so he can give Dr. Bast
20   his concerns and stuff.  And then I go in and talk
21   to Dr. Bast and say, hey, these are my concerns.
22   And then we just kind of put his stuff together
23   with mine, and then we just discuss about it.
24 Q.  So how long were you in -- you said M.R. went in
25   first, right?

Page 73

1    A.    Yeah, to do his intake, yeah.
2    Q.    Okay.  Do you know what M.R.'s concerns were?
3    A.    No.  He doesn't have concerns right now.
4    Q.    And how long was it before you went in?
5    A.    I'm sorry.  He does have concerns.  His concern is
6          the -- this, and what would happen once -- what
7          would happen if he has to stop hormones.
8    Q.    I'm sorry.  What is the "this" you're referring to?
9    A.    The state laws --
10   Q.    Okay.
11   A.    -- to know what's going to happen if this goes into
12         effect, is he going to have to stop his progress.
13   Q.    And then you went into the appointment second,
14         right?
15   A.    (Nods head.)
16   Q.    What were your concerns?
17   A.    My concerns were that I had noticed that he was
18         getting really sleepy again.
19   Q.    And what was said about that concern?
20   A.    So I said -- I asked Dr. Bast if there was a way
21         that we can add -- to check his vitamins, to make
22         sure that his vitamin levels were good.
23   Q.    And was that checked?
24   A.    Yes.
25   Q.    Other than the vitamin tests and I think you

Page 74

1          mentioned some initial labs, have any other tests
2          been run on M.R.?
3    A.    Like, actual physical tests?
4    Q.    Let's start there.
5          Have there been any sort of physical labs run
6          on M.R. since seeing Dr. Bast?
7    A.    The first initial lab and then the last one that we
8          just did right now a week ago, yeah.
9    Q.    Aside from labs, have there been any other tests
10         ordered?
11   A.    No.
12   Q.    Has M.R. ever been tested for autism?
13   A.    No.
14   Q.    Are you familiar with gender reassignment
15         surgeries?
16   A.    Yes.
17   Q.    What do you know about them?
18   A.    I just know that if you want to have surgery to
19         remove certain portions of your body, you can, if
20         you would like, with the -- like, with therapy,
21         counseling, and then deciding if that's appropriate
22         for you or not.
23   Q.    How are you aware of those surgeries?
24   A.    I don't know much about it.  I just know that there
25         is options out there to do that, but I don't know

Page 75

1          much about it.
2    Q.    Okay.  Do you know how you know about them?
3    A.    Because I have seen it here with patients.
4    Q.    Okay.  Are any gender reassignment surgeries being
5          considered for M.R.?
6    A.    We have talked about it.
7    Q.    Who has talked about it?
8    A.    Me and M.R. have talked about it.
9    Q.    What has been said about that?
10   A.    He expressed that he wanted to not show his breasts
11         as much because that will help him feel more and
12         look more male.  And, then, so we talked about
13         binding, and, then, so we ordered a binder for him.
14            And, recently, we just talked about he wants
15         to do top surgery, and we talked about it.  And I
16         said that I would like for him to wait until he's
17         18 to make the decision on his own.
18   Q.    Okay.  Is M.R. okay with that?
19   A.    Yes.
20   Q.    So you don't have any plans to do top surgery
21         before age 18?
22   A.    No.  We don't have any plans, no.
23   Q.    Why do you want M.R. to make the decision on his
24         own about that?
25   A.    I just feel like that's a really big personal

Page 76

1          decision for him.  And I feel like when he has the
2          legal age and he's a little bit more mature, he can
3          think about that more.
4             And that would just be a decision that he will
5          make and something -- yeah.  I don't want to make
6          that decision for him.  I want him to make that
7          decision for himself.
8    Q.    Okay.
9    A.    I should word it, I don't want to -- I want to help
10         him make that decision, but I don't want to be a --
11         how do I word that?  I'm so sorry.  I just want him
12         to do whatever is best for him regarding surgeries.
13   Q.    Okay.  I think I understand.
14   A.    Yeah.  I'm going to be a part of him, and I'm going
15         to help him and talk to him and be there for him.
16         But for a surgery, I feel like he should make that
17         decision, and I will just --
18   Q.    So you want him to be the ultimate decision-maker?
19   A.    Yes.  I want him to be, like, hey, this is what I
20         want and -- yeah.
21   Q.    So I think you said that M.R. has been taking HRT
22         as well as some drugs for depression; is that
23         right?
24   A.    He's not taking the depression medication right
25         now.  He's only doing HRT, ADHD [sic] medications,

Page 77

1   and as needed for anxiety.
2   Q.   When did M.R. stop taking the depression
3        medication?
4   A.   About a week ago, a week ago.
5   Q.   And I think you said that you're getting a
6        different depression medication; is that right?
7   A.   Yeah.  We had gotten a different depression
8        medication, and, then, so he did start it for a
9        little bit.  But then he just -- he was, like, I
10       don't need it.  He didn't feel like he needed it.
11  Q.   And I think you said Dr. Bast thinks M.R. should
12       continue taking that medication?
13  A.   Yes, because it's not -- it's not appropriate to
14       just suddenly stop a medication.
15  Q.   Okay.
16  A.   So the suggestion was to wean off of it.
17  Q.   Have you talked with Dr. Bast about possible
18       interactions between the different medications M.R.
19       is taking?
20  A.   No.
21  Q.   Did Dr. Bast say anything about possible
22       interactions?
23  A.   No.  It didn't come up.
24  Q.   And I think you said M.R. is continuing to see
25       Kevin -- I forget his last name, the therapist.

Page 78

1        What's the therapist's name?
2   A.   It's Kevin Moore.
3   Q.   Kevin Moore.  Is M.R. continuing to see Kevin
4        Moore?
5   A.   He is not.
6   Q.   When did M.R. stop seeing Kevin Moore?
7   A.   I want to say end of March.
8   Q.   Why did M.R. stop?
9   A.   He didn't feel like -- he felt like he had enough
10       support.  He felt like he was really good, feeling
11       about himself, and just felt like therapy didn't --
12       it was not necessary anymore for him.
13  Q.   Do you know whether the therapist suggested
14       continuing sessions?
15  A.   Kevin Moore just said, well, I'm here for you
16       whenever you need me.
17  Q.   Okay.  Do you know whether Dr. Bast thinks that
18       M.R. should continue sessions?
19  A.   I don't know.
20  Q.   Well, I guess the only other question I have is,
21       you know, we've asked a lot of questions today.
22       Are there any answers that you think you need
23       to go back and correct right now?
24  A.   Yes.  So I want to make a correction on the first
25       appointment.

Page 79

1   Q.   Okay.
2   A.   My husband was not there for the first appointment.
3        It was for the second appointment.
4   Q.   Okay.  So that was your husband's first time
5        interacting with Dr. Bast?
6   A.   Yes.
7   Q.   Okay.  And so that's when your husband raised the
8        questions about fertility?
9   A.   Yes.
10  Q.   Do you remember if anyone raised questions about
11       fertility at the first appointment?
12  A.   It came up -- it came up.  But I don't -- it came
13       up, and Dr. Bast asked how did we feel about, like,
14       having, like, babies and stuff later on in the
15       future.
16       And then that's when M.R. was, like, I don't
17       want to have babies, so it doesn't really -- but
18       yeah, I mean, that came up as in being one of the
19       side effects for it, not being able to carry or --
20       things that we don't know about fertility, we don't
21       know much about that yet.
22  Q.   Was anything mentioned about fertility
23       preservation?
24  A.   Yes.
25  Q.   What was said about that?

Page 80

1   A.   That if we -- if we wanted to, there is -- that you
2        can save, like, freeze your eggs or the sperm, and
3        if we wanted to have a place to go to, we can look
4        into it.
5   Q.   Have you looked into that?
6   A.   No.  Between my husband and I and M.R. decided that
7        it was not something that we wanted for him.
8   Q.   Why is that?
9   A.   Because based on how he really doesn't want to have
10       kids.
11  Q.   Any other answers you need to go back and correct?
12  A.   Not that I can think of right now.  If I do, can I
13       go back after this?
14       MR. FALK:  We'll talk if you do.
15       THE WITNESS:  Okay.
16       MR. BARTA:  All right.  I think those are all
17  my questions.  Thank you.
18       MR. FALK:  Okay.  Can we just take a
19  ten-minute break?
20       MR. BARTA:  Sure.
21       MR. FALK:  Thanks.
22  (A recess was taken between 11:33 a.m. and
23  11:42 a.m.)
24
25

Page 81

1                    EXAMINATION
2   BY MR. FALK:
3   Q.  I got a little confused with the medication
4       progression.
5           Dr. Bast has now prescribed an additional
6       antidepressant for your son, correct?
7   A.  Correct.
8   Q.  And how long has he been prescribed that?
9   A.  A few weeks.
10  Q.  And that was the one that he was on his own?
11      Perhaps not taking?
12  A.  Correct.
13  Q.  And what did Dr. Bast say about him not taking his
14      meds?
15  A.  That it was not okay to stop medication so
16      suddenly.
17  Q.  Okay.  So to the best of your knowledge, he is
18      still supposed to be taking them; is that correct?
19  A.  He's supposed to wean off of it.
20  Q.  Okay.  And we've talked a lot about his cutting
21      behavior and depression and the school behavior
22      that all landed him in the hospital.
23          Do you remember those discussions?
24  A.  Yes.
25  Q.  And looking at the situation now, do you believe

Page 82

1       all of that was directly related to his gender
2       dysphoria?
3   A.  Yes.
4   Q.  Why is that?
5   A.  Because he's gotten better now.
6   Q.  And Mr. Barta asked you how he was doing now with
7       the hormones.  And I think you talked about how he
8       did in the first couple weeks.
9           Has he continued to do better?
10  A.  Yes.
11  Q.  And what does that mean to you, to do better?
12  A.  Doing better, he's just more outgoing, talks more
13      to people, has way more friends now.  He's more
14      bubbly, more outgoing, listening to Mom and Dad.
15      He's doing his chores, doing everything he can to
16      do okay in school, and is being more present during
17      the school year.  Yeah.
18          MR. FALK:  Just one second, James, if that's
19      okay.
20          I don't think I have any further questions.
21          MR. BARTA:  No further questions here.
22          MR. FALK:  Well, thank you.  We'll take
23      signature.
24      (Time noted:  11:46 a.m.)
25  FURTHER THE DEPONENT SAITH NOT.

Page 83

1           UNITED STATES DISTRICT COURT
2           SOUTHERN DISTRICT OF INDIANA
3              INDIANAPOLIS DIVISION
4       CAUSE NO.  1:23-cv-00595-JPH-KMB
5   K.C., et al.,              )
6           Plaintiffs,        )
7           -v-                )
8   THE INDIVIDUAL MEMBERS OF  )
9   THE MEDICAL LICENSING BOARD )
10  OF INDIANA, in their       )
11  official capacities, et    )
12  al.,                       )
13          Defendants.        )
14      I, MARIA RIVERA, state that I have read the
15  foregoing transcript of the testimony given by me
16  at my deposition on May 25, 2023, and that said
17  transcript constitutes a true and correct record of
18  the testimony given by me at said deposition except
19  as I have so indicated on the errata sheets
20  provided herein.
21      _____
22
23          MARIA RIVERA
24
25      STEWART RICHARDSON & ASSOCIATES
        Registered Professional Reporters
        One Indiana Square, Suite 2425
        Indianapolis, IN  46204
        (800) 869-0873

Page 84

1   STATE OF INDIANA      )
                          ) SS:
2   COUNTY OF HAMILTON    )
3       I, Amy Doman, RMR, CRR, CSR (CA/IL/TX/WA), a
4   Notary Public in and for said county and state, do
5   hereby certify that the deponent herein, was by me
6   first duly sworn to tell the truth, the whole
7   truth, and nothing but the truth in the
8   aforementioned matter;
9       That the foregoing deposition was taken on
10  behalf of the Defendants; that said deposition was
11  taken at the time and place heretofore mentioned
12  between 9:28 a.m. and 11:48 p.m.;
13      That said deposition was taken down in
14  stenograph notes and afterwards reduced to
15  typewriting under my direction; and that the
16  typewritten transcript is a true record of the
17  testimony given by said deponent;
18      And thereafter presented to said witness for
19  signature; that this certificate does not purport
20  to acknowledge or verify the signature hereto of
21  the deponent.
22      I do further certify that I am a disinterested
23  person in this cause of action; that I am not a
24  relative of the attorneys for any of the parties.
25      IN WITNESS WHEREOF, I have hereunto set my hand

Page 85

```
 1    and affixed my notarial seal this 30th of
 2    May, 2023.
 3
 4
 5
 6
 7
                  Amy Doman, RMR, CRR, CSR
 8                California CSR Number 14465
                  Texas CSR Number 6203
 9                Illinois CSR Number 084004926
                  Washington CSR Number 22031067
10                Notary Public NE0705866
11
12
13    County of Hamilton
      My Commission Expires:
14    September 30, 2025
15
      Job No. 181679
16
17
18
19
20
21
22
23
24
25
```

**Exhibits**

**Maria Rivera Ex 01**  4:10 9:8,10

**Maria Rivera Ex 02**  4:11 11:13,14

**1**

**1**  9:8,10

**100**  50:16

**10:25**  44:8

**10:31**  44:9

**11**  40:8

**11:09**  68:18

**11:16**  68:19

**11:33**  80:22

**11:42**  80:23

**11:46**  82:24

**13**  28:15 36:13 43:16

**14**  14:22 28:15

**15**  14:22 15:18 27:5 42:20 55:25

**18**  14:16 75:17,21

**2**

**2**  11:13,14

**2005**  14:15

**2007**  12:15

**2013**  13:5

**2020**  20:12 22:6

**2021**  18:5 20:11,13 22:8 24:9 30:12

**2022**  34:19 35:12,14,15 43:12 45:4

**2023**  5:6 30:25 31:2,19 32:5 33:12, 17 36:4 41:16 46:7 47:2

**24th**  18:5

**25**  5:6

**3**

**30**  55:6,8 56:3,4,7

**33**  12:7

**4**

**480**  9:19

**9**

**9:28**  5:1,6

**A**

**A**  44:8 68:18 80:22

**a.m.**  5:1,6 44:8,9 68:18,19 80:22,23 82:24

**ability**  7:14

**able**  20:25 21:18 35:1 51:5 61:6 71:4 79:19

**about**  8:22 9:21 10:7,9,11,12 11:1 13:17,20,23 14:15 15:8 18:1,21 20:10 23:5,12 24:17 26:4,6,10 27:1, 15,19,21 29:4,5,24 31:7 32:6 36:15 37:25 38:22 39:5,22 40:1,4,11,15,20 42:6,7 44:11 45:9,14,22 47:21 48:2, 9,11,13,15,25 49:15 50:3,8,10,25 51:6,8,9,10 52:19 53:2,4,8,21,25 54:11,21 55:5,10,11,14 56:1,13,20 57:1,8,11 58:1,21 59:24 60:11 62:2, 12,17,25 63:10,16,20,23,25 64:2,4, 5,17,18,20,22,24 65:1,2,5,14,19, 21,23,25 66:15,18,23,24,25 67:4,5, 6,19,22 68:8,25 69:2,17,21 70:11,15 71:22 72:5,15,23 73:19 74:17,24 75:1,2,6,7,8,9,12,14,15,24 76:3 77:4,17,21 78:11 79:8,10,13,20,21, 22,25 81:13,20 82:7

