UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA, in their official capacities, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' SUBMISSION OF EVIDENTIARY MATERIAL**

Defendants submit the attached evidentiary material upon which they will be relying in their forthcoming Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

| | |
|---|---|
| Exhibit 18 | Hembree, Wylie, et al, *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society\* Clinical Practice Guideline*, 102 J. Clin. Endocrinol. Metab. 3869 (Nov. 2017) |
| Exhibit 19 | World Professional Association for Transgender Health's, *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People* (Version 7) |
| Exhibit 20 | World Professional Association for Transgender Health's, *Standards of Care for the Health of Transgender and Gender Diverse People* (Version 8) |
| Exhibit 21 | American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, Fifth Edition Text Revision (2023) |
| Exhibit 22 | National Institute for Health and Care Excellence, *Evidence Review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria* (Oct. 2020) |
| Exhibit 23 | National Institute for Health and Care Excellence, *Evidence Review: Gender-affirming hormones for children and adolescents with gender dysphoria* (Oct. 2020) |

| Exhibit 24 | *The Cass Review: Independent review of gender identity services for children and young people: Interim report* (Feb. 2022) |
| --- | --- |
| Exhibit 25 | COHERE, *Summary of recommendation: Medical Treatment methods for dysphoria associated with variations in gender identity in minors* (2020) |
| Exhibit 26 | PALKO/COHERE, *Recommendation of the Council for Choices in Health Care in Finland* (2020) |
| Exhibit 27 | Ludvigsson, Jonas F., et al., *A systematic review of hormone treatment for children with gender dysphoria and recommendations for research*, Acta Paediatrica (Apr. 17, 2023) |
| Exhibit 28 | Académie Nationale de Médecine, *Medicine and gender transidentity in children and adolescents* (Feb. 25, 2022) |
| Exhibit 29 | Declaration of Chloe Cole |
| Exhibit 30 | Declaration of Corinna Cohn |
| Exhibit 31 | Declaration of Xandra Robertson |
| Exhibit 32 | Declaration of Yaacov Sheinfeld |
| Exhibit 33 | Declaration of Zoe Hawes |
| Exhibit 34 | Declaration of Jamie Reed |

| | |
|---|---|
| Office of the Indiana Attorney General<br>IGC-South, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana 46204-2770<br>Telephone: (317) 232-6255<br>Fax: (317) 232-7979<br>Email: Tom.Fisher@atg.in.gov | Respectfully submitted,<br><br>Theodore E. Rokita<br>Indiana Attorney General<br><br>By:   /s/ Thomas M. Fisher<br>        Thomas M. Fisher<br>        Solicitor General<br><br>James A. Barta<br>Deputy Solicitor General<br><br>Corrine Youngs<br>Policy Director and Legislative Counsel<br><br>Melinda R. Holmes<br>Razi S. Lane<br>Deputy Attorneys General<br><br>*Counsel for Defendants* |