# EXHIBIT 21





Sections  



## Diagnostic And Statistical Manual Of Mental Disorders, Fifth Edition, Text Revision (DSM-5-TR)

🔓 Full Access

https://doi.org/10.1176/appi.books.9780890425787

---

⊕ Expand All

Copyright

DSM-5-TR Chairs and Review Groups

DSM-5 Task Force and Work Groups

Preface to DSM-5-TR

Preface to DSM-5

DSM-5-TR Classification

Section I: ⌄   **DSM-5 Basics**

DSM-5 Basics

Introduction

Use of the Manual

Cautionary Statement for Forensic Use of DSM-5

Section II: ⌄   **Diagnostic Criteria and Codes**

Diagnostic Criteria and Codes

Neurodevelopmental Disorders

Schizophrenia Spectrum and Other Psychotic Disorders

Bipolar and Related Disorders

Depressive Disorders

Anxiety Disorders

Obsessive-Compulsive and Related Disorders

Trauma- and Stressor-Related Disorders

Dissociative Disorders

Somatic Symptom and Related Disorders

Feeding and Eating Disorders

Elimination Disorders

Sleep-Wake Disorders

Sexual Dysfunctions

Gender Dysphoria

Disruptive, Impulse-Control, and Conduct Disorders

Substance-Related and Addictive Disorders

Neurocognitive Disorders

Personality Disorders

Paraphilic Disorders

Other Mental Disorders and Additional Codes

Medication-Induced Movement Disorders and Other Adverse Effects of Medication

Other Conditions That May Be a Focus of Clinical Attention

Section III: ⌄   **Emerging Measures and Models**

Emerging Measures and Models

Assessment Measures

Culture and Psychiatric Diagnosis

Alternative DSM-5 Model for Personality Disorders

Conditions for Further Study

⌄   **Appendix**

Alphabetical Listing of DSM-5-TR Diagnoses and ICD-10-CM Codes

Numerical Listing of DSM-5-TR Diagnoses and ICD-10-CM Codes

DSM-5 Advisors and Other Contributors



**American Psychiatric Association Publishing**
**Powered by Atypon Literatum**

**Terms of Use**      **Privacy Policy**

© 2023 American Psychiatric Association





Sections   

Back to table of contents                          Previous Chapter        Next Chapter

🔓 Full Access

# Gender Dysphoria

https://doi.org/10.1176/appi.books.9780890425787.x14_Gender_Dysophoria

In this chapter, there is one overarching diagnosis of gender dysphoria, with separate developmentally appropriate criteria sets for children and for adolescents and adults. The area of sex and gender is highly controversial and has led to a proliferation of terms whose meanings vary over time and within and between disciplines. An additional source of confusion is that in English "sex" connotes both male/female and sexuality. This chapter employs constructs and terms as they are widely used by clinicians from various disciplines with specialization in treating gender dysphoria (Bouman et al. 2017; Hembree et al. 2017). In this chapter, *sex* and *sexual* refer to the biological indicators of male and female (understood in the context of reproductive capacity), such as in sex chromosomes, gonads, sex hormones, and nonambiguous internal and external genitalia. Disorders of sex development or differences of sex development (DSDs) included the historical terms *hermaphroditism* and *pseudohermaphroditism*. DSDs include somatic intersex conditions such as congenital development of ambiguous genitalia (e.g., clitoromegaly, micropenis), congenital disjunction of internal and external sex anatomy (e.g., complete androgen insensitivity syndrome), incomplete development of sex anatomy (e.g., gonadal agenesis), sex chromosome anomalies (e.g., Turner syndrome; Klinefelter syndrome), or disorders of gonadal development (e.g., ovotestes) (Lee et al. 2016).

*Gender* is used to denote the public, sociocultural (and usually legally recognized) lived role as boy or girl, man or woman, or other gender. Biological factors are seen as contributing, in interaction with social and psychological factors, to gender development. *Gender assignment* refers to the assignment as male or female. This occurs usually at birth based on phenotypic sex and , thereby, yields the *birth-assigned gender*, historically referred to as "biological sex" or, more recently, "natal gender." *Birth-assigned sex* is often used interchangeably with birth-assigned gender. The terms *assigned sex* and *assigned gender* encompass birth-assigned sex/gender but also include gender/sex assignments and reassignments made after birth but during infancy or early childhood, usually in the case of intersex conditions. *Gender-atypical* refers to somatic features or behaviors that are not typical (in a statistical sense) of individuals with the same assigned gender in a given society and historical era; *gender-nonconforming*, *gender variant*, and *gender diverse* are alternative nondiagnostic terms. *Gender reassignment* denotes an official (and sometimes legal) change of gender. *Gender-affirming treatments* are medical procedures (hormones or surgeries or both) that aim to align an individual's physical characteristics with their *experienced gender*. *Gender identity* is a category of social identity and refers to an individual's identification as male, female, some category in between (i.e., *gender fluid*), or a category other than male or female (i.e., *gender neutral*). There has been a proliferation of gender identities in recent years (Bragg et al. 2018; White et al. 2018). *Gender dysphoria* as a general descriptive term refers to the distress that may accompany the incongruence between one's experienced or expressed gender and one's assigned gender. However, it is more specifically defined when used as a diagnostic category. It does not refer to distress related to stigma, a distinct although possibly co-occurring source of distress. *Transgender* refers to the broad spectrum of individuals whose gender identity is different from their birth-assigned gender. *Cisgender* describes individuals whose gender expression is congruent with their birth-assigned gender (also *nontransgender*). *Transsexual*, a historic term, denotes an individual who seeks, is undergoing, or has undergone a social transition from male to female or female to male, which in many, but not all, cases also involves a somatic transition by gender-affirming hormone treatment and genital, breast, or other gender-affirming surgery (historically referred to as *sex reassignment surgery*).

Although not all individuals will experience distress from incongruence, many are distressed if the desired physical interventions using hormones and/or surgery are not available. The current term is more descriptive than the previous DSM-IV term *gender identity disorder* and focuses on dysphoria as the clinical problem, not identity per se.

## Gender Dysphoria

### Diagnostic Criteria
**Gender Dysphoria in Children** (F64.2)

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least six of the following (one of which must be Criterion A1):

1. A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).

2. In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.

3. A strong preference for cross-gender roles in make-believe play or fantasy play.

4. A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.

5. A strong preference for playmates of the other gender.

6. In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities.

7. A strong dislike of one's sexual anatomy.

8. A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

B. The condition is associated with clinically significant distress or impairment in social, school, or other important areas of functioning.

