# **EXHIBIT 30**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 1:23-cv-00595-JPH-KMB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF CORINNA COHN

I, Corinna Cohn, hereby declare and state as follows:

1. My name is Corinna Cohn. I am over the age of 18, I am qualified to give this declaration, and I have personal knowledge of the matters set forth herein.

2. I testified in support of the Indiana bill restricting gender transition procedures for minors, coming from the viewpoint as an adult who had similar procedures as a teenager and has come to doubt that I was mature enough to make such decisions at such a young age. Because of these medical procedures, my male body has been feminized and is often mistaken for female.

3. In or about 2nd grade, I saw a psychologist for problems related to being bullied and emotional regulation. After less than a year, my parents chose to discontinue therapy because they felt offended that my psychologist implicated their parenting style for my delays in social development. Instead of learning the skills I might have used to get along with my classmates, I continued to be bullied and had problems forming friendships. Other boys excluded me from social

activities. Later in elementary school I began to pray to be made into a girl, which I thought would allow me to fit in better. This became a fixation for me.

4. By the time I was in middle school, I was deliberately isolating myself from my peers. I started choosing classes and activities that would minimize the amount of time I spent with male classmates, for example by avoiding physical education. I continued this pattern into high school.

5. One day during my sophomore year, I refused to go to school because of my mood and depression. When pressed for an answer why I wanted to stay home, I finally confessed to my parents that I wanted to become a woman. They brought me to see the same psychologist I'd had as a child, and she diagnosed me with having gender identity disorder. Upon receiving this diagnosis, my parents again chose to discontinue my therapy. Around this time my parents had separated and would eventually divorce. My parents were upset by my psychologist's diagnosis. I believe they felt that psychology would not help me with my problems.

6. Through the remainder of my sophomore and junior years, I continued to have problems socializing at school and experienced depression and anxiety on a daily basis. My mother became abusive towards me and called me homophobic slurs and would sometimes become physically aggressive towards me.

7. At the age of 17, I gained access to the Internet. This was prior to the popularization of the World Wide Web, but I was able to use message boards and chat in order to find other members of what today would be called the "trans community". Adult transgender women befriended me, supplied me with validation and support, and provided information on how I could transition to also become a transsexual woman. I began to tell my small circle of friends that I planned to begin transitioning after high school. I began to grow my hair longer. In the spring

before my 18th birthday, I had my ears pierced, and as a result I was kicked out of my mother's home. I stayed with friends for the last several months of my senior year of high school.

8. At the age of 18, I resumed my sessions with my psychologist with the goal of receiving a prescription for cross-sex hormones and eventual sex reassignment surgery. Due to my prior relationship with my psychologist, I was able to gain a letter of recommendation to an endocrinologist referred to me through acquaintances on the Internet. The endocrinologist prescribed me estrogen.

9. The estrogen had two major effects on me. First, it feminized my body. My skin became softer, and I began to grow breasts. The second effect is that estrogen suppressed my libido, which was a major factor in my gender dysphoria. I was not prepared to deal with the sex drive that is typical for a teenage boy. The estrogen suppressed the natural function of my body, and although this provided me with a sense of relief, I misunderstood this to be a sign that I was really a woman. I began living as a woman and had my legal identification updated to reflect my chosen name.

10. I had sex reassignment surgery in Neenah, Wisconsin in 1994. I was only 19 years old. Securing the appointment required letters from two therapists along with a letter from my endocrinologist. My surgeon told me I was the second-youngest patient he had operated on. I felt a sense of accomplishment that I was going through the experience so rapidly, although in retrospect this was a sign that I was going too fast to pay attention to any warning signs.

11. The surgery involved removal of my testicles, penectomy, and vaginoplasty. It was successful and without complication. Nevertheless, I was now responsible for maintaining my surgically altered genitals by needing to dilate the opening on a regular schedule and by keeping the operating site clean and hygienic. Although I tried to follow the worksheet I'd been sent home

with, I feared on a daily basis that I'd develop a complication like a fistula, an opening between the neo-vaginal canal and the rectum, as had happened to a friend of mine. I had no doctor who was able to advise me questions related to my aftercare. I was too afraid to approach my surgeon with what might have been trivial concerns. It took about a year to finish healing. I did this living on my own while working at a restaurant.

12. After healing from my sex change surgery, I thought that my transition journey was over. I discontinued therapy, and I began focusing on my career. I found it was easier to socialize and make new friends with my new confidence and feelings of being my authentic self. As I reached my late twenties, my friends began pairing off and starting families. I discovered that it was very difficult to find a partner who wanted to do the same with me.

13. Although I was in denial for several years, I eventually realized that my depression and anxiety related to my gender identity had not resolved. It was not unusual for me to spend entire weekends in my room crying and entertaining thoughts of suicide. The surgery I had was supposed to make it easier for me to have romantic relationships with other people, but instead I was left sexually dysfunctional. I was not a woman, but instead a man with a medically altered body. I was not ready to face that fact yet.

14. In my mid-thirties I became interested in radical feminism. I am not a feminist, nor have I ever been, but I wanted to reconcile how feminist concepts applied to transsexual women. One of the concepts I found pivotal was the feminist criticism of biological essentialism, which challenges the idea that men and women are destined to fulfill rigid sex roles. Once I understood this criticism, I realized that my more stereotypically feminine attitudes and behaviors did not therefore make me a woman, but rather a feminine man. In retrospect, my self-perception of being a woman also required that I overlook or discount traits that are more stereotypically masculine.

18. I wish I could persuade other boys who wish to become women that the changes they seek are only superficial. Hormones and surgery are unable to reveal an authentic self, and anyone who promises otherwise is, in my opinion, deliberately misleading young people to follow a one-way track to a lifetime of medicalization.

19. Although some people may choose to transition, and may even enjoy a higher quality of life, there is no reason why this irreversible decision needs to be made in adolescence. Adults who advocate for adolescent transition do so without understanding what tradeoffs early transition entails, which includes the loss of fertility, the likelihood of sexual dysfunction, and the likelihood of surgical complication inflicted at an early age from elective procedures.

20. Unfortunately, I do understand some of these tradeoffs. I'm sometimes asked if I regret having had a sex change as a teenager. It's difficult to wrap my mind around the enormity of the question. It's the most defining event in my life. I could not be the person I am today had it not happened, and I can't imagine who I would have been otherwise. It was a decision so immense that I could never have understood how it ended up affecting my life.

21. Although I thought my transition would be over after surgery, what I learned is that every major milestone of adulthood would come with it a reminder that I could never really become the opposite sex. My friends found partners and married, but I struggled to form a lasting relationship since I was impersonating the opposite sex. As my sister was having children, I had no partner and no ability to have children of my own. In my attempts to become the opposite sex, I ended up in an in-between state that has left me alienated from both my natal sex and that which I aspired to become.

22. As I consider my future, once again the circumstances of my sex change influence my planning for retirement and geriatric care. I can never move on from a decision I made as a

teenager. Do I regret it? It is like asking the survivor of a tornado whether he regrets choosing to live in a house that was destroyed. The immensity of the disaster beggars understanding. This has happened to me; I have made it happen to me. I can only try to live and thrive under the new reality.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2023.

_____
Corinna Cohn