AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| K.C. et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00595-JPH-KMB |
| The Individual Members of the Medical Licensing Board | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arkansas, Alabama, and 14 Other States.

Date: 06/02/2022

/s/ Dylan L. Jacobs
*Attorney's signature*

Dylan L. Jacobs
*Printed name and bar number*
323 Center St., Suite 200
Little Rock, AR 72201

*Address*

dylan.jacobs@arkansasag.gov
*E-mail address*

(501) 682-3661
*Telephone number*

*FAX number*