UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA, in their official capacities, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL**

Pursuant to Local Rule 5-11 and the stipulated protective order, Dkt. 39, defendants respectfully request that the Court maintain under seal their Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Dkt. 54. The memorandum cites materials provisionally filed under seal and contains information that plaintiffs may believe to be confidential and designate as confidential under the stipulated protective order, including medical details concerning the individual minor plaintiffs and information that could potentially identify them. Defendants have not designated any information as confidential. Accordingly, pursuant to the procedures in Local Rule 5-11(d)(2)(A) and (3), defendants request that the Court maintain the memorandum under seal until further order of the Court and pending the filing by plaintiffs within 14 days of (1) a statement authorizing unsealing of documents or (2) a brief in support of sealing and a redacted version of the memorandum.

| | |
|---|---|
| Office of the Indiana Attorney General<br>IGC-South, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana 46204-2770<br>Telephone: (317) 232-6255<br>Fax: (317) 232-7979<br>Email: Tom.Fisher@atg.in.gov | Respectfully submitted,<br><br>Theodore E. Rokita<br>Indiana Attorney General<br><br>By:  /s/ Thomas M. Fisher<br>Thomas M. Fisher<br>Solicitor General<br><br>James A. Barta<br>Deputy Solicitor General<br><br>Corrine Youngs<br>Policy Director and Legislative Counsel<br><br>Melinda R. Holmes<br>Razi S. Lane<br>Deputy Attorneys General<br><br>*Counsel for Defendants* |