UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al., | ) ) ) ) |
|     Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL**

Upon consideration of Defendants' Motion to Maintain under Seal, the motion is GRANTED. IT IS ORDERED that their Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Dkt. 54, shall remain sealed pending further order of the Court.

IT IS FURTHER ORDERED that plaintiffs shall, within 14 days of the filing of Defendants' Motion to Maintain under Seal file a statement authorizing unsealing of the memorandum filed under seal (or specific portions thereof) and/or a brief in support that complies with the requirements of Local Rule 5-11 and a redacted (confidential portions blacked out) public version of the memorandum that was filed under seal.

_____                                                       _____
Date                                                                                        U.S. District / Magistrate Judge

cc: All counsel of record