UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA in their official capacities, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ENTRY FOR JUNE 5, 2023**

On this date, the Court held a telephonic status conference. Plaintiffs appeared by counsel Ken Falk, Gavin Rose, Stevie Pactor, Chase Strangio and Harper Seldin. Defendants appeared by counsel Tom Fisher and James Barta. The conference was recorded by Court Reporter Jodie Franzen.

The Court reviewed the status of this case in preparation for the hearing on June 14, 2023, at 1:30 p.m. The hearing will be limited to oral argument, no evidence will be presented. Two hours will be allocated for the hearing, with 45 minutes per side for presentations.

Distribution:

All Electronically Registered Counsel