UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., et al.,  )<br>  )<br>Plaintiffs, )<br>  )<br>v.  )<br>  )<br>THE INDIVIDUAL MEMBERS OF THE  )<br>MEDICAL LICENSING BOARD OF INDIANA  )<br>in their official capacities, et al., )<br>  )<br>Defendants. )<br>  ) | No. 1:23-cv-00595-JPH-KMB |

**EXPEDITED BRIEFING SCHEDULE**

Defendants have filed two Motions to Maintain Under Seal pursuant to Local Rule 5-11, requesting that the Court maintain certain evidentiary materials and Defendants' Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction under seal pending the filing by Plaintiffs of either (1) a statement authorizing the unsealing of documents or (2) a brief in support of sealing and redacted versions of any documents containing confidential information. [Dkts. 50; 55.]  In light of the upcoming hearing on Plaintiffs' Motion for a Preliminary Injunction, which is scheduled for June 14, 2023, the Court hereby **ORDERS** that Plaintiffs file their responses to Defendants' Motions to Maintain Under Seal no later than **12:00 p.m. (Eastern) on Tuesday, June 13, 2023.**

Plaintiffs are reminded that they are to include in each response a statement as to whether maintenance of any document under seal or any proposed redaction is opposed by any Party.  *See* S.D. Ind. L.R. 5-11(e)(3).  Should any Party oppose Plaintiffs' proposed sealing or redaction, the Court anticipates also expediting the deadline for said Party to file their opposition.

The Parties are further reminded that an entire memorandum may not remain under seal and, to the extent that Plaintiffs wish to keep any information contained therein under seal, they should submit a thoughtfully redacted version of the same. *See Major Wire Indus., Ltd. v. Siler*, 2020 WL 13555923, at *1 (S.D. Ind. Mar. 9, 2020) (A Party "cannot file its entire memorandum and *all* evidence it relies on under seal as it precludes the Court from providing a public opinion on the relief requested.").

**SO ORDERED.**

Date: 6/9/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of record via CM/ECF