UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, <br><br> Defendants. | No. 1:23-cv-00595-JPH-KMB |

**Submission of Evidentiary Material on Reply**

Plaintiffs, by their counsel, submit the attached evidentiary material that they rely upon as noted in their reply memorandum in support of their motion for preliminary injunction.

| | |
|---|---|
| Exhibit 1 | Select exhibits from 30(b)(6) deposition of IU Health |
| Exhibit 2 | Supplemental Expert Declaration of Dan H. Karasic, M.D. |
| Exhibit 3 | Supplemental Expert Declaration of Daniel Shumer, M.D. |
| Exhibit 4 | Supplemental Expert Declaration of Jack Turban, M.D., MHS |
| Exhibit 5 | Transcript of Deposition of Paul Hruz, M.D., PhD and select exhibits |
| Exhibit 6 | Transcript of Deposition of Daniel Weiss, M.D. and select exhibits |
| Exhibit 7 | Transcript of Deposition of Kristopher Kaliebe, PhD (redacted at request of deponent) |
| Exhibit 8 | Transcript of Deposition of James Cantor, PhD and select exhibits |
| Exhibit 9 | Transcript of Deposition of Dianna Kenny, PhD and select exhibits |
| Exhibit 10 | Select exhibits from 30(b)(6) deposition of Mosaic Health and Healing Arts |
| Exhibit 11 | Select exhibits from 30(b)(6) deposition of Eskenazi Health |

[1]

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 4602
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Chase Strangio
*Pro Hac Vice*
Harper Seldin
*Pro Hac Vice*
American Civil Liberties Union
125 Broad Street
New York, NY 10004
212/549-2500
cstrangio@aclu.org
hseldin@aclu.org

*Attorneys for Plaintiffs and the Putative Classes and Subclasses*
