UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD OF | ) | |
| INDIANA, in their official capacities, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' SUBMISSION OF EVIDENTIARY MATERIAL**

Defendants submit the attached evidentiary material upon which they will be relying in their forthcoming Motion to Exclude Opinions of Plaintiffs' Experts.

| | |
|---|---|
| Exhibit 1 | National Health Service (NHS), *Gender Dysphoria: Treatment*, https://www.nhs.uk/conditions/gender-dysphoria/. |
| Exhibit 2 | *Search Methodology for Research Analysis on the Effect of Gender Transition on Transgender Well-being*, What We Know Project, https://whatweknow.inequality.cornell.edu/about/selection-methodology/ |
| Exhibit 3 | de Vries, A. L. C.; McGuire, J. K.; Steensma, T. D.; et al. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, 134, 1–9. |
| Exhibit 4 | D'Angelo, R.; Syrulnik, E.; Ayad, S.; et al. (2020). One size does not fit all: In support of psychotherapy for gender dysphoria. *Archives of Sexual Behavior*, 50:7–16. |
| Exhibit 5 | Rametti, G.; Carrillo, B.; Gómez-Gil, E.; et al. (2011). White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *J. of Psychiatric Research*, 45(2):199–204. |
| Exhibit 6 | Jack Turban, Tweet from May 13, 2023 at 4:36 PM, twitter.com. |

| Exhibit 7 | Chung, W. C., De Vries, G. J., & Swaab, D. F. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *The J. of Neuroscience* 22(3):1027–1033. |
| Exhibit 8 | Baker, K. E.; Wilson, L. M.; Sharma, R.; et al. (2021). Hormone therapy, mental health, and quality of life among transgender people. *J. of the Endocrine Soc'y*, 2021, 5. |
| Exhibit 9 | Zucker, K.J.; Bradley, S.J.; Owen-Anderson, A.; et al. (2010). Puberty-Blocking Hormonal Therapy for Adolescents with Gender Identity Disorder: A Descriptive Clinical Study, *J. of Gay & Lesbian Mental Health*, 15(1):58–82 |
| Exhibit 10 | Owen-Smith, A.A.; Gerth, J.; Sineath, R.C.; et al, (2018). Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals. *The J. of Sexual Medicine*, 15(4), 591–600. |

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General

By:     /s/ Thomas M. Fisher
Thomas M. Fisher
Solicitor General

James A. Barta
Deputy Solicitor General

Corrine Youngs
Policy Director and Legislative Counsel

Melinda R. Holmes
Razi S. Lane
Deputy Attorneys General

*Counsel for Defendants*