# Exhibit 6



You couldn't even spell this tweet correctly, let alone properly research your bill

Every major medical organization has labeled bills like this dangerous & unethical

Uneducated and lazy politicians, who don't bother to research the bills they're writing, are unacceptable

> **Senator Bryan Hughes** ✓  @SenBryanHughes · May 12 · ✏️
> Honored to co-author SB 14 that passed the Texas House tonight.
>
> Child multination or sterilization is never the answer and this bill will protect Texas children from these awful procedures.
>
> Thankful to Senator @DonnaCampbellTX and Representative @TomOliverson for their bold... Show more



**SB 14
Ending Child Gender Modification
PASSES THE HOUSE**