UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVIDUAL MEMBERS ) | |
| OF THE MEDICAL LICENSING ) | |
| BOARD OF INDIANA, in their ) | |
| official capacities, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERTS**

Pursuant to Federal Rules of Civil Procedure 26 and 37 and Federal Rule of Evidence 702, defendants respectfully move to exclude from consideration in connection with Plaintiff K.C.'s motion for a preliminary injunction multiple opinions of plaintiffs' experts. The challenged categories of opinions and bases for the motion are detailed in the accompanying brief in support.

Dated: June 12, 2023

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General

By:   /s/ Thomas M. Fisher
Thomas M. Fisher
Solicitor General
James A. Barta
Deputy Solicitor General
Corrine Youngs
Policy Director and Legislative Counsel
Melinda R. Holmes
Razi S. Lane
Deputy Attorneys General

*Counsel for Defendants*