UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*,<br><br>　　　　　Defendants. | No. 1:23-cv-00595-JPH-KMB |

### Order

The Court, having reviewed the submissions of the parties, orders as follows:

As to docket entries 48-1, 48-2, and 48-4 through 48-17, the Court **DENIES** defendants' motion (Dkt. 50) to maintain those filings under seal. The Clerk is hereby directed to unseal these docket entries.

As to docket entry 48-3, the Court concludes that good cause exists to maintain this document under seal. The Court therefore **GRANTS** defendants' motion (Dkt. 50) to maintain this document under seal. The Court also **ACCEPTS** for public filing the redacted version of this document, docketed at 64-1.

As to docket entry 54, the Court **DENIES** defendants' motion (Dkt. 54) to maintain this filing under seal. The Clerk is hereby directed to unseal this docket entry.

_____                             _____
Date                                                                          United States Magistrate Judge

To:   All ECF-registered counsel of record

[1]