UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA in their official capacities, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:23-cv-00595-JPH-KMB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY FOR JUNE 14, 2023**

On this date, the Court held a hearing on Plaintiffs' motion for a preliminary injunction. Plaintiffs appeared by counsel Ken Falk, Gavin Rose, Stevie Pactor, Chase Strangio and Harper Seldin. Defendants appeared by counsel Tom Fisher, James Barta, Melinda Holmes and Razi Lane. The conference was recorded by Court Reporter Jodie Franzen.

Plaintiffs made an oral motion to strike Defendants' Motion to Exclude Opinions of Plaintiffs' Experts, dkt. 62. The Court took the motion under advisement. The Court heard oral argument on Plaintiffs' motion for a preliminary injunction. The Court will issue a ruling as soon as possible.

Distribution:

All Electronically Registered Counsel