UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD OF INDIANA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

On June 16, 2023, Plaintiffs' motion for a preliminary injunction was granted in part, and the District Judge asked that the assigned Magistrate Judge enter a case management plan for resolving the case.  [Dkt. 67 at 34.]  Counsel is ordered to meet and confer and **no later than July 10, 2023**, file a proposed case management plan ("CMP") for resolving the case.  The general format for the CMP is provided by the Court's uniform CMP, which can be found on the Court's website (www.insd.uscourts.gov).  The Court encourages counsel to consider whether there are good reasons to depart from provisions of the uniform CMP and, if so, to propose a CMP appropriate for this case.

This case is set for a Telephonic Status Conference on **July 17, 2023, at 3:30 p.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr.  The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 6/21/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Thomas M. Fisher
INDIANA ATTORNEY GENERAL
tom.fisher@atg.in.gov

Melinda Rebecca Holmes
INDIANA ATTORNEY GENERAL
melinda.holmes@atg.in.gov

Dylan L. Jacobs
Arkansas Attorney General
dylan.jacobs@arkansasag.gov

Razi Lane
Office of IN Attorney General
razi.lane@atg.in.gov

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Harper Samuel Seldin
American Civil Liberties Union Foundation
hseldin@aclu.org

Chase Strangio
American Civil Liberties Union Foundation
cstrangio@aclu.org

Corrine Lorraine Youngs
INDIANA ATTORNEY GENERAL
Corrine.youngs@atg.in.gov