# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| K. C., et al. | ) |
|       Plaintiff(s), | ) |
| | ) |
|   vs. | ) CASE NO. 1:23–cv–00595–JPH–KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al. | ) |
|       Defendant(s) | ) |

## **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

      Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty–one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

      Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: June 27, 2023                    s/ Jodie Franzen
                                                                            Court Reporter

## **Certificate of Service**

      I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non–registered participants by first–class U.S. Mail, postage prepaid.

                                                                              s/ Jodie Franzen
                                                                              Court Reporter