UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD OF | ) |
| INDIANA, in their official capacities, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants the Individual Members of the Medical Licensing Board of Indiana; the Executive Director, Indiana Professional Licensing Agency; Attorney General of the State of Indiana; Secretary, Indiana Family and Social Services Administration; and Indiana Family and Social Services Administration appeal to the U.S. Court of Appeals for the Seventh Circuit the District Court's Order Granting in Part Plaintiffs' Motion for a Preliminary Injunction, Dkt. 67, and Preliminary Injunction, Dkt. 68.

|  |  |
|---|---|
| | Respectfully submitted, |
| Office of the Indiana Attorney General | Theodore E. Rokita |
| IGC-South, Fifth Floor | Indiana Attorney General |
| 302 West Washington Street | |
| Indianapolis, Indiana 46204-2770   By: | /s/ Thomas M. Fisher |
| Telephone: (317) 232-6255 | Thomas M. Fisher |
| Fax: (317) 232-7979 | Solicitor General |
| Email: Tom.Fisher@atg.in.gov | |
| | James A. Barta |
| | Deputy Solicitor General |
| | |
| | Corrine Youngs |
| | Policy Director and Legislative Counsel |
| | |
| | Melinda R. Holmes |
| | Razi S. Lane |
| | Deputy Attorneys General |
| | |
| | *Counsel for Defendants* |