UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., et al., | ) |
|         Plaintiffs, | ) |
|         v. | ) No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA in their official capacities, et al., | ) |
|         Defendants. | ) |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on July 17, 2023, with Magistrate Judge Kellie M. Barr. The Parties discussed overall case management deadlines and a briefing scheduling for the pending Motion for Class Certification. [Dkt. 10.] The Case Management Plan submitted in this case is **APPROVED AS AMENDED** and will be entered as a separate order.

This matter is set for a Telephonic Status Conference on **October 5, 2023, at 10:30 a.m. (Eastern),** with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 7/18/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF