UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA, in their official capacities, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Razi S. Lane, Deputy Attorney General, hereby requests this Court grant leave to withdraw his appearance as counsel for Defendants Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director of the Indiana Professional Licensing Agency, in her official capacity, the Attorney General of Indiana, in his official capacity, the Secretary of the Indiana Family and Social Services Administration, in her official capacity, and the Indiana Family and Social Services Administration.

The appearances of Thomas M. Fisher, James A. Barta, and Melinda R. Holmes, on behalf of Defendants, remain in place, and all pleadings, orders, and entries should be served on them.

                Respectfully submitted,

                THEODORE E. ROKITA
                Indiana Attorney General

Date: July 25, 2023     By: */s/ Razi S. Lane*
                Razi S. Lane
                Deputy Attorney General

                Office of the Attorney General
                302 W. Washington St., IGCS 5th Floor
                Indianapolis, IN 46204-2770
                Phone: (317) 233-0422
                Fax: (317) 232-7979
                Email: Razi.Lane@atg.in.gov