UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD OF | ) |
| INDIANA, in their official capacities, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Before the Court is Attorney Razi S. Lane's Motion for Leave to Withdraw Appearance on behalf of Defendants. For good cause shown, the motion is **GRANTED**. The Court directs the Clerk to terminate the appearance of Razi S. Lane.

So ORDERED.

Date: 7/26/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.