UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
|        Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al., | ) |
|        Defendants. | ) |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to the case management plan, Defendants the Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director, Indiana Professional Licensing Agency, in her official capacity, Attorney General of the State of Indiana, in his official capacity, Secretary, Indiana Family and Social Services Administration, in her official capacity, and Indiana Family and Social Services Administration, hereby submit their preliminary witness and exhibit lists.

Preliminary witness list

1. Nathaniel Clawson, Beth Clawson, and K.C., who may be contracted through plaintiffs' counsel.

2. Ryan Welch, Lisa Welch, and M.W., who may be contracted through plaintiffs' counsel.

3. Emily Morris and A.M., who may be contracted through plaintiffs' counsel.

4. Maria Rivera and M.R., who may be contracted through plaintiffs' counsel.

5. Catherine Bast, who may be contracted through plaintiffs' counsel.

6. Mixhi Marquis, who may be contracted through plaintiffs' counsel.

7. Mosaic Health and Healing Arts, Inc., which may be contracted through plaintiffs' counsel.

8. Indiana University Health, Inc. d/b/a Riley Children's Hospital, 705 Riley Hospital Dr., Indianapolis, IN 46202, 317-944-4093.

9. Elaine Cox, Riley Children's Hospital, 705 Riley Hospital Dr., Indianapolis, IN 46202, 317-944-4093.

10. The Health and Hospital Corporation of Marion County d/b/a Eskanazi Health, 720 Eskenazi Ave., Indianapolis, IN 46202.

11. Janine Fogel, Eskenazi Women's Center of Excellence, 720 Eskenazi Ave., Indianapolis, IN 46202, 317-880-6050.

12. The Secretary of the Indiana Family and Social Services Administration or the Secretary's designee, who may be contacted through defendants' counsel.

13. The Indiana Family and Social Services Administration or its designee, which may be contacted through defendants' counsel.

14. James M. Cantor, who may be contacted through defendants' counsel.

15. Paul W. Hruz, who may be contacted through defendants' counsel.

16. Dianna T. Kenny, who may be contacted through defendants' counsel.

17. Daniel Weiss, who may be contacted through defendants' counsel.

18. Kristopher Kaliebe, who may be contacted through defendants' counsel.

19. World Professional Association for Transgender Health, 1300 S 2nd Street Ste. 180, Minneapolis, Minnesota, 55454.

20. Endocrine Society, 2055 L Street NW, Suite 600, Washington, DC, 20036, 888-363-6274.

21. Deaconess Health System, 600 Mary Street, Evansville, IN, 47747, 812-450-5000.

22. Community Health Network, 7330 Shadeland Station, Suite 200, Indianapolis, IN, 46256, 800-777-7775.

23. Gender Expansive Kids & Co. 10704 Fall Creek Rd., Indianapolis, IN 46256.

24. GenderNexus, Inc., 3733 N. Meridian St. Ste. 310, Indianapolis, IN, 46208, 317-650-5988.

25. Indiana Youth Group, 3733 N Meridian St., Indianapolis, IN 46208, 317-541-8726.

26. Any and all declarants in this action.

27. Any and all persons listed on the plaintiffs' initial disclosures and/or any future witness lists.

28. Any and all persons necessary for impeachment or rebuttal, and/or for the authentication of documents.

<u>Preliminary exhibit list</u>

1. All documents attached to any filings by plaintiffs or defendants in this action.

2. All expert reports in this matter.

3. All documents cited in the expert reports.

4. All documents produced by plaintiffs in this matter.

5. All depositions taken in this action and their exhibits.

6. All responses to interrogatories and document requests from plaintiffs or third parties.

7. All stipulations and responses to requests for admissions in this matter.

      8.      The complaint and answer to the complaint in this cause and any amended complaints and answers to any amended complaints.

      9.      All affidavits and verified documents filed in this case.

      10.     All documents noted by plaintiffs in their disclosures and any exhibit lists.

      11.     All documents necessary for purposes of impeachment or rebuttal.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana

Date: August 21, 2023           By:   /s/ Thomas M. Fisher
Thomas M. Fisher
Solicitor General

James A. Barta
Deputy Solicitor General

Corrine Youngs
Policy Director and Legislative Counsel

Melinda R. Holmes
Deputy Attorney General

Office of the Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-6255
Fax: (317) 232-7979
Email: tom.fisher@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed with the Court and served by the CM/ECF system on August 21, 2023.

/s/ Thomas M. Fisher
Thomas M. Fisher
Solicitor General