UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) ) )  Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al., | ) ) ) ) |
|     Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Thomas M. Fisher, Solicitor General, hereby requests this Court grant leave to withdraw his appearance as counsel for Defendants Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director of the Indiana Professional Licensing Agency, in her official capacity, the Attorney General of Indiana, in his official capacity, the Secretary of the Indiana Family and Social Services Administration, in her official capacity, and the Indiana Family and Social Services Administration.

The appearances of James A. Barta and Melinda R. Holmes, on behalf of Defendants, remain in place, and all pleadings, orders, and entries should be served on them.

Date: September 8, 2023

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
By:  *s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General
Office of the Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-6255
Fax: (317) 232-7979
Email: tom.fisher@atg.in.gov