UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
|       Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al., | ) ) ) ) |
|       Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW APPEARANCE**

Before the Court is Thomas M. Fisher's Motion for Leave to Withdraw Appearance on behalf of Defendants Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director of the Indiana Professional Licensing Agency, in her official capacity, the Attorney General of Indiana, in his official capacity, the Secretary of the Indiana Family and Social Services Administration, in her official capacity, and the Indiana Family and Social Services Administration. For good cause shown, the motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of _____, 2023.