UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA in their official capacities, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER SCHEDULING FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

The Court **SCHEDULES** this case for a final pretrial conference on **October 9, 2024, at 1:30 p.m.** and bench trial to commence on **November 4, 2024, at 9:00 a.m**. in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Date: 9/19/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel