UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD OF INDIANA | ) |
| in their official capacities, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER SETTING DISCOVERY CONFERENCE

At the request of the counsel who jointly contacted the undersigned's chambers, the Court sets this case for a Telephonic Discovery Conference on **October 2, 2023, at 11:00 a.m. (Eastern),** with Magistrate Judge Kellie M. Barr. Counsel shall attend the conference by calling **877-402-9753, access code 4693226**.

To assist the Court in preparing for the conference, counsel for any interested parties and non-parties are **ORDERED** to file no later than **12:00 p.m. (Eastern) on Friday, September 29, 2023,** a joint submission that (1) briefly describes the nature of the matters in dispute in no more than three pages and without argument, and (2) to the extent written discovery responses are in dispute, includes as an exhibit only the specific responses at issue.

**So ORDERED.**

Date: 9/27/2023

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record