UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
|     Plaintiffs, | ) ) ) |
| v. | )    No. 1:23-cv-00595-JPH-KMB ) |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, | ) ) ) ) ) |
|     Defendants. | ) ) |

**NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    The Individual Members of the Medical Licensing Board of Indiana, in their official capacities; Executive Director, Indiana Professional Licensing Agency, in her official capacity; Attorney General of the State of Indiana, in his official capacity; Secretary, Indiana Family and Social Services Administration, in her official capacity; Indiana Family and Social Services Administration.

    Respectfully submitted,

    THEODORE E. ROKITA
    Attorney General of Indiana

Date: September 29, 2023    By:    Katelyn E. Doering
    Deputy Attorney General
    Office of the Attorney General
    302 W. Washington St., IGCS 5th Floor
    Indianapolis, IN 46204-2770
    Phone:  (317) 234-3417
    Fax:  (317) 232-7979
    Email: katelyn.doering@atg.in.gov