**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| K.C., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. 1:23-cv-00595-JPH-KMB |
| ) | |
| The INDIVIDUAL MEMBERS ) | |
| OF THE MEDICAL LICENSING ) | |
| BOARD OF INDIANA, in their ) | |
| official capacities, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Nonparty GenderNexus, Inc.

Dated: October 2, 2023                         Respectfully submitted,

                                               SNIDERMAN LAW


                                               *s/ Mark W. Sniderman*
                                               Mark W. Sniderman
                                               One Indiana Sq., Ste. 1550
                                               Indianapolis, IN  46204
                                               Tel: (317) 361-4700
                                               Fax: (317) 361-4004
                                               mark@snidermanlaw.com

                                               *Attorney for GenderNexus, Inc.*