UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF INDIANA ) | |
| in their official capacities, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ENTRY AND ORDER FROM TELEPHONIC DISCOVERY CONFERENCE

The Parties, by counsel, appeared for a Telephonic Discovery Conference on the record with the Magistrate Judge on October 2, 2023. The Court scheduled this conference after counsel jointly reached out to chambers with a discovery dispute that they could not resolve after meeting and conferring in good faith. [Dkt. 95.] Counsel Kenneth Falk appeared at the conference on behalf of Plaintiffs. Counsel James Barta, Katelyn Doering, and Melinda Holmes appeared on behalf of Defendants. Counsel Mark Sniderman appeared at the conference for Non-Parties GenderNexus and Gender Expansive Kids & Company ("GEKCO"). Mr. Sniderman represented that he is the only attorney intending to enter his appearance on behalf of these Non-Parties in this case at this time, and the Court directed him to file an appearance in this case as soon as practicable.

The Court and counsel discussed at length the discovery dispute issues raised in the Joint Submission filed by Defendants and GenderNexus, [dkt. 99], and in the Joint Submission filed by Defendants and GEKCO, [dkt. 98]. After hearing counsel's arguments regarding the discovery disputes at issue, the Court **ORDERS** Defendants to continue to meet and confer with counsel for GenderNexus and GEKCO in an effort to reach an agreement on the disputes raised. The Parties

and Non-Parties should keep in mind the protection offered by the Stipulated Protective Order, [dkt. 39], when discussing potential solutions. If the continued efforts to meet and confer do not resolve the issues discussed, the Court authorizes Defendants or Non-Parties GenderNexus and/or GEKCO to file the appropriate discovery motion(s) on the issues raised.

**SO ORDERED.**

Date: 10/2/2023

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.