UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF INDIANA ) | |
| in their official capacities, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on October 5, 2023, with Magistrate Judge Kellie M. Barr. The Parties confirmed that they are on track to meet the deadlines set forth in the Case Management Plan regarding class certification briefing. [Dkt. 84 at 2.] This matter is set for a Telephonic Status Conference on **December 18, 2023, at 10:30 a.m. (Eastern),** with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 10/5/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record.