UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA, in their official capacities, ) | |
| *et al.*, ) | |

**Supplemental Declaration of Michelle (Mixhi) Marquis**

Comes now Michelle (Mixhi) Marquis, being duly sworn, and says that:

1. This declaration is a supplement to my prior declaration that was signed on April 20, 2023 and that is filed in this case as Document No. 26-8. Unless otherwise provided below, the factual assertions in my earlier declaration remain true and accurate.

2. Mosaic is transitioning from focusing on primary care to focusing on gender-affirming care for all ages as well as HIV care and prevention, also for all ages. Mosaic will continue to provide primary care for our patients and their families who are seeking gender-affirming care, HIV care, and HIV prevention.

3. As of January 1, 2024, the professional medical staffing of Mosaic will consist of Dr. Catherine Bast, a full-time Indiana licensed registered nurse, and a part-time Indiana licensed nurse practitioner.

[1]

4. The most recent review of our patients indicates that on September 15, 2023, Mosaic had 82 patients under the age of 18 who were diagnosed with gender dysphoria. Forty of these patients were on Medicaid and 42 were not.

5. On September 15, 2023, 59 of Mosaic's minor patients with gender dysphoria were prescribed either gender-affirming hormones or puberty suppressant medications. Thirty-two of these patients were on Medicaid and 27 were not.

6. Mosaic and Dr. Bast continue to be reimbursed by Medicaid for services that are provided to transgender youth, including reimbursement for patient visits where puberty blockers and gender-affirming hormones are administered.

7. As I indicate in my earlier declaration, Mosaic has a constant stream of new patients under the age of 18 who are transgender, are suffering from gender dysphoria, and for whom puberty suppressant medications or gender affirming hormones may be prescribed, if medically indicated and consented to by the parents or guardians.

8. For example, in the fourth calendar quarter of 2022, Mosaic was contacted by at least 14 new transgender minor patients with gender dysphoria who made appointments to be evaluated as to the need and desire to receive puberty suppressants or gender-affirming medications. In the first quarter of 2023, Mosaic was contacted by 14 such persons; and in the second quarter of 2023, Mosaic was contacted by 9 such persons. All these numbers are based on patients who, as of September 15, 2023, were

still under the age of 18. The actual number of patients in each quarter who contacted us and were then-under the age of 18 is greater.

9. As of the most recent review on September 15, 2023, Mosaic had 7 new patient appointments for minors with gender dysphoria scheduled from September 15, 2023 through November 30, 2023. Three are on Medicaid, 3 are not, and we do not have insurance information yet on one of them.

10. At the current time, the only physicians and practitioners in Indiana that Mosaic is aware of that are providing gender-affirming hormones or puberty suppressants to minor transgender patients, *i.e.*, care that is prohibited by S.E.A. 480, aside from those at Mosaic, are those at Eskenazi Gender Health Program and at Riley General Health Program.

### Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/25/23

Michelle (Mixhi) Marquis

Prepared by:

Kenneth J. Falk
ACLU of Indiana

[3]