UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., et al., | ) |
|        Plaintiffs, | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, et al., | ) |
|        Defendants. | ) |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared for a Telephonic Status Conference on December 18, 2023, with Magistrate Judge Kellie M. Barr. Counsel confirmed that the pending motion to certify class is now fully briefed, and the conference was concluded without further order.

Date: 12/18/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email