UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*,<br><br>      Defendants. | No. 1:23-cv-00595-JPH-KMB |

**Order**

The parties having filed their Joint Motion to Adjourn Case Management Deadlines and Continue Final Pretrial Conference and Trial, and the Court having read the filing, and being duly advised, finds that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that the proposed joint schedule is APPROVED and the final pretrial conference and trial are continued to _____.

_____                                                      _____
Date                                                                                  Judge, United States District Court

To:    All ECF-registered counsel of record