UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K. C., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD OF | ) | |
| INDIANA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The parties have filed a joint motion to continue the final pretrial conference and trial settings in this case.  Dkt. 117.  The Court accordingly **VACATES** both the October 9, 2024, final pretrial conference and the November 4, 2024, trial setting and **SCHEDULES** this case for a final pretrial conference on **April 15, 2025, at 9:30 a.m.** in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, and bench trial to commence on **April 28, 2025, at 9:00 a.m**. in Room 349, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.  The motion to continue case management plan deadlines remains pending on the docket.  Dkt. 117.

**SO ORDERED.**

Date: 1/25/2024

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel