UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD OF INDIANA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared on the record for a Telephonic Status Conference on February 6, 2024, with Magistrate Judge Kellie M. Barr. The conference was held and concluded without further order.

Date: 2/6/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email