UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, *et al.*, <br><br> Defendants. | No. 1:23-cv-00595-JPH-KMB |

## ORDER

The parties having filed their Joint Motion to Adjourn Case Management Deadlines and Continue Final Pretrial Conference and Trial, and the Court having read the filing, and being duly advised, now grants the Joint Motion. [Dkt. 117.]

IT IS THEREFORE ORDERED that the following are the new deadlines in this case:

- Nonexpert discovery closes on June 3, 2024.
- Plaintiffs serve expert disclosures by July 5, 2024.
- Defendants serve expert disclosures by August 5, 2024.
- Plaintiffs serve any rebuttal expert disclosures by August 26, 2024.
- Parties serve final witness and exhibit lists by September 3, 2024.
- Plaintiffs' motion for summary judgment must be filed by September 3, 2024.
- Defendants' motion for summary judgment and response to Plaintiffs' motion for summary judgment must be filed by October 3, 2024.
- Plaintiffs' response to Defendants' motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment must be filed by November 4, 2024.
- Defendants' reply in support of Defendants' motion for summary judgment must be filed by November 25, 2024.

The final pretrial conference and trial have already been reset via separate order.

Date: 2/13/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:
All electronically registered counsel