UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Motion to Adjourn Additional Case Management Deadlines**

The parties, by counsel, jointly state:

1.      On January 23, 2024 they filed their Joint Motion to Adjourn Case Management Deadlines and Continue Final Pretrial Conference and Trial. (Dkt. 117).

2.      On February 13, 2024, the Court modified the case management deadlines as requested by the parties. (Dkt. 122).

3.      The parties realize that they failed to request that the Court modify the deadlines for filing a statement of claims or defenses and for the conclusion of expert discovery, which remain, respectively, March 12, 2024 and August 5, 2024.

4.      Given that this Court's February 13, 2024 Order sets a discovery deadline of June 3, 2024, the statement of claims or defenses should be due on June 10, 2024.

5.     And, given that the parties requested a 90-day adjournment of the case management deadlines in their January 23, 2024 joint motion, the deadline for the conclusion of expert discovery should be moved 90 days to November 5, 2024.

6.     The parties apologize for not including these case management deadlines in their original joint motion.

WHEREFORE, the parties request that the deadlines for filing their statement of claims or defenses and for completing expert discovery be extended to, respectively, June 10, 2024 and November 5, 2024, and for all other proper relief.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiffs

/s/ _James A. Barta_
(with permission)
James A. Barta
Solicitor General
Office of the Attorney General
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204
317/232-0709
fax: 317/232-7979
James.barta@atg.in.gov

Attorney for Defendants