UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Order**

The parties, having filed their Motion to Adjourn Additional Case Management Deadlines, and the Court having read the motion and being duly advised, finds that good cause exists to grant the motion and

IT IS THEREFORE ORDERED that the following new deadlines are established in this case, in addition to the case management deadlines recently established at dkt. 122:

- Statement of claims or defenses are to be filed by **June 10, 2024**.

- All expert discovery shall be completed by **November 5, 2024**.

Date: 2/27/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

To:   All ECF-registered counsel of record