UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE

This matter is before the Court on the motion of Melinda R. Holmes, Deputy Attorney General, to withdraw her appearance on behalf of Defendants Individual Members of the Medical Licensing Board of Indiana, in their official capacities, Executive Director of the Indiana Professional Licensing Agency, in her official capacity, the Attorney General of Indiana, in his official capacity, the Secretary of the Indiana Family and Social Services Administration, in her official capacity, and the Indiana Family and Social Services Administration.

**IT IS, THEREFORE, ORDERED** by this Court that the appearance of Melinda R. Holmes is withdrawn. The Clerk shall show the appearance of Melinda R. Holmes withdrawn as of the date of this Order.

Date: 3/26/2024

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution: All Electronically Registered Attorneys