UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
|   Plaintiffs, | ) |
| | ) |
|     v. | )   No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

**Joint Motion to Further Adjourn Additional Case Management Deadlines**

The parties, by counsel, jointly state:

1. Pursuant to prior order of this Court (Dkts. 122, 124), the following deadlines have been set in this case:

   - Nonexpert discovery closes on June 3, 2024.
   - Statement of claims or defenses filed by June 10, 2024.
   - Plaintiffs serve expert disclosures by July 5, 2024.
   - Defendants serve expert disclosures by August 5, 2024.
   - Plaintiffs serve any rebuttal expert disclosures by August 26, 2024.
   - Parties serve final witness and exhibit lists by September 3, 2024.
   - Plaintiffs' motion for summary judgment must be filed by September 3, 2024.
   - Defendants' motion for summary judgment and response to Plaintiffs' motion for summary judgment must be filed by October 3, 2024.

- Plaintiffs' response to Defendants' motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment must be filed by November 4, 2024.

- All expert discovery completed by November 5, 2024.

- Defendants' reply in support of Defendants' motion for summary judgment must be filed by November 25, 2024.

2. This case is set for trial on April 28, 2025, with a final pre-trial on April 15, 2025. (Dkt. 118).

3. On February 16, 2024, the United States Court of Appeals for the Seventh Circuit heard oral argument on defendants' appeal of this Court's preliminary injunction order. (Dkt. 67, 68).

4. Although the Court of Appeals has not yet issued an opinion in this case, the Court of Appeals, on February 27, 2024, *sua sponte* issued a stay of the preliminary injunction. The Court of Appeals declined to grant rehearing en banc.

5. The Court of Appeals' forthcoming opinion may impact further proceedings in this case and may clarify the law concerning the plaintiffs' legal claims.

6. The parties have discussed this matter and would like to adjourn the deadlines so that the parties may properly prepare for a trial and gather the appropriate evidence, including expert reports, as necessary after the decision is issued.

7. Additionally, the Supreme Court is currently considering whether to grant *certiorari* in the case of *L.W. v. Skrmetti*, No. 23-466 (2023), which has been rescheduled by the Court for its consideration six times. *L.W. v. Skrmetti* presents questions as to

[2]

whether a statute that prohibits gender-transition procedures for minors with gender dysphoria violates equal protection and due process. A companion case, *United States v. Skrmetti*, No. 23-477 (2023), raises an identical equal protection claim.

8. In order that the parties may conserve resources and properly prepare for trial, they request that the deadlines be extended as set out below, with the trial and pretrial dates left undisturbed.

- Nonexpert discovery closes on August 2, 2024.
- Statement of claims or defenses filed by August 9, 2024.
- Plaintiffs serve expert disclosures by September 5, 2024.
- Defendants serve expert disclosures by October 7, 2024.
- Plaintiffs serve any rebuttal expert disclosures by October 28, 2024.
- Parties serve final witness and exhibit lists by November 4, 2024.
- Plaintiffs' motion for summary judgment must be filed by November 4, 2024.
- Defendants' motion for summary judgment and response to Plaintiffs' motion for summary judgment must be filed by December 3, 2024.
- Plaintiffs' response to Defendants' motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment must be filed by January 6, 2025.
- All expert discovery completed by January 6, 2025.
- Defendants' reply in support of Defendants' motion for summary judgment must be filed by January 27, 2025.

WHEREFORE, the parties request that the case management deadlines be adjusted as proposed above, and for all other proper relief.

| | |
|---|---|
| Kenneth J. Falk<br>ACLU of Indiana<br>1031 E. Washington St.<br>Indianapolis, IN 46202<br>317/635-4059<br>fax: 317/635-4105<br>kfalk@aclu-in.org<br><br>Attorney for Plaintiffs | /s/ *James A. Barta*<br>(with permission)<br>James A. Barta<br>Solicitor General<br>Office of the Attorney General<br>IGCS-5th Floor<br>302 W. Washington St.<br>Indianapolis, IN 46204<br>317/232-0709<br>fax: 317/232-7979<br>James.barta@atg.in.gov<br><br>Attorney for Defendants |

[4]