UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Further Adjourning Additional Case Management Deadlines**

The parties having filed their Joint Motion to Further Adjourn Additional Case Management Deadlines ("Motion"), and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that these case management deadlines are hereby extended to the following dates:

- Nonexpert discovery closes on August 2, 2024.
- Statement of claims or defenses filed by August 9, 2024
- Plaintiffs serve expert disclosures by September 5, 2024.
- Defendants serve expert disclosures by October 7, 2024.
- Plaintiffs serve any rebuttal expert disclosures by October 28, 2024.
- Parties serve final witness and exhibit lists by November 4, 2024.
- Plaintiffs' motion for summary judgment must be filed by November 4,

2024.

- Defendants' motion for summary judgment and response to Plaintiffs' motion for summary judgment must be filed by December 3, 2024.

- Plaintiffs' response to Defendants' motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment must be filed by January 6, 2025.

- All expert discovery completed by January 6, 2025.

- Defendants' reply in support of Defendants' motion for summary judgment must be filed by January 27, 2025.

**SO ORDERED.**


Cc:   All ECF-registered counsel of record