UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVIDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Order Further Adjourning Additional Case Management Deadlines**

The parties having filed their Joint Motion to Further Adjourn Additional Case Management Deadlines, [dkt. 127], and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that these case management deadlines are hereby extended to the following dates:

- Nonexpert discovery closes on August 2, 2024.
- Statement of claims or defenses filed by August 9, 2024
- Plaintiffs serve expert disclosures by September 5, 2024.
- Defendants serve expert disclosures by October 7, 2024.
- Plaintiffs serve any rebuttal expert disclosures by October 28, 2024.
- Parties serve final witness and exhibit lists by November 4, 2024.
- Plaintiffs' motion for summary judgment must be filed by November 4,

2024.

- Defendants' motion for summary judgment and response to Plaintiffs' motion for summary judgment must be filed by December 3, 2024.

- Plaintiffs' response to Defendants' motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment must be filed by January 6, 2025.

- All expert discovery completed by January 6, 2025.

- Defendants' reply in support of Defendants' motion for summary judgment must be filed by January 27, 2025.

- These extended deadlines may impact the final pretrial conference and trial date, as currently scheduled.

**SO ORDERED.**

Date: 5/2/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Cc:   All ECF-registered counsel of record