UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|       v. | )  No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**Order**

The parties having filed their Joint Motion to Continue Trial and to Stay All Proceedings Pending Supreme Court Determination in *United States v. Skrmetti*, and the Court having reviewed the matter and being duly advised finds that good cause exists to grant the motion, and

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. the trial setting in this case for April 28, 2025 is VACATED and all matters in this case are STAYED pending the Supreme Court's decision in *United States v. Skrmetti* (No. 23-5600);

2. the stay may be vacated upon a showing of good cause by either party;

3. the stay does not affect the pending third-party subpoenas already served by the defendants, which are to be responded to, subject to any objections, as

    required by Fed.R.Civ.P. 45, and defendants may seek judicial remedies concerning the subpoenas if warranted without seeking to lift the stay;

4. no later than thirty days following the Supreme Court's decision in *Skrmetti*, the parties are ORDRED to file their status report.

To:    All ECF-registered counsel of record