UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C., *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, *et al.* | ) ) ) |
| | ) |
|     Defendants. | ) |

**ORDER STAYING CASE**

The parties have filed a joint motion to vacate the trial setting and stay this case pending the Supreme Court's decision in *United States v. Skrmetti*, No. 23-477 (cert. granted June 24, 2024). Dkt. [129]. For the reasons in the motion, that motion is **GRANTED**. The April 15, 2025 final pretrial conference and April 28, 2025 trial settings are **VACATED** and this case is **STAYED**. The stay does not affect the pending third-party subpoenas served by Defendants. Either party may move to vacate the stay for good cause. The parties **SHALL FILE** a joint status update with thirty days of the Supreme Court's resolution of *Skrmetti*.

**SO ORDERED.**

Date: 7/9/2024

                                      *James Patrick Hanlon*
                                      James Patrick Hanlon
                                      United States District Judge
                                      Southern District of Indiana

Distribution:

All electronically registered counsel