UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

The parties, by their counsel, say that:

1. On July 9, 2024, this Court granted a stay in this case and ordered the parties to file a joint status update within 30 days of the United States Supreme Court deciding *United States v. Skrmetti*, No. 23-477.

2. *United States v. Skrmetti*, 145 S. Ct. 1816 (2025), was decided on June 18, 2025.

3. Counsel for the parties have conferred as to the status of this action post-*Skrmetti*.

4. While *Skrmetti* was pending, plaintiffs received an extension of time until August 15, 2025 to file a petition for a writ of certiorari in this case. *K.C., et al. v. Individual Members of the Medical Licensing Board of Indiana, et al.*, Application 24A1084 (U.S.).

5. The plaintiffs will not petition for a writ of certiorari.

[1]

6.  After analyzing *Skrmetti*, other cases from the Supreme Court this term, and the Court of Appeals decision in this case, plaintiffs have determined that the only claim that they may wish to continue to pursue is an as-applied First Amendment challenge to the "aiding and abetting" provision. Ind. Code § 25-1-22-13(b).

7.  However, plaintiffs need additional time to determine whether to pursue this claim and request an additional 30 days to determine whether and how they are going to proceed in this matter. If plaintiffs determine to proceed with their as-applied First Amendment claim they agree to propose a case management plan to defendants no later than 30 days from the date of the Court's approval of this status report and suggest that the parties be given 45 days to file the case management plan with the Court.

8.  The defendants agree to the schedule noted above.

WHEREFORE, the parties file their status report and request that it be approved, that plaintiffs notify defendant within 30 days if they intend to proceed with their as-applied First Amendment claim, that if the plaintiffs intend to proceed that the parties be ordered to submit a proposed case management plan within 45 days, and for all other proper relief.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105

/s/ James A. Barta
(w/permission)
James A. Barta
Solicitor General
Office of the Attorney General
IGCS-5th Floor

| | |
|---|---|
| kfalk@aclu-in.org | 302 W. Washington St. <br> Indianapolis, IN 46204 <br> 317/232-6201 <br> fax: 317/232-7979 <br> James.Barta@atg.in.gov |
| Attorney for Plaintiffs and the Certified Classes | Attorney for Defendants |

[3]