UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00595-JPH-KMB |
| ) | |
| THE INDIVDUAL MEMBERS OF THE ) | |
| MEDICAL LICENSING BOARD OF ) | |
| INDIANA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties having filed their Joint Status Report, and the Court having read the report and being duly advised, finds that good cause exists to grant it, and

IT IS THEREFORE ORDERED that 30 days from this date the plaintiffs shall inform defendants if they intend to proceed with their as-applied First Amendment claim and if they intend to do so,

IT IS FURTHER ORDERED that the parties shall submit a proposed case management plan to the Court within 45 days from this date.

To:   All ECF-registered counsel of record