UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K. C.,<br>NATHANIEL CLAWSON,<br>BETH CLAWSON,<br>M. W.,<br>RYAN WELCH,<br>LISA WELCH,<br>A. M.,<br>EMILY MORRIS,<br>M. R.,<br>MARIA RIVERA,<br>CATHERINE BAST,<br>MOSAIC HEALTH AND HEALING ARTS, INC.,<br><br>     Plaintiffs,<br><br>     v.<br><br>THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA,<br>EXECUTIVE DIRECTOR, INDIANA PROFESSIONAL LICENSING AGENCY,<br>ATTORNEY GENERAL OF THE STATE OF INDIANA,<br>SECRETARY, INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION,<br>INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION,<br><br>     Defendants. | No. 1:23-cv-00595-JPH-KMB |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Court held a Telephonic Status Conference on December 4, 2025, before U.S. Magistrate Judge Kellie M. Barr. The Parties appeared by counsel. Counsel reported to the Court on overall case status.

Counsel agreed that how this case will proceed could depend on the outcome of a case pending before the United States Supreme Court, *Chiles v. Salazar*, No. 24-539 (U.S.), and/or a

case pending before the Seventh Circuit Court of Appeals, *Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc. v. Commissioner, Indiana State Department of Health*, No. 24-2219 (7th Cir.).  Counsel agreed that **no later than 30 days** after the issuance of a decision in either case, counsel shall meet and confer and file a notice with this Court that a decision was issued and stating whether counsel agree on the effect of that decision on this case, if any.

No further conferences are set at this time.  Counsel for any Party may file a motion or contact chambers to request that a conference be scheduled.

**SO ORDERED.**

Date: 12/5/2025

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel electronically registered via CM/ECF