UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:23-cv-00595-JPH-KMB |
| | ) |
| THE INDIVDUAL MEMBERS OF THE | ) |
| MEDICAL LICENSING BOARD OF | ) |
| INDIANA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**Plaintiffs' Preliminary Witness List and Exhibit List**

Plaintiffs, by counsel, file their preliminary witness list and preliminary exhibit list.

*Preliminary witness list*

1. Dr. Catherine Bast, who may be contacted in care of plaintiffs' counsel.

2. As of yet unidentified members of the class identified by this Court's Order Granting Motion for Class Certification (Dkt. 116), as Class 3, the Provider Class.

3. Dan Karasic, M.D., who may be contacted in care of plaintiffs' counsel.

4. Daniel Shumer, M.D., who may be contacted in care of plaintiffs' counsel.

5. Jack Turban, M.D., who may be contacted in care of plaintiffs' counsel.

6. All persons identified by the defendants in their initial disclosures and all witness lists.

7.      All persons necessary for impeachment or rebuttal purposes.

8.      The defendants will be notified of additional persons in a timely fashion as these persons become known.

*Preliminary exhibit list*

1.      All documents attached to any filings by the plaintiffs or the defendants in this case as relevant to Class 3, the Provider Class.

2.      All documents produced by the defendants in this case, as relevant to Class 3, the Provider Class.

3.      All reports or sworn statements of the plaintiffs' expert witnesses and the defendants' putative expert witnesses produced in this case, and the materials those experts cited or relied upon, as relevant to Class 3, the Provider Class.

4.      All depositions taken in this matter and their exhibits, as relevant to Class 3, the Provider Class.

5.      All responses to interrogatories and documents produced in discovery in this matter, whether by the parties or third parties, as relevant to Class 3, the Provider Class.

6.      All stipulations and responses to requests for admissions in this matter, as relevant to Class 3, the Provider Class.

7.      The complaint and answer to the complaint in this case and any amended complaints and answers to any amended complaints.

8.	All affidavits, declarations, and other verified documents filed in this case, as relevant to Class 3, the Provider Class.

9.	All documents noted by the defendants in their disclosures and all exhibit lists.

10.	Any and all documents necessary for impeachment or rebuttal.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 4602
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Chase Strangio, Pro Hac Vice
Harper Seldin, Pro Hac Vice
American Civil Liberties Union
125 Broad Street
New York, NY 10004
212/549-2500
cstrangio@aclu.org
hseldin@aclu.org

Attorneys for Plaintiffs