UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| K.C., et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) No. 1:23-cv-00595-JPH-KMB |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their official capacities, et al., | ) ) ) ) ) ) |
|     Defendants. | ) |

**DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to the case management plan now in effect, ECF 139, Defendants the Individual Members of the Medical Licensing Board of Indiana, in their official capacities; the Executive Director of the Indiana Professional Licensing Agency, in her official capacity; the Attorney General of the State of Indiana, in his official capacity; the Secretary of the Indiana Family and Social Services Administration, in his official capacity; and the Indiana Family and Social Services Administration, hereby submit their preliminary witness and exhibit lists.

**Preliminary Witness List**

    1.    Catherine Bast, who may be contacted through plaintiffs' counsel.

    2.    Mixhi Marquis, who may be contacted through plaintiffs' counsel.

    3.    Mosaic Health and Healing Arts, Inc., which may be contacted through plaintiffs' counsel.

1

4. Indiana University Health, Inc. d/b/a Riley Children's Hospital, 705 Riley Hospital Drive, Indianapolis, IN 46202, 317-944-4093.

5. Elaine Cox, Riley Children's Hospital, 705 Riley Hospital Drive, Indianapolis, IN 46202, 317-944-4093.

6. The Health and Hospital Corporation of Marion County d/b/a Eskenazi Health, 720 Eskenazi Avenue, Indianapolis, IN 46202.

7. Janine Fogel, Eskenazi Gender Health Program, 720 Eskenazi Avenue, Indianapolis, IN 46202, 317-880-6050.

8. The Secretary of the Indiana Family and Social Services Administration or his designee, who may be contacted through defendants' counsel.

9. The Indiana Family and Social Services Administration or its designee, which may be contacted through defendants' counsel.

10. James M. Cantor, who may be contacted through defendants' counsel.

11. Paul W. Hruz, who may be contacted through defendants' counsel.

12. Dianna T. Kenny, who may be contacted through defendants' counsel.

13. Daniel Weiss, who may be contacted through defendants' counsel.

14. Kristopher Kaliebe, who may be contacted through defendants' counsel.

15. World Professional Association for Transgender Health, c/o Staub Anderson LLC, 55 West Monroe Street, Suite 1925, Chicago, IL 60603-5079.

16. Endocrine Society, 2055 L Street NW, Suite 600, Washington, DC, 20036, 888-363-6274.

17. Deaconess Health System, 600 Mary Street, Evansville, IN, 47747, 812-450-5000.

18. Community Health Network, 1500 North Ritter Avenue, Indianapolis, IN 46219, 800-777-7775.

19. Any and all declarants in this action.

20. Any and all persons listed on the plaintiffs' initial disclosures, preliminary witness list, or any future witness lists.

21. Any and all persons necessary for impeachment or rebuttal, or for the authentication of documents.

## **Preliminary Exhibit List**

1. All documents attached to any filings by parties in this case.

2. All expert reports in this case.

3. All documents cited in the expert reports.

4. All depositions taken in this case and their exhibits.

5. All responses to interrogatories, document requests, and requests for admissions from plaintiffs or third parties.

6. All documents produced by plaintiffs or third parties.

7. All stipulations in this case.

8. The complaint, answer to the complaint, any amended complaints, and answers to any amended complaints.

9. All affidavits and verified documents filed in this case.

10. All documents noted in plaintiffs' disclosures or exhibit lists.

11. All documents necessary for purposes of impeachment or rebuttal.

                                                Respectfully submitted,

                                                THEODORE E. ROKITA
Attorney General of Indiana

Date: January 26, 2026               By:   <u>/s/ James A. Barta</u>
James A. Barta
Solicitor General

Katelyn E. Doering
Deputy Attorney General

Office of the Attorney General
302 W. Washington St., IGCS 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
James.Barta@atg.in.gov

David H. Thompson*
Brian W. Barnes*
John D. Ramer*
Cooper & Kirk, PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
Phone: (202) 220-9600
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants*

*admitted *pro hac vice*

4