UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their individual capacities, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Joint Notice to the Court Concerning *Chiles v. Salazar***

The parties, by counsel, say that:

1. In this Court's Minute Entry of December 5, 2025 (Dkt. 141), the parties were ordered to file a notice with the Court within 30 days of the Supreme Court's decision in *Chiles v. Salazar*, No. 24-539 (U.S.) or the Seventh Circuit's decision in *Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc. v. Commissioner, Indiana State Department of Health*, No. 24-2219 (7th Cir).

2. The *Planned Parenthood* case has not yet been decided but the Supreme Court decided *Chiles* on March 31, 2026. *Chiles v. Salazar*, 607 U.S. --, 146 S. Ct. 1010 (2026).

3. The parties do not agree as to the implications of *Chiles* concerning the sole remaining claim that the plaintiffs were pursuing in this case, which is a First

Amendment challenge to the aiding and abetting provision in Indiana Code § 25-1-22-13(b).

4. That claim was raised by plaintiffs Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc. on their own behalf and on behalf of a certified class of health-care providers. (Dkt. 116 at 5, 16).

5. Inasmuch as Mosaic Health and Healing Arts, Inc. has been voluntarily dissolved and no longer is in operation and Dr. Bast is no longer living in the United States and has no intention of resuming the practice of medicine in Indiana, the plaintiffs have moved to decertify the class (and the sub-class that was also certified) and have indicated that they will seek to dismiss Dr. Bast and Mosaic Health and Healing Arts, Inc. from this case once the decertification motion is granted. (Dkt. 147). The defendants have indicated that they will not be taking a position concerning the motion to decertify. (*Id.* at ¶ 18).

6. As the plaintiffs have sought to decertify the class and have indicated an intention to dismiss the class representatives from this case once the motion to decertify is granted, the parties submit that the decision in *Chiles* does not require any action at this time. .

WHEREFORE, the parties file their Joint Notice.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105

*<u>/s/ James A. Barta</u>*
(w/permission)
James A. Barta
Solicitor General
Office of the Attorney General
IGCS-5th Floor

kfalk@aclu-in.org

Attorney for Plaintiffs and the Certified Classes

302 W. Washington St.
Indianapolis, IN 46204
317/232-6201
fax: 317/232-7979
James.Barta@atg.in.gov

Attorney for Defendants