UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD OF | ) | |
| INDIANA in their official capacities, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In January 2024, the Court certified this case as a class action with three classes and two subclasses of minor patients, parents, and medical providers. Dkt. 116. In May 2026, the Court granted Plaintiffs' unopposed motion to decertify the Provider Class and Medicaid Provider Subclass. Dkt. 149. The parties also agree that Subclass 1-A, the Medicaid Patient Subclass, should be decertified and Plaintiff A.M.'s Medicaid Act claim should be dismissed without prejudice by separate motion. Dkt. 150 at 5. Plaintiffs **SHALL HAVE THROUGH July 28, 2026** to file the anticipated motion to decertify Subclass 1-A and dismiss A.M.'s Medicaid Act claim.

Next, the parties have filed a joint stipulation to dismiss the remaining class claims with prejudice "following notice to the class and a fairness hearing." Dkt. 150. Plaintiffs have also filed an unopposed motion to approve class notice and schedule a fairness hearing, which is **GRANTED**. Dkt. [151]; *see* dkt. 150. For the reasons in the motion and the parties' joint stipulation,

1

the Court "will likely be able to" approve the voluntary dismissal as fair, reasonable, and adequate under recent binding precedent from the Supreme Court and Seventh Circuit. Fed. R. Civ. P. 23(e). The form of class notice submitted by plaintiffs is **APPROVED** and shall be given as noted in Plaintiffs' motion. Dkt. 151; dkt. 151-1. Plaintiffs' counsel **SHALL FILE, by August 25, 2026,** a report informing the Court of the comments received in response to the notice and informing the Court whether counsel continue to believe that the proposed settlement is fair, reasonable, and adequate.

The Court **SCHEDULES** this matter for a fairness hearing under Rule 23(e) of the Federal Rules of Civil Procedure for **September 10, 2026 at 1:30 p.m.** in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Date: 6/24/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

2