UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*, Plaintiffs, v. THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their individual capacities, *et al.*, Defendants. | ) | No. 1:23-cv-595-JPH-KMB |

**Unopposed Motion to Decertify Subclass 1-A and, Once Decertified, to Dismiss Without Prejudice the Medicaid Act and Affordable Care Act Claims Raised by A.M. as Representative of the Former Subclass**

Plaintiffs, by counsel, say that:

1. As the parties noted in their Stipulation to Dismiss Claims Raised by Class 1 and Class 2 Following Notice to the Class and Approval Pursuant to Fed. R. Civ. P. 23(a) (Dkt. 150), "the defendants have agreed that Subclass 1-A should be decertified" (*id.* at 5 ¶ 14).

2. Subclass 1-A is represented by plaintiff A.M. and claims that the challenged law preventing certain gender affirming care was violative of federal Medicaid law and the Affordable Care Act, with the class defined as "all members of Class 1 who are, or will be, Medicaid recipients." (Dkt. 116 at 5, 16).

3. This Court has given plaintiffs to July 28, 2026 "to file the anticipated motion to decertify Subclass 1-A and dismiss A.M.'s Medicaid Act claim." (Dkt. 153 at 1). The

Affordable Care Act claim that A.M. raised on her own behalf and on behalf of the subclass should also be dismissed once the subclass is decertified.

4. Plaintiffs therefore move this Court, pursuant to the agreement of the parties, to decertify Subclass 1-A and, once decertified, that the Medicaid Act and Affordable Care Act claims raised by A.M. as representative of the former Subclass 1-A be dismissed without prejudice, with each party to pay their own attorneys' fees.

5. Solicitor General James A. Barta has reviewed this motion and does not oppose it.

WHEREFORE, plaintiffs move this Court to decertify Subclass 1-A, and once decertified that this Court dismiss, without prejudice, the Medicaid Act and Affordable Care Act claims raised by A.M. as representative of the former Subclass 1-A, with each party to pay their own attorneys' fees, and for all other proper relief.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiffs and the Certified Classes