UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their individual capacities, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

Plaintiffs, having filed their Unopposed Motion to Decertify Subclass 1-A and, Once Decertified, to Dismiss Without Prejudice the Medicaid Act and Affordable Care Act Raised by A.M. as Representative of the Former Subclass, and the Court having read the motion and being duly advised, finds that good cause exist to grant this motion, and

IT IS THEREFORE ORDERED that the class denominated as Subclass 1-A is DECERTIFIED, and

IT IS FURTHER ORDERED that the Medicaid Act and Affordable Care Act claims raised by A.M. as representative of the former Subclass 1-A are dismissed, without prejudice, with each party to pay their own attorneys' fees.

To: All ECF-registered counsel of record