UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*, Plaintiffs, v. THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their individual capacities, *et al.*, Defendants. | ) | No. 1:23-cv-595-JPH-KMB |

**Stipulation to Dismiss Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc.**

The parties, by their counsel, agree and stipulate as follows:

1. As plaintiffs noted in their Motion to Decertify Provider Class and Subclass, the claims of Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc. ("Mosaic"), are moot as Dr. Bast is not living in the United States and has no intention of resuming the practice of medicine in Indiana and Mosaic Health and Healing Arts, Inc., is no longer in operation and has been voluntarily dissolved. (Dkt. 147 at 3 ¶¶ 8-9).

2. The class and subclass that Dr. Bast and Mosaic represented has been decertified. (Dkt. 149).

3. The parties therefore stipulate and agree that Dr. Bast and Mosaic should be dismissed and this dismissal should be with prejudice, with each party to pay their own attorneys' fees. Defendants reserve the right to seek costs after entry of a final judgment.

WHEREFORE, the parties stipulate and agree that Dr. Catherine Bast and Mosaic Health and Healing Art, Inc., should be dismissed from this case with prejudice, with each party to pay their own attorneys' fees, and for all other proper relief.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiffs and the Classes

s/ *James A. Barta*
(w/permission)
James A. Barta
Solicitor General
Office of the Attorney General
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204
317/232-0709
fax: 317/232-7979

Attorney for Defendants