UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE | ) | |
| MEDICAL LICENSING BOARD OF | ) | |
| INDIANA, in their individual capacities, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Acknowledgement**

The parties having filed their Stipulation to Dismiss Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc. from this action, the Court acknowledges that the effect of the stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is that Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc. are DISMISSED with prejudice from this action, with each party to pay their own attorneys' fees.

To: All ECF-registered counsel of record