The Court acknowledges the Stipulation to Dismiss with Prejudice as to Dr. Bast and Mosaic, Dkt. [156] The Clerk is DIRECTED to dismiss ONLY Defendants Dr. Bast and Mosaic from the docket.
JPH, 07/23/2026
Distribution via ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

K.C., *et al.*,

Plaintiffs,

v.

THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, in their individual capacities, *et al.*,

Defendants.

No. 1:23-cv-595-JPH-KMB

**Stipulation to Dismiss Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc.**

The parties, by their counsel, agree and stipulate as follows:

1. As plaintiffs noted in their Motion to Decertify Provider Class and Subclass, the claims of Dr. Catherine Bast and Mosaic Health and Healing Arts, Inc. ("Mosaic"), are moot as Dr. Bast is not living in the United States and has no intention of resuming the practice of medicine in Indiana and Mosaic Health and Healing Arts, Inc., is no longer in operation and has been voluntarily dissolved. (Dkt. 147 at 3 ¶¶ 8-9).

2. The class and subclass that Dr. Bast and Mosaic represented has been decertified. (Dkt. 149).

3. The parties therefore stipulate and agree that Dr. Bast and Mosaic should be dismissed and this dismissal should be with prejudice, with each party to pay their own attorneys' fees. Defendants reserve the right to seek costs after entry of a final judgment.