UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K.C., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA in their official capacities, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-cv-00595-JPH-KMB |

**ORDER**

In January 2024, the Court certified this case as a class action with three classes and two subclasses of minor patients, parents, and medical providers. Dkt. 116. Plaintiffs have filed a motion to decertify Subclass 1-A, the Medicaid Patient Subclass, and to dismiss Plaintiff A.M.'s Medicaid Act and Affordable Care Act claims without prejudice. Dkt. [155]. Defendants do not oppose the motion. *Id.* at 2. For the reasons in the motion, that motion is **GRANTED** and Subclass 1-A, the Medicaid Patient Subclass, is **DECERTIFIED**. *See* Fed. R. Civ. P. 23(c)(1)(C) ("An order that grants or denies class certification may be altered or amended before final judgment."); *Stampley v. Altom Transp.*, 958 F.3d 580, 585–86 (7th Cir. 2020). The Medicaid Act and Affordable Care Act claims raised by A.M. as representative of the former Subclass 1-A are dismissed without prejudice, each party to pay their own attorneys' fees.

**SO ORDERED.**

Date: 7/30/2026

James Patrick Hanlon

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel