**Sydney Aviles**

Ken Falk

Hello. My name is Sydney Aviles, I'm a detrans female Indiana resident that was misdiagnosed with gender dysphoria at 14 and put on testosterone at 17. Following this, I had complications including developing hypothyroidism, becoming prone to vasovagal syncope and having seizures during routine blood draws, having cholesterol so high I was placed on a statin at 21, and weakened pelvic floor muscles to the point of urinary incontinence. The provider my Indiana therapist referred me to didn't do any prior physical or mental screening, nor acknowledge family medical history, and gave improper informed consent. A state policy gap has left me unable to revert my legal sex change, which also means i don't have healthcare coverage to address the female biological specific medical damage. No child should be subject to this, therefore, I am in favor of the ACLU dropping the class action lawsuit challenging the ban on gender affirming care for minors in Indiana. I authorize this document to be provided to the court.