UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| K. C., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00595-JPH-KMB |
| | ) | |
| THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FOR SEPTEMBER 10, 2026**

On this date, the Court held a fairness hearing. Plaintiffs appeared by counsel Kenneth J. Faulk. Defendants appeared by counsel James A. Barta and Robert Belden. The hearing was recorded by Court Reporter, Jodie Franzen.

The stipulation of dismissal for Class 1 and Class 2 is taken under advisement.

Distribution:

All electronically registered counsel.