**abuse**  17:13,15,17

**access**  42:22

**accurate**  7:17 11:23,24

**accurately**  8:10

**Act**  9:18

**acting**  44:16

**activities**  16:8 40:18 45:8

**actual**  74:3

**actually**  26:8 48:20

**add**  34:3,6,11,14,24 38:2,5,10 39:23

**added**  52:8

**additional**  47:19 81:5

**address**  12:10 26:9

**ADHD**  76:25

**adults**  64:6 69:19

**advantages**  61:12

**advocates**  14:6

**affect**  10:13

**affecting**  55:19

**after**  30:17 31:17 33:14 37:15 42:3 47:1 61:22 70:12 80:13

**again**  50:16,18 73:18

**age**  14:21 24:3,5 28:14 75:21 76:2

**Ages**  14:22

**ago**  49:15 72:12,13 74:8 77:4

**agree**  17:23

**agreed**  11:5 54:5,7

**agreement**  11:7

**ahead**  54:15

**all**  6:1,18 9:11 15:2,3,18 44:5,6 45:18 46:11 56:6 60:18,19 80:16 81:22 82:1

**allowed**  39:1 42:22

**already**  13:17 48:4,21 56:9,24 57:5 61:1 62:25

**also**  5:13,16 42:2 52:1,15 53:2,21

**alternative**  69:21,25

**alto**  16:6

**always**  19:20 20:2 22:14 27:16 45:20 57:19,22,23 60:3 65:15

**am**  28:25 50:16

**Amy**  5:2

**an**  20:7 24:5 37:9,21 47:12 48:6,21 54:20 55:6,7,8 56:7 61:10 65:17 72:15 81:5

**and**  5:9,14,18,19 6:5,10,20 7:7,13, 16,19,24 8:6,10,12,19 9:3,6,14,17 10:2,12,13,23,25 11:3,9,20 12:25 13:10,12,13,22,23 14:19,22,25

**A**  (column heading)

**41:10 47:17 53:2,4,6,8 55:11 62:5 64:1 73:21**

**4**  (column heading)

**9**  (column heading)

Index: another..based

15:18 16:12,15,16 17:23,25 18:1,6,
8,10,12,14,20,25 19:1,2,4,5,8,14,15,
22,23 20:8,9,14,16 22:12,14,16
23:8,17,24 24:8,17 25:16 26:10,13,
14,22,23 27:16,24 28:14 29:25
30:21 31:5,13,15,20 32:1,15,23,24
33:6,8,9,10,13,16 34:19,23,25
35:12,19,21,22 36:14,15,18,19,20,
22 37:8,10,12,19,21 38:1,2,3,4,5,9,
10,21,23 39:7,8,14,19,24 40:10,11,
13,19,22,25 41:10 42:9,11,21 43:13,
20 44:3,8,12,14 45:7,22 46:2,16,19,
22 47:11,13,15,18 48:5,6,7,8,20,22,
24 49:9,16,18,22,25 50:3,4,10,20
51:6,9,10,12,15 52:1,3,5,13,16,20,
25 53:6,8,13 54:1,3,4,7,9,17 55:1,2,
3,12 56:6,15,16,17,19,20 57:3,10,
19,24 58:7,12,13 59:7,13,17,22,24
60:1,2,7,8,11,21,22,24 61:2,4,6,9,
13,21,24 62:4,5,6,25 63:5,8,18 64:8,
23 65:4,8,9,10,11,12,13,15 66:8,10,
23 67:7,8,10,11,16 68:18,21 69:4,6,
10,17,23 70:4,5 71:4,13,15,16 72:5,
10,12,14,16,20,21,22,23 73:4,6,13,
19,23,25 74:7,21 75:8,11,12,13,14,
15 76:1,2,4,5,14,15,17,20 77:1,5,8,
11,24 78:11,23 79:7,13,14,16 80:2,
6,11,22 81:8,10,13,20,21,25 82:6,7,
11,14,16

**another** 16:18 48:9

**answer** 7:7,13,22 8:9 68:4

**answering** 32:2,6

**answers** 7:12,19 78:22 80:11

**antidepressant** 81:6

**anxiety** 29:24,25 30:9,10,13 31:9,
11,20 38:20 40:24 47:15,17 50:24,
25 51:6,16 52:15,20 54:4,9 55:10,
21,22,23 56:15,19 57:20 60:7,15,24
61:9,13 65:9 67:8 69:24 77:1

**any** 5:10 7:24 8:3,6,9,9 9:6 10:16,20,
23 14:3,5 15:8 16:8,20,24 17:8,11,
13,14,15,17 21:2,9 22:23 25:23
27:6,14,18 29:19 30:6,13,19 31:8,
20,22 33:18,22,24 34:4 38:16,25
39:2,16 41:5 44:16,19,21 47:16,19
48:11 52:8 56:8,23 58:3 61:12,25
62:20 63:10,24 64:2,20,24 65:20,23
66:12 67:3,13 69:25 70:14,17,22
71:2,6,18 74:1,5,9 75:4,20,22 78:22
80:11 82:20

**anymore** 78:12

**anyone** 9:4 25:3 39:22 40:1,4 47:5,7
79:10

**anything** 9:1 11:22 16:3 23:7 26:4,6
35:8,11 37:13 51:13 60:11 62:12
63:20 64:16 66:15,18 67:4 68:7
69:2,17,21 70:4 72:7 77:21 79:22

**anywhere** 29:9 57:17

**apologize** 32:2

**appearance** 70:19

**applications** 21:7

**appointment** 46:13,24 47:3,11,13,
22 48:21 50:23 51:22 53:3,22 54:12
55:8 57:6 60:4 61:19,23,24 66:3
69:1 70:12 72:2,4,8,10,11,14,16,17
73:13 78:25 79:2,3,11

**appointments** 48:24 49:3 61:25
62:2 71:21

**appreciate** 70:8

**approach** 26:4,5

**appropriate** 37:11 48:23 59:9 61:5
74:21 77:13

**approximate** 21:16

**approximately** 27:9 55:4 72:12

**are** 5:16 7:12,19 12:6 14:3,5,12,25
15:1,6,8 21:2 24:23 26:17 28:20,24
29:1,3,22 30:6 32:21 59:19 62:8
63:7 69:3,6 72:21 74:14,23 75:4
78:22 80:16

**area** 13:22 17:7

**around** 18:5 20:13 30:24 35:14
36:19

**arrived** 37:19

**Arts** 9:24

**as** 5:14 6:4,6,11 7:11,16,17 9:8,18
11:1,12 13:3,6 15:4,12,13,14 17:19
18:4 19:2 20:19 22:2 26:5,18 28:23
30:11 32:3 40:25 54:2,5,25 57:13
59:11 61:10 65:2,3,16 67:1,2,10
69:18,19 70:19 75:11 76:22 77:1
79:18

**Aside** 66:12 71:18 74:9

**ask** 7:6,16,24,25 8:1 19:22 23:1
55:14 62:17

**asked** 23:14 26:9 37:9 48:7 54:22
55:25 62:21 63:25 64:22 65:6,19

73:20 78:21 79:13 82:6

**asking** 6:9 32:5,7

**assigned** 15:1 18:19 24:14 28:23
54:2,6,25

**assistant** 10:3,5 12:17 13:3,7

**Associates** 5:4

**association** 5:3

**assume** 32:5

**assuming** 23:17

**at** 7:24 8:3 9:22,24 10:9 11:20 13:8
14:24 16:18 17:1,4 18:7 20:18,21
21:23,24 25:16 26:3,8 34:15 35:8,25
37:4,8,18 39:17,22 40:7 41:3,12
42:14 43:14 44:3 47:13,21 48:4 52:6
53:2,15,22 54:11,17 58:14 60:25
61:1,18,24 63:7 66:3 72:7,16,17
79:11 81:25

**attacks** 29:25 42:8 43:7,13 51:1,2,7
52:16,20 57:16

**attend** 25:20,21,23 38:25

**attorney** 5:11,12

**attorneys** 8:25

**August** 43:11,12

**autism** 74:12

**aware** 17:19 74:23

**away** 48:1

**B**

**babies** 79:14,17

**back** 19:7 31:24,25 50:12,23 60:4
68:21 69:11 70:5 78:23 80:11,13

**background** 12:5 17:11

**bad** 34:20 38:2

**ballpark** 24:5 55:17

**band** 16:3,4,10,11 21:1,13 35:10,12
36:18 52:9

**Barta** 5:18 6:1,8,13,19,24 7:1 11:11,
15 12:1,3,11 15:15 29:2,6 32:8,11
35:23,24 43:22 44:1,5,10 68:1,6,11,
14,17,20 70:7,10 80:16,20 82:6,21

**based** 58:7 59:18,22 80:9

**basically** 16:12

**Bast** 31:14,15 32:24 33:7,13 41:13, 14,18,22 46:7,9,14,17,24 48:2,18,22 49:18 50:8,10,17,23 51:6,15 52:1, 19,22,23 53:8,11,22 54:1,11,14,20 55:4,14,25 56:8,23 59:14 60:5,11 61:8,12,24 62:19 63:10,20,24 64:3, 5,14,16,20,22 65:25 67:4 69:1,17 71:13,21 72:19,21 73:20 74:6 77:11, 17,21 78:17 79:5,13 81:5,13

**be** 5:13 6:9 7:16 11:5,6,9 13:8 14:22 16:11,15 20:25 21:18 23:19 24:1,3, 17,18 25:16 27:1 30:4 32:5,23 42:12 43:21,22,24 44:20 45:11 48:13 50:7, 21 51:5 52:25 59:23 61:6,25 62:20 65:15 67:20 68:14 69:9,11 76:4,10, 14,15,18,19 81:18

**Beacon** 13:10,15 42:1 46:10

**because** 10:13 17:6 19:7 20:25 23:3,17 26:2,21,22 31:5 39:13 43:20 44:19 45:6 46:13,15 48:1,4 50:3,6 51:19,22 55:21 56:4,9 57:8,18 59:9 60:13 61:1 64:11 65:9 72:4 75:3,11 77:13 80:9 82:5

**bed** 45:13

**been** 6:5 13:23 14:2,14,15 17:19 19:19,20 24:6 25:19 28:18 30:24,25 31:16 33:14,20 34:9 41:14,16,23 42:1 43:1,4,8,10,11 44:23,25 45:7 47:12 49:3,22 55:1,21 62:15 64:6 67:7 69:23 71:18,25 74:2,5,9,12 75:9 76:21 81:8

**before** 6:13 7:2 13:10,12,13,17 19:11 20:4,10 30:13,19,25 34:11 35:4 36:11 41:18,21 44:11 51:22 56:25 57:6 58:3 59:14 62:19 64:21, 25 65:16 71:10,15 73:4 75:21

**beginning** 20:13 25:17 34:15,17 35:9 72:18

**behavior** 29:13 81:21

**Behavioral** 32:23 33:3,4,10 34:7 35:17 36:1,6 37:11 47:1 53:5 56:10

**behaviors** 29:16 34:23

**being** 5:7 7:12 11:7 20:7 24:11 25:17 35:1 38:5 41:18 72:9 75:4 79:18,19 82:16

**believe** 29:11 81:25

**Bend** 12:24

**benefits** 58:23 63:14,16,21,23 67:20

**best** 6:2 7:14 16:1 76:12 81:17

**better** 6:23,24 12:5 38:24 42:12 62:18 82:5,9,11,12

**between** 44:1,8 47:12 54:7 68:18 77:18 80:6,22

**big** 16:21,24 35:14 75:25

**bigger** 20:6

**binder** 75:13

**binding** 75:13

**birth** 21:23,24 24:14

**bit** 16:1 17:23 24:16,22 50:22 51:20 54:3 58:5,19 65:7 67:16 76:2 77:9

**biweekly** 71:17

**blockers** 62:10

**blood** 10:5

**board** 35:2

**body** 59:5 74:19

**both** 27:13

**bottom** 11:20

**Brad** 5:19

**brain** 52:11 66:21,22,25

**break** 8:3 35:21 43:23 44:11 67:24 68:1,3,12 80:19

**breasts** 75:10

**bring** 10:25

**bringing** 46:20

**brought** 9:17 48:20

**Brown** 12:22

**bubbly** 70:25 82:14

**but** 6:17 8:3 11:6 15:16 16:1 17:5,24 20:5,18 24:3 25:13,17 27:7 32:6 35:6 38:14 40:21 41:2,23 42:19,25 44:4 45:18 46:25 55:10 60:19 63:2 64:10 65:2 66:9,25 67:8,17 70:8 72:3 74:25 76:10,16 77:9 79:12,17

**by** 5:14 6:4,8 7:1 10:8 11:15 12:3,11 15:15 18:22 19:8 23:21 29:2,6 32:11 35:24 38:6 44:10 56:21 68:6,20 70:10 72:19 81:2

## C

**call** 10:23 27:7 36:12 38:7 39:3,5,8, 9,19 42:19

**called** 6:4 38:1 39:24

**calls** 39:2

**calm** 51:4

**came** 13:22 15:12 16:22 17:25 23:4, 24 24:8 25:3 30:11 33:14 43:3 58:13 79:12,18

**cameras** 11:9

**can** 6:21 7:17,25 11:11 12:1 18:22 21:16 24:5 27:1 32:21 37:5 42:8,9, 12,20 43:9 44:3 46:2 48:13 50:19 51:4,8 53:9,10 54:16,17 55:13,17 56:14,17 58:19,24 59:1,2,4,7,23 60:3,15,16,17 61:17 62:18 63:14,17 65:8,9,11 66:7,8,25 67:2,17,18 68:1, 4 71:2 72:19 73:21 74:19 76:2 80:2, 3,12,18 82:15