*Specify* if:

**With a disorder/difference of sex development** (e.g., a congenital adrenogenital disorder such as E25.0 congenital adrenal hyperplasia or E34.50 androgen insensitivity syndrome).

**Coding note:** Code the disorder/difference of sex development as well as gender dysphoria.

## Gender Dysphoria in Adolescents and Adults       (F64.0)

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).

3. A strong desire for the primary and/or secondary sex characteristics of the other gender.

4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

*Specify* if:

**With a disorder/difference of sex development** (e.g., a congenital adrenogenital disorder such as E25.0 congenital adrenal hyperplasia or E34.50 androgen insensitivity syndrome).

**Coding note:** Code the disorder/difference of sex development as well as gender dysphoria.

*Specify* if:

**Posttransition:** The individual has transitioned to full-time living in the experienced gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one gender-affirming medical procedure or treatment regimen—namely, regular gender-affirming hormone treatment or gender reassignment surgery confirming the experienced gender (e.g., breast augmentation surgery and/or vulvovaginoplasty in an individual assigned male at birth; transmasculine chest surgery and/or phalloplasty or metoidioplasty in an individual assigned female at birth).

## Specifiers

The specifier "with a disorder/difference of sex development" should be used in the context of individuals who have a specific and codable disorder/difference of sex development documented in their medical record.

The "posttransition" specifier may be used in the context of continuing treatment procedures that serve to support the new gender assignment.

## Diagnostic Features

Individuals with gender dysphoria have a marked incongruence between the gender to which they have been assigned (usually based on phenotypic sex at birth, referred to as *birth-assigned gender*) and their experienced/expressed gender. This discrepancy is the core component of the diagnosis. There must also be evidence of distress about this incongruence. Experienced gender may include alternative gender identities beyond binary stereotypes. Consequently, distress may involve not only the experience that the individual is a male or female gender other than the one assigned at birth but also an experience that the individual is an intermediate or alternative gender that differs from the individual's birth-assigned gender.

Gender dysphoria manifests itself differently in different age groups. The following examples may be less prominent in children raised in surroundings with fewer gender stereotypes.

Prepubertal individuals assigned female at birth with gender dysphoria may express a marked, persistent feeling or conviction that they are a boy, express aversion to the idea of being a girl, or assert they will grow up to be a man. They often prefer boys' clothing and hairstyles, may be perceived by strangers as boys, and may ask to be called by a boy's name. Sometimes they display intense negative reactions to parental attempts to have them wear dresses or other feminine attire. Some may refuse to attend school or social events where such clothes are required. These children may demonstrate marked gender nonconformity in role-playing, dreams, gender-typed play and toy preferences, styles, mannerisms, fantasies, and peer preferences. Contact sports, rough-and-tumble play, traditional boyhood games, and boys as playmates are most often preferred. They show little interest in stereotypically feminine toys (e.g., dolls) or activities (e.g., feminine dress-up or role-play). Occasionally, they refuse to urinate in a sitting position. Some may express a desire to have a penis or claim to have a penis or that they will grow one when older. They may also state that they do not want to develop breasts or menstruate.

Prepubertal individuals assigned male at birth with gender dysphoria may express a

marked, persistent feeling or conviction that they are a girl or assert that they will grow up to be a woman. They may express aversion to the idea of being a boy. They often prefer dressing in girls' or women's clothes or may improvise clothing from available materials (e.g., using towels, aprons, and scarves for long hair or skirts). These children may demonstrate marked gender nonconformity in gender-typed play and toy preferences, styles, mannerisms, and peer preferences. They may role-play female figures (e.g., playing "mother") and may be intensely interested in female fantasy figures. Traditional feminine activities, stereotypical games, and pastimes (e.g., "playing house"; drawing feminine pictures; watching television or videos of favorite female characters) may be preferred. Stereotypical female-type dolls (e.g., Barbie) may be favorite toys, and girls are their preferred playmates. They avoid rough-and-tumble play and have little interest in stereotypically masculine toys (e.g., cars, trucks). They may state that they find their penis or testes disgusting, that they wish them removed, or that they have, or wish to have, a vagina.

Increasingly, parents are presenting to specialized clinics after their child with gender dysphoria has already socially transitioned (Aitken et al. 2015; Ristori and Steensma 2016; Steensma and Cohen-Kettenis 2011).

As the onset of puberty for individuals assigned female at birth is somewhere between ages 9 and 13, and between 11 and 14 for individuals assigned male at birth, their symptoms and concerns may arise in a developmental phase somewhere between childhood and adolescence. As secondary sex characteristics of younger adolescents are not yet fully developed, these individuals may not state dislike of them, but they may be markedly distressed by imminent physical changes.

In adolescents and adults with gender dysphoria, the discrepancy between experienced gender and physical sex characteristics is often, but not always, accompanied by a desire to be rid of primary and/or secondary sex characteristics and/or a strong desire to acquire some primary and/or secondary sex characteristics of another gender. To varying degrees, older adolescents and adults with gender dysphoria may adopt the behavior, clothing, and mannerisms of their experienced gender. They feel uncomfortable being regarded by others, or functioning in society, as members of their assigned gender. Some adults and adolescents may have a strong desire to be of a

different gender and treated as such, and they may have an inner certainty to feel and respond as their experienced gender without seeking medical treatment to alter body characteristics. They may find other ways to resolve the incongruence between experienced/expressed and assigned gender by partially living in the desired role or by adopting a gender role neither conventionally male nor conventionally female (Aitken et al. 2015; Costa et al. 2015; de Graaf et al. 2018b; de Graaf et al. 2018c).

## Associated Features

When visible signs of puberty develop, individuals assigned male at birth may shave their facial, body, and leg hair at the first signs of growth. They sometimes bind their genitals to make erections less visible. Individuals assigned female at birth may bind their breasts, walk with a stoop, or use loose sweaters to make breasts less visible. Increasingly, adolescents request, or may obtain without medical prescription and supervision, drugs that suppress production of gonadal steroids (e.g., gonadotropin-releasing hormone [GnRH] agonists) or that block gonadal hormone actions (e.g., spironolactone). Clinically referred adolescents often want hormone treatment and many also wish for gender-affirming surgery. Adolescents living in an accepting environment may openly express the desire to be and be treated as their experienced gender and dress partly or completely as their experienced gender, have a hairstyle typical of their experienced gender, preferentially seek friendships with peers of another gender, and/or adopt a new first name consistent with their experienced gender. Older adolescents, when sexually active, often do not show or allow partners to touch their sexual organs. For adults with an aversion toward their genitals, sexual activity is constrained by the preference that their genitals not be seen or touched by their partners. Not infrequently, adults may seek hormone treatment (sometimes without medical prescription and supervision) and gender-affirming surgery. Others are satisfied with either hormone treatment or surgery alone, or without any gender-affirming medical treatment.