**can't** 8:9

**cannot** 8:6

**card** 40:19

**cardiovascular** 66:16

**care** 31:13 38:6 41:14,21 46:18

**carried** 29:15

**carry** 79:19

**case** 9:15

**cases** 64:6

**category** 69:8

**certain** 74:19

**certificate** 13:2

**certification** 13:1

**certified** 5:2,3

**challenging** 9:17

**change** 13:16 18:25

**changed** 53:15,17

**changes** 16:21,24 35:14 70:17,22, 24 71:2

**characteristics** 59:3,8 63:18 65:10

**Chase** 5:14

Index: check..depression

**check** 73:21

**checked** 73:23

**checks** 63:5

**child** 8:14,15 10:13 15:18 46:12

**children** 14:19,25 15:4 46:20 69:18

**choices** 60:19

**choose** 61:10

**chores** 44:18,23 45:5,23 46:1 47:25 82:15

**Christmas** 18:5 24:9

**chronic** 33:24

**city** 12:10,12

**claims** 9:17

**clarification** 7:25 8:1

**clarify** 32:8

**classes** 36:16 42:11 43:17,19 44:14 47:25

**clean** 8:21

**clerk** 5:19

**clicked** 58:13

**close** 17:8 68:22

**closer** 6:15

**clothes** 20:17 22:12,20 23:6

**clothing** 20:16 23:1,3,22,23 29:14

**CMP** 63:5

**cognitive** 66:19,20

**college** 12:19

**come** 15:10,16 17:24 18:3 42:14 69:11,20 77:23

**comfortable** 22:16 46:20 57:21

**coming** 17:21,22 31:17 47:1 55:12

**communicate** 18:15,24 38:23 42:9

**communicating** 18:13

**communication** 19:13 42:25

**complaint** 9:9,14

**complete** 11:7

**compromise** 44:3

**concern** 24:20,24 73:5,19

**concerns** 47:14,16,18,19 72:9,20, 21 73:2,3,5,16,17

**conditions** 33:25

**conduct** 54:14,20

**confidentiality** 8:14 26:2

**confused** 67:25 81:3

**congratulations** 14:17

**connected** 48:14 60:20

**connection** 19:17

**cons** 60:11

**consider** 57:11

**considered** 30:5 75:5

**contact** 37:22

**continue** 6:21 19:3 36:17 41:11 52:2,3 77:12 78:18

**continued** 82:9

**continuing** 77:24 78:3,14

**conversation** 21:14 23:5,11 28:5 45:14,17,22,25 57:11 58:4

**conversations** 27:14,18

**cool** 16:7

**cope** 31:6 39:9 41:1

**coping** 38:19,24 40:21 51:9,12 52:1, 2,5,8 61:2

**copy** 9:14

**correct** 9:20 12:18 15:20 20:20,23 22:4 24:10 32:16 41:4 53:24 70:13 78:23 80:11 81:6,7,12,18

**correction** 78:24

**could** 25:18 29:16 48:8 59:4

**couldn't** 18:10 26:20,22,23

**counsel** 5:9

**counseling** 25:4 31:8,22 32:15 33:18 41:3 64:20,24 70:1 74:21

**counselor** 35:21 36:12 40:14 42:3, 23 43:4 48:15,18

**counselors** 32:18,21

**County** 12:13,14

**couple** 37:12 82:8

**court** 5:14 7:7,11

**cut** 38:20

**cutting** 30:4,21,22 31:4 33:19,22 38:24 40:25 44:15 81:20

**cycle** 69:12

**D**

**Dad** 82:14

**date** 5:5 43:9 46:25

**dates** 13:4 30:22 34:20

**dating** 28:9,11,17,18

**Davis** 5:19

**day** 40:12,13

**days** 33:14 36:11,13 37:12 40:8 43:16 71:10,14

**deal** 38:20

**dealing** 44:13

**dealt** 29:19 30:7 33:24 52:15

**December** 20:11 24:8 30:12

**decide** 10:25 22:21 64:7

**decided** 19:1 26:23 36:20 46:16 49:21 50:12 51:19,22 57:3,5 60:1 80:6

**deciding** 74:21

**decision** 22:19,21,24 23:8,10 49:16 50:8 57:1 59:14,17 75:17,23 76:1,4, 6,7,10,17

**decision-maker** 76:18

**decisions** 56:20

**declaration** 11:13,18,22

**deeper** 59:5 67:21 69:10

**defendants** 5:19 6:4

**degree** 12:25

**depending** 22:25

**deponent** 5:7 82:25

**deposition** 5:7 7:2 8:2 9:1

**depressed** 57:17

**depression** 30:1,16,17,19 31:23 32:13,16 33:1,2,13 38:3,6,9,12,15 40:2 41:11 47:14,17,20,21 48:1,2,

10,12,14,16,19,25 49:6 50:7 54:4,9 55:11,20,23,24 56:15,19 60:6,16,24 61:9,13 62:6 65:9 67:8 69:23 76:22, 24 77:2,6,7 81:21

**describe** 16:13

**described** 16:17

**develop** 59:2,8

**development** 66:19,21,22

**diagnose** 37:13

**diagnosed** 34:6,7 38:1,4 39:23 40:1,4 53:6

**diagnoses** 34:1

**diagnosis** 33:2

**did** 8:25 9:21 10:7,16,20,23,25 12:19,20,21 13:3,15,17,20 17:4 18:3 20:9,15 22:23 23:5,11,19 24:1,15, 19,25 25:3,5,9,10,15,20,21,23 26:3, 6 27:18,22 28:1,8 29:5,16 30:9,13, 15,19,21 31:15,25 32:4 33:10,13,16 34:11,14 35:4 36:8,18,24 37:6,9,13, 25 38:16,18,25 39:2,16,22 40:1,4,15 41:18,21 42:14,25 43:6,16,19 45:2, 3,5,10,14,22 46:4,9,14 47:3,5,16,19 48:2,11,15,18 49:9,13 50:8,10,17 51:6,15 52:1,22 53:8,11 54:2,11,14, 20 55:14 56:8,23 57:11 58:1,3,5,6 59:16 60:11 61:8,12,21,24 62:19,23 63:10,20,23 64:2,5,14,16,20,24 65:3,7,20,23,25 66:3 67:3,19 69:17 70:14 72:17 74:8 77:2,8,21 78:6,8 79:13 81:13 82:8

**didn't** 10:12 17:23,25 18:8,10,19,24 23:3,7 25:24 26:21 31:5 36:19 40:20 45:6 50:19 57:21 60:25 62:25 69:20 77:10,23 78:9,11

**different** 13:16 28:7 32:7 46:17 48:8 49:5,6,21 53:14 77:6,7,18

**differently** 16:18 59:6 67:1

**directly** 82:1

**discharged** 40:9

**discuss** 59:13 72:23

**discussed** 47:13 50:24 56:6 72:7, 16

**discussions** 81:23

**dismissed** 46:10,11,12

**distributes** 59:5

**do** 6:1 9:1,6,11,13,23 10:8,11 11:16, 17 12:4,8,12 13:6 14:1,10,19 15:8, 25 16:3,16 19:3 20:2,24 21:2,11,19 23:15 25:25 26:13,25 27:9 28:16 29:4,5,11 31:4 36:16,19 37:5,21 38:12,16 44:1,5 46:1,3 51:18 54:25 55:4,18,20,22,23,25 56:21 58:3,9 59:23 61:6 62:12 63:6 64:9 66:15,18 67:3,13 68:14,15,16 69:7 71:4,16 72:12 73:1,2 74:17,25 75:2,15,20,23 76:11,12 78:13,17 79:10 80:12,14 81:23,25 82:9,11,16

**doctors** 68:8

**document** 9:11 11:16

**documents** 58:14,17

**does** 10:4 15:21,23,24,25 16:1,2 19:24,25 20:12,14 21:5,11,21 43:13 50:14 71:12 73:5 82:11

**doesn't** 10:14 11:9 15:13 21:22 49:20 54:2 60:2 73:3 79:17 80:9

**doing** 7:19 11:6 16:2,8 22:12,13 44:15,18,23 45:5,12 47:24,25 62:4, 5,7 76:25 82:6,12,15

**Doman** 5:2

**don't** 6:22 7:15,21,24 8:2,8,11,21 10:10,18 11:5 12:9 15:6 19:20,21 21:18,20 22:17 24:3 25:12,18 27:3,5 28:23 30:4 34:22 37:2 38:13 39:14 42:18,24 45:11,18 46:25 48:3 49:1 52:10,17 54:13,24 55:3 56:4 58:11 59:21 63:22 64:11 65:1,13 66:11,14, 17,24 67:4,10,14,15,17,22 68:9,10, 11 69:12 72:3 74:24,25 75:20,22 76:5,9,10 77:10 78:19 79:12,16,20 82:20

**done** 62:21,23,25

**dosage** 54:17 71:16

**down** 7:8 11:12 12:1 39:14

**Dr** 31:14,15 32:24 33:7,13 41:13,14, 18,22 46:7,9,14,17,24 48:2,18,22 49:18 50:8,10,17,23 51:6,15 52:1, 19,22,23 53:8,11,22 54:1,11,14,20 55:4,14,25 56:8,23 59:14 60:5,11 61:8,12,24 62:19 63:10,20,24 64:3, 5,14,16,20,22 65:25 67:4 69:1,17 71:13,21 72:19,21 73:20 74:6 77:11, 17,21 78:17 79:5,13 81:5,13

**dress** 22:14

**drove** 37:17

**drugs** 62:8,15 76:22

**due** 38:5

**duly** 6:5

**during** 25:25 29:19 33:20 45:17,25 48:10 82:16

**dysphoria** 28:20 29:11,17 38:4,5,11 40:5 41:10 47:15 48:13 53:22,25 54:4,8,11,21 55:5,15,19,22 56:1,12 57:2 58:10 60:17,23 69:22 82:2

**E**

**each** 69:7

**earlier** 12:16

**early** 22:8 37:20

**earlyish** 22:9

**easily** 19:24 20:3

**easy** 6:11

**effect** 73:12

**effects** 49:19 53:18 58:22 66:6 67:5, 19,20 68:8 69:3,4 71:6,19 79:19

**eggs** 80:2

**eighth** 28:10,14

**either** 8:19 60:13

**Elkhart** 12:13,14

**else** 9:4 29:9 31:1 35:8,11 38:7,10 47:5,7 51:13 63:8 72:7

**emotional** 17:17

**emotions** 26:19

**employment** 46:15 58:2,15

**enactment** 10:17,21

**end** 31:16 68:23 72:18 78:7

**energy** 70:24 71:4

**enjoy** 16:15,16

**enjoys** 16:8

**enough** 50:20 63:1 64:12 68:15 78:9

**Enrolled** 9:18

**entire** 55:8

**ER** 37:4

**essential** 52:10,11

**evaluation** 37:21,23,25 54:20 56:9

**evaluations** 56:8 62:20

**even** 57:14

**ever** 16:17 17:8 19:19 20:5 27:14 29:16 43:16 45:14 62:15 74:12

**every** 25:17 57:18 71:16

**everything** 7:8 10:10 11:24 63:8 82:15

**evolved** 22:10

**exact** 25:16 48:3

**exactly** 10:10 24:3 46:25 58:12

**EXAMINATION** 6:7 81:1

**examined** 6:5

**exhibit** 9:8,10 11:11,13,14 12:1

**expect** 8:2 66:8

**experience** 40:11,15

**experienced** 16:20 71:6

**experiencing** 43:6

**explain** 18:22

**express** 18:1

**expressed** 24:11,13 57:22 75:10

**extent** 21:11

---

**F**

---

**face** 59:3

**facial** 59:3 69:10

**facility** 25:13

**factors** 59:17

**fairly** 15:6

**Falk** 5:11,22 6:17,20,23 9:3 12:9 15:11 29:1,4 32:1,10 35:19 43:25 44:3 68:4 70:2,9 80:14,18,21 81:2 82:18,22

**fall** 34:19

**falling** 67:13

**familiar** 28:20,24,25 52:12 62:8 74:14

**family** 17:8 24:21 39:6 44:19 45:8 46:18 65:2,3

**far** 17:19

**fat** 59:5

**father** 11:3 17:23 18:6 19:14 21:21 24:19

**February** 13:5 30:25 31:2,17,18 32:5 33:12 36:4 41:16 43:10 46:7 47:2

**feel** 10:12,14 14:9 19:16,25 20:2,4 31:5 37:10 45:6,11 46:19 48:6 49:20 55:19,21,22,23 56:17 57:21,22 59:11,20,21 61:7 63:1,19 65:11 67:2 72:3 75:11,25 76:1,16 77:10 78:9 79:13

**feeling** 23:21 31:6,7 37:1 50:4 54:5 55:2,13 57:23 59:19 71:8,9,10 78:10

**feelings** 18:1

**feels** 29:23

**fell** 69:7

**felt** 11:1 19:7 24:14 26:20 47:23 48:22 50:6,20 57:10 60:19,22 61:4 78:9,10,11

**female** 14:9,10 15:1,5,9,14 19:2 20:21 22:1 23:23 27:12 28:13 57:13

**females** 28:12

**fertility** 64:4,5,17,21,25 65:12,19 66:10,12 67:11,12 79:8,11,20,22

**few** 7:4 17:5 27:7 33:14 36:11 62:17 68:25 81:9

**figure** 24:18 26:11,18,21 27:17,24 29:23 31:3

**filed** 9:14

**find** 13:20 18:9 19:22 23:19 43:16 45:21 46:14 58:1

**fine** 7:15 24:18 44:4 68:11 69:14

**first** 6:5 8:19 9:21 24:11,13 25:21 26:3,8 28:1 30:9,15 31:15 32:25 33:2,11 34:14 35:16,20 38:9 39:19 40:25 41:16 43:6 50:23 53:22 60:23 69:2 70:17,22 72:1,7,25 74:7 78:24 79:2,4,11 82:8

**five** 14:20 24:7 27:10 28:7 44:2,4,5 68:14,16

**five-** 43:23

**flavor** 69:15

**focused** 32:3

**focusing** 34:25 35:3,4

**follow** 38:9 41:9 52:3 62:3,4,6

**follow-up** 41:5 61:25 62:2 71:21 72:2,7,10,11

**following** 40:13

**follows** 6:6

**for** 5:10,11,12,18 6:11 7:25 8:1 9:1, 10 11:6,14 13:10,11,13,16,21 14:14, 15 15:11,13 16:23 20:14,15 22:12 25:18 31:8,11,20,22 32:15,19,25 33:2,13,19,22 34:15 35:15,16,21 37:11,12,23 38:10,14 40:23 41:9,10, 11,23 42:20 44:24 46:1 47:15 48:11, 15,18 49:3 50:3,5,7,21 51:11,15 52:20 53:7,10 55:6 56:11 58:6 59:9, 23,24 60:2,21 61:5 63:10,24 64:1,13 65:16,17,18 66:15,19 69:22 74:12, 22 75:5,13,16 76:1,6,7,12,15,16,22 77:1,8 78:12,15 79:2,3,19 80:7 81:6