In children, adolescents, and adults with gender dysphoria, an overrepresentation of autism spectrum traits has been observed (Jones et al. 2012; van der Miesen et al. 2016). Also, individuals with autism spectrum disorder are more likely to exhibit gender diversity (Glidden et al. 2016; Thrower et al. 2020; van der Miesen et al. 2018).

Adolescents and adults with gender dysphoria before gender-affirming treatment and legal gender change are at increased risk for mental health problems including suicidal ideation, suicide attempts, and suicides. After gender reassignment, adjustment may vary, and suicide risk and mental health problems may persist.

In prepubertal children, increasing age is associated with having more behavioral or emotional problems; this is related to the increasing nonacceptance of gender-nonconforming behavior by others (Steensma et al. 2014). Children and adolescents who feel supported and accepted in their gender nonconformity may show less or even no psychological problems (de Vries et al. 2014; Olson et al. 2016).

## Prevalence

There are no large-scale population studies of gender dysphoria. Based on gender-affirming treatment–seeking populations, the prevalence for gender dysphoria diagnosis across populations has been assessed to be less than 1/1,000 (i.e., < 0.1%) for both individuals assigned male at birth and individuals assigned female at birth (Goodman et al. 2019). Because many adults with gender dysphoria do not seek care at specialty treatment programs, prevalence rates are likely underestimates. Prevalence estimates based on surveys of self-reporting general population samples in the United States and Europe suggest higher numbers, although varied methods of assessment make comparisons difficult across studies (Zhang et al. 2020). Self-identification as transgender ranges from 0.5% to 0.6% (Conron et al. 2012; Crissman et al. 2017; Flores et al. 2016); experiencing oneself as having an incongruent gender identity ranges from 0.6% to 1.1% (Kuyper and Wijsen 2014; Van Caenegem et al. 2015); feeling that one is a person of a different sex ranges from 2.1% to 2.6% (Åhs et al. 2018); and the desire to undergo medical treatment ranges from 0.2% to 0.6% (Åhs et al. 2018; Kuyper and Wijsen 2014).

## Development and Course

Because expression of gender dysphoria varies with age, there are separate criteria sets for children versus those for adolescents and adults (Steensma et al. 2011). Criteria for children are defined in a more concrete, behavioral manner than those for adolescents and adults. Young children are less likely than older children, adolescents, and adults to

express extreme and persistent anatomic dysphoria (Ristori and Steensma 2016). In adolescents and adults, incongruence between experienced gender and assigned gender is a central feature of the diagnosis (Leibowitz and de Vries 2016). Factors related to distress and impairment also vary with age. A very young child may show signs of distress (e.g., intense crying) only when parents tell the child that he or she is "really" not a member of another gender but only "desires" to be. Distress may not be manifest in social environments supportive of the child's gender nonconformity and may emerge only if there is parental/social interference with the child's gender variance (Cohen-Kettenis et al. 2003). In adolescents and adults, distress may manifest because of strong incongruence between experienced gender and birth-assigned gender (Leibowitz and de Vries 2016). Such distress may, however, be mitigated by supportive environments and knowledge that biomedical treatments exist to reduce incongruence (de Vries et al. 2011; Olson et al. 2016). Impairment (e.g., school refusal, development of depression, anxiety, peer and behavioral problems, and substance abuse) may be a correlate of gender dysphoria.

### Gender dysphoria without a disorder of sex development

For clinic-referred children studied in Canada and the Netherlands (Cohen-Kettenis et al. 2003), onset of gender-nonconforming behaviors is usually between ages 2 and 4 years. This corresponds to the developmental time period in which most children begin expressing gendered behaviors and interests. For some preschool-age children, both marked, persistent gender-atypical behaviors and the expressed desire to be another gender may be present, or labeling themselves as a member of another gender may occur. In other cases, the gender expression appears later, usually at entry into elementary school. Children may sometimes express discomfort with their sexual anatomy or will state the desire to have a sexual anatomy corresponding to their experienced gender ("anatomic dysphoria"). Expressions of anatomic dysphoria become more common as children with gender dysphoria approach and anticipate puberty.

No general population studies exist of adolescent or adult outcomes of childhood gender variance. Some prepubescent children expressing a desire to be another gender will not seek gender-affirming somatic treatments when they reach puberty. They frequently report nonheterosexual orientations and frequently marked gender-nonconforming

behavior, although not necessarily a transgender identity in adolescence/young adulthood  (Singh et al. 2021; Steensma and Cohen-Kettenis 2018; Temple Newhook et al. 2018; Zucker 2018). Some children with gender dysphoria in childhood that remits in adolescence may experience a recurrence in adulthood (Steensma and Cohen-Kettenis 2015).

In individuals assigned male at birth, studies from North America and the Netherlands found persistence ranged from 2% to 39% (Ristori and Steensma 2016). In individuals assigned female at birth, persistence ranged from 12% to 50% (Ristori and Steensma 2016). Persistence of gender dysphoria is modestly correlated with dimensional measures of severity ascertained at the time of a childhood baseline assessment. Early social transition may also be a factor in persistence of gender dysphoria in adolescence (Ristori and Steensma 2016; Steensma et al. 2013).

Studies have shown a high incidence of sexual attraction to those of the individual's birth-assigned gender, regardless of the trajectory of the prepubescent child's gender dysphoria. For individuals whose gender dysphoria continues into adolescence and beyond, most self-identify as heterosexual. In those who no longer have gender dysphoria by the time of adolescence, a majority self-identify as gay, lesbian, or bisexual (Ristori and Steensma 2016; Singh et al. 2021; Steensma et al. 2013; Wallien and Cohen-Kettenis 2008).

Two broad trajectories have been described for development of gender dysphoria in individuals who identify as either male or female.