**forget** 6:22 77:25

**format** 7:5

**forth** 70:5

**found** 41:2

**four** 15:17 43:14 47:18 56:5 60:18 71:14

**freeze** 80:2

**frequently** 43:13

**freshman** 34:16 35:7,9 43:8

**friends** 17:8 19:24 20:1,2,24 21:2 24:25 82:13

**from** 10:7 13:15 26:14 29:11 30:1,3 32:12 36:12,21,23 37:12 41:5,18 42:3 46:10 48:1 56:9,18 66:12 71:6, 18 74:9

**front** 9:6 11:9

**function** 51:5 67:1

**further** 82:20,21,25

**future** 79:15

---

**G**

---

**games** 40:19

**gave** 22:13,21 38:13,14

**Gavin** 5:12

**gender** 14:8,9 15:1 28:20 29:11,17 38:4,5,11 40:5 41:10 47:15,18 48:13 53:21,25 54:3,8,11,21 55:5,15,19,22 56:1,11 57:2 58:10,11 60:16,23 69:22 74:14 75:4 82:1

**genders** 14:25

**general** 12:4 69:15

**Gestures** 7:20

**get** 5:22 6:13,18 7:6 13:4 24:22 30:22 38:10 46:2 59:4 69:14 71:4

**getting** 35:6 57:13 68:22 71:14 72:5 73:18 77:5

**give** 12:9 18:16 24:5 26:22 32:21 50:19 54:16 56:16 57:3 59:1 60:2 61:5 65:9,25 72:19

**given** 7:2,12 22:15 41:5 61:10

**giving** 39:12 48:5 53:18 63:17

**go** 12:19,21 15:21 22:11 26:24 31:25 36:16 37:6,11,12 42:8,20 45:13 46:16 47:3,5 50:12 54:14 56:17 57:12 58:6 59:15 60:13,14 71:1 72:19,20 78:23 80:3,11,13

**goes** 56:16 60:7 73:11

**going** 6:9 7:4,6,7 10:13 12:13 24:21, 23 26:12,16,20 31:1 35:8,19 36:7,8, 18,21,23,25 37:3,21 38:8 39:25 42:10 45:20 47:25 50:23 51:10 57:6, 17 60:4 67:24 68:2 70:5 73:11,12 76:14

**good** 6:9 19:16,18 23:18 42:24 43:22 46:19 49:20 63:9 70:7 73:22 78:10

**Googled** 58:7,10,12

**Goshen** 15:22 25:13 36:21,23

**got** 46:10 81:3

**gotten** 38:2,3 77:7 82:5

**grade** 28:10,14 34:17 35:5

**great** 7:20 8:24

**growth** 67:21

**guess** 78:20

**guidance** 26:21,22

**H**

**had** 11:5 19:1 20:18 22:21 23:21 26:11,19 27:6,7,14,16 34:23 35:20 36:11,13,20 37:19 38:2,3,6,21 39:3 40:14 42:2,8 43:16 44:14,23 45:7 46:10 48:4,21,24 50:5 51:22 52:23 53:5 54:1 56:5,9,24 57:5,8,9,14,23 58:8 59:24 62:21,22,23,24,25 64:4, 18,22 70:17,22,24 71:3,21 72:5 73:17 77:7 78:9

**hair** 23:16 59:3 67:21 69:10

**haircut** 20:16 23:9,13

**half** 44:4 47:12 72:15

**happen** 20:9 58:24 66:7 67:18 73:6, 7,11

**happened** 10:11 20:10 22:5,18 37:8,18 39:8 40:9 57:9 72:11

**happening** 35:2

**happens** 60:9

**happy** 16:14,15

**hard** 14:24 34:25 35:2,4

**harder** 5:22

**has** 15:12 16:3,20 17:8 19:19 20:2, 24 21:2 22:10 27:6 29:19,25 30:1,3, 7 32:12 33:24 34:3 41:14 43:3 48:24 49:22 50:13 55:21 62:15 63:18 64:6 65:15 71:6 73:7 74:12 75:7,9 76:1, 21 81:5,8 82:9,13

**hasn't** 15:10,16

**have** 5:18 7:2 8:8,11,13,21 9:6,25 12:14,24 14:2,14,15,19,20 16:17 17:4,5 19:16,20,25 20:6 21:22 22:14 23:5,11 24:6 25:19 26:11,21 27:14, 16,18 28:18 30:10,15,24,25 31:8,11, 16,20,22 32:15,19 33:14,18,20 34:9, 11,14 35:4 37:4 38:23 39:2,16 40:18 41:16,21 42:1 43:1,8,10,11,13 44:1, 25 45:3,14,22 47:12,16 49:3 51:2,12 55:1 58:21 63:10,24 64:2,7,9,10,16 65:13,20,23 68:25 69:23 71:18,21 73:3,5,12 74:1,5,9,18 75:3,6,8,20,22 77:17 78:20 79:17 80:3,5,9 82:20

**haven't** 41:23

**having** 6:4,16 18:17 19:9 23:9 28:1, 16 34:25 35:2 37:1 43:14 49:19 57:16 58:3 65:14 79:14

**he** 11:8,9 15:13,14,24 16:1,15,22 17:6,24,25 18:4,8 19:6,7,25 20:4,18 21:22 22:14,21 23:14,17,21,22,24 24:4,7,13,14,20 25:7 26:11,18,19, 20,21 27:23 29:14,15,23,25 30:4,11 31:3,5 33:14,16 34:3 35:2 36:7,8,13, 18,22 39:10,13 40:10,19,21,22 42:3, 7,8,9,18,22 43:14,21 44:18,19 45:5, 6,11 46:1,3,5 47:24 49:14,19 50:3,4, 5,6,14,16,21 52:11 53:5,20 54:6 57:10,14,16,17,21,22,23 59:18,19 60:1 61:1 62:4,5,7 64:4 65:15,16 70:24,25 71:3,4,8,9,10 72:19 73:3,5, 7,12,17 75:10,14 76:1,2,4,16 77:8,9, 10 78:5,9,10 80:9 81:8,10,17 82:6,7, 9,15

**he's** 11:6 27:5,7 75:16 76:2,24,25 81:19 82:5,12,13,15

**head** 7:20,21 26:13,16 73:15

**Healing** 9:24

**health** 9:24 29:19,21 30:6 34:7 35:16,17 36:1,6 66:16

**hear** 9:21 10:7 39:13

**heard** 10:9 11:1

**hearing** 6:16 10:11

**held** 5:7

**help** 8:16 19:23 39:9 40:24 42:7,12, 14 43:9 45:21 51:4,9 52:11 53:7,9, 10 54:9 55:13 56:14 58:11 59:2,4,8, 10 60:15,16,17,23 61:7,17 62:22 63:15,17 65:8 67:2,17 75:11 76:9,15

**helped** 63:18

**helpful** 41:3 43:4 49:3

**helping** 26:11 57:15 63:1

**helps** 56:18 67:8

**her** 46:21

**here** 5:23 7:7 9:22,24 12:15 19:4 25:13 45:20 46:20 58:2,8 75:3 78:15 82:21

**hey** 36:15 54:1 65:6,7 71:13 72:21 76:19

**High** 15:22

**him** 6:22 8:20 16:23 17:23 18:9 19:9, 23 20:7 22:13,15,21 24:21 26:12,22 27:23 36:15,21 37:11,17 38:1,13,14, 18,19 39:12 41:17 42:10,12 43:20 46:1 48:5,6 51:2,4 52:11,23 53:6,7,

18 54:5,6 57:19 59:8,9,10,11,24 61:1,5,7 63:1,15 65:6,16,17,18 67:2 72:5,9 75:11,13,16 76:1,6,10,11,12, 14,15,18,19 78:12 80:7 81:13,22

**himself** 16:15 26:20 29:15 31:5 36:7,8 55:13 61:7 67:2 72:19 76:7 78:11

**his** 16:1,16,18 17:23 18:1,6,19 23:10,15,22 24:13,20,21,24 25:13 26:4,12,16 29:20 31:3 34:15 38:2 39:13 40:11,15,20 42:8,11,24 43:20, 21 44:18,20 45:5 46:1 50:4 52:11 54:2 57:15,19 71:10,15 72:20,22 73:1,5,12,21,22 75:10,17,23 77:25 81:10,13,20 82:1,15

**Hold** 15:11

**home** 12:10 40:10

**honest** 65:15

**hope** 47:9

**hopefully** 6:10

**hormone** 51:25 57:4 59:7

**hormone-level** 63:5

**hormones** 58:25 73:7 82:7

**hospital** 31:17 32:4 33:15 34:8 36:25 37:3,6,8,13,15 81:22

**hour** 47:12 55:6,7,9 56:7 72:15

**hours** 21:16

**houses** 17:2,4

**how** 9:25 10:10 12:6,14 13:6,20 14:14,19 15:4 16:13 17:25 18:1,9, 19,24 19:11,15 20:24 21:16 22:10 23:14 24:1,15,19,25 25:15,18 27:1,9 28:22,24,25 29:1,3,4,5,23 31:6 32:18 36:24 38:12,18,20,22,23 39:9, 22 40:1,4,7,18,24,25 41:14 42:7,12, 19 43:13 44:23 45:7 46:4,14 47:11 48:13,24 50:4 51:8 55:1,4,12,17,18 56:17 57:1,9 58:1,11 60:7,14,15,17 62:3,4,7 63:14 69:17 71:24 72:1,3, 12,14,24 73:4 74:23 75:2 76:11 79:13 80:9 81:8 82:6,7

**however** 22:14

**HRT** 51:23,24 54:19 55:12 56:17 57:12,25 58:1,3,10,24 59:1,14,15 60:8 61:9,14,18 62:4,18,19 63:11 64:2 65:8,21,23 66:1,8 67:5 69:3,4 71:22 76:21,25

**husband** 18:8,10,17 19:12 22:23 23:1,11 27:18 36:20 39:6 47:6,19 57:3 59:13 64:2,16 65:4,19,20 79:2, 7 80:6

**husband's** 79:4

---

**I**

**I'LL** 19:21

**I'M** 6:9,15,17 7:5 10:3 13:8 14:24 15:12,13 23:17 27:2 30:22 34:20,22 35:19 36:23 45:2,12,20 65:13 67:24 68:2 73:5,8 76:11,14 78:15

**identification** 9:10 11:14

**identified** 18:4 19:2 20:19 57:13

**identifies** 15:14 22:2

**identify** 5:9 8:20 15:4,13 18:19 28:23 54:2,25 69:18

**identifying** 19:8 69:19

**identity** 14:8,9 31:3

**if** 7:15,24 8:3,19 18:11 19:21 21:2 23:1 26:25 30:4 32:3 36:17,22 42:18 45:19 50:16,19 51:3 52:11 53:6 54:9,16 56:18 60:2 61:7,12 62:21 64:18,22 65:1 66:15,18 67:3 70:4 73:7,11,20 74:18,19,21 79:10 80:1, 3,12,14 82:18

**image** 6:20

**improvement** 70:14

**in** 5:3,4,17,20 6:20 9:4,6,15,17 10:16 11:4,6,7,9,22 12:9,12,14,24,25 13:5, 21 14:2 15:25 16:18 17:7,11,20 20:12 21:1 22:5 24:8 25:13 26:5,12, 16,18 27:11 28:9,14 30:12 31:1 32:4 33:17 34:7,22 35:8,12,14 36:13 37:20 43:11,15 45:8 46:7 47:1 56:10 57:11 58:23 62:3,7,21 64:7 66:5 67:1,2,10 70:19,22 71:16 72:19,20, 24 73:4 79:14,18 81:22 82:8,16

**included** 66:5

**Including** 13:8

**increase** 20:7

**Indeed** 13:21

**independent** 54:20

**Indiana** 5:5 9:18

**Indianapolis** 5:5

**indicate** 29:16

**infertility** 64:14

**information** 65:25

**initial** 46:24 47:3 53:3 54:12 60:4 61:18,24 69:1 70:12 74:1,7

**initials** 8:15

**injection** 71:11,12,15

**injections** 72:6

**input** 22:23

**inside** 44:20

**Instagram** 21:8,12,17

**instead** 46:17 71:17

**instructions** 41:5

**instrument** 16:5

**intake** 10:6 73:1

**interacting** 79:5

**interaction** 18:6

**interactions** 39:16,20 77:18,22

**intermittent** 70:6

**internet** 29:7

**interrupt** 70:2

**interview** 37:9

**into** 22:23 59:17 67:14 69:7 73:11, 13 80:4,5

**introduce** 9:8 11:12

**involve** 26:7

**involved** 11:7

**is** 5:2,5,6,7,11,13,15,16,20 6:14,23 7:5,7 8:6,9,12,17 9:3,14,19,20 10:5 11:3,4,8,18,22,24 12:17,18,23 14:8, 21 15:12,18,19,20 19:9,15 22:2,6 24:9,20 25:13 27:4 31:13 32:2 34:19 39:24,25 41:3,4 42:24 43:1 44:4 46:7,8 48:7 49:11,18,25 50:16 51:24 52:13 53:13,14 54:4,18 55:19,23 57:7 58:20 60:9,14,15,17 63:9 64:10 65:12 69:2,5 71:13 73:5,8,12 74:25 75:18 76:12,19,22 77:6,19,24 78:3, 5,20 80:1,8 81:17,18 82:4,16

**issue** 65:17,18

**issues** 29:19,21 30:6 35:17 44:12

**it** 9:22 10:12,13,14,19 11:1,5,6 13:1,5,16 14:2,22 15:10,16 16:10,22 17:5,24 18:2,5,12,23 19:2 20:5 22:11,17,18 23:1,4,7,10,14,24 24:17,18,21,23 25:16,17,18,24 26:2,9 27:17,23 28:9,11,13,18 29:4,5 30:17,24,25 31:16 32:23 33:11,14,17 34:7 35:6 36:14,15 37:2 38:4 39:6,19 40:8 41:2 42:1,19 45:6,12,18 46:25 47:12 48:3,6,20 50:3,5,6,12,13,16,17 51:1,11 52:9 53:10,14,17,18 54:3,16,24,25 55:3,18 56:4,6,16,18 58:13 59:9 60:2,7,13,14,18 61:4,7,10,22 62:12 63:1,5,17,18 64:18,22,23 65:2,5,8,9,10,17 66:24,25 67:1,2,8,11,17 69:23 70:5,7,8,15 72:3,4,17,18,23 73:4 74:24 75:1,3,6,7,8,15 76:9 77:8,10,16,23 78:12 79:3,12,17,19 80:4,7 81:15,19

**It'll** 24:17

**it's** 14:24 16:10 22:16,17 25:13 27:24 28:23 32:3 37:10 46:18 51:25 52:14 63:7 64:10 65:17 67:7,15,16 70:5 71:25 77:13 78:2