As opposed to gender-nonconforming children, individuals with prepubertal-onset gender dysphoria have symptoms that meet diagnostic criteria for gender dysphoria in childhood. The dysphoria can continue into adolescence and adulthood; alternatively, some individuals go through a period in which the gender dysphoria either desists or is denied. At such times, these individuals may self-identify as being gay or lesbian. Some may identify as heterosexual and cisgender. However, it is possible that some of these individuals may experience a recurrence of gender dysphoria later in life (Nieder et al. 2011; Steensma and Cohen-Kettenis 2015).

Regardless of whether the individual's gender dysphoria persists or desists at a later

date, either the onset of puberty or the realization that puberty will begin with development of secondary sex characteristics can prompt distressing feelings of gender incongruence that can exacerbate the individual's gender dysphoria.

The early/prepubertal-onset group often present for clinical, gender-affirming care during childhood, during adolescence, or in young adulthood (Johansson et al. 2010; Nieder et al. 2011). This may reflect a more intense gender dysphoria compared with individuals with late/postpubertal-onset gender dysphoria, whose distress may be more variable and less intense (Schneider et al. 2016).

*Late-onset or pubertal/postpubertal-onset gender dysphoria* occurs around puberty or even much later in life. Some of these individuals report having had a desire to be of another gender in childhood that was not expressed verbally to others or had gender-nonconforming behavior that did not meet full criteria for gender dysphoria in childhood. Others have no recollection of any signs of childhood gender dysphoria. Parents of individuals with gender dysphoria of pubertal/postpubertal-onset often report surprise, as they saw no signs of gender dysphoria during childhood (Littman 2019).

## Gender dysphoria in association with a disorder of sex development

Individuals with DSDs who require early medical intervention or decisions about gender assignment come to clinical attention at an early age. Depending on the condition, they may have been gonadectomized (often because of risk of future malignancy) before puberty so that administration of exogenous hormones is part of routine care to induce puberty. Infertility is common whether due to the condition itself or to gonadectomy, and genital surgery may have been done in infancy or childhood with the intent of affirming the assigned gender to both the affected individual and caregivers.

Affected individuals may exhibit gender-nonconforming behavior starting in early childhood in a manner that is predictable depending on the specific DSD syndrome and the gender assignment, and thresholds for supporting social and medical gender transition in minors have traditionally been much lower for those with compared to those without DSDs. As individuals with some DSD syndromes become aware of their condition and medical history, many experience uncertainty about their gender, as

opposed to developing a firm conviction that they are of another gender. The proportion who develop gender dysphoria and progress to gender transition varies markedly depending on the particular syndrome and gender assignment (Byne et al. 2012; de Vries et al. 2007; Kreukels et al. 2018; Lee et al. 2016).

## Risk and Prognostic Factors

### Temperamental

Gender-variant behavior among individuals with prepubertal-onset gender dysphoria can develop in early preschool age. Studies suggest that a greater intensity of gender nonconformity and an older age at presentation make persistence of gender dysphoria into adolescence and adulthood more likely (Steensma et al. 2011; Steensma et al. 2013). A predisposing factor under consideration, especially in individuals with postpubertal-onset gender dysphoria (adolescence, adulthood), includes history of transvestism that may develop into autogynephilia (i.e., sexual arousal associated with the thought or image of oneself as a woman).

### Environmental

Individuals assigned male at birth with gender dysphoria without a DSD (in both childhood and adolescence) more commonly have older brothers when compared with cisgender males.

### Genetic and physiological

For individuals with gender dysphoria without a DSD, some genetic contribution is suggested by evidence for (weak) familiality of gender dysphoria among nontwin siblings, increased concordance for gender dysphoria in monozygotic compared with dizygotic same-sex twins, and some degree of heritability of gender dysphoria. Research suggests that gender dysphoria has a polygenetic basis involving interactions of several genes and polymorphisms that may affect in utero sexual differentiation of the brain, contributing to gender dysphoria in individuals assigned male at birth (Foreman et al. 2020).

As to endocrine findings in individuals with gender dysphoria, no endogenous systemic

abnormalities in sex-hormone levels have been found in 46,XY individuals, whereas there appear to be increased androgen levels (in the range found in hirsute women but far below normal male levels) in 46,XX individuals. Overall, current evidence is insufficient to label gender dysphoria without a DSD as a form of intersexuality limited to the central nervous system.

In gender dysphoria associated with a DSD, the likelihood of later gender dysphoria is increased if prenatal production and utilization (via receptor sensitivity) of androgens are grossly variant relative to what is usually seen in individuals with the same assigned gender. Examples include 46,XY individuals with a history of normal male prenatal hormone milieu but inborn nonhormonal genital defects (as in cloacal bladder exstrophy or penile agenesis) and who have been assigned to the female gender. The likelihood of gender dysphoria is further enhanced by additional, prolonged, highly gender-variant postnatal androgen exposure with somatic virilization as may occur in female-raised and noncastrated 46,XY individuals with 5-alpha reductase-2 deficiency or 17-beta-hydroxysteroid dehydrogenase-3 deficiency or in female-raised 46,XX individuals with classical congenital adrenal hyperplasia with prolonged periods of nonadherence to glucocorticoid replacement therapy. However, the prenatal androgen milieu is more closely related to gendered behavior than to gender identity. Many individuals with DSDs and markedly gender-variant behavior do not develop gender dysphoria. Thus, gender-nonconforming behavior by itself should not be interpreted as an indicator of current or future gender dysphoria. There appears to be a higher rate of gender dysphoria and patient-initiated gender change from assigned female to male than from assigned male to female in individuals prenatally exposed to a full complement of masculinizing hormonal influences.

## Culture-Related Diagnostic Issues

Individuals with gender dysphoria have been reported across many countries and cultural contexts around the world. The equivalent of gender dysphoria has also been reported in individuals living in cultural contexts with institutionalized gender identity categories other than men/boys or women/girls that sanction gender nonconforming development. These include India, Sri Lanka, Myanmar, Oman, Samoa, Thailand, and Indigenous Peoples of North America. It is unclear however, in such cultural contexts,

whether the diagnostic criteria for gender dysphoria would be met with these individuals.

The prevalence of coexisting mental health problems differs among cultures; these differences may also be related to differences in attitudes toward gender nonconformity in children, adolescents, and adults. However, also in some non-Western cultures, anxiety has been found to be relatively common in individuals with gender dysphoria, even in cultures with accepting attitudes toward gender-variant behavior (Campbell et al. 2018; Khoury et al. 2020; Lobato et al. 2019).