**itself** 57:15

---

## J

**James** 5:18,23 32:1 70:2 82:18

**jazz** 16:11

**jobs** 13:18

**joined** 5:13

**joining** 5:20

**just** 6:20 7:4,16 8:4 9:5 10:12,14 11:1,6 12:4,9,10 13:1,21 16:14,15,16 17:25 18:9,12,23 19:6,7,13,22 20:8,16 21:13 22:11,12,13,16,17,18 23:21,22,24 24:23 26:14,19 27:23 29:5,15,23 31:3 35:1,12,19 37:19 38:8,18,21,22 39:19,24 40:10,12,19,21 42:9,11 44:11,20 45:6,11,12,19 46:1,18,19 47:23 50:19 51:1,2,3 53:5,9 55:12,23,24 56:6,16,22 57:13,19,21 58:7,10,13,18 59:5,18,19,20 60:19,21,25 61:4,5,17 62:6,25 63:8,17,25 65:6 67:15 68:21,25 69:14 70:2 71:3 72:11,22,23 74:8,18,24 75:14,25 76:4,11,17 77:9,14 78:11,15 80:18 82:12,18

---

## K

**keep** 6:11,20 14:24 20:25 51:4

**Ken** 5:11 6:13 9:3 32:9

**kept** 17:6 22:12 40:21

**Kevin** 25:14 26:13 31:24,25 32:24 33:8,9,16,20 48:22,24 52:14,15,25 77:25 78:2,3,6,15

**kid** 16:15 19:14

**kids** 21:1 42:20 46:10,11 65:13,14 80:10

**kill** 36:7,8,23 37:2

**kind** 18:12 22:12,17 40:10,12 42:21 56:6 58:19 60:18 66:24 71:3 72:22

**kinds** 54:23

**knew** 28:18

**know** 7:11 8:4,12 13:6,17 16:25 17:12,25 18:24 19:21 20:24 21:2,4,10,11,18 22:17 23:3,15 24:3 25:1,12,25 26:25 27:3,5,9 28:7,9 29:4,5 30:4 31:4,6 36:12 38:12,16 44:14 51:18 52:10 53:6 62:12 63:6 64:11 65:1 66:18 67:4,10,14,15,16,17,22 68:9,22 70:4,9 72:12 73:2,11 74:17,18,24,25 75:2 78:13,17,19,21 79:20,21

**knowledge** 81:17

**known** 43:8

---

## L

**lab** 63:2,4 74:7

**labs** 74:1,5,9

**laid** 56:22

**landed** 81:22

**last** 74:7 77:25

**late** 20:12 22:6

**later** 8:21 64:6 79:14

**law** 5:19 9:18,21 10:7,8,9,11

**law's** 10:17,21

**lawn** 70:3

**laws** 73:9

**lawsuit** 9:17 10:25 11:4

**lawyers** 8:20

**leading** 10:16,20

**learned** 40:18,21,22,24 52:6

**learning** 18:23

**legal** 19:5 76:2

**legislators** 10:20,23

**length** 23:2

**let** 8:4 10:19 12:9 28:4 32:8 35:23 40:12 52:18 64:19 68:7 70:4,9 72:19

**let's** 60:1 68:16,21 74:4

**letters** 10:23

**letting** 36:12

**levels** 63:7 73:22

**life** 16:14,16,18,20 17:20 20:8 29:20 31:1 35:8,14 64:7

**like** 9:8 10:5,14 11:9,12 13:4 14:9 15:23 16:2 17:2 18:7,23,24 19:7,13,16,25 20:2,4,6,14 21:13 22:9,25 23:2,23 24:7,23 25:7 26:18,20 27:8,10 30:17 31:5,16 33:11 34:1 37:9,10 38:19,21 40:8,17,20 41:2 42:8,10,12,21 43:14 44:24 45:6,11 46:1 47:24 49:1 50:6,19,21 52:9,12 54:16,25 55:6,13,18,19,20,21,22,23,24 57:23 58:22,23 59:3,9,11,20,21 60:13,14,18,19 61:2,3,4,7,22 63:1,14 65:8,10,11 66:7,10,21 67:2,10,11,16,23,25 69:10,11 70:15 71:4,14 72:3 74:3,20 75:16,25 76:1,16,19 77:9,10 78:9,10,11 79:13,14,16 80:2

**liked** 40:19

**likes** 39:13

**line** 5:13

**linked** 54:4

**list** 32:21

**listen** 39:12

**listening** 82:14

**little** 5:23 6:15,16 16:1 17:22 24:16,20,22 38:21 50:22 51:19 54:3 58:5,19 60:21 65:7 67:16 76:2 77:9 81:3

**live** 12:8,12 16:14

**lived** 12:14

Index: living..Mom

**living**  20:8

**located**  5:4

**location**  12:24

**logistical**  7:5 8:12

**logistically**  6:14

**long**  8:3 9:25 12:14 14:14 25:15,18 40:7 41:14 44:23 45:7 47:11 50:20 55:1,4 72:1,3,12,14,24 73:4 81:8

**long-term**  58:22 67:19,20,21,22,23 68:8 69:9

**longer**  11:23 50:6,22 51:20 68:15,23

**look**  20:14 23:18,23 66:3 75:12 80:3

**looked**  13:21 58:14 80:5

**looking**  15:12 81:25

**looks**  65:8,10

**lost**  17:8

**lot**  19:25 26:19 40:18,22,24 55:14 57:13,16 67:9,15,17 78:21 81:20

**low**  54:17

**M**

**M.R.**  8:15 15:12,18,21,23,25 16:2,8, 13,17,20 17:4,8 18:3,10,19 19:1,24 20:2,14,15,18,24 21:2,5,11,16 22:2, 19 23:1,3,5,8,12,15,19 24:1,8,11 25:3,15 26:11,25 27:6,15,18,21,22 28:1,11,14,16 29:11,19 30:1,3,7,9, 15,21,22 31:4 32:4,12 33:24 34:6, 11,14,23 35:4,25 36:5 37:13,16 39:6,9,23 40:2,5,7,9,15 41:2,18,21 42:7,14 43:4,6,13,16,19 44:13,14, 16,23 45:2,5,7,10,14,22 46:4,22 47:8,10,23 48:24 49:3,6,9,11,13,16, 18,22,25 50:13,17 52:2,6 53:13 54:2,5,7 55:1,2,5,13 57:8,13 58:4 59:13,18 61:21 62:15 64:17,21,24 65:4,13,23 70:11,14 71:6,13 72:19, 24 74:2,6,12 75:5,8,18,23 76:21 77:2,11,18,24 78:3,6,8,18 79:16 80:6

**M.r.'s**  11:3 16:20 17:11,20 18:6 19:11,15 21:19,21,23,24 24:19,25 25:6 27:4 31:1 35:8,14 41:12,14 42:23 46:24 54:21 73:2

**Mackie**  12:22

**made**  20:2 22:19 23:8,25 29:13 34:23 49:16 51:21 56:20 57:1 59:14

**main**  47:18

**make**  19:3,24 27:24 63:7,8 66:25 67:1 72:17 73:21 75:17,23 76:5,6, 10,16 78:24

**makes**  18:11 22:16

**making**  48:6

**male**  15:14 18:4 20:17,19 22:2 23:3 27:2,11 59:2,8,11,12 63:17 65:10 75:12

**males**  28:11

**many**  13:6 14:19,23 15:4 20:24 21:1,16 26:19 27:9 32:18 48:24 55:17 60:25 71:24

**March**  33:17 78:7

**marching**  16:3,4,10 21:1,13 35:10, 12 36:17

**Maria**  5:8 6:3 11:13

**marked**  9:10 11:14

**Marquis**  5:15 9:3

**married**  14:12,14

**masculine**  22:20 23:6,9,12,16,24

**matters**  7:5

**mature**  76:2

**may**  5:6,13 6:17 43:22 61:8

**maybe**  6:14 24:7 25:19 27:10 28:4 43:14 48:8 49:1 52:10 59:23

**me**  5:20 6:18 8:4,18 10:15,19 11:6,7 12:9 19:16 26:9 28:4 32:8,21 35:23 36:20,22 37:22 39:24 40:23 43:9 45:19 50:14 52:18 54:7 59:18,20 60:2,21 64:19 68:7 75:8 78:16

**mean**  10:4,8 11:5 14:9 16:10 17:5 18:8,22 19:13 22:11,13 24:21 46:18 54:22 56:21,24 65:6 71:3 79:18 82:11

**media**  21:5,19,22

**medical**  10:3,5 12:17 13:1,3,7 32:19 33:18,24

**medication**  38:14 48:4,8 49:5,7,14, 17,19,21,22,25 50:4,11,20,21 51:15 53:7,10,11,13,14,15 61:17,21 62:5 76:24 77:3,6,8,12,14 81:3,15

**medications**  41:11 51:8,12 76:25 77:18

**medicine**  48:5,10 49:9,11,20

**meds**  81:14

**meeting**  8:25 39:6 40:14 42:2,6,15

**meetings**  38:22,25

**member**  14:3,5

**members**  17:9

**men's**  23:1

**menstrual**  69:12

**mental**  29:19,21 30:6 35:16 57:15

**mention**  32:4 61:12

**mentioned**  12:16 28:6 32:12 44:13 46:6 49:5 50:24 52:1,13,18,19 53:2, 21 54:18 56:11 57:5 66:13 69:25 74:1 79:22

**message**  18:15

**met**  59:13

**Michiana**  32:23 33:4,10 35:17,22,25 36:5 37:11,16,18 38:16 39:2,17,22 40:7,11,16 41:3,6,19 42:4 47:1 52:6 53:5 57:9

**Michigan**  56:10

**microphone**  6:15

**might**  8:20 23:19 24:1,6 25:4 30:24 34:11,14 47:12 52:11 59:23

**mind**  6:20

**mine**  72:23

**minutes**  42:20 55:6,8 68:14,16

**misgender**  59:10

**misgendered**  57:19

**misgendering**  43:20 59:20

**miss**  43:19 70:4

**missed**  43:16 46:13

**missing**  57:24 59:21

**mistakes**  19:4 27:24

**mixed**  13:4 30:23

**Mixhi**  5:15 9:3

**Mom**  82:14

**moment** 24:22

**month** 14:1 44:24 49:15 62:3,7

**months** 10:1 13:24 25:19 45:9

**Moore** 25:14 31:24,25 32:24 33:8,9, 16,20 48:22,25 52:14,15,25 78:2,3, 4,6,15

**more** 8:12 12:4 20:7 22:20 23:6,9, 12,16,23 41:23 45:3 55:25 56:3,4 58:19 59:8 60:14 62:17 63:17,19 65:11 67:2,11,16 68:5,25 70:24,25 71:4,5 75:11,12 76:2,3 82:12,13,14, 16

**morning** 6:9 37:20

**Mosaic** 5:16 9:24 13:15,17,20,22 46:22

**most** 42:25 45:18

**motivated** 71:1

**move** 6:14 17:1,4 46:2

**moved** 12:15 17:5

**moving** 17:2

**mowing** 70:3

**Mr** 5:11,18,22 6:1,8,13,17,19,20,23, 24 7:1 11:11,15 12:1,3,9,11 15:11, 15 29:1,2,4,6 32:1,8,10,11 35:19,23, 24 43:2,22,25 44:1,3,5,10 68:1,4,6, 11,14,17,20 70:2,7,9,10 80:14,16, 18,20,21 81:2 82:6,18,21,22

**Ms** 6:9,15 7:2 9:12 11:16 68:21

**much** 40:20,23 55:3 64:12 66:10,24 68:23 74:24 75:1,11 79:21

**music** 16:12 39:13

**my** 5:2 6:20 8:7 10:13 13:21 14:9,15 15:17 18:8,10 23:1 30:22 36:20,25 39:6 40:24 42:25 45:13 46:10,11,20 47:6,14,18 57:3 58:2 65:4 72:9,21 73:17 79:2 80:6,17

**myself** 36:23 37:2 59:21

---

## N

**name** 5:2 8:19 18:25 19:5 25:12,13 42:19,25 43:21 77:25 78:1

**natural** 62:9

**necessary** 25:24 78:12

**need** 7:13 8:3 36:15,16 38:9 45:19, 21 67:24 68:2,15 77:10 78:16,22 80:11

**needed** 11:2 39:10 42:18 50:7,17,21 61:25 62:3,20 77:1,10

**needing** 64:17

**needs** 46:3

**nervous** 5:23

**new** 13:16 52:8

**next** 40:13 71:15

**nice** 40:17 46:19

**ninth** 34:17 35:4

**no** 7:3 8:8,11 9:2,5,7 10:22,24 11:22 13:19 14:4,7 15:17 16:19 17:10,16, 18,19 19:20 20:25 21:4,10,18 23:7, 14 25:24 26:2,8 27:20 29:10,18 30:8,14,20 31:21 33:23 34:5 35:14, 15 39:1,18,24 40:3,6 41:20 43:10 44:22 45:11 49:12 50:1,6 51:14,17 55:1 56:9 58:10 62:16 63:2 65:22,24 66:17 69:5,20 70:21 71:20 72:9 73:3 74:11,13 75:22 77:20,23 80:6 82:21

**nodding** 7:20

**nods** 73:15

**normal** 19:13,14

**not** 6:18 11:3,8 16:10,25 17:12 18:21 19:8 20:4,18 24:14 35:1,15 37:14,24 38:5,20 40:25 43:20 44:18,23 45:5, 7,15 47:25 50:2,15,16 54:5,6 56:4 57:15 59:10 60:13 61:11 64:10,12 65:14,17 66:9 68:23 69:6 71:20 72:17 74:22 75:10 76:24 77:13 78:5, 12 79:2,19 80:7,12 81:11,13,15 82:25

**noted** 5:1 82:24

**notes** 9:6

**nothing** 17:6

**notice** 30:9,13,15,19 71:20

**noticed** 30:11,17 35:6 44:22 47:23 70:15 73:17

**November** 14:2 45:1,4

**now** 5:16 7:19 15:18 20:24 22:2 49:23 53:14 67:16,17,25 70:7 73:3 74:8 76:25 78:23 80:12 81:5,25 82:5,6,13

---

## O

**oath** 7:12

**object** 32:1 35:19

**occurred** 70:17,22

**of** 5:16 6:18 7:5,14,20 8:14,19 9:6,14 10:16 11:7,9,13 12:15 13:5 14:3,5, 23,24,25 15:2,3,4,8 16:2,9,25 17:12 18:5,9,12 19:13 20:1,7,13 21:4,10 22:12,13,17 24:22 25:1,12 26:19 28:19 30:12 31:2,16,17,18 32:5,22 33:11,15,17 34:15,17 35:9,12,15 36:13 37:1,12 38:6,19,20,22,25 39:3,9,11,12 40:10,12,19,24 42:19, 21,25 43:8,17 44:12,19 45:1,4,18 46:2,10,15,17 47:1,14 48:1 52:9 54:3,5,23,24 55:3,14,20,22 56:6,18 57:16 58:11,19,23 60:12,18 63:14 64:12,14 65:7,12,25 66:7,24 67:5,9, 16,18 69:3,4 71:2,3,17 72:18,22 74:5,19,23 76:14 77:16 78:7,21 79:18 80:12 81:17,19 82:1