## Sex- and Gender-Related Diagnostic Issues

Sex differences in rate of referrals to specialty clinics vary by age group. In children, sex ratios of individuals assigned male at birth to individuals assigned female at birth range from 1.25:1 to 4.3:1. Studies show increasing numbers of children and adolescents presenting to specialty clinics, presentation at younger ages, more frequent early social transition, and a shift to a greater number of individuals assigned female at birth in adolescents and young adults than individuals assigned male at birth (Aitken et al. 2015; de Graaf et al. 2018a; de Graaf et al. 2018c; Steensma 2013; Steensma et al. 2018; Wood et al. 2013). In adults, estimates generally suggest more individuals assigned male at birth seek gender-affirming treatment, with ratios ranging from 1:1 to 6.1:1 in most studies in the United States and Europe (Arcelus et al. 2015).

## Association With Suicidal Thoughts or Behavior

Rates of suicidality and suicide attempts for transgender individuals are reported to range from 30% to 80%, with risk factors including past maltreatment, gender victimization, depression, substance abuse, and younger age (Mueller et al. 2017). Transgender adolescents referred to gender clinics have substantially higher rates of suicidal thoughts and behaviors when compared with nonreferred adolescents (de Graaf et al. 2020). Prior to receiving gender-affirming treatment and legal gender reassignment, adolescents and adults with gender dysphoria are at increased risk for suicidal thoughts and suicide attempts (Dhejne et al. 2016; Marshall et al. 2016). After gender-affirming treatment, adjustment varies, and while improvement in coexisting symptoms is often seen (Bränström and Pachankis 2020), some individuals continue to

experience prominent anxiety and affective symptoms and remain at increased risk for suicide (Dhejne et al. 2011; Dhejne et al. 2016).

A study of 572 children referred for gender identity concerns in Canada and several comparison groups (siblings, other referred children, and nonreferred children) largely from other high-income countries found that gender-referred children were 8.6 times more likely to self-harm or attempt suicide than comparison children, even after adjustment for overall behavior and peer relationship problems, and particularly in the second half of childhood (Aitken et al. 2016). Among adolescents, the highest rate of suicide attempt is among transgender young men, followed by those defining themselves as neither male nor female (Jackman et al. 2019; Toomey et al. 2018).

## Functional Consequences of Gender Dysphoria

Gender nonconformity may appear at all ages after the first 2–3 years of childhood and may interfere with daily activities. In older children, gender nonconformity may affect peer relationships and may lead to isolation from peer groups and to distress. Many children experience teasing and harassment or pressure to dress in attire associated with their birth-assigned sex, especially when growing up in a nonsupportive and nonaccepting environment. Also in adolescents and adults, the distress resulting from gender incongruence often interferes with daily activities. Relationship difficulties, including sexual relationship problems, are common, and functioning at school or at work may be impaired. Gender dysphoria is associated with high levels of stigmatization, discrimination, and victimization, leading to negative self-concept, increased rates of depression, suicidality, and other mental disorder co-occurrence, school dropout, and economic marginalization, including unemployment, with attendant social and mental health risks, especially in individuals who lack family or social support. In addition, these individuals' access to health services and mental health services may be impeded by structural barriers, such as institutional discomfort about, inexperience with, or hostility toward working with this patient population (Bockting et al. 2013).

## Differential Diagnosis

### Nonconformity to gender roles

Gender dysphoria should be distinguished from simple nonconformity to stereotypical gender role behavior by the strong desire to be of another gender than the assigned one and by the extent and pervasiveness of gender-variant activities and interests. The diagnosis is not meant to merely describe nonconformity to stereotypical gender role behavior (e.g., "tomboyism" in girls, "girly-boy" behavior in boys, occasional cross-dressing in adult men). Given the increased openness of gender-diverse expressions by individuals across the entire range of the transgender spectrum, it is important that the clinical diagnosis be limited to those individuals whose distress and impairment meet the specified criteria.

### Transvestic disorder

Transvestic disorder is diagnosed in heterosexual (or bisexual) adolescent and adult males (rarely in females) for whom women's clothing generates sexual excitement and causes distress and/or impairment without drawing their assigned gender into question. It is occasionally accompanied by gender dysphoria. An individual with transvestic disorder who also has clinically significant gender dysphoria can be given both diagnoses. In some cases of postpubertal-onset gender dysphoria in individuals assigned male at birth who are attracted to women, cross-dressing with sexual excitement is a precursor to the diagnosis of gender dysphoria (Blanchard 1985).

### Body dysmorphic disorder

An individual with body dysmorphic disorder focuses on the alteration or removal of a specific body part because it is perceived as abnormally formed, not because it represents a repudiated assigned gender. When an individual's presentation meets criteria for both gender dysphoria and body dysmorphic disorder, both diagnoses can be given. Individuals wishing to have a healthy limb amputated (termed by some *body integrity identity disorder*) because it makes them feel more "complete" usually do not wish to change gender, but rather desire to live as an amputee or a disabled person.

### Autism spectrum disorder

In individuals with autism spectrum disorder, diagnosing gender dysphoria can be challenging. It can be difficult to differentiate potential co-occurring gender dysphoria

from an autistic preoccupation because of the concrete and rigid thinking around gender roles and/or poor understanding of social relationships characteristic of autism spectrum disorder (de Vries et al. 2010).

## Schizophrenia and other psychotic disorders

In schizophrenia, there may rarely be delusions of belonging to some other gender. In the absence of psychotic symptoms, insistence by an individual with gender dysphoria that he or she is another gender is not considered a delusion. Schizophrenia (or other psychotic disorders) and gender dysphoria may co-occur. Gender-themed delusions may occur in up to 20% of individuals with schizophrenia. They can usually be differentiated from gender dysphoria by their bizarre content and by waxing and waning with remissions and exacerbations of psychotic episodes (Campo et al. 2001; Meijer et al. 2017).

## Other clinical presentations

Some individuals with an emasculinization desire who develop an alternative, nonmale/nonfemale gender identity do have a presentation that meets criteria for gender dysphoria. However, some males seek genital surgery for either aesthetic reasons or to remove psychological effects of androgens without changing male identity; in these cases, the criteria for gender dysphoria are not met.