**off** 25:16 77:16 81:19

**offer** 22:23 56:23

**official** 33:2

**oh** 54:14 63:4 66:22

**oils** 52:10,11

**okay** 6:12,17,18,19,21 7:4,11,17,18, 22,23 8:2,4,5,12,17,18,22,23,24 10:4,12 11:8 12:16 13:6,23 14:10,12 15:16,23 17:19 19:2 24:17,18 26:13, 25 27:6,14,23,24 30:6 32:10 35:23 43:24 44:5 49:16 52:5,15,18 53:19 56:8 59:17 61:18 64:5 67:13 68:17, 24 69:7,14,16,21 71:6,18 72:1,14,16 73:2,10 75:2,4,18 76:8,13 77:15 78:17 79:1,4,7 80:15,18 81:15,17,20 82:16,19

**old** 12:6

**oldest** 14:22 15:18

**on** 5:13 7:21 13:21 15:11 17:6 21:17 22:25 24:3,8 25:16,25 26:12,16,20 29:7 31:1 32:3 35:2,8 38:7 39:8,25 42:10,11 45:20 46:2 50:12,21 55:12 57:12 58:3,8,13,24 59:18,22 61:9,13 62:4,5,15 63:20 64:7,11 66:8,10 74:2,6 75:17,23 78:24 79:14 80:9 81:10

**once** 19:1 61:1 73:6

**one** 8:12 13:8,10 22:18 25:1 32:3 39:3,12 46:10,13 54:24 57:24 60:5, 12 65:12 68:5 69:2 74:7 79:18 81:10 82:18

**ones** 15:16 52:5

**only** 39:20 50:5 72:9 76:25 78:20

**open** 16:23

**opportunity** 61:6

**option** 22:13,15 60:8,12 61:10

**options** 56:11,13,14,22,23 60:5 74:25

**or** 8:19 10:23 16:21,24 17:8,25 19:5 20:17 22:23 23:2,11 24:7 27:8,11 28:11 31:6,8,22 32:15,18 33:11,18 37:9 41:2 43:23 44:2,24 47:24 56:8, 17 58:10 60:13 61:11 62:20 64:9,22 68:15 70:16,18,23 71:14 74:22 79:19 80:2

**orchestra** 16:11

**order** 56:8

**ordered** 63:2,4,6 74:10 75:13

**organizations** 14:3,5

**orientation** 27:4,15,19,21

**other** 8:25 9:3 11:10 15:5,16,17 16:8,24 17:20,22 29:17 30:6 31:20 33:22,24 34:1 38:16 39:2,16 44:16, 21 47:16 48:5,11 56:23 60:12 63:18, 23,24 65:20 66:13 67:3,13 69:25 70:22 71:2,19 73:25 74:1,9 78:20 80:11

**others** 21:9 25:23 34:4

**our** 5:19 6:1 51:9 70:3

**out** 13:20 16:22 17:21,22,24,25 18:3 19:23 23:19,24 24:8,18,22 25:3 26:11,18,21 27:17,25 29:23 30:11 31:3,17 33:15 42:7 43:16 44:17 46:2 47:1 49:18 56:22 58:1 59:10 60:2,23 61:17 63:1,15 67:7 71:13 74:25

**outgoing** 20:8 70:25 82:12,14

**outside** 16:2,9 70:3

**over** 7:4 22:10 38:3,6 52:18 57:9 60:12

**own** 75:17,24 81:10

**oxygen** 10:6

**P**

**package** 58:18,20,21

**packet** 65:25 66:5

**panic** 29:25 42:8 43:6,13 51:1,2,7 52:16,20 57:16

**papers** 37:19

**part** 54:5 76:14

**participate** 10:16 44:19 45:8

**participating** 11:3,8 45:15

**parties** 8:13

**partners** 27:11 28:7

**past** 62:22

**patch** 19:9

**patient** 26:2

**patients** 63:18 75:3

**Pediatrics** 42:1 46:11

**people** 11:10 24:23 40:17 59:11,19 82:13

**percent** 50:16

**percussion** 16:11

**perhaps** 32:7 81:11

**person** 5:10

**personal** 75:25

**phone** 36:11 39:2,3

**physical** 70:17,19 74:3,5

**physician** 31:12,13 41:9,12,15,21, 23,25

**pick** 68:21

**pieces** 60:22

**place** 48:5 80:3

**places** 13:6,9

**plaintiffs** 5:12,13

**plan** 42:14,17,18 43:3 55:12

**plans** 75:20,22

**play** 40:18

**please** 5:9 7:21

**point** 7:24 8:3 16:18 17:1,4,22 18:7 19:11 20:18,22 35:25 43:23 53:15

**political** 14:3

**portions** 74:19

**position** 34:22

**possible** 6:11 58:21 77:17,21

**possibly** 49:1

**practice** 46:19

**preference** 44:1

**pregnancies** 64:9

**pregnancy** 64:8

**prepare** 9:1

**prescribe** 51:15 53:11

**prescribed** 49:6,22 61:18 81:5,8

**present** 5:10 37:23 82:16

**preservation** 79:23

**pressure** 10:6

**pretty** 16:22 19:16 68:22 70:7 71:8

**previous** 13:9 41:25

**primary** 31:12,13 41:9,12,14,21

**principal** 43:1

**proceeded** 36:14

**process** 8:16 10:16 18:23 38:22 61:2

**processed** 24:16

**processing** 15:7

**progress** 73:12

**progression** 81:4

**prompted** 23:15 36:5

**pronouns** 14:10,11 18:25 19:5 20:21

**proper** 11:6 18:14,21 23:2 59:23

**pros** 60:11

**protect** 8:13

**proven** 67:7

**provider** 32:3,25 33:6 35:16 46:17

**providers** 31:20 32:18,19 33:22 39:17 46:9

Index: puberty..school

**puberty**  62:9,10

**pull**  19:6

**pulse**  10:6

**push**  60:25

**put**  60:21 62:15 72:22

---

**Q**

**question**  7:24 10:18 27:1 32:3,7 42:24 63:23 64:19 68:4,5 69:20 78:20

**questions**  5:22 6:10 7:6,13 8:7,9 12:5 37:10 54:22,23 55:14,17,18,20, 24,25 62:17 63:10,13,14,24 64:2,4 65:20,23 68:25 78:21 79:8,10 80:17 82:20,21

**quiet**  24:16

---

**R**

**raise**  47:19

**raised**  47:16 79:7,10

**random**  51:2

**range**  14:21

**re-collect**  42:21

**reached**  49:18 71:13

**react**  24:15,19,25

**really**  40:17,20 45:12 46:19,20 66:24 71:10,14 72:5 73:18 75:25 78:10 79:17 80:9

**reask**  28:4 64:19

**reason**  8:6,8,9,11 46:16 47:24

**reassignment**  74:14 75:4

**receive**  64:24

**received**  36:11

**recently**  75:14

**recess**  44:8 68:18 80:22

**recognize**  9:11 11:16

**recommend**  48:18 52:2,22 64:20

**recommended**  64:10

**record**  5:10

**referred**  9:18

**referring**  8:15 26:17 67:10 73:8

**regarding**  76:12

**relate**  26:23

**related**  14:5 82:1

**relationship**  19:11,14,15,19 27:11

**relationships**  27:6,8 28:1,6,17

**relax**  52:11

**released**  41:18 42:3

**remember**  7:15 10:10,11 14:1 24:3 25:12,17,18 28:16 37:14 38:13 39:14 42:19,24 45:18,19 46:25 48:3 49:2 52:17 54:13,24 55:3,4 56:4 58:9,12 63:22 66:11,14,15,17,24 67:3,13 68:10 69:7,12 72:3 79:10 81:23

**remembered**  54:15

**remotely**  5:7

**remove**  74:19

**repeat**  70:5

**rephrase**  10:19 35:23

**replacement**  51:25

**report**  70:14

**reporter**  5:15 7:7,11

**representative**  5:15

**research**  19:22 29:5 54:3 58:3,6,8 63:20 64:12 65:7 66:9,10 67:7

**resolve**  71:12

**resource**  40:25

**respond**  36:24 46:4

**response**  25:6 36:25

**rest**  39:14 66:11 69:13

**resumed**  50:13

**reversible**  69:3,4,5

**Richardson**  5:4

**right**  5:16 6:1 7:19 9:11,19 10:15 11:4 12:17 15:18,19 18:13 19:9 20:12 22:3,6 24:9 30:11,17 31:17 32:14 33:14 34:19 36:1 41:3 42:4 44:5 46:7,8,25 52:23 57:7 60:9 67:25 70:3,7 72:25 73:3,14 74:8

76:23,24 77:6 78:23 80:12,16

**risk**  64:14 65:12 66:15,18

**risks**  65:12 66:13

**Rivera**  5:8 6:3,9,15 7:2 9:12 11:13, 16 68:21

**role**  10:2

**romantic**  27:6,7 28:6

**room**  5:17,20 9:4 42:20,22 44:20 67:9

**Rose**  5:12

**rough**  19:9

**row**  36:13

**run**  62:20 74:2,5

---

**S**

**safe**  57:22

**said**  7:11 10:9 13:23 18:20 21:24 22:2,5 24:8,17 26:13 27:23 36:7,15, 22 37:3,10,20 38:1,2,4,7,8 39:24 42:2 45:17,25 46:5 47:21 48:7,20 49:18 50:5,25 53:4,9,25 54:1 55:1,2 56:13 58:14 59:23 60:1,6 62:2 63:16 64:6,23 65:5,6,7,11,13,15,19 66:15, 18,23 68:8 70:11 71:13 72:24 73:19, 20 75:9,16 76:21 77:5,11,24 78:15 79:25

**SAITH**  82:25

**same**  17:7 34:22 45:9

**save**  80:2

**saw**  32:25 33:6 35:16 41:17 59:1

**saxophone**  16:6

**say**  7:8 12:13 18:20 19:25 24:21,24 26:16 27:16,22 36:18 45:3,4,5,10 48:2 49:1,14 50:10,17 51:6 53:8 54:11 56:2 58:19 60:11 61:24 62:19 63:20 64:5,14,16 65:3 67:4 69:17 72:15,21 77:21 78:7 81:13

**saying**  40:21,23 45:19 59:19

**says**  8:19

**scent**  52:12

**school**  15:21,22,23,25 16:2,9 34:15 35:13 36:12,13 40:14 42:3,23 43:3, 11 51:5 71:1 81:21 82:16,17

**schoolwork** 34:25 35:3 36:17 42:13 47:24

**screen** 7:21

**season** 16:10

**second** 15:11 33:6,11 60:8 72:10,11 73:13 79:3 82:18

**secure** 63:19

**see** 6:18 21:13 23:7 25:9,15 31:15 33:10,13 37:4 39:9 41:18 42:11 51:3 54:8 56:15,16,17 59:11 60:7,9 61:6 62:3,4,7 63:7 77:24 78:3

**seeing** 33:16 46:6 48:15,18 59:7,14 74:6 78:6

**seek** 25:4

**seemed** 30:10,15

**seen** 20:6 31:11,20 32:19 35:20 75:3

**Senate** 9:18

**sending** 40:23

**sense** 18:11 23:25

**session** 25:21 26:3,8

**sessions** 25:20 26:1,14 78:14,18

**settle** 40:13

**seven** 14:22 44:3

**sex** 18:19 21:23,24 27:13 28:23 54:2,6,25

**sexual** 27:4,15,19,21

**shaking** 7:20

**Shawn** 11:11 12:2

**she** 25:1 32:4 35:20 54:22

**she's** 32:6

**she/her** 14:11 19:5

**shock** 24:22

**shocked** 24:20

**shopping** 22:11

**short** 72:4

**short-term** 58:23

**shorter** 20:16

**should** 49:16 59:15 76:9,16 77:11 78:18

**show** 7:21 75:10

**shows** 54:3

**sic** 19:2 76:25

**side** 49:19 53:18 58:21 66:6 71:6,19 79:19

**sign** 37:19

**signature** 11:20 82:23

**significantly** 16:17

**simultaneous** 21:14 28:5

**since** 14:15 20:5 55:2 68:12 74:6

**situation** 81:25

**situations** 16:21,24 17:20

**six** 10:1 13:11,24 24:7 49:1

**size** 23:2

**sizes** 23:3

**sizing** 23:4

**skills** 38:19,24 40:21 51:10,12 52:1, 2,5,8 61:2

**skipped** 36:13 44:14

**sleepiness** 71:12,18

**sleepy** 71:8,10,14 72:5,9 73:18

**smelling** 52:10

**smiling** 70:24

**so** 7:4,5,11,12,21 8:2,14,21,25 9:11 10:7,9,10 12:4,6,16 13:1 14:16,23 15:6,13 16:12 17:19 18:3,4,12 19:1, 8,20,23 20:21 21:1,13 22:5,16 23:4, 19,24 24:22 25:1 26:10,13,23 28:9 29:25 30:4,9,24 32:5,12 34:9,20 35:2,16,22,25 36:14,20 37:15 38:2 39:19 40:15,23 41:21 42:9,22 43:11, 22 44:25 46:6,11,14 47:9,17 48:7,9 49:20,22 50:19,20 51:3,8,12 52:15, 18 53:15 54:1,7 56:11,24 57:1,14,24 58:21 59:7,8,13,22,24 60:4,5,18,21 61:4 62:17,18,24 64:8 65:16,19 67:25 68:21,23,25 69:9 70:4,5,11 71:4 72:19,24 73:20 75:12,13,20 76:11,18,21 77:8,16 78:24 79:4,7,17 81:15,17

**social** 20:6,7,9,10,14,15 21:5,19,22 22:5,10 57:15 62:24 70:1

**socially** 57:14

**solely** 32:3

**some** 6:10 7:6 12:4 17:1,4 26:13 28:6 35:25 37:9,19 39:11 44:11,12, 14,15 49:19 53:15 56:16 65:12 66:9 69:4,5,6,17 74:1 76:22

**somebody** 37:4 57:18

**someone** 38:10

**something** 7:15 8:20 13:16,21 15:4 18:21 19:21 29:17 45:20 51:4 54:15 57:24 58:13 64:10 66:25 67:6 76:5 80:7

**something's** 59:21

**Sometimes** 22:25

**somewhere** 57:18

**son** 81:6

**soon** 11:1 30:11

**sorry** 14:23 15:13 21:15 28:3 30:22 31:19 34:21 39:15 43:10 45:2 52:17 55:3 66:20 73:5,8 76:11

**sort** 74:5

**sought** 31:8,22 32:15 33:18 44:12

**sound** 20:12

**sounds** 41:2 70:7

**South** 12:24

**speak** 11:2 25:7 31:6

**specifically** 18:17 64:24 67:19

**spends** 21:17

**sperm** 80:2

**split** 71:16

**spouse** 14:15

**staff** 40:19

**start** 7:4 12:4 13:3 19:6 22:19 23:6, 8,15 28:1,8 30:21 33:16 43:6,11 48:8 49:9 50:17 51:23 52:18 54:17 55:13 60:8 61:21 74:4 77:8