## Comorbidity

Clinically referred children with gender dysphoria show elevated levels of anxiety, disruptive, impulse-control, and depressive disorders. Autism spectrum disorder is more prevalent in clinically referred adolescents and adults with gender dysphoria than in the general population (Heylens et al. 2018; van der Miesen et al. 2016; van der Miesen et al. 2018). Clinically referred adolescents and adults with gender dysphoria often have high rates of associated mental disorders, with anxiety and depressive disorders being the most common. Individuals who have experienced harassment and violence may also develop posttraumatic stress disorder.

## References: Gender Dysphoria

Bouman WP, Schwend AS, Motmans J, et al: Language and trans health (editorial). International Journal of Transgenderism 18(1):1–6, 2017

Bragg S, Renold E, Ringrose J, Jackson C: 'More than boy, girl, male, female': exploring young people's views on gender diversity within and beyond school contexts. Sex Education: Sexuality, Society and Learning 18(4):420–434, 2018

Hembree WC, Cohen-Kettenis PT, Gooren L, et al: Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 102(11):3869–3903, 2017

Lee PA, Nordenström A, Houk CP, et al; Global DSD Update Consortium: Global disorders of sex development update since 2006: perceptions, approach and care. Horm Res Paediatr 85(3):158–180, 2016

White AE, Moeller J, Ivcevic Z, Brackett MA: Gender identity and sexual identity labels used by U.S. high school students: a co-occurrence network analysis. Psychology of Sexual Orientation and Gender Diversity 5(2):243–252, 2018

Åhs JW, Dhejne C, Magnusson C, et al: Proportion of adults in the general population of Stockholm County who want gender-affirming medical treatment. PLoS One 13(10):e0204606, 2018

Aitken M, Steensma TD, Blanchard R, et al: Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. J Sex Med 12(3):756–763, 2015

Aitken M, VanderLaan DP, Wasserman L, et al: Self-harm and suicidality in children referred for gender dysphoria. J Am Acad Child Adolesc Psychiatry 55(6):513–520, 2016

Arcelus J, Bouman WP, Van Den Noortgate W, et al: Systematic review and meta-analysis of prevalence studies in transsexualism. Eur Psychiatry 30:807–815, 2015

Blanchard R: Typology of male-to-female transsexualism. Arch Sex Behav 14:247–261, 1985

Bockting WO, Miner MH, Swinburne Romine RE, et al: Stigma, mental health, and resilience in an online sample of the US transgender population. Am J Public Health 103(5):943–951, 2013

Bränström R, Pachankis JE: Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry 177(8):727–734, 2020

Byne W, Bradley SJ, Coleman E, et al; American Psychiatric Association Task Force on Treatment of Gender Identity Disorder: Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Arch Sex Behav 41(4):759–796, 2012

Campbell MM, Fresán A, Addinall RM, et al: Experiences of gender incongruence and the relationship between social exclusion, psychological distress, and dysfunction among South African transgender adults: a field-study for ICD-11. Ann Clin Psychiatry 30(3):168–174, 2018

Campo JM, Nijman H, Evers C, et al: Gender identity disorders as a symptom of psychosis, schizophrenia in particular (in Dutch). Ned Tijdschr Geneeskd 145(39):1876–1880, 2001

Cohen-Kettenis PT, Owen A, Kaijser VG, et al: Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: A cross-national, cross-clinic comparative analysis. J Abnorm Child Psychol 31(1):41–53, 2003

Conron KJ, Scott G, Stowell GS, Landers SJ: Transgender health in Massachusetts: results from a household probability sample of adults. Am J Public Health 102(1):118–122, 2012

Costa R, Dunsford M, Skagerberg E, et al: Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. J Sex Med 12(11):2206–2214, 2015

Crissman HP, Berger MB, Graham LF, Dalton VK: Transgender demographics: a

household probability sample of US adults, 2014. Am J Public Health 107(2):213–215, 2017

de Graaf NM, Carmichael P, Steensma TD, Zucker KJ: Evidence for a change in the sex ratio of children referred for gender dysphoria: data from the Gender Identity Development Service in London (2000–2017). J Sex Med 15(10):1381–1383, 2018a

de Graaf NM, Cohen-Kettenis PT, Carmichael P, et al: Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: a clinical comparison study between four clinics. Eur Child Adolesc Psychiatry 27(7):909–919, 2018b

de Graaf NM, Giovanardi G, Zitz C, Carmichael P: Sex ratio in children and adolescents referred to the Gender Identity Development Service in the UK (2009-2016). Arch Sex Behavior 47(5):1301–1304, 2018c

de Graaf NM, Steensma TD, Carmichael P, et al: Suicidality in clinic-referred transgender adolescents. Eur Child Adolesc Psychiatry Nov 9, 2020

de Vries ALC, Doreleijers TAH, Cohen-Kettenis PT: Disorders of sex development and gender identity outcome in adolescence and adulthood: understanding gender identity development and its clinical implications. Pediatr Endocrinol Rev 4(4):343–351, 2007

de Vries ALC, Noens ILJ, Cohen-Kettenis PT, et al: Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord 40(8):930–936, 2010

de Vries ALC, Steensma TD, Doreleijers TAH, Cohen-Kettenis PT: Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med 8(8):2276–2283, 2011

de Vries ALC, McGuire JK, Steensma TD, et al: Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 134(4):696–704, 2014

Dhejne C, Lichtenstein P, Boman M, et al: Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One 6(2):e16885,

2011

Dhejne C, Van Vlerken R, Heylens G, Arcelus J: Mental health and gender dysphoria: a review of the literature. Int Rev Psychiatry 28(1):44–57, 2016

Flores AR, Herman JL, Gates GJ, Brown TNT: How Many Adults Identify as Transgender in the United States? Los Angeles, CA, The Williams Institute, June 2016. Available at: http://williamsinstitute.law.ucla.edu/wp-content/uploads/How-Many-Adults-Identify-as-Transgender-in-the-United-States.pdf. Accessed July 12, 2019.