**started** 6:13 14:1 20:5 28:9,11,16 31:4 46:6 48:4 62:19 70:11

**starting** 30:18,22 44:25 48:9 49:5 64:21,25

**state** 57:16 73:9

**stay** 69:9

**stayed** 17:7 24:16

**staying** 47:25

**stenographer** 5:2,3

**step** 12:9

**steps** 8:13

**Stewart** 5:4

**still** 15:6 17:6,7 19:3,5 20:21 46:22 49:11 57:16,17 67:9 81:18

**stomach** 48:6

**stop** 49:13,17 60:3 69:18 73:7,12 77:2,14 78:6,8 81:15

**stopped** 49:14 50:6 64:8

**stopping** 50:10

**strained** 19:19

**Strangio** 5:14

**stressful** 16:21,23,24 17:6,20

**structure** 59:4

**struggle** 20:5

**Struggling** 16:1

**stuff** 21:13 23:2 35:13 38:22 44:19 57:9 58:23 61:2 65:8 66:10 69:5 71:5 72:20,22 79:14

**style** 23:14

**styling** 23:15

**suddenly** 77:14 81:16

**suffered** 30:1,3 32:12

**suffers** 29:11

**suggest** 25:3 61:8

**suggested** 57:25 78:13

**suggestion** 71:15 77:16

**suicidal** 30:3

**suicide** 30:5

**summer** 5:19 12:15 35:12,14,15

**supervise** 21:19

**support** 78:10

**supportive** 19:21 25:2

**supposed** 81:18,19

**suppress** 62:8

**sure** 14:24 27:1 43:25 50:15,16 63:7,8 73:22 80:20

**surgeries** 74:15,23 75:4 76:12

**surgery** 74:18 75:15,20 76:16

**suspect** 24:1 29:13 34:11,14,23

**switch** 13:15 46:9 72:6

**switched** 13:18

**sworn** 5:21 6:5

— T —

**take** 7:8 8:2 11:11 12:1 36:5 43:23 68:1,12 80:18 82:22

**taken** 8:13 38:6 44:8 50:5 68:18 80:22

**taking** 46:22 49:9,11,14,17,25 50:6, 13,16,17 52:23 53:13 61:21 70:11 76:21,24 77:2,12,19 81:11,13,18

**talk** 18:1 37:4 38:22 39:22 40:1,4,20 42:9 45:19 48:11,15 50:8 64:17 67:19 72:20 76:15 80:14

**talked** 26:10,25 27:21 29:14 36:15 40:10 42:7 48:9,13 50:3 51:8,9,10 52:19 53:2,21 54:1 55:5,6,10,11 57:8 59:24 62:24 63:25 64:18,22 65:1,2 72:5 75:6,7,8,12,14,15 77:17 81:20 82:7

**talking** 11:10 40:20 44:11

**talks** 58:21 82:12

**taught** 38:18,19

**teachers** 43:20

**teenager** 23:17

**tell** 26:4,6 36:8 37:25 40:15

**telling** 59:18

**tells** 50:14

**ten** 14:22 40:8 44:2

**ten-minute** 43:23 80:19

**term** 28:20,24

**tested** 74:12

**testified** 6:5 35:20

**testosterone** 59:2,22 64:8,11,21,25 70:11 71:7

**tests** 56:8 62:20 63:2,4 73:25 74:1, 3,9

**than** 8:25 9:3 15:5 17:20,22 29:17 32:7 38:24 41:24 55:25 56:3,4 63:23 73:25

**thank** 6:12,24 8:6 11:12 40:23 44:6, 7 80:17 82:22

**Thanks** 11:25 80:21

**that** 6:23 7:16 8:6,17,20,21,22 9:14, 19,20 10:4,14,18 11:1,4,5 12:17,18, 23 13:12,13 15:13,19 16:3,8,25 17:12 18:4,7,11,15,22 19:1,11,19 20:9,12,15,18,21 21:4,10 22:2,5,6, 10,12,15,19,23 23:2,8,19 24:1,8,9, 11,13,14,22 25:1,3 26:9,20,22 27:2 28:4,9,18 29:13 30:4,7,13,15,19 35:20,23 36:3,4,7,11,12,19 37:1, 14,20 38:1,2,4,8,21 39:5,8 40:12,17 41:3,4,12,23,25 42:2,6,14,18,20,22, 24,25 43:8,9,10,11,21,24 44:13,16, 22,25 45:25 46:1,6,7,8 47:3,11,13, 23 48:5,7,10,20,22 49:9,11,14,16, 20,25 50:5,21,24 51:1,4,8,19,22 52:5,10,18,23,25 53:5,7,10,13,22 54:3,5,6,8,10 55:8,24 56:5,6,15,16, 25 57:3,6,7,11,18,19,22,23,25 58:3, 21,24 59:1,7,11,15,18,25 60:9,14,22 61:3,5,21 62:3,18 63:8,17 64:6,7,10, 13 65:16 66:3,5,7,9,23 67:7,9,15,20 69:5,9,11,20 70:17,22 71:9,20 72:4, 7,14,16 73:17,19,21,22,23 74:7,18, 24,25 75:9,10,11,16,18,24 76:3,4,6, 10,11,16,21,22 77:5,6,12 78:17,22 79:4,18,20,21,25 80:1,5,6,7,8,12 81:8,10,15,18,22 82:1,4,11

**that's** 6:24 7:15 8:18 11:20,22 14:16 19:6 26:23 36:22 37:1 67:10 68:11 69:14 74:21 75:25 79:7,16 82:18

**the** 5:6,7,10,11,12,13,14,15,17,18, 20,22 6:4,14,22 7:5,7,11,13,20,21 8:9,13,15,16,19,20 9:4,8,14,18,21 10:7,8,9,11,16,17,21 11:4,11,13,20 12:1,10 13:4,8,9,10 14:21,25 15:12, 16 16:6 17:7 18:5,14,15,24,25 19:3, 4,5,22 20:4,5,10,13,15,21 22:5,13, 19,21,25 23:2,8,21,23 24:5,11,13 25:12,15,16,20,21,24,25 26:3,6,8, 10,21,24,25 27:1,11 28:20,24 29:7, 14,15 30:9,17,18 31:8,11,13,17,22 32:2,4,15,21,23,25 33:2,6,8,11,13, 15,19,22 34:7,8,15,17,22 35:2,9,16, 20 36:12,14,25 37:3,4,6,8,13,15,20,

23 38:3,5,7,8,10,12,13,14 39:3,6,9,
12,14,16,19,20 40:13,14,19 41:2,9,
10,16 42:2,17,18,19 43:1,3,15 44:7,
11,12,19 45:9,17 46:2,16,18,25
47:1,14,15,17,18,20,21,23,24,25
48:1,2,3,4,5,13,15,18,25 49:16,17
50:7,10,19 51:1,6,15,22 52:3,5,9,13,
15,20,23 53:2,4,8,15,25 54:5,8,9,11,
12,18,24 55:5,8,11,12,14,19,23
56:1,9,10,14,15,18,19,24 57:1,4,6,8,
14,24 58:6,8,18,24 59:14,22 60:5,6,
8,11,12,21,22,23,24 61:2,8,9,13,14,
22 62:4,5,17,19,22,23 63:5,7,8,10,
14,16,20 64:2,19 65:1,9,12,21,23
66:3,10,11 67:5,20,21,24 68:2,4,5,8,
13,16,22 69:2,3,4,9,10,11,12,23,24
70:3,12 71:12,15,16,22 72:1,4,6,10,
11,17,18 73:6,8,9,13,25 74:7,20
75:17,23 76:1,18,24 77:2,16,18,25
78:1,13,20,24 79:2,3,7,11,14,18
80:2,15 81:3,10,17,21,22,25 82:7,8,
17,25

**their**  15:1 64:7

**them**  7:7 9:5 14:23,24 15:2,3,8
22:16 25:1 27:7 30:11 43:14 46:2
74:17 75:2 81:18

**themselves**  5:9 42:21

**then**  6:21 10:12,13 13:13 18:12
19:1,6,8,21,22,23 23:24 26:10,14,23
29:25 32:8,23 33:6,8,9 35:1,21,22
36:14,18,20,22 37:6,10,15,20,21
38:3,9,23 39:19 40:10,11,13,19
42:11,22 44:23 48:7,9 50:20 51:9,10
53:21 54:7 55:2,12 56:16 57:24
58:7,12 59:7,22,24 60:1,19,21 61:4
64:8 65:15 66:9 69:11 72:20,22,23
73:13 74:7,21 75:12,13 77:8,9 79:16

**therapist**  25:8,9,11,15,24 26:3,4,6,8
27:1 39:7,20 52:4,9,13,22,24 65:1
77:25 78:13

**therapist's**  78:1

**therapists**  39:4

**therapy**  25:20,21,25 26:7,14,24
51:10,12,25 52:19 56:24,25 57:4
61:6 62:23 70:1 74:20 78:11

**there**  6:14 8:6,9 9:3,25 11:22 13:11,
23 17:1,11,22 19:4,10 20:13 22:25
26:15 30:6 35:8,21 37:12,17 40:23
44:16 47:6 48:7 51:3,13 52:8 53:7
55:20 56:18 57:9 58:23 59:10 61:25
63:4 64:6,14 65:11 66:18 67:3,6,7

69:5 71:18 73:20 74:4,5,9,24,25
76:15 78:22 79:2 80:1

**there's**  17:19 21:1 42:20 45:20 51:8
53:9 58:22 61:12 64:12 66:6,9 67:6,
9,15

**these**  38:25 72:21

**they**  12:24 15:6 18:13 22:15 26:14
27:13 33:20 37:9,10,19,20,21,25
38:1,3,8,12,13,14,18,21 39:22,24
40:1,4,17 41:16 42:19 43:10 46:11,
13 48:4 54:22 60:19 62:21 64:7,8,9
65:1 67:4

**they're**  15:6,9 70:3,5

**thing**  8:12 16:16

**things**  17:24 26:19 27:25 38:23
39:14 40:13,24 46:18 51:3 56:5
58:22,24 60:25 66:7,8 67:9,13,22
69:9,11 79:20

**think**  12:16 13:5 18:20 19:20 25:24
29:16 31:16 32:2,6 33:17 35:17,20
37:2 38:21 39:25 43:22 44:13 45:1
46:6 55:10,25 56:22 57:5 58:22 60:6
68:14,22 69:12 71:2 73:25 76:3,13,
21 77:5,11,24 78:22 80:12,16 82:7,
20

**thinking**  65:14

**thinks**  77:11 78:17

**third**  33:8 49:22

**this**  5:6,11 6:11 7:5 8:2 9:11,14,15,
17 10:25 11:7,16,18,22 13:10 15:20
30:24 34:9,11 39:24 43:22 49:19
50:8 55:2 58:20 59:23 60:13,14,15,
16,17 61:6 63:14 65:7 67:14 73:6,8,
11 76:19 80:13

**those**  13:4 28:8 29:16,22 32:22
39:11 41:8 43:19 47:18 49:3 58:17
61:16 62:15 63:6 72:1 74:23 80:16
81:23

**though**  57:14

**thought**  24:17 30:5 64:22

**thoughts**  30:3

**three**  13:8 14:23 25:19 32:20 43:14
56:5 71:10,14

**through**  51:5 66:3

**Throughout**  16:20

**time**  5:1,6 13:16 22:10 24:11,13

27:17 30:13,19 33:21 34:12,25 35:3,
4 39:12 41:12,16 43:15 48:10 56:16
57:18 68:5 79:4 82:24

**timeline**  66:7

**timelines**  66:6

**times**  14:24 17:5

**tired**  45:12

**to**  6:9,11,14,15,18 7:6,8,13,16 8:2,
13,14,15,21 9:1,8,18 10:13,15,17,
21,25 11:2,6,9,10,12 12:4,5,13,19,
22,24 13:15 14:5,24 15:21 16:3,14,
15,16,22,23 17:4,24,25 18:1,9,14,
15,24 19:2,3,22,25 20:25 21:11,18
22:14,15,21,22 23:4,6,14,15,18,22
24:3,21,22,23 25:4,7,16 26:9,10,17,
18,24 27:17,24 29:23 30:10,11,15
31:3,6,24,25 32:8 35:1,19,25 36:5,7,
8,15,16,17,18,21,23,25 37:2,3,4,6,
11,16,21,22 38:5,8,9,10,18,20,22,23
39:1,9,12,13,22 40:10,18,24,25
41:9,23 42:7,9,11,14,18,20,21,22
43:4,14,21,23 44:18,20 45:3,7,12,
13,19 46:1,3,9,16,22 47:3,12,25
49:1,14,18,21 50:7,12,17,21,23
51:2,3,4,5,10,19,21,23 52:3,23 53:6,
7 54:1,4,8 55:6,8,13 56:2,7 57:1,3,4,
6,8,12,23 58:11 59:10,13,24 60:4,6,
8,25 61:1,5,6,8,10,11,12,25 62:3,4,
6,8,17,20,22 63:7,8 64:7,10,17,21
65:1,13,15 67:24 68:2,22 69:14 70:2
71:1,4,13,16 72:6,15,17,21 73:1,7,8,
11,12,21 74:18,25 75:10,15,16,17,
20,23 76:5,6,9,10,12,14,15,18,19
77:13,16,24 78:3,7,23,24 79:17,19
80:1,3,9,11 81:15,17,18,19 82:1,9,
11,13,14,15

**today**  6:10 8:7 78:21

**today's**  5:5 9:1

**together**  60:20,22 72:22

**told**  5:14 18:4 20:18 27:23 52:23
66:12 68:7 69:2,21

**too**  8:3 26:19 60:25 65:16 68:23

**took**  24:21 35:25 37:15 50:3 67:1

**top**  75:15,20

**towards**  67:11 72:18

**track**  14:24 20:25

**transgender**  14:6 21:3 23:20 24:2,
12 69:18,19

**transition**  19:3 20:4,9,10,14,15 22:5,10 30:18 57:15 62:22,24

**transitioned**  57:14

**transitioning**  20:6 70:1

**trauma**  17:11

**treat**  38:8 53:10 54:8 56:15 57:1 60:6,15,16 61:8,11

**treated**  38:10,12 50:7

**treating**  60:22 61:13 69:23

**treatment**  31:8,22 32:15 33:18 41:2, 10 44:12 47:15 54:17,18 56:11,13, 14,18,20 60:5,12 64:1

**treatments**  38:17 48:11 69:22,25

**tried**  56:24

**trigger**  51:1

**triggered**  55:21 57:19

**trouble**  6:16 18:17

**truthful**  7:16

**truthfully**  7:13 8:10

**try**  6:10 7:16 8:14 19:22 23:22 32:8 36:18 42:11 46:5 49:21 50:20 51:4 56:17 57:4,6 60:2

**trying**  16:14 17:24 18:9,15 26:10,18 29:23 31:3 61:1 69:14

**turned**  36:19

**two**  9:5 25:17,19 27:8 44:24 45:9 56:22 60:5 61:22 64:9 70:12,15,16, 18,23 71:25

**twos**  71:16

U

**uh-huh**  13:25 35:18 37:17 46:13 52:21 70:13

**ultimate**  76:18

**under**  7:12

**understand**  7:10,25 8:7 10:18 11:3 12:5 18:8,9,10,11 35:1 62:18 76:13

**understanding**  18:18 19:8

**Understood**  7:9

**unreportable**  21:14 28:5

**unsure**  15:8

**until**  75:16

**up**  7:21 8:21 10:17,20 11:2 13:4,22 15:10,12,16 16:23 30:23 31:7 38:9 41:9 43:3 48:20 52:3 55:12 58:13 62:3,4,6 68:21 69:20 71:4 77:23 79:12,13,18