Foreman M, Hare L, York K, et al: Genetic link between gender dysphoria and sex hormone signaling. J Clin Endocrinol Metab 104(2):390–396, 2019 Erratum: J Clin Endocrinol Metab 105(1):dgz156, 2020

Glidden D, Bouman WP, Jones BA, Arcelus J, et al: Gender dysphoria and autism spectrum disorder: a systematic review of the literature. Sex Med Rev 4(1):3–14, 2016

Goodman M, Adams N, Cornell T, et al: Size and distribution of transgender and gender nonconforming populations: a narrative review. Endocrinol Metab Clin North Am 48(2):303–321, 2019

Heylens G, Aspeslagh L, Dierickx J, et al: The co-occurrence of gender dysphoria and autism spectrum disorder in adults: an analysis of cross-sectional and clinical chart data. J Autism Dev Disord 48(6):2217–2223, 2018

Jackman KB, Caceres BA, Kreuze EJ, Bockting WO: Suicidality among gender minority youth: analysis of 2017 Youth Risk Behavior Survey data. Arch Suicide Res Oct 23;1–16, 2019

Johansson A, Sundbom E, Höjerback T, Bodlund O: A five-year follow-up study of Swedish adults with gender identity disorder. Arch Sex Behavior 39(6):1429–1437, 2010

Jones RM, Wheelwright S, Farrell K, et al: Brief report: female-to-male transsexual people and autistic traits. J Autism Dev Disord 42(2):301–306, 2012

Khoury B, El Khoury J, Fresán Orellana A, et al: The ICD-11 classification of gender incongruence of adolescence and adulthood: adequacy among transgender people in Lebanon. Cult Health Sex Feb 7;1–12, 2020

Kreukels BPC, Köhler B, Nordenström A, et al; dsd-LIFE Group: Gender dysphoria and gender change in disorders of sex development/intersex conditions: results from the dsd-LIFE study. J Sex Med 15(5):777–785, 2018

Kuyper L, Wijsen C: Gender identities and gender dysphoria in the Netherlands. Arch Sex Behav 45(2):377–385, 2014

Lee PA, Nordenström A, Houk CP, et al; Global DSD Update Consortium: Global disorders of sex development update since 2006: perceptions, approach and care. Horm Res Paediatr 85(3):158–180, 2016

Leibowitz S, de Vries ALC: Gender dysphoria in adolescence. Int Rev Psychiatry 28(1):21–35, 2016

Littman L: Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One 14(3):e0214157, 2019

Lobato MI, Soll BM, Costa AB, et al: Psychological distress among transgender people in Brazil: frequency, intensity and social causation—an ICD-11 field study. Braz J Psychiatry 41(4):310–315, 2019

Marshall E, Claes L, Bouman WP, et al: Non-suicidal self-injury and suicidality in trans people: a systematic review of the literature. Int Rev Psychiatry 28(1):58–69, 2016

Meijer JH, Eeckhout GM, van Vlerken RH, de Vries AL: Gender dysphoria and co-existing psychosis: review and four case examples of successful gender affirmative treatment. LGBT Health 4(2):106–114, 2017

Mueller SC, De Cuypere G, T'Sjoen G: Transgender research in the 21st century: a selective critical review from a neurocognitive perspective. Am J Psychiatry 174(12):1155–1162, 2017

Nieder TO, Herff M, Cerwenka S, et al: Age of onset and sexual orientation in transsexual males and females. J Sex Med 8(3):783–791, 2011

Olson KR, Durwood L, DeMeules M, McLaughlin KA: Mental health of transgender children who are supported in their identities. Pediatrics 137(3):e20153223, 2016 (erratum: Pediatrics 142(2):e20181436, 2018 30065001)

Ristori J, Steensma TD: Gender dysphoria in childhood. Int Rev Psychiatry 28(1):13–20, 2016

Schneider C, Cerwenka S, Nieder TO, et al: Measuring gender dysphoria: a multicenter examination and comparison of the Utrecht Gender Dysphoria Scale and the Gender Identity/Gender Dysphoria Questionnaire for Adolescents and Adults. Arch Sex Behav 45(3):551–558, 2016

Singh D, Bradley SJ, Zucker KJ: A follow-up study on boys with gender identity disorder. Front Psychiatry 12:632784, 2021

Steensma TD: From Gender Variance to Gender Dysphoria: Psychosexual Development of Gender Atypical Children and Adolescents. Unpublished dssertation, VU University, Amsterdam, 2013

Steensma TD, Cohen-Kettenis PT: Gender transitioning before puberty? Arch Sex Behav 40(4):649–650, 2011

Steensma TD, Cohen-Kettenis PT: More than two developmental pathways in children with gender dysphoria? J Am Acad Child Adolescent Psychiatry 54(2):147–148, 2015

Steensma TD, Cohen-Kettenis PT: A critical commentary on follow-up studies and "desistence" theories about transgender and gender non-conforming children. International Journal of Transgenderism 19(1):225–230, 2018

Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT: Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. Clin Child Psychol Psychiatry 16(4):499–516, 2011

Steensma TD, McGuire JK, Kreukels BPC, et al: Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry 52(6):582–590, 2013

Steensma TD, Zucker KJ, Kreukels BPC, et al: Behavioral and emotional problems on the Teacher's Report Form: a cross-national, cross-clinic comparative analysis of gender dysphoric children and adolescents. J Abnorm Child Psychol 42(4):635–647, 2014

Steensma TD, Cohen-Kettenis PT, Zucker KJ: Evidence for a change in the sex ratio of children referred for gender dysphoria: data from the Center of Expertise on Gender Dysphoria in Amsterdam (1988–2016) (letter). J Sex Marital Ther 44(7):713–715, 2018

Temple Newhook J, Pyne J, Winters K, et al: A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. International Journal of Transgenderism 19(1):212–224, 2018

Thrower E, Bretherton I, Pang KC, et al: Prevalence of autism spectrum disorder and attention-deficit hyperactivity disorder amongst individuals with gender dysphoria: a systematic review. J Autism Dev Disord 50(3):695–706, 2020

Toomey RB, Syvertsen AK, Shramko M: Transgender adolescent suicide behavior. Pediatrics 142(4):e20174218, 2018

Van Caenegem E, Wierckx K, Elaut E, et al: Prevalence of gender nonconformity in Flanders, Belgium. Arch Sex Behav 44(5):1281–1287, 2015

van der Miesen AI, Hurley H, De Vries AL: Gender dysphoria and autism spectrum disorder: a narrative review. Int Rev Psychiatry 28(1):70–80, 2016

van der Miesen AIR, Hurley H, Bal AM, de Vries ALC: Prevalence of the wish to be of the opposite gender in adolescents and adults with autism spectrum disorder. Arch Sex Behav 47(8):2307–2317, 2018

Wallien MSC, Cohen-Kettenis PT: Psychosexual outcome of gender-dysphoric children.

J Am Acad Child Adolesc Psychiatry 47(12):1413–1423, 2008

Wood H, Sasaki S, Bradley SJ, et al: Patterns of referral to a gender identity service for children and adolescents (1976–2011): age, sex ratio, and sexual orientation. J Sex Marital Ther 39(1):1–6, 2013

Zhang Q, Goodman M, Adams N, et al: Epidemiological considerations in transgender health: a systematic review with focus on higher quality data. International Journal of Transgender Health 21(2):125–137, 2020

Zucker KJ: The myth of persistence: response to "A Critical Commentary on Follow-up Studies and 'Desistance' Theories About Transgender and Gender Non-conforming Children" by Temple Newhook et al. International Journal of Transgenderism 19(1):231–245, 2018

## Other Specified Gender Dysphoria

**(F64.8)**

This category applies to presentations in which symptoms characteristic of gender dysphoria that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for gender dysphoria. The other specified gender dysphoria category is used in situations in which the clinician chooses to communicate the specific reason that the presentation does not meet the criteria for gender dysphoria. This is done by recording "other specified gender dysphoria" followed by the specific reason (e.g., "brief gender dysphoria," in which symptoms meet full criteria for gender dysphoria but the duration is less than the required 6 months).

## Unspecified Gender Dysphoria

**(F64.9)**

This category applies to presentations in which symptoms characteristic of gender dysphoria that cause clinically significant distress or impairment in social,

occupational, or other important areas of functioning predominate but do not meet the full criteria for gender dysphoria. The unspecified gender dysphoria category is used in situations in which the clinician chooses *not* to specify the reason that the criteria are not met for gender dysphoria, and includes presentations in which there is insufficient information to make a more specific diagnosis.



**American Psychiatric Association Publishing**
**Powered by Atypon Literatum**

**Terms of Use**    **Privacy Policy**

© 2023 American Psychiatric Association





Sections    🔖 🔔 

Back to table of contents             Next Chapter

🔓 Full Access

# Copyright

## American Psychiatric Association

1.

## DSM-5-TR

### Officers 2021–2022

1. President Vivian B. Pender, M.D.President-Elect Rebecca W. Brendel, M.D., J.D.
2. Treasurer Richard F. Summers, M.D.
3. Secretary Sandra DeJong, M.D., M.Sc.

### Assembly

1. Speaker Mary Jo Fitz-Gerald, M.D., M.B.A.
2. Speaker-Elect Adam P. Nelson, M.D.

### Board of Trustees

1. Elie G. Aoun, M.D., M.R.O.
2. Jenny L. Boyer, M.D., Ph.D., J.D.
3. Kenneth Certa, M.D.
4. C. Freeman, M.D., M.B.A.
5. Mary Hasbah Roessel, M.D.

6. Glenn A. Martin, M.D.

7. Eric M. Plakun, M.D.

8. Michele Reid, M.D.

9. Felix Torres, M.D., M.B.A.

10. Sanya Virani, M.D., M.P.H.

11. Cheryl D. Wills, M.D.

12. Melinda Young, M.D.

13. Urooj Yazdani, M.D., Resident-Fellow Member Trustee-Elect

## DSM-5

### Officers 2012–2013

1. President Dilip V. Jeste, M.D.

2. President-Elect Jeffrey A. Lieberman, M.D.

3. Treasurer David Fassler, M.D.

4. Secretary Roger Peele, M.D.

### Assembly

1. Speaker R. Scott Benson, M.D.

2. Speaker-Elect Melinda L. Young, M.D.

### Board of Trustees

1. Jeffrey Akaka, M.D.

2. Carol A. Bernstein, M.D.

3. Brian Crowley, M.D.

4. Anita S. Everett, M.D.

5. Jeffrey Geller, M.D., M.P.H.

6. Marc David Graff, M.D.

7. James A. Greene, M.D.

8. Judith F. Kashtan, M.D.

9. Molly K. McVoy, M.D.

10. James E. Nininger, M.D.

11. John M. Oldham, M.D.

12. Alan F. Schatzberg, M.D.

13. Alik S. Widge, M.D., Ph.D.

14. Erik R. Vanderlip, M.D., Member-in-Training Trustee-Elect

# Diagnostic and Statistical Manual of Mental Disorders

Fifth Edition DSM-5-TR

Copyright © 2022 American Psychiatric Association

DSM, DSM-5, and DSM-5-TR are registered trademarks of the American Psychiatric Association. Use of these terms is prohibited without permission of the American Psychiatric Association.

ALL RIGHTS RESERVED. Unless authorized in writing by the APA, no part of this book may be reproduced or used in a manner inconsistent with the APA's copyright. This prohibition applies to unauthorized uses or reproductions in any form, including electronic applications.

Correspondence regarding copyright permissions should be directed to DSM Permissions, American Psychiatric Association Publishing, 800 Maine Avenue SW, Suite 900, Washington, DC 20024-2812.

Manufactured in the United States of America on acid-free paper.

ISBN 978-0-89042-575-6 (Hardcover) 1st printing February 2022

ISBN 978-0-89042-576-3 (Paperback) 1st printing February 2022

American Psychiatric Association 800 Maine Avenue SW Suite 900 Washington, DC 20024-2812 www.psychiatry.org

The correct citation for this book is American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2022.

**Library of Congress Cataloging-in-Publication Data** Names: American Psychiatric Association, issuing body. Title: Diagnostic and statistical manual of mental

disorders : DSM-5-TR / American Psychiatric     Association. Other titles: DSM-5-TR
Description: Fifth edition, text revision. | Washington, DC : American Psychiatric
Association     Publishing, [2022] | Includes index. Identifiers: LCCN 2021051781 (print)
| LCCN 2021051782 (ebook) | ISBN 9780890425756     (hardcover ; alk. paper) | ISBN
9780890425763 (paperback ; alk. paper) | ISBN 9780890425770     (ebook) Subjects:
MESH: Diagnostic and statistical manual of mental disorders. 5th ed | Mental
Disorders—classification | Mental Disorders—diagnosis Classification: LCC RC455.2.C4
(print) | LCC RC455.2.C4 (ebook) | NLM WM 15 | DDC 616.89/    075—dc23/eng
/20211209 LC record available at https://lccn.loc.gov/2021051781 LC ebook record
available at https://lccn.loc.gov/2021051782.

**British Library Cataloguing in Publication Data** A CIP record is available from
the British Library.

Text Design—Tammy J. Cordova

Manufacturing—Sheridan Books, Inc.



**American Psychiatric Association Publishing**
**Powered by Atypon Literatum**

**Terms of Use        Privacy Policy**
**© 2023 American Psychiatric Association**