**upset**  48:6

**us**  8:19 16:22 18:1,4 30:11 36:7,12 37:19 40:10 48:1 61:5,10 70:4,9

**use**  8:14 14:10,11 19:4,5 21:5,11,19 23:23 40:25

**used**  12:24 40:18 43:21 62:8

**uses**  8:19

**using**  18:14,21 20:17 43:21 51:9

**usually**  13:4

V

**Verbal**  7:19

**verbally**  7:22

**very**  16:7 25:1 42:24 54:17

**vice**  43:1

**visited**  58:9

**vitals**  10:5

**vitamin**  73:22,25

**vitamins**  73:21

**voice**  59:4 67:21 69:10

W

**wait**  51:19,21 61:9 75:16

**waiting**  61:13

**walked**  29:14

**want**  12:4 19:25 22:15 25:4 36:17 37:1 44:18 45:12 49:1,14 51:21 56:2 60:25 61:8 62:17 64:7 65:13 70:2 72:15 74:18 75:23 76:5,6,9,10,11, 18,19,20 78:7,24 79:17 80:9

**wanted**  22:14,22 23:5,12,14,18 26:9 43:21 44:20 51:3,19,23 53:6 54:8 57:3,6,23 61:11 75:10 80:1,3,7

**wanting**  45:7 72:6

**wants**  16:15,16 75:14

**warning**  6:17

**was**  6:5 9:14,22 10:12,13,14 12:13, 25 13:1,5,11,16 16:22 17:1,5,11,22, 24 18:4,5,6,8,12,17,23 19:2,11 20:15 21:23,24 22:11,25 23:1,10,17, 21 24:4,7,11,13,14,20,23,24 25:1,6, 7,16,18,24 26:2,9,12,16 27:24 28:11,13,14 30:4,25 31:1,3,16 32:4, 25 33:2,6,8,11,17 34:6,7,19 35:1,2, 6,8,17,21 36:3,4,7,8,14,18,25 37:2, 24 38:7 39:5,6,9,12,19 40:7,8,9,23 41:12,25 42:3,6,17,18,22 43:14 44:8,13,15,16 45:5,17,25 46:12,16, 24,25 47:6,11,13,21 48:1,3,5,6,21, 22 49:6 50:4,25 51:3,13 52:9,12,23 53:4,5,7,15,17,18,20,25 54:6,16,24, 25 55:2,8,18 56:5,6,13 57:1,13,15, 16,17,24 59:9,18,19 60:6,8,13,14,18 61:1,4,10,18,22 62:2,4,5,7 63:1,5,16 64:14 65:5,16,17 66:5,15,18,23,25 67:3,6,11 68:5,7,18 69:14 70:25 71:3,4,8,9,10,15 72:1,3,4,7,10,14, 16,18 73:4,17,19,20,23 77:9,16 78:10,12 79:2,3,4,16,22,25 80:7,22 81:10,15 82:1,6

**wasn't**  47:24 57:17

**way**  6:14 18:9 29:14,15 36:14 46:2, 18 48:7 55:2 73:20 82:13

**ways**  38:19,20 39:9,11,12 44:16,21 58:11

**we**  5:13,16 6:13 7:8 11:5 14:20 17:5, 6 18:13,14,15,23,24 19:1,3,4,6,7,9, 16 20:5,15 22:11,12,13,14,21 23:7, 14 25:10 26:9,10,23 27:16 31:24 36:11,14,15,16,21 37:4,17,19 39:1, 3,25 40:10,11,12,13 41:23 42:7,9,12 44:3,11 45:20 47:23 48:8,9,13 49:20 50:3,12,19 51:8,9,10,22,23 53:9,10 54:7,8,16,17 55:6,10,11,13 56:5,9, 14,17,24 57:3,8,18 58:8,21 60:1,3, 14,15,17 61:10 62:3,21,22,23,24,25 63:25 64:11,18,22,23 65:2,6 67:9, 14,15,16,17 68:1,11 72:5,22,23 73:21 74:7 75:6,12,13,14,15,22 77:7 79:13,20 80:1,3,7,18

**we'll**  6:1,10 7:4 24:18 26:13 44:5 70:4 80:14 82:22

**we're**  5:22 36:25 37:3 68:22

**we've** 78:21 81:20

**wean** 77:16 81:19

**wear** 22:15,22

**wearing** 20:17 22:19 23:6

**websites** 58:9

**week** 21:16 27:8 33:11 43:15 50:3,5 70:15,18,22 71:16 72:13 74:8 77:4

**weekly** 72:6

**weeks** 25:17 61:22 70:12 81:9 82:8

**weird** 48:6

**well** 6:1 7:21 15:25 32:8 47:10 48:20 59:1 68:11 76:22 78:15,20 82:22

**went** 12:22 13:21 25:25 26:14 31:24 40:10 57:18 58:7 59:17 72:24 73:4, 13

**were** 13:9 18:15 19:9 20:21 23:4 27:11,13 36:21 37:20,21,23 38:8 39:11,20 40:17 41:5,8 43:20 44:11 47:18 52:5,8 54:14 55:20 56:14,20 58:17 60:5 61:16 63:2,4,6,13,14 66:12 68:7 69:2,21 70:24 72:1,9,24 73:2,16,17,22

**weren't** 18:13,14,20 19:7 39:1

**what** 10:4,8 12:12,25 13:9 14:1,8,21, 25 15:12 16:2,5 17:14 18:6,10,17,22 20:14 21:7,11,23,24 22:21 23:3,15 24:5,14,20,23 25:6,25 26:6,9,17 27:4,22 28:14,16 29:13,22,24 31:1 34:23 36:5 37:4,8,18,25 38:7 39:5,8, 11,25 40:9,15 41:8 42:6,17 45:17,25 46:16 47:13,21 48:2 50:10,25 51:6, 21,24 53:4,8,25 54:11,18,23 56:13, 20,21 57:1,9,11 58:9,12,17,19 59:17,18,22 60:9 61:10,16 62:2,21, 25 63:4,13,16 64:5,12 65:3,5 66:5,7, 8,23 67:4,17,18,22 68:5,8 69:7 72:16 73:2,6,8,16,19 74:17 75:9 76:19 79:25 81:13 82:11

**what's** 10:2 42:10 66:20 73:11 78:1

**whatever** 22:15,16 26:11,12,16,18 35:1 39:10 45:21 46:3 61:2 76:12

**when** 8:15 9:21 10:25 13:3 16:22 17:24,25 18:3,4,20 19:6 20:9 23:4, 19,21,24 25:3 26:16 27:21 28:1,8, 11,23 30:9,15,21 31:15,25 33:10,13, 16 34:6,14 35:6 36:3,22 40:9 43:6 44:25 46:24 49:13 58:24 59:13 61:21 64:11 66:8 71:9 72:10 76:1

77:2 78:6 79:7,16

**whenever** 16:10 42:7 78:16

**where** 5:16 9:23 12:8,21,23 13:8 15:21 17:23 19:4,9 42:8 56:15 58:6 63:7 64:6

**whether** 15:9 38:16 57:12 69:3 78:13,17

**which** 5:16 25:11 31:18 32:21,25 33:6 43:1 62:22

**while** 35:21

**who** 5:15 10:7 21:2 22:19 23:8 31:11,13 41:12,25 42:8 49:16 52:13 59:14 69:18 75:7

**Who's** 42:23

**why** 11:8 13:15 23:5,12 26:23 31:4 36:8,10 43:16,19 45:5,10 46:9,12 47:24 50:2,17 51:18 53:17 63:6 68:11 75:23 78:8 80:8 82:4

**will** 5:9 8:1,5,14,20 14:22 16:11 19:4 21:13 24:18 32:1 45:21 46:5 59:9 61:7 67:20 69:11 75:11 76:4,17

**window** 70:3

**Windsor** 13:13

**winter** 16:11

**with** 5:3,10 8:17,18,25 9:4 10:20 12:4 14:15 16:3 17:23 18:6,19 19:11,15,16 20:5 23:7,11 26:12,20, 24,25 27:14,18,21 28:1,11,20,24 29:19 30:7,9 31:6 33:3,20,24 34:6,7, 20,25 35:3 36:14,17 37:13 38:1,4,9, 20 39:2,3,6,10,16,20,23 40:1,2,4,5, 11,14,15 41:9 42:2,9,19,10,11,12,14 43:1,3,24 44:13,19 45:14,21,22 46:2,16,20,24 48:14,22,24 49:19,20 50:4,8,23 51:2 52:2,3,9,12,15 53:6, 7,22 54:6,9 55:5,12 56:14,18 58:4, 11 59:15 60:4,13,14,23 62:8,22 63:17 64:17 65:4,8 67:8,17 69:1 71:21 72:23 74:14,20 75:3,18 77:17 79:5 81:3 82:6

**withdraw** 36:21,22

**within** 43:15 56:6 64:9 70:15,17

**witness** 5:21 6:4,22 32:2 44:7 67:24 68:2,13,16 80:15

**Wolf** 43:2

**women** 28:2

**won't** 21:18

**word** 15:12 76:9,11

**wording** 54:24

**words** 18:14,21 48:3

**work** 9:22,23,24 10:9,20 60:2

**Workcare** 13:14

**worked** 9:25 13:6,10,13

**working** 13:3

**worry** 8:21 34:22

**worse** 35:6

**would** 9:8 11:5,12 13:8 14:2 16:13, 17 19:6 20:4 22:11,19 23:1,8,22 25:7 26:7 28:18 30:4,24 31:16 32:23 33:14,20 34:9 41:16 42:1 43:1,8,10, 11,24 44:25 45:4,11 46:1 47:9 51:1 52:25 54:9,16 60:23 68:14 69:9,23 73:6,7 74:20 75:16 76:4

**wouldn't** 20:25 27:7 44:18

**Wow** 14:17

**write** 10:23

**writing** 39:13

**wrong** 23:7

---

### Y

**y'all** 43:24

**yeah** 13:25 14:18 18:12 20:13 22:7,9 24:21,23 25:8 27:13 28:19 29:8 34:20 35:12 37:1,2 38:21 39:21 47:17 53:9,20 55:10 57:10 58:5 60:1 62:6,24 65:17 67:6 68:2,13,16 73:1 74:8 76:5,14,20 77:7 79:18 82:17

**year** 13:4 20:10 28:16,18 31:18 34:9, 15,16 35:7,9 41:24 43:8 64:9 82:17

**years** 13:11 14:16

**yes** 7:10 8:1 9:13,16 10:10 11:17,19, 21 12:20 14:2,11,13 15:24 16:22 17:3 19:25 20:23 21:6,25 23:4 25:5, 7,22 28:21 29:12,21 30:2 31:10,24 32:17 33:5,9,20 34:2,10,13,18,20 35:6,13 36:2,9 37:7,17 38:13 39:3, 21 41:7,23 42:5,16 43:5,18 45:16,24 46:23 47:4,10 48:17 49:4,8,10,24 50:9 52:3,7 53:1,12,16 54:16 55:16 56:2 57:8 58:16 60:10 61:15,20

62:1,11,13,14 63:3,12 64:15,23
66:2,4,22 69:4 70:15,20 71:23 73:24
74:16 75:19 76:19 77:13 78:24 79:6,
9,24 81:24 82:3,10

**yet**  79:21

**you**  5:10,18 6:10,11,12,17,21,24 7:2,
6,11,15,16,17,24,25 8:3,6,9,12,17,
21 9:1,4,6,11,17,21,23,25 10:7,8,9,
16,20,23,25 11:11,12,16 12:1,6,8,
12,14,16,19,21 13:3,6,15,17,20,23
14:1,3,5,10,12,14,19 16:13,17
18:20,22 19:15 20:2,18,24 21:2,11,
16,19,24 22:2,5,23 23:5,11,15,19
24:1,5,8,15 25:9,20,23,25 26:4,6,16,
17,25 27:9,14,16,21 28:6,16,20,23,
24 29:1,3,4,11,13,16 30:9,13,15,19
31:4,8,11,15,20,22,25 32:12,15,19,
21,25 33:6,10,13,18 34:11,14,23
35:16,25 36:5,8,16,17,22,24 37:1,6,
15,23,25 38:12,16,25 39:2,16,22
40:1,4,15,23 41:5 42:2,14 43:3,9,16
44:1,6,7,12,13,14 45:3,14,19,21,22
46:6,9,14,16 47:3,16 48:11,15 49:5
50:8,24 51:18,21 52:1,13,18,19
53:2,9,21 54:14,15,16,18,25 55:1,4,
17,18,20,22,23,25 56:11,21,22 57:5,
11 58:1,3,6,9,14,19 59:1,2,4,13,15,
23 60:6,13,14 61:8,17 62:8,17,19
63:6,10,17,23 65:3,8,9,11,19,25
66:3,8,12,15,18 67:1,3,13,19,22
68:4,7,14,15,21 69:2,7,21 70:4,11
71:2,21 72:12,24 73:2,4,13,25
74:14,17,18,19,20,22,23 75:2,20,23
76:18,21 77:5,11,17,24 78:13,15,16,
17,21,22 79:10 80:1,5,11,14,17
81:23,25 82:6,7,11,22

**you'll**  7:12 32:5 65:10

**you're**  7:19 12:16 17:19 27:16 32:7
46:22 50:15 58:24 64:11 66:8 73:8
77:5

**you've**  13:6,23

**young**  15:6 23:21 24:1,4,7 27:16
55:3

**younger**  65:16

**your**  7:12,13,14 8:14,15,25 10:2
11:18,20 12:10,25 14:8,25 15:4,18
18:17 19:12 22:23 23:11 27:18
28:23 32:2 36:16 39:20 46:12 47:19
50:23 54:25 55:19,21,22 58:14 59:3,
4,5,13,17 60:4 61:18,24 63:13,23
64:2,16 65:19,20 66:25 68:25 73:16
74:19 79:4,7 80:2 81:6,17

**yourself**  65